IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., *et. al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.* <br><br> *Defendants.* | Case No. 4:25-cv-00211-MW-MAF |

**PLAINTIFFS' STATUS REPORT ON
CONFERRAL, SERVICE, AND SCHEDULING**

Plaintiffs' counsel, pursuant to the Court's Order Setting Emergency Scheduling Conference, ECF No. 17 (the "Order"), has provided copies of Plaintiffs' Corrected Complaint, ECF No. 19, Plaintiffs' Emergency Motion for Temporary Restraining Order, ECF No. 14 (the "Motion"), and the Order to counsel for the Secretary of State; counsel for the Attorney General; and counsel for Florida's 20 State Attorneys. Plaintiffs have further conferred with Defendants regarding the Motion, including a potential briefing and hearing schedule. Based on these conferrals, Plaintiffs state:

## I. Defendants' positions on the Motion.

**State-level Defendants and State Attorneys**. Counsel for the Secretary of State and Attorney General have informed undersigned counsel that they oppose the Motion. Counsel jointly representing all of the State Attorneys has informed undersigned counsel that the State Attorneys take no position on the Motion.

**Supervisors of Elections**. Though the Motion does not seek relief against the Defendant Supervisors of Elections ("Supervisors"), Plaintiffs' Counsel has also provided copies of the above-referenced filings to, and has conferred with, counsel for all 67 Supervisors. None of the counsel for the Supervisors has stated opposition to the Motion, and counsel for the Supervisors for 62 counties have expressed that they take no position on the Motion. Counsel for the Miami Dade County Supervisor states that "Supervisor Garcia does not take a position on the Motion at this time except that, in accordance with Florida law, the Supervisor does not consent to any of the relief requested therein." Counsel who represents the Supervisors for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Madison, Liberty and Union Counties, has confirmed that the Supervisors for Gilchrist, Jefferson, Madison, and Union Counties take no position on the Motion, but he has not yet conferred with or received confirmation from the remaining four Supervisors.

II.  **The Parties' position on a potential briefing and hearing schedule for the Motion**

In further conferral, counsel for the Secretary of State and Attorney General have informed Plaintiffs' counsel that: (1) the Secretary and Attorney General will file their responses to the Motion on May 14, 2025, and (2) they are available for a hearing anytime thereafter with the exception of May 20 and 21. Plaintiffs have confirmed that Secretary, Attorney General, and Intervenor-Plaintiff Smart & Safe Florida are available for an in-person hearing on the Motion on May 16, which is Plaintiffs' and Intervenor's most preferred date if the Court is available, or alternatively as soon thereafter as reasonably possible.

Dated: May 12, 2025

Respectfully submitted,

s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette, Fla. Bar No. 1003257
Krista Dolan, Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone (850) 408-4840
Matletha.bennette@splcenter.org
Krista.dolan@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
bradley.heard@splcenter.org
Avner.shapiro@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law

*Attorneys for Plaintiffs*

**Pro hac vice applications* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Florida Bar No. 0184111

*Attorney for Plaintiffs*

4