# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC.; MITCHELL EMERSON, in his
individual capacity; JORDAN SIMMONS,
in his individual capacity,

        Plaintiffs,

v.

Case No.: 4:25-cv-00211-MW-MAF

CORD BYRD, et al.,

        Defendants.
_____/

SMART & SAFE FLORIDA,
a registered Florida Political Committee,

        Plaintiff,

v.

CORD BYRD, et al.,

        Defendants.
_____/

## **PLAINTIFFS' MOTION FOR CLARIFICATION**

This Court issued an order denying Plaintiffs' Motion for Temporary Restraining Order. ECF No. 70. Specifically, the Court directed the Plaintiffs, "inasmuch as Plaintiffs seek such relief on an emergency basis with respect to the issues raised in their motion for temporary restraining order, they must file a motion

for preliminary injunction on or before 5:00 p.m. (ET) on Wednesday, 5/14/2025." The Emergency Motion for Temporary Restraining Order (ECF No. 14) sought relief only as to a subset of the most egregious provisions of HB 1205 that took effect immediately upon being signed into law. More provisions of HB 1205 were challenged in both of the Plaintiffs' Complaints. ECF Nos. 19, 54.

Plaintiffs seek the following clarification: Would filing a motion for preliminary injunction only on those provisions of HB 1205 addressed in the Emergency Motion for Restraining Order (*i.e.*, the Severe and Punitive Fines provisions, the Ten-Day Return Time requirement, and the Vague Criminal Penalties provisions) on or before 5:00 p.m. (ET) on Wednesday, 5/14/2025, preclude plaintiffs from seeking preliminary injunctive relief as to the remaining Challenged Provisions articulated in Plaintiffs' Complaints at a later date?

Dated: May 13, 2025.                    Respectfully submitted,

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF &**
**SITTERSON, P.A.**

 s/ *Glenn Burhans, Jr.*
**Glenn Burhans, Jr.**                    Frederick S. Wermuth
Florida Bar No. 0605867                   Florida Bar No. 0184111
**Bridget K. Smitha**                     Quinn Ritter
Florida Bar No. 709581                    Florida Bar No. 1018135
**Christopher R. Clark**                  **KING, BLACKWELL,**
Florida Bar No. 1002388                   **ZEHNDER & WERMUTH, P.A.**

**Liz Desloge Ellis**
Florida Bar No. 97873
**Hannah E. Murphy**
Florida Bar No. 1032759
**Matthew Bryant**
Florida Bar No. 93190
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com
lellis@stearnsweaver.com
hmurphy@stearnsweaver.com
mbryant@stearnsweaver.com
cacosta@stearnsweaver.com
abrantley@stearnsweaver.com
aruddock@stearnsweaver.com

*Counsel for Plaintiff, Smart & Safe Florida*

25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette
Fla. Bar No. 1003257
Krista Dolan
Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Avner Shapiro
Bradley E. Heard*
Nicholas Taichi Steiner
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law

*Pro hac vice* applications forthcoming

*Attorneys for Plaintiffs*
*Florida Decides Healthcare, Inc., Mitchell Emerson and Jordan Simmons*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/ *Glenn Burhans, Jr.*
Attorney