# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiff*,

v.                                                                       Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CLARIFICATION

This Court has considered, without hearing, Plaintiffs' motion for clarification regarding this Court's order denying the motion for temporary restraining order and setting a briefing schedule, ECF No. 70. ECF No. 72. Plaintiffs ask this Court to clarify whether if Plaintiffs file a preliminary injunction motion on the provisions raised in the earlier-filed TRO motion would preclude them from later seeking preliminary injunctive relief as to the remaining challenged provisions articulated in Plaintiffs' complaints. In short, it depends.

This Court is not trying to put anybody in a trick bag. In denying the motion for TRO and setting a schedule for briefing a motion for preliminary injunction, this Court was merely attempting to clean up the docket, given that this Court was not going to grant emergency injunctive relief without first hearing from Defendants for

the reasons articulated in this Court's prior Order. This Court recognizes that some claims or requests for relief may not be ripe yet given the various provisions' effective dates, etc., but this Court is not going to offer an advisory opinion regarding the best way forward for Plaintiffs to seek preliminary injunctive relief for each claim asserted or challenged provision.

Accordingly, for the reasons stated above, Plaintiffs' motion, ECF No. 72, is **GRANTED in part and DENIED in part**.

**SO ORDERED on May 13, 2025.**

                                           s/Mark E. Walker_____
                                           **Chief United States District Judge**