IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., *et. al.*

    *Plaintiffs,*

v.

CORD BYRD, in his official capacity as Secretary of the State of Florida, et al.

    *Defendants.*

Case No. 4:25-cv-00211-MW-MAF

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS'
FIRST MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Florida Decides Healthcare ("FDH"), Mitchell Emerson, and Jordan Simmons and Plaintiff-Intervenor Smart & Safe Florida (together, "Plaintiffs") hereby submit the following exhibits, which are referenced in the forthcoming Memorandum in Support of Plaintiffs' First Motion for Preliminary Injunction:

1. Exhibit 1 is a true and correct copy of the Declaration of Megan Cox dated May 14, 2025.

2. Exhibit 2 is a true and correct copy of the Declaration of Mitchell Emerson dated May 14, 2025.

3. Exhibit 3 is a true and correct copy of the Declaration of Juan Ardila dated May 14, 2025.

4. Exhibit 4 is a true and correct copy of the Declaration of Rachel Prestipino dated May 14, 2025.

Dated: May 14, 2025

Respectfully submitted,

*s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn Ritter
Florida Bar No. 1018135
King, Blackwell,
Zehnder & Wermuth, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette, Fla. Bar No. 1003257
Krista Dolan, Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Avner Shapiro*
Bradley E. Heard**
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law

*Admitted *Pro hac vice*
**Pro hac vice* application forthcoming

**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiff*