## DECLARATION OF CORPORATE REPRESENTATIVE OF SMART & SAFE FLORIDA

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.     My name is Meghan Cox, I am over the age of 18 and competent to make this Declaration.  I am the founder and CEO of Groundgame Political Solutions, LLC ("GPS"), which provides ballot initiative services.  The following facts are true and correct based on my personal knowledge and the review of Smart & Safe's business records.

2.     I have 21 years of experience working with sponsors and petition circulators on citizens' initiatives. My duties include overseeing ballot initiatives, compliance within the field, working with our attorneys to create policies and procedures for legal compliance per each state that we are working in, overseeing our validation department and working between our attorneys and managers to answer pertinent quality control questions as well as oversees petition collection and turn in to Vanguard Field Strategies ("VFS"), the general consultant for Smart & Safe's field operations for the 2024 and 2026 general elections.

3.     GPS was engaged by VFS for Smart & Safe to work on the citizen initiative entitled "Adult Personal Use of Marijuana," assigned Serial No. 25-01 (the

"Initiative"), a true and correct copy of the Initiative petition is attached as Exhibit 1.

4.    On behalf of Smart & Safe, GPS circulates, gathers, processes, validates, and delivers signed petitions to VFS, which in turn delivers signed petitions to Florida county supervisors of elections for verification in order to place the Initiative on the 2026 General Election ballot.

**Petition Circulation, Gathering, Processing, Validation and Delivery**

5.    To be placed on the ballot for the 2026 General Election, an initiative must obtain at least 880,062 verified signed petitions confirmed by the Secretary of State no later than February 1, 2026.

6.    Smart & Safe has communicated with voters and obtained signed petitions from voters in every county in Florida by using the United States Postal Service ("USPS"), as well as paid and volunteer circulators.

7.    Since beginning around March 11, 2025, Smart & Safe has deployed approximately 1,300 registered petition circulators throughout at least 42 counties in Florida. We have trained them to convey Smart & Safe's political message and gather signed petitions in support of the Initiative. The petition circulators do not carry petitions for any other proposed amendment for the 2026 General Election.

8.    In addition to using volunteer and paid petition circulators, Smart & Safe has conveyed its message to more than 5.6 million voters using the USPS.

9.      A pre-filled mailed petition contains information about the particular voter, including name, address, county of residence, and voter identification number obtained from public sources.

10.      The petitions collected by petition circulators undergo a quality control check to validate them before delivery to the supervisor of elections for the county in which the voter resides. That quality control process includes verifying that each petition signer is a registered voter and confirming the presence and accuracy of all of the information required to be on a petition, *e.g.*, voter's name, address and county of residence, voter registration number or date of birth, and the voter's signature and date of the signature, among other things.

11.      Smart & Safe's quality control process is based on the understanding that every signed petition collected must be delivered to the county supervisors of elections. This is true even for signed petitions that are known or suspected to be invalid.

12.      Petitions that are known or suspected to be invalid due to some defect or irregularity are bundled separately from valid petitions and flagged for the supervisors of elections to review.  This is to ensure that only valid petitions are counted and to try to avoid accusations of fraud or the imposition of fines.

13.      Where petition circulators are used, we use data points to perform additional internal quality control to protect against fraud, such as comparing the

handwriting of batches of petitions submitted by the same circulator to look for similarities between entries containing the voter's information compared to entries containing the circulator's information. We also review the circulators' geolocation information to determine the plausibility of collecting the reported number of petitions in the recorded amount of time.

14.     In addition to ensuring only valid petitions are counted, conducting the quality control process enables Smart & Safe to gather information necessary to avail itself of the self-reporting provision in HB 1205.

15.     As of May 9, 2025, Smart & Safe has gathered approximately 710,000 signed petitions. So far, 218,983 of those petitions have been verified, with review and verification by the county supervisors of elections continuing.

### The Ten-Day Delivery Requirement and Related  Fines

16.     Prior to HB 1205 becoming effective, Smart & Safe was required to deliver all signed petitions to the supervisor of elections for the county in which the voter resides within *thirty* days after the voter signed the petition form. Sponsors were subject to a fine if the petition was not delivered to the supervisor within that thirty days, or the next business day if the office was closed. During that time, we processed the signed petitions as described above prior to delivery to the supervisors of elections for verification. Also prior to HB 1205, we usually batched and sent

petitions to the supervisors of elections by USPS. On rare occasions, we delivered via express overnight delivery or by hand. All of that has changed due to HB 1205.

17.    Under HB 1205, in order to avoid crippling fines, Smart & Safe must now deliver signed petitions to the supervisor of elections for the county in which the voter resides within *ten* days after the voter signs the petition. Smart & Safe had no warning or time to prepare prior to this ten-day delivery deadline becoming effective immediately on May 2, 2025.

18.    Smart & Safe has adjusted its protocols based on its understanding that failure to meet the ten-day deadline results in a sponsor being fined $50 per day per petition without any cap, as well as a fine of $2,500 (previously $250) where the circulator acts willfully.

19.    Not only has HB 1205 increased the amount of fines that may be imposed upon Smart & Safe, but it has also drastically reduced Smart & Safe's ability to comply within the time allotted before fines are imposed.  For example, under HB 1205, Smart & Safe now has ten days to not only deliver the petition to the supervisor, but to deliver it to the correct supervisor of elections.  If the petition incorrectly identifies the county, Smart & Safe must deliver it to the specified supervisor of elections—even if Smart & Safe knows the voter incorrectly identified the county.

20.     Prior to HB 1205, the petition only had to be delivered to the supervisor of elections identified on the petition within the thirty-day window to avoid a fine. Under HB 1205, Smart & Safe must deliver the petition to the incorrectly identified supervisor, then wait for that supervisor to reject the petition before it can deliver the petition to the correct supervisor – this must all occur within the ten-day window. If it does not, then Smart & Safe is liable for daily fines, even though it has no control over how long it takes the first supervisor to return the petition to Smart & Safe.

21.     Because supervisors have sixty days to verify a petition, a supervisor could conceivably take sixty days to return the petition, resulting in significant fines per petition per day.   Because HB 1205 prohibits supervisors from verifying petitions from July 1 through September 30, the daily fine for misdelivering a petition during that window could increase by 91 days.

22.     The fines apply to the sponsor regardless of fault or circumstances beyond the sponsor's control such as mail delays, a voter signing and then holding a petition received by mail for several days or weeks, or voter input error such as listing an incorrect date or address.

23.     As with the previous thirty-day deadline, it is also my understanding that signed petitions delivered after the ten-day deadline are still verified and count towards the number of petitions necessary to appear on the ballot, so long as they are otherwise valid and submitted prior to February 1, 2026.

## Impact of the Ten-Day Requirement and Fines on
## Smart & Safe's Operations and Workforce

24.    In the attempt to meet the ten-day deadline and complete its quality control process (which is necessary to minimize the imposition of potential fines), Smart & Safe has diverted circulators from the field—where they communicate with voters and collect petitions—in order to redeploy them to our processing and delivery operations.

25.    Because of the new ten-day deadline, Smart & Safe can no longer use the USPS to communicate by sending petitions to voters or to deliver petitions to county supervisors of elections. HB 1205 forces Smart & Safe to pay for more expensive delivery methods to comply with the ten-day delivery deadline, diverting funds away from paying additional circulators who would have otherwise communicated with voters.

26.    To comply with the new ten-day deadline, Smart & Safe must make more, and more frequent, deliveries to the supervisors by much more expensive and inefficient means, such as express overnight delivery and hand-delivery.

27.    Conducting a rigorous quality control and validation program is important to ensure the integrity of the citizen initiative process. Yet, because of the new ten-day deadline, Smart & Safe must significantly curtail in-house quality control operations, which will lead to increased invalidity rates. Reducing the timeframe to conduct quality control and validation hurts the integrity of the process.

28.     Smart & Safe must now pay approximately $3.42 more per petition (an increase of 370%) to perform expedited processing and quality control, increasing the costs budgeted prior to HB 1205 by approximately $1.4 million. In addition, Smart & Safe anticipates that it will cost $50,000 - $70,000 more (an estimated increase of 300-400%) to deliver signed petitions to comply with the ten-day deadline. These costs do not include requests from circulators to be compensated for taking on other or additional duties due to the effects of HB 1205. Smart & Safe must also now budget for unavoidable fines.

29.     As a direct result of the expenses that increased in response to HB 1205, Smart & Safe will have less money to spend on communicating its message to the voters.

30.     HB 1205 not only makes the process more difficult, more expensive, and less reliable; it significantly raises the stakes on Smart & Safe and its circulators. This is especially concerning because, under the new law, supervisors of elections must report to the Office of Election Crimes and Security ("OECS") where the percentage of petition forms deemed invalid exceeds 25 percent during a given reporting period.

31.     In my experience, it is common to have invalidity rates of 5% – 10% based upon signature mismatches alone. Such mismatches are typically the result of

voters signing petitions while in a rush, signing on a clipboard or at an awkward angle, or the fact that signatures change over time.

32.     OECS is required to conduct an investigation to determine whether the invalidated petitions are the result of fraud or other violations of the initiative petition law. As previously noted, petition invalidity can be due to numerous circumstances not attributable to fraud or any fault of the sponsor or circulator.

33.     Regardless of the causes of petition invalidity, OECS may then report its findings for potential criminal prosecution by the statewide prosecutor or state attorneys. Even where there is no fraud, Smart & Safe may be subject to costly investigations.

34.     Aside from having to pull circulators from communicating with voters in the field, Smart & Safe has already lost approximately 1,100 trained circulators— *eighty-five percent (85%)*—immediately after enactment of HB 1205, including the ten-day deadline and substantial and punitive fines. We anticipate losing even more in the near future. *See* Composite Exhibit A.

35.     As a direct result, our circulating hours and the number of signatures collected dropped by about 75% of what they were prior to the law taking effect.

36.     We were blindsided by this abrupt change, having just invested over $150,000 in renewing Airbnb rentals and hotel accommodations for our circulating

teams—expenses that became essentially wasted due to the sudden workforce disruption.

37.    The adverse consequences of burdensome regulations and fines are real. The Secretary of State recently issued a Notice of Violation for a fine to Smart & Safe of $121,850 for untimely submitting 2,437 petitions for initiative petition serial number 22-05 (for the 2024 General Election). A true and correct copy of that Notice is attached as Exhibit 2.  For perspective, Smart & Safe submitted over one million petitions, meaning that it timely submitted petitions 99.75% of the time, and the Secretary of State still issued a large fine.

38.    Several factors over which Smart & Safe has no control play into the timely submission of petitions.

39.    For example, Smart & Safe frequently receives in the mail petitions signed by electors several days to weeks prior to when we receive them, indicating that the elector signed and dated the petition and then forgot, or did not have the opportunity, to mail the petition back to Smart & Safe until a significant amount of time had passed.   In fact, just yesterday (*i.e.*, May 13, 2025), Smart & Safe received petitions that have a signature date from February. True and correct copies of those petitions are attached as Composite Exhibit B.

40.    For the past several weeks, the USPS has reduced the frequency with which it will forward petitions to our PO box down to one day per week where it

previously did so a number of times per week. This is a factor out of our control, hampering our ability to process and timely deliver petitions to the county supervisors of elections within the new ten-day deadline.

41.    Additionally, the USPS can take an exorbitant amount of time to deliver the signed petition from the elector to Smart & Safe, which is compounded by the fact that it can take an equally, or even more, excessive amount of time to deliver the petition from Smart & Safe to the supervisors of elections.

42.    It is not unusual for the USPS to go days without delivering any signed petitions to Smart & Safe even though Smart & Safe knows of specific signed petitions that should have been delivered in the interim.

43.    One glaring example of the unreliability of the USPS recently occurred in Volusia County where an estimated 2,447 petitions were delivered late to the Supervisor of Elections.  Smart & Safe sent the petitions in two boxes via Priority shipping (understood to mean 2-3 day shipping).  The first box contained approximately 1,528 petitions ("Volusia Box 1") and the second box contained approximately 919 petitions ("Volusia Box 2").

44.    Though USPS took custody of the two boxes of petitions on April 24, 2025, Volusia Box 1 sat for four days before moving, and then took four days to be delivered. A true and correct copy of the tracking information for Volusia Box 1 is attached as Exhibit 3.  Volusia Box 2 sat for six days and took five days to be

delivered (due in part to the fact that the Supervisor's office was closed when delivery was attempted on May 3 and had to be rescheduled). A true and correct copy of the tracking information for Volusia Box 2 is attached as Exhibit 4. USPS regularly compiles tracking information in the ordinary course of its business for Smart & Safe's packages of petitions, and Smart & Safe in turn relies upon this tracking information as part of its ordinary business practice to keep track of, and maintain a record of, the delivery of petitions from Smart & Safe to the supervisors of elections.

45.    All told, it took Volusia Box 1 eight (8) days and Volusia Box 2 eleven (11) days to travel a distance of approximately 25 miles from Lake Mary to Deland, Florida. But for this delay, the boxes of petitions would have been timely submitted. Smart & Safe may now be held liable for fines due to no fault of its own—and this was under the 30-day deadline. Under HB 1205, the entirety of the ten-day window for Volusia Box 2 would have been eaten up by the USPS's delay.

46.    HB 1205 has made the task of timely submission nearly impossible, paving the way for crippling fines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14th, 2025.

_____
Meghan Cox

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – VOLUNTEER

## Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law. Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   01/14/2025        **Serial Number**   2501

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** ☐☐☐☐☐☐☐☐☐☐ **or** **Date of Birth** M M / D D / Y Y Y Y

**Signature** _____ **Date Signed** M M / D D / Y Y Y Y

## Petition Circulator's Information

This Petition form is only to be collected by a volunteer or directly by the voter him or herself.

A paid petition circulator must use the DS-DE 155B version of the form. Forms for paid petition circulators can be obtained from the Division's Paid Petition Circulator website.

Visit https://dos.elections.myflorida.com/InitiativePetitions/ for more information.

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

**EXHIBIT 1**

DS-DE 155A (10-2021)                                    R1S-2.009, Fla. Admin. Code

## DECLARATION OF BARBARA RAMPHAL

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Barbara Ramphal, I am over the age of 18 and competent to make this Declaration.  I am a petition circulator for Smart & Safe Florida. The following facts are true and correct based on my personal knowledge.

2.      We were recently told that we have to return petitions to the Smart & Safe office much more frequently because of a change in the law that shortens the deadline to deliver petitions to the supervisors of elections. Before I had to return petitions to Smart & Safe within 7 days. Now I have to return petitions within 2 days because of the new law. I don't know if I can return petitions that frequently and may have to quit.

3.      I am a type 1 diabetic with advanced diabetic retinopathy, and I have experienced vitreous hemorrhaging. I underwent multiple laser treatments and vitrectomies in both eyes due to severe bleeding. Fortunately, my doctor successfully restored my vision from 20/400 to 20/20 through surgery and corrective eyewear. However, I now experience permanent night vision loss due to the side effects of multiple laser surgeries.

EXHIBIT

Composite A

4.      I live in a rural area of Lake County, accessible only by dirt roads and dark, two-lane roads. The main Smart & Safe office is 2.5 hours away from me, without considering traffic. Due to my visual impairment, I am unable to drive this distance multiple times a week, especially at night, to meet the new requirements of submitting signatures.

5.      If the new rules don't change, I will have to quit my job.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May __14__, 2025.


_____

Barbara Ramphal

## DECLARATION OF JACQUELINE WELLS

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Jacqueline Wells, I am over the age of 18 and competent to make this Declaration.  I am a petition manager for the Tallahassee and Tampa offices for Smart & Safe Florida. The following facts are true and correct based on my personal knowledge.

2.      Since HB 1205's passing, my husband and I have been required to spend significantly more time away from our children to meet the short deadlines and requirements for collecting signatures from each office. Circulators previously had seven days within which to return petitions to Smart & Safe. They now have to submit signed petitions to Smart & Safe within 48 hours because of HB 1205.

3.      As a mother who has experienced the devastating loss of a child, the time I have with my two remaining children is precious beyond words. Being at the office nearly every day of the week means I am unable to help them with homework, support them in their studies, or be present as the example they need to grow into responsible, caring adults. This bill has impacted not only me personally, but also my children, who rely on that daily support and guidance.

4.    Over the years, I've developed both personal and professional relationships with hundreds of professional circulators. I know their stories and have come to know their families. It's heartbreaking to see them now struggling due to the sudden and unexpected loss of work caused by this legislation. These individuals are deeply committed to participating in the democratic process, and they take pride in contributing to a system that allows citizens to have a voice. Making that participation more difficult does not promote positive change—it stifles it.

5.    Many of us are now facing the reality that somebody signed a bill that took away the jobs—or made it so difficult to continue that it became unsustainable—we needed to provide for our families, support our children, and helped us find purpose in contributing to our community.

6.    This initiative is not just about one policy. My greatest concern lies in the long-term damage being done to the political process and to the families who have dedicated themselves to protecting and exercising our constitutional rights.

7.    This law has a broader human impact, and behind every policy are real people trying to do what's best for their families and communities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May $\frac{14}{\phantom{xx}}$, 2025.

**Jacqueline Wells**

_____

Jacqueline Wells



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

March 26, 2025

Smart & Safe Florida
c/o David Bellamy, Chairperson
1400 Village Square Boulevard, Suite 3-321
Tallahassee, FL 32312

  *Re: Violations of Initiative Petition Law*

Dear Chairperson Bellamy:

  The Division of Elections ("DOE") and Office of Election Crimes & Security ("OECS") received information from the Supervisor of Elections' offices indicating that Smart & Safe Florida, the sponsoring committee for initiative petition entitled: Adult Personal Use of Marijuana,[1] violated Florida election law.

  Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

  Records received by the DOE and OECS from the Alachua County Supervisor of Elections, the Clay County Supervisor of Elections, the Citrus County Supervisor of Elections, the Columbia County Supervisor of Elections, and the Leon County Supervisor of Elections reflect that your committee delivered 2,437 petition forms for initiative petition 22-05 to the Supervisor of Elections' offices after the statutory deadline.

---

[1] The petitions at issue in this letter were submitted by Smart & Safe Florida in support of the defeated 2024 ballot initiative, entitled: Adult Personal Use of Marijuana; petition serial number 22-05. The same sponsoring political committee, Smart & Safe Florida, has, as of January 2025, started circulating petitions for a 2026 ballot initiative with the same title: Adult Personal Use of Marijuana; petition serial number 25-01.

**EXHIBIT**
**2**

Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. Therefore, the Department is imposing a **$121,850.00 fine.**

Enclosed with this letter is a USB flash drive containing the signed petition forms for initiative 22-05 that were submitted to DOE and OECS from the Supervisor of Elections. Please contact the Department if you would like the petition forms in a different format.

You may either remit payment of this fine to the Florida Department of State within 25 days, or, you may respond to this letter within 25 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 25 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

You also have administrative rights outlined on next page of this letter.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures

cc. *via email*
Kim Barton, Alachua County Supervisor of Elections
Tomi Brown, Columbia County Supervisor of Elections
Chris Chambless, Clay Supervisor of Elections
Mark Earley, Leon County Supervisor of Elections
Mo Baird, Citrus County Supervisor of Elections

## **NOTICE OF ADMINISTRATIVE RIGHTS**

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice. You have the right to be represented by counsel or other qualified representative at any hearing that occurs. Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

Office of the General Counsel
Florida Department of State
500 S. Bronough Street
Tallahassee, FL | 32399

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure. Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein. Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – VOLUNTEER

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law. Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  01/14/2025          Serial Number  2501

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last ▓▓▓▓▓  First ▓▓▓▓  Middle ▓▓▓

Address ▓▓▓▓▓▓▓▓▓

City ▓▓▓▓▓  Zip ▓▓▓▓  County  Brevard

☐ Update my voter registration record to this address. (check box)

Registration No. ☐☐☐☐☐☐☐☐  or  Date of Birth  0 9 / 2 4 / 1 9 6 5

Signature ▓▓▓▓▓  Date Signed  0 2 / 0 6 / 2 0 2 5

### Petition Circulator's Information

This Petition form is only to be collected by a volunteer or directly by the voter him or herself.

A paid petition circulator must use the DS-DE 155B version of the form. Forms for paid petition circulators can be obtained from the Division's Paid Petition Circulator website.

Visit https://dos.elections.myflorida.com/InitiativePetitions/ for more information.

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155A (10-2021)                          R1S-2.009, Fla. Admin. Code

**EXHIBIT**

**Composite B**

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM — VOLUNTEER

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law. Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved   01/14/2025          Serial Number _____ 2501

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - L████████        Firs████████        Middle _____

Addres████████████

City ████████        Zip████████        County Clay

☐ Update my voter registration record to this address. (check box)

Registration N████████    or   Date of Birth  [0][8] / [2][5] / [1][9][6][2]

Signatur████████████        Date Signed  [0][2] / [0][9] / [2][0][2][5]

### Petition Circulator's Information

This Petition form is only to be collected by a volunteer or directly by the voter him or herself.

A paid petition circulator must use the DS-DE 155B version of the form. Forms for paid petition circulators can be obtained from the Division's Paid Petition Circulator website.

Visit https://dos.elections.myflorida.com/InitiativePetitions/ for more information.

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155A (10-2021)                                R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM — VOLUNTEER

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law. Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved   01/14/2025          Serial Number          2501

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last ▓▓▓▓▓          First ▓▓▓▓▓          Middle ▓▓▓▓

Address ▓▓▓▓▓

City ▓▓▓▓▓          Zip ▓▓▓▓▓          County   Citrus

☐ Update my voter registration record to this address. (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ][ ]   or   Date of Birth  12 / 28 / 1976

Signature ▓▓▓▓▓          Date Signed  02 / 12 / 2025

### Petition Circulator's Information

This Petition form is only to be collected by a volunteer or directly by the voter him or herself.

A paid petition circulator must use the DS-DE 155B version of the form. Forms for paid petition circulators can be obtained from the Division's Paid Petition Circulator website.

Visit https://dos.elections.myflorida.com/InitiativePetitions/ for more information.

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155A (10-2021)

R1S-2.009, Fla. Admin. Code

**Tracking Number:**

## 9405536106193276628083

🗐 **Copy**    ⚡ **Add to Informed Delivery**

Ren

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on May 2, 2025 in DELAND, FL 32720.

───────────────────────────

**Get More Out of USPS Tracking:**
🔍 **USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
DELAND, FL 32720
May 2, 2025, 11:12 am

● **Out for Delivery**
DELAND, FL 32720
May 2, 2025, 6:10 am

● **Arrived at Post Office**
DELAND, FL 32720
May 2, 2025, 5:55 am

● **Arrived at USPS Facility**
DELAND, FL 32720
May 2, 2025, 1:29 am

● **Arrived at USPS Regional Facility**
LAKE MARY FL DISTRIBUTION CENTER
May 1, 2025, 6:01 am

● **In Transit to Next Facility**
April 30, 2025

● **Arrived at USPS Regional Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2025, 12:40 am

● **Accepted at USPS Origin Facility**
LAKE MARY, FL 32746
April 28, 2025, 11:25 pm

● **Pre-Shipment, USPS Awaiting Item**
April 24, 2025

● **Hide Tracking History**

┌─────────────┐
│  **EXHIBIT** │
│             │
│    **3**    │
└─────────────┘

**9405536106193276628410**

⎘ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on May 5, 2025 in DELAND, FL 32720.

─────────────────────

**Get More Out of USPS Tracking:**
⚏ USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
DELAND, FL 32720
May 5, 2025, 12:10 pm

● **Redelivery Scheduled for Next Business Day**
DELAND, FL 32720
May 3, 2025, 9:30 am

● **Out for Delivery**
DELAND, FL 32720
May 3, 2025, 7:18 am

● **Arrived at Post Office**
DELAND, FL 32720
May 3, 2025, 7:07 am

● **Arrived at USPS Facility**
DELAND, FL 32720
May 3, 2025, 6:33 am

● **In Transit to Next Facility**
May 3, 2025, 5:49 am

● **Departed USPS Regional Facility**
LAKE MARY FL DISTRIBUTION CENTER
May 3, 2025, 5:27 am

● **Arrived at USPS Regional Facility**
LAKE MARY FL DISTRIBUTION CENTER
May 2, 2025, 8:53 am

● **In Transit to Next Facility**
May 1, 2025

● **Arrived at USPS Regional Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 30, 2025, 3:54 am

● **Accepted at USPS Origin Facility**
LAKE MARY, FL 32746
April 30, 2025, 2:39 am

● **Pre-Shipment, USPS Awaiting Item**
April 24, 2025

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

EXHIBIT
4