**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE, INC., *et al.*,

        *Plaintiffs*,

v.

CORD BYRD, *et al.*,

        *Defendants*.

No.: 4:25-cv-00211-MW-MAF

SMART & SAFE FLORIDA, *et al.*,

        *Intervenor-Plaintiff*,

v.

CORD BYRD, *et al.*,

        *Defendants*.

LEAGUE OF WOMEN VOTERS OF FLORIDA, *et al.*,

        *Intervenor-Plaintiffs*,

v.

CORD BYRD, *et al.*,

        *Defendants*.

**NOTICE BY LEAGUE OF WOMEN VOTERS OF FLORIDA, LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC., LEAGUE OF UNITED LATIN AMERICAN CITIZENS, CECILE SCOON, AND DEBRA CHANDLER AS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Intervenor-Plaintiffs the League of Women Voters of Florida and the League of Women Voters of Florida Education Fund, Inc. (together, "the League" or "LWVFL"), the League of United Latin American Citizens ("LULAC"), and LWVFL members Cecile Scoon and Debra Chandler (collectively, the "LWVFL Intervenor-Plaintiffs") hereby file this Notice to: (1) join in the relief sought in the motion for a preliminary injunction filed by Plaintiffs Florida Decides Healthcare Inc., Mitchell Emerson, and Jordan Simmons (collectively, "Plaintiffs")[1] and (2) submit in support of relief the declaration of Cecile Scoon, Co-President of the League, attached hereto as **Exhibit A**. Because the LWVFL Intervenor-Plaintiffs seek to invalidate Florida's new ballot initiative law and to enjoin various Defendants from enforcing those provisions, any relief granted to Plaintiffs should also extend to the LWVFL Intervenor-Plaintiffs.

Additionally, should the Court require further evidence regarding the LWVFL Intervenor-Plaintiffs' entitlement to relief, Intervenor-Plaintiffs are prepared to provide such evidence and respond to any specific questions the Court may have during the May 22, 2025 Preliminary Injunction Hearing.

---

[1] The LWVFL Intervenor-Plaintiffs reserve all rights to seek additional remedies to address harms specific to the LWVFL Plaintiffs as the case progresses.

Dated: May 14, 2025                Respectfully submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

POOJA CHAUDHURI*
pooja@statedemocracydefenders.org
SPENCER KLEIN*
spencer@statedemocracydefenders.org
SOFIA FERNANDEZ GOLD*
sofia@statedemocracydefenders.org
NORMAN EISEN*
norman@statedemocracydefenders.org
TIANNA MAYS*
tianna@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

* *Pro hac vice* applications forthcoming

*Counsel for All Plaintiffs*