IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                          Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER REGARDING PROCEDURE FOR MAY 22 HEARING

To avoid any confusion and unnecessary delays, this Court provides the following clarification ahead of the hearing on May 22, 2025. At the hearing on May 22, 2025, this Court is addressing only the claims raised and relief requested in the motion for preliminary injunction, ECF No. 92—the only pending motion before this Court. To the extent any party joins in the pending motion or any response thereto, this Court will only consider those arguments pertaining to the provisions at issue in the pending motion. This Court will consider declarations filed in support of the motion or in opposition to the motion ahead of the hearing, in addition to live testimony in the event the parties wish to present witnesses at the hearing. The evidence will be closed prior to any argument at the hearing. The parties should plan to provide this Court with any and all evidence they believe this Court should consider in ruling on the pending motion before this Court entertains argument on

May 22, 2025. In the event any party plans to present live witnesses at the hearing, they must notify this Court's Deputy Clerk, Ms. Milton McGee, **before 5:00 p.m. (ET) on Tuesday, May 20, 2025.**

      **SO ORDERED on May 15, 2025.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**