IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., *et al.*,

    *Plaintiffs-Intervenors*,

v.

CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.*,

    *Defendants*.

Case No.: 4:25cv211-MW/MAF

## UNOPPOSED MOTION BY 66 SUPERVISORS OF ELECTION TO OBSERVE HEARING REMOTELY

Defendants, sixty-six of Florida's 67 Supervisors of Elections ("the 66 Supervisors"), respectfully move the Court to authorize them to observe and/or listen to the May 22, 2025 hearing on Plaintiffs' Motions for Preliminary Injunction through electronic means, such as a conference call-in number or a video conference option for the purpose of allowing the 66 Supervisors and their attorneys to listen to the Court's May 22, 2025, 9:00 a.m. hearing.

Movants are located in various geographical areas throughout the state and although no relief is sought against the Supervisors, their statutory duties may be impacted by the Court's ruling. This Court has previously allowed counsel for the Supervisors and their parties to attend court proceedings by phone. Court Minutes

for Telephonic Pretrial Conference, *Fla. State Conf. of Branches & Youth Units of NAACP v. Byrd*, No. 4:23cv215-MW/MAF (Mar. 8, 2024), ECF No. 266.

This motion is unopposed.

## COMPLIANCE WITH LOCAL RULE 7.1

This motion is unopposed and in compliance with the word limit contained in local rule 7.1, of the Local Rules for the Northern District of Florida.

Respectfully submitted this 16th day of May, 2025.

/s/ *Andy Bardos*
Andy Bardos
Florida Bar No. 822671
**GRAYROBINSON, P.A.**
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850)577-9090
andy.bardos@gray-robinson.com

*Counsel for Leah Valenti, Charlotte County Supervisor of Elections; Melissa Blazier, Collier County Supervisor of Elections; Leslie Swan, Indian River County Supervisor of Elections; Alan Hays, Lake County Supervisor of Elections; Tommy Doyle, Lee County Supervisor of Elections; Scott Farrington, Manatee County Supervisor of Elections; Wesley Wilcox, Marion County Supervisor of Elections; Sherri Hodies, Monroe County Supervisor of Elections; Brian*

/s/ *Susan Erdelyi*
Susan S. Erdelyi
Florida Bar No. 0648965
**MARKS GRAY, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com

*Counsel for Christopher Milton, Baker County Supervisor of Elections; Nina Ward, Bay County Supervisor of Elections; Amanda Seyfang, Bradford County Supervisor of Elections; Sharon Chason, Calhoun County Supervisor of Elections; Tomi Stinson Brown, Columbia County Supervisor of Elections; Darbi Chaires, Dixie County Supervisor of Elections; Heather Riley, Franklin County Supervisor of Elections; Kenya Williams, Gadsden*

2

*Corley, Pasco County Supervisor of Elections; Amy Pennock, Seminole County Supervisor of Elections*

*County Supervisor of Elections; Rhonda Pierce, Gulf County Supervisor of Elections; Laura Hutto, Hamilton County Supervisor of Elections; Carol A. Dunaway, Jackson County Supervisor of Elections; Travis Hart, Lafayette County Supervisor of Elections; Janet H. Adkins, Nassau County Supervisor of Elections; Charles Overturf, Putnam County Supervisor of Elections; Tappie A. Villane, Santa Rosa County Supervisor of Elections; Vicky Oakes, St. Johns County Supervisor of Elections; William Keen, Sumter County Supervisor of Elections; Jennifer Kinsey, Suwannee County Supervisor of Elections; Dana Southerland, Taylor County Supervisor of Elections; Joseph Morgan, Wakulla County Supervisor of Elections; Ryan Messer, Walton County Supervisor of Elections; Deidra Pettis, Washington County Supervisor of Elections*

---

/s/ *Geraldo Olivo*
Geraldo F. Olivo, III
Florida Bar No. 0060905
**HENDERSON, FRANKLIN, STARNES & HOLT, P.A.**
1715 Monroe Street
Fort Myers, Florida 33905
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Aletris Farnam, Glades County Supervisor of Election; Diane Smith, Hardee County Supervisor of*

/s/ *John LaVia*
John T. LaVia, III
Florida Bar No. 0853666
**GARDNER, BIST, BOWDEN, DEE, LAVIA, WRIGHT, PERRY & HARPER, P.A.**
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

3

*Elections; Sherry Taylor, Hendry County Supervisor of Elections; David May, Okeechobee County Supervisor of Elections; Tammy Jones, Levy County Supervisor of Elections; H. Russell Williams, Holmes County Supervisor of Elections*

*Counsel for Chris Chambless, Clay County Supervisor of Elections; Vicki Davis, Martin County Supervisor of Elections; Mary Jane Arrington, Osceola County Supervisor of Elections; Wendy Link, Supervisor of Elections for Palm Beach County, Melony Bell, Polk County Supervisor of Elections; Gertrude Walker, St. Lucie County Supervisor of Elections*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
**TESSITORE, MARI, SCOTT, PLLC**
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321) 363-1634
fmari@tessmari.com

*Counsel for Tim Bobanic, Brevard County Supervisor of Elections*

/s/ *Bob Swain*
Robert C. Swain
Florida Bar No. 366961
**ALACHUA COUNTY ATTORNEY'S OFFICE**
12 Southeast 1st Street
Gainesville, Florida 32601
Telephone: (352) 374-5218
Facsimile: (352) 374-5216
bswain@alachuacounty.us

*Counsel for Kim A. Barton, Alachua County Supervisor of Elections*

/s/*Devona Reyonlds Perez*
Adam Katzman
Florida Bar No. 652431
Devona A. Reynolds Perez
Florida Bar No. 70409
**BROWARD COUNTY ATTORNEY**
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
dreynoldsperez@broward.org

/s/ *Tiffany Douglas Pinkstaff*
Tiffany Douglas Pinkstaff
Florida Bar No. 682101
**OFFICE OF THE GENERAL COUNSEL**
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile: (904) 255-5120
tpinkstaff@coj.net

4

*Counsel for Joe Scott, Broward County Supervisor of Elections*

/s/  Dale A. Scott
Dale A. Scott
Florida Bar No. 0568821
**TESSITORE MARI SCOTT, PLLC**
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321)363-1634
dscott@roperpa.com

*Counsel for Maureen "Mo" Baird, Citrus County Supervisor of Elections*

/s/ Jon Jouben
Jon A. Jouben
Florida Bar No. 149561
**HERNANDO COUNTY ATTORNEY'S OFFICE**
20 N. Main Street, Suite 462
Brooksville, Florida 34601
Telephone: (352) 754-4122
Jjouben@co.hernando.fl.us

*Counsel for Denise LaVancher, Hernando County Supervisor of Elections*

/s/ Sarah Jonas
Sarah Jonas
Florida Bar No. 115989

*Counsel for Jerry Holland, Duval County Supervisor of Elections*

s/ Christi Hankins
Christi Hankins
Florida Bar No. 483321
**ESCAMBIA COUNTY ATTORNEY'S OFFICE**
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: (850) 595-4970
cjhankins@myescambia.com

*Counsel for Robert Bender, Escambia County Supervisor of Elections*

/s/ Jared Kahn
Jared Kahn
Florida Bar No. 105276
**PINELLAS COUNTY ATTORNEY'S OFFICE**
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: (727) 464-3354
Facsimile: (727) 464-4147
jkahn@pinellas.gov

*Counsel for Julie Marcus, Pinellas County Supervisor of Elections*

/s/ Oren Rosenthal
Oren Rosenthal
Florida Bar No. 86320

123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
sjonas@volusia.org

*Counsel for Lisa Lewis, Volusia County Supervisor of Elections*

/s/ *Matthew Shaud*
Gregory T. Stewart
Florida Bar No. 203718
Matthew R. Shaud
Florida Bar No. 122252
**NABORS, GIBLIN & NICKERSON, P.A.**
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: (850) 224-4070
Facsimile: (850) 224-4073
gstewart@ngnlaw.com
mshaud@ngnlaw.com

*Counsel for Paul Lux, Okaloosa County Supervisor of Elections*

/s/ *Morgan Bentley*
Morgan Bentley
Florida Bar No. 0962287
**BENTLEY GOODRICH KISON, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@bgk.law

2700 NW 87th Ave.
Miami, FL 33172
Telephone: (305) 499-8537
Oren.rosenthal@votemiamidade.gov

*Counsel for Alina Garcia, Supervisor of Elections for Miami-Dade County*

/s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570
**SHANNIN LAW FIRM**
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: (407) 985-2222
nshannin@shanninlaw.com

*Counsel for Karen Castor Dentel, Orange County Supervisor of Elections*

/s/ *Pausha Taghdiri*
Pausha Taghdiri
Florida Bar No. 1002857
Roper, Townsend & Stuphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: (407) 897-5150
ptaghdiri@roperpa.com

6

| | |
|---|---|
| *Counsel for Ron Turner, Sarasota County Supervisor of Elections* | *Counsel for Debbie Wertz, DeSoto County Supervisor of Elections; Kaiti Lenhart, Flagler County Supervisor of Elections; Lisa Darus, Gilchrist County Supervisor of Elections; Karen Healy, Highlands County Supervisor of Elections; Michelle Milligan, Jefferson County Supervisor of Elections; Grant Conyers, Liberty County Supervisor of Elections; Heath Driggers, Madison County Supervisor of Elections; Deborah Osborne, Union County Supervisor of Elections* |

/s/ *Stephen M. Todd*
Stephen M. Todd
Florida Bar No. 0886203
**OFFICE OF THE COUNTY ATTORNEY**
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
Facsimile: (813) 272-5758
ToddS@hillsboroughcounty.org

7