IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs*,

v.                                                         Case No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants*.

_____/

## THE SECRETARY AND ATTORNEY GENERAL'S EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' FIRST PRELIMINARY INJUNCTION MOTION

The following exhibits are referenced in the Secretary and Attorney General's response in opposition to Plaintiffs' preliminary injunction motion, Doc.92.

| Number | Description |
|---|---|
| 1 | Chart of Plaintiffs' Challenges and Challenged Provisions |
| 2 | Office of Election Crimes and Security Report 2024 |
| 3 | Office of Election Crimes and Security Report 2023 |
| 4 | Office of Election Crimes and Security Supplemental Interim Report |
| 5 | 2025 Letters to, and Responses from, Smart & Safe |

1

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully submitted, |
| JAMES UTHMEIER<br>  *Attorney General* | Bradley R. McVay (FBN 79034)<br>  Deputy Secretary of State for Legal |
| /s/ William H. Stafford III |   Affairs & Election Integrity |
| William H. Stafford III (FBN 70394)<br>SPECIAL COUNSEL | Ashley Davis (FBN 48032)<br>  Chief Deputy General Counsel |
| Sara E. Spears (FBN 1054270)<br>ASSISTANT ATTORNEY GENERAL | FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building |
| Complex Litigation Division | 500 S. Bronough Street<br>Tallahassee, Florida 32399 |
| OFFICE OF THE ATTORNEY GENERAL | (850) 245-6511 |
| PL-01, The Capitol | Brad.mcvay@dos.fl.gov |
| Tallahassee, Florida 32399 | Ashley.davis@dos.fl.gov |
| William.Stafford@myfloridalegal.com | |
| Sara.Spears@myfloridalegal.com | /s/ Mohammad O. Jazil |
| ComplexLitigation@myfloridalegal.com | Mohammad O. Jazil (FBN 72556) |
| | Michael Beato (FBN 1017715) |
| *Counsel for the Attorney General* | HOLTZMAN VOGEL BARAN TORCHINSKY |
| | & JOSEFIAK PLLC |
| | 119 S. Monroe St. Suite 500 |
| | Tallahassee, Florida 32301 |
| | (850) 270-5938 |
| | mjazil@holtzmanvogel.com |
| | mbeato@holtzmanvogel.com |
| | zbennington@holtzmanvogel.com |
| | *Counsel for the Secretary* |

### CERTIFICATE OF SERVICE

I certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                                /s/ Mohammad O. Jazil
                                                Mohammad O. Jazil