| Fines Provisions | § 100.371(7)(a)1-3 | Bill lines 714-744 | (a) A sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the voter ~~elector~~ signing the petition form and shall ensure, ~~ensuring~~ that any petition form entrusted to the sponsor or petition circulator is ~~shall be~~ promptly delivered to the supervisor of elections in the county in which the voter resides within 10 ~~30~~ days after the voter ~~elector~~ signs the form. If a petition form collected by the sponsor or any petition circulator is not promptly delivered to the supervisor of elections, the sponsor is liable for the following fines:<br><br>1. A fine in the amount of $50 per each day late for each petition form received by the supervisor of elections in the county in which the voter resides more than 10 ~~30~~ days after the voter ~~elector~~ signed the petition form ~~or the next business day, if the office is closed~~. A fine in the amount of $2,500 ~~$250~~ for each petition form received if the sponsor or petition circulator acted willfully.<br><br>2. A fine in the amount of $100 per each day late, up to a maximum of $5,000, for each petition form collected by a sponsor or a petition circulator, signed by a voter on or before February 1 of the year the general election is held and received by the supervisor of elections in the county in which the voter resides after the deadline for such election. A fine in the amount of $5,000 for each such petition form received if the sponsor or petition circulator acted willfully.<br><br>3. A fine in the amount of $500 for each petition form collected by a petition circulator which is not submitted to the supervisor of elections in the county in which the voter resides. A fine in the amount of $5,000 ~~$1,000~~ for any petition form not so submitted if the sponsor or petition circulator acting on its behalf acted willfully. |
| | § 100.371(8) | Bill lines 752-758 | If a person collecting petition forms on behalf of a sponsor of an initiative petition signs another person's name or a fictitious name to any petition, or fills in missing information on a signed petition, to secure a ballot position in violation of s. 104.185(2), the sponsor of the initiative petition is liable for a fine in the amount of $5,000 for each such petition. |
| | § 100.371(10) | Bill lines 767-773 | A sponsor of an initiative petition or a person collecting petition forms on behalf of a sponsor of an initiative petition may not mail or otherwise provide a |

1

| | | | |
|---|---|---|---|
| | | | petition form upon which any information about a voter has been filled in before it is provided to the voter. The sponsor of an initiative petition is liable for a fine in the amount of $50 for each petition form that is a violation of this subsection. |
| Ten-Day Return Provision | § 100.371(7)(a)1-3 | Bill lines 714-744 | (7)(a) A sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the voter elector signing the petition form and shall ensure, ensuring that any petition form entrusted to the sponsor or petition circulator is shall be promptly delivered to the supervisor of elections in the county in which the voter resides within 10 30 days after the voter elector signs the form. If a petition form collected by the sponsor or any petition circulator is not promptly delivered to the supervisor of elections, the sponsor is liable for the following fines:<br><br>1. A fine in the amount of $50 per each day late for each petition form received by the supervisor of elections in the county in which the voter resides more than 10 30 days after the voter elector signed the petition form or the next business day, if the office is closed. A fine in the amount of $2,500 $250 for each petition form received if the sponsor or petition circulator acted willfully.<br><br>2. A fine in the amount of $100 per each day late, up to a maximum of $5,000, for each petition form collected by a sponsor or a petition circulator, signed by a voter on or before February 1 of the year the general election is held and received by the supervisor of elections in the county in which the voter resides after the deadline for such election. A fine in the amount of $5,000 for each such petition form received if the sponsor or petition circulator acted willfully.<br><br>3. A fine in the amount of $500 for each petition form collected by a petition circulator which is not submitted to the supervisor of elections in the county in which the voter resides. A fine in the amount of $5,000 $1,000 for any petition form not so submitted if the sponsor or petition circulator acting on its behalf acted willfully. |
| Criminal Penalties Provisions | § 100.371(9) | Bill lines 759-766 | If a person collecting petition forms on behalf of a sponsor of an initiative petition copies or retains a voter's personal information, such as the voter's Florida driver license number, Florida identification card number, social |

| | | | |
|---|---|---|---|
| | | | security number, or signature, for any reason other than to provide such information to the sponsor of the initiative petition, the person commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084. |
| | § 104.185(2) | Bill lines 1306-1311 | A person who signs another person's name or a fictitious name to any petition, or who fills in missing information on a signed petition, to secure ballot position for a candidate, a minor political party, or an issue commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084. |
| | § 895.02(8)(d) | Bill lines 1426-1430 | (8) "Racketeering activity" means to commit, to attempt to commit, to conspire to commit, or to solicit, coerce, or intimidate another person to commit: (d) A violation of the Florida Election Code relating to irregularities or fraud involving issue petition activities. |