

**RON DESANTIS**
  Governor

**CORD BYRD**
  Secretary of State

December 20, 2024

The Honorable Ron DeSantis
Governor of Florida
PL 05 The Capitol
400 South Monroe Street
Tallahassee, FL 32399

The Honorable Ben Albritton
President of the Florida Senate
409 The Capitol
404 South Monroe Street
Tallahassee, FL 32399

The Honorable Daniel Perez
Speaker of the Florida House of Representatives
420 The Capitol
402 South Monroe Street
Tallahassee, FL 32399

Dear Governor DeSantis, President Albritton, and Speaker Perez:

The Office of Election Crimes & Security (OECS) provides this Supplemental Interim Report[1] to update the Governor and the Florida Legislature on investigations concerning initiative petition fraud. This occurs when committees, companies, or individuals commit fraud while gathering signatures from Florida electors in an effort to propose amendments to the Florida Constitution.

Beginning in late 2023 and continuing into early 2024, Supervisors of Elections and Florida electors inundated the Department of State (DOS) and OECS with complaints involving

---

[1] This supplements the OECS Interim Report to Legislature on Initiative Petition Fraud Related to the Abortion Initiative (23-07) that was submitted on October 11, 2024.  *See* Revision Statement, p. 21.  OECS looks forward to submitting a Final Report on January 15, 2025.

Floridians Protecting Freedom, Inc. ("FPF") and its agents. FPF is the sponsor of Initiative Petition 23-07, "Amendment to Limit Government Interference with Abortion." The allegations included reports of paid FPF petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting elector signatures on petitions, using electors' personal identifying information without consent, and perjury/false swearing. In the early months of 2024, several paid FPF petition circulators were arrested and charged with serious felonies. *See* App. E and F. Three of these circulators have since been convicted and sentenced, one to a multi-year prison term. In addition to the arrests, OECS has, to date, opened well more than 100 preliminary criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of FPF. Given the credibility of the allegations, OECS has referred over a hundred individual FPF cases to the Florida Department of Law Enforcement (FDLE), which is actively pursuing dozens of criminal investigations together with the Office of Statewide Prosecution.

Until recently, the investigations have focused on non-verified petitions. These are petitions gathered in support of an initiative, turned into Supervisors of Elections to verify that the information matches that of a registered elector, and then rejected because of some statutory deficiency, such as signature mismatch or incorrect identifying information. *See* § 100.371(11)(a), Fla. Stat. (setting forth requirements for petition form validation). Often, but not always, a rejected petition results in an elector being notified by the Supervisor that his or her information was incorrect and the petition was not counted. That is not the case with verified petitions.

During 2024, as more criminal investigative information came to light, OECS became increasingly concerned that FPF submitted a large number of forged signatures or fraudulent petitions to the Supervisors of Elections, many of which may have been mistakenly verified. The initial basis for this concern stemmed from OECS's analysis of statewide data showing that a significant number of known or suspected fraudsters had petitions counted across the state.

To uncover the full extent of the fraud and identify Floridians whose identities were stolen in furtherance of election crime, OECS began a review of validated petitions in several counites submitted by known fraudsters—that is, individuals identified by Supervisors of Elections or law enforcement for previously submitting suspected forgeries or deceased elector signatures, or those with unusually high rejection rates. While conducting this review in three counties, OECS uncovered many validated petitions bearing clear indicia of fraud. OECS has referred dozens of cases to law enforcement requesting that criminal investigations be opened. Additionally, OECS learned that thousands of validated petitions bear signatures that do not match any signature the elector has on file, and thus should not have been verified as valid. *See* § 100.371(11)(a), Fla. Stat. Each of these petitions could correspond to a Floridian who (unbeknownst to him or her) is a victim of felony election fraud.

In addition to the above, OECS has also levied fines against FPF for failing to timely deliver completed petition forms (or deliver them at all) to the Supervisor of Elections, in violation of Florida law. *See* § 100.371(7)(a), Fla. Stat. To date, FPF has paid over $186,000

in civil penalties to OECS for violations of Florida's election laws. A fine for $164,000 was recently paid to OECS by FPF pursuant to a settlement agreement in December 2024. *See* App. I and Q.

Moreover, OECS has received credible allegations that some of FPF's subcontractors paid individual circulators per petition collected. This is a third-degree felony in Florida. *See* § 104.186, Fla. Stat. Several entities linked to FPF were so brazen as to advertise this illegal arrangement on social media websites. This illegal scheme is likely driving the petition fraud outlined above. If a circulator is paid per signature, circulators are incentivized to forge as many signatures as possible to make a quick and easy buck. OECS has referred a handful of pay-per-petition cases to law enforcement and prosecutors. *See* App. K.

Finally, OECS notes that the investigations of OECS and its partners at FDLE and the Office of Statewide Prosecution have been stymied by a lack of recordkeeping and cooperation on the part of FPF and its agents. Florida law requires initiative petition sponsors "to account for all petition forms used by their agents." *See* § 100.371(9), Fla. Stat.; Rule lS-2.009(8), F.A.C.   On two occasions, OECS demanded an accounting from FPF of its records to assess, among other things, the paid-per-petition concern.   FPF refused to provide the requested documents, claiming it does not have custody or control of any of the documents requested.   *See* App. J.

Law enforcement has encountered similar issues with FPF's contractors and subcontractors. FPF's main contractor, PCI Consultants, Inc., is not registered as a Florida business entity, despite being paid over $ 27 million dollars by FPF over the past 24 months to collect and submit abortion petitions for FPF in Florida. *See* App. L and M.   Many of PCI Consultant's subcontractors are also unregistered out-of-state entities, making it more difficult to enforce subpoenas. Reforms strengthening the corporate registration requirements and accounting mechanism (and enforcement of the same) would facilitate the accountability called for by current law. Barring outside companies from engaging in petition gathering efforts would also advance this end.  OECS anticipates elaborating on this and other suggested legislative action in future reports.

It has also become clear that a significant number of paid petition circulators used by FPF were known by FPF's agents to be fraudsters before being utilized for petition gathering.  Over 55 paid circulators who submitted petitions for Initiative Petition 23-07 appeared on a "Do Not Buy" list circulated in the industry.  Based on information and belief, PCI Consultants, Inc. maintains the "Do Not Buy" list.  Additionally, many of these same paid FPF circulators are not Florida residents and have very minimal, if any, Florida ties, and some have significant criminal histories. Unlike many other states, Florida has not imposed a residency requirement on petition circulators or made felons ineligible for paid petition circulation.  This has complicated law enforcement's ability to detect and prosecute petition circulators' criminal activity.

*       *       *

The Florida Constitution serves as the State's organic law. Altering that fundamental charter is a serious matter, and members of the executive and legislative branches of state government have a duty to ensure that the amendment procedures established thereby are strictly

followed. *See State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980). As the Florida Supreme Court has long held, "The people of the state have a right to amend their Constitution, and they also have a right to require proposed amendments to be agreed to and submitted for adoption in the manner prescribed by the existing Constitution, which is the fundamental law. If essential mandatory provisions of the organic law are ignored in amending the Constitution of the state, and vital elements of a valid amendment are omitted, it violates the right of all the people of the state to government regulated by law." *Crawford v. Gilchrist*, 59 So. 963, 967-68 (1912). All should agree that there is no room for fraud when it comes to changing the Florida Constitution. We look forward to constructive dialogue on the adequacy of current law in addressing initiative petition fraud.

Sincerely,

Brad McVay
Deputy Secretary of State for
Legal Affairs & Election Integrity
Florida Department of State



# FLORIDA DEPARTMENT *of* STATE

**Florida Department of State**
**Office of Election Crimes and Security**

Interim Report to Legislature on Initiative Petition
Fraud Related to the Abortion Initiative (23-07)

October 11, 2024
Updated December 20, 2024

## Executive Summary

Legislation creating the OECS (Chapter 2022-73, Laws of Florida) requires OECS to submit a report by January 15 of each year to the Governor, the President of the Senate, and the Speaker of the House of Representatives, detailing information on investigations of alleged election law violations or irregularity. *See* § 97.022(7)(a)-(e), Fla Stat. More broadly, that legislation also makes a commitment of technology, infrastructure, and resources to OECS to help conduct efficient and secure elections.

OECS submits this interim report consistent with its obligations. This report builds on OECS's last report, which noted:

> During the last quarter of 2023, OECS and state election officials were inundated with an alarming amount of fraud in the constitutional initiative petition area. In the last quarter alone, FDLE made at least 8 arrests of paid petition circulators. OECS expects more arrests early this year in this area.

Final Report at 9-10.

Specifically, the previous report noted that the last quarter of 2023 saw criminal allegations against 35 paid circulators associated with the organization sponsoring Initiative Petition 23-07, Floridians Protecting Freedom, Inc. ("FPF"). These allegations affected over 1,500 electors in 35 counties. Final Report at 9-10. OECS's awareness of extraordinary levels of fraud associated with Initiative Petition 23-07 therefore predates the Florida Supreme Court's advisory opinion approving the ballot initiative. Since that time, OECS has continued to be inundated with allegations of fraud and other illegality on the part of FPF's agents. These allegations have been made by electors, Supervisors of Elections, and even FPF contractors, subcontractors and paid circulators, and have been corroborated by law enforcement.

OECS therefore undertook its own investigation of the issue, as required by Florida law. *See* § 97.022(1)(b), Fla. Stat. (tasking OECS with "initiating independent inquires and conducting preliminary investigations into allegations of election law violations or election irregularities in this state"). Based on the preliminary results of that investigation, the number of FPF paid circulators who have committed criminal activity in connection with Initiative Petition 23-07 has now grown to well over 100, affecting many thousands of Floridians in most of the State's counties. Unfortunately, the investigation also revealed that the procedures established by current Florida law allowed thousands of fraudulent and otherwise invalid petition forms to be erroneously validated for Initiative Petition 23-07.

OECS submits this interim report to policymakers in the legislative and executive branches in advance of the upcoming legislative session to summarize its preliminary findings and reemphasize the need for more effective regulation of petition circulation, verification of initiative petition forms, and enforcement mechanisms.

# I.  OECS INVESTIGATIONS OF ILLEGAL PETITION CIRCULATION ACTIVITY

During late 2023 and throughout 2024, OECS received an unusually high volume of complaints from Supervisors of Elections and individual Florida electors concerning Initiative Petition 23-07, "Amendment to Limit Government Interference with Abortion." The allegations included reports of paid FPF petition circulators signing petition forms on behalf of deceased individuals, forging or misrepresenting elector signatures on petition forms, using electors' personal identifying information without consent, and perjury/false swearing.  In the early months of 2024, several FPF paid circulators were arrested and charged with serious felonies.  *See* App. E and F. In addition to the arrests, OECS opened hundreds of preliminary investigations into individual FPF paid circulators and several business entities involved in the collection of petitions on behalf of FPF.  In Palm Beach County alone, between June 2024 and September 2024, OECS referred 60 individual FPF paid circulators to law enforcement for fraudulent petition gathering activity. *See* App. A.  OECS expects additional criminal referrals to result from the audit discussed in section III, *infra*.  Given the credibility of the allegations to date, nearly all of these investigations have been referred to law enforcement and many are now active criminal investigations with FDLE and the Office of Statewide Prosecution.  Below is a summary of the illegal petition circulation activity OECS has investigated and referred for prosecution.

## A.  Illegal Compensation Scheme

Petition fraud has bedeviled legislators, Supervisors of Elections, and Florida electors since the Florida Constitution was revised to allow for constitutional amendment by initiative petition in 1968.  Article XI, section 3 provides that this power "may be invoked by filing with the custodian of state records a petition containing a copy of the proposed revision or amendment, signed by a number of electors in each of one half of the congressional districts of the state, and of the state as a whole, equal to eight percent of the votes cast in each of such districts respectively and in the state as a whole in the last preceding election in which presidential electors were chosen." Section 100.371, Florida Statutes, has regulated the petition circulation process since the 1970s, and the Florida Supreme Court has confirmed that "the legislature, in its legislative capacity, and the secretary of state, in his executive capacity, have the duty and obligation to ensure ballot integrity and a valid election process. Ballot integrity is necessary to ensure the effectiveness of the constitutionally provided initiative process." *State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980).

However, bad actors in the petition circulation industry have consistently resisted Florida's efforts to deter, detect, and punish fraud.  As recently as 2010, justices on the Florida Supreme Court observed that there were "numerous examples of fraudulent practices on the part of initiative proponents."  *Browning v. Fla. Hometown Democracy, Inc.*, PAC, 29 So. 3d 1053, 1083 (Fla. 2010) (Polston, J., dissenting with an opinion in which Canaday, J., concurred).  In 2019, the Legislature recognized that such fraud is strongly incentivized by sponsors paying circulators on a per-signature basis.  It therefore enacted section 104.186, Florida Statutes, which made it a first-degree misdemeanor to compensate a petition circulator based on the number of petition forms gathered. Laws of Fla., ch. 2019-64, § 4, (eff. June 7, 2019).  The practice of paying per signature

continued, however, so the Legislature increased the offense to a third-degree felony in 2022. Laws of Fla., ch. 2022-73, § 28 (eff. Apr. 25, 2022).

Unfortunately, it appears Florida law was still insufficient to deter FPF's agents from compensating petition circulators based on the number of forms gathered. The petition circulation campaign for Initiative Petition 23-07 was primarily if not solely conducted and overseen by PCI Consultants, Inc., a California-based corporation specializing in petition collection for ballot initiatives. Campaign finance reports show that FPF paid PCI Consultants over $27 million in 2023 and 2024. *See* App. M. Criminal intelligence generated by OECS, law enforcement, and the Office of Statewide Prosecutor strongly indicates that multiple subcontractors engaged by PCI Consultants paid individual circulators per petition collected, in gross violation of Florida law. At least one of these subcontractors advertised the illegal payment scheme on social media websites. *See* App. J and K. Other subcontractors better concealed the illegal payment scheme but have been accused of paying per signature by industry witnesses or petition circulators prosecuted for fraud. *See* App. N at 12, 18, 24; App. E. Competing petition circulation companies also reported credible evidence of FPF subcontractors paying per signature. *See* App. K. Subcontractors paid as high as $10 per signature. *See* App. N at 18, 24; App. E (Harriel 1 at 7); App. J and K.

Accordingly, earlier this year, the Department made a demand for an immediate accounting of any and all petition forms and correspondence provided to FPF from subcontractors believed by OECS to have compensated FPF circulators per petition. *See* App. J; § 100.371(9), Fla. Stat. (requiring sponsors to "account for all petition forms used by their agents"); Rule 1S-2.009(8), F.A.C. FPF responded to the Department's demand by, among other things, claiming it does not have custody or control of *any* documents being requested. *See* App. J. Ostensibly, all petition forms collected by FPF paid circulators and volunteers were submitted to PCI Consultants, not FPF, and then submitted by PCI Consultants to the Supervisors of Elections on behalf of FPF.

Florida law does not require sponsors' contractors and subcontractors to comply with demands for accounting made by the Department of State, and PCI Consultants appears to have been less than helpful to Florida law enforcement agencies, even when faced with a subpoena. The State's ability to execute the subpoena has been hampered by the fact that PCI Consultants is not a registered business entity in Florida. Many of the subcontractors PCI Consultants worked with are not registered to do business in Florida, either. And unlike other states where constitutional amendments can be proposed by initiative petition, Florida has no state residency requirement for paid petition circulators. Consequently, many FPF paid circulators have few if any ties to Florida and list addresses in other, sometimes faraway, states. Some appear to be transient, going from state-to-state to do similar work. In fact, two paid circulators arrested for petition fraud in furtherance of Initiative Petition 23-07 also face charges for petition fraud in Kansas after leaving Florida. *See* App. F. The out-of-state residency of key suspects and witnesses has made for significant investigative challenges.

**B. Petition Circulator Fraud**

Despite these challenges, investigations have yielded a substantial amount of criminal intelligence. Law enforcement agencies have acted on OECS referrals and developed additional criminal targets based on interviews of witnesses and defendants and returns of documents, subpoenas, and search warrants. These investigations have demonstrated widespread petition fraud in connection with Initiative Petition 23-07. Fraud was incentivized by the illegal compensation scheme described above and came in various forms.

First, FPF paid circulators submitted petition forms bearing the personal identifying information of deceased individuals in several counties. Supervisors have provided evidence to OECS that FPF submitted petitions on behalf of more than 20 deceased Floridians. *See* App. C.

Second, information received from multiple Supervisors of Elections and individual Florida electors also shows paid petition circulators committing perjury/false swearing. Under section 100.371(3)(a), Florida Statutes, a person may not collect signatures or initiative petitions for compensation unless the person is registered as a petition circulator with the Secretary of State. Section 100.371(5), Florida Statutes, requires paid petition circulators to attest that the petition was signed in their presence. However, investigations show a widespread practice of registered paid petition circulators distributing petition forms with pre-signed attestations to groups of unregistered circulators, who then obtain signatures outside the paid circulator's presence. *See* App. N at 18, 49. Both the unregistered circulators who circulated petitions for compensation and the registered petition circulators who hired them committed crimes, and petition forms collected in this manner are invalid. *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

Third, investigations have revealed that petition circulators tampered with petition forms after they were signed and submitted by electors. Statements given under oath by at least one FPF circulator prosecuted for petition fraud reveal that, prior to submitting completed forms, the subcontractor he worked for would use a website to verify personal identifying information. *See* App. N at 40-41. If the elector could be located but the petition form was incomplete (i.e., no address, date of birth, signature date, etc.), the subcontractor would fill in the missing information. *Id.* at 31.

Fourth, investigations indicate that some otherwise valid petition forms were obtained by fraud. According to the proffer of a circulator convicted of committing petition fraud in furtherance of Initiative Petition 23-07, at least one subcontractor instructed circulators to tell prospective signatories that the petition was "to keep the State of Florida from taking away women's rights; that's exactly what [the subcontractor] told us to tell people. Not necessarily abortion." *See* App. N.

The fifth and perhaps most concerning discovery is evidence of bulk identity theft—circulators using electors' publicly available personal identifying information to complete dozens, hundreds, or even thousands of petition forms without ever circulating the petition. Section

100.371(11), Florida Statutes, requires Supervisors of Elections to verify electors' identities based on four pieces of information: (1) name, (2) address, (3) voter registration number or date of birth, and (4) signature match. Outside of limited exceptions for domestic violence victims and "high-risk professionals," name, address, date of birth, and voter registration number are available in the voter extract file provided by the Division of Elections. This information can often be found on the internet as well. OECS and FDLE investigations display a pattern where enterprising circulators obtained lists of personal identifying information, copied this information onto petition forms in bulk, then forged signatures based on the electors' names. *See* App. E. The only safeguard is the signature verification process, which is seriously flawed. *See* section III, *infra*. The pay-per-petition compensation model incentivizes this type of fraud by encouraging paid signature gatherers to turn in as many forms as possible.

OECS has received complaints from many Florida electors whose information was fraudulently submitted on forms for Initiative Petition 23-07. Many complaints arose because some Supervisors notified electors when a petition form bearing their information was rejected. This in turn led electors to contact the Supervisor's office or OECS to report potential fraud. Understandably, many were angry, upset, and confused. *See* App. B.[1]

Supervisors of Elections have also provided a large number of credible complaints. *See* App. C and D. In fact, Supervisors of Elections in Martin County and Osceola County have reported that members of their elections staff had their personal information misappropriated, and their signatures forged, on petition forms submitted by FPF paid circulators. *See* App. D. These fraudulent petitions accurately recorded aspects of the staff members' personal identifying information, indicating that the fraudsters may have copied this information onto the petition forms from the state voter file or another database.

These reports are corroborated by members of the petition circulation industry, including FPF's own agents. In late 2023, a circulator appeared at the R.A. Gray building in Tallahassee asking to speak with OECS. The circulator wanted to report what he believed to be petition fraud related to Initiative Petition 23-07. The circulator explained that he was the owner of a local petition circulator business working to collect signatures for the purpose of qualifying the abortion amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators, whom the circulator suspected were engaged in a scheme to forge elector signatures on petition forms. The circulator brought over 600 petitions from eight different paid FPF petition circulators. The circulator believed some of the petitions to be fraudulent for several reasons. Those reasons included: at least one admission from an employee, the same handwriting for dozens of individual electors, incorrect dates of birth, names appearing to be in alphabetical order as if they were copied off a list, and signatures appearing to be forged, among other reasons. The circulator did not know which of the approximately 600 petitions were in fact fraudulent but suspected some to be so. OECS confirmed that each of the eight paid circulators in question were registered to circulate Initiative Petition 23-07. The information and paid circulator names were

---

[1] This represents only a sampling of complaints received from Florida electors.

6

immediately handed over to FDLE and the Office of Statewide Prosecution for criminal investigation. *See* App. I.

Investigations revealed that FPF's agents were aware of fraud perpetrated by their circulators. For instance, PCI Consultants, Inc., the main entity hired to collect petitions on behalf of FPF, flagged 35 petitions submitted by one of its circulators as forgeries. *See* App. G. Despite appearing on the "Do Not Buy" list described in the next paragraph, this circulator was used by FPF in nine Florida counites and had at least six other credible complaints filed against her by electors and other election officials. PCI Consultants reported this circulator to the Supervisor of Election for Hernando County, but petition forms submitted by the circulator were validated in five other Florida counties, leading OECS to believe that PCI Consultants did not give the same notice to those counties. On another occasion, the owner of one of PCI Consultants' subcontractors advised law enforcement that "many petitioners use Facebook, Instagram, and Yellow Pages" to obtain personal identifying information and commit bulk identity theft. *See* App. E at 9.

Through the investigative work of its law enforcement partners, OECS has also learned of, and confirmed, the existence of a "Do Not Buy" list widely circulated in the petition gathering community. Based on information and belief, PCI Consultants maintains a copy of the list. Florida, unlike many other states, has not made felons ineligible for paid petition circulation. The "Do Not Buy" list serves to give notice to entities or individuals that a particular circulator has either actively engaged in fraudulent petition gathering activities or has in the past been implicated in submitting fraudulent petitions. OECS was given access to a version of the list and confirmed that more than 50 paid circulators who submitted petitions for FPF were among those listed.[2]

Investigators have also uncovered the scope and methods of fraud in the course of prosecuting FPF paid circulators who violated Florida election law. Four paid circulators who submitted abortion petitions on behalf of FPF have been arrested for petition fraud in connection with Initiative Petition 23-07 thus far. All four appear on the "Do Not Buy" list. Despite this, these four, and many others who are currently under active criminal investigation, were widely utilized by FPF in its petition gathering and submission operations. Three defendants have been convicted—one of which was recently sentenced to a term of 25.8 months in the Florida Department of Corrections for petition fraud related to the abortion amendment. At least two defendants have indicated that many of the petitions they submitted were fraudulent or otherwise illegal. *See* App. E (Harriel 1); App. N (Salazar); App. P (Harriel 2). One of these defendants explained to prosecutors that it was "hard to get a hundred" petitions for Initiative Petition 23-07 in a day, and that people were generally much more willing to sign the marijuana petition circulating at the same time. *See* App. N at 27, 46. Yet this defendant noticed that other circulators were "handing [in] stacks and stacks" and "collecting a thousand a day." *Id.* at 27, 42. When asked if other circulators ever talked about using names of other people they found online, the defendant stated: "People did that a lot. They would just fill out, people would just--fake, fake, fake, because they didn't care." *Id.* at 45-46.

---

[2] OECS determined that the 55 individual paid circulators on the list who submitted petition forms on behalf of FPF accounted for over 8,800 validated petition forms across the State.

Another of these circulators testified that she was trained to commit bulk identity theft in furtherance of Initiative Petition 23-07, presumably by one of FPF's subcontractors. Her instructions were to sign her name to petition forms, "[f]ive hundred at a time." App. P (Harriel 2). Next, she would compile a list of registered voters using a website called Clustrmaps and the Department of State's online voter information lookup portal. *Id.* The circulator recorded electors' first and last names, addresses, and dates of birth—"whatever needed to go on the form." *Id.* The circulator would then provide the signed forms and the list to her employer, presumably an FPF subcontractor. *Id.* "And they would do the rest. They had their little organization where they would fill out all the stuff." *Id.* The circulator was compensated at a rate of $5 per petition form: "that was the deal." *Id.* The circulator admitted that she did all this from the comfort of her home, without ever circulating the petition. *Id.* Nevertheless, Supervisors validated 37.5% of the petitions submitted under her name. While the proffer is heavily redacted, OECS anticipates investigations will reveal that additional circulators hired and trained by the same FPF subcontractor engaged in the same method of bulk identity theft in furtherance of Initiative Petition 23-07.

Additional information about these petition circulators is provided below:

### *George Andrews - Pasco County case 2024CF000485*

OECS began investigating George Andrews in the fall of 2023. Initially, three Supervisors of Elections offices reported receiving a total of 29 fraudulent petition forms signed by George Andrews, a paid circulator for the abortion amendment.[3] Law enforcement interviewed and confirmed with 10 Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Andrews submitted a total of 1,906 abortion petitions across the state; 964 were invalidated. Following the tenth elector victim interview, law enforcement made the decision to bring charges against Andrews. He was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictitious name under section 104.185(2), Florida Statutes. All 20 felony counts were based on invalidated signatures on petitions related to Initiative Petition 23-07. Following Andrews' arrest, investigation into his fraud continued. Not long after his arrest, Andrews entered a guilty plea to all 20 felony counts in Pasco County, Florida case 2024CF000485. The Court sentenced Andrews to 25.8 months in the Florida Department of Corrections, where he remains as of the time of this report.

In addition to his Florida criminal case, Andrews has also been charged with 30 counts of felony petition fraud in the state of Kansas. *See* App. F. The Kansas charges remain pending. Following Andrews' Florida arrest and conviction, OECS was made aware that Andrews was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc.[4] *See* App. E (Harriel 1). It is highly suspect that a person like Andrews was

---

[3] OECS later learned that an employee of the Osceola County Supervisor of Elections Office had a fraudulent abortion petition submitted in her name. George Andrews was the circulator listed on that petition.

[4] FPF hired PCI Consultants, Inc. to collect petition forms by hiring paid petition circulators, sometimes via subcontractors. All petitions collected by paid circulators and volunteers were submitted to PCI Consultants. It is

utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,900 abortion petitions across the State of Florida.

Following Andrews' arrest, OECS analyzed statewide data and determined that in addition to 964 invalidated petition forms, Andrews also submitted 942 abortion petitions across 27 Florida counties that were validated. As part of its ongoing audit of validated petition, OECS has referred an additional 46 validated petitions to law enforcement to review for potential criminal investigation. As the OECS audit continues, OECS expects to identify additional victims of Andrews' petition fraud and make additional criminal referrals to FDLE in the coming months.

### ***Jamie Johnson*** *- Pasco County case 2024CF000487*

OECS began investigating Jamie Johnson in the fall of 2023 at same time the George Andrews investigation. Johnson and Andrews were roommates at the time they were FPF paid circulators. Initially, four Supervisors of Elections[5] reported receiving approximately 102 fraudulent abortion petitions[6] signed by Johnson. During the investigation, Hillsborough County submitted another complaint against Johnson, alleging she submitted petitions in the name of at least five deceased Floridians. *See* App. C.

Law enforcement interviewed and confirmed with nine Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. During the investigation, it was learned that Johnson submitted two fraudulent petitions using the same victim information as her roommate, George Andrews. Johnson also submitted a fraudulent petition using the name of the husband of one of Andrews' victims. Following the ninth victim interview, law enforcement decided to bring charges against Johnson for submitting fraudulent petitions on behalf of the Florida initiative sponsored by FPF, 23-07. Based on information and belief, the actual number of fraud victims was much higher. Johnson submitted a total of 1,647 abortion petitions across the state; 814 were invalidated. Johnson was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictious name under section 104.185(2), Florida Statutes. The initial investigation focused on invalidated petitions, and all 20 felony counts were based on invalidated signatures for Initiative Petition 23-07. Johnson was unable to be located in Florida but was eventually arrested in Nebraska. *See* App. F. At that time, Florida officials learned that Johnson was also wanted in Kansas for 19 felony petition fraud charges. The Kansas Attorney General has announced his intention to bring Johnson to Kansas for prosecution. *See* App. F. Florida is similarly pursuing extradition.

Following Johnson's arrest, OECS continued to investigate her fraud. OECS discovered that in addition to the 814 invalidated abortion petitions, Johnson also had 833 abortion petitions

---

OECS's understanding that PCI Consultants tracked all petition forms and submitted them to the Supervisors of Elections on behalf of FPF. FPF paid PCI Consultants over $27 million over the past two years for their services. *See* App. M.

[5] Hernando, Pasco, Pinellas, and Sumter Counties.

[6] One of these petitions from Hernando County was submitted on behalf of a deceased Floridian.

validated across 22 Florida counties.  As part of its ongoing verified petition audit, OECS has referred an additional 56 of Johnson's validated petitions to law enforcement to review for potential criminal investigation.  OECS expects to identify additional victims of Johnson's petition fraud and make additional criminal referrals to FDLE in the coming months.

Following Johnson's arrest, OECS learned that, like her co-defendant Andrews, Johnson was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc, FPF's main contractor.   It is highly suspect that a person like Johnson was utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,600 petition forms across the State of Florida.

### *Andre Salazar - Sarasota County case 2024CF002716*

OECS began investigating Andre Salazar in late 2023.  Initially, two Supervisors of Elections[7] reported receiving a total of 33 fraudulent abortion petitions signed by Salazar.  Law enforcement interviewed and confirmed with 12 Florida electors that they did not complete forms for Initiative Petition 23-07.  Notably, electors confirmed that some of the personal identifying information was accurate, indicating use of a database and bulk identity fraud.  Based on information and belief, the actual number of fraud victims is much higher.  Salazar submitted a total of 1,585 abortion petitions across the state; 718 were invalidated.  Law enforcement interviewed Salazar.  Among other things, Salazar stated to law enforcement during his interview that he was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions; was paid $10 per abortion petition submitted; and circulated the petition for compensation prior to registering as a paid FPF petition circulator.  *See* App. E and N.  Salazar also admitted that, after he became a registered FPF petition circulator, he "would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence."  This calls into question the validity of all validated petition forms submitted under Salazar's paid petition circulator number.  *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

Following the interviews, law enforcement brought charges against Salazar.  He was charged with 12 felony counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes.  All 12 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07.  Salazar recently entered a plea agreement and provided a proffer to the Office of Statewide Prosecution as part of the agreement.

Following Salazar's arrest, OECS analyzed statewide data and determined that in addition to 718 invalidated abortion petitions, Salazar also submitted 867 abortion petitions across four Florida counties that were validated.  *Cf.* App. O (news reports incorrectly claiming that all petition forms submitted by Salazar were "stopped at [the] county level and never ended up in the initiative's total").  As part of its ongoing audit, OECS has referred an additional validated abortion

---

[7] Lee and Sarasota Counties.

petition to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Salazar's petition fraud and make additional criminal referrals to FDLE in the coming weeks.

### ***Donna Harriel*** *- Martin County case 2024CF000424*

OECS began investigating Donna Harriel in late 2023. Initially, three Supervisors of Elections[8] reported receiving a total of 186 fraudulent abortion petitions signed by Harriel.[9] Law enforcement interviewed and confirmed with six Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Harriel submitted a total of 526 abortion petitions across the state; 314 were invalidated. Law enforcement interviewed Harriel. Among other things, Harriel stated to law enforcement during her interview that she was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions; was paid $10 per abortion petition submitted; and was fired from the company for committing fraud. *See* App. E.

Following Harriel's interview, law enforcement interviewed the owner of the FPF subcontractor that fired her. He advised law enforcement of the following:

- A company subcontracting with PCI Consultants, Inc., engaged his company to hire paid petition circulators to collect abortion petitions for the Amendment sponsored by FPF;
- PCI Consultants would review and validate the petition forms before submitting them to the Supervisors of Elections;
- Harriel was at one time an employee of his company, but "Harriel was fired and placed on Do Not Buy List that is maintained by PCI"; and
- He is aware that paid petition circulators engaged in fraud, often using Facebook, Instagram, Yellow Pages, and other internet sources to obtain personal identifying information of potential victims.

*See* App. E.

Following the interviews, law enforcement brought charges against Harriel. She was charged with 10 felony counts: five (5) counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes and five (5) counts of Signing Another Person's Name/Fictious name under section 104.185(2), Florida Statutes. All 10 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07.

Following Harriel's arrest, OECS analyzed statewide data and determined that in addition to 314 invalidated abortion petitions, Harriel also submitted 212 abortion petitions across 18 Florida counties that were validated. As part of its ongoing audit, OECS has referred an additional

---

[8] Escambia, Martin, and Brevard Counties.

[9] OECS later received additional complaints from electors and Supervisors of Elections in Indian River County, St. Lucie County, and Palm Beach County alleging that Harriel was submitting fraudulent petitions on behalf of Florida electors.

31 validated abortion petitions to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Harriel's petition fraud and make additional criminal referrals to FDLE in the coming months.

### C. Improper Delivery

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the Supervisor of Elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the Supervisor of Elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

OECS received information from Supervisors of Elections indicating that FPF violated section 100.371(7)(a), Florida Statutes, by failing to timely deliver petition forms in some cases and by failing to deliver the forms at all in others. In the past 12 months, OECS has issued three letters fining FPF for these violations. *See* App. I. FPF has paid over $22,000 in civil fines for violating Florida election laws. *Id.* It paid another $164,000 to the Department of State pursuant to a settlement agreement in December 2024. *See* App. Q.

It appears some of these forms were not submitted based on well-founded concerns that some or all of the forms were fraudulent. But even where a sponsoring committee or its agent suspects fraud, under Florida law, they must still submit the petition to the Supervisor of Elections. Sponsors typically comply with this requirement, and those following best practice note their concerns to the Supervisor upon submission. The Supervisor of Elections is then better able to assess fraud at the petition verification stage of the process.

## II. OECS AUDIT OF VALIDATED PETITIONS

OECS's investigations of FPF and its agents were initially focused on complaints related to non-verified petition forms—those that are invalid due to omissions, mismatching information, or other noncompliance with Florida Statutes. However, as its investigations progressed, OECS became concerned that a substantial number of forged signatures submitted by FPF were mistakenly verified as valid by Supervisors of Elections. This concern grew as evidence and testimony was gathered by OECS and law enforcement agencies in the first two quarters of 2024. Evidence in some cases indicated that the circulators did not submit *any* actual elector signatures, but rather forged or procured through fraud all of the signatures submitted. Yet when data was analyzed at the state level, OECS discovered that many forms submitted by these circulators were validated in multiple counties.

Take the four arrested petition circulators discussed in the previous section. Collectively, these four individuals had over 25 complaints from electors and election officials, stemming from submissions in 15 different counties. Collectively, the complaints alleged that approximately 370

petitions were fraudulent, and included at least 7 deceased individuals. At least two of these individuals confessed that they engaged in bulk identify theft and that most or all of the forms they submitted were fraudulent.  All four of these individuals were listed on the "Do Not Buy" list discussed in the previous section.  Yet, statewide data reveals that 2,854 petitions submitted by these four individuals were verified as valid and counted toward the total number and distribution of signatures required for ballot placement.

OECS is statutorily tasked with "initiating independent inquires and conducting preliminary investigations into . . . election irregularities in this state." § 97.022(1)(b), Fla. Stat.  Therefore, OECS concluded it was necessary to expand its investigation to validated forms in order to (1) determine the full scope of the fraud associated with Initiative Petition 23-07, (2) uncover the techniques used by fraudsters and recommend legislative counteraction, and (3) identify Floridians whose identities were stolen in furtherance of election crime. Unlike with other kinds of identity theft, many victims of petition fraud never know that their identities have been successfully stolen in furtherance of election crime. This is because, while a number of Supervisors notify the elector when a deficiency in a petition form bearing his or her name causes it to be rejected, few if any Supervisors notify the elector when a petition bearing his or her name has been validated. This section provides an overview of the signature verification standards established by Florida law, the methodology used by OECS to audit verified signatures for Initiative Petition 23-07, and the preliminary results.

### A. Signature Verification Standards

While the Constitution does not expressly contemplate signature verification, the Florida Supreme Court has recognized that "verification is an element of ballot integrity and a task which the legislature may require to be accomplished as a prerequisite to filing an initiative constitutional proposal with the secretary of state." *Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980). Section 100.371(11)(a), Florida Statutes, permits Supervisors of Elections to validate a petition form only if "[t]he form contains the original signature of the purported elector." The Secretary of State has a statutory responsibility to "[p]rovide mandatory formal signature matching training to supervisors of elections and county canvassing board members," and "[a]ny person whose duties require verification of signatures must undergo signature matching training." § 97.012(17), Fla. Stat. The Department of State has a corresponding duty to "adopt rules governing signature matching procedures and training." *Id.* Section 100.371(14), Florida Statutes, further authorizes the Department of State to adopt rules to carry out the provisions of subsection (11).

Florida Administrative Code Rule 1S-2.056(1) fulfills these statutory mandates by creating a two-hour online training program available at dos.fl.gov/elections/signaturetraining. The required training course for the 2024 election cycle, entitled "Signature Verification Training for Florida Supervisors of Elections & Canvassing Boards" (the DOS Training), is presented by Thomas W. Vastrick, an expert in the field of forensic document examination. The DOS training instructs signature matchers: "Don't trust your eyes. Don't just look at the signature and say yes or no. Break it down into its component parts." DOS Training, *Wrap Up: Review of Concepts*. For initiative petitions, the component parts include spacing, letter height ratio, baseline habits, letter

connections, initial and terminal strokes, pen pressure, letter design, slant, pen lifts, width versus length proportions of loops, curves at initial and terminal strokes, crossbar positions, angular versus smooth curve, buckles, extra or missing strokes, pen control, consistent left margin, ink or writing instrument, simplicity, and disguise or slowness. DOS Training, *Wrap Up: Review of Concepts*. The DOS Training equips trainees to assess each of these component parts. DOS Training, *Red Flags & Forgery: Slowness*; *Red Flags & Forgery: Forgery*; *Red Flags & Forgery: Simple or Illegible Signatures*; *Signature Examinations: Signature Examinations*; *Signature Examinations: Petitions and Disguise*. The training concludes by instructing signature reviewers to adhere to these "uniform standards for evaluating signatures from the outset" and reiterates the importance of "follow[ing] the standards set forth in law for validating or invalidating or accepting or rejecting, as may be applicable a ballot, a cure affidavit, a petition, or other signed document." DOS Training, *Wrap Up: Key Take-Aways*.

## B. Audit Methodology

The objectives of OECS's audit of forms validated for Initiative Petition 23-07 are three-fold: (1) to determine the extent and methods of the fraud, (2) to identify recommendations to strengthen the integrity of the petition process moving forward, and (3) to identify circulators committing election crime and seek justice on behalf of any Floridian whose identity was stolen thereby.

To these ends, OECS compiled a list of known or suspected fraudsters who submitted validated petition forms for Initiative Petition 23-07. This list includes individuals who:

(a)    were the subjects of a complaint alleging fraudulent petition circulation submitted to OECS by an elector or Supervisor;

(b)    submitted a petition in the name of a deceased individual;

(c)    were implicated by an admission from a defendant or cooperating witness; or

(d)    had an invalid rate substantially higher than the state average.

OECS then analyzed county data to determine locations where known or suspected fraudsters had a large number of petitions verified as valid. OECS issued requests to audit verified petitions in several of those counties. Counties accommodating OECS's requests arranged for physical or remote review of the requested petitions.

OECS selected Department of State employees who demonstrated mastery of DOS's signature matching standards to conduct the limited audit of forms validated for Initiative Petition 23-07 ("DOS auditors"). Each DOS auditor has a valid and up-to-date signature match training certificate. *See* Rule 1S-2.056(1), F.A.C. Auditors were instructed to assess whether forms contained all statutorily required information about the elector and petition circulator and a matching signature. For each petition form analyzed, the auditor made one of four findings:

| Status Code | Status Description |
|---|---|
| Valid | Agree with Supervisor's decision to validate |
| Invalid | Do not agree with Supervisor's decision to validate; highly confident the petition is invalid |
| First review indeterminate | Validity is questionable; requested second reviewer |
| Missing | Missing or defective scan; OECS unable to make a determination |

## C. Preliminary Results

To date, OECS has audited verified petitions in three counties: Palm Beach, Orange, and Osceola Counties.

### *Palm Beach County*

The audit began with a visit to Palm Beach County to obtain information about the county's storage of petitions and the signature comparison process.  OECS began in Palm Beach County because (1) it is among the most organized Supervisor of Elections office in terms of cataloging and sharing evidence of petition-related fraud with OECS and county electors; and (2) there was evidence of substantial fraud on the part of circulators submitting petition forms there.  *See* App. A (referring 60 individual FPF paid circulators for criminal investigation, all due to elector declarations or forms containing the personal identifying information of electors who were deceased at the time of the alleged signature).

While there, OECS reviewed a sample of 41 validated petition forms submitted by known or suspected fraudsters.  OECS compared the information on the forms with the statutory requirements set forth in section 100.371(11)(a), Florida Statutes. Although the sample size was small, this initial review produced concerning findings.  Perhaps most surprising was the number of signatures that did not match any signature on file.  Fifteen signatures were not remotely close, while an additional five warranted secondary review.[10]

| | |
|---|---|
| Total Verified Petitions Reviewed | 41 |
| Valid | 21 |
| Invalid | 15 |
| First review indeterminate | 5 |
| Missing | 0 |
| **Invalidity Rate** | **36.6% or more** |

Several forms contained additional indicia of fraud, such as suspect handwriting, the inclusion of both a voter registration number and date of birth (only one is required and many electors do not have ready access to their voter registration numbers when approached in public),

---

[10] Except for petition forms audited both in *Orange County 1* and *Orange County 2*, secondary reviews have not yet been completed.

and circulator affidavits signed days after the signature was obtained. OECS referred these forms to law enforcement for criminal investigation. OECS also determined that, of the 41 petitions reviewed, multiple petitions were submitted on behalf of five electors. It is a crime for a person to knowingly sign a petition for an issue more than one time under section 104.185(1), Florida Statutes. OECS referred these five forms to law enforcement to investigate whether the electors submitted multiple forms, or submitted one petition only and were the victim of fraud with respect to the second form.

### Orange County 1

Based on the initial findings in Palm Beach County, OECS decided it should review additional populous counties that, according to OECS analysis, had high levels of validated submissions from known or suspected fraudsters. OECS assembled a larger team and sought targeted petitions from Orange County, a populous county relatively near Tallahassee. Like in Palm Beach County, OECS reviewed validated petitions submitted by known or suspected fraudsters. However, rather than requesting a sample, OECS requested all petitions meeting that criteria.

The initial Orange County review consisted of 2,216 validated petitions,[11] and the findings were similar to Palm Beach County. Many of the petitions contained a signature that clearly did not match any signature on file. The results of the review were:

| Total Verified Petitions Reviewed | 2,216 |
|---|---|
| Valid | 1,214 |
| Invalid | 715 |
| First review indeterminate | 287 |
| Missing | 0 |
| **Invalidity Rate** | **32.3% or more** |

A number of the petitions contained additional indicia of fraud, such as suspect handwriting, indecipherable or misspelled names, incorrect date of birth, and circulator affidavits signed days after the signature was obtained.

### Orange County 2 (U.S. Congressional District 9)

Based on the overarching fraud concerns outlined in the earlier sections of this report and the Palm Beach County and Orange County reviews, OECS decided to undertake a larger, more comprehensive review of all verified petition forms—i.e., not limited to those submitted by known and suspected fraudsters. OECS returned to Orlando to conduct a second Orange County review. In this review, OECS requested all 11,306 petitions validated by the Orange County Supervisor of Elections within the Ninth United States Congressional District. (OECS ultimately received and reviewed 9,810 of these petitions. OECS and Orange County are reconciling why the additional 1,496 petitions were not provided to OECS. OECS intends to complete its review of those

---

[11] OECS reviewed petitions from Districts 8, 9, 10, and 11 as part of Orange County 1.

remaining petitions as soon as they are provided.)  As would be expected, the audit revealed a lower rate of invalidity than when known and suspected fraudsters were viewed in isolation. However, at 20.9% or more, this rate is still concerningly high.

| Total Verified Petitions Reviewed | 9,672 |
|---|---|
| Valid | 6,840 |
| Invalid | 2,017 |
| First review indeterminate | 815 |
| Missing | 341 |
| **Invalidity Rate** | **20.9% or more** |

### *Osceola County*

After completing the second Orange County audit, a team of DOS auditors was sent to neighboring Osceola County.  OECS believed it would be helpful to compare the results from Palm Beach County (1.5 million residents in 2022) and Orange County (3.2 million residents in 2022) with a smaller county where petitions submitted by known and suspected fraudsters accounted for a smaller number of validated forms. Osceola County (423,000 residents in 2022) fit this description and is located entirely within the Ninth U.S. Congressional District. The audit revealed a significantly lower rate of invalidity.

| Total Verified Petitions Reviewed | 1,378 |
|---|---|
| Valid | 1,153 |
| Invalid | 102 |
| First review indeterminate | 123 |
| Missing | 0 |
| **Invalidity Rate** | **7.4% or more** |

These widely disparate invalidity rates indicate that some Supervisors of Elections offices may be utilizing far more effective internal controls over signature verification than others. Preliminary results indicate that more populous counties may have faced more difficulty in accurately verifying signatures submitted for Initiative Petition 23-07 than smaller counties. OECS plans to conduct a thorough analysis of the methods used by Supervisors to hire signature verifiers, confirm that they have completed the mandatory training, and ensure that they are accurately applying the standards established by DOS. OECS will report its findings in future reports.

### *Analysis*

Current Florida law places immense weight on signature verification.  Because all other required personal identifying information is publicly available, a robust signature match procedure is the only real line of defense for ballot integrity.  Unfortunately, the preliminary results of OECS's audit indicate that some counties failed their statutory obligation to verify petition forms for Initiative Petition 23-07 in accordance with the standards "governing signature matching" promulgated by Department of State. *See* §§ 97.012(17), 100.371(14), Fla. Stat.

Thus far, OECS has reviewed and analyzed a total of 13,059 validated petition forms. OECS has determined that, at a minimum, 2,650 should not have been validated due to statutory deficiencies or a clear mismatch between the signature on the petition and any signature on file. While there is a wide range of invalidity rates between the three audited counties, on average, 25.4% of petition forms that were submitted by known or suspected fraudsters and verified by the Supervisor of Elections should have been rejected due to statutory deficiencies or a clear signature mismatch.[12]  Based on the only county where data is available, the invalidity rate drops by 35.4% when all circulators are included.[13]  Applying this "drop off rate" (35.4%) to the average invalidity rate for known or suspected fraudsters (25.4%) yields an average total county invalidity rate of 16.4%.[14]

These county figures, while based on a small sample size and subject to change with additional data, allow for extrapolation of invalidity rates by United States congressional district (CD). Consider the Ninth Congressional District, which is comprised of Osceola County and portions of Orange and Polk Counties. Applying the total invalidity rate in Orange County (*Orange 2 audit*), applying the invalidity rate for known and suspected fraudsters in Osceola County (*Osceola audit*) adjusted by the drop off rate (*Orange 1 audit Δ Orange 2 audit*), and applying the average total county invalidity rate (*see* n.14) for Polk County results in a projected CD invalidity rate of 11.7%.

| CD9 | | | |
|---|---|---|---|
| | # Validated | Invalid Rate | # Invalid |
| **Orange** | 11,306 | 20.9% | 2,358 |
| **Osceola** | 16,700 | 4.8% | 799 |
| **Polk** | 2,372 | 16.4% | 390 |
| **TOTAL** | 30,378 | 11.7% | 3,546 |

^ (1 - 35.4%) * 7.4%
    (1 - drop off rate) * Osceola KSF inval. rate
† average total county inval. rate, *see* n.14

Five other congressional districts both (a) contain portions of audited counties and (b) received validated signatures equal to eight percent of the votes cast in the last preceding presidential election: CD10, CD20, CD21, CD22, and CD23.

---

[12] (36.6% + 32.3% + 7.4%) / 3 = 25.4%

(Palm Beach KSF inval. rate + Orange KSF inval. rate + Osceola KSF inval. rate) / # audited counties = average KSF inval. rate

[13] (32.3% - 20.9%) / 32.3% = 35.4%

(Orange KSF inval. rate - Orange total inval. rate) / Orange KSF inval. rate = drop off rate

[14] (1 - 35.4%) * 25.4% = 16.4%

(1 - drop off rate) * average KSF inval. rate = average total county inval. rate

CD10, which contains another portion of Orange County, would be expected to have an invalidity rate around 20.9% (*Orange 2* audit).

CD20 contains portions of Broward and Palm Beach Counties. Applying the invalidity rate for known and suspected fraudsters in Palm Beach County (*Palm Beach audit*) adjusted by the drop off rate (*Orange 1* audit Δ *Orange 2* audit)[15] and applying the average total county invalidity rate (*see* n.14) for Broward County results in a projected CD invalidity rate of 18.2%.

CD21 contains Martin and St. Lucie Counties and a portion of Palm Beach County. Applying the invalidity rate for known and suspected fraudsters in Palm Beach County (*Palm Beach* audit) adjusted by the drop off rate (*Orange 1* audit Δ *Orange 2* audit) and applying the average total county invalidity rate (*see* n.14) for Martin and St. Lucie Counties results in a projected CD invalidity rate of 18.4%.

CD22, which contains another portion of Palm Beach County, would be projected to have the invalidity rate for known and suspected fraudsters in Palm Beach County (*Palm Beach audit*) adjusted by the drop off rate (*Orange 1* audit Δ *Orange 2* audit), which is 23.6%.

CD23 contains portions of Broward and Palm Beach Counties. Applying the invalidity rate for known and suspected fraudsters in Palm Beach County (*Palm Beach audit*) adjusted by the drop off rate (*Orange 1* audit Δ *Orange 2* audit) and applying the average total county invalidity rate (*see* n.14) for Broward County results in a projected CD invalidity rate of 18.5%.

Pending additional audits, the projected invalidity rate of CDs composed of unaudited counties is 16.4% (the average total county invalidity rate, *see* n.14).

As for the statewide invalidity rate, the cumulative invalidity rate for known or suspected fraudsters is 22.9%.[16] Applying the drop off rate results in a projected statewide invalidity rate of 14.8%.[17]

In addition to shedding light on the true number of valid petition forms submitted for Initiative Petition 23-07, the audit has generated a great deal of information that OECS plans to deploy in the form of legislative proposals and additional criminal referrals. OECS has made or anticipates making hundreds of more criminal referrals based on the audited petition forms. OECS's audit therefore remains ongoing. OECS has outstanding requests to Hillsborough and Alachua Counties for access to validated petition forms submitted by known or suspected fraudsters. OECS has also requested a larger sample of validated forms from Palm Beach County. OECS plans to make additional requests, focusing on populous counties with high levels of validated forms submitted by known or suspected fraudsters. OECS further plans to request an

---

[15] (1 - 35.4%) * 36.6% = 23.6%
(1 - drop off rate) * Palm Beach KSF inval. rate = Palm Beach total inval. rate

[16] (15 + 715 + 102) / (41 + 2,216 + 1,378) = 22.9%
(# Palm Beach inval. + # Orange 1 inval. + # Osceola inval.) / (# Palm Beach reviewed + # Orange 1 reviewed + # Osceola reviewed) = cumulative KSF inval. rate

[17] (1 - 35.4%) * 22.9% = 14.8%
(1 - drop off rate) * cumulative KSF inval. rate = total statewide inval. rate

audit of all 2,372 verified forms in the portion of Polk County within CD9.  OECS intends to report the results of these planned audits in a subsequent interim report to the Legislature.

## Conclusion

OECS continues to be active and vigilant in its efforts to combat election fraud.  The fraud outlined in this report is unacceptable, and it is imperative that the state consider major reforms to the initiative petition process to prevent groups from doing this ever again in Florida.

**Revision Statement**

Dear Governor DeSantis, President Albritton, and Speaker Perez:

This supplemental Interim Report includes statements proffered by a circulator convicted of petition fraud in furtherance of Initiative Petition 23-07 made public after the Interim Report's initial publication on October 11, 2024. The statements indicate that at least one FPF subcontractor instructed circulators to commit bulk identity theft. The supplement also discusses FPF's $164,000 payment to the Department of State pursuant to a settlement agreement executed on December 16, 2024. The agreement followed a DOS letter imposing penalties on FPF for failing to deliver completed petition forms.

OECS would also like to direct your attention to three numerical errors in the initial Interim Report. Please note that these errors did not affect any of the invalidity rates calculated or projected by the report.

On page 17, the table for *Orange County 2* reported the number of Total Verified Petitions Reviewed as 9,810. The correct figure is 9,672, which is the sum of petition forms audited as Valid (6,840), Invalid (2,017), and First Review Indeterminate (815). The invalidity rate of 20.9% was calculated using the correct figure.

On page 17, the first paragraph under the subheading *Osceola County* has been revised to read: "After completing the second Orange County audit, a team of DOS auditors was sent to neighboring Osceola County. OECS believed it would be helpful to compare the results from Palm Beach County (1.5 million residents in 2022) and Orange County (3.2 million residents in 2022) with a smaller county where petitions submitted by known and suspected fraudsters accounted for a smaller number of validated forms. Osceola County (423,000 residents in 2022) fit this description and is located entirely within the Ninth U.S. Congressional District. The audit revealed a significantly lower rate of invalidity."

On page 18, the first sentence of the first paragraph contained erroneous figures. It now reads: "Thus far, OECS has reviewed and analyzed a total of 13,059 validated petition forms. OECS auditors have determined that, at a minimum, 2,650 should not have been validated due to statutory deficiencies or a clear mismatch between the signature on the petition and any signature on file." 248 petition forms were reviewed in both *Orange County 1* and *Orange County 2*. Of the 248 double-reviewed petition forms, 49 were audited as invalid in both *Orange County 1* and *Orange County 2* or were audited as invalid in either *Orange County 1* or *Orange County 2* and audited as first review indeterminate in the other. The 13,059 figure was calculated by subtracting the number of double-reviewed petition forms (248) from the sum of total verified petition forms audited in *Palm Beach County* (41), *Orange County 1* (2,216), *Orange County 2* (9,672), and *Osceola County* (1,378). The 2,650 figure was calculated by subtracting the number of double-reviewed petition forms (248) from the sum of petition forms audited as invalid in *Palm Beach County* (15), *Orange County 1* (715), *Orange County 2* (2,017), and *Osceola County* (102), then adding back the number of petition forms audited as invalid in both *Orange County 1* and *Orange County 2* or audited as invalid in either *Orange County 1* or *Orange County 2* and audited as first review indeterminate in the other (49).

For clarity, page 19 now includes a projection of the statewide invalidity rate. As initially published, the report projected invalidity rates by U.S. congressional district only.

Minor grammatical and typographic errors unrelated to the results of OECS's audit of validated petition forms have also been corrected.

21

Appendix A: Palm Beach County Referrals



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

September 10, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

> *Re: Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the*
> *Abortion Amendment (supplement to July 11, 2024 letter)*

Dear Andrew Watts, Special Agent Supervisor:

This letter is a supplement to the referral letter (attached hereto as Exhibit "1") submitted to you on July 11, 2024. As indicated in the July 11, 2024, letter, we have received some alarming information from the Palm Beach County Supervisor of Elections Office over the past several months regarding fraudulent constitutional initiative petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) warrant a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

OECS has received credible information that the following petition circulators for Initiative Petition 23-07, have submitted suspected illegal petition form(s), in violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com



As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to your office, OECS respectfully asks you to prioritize the resolution of this investigation.

---

[1] OECS has previously opened over seventy-five (75) investigations (and referred nearly all to FDLE) into individual paid petition circulators involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

Of the twenty-seven (27) individuals listed above, they account for 36,889 submitted petitions around the state, of which 26,089 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

Exh. "I"



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 11, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

   *Re: Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the*
   *Abortion Amendment*

Dear Andrew Watts, Special Agent Supervisor:

  Over the past several months, we have received some alarming information from the
Palm Beach County Supervisor of Elections Office regarding fraudulent constitutional initiative
petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee
for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida
Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime &
Security ("OECS") has conducted preliminary investigations into the following allegations to
determine if the alleged violation(s) warrant a criminal investigation referral to your office, as
established by Rule 1S-2.025, Florida Administrative Code.

  OECS has received credible information that the following petition circulators for Initiative
Petition 23-07, have submitted suspected illegal petition form(s), in violation of section
100.371(5), section 104.011, and chapter 817, Florida Statutes:





As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to

---

[1] OECS has previously opened over forty (40) investigations (and referred nearly all to FDLE) into individual paid petition circulators from counties other than Palm Beach involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

your office, OECS respectfully asks you to prioritize the resolution of this investigation. In addition to the allegations and circulators listed above, the Palm Beach County Supervisor has identified more petition circulators collecting petitions for Floridians for Protecting Freedom, Inc. who appear to have engaged in fraud, and OECS plans to supplement this letter with additional criminal referrals in the coming weeks.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

---

Of the thirty-five (35) individuals listed above, they account for nearly 37,000 submitted petitions around the state, of which 23,018 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Appendix B: Sampling of Voter Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

---

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

**PERSO**

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Addres ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

E-mail Address _____

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Nai ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Work
Phone _____

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or*

Addre ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ☐ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☐ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

forged signature

_____

_____

_____

_____

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

did not sign any type of document.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prepared by, Cheyenne. L
09/12/2023

[✓] Check here if additional pages or documents are attached.

_____     _____
Signature of complainant                         Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**



Office Use Only

'24 JAN 3 9:06AM

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____

(First)                    (Middle or Initial)                    (Last)

Address _____  City _____

County _____  State _____  Zip Code _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

**(limit one person/entity per form)**

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____  City _____

County _____  State _____  Zip Code _____

Other contact information _____

Petition Serial Number ___2307_____    Sponsoring Committee _Floridians Protecting Freedom Inc_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☑ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

recieved a letter from the SOE office Dec 20,2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

He Forged 2 Documents    12/05/2023

                          11/28/2023
                             218

☐ Check here if additional pages or documents are attached

Dec 27 2023

Signature of complainant

Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR DEC 27 9:39AM

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████████████████████

Address ███████ City ████

County ████████ State ████ Zip Code ████████

Other contact information ████████████

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ███████████████

Petition Circulator Registration Number (if known or applicable) ████████

Address ████████ City ████

County _____ State ████ Zip Code ████████

Other contact information _____

Petition Serial Number _2307_    Sponsoring Committee _Floridans Protecting Freedom, Inc._

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [✓] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Sumter County Supervisor of Election letter dated December 13.23

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

12-21-2023

Signature of complainant

Date Signed

hant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| '23 DEC 29 12 23PM |

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name ██████████████████████████████████
     (First)        (Middle or Initial)       (Last)

Address ████████████████ City ████████████

County ████████ State ████ Zip Code ██████

Other contact information ████████████████████

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ████████████████████

Petition Circulator Registration Number *(if known or applicable)* ████████████

Address ████████████ City _____

County _____ State ████ Zip Code ██████

Other contact information _____

Petition Serial Number _2307_____    Sponsoring Committee _Floridians Protecting Freedom, Inc_

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [✓] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_No one_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_Did not receive it_

c. When did you sign the initiative petition form?

_Did not sign it_

d. To whom did you submit the initiative petition form?

_Did not submit it_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_Did not_

f. When did you submit your initiative petition form (include time and date)?

_Did not_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_letter from Sumter County Supervisor of Elections Office_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

4.

Signature of complainant

12/29/23

Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| '24 JAN 31 11 23AM |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ████████████████████████████████████████
    (First)              (Middle or Initial)         (Last)

Address ███████████████   City ████████

County ██████████   State ████████   Zip Code ████████

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name █████████████_____

Petition Circulator Registration Number (if known or applicable) ████████

Address ████████████████████ City ████████

County ████████   State ████   Zip Code ████████

Other contact information_____

Petition Serial Number____ 2307   Sponsoring Committee _Floridians Protecting Freedom INC_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [x] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                          Rule 1S-2.0091, F.A.C.

  
a. To whom did you speak (petition circulator's name and others, if applicable)

<u>N/A</u>

b. Where did you get the initiative petition form (date and location including address and/or event)?

<u>N/A</u>

c. When did you sign the initiative petition form?

<u>N/A</u>

d. To whom did you submit the initiative petition form?

<u>N/A</u>

e. How did you give the initiative petition form (in-person, by mail, etc.)?

<u>N/A</u>

f. When did you submit your initiative petition form (include time and date)?

<u>N/A</u>

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

<u>By MAILED LETTER By SUMTER COUNTY</u>

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

| SIGNATURE | |
|---|---|
| [redacted] | 03 JAN 2024 |
| Signature of complainant | Date Signed |
| [redacted] | |
| Print or type name of complainant | |

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**



FLORIDA
★DIVISION OF★
ELECTIONS

Please submit to:  **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████████████████
    (First)         (Middle or Initial)         (Last)

Address ████████████████   City ███████████

County ███████████   State ███████████

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
  **(limit one person/entity per form)**

Name ███████████_____

Petition Circulator Registration Number (if known or applicable) ███████████

Address ████████████   City ███████████

County _____   State ███████

Other contact information_____

Petition Serial Number _2307_____   Sponsoring Committee _Floridians Protecting Freedom Inc._

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:   ☐ Signature misrepresented on petition
                        ☒ Signature forged on petition
                        ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_No knowledge of this petition at all_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_No knowledge of this petition at all_

c. When did you sign the initiative petition form?

_I did not sign_

d. To whom did you submit the initiative petition form?

_I did not sign the petition_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_I did not provide signature at all_

f. When did you submit your initiative petition form (include time and date)?

_NA_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_I got a letter from Sumter County asking me to provide an updated signature but I had not signed any petition_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

4. SIGNATURE

███████████████                    _8/16/2023_

Signature of complainant                    Date Signed

███████████████

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| |

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Other contact information _____

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
### (limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Petition ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Other contact information _____

Petition Serial Number  23-07 _____    Sponsoring Committee Floridians Protecting Freedom. Inc.

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_N A_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_NA_

c. When did you sign the initiative petition form?

_NA_

d. To whom did you submit the initiative petition form?

_NA_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_NA_

f. When did you submit your initiative petition form (include time and date)?

_NA_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_Recieved notice in mail that my signature did not match a petition signature_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_I did not sign any petitions_

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

S ███████████████

_11-2-2023_

Date Signed

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

**1. YOUR INFORMATION**

Name ███████████████████████████

     (First)          (Middle or Initial)       (Last)

Address ██████████████  City ████████████

County ████████████  State ████████████

Other contact information _____

**2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)**

Name ████████████████

Petition Circulator Registration Number (if known or applicable) ████████

Address ████████████  City ████████████

County _____  State ████████

Other contact information_____

Petition Serial Number 2307_____  Sponsoring Committee____Floridians Protecting Freedom INC.

**3. SPECIFIC FACTS OF ALLEGED VIOLATION**

Check applicable one:
- ☐ Signature misrepresented on petition
- ☑ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

a. To whom did you speak (petition circulator's name and others, if applicable)
No one

b. Where did you get the initiative petition form (date and location including address and/or event)?
Never did

c. When did you sign the initiative petition form?
Never did

d. To whom did you submit the initiative petition form?
Never received one

e. How did you give the initiative petition form (in-person, by mail, etc.)?
Never received one

f. When did you submit your initiative petition form (include time and date)?
Never submitted one

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?
By the Bay County Supervisor of Election's Office on July 28th, 2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

The address listed on the petition was where I lived for a brief time back in 2006 and was destroyed by Hurricane Michael in 2018 so it doesn't even exist now.

☐ Check here if additional pages or documents are attached

4. SIGNATURE

7 - 2 8 - 2 3

Signature of complainant

Date Signed

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)



Please submit to:     **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

> Office Use Only

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name ███████████████████████████████████

      (First)             (Middle or Initial)        (Last)

Address ████████████████  City ████████████

County ████████████  State ████████████

Other contact information ████████████████

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

  **(limi**

Name ████████████████████████

Petition Circulator Registration Number (if known or applicable) ████████████

Address ████████████████  City ████████████████

County _____  State ████████████████

Other contact information _____

Petition Serial Number  *23-07*     Sponsoring Committee  *Floridians Protecting Freedom Inc*

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:    [X] Signature misrepresented on petition
                   [ ] Signature forged on petition
                   [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                          Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_N A_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_I never saw the petition_

c. When did you sign the initiative petition form?

_I never signed the petition_

d. To whom did you submit the initiative petition form?

_I never submitted the petition_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_I never gave it_

f. When did you submit your initiative petition form (include time and date)?

_I never submitted the petition_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_I found out on December 22nd, 2023 when I went by the Flagler County Supervisor of Elections_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_I received a letter in early December 2023 from the Flagler County Supervisor of Elections about a signature discrepancy from a petition I had signed compared to the signature they had on file. When I went to the office I was shown a petition that I have never seen and it was filled out the handwriting was not mine, nor was the signature mine._

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

Signature of complainant        Date Signed   12/26/2023

~~Print or type name of complainant~~

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

                         



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**



Office Use Only    RECEIVED

JAN 1 8 2024

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name _____
    (First)            (Middle or Initial)        (Last)

Address _____    City _____

County _____    State _____

Other contact information _____

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
### (limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____    City _____

County _____    State _____

Other co... _____

Petition Serial Number   2307    Sponsoring Committee   *Floridians Protecting Freedom, Inc.*

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
    _____ Signature misrepresented on petition
    __X__ Signature forged on petition
    _____ Signed petition not delivered to Supervisor of Elections

a. To whom did you speak (petition circulator's name and others, if applicable)

_I did NOT speak to the PeRSON oN 12/01/23._

b. Where did you get the initiative petition form (date and location including address and/or event)?

_I did NOT._

c. When did you sign the initiative petition form?

_I did NOT SIGN the petition FORM._

d. To whom did you submit the initiative petition form?

_I did NOT._

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_I did NOT!_

f. When did you submit your initiative petition form (include time and date)?

_I did NOT._

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not-delivered to your supervisor of elections?

_when I received a Letter from the SupervisoR of elections. I called the Supervisor of elections and found out why._

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_THE Last petition I signed was for Recreation marijuana. That petition PERSON made me feel very uneasy, he Kept trying to Look at my cell phone to get information, he also tryed to send me a Link to open. I did NoT. The signature on that petition IS NOT MINE. This is very Scary - Also, I never signed a petition in December, 2023 I am very upset by This, who is this group? FLORIDA Protecting freen_

☐ Check here if additional pages or documents are attached

[signature redacted]                          1/16/2024

Signature of complainant                      Date Signed

[name redacted]

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)



Please submit to:     **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████████████████████████

Address ██████████████████████████████████████

County ███████████████████████████████████████

Other contact information ██████████████████

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION (limit one person/entity per form)

Name ████████████████████

Petition Circulator Registration Number (if known or applicable) ██████████████

Address ████████████████     City ██████████████████

County ████     State ████████████████

Other contact information _____

Petition Serial Number  *2307*          Sponsoring Committee *Floridians Protecting Freedom*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)          Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

This woman got my information + forged my Signra
I never signed the petition + do not support it.

b. Where did you get the initiative petition form (date and location including address and/or event)?

Never got it - she forged all the info.

c. When did you sign the initiative petition form?

Never signed it - don't support it - she forged

d. To whom did you submit the initiative petition form?

never submitted - because I never signed it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I didn't - She forged my information.

f. When did you submit your initiative petition form (include time and date)?

I didn't - She forged my information.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections
Saying my signature didn't match my D.L.
Because I never signed it.

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never received a petition signed a petition, don't
support the ~~election~~ petition, + she fraudulently
got my information and forged my signature + I
would like to be contacted about my rights & I
would like for her to be prosecuted.

☐ Check here if additional pages or documents are attached

4.

[signature redacted]                    01/17/2024

Signature of complainant              Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████

Addres ███████████████████

County ███████████████████

Other contact information ███████████████████

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
   (limit one person/entity per form)

Name ███████████

Petition Circulator Registration Number (if known or applicable) ███████

Address ███████████   City ███████████

County _____   Stat _____

Other contact information _____

Petition Serial Number 23-07   Sponsoring Committee Floridians Protecting Freedom

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                      Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Letter from County Elections Board

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

| 4. SIGNATURE | |
|---|---|
| ████████████████████ | 10/28/23 |
| Signature of complainant | Date Signed |
| ███████████████ | |
| Print or type name of complainant | |

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**



Please submit to: **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name

Address

County

Other

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION (limit one person/entity per form)

Name

Petition

Address

County

Other contact information _____

Petition Serial Number _2307_        Sponsoring Committee *Floridians Protecting Freedom*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:

☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                 Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

I never spoke to anyone because she got my information and forged my signature on a petition that I did not sign or support.

b. Where did you get the initiative petition form (date and location including address and/or event)?

I never got it. She forged my info.

c. When did you sign the initiative petition form?

I never signed it, never got it + do not support it.

d. To whom did you submit the initiative petition form?

I never submitted it. Never got it. Didn't sign it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

She did it all — forged — fraud #///

f. When did you submit your initiative petition form (include time and date)?

See above — it was never submitted by me. She committed fraud.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections saying my signature didn't match my DL. I didn't sign it.

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never got a petition, never signed a petition, don't support the petition and she fraudulently got my information and forged my signature. I would like to be contacted about my rights and I would her to be prosecuted.

☐ Check here if additional pages or documents are attached

[redacted]

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

B. 132 PBCSOE 01/2024

*sig dif*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -4 PM 12: 38

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
[First]                [Middle or initial]                [Last]

Address                                      City *DELRAY BEACH*

County *PALM BEACH COUNTY*    State *FL*    Zip Code *33446*

Email Address                              Number

Additional information you'd like to provide with the complaint _____

*I NEVER ISSUED OR SIGNED A PETITION*
*PER LETTER RECEIVED BY WENDY SARTORY LINK,*
*SUPERVISOR OF ELECTIONS PALM BEACH COUNTY,*
*DATED: DECEMBER 28, 2023.*

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed *1·1·2024*

240 South Military Trail, West Palm Beach, FL 33415 | Post Offic
Telephone: 561.656.6200 | Fax Number: 561.656.62



B. 132 PBCSOE 01/2024

*sig dif*

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 22 PM 1: 06

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮

Name ▮▮▮
(First)        (Middle Initial)        (Last)

Address ▮▮▮   West PALM BEACH

County PALM BEACH        State FL        Zip Code 33401

Email Address ▮▮▮        Number ▮▮▮

Additional information you'd like to provide with the complaint

I have NOT Signed any Petitions
Thank you for the notification.

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮

Signature ▮▮▮

Date Signed 12/21/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post O
Telephone: 561-356-6200 | Fax Number: 561-656



sig dif

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 16 AM 8: 19
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(First)          (Middle or Initial)          (Last)

Address ▮▮▮▮▮▮▮▮▮     City West palm beach.

County palm brach     State Fla.     Zip Code 33470

Email Address ▮▮▮▮▮▮▮▮     Phone Number ▮▮▮▮▮▮▮

Additional information you'd like to provide with the complaint No my Signcture.

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

P ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date Signed Jan 11, 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



B: 132 PBCSOE 01/2024

Sig dip

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 24  AM 11: 28

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)                    (Middle or Initial)    (Last)

Address                                        Delray Bch

County  008  Palm Beach    State  FL    Zip Code  33445

Email Address                            Number

Additional information you'd like to provide with the complaint

I did not fill out any petitions
or ask for any changes

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1-21-2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office E
Telephone: 561.656.6200 | Fax Number: 561.656.6287 |



sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -3 AM II: 41

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)        (Middle or initial)        (Last)

Address _____ ty _Boca Raton_

County _Palm Beach_    State _FL_  Zip Code _33496_

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

_I never submitted a petition._

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12/31/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office
Telephone: 561.656.6200 | Fax Number: 561.656.526

B: 301 PBCSOE 02/2024

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 FEB -8 PM 12: 43

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(First)          (Middle or Initial)          (Last)

Address ▮▮▮▮▮▮▮▮▮▮  City *Royal Palm Bch*

County *Palm Bch*          State *Fl*    Zip Code *33411*

Email Address _____    Phone Number ▮▮▮▮▮▮▮

Additional information you'd like to provide with the complaint _____
*Could not answer earlier, I was out*
*of state and mail was not forwarded*
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮▮▮▮▮

Signature ▮▮▮▮▮▮▮▮

Date Signed *2/4/24*

240 South Military Trail, West Palm Beach, FL 33415 | Post Offic
Telephone: 561.656.5200 | Fax Number: 561.656.621

B: 132 PBCSOE 01/2024

*sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 DEC 28  PM 12: 25

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____ (First)     (Middle or Initial)     (Last)

Address _____          City *Boynton Beach*

County *PAlm BEACH*     State *FL*     Zip Code *33426*

Email _____          Number _____

Additional information you'd like to provide with the complaint

*PLEASE NoTE: I AM RepubLicAN !*
*__would only vote ___*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *12-27-2023*

240 South Military Trail, West Palm Beach, FL 33415   Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B-132 PBCSOE 01/2024

sigdif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 22 PM 1: 33

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
[First]        [Middle or Initial]        [Last]

Address                                    City Jupiter

County  Palm Beach        State FL    Zip Code 33478

Email Address                            Phone Numb

Additional information you'd like to provide with the complaint _____
Thank you for checking
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1/19/2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



sig dif

# Wendy Sartory Link
## Palm Beach County Supervisor of Elections

2024 JAN 29  PM 12: 01

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(First)      (Middle or Maiden)      (Last)

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County  Palm Beach County    State  FL    Zip Code  33433

Email Address ▮▮▮▮▮▮▮▮▮    Phone Number ▮▮▮▮▮▮▮

Additional information you'd like to provide with the complaint

It is unacceptable to have such corruption.
To misrepresent an individual without
their permission. Whoever did this forging
of my signature needs to go to jail!

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date Signed  1/5/2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200  Fax Number: 561.656.6287 | www.votepalmbeach.gov

B- 132 PBCSOE 01/2024



B-132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -2 PM 12: 56

PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter

Name
_____
(First)            (Middle or Initial)            (Last)

Address _____  City Delray Beach

County Palm Beach        State FL    Zip Code 33445

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint  I did not sign
any Petition

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed December 27th 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post O
Telephone: 561.656.6200  Fax Number: 561 656



B: 465 PBCSOE 12/2023

sigdif

# Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 12  AM 11: 46

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____  City _DE LRAY BEACH_

County _PALM BEACH_   State _FL_  Zip Code _33445_

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

RECEIVED A LETTER FROM YOUR OFFICE
STATING A PETITION WAS FILED WITH
INVALID SIGNATURE. I DID NOT TRY
TO SEND A PETITION. IT WASN'T ME.

By signing below, I attest that I did not sign or submit a petition

Print Name _____





Signature _____

Date Signed _12/9/23_

240 South Military Trail, West Palm Beach, FL 33415
Telephone: 561 656.6200 | Fax Number:



Bi 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 17 PM 1:05

PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID

Name
(First) / (Middle or Initial) (Last)

Address North Palm Beach

County Palm Beach    State FL    Zip Code 33408

Email Address

Additional information you'd like to provide with the complaint: I did not sign
any petition

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 1-10-24

240 South Military Trail, West Palm Beach, FL 33415 | Po
Telephone: 561.656.6200 | Fax Number: 561



B: 132 PBCSOE 012024

*sig dif*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -8 PM 12: 06

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter (

Name

(First)          (Middle or initial)          (Last)

Address                          City  West Palm Beach

County  Palm Beach          State  FL    Zip Code  33406

Email Address                    Phone Number

Additional information you'd like to provide with the complaint  I do not have any

recollection of signing any petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  12/27/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2024 JAN 19 PM 12: 18

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or initial)          (Last)

Address                          City Jupiter

County Palm Beach          State Florida Zip Code 33469

Email Address                    Phone Number

Additional information you'd like to provide with the complaint

I am a newly registered voter and have not
submitted anything other than initial voter registration
and to receive mail in ballot as I am a college
student.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 01/08/2024

240 South Military Trail, West Palm Beach, FL 33415  Po
Telephone: 561.656.6200 | Fax Number: 561.

B: 132 PBCSOE 01/2024

B: 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -9 PM 12: 09

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID:

Name:
(First)                    (Last)

Address:                          City: Bora Raton

County: Palm Beach                State: FL        33433

Email Address:                    Number:

Additional information you'd like to provide with the complaint: I did not
Submit any petitions

---

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1 - 5 -24

240 South Military Trail, West Palm Beach, FL 33415 | F
Telephone: 561.656.6200 | Fax Number: 56

*sig diff*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC -6 PM 12: 20
PALM ██████████

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ████████████████████████████

Name ████████████████████████████
    (First)        (Middle or Initial)       (Last)

Address ████████████    City _LAKE WORTH_

County _PALM BEACH_    State _FL_   Zip Code _33467_

Email Address _____.   Phone Number ████████████

Additional information you'd like to provide with the complaint _I DID NOT SIGN THIS PETITION_
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ████████████_____

Signature ████████████_____

Date Signed _12-4-2023_ _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 465 PBCSOE 12/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC -8 AM 11: 46
PALM ██████████ FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID █████████████████████████████

Name █████████████████████████████
(First)          (Middle or Initial)          (Last)

Address ████████████████  City  Boca Raton

County  Palm Beach County  State  FL  Zip Code  33496

Email Address ████████████████  Phone Number ████████████

Additional information you'd like to provide with the complaint _____

I don't recall signing any petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name ████████████████████

Signature ████████████████████

Date Signed  12/7/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 159 PBCSOE 09/2023

sig dif

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 SEP 13 PM 12: 26

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)              (Middle or Initial)              (Last)

Address _____     City DELRAY BEACH

County PALM BEACH          State Fl     Zip Code 33446

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint I DID NOT SUBMIT ANY
PETITION OR REQUEST TO THE JOE WIN THE LAST
MONTHS OF YEAR

By signing below, I attest that I did not sign or submit a petition

Print Name _____

Signature _____

Date Signed 9/11/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 632 PBCSOE 11/2023

sig dif



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 OCT -6 AM 11: 51

West Palm Beach, FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante _____

Nombre _____

(Primer)(Primero)    (Media e inicial)(Media e inicial)    ,(última)(última),

Habla a _____  Ciudad  *Jupiter*

condado  *Palm Beach County*    Estado  *FL*    Código postal  *33458*

Dirección de correo electrónico _____  ro de teléfono _____

Información adicional que le gustaría proporcionar con la queja _____

_____

_____

_____

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nomb _____

Firma _____

Fecha de firma  *10-5-2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 532 PBCSOE 12/2023

sig dip

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 21 PM 12: 11
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)        (Middle or Initial)        (Last)

Address                                City Boca Raton

County Palm Beach              State FL    Zip Code 33498

Email Address                              Number

Additional information you'd like to provide with the complaint _____
received a letter that a petition was submitted in
my name . I never submitted a petition.
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 12/12/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 465 PBCSOE 12/2023

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 15 PH 12: 21
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

...gnature has been misrepresented or forged on a petition.

Voter ID █████████████

Name ███████████████████████████
      (First)                    (Last)

Address ████████████████  City Port. Saint Lucie

County Saint Lucie          State FL  Zip Code 34986

Email Address ████████████  Phone Number ████████████

Additional information you'd like to provide with the complaint I DID NOT FILE A PETITION. THE ONLY CHANGE MADE RECENTLY WAS A CHANGE OF ADDRESS COMPLETED THROUGH Tax Collector/DMV.

By signing below, I attest that I did not sign or submit a petition.

Print Name ████████████████████

Signature ████████████████████

Date Signed 12/12/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



B: 707 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 27 PM 12: 29

## PETITION COMPLAINT FORM

your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Initial)          (Last)

Address _____  City _Palm Springs_

County _Palm Beach_  State _FL_  Zip Code _33461_

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _I do not know of any petition or request to change my party. The only form I sent in was a request for mail-in ballots since I cannot walk or stand without pain_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12/21/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.vctopalmbeach.gov

B: 728 PBCSOE 08/2023

*Sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 AUG -7 PM 12: 19

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____  City _West Palm Beach_

County _Palm Beach_  State _FL_  Zip Code _33401_

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _I HAVE NOT REQUEST OR_
_SUBMITTED ANY PETITION._
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _AUG 3, 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

Appendix C: Deceased Voter Submissions



*Craig Latimer*
**Supervisor** *of* **Elections**
Our Vision: To be the best place in America to vote

GOVERNOR'S
STERLING
AWARD
RECIPIENT

December 8, 2023

# Hillsborough County Hillsborough County
# Deceased Voter
# Amendment Initiative Petition Submissions

Amendment Title: **Amendment to Limit Government Interference with Abortion**

Serial#: **23-07**

Total Deceased Submissions: **13**

**VoteHillsborough.gov**    ★ **(813) 744 - 5900**

Fred B. Karl County Center | Robert L. Gilder Elections Service Center
601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602 | 2514 N. Falkenburg Rd., Tampa, FL 33619

*See website for regional office locations.*

McVay, Brad R.

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Monday, December 11, 2023 3:47 PM |
| **To:** | The Office of Election Crimes and Security |
| **Cc:** | McVay, Brad R. |
| **Subject:** | FW: Petitions signed by deceased voter |
| **Attachments:** | |

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good afternoon,

Please find attached copies of initiative petitions (and accompanying voter information) received by our office involving voters who were indicated as deceased at the time they allegedly signed the petitions. Please let me know if you have any questions or need any additional information.

Thank you,

Colleen

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285   Cell: (813) 765-0529   Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov | Connect with us!**

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Nathan Dodd <ndodd@votehillsborough.gov>
**Sent:** Friday, December 08, 2023 3:14 PM
**To:** Colleen O'Brien <cobrien@votehillsborough.gov>
**Cc:** Brett Edwards <Bedwards@votehillsborough.gov>; Eric McDade <mcdade@votehillsborough.gov>; Lilly Rodriguez <rodriguezli@votehillsborough.gov>; Valencia Harris <vharris@votehillsborough.gov>; Marisabel Gonzalez <mgonzalez@votehillsborough.gov>
**Subject:** Petitions signed by deceased voter

Colleen,

Attached are the PDF files of the signed petitions by deceased voters and the Excel file with their record information. Please let me know if there is anything more you need for these.

Thank you,

Nathan A Dodd
Vote By Mail And Data Manager
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote!*

Direct: (813)612-4190    Cell: (813) 613-6181    Email: ndodd@votehillsborough.gov
**VoteHillsborough.gov | Connect with us and be an informed voter!**

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.



# Shirley Anderson

*Hernando County Supervisor of Elections*

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

August 16, 2023

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL. 34601

Re: ███████████████████████████████████

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator, ███████████

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ████
████ dated July 7, 2023. The voter, ███████████████ was marked deceased as of April 29,
2023. ███████████████ I have completed DS-DE 34 stating these facts.
As Supervisor of Elections, it is my duty to report potential criminal activity to the authorities.

Thank you for looking into this matter.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Deceased*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C

**Name - Last**

**Address**

**City** West PMM **Zip** 33411 **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or** **Date of Birth**

**Signature** _____ **Date Signed** 01 / 10 / 9 0 2 3

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 1 0 / 2 1 / 2 0 2 3

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                        R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Decease 6/3/22*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023     **Serial Number** 2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C

**Name - Last** ____  **Middle** ____

**Address** ____

**City** W 14t Palm  **Zip** 33411  **County** PBC

☑ Update my voter registration record to this address. (check box)

**Registration** ____  **Date of Birth** ____

**Signature** ____  **Date Signed** 7 0 / 1 8 / 2 0 2 3

## Paid Petition Circulator's Affidavit

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Name** ____  **Circulator's Number** ____

**Address** ____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ____  **Date Signed** 1 1 / 0 1 / 7 0 2 3

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)     R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*INE Deceased 6/11/21*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023        **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - La**_____ **Middle** _____

**Address** _____

**City** WPB     **Zip** 33401     **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth** ███████

**Signature** _____     **Date Signed** 1 1 / 1 8 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ████████████     Circulator's Number ███████

**Address** ████████████

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I dec███████████████████████tor's Affidavit and the facts stated in it are true.

**Signature** _____     **Date Signed** 1 1 / 1 8 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Deceased 3/30/23*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023       **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C

**Name - Last** [redacted]       **Middle** _____

**Address** _____

**City** Lake Worth     **Zip** 33465     **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration** [redacted]    or    **Date of Birth** [redacted]

**Signature** [redacted]       **Date Signed** M M / 9 9 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** [redacted]       **Circulator's Number** [redacted]

**Address** _____

By my signa [redacted] tor, I verify that the petition was signed in my presence. Under penalties of perjury, I de [redacted] oing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** [redacted]       **Date Signed** M M / D 9 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)       R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion        *ineligible - deceased*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  05/08/2023                  Serial Number    2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**    Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co

**Name - Last**

**Address**

**City**  ▇▇          **Zip**  33(3(        **County**  ▇▇▇
                                                        Palmbum

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth**

**Signature**                        **Date Signed**  | 1 1 | / | 2 8 | / | 2 0 2 3 |

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                              Circulator's Number

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                        **Date Signed**  | 1 1 | / | 2 8 | / | 2 0 2 3 |

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

*Deceased*

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Ineligible*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                    **First**

**Address**

**City**          33446          **Zip**          **County** US Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth**

**Signature**          **Date Signed** 0 7 / 1 8 / 9 4 9

### [Circul]ator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**          **Date Signed** 07 / 23 / 2025

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Ineligible Deceased*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ██████████  **First** ██████████  **Middle** ████

**Address** ██████████

**City** Vero Beach  **Zip** 32962  **County** Indian River

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  **or** **Date of Birth** ██████████

**Signature** ██████████  **Date Signed** 1 / 04 / 29 / 2025

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ██████████  **Circulator's Number** ████

**Address** ██████████

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ██████████  **Date Signed** 10 / 29 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

*(handwritten: 1254281-01-stored by deceased)*

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307          ‖‖ ‖‖‖‖ ‖ ‖‖‖ ‖ ‖ ‖‖‖

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▇▇▇▇  **First** ▇▇▇▇  **Middle** _____

**Address** _____

**City** Kissimmee  **Zip** 347 58  **County** Osceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]  **or**  **Date of Birth** ▇▇▇▇

**Signature** ▇▇▇▇  **Date Signed** 09 / 24 / 2023

## Petition Circulator's Information

‖‖ ‖‖‖ ‖ ‖‖‖‖‖ ‖‖‖‖ ‖ ‖‖‖

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ▇▇▇▇          **Circulator's Number** ▇▇▇▇

**Address** ▇▇▇▇

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▇▇▇▇          **Date Signed** 09 / 27 / 2023

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion be~~~~to protect the patient's health, as determined by the patient's ~~~~ment does not change the Legislature's constitutional authority t~~~~r guardian before a minor has an abortion.



Deceased
5/24/2023
Per info from State

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co~~~~llot in the general election

**Name - Last** ████████ **First** ████████ **Middle** _____

**Address** ████████

**City** KiSSimmee   **Zip** 34744   **County** OSceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth** ████████

**Signature** ████████          **Date Signed** 0 7 / 0 5 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ████████                **Circulator's Number** ████

**Address** ████████

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ████████          **Date Signed** 0 7 / 0 5 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code

Appendix D: Sampling of Supervisors of Elections Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

PERSON BRINGING COMPLAINT

| | | |
|---|---|---|
| Name | William "Bill" Keen, Sumter Supervisor of Elections | Day Phone 352-569-1540 | Evening Phone |
| Address | 7375 Powell Road, Suite 125 | City Wildwood | |
| County | Sumter | State Florida | Zip Code 34785 |
| E-mail Address | electioninfo@sumtercountyfl.gov | | |

PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

| | | |
|---|---|---|
| Name | ███████████ | Work Phone |
| | Paid Petition Circulator # ██████ | Initiative Sponsor: Floridians Protecting Freedom, Inc. |
| | *Person's title of office or position held or sought if applicable* | Name of Governmental Office or Private Entity/Office |
| Address | ████████████ | City ████████ |
| County | ██████████ | State ████ | Zip Code ██████████ |

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ✓ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ✓ No |
| Florida Department of Law Enforcement | ☐ Yes | ✓ No |
| Florida Elections Commission | ☐ Yes | ✓ No |
| Florida Commission on Ethics | ☐ Yes | ✓ No |

DS-DE #34 (rev. 07/2016)                    Page 1                    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

██████ Circulator # ████ serving as a Paid Petition Circulator, presented 114 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ████████ for these 114 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ████████

☑ Check here if additional pages or documents are attached.

_____    8-14-2023
Signature of complainant        Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name: William "Bill" Keen, Sumter Supervisor of Elections    Day Phone: 352-569-1540    Evening Phone: ____

Address: 7375 Powell Road, Suite 125    City: Wildwood

County: Sumter    State: Florida    Zip Code: 34785

E-mail Address: electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: █████████    Work Phone: ____

Paid Petition Circulator # █████    Initiative Sponsor: Floridians Protecting Freedom, Inc.

Person's title of office or position held or sought if applicable    Name of Governmental Office or Private Entity/Office

Address: ████████    City: ████

County: ██████    State: ███    Zip Code: ██████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ | |
| Office of Statewide Prosecution | | ✓ |
| Florida Department of Law Enforcement | | ✓ |
| Florida Elections Commission | | ✓ |
| Florida Commission on Ethics | | ✓ |

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

████████████████, Circulator # ███████ serving as a Paid Petition Circulator, presented 26 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ████████ for these 26 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ████████ Please note that ████████ (Paid Petition Circulator # ████) signed two times as the circulator on ████████ petitions.

☑ Check here if additional pages or documents are attached.

_(signature)_          11-16-2023
Signature of complainant          Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name William "Bill" Keen Sumter Supervisor of Elections

Day Phone 352-569-1540    Evening Phone

Address 7375 Powell Rd., Suite 125    City Wildwood

County Sumter    State Florida    Zip Code 34785

E-mail Address electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ████████████

Work Phone

Paid Petition Circulator# ████████

Intiative Sponsor: Floridians Protectin Freedom, Inc

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address ████████████

City ████████

County _____ State ███

Zip Code ████████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 F.S. Knowingly signing more than once; signing another persons name or a

fictitious name.

_____

_____

_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

While verifying petitions, the signatures on several forms submitted did not match. We

believe the petitions were not signed by the voters. These were completed by a paid petition

cirulator.

_____

_____

_____

_____

_____

_____

_____

_____

☑ Check here if additional pages or documents are attached.

Signature of complainant          _12-14-2023_
                                  Date Signed

**William "Bill" Keen**
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name: William "Bill" Keen, Sumter Supervisor of Elections

Day Phone: 352-569-1540    Evening Phone:

Address: 7375 Powell Road, Suite 125    City: Wildwood

County: Sumter    State: Florida    Zip Code: 34785

E-mail Address: electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: ▮

Work Phone:

Paid Petition Circulator # ▮

Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*

Name of Governmental Office or Private Entity/Office

Address: ▮    City: ▮

County: ▮    State: ▮    Zip Code: ▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ | |
| Office of Statewide Prosecution | | ✓ |
| Florida Department of Law Enforcement | | ✓ |
| Florida Elections Commission | | ✓ |
| Florida Commission on Ethics | | ✓ |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

███████████████, Circulator # █████ serving as a Paid Petition Circulator, presented 11 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ██████████ for these 11 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ███████████████

☑ Check here if additional pages or documents are attached.

_____    11-16-2023
Signature of complainant        Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*



**Shirley Anderson**

*Hernando County Supervisor of Elections*

16264 Spring Hill Drive
Brooksville, FL 34604
P: 352.754.4125 • F: 352.754.4425

November 1, 2023

William Gladson
Office of State Attorney
Fifth Judicial Circuit
110 NW First Avenue, Suite 5000
Ocala, FL 34475

RE: Suspicious Signatures 23-07, Petition Circulator # ███████

Dear Mr. Gladson:

Please see enclosed documentation from PCI Consultants regarding sixteen initiative petitions that were forwarded to my office as suspicious. All petitions were collected by ███████ circulator # ████. PCI Consultants informed us they had fired this individual. In addition, we are enclosing another nineteen petitions from my office that were processed as "Bad".

We have handled these petitions with a glove to avoid corrupting any forensic evidence you may need to pull. We are placing them in a protective sleeve to further protect the integrity of these original documents.

Please contact me if you need additional information.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections





PCI

CONSULTANTS, INC

RECEIVED

OCT 30 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Batch#12

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800
Phone: 805-370-0200

## *SUSPICIOUS SIGS*
## *23-07 SIGNATURE SUBMISSION*

10/31/23
9:46

ATTN: Coleen Padham

TO:   **HERNANDO** County Supervisor of Elections

RE:   Amendment to Limit Government Interference with Abortion
      23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent. We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
|  |  | 16 |
|  |  | 19 |
|  |  |  |
|  | TOTAL: | 35 |

RECEIVED

OCT 23 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us. Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:  (805) 370-0200
Cell: (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**    *remove redact*

Name: Dixie County Supervisor of Elections Office

Day Phone:

Evening Phone:

Address:

City:

County: Dixie

State: Florida

Zip Code:

E-mail Address:

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name: ████████████

Work Phone:

Paid Petition Circulator
*Person's title of office or position held or sought if applicable*

Floridians Protecting Freedom, Inc.
*Name of Governmental Office or Private Entity/Office*

Address: ████████████

City: ████████

County:    State: ████████

Zip Code: ████████

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Fraudulent Signatures on Initiative Petitions

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Check here if additional pages or documents are attached:

/s/ STAFF PREPARED

Signature of complainant                    Date Signed

Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A547
Date: 2024-01-30
Intake method: E-mail
Referral entity name, if applicable: Dixie County Supervisor of Elections Office
Entity point of contact, if applicable:

# McVay, Brad R.

| | |
|---|---|
| **From:** | Darlington, Andrew |
| **Sent:** | Thursday, November 16, 2023 10:49 AM |
| **To:** | McVay, Brad R. |
| **Subject:** | FW: Initiative Petition 2307 |
| **Attachments:** | Circulator ███.pdf; Circulator ███.pdf; Circulator ███.pdf |

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Maureen Baird <MBaird@votecitrus.gov>
**Sent:** Wednesday, November 15, 2023 5:32 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Initiative Petition 2307

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Andrew,

Below is an email from my staff concerning potential fraudulent initiative petitions. Please take a look at the email below and the attachments. Can you give me a call at your earliest convenience? As always, thank you for your help.

Attached are three PDF files, one for each circulator, for Petition 2307 (Amendment to Limit Government Interference with Abortion) that contain invalid voter signatures. These three circulators were first identified by the Sponsor as having potentially fraudulent petitions. Upon validation of the petitions, they were all found to be invalid. Some of these circulators had petitions in several batches and the petitions from all the batches are included.

Summary:

| Circulator | Valid | Invalid | Totals by Circulator |
|---|---|---|---|
| ███ | 0 | 8 | 8 |
| ███ | 0 | 16 | 16 |
| ███ | 0 | 11 | 11 |

Thank you,
*God Bless America 2023,*

*Mo*

**Maureen 'Mo' Baird, CERA, MFCEP**
**Supervisor of Elections**
**Citrus County**
**Supervisor of Elections Office**

<u>*BE AN INFORMED VOTER!*</u>

**Physical Address:** 1500 N Meadowcrest Blvd Crystal River, FL 34429
**Mailing Address:** PO Box 1870 Lecanto, FL 34460
**Phone:** 352-564-7120
**Fax:** 352-564-7121
**Website:** www.votecitrus.gov
**Email:** mbaird@votecitrus.gov



*The Citrus County Supervisor of Elections Office is a public entity subject to Chapter 119 of the Florida Statutes concerning public records. E-mail messages are covered under such laws and thus subject to disclosure.  Under Florida law, **e-mail addresses are public records**.  If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing. – F.S. 668.6076*

*La Oficina de la Supervisora Electoral del Condado de Citrus es una entidad pública sujeta al Capítulo 119 de los Estatutos de Florida sobre registros públicos. Los mensajes de correo electrónico están contemplados conforme a estas leyes y, por lo tanto, están sujetos a su divulgación.  De acuerdo con la ley de Florida, **las direcciones de correo electrónico son registros públicos**.  Si no quiere que su dirección de correo electrónico se divulgue en respuesta a una solicitud de registros públicos, no envíe correos electrónicos a esta entidad.  En lugar de eso, comuníquese con esta oficina por teléfono o por escrito. – Estatuto de Florida (Florida Statute, F.S.) 668.6076*

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Smith, Matt <masmith@votepinellas.gov> |
| **Sent:** | Wednesday, September 27, 2023 2:56 PM |
| **To:** | White, Jewel; The Office of Election Crimes and Security; Darlington, Andrew; Renney, Brooke; Chance, Betsy H. |
| **Cc:** | Matthews, Maria I.; McVay, Brad R.; Van de Bogart, Joseph; Marcus, Julie; Gillette, Marc; Chase, Dustin; Pena-Rosado, Alex |
| **Subject:** | OECS / State Attorney referral: ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ potential circulator fraud - Initiative Petition – Floridians Protecting Freedom - Amendment to Limit Government Interference with Abortion |
| **Attachments:** | SKM_C450i23092714421.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Ms. Renney and Mr. Van de Bogart —

On August 9 and 11, 2023, our staff processed the attached petitions submitted by ▮▮▮▮▮▮▮▮ [Circulator Registration Number ▮▮▮] and ▮▮▮▮▮▮▮ (Circulator Registration Number ▮▮▮ ). Our records indicate ▮▮▮ ▮▮▮ and ▮▮▮▮▮▮ are paid petition circulators with Floridians Protecting Freedom, Inc. – Amendment to Limit Government Interference with Abortion 23-07.

We have reason to believe there is potential fraud with the attached petitions. The two petitions received a disposition of "Signature Different" due to signature mismatch. The petitions were purportedly signed by ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ were sent signature update letters. Upon receiving her letter, ▮▮▮▮▮▮ called our office to inquire why the letter was sent. It was explained that we received a petition that she purportedly signed that was rejected due to the signature not matching our records. ▮▮▮▮▮ stated that she did not remember signing the petition, and stated that ▮▮▮▮▮▮▮ avoid signing petitions. ▮▮▮▮▮ asked if ▮▮▮▮▮▮ could view the petitions in person. On September 8, 2023, at approximately 11 a.m., ▮▮▮▮▮▮▮ came to our office and identified themselves by presenting their Florida Driver Licenses. After viewing the petitions, ▮▮▮▮▮▮ affirmatively stated neither the signatures nor handwriting was theirs, and the petitions were completed without their knowledge.

Attached are copies of the initiative petition forms and the Circulator Batch Rollup for ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ For petition 23-07, over half of each circulator's petitions were deemed invalid by staff.

Today, September 27, 2023, we left a phone message for Mr. Raymer Maguire, Chairperson, and Gloria Maggiolo, registered agent / treasurer for Floridians Protecting Freedom, Inc., to notify them of the potential fraud. We informed both that we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at (727) 464-5751. If you have any legal questions, please contact Ms. White at (727) 464-3354.

Thanks,

Matt Smith
General Counsel

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

Florida has a comprehensive public records law.  Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request.  Therefore, this email and any you sent that generated this response may be subject to public disclosure.

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Wednesday, December 27, 2023 2:31 PM |
| **To:** | McVay, Brad R. |
| **Subject:** | FW: Potentially Fraudulent Petitions |
| **Attachments:** | Petitions - Mismatched Signatures.pdf; Excel Detail - Mismatched Signatures.xlsx |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

fyi

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov | Connect with us!**

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Colleen O'Brien
**Sent:** Wednesday, December 27, 2023 2:29 PM
**To:** oecs@dos.myflorida.com
**Subject:** Potentially Fraudulent Petitions

Good afternoon,

Please find attached copies of potentially fraudulent initiative petitions submitted to our office, along with a corresponding Excel spreadsheet containing additional details.

Column L in the spreadsheet contains an office-originated reason code for having pulled these particular petitions. The column contains either a "1" or a "2." A "1" in the L column indicates that the circulator was identified by the organization as potentially having submitted fraudulent petitions and that the signature in question did not match the voter signature on file. A "2" in the L column indicates that our office reviewed the signature in question (without receipt of information pertaining to the circulator from the organization) and it clearly did not match the voter signature on file.

Thank you for your assistance. If you have any questions or need any additional information, please let me know.

Sincerely,

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov | Connect with us!**

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

## Lukacs, Cheyenne K.

| | |
|---|---|
| **From:** | Lucy Melendez <Lucy.Melendez@ocfelections.gov> |
| **Sent:** | Wednesday, August 2, 2023 5:32 PM |
| **To:** | The Office of Election Crimes and Security; McCormick, Daryl |
| **Cc:** | Matthews, Maria I.; Marconnet, Amber; Cowles, Bill; Donna Coffee-Clark; Marisa Crispell |
| **Subject:** | Petition - Possible Fraud-Late Submissions |
| | |
| **Categories:** | Pending |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Inspector McCormick,

Please find on the link below 32 petition signatures received for Initiative 23-07 by Circulator ███ where all **had issues with signatures**. You will find the copy of the signature of record following each petition submitted.

☒ IP23-07.13_BADSIG ███ 32.pdf

Please find on the link below 5 petition signatures received for Initiative 23-05 by Circulator ███ where all **had issues with signatures**. You will find the copy of the signature of record following each petition submitted.

☒ IP22-05.20_BADSIG ███ 5.pdf

22-05 – Petitions received on 5/03/2023 **electronic signatures** for the voter and circulator. Petitions not processed as valid.

☒ 22-05ElectronicallySignedPetitions ███ 30.pdf

Petitions received **after 30** days of voter signing -

☒ 22-01Over30Days_Rcvd_2023.06.20.pdf

☒ 22-02Over30Days_Rcvd_2023.06.14.pdf

☒ 22-02Over30Days_Rcvd_2023.07.24_211.pdf

☒ 23-07Over30Days_Rcvd_July 10.pdf - Some signed by circulator after voter signature date

Please let me know if you may need any additional information or if I may need to send this information to another department.

Kind Regards,

Lucy

**Lucy Melendez**
Voter Registration Systems Manager
Orange County Supervisor of Elections
o: 407-836-2070 | d. 407-254-6531
w: www.ocfelections.gov

1

Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov
*Find us on Facebook ~ Follow us @VotePinellas*

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076*
*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076*

2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT:

Name: Flagler County SOE

Day
Phone:

Evening
Phone:

Address:

City:

County: Flagler

State: Florida

Zip
Code:

E-mail Address:

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: ▉▉▉▉▉▉▉▉▉

Work
Phone:

Paid Petition Circulator
*Person's title of office or position held or sought if applicable*

Floridians Protecting Freedom, Inc.
*Name of Governmental Office or*
*Private Entity/Office*

Address: ▉▉▉▉▉▉▉▉▉▉

City: ▉▉▉▉▉▉

County:        State: ▉▉▉▉

Zip
Code: 32174

Have you filed this complaint with the (check all that apply):

DS-DE #34 (rev. 07/2016)                Page 1                Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Fraudulent Signatures

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Check here if additional pages or documents are attached:

/s/ STAFF PREPARED

Signature of complainant                    Date Signed

Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

**OECS STAFF INPUT ONLY**
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A553
Date: 2024-01-31
Intake method: E-mail
Referral entity name, if applicable: Flagler County Supervisor of Elections
Entity point of contact, if applicable:



# Shirley Anderson

## Hernando County Supervisor of Elections

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

January 22, 2024

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL. 34601

Re: █████████, Paid Circulator # █████████

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator. ██████████

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ████. The voter, ██████████, filed a DS-DE 153, a complaint against █████████

Thank you for looking into this matter.

Sincerely,

*Shirley Anderson*

Shirley Anderson
Hernando County Supervisor of Elections

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Vicki Davis <vdavis@martinvotes.gov> |
| **Sent:** | Thursday, June 6, 2024 10:31 AM |
| **To:** | McVay, Brad R.; Bliss, Ryan |
| **Cc:** | Dent, Debbie |
| **Subject:** | RE: Follow-up re: initiative fraud |

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Thanks, Brad for the follow-up email and Congratulations Ryan on your recent promotion. Debbie Dent, Chief Deputy, and I look forward to working with you on this case. One of my employees and her husband confirmed they know who is the circulator is, however, they did not fill out or sign the petitions in question.

Please feel free to contact me or Debbie at any time. For your records, my direct number is ▮▮▮▮▮▮▮ and my cell is ▮▮▮▮▮▮▮.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
  Certified Election Registration Administrator (CERA)
  Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.
Stuart, FL 34994
772-288-5637 office
772-288-5765 fax
www.MartinVotes.gov

**Important Dates to Remember:**
**Primary Election – August 20, 2024**
**General Election – November 5, 2024**



Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Thursday, June 6, 2024 10:22 AM
**To:** Vicki Davis <vdavis@martinvotes.gov>; Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Debbie Dent <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

Thanks, Vicki. Appreciate your efforts and I look forward to working with you and FDLE on this matter.

1

I heard back from the Chief of Investigations this AM and he confirmed the subject has not yet been arrested but the warrant is active. █████████ is the case agent assigned to the file, but I understand he was just recently promoted so he may be moving off the case in the near future at which time a new case agent will be assigned. In the meantime, █████████ is the point of contact on the case and his number is █████████. I have also included him on this email.

█████ SOE Davis is the referral source for the Martin County allegations. I believe at least one of her staff members was victimized by this individual. SOE Davis asked me for an update on the case and I spoke to █████████ and he provided your contact information to pass along to the Supervisor.

As always, feel free to reach out to me with any questions or concerns.

Thanks,
Brad

**From:** Vicki Davis <vdavis@martinvotes.gov>
**Sent:** Thursday, June 6, 2024 7:40 AM
**To:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Cc:** Dent, Debbie <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good Morning Brad,

Thank you for the for the update on the initiative petition investigation. I appreciate it and look forward to working with you and the investigator from FDLE.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
  Certified Election Registration Administrator (CERA)
  Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.
Stuart, FL 34994
772-288-5637 office
772-288-5765 fax
www.MartinVotes.gov

**Important Dates to Remember:**
**Primary Election – August 20, 2024**
**General Election – November 5, 2024**



2

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Wednesday, June 5, 2024 10:49 PM
**To:** Vicki Davis <vdavis@martinvotes.gov>
**Subject:** Follow-up re: initiative fraud

SOE Davis,
It was nice to see you at the FSE Conference. An arrest warrant has been issued for the petition circulator you referred us who was forging abortion petitions in your county. I don't believe the subject has been located/arrested yet, but there is an active felony warrant outstanding. I believe the initial warrant is based on five felony counts and my understanding is that some, possibly all, of those individual victims are Martin County residents. I know you had hundreds of potential fraudulent petitions, so I don't know whether they plan to add more charges as investigation unfolds or what the plan is. I do have an email out to the head of investigations at FDLE requesting the contact info for the agent running point on the case. I told him that you reached out to me and may have some questions about the case. I will forward you the FDLE case agent contact info as soon as I receive and you can get the most up to date information from him. I will forward you any additional updates i receive on the case as well. I will be in touch soon.

Brad


Get Outlook for iOS

3

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Monday, December 11, 2023 8:37 AM |
| **To:** | Darlington, Andrew; McVay, Brad R. |
| **Subject:** | FW: Another Petition Circulator |
| **Attachments:** | ████████ #████ - signed by circulator.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,

Can one of you send me a copy of ██████████ petition circulator application? Circulator number ████.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Elections Crime Unit Complaints
**Sent:** Friday, December 8, 2023 10:50 AM
**To:** Graff, Adam <AdamGraff@fdle.state.fl.us>
**Cc:** Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Another Petition Circulator

Adam,

Please initiate a case on the attached complaint and call me to discuss on Monday.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations

Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119. F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kemie Mahan <Kemie.Mahan@ClayElections.gov>
**Sent:** Wednesday, November 15, 2023 8:17 AM
**To:** Bisplinghoff, Dave <Bispling@coj.net>
**Cc:** Elections Crime Unit Complaints <ECUComplaints@fdle.state.fl.us>
**Subject:** Another Petition Circulator

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Dave,

I have another petition circulator that we suspect has submitted fraudulent petitions. I have attached scans of the petitions we found. Please let me know if I can provide additional information.

Circulator ███████ # ██ + 31 petitions. We suspect the petitioner entered most, if not all, of the information. Petition signatures are not a match with signatures in the voter record.

Thank you,
*Kemie Mahan, CERA, MFCEP*
Voter Services Manager/Candidate Qualifying Officer
Clay County Elections Office
P.O. Box 337 | 500 North Orange Ave.
Green Cove Springs, FL 32043
(904)269-6350 Phone
(904)284-0935 Fax

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. The information contained in this email and/or attachment(s) may be confidential and intended solely for the use of the individual or entity to whom it is addressed. This email and/or attachment(s) may contain material that is privileged or protected from disclosure under applicable law. If you are not the intended recipient or the individual responsible for delivering to the intended recipient, please notify sender immediately by telephone to obtain instructions as to whether information in this email and/or attachment(s) is confidential and privileged or protected from disclosure under applicable law.

2

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Darlington, Andrew |
| **Sent:** | Wednesday, December 6, 2023 2:44 PM |
| **To:** | Sousa, Karen |
| **Subject:** | RE: Questionable Signatures Petition 23-07 |

Please send us all petitions where you at least get confirmation that the voter did not sign them. Feel free to call me to discuss further if you want.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 2:43 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Questionable Signatures Petition 23-07

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

I had one voter who called but did not want to complete the form from the state. These are petitions that when we are verifying do not match the signature on file but they have some of the same characteristics within the signatures submitted by the petitioner. A lot of times voters do not want to file a complaint as long as the petition does not count. I was sending these to you as we noticed similarities in signatures by petitioner.

Let me know if you would like me to continue to send these or hold them until a voter files a complaint.

Thank you,

Karen Sousa
MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

1

Florida has a comprehensive public records law. Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request. Therefore, this email and any sent that generated this response may be subject to public disclosure.

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Wednesday, December 6, 2023 1:05 PM
**To:** Sousa, Karen <ksousa@flaglerelections.gov>
**Cc:** Office of Election Crimes and Security <OECSComplaints@dos.myflorida.com>
**Subject:** Re: Questionable Signatures Petition 23-07

Hello,

Do you have documentation? Have you received notices from voters that they didn't sign petitions? Please help me identifying the actual allegation in any way you can. Please feel free to email all complaints to the CC'd email address.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 12:05:24 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Questionable Signatures Petition 23-07

### EMAIL RECEIVED FROM EXTERNAL SOURCE

Mr. Darlington,

Flagler County has come across some additional petitions and circulators that are questionable.



Thank you,

Karen Sousa

MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

Appendix E: Arrest Reports

DIN: 4

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,          CASE NO.: 2024 CF 000485 CFAXES
      Plaintiff,

v.

GEORGE EDWARD ANDREWS III,
      Defendant.
_____/

## AFFIDAVIT FOR ARREST WARRANT

COUNT 1:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
      FLA. STAT. §817.568(2)(a)
      THIRD DEGREE FELONY/ LEVEL 4

COUNT 9:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 10: CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 11: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 12: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 13: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 14: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 15: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 16: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 17: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 18: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 19:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1


COUNT 20:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1


Before me, _____, Judge of the Sixth Judicial Circuit in and for Pasco County, Florida, personally appeared, Inspector Leslie Pulling of the Florida Department of Law Enforcement, who, being first sworn, deposes and says:

Your Affiant, Leslie Pulling, has been a member of the Florida Department of Law Enforcement (FDLE) since 2001. Your Affiant was a sworn special agent for 14 years and has been a sworn inspector for 1 year. Your Affiant has worked in various divisions within FDLE to include, The Florida Fusion Center, Evidence Division, Public Assistance Fraud (PAF), Economic Crimes Squad, Major Case squad, Organized Crime squad, Cyber and High-Tech Crimes Squad, and is currently assigned to the Election Crime Unit. Your Affiant has attended several seminars, conferences, and schools providing training for conducting investigations of fraud-related offenses. Your Affiant has attended several seminars providing training for conducting election crime investigations. The following is a list of courses where your Affiant has received training and gained a level of proficiency: International Money Laundering Investigations; Federal & State Approaches to

Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as GEORGE EDWARD ANDREWS III (DOB: 09/20/1993) who was a Paid Petition Circulator (PPC).

Page 4 of 17

Your Affiant learned that ANDREWS had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State, Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523

voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states: "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator's registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title:

Ballot Summary:

# SAMPLE

See separate document for the full text of the proposed constitutional amendment.

Date Approved _____     Serial Number _____

Sponsor's Information (Return all completed petition forms to the address below )

Name:

Address:

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment on the Florida Constitution on the ballot in the general election

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ][ ]     or     Date of Birth [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

Signature _____     Date Signed [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator
After the voter signs the form, the circulator must complete the affidavit below

**Paid Petition Circulator's Affidavit**

Name _____     Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____     Date Signed [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

**Attention**

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla Admin Code

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about June 25, 2021, PPC GEORGE EDWARD ANDREWS' application was approved to become a paid petition circulator. ANDREWS used the email address of andrewsiiigeorge@gmail.com. The application also included ANDREWS' personal information including his name, address, and phone number which was self-reported as (352) 458-8862. GEORGE EDWARD ANDREWS III was assigned Circulator ID # 23753.

Your Affiant reviewed the information noted above that was provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC GEORGE EDWARD ANDREWS III (hereinafter "ANDREWS") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of twenty-nine (29) alleged fraudulent petitions submitted by ANDREWS were submitted to Supervisor of Elections offices in Pasco, Sumter, and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of ten (10) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by ANDREWS and that they did not consent to the use of their personal identification information. The below voters were identified:

## Voter # 1

Name: ███████████████
County of Residence: St. Petersburg, Pinellas County, Florida
Date on petition: 07/07/2023

Your Affiant interviewed ██████ on November 17, 2023, and ███ advised that she did not complete the petition. █████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that her date of birth was incorrect on the petition. █████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 7, 2023, a petition was signed using █████s husband's name (███████). Your Affiant conducted an interview with ███████████ who reviewed the petition and confirmed that he did not complete or sign the

petition.    This petition was submitted by a paid petition
circulator identified as Jamie Johnson (DOB: 12/11/1976).

**Voter # 2**

Name: ████████████████
County of Residence: San Antonio, Pasco County, Florida
Date on petition: 06/19/2023

Your Affiant interviewed ████████ on November 2, 2023, and
████████ advised that she did not complete the petition.
████████ reviewed the petition with Your Affiant and indicated
that the handwriting and signature on the petition were not
hers.  In addition, she indicated that the address listed on
the petition was her former residence that she had previously
sold in September 2022.  Foxworth told Your Affiant that she
had moved to her current residence on December 30, 2022 and
updated the address on her voter record.  Foxworth further
advised that she did not live at the address listed on the
petition on June 19, 2023, which was the date the petition was
allegedly signed by Foxworth.  Foxworth confirmed the other
personal information included on the petition was correct.
Foxworth advised Your Affiant that she did not give anyone
permission to complete and submit this petition on her behalf.

**Voter # 3**

Name: ████████████████████
County of Residence: The Villages, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 1, 2023, and
████████ advised that she did not complete the petition that
had been submitted to the Supervisor of Elections. ████████
reviewed the petition with Your Affiant and indicated that the
handwriting and signature on the petition were not hers.  In
addition, she indicated that the initials on the petition were
also not hers.  ████████ added that she had attended medical

appointments on June 5, 2023, and subsequently could not have signed the petition on that date. ███████ confirmed the other personal information included on the petition was correct. ███████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 4**

Name: ███████████████
County of Residence: Webster, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 7, 2023, and was advised by █████████ that she did not complete the petition. ██████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that the address listed on the petition may have been her previous residence. ██████████ added that the address on the petition was not her current address where she had resided for approximately eight (8) years. █████████ told Your Affiant that her current address is listed on her voter's registration. ██████████ confirmed the other personal information included on the petition was correct. █████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 5**

Name: ██████████████
County of Residence: Webster, Sumter County, Florida
Date Petition Signed: 06/21/2023

Your Affiant interviewed █████████ on November 3, 2023, and █████████ advised that she did not complete the petition. █████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she told Your Affiant that that her date

of birth on the petition was incorrect. ▨ added that her last name was also misspelled on the petition ("▨"). ▨ confirmed the other personal information included on the petition was correct. ▨ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 6

Name: ▨
County of Residence: Bushnell, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ▨ on December 11, 2023, and ▨ advised that she did not complete the petition. ▨ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▨ confirmed the personal information included on the petition was correct. ▨ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 7

Name: ▨
County of Residence: Sumterville, Sumter County, Florida
Date Petition Signed: 06/29/2023

Your Affiant interviewed ▨ on November 3, 2023, and ▨ advised that she did not complete the petition. ▨ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▨ confirmed the personal information included on the petition was correct. ▨ advised that she was in the state of New York on June 29, 2023 and therefore could not have signed the petition. ▨ advised that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 5, 2023, a second petition was submitted in ███████'s name by a paid petition circulator identified as Jamie Johnson. ███████ reviewed this petition with Your Affiant and confirmed she did not complete it.  She further confirmed her signature was forged.

**Voter # 8**

Name: ████████████████

County of Residence: Webster, Sumter County, Florida

Date Petition Signed: 06/20/2023

Your Affiant interviewed ███████ on October 31, 2023, and ███████ advised that she did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ███████ confirmed the personal information included on the petition was correct. ███████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 5, 2023, a second petition was submitted in ███████'s name by a paid petition circulator identified as Jamie Johnson. ███████ also confirmed she did not complete this petition.  She further confirmed her signature was forged.

**Voter # 9**

Name: ████████████████

County of Residence: Bushnell, Sumter County, Florida

Date Petition Signed: 07/08/2023

Your Affiant interviewed ███████ on November 2, 2023, and ████████ advised that she did not complete the petition. ███████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers.   In

addition, she indicated that her date of birth was incorrect on the petition. ▮▮▮▮ confirmed the other personal information included on the petition was correct. ▮▮▮▮ advised Your Affiant that she is physically handicapped and can no longer write, and therefore, would not have been able to complete and sign the petition. ▮▮▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 10**

Name: ▮▮▮▮
County of Address: Bushnell, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ▮▮▮▮ on November 2, 2023, and ▮▮▮▮ advised that he did not complete the petition. ▮▮▮▮ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that his last name was mispelled on the petition ("▮▮▮▮"). ▮▮▮▮ confirmed the other personal information included on the petition was correct. ▮▮▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

On November 30, 2023, your Affiant conducted a sworn recorded interview with ANDREWS at his residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Pasco County, Florida. Andrews confirmed that he was a paid petition circulator for Amendment Title 23-07. ANDREWS advised that he had collected petitions throughout the state of Florida. Your Affiant provided copies of the aforementioned voter petitions submitted by ANDREWS for his review. ANDREWS reviewed the petitions and advised he signed each of the petitions affirming that the petitions were

completed in his presence by the named individual. ANDREWS
confirmed that his signature was on each of the petitions.

ANDREWS advised that his roommate, Jamie Johnson, was also a paid
petition circulator for Amendment Title 23-07. It should be noted
that Johnson submitted two (2) fraudulent petitions using the same
victim information as ANDREWS (Voter # 7 and Voter # 8 noted
above). It should also be noted that Johnson submitted a
fraudulent petition using the name of the husband of one of
ANDREWS' victims (Voter # 1 noted above).

On December 21, 2023, Your Affiant received information from the
Florida Department of State (DOS), Office of Election Crimes and
Security (OECS) that indicated that during the period of June 21,
2023 through November 21, 2023, a total of one thousand nine
hundred and six (1,906) petitions that were submitted by ANDREWS
went through the verification process by Supervisor of Elections
offices throughout the state of Florida. Of these petitions
ANDREWS submitted, nine hundred sixty-four (964) were determined
to be invalid by the respective counties' Supervisor of Elections
offices. ANDREWS had an invalid petition rate of approximately
50.6% during this period.

Your Affiant believes, based upon this investigation in its
entirety, and evidence gathered during this investigation, that
probable cause exists to that GEORGE EDWARD ANDREWS III violated
Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal
Identification Information and Section 104.185(2), Florida
Statutes, Knowingly Signing Another Person's Name or a Fictitious
Name on a Petition.

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter GEORGE EDWARD ANDREWS III and bring him before the Court so that he may be dealt with according to law.

_____
Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this _1_ day of February 2024 by Inspector Leslie Pulling who has produced identification and who did take an oath.

_____
CIRCUIT JUDGE
Pasco County, Florida
Gregory G. Groger, Circuit Judge

**ORIGINAL**

Page 16 of 17

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

_____

have reviewed this affidavit and
do find there is probable cause
to hold and bind over for trial
the defendant named in this
affidavit.

_____
CIRCUIT JUDGE
Pasco County, Florida

_____
DATE

---

Clerk of this Court is hereby directed to
ISSUE CAPIAS for arrest of Defendant

GEORGE EDWARD ANDREWS III

Defendant is to be admitted to Bail in the sum of

$ 10,000 _____ on Ct. 1, including surcharge
$ 10,000 _____ on Ct. 2, including surcharge
$ 10,000 _____ on Ct. 3, including surcharge
$ 10,000 _____ on Ct. 4, including surcharge
$ 10,000 _____ on Ct. 5, including surcharge
$ 10,000 _____ on Ct. 6, including surcharge
$ 10,000 _____ on Ct. 7, including surcharge
$ 10,000 _____ on Ct. 8, including surcharge
$ 10,000 _____ on Ct. 9, including surcharge
$ 10,000 _____ on Ct. 10, including surcharge
$ 5,000 _____ on Ct. 11, including surcharge
$ 5,000 _____ on Ct. 12, including surcharge
$ 5,000 _____ on Ct. 13, including surcharge
$ 5,000 _____ on Ct. 14, including surcharge
$ 5,000 _____ on Ct. 15, including surcharge
$ 5,000 _____ on Ct. 16, including surcharge
$ 5,000 _____ on Ct. 17, including surcharge
$ 5,000 _____ on Ct. 18, including surcharge
$ 5,000 _____ on Ct. 19, including surcharge
$ 5,000 _____ on Ct. 20, including surcharge

$ 150,000 _____ Total

Other conditions of release: No participation
in petition circulation

_____
Circuit Judge
Gregory G. Groger, Circuit Judge

# PERSONAL DATA INFORMATION SHEET

**ALL INFORMATION MUST BE PROVIDED BY THE INVESTIGATING OFFICER I**
*Note: Starred lines are required for computer warrant entries. *FCIC System (local) **NCIC System

**\* Defendant's Full Name:** George Edward Andrews III

**\* Alias:** N/A

**\* SSN:** ▮▮▮▮▮▮▮

FL DL # ▮▮▮▮▮▮▮

**\* SID #:** 07965325

**Last Known Address:** 12748 Stately Oak Street, Apartment 202, Dade City, Florida

**Place of Employment:**
(company) Bartlett Roofing    (business address)    38408 3rd Avenue, Zephyrhills, Florida

| *DOB: 09/20/1993 | *SEX: Male | *RACE: White | FINGERPRINTS AVAILABLE: YES ⦿  NO ◯ |
|---|---|---|---|

| **HT:5' 8" | **WT: 175 | **HAIR: Blonde | I EYES: Blue |
|---|---|---|---|

**OTHER FEATURES: (BEARD, MARKS, SCARS, TATTOOS)** Beard

Per FLCI Rule 3.121 attach photo –FacesNXT preferred!
Originating Source of PHOTO:

◯ FacesNXT Record #

  Data Source:

⊗ FL DL # DAVID Photo confirmed
  accurate by: 12/07/2021

◯ Other State DL #
  State

◯ Other Photo Source #

◯ NO PHOTO AVAILABLE — Explanation For No Photo:



**\*AGENCY:** FDLE

**OFFENSE NUMBER:** EI-32-0239

**\*INVESTIGATING OFFICER:** Inspector Leslie Pulling

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO.:

                                     FDLE Case #: EI-32-0244

v.
                                     2024 CF 002916 NC

ANDRES FELIPE SALAZAR,

        Defendant.
_____/

## AFFIDAVIT FOR ARREST WARRANT

COUNT 1:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 15

COUNT 9:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 11:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 12:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COMES NOW, your Affiant, Inspector Gary Negrinelli of the
Florida Department of Law Enforcement, who, being duly sworn
makes application for an arrest warrant, and in support of this
application makes the following statements under oath:

### BACKGROUND

Your Affiant, Inspector (Ins.) Gary Negrinelli, has been a
member of the Florida Department of Law Enforcement (FDLE) since
2015. Your Affiant was a Sworn Special Agent for 6 years and
has been a Sworn Inspector for 3 years. Your Affiant has worked
in various divisions within FDLE to include, Major Case squad,
Organized Crime squad, Counter Terrorism squad, Protective
Operations squad, The Office of Statewide Intelligence and is
currently assigned to the Election Crime Unit. Your Affiant has
attended several seminars, conferences, and schools providing
training for conducting investigations of fraud related
offenses. Your Affiant has attended several seminars providing
training for conducting election crime investigations.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapter 817.568(2)(a), Criminal Use of Personal Identification Information.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

Your Affiant has probable cause to believe and does believe that the laws of the State of Florida relative to: Criminal Use of Personal Identification Information Section 817.568(2)(a), Florida Statutes, Third Degree Felony (12 Counts) have been violated by the above-named suspect. Your Affiant's reasons for so believing are as follows:

<u>STATEMENT OF PROBABLE CAUSE</u>

During the period of December 11, 2023 through December 20, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as Andres Felipe Salazar (DOB: 07/31/1986) who was a Paid Petition Circulator (PPC) and submitted numerous invalid petitions related to the Florida amendment initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged

signatures.  The petitions were submitted to the Supervisor of Elections offices in Sarasota County.  Your Affiant was provided copies of the alleged fraudulent petitions.

Your Affiant knows that PPC's work for numerous citizen's initiative groups that collect and submit petitions to amend the Florida constitution.  According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass.  A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.  Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen's initiative to appear on the ballot.  Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The Form also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

| CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR |
|---|

**Amendment Information**

Ballot Title:

Ballot Summary:

# SAMPLE

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved _____    Serial Number _____

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:

Address:

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ][ ][ ]    or    Date of Birth [ ] / [ ] / [ ][ ][ ][ ]

Signature _____    Date Signed [ ] / [ ] / [ ][ ][ ][ ]

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____    Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed [ ] / [ ] / [ ][ ][ ][ ]

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 13, 2023, ANDRES FELIPE SALAZAR's (hereinafter "SALAZAR") application was approved to become a paid petition circulator.

SALAZAR used the email jasmina.viralservices@gmail.com. The application also included SALAZAR'S personal information including his name, address, and phone number. SALAZAR was assigned Circulator ID # 66250.

Your Affiant reviewed the information noted above that was provided to the FDLE. This information was specifically provided to the FDLE by the Sarasota County Supervisor of Election (SOE); and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by SALAZAR revealed numerous petitions that appeared to be fraudulently signed and submitted. The Supervisor of Elections suspected these petitions were fraudulently completed due to the signatures on the submitted petitions not matching the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of thirty-two (32) alleged fraudulent petitions submitted by SALAZAR were provided to your Affiant. These petitions were submitted to the Supervisor of Elections offices in Sarasota County. Each of these petitions included a voter's name, address, date of birth, and alleged signature. Your Affiant was also made aware of another fraudulent petition submitted by SALAZAR in Lee County, Florida. This petition was provided to your Affiant by the Lee County Supervisor of Elections.

Your Affiant conducted interviews of twelve (12) of these voters who did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by SALAZAR and that they did not consent to the use of their personal identification information. The below voters were identified:

Voter 1

Name: ███████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 13, 2023, and ██████ advised that she did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ██████ confirmed the address on the petition was correct, but the date of birth on the petition was the incorrect day and month. ██████ advised Your Affiant that she did not give

anyone permission to complete and submit this petition on her behalf.

### Voter 2

Name: ███████████

County of Residence: Rotonda West, Charlotte County, Florida

Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 13, 2023, and ███████ advised that he did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ███████ said the address on the petition was from a previous residence and the date of birth on the petition was the incorrect month. ███████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

### Voter 3

Name: ████████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

Your Affiant interviewed ███████ on December 13, 2023, and ███████ advised that he did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ███████ confirmed the address on the petition was correct but the date of birth on the petition was incorrect. ███████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter 4</u>

Name: ███████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

    Your Affiant interviewed ██████ on December 20, 2023, and ███████ advised that he did not complete the petition. ████████ reviewed the petition and indicated that the <u>handwriting</u> and signature on the petition were not his. ██████████ confirmed the address on the petition was correct but the date of birth was incorrect. ██████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter 5</u>

Name: ███████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

    Your Affiant interviewed ████ on December 20, 2023, and ██████ advised that he did not complete the petition. █████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ██████ confirmed the address on the petition was correct but the date of birth on the petition was the wrong day and month. ██████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter 6</u>

Name: ███████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/07/2023

    Your Affiant interviewed ██████ on December 20, 2023, and ██████ advised that he did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and

signature on the petition were not his. █████ confirmed the address on the petition was correct, but the date of birth on the petition was the wrong month and day. █████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

**Voter 7**
Name: ███████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08//2023

Your Affiant interviewed ███ on December 20, 2023, and ████ advised that she did not complete the petition. █████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. █████ confirmed the address on the petition was correct but the date of birth was incorrect. █████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter 8**
Name: ████████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 20, 2023, and ██████ advised that she did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ██████ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. █████ also advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 9

Name: ▮▮▮▮▮▮▮▮▮▮
County of Residence: Nokomis, Sarasota County, Florida
DOB: 12/14/1984
Date on Petition: 11/07/2023

Your Affiant interviewed ▮▮▮▮ on December 20, 2023, and ▮▮▮▮▮ advised that he did not complete the petition. ▮▮▮▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ▮▮▮▮▮said the city address (▮▮▮▮▮▮) on the petition was incorrect and the date of birth on the petition was also incorrect. ▮▮▮▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Voter 10

Name: ▮▮▮▮▮▮▮▮▮▮
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▮▮▮▮ on December 20, 2023, and ▮▮▮▮ advised that she did not complete the petition. ▮▮▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ▮▮▮▮confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ▮▮▮▮ advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 11

Name: ▮▮▮▮▮▮▮▮▮
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/07/2023

Your Affiant interviewed ███████████ on December 20, 2023,
and ██████████ advised that he did not complete the
petition. ████████ reviewed the petition and indicated
that the handwriting and signature on the petition were not
hers. ███████████ confirmed the address on the petition was
correct but informed Your Affiant that the date of birth was
incorrect. ████████████ advised that she did not give anyone
permission to complete and submit this petition on her
behalf.

## Voter 12

Name: ████████████████████
County of Residence: Estero, Lee County, Florida
Date on Petition: 10/20/2023

Your Affiant interviewed ████████████████ on February 18,
2024, and ██████████████ advised that she did not complete
the petition. ████████████████ reviewed the petition and
indicated that the handwriting and signature on the petition
were not hers. Your Affiant asked ████████████ about the
petition having only the last name of ██████████. ████████████
███████ said she used to go by just ██████████ but now uses her
married name of ████████████. ████████████████ confirmed the
address on the petition was from a previous residence and
informed Your Affiant that the date of birth was incorrect.
████████████████████ advised that she did not give anyone
permission to complete and submit this petition on her
behalf.

On December 21, 2023, your Affiant received information from the
Florida Department of State (DOS), Office of Election Crimes and
Security (OECS) that indicated that during the period of
November 29, 2023 through January 8, 2024, a total of one

thousand five hundred eighty-five (1,585) petitions that were submitted by SALAZAR went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, seven hundred eighteen (718) were determined to be invalid by the respective Supervisors of Elections offices.

On January 25, 2024, your Affiant conducted a recorded interview with SALAZAR at his residence located at 6314 S. Lois Avenue, Tampa, Hillsborough County, Florida. It should be noted that this was the address reported on SALAZAR'S Florida Driver's License (DL #: ███████████████). SALAZAR confirmed that he was a paid petition circulator for Amendment Title 23-07. Your Affiant showed Salazar the petitions that were fraudulently completed based on interviews with the actual voters on said petitions. Your Affiant asked SALAZAR if he physically went to Sarasota County to collect those signatures. SALAZAR admitted he would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence. SALAZAR said when he turned the petitions in to the guy he was working for, who he only knew as "Eddie," he was questioned as to the validity of the petitions. SALAZAR said he was told by Eddie what he was doing was illegal and no more of his petitions were accepted. SALAZAR said he then quit collecting petitions.

Your Affiant believes that based upon the investigation in its entirety, and evidence gathered during the investigation, probable cause exists that ANDRES FELIPE SALAZAR violated Section 817.568(2)(q), Florida Statutes Criminal Use of Personal Identification Information.

Page 14 of 15

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter ANDRES FELIPE SALAZAR and bring him before the Court so that he may be dealt with according to law.

_____
Gary Negrinelli, Inspector
Florida Department of Law Enforcement

*The foregoing instrument was acknowledged before me by means of physical presence this* \_\_\_ *day of March 2024 by Inspector Gary Negrinelli who has produced identification and who did take an oath.*

_____
CIRCUIT JUDGE
Sarasota County, Florida

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO.:

v.

JAMIE L. JOHNSON,
          Defendant.
_____/

### AFFIDAVIT FOR ARREST WARRANT

COUNT 1:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 9:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            OF A DECEASED INDIVIDUAL
            FLA. STAT. §817.568(8)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 11:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 12:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 13:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 14:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 15:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 16:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 17:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 18:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)

THIRD DEGREE FELONY/ LEVEL 1

COUNT 19: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

COUNT 20: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

Before me, _____, Judge of the Sixth Judicial

Circuit in and for Pasco County, Florida, personally appeared,

Inspector Leslie Pulling of the Florida Department of Law

Enforcement, who, being first sworn, deposes and says:

Your Affiant, Inspector Leslie Pulling, has been a member
of the Florida Department of Law Enforcement (FDLE) since
2001. Your Affiant was a sworn special agent for 14 years
and has been a sworn inspector for 1 year. Your Affiant has
worked in various divisions within FDLE to include, The
Florida Fusion Center, Evidence Division, Public Assistance
Fraud (PAF), Economic Crimes Squad, Major Case squad,
Organized Crime squad, Cyber and High-Tech Crimes Squad,
and is currently assigned to the Election Crime Unit. Your
Affiant has attended several seminars, conferences, and
schools providing training for conducting investigations of
fraud related offenses. Your Affiant has attended several
seminars providing training for conducting election crime
investigations. The following is a list of courses where
your Affiant has received training and gained a level of
proficiency: International Money Laundering Investigations;

Federal & State Approaches to Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements, and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as JAMIE JOHNSON (DOB: 12/11/1976) who was a Paid Petition Circulator (PPC).

Your Affiant learned that JOHNSON had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by a citizens' initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election

cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title:

Ballot Summary:

SAMPLE

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved _____    Serial Number _____

Sponsor's Information (Return all completed petition forms to the address below.)

Name:

Address:

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address. (check box)

Registration No. [          ]    or    Date of Birth [  ] / [  ] / [    ]

Signature _____    Date Signed [  ] / [  ] / [    ]

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____    Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed [  ] / [  ] / [    ]

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 2, 2019, JOHNSON'S application was approved to become a paid petition circulator. JOHNSON used the email jamiemcnabbjohnson@gmail.com. The application also included JOHNSON'S personal information including her name, address, and phone number which was self-reported by Johnson as (352) 807-1309. JOHNSON was assigned Circulator ID # 13152.

Your Affiant reviewed the information noted above provided to the FDLE. This information was specifically provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC JAMIE JOHNSON (hereinafter "JOHNSON") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. In addition, one petition was suspected of being fraudulently completed due to the voter being deceased at the time the petition was allegedly signed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion". The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require

notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of one hundred and two (102) alleged fraudulent petitions submitted by JOHNSON were submitted to the Supervisor of Elections offices in Pasco, Sumter, Hernando and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of nine (9) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by JOHNSON and that they did not consent to the use of their personal identification information. The below voters were identified:

<u>Voter # 1</u>
Name: ███████████████
County of Residence: St. Petersburg, Pinellas County, Florida
Date on petition: 07/07/2023

Your Affiant interviewed █████ on November 17, 2023 and he advised that he did not complete the petition. █████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. █████ confirmed the other personal information included on the petition was correct. █████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

It should be noted that on July 7, 2023, a petition was submitted using █████ s wife's name (███████████). Your

Affiant conducted an interview with ██████████ who reviewed the petition and confirmed she did not complete or sign the petition. This petition was submitted by a paid petition circulator identified as George Andrews.

<u>Voter # 2</u>

Name: ████████████████

Address: Sumterville, Sumter County, Florida

Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 3, 2023 and she advised that she did not complete the petition. ██████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████████ advised that her first name was misspelled on the petition ('█████. ████████ confirmed the other personal information included on the petition was correct. ██████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 29, 2023, a second petition was submitted in ████████ name by a paid petition circulator identified as George Andrews (DOB: 09/20/1993). ████████also reviewed this petition with Your Affiant and confirmed she did not complete it. She further confirmed her signature was forged.

<u>Voter # 3</u>

Name: ████████████████████

County of Residence: Webster, Sumter County Florida

Date on petition: 07/05/2023

Your Affiant interviewed ████████ on October 31, 2023 and she advised that she did not complete the petition. ██████████ reviewed the petition with your Affiant and indicated that

the handwriting and signature on the petition were not hers. ███████ confirmed the personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 20, 2023, a second petition was submitted in ███████ name by a paid petition circulator identified as George Andrews. ███████ lso confirmed to Your Affiant that she did not complete this petition. She further confirmed her signature was forged.

## Voter # 4

Name: ███████████████
Address: Webster, Sumter County, Florida
Date on petition: 06/21/2023

Your Affiant interviewed ███████ on November 1, 2023 and she advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ███████ confirmed the personal information included on the petition was correct. ███████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 5

Name: ███████████████
County of residence: Wildwood, Sumter County Florida
Date on petition: 06/20/2023

Your Affiant interviewed ███████ on October 30, 2023 and she advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ███████ confirmed the personal information included on the

petition was correct. ████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 6**

Name: ████████████████

County of residence: Bushnell, Sumter County, Florida

Date on petition: 06/15/2023

Your Affiant interviewed ████ on November 1, 2023 and she advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████ advised that her first name was misspelled on the petition (████████ ████ further advised Your Affiant that she was recalled that she was working from home all June 15, 2022 and therefore it was impossible for her to have signed the petition on that date. ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 7**

Name: ████████████

County of residence: Webster, Sumter County, Florida

Date on petition: 06/05/2023

Your Affiant interviewed ████ on November 3, 2023 and she advised that she did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████ advised that her date of birth was incorrect on the petition ("████████). ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that she did not give

anyone permission to complete and submit this petition on her behalf.

**Voter # 8**

Name: ████████████████████

County of Residence: The Villages, Sumter County, Florida

Date on petition: 06/20/2023

Your Affiant interviewed ████████████ on November 8, 2023 and he advised that he did not complete the petition. ████████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, ████████████ advised that his first name was misspelled (████████) and his date of birth was incorrect on the petition. ████████████ confirmed the other personal information included on the petition was correct. ████████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

**Voter # 9**

Name: ████████████████

County of Address: Bushnell, Sumter County, Florida

Date on petition: 06/21/2023

Your Affiant interviewed ████████ on November 1, 2023 and he advised that he did not complete the petition. ████████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that first name was misspelled on the petition ("████████"). ████████ confirmed the other personal information included on the petition was correct. ████████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Your Affiant identified one (1) voter who was deceased at the time that the petition was allegedly signed. The below voter was identified:

**Voter # 10**

Name: █████████████████████

Date of Death: 04/29/2023

Date on petition signature: 07/07/2023

A petition for Amendment Title 23-07 was submitted by JOHNSON to the Hernando County Supervisor of Elections. This petition was allegedly signed by Amanda Burkey on July 7, 2023. The Hernando County Supervisor of Elections Office discovered ██████ was allegedly deceased on April 29, 2023. On November 13, 2023, your Affiant requested an official copy of the death certificate for an individual identified as ██████ from the Florida Department of Health (DOH), Bureau of Vital Statistics. On November 20, 2023, your Affiant received a copy of ██████s Certification of Death from the DOH Bureau of Vital Statistics which confirmed that ██████ died on April 29, 2023.

On November 30, 2023, your Affiant conducted a sworn recorded interview with JOHNSONS'S roommate, George Edward Andrews III, at their shared residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Florida. It should be noted that this was the address reported on Johnson's Florida Driver's License. Andrews advised Your Affiant that JOHNSON currently resided at the aforementioned residence with him. Andrews confirmed that JOHNSON was a paid petition circulator for ballot initiative 23-07. Andrews further confirmed that he and JOHNSON have collected petition signatures together. It should be noted that according to Andrews, JOHNSON was not home at the time Andrews was

interviewed. Multiple attempts were made to contact and/or interview JOHNSON but all were met with negative results.

Through this investigation, Your Affiant discovered that Andrews submitted two (2) fraudulent petitions using the same voter information as JOHNSON (Voter # 2 and Voter # 3 noted above). Your Affiant also discovered that Andrews submitted a fraudulent petition using the name of the wife of one of the voters that Johnson had submitted (Voter 1 noted above).

On December 21, 2023, your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) indicated that during the period of June 21, 2023 through October 31, 2023, a total of one thousand six hundred forty-seven (1,647) petitions that were submitted by JOHNSON went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, eight hundred fourteen (814) were determined to be invalid by the respective counties' Supervisor of Elections office. JOHNSON had an invalid petition rate of approximately 49.9% during this period.

Your Affiant believes that based upon this investigation in its entirety, and evidence gathered during this investigation, probable cause exists that JAMIE L. JOHNSON with violated Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal Identification Information and Section 104.185(2), Florida Statutes, Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner,

Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter JAMIE L. JOHNSON and bring her before the Court so that she may be dealt with according to law.

_____
Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this ___ day of February 2024 by *Inspector Leslie Pulling* who has produced identification who did take an oath.

Original Signed

FEB 0 1 2024

COPY

_____
CIRCUIT JUDGE
Pasco County, Florida

GREGORY G. GROGER
CIRCUIT JUDGE

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

_____

have reviewed this affidavit
and do find there is probable
cause to hold and bind over for
trial the defendant named in
this affidavit.

_____
**JUDGE**

_____
**DATE**  February 1, 2024

| | |
|---|---|
| Clerk of this Court is hereby directed to ISSUE CAPIAS for arrest of Defendant | |

JAMIE L. JOHNSON

Defendant is to be admitted to Bail in the sum of

$ _10,000_ on Ct. 1, including surcharge
$ _10,000_ on Ct. 2, including surcharge
$ _10,000_ on Ct. 3, including surcharge
$ _10,000_ on Ct. 4, including surcharge
$ _15,000_ on Ct. 5, including surcharge
$ _10,000_ on Ct. 6, including surcharge
$ _10,000_ on Ct. 7, including surcharge
$ _10,000_ on Ct. 8, including surcharge
$ _10,000_ on Ct. 9, including surcharge
$ _10,000_ on Ct. 10, including surcharge
$ _5,000_ on Ct. 11, including surcharge
$ _5,000_ on Ct. 12, including surcharge
$ _5,000_ on Ct. 13, including surcharge
$ _5,000_ on Ct. 14, including surcharge
$ _5,000_ on Ct. 15, including surcharge
$ _5,000_ on Ct. 16, including surcharge
$ _5,000_ on Ct. 17, including surcharge
$ _5,000_ on Ct. 18, including surcharge
$ _5,000_ on Ct. 19, including surcharge
$ _5,000_ on Ct. 20, including surcharge

$ _150,000_          Total

Other conditions of release: _No participation_
_in Petition Circulation_

_____
Circuit Judge

Gregory G. Groger, Circuit Judge

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

24-424 CFA

**AFFIDAVIT FOR ARREST WARRANT**

STATE OF FLORIDA

AGENCY CASE NUMBER EI-32-0247

V.

DONELLA MARIE HARRIEL
R/S:   B/F
DOB:   10/13/1977
FL DL:
SSN:
ADDRESS: 361 SE Atlas Terrace, Port St Lucie, Florida 34983

1. **CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION**
   Section 817.568(2)(A), Florida Statutes (2020)
2. **PETITION; KNOWINGLY SIGNING MORE THAN ONCE; SIGNING ANOTHER PERSON'S NAME OR FICTITIOUS NAME**
   Section 104.185(2) Florida Statutes (2022)

BEFORE ME, Ryan Bliss _____, a sworn law enforcement officer, personally

came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being

duly sworn, deposes and says:

Inspector Ryan Bliss is a sworn law enforcement officer of the State of Florida, and as

such is empowered to conduct investigations of and make arrests for violations of the criminal

laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes,

pertaining to election code violations and in Chapter 817, Florida Statutes pertaining to Criminal

Use of Personal Identification Information. Inspector Ryan Bliss believes that the laws of the

State of Florida, including those enumerated in Chapters 104 and 817, have been violated and

that the person violating those laws is DONELLA MARIE HARRIEL, as identified above.

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience in conducting investigations involving public integrity, election crimes, violent crimes, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has a Bachelor's Degree from Florida State University's School of Criminology and has since successfully completed training classes provided by FDLE. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On December 22, 2023, the Florida Department of State, Office of Election Crime and Security provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Harriel had submitted a total of 314 invalid petitions from different voter districts throughout the state of Florida.

2. Section 100.371(3), Florida Statutes (2022) requires that any person who is or will be paid to collect initiative petitions first register with the Department of State. PPC registration information becomes public record, subject to any applicable exemptions under Florida law. Each PPC is assigned a specific circulator number that is recorded with the Division of Elections.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be

signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

5. The petition circulator's information section begins with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, circulator number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following, "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

6. According to records provided to FDLE by the Florida Department of State Office (DOS) of Election Crime and Security, on or about October 5, 2023, Harriel's application was approved to become a PPC for "Floridians Protecting Freedom, Inc," a group proposing constitutional amendment serial number 23-07, titled "Amendment to Limit Government Interference with Abortion." Harriel used the email

Donella477@gmail.com as a point of contact in her application. The application also included Harriel's personal information including her name, permanent address, and phone number. Harriel was assigned Circulator ID #65792.

7. On December 22, 2023, Your Affiant reviewed documents provided by the DOS, which contained a cover letter from Progressive Campaigns, Inc. (PCI). The cover letter was sent to the Escambia County Supervisor of Elections (ESSOE) referencing nineteen suspicious signatures on CAIPFs submitted by Harriel for the "Amendment to Limit Government Interference with Abortion." A review of the signatures from the ECSOE determined that one hundred fifty-one (174) signatures in Martin County and one (1) signature in Brevard County on CAIPFs for "Amendment to Limit Government Interference with Abortion" did not match the signature images available on file for registered voters.

8. Your Affiant contacted Chief Deputy Debbie Dent of the Martin County Supervisor of Elections (MCSOE) and requested the invalid petitions submitted by Harriel that contained registered voters who had been deemed deceased and the petitions that have been submitted with different signatures. Dent provided Your Affiant with 151 petitions with invalid signatures.

9. On January 25, 2024, Your Affiant contacted the following individuals in Martin County.



    a.                                                    Jensen Beach, Florida 34957
    b.                                                                          Jensen

    Beach, Florida 34957

10. On January 25, 2024, Your Affiant traveled to ▮▮▮ residence for an interview. ▮▮▮ was not home and a business card was left at the door. ▮▮▮ called on January 26, 2024, at approximately 1500 hours and Your Affiant advised that a petition endorsing to limit government interference with abortion contained her name,



address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. ████ advised she was never approached by anyone circulating said petition. Your Affiant electronically sent a copy of the petition to ████ who reviewed the petition and advised that the petition and signature were not completed by ████ ████ did not permit anyone to use her personal information. ████ did not know ████ And she affirmed that everything she said was true and accurate to the best of her knowledge. ████ also attached a copy of her signature.

11. On January 25, 2024, Your Affiant made contact with Martin County residents ████ ████ at the address listed on the petition. Your Affiant spoke with ████ on the telephone at the neighborhood entrance call box and subsequently on the FDLE-issued cellular telephone. Your Affiant informed ████ that a petition endorsing to limit government interference with abortion contained his and his wife, ████ name, address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. Your Affiant sent an electronic copy of ████ petition to ████ cellular telephone. ████ and ████ reviewed the petitions and confirmed that their personal information was correct, but that the signatures were not completed by either ████ Neither ████ permitted anyone to use their personal information and did not know Harriel. ████ affirmed that the information provided via text message was true and accurate to the best of their knowledge.

12. On January 31, 2024, Your Affiant contacted Chief Deputy Karen Graham of the Brevard County Supervisor of Elections (BCSOE) and requested the invalid petitions submitted by Harriel. On February 1, 2024, Graham provided Your Affiant with sixteen petitions with invalid signatures.

13. On February 1, 2024, Your Affiant contacted the following individuals in Brevard County.



    a. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Melbourne, Florida 32934

14. On February 1, 2024, Your Affiant traveled to Brevard County to speak with Melbourne residents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the address listed on the petition. Your Affiant told ▮▮▮▮▮▮▮▮▮▮▮▮ that a petition endorsing to limit government interference with abortion contained both ▮▮▮▮▮▮▮▮▮▮ name, address, date of birth, and signature and that the petition was reportedly completed on October 31, 2023. ▮▮▮▮▮▮▮▮ reviewed the petition and confirmed that his personal information was correct but that the signature was not completed by ▮ ▮▮▮▮▮▮▮▮▮▮▮ reviewed the petition and advised that her personal information was correct but that ▮▮▮▮▮ did not complete or sign the petition.

15. After speaking with the named Martin County residents, Your Affiant and Special Agent (SA) Mark Mynheir of the FDLE Ft. Pierce Field Office traveled to Harriel's residence located at 361 SE Atlas Terrace, Port St. Lucie, Florida 34983, on January 29, 2024, to conduct a sworn interview of Harriel. The following is a summary of the sworn audio-recorded interview:

16. Upon arrival at the residence, Your Affiant observed Harriel seated on the front porch of the residence. Your Affiant and SA Mynheir approached the residence and identified ourselves with our FDLE-assigned credentials. Your Affiant asked how Harriel became a PPC employed with Five Star Petitioners and if Harriel was still employed with Five Star Petitioners. Harriel advised a friend who worked for Five Star Petitioners named ▮▮▮ asked her to become a PPC. Harriel did not complete an application and only spoke with the owner of the company, Richard ▮▮▮llen, via telephone conversations and text messages. As a registered PPC, Harriel was able to work in every county in the State of Florida. Harriel was employed as a PPC at

Five Star Petitions for approximately four weeks; her employment ended on November 15, 2023.

17. Your Affiant asked Harriel what the duties of a PPC involved. Harriel advised, "sign petitions." Your Affiant asked if Harriel signed the petitions and Harriel explained that she sat in front of the Dollar Tree store on US1 in St. Lucie County and at the Planned Parenthood in St. Lucie County and asked people to sign the petition. Harriel reportedly traveled to several different counties with her cousin who has a food truck and would attend different outdoor concerts to get signatures for the petition(s).

18. After getting the signatures, Harriel would drop the signed petitions in a mailbox at Five Star Petitioners, as directed by _____ who worked at the Five Star Petitioners office. Harriel traveled to a jazz concert in Pensacola, Escambia County with the food truck to get signatures on petitions. Harriel could not remember the name of the jazz show or the date when she was in Pensacola. Harriel traveled with the food truck to Pompano Beach, Broward County to get signatures, St. Lucie County, and Palm Beach County but could not name the concerts or give the specific dates of when she was at the concerts getting the signatures on the petitions.

19. _____ old Harriel that she would be paid $10.00 per signature. Hariel was paid $10.00 per signature via direct deposit. Harriel was not paid for every submitted petition. Some of the petitions were not completed correctly and Harriel was not paid for the invalid petitions. Harriel was paid "up front" for fifty percent of the submitted petitions. After the petitions were reviewed by staff, and the invalid petitions were not included, Harriel was paid for the remaining valid petitions.

20. Harriel did not believe that the payment for the submitted petitions was fair and, she felt cheated. During a conversation with Guillen about her payment for the submitted petitions, Guillen advised that Harriel was committing fraud and was subsequently

fired. Harriel explained that if she had an elderly person and the person needed help with the signature on the petition, Harriel would complete the personal information and have the elderly person sign their name. Harriel did not understand how that was fraud. Harriel never personally met Guillen, and Guillen reportedly did not train Harriel on getting the signatures and "threw her out there with these papers."

21. Your Affiant asked if all of the petitions submitted by Harriel were signed by the qualified elector on the petition. Harriel affirmed that the person named on the petition signed the petition. Your Affiant told Harriel about petitions that were declared invalid because of fraudulent signatures and showed Harriel the invalid petitions with the fraudulent signatures. Harriel denied fraudulently completing the petitions and forging the signatures and never forced anyone to sign a petition.

22. After interviewing Harriel, Your Affiant conducted a sworn interview with Guillen and learned the following:

23. Guillen started the Limited Liability Corporation (LLC) Five Star Petitioners, LLC on October 24, 2022, in St Lucie County, Florida. According to Guillen a company that was hired by Progressive Campaigns, Inc. (PCI) hired Five Star Petitioners to hire registered PPCs to circulate petitions endorsing the "Amendment to Limit Government Interference with Abortion." 25. Harriel was an independent contractor, PPC, and was referred to Guillen by                                                    who are also independent contractor PPCs employed by Guillen. Harriel was hired electronically while Guillen was working on a separate petition campaign in another state. Guillen never met Harriel in person.

24.                                    rained Harriel on how to collect signatures. Harriell turned the signed petitions into                                    would then turn the signed petitions into Gullien, who subsequently sent the petitions to PCI to be validated. Due to the large number of petitions that were being turned in by Harriel, PCI checked the signatures

on several petitions and determined that the signatures appeared to be fraudulent. Guillen told Harriel about the fraudulent petitions and Harriel advised that spouses would sign for each other and there would be family fill-ins. Guillen advised there was more to it than that and Harriel apologized. Guillen paid Harriel approximately $5,000 via direct deposit for the petitions submitted during that time. Harriel was fired and placed on the "do not buy" list that is maintained by PCI. PCI sent the fraudulent petitions back to Guillen, and Guillen was charged by PCI for the fraudulent petitions.

25. Your Affiant asked Guillen how the petitioners obtained the personal information of the individuals' information that was fraudulently used on the petitions. Guillen advised that many petitioners use Facebook, Instagram, and Yellow Pages. The internet has websites that allow the petitioners to find out if a name they are using has already been listed as signing the petition being circulated. Your Affiant asked Guillen if Harriel went to Escambia County to get signatures. Guillen advised that Harriel stayed in St. Lucie County and Martin County to get signatures.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Donella Marie Harriel did unlawfully, intentionally, and knowingly submit fraudulent Constitutional Amendment Initiative Petition Forms in two Florida Counties, and therefore in violation of the following Florida State Statutes:

Count 1: Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (5 counts)
Count 2: Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (5 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter DONELLA MARIE HARRIEL, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Inspector Ryan Bliss
Florida Department of Law Enforcement

SWORN AND SUBSCRIBED before me, the undersigned authority this _16_ day of April, 2024.

_____
(LEO/NOTARY)
Personally Known

PRINT NAME _Judge Darron Steele_
_Marion county_

Appendix F: News Reports of Arrests

Menu

*Tampa Bay Times*

Subscribe

ADVERTISEMENT

NEWS / **CRIME**

# Dade City man accused of election fraud in No Labels party petition in Kansas

George Andrews, 30, also submitted invalid petitions for an abortion rights ballot initiative in Florida, authorities say.

   



A Dade City man has been charged with two counts of election perjury and 28 counts of election forgery for allegedly forging signatures on petitions to make No Labels an officially recognized political party in Kansas, according to a news release.

By Joseph Hernandez **lez** *The Kansas City Star (TNS)*

> Donate

A Florida man accused of forging signatures on petitions to get a new political party officially recognized in Kansas has been arrested.

George Andrews, 30, of Dade City was arrested on Feb. 10 and has been charged with two counts of election perjury and 28 counts of election forgery for allegedly

"The arrested individual was part of a scheme to defraud Kansas voters by placing their forged signatures on petitions. In Kansas, we take election fraud seriously, and we will prosecute every case where the evidence indicates a crime has been committed beyond a reasonable doubt," Kansas Attorney General Kris Kobach said in a statement.

ADVERTISEMENT

Andrews will appear in Johnson County District Court if he is extradited to Kansas.

He is also facing legal troubles in Florida. The Florida Department of Law Enforcement said on Feb. 6 that Andrews and another person allegedly submitted 133 invalid petitions in multiple Florida counties, including Pasco and Pinellas, for an abortion rights ballot initiative.

No Labels is a bipartisan political party founded in 2009 and is similar in size to the Libertarian Party.

It was recognized as a political party in Kansas in January after submitting a petition containing the signatures of registered voters equal to 2% of the total votes cast in the 2022 statewide gubernatorial general election.

The arrest comes following an investigation by the state's attorney general's office.

©2024 The Kansas City Star. Visit at kansascity.com. Distributed by Tribune Content Agency LLC.

---

## MORE FOR YOU

Campaign ad attacks, but distorts, Tampa prosecutor's handling of riots, protests

Oct. 4
• Elections



Florida banned public camping. Meet those trying to get into homeless shelters

Oct. 3
• Florida



ADVERTISEMENT



Donate

*Remember Tiger Wood's Ex-Wfe? This Is Her Now*

*This Tropical Weight Loss Method is Taking the United States by Storm*

*These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now*

Menu

Tampa Bay Times

Subscribe



*Breakthrough Dark Spot Fix Costs Less and Works Better!*

Vibriance

*A 70-year-old Engineer Created This Nail Clipper for Seniors Worldwide*

Sherum

*Grandma Attacked Outside Store In Tallahassee*

SafeAlarm

**Pinellas boy who stabbed grandmother at 13 gets 22 years in prison**

Oct. 2
• Crime

**Former Florida state senator found guilty in 'ghost candidate' case**

Oct. 1
• Elections

**Here are the new laws taking effect Tuesday**

Sept. 29
• The Buzz on Florida Politics

**Wrong-way driver seen on Skyway hits, injures off-duty deputy, FHP says**

Sept. 26
• Pinellas

**Man who staked out Trump at Florida golf course charged with attempted assassination**

Sept. 24
• Elections

**Orlando police investigate officers' use of force on pro-Palestine protesters**

Sept. 23
• Florida

**Woman sentenced to 28 years in crash that killed 2 on Bayside Bridge**

Sept. 23
• Crime

**Driver crashes into home after being shot in East Tampa, police say**

Sept. 23
• Crime

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

    


Menu

## *Tampa Bay Times*

Subscribe

## Advertise

Times Total Media    Media Kit    Place an ad    Public Notices    Classifieds    Best of the Best    Local Ads



## Shop

Champa Bay Shop    Bucs Hardcover Book    Lightning Hardcover Book    Photo Reprints    Article Reprints    Article Licensing    Historic Front Pages

Meeting Backgrounds

## More

News in Education    Expos    Homes    Sponsored Content    Special Sections    Apps    Podcasts    Archives

© 2024 All Rights Reserved

**Times Publishing Company**

Privacy Policy

News (/News/News.aspx)

FDLE arrests Port St. Lucie woman for abortion petition fraud



**For Immediate Release**
June 28, 2024

TALLAHASSEE, Fla. – The Florida Department of Law Enforcement (FDLE) arrested Donella Harriel, 46, of Port St. Lucie, for knowingly submitting fraudulent constitutional amendment petitions for the abortion initiative, "Amendment to Limit Government Interference with Abortion." The arrest is the result of an investigation led by FDLE's Election Crime Unit (ECU) working with the Florida Department of State Office of Election Crimes and Security (OECS).

The investigation began after Harriel submitted 314 invalid abortion initiative petitions from different voter districts throughout Florida.

Harriel is charged with five felony counts of criminal use of personal identification information and five felony counts of knowingly signing another person's name to secure ballot position.

Harriel turned herself in on June 6 and was booked into the Martin County Jail. Attorney General Ashley Moody's Office of Statewide Prosecution will prosecute the case.

Since February, nine people have been charged with petition fraud following FDLE investigations, including four with fraud on the abortion initiative.

**For Further Information Contact:**

FDLE Office of Public Information
(850) 410-7001

Return to top

 (https://www.fdle.state.fl.us)  (https://www.myflorida.com/)

**An official website of the State of Florida (https://www.myflorida.com/)**

# Florida Department of Law Enforcement Priorities

FDLE is composed of five areas: Executive Direction and Business Support, Criminal Investigations and Forensic Science, Criminal Justice Information, Criminal Justice Professionalism and Florida Capitol Police. FDLE's duties, responsibilities and procedures are mandated through Chapter 943 (/CJSTC/Publications/Florida-Statute-943.aspx), FS, and Chapter 11 (/CJSTC/Publications/CJSTC-FAC-Rules.aspx), FAC. To learn more about these areas, read our Statement of Agency Organization and Operation (/About-Us/Documents/StatementofAgencyOrg.aspx) or visit our Open Government page. (/Open-Government/Open-Government.aspx)

(https://(https://(https://instagram%5B%5Bi
ref_src=twsrc%5Egoogle
collection)

About FDLE (/About-Us.aspx)

Accessibility support (/FAQ/FDLE-Internet-Web-Site-FAQ)

Office of the Inspector General (/OIG/OIG-Home.aspx)

Performance reports (/Open-Government.aspx)

Privacy policy (/Privacy-Policy.aspx)

CALEA Comments (https://cimrs2.calea.org/888)



Election 2024     Middle East wars     Remains found at Everest     Yom Kippur in Florida     Northern

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

U.S. NEWS

# Florida and Kansas are accusing 2 people of forging signatures for petition drives



Kansas Attorney General Kris Kobach participates in a ceremony honoring fallen law enforcement officers at the Statehouse, May 3, 2024, in Topeka, Kan. Kobach's office is accusing two Florida residents of forging signatures on petitions to allow the No Labels part to put its candidates on the ballot, and the two also are accused of doing the same in Florida during an effort to get an abortion rights measure on the ballot there. (AP F

Read More

BY JOHN HANNA AND MARGERY A. BECK

Updated 5:37 PM EDT, June 5, 2024

TOPEKA, Kan. (AP) — Florida and Kansas officials are accusing two petition circulators of forging voter signatures during campaigns to put an abortion rights measure to a vote in Florida and allow the No Labels party to put candidates on the Kansas ballot.

Jamie Johnson, 47, and George Andrews III, 30, both from Dade City, Florida, in the Tampa area, were in jail Wednesday, each on $150,000 bail. Johnson was being held in Sarpy County, Nebraska, south of Omaha, and Andrews in the Tampa area.

Each faces 20 felony charges in Florida, while in Kansas, Andrews faces 30 felony counts and Johnson, 19.

While Andrews has been in custody in Florida since February, authorities in both states couldn't find Johnson until she was arrested a week ago in Nebraska. Kansas Attorney General Kris Kobach announced the arrest Tuesday and said he is seeking to bring Johnson to Kansas for prosecution. She is scheduled to have a July 1 extradition hearing in Nebraska.

Kobach's office said Andrews and Johnson together forged at least 46 signatures on petitions to get the centrist No Labels group recognized as a political party in Kansas, which allows it to put nominees on the November ballot.

**RELATED STORIES**



**Nebraska will vote on pro-pot measures despite some invalid signatures**



**Police questioning Florida voters about signing abortion ballot petition**



**Suspicious packages were sent to election officials in at least 6 states**

Florida officials said Andrews and Johnson submitted a total of 133 invalid petitions in multiple counties during the effort to get the abortion rights measure on the November ballot.

Neither successful petition drive appears to have depended on the signatures the two submitted. In Kansas, No Labels needed more than 20,000, while in Florida, the figure was at least 891,500.

Still, Kobach said that with election fraud, "It doesn't matter how far you run."

"We will drag you back to Kansas and prosecute you," Kobach said in a statement.

No Labels chief strategist Ryan Clancy said Wednesday that the Kansas case involves a former vendor's subcontractor and that vendors are required to provide training for petition circulators and have a third party verify signatures.

"No Labels will fully cooperate with any inquiry," Clancy said in an emailed statement.

A public defender representing Andrews in Florida did not return a telephone message Wednesday seeking comment. Tom Strigenz, a public defender for Johnson in Nebraska, said she does not have an attorney in Kansas and that she will fight extradition to both Florida and Kansas.

Stringenz couldn't say whether Johnson was in Nebraska to circulate petitions for proposed ballot initiatives there. She has no ties the state, he said.

———

Beck reported from Omaha, Nebraska.



**JOHN HANNA**
Hanna covers politics and state government in Kansas for The Associated Press. He's worked for the AP in Topeka since 1986.

 

# Florida arrests petition gatherer accused of submitting fraudulent signatures for abortion measure

**The FDLE's state elections office investigated in concert with the Sarasota Supervisor of Elections.**

The Florida Department of Law Enforcement (**FDLE**) has arrested a Tampa man for allegedly committing petition fraud on an abortion initiative.

Investigators say **Andres Felipe Salazar**, a paid petition circulator for **Floridians Protecting Freedom**, submitted more than 30 fraudulent signatures in Sarasota County. Tampa police arrested Salazar on March 21.

The 37-year-old is being held on 12 charges of criminal use of personal identification information. He was released on a $5,000 bond.

The arrest by Tampa Police followed an investigation by FDLE's **election police force**, working with the Sarasota County Supervisor of Elections Office. Republican **Ron Turner** serves as Supervisor of Elections in the county.

Floridians Protecting Freedom **in January** passed the petition threshold to put a constitutional amendment enshrining the right to obtain an abortion in the state constitution. Election officials at that point had verified more than 911,000 legitimate signatures.

ECONOMY AND ENVIRONMENT

The organization had worked over eight months to secure the necessary signatures to qualify for the statewide ballot.

The Republican-dominated Legislature has **approved a measure** banning most abortions after six weeks of gestation. That limit is on hold, pending a Florida Supreme Court ruling over a ban after 15 weeks of pregnancy passed in Florida **in 2022**.

Republican Attorney General **Ashley Moody** has asked the state Supreme Court to **disqualify** the amendment question from the ballot, arguing its summary language will mislead voters. The Florida Supreme Court is expected to issue a decision this week on whether the amendment can appear on the ballot.

Floridians Protecting Freedom has already started campaigning for Amendment 4.

The FDLE **in October** arrested three paid petition circulators, that time working in concert with the Leon, Palm Beach, Miami-Dade and Broward County Supervisors of Elections Offices.



The state agency at that time did not identify the campaign for which the individuals were gathering petitions.



Andres Felipe Salazar. Image via Hillsborough County Sheriff's Office.

 Jacob Ogles

March 26, 2024

4 min

Andres Felipe Salazar

Ashley Moody

Broward

Florida Department Of
Law Enforcement

Leon          Miami-Dade

Palm Beach

## Related Articles

SOUTH FLORIDA

Ron Book nabs Nobel Peace Prize nomination for nonprofit leadership, advocacy

SOUTH FLORIDA

**Eric Trump is now a Deputy Sheriff in St. Lucie County**

---

STORM COVERAGE

**'Time to start over': Milton's disastrous slam on Florida's battered barrier islands**

---



## Jacob Ogles

Jacob Ogles has covered politics in Florida since 2000 for regional outlets including SRQ Magazine in Sarasota, The News-Press in Fort Myers and The Daily Commercial in Leesburg. His work has appeared nationally in The Advocate, Wired and other publications. Events like SRQ's Where The Votes Are workshops made Ogles one of Southwest Florida's most respected political analysts, and outlets like WWSB ABC 7 and WSRQ Sarasota have featured his insights. He can be reached at jacobogles@hotmail.com.

PREVIOUS
**Florida Retail Federation pushes for local spending during robust Easter shopping season**

NEXT
**Personnel note: Jacklyn Washington heads to CareerSource Florida**

 **3 comments**



**Hung Wiil**    March 26, 2024 at 11:44 am

Book 'em, Rono. The whole petition is misleading and should not be allowed
on the ballot. No, the voters are not smart. In fact, they are rather stupid.



**S. Wabbit**    March 26, 2024 at 12:58 pm

Like you.



**Tammy Ferguson**    March 27, 2024 at 10:52 am

I did NOT AUTHORIZE MY NAME TO BE USED ON THIS MESS. PLEASE MAKE
SURE IT'S NOT ON THERE

COMMENTS ARE CLOSED.

Florida Politics is a statewide, new media platform covering campaigns, elections, government, policy, and lobbying in Florida. This platform and all of its content are owned by Extensive Enterprises Media.

Publisher: Peter Schorsch @PeterSchorschFL

Contributors & reporters: Phil Ammann, Drew Dixon, Roseanne Dunkelberger, A.G. Gancarski, William March, Ryan Nicol, Jacob Ogles, Cole Pepper, Jesse Scheckner, Drew Wilson, and Mike Wright.

Email: Peterschorsch@floridapolitics.com
Twitter: @PeterSchorschFL
Phone: (727) 642-3162
Address: 204 37th Avenue North #182
St. Petersburg, Florida 33704

Home

Culture Wars

Communities

Foreign Affairs

Subscribe

Elections

Legislative

Federal

Emails & Opinions

Appendix G: Contractor Referrals

**PCI**

CONSULTANTS, INC

RECEIVED

OCT 30 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Batch #12

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800
Phone: 805-370-0200

## *SUSPICIOUS SIGS*
## *23-07 SIGNATURE SUBMISSION*

10/31/23
9:46

ATTN: Coleen Padham

TO:    **HERNANDO** County Supervisor of Elections

RE:    Amendment to Limit Government Interference with Abortion
       23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent.  We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
|  |  | 16 |
|  |  | 19 |
|  |  |  |
|  | **TOTAL:** | 35 |

RECEIVED

OCT 23 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us.  Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:   (805) 370-0200
Cell:  (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name:

Address:

County:

E-mail Address:

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name:

Paid Pe

*Person's title of office or position held or sought if applicable*

Address

County:

Work
Phone:

*Name of Governmental Office or*
*Private Entity/Office*

Have you filed this complaint with the (check all that apply):

"State Attorney's Office"

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Suspicious Signatures. Florida Statutes 626.9511 violation.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

/s/ STAFF PREPARED
_____     _____
Signature of complainant                         Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

**OECS STAFF INPUT ONLY**
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A515
Date: 2023-12-15
Intake method: E-mail
Referral entity name, if applicable:
Entity point of contact, if applicable:

Appendix H: Law Enforcement Referrals

**McVay, Brad R.**

| | |
|---|---|
| **From:** | McVay, Brad R. |
| **Sent:** | Thursday, February 29, 2024 6:43 PM |
| **To:** | Darlington, Andrew |
| **Subject:** | Re: Paid Petition Circulators (PPCs) |

Awesome. Thx

Get Outlook for iOS

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 6:35:31 PM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Subject:** Fwd: Paid Petition Circulators (PPCs)

Yes we always do. Just wanted to update you regarding a new organization

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 4:26:14 PM
**To:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Paid Petition Circulators (PPCs)

qryRptCirculatorTotals

| IP_CIRCULAT | CirculatorName | SERIAL_NUM | INIT_STATUS | TotalVerifie | TotalInvalid |
|---|---|---|---|---|---|
| | | | ACT | 17 | 7 |
| | | | ACT | 3347 | 799 |

qryRptCirculatorTotals

| IP_CIRCULAT | CirculatorName | SERIAL_NUM | INIT_STATUS | TotalVerifie | TotalInvalid |
|---|---|---|---|---|---|
| | | | ACT | 70 | 11 |
| | | | ACT | 3518 | 1011 |

Attached is the information you requested for Morgan and Campo. Let me know if you need anything else from us.

Thank you!

# Leonor Linares
General & Operations Manager I
Office of Election Crimes & Security
R.A. Gray Building
500 South Bronough Street, Room 316
Tallahassee, Florida 32399
Office: (850) 245-6185
Cell: (850) 879-2733
Fax: (850) 245-6212

**From:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Sent:** Thursday, February 29, 2024 1:18 PM
**To:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Paid Petition Circulators (PPCs)

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Hello, I am conducting a PPC investigation of the Amendment to Limit Government Interference with Abortion PPC
in St Lucie County. As the investigation continued, Inspector Bliss learned that ███ was employed with
owned by ███ was trained by ███ Circulator's number ███, and ███
Circulator's number ███ A review of their fraudulent petition history revealed that ███ d 20 invalid
petitions, ███ had 1000+ invalid petitions, and ███ had 799 invalid petitions. Inspector Bliss contacted The St
Lucie County SOE and learned that ███ as two Circulators numbers ███ and ███

Can you provide the following for each of the above-listed PPCs:
The list of amendments each is registered to endorse.
Initiative Petition Request
Spreadsheet of valid and invalid petitions for each PPC
The IP search

Thank you

Ryan

**Inspector Ryan Bliss**
Florida Department of Law Enforcement
Office of Executive Investigations
Election Crime Unit
6769 N. Wickham Road, Suite#104
Melbourne, FL 32940

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Tuesday, December 19, 2023 8:44 AM |
| **To:** | McVay, Brad R.; Darlington, Andrew |
| **Cc:** | Kinnard, Heather |
| **Subject:** | FW: Invalid petitions |
| **Attachments:** | 23-07 petition suspicious signature.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections. We will initiate an investigation.

Can you provide us with a list of all petitions submitted ███████████████████████████

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119. F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

-------- Original message --------
From: Keelie Sekerka <ksekerka@escambiavotes.gov>
Date: 12/18/23 4:34 PM (GMT-06:00)
To: "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
Subject: Invalid petitions

**CAUTION:** This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Hi Heather – attached are suspicious signature for circulat █████████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Monday, September 25, 2023 12:52 PM
**To:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Subject:** Invalid petitions

Good afternoon,

I am looking at circulator ███████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia. Can email me a copy of those?

Thank you

Heather Kinnard
Inspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center
5045 Commerce Park Circle
Pensacola, FL 32505
Office (850)-595-2097
Cell (850)-490-1705
Fax (850)-595-5478
heatherkinnard@fdle.state.fl.us

2



CONFIDENTIALITY NOTICE
The information contained in this e-mail transmission from is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information may constitute a violation of §119, F.S. and is strictly prohibited. If you have received this email in error, please contact the sender immediately.

## McVay, Brad R.

| | |
|---|---|
| From: | McVay, Brad R. |
| Sent: | Tuesday, December 19, 2023 1:44 PM |
| To: | Mitchell, Mark; Darlington, Andrew |
| Cc: | Kinnard, Heather |
| Subject: | RE: Invalid petitions |

Mark,

We will provide you with what we have. I'm going to send you two more referrals I just received related to this circulator. One is from Indian River County and the other is from Martin County. 151 fraudulent petitions out of Martin and 12 out of Indian River.

Brad

**From:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 8:44 AM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Cc:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections. We will initiate an investigation.

Can you provide us with a list of all petitions submitted by █████████████████

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any issemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

-------- Original message --------
From: Keelie Sekerka <ksekerka@escambiavotes.gov>
Date: 12/18/23 4:34 PM (GMT-06:00)
To: "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
Subject: Invalid petitions

> CAUTION: **This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.**

Hi Heather – attached are suspicious signature for █████████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Monday, September 25, 2023 12:52 PM
**To:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Subject:** Invalid petitions

Good afternoon,

I am looking at circulator ████████████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia. Can you email me a copy of those?

Thank you

Heather Kinnard
Inspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center

Appendix I: Improper Delivery



# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

October 11, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*VIA EMAIL and US MAIL*

Dear Mr. Coxe:

The Department of State received information from a Floridians Protecting Freedom, Inc. ("FPF"), petition circulator ("the circulator") who appeared at the R.A. Gray building alleging that eight (8) FPF paid petition circulators employed and supervised by him were engaged in a scheme to defraud Florida voters by using Floridians' personal identification information without consent and forging voter signatures on FPF (Initiative 23-07) petitions. Based on a review of the information provided by the circulator, and as confirmed by the relevant supervisors of elections, we are imposing a *fine* in the amount of **$328,000.00** for violations of Florida's election laws.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. More specifically, section 100.371(7)(a), Fla. Stat., states that "[a] sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that any petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." *Id*. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

In late 2023, the circulator appeared at the R.A. Gray building asking to speak to someone with the Office of Election Crimes & Security ("OECS"). The circulator wanted to report what he believed to be initiative petition fraud related to the proposed Abortion Amendment, 23-07. The circulator explained that he was the owner of a local petition circulator business working to collect signatures on petitions for the purpose of qualifying the Abortion Amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators. The circulator suspected these 8 employees were engaged in a fraudulent scheme to forge voter signatures on abortion petitions.

The circulator brought with him over 600 petitions from the eight (8) paid petition circulators. The circulator believed some of the petitions to be fraudulent for a number of reasons. Those reasons included inconsistent handwriting for dozens of individual voters, incorrect dates of birth of voters, names appearing to be in alphabetical order as if they were copied off a list, signatures appearing to be forged, etc. The circulator did not know, and could not identify specifically, which of the approximately 600 petitions were in fact fraudulent, only that he suspected a large number of them to be fraudulent in nature.

OECS made copies of the petitions, and returned the originals to the circulator so that FPF could comply with its statutory obligations under section 100.371(7)(a), Fla. Stat. ("A sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that *any* petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." (emphasis added) The circulator was reminded of the statutory obligations and that he should identify, as best as possible, the suspected fraudulent petitions, so that information gets conveyed to the relevant election official upon submission.[1] OECS also confirmed each of the eight (8) paid circulators in question were registered as paid FPF petition circulators for the proposed abortion amendment. The information and paid circulator names were immediately handed over to the Florida Department of Law Enforcement and the Office of Statewide Prosecution for criminal investigation.

The Department reviewed the copies OECS made of the 600 petitions brought in by the circulator and asked each relevant supervisor of elections whether they indeed received the petitions. Confirmation by the relevant supervisors of elections reflect that 328 of the petitions were not delivered by your committee to supervisors of elections office as required by law.[2] Based on the documents (attached hereto) provided to OECS, the information provided by the circulator[3] described above, who was identified as the owner of an entity whose sole purpose was

---

[1] We know FPF is familiar with this process because its main contractor, PCI Consultants, Inc., has done exactly that by submitting "Suspicious Signature Cover letters" identifying suspected fraudulent petitions for the election official to flag during review. See Exhibit "1."

[2] It is worth noting (and documented in the attached exhibits) that in a few counties, abortion petitions were received under the same voter name, but the petitions were different (dates, signatures, different petition circulator). We have forwarded these petitions to law enforcement for review, as it is likely one of the petitions was either fraudulent in nature, or the voter submitted multiple petitions, in violation of section 104.185(1), F.S.

[3] "Petition circulator" is defined in Florida law as "*an entity or individual* who collects signatures for compensation for the purpose of qualifying a proposed constitutional amendment for ballot placement." Section 97.021(28), Fla. Stat. (emphasis

to collect petitions on behalf of FPF for the abortion amendment, and the confirmation by each Supervisor of Election's office (also attached hereto as Exhibits 2-23),[4] the Department finds that FPF failed to deliver 328 petitions to the relevant Supervisor of Elections as required by Florida law, and that the failure was willful. Therefore, the Department is imposing a ***$328,000.00 fine***.

Attached as Exhibits 2-23 are the copies of signed petition forms for Initiative 23-07 that were not submitted to the relevant Supervisor of Elections as required by Florida law. Also included are relevant communications and correspondence with those Supervisors of Elections.

Within 15 days of the date of this letter, you may either remit payment of this fine to the Florida Department of State or show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 15 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

You also have administrative rights outlined on next page of this letter.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

---

added). Thus, the circulators and the entity, are petition circulators for whom the sponsor is liable under section 100.371(7)(a), Florida Statutes.

[4] The relevant supervisors of elections are the Supervisors of: Duval, St. Johns, Clay, Indian River, Hernando, Brevard, Suwannee, Pasco, Nassau, Highlands, Osceola, Lee, Volusia, Flagler, Pinellas, Broward, Leon, Palm Beach, Miami, Hillsborough, and Orange Counties.

## NOTICE OF ADMINISTRATIVE RIGHTS

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice. You have the right to be represented by counsel or other qualified representative at any hearing that occurs. Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

Office of the General Counsel
Florida Department of State
500 S. Bronough Street
Tallahassee, FL | 32399

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure. Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein. Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 9, 2024

Floridians Protecting Freedom, Inc.
c/o Jennifer Blohm
Counsel for Floridians Protecting Freedom, Inc.
Meyer, Blohm and Powell, P.A.
Post Office Box 1547
Tallahassee, Florida 32302

*VIA EMAIL and US MAIL*

Dear Ms. Blohm:

The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Escambia County Supervisor of Elections, the Glades County Supervisor of Elections, the Highlands County Supervisor of Elections, the Leon County Supervisor of Elections, the Madison County Supervisor of Elections, the Orange County Supervisor of Elections, and the Santa Rosa County Supervisor of Elections reflect that your committee delivered **89** petition forms for initiative petition 23-07 to the Supervisor of Elections'

offices after the statutory deadline. Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. *See* attached petitions – Exhibits. Therefore, the Department is imposing a **$ 4,450.00 fine.**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisors of Elections. Exhibits 1-10.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

Ms. Blohm, I sent this letter to you because you were counsel of record on a similar matter earlier this year that related to Floridians Protecting Freedom, Inc. In addition to that, last week I sent a letter to Chairperson Latshaw to the address she has on file with the Division of Elections. The letter was returned to my office as undeliverable with a reason notated as "the individual moved." To ensure proper receipt, I have directed this letter to you. Please see to it that Chairperson Latshaw receives a copy of this letter and all attachments. Please also advise Chairperson Latshaw that if she has in fact moved, she is required by Florida law to update the Division of Elections of her new address within 10 days of the change. See section 106.03(4), Fla. Stat.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

November 8, 2023

Floridians Protecting Freedom, Inc.
c/o Raymer Maguire, Chairperson
223 Northeast 17th Avenue
Pompano Beach, Florida 33060

  *Re:  Violations of Initiative Petition Law*

Dear Chairperson Maguire:

  The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

  Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form.  *See* § 100.371(7)(a), Fla. Stat.  The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine.  *Id.*; Rule 1S-2.0091(2)(b), F.A.C.  For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully.  *See* § 100.371(7)(a)1, Fla. Stat.  For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully.  *See* § 100.371(7)(a)2, Fla. Stat.

  Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Miami-Dade County Supervisor of Elections, the Volusia County Supervisor of Elections, the Hillsborough County Supervisor of Elections, and the Okeechobee County Supervisor of Elections reflect that your committee delivered **654** petition forms for initiative petition 23-07 to the Supervisor of Elections' offices after the statutory deadline.  Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1.  *See* attached petitions – Exhibits 1-9.  Therefore the Department is imposing a **$ 32,700.00 fine.**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisor of Elections. Exhibits 1-9.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures

cc:    Andrew Darlington, Director, Office of Election Crimes & Security
       Joseph Van De Bogart, General Counsel, Florida Department of State
       Craig Latimer, Supervisor of Elections, Hillsborough County
       Christina White, Supervisor of Elections, Miami-Dade County
       Lisa Lewis, Supervisor of Elections, Volusia County
       Melissa Arnold, Supervisor of Elections, Okeechobee County
       Kim Barton, Supervisor of Elections, Alachua County
       Chris Chambless, Supervisor of Elections, Clay County

Appendix J: Demands for Accounting & FPF Response



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

June 24, 2024

Floridians Protecting Freedom, Inc.
c/o Sara Latshaw, Chairperson
3 West Garden Street
Suite 712
Pensacola, Florida 32502

*Re: Demand for an Accounting Due to Violations of Initiative Petition Law*

Dear Chairperson Latshaw:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your committee – Floridians Protecting Freedom, Inc. The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing. In the past few months, paid petition circulators associated with your committee have been arrested and charged with serious felonies. In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened nearly fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your committee. Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations. Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your contractors or subcontractors to your committee. Your committee then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your subcontractors paid individual circulators per petition collected, in violation of Florida law. One such organization, ▮▮▮▮▮▮▮▮▮▮▮▮ allegedly paid some of the circulators collecting on your behalf ten dollars per signed petition. *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on the number of petition forms gathered). We understand that ▮▮▮▮▮▮▮▮▮▮ around October 2024, was hired by ▮▮▮▮▮▮▮▮▮▮▮ one of your primary contractors, to circulate petitions for the

"Amendment to Limit Government Interference with Abortion."                    then hired
and paid circulators to collect petitions on behalf of your initiative and submitted the signed
petitions to              would then submit the petitions to your committee. Your committee,
pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions to the local
supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process.
The law is clear that you as the petition sponsor shall account for all petition forms turned in by
your agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla. Stat.
and Rule 1S-2.009(8), F.A.C.    Accordingly, the Department requests that your committee
provide the Division of Elections an immediate accounting of any and all petition forms and
correspondence provided to your committee by                           The accounting
should include petition forms and correspondence submitted to your committee between the
dates of May 8, 2023 to May 8, 2024.    In addition to the above, as part of the accounting, you
shall, within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired
  or accused of fraud) maintained by you or your agents or contractors.

- Copies of any and all documents or correspondence received by your committee from
                         between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your committee to
                         between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your committee collected by contractors or agents
  working on behalf of                           including any petitions turned in to your
  committee by another organization or contractor, such as       etween the dates of May
  8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your organization
  and

If you fail to provide an accounting as required, the Department may refer the matter to
the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information
should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of
fraudulent initiative petitions undermines public confidence in the initiative petition process and
will not be tolerated in the State of Florida. The Department, through the Division of Elections

and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity



# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 16, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*Re: Demand for an Accounting Due to Violations of Initiative Petition Law*

VIA: E-MAIL

Dear Mr. Coxe:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your client – Floridians Protecting Freedom, Inc. The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing. In the past few months, paid petition circulators associated with your client have been arrested and charged with serious felonies. In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened over fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your client.      Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations. Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your client's contractors or subcontractors to your client. Your client then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your client's subcontractors paid individual circulators per petition collected, in violation of Florida law. One such organization,                                                           allegedly paid circulators collecting on your client's behalf ten dollars per signed petition. *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on

the number of petition forms gathered). We understand that
advertised this arrangement on Facebook between August 2023 up through December 2023.
Based on information and belief, was contracting with
one of your client's primary contractors, to circulate petitions for the
"Amendment to Limit Government Interference with Abortion."
hen hired and paid circulators to collect petitions on behalf of your client's
initiative and submitted the signed petitions to ould then submit the petitions to your
client. Your client, pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions
to the local supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process.
The law is clear that your client as the petition sponsor shall account for all petition forms turned
in by its agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla.
Stat. and Rule 1S-2.009(8), F.A.C.   Accordingly, the Department requests that your client
provide the Division of Elections an immediate accounting of any and all petition forms and
correspondence provided to your client by The accounting
should include petition forms and correspondence submitted to your client between the dates of
May 8, 2023 to May 8, 2024.   In addition to the above, as part of the accounting, you shall,
within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired
  or accused of fraud) maintained by your client or their agents or contractors.

- Copies of any and all documents or correspondence received by your client from
  between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your client to
  between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your client collected by contractors or agents working
  on behalf of including any petitions turned in to
  your client by another organization or contractor, such as between the dates of May
  8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your client and

If you fail to provide an accounting as required, the Department may refer the matter to
the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information
should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of fraudulent initiative petitions undermines public confidence in the initiative petition process and will not be tolerated in the State of Florida. The Department, through the Division of Elections and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

John A. DeVault, III
Henry M. Coxe III
Allan F. Brooke II
R.H. Farnell II
O. David Barksdale
Brian T. Coughlin
Ashley Wells Cox
Michael E. Lockamy
John G. Woodlee
R. Troy Smith
Lidija I. Barauskas
Sarah R. Niss



**BEDELL**

Bedell, Dittmar, DeVault,
Pillans & Coxe, P.A.
Attorneys at Law

The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202

(904) 353-0211 phone

www.bedellfirm.com

July 30, 2024

Florida Department of State
c/o Brad McVay, Deputy Director of State for
Legal Affairs and Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

        Re:    Response to Accounting Requests

Dear Mr. McVay:

        This is in response to your letters of June 24, 2024, and July 16, 2024 to
Floridians Protecting Freedom ("FPF"), which we represent.

        We share a mutual respect for doing whatever ensures the integrity of the
petition gathering process. FPF has paid in excess of $1.12 million in fees in order
to confirm that the petitions are valid and believe that this has been a sound investment
in the preservation of a fair voting process.

        We are always concerned when any suggestion is made that our efforts do not
carefully track the requirements of Chapter 100, Florida Statutes, and applicable
regulations. We promptly undertook an internal inquiry related to your concerns
regarding                                                                      This
also included investigating an individual, as you suggested, named

        We have no formal or informal relationship with

                                                    and we do not have custody,
possession or control of any records related to them. FPF is unaware of any petition
gathering efforts performed on behalf of FPF by either of them. Nevertheless I have
detailed by bullet point a response to your requests in both the June 24 and July 16
letters:

Brad McVay, Deputy Director
July 30, 2024
Page 2

- **Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by you or your agents or contractors.**

  FPF does not have possession, custody, or control of any records responsive to this request.

- **Copies of any and all documents or correspondence received by your committee from** ███████████████████████ **between May 8, 2023 to May 8, 2024.**
  - ●
  FPF does not have possession, custody, or control of any records responsive to this request.

- **Copies of any and all documents or correspondence sent by your committee to** ███████████████████████ **between May 8, 2023 to May 8, 2024.**

  FPF does not have possession, custody, or control of any records responsive to this request.

- **Copies of all petitions submitted to your committee collected by contractors or agents working on behalf of** ██████████ **including any petitions turned in to your committee by another organization or contractor, such as** ████ **between the dates of May 8, 2023 and May 8, 2024.**

  FPF does not have possession, custody, or control of any records responsive to this request, other than petition copies provided to us by the Secretary of State, which have been submitted to ████ I assume that you do not need copies of materials already provided to us by your office.

- **Copies of any and all contractual documents or agreements between your organization and** ████████████████████

  FPF does not have possession, custody, or control of any records responsive to this request.

Brad McVay, Deputy Director
July 30, 2024
Page 3


      We remain willing to cooperate in any fashion with the Florida Department of State to the extent we have possession of the materials requested. We trust that this letter makes clear that FPF has not engaged in any behavior which will compromise the integrity of this process.

      I look forward to hearing from you if there is anything further we can do.

                  Sincerely,

                  Henry M. Coxe III

HMC:

Appendix K: Illegal Payment Investigations



# FLORIDA DEPARTMENT *of* STATE

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 7/17/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED: FLORIDIANS PROTECTING FREEDOM, ET. AL.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Enclosed are interview transcripts from three witnesses who have alleged a fraudulent scheme to pay petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, one witness provided our office with screen shots of text message conversations, pay scales per signature/petition collected, and other evidence of criminality in furtherance of fraudulently promoting Initiative Amendment 23-07, the "Amendment to Limit Government Interference with Abortion." Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: (1)  Transcripts of three unsworn interviews, and
            (2)  Screen shots and other images provided by one witness.

cc:  Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 8/4/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED: Floridians Protecting Freedom and Charles French, et. al.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in violation of Florida Statute § 104.186. Of note, one of the pay charts that is included in this referral has the title of the sponsoring organization for Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.* Additionally, enclosed we have provided a list of names and contact numbers of

individuals – these individuals, as explained further in the paragraphs below, are a mixture of potential targets and potential witnesses.

The list contains two groupings of names. The first set of names, under the heading, "Witnesses: Subs/Subs of Subs:" are subcontractors or subcontractors of a subcontractor who are in the business of gathering petitions for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion*. It is alleged that these individuals are paying initiative circulators per petition gathered for the above referenced Ballot Initiative, in violation of Florida law. Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals listed under the heading, Witnesses: Subs/Subs of Subs," that you utilize a confidential source or other undercover measures.

The second set of names on the list under the heading, "Petitioners," are individual petition circulators who are alleged to have been paid per petition collected for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion*. It is unknown whether any of these individuals would be cooperative if contacted; none of the individuals are aware their names have been provided to our Office. Not much is known about these individuals outside of what is alleged (their employer allegedly paid them per petition collected). Although it does not appear 104.186, Fla. Stat., would be implicated for this set of individuals, the individuals, if cooperative, could be used as witnesses or as an evidence source for your investigation into the illegal payment scheme that is being alleged.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints related to this same ballot initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information over to you for you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the Director of the Office of Election Crimes and Security, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.


[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc:  Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT of STATE

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

   *Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:**              **et al.**
**COMPLAINANT: Florida Department of State**

To Whom It May Concern,

   Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

   Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

   The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

Interference with Abortion. It is alleged that these individuals are paying initiative circulators per petition gathered to collection petitions for the above referenced ballot initiative, in violation of Florida law. Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals contained herein that you utilize a confidential source or other undercover measures.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints to you regarding the same initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information and list over to you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc: Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:**
**COMPLAINANT:**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

OECS also received a complaint form where ████████ forged the signature of a voter. This complaint form was submitted by the voter and provided notice that the voter did not sign the petition form provided by ████████████████ actions are in clear violation of several Florida Statutes, including § 100.371(3), Initiatives, procedure for placement on ballot; False swearing, § 104.185; § 837.012, Perjury when not in an official proceeding; and § 817.155, Matters within jurisdiction of Department of State.

OECS asks you to prioritize resolution of this investigation. OECS has referred many 23-07 cases to you. OECS remains concerned that some petition circulators for this Initiative have very high invalid rates, and victims across Florida are having their information stolen and signatures forged.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Petition forms, petition circulator data sheets, and incident report via email.

cc: Brad McVay, Deputy Secretary of State.

Appendix L: PCI Corporate Filing

 **RESTATED ARTICLES OF INCORPORATION**

For Office Use Only

**-FILED-**

File No.: BA20241289922

Date Filed: 7/8/2024

ANGELO PAPARELLA hereby certifies that:

1.    He is the President and Secretary of PCI Consultants, Inc., a California corporation, California Entity Number 2602969.

2.    The Articles of Incorporation of this corporation are hereby amended and restated to read as follows:

"I.

The name of the corporation is:

PCI CAMPAIGNS, INC.

II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which the corporation is authorized to issue is 1,000,000.

IV.

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Any repeal or modification of the provisions of this Article IV shall not adversely affect any rights or protections to which the corporation's directors were entitled prior to such repeal or modification.

V.

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to this corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California

1

B2831-5687 07/08/2024 5:00 PM Received by California Secretary of State

Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Any repeal or modification of this Article V shall not adversely affect any rights or protections to which the Corporation's agents were entitled prior to such repeal or modification."

3.    The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the Board of Directors of the corporation.

4.    The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the required vote of the shareholders of the corporation.  The total number of outstanding shares of all classes of the corporation is Fifty Thousand (50,000).  The total number of shares voting in favor of the amendment equaled or exceeded the vote required, which percentage vote required was more than fifty percent (50%).

The undersigned declares under penalty of perjury under the laws of the State of California that the matters set forth in the foregoing certificate are true and correct of his own knowledge.

Dated: _July 8_____, 2024

_____
ANGELO PAPARELLA
President and Secretary

2

Appendix M: FPF Payments to PCI

# Campaign Expenditures



Florida Department of State
Division of State

**Floridians Protecting Freedom, Inc.**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions. About the Campaign Finance Data Base*

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip | Purpose | Typ Reimb |
|---|---|---|---|---|---|---|---|---|
| 2023 | M4 | 04/27/2023 | 54.00 | SYNOVUS | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2023 | M5 | 05/02/2023 | 1,650.00 | JULIANA CASAS DESIGNS LLC | GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | NON |
| 2023 | M5 | 05/02/2023 | 53.00 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | MERCHANT FEES | NON |
| 2023 | M5 | 05/02/2023 | 8,000.00 | PARAGON | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | M5 | 05/03/2023 | 8,000.00 | SPOTLIGHT STRATEGIES LLC | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | FINANCE CONSULTING | NON |
| 2023 | M5 | 05/05/2023 | 250,000.00 | PCI CONSULTANTS INC | 910 S. MILLS AVE | ORLANDO, FL 32806 | PETITION GATHERING | NON |
| 2023 | M5 | 05/09/2023 | 25,000.00 | BARRY RICHARD P.A. | 101 EAST COLLEGE AVE | TALLAHASSEE, FL 32301 | LEGAL SERVICES | NON |
| 2023 | M5 | 05/15/2023 | 9,731.80 | ACCURATE BUSINESS SYSTEMS, INC | 15725 NW 15TH AVE | MIAMI GARDENS, FL 33169 | PRINTING | NON |
| 2023 | M5 | 05/17/2023 | 1,650.00 | JULIANA CASAS DESIGNS LLC | 13 GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | NON |
| 2023 | M5 | 05/17/2023 | 4,223.24 | ACCURATE BUSINESS SYSTEMS, INC | 15725 NW 15TH AVE | MIAMI GARDENS, FL 33169 | PRINTING | NON |
| 2023 | M5 | 05/17/2023 | 5.50 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2023 | M5 | 05/19/2023 | 5.50 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2023 | M5 | 05/25/2023 | 1,750,000.00 | PCI CONSULTANTS INC | 1010 VERMONT AVE NW, STE 814 | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | NON |
| 2023 | M5 | 05/26/2023 | 10,000.00 | LTFOFF CAMPAIGNS LLC | 403 MELBOURNE AVE | MELBOURNE, FL 32901 | PETITION GATHERING | NON |
| 2023 | M5 | 05/26/2023 | 1,866.66 | LTFOFF CAMPAIGNS LLC | 403 MELBOURNE AVE | MELBOURNE, FL 32901 | ADVERTISING | NON |
| 2023 | M5 | 05/26/2023 | 8,000.00 | SPOTLIGHT STRATEGIES LLC | 655 15TH ST., NW | WASHINGTON, DC 20005 | AD CONSULTANT | NON |
| 2023 | M5 | 05/26/2023 | 213.24 | CHECKFOLDERS | 200 RIVERSIDE INDUSTRIAL PARKING | PORTLAND, ME 04103 | CHECK ORDER/SUPPLIES | NON |
| 2023 | M5 | 05/30/2023 | 839.00 | ZOOM | 55 ALMADEN BLVD, SUITE 600, | SAN JOSE, CA 95113 | FINANCE CONSULTING | NON |
| 2023 | M5 | 06/02/2023 | 34,994.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2023 | M5 | 06/05/2023 | 464,528.15 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M5 | 06/05/2023 | 11,750.00 | SEDGWICK LUCY | 15 8TH AVE NE | ST PETERSBURG, FL 33701 | SHIPPING | NON |
| 2023 | M5 | 06/05/2023 | 5,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW, STE 814 | WASHINGTON, DC 20005 | STRATEGIC CONSULTING | NON |
| 2023 | M5 | 06/05/2023 | 2,550.00 | NGP VAN/EVERYACTION | 655 15TH ST., NW | WASHINGTON, DC 20005 | DATABASE MGMT | NON |
| 2023 | M5 | 06/07/2023 | 8,000.00 | SPOTLIGHT STRATEGIES LLC | 655 15TH ST., NW | WASHINGTON, DC 20005 | FINANCE CONSULTING | NON |
| 2023 | M5 | 06/07/2023 | 839.00 | ZOOM | 55 ALMADEN BLVD, SUITE 600, | SAN JOSE, CA 95113 | TELECONFERENCE FEE | NON |
| 2023 | M5 | 06/09/2023 | 3,833.33 | BRENZEL, LAUREN | 5903 STONELEN RD | TALLAHASSEE, FL 32303 | CAMPAIGN MANAGER | NON |
| 2023 | M5 | 06/09/2023 | 464,528.15 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/12/2023 | 372.75 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/13/2023 | 345.81 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | M6 | 06/16/2023 | 23.77 | ENTERPRISE RENTAL CAR | 8501 WILLIAMS ROAD | ESTERO, FL 33928 | TRANSPORTATION | NON |
| 2023 | M6 | 06/16/2023 | 10,000.00 | LTFOFF CAMPAIGNS LLC | 403 MELBOURNE AVE | MELBOURNE, FL 32901 | PETITION GATHERING | NON |
| 2023 | M6 | 06/16/2023 | 4.88 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 | AD CONSULTANT | NON |
| 2023 | M6 | 06/20/2023 | 129,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/21/2023 | 34,567.72 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/23/2023 | 400,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/26/2023 | 150.12 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/27/2023 | 7,000.00 | LTFOFF CAMPAIGNS LLC | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | NON |
| 2023 | M6 | 06/27/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | NON |
| 2023 | M6 | 06/27/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | NON |
| 2023 | M6 | 06/28/2023 | 56.07 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/28/2023 | 250,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/29/2023 | 39.00 | JOTFORM INC | 4 EMBARCADERO CENTER, SUITE 780 | SAN FRANCISCO, CA 94111 | SOFTWARE SUBSCRIPTION | NON |
| 2023 | M6 | 06/29/2023 | 289.29 | FEDEX | 942 SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 06/29/2023 | 238.39 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2023 | M6 | 06/29/2023 | 65,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/30/2023 | 137.89 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/30/2023 | 219,900.78 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 07/03/2023 | 1,917.00 | BRENZEL LAUREN MILLER | 5903 STONELEN RD S | TALLAHASSEE, FL 32303 | CONSULTING | NON |
| 2023 | Q3 | 07/03/2023 | 222.01 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/03/2023 | 33.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/03/2023 | 7,665.00 | GW STRATEGIES | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING | NON |
| 2023 | Q3 | 07/03/2023 | 7,000.00 | LTFOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q3 | 07/03/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q3 | 07/03/2023 | 8,167.32 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | Q3 | 07/03/2023 | 11,356.25 | SEDGWICK LUCY | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | CONSULTING | NON |
| 2023 | Q3 | 07/05/2023 | 18.27 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |

| Year | Date | Amount | Payee | Address | City/State | Purpose | Type |
|---|---|---|---|---|---|---|---|
| 2023 | 07/05/2023 | 449.31 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | 07/05/2023 | 23.02 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/05/2023 | 286.64 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/06/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 4729 EASTERN AVE | BELL, CA 90201 | PETITION GATHERING | NON |
| 2023 | 07/06/2023 | 396.43 | ODP PRINTING | | | PRINTING | NON |
| 2023 | 07/07/2023 | 335,000.00 | PCI CONSULTANTS, INC. | 4729 EASTERN AVE | BELL, CA 90201 | PETITION GATHERING | NON |
| 2023 | 07/10/2023 | 189.47 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/10/2023 | 321.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/10/2023 | 8.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/10/2023 | 0.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/10/2023 | 1.56 | LAKE COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | 07/10/2023 | 2,423.59 | ODP BUSINESS SOLUTIONS | PO BOX 1475 | | | NON |
| 2023 | 07/10/2023 | 52.38 | ORANGE COUNTY SOE | | | PETITIONS VERIFICATION | NON |
| 2023 | 07/11/2023 | 118.80 | SEMINOLE COUNTY SOE | | | PETITIONS VERIFICATION | NON |
| 2023 | 07/11/2023 | 114.40 | OSCEOLA COUNTY SOE | | | PETITIONS VERIFICATION | NON |
| 2023 | 07/11/2023 | 8.97 | VOLUSIA COUNTY SOE | | | PETITIONS VERIFICATION | NON |
| 2023 | 07/12/2023 | 0.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | 07/12/2023 | 11,402.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | 07/12/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | 07/13/2023 | 47.42 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/13/2023 | 105.00 | IDEALIST.ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | JOB POSTING | NON |
| 2023 | 07/13/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | 07/13/2023 | 43.00 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 1.48 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 6.50 | BAKER COUNTY SUPERVISOR OF | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 16.45 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 39.01 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 0.90 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 104 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 1.09 | DESOTO COUNTY SUPERVISOR OF | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 105.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/13/2023 | 2.50 | FRANKLIN COUNTY SUPERVISOR OF | 33 MARKET ST | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 55.88 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 221.77 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 0.60 | HOLMES COUNTY SUPERVISOR OF | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 0.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 0.30 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 13,000.00 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 43.00 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | 07/13/2023 | 6.02 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | 07/13/2023 | 32.45 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | 07/13/2023 | 17.85 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | 07/14/2023 | 728.25 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | 07/14/2023 | 1.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | 07/17/2023 | 4.50 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | 07/17/2023 | 11.85 | OSCEOLA COUNTY SUP OF ELECT | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | 07/17/2023 | 94.38 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE SW | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | 07/18/2023 | 1.28 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/18/2023 | 212.67 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 262.97 | FEDEF/ CAMPAIGNS, LLC | | | FUNDRAISING | NON |
| 2023 | 07/19/2023 | 0.94 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | 07/19/2023 | 0.40 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 1.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 0.54 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 43.96 | ORANGE COUNTY SOE | | ORLANDO, FL 32807 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 116.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 1.62 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 169.20 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | 07/19/2023 | 2.91 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | 07/21/2023 | 2.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | 07/21/2023 | 90.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |

| Year | Qtr | Date | Amount | Payee | Address | City / State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/21/2023 | 178,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD 5 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 07/23/2023 | 1.79 | FEDEX | 942 SHADY GROVE RD 5 | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/24/2023 | 135.86 | FEDEX | 942 SHADY GROVE RD 5 | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/25/2023 | 0.97 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 1.28 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 2.02 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 65.22 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 127.20 | PASCO COUNTY SOE | PO BOX 1460 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 1.50 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 188.10 | SEMINOLE COUNTY SOE | 1750 S WOODLAND BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/25/2023 | 1.50 | VOLUSIA COUNTY SOE | PO BOX 1479 | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/26/2023 | 1.50 | FEDEX | 942 SHADY GROVE RD 5 | MEMPHIS, TN 38120 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/26/2023 | 1.94 | FEDEX | 942 SHADY GROVE RD 5 | MEMPHIS, TN 38120 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/27/2023 | 125.02 | FEDEX | 942 SHADY GROVE RD 5 | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/27/2023 | 45,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 07/27/2023 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | NON |
| 2023 | Q3 | 07/27/2023 | 485.88 | SYNDVOS | PO BOX 120 | COLUMBUS, GA 31902 | SHIPPING | NON |
| 2023 | Q3 | 07/28/2023 | 39.00 | JOTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q3 | 07/28/2023 | 52.28 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST | GAINESVILLE, FL 32601 | MERCHANT FEES | NON |
| 2023 | Q3 | 07/31/2023 | 238.50 | BAKER COUNTY SUPERVISOR OF | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | BANK FEES | NON |
| 2023 | Q3 | 07/31/2023 | 14.50 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 7.05 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 18.00 | CITRUS COUNTY SOE | PO BOX 338 | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 311.88 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 59.40 | CLAY COUNTY SOE | 500 N MEADOWCREST BLVD | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1,725.44 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 4,703.23 | CALHOUN COUNTY SUPERVISOR OF | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 2.20 | DESOTO COUNTY SUPERVISOR OF | 201 E OAK ST | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 274.01 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 14.93 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1.00 | FLAGLER COUNTY SOE | PO BOX 337 | | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 345.45 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 82.56 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 545.40 | FRANKLIN COUNTY SOE | 33 MARKET ST STE 102 | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 87.89 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 89.26 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 58.86 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 3.60 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 0.98 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1.50 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 4.00 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 18.30 | HILLSBOROUGH COUNTY SUPERVISOR OF | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 214.79 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 12.80 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 3,575.65 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1.00 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 74.28 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 24.00 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 16.25 | LEON COUNTY SUPERVISOR OF ELEC | 315 S CALHOUN PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1.60 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 375.18 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1,894.40 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1,992.64 | MARTIN COUNTY SOE | PO BOX 289 | STUART, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 5.00 | MONROE COUNTY SOE | 1375 SE MARTIN LUTHER KING JR BLVD | OCALA, FL 34471 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 10.40 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 570.50 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1,008.72 | OKALOOSA COUNTY SUPERVISOR OF EL | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 8.46 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 5,970.35 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 3,564.48 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 1,337.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 3,458.70 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 07/31/2023 | 2,178.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/31/2023 | 42.25 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 133.30 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,175.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,534.54 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 310.75 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 618.80 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 894.28 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q3 | 07/31/2023 | 86.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 8.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 10.92 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,552.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 47.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 0.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 6,340.33 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | MON |
| 2023 | Q3 | 08/02/2023 | 2.56 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 3.88 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 0.47 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 0.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 12.26 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/02/2023 | 255.36 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/02/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q3 | 08/02/2023 | 10,427.81 | GW STRATEGIES | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTING | MON |
| 2023 | Q3 | 08/02/2023 | 0.94 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 0.20 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 1.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 88.77 | HOFFMAN ASHLEIGH | 2725 PENZANCE ST | PALM HARBOR, FL 34684 | REIMB. EXPENSES | RMB |
| 2023 | Q3 | 08/02/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 3.76 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 53.35 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 145.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 2,338.59 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | Q3 | 08/02/2023 | 1.62 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 168.30 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 10,000.00 | SEDGWICK LUCY | 115 8TH AVE NE | SAINT PETERSBURG, FL 33701 | CONSULTING | MON |
| 2023 | Q3 | 08/02/2023 | 3.88 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 2.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/04/2023 | 51.57 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/04/2023 | 55.05 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/04/2023 | 225,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | Q3 | 08/07/2023 | 313.50 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 13.00 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 11.85 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 5,027.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2023 | Q3 | 08/07/2023 | 15.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 2,681.60 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 8,283.80 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 2.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 371.77 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 101.70 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 448.04 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 102.93 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 71.40 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 8.75 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4.40 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 5,019.84 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 1,292.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 150.59 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/07/2023 | 26.07 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/07/2023 | 72.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 1.90 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 42.90 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 2.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4.50 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 3.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 3.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 2.75 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 12.90 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 187.53 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 17.00 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4,884.10 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 23.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 128.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/07/2023 | 63.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 17.00 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1.20 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 702.00 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,275.75 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 2,135.20 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 3.25 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 20.80 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 902.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,191.24 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 89.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 4,499.00 | MIAMI-DADE COUNTY SUPERVISOR OF ELE | 2700 NW 87TH AVE | DORAL, FL 33172 | LEGAL SERVICES | NON |
| 2023 | Q3 | 08/07/2023 | 2,750.64 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 92.15 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q3 | 08/07/2023 | 12.40 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 138.00 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 7,126.59 | ORANGE COUNTY SUPERVISOR OF ELE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 518.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 5,075.52 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,330.50 | PASCO COUNTY SOE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 3,817.53 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,985.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 32.85 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 288.12 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,263.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,841.02 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 269.50 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 486.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 14.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 15.40 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 10,000.00 | THE WHITSON GROUP | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | VOTER DATA | NON |
| 2023 | Q3 | 08/07/2023 | 7.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,863.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 8.80 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE UNIT B | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 2.80 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/09/2023 | 250.26 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/10/2023 | 47.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/10/2023 | 3.84 | BREVARD COUNTY SOE | 2590 SHADY GROVE RD S | MELBOURNE, FL 32940 | SHIPPING | NON |
| 2023 | Q3 | 08/10/2023 | 58.20 | OSCEOLA COUNTY SOE | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/10/2023 | 124.40 | OSCEOLA COUNTY SOE | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/11/2023 | 176.40 | POLK COUNTY SOE | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/11/2023 | 3.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | SHIPPING | NON |
| 2023 | Q3 | 08/14/2023 | 11.85 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/14/2023 | 55.05 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/14/2023 | 72.05 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/14/2023 | 46.00 | MIAMI PAYROLL CENTER | 311 N GTH AVE | MIAMI, FL 33131 | PAYROLL FEE | NON |
| 2023 | Q3 | 08/15/2023 | 2.56 | BREVARD COUNTY SOE | | MELBOURNE, FL 32940 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 0.65 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 0.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 18.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PAYROLL TAXES | NON |
| 2023 | Q3 | 08/15/2023 | 13,660.75 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | SALARIES | NON |
| 2023 | Q3 | 08/15/2023 | 0.94 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 33.95 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 9,475.25 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/16/2023 | 136.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/16/2023 | 138.60 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/16/2023 | 1.56 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/16/2023 | 51.87 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/17/2023 | 165.15 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/17/2023 | 40.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/17/2023 | 295,000.00 | [highlighted] CONSULTANTS, INC. | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS GATHERING | NON |
| 2023 | Q3 | 08/21/2023 | 72.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/21/2023 | 48.00 | ENVELOPES.COM | 25500 AGOURA RD | CALABASAS, CA 91302 | SUPPLIES | NON |
| 2023 | Q3 | 08/21/2023 | 0.57 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/21/2023 | 0.97 | BROWARD COUNTY SUPERVISOR OF | FT LAUDERDALE BLVD FL 16 | FT LAUDERDALE, FL 33309 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 1.88 | BROWARD COUNTY SUPERVISOR OF | FT LAUDERDALE BLVD FL 16 | FT LAUDERDALE, FL 33309 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 2.34 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 1.88 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 45.59 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/22/2023 | 130.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 11.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 1.94 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 0.40 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 37.47 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2023 | Q3 | 08/22/2023 | 213.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/23/2023 | 162,126.25 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/23/2023 | 138.93 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 08/25/2023 | 207.80 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 08/25/2023 | 485.40 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 08/25/2023 | 29.57 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/25/2023 | 3,500.00 | NRG CONSULTING GROUP | 62 CYPRESS ST | NEWTON CENTER, MA 02459 | CONSULTING | NON |
| 2023 | Q3 | 08/25/2023 | 50,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q3 | 08/28/2023 | 105.54 | FEDEX | 26500 AGOURA RD | CALABASAS, CA 91302 | SHIPPING | NON |
| 2023 | Q3 | 08/28/2023 | 39.00 | JOTFORM INC. | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q3 | 08/28/2023 | 0.94 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 5.90 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 52.93 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 161.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 1.92 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 36.45 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 45.90 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/29/2023 | 3.88 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/30/2023 | 339.48 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/30/2023 | 13,250.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/30/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q3 | 08/30/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q3 | 08/31/2023 | 2,062.20 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | PAYROLL FEE | NON |
| 2023 | Q3 | 08/31/2023 | 758.16 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PAYROLL TAXES | NON |
| 2023 | Q3 | 08/31/2023 | 11.10 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q3 | 08/31/2023 | 2,887.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/01/2023 | 199.00 | NGP VAN/EVERYACTION | 1101 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATA MANAGEMENT | NON |
| 2023 | Q3 | 09/01/2023 | 1.28 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/01/2023 | 0.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/05/2023 | 145.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/05/2023 | 0.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/05/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 1010 WAYNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | NON |
| 2023 | Q3 | 09/06/2023 | 29.10 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/06/2023 | 132.08 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/06/2023 | 0.96 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/06/2023 | 104.48 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/06/2023 | 204.20 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/06/2023 | 12.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/06/2023 | 10,000.00 | LIFTOFF CAMPAIGNS LLC | 1010 WAYNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | NON |
| 2023 | Q3 | 09/06/2023 | 7,740.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/06/2023 | 250,000.00 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PETITIONS GATHERING | NON |
| 2023 | Q3 | 09/07/2023 | 3,541.13 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/07/2023 | 151.26 | REDGWICK LUCY | 115 8TH AVE N | SAINT PETERSBURG, FL 33701 | CONSULTING | NON |
| 2023 | Q3 | 09/08/2023 | 35.26 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/08/2023 | 200,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q3 | 09/08/2023 | 218.70 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/11/2023 | 169.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/11/2023 | 35.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/12/2023 | 65.38 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Purpose | Code |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 09/14/2023 | 31.33 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/14/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q3 | 09/14/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q3 | 09/14/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q3 | 09/14/2023 | 295,858.97 | PCT CONSULTANTS, INC. | 13200 SW 128TH ST | MIAMI, FL 33186 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/15/2023 | 10,060.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q3 | 09/18/2023 | 98,123.63 | PCT CONSULTANTS, INC. | 13200 SW 128TH ST | MIAMI, FL 33186 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/19/2023 | 395.46 | ARLO WYNWOOD MIAMI | 2217 NW MIAMI CT | MIAMI, FL 33127 | LODGING | NON |
| 2023 | Q3 | 09/19/2023 | 1.28 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 1.94 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 0.50 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 1.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 3.90 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 0.45 | LEE COUNTY SOE | PO BOX 2480 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 2.16 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 3,240.00 | MEYER, BLOHM AND POWELL, P.A. | 7900 NW 87TH AVE | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2023 | Q3 | 09/19/2023 | 9.36 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 314.40 | ARLO WYNWOOD MIAMI | 2217 NW MIAMI CT | MIAMI, FL 33127 | LODGING | NON |
| 2023 | Q3 | 09/19/2023 | 0.75 | OSCEOLA COUNTY SOE | PO BOX 1479 | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 6.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33525 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 400,000.00 | PCT CONSULTANTS, INC. | 13200 SW 128TH ST | MIAMI, FL 33186 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/19/2023 | 101.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 1.94 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 1.95 | ST LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/20/2023 | 159.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/21/2023 | 25.89 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/21/2023 | 169.11 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/22/2023 | 101.30 | ARLO WYNWOOD MIAMI | 2217 NW MIAMI CT | MIAMI, FL 33127 | LODGING | NON |
| 2023 | Q3 | 09/22/2023 | 26.52 | ENTERPRISE RENT A CAR | 600 CORPORATE PARK DR | ST LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q3 | 09/22/2023 | 13.12 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/22/2023 | 82.88 | HILTON | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | NON |
| 2023 | Q3 | 09/22/2023 | 24.91 | SPIRIT | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NON |
| 2023 | Q3 | 09/22/2023 | 125.63 | AIR | SUNSET BLVD | NEWARK, DE 19790 | AIRFARE | REF |
| 2023 | Q3 | 09/25/2023 | -56.89 | CHAMP | FEDWAY, GA 30291 | FELTON, GA 30291 | SOCIAL MEDIA | NON |
| 2023 | Q3 | 09/25/2023 | 395.66 | SYNOVUS | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | FEE | NON |
| 2023 | Q3 | 09/26/2023 | 4.85 | BROWARD COUNTY SUPERVISOR OF ELE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 0.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E KENNEDY BLVD | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.88 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.88 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 65.96 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 213.20 | OSCEOLA COUNTY SOE | PO BOX 1479 | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 2.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33525 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 178.93 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 111.76 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/27/2023 | 55.88 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/29/2023 | 39.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/26/2023 | 0.97 | VOLUSIA COUNTY SOE | PO BOX 1479 | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 0.40 | JOTFORM INC | 111 PINE ST | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q3 | 09/26/2023 | 3.75 | JOTFORM INC | 111 PINE ST | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q4 | 09/28/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | NON |
| 2023 | Q4 | 09/28/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 09/28/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 09/28/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 09/28/2023 | 483.33 | PCT CONSULTANTS, INC. | 13200 SW 128TH ST | MIAMI, FL 33186 | PETITION GATHERING | NON |
| 2023 | Q4 | 09/28/2023 | 838.04 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | FUNDRAISING | NON |
| 2023 | Q4 | 09/30/2023 | 1,558.97 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/02/2023 | 26.17 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/02/2023 | 134.96 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/02/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/02/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/02/2023 | 7,205.62 | PARAGON | 2828 ROUTE 202 | MEMPHIS, TN 38120 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/03/2023 | 11.77 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/03/2023 | 20,940.35 | GW STRATEGIES | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTANT | NON |
| 2023 | Q4 | 10/03/2023 | 3,000.94 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/04/2023 | 48.59 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/04/2023 | 39.05 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/04/2023 | 151.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/05/2023 | 125.70 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.50 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.55 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.95 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 889.60 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,440.52 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 32.96 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 31.95 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 14.95 | COLLIER COUNTY SUPERVISOR OF EL | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 94.94 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.40 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.20 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,673.60 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 38.21 | ESCAMBIA COUNTY SOE | PO BOX 901 | PENSACOLA, FL 32501 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 32.55 | FLAGLER COUNTY SOE | 47 AVENUE F | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.30 | FRANKLIN COUNTY SUPERVISOR OF | 16 S MADISON ST | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.10 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GLADES COUNTY SOE | PO BOX 460 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 473.68 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 23.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.58 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.70 | HENDRY COUNTY SOE | 25 E HICKPOOCHEE AVE | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 16.45 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2.80 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.00 | LAFAYETTE COUNTY SOE | PO BOX 174 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 459.00 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 101.00 | MANATEE COUNTY SOE | PO BOX 174 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.26 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.60 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 27.45 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 98.80 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 |  | NASSAU COUNTY SOE | 96135 NASSAU PL STE 108 | YULEE, FL 33097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1,614.62 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | NON |
| 2023 | Q4 | 10/05/2023 | 175.50 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 967.95 | PINELLAS COUNTY SOE | 13001 STARKEY RD | CLEARWATER, FL 33759 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.20 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 108.79 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 200.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 787.64 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 320.10 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.52 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.75 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 |  | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 366.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/06/2023 | 174.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38118 | SHIPPING | NON |
| 2023 | Q4 | 10/06/2023 | 55.05 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/06/2023 | 14,740.94 | LIFTOFF CAMPAIGNS LLC | 8403 COLESVILLE RD STE 1100 | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/09/2023 | 400,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 10/09/2023 | 23.46 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2023 | Q4 | 10/09/2023 | 249.30 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Category | MON |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/09/2023 | 36.04 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/09/2023 | 86.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/10/2023 | 186.18 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/11/2023 | 19.99 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/11/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 10/11/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 10/11/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 10/12/2023 | 63.72 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q4 | 10/12/2023 | 400,000.00 | PCL CONSULTANTS, INC. | 26590 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/13/2023 | 794.40 | ALACHUA COUNTY SUPERVISOR OF E | 515 W MAIN ST STE A | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 11.00 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 49.20 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 990.72 | BREVARD COUNTY SOE | PO BOX 1119 | TITUSVILLE, FL 32781 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 4,823.81 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FORT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 1.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 35.25 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 44.55 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 482.35 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 795.60 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 3.70 | FRANKLIN COUNTY SUPERVISOR O | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 17.50 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 2.88 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 2.25 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 6.00 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 158.20 | HAMPTON INN BOCA RATON | 1455 W YAMATO RD | BOCA RATON, FL 33431 | LODGING | NON |
| 2023 | Q4 | 10/13/2023 | 1.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 3.60 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 61.57 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 7.00 | HIGHLANDS COUNTY SUPERVISOR O | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 3,356.16 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 17.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST # 41 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 32.75 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 14.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 6.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 2.48 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 450.44 | LAKE COUNTY SUPERVISOR OF ELECT | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 19.00 | LEE COUNTY SUPERVISOR OF ELEC | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 1,890.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 15.40 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 0.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 6.24 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 235.50 | MANATEE COUNTY SOE | PO BOX 1000 | BRADENTON, FL 34206 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 1,622.50 | MARION COUNTY SUPERVISOR O | PO BOX 3278 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 25.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 4,644.54 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 24.30 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 91.20 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 10.80 | OKALOOSA COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 4,184.69 | ORANGE COUNTY SOE | 119 W KALEY ST | ORLANDO, FL 32806 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 230.88 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 2,746.56 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 690.00 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 60,000.00 | PCL CONSULTANTS, INC. | 26590 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 10/13/2023 | 2.00 | PINELLAS COUNTY SOE | PO BOX 1547 | CLEARWATER, FL 33757 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 1,205.10 | POLK COUNTY SUPERVISOR O | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 122.85 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 191.35 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 139.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 1,312.41 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 394.45 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 21.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 7.50 | SUWANNEE COUNTY SUPERVISOR OF E | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 4.16 | TAYLOR COUNTY SOE | | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/13/2023 | 3.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |

All rows below are tagged Year **2023**, Quarter **Q4**, and flag **MON**.

| Date | Amount | Vendor | Address | City, State ZIP | Description |
|---|---|---|---|---|---|
| 10/17/2023 | 2,590.00 | TATANGO | 4616 RAMONA BLVD | SEATTLE, WA 98101 | TEXT MESSAGING |
| 10/17/2023 | 530.00 | AMAZON | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | VOTER DATA |
| 10/17/2023 | 20.32 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 10/17/2023 | 16.61 | APPLE | 1 APPLE PARK WAY | CUPERTINO, CA 95014 | SUPPLIES |
| 10/17/2023 | 900.90 | ALACHUA COUNTY SUPERVISOR O | 515 N MAIN ST 109 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION |
| 10/17/2023 | 111.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION |
| 10/17/2023 | 29.00 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | INVERNESS, FL 34450 | PETITIONS VERIFICATION |
| 10/17/2023 | 2,234.88 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION |
| 10/17/2023 | 7,247.84 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION |
| 10/17/2023 | 7.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION |
| 10/17/2023 | 6.50 | CITRUS COUNTY SOE | | INVERNESS, FL 34450 | PETITIONS VERIFICATION |
| 10/17/2023 | 54.00 | COLUMBIA COUNTY SOE | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION |
| 10/17/2023 | 553.84 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION |
| 10/17/2023 | 150.87 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION |
| 10/17/2023 | 17.70 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION |
| 10/17/2023 | 3.25 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION |
| 10/17/2023 | 3.20 | DIXIE COUNTY SUPERVISOR OF EL | 229 NE 351 HWY | CROSS CITY, FL 32628 | PETITIONS VERIFICATION |
| 10/17/2023 | 6,320.64 | ENTERPRISE RENT-A-CAR | 8230 N L11TH ST STE A | JACKSONVILLE, FL 32256 | TOLLS |
| 10/17/2023 | 11.79 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | TOLLS |
| 10/17/2023 | 172.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION |
| 10/17/2023 | 1.98 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION |
| 10/17/2023 | 59.30 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION |
| 10/17/2023 | 59.30 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION |
| 10/17/2023 | 5.58 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION |
| 10/17/2023 | 5.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION |
| 10/17/2023 | 1.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION |
| 10/17/2023 | 3.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION |
| 10/17/2023 | 6.38 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION |
| 10/17/2023 | 87.42 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION |
| 10/17/2023 | 3,492.46 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION |
| 10/17/2023 | 47.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION |
| 10/17/2023 | 78.75 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION |
| 10/17/2023 | 44.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32444 | PETITIONS VERIFICATION |
| 10/17/2023 | 17.75 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION |
| 10/17/2023 | 2.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION |
| 10/13/2023 | 657.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 10/13/2023 | 25.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 10/13/2023 | 14.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION |
| 10/13/2023 | 2.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.20 | ALACHUA COUNTY SUPERVISOR O | 515 N MAIN ST 109 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION |
| 10/16/2023 | 45.59 | BREVARD COUNTY SOE | 2725 ST JOHNS ST | MELBOURNE, FL 32940 | PETITIONS VERIFICATION |
| 10/16/2023 | 7.36 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.47 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION |
| 10/16/2023 | 528.96 | DUVAL COUNTY SUPERVISOR OF EL | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.45 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.80 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.08 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.18 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34470 | PETITIONS VERIFICATION |
| 10/16/2023 | 75.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION |
| 10/16/2023 | 2.34 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION |
| 10/16/2023 | 54.32 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.75 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 10/16/2023 | 18.90 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION |
| 10/16/2023 | 18.90 | POLK COUNTY SOE | 13081 STARKEY RD | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.38 | PUTNAM COUNTY SOE | PO BOX 1468 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.43 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION |
| 10/16/2023 | 9.90 | SARASOTA COUNTY SOE | 2001 ADAMS LN | SARASOTA, FL 34236 | PETITIONS VERIFICATION |
| 10/16/2023 | 9.76 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.65 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.60 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FT PIERCE, FL 34947 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.59 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION |
| 10/16/2023 | 0.54 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 10/16/2023 | 1.08 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 10/16/2023 | 47.04 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION |

| Period | Date | Amount | Vendor | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|
| 2023 Q4 | 10/19/2023 | 854.80 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 325.80 | LEE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 3,407.88 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 44.80 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 2.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 4.60 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 332.10 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 1,503.36 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 166.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 6,607.26 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 84.60 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 140.60 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 75.05 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST STE 102 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 8,555.40 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 365.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 3,566.40 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 692.25 | PASCO COUNTY SOE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 25.60 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 121.55 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 533.20 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 199.09 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 414.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 2,649.07 | SEMINOLE COUNTY SOE | PO BOX 3479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 74.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 8.50 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 17.16 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 6.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 17.16 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 1,378.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 308.04 | WALTON COUNTY SUPERVISOR OF EL | 571 US HWY 90 E STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/19/2023 | 32.00 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/23/2023 | 30.73 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2023 Q4 | 10/24/2023 | 34.24 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 Q4 | 10/24/2023 | 52.20 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 Q4 | 10/24/2023 | 133.23 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | NON |
| 2023 Q4 | 10/24/2023 | 14.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2023 Q4 | 10/24/2023 | 94.90 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 Q4 | 10/24/2023 | 50,000.00 | PCT CONSULTANTS, INC. | | | PETITION GATHERING | NON |
| 2023 Q4 | 10/23/2023 | 150,000.00 | PCT CONSULTANTS, INC. | | | PETITIONS GATHERING | NON |
| 2023 Q4 | 10/19/2023 | 300,000.00 | PCT CONSULTANTS, INC. | | | VOTER DATA | NON |
| 2023 Q4 | 10/20/2023 | 15,000.00 | BERGER HIRSCHBERG STRATEGIES | 1018 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 Q4 | 10/25/2023 | 3,200.56 | MEYER, BLUME AND POWELL, P.A. | PO BOX 1547 | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2023 Q4 | 10/25/2023 | 9,500.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | NON |
| 2023 Q4 | 10/26/2023 | 652.20 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 28.00 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 83.55 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 23.15 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 7,856.03 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 5.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 82.72 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 148.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 66.50 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 212.44 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 87.60 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 33821 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 3.75 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 33821 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 1.60 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 5,641.92 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 2.70 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 4.95 | GLADES COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 114.00 | FLAGLER COUNTY SOE | PO BOX 668 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 1.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 48.50 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 3.08 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 12.90 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 136.77 | HERNANDO COUNTY SUPERVISOR OF | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 Q4 | 10/26/2023 | 16.40 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/26/2023 | 3,798.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 26.00 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 53.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 76.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 13.50 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1,012.44 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 650.25 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2545 | FORT MYERS, FL 33902 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,837.84 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 25.40 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.25 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 386.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,673.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 334.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 8,485.38 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 71.55 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 197.60 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 21.15 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 7,708.59 | ORANGE COUNTY SOE | PO BOX 562083 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 142.35 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 102.77 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 403.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1,368.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 608.30 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 648.40 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 19.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 14.56 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 241.58 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 32.40 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 32.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 32.50 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 6,414.72 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 1,180.25 | PASCO COUNTY SUPERVISOR OF ELE | 14424 JACKSON AVE STE C | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 209.12 | PINELLAS COUNTY SOE | | CLEARWATER, FL 33762 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 2,259.00 | POLK COUNTY SOE | | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 235,000.00 | PCT CONSULTANTS, INC. | 25500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/30/2023 | 740.24 | TATANGO | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | TEXT MESSAGING | NON |
| 2023 | Q4 | 10/30/2023 | 12.22 | BROWARD COUNTY SUPERVISOR OF EL | | FORT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 26.88 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 20.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 17.55 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL CENTER | NON |
| 2023 | Q4 | 10/30/2023 | 497.25 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 10/30/2023 | 105.60 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/31/2023 | 638.68 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/31/2023 | 45.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/31/2023 | 51.06 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | POSTAGE | NON |
| 2023 | Q4 | 10/31/2023 | 94.86 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/31/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q4 | 10/31/2023 | 175,000.00 | PCT CONSULTANTS, INC. | 25500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/31/2023 | 1,211.18 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/31/2023 | 1,660.00 | TATANGO | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | TEXT MESSAGING | NON |
| 2023 | Q4 | 11/01/2023 | 95,500.00 | THE WHITSON GROUP, INC. | 4636 RANNAN BLVD FL 16 | JACKSONVILLE, FL 32205 | VOTER DATA | NON |
| 2023 | Q4 | 11/02/2023 | 27.00 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 898.80 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 108.10 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 148.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 35.50 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 68.15 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 425.76 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 9,466.75 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 919.08 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 357.20 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 34.20 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/02/2023 | 4.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 3.10 | DIXIE COUNTY SOE | 229 NE 351 HWY STE 4 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 7,283.84 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 699.85 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 180.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 11/02/2023 | 55.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE E | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 47.30 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 2.80 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 2.70 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 1.75 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 1.00 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 19.80 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 110.45 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 3,972.80 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 117.50 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 7.20 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 1,411.02 | JEFFERSON COUNTY SOE | 1375 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 889.20 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 33.80 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 4.25 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 342.50 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 1,115.64 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 6,395.52 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 47.70 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 259.35 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 5,385.95 | MARTIN COUNTY SUP OF EL | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 15.98 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 704.40 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 4,891.20 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 822.75 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 4,216.86 | OKALOOSA COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 2,983.10 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34741 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 187.91 | PALM BEACH COUNTY SUPERVISOR OF EL | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 334.50 | | 2141 E BROADWAY RD STE 101 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | Q4 | 11/02/2023 | 2,498.72 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 622.05 | PINELLAS COUNTY SOE | 13081 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 446.00 | POLK COUNTY SUPERVISOR OF ELECT | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 8.00 | PUTNAM COUNTY SUP OF ELECT | 2509 CROWN POINT BLVD | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 31.72 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 12.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 2,256.00 | SEMINOLE COUNTY SUPERVISOR OF E | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 57.20 | ST. JOHNS COUNTY SUPERVISOR | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 2.90 | ST. LUCIE COUNTY SUPERVISOR OF EL | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 18.70 | SUWANNEE COUNTY SUPERVISOR OF E | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 33247 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | WALTON COUNTY SUPERVISOR OF EL | 1424 JACKSON AVE STE C | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | | WASHINGTON COUNTY SOE | 600 CORPORATE PARK DR | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/03/2023 | | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63195 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/03/2023 | | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/07/2023 | | ENTERPRISE RENT-A-CAR | 2550 PAZARIA RD STE PM 780 | SAINT LOUIS, MO 63195 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 11/08/2023 | 2.44 | ENTERPRISE RENT-A-CAR | 2030 PLAZA RD STE PM 102 | SAINT LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q4 | 11/08/2023 | 348.80 | ENTERPRISE HOLDINGS INC | | | MILEAGE | NON |
| 2023 | Q4 | 11/06/2023 | 30.90 | ENTERPRISE RENT-A-CAR | | | TOLLS | NON |
| 2023 | Q4 | 11/07/2023 | 18.70 | ENTERPRISE RENT-A-CAR | | | TOLLS | NON |
| 2023 | Q4 | 11/06/2023 | 469.92 | HERTZ | 8501 WILLIAMS RD | ESTERO, FL 33928 | TOLLS | NON |
| 2023 | Q4 | 11/07/2023 | 39.00 | JOTFORM INC | 111 PINE ST STE 1815 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q4 | 11/02/2023 | **100,000.00** | **PCI CONSULTANTS, INC.** | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 11/09/2023 | 836.70 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 24.00 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 54.75 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 3,906.56 | BREVARD COUNTY SOE | PO BOX 1119 | TITUSVILLE, FL 32780 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 7,686.28 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 2.75 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 234.06 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 118.35 | CITRUS COUNTY SOE | 1580 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/09/2023 | 458.16 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 308.32 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 40.80 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 6.25 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 1.70 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 5,328.96 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 46.00 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 283.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 1.00 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 43.50 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 3.00 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 3.25 | GULF COUNTY SOE | 1000 CECIL G COSTIN SR B | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 4.50 | HAMILTON COUNTY SUPERVISOR OF E | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 4.50 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 166.13 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 16.40 | HERNANDO COUNTY SOE | 16244 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 12.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 497.75 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 2,187.56 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 26.40 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 4.80 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 5,008.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 11/09/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 11/09/2023 | 521.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 2,694.60 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 195.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 6,688.10 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 332.10 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 28.00 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 35.30 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 23.97 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 7,640.69 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 794.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 3,269.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 194.35 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 118.68 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 29.00 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 2,269.90 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 535.70 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 1,278.80 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 328.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 26.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 6.76 | TAYLOR COUNTY SOE | 433 N BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 2,288.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 34.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 58.80 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/09/2023 | 7.30 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/10/2023 | 60,000.00 | PCT CONSULTANTS, INC. | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/09/2023 | 95.96 | ASHLEIGH HOFFMAN | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | AIRFARE | NON |
| 2023 | Q4 | 11/09/2023 | 396.06 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | MILEAGE | NON |
| 2023 | Q4 | 11/13/2023 | 25,000.00 | PCT CONSULTANTS, INC. | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/13/2023 | 100,000.00 | PCT CONSULTANTS, INC. | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/15/2023 | 62.00 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2023 | Q4 | 11/15/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 11/15/2023 | 13,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL | NON |
| 2023 | Q4 | 11/15/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 11/15/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 11/16/2023 | 750,000.00 | THE WHITSON GROUP | 4616 RAMONA BLVD STE PM 102 | JACKSONVILLE, FL 32205 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/16/2023 | 9,500.00 | PCT CONSULTANTS, INC. | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | VOTER DATA | NON |
| 2023 | Q4 | 11/15/2023 | 461.70 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 25.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/16/2023 | 24.75 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 40.00 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2,883.20 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 10,343.11 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 197.87 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 28.50 | CITRUS COUNTY SOE | 1250 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 472.23 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 348.75 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 127.00 | DESOTO COUNTY SOE | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3.00 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,668.00 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 415.25 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 155.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 12.25 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 16.10 | HARDEE COUNTY SOE | PO BOX 174 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 14.70 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 89.50 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 339.34 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 31.80 | HOLMES COUNTY SOE | PO BOX 608 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,742.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 98.50 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 20.50 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 4.88 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2,435.50 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,041.36 | LEON COUNTY SUPERVISOR OF ELEC | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 25.40 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 8.50 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 15.00 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,959.92 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 248.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,961.64 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 175.95 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 202.35 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 10.20 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST STE 102 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 7,846.33 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 506.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,426.24 | PALM BEACH COUNTY SUPERVISOR | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,287.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 4,956.00 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 210.60 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 208.12 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 513.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,065.20 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 625.35 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 755.40 | SUMTER COUNTY SOE | 7375 POWELL RD STE 125 | BUSHNELL, FL 33513 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 318.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 30.75 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 18.72 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 9.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,102.00 | WAKULLA COUNTY SOE | 3115-B CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2.88 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE C | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 20.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/17/2023 | 1,720.60 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q4 | 11/17/2023 | 2,887.40 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 11/20/2023 | 5,025.39 | GREENPRINT STRATEGIES, INC | 3697 MOSSY CREEK LN | CALABASAS, CA 91302 | REIMB'S TRAVEL EXPENSES | NON |
| 2023 | Q4 | 11/17/2023 | 350,000.00 | PCT CONSULTANTS, INC. | PO BOX 1547 | TALLAHASSEE, FL 32302 | TRAVEL/LODGING/EVENT | NON |
| 2023 | Q4 | 11/21/2023 | 862.12 | GREENPRINT STRATEGIES, INC | 26580 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 11/22/2023 | 646.80 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | LEGAL SERVICES | NON |
| 2023 | Q4 | 11/22/2023 | 141.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 176.70 | BAY COUNTY SUPERVISOR OF ELE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Purpose | Flag |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/22/2023 | 10,189.93 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | NON |
| 2023 | Q4 | 11/22/2023 | 80.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,115.52 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 10,033.68 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 9.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 549.90 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 390.08 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 388.23 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 222.30 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 5.75 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2.88 | DIXIE COUNTY SOE | PO BOX 2057 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,597.44 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 578.60 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 252.79 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 15.10 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3.75 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 25.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 55.20 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 151.60 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 6.30 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 21.40 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 46.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 162.64 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 5,213.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 36.50 | HOLMES COUNTY SUPERVISOR OF | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 144.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 54.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 20.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,633.32 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 751.50 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,383.08 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 14.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 7.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 11.44 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 103 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,064.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,939.68 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 307.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,283.45 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 538.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,097.92 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 68.40 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 14.00 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 21.15 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 7,465.40 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 13,266.73 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,583.80 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 99.45 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 196.94 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,664.59 | SEMINOLE COUNTY SOE | PO BOX 685 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 666.05 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,145.20 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 338.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 54.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 19.27 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,376.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 84.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 37.80 | WALTON COUNTY SOE | 571 E NELSON AVE STE C | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 11.80 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 30,000.00 | PCI CONSULTANTS, INC | 2835 CAMINO DEL RIO S STE 300 | CALABASAS, CA 93382 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/28/2023 | 190.10 | PCI CONSULTANTS, INC | 2550 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/28/2023 | 8.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE M | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 37.80 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 20,000.00 | BERGER HIRSCHBERG STRATEGIES | 1818 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 11/28/2023 | 3.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 538.88 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 3,036.28 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Description | Method |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/28/2023 | 2.00 | CALHOUN COUNTY SOE | 20035 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 76.61 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 170.10 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 | CHECK SUPPLIES | MON |
| 2023 | Q4 | 11/28/2023 | 99.00 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 120.52 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 144.76 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.20 | DESOTO COUNTY SUPERVISOR O | 201 E OAK ST STE 102 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.30 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 191.04 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 174.35 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 37.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.60 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.50 | GILCHRIST COUNTY SUPERVISOR OF ELE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 24.30 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.45 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 3.00 | GULF COUNTY SOE | 1000 CECIL G COSTIN SR BLVD FL 16 | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 10,000.00 | GOOGLE | 1153 US HIGHWAY 41 NW STE 1 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTING | MON |
| 2023 | Q4 | 11/28/2023 | 1.75 | HAMILTON COUNTY SOE | 311 N 6TH AVE | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3.75 | HARDEE COUNTY SOE | PO BOX 174 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3.00 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 44.18 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 9.50 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,899.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 35.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 9.50 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 14.00 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 588.12 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 50.44 | LEE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,294.44 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 4.69 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 175.96 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 58.12 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 50.44 | MADISON COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 439.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 115.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3,255.22 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 45.45 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 17.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 29.10 | OKALOOSA COUNTY SUP OF ELECT | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 11.75 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,147.51 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 417.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,467.84 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 949.32 | PASCO COUNTY SUPERVISOR OF EL | 14236 5TH ST | DADE CITY, FL 33525 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 863.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 2.50 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 559.24 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 43.60 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 586.00 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,842.61 | ST. LUCIE COUNTY SOE | PO BOX 3479 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 607.20 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 80.50 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/29/2023 | 2.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2023 | Q4 | 11/29/2023 | 45.69 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q4 | 11/29/2023 | 615.80 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2023 | Q4 | 11/29/2023 | 860.29 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 21.60 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 10.50 | WALTON COUNTY SUPERVISOR OF | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.80 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/29/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 11/29/2023 | 46.80 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 11/29/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL GATHERING | MON |
| 2023 | Q4 | 11/29/2023 | 5,000.00 | PCI CONSULTANTS, INC. | 28658 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2023 | Q4 | 11/30/2023 | 1,568.30 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Status |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/30/2023 | 2,663.48 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 11/30/2023 | 2,500.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | NON |
| 2023 | Q4 | 11/30/2023 | 9,500.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | VOTER DATA | NON |
| 2023 | Q4 | 12/01/2023 | 506.10 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 49.00 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 15.50 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 15.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 97.36 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 6,505.79 | BROWARD COUNTY SOE | 115 S ANDREWS AVE E STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 33.37 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 103.87 | CHARLOTTE COUNTY SUPERVISOR OF E | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 28.80 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.78 | COLLIER COUNTY SUPERVISOR OF EL | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.25 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 18.00 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 266.25 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 10.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1.00 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 2.40 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 16.45 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 42.50 | GULF COUNTY SOE | 1000 CECIL G COSTIN | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.10 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1.50 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.90 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 20.40 | HERNANDO COUNTY SOE | 16244 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 19.00 | HIGHLANDS COUNTY SUPERVISOR | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 33.50 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 4.00 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 4.00 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 4.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 2.20 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 224.50 | LEE COUNTY SOE | PO BOX 2408 | FORT MYERS, FL 33902 | TRANSPORTATION | NON |
| 2023 | Q4 | 12/01/2023 | 1,078.92 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 70.50 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1,994.68 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 7.65 | MADISON COUNTY SOE | 229 SW PINCKNEY ST STE 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 16.15 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 4.20 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.94 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 366.60 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 136.00 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1,851.34 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 3.87 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 328.00 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 908.82 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 952.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 31.20 | PALM BEACH COUNTY SUP OF ELECT | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 556.22 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 55.35 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 50.00 | ST. JOHNS COUNTY SUPERVISOR | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 8.50 | ST. LUCIE COUNTY SUPERVISOR | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 10.80 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1.50 | SUWANNEE COUNTY SUPERVISOR | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 2.68 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 44.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 2.80 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE B | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 1,006.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/02/2023 | 219.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTION | NON |
| 2023 | Q4 | 12/04/2023 | 68.40 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | SUBSCRIPTION | NON |
| 2023 | Q4 | 12/04/2023 | 12.40 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City / State / ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/04/2023 | 5,910.41 | PARAGON | 21141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | Q4 | 12/05/2023 | 10,000.00 | GW STRATEGIES | PO BOX 533341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | NON |
| 2023 | Q4 | 12/05/2023 | 250,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/06/2023 | 240.30 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 39.60 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 883.76 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 981.76 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 2,686.90 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 3.00 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 14.10 | CHARLOTTE COUNTY SUPERVISOR OF ELE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 14.85 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 128.80 | CLAY COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 13.50 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 11.50 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 32.50 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 129.60 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 38.45 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 0.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 32.50 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1.38 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 0.45 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1.35 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 6.50 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1.80 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 15.04 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 69.00 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1,280.55 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 195.32 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 31.25 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 32.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 0.80 | LAFAYETTE COUNTY SOE | 120 N MAIN ST STE 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 337.74 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 0.45 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1,195.32 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 5.20 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 6.76 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 240.60 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 42.30 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1,556.64 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 10.35 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33178 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 20.90 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 3.50 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 2.35 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 3.60 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 173.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1,339.20 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 156.00 | PASCO COUNTY SUPERVISOR OF ELE | 13801 STARKEY RD | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 203.31 | PINELLAS COUNTY SOE | PO BOX 1460 | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1,469.70 | POLK COUNTY SOE | PO BOX 1479 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 3.30 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 294.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 370.46 | SEMINOLE COUNTY SUPERVISOR OF ELECT | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 361.35 | ST. JOHNS COUNTY SUPERVISOR OF ELE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 13.74 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 48.35 | SUMTER COUNTY SUPERVISOR OF ELE | 7027 SW 19TH AVE STE 125 | BUSHNELL, FL 33513 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 28.28 | SUWANNEE COUNTY SUPERVISOR OF E | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 2.00 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 749.25 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 30.40 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 3.30 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 1.10 | WALTON COUNTY SUPERVISOR OF EL | 1024 E NELSON AVE | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/06/2023 | 39.60 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE A | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/07/2023 | 39.60 | JOTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q4 | 12/07/2023 | 200,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/12/2023 | 735.26 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 288.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD STE 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/12/2023 | 462.00 | LEON COUNTY SOE | 2998 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 350.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 658.00 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 155.20 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 525.12 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 217.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 239.59 | SEMINOLE COUNTY SOE | PO BOX 1479 | LONGWOOD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 55.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 436.50 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 15.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 14.00 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,693.44 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 4,620.11 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.25 | CALHOUN COUNTY SOE | 20855 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 71.44 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 131.06 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 83.75 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 114.21 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 23.40 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.00 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 0.30 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.35 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.75 | HAMILTON COUNTY SOE | 405 NE 1ST ST | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 5.75 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 5.40 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 37.60 | HERNANDO COUNTY SOE | 16224 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 52.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2,379.22 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 456.96 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 48.00 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 26.50 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 19.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,013.72 | LAKE COUNTY SUPERVISOR OF ELECT | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,186.92 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 12.60 | LEVY COUNTY SUPERVISOR OF ELECT | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 5,000.00 | LITEOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 12/13/2023 | 5,008.00 | LOGIKOS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 12/13/2023 | 7.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 7.52 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,151.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,632.96 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 114.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,007.83 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 524.49 | OSCEOLA COUNTY SOE | 2509 F IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 3,963.04 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 466.40 | MONROE COUNTY SUPERVISOR O | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 13.96 | PASCO COUNTY SUPERVISOR OF ELE | 13150 N MEADOW TRL | DADE CITY, FL 33525 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 998.73 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/13/2023 | 2,935.88 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 35.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 22.36 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,599.80 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2,112.66 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 423.50 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 218.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 358.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 4.25 | SUWANNEE COUNTY SUPERVISOR OF E | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 34.34 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/13/2023 | 3.00 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,607.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 22.40 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 17.60 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 0.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/14/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/14/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 12/14/2023 | 155.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 103.79 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 129.00 | COLLIER COUNTY SUPERVISOR OF EL | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 119.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 113.40 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 68.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 58.20 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 3.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 307.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 125,000.00 | PCL CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | CONSULTING | NON |
| 2023 | Q4 | 12/15/2023 | 84.50 | SARASOTA COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 30.07 | SEMINOLE COUNTY SOE | PO BOX 1479 | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 120.45 | ST JOHNS COUNTY SUPERVISOR | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 65.00 | VOLUSIA COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 24.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 3.60 | BAY COUNTY SOE | 830 W 11TH ST | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 0.50 | BRADFORD COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 96.80 | BREVARD COUNTY SOE | PO BOX 418819 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 0.50 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 45.55 | CLAY COUNTY SOE | PO BOX 337 | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 11.25 | COLUMBIA COUNTY SUPERVISOR OF | 500 N ORANGE AVE STE 200 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 13.80 | DESOTO COUNTY SOE | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 1.80 | DIXIE COUNTY SOE | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 1.75 | ESCAMBIA COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 4.50 | FLAGLER COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32592 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 15.95 | FRANKLIN COUNTY SOE | 94 NE GADSDEN ST | POSTAGE | NON |
| 2023 | Q4 | 12/15/2023 | 16.50 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 8.50 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.30 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.10 | HENDRY COUNTY SOE | 111 6TH AVE | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.45 | HERNANDO COUNTY SOE | PO BOX 99 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 6.60 | HIGHLANDS COUNTY SUPERVISOR OF | 1600 N 6TH AVE | LABELLE, FL 33935 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.35 | HOLMES COUNTY SUPERVISOR OF EL | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.80 | INDIAN RIVER COUNTY SUP OF ELE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.00 | JACKSON COUNTY SUPERVISOR OF E | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.50 | JEFFERSON COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.40 | LAFAYETTE COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 53.82 | LAKE COUNTY SOE | 120 N MAIN ST # 129 | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 73.08 | LEON COUNTY SOE | PO BOX 457 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.88 | LEVY COUNTY SOE | 2990 APALACHEE PKWY # 1 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.20 | LIBERTY COUNTY SOE | 421 S COURT ST | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 8.88 | MADISON COUNTY SOE | 10818 NW STATE ROAD 20 | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.50 | MANATEE COUNTY SOE | PO BOX 113 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 300.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 75.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 17.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 3.44 | OKALOOSA COUNTY SUP OF ELEC | 302 N WILSON ST STE 102 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 22.50 | PASCO COUNTY SUPERVISOR OF ELE | 4132 OKEECHOBEE RD | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 31.59 | PINELLAS COUNTY SOE | 402 NW 3RD ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.65 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 16.00 | SANTA ROSA COUNTY SUP OF ELEC | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 9,500.00 | THE WHITSON GROUP | 13001 STARKEY RD | LIVE OAK, FL 32064 | CONSULTING | NON |
| 2023 | Q4 | 12/18/2023 | 22.40 | ST. LUCIE COUNTY SOE | 402 N MAIN ST SW | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 8.52 | SUWANNEE COUNTY SOE | 1601 RANOVA BLVD | JACKSONVILLE, FL 32205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.80 | WAKULLA COUNTY SOE | 4646 RANOVA BLVD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.00 | WALTON COUNTY SUPERVISOR OF | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.30 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date 1 | Date 2 | Amount | Payee | Address | City/State/ZIP | Type | Flag |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 60.00 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 732.35 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 192.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 325.00 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 67.86 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 136.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 382.13 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 319.13 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 128.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 1,537.92 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 243.81 | SANTA ROSA COUNTY SUP OF ELECT | PO BOX 1466 | MILTON, FL 32572 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 359.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 12/19/2023 | 275.80 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 286.25 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 482.40 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 178.48 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 191.20 | BAKER COUNTY SUPERVISOR OF ELE | 32 S 5TH ST | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 146.10 | BAY COUNTY SOE | 830 N 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 7.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3,635.20 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 6,451.47 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 11.00 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 25.50 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 4.75 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 5.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 389.76 | ESCAMBIA COUNTY SOE | 1500 N MEADOWCREST BLVD | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 174.30 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 191.20 | COLLIER COUNTY SUPERVISOR OF E | 3758 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 25.50 | FLAGLER COUNTY SOE | 1769 E MOODY BLVD BLDG 2 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 4.75 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 5.00 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 1.15 | GLADES COUNTY SOE | PO BOX 174 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 8.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3.50 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 11.00 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 2.40 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 70.88 | HIGHLANDS COUNTY SUPERVISOR OF | PO BOX 668 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 6.90 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 69.00 | HOLMES COUNTY SUPERVISOR OF ELE | PO BOX 289 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3,446.95 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 7.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 64.50 | LAFAYETTE COUNTY | 120 W MAIN ST | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 91.00 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 20.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 114.00 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 7.50 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 274.05 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3,060.12 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 13.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 11.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 7.80 | MADISON COUNTY SOE | 189 NE PINCKNEY ST | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 1,266.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 1,512.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 169.50 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 6,074.20 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 69.34 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 454.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 963.21 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 5,043.84 | PINELLAS COUNTY SUPERVISOR OF E | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 41.16 | PUTNAM COUNTY SOE | PO BOX 1460 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 663.50 | BARTOW | PO BOX 289 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 3,539.76 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 96.20 | SANTA ROSA COUNTY SUP OF ELECT | PO BOX 1466 | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 34.83 | SARASOTA COUNTY SOE | 6495 CAROLINE ST STE F | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 1,161.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 12/20/2023 | 2,086.47 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/20/2023 | 267.05 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 595.60 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 280.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 28.00 | SUWANNEE COUNTY SUPERVISOR O | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 23.40 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1,041.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 75.10 | WAKULLA COUNTY SUPERVISOR OF | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 33.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2.60 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE A | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/21/2023 | 141.94 | CHARLOTTE COUNTY SUPERVISOR OF ELE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGORA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 12/20/2023 | 47.84 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 67.60 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 5,223.64 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 255.36 | BERGER HIRSCHBERG STRATEGIES | 1018 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 12/22/2023 | 837.20 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 338.55 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 44.46 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 198.60 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 425.88 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 316.50 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 56.16 | LITTOFF CAMPAIGNS LLC | | | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 12/22/2023 | 59.75 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 1,146.80 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 188.18 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 112.40 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 840.00 | OKALOOSA COUNTY SOE | PO BOX 1479 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 72.75 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 159.57 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 91.80 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 44.66 | PASCO COUNTY SUPERVISOR OF ELE | | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 66.93 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 150.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/22/2023 | 72.75 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/26/2023 | 268.90 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/26/2023 | 272.40 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/26/2023 | 44.46 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/26/2023 | 91.20 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/26/2023 | 94.72 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2023 | Q4 | 12/27/2023 | 687.73 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 56.40 | BREVARD COUNTY SOE | 1515 SARNO RD | MELBOURNE, FL 32935 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 633.10 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FORT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 248.04 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 98.55 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 111.72 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 471.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 204.60 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 426.18 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 312.34 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32801 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 17.69 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 644.08 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 119.04 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 159.57 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 103.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 103.50 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/27/2023 | 56.10 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 54.00 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 33.60 | BREVARD COUNTY SOE | 1515 SARNO RD | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 97.76 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 74.88 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 35.75 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/28/2023 | 59.59 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 31.49 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 181.35 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 157.92 | MIAMI-DADE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 54.90 | LEE COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 65.52 | LEON COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 27.00 | MARTIN COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 65.00 | OKALOOSA COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33186 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 46.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 12/28/2023 | 497.25 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 12/28/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 12/28/2023 | 157.92 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33135 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 96.39 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 69.30 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 159.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 48.50 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 39.60 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 34.80 | ST. LUCIE COUNTY SOE | PO BOX 552080 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 108.88 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 571.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 168.75 | PASCO COUNTY SOE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/28/2023 | 26.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/29/2023 | 14,500.00 | THE WHITSON GROUP | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | CONSULTING | NON |
| 2023 | Q4 | 12/29/2023 | 10,000.00 | PCI CONSULTANTS, INC. | 366 SUMNER ST | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/31/2023 | 610.42 | ACTBLUE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 01/02/2024 | 25.35 | FLORIDA BLUE | 25500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | INSURANCE | NON |
| 2023 | Q4 | 01/02/2024 | 2,400.81 | FLORIDA BLUE | PO BOX 861918 | ORLANDO, FL 32886 | INSURANCE | NON |
| 2023 | Q4 | 01/02/2024 | 3,426.01 | PARAGON | 1001 E BROADWAY # 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2024 | Q1 | 01/03/2024 | 47.40 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 2.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.30 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.30 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 20.58 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 186.24 | BROWARD COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 44.16 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 17.86 | COLLIER COUNTY SUPERVISOR OF E | 3759 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.38 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.38 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 2.50 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 6.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 0.08 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 3.58 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 3.58 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 9.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 20.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 1.09 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 1.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 12.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 4.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 3.75 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 0.80 | JEFFERSON COUNTY SOE | 2851 JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 0.08 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 23.40 | LAKE COUNTY SOE | 1175 W WASHINGTON ST | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 32.50 | MANATEE COUNTY SOE | PO BOX 459 | BRADENTON, FL 34206 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 42.96 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 4.75 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 7.00 | LEVY COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 18.45 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33186 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 46.06 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 1.90 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q1 | 01/03/2024 | 34.94 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/03/2024 | 34.50 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | NON |
| 2024 | Q1 | 01/03/2024 | 94.36 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | NON |
| 2024 | Q1 | 01/03/2024 | 16.10 | OKALOOSA COUNTY SOLUTIONS | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 3.29 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 70.81 | ORANGE COUNTY SOE | PO BOX 562889 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 77.28 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 113.28 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 29.16 | PASCO COUNTY SOE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 80.10 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 22.10 | PUTNAM COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 19.78 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 79.56 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 7.73 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 13.20 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 4.40 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 3.80 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 4.66 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 48.18 | WALTON COUNTY SUPERVISOR OF | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/03/2024 | 11.60 | WASHINGTON COUNTY SUPERVISOR OF EL | | | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/04/2024 | 10.08 | | | COLUMBUS, GA 31902 | | NON |
| 2024 | Q1 | 01/04/2024 | 30.00 | SYNOVUS | PO BOX 120 | | BANK FEE | NON |
| 2024 | Q1 | 01/04/2024 | -272.40 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES REFUND | NON |
| 2024 | Q1 | 01/05/2024 | 5,000.00 | LTFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/05/2024 | 60,000.00 | PCT CONSULTANTS, INC | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/05/2024 | 98.10 | DELTA AIR | | ATLANTA, GA 30337 | INSURANCE | NON |
| 2024 | Q1 | 01/05/2024 | 113.16 | JETBLUE AIRWAYS | 27801 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q1 | 01/05/2024 | 36.90 | ALACHUA COUNTY SUPERVISOR OF EL | 515 N MAIN ST | GAINESVILLE, FL 32601 | AIRFARE | NON |
| 2024 | Q1 | 01/08/2024 | 0.50 | BAKER COUNTY SUPERVISOR OF E | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 0.50 | BREVARD COUNTY SOE | | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 4.95 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 1.35 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 5.52 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 8.47 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 6.72 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 8.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 52.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/08/2024 | 52.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/08/2024 | 52.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/08/2024 | 1.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/08/2024 | 6.10 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 13.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 9.85 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 5 | FT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 3.84 | MARTIN COUNTY SOE | 2990 APALACHEE PKWY | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 4.70 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 0.75 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 0.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 3.80 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 3.80 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 3.84 | PUTNAM COUNTY SOE | PO BOX 337 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 2.70 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 4.65 | PUTNAM COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 5.03 | SEMINOLE COUNTY SOE | | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 0.86 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 5.85 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 0.83 | STAPLES | 500 STAPLES DR | FRAMINGHAM, MA 01702 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/08/2024 | 42.23 | STAPLES | 500 STAPLES DR | FRAMINGHAM, MA 01702 | SUPPLIES | NON |
| 2024 | Q1 | 01/09/2024 | 0.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 285.44 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 27.73 | CITRUS COUNTY SOE | | INVERNESS, FL 34452 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 18.90 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 9,500.00 | LTFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/11/2024 | 15.30 | ALLEGIANT TRAVEL INSURANCE | 1201 N TOWN CENTER DR | LAS VEGAS, NV 89144 | INSURANCE | NON |
| 2024 | Q1 | 01/11/2024 | 22.75 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | Q1 | 01/11/2024 | 25.16 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | AIRFARE | NON |
| 2024 | Q1 | 01/11/2024 | 1.08 | BRADFORD COUNTY SOE | PO BOX 418819 | MELBOURNE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 1.80 | BREVARD COUNTY SOE | | MELBOURNE, FL 32901 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 39.01 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 9.60 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 11.00 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 76.64 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |

| YEAR | QTR | DATE | AMOUNT | PAYEE | ADDRESS | CITY / STATE / ZIP | CATEGORY | TYPE |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/11/2024 | 11.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 18,450.00 | FLORIDA DEPARTMENT OF STATE | C/O BRAD MCVAY 47 AVENUE F | TALLAHASSEE, FL 32399 | LATE PETITION FEES | NON |
| 2024 | Q1 | 01/11/2024 | 0.80 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.80 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.90 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 14.75 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 14.57 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 198.90 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.50 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 14.75 | JACKSON COUNTY SUP OF ELE | 2864 MADISON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.80 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.25 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 47.58 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 34.44 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 1.00 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 68.00 | OSCEOLA COUNTY SUPERVISOR OF EL | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 0.50 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 42.50 | PASCO COUNTY SUPERVISOR OF ELE | 13300 SW 128TH ST STE F3 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 303.75 | MONROE COUNTY SOE | 530 WHITEHEAD ST | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 13,250.00 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 205.86 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 711.75 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 11.95 | SEMINOLE COUNTY SOE | 302 N WILSON ST | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 9.75 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/11/2024 | 3.87 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/15/2024 | 99.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | Q1 | 01/16/2024 | 1.10 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20036 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/16/2024 | 286.15 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q1 | 01/18/2024 | 12.88 | PRICELINE | 800 CONNECTICUT AVE | NORWALK, CT 06854 | LODGING | NON |
| 2024 | Q1 | 01/19/2024 | 264.00 | BALLOT INITIATIVE STRATEGIES | 1155 CONNECTICUT AVE NW | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 01/19/2024 | 65,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | CONSULTING | NON |
| 2024 | Q1 | 01/19/2024 | 130,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | CONSULTING | NON |
| 2024 | Q1 | 01/16/2024 | 7,800.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20036 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/16/2024 | 5,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20036 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q1 | 01/19/2024 | 375.00 | AMERICA VOTES | 1155 CONNECTICUT AVE NW | WASHINGTON, DC 20005 | AMERICA VOTES STATE SUMMIT 2024 | NON |
| 2024 | Q1 | 01/23/2024 | 708.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32641 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/23/2024 | 3.30 | BREVARD COUNTY SOE | 1500 N MEADOWCREST BLVD | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/23/2024 | 43.52 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/23/2024 | 6.11 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/23/2024 | 1.35 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/23/2024 | 2.00 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.65 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/24/2024 | 75.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 2.00 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 0.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 32.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 4.59 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 3.12 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 29.25 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 16.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 16.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 5.50 | MIAMI-DADE COUNTY SOE | 2700 SW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 66.74 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 0.95 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 44.62 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/24/2024 | 2.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 118.88 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 14.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 19.44 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.30 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 3.01 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.77 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.77 | SEMINOLE COUNTY SOE | PO BOX 5340 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 2.80 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 9.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.28 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 2.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/25/2024 | 139.49 | TRAVELUND | 117 N PUTNAM AVE | GREENCASTLE, IN 46135 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/26/2024 | 185.73 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/26/2024 | 20,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/26/2024 | 464.73 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2024 | Q1 | 01/29/2024 | 175.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/29/2024 | 6,250.07 | HOTELS.COM | 5400 LBJ FWY STE 500 | MENLO PARK, CA 94025 | LODGING | NON |
| 2024 | Q1 | 01/30/2024 | 73.90 | HYDE RESIDENCES | 353 E OCEAN DR | HOLLYWOOD, FL 33019 | LODGING | NON |
| 2024 | Q1 | 01/30/2024 | 31.22 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | CONSULTING | NON |
| 2024 | Q1 | 01/30/2024 | 20.92 | INSTACART | 50 BEALE ST STE 600 | SAN FRANCISCO, CA 94105 | STAFF MEALS | NON |
| 2024 | Q1 | 01/30/2024 | 62.50 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 01/30/2024 | 929.25 | BUMPEACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 1,767.89 | ACTBLUE | 366 SUMNER ST | BOSTON, MA 02114 | MERCHANT FEES | NON |
| 2024 | Q1 | 01/31/2024 | 908.53 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | Q1 | 01/31/2024 | 25.35 | WIZARDPINS.COM | 53 MELCHER ST | BOSTON, MA 02210 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/31/2024 | 610.42 | FLORIDA BLUE | 4720 EASTGATE AVE | WASHINGTON, DC 20001 | INSURANCE | NON |
| 2024 | Q1 | 01/31/2024 | -1,201.03 | FLORIDA BLUE | 4720 EASTGATE AVE | WASHINGTON, DC 20001 | INSURANCE | NON |
| 2024 | Q1 | 01/31/2024 | 20.93 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 02/01/2024 | 2,500.00 | LITTOFF CAMPAIGNS LLC | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 02/02/2024 | 5,080.00 | DEMOCRACY ENGINE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | PETITIONS REFUND | NON |
| 2024 | Q1 | 02/02/2024 | 2,500.00 | LITTOFF CAMPAIGNS LLC | 4800 APPRENTICE PKWY | JACKSONVILLE, FL 34604 | INSURANCE | NON |
| 2024 | Q1 | 02/02/2024 | 121.82 | THE WHITSON GROUP | 1624 E PALM LN | PHOENIX, AZ 85006 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/02/2024 | 2,887.00 | NGP VAN/EVERYACTION | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/02/2024 | 72.81 | INSTACART | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | STAFF MEALS | NON |
| 2024 | Q1 | 02/02/2024 | 7,000.00 | LITTOFF CAMPAIGNS LLC | PO BOX 1479 | SANFORD, FL 32772 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 02/05/2024 | 3,796.03 | MEYER, BLOHM AND POWELL, P.A. | 1601 WILLOW RD | MENLO PARK, CA 94025 | LEGAL SERVICES | NON |
| 2024 | Q1 | 02/05/2024 | 12,565.00 | MIAMI PAYROLL CENTER | 1601 WILLOW RD | MENLO PARK, CA 94025 | SALARIES | NON |
| 2024 | Q1 | 02/06/2024 | 1,654.37 | TAYLOR AGUILERA | 4500 NW 135TH ST | OPA LOCKA, FL 33054 | PAYROLL TAXES | NON |
| 2024 | Q1 | 02/06/2024 | 3,108.97 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/07/2024 | 1,004.77 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/07/2024 | 8,527.50 | BUMPEACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 02/07/2024 | 6,770.07 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/07/2024 | 9.28 | EXPEDIA GROUP INC | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | LODGING | NON |
| 2024 | Q1 | 02/07/2024 | 16.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/07/2024 | 20.52 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/07/2024 | 33.47 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 02/09/2024 | 106.24 | TARGET PRINT | 1 W DOBBINS RD STE 700 | PHOENIX, AZ 85041 | PRINTING | NON |
| 2024 | Q1 | 02/09/2024 | 59.06 | REBRANDLY | 2843 INDUSTRIAL PLAZA DR | TALLAHASSEE, FL 32301 | SUBSCRIPTIONS | NON |
| 2024 | Q1 | 02/09/2024 | 787.48 | AMERICAN TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, FL 60181 | INSURANCE | NON |
| 2024 | Q1 | 02/09/2024 | 382.84 | ASHLEIGH HOFFMAN | 4333 ANON CARTER BLVD | FORT WORTH, FL 76155 | AIRFARE | NON |
| 2024 | Q1 | 02/09/2024 | 10,000.00 | GW STRATEGIES | 2725 PENZANCE ST | PALM HARBOR, FL 34684 | MILEAGE | NON |
| 2024 | Q1 | 02/09/2024 | 10,000.00 | FUNDRAISING STRATEGIES LLC | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q1 | 02/09/2024 | 5,356.03 | MEYER, BLOHM AND POWELL, P.A. | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | LEGAL SERVICES | NON |
| 2024 | Q1 | 02/12/2024 | 258,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 02/12/2024 | 11,070.57 | SEIDDICE LUCY | 115 8TH AVE NE | SAINT PETERSBURG, FL 33701 | CONSULTING | NON |
| 2024 | Q1 | 02/12/2024 | 400.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/12/2024 | 15.16 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DOMAINS | NON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 02/14/2024 | 18.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2024 | Q1 | 02/14/2024 | -39.01 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS REFUND | NON |
| 2024 | Q1 | 02/14/2024 | 156.19 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q1 | 02/14/2024 | -133.92 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | REFUND PETITIONS | NON |
| 2024 | Q1 | 02/14/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q1 | 02/14/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q1 | 02/14/2024 | -30.96 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | REFUND PETITIONS | NON |
| 2024 | Q1 | 02/14/2024 | -8.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | REFUND PETITIONS | NON |
| 2024 | Q1 | 02/15/2024 | | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | VOIDED CHECK | NON |
| 2024 | Q1 | 02/15/2024 | 25,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/15/2024 | 25,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/15/2024 | 700.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2024 | Q1 | 02/16/2024 | 15.52 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/20/2024 | 171.19 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q1 | 02/20/2024 | 296.50 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q1 | 02/20/2024 | 83.40 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q1 | 02/21/2024 | 9,836.49 | BFF COMPLIANCE | 6019 S DIXIE HWY NO 148 | WASHINGTON, DC 20001 | ACCOUNTING & COMPLIANCE | NON |
| 2024 | Q1 | 02/21/2024 | 50.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/22/2024 | 191.61 | MGM GRAND LAS VEGAS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | NON |
| 2024 | Q1 | 02/22/2024 | 714.29 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 02/23/2024 | 30.59 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2024 | Q1 | 02/23/2024 | 453.40 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | AIRFARE | NON |
| 2024 | Q1 | 02/23/2024 | 269.10 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/23/2024 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2024 | Q1 | 02/26/2024 | 350.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/27/2024 | 13.00 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q1 | 02/27/2024 | 175.48 | MINUTEMAN PRESS | | | PRINTING | NON |
| 2024 | Q1 | 02/27/2024 | 385.71 | STICKER MULE | 336 FOREST AVE | AMSTERDAM, NY 12010 | MARKETING | NON |
| 2024 | Q1 | 02/28/2024 | 114.28 | ENTERPRISE RENT-A-CAR | 321 N FORT LAUDERDALE BEACH BLVD | FORT LAUDERDALE, FL 33304 | TRANSPORTATION | NON |
| 2024 | Q1 | 02/28/2024 | 3.14 | HOLLYWOOD TOWN PARKING | | HOLLYWOOD, FL | PARKING | NON |
| 2024 | Q1 | 02/28/2024 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q1 | 02/28/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q1 | 02/28/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q1 | 02/28/2024 | 298.82 | MINUTEMAN PRESS | | | PRINTING | NON |
| 2024 | Q1 | 02/29/2024 | 44.65 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q1 | 02/29/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q1 | 02/29/2024 | 610.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/29/2024 | 240.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/29/2024 | 72.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 03/01/2024 | 10,000.00 | GW STRATEGIES | | | FUNDRAISING CONSULTANT | NON |
| 2024 | Q1 | 03/01/2024 | 41.60 | SYNOVUS | | | BANK | NON |
| 2024 | Q1 | 03/01/2024 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q1 | 03/01/2024 | 1,238.61 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | Q1 | 03/01/2024 | 478,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2024 | Q1 | 03/04/2024 | 5,000.00 | TAYLOR AGUILERA | | | CONSULTING | NON |
| 2024 | Q1 | 03/04/2024 | 2,500.00 | THE WHITSON GROUP | | | CONSULTING | NON |
| 2024 | Q1 | 03/04/2024 | -1.35 | BREVARD COUNTY SOE | | VIERA, FL | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/04/2024 | -2.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/04/2024 | -28.35 | LEE COUNTY SUPERVISOR OF ELECT | | FORT MYERS, FL 33901 | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/04/2024 | -13.77 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/05/2024 | 7,174.00 | SEDGWICK LUCY | | | ORGANIZING SERVICES | NON |
| 2024 | Q1 | 03/05/2024 | -6.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/06/2024 | 509.96 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 03/06/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 03/06/2024 | 556.04 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | Q1 | 03/07/2024 | 16.00 | REBRANDLY | | SAN FRANCISCO, CA 94103 | DIGITAL ADS | NON |
| 2024 | Q1 | 03/07/2024 | 39.00 | JOTFORM INC | 111 PINE ST STE 1815 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2024 | Q1 | 03/07/2024 | 25,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2024 | Q1 | 03/11/2024 | -6.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | REFUND PETITIONS | NON |
| 2024 | Q1 | 03/12/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q1 | 03/12/2024 | 463.20 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2024 | Q1 | 03/12/2024 | 31.27 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | AIRFARE | NON |
| 2024 | Q1 | 03/13/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q1 | 03/14/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q1 | 03/14/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q1 | 03/15/2024 | 15,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |

| Year | Q | Date | Amount | Payee | Address | City/State/Zip | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 03/18/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 03/18/2024 | 28.60 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MARKETING | NON |
| 2024 | Q2 | 03/19/2024 | 875.50 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 03/21/2024 | 500.00 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | NON |
| 2024 | Q2 | 03/22/2024 | 20,000.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 03/22/2024 | 20,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | NON |
| 2024 | Q2 | 03/27/2024 | 15.16 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | SUPPLIES | NON |
| 2024 | Q2 | 03/28/2024 | 358.28 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2024 | Q2 | 03/28/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 03/28/2024 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2024 | Q2 | 03/28/2024 | 407.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q2 | 03/29/2024 | 5,357.89 | GREENPRINT STRATEGIES, INC | 4809 NEILLA LN | LAKELAND, FL 32311 | ORGANIZING SERVICES | NON |
| 2024 | Q2 | 03/29/2024 | 2,357.89 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS REIMBURSEMENT | NON |
| 2024 | Q2 | 03/29/2024 | 10,000.00 | PARAGON | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32205 | PRINTING | NON |
| 2024 | Q2 | 03/29/2024 | 2,887.00 | THE WHITSON GROUP | 2500 SUMMER ST | JACKSONVILLE, FL 32205 | VOTER DATA | NON |
| 2024 | Q2 | 04/01/2024 | 2,500.00 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | Q2 | 04/01/2024 | 435.87 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | Q2 | 04/01/2024 | 53.38 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | Q2 | 04/01/2024 | 874.67 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q2 | 04/02/2024 | 363.75 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q2 | 04/02/2024 | 78.81 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q2 | 04/02/2024 | 610.42 | LEON COUNTY SOE | 2990 APALACHEE PKWY #1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2024 | Q2 | 04/02/2024 | 16.14 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q2 | 04/02/2024 | 25.35 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/03/2024 | 92.00 | LITFIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/03/2024 | 50,000.00 | LITFIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | NON |
| 2024 | Q2 | 04/03/2024 | 50,000.00 | LITFIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | NON |
| 2024 | Q2 | 04/03/2024 | 50,000.00 | VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q2 | 04/03/2024 | 299.13 | STICKER MULE | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2024 | Q2 | 04/03/2024 | 473.99 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | PRINTING | NON |
| 2024 | Q2 | 04/03/2024 | 319.93 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | Q2 | 04/04/2024 | 25.00 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q2 | 04/04/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 4333 ANON CARTER BLVD | FORT MYERS, FL 33916 | PETITIONS | NON |
| 2024 | Q2 | 04/05/2024 | 1,574.50 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | Q2 | 04/05/2024 | 399.82 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | Q2 | 04/08/2024 | 200,000.00 | LITFIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | CONSULTING | NON |
| 2024 | Q2 | 04/08/2024 | 528.58 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | NON |
| 2024 | Q2 | 04/08/2024 | 885.83 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/08/2024 | 165.50 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/08/2024 | 22.84 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES | NON |
| 2024 | Q2 | 04/08/2024 | 489.83 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | NON |
| 2024 | Q2 | 04/08/2024 | 16.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/10/2024 | 273.27 | HILTON HOTELS | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | NON |
| 2024 | Q2 | 04/10/2024 | 288.00 | UBER | 4 EMBARCADERO CTR STE 700 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2024 | Q2 | 04/11/2024 | 39.00 | REBRANDLY | 3228 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SUBSCRIPTIONS | NON |
| 2024 | Q2 | 04/11/2024 | 96.43 | TARGET | 1000 NICOLLET MALL | MINNEAPOLIS, MN 55403 | PRINTING | NON |
| 2024 | Q2 | 04/12/2024 | 107.96 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | Q2 | 04/12/2024 | 2,765.52 | FLASH-RITE INC | 115 ATLANTIC DR | MATLAND, FL 32751 | EVENT SUPPLIES | NON |
| 2024 | Q2 | 04/12/2024 | 138.65 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | NON |
| 2024 | Q2 | 04/12/2024 | 964.70 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | NON |
| 2024 | Q2 | 04/15/2024 | 202.00 | HILTON HOTELS | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | NON |
| 2024 | Q2 | 04/15/2024 | 508.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 04/15/2024 | 1,099.50 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 04/15/2024 | 49.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2024 | Q2 | 04/15/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q2 | 04/12/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | STAFF MEALS | NON |
| 2024 | Q2 | 04/15/2024 | 400,000.00 | LITFIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | NON |
| 2024 | Q2 | 04/15/2024 | 1,138.63 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | NON |
| 2024 | Q2 | 04/16/2024 | 792.36 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | NON |
| 2024 | Q2 | 04/16/2024 | 180.55 | PUBLIX ORLANDO | 1400 E COLONIAL DR | ORLANDO, FL 32803 | SALARIES | NON |
| 2024 | Q2 | 04/16/2024 | 68.75 | PUBLIX ORLANDO | 1400 E COLONIAL DR | ORLANDO, FL 32803 | SALARIES | NON |
| 2024 | Q2 | 04/16/2024 | -34.42 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES | NON |
| 2024 | Q2 | 04/15/2024 | 11.76 | CENTURY STORAGE | 2358 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | Q2 | 04/16/2024 | 69.19 | CENTURY STORAGE | 2358 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | Q2 | 04/17/2024 | 196.67 | CENTURY STORAGE | 2358 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | Q2 | 04/17/2024 | 352.97 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 04/17/2024 | 481.67 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | NGN |
| 2024 | Q2 | 04/17/2024 | 5,005.14 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | NGN |
| 2024 | Q2 | 04/17/2024 | 115.71 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | NGN |
| 2024 | Q2 | 04/17/2024 | 350.00 | THE AV GUYS | | ORLANDO, FL 32837 | RENTAL EQUIPMENT | NGN |
| 2024 | Q2 | 04/17/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 9406 AMERICAN EAGLE WAY STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | NGN |
| 2024 | Q2 | 04/19/2024 | 1,124.90 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NGN |
| 2024 | Q2 | 04/19/2024 | 113.10 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NGN |
| 2024 | Q2 | 04/19/2024 | 150.11 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NGN |
| 2024 | Q2 | 04/22/2024 | 880.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/19/2024 | 19.03 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | NGN |
| 2024 | Q2 | 04/19/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | NGN |
| 2024 | Q2 | 04/19/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | NGN |
| 2024 | Q2 | 04/19/2024 | 24.50 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NGN |
| 2024 | Q2 | 04/23/2024 | 26.37 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NGN |
| 2024 | Q2 | 04/23/2024 | 800.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/23/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/23/2024 | 13.20 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DONATS | NGN |
| 2024 | Q2 | 04/24/2024 | 128.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | NGN |
| 2024 | Q2 | 04/24/2024 | 375.00 | AMERICAN VOTES | PO BOX 128 | MADISON, WI 53701 | AIRFARE | NGN |
| 2024 | Q2 | 04/24/2024 | 183.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 12.99 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 156.09 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 376.67 | SYNONYS | PO BOX 128 | COLUMBUS, GA 31902 | BANK FEE | NGN |
| 2024 | Q2 | 04/24/2024 | 21.00 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NGN |
| 2024 | Q2 | 04/24/2024 | 274.59 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NGN |
| 2024 | Q2 | 04/26/2024 | 2,500.00 | THE WHITSON GROUP | 6155 CHAMPION WAY STE 650 | TALLAHASSEE, FL 32311 | DATABASE MANAGEMENT | NGN |
| 2024 | Q2 | 04/25/2024 | 398.60 | DELTA AIR | 1775 CONNECTICUT AVE NW | WASHINGTON, DC 20036 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/25/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/25/2024 | 1,669.77 | GREENPRINT STRATEGIES, INC | 3607 MOSSY CREEK LN | NEOLO PARK, CA 94025 | FUNDRAISING CONSULTANT | NGN |
| 2024 | Q2 | 04/25/2024 | 35,900.00 | GUERIN/DRISCOLL | 5508 S STONELEY DR | TALLAHASSEE, FL 32312 | RETAIL EXPOS | NGN |
| 2024 | Q2 | 04/25/2024 | 183.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/25/2024 | 450.00 | PROGRESS NOW EDUCATION | 4804 WYNNDALE BLVD | DENVER, CO 80202 | DONATION | NGN |
| 2024 | Q2 | 04/25/2024 | 58.80 | TAYLOR AGUILERA | | LAKELAND, FL 33810 | REIMB | RHS |
| 2024 | Q2 | 04/25/2024 | 211.95 | MONDAY.COM | 225 PARK AVE S | NEW YORK, NY 10003 | SUBSCRIPTIONS | NGN |
| 2024 | Q2 | 04/26/2024 | 360.00 | THE WHITSON GROUP | 6155 CHAMPION WAY STE 650 | TALLAHASSEE, FL 32305 | CONSULTING | NGN |
| 2024 | Q2 | 04/26/2024 | 2,500.00 | ALLIANZ TRAVEL INSURANCE | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | INSURANCE | NGN |
| 2024 | Q2 | 04/25/2024 | 96.27 | DELTA AIR | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | AIRFARE | NGN |
| 2024 | Q2 | 04/25/2024 | 398.60 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/29/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 04/29/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | PO BOX 20706 | SARASOTA, FL 34234 | DONATION | NGN |
| 2024 | Q2 | 04/29/2024 | 122.01 | TOTALLYPROMOTIONAL | 366 SUMMER ST | COLDWATER, OH 45828 | PROMO ITEMS | NGN |
| 2024 | Q2 | 04/29/2024 | 4,373.83 | ACTBLUE | PO BOX 20706 | SOMERVILLE, MA 02144 | DONATION | NGN |
| 2024 | Q2 | 04/29/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | PO BOX 20706 | SARASOTA, FL 34234 | MERCHANT FEES | NGN |
| 2024 | Q2 | 04/29/2024 | 145.99 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | NGN |
| 2024 | Q2 | 04/29/2024 | 27.60 | ALLIANZ TRAVEL INSURANCE | 9406 AMERICAN EAGLE WAY STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | NGN |
| 2024 | Q2 | 04/29/2024 | 256.20 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NGN |
| 2024 | Q2 | 04/29/2024 | 183.00 | BRIGHTLINE | 101 NE 6TH ST STE 900 | MIAMI, FL 33136 | AIRFARE | NGN |
| 2024 | Q2 | 04/30/2024 | 30.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | AIRFARE | NGN |
| 2024 | Q2 | 04/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NGN |
| 2024 | Q2 | 04/30/2024 | 6,080.73 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NGN |
| 2024 | Q2 | 04/29/2024 | 484.00 | LANTANA COLLECTIVE | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NGN |
| 2024 | Q2 | 04/30/2024 | 293.54 | DEMOCRACY ENGINE | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NGN |
| 2024 | Q2 | 04/30/2024 | 289.54 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | SALARIES | NGN |
| 2024 | Q2 | 04/30/2024 | 484.00 | LANTANA COLLECTIVE | 3162 LITTLE SOUND DR | ORLANDO, FL 32827 | PETITIONS | NGN |
| 2024 | Q2 | 04/30/2024 | 400,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | DONATION | NGN |
| 2024 | Q2 | 05/01/2024 | 8,433.03 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANC., CA 94080 | TRANSLATION SRVS | NGN |
| 2024 | Q2 | 05/01/2024 | 7,127.55 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | PETITIONS | NGN |
| 2024 | Q2 | 05/01/2024 | 900.00 | FACEBOOK | 1603 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 05/01/2024 | 100,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | NGN |
| 2024 | Q2 | 05/01/2024 | 100,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | NGN |
| 2024 | Q2 | 05/01/2024 | 458,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | MEDIA/ADVERTISING | NGN |
| 2024 | Q2 | 05/02/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NGN |
| 2024 | Q2 | 05/02/2024 | 25.35 | FLORIDA BLUE | | JACKSONVILLE, FL 32246 | INSURANCE | NGN |
| 2024 | Q2 | 05/02/2024 | 113.40 | GOOGLE | 1601 WILLOW RD | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NGN |

| Year | Q | Date | Amount | Payee | Address | City/State | Category | NON |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 05/02/2024 | 448.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/02/2024 | 500.00 | IDEALIST ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | DONATION | NON |
| 2024 | Q2 | 05/02/2024 | 14,396.22 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2024 | Q2 | 05/03/2024 | 800.68 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | NON |
| 2024 | Q2 | 05/03/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/03/2024 | 10,000.00 | GW STRATEGIES | PO BOX 531341 | MIAMI SHORES, FL 33153 | CONSULTING | NON |
| 2024 | Q2 | 05/03/2024 | 5,980.00 | DWYER MAGUIRE | DOCUMENT 100 | PEMBROKE PINES, FL 33026 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q2 | 05/03/2024 | -27.00 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NON |
| 2024 | Q2 | 05/03/2024 | 248.30 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NON |
| 2024 | Q2 | 05/03/2024 | 60.35 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NON |
| 2024 | Q2 | 05/03/2024 | 79.99 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q2 | 05/03/2024 | 39.10 | REBRANDLY | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | SUBSCRIPTIONS | NON |
| 2024 | Q2 | 05/06/2024 | 39.00 | FACEBOOK | 233 S WACKER DR | CHICAGO, IL 60606 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/06/2024 | 307.10 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | Q2 | 05/06/2024 | 311.84 | BOOKING.COM | 28 LIBERTY ST FL 29 | NEW YORK, NY 10005 | TRAVEL | NON |
| 2024 | Q2 | 05/06/2024 | 555.14 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/06/2024 | 555.14 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/06/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/06/2024 | 186.40 | COMPASS HOTEL, NAPLES | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | LODGING | NON |
| 2024 | Q2 | 05/07/2024 | 1,750.00 | DANIELA FERNANDEZ | 1814 1/2 17TH PL NE # 6 | AUSTIN, TX 78757 | PROMO ITEMS | NON |
| 2024 | Q2 | 05/08/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/09/2024 | 13,728.45 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | NON |
| 2024 | Q2 | 05/09/2024 | 227,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SURVEY & FOCUS GROUPS | NON |
| 2024 | Q2 | 05/09/2024 | 72.00 | UNITED | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | AIRFARE | NON |
| 2024 | Q2 | 05/09/2024 | 10.00 | GOOGLE | 4805 TAMIAMI TRL N | NAPLES, FL 34103 | LODGING | NON |
| 2024 | Q2 | 05/13/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/13/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/13/2024 | 1,800.65 | ASHLEIGH HOFFMAN | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | REIMB. EXPENSES | NON |
| 2024 | Q2 | 05/14/2024 | 19.20 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | CONSULTING | NON |
| 2024 | Q2 | 05/14/2024 | 8,250.00 | DANIELA FERNANDEZ | 27TH 27TH PL NE # 6 | WASHINGTON, DC 20002 | CATERING FOR EVENT | NON |
| 2024 | Q2 | 05/14/2024 | 599.74 | EZ CATERING | 1831 UPPER ELGIN RIVER RD | ELGIN, TX 78621 | CATERING FOR EVENT | NON |
| 2024 | Q2 | 05/14/2024 | 23.84 | MB STRATEGIES LLC | 1604 N AMERICA AVE STE 101 | TAMPA, FL 33607 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/14/2024 | 11,000.00 | MB STRATEGIES LLC | 4021 W AMERICA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | NON |
| 2024 | Q2 | 05/14/2024 | 1,705.83 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2024 | Q2 | 05/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 05/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 05/14/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 05/14/2024 | 58.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q2 | 05/14/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 05/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 05/14/2024 | 1,725.00 | REACH PROGRESS PBC | 4316 12TH ST FL 2 | LONG ISLAND CITY, NY 11101 | DATABASE MANAGEMENT | NON |
| 2024 | Q2 | 05/14/2024 | 442.20 | ASHLEIGH HOFFMAN | 2725 PENZANCE ST | PALM HARBOR, FL 34684 | MILEAGE | NON |
| 2024 | Q2 | 05/15/2024 | 110.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | NON |
| 2024 | Q2 | 05/15/2024 | 385.62 | EZ CATERING | 1831 UPPER ELGIN RIVER RD | ELGIN, TX 78621 | CATERING FOR EVENT | NON |
| 2024 | Q2 | 05/15/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 05/15/2024 | 4.78 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | NON |
| 2024 | Q2 | 05/16/2024 | 38.16 | PANTHER COFFEE | 2390 NE 2ND AVE | MIAMI, FL 33137 | COFFEE | NON |
| 2024 | Q2 | 05/16/2024 | 38.16 | RESIDENCE INN | 7750 WISCONSIN AVE | BETHESDA, MD 20814 | LODGING | NON |
| 2024 | Q2 | 05/16/2024 | 33.90 | THREE PALM CUBAN CAFE | 2308 N DIXIE HWY | HOLLYWOOD, FL 33020 | MEALS | NON |
| 2024 | Q2 | 05/16/2024 | 688.47 | THE MARQUETTE HOTEL | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | LODGING | NON |
| 2024 | Q2 | 05/16/2024 | 6,424.55 | NGP VAN/EVERYACTION | 655 15TH ST NW | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q2 | 05/16/2024 | 16.20 | GRAMPS BAR | 176 NW 24TH ST | MIAMI, FL 33127 | MEALS | NON |
| 2024 | Q2 | 05/16/2024 | 25.99 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | NON |
| 2024 | Q2 | 05/16/2024 | 207.59 | USPS | 475 L'ENFANT PLAZA SW | WASHINGTON, DC 20260 | POSTAGE | NON |
| 2024 | Q2 | 05/17/2024 | 48.51 | CENTURY STORAGE | 3900 BRENTWOOD RD NE | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | Q2 | 05/20/2024 | 48.00 | ABM ORLANDO | 2358 SLEEPY HILL RD | ORLANDO, FL 32827 | PARKING | NON |
| 2024 | Q2 | 05/20/2024 | 900.00 | FACEBOOK | 9400 AIRPORT BLVD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |

| Year | Q | P | Date | Amount | Payee | Address | City/State/ZIP | Category | Code |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | P1 | 05/28/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 9.77 | GRAY FOX COFFEE | 801 MARQUETTE AVE | MINNEAPOLIS, MN 55402 | MEALS | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 126.20 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 26.80 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 27.99 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 33.83 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 34.00 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 33.87 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | P1 | 05/21/2024 | 35.00 | ACE HOTEL BROOKLYN | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | LODGING | MON |
| 2024 | Q2 | P1 | 05/22/2024 | 578.28 | ACE HOTEL BROOKLYN | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | LODGING | MON |
| 2024 | Q2 | P1 | 05/22/2024 | 989.31 | LAUREN BRENZEL | 5983 STONELER RD NE | WASHINGTON, DC 20066 | REIMB TRAVEL EXPS | MNB |
| 2024 | Q2 | P1 | 05/28/2024 | 180.92 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | POSTAGE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 7.66 | MONDAY.COM | 225 PARK AVE S | NEW YORK, NY 10003 | SUPPLIES | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 12.00 | DRCFL | 525 S MAGNOLIA AVE | ORLANDO, FL 32801 | MEALS | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 14.34 | ONE ELEVEN | 131 S DEARBORN ST | CORAL GABLES, FL 33134 | MEALS | MON |
| 2024 | Q2 | P1 | 05/24/2024 | 26.01 | CFX YES | PO BOX 2754 | ORLANDO, FL 32801 | PARKING | MON |
| 2024 | Q2 | P1 | 05/24/2024 | 488.83 | SUNPASS | PO BOX 808049 | BOCA RATON, FL 33488 | TOLLS | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 520.00 | HOTELS.COM | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | LODGING | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 319.93 | SPROUT SOCIAL, INC | 131 S DEARBORN ST | CHICAGO, IL 60603 | SOFTWARE | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 321.43 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MON |
| 2024 | Q2 | P1 | 05/28/2024 | 1,725.00 | NYC REACH ORG | 4289 28TH ST STE 6 | LONG ISLAND CITY, NY 11101 | DONATION | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 963.45 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 323.51 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 10,000.00 | COURTNEY BREWER | 905 LOTHIAN DR | TALLAHASSEE, FL 32312 | LEGAL SERVICES | MON |
| 2024 | Q2 | P1 | 05/31/2024 | 835.31 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 26.48 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 1,879.51 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 1,673.08 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 1,580.77 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 78.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 72.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 143.78 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | Q2 | P1 | 05/30/2024 | 2,500.00 | THE WHITSON GROUP | 366 SUMMER ST | SOMERVILLE, MA 02144 | CONSULTING | MON |
| 2024 | Q2 | P1 | 05/31/2024 | 147.48 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | P1 | 05/31/2024 | 921.64 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | Q2 | P1 | 05/31/2024 | 89.78 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | Q2 | P1 | 05/31/2024 | 4,886.75 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANC., CA 94080 | MERCHANT FEES | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 15.26 | CIRCA 39 HOTEL | 3900 COLLINS AVE | MIAMI BEACH, FL 33140 | LODGING | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 153.90 | CIRCA 39 HOTEL | 3900 COLLINS AVE | MIAMI BEACH, FL 33140 | LODGING | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 114.52 | EMBASSY SUITES | 202 N TAMIAMI TRL | SARASOTA, FL 34236 | LODGING | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 218.07 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 610.42 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 223.55 | GW STRATEGIES | 2028 E BEN WHITE BLVD STE 202 | AUSTIN, TX 78741 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | P1 | 06/03/2024 | 528.09 | TALLAHASSEE AIRPORT PARKING | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MON |
| 2024 | Q2 | P1 | 06/04/2024 | 36.00 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | P1 | 06/04/2024 | 25,000.00 | NGP VAN/EVERACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q2 | P1 | 06/04/2024 | 3,829.55 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | P1 | 06/05/2024 | 66.46 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | P1 | 06/05/2024 | 900.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | LONG ISLAND CITY, NY 11101 | TRAVEL | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 719.07 | LAWTON CONNECT | 649 TRIUMPH CT | TALLAHASSEE, FL 32308 | PRINTING | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 1,358.97 | LAWTON CONNECT | 649 TRIUMPH CT | TALLAHASSEE, FL 32308 | PRINTING | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 2.27 | MB STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 7,500.00 | LAWTON CONNECT | 649 TRIUMPH CT | TALLAHASSEE, FL 32308 | PRINTING | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 35.00 | REDRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | P1 | 06/06/2024 | 2,500.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | CONSULTING | MON |

| Year | Period | Date | Amount | Payee | Address | City/State/ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1A | 06/07/2024 | 39.00 | JOTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/07/2024 | 7,000.00 | LITTOF CAMPAIGNS LLC | 403 E MELBORNE AVE | SILVER SPRING, MD 20901 | CONSULTING | NON |
| 2024 | P1A | 06/07/2024 | 16.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | DIGITAL ADS | NON |
| 2024 | P1A | 06/07/2024 | 1.33 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/07/2024 | 3.31 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/07/2024 | 88.62 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | P1A | 06/10/2024 | 990.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P1A | 06/10/2024 | 30.48 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | P1A | 06/10/2024 | 86.67 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | P1A | 06/11/2024 | 48.51 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | P1A | 06/11/2024 | 401.22 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | NON |
| 2024 | P1A | 06/11/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P1A | 06/11/2024 | 2,527.04 | LEFT GOOD | | SARASOTA, FL 34242 | MARKETING | NON |
| 2024 | P1A | 06/11/2024 | 95.00 | MOXIE MEDIA | | WASHINGTON, DC 20005 | MARKETING | NON |
| 2024 | P1A | 06/11/2024 | 594.96 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | P1A | 06/11/2024 | 192.96 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/11/2024 | 4,283.97 | TAYLOR AGUILERA | | | MILEAGE | NON |
| 2024 | P1A | 06/11/2024 | 132.10 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/12/2024 | 26.67 | ALLIANZ TRAVEL INSURANCE | 4884 WILLIAMSTOWN BLVD | | INSURANCE | NON |
| 2024 | P1A | 06/12/2024 | 54.55 | AMERICAN AIRLINES | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | AIRFARE | NON |
| 2024 | P1A | 06/12/2024 | 268.75 | DANIELA FERNANDEZ | 4201 INWOOD RD | FORT WORTH, TX | CONSULTING | NON |
| 2024 | P1A | 06/12/2024 | 11.89 | FOR THE RECORD REPORTING INC. | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | TRANSCRIPT | NON |
| 2024 | P1A | 06/12/2024 | 127,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SURVEY & FOCUS GROUPS | NON |
| 2024 | P1A | 06/12/2024 | 407.95 | MEYER, BLOHM AND POWELL, P.A. | PO BOX 1547 | TALLAHASSEE, FL 32317 | LEGAL SERVICES | NON |
| 2024 | P1A | 06/13/2024 | 445.57 | SIR SPEEDY | | | SUPPLIES | NON |
| 2024 | P1A | 06/13/2024 | 285.53 | TARGET PRINT & MAIL | 25 SE 2ND AVE | | PRINTING | NON |
| 2024 | P1A | 06/13/2024 | 343.40 | HIPPODROME STATE THEATRE | 104 RIDGE RD # A | NORTH ARLINGTON, NJ 07031 | PRINTING | NON |
| 2024 | P1A | 06/13/2024 | 530.58 | THE BARK TALLAHASSEE | 587 ALL SAINTS AVE | TALLAHASSEE, FL 32301 | PRINTING | NON |
| 2024 | P1A | 06/13/2024 | 3,063.45 | NATIONAL COURT REPORTER | 5004 E FOWLER AVE | TAMPA, FL 33617 | PRINTING | NON |
| 2024 | P1A | 06/13/2024 | 721.81 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | VOTER DATA | NON |
| 2024 | P1A | 06/13/2024 | 104.11 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | P1A | 06/13/2024 | 204.15 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | PRINTING | NON |
| 2024 | P1A | 06/14/2024 | 900.00 | AIRLINE | 354 OYSTER POINT BLVD | SOUTH SAN FRANC, CA 94080 | TRAVEL | NON |
| 2024 | P1A | 06/14/2024 | 2,134.62 | DEMOCRACY ENGINE | 1800 M ST NW STE 900 | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | P1A | 06/14/2024 | 2,250.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P1A | 06/14/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | P1A | 06/14/2024 | 30.81 | AMAZON | | | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 3,253.84 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | NON |
| 2024 | P1A | 06/14/2024 | 76.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P1A | 06/14/2024 | 1,437.53 | STRIPE | 510 TOWNSEND ST | SAN FRANCISCO, CA 94103 | MERCHANT FEES | NON |
| 2024 | P1A | 06/14/2024 | 18.12 | THE UPS STORE | | | SHIPPING | NON |
| 2024 | P1 | 06/17/2024 | 27.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | P1 | 06/17/2024 | 30.81 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | P1 | 06/17/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P1 | 06/17/2024 | 43.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | P1 | 06/17/2024 | 1,305.40 | MINUTEMAN PRESS | | | PRINTING | NON |
| 2024 | P1 | 06/17/2024 | 103.84 | SOUTHWEST AIRLINE | | DALLAS, TX 75235 | AIRFARE | NON |
| 2024 | P1 | 06/17/2024 | 48.15 | TOTALLY PROMOTIONAL | | | MARKETING | NON |
| 2024 | P1 | 06/18/2024 | 196.47 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | P1 | 06/18/2024 | 21.80 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | P1 | 06/19/2024 | 48.45 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | P1 | 06/19/2024 | 97.55 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | P1 | 06/19/2024 | 346.96 | AMAZON | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | P1 | 06/19/2024 | 7,330.20 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | NON |
| 2024 | P1 | 06/19/2024 | 787.95 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | MARKETING | NON |
| 2024 | P1 | 06/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |

| Year | Sch | Date | Amount | Payee | Address | City/State/Zip | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1A | 06/19/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | NON |
| 2024 | P1A | 06/19/2024 | 84.00 | TWITTER | 1355 MARKET ST STE 900 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | NON |
| 2024 | P1A | 06/20/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P1A | 06/21/2024 | 583.89 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | P1A | 06/21/2024 | 63.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | NON |
| 2024 | P1A | 06/21/2024 | 232.72 | DEMOCRACY ENGINE | 2201 WILSON BLVD | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | P1A | 06/21/2024 | 162.72 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | NON |
| 2024 | P1A | 06/21/2024 | 30.67 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | NON |
| 2024 | P1A | 06/21/2024 | 39.44 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | NON |
| 2024 | P1A | 06/21/2024 | 446.20 | JETBLUE AIRWAYS | 2703 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | TRAVEL | NON |
| 2024 | P1A | 06/21/2024 | 1,217.28 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | NON |
| 2024 | P1A | 06/24/2024 | 580.00 | THE WHITSON GROUP | 1601 WILLOW RD | MENLO PARK, CA 94025 | AIRFARE | NON |
| 2024 | P1A | 06/24/2024 | 750.00 | WALGREENS | 104 N KING ST | TALLAHASSEE, FL 32301 | MERCHANT FEES | NON |
| 2024 | P1A | 06/24/2024 | | FLORIDA AFL-CIO | 135 S MONROE ST | TALLAHASSEE, FL 32301 | DONATION | NON |
| 2024 | P1A | 06/24/2024 | 15.26 | HYATT | | CHICAGO, IL 60606 | LODGING | NON |
| 2024 | P1A | 06/24/2024 | 42.01 | HYATT | | CHICAGO, IL 60606 | LODGING | NON |
| 2024 | P1A | 06/25/2024 | 28.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | NON |
| 2024 | P1A | 06/25/2024 | 1,723.00 | REACH PROGRESS PAC | | SUNNYSIDE, NY 11104 | DONATION | NON |
| 2024 | P1A | 06/25/2024 | 2,500.00 | | | JACKSONVILLE, FL 32205 | OUTREACH | NON |
| 2024 | P1A | 06/25/2024 | | CAMPAIGN VERIFY | | DEERFIELD, IL 60015 | CAMPAIGN VERIFY | NON |
| 2024 | P1A | 06/25/2024 | 95.00 | MONDAY.COM | | WASHINGTON, DC 20007 | SOFWARE | NON |
| 2024 | P1A | 06/25/2024 | 360.00 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | SOFWARE | NON |
| 2024 | P1A | 06/25/2024 | 400.00 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | SOFWARE | NON |
| 2024 | P1A | 06/26/2024 | 598.00 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2024 | P1A | 06/26/2024 | 262.61 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P1A | 06/26/2024 | 200.00 | OPTERY.COM | | SAN FRANCISCO, CA 94104 | SOFWARE | NON |
| 2024 | P1A | 06/26/2024 | 20.75 | OPTERY.COM | | SAN FRANCISCO, CA 94104 | SOFWARE | NON |
| 2024 | P1A | 06/27/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | CLAYTON, CA 94517 | DONATION | NON |
| 2024 | P1A | 06/27/2024 | 240.00 | ASTRO SKATE OF ORLANDO | 6150 CENTER ST UNIT 121 | SARASOTA, FL 34234 | EVENT TICKETS | NON |
| 2024 | P1A | 06/27/2024 | 319.93 | BEST BUY | 366 CENTER ST | TARPON SPRINGS, FL 34689 | SUPPLIES | NON |
| 2024 | P1A | 06/27/2024 | 200.90 | DIGRESS WINE | 7601 PENN AVE S | RICHFIELD, MN 55423 | STAFF MEALS | NON |
| 2024 | P1A | 06/27/2024 | 2,981.55 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX | NON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P2A | 07/01/2024 | 20,000.00 | FELDMAN STRATEGIES | 610 42ND | SOMERVILLE, MA 02144 | CONSULTING | NON |
| 2024 | P2A | 07/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | P2A | 07/01/2024 | 376.79 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P2A | 07/01/2024 | 515.71 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P2A | 07/01/2024 | 10,360.00 | MEDIA | | NEW YORK, NY 10019 | DIGITAL ADS | NON |
| 2024 | P2A | 07/03/2024 | 7,000.00 | STEVENSON LEGAL, PLLC | 919 PANFERIO DR | PENSACOLA BEACH, FL 32561 | LEGAL SERVICES | NON |
| 2024 | P2A | 07/03/2024 | 12,525.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P2A | 07/03/2024 | 3,500.00 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | P2A | 07/03/2024 | 3,670.60 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P2A | 07/03/2024 | 7,982.04 | GW STRATEGIES | | MOUNTAIN VIEW, CA 94043 | CONSULTING | NON |
| 2024 | P2A | 07/03/2024 | | LITTOFF CAMPAIGNS LLC | | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | NON |
| 2024 | P2A | 07/03/2024 | | LITTOFF CAMPAIGNS LLC | | SILVER SPRING, MD 20901 | DIRECT MAIL | NON |
| 2024 | P2A | 07/05/2024 | 5.90 | LUCY SEDGWICK | | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTANT | NON |
| 2024 | P2A | 07/05/2024 | 25.35 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | ST PETERSBURG, FL 33701 | CONSULTING | NON |
| 2024 | P2A | 07/05/2024 | 354.16 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | P2A | 07/05/2024 | 815.45 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | P2A | 07/05/2024 | 369.67 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P3 | 07/08/2024 | 148.51 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P3 | 07/08/2024 | 128.86 | DEMOCRACY ENGINE | | WASHINGTON, DC 20001 | MERCHANT FEE | NON |
| 2024 | P2A | 07/08/2024 | 63.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | | | 10,000.00 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | PAYROLL FEE | NON |
| 2024 | | | 354.74 | BEST BUY | | SAN FRANCISCO, CA 94103 | SUPPLIES | NON |
| 2024 | | | 39.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | NON |

| Year | Period | Date | Amount | Payee | Address | City, State ZIP | Category | Fund |
|---|---|---|---|---|---|---|---|---|
| 2024 | P5 | 07/08/2024 | 16.00 | VGU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | MON |
| 2024 | P5 | 07/09/2024 | 4,112.50 | MOXIE MEDIA | PO BOX 30084 | SEATTLE, WA 98113 | PROMOTIONAL MERCHANDISE | MON |
| 2024 | P5 | 07/09/2024 | 192.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P4 | 07/10/2024 | 201.33 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | P4 | 07/10/2024 | 285.60 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P4 | 07/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P4 | 07/10/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P4 | 07/10/2024 | 190.03 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | TRAVEL | MON |
| 2024 | P4 | 07/10/2024 | 1,176.60 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | P3 | 07/10/2024 | 1,310.97 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | P3 | 07/11/2024 | 4,897.46 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMOTIONAL MERCHANDISE | MON |
| 2024 | P3 | 07/11/2024 | 8,259.00 | DANIELA FERNANDEZ | 1014 1/2 17TH ST NW | WASHINGTON, DC 20002 | AIRFARE | MON |
| 2024 | P3 | 07/11/2024 | 8.19 | HUDSON NEWS | 1 AIRPORT BLVD # 6 | — | TRAVEL MEALS | MON |
| 2024 | P3 | 07/11/2024 | 7,500.00 | M8 STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | MON |
| 2024 | P3 | 07/11/2024 | 310.58 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P3 | 07/12/2024 | 21.20 | BALTIMORE CONVENTION | 1 W PRATT ST | BALTIMORE, MD 21201 | EVENT TICKETS | MON |
| 2024 | P3 | 07/12/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P3 | 07/12/2024 | 237.29 | DEMOCRACY ENGINE | 1401 1/2 17TH ST NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P3 | 07/12/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/12/2024 | 398.97 | BROWN KOLYN | 712 MAXWELL ST | ORLANDO, FL 32804 | MILEAGE | MON |
| 2024 | P3 | 07/12/2024 | 1,384.62 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,600.72 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | MON |
| 2024 | P3 | 07/12/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 85.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 160.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | P3 | 07/16/2024 | 25.86 | OPTERY.COM | — | CLAYTON, CA 94517 | SOFTWARE | MON |
| 2024 | P3 | 07/16/2024 | 10,500.00 | RAYNER MAGUIRE | — | POMPANO BEACH, FL 33060 | CAMPAIGN CONSULTING | MON |
| 2024 | P3 | 07/16/2024 | 653.01 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P3 | 07/18/2024 | 322.72 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/18/2024 | 123.50 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P3 | 07/18/2024 | 54,800.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SURVEY & FOCUS GROUPS | MON |
| 2024 | P3 | 07/18/2024 | 25.86 | OPTERY.COM | — | CLAYTON, CA 94517 | SOFTWARE | MON |
| 2024 | P3 | 07/19/2024 | 3,500.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | P3 | 07/19/2024 | 2,160.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/19/2024 | 35.49 | FLORIDA WATCH | — | TALLAHASSEE, FL 32301 | LEGAL SERVICES | MON |
| 2024 | P3 | 07/19/2024 | 427.84 | MEYER, BLORM AND POWELL, P.A. | PO BOX 1547 | TALLAHASSEE, FL 32302 | CONSULTING | MON |
| 2024 | P3 | 07/19/2024 | 57.44 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P3 | 07/22/2024 | 900.86 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P3 | 07/22/2024 | 18.90 | DEMOCRACY ENGINE | 1401 1/2 17TH ST NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P3 | 07/22/2024 | 116.98 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/22/2024 | 877.19 | INSTACART | 50 BEALE ST STE 600 | SAN FRANCISCO, CA 94105 | STAFF MEALS | MON |
| 2024 | P3 | 07/22/2024 | 200.33 | VILLEGAS LESLIE | 1375 PULLEN RD | LAKELAND, FL 33810 | MILEAGE | MON |
| 2024 | P3 | 07/22/2024 | 183.37 | AGUILERA TAYLOR | 4884 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | TRAVEL | MON |
| 2024 | P3 | 07/22/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/23/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P3 | 07/23/2024 | 17.34 | INSTACART | 50 BEALE ST STE 600 | SAN FRANCISCO, CA 94105 | STAFF MEALS | MON |
| 2024 | P3 | 07/22/2024 | 69,970.00 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | MEDIA PRODUCTION | MON |
| 2024 | P3 | 07/23/2024 | 342.37 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |

| Year | Pg | Date | Amount | Payee | Address | City/State/Zip | Category | Flag |
|---|---|---|---|---|---|---|---|---|
| 2024 | P6 | 07/23/2024 | 47,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | MERCHANT FEES | NON |
| 2024 | P6 | 07/23/2024 | 5.50 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2024 | P6 | 07/23/2024 | 2,632.23 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS | NON |
| 2024 | P6 | 07/23/2024 | 2,885.86 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS | NON |
| 2024 | P6 | 07/23/2024 | 1,508.06 | IMPRINT.COM | 14558 BEECHNUT ST | HOUSTON, TX 77083 | MERCHANDISE PRODUCTS | NON |
| 2024 | P6 | 07/24/2024 | 210.16 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | STAFF MEALS | NON |
| 2024 | P6 | 07/24/2024 | 4,687.78 | STICKERAPP INC | | FRANKLIN, TN 37064 | MERCHANDISE PRODUCTS | NON |
| 2024 | P6 | 07/24/2024 | 9,687.78 | STICKERAPP INC | | FRANKLIN, TN 37064 | MERCHANDISE PRODUCTS | NON |
| 2024 | P6 | 07/25/2024 | 70.80 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | P6 | 07/25/2024 | 82.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | P6 | 07/25/2024 | 37.28 | HILTON HOTELS | 7930 JONES BRANCH DR STE 1100 | MCLEAN, VA 22102 | LODGING | NON |
| 2024 | P6 | 07/25/2024 | | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | NON |
| 2024 | P5 | 07/25/2024 | 2,844.00 | BRIGHTLINE | | | | NON |
| 2024 | P5 | 07/26/2024 | 1,725.00 | REACH PROGRESS PBC | | | OUTREACH | NON |
| 2024 | P5 | 07/26/2024 | 612.88 | ACTBLUE | | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | P5 | 07/26/2024 | 966.58 | THE GREAT GREEK MEDITERRANEAN | 753 E COMMERCIAL BLVD STE 44 | OAKLAND PARK, FL 33334 | STAFF MEALS | NON |
| 2024 | P5 | 07/29/2024 | 70.46 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | P5 | 07/29/2024 | 2,003.24 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | P5 | 07/29/2024 | 2,795.00 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS | NON |
| 2024 | P5 | 07/29/2024 | 5,000.00 | CHANGE MEDIA GROUP | | CHICAGO, IL 60677 | MEDIA CONSULTING | NON |
| 2024 | P5 | 07/30/2024 | 30,000.00 | EQUAL GROUND EDUCATION FUND | PO BOX 776850 | FORT WALTON BEACH, FL 32549 | GRANT | NON |
| 2024 | P5 | 07/30/2024 | 19.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | P5 | 07/30/2024 | 22.40 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | P5 | 07/30/2024 | 672.84 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | NON |
| 2024 | P5 | 07/30/2024 | 598.60 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | SUBSCRIPTIONS | NON |
| 2024 | P5 | 07/30/2024 | 905.06 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P6 | 07/30/2024 | 13,300.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES | NON |
| 2024 | P6 | 07/30/2024 | 27,300.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES | NON |
| 2024 | P6 | 07/30/2024 | 28,400.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES | NON |
| 2024 | P6 | 07/30/2024 | 7,300.00 | BRENZEL LAUREN | | | CONSULTING | NON |
| 2024 | P6 | 07/30/2024 | 5,000.00 | MY MANA'S BOOKS RECORDS CAFE | 5903 STONELER RD | TAMPA, FL 33634 | DONATION | NON |
| 2024 | P6 | 07/30/2024 | 6,500.00 | OKLOOSA COUNTY BRANCH, NAACP | | | DONATION | NON |
| 2024 | P6 | 07/30/2024 | 30,000.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES | NON |
| 2024 | P6 | 07/30/2024 | 7,500.00 | GPMB INC. | | | CONSULTING | NON |
| 2024 | P6 | 07/30/2024 | 2,500.00 | THE WHITSON GROUP | | | CONSULTING | NON |
| 2024 | P6 | 07/30/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 945 17TH ST | SARASOTA, FL 34234 | GRANT | NON |
| 2024 | P6 | 07/31/2024 | 1,887.70 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | NON |
| 2024 | P6 | 07/31/2024 | 1,038.46 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 4,383.89 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 3,840.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P6 | 07/31/2024 | 91.00 | MIAMI PAYROLL CENTER | 3208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | P6 | 07/31/2024 | 2,421.18 | FELDMAN STRATEGIES | 1111 BRYANT ST NW #2 | WASHINGTON, DC 20001 | CONSULTING | NON |
| 2024 | P6 | 08/01/2024 | 2,762.54 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P6 | 08/01/2024 | 410.74 | ZGO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | P6 | 08/01/2024 | 275.23 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P6 | 08/01/2024 | 70,000.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | GRANT | NON |
| 2024 | P6 | 08/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 33246 | INSURANCE | NON |
| 2024 | P6 | 08/01/2024 | 100,000.00 | FLORIDA FOR ALL | 18880 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | GRANT | NON |

| Year | Pg | Date | Amount | Payee | Address | City / State / ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | P7 | 08/14/2024 | 451.15 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P7 | 08/14/2024 | 520.14 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | P7 | 08/13/2024 | 10,234.38 | GW STRATEGIES | | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | NON |
| 2024 | P7 | 08/13/2024 | 31.53 | BROWN KOLYN | 712 MAXWELL ST | ORLANDO, FL 32804 | REIMB EXPS - PRINTING/LITERATURE | NON |
| 2024 | P7 | 08/13/2024 | 15,803.00 | SEDGWICK LUCY | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | NON |
| 2024 | P7 | 08/13/2024 | 139.43 | HAMMONS MARKITTA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB EXPS | NON |
| 2024 | P7 | 08/13/2024 | 3.98 | VNS FLORIDA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB SUPPLIES EXPENSE | NON |
| 2024 | P7 | 08/12/2024 | 360.92 | NGP VAN/EVERYACTION | PO BOX 531341 | WASHINGTON, DC 20005 | REIMB MGMT | NON |
| 2024 | P7 | 08/12/2024 | 285.42 | MURAD NICOLE | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | MILEAGE | NON |
| 2024 | P7 | 08/12/2024 | 932.37 | MURAD NICOLE | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | TRAVEL REIMB | NON |
| 2024 | P7 | 08/12/2024 | 164.95 | AGUILERA TAYLOR | | LAKELAND, FL | TRAVEL REIMB | NON |
| 2024 | P7 | 08/12/2024 | 231.82 | AGUILERA TAYLOR | | LAKELAND, FL | MILEAGE | NON |
| 2024 | P7 | 08/12/2024 | 290.38 | TIKI TAXI & CRUISE | 4804 WILLIAMSON BLVD | BOYNTON BEACH, FL 33435 | TRANSPORTATION | NON |
| 2024 | P7 | 08/09/2024 | 92.60 | YOUTH ACTION FUND | 1327 PARTRIDGE CLOSE | COCONUT CREEK, FL 33063 | MERCHANDISE PROMO ITEMS | NON |
| 2024 | P7 | 08/09/2024 | 723.88 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | P7 | 08/09/2024 | 37.28 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | P7 | 08/09/2024 | 60.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | NON |
| 2024 | P7 | 08/09/2024 | 100.54 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | P7 | 08/07/2024 | 13.19 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | MERCHANT FEES | NON |
| 2024 | P7 | 08/07/2024 | 144.60 | VILLEGAS LESLIE | | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | P7 | 08/07/2024 | 169.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | DIGITAL ADS | NON |
| 2024 | P7 | 08/06/2024 | 15.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/06/2024 | 163.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | NON |
| 2024 | P7 | 08/06/2024 | 149.91 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P7 | 08/06/2024 | 36.92 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES | NON |
| 2024 | P7 | 08/05/2024 | 159.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | NON |
| 2024 | P7 | 08/05/2024 | 1.86 | BEST BUY PREMIUM | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | NON |
| 2024 | P7 | 08/05/2024 | 159.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | NON |
| 2024 | P7 | 08/05/2024 | 159.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | DIRECT MAIL | NON |
| 2024 | P7 | 08/05/2024 | 587.81 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/05/2024 | 360.57 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/05/2024 | 175.83 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/02/2024 | 648.14 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/02/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | P7 | 08/02/2024 | 170.24 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/02/2024 | 5,200.00 | MOXIE MEDIA | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | CANVASSING | NON |
| 2024 | P7 | 08/02/2024 | 11,572.04 | NGP VAN/EVERYACTION | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/02/2024 | 3,200.00 | NGP VAN/EVERYACTION | | SANTA ANA, CA 92703 | DATABASE MANAGEMENT | NON |
| 2024 | P7 | 08/02/2024 | 940.17 | SCALE TO WIN | PO BOX 30084 | WASHINGTON, DC 20005 | DIGITAL ADS | NON |
| 2024 | P7 | 08/02/2024 | 8.18 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC | POSTAGE | NON |
| 2024 | P7 | 08/01/2024 | 4,450.00 | FLORIDA DEPARTMENT OF STATE | 500 S BRONOUGH ST | TALLAHASSEE, FL 32399 | FINE PAYMENT | NON |
| 2024 | P7 | 08/01/2024 | 6,750.00 | PEOPLE POWER FOR FLORIDA | 1842 ASHLEY HALL WAY | TALLAHASSEE, FL 32308 | PRINTING/MERCHANDISE | NON |
| 2024 | P7 | 08/01/2024 | 169.33 | EXPEDIA | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | AIRFARE | NON |
| 2024 | P7 | 08/01/2024 | 39.00 | REBRANDLY | 901 CHURCH ST | SAN FRANCISCO, CA 94114 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/01/2024 | 1.00 | REBRANDLY | 901 CHURCH ST | SAN FRANCISCO, CA 94114 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/01/2024 | 242.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/01/2024 | 59.12 | ORANGE MEDIA GROUP | 150 N WACKER DR | CHICAGO, IL 60606 | VIDEO PRODUCTION | NON |
| 2024 | P7 | 08/01/2024 | 150.37 | OPTERY.COM | | | SOFTWARE | NON |
| 2024 | P7 | 08/12/2024 | 3,993.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | NON |
| 2024 | P7 | 08/12/2024 | 3,760.00 | BEGGS & LANE RLLP | 501 COMMENDENCIA ST | PENSACOLA, FL 32502 | LEGAL SERVICES | NON |
| 2024 | P7 | 08/12/2024 | 17,170.17 | MB STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | MEDIA BUY & COMPLIANCE | NON |
| 2024 | P7 | 08/12/2024 | 47.77 | MB STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | MILEAGE | NON |
| 2024 | P7 | 08/12/2024 | 486.16 | MB STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | MILEAGE | NON |
| 2024 | P7 | 08/12/2024 | 102.87 | TOTALLY PROMOTIONAL | 1945 17TH ST | COLDWATER, OH 45828 | MERCHANDISE | NON |
| 2024 | P7 | 08/12/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 450 S 2ND ST | SARASOTA, FL 34234 | DONATION | NON |
| 2024 | P7 | 08/14/2024 | 319.93 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | NON |
| 2024 | P7 | 08/12/2024 | 16,492.00 | MESSAGE AUDIENCE | 2400 S 4TH ST | AUSTIN, TX 78704 | SUBSCRIPTIONS | NON |
| 2024 | P7 | 08/12/2024 | 17,647.69 | MOXIE MEDIA | PO BOX 30084 | AUSTIN, TX 78703 | DIGITAL ADS | NON |
| 2024 | P7 | 08/12/2024 | 250,000.00 | HARD KNOCKS STRATEGIES LLC | 6150 CENTER ST UNIT 121 | AUSTIN, TX 78703 | TV SHOOT | NON |
| 2024 | P6 | 08/09/2024 | 35,000.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | NON |
| 2024 | P6 | 08/14/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | NON |
| 2024 | P6 | 08/14/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | NON |
| 2024 | P6 | 08/14/2024 | 1,937.94 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | AIRFARE | NON |
| 2024 | P6 | 08/14/2024 | 8,250.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | NON |
| 2024 | P6 | 08/14/2024 | 6,750.00 | PRODUCTIVE.COM | | | CONSULTING | NON |

| Year | Acct | Date | Amount | Payee | Address | City / State / ZIP | Category | Fund |
|---|---|---|---|---|---|---|---|---|
| 2024 | G1 | 08/15/2024 | 1,982.06 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | NON |
| 2024 | G1 | 08/15/2024 | 120.00 | ARENA ACADEMY | | WASHINGTON, DC 20003 | TRAINING | NON |
| 2024 | G1 | 08/15/2024 | 152.45 | ASANA INC | 633 FOLSOM ST STE 100 | SAN FRANCISCO, CA 94107 | SOFTWARE | NON |
| 2024 | G1 | 08/15/2024 | 12.83 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | NON |
| 2024 | G1 | 08/15/2024 | 81.21 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | NON |
| 2024 | P7A | 08/15/2024 | 3,500.00 | FLORIDA MATCH | 2623 FORBES ST | JACKSONVILLE, FL 32204 | COMMUNICATION CONSULTING | NON |
| 2024 | P7A | 08/15/2024 | 118.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 4,724.59 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | P7A | 08/15/2024 | 8,458.55 | MIAMI PAYROLL CENTER | 13206 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | NON |
| 2024 | P7 | 08/15/2024 | 244.99 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | NON |
| 2024 | P7 | 08/15/2024 | 458.55 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | NON |
| 2024 | G1 | 08/15/2024 | | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | NON |
| 2024 | G1 | 08/16/2024 | 465.41 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | NON |
| 2024 | G1 | 08/16/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | G1 | 08/16/2024 | 227.76 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | G1 | 08/16/2024 | 62.96 | DOMINO'S | 1601 WILLOW RD | ANN ARBOR, MI 48105 | STAFF MEALS | NON |
| 2024 | P7 | 08/16/2024 | 744.27 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | NON |
| 2024 | P7 | 08/19/2024 | 2,504.33 | SUTHERLAND NATASHA | 607 TALAFLO ST | TALLAHASSEE, FL 32308 | LEGAL SERVICES | NON |
| 2024 | G1 | 08/19/2024 | 60.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | NON |
| 2024 | G1 | 08/19/2024 | 224.69 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | NON |
| 2024 | P7 | 08/19/2024 | 393.74 | DRURY PLAZA HOTEL TALLAHASSEE | | TALLAHASSEE, FL 32308 | LODGING | NON |
| 2024 | P7 | 08/20/2024 | 151.23 | KROGER | | TALLAHASSEE, FL 32302 | SALARIES | NON |
| 2024 | P7 | 08/20/2024 | 505.29 | MEDIACHOICE ADVOCACY | PO BOX 1547 | CINCINNATI, OH 45229 | DIGITAL ADS | NON |
| 2024 | P7 | 08/20/2024 | 1,520.00 | MEYER BLOHM AND POWELL P.A. | 3047 MADISON RD | COLUMBUS, GA 31902 | LEGAL SERVICES | NON |
| 2024 | P7 | 08/20/2024 | 35,000.00 | SPROUT INSIGHT LLC | PO BOX 120 | MEMPHIS, TN 38120 | GRANT | NON |
| 2024 | G1 | 08/20/2024 | 62,000.00 | SYNOVOS | 942 SHADY GROVE RD S | MORRISVILLE, NC 40643 | BANK FEE | NON |
| 2024 | G1 | 08/20/2024 | 5.49 | FEDEX | | LAKELAND, FL 33810 | SHIPPING | NON |
| 2024 | G1 | 08/21/2024 | 9.00 | GOOGLE | 1600 AMPHITHEATRE | GLENDALE, CA 91201 | DIGITAL ADS | NON |
| 2024 | G1 | 08/21/2024 | 52.00 | PUBLIC STORAGE | 701 WESTERN AVE | OAKBROOK TERRACE, IL 60181 | STORAGE | NON |
| 2024 | P7 | 08/22/2024 | 109.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | WASHINGTON, DC 20002 | INSURANCE | NON |
| 2024 | P7 | 08/22/2024 | 123.00 | AMTRAK | 60 MASSACHUSETTS AVE NE | WASHINGTON, DC 20002 | TRANSPORTATION | NON |
| 2024 | P7 | 08/22/2024 | 25.92 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | NON |
| 2024 | P7 | 08/22/2024 | 26.39 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | NON |
| 2024 | P7 | 08/22/2024 | | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | P7 | 08/22/2024 | | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | P7 | 08/22/2024 | 1,842.26 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/22/2024 | 574.16 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | P7 | 08/22/2024 | 1,141.33 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | G1 | 08/23/2024 | 148.91 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | G1 | 08/23/2024 | | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | GLA | 08/23/2024 | 23.18 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GI | 08/23/2024 | 29.16 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GLA | 08/23/2024 | 30.29 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G | 08/23/2024 | 155.08 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | G. | 08/23/2024 | 1,013.03 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | GI | 08/23/2024 | 61.06 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | GLA | 08/26/2024 | 2,840.00 | ARENA ACADEMY | 354 OYSTER POINT BLVD STE # 143 | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | GLA | 08/26/2024 | 170.00 | BLDYE | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | TRAINING | NON |
| 2024 | GI | 08/26/2024 | 106.78 | DOMINOS | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | NON |
| 2024 | G.A | 08/26/2024 | 51.08 | DOMINOS | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | NON |
| 2024 | GLA | 08/26/2024 | 102.26 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GLA | 08/26/2024 | 35.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GLA | 08/26/2024 | 35.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GLA | 08/26/2024 | 49.40 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | GLA | 08/26/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | SUPPLIES | NON |
| 2024 | GLA | 08/26/2024 | 158.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | GLA | 08/26/2024 | 356.35 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | GLA | 08/26/2024 | 156,248.25 | FLORIDA FOR ALL | 10800 BISCAYNE BLVD STE 1050 | | SHIPPING | NON |
| 2024 | GLA | 08/26/2024 | 1,000,000.00 | HARD KNOCKS STRATEGIES LLC | | WASHINGTON, DC | ADVERTISING | NON |
| 2024 | GLA | 08/26/2024 | 103.11 | PUBLIX | 4121 NW 5TH STE 207 | PLANTATION, FL 33317 | ORGANIZING COSTS | NON |
| 2024 | GLA | 08/26/2024 | 1,725.00 | REACH PROGRESS PAC | P.O. BOX 407 | LAKELAND, FL 33802 | IL SHOOT | NON |
| 2024 | GLA | 08/27/2024 | 74.05 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | CANVASSING/OUTREACH | NON |
| 2024 | GLA | 08/27/2024 | 131 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | STAFF MEALS | NON |
| 2024 | GLA | 08/27/2024 | 5,113.62 | IMPRINT STRATEGIES INC | 3620 CONNECTICUT AVE NW STE 530 | WASHINGTON, DC | SOFTWARE | NON |
| 2024 | GLA | 08/27/2024 | 37,583.00 | HART RESEARCH | 1200 | WASHINGTON, DC | SOFTWARE | NON |
| 2024 | GLA | 08/28/2024 | 1,983.76 | LAUREN BRENZEL | 5903 STONELEA RD | TALLAHASSEE, FL 32303 | SHIPPING | NON |
| 2024 | GLA | 08/28/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | TRAVEL REIMBURSEMENT | NON |
| 2024 | GLA | 08/28/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | RESEARCH | NON |
| 2024 | GLA | 08/28/2024 | 78.73 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | REIMBURSEMENT | NON |
| 2024 | GLA | 08/28/2024 | 83.24 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | RHB | NON |
| 2024 | GLA | 08/28/2024 | 42.38 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | SUPPLIES | NON |
| 2024 | GLA | 08/28/2024 | 25.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | SUPPLIES | NON |
| 2024 | GLA | 08/28/2024 | 24.62 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | SHIPPING | NON |
| 2024 | GLA | 08/28/2024 | 121.86 | BRIGHTLINE | | | SUPPLIES | NON |
| 2024 | GLA | 08/29/2024 | 180.00 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | GLA | 08/29/2024 | 130.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | SHIPPING | NON |
| 2024 | GLA | 08/29/2024 | 942 | SHADY GROVE RD S | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | STAFF MEALS | NON |
| 2024 | GLA | 08/29/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | GLA | 08/29/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | STAFF MEALS | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 270.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 360.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 369.90 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | NON |
| 2024 | GLA | 08/29/2024 | 509.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 517.20 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 4,598.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 468.60 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 611.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 65.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | GLA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |

| Year | Rpt | Date | Amount | Payee | Address | City, State ZIP | Purpose | Fund |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | Q2 | 08/30/2024 | 1,345.55 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | NON |
| 2024 | Q2 | 08/30/2024 | 94.63 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | NON |
| 2024 | Q2 | 08/30/2024 | 26.47 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | Q2 | 08/30/2024 | 28.43 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | Q2 | 08/30/2024 | 29.56 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | Q2 | 08/30/2024 | 31.87 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | Q2 | 08/30/2024 | 32.33 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | Q2 | 08/30/2024 | 31.72 | SPOTIFY | 150 GREENWICH ST FL 62 | NEW YORK, NY 10007 | SUBSCRIPTIONS | NON |
| 2024 | Q2 | 08/30/2024 | 96.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q2 | 08/30/2024 | 85.29 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q2 | 08/30/2024 | 96.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | Q2 | 08/30/2024 | 425.88 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q2 | 09/03/2024 | 635.96 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q2 | 09/03/2024 | 657.94 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q2 | 09/03/2024 | 660.58 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q2 | 09/03/2024 | 31.22 | ASHLEIGH CANTU | 563 LAKEWOOD DR | OLDSMAR, FL 34677 | MILEAGE | NON |
| 2024 | Q2 | 09/03/2024 | 355.77 | GABRIEL GOMEZ | 3162 LITTLE SOUND DR | MIAMI, FL 33186 | MILEAGE | NON |
| 2024 | Q2 | 09/03/2024 | 13.19 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 09/03/2024 | 515.61 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 09/03/2024 | 520.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q2 | 09/03/2024 | 515.00 | LANTANA COLLECTIVE | PO BOX 33153 | MIAMI, FL 33153 | TRANSLATION SRVS | NON |
| 2024 | Q2 | 09/03/2024 | 674.30 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q2 | 09/03/2024 | 16,375.00 | MARKITTA HAMMONS | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB. SUPPLIES EXPENSES | NON |
| 2024 | Q2 | 09/03/2024 | 29.15 | MESSAGE AUDIENCE | 2400 S 4TH ST | AUSTIN, TX 78704 | TEXT MESSAGING | NON |
| 2024 | Q2 | 09/03/2024 | 14,000.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q2 | 09/03/2024 | 3,200.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | RHS |
| 2024 | Q2 | 09/03/2024 | 117.00 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | PRINTING | NON |
| 2024 | Q2 | 09/03/2024 | 9,867.74 | PUBLIC STORAGE | 701 WESTERN AVE | GLENDALE, CA 91201 | PUBLIC STORAGE | NON |
| 2024 | Q2 | 09/03/2024 | 12.63 | SPERGS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | NON |
| 2024 | Q2 | 09/03/2024 | 3,000.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | NON |
| 2024 | Q2 | 09/03/2024 | 2,500.00 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | Q2 | 09/03/2024 | 105.36 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2024 | Q2 | 09/05/2024 | 333.95 | DOMINOS | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | NON |
| 2024 | Q2 | 09/05/2024 | 127.02 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL EXPENSES | NON |
| 2024 | Q2 | 09/05/2024 | 220.07 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL EXPENSES | NON |
| 2024 | Q2 | 09/05/2024 | 26.28 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q2 | 09/05/2024 | 454.95 | HILTON HOTELS | 13742 HARPER ST | SANTA ANA, CA 92703 | LODGING | NON |
| 2024 | Q2 | 09/05/2024 | 37.28 | HILTON HOTELS | 13 S ORANGE AVE | ORLANDO, FL 32801 | LODGING | NON |
| 2024 | Q2 | 09/05/2024 | 3.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q2 | 09/05/2024 | 360.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | Q2 | 09/05/2024 | 39.42 | QWNR INC. | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | SALARIES | NON |
| 2024 | Q2 | 09/05/2024 | 89,882.51 | HILTON HOTELS | | | LODGING | NON |
| 2024 | Q2 | 09/05/2024 | 11,572.04 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | TRANSPORTATION | RHS |
| 2024 | Q2 | 09/05/2024 | 14.79 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | Q2 | 09/05/2024 | 9.33 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | Q2 | 09/05/2024 | 769.40 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | Q2 | 09/05/2024 | 15.82 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | STAFF MEALS | NON |
| 2024 | Q2 | 09/05/2024 | 3,623.36 | EOLA PARK CENTER ORLANDO | 13 S ORANGE AVE | ORLANDO, FL 32801 | STAFF MEALS | NON |
| 2024 | Q2 | 09/05/2024 | 1,065.99 | THRIVE COCKTAIL LOUNGE | | | TRANSPORTATION | NON |
| 2024 | Q2 | 09/05/2024 | 18.70 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | PAYROLL FEE | NON |
| 2024 | Q3 | 09/06/2024 | 20.00 | EOLA PARK CENTER ORLANDO | | ORLANDO, FL 32801 | CONSULTING | NON |
| 2024 | Q3 | 09/06/2024 | 100.15 | GABRIEL GOMEZ ORLANDO | | ORLANDO, FL 32825 | REIMB. STORAGE | RHS |
| 2024 | Q3 | 09/06/2024 | 316.20 | NICOLE MURAD | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | SUBSCRIPTIONS | NON |
| 2024 | Q3 | 09/06/2024 | 39.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MERCHANT FEES | RHB |
| 2024 | Q3 | 09/06/2024 | 1,568.04 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | DONATION | RHS |
| 2024 | Q3 | 09/06/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | | NON |

| Year | Cmte | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/09/2024 | 164.92 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 91.35 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 91.35 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 91.74 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 643,521.19 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G2A | 09/09/2024 | 26.03 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 3.80 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 42.63 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 176.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 151.07 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 156. | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 7,842.55 | USPS | 980 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | NON |
| 2024 | G2A | 09/09/2024 | 16.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/09/2024 | 1,806.02 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 1,405,437.00 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G2A | 09/09/2024 | 300,000.00 | HARD KNOCKS STRATEGIES, INC | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | CANVASSING | NON |
| 2024 | G2A | 09/09/2024 | 14,871.00 | GMMB INC | 900 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | MEDIA | NON |
| 2024 | G2A | 09/09/2024 | 3,887,611.00 | GREENPRINT STRATEGIES, INC | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | DIRECT MAIL | NON |
| 2024 | G2A | 09/09/2024 | 5,689.62 | GREENPRINT STRATEGIES, INC | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | 483 E MELBOURNE AVE | SILVER SPRING, MD 20901 | CANVASSING | NON |
| 2024 | G2A | 09/09/2024 | 7,000.00 | DONE FOR ALL | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 33317 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 23.77 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 23.77 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 23.83 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 36.29 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 42.63 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/09/2024 | 6.96 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 24.76 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/10/2024 | 171.72 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 174.15 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 174.15 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 328.95 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 328.95 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 451.54 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 518.55 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 521.38 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 576.73 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 576.73 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 576.73 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 576.73 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 524.60 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 574.04 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 1,255.81 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,463.44 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,766.35 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,766.35 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,835.54 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,856.69 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,869.64 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,878.06 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,106.76 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,336.14 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,434.36 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,467.61 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,151.11 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |

| | | | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | G2A | 09/11/2024 | 3,442.56 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | G2A | 09/11/2024 | 950.30 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | G2A | 09/12/2024 | 1,514,408.81 | CHANGE MEDIA GROUP | PO BOX 7, 79857 | CHICAGO, IL 60677 | ADVERTISING | MON |
| 2024 | G2A | 09/12/2024 | 8,618.00 | DANIELA FERNANDEZ | 103 2ND ST FL 8 # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | G2A | 09/12/2024 | 25.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G2A | 09/12/2024 | -213.57 | EXPEDIA | 1111 EXPEDIA GROUP WAY N | SEATTLE, WA 98119 | REFUND TRAVEL | REF |
| 2024 | G2A | 09/12/2024 | -6.59 | EXPEDIA | 1111 EXPEDIA GROUP WAY N | SEATTLE, WA 98119 | REFUND TRAVEL | REF |
| 2024 | G2A | 09/12/2024 | 462.17 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G2A | 09/12/2024 | 5,508.00 | FELDMAN STRATEGIES | 33 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | G2A | 09/12/2024 | 7,500.00 | OPTERY.COM | 4021 NE STE 101 | TAMPA, FL 34691 | SOFTWARE | MON |
| 2024 | G2A | 09/13/2024 | 160.00 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SOFTWARE | MON |
| 2024 | G2A | 09/13/2024 | 4,755.58 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | G2A | 09/13/2024 | 12.61 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G2A | 09/13/2024 | 20.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G2A | 09/13/2024 | 3.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G2A | 09/13/2024 | 3,806,840.00 | GMMB, INC. | 3050 K ST NW | WASHINGTON, DC 20007 | MEDIA BUY | MON |
| 2024 | G2A | 09/13/2024 | 179.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | G2A | 09/13/2024 | 179.18 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | G2A | 09/13/2024 | 280.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 290.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 294.90 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 265.80 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 2,999.97 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 307.15 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | MON |
| 2024 | G2A | 09/13/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | G2A | 09/13/2024 | 338.30 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 3,922.89 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 496.88 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 488.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 487.20 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 461.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 649.50 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 704.10 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 704.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 728.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 88.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 95.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G2A | 09/13/2024 | 2,097.92 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G3 | 09/13/2024 | 105.36 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | G3 | 09/13/2024 | 152.45 | ASANA INC | 633 FOLSOM ST STE 100 | SAN FRANCISCO, CA 94107 | SOFTWARE | MON |
| 2024 | G3 | 09/16/2024 | 63.51 | CUBE SMART | 5 OLD LANCASTER RD | MALVERN, PA 19355 | STORAGE | MON |
| 2024 | G3 | 09/16/2024 | 277.66 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/16/2024 | 457.27 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/16/2024 | 12,000.00 | FLORIDA WATCH | 2623 FORBES ST | JACKSONVILLE, FL 32204 | CONSULTING | MON |
| 2024 | G3 | 09/16/2024 | 6,600.00 | GLOBAL STRATEGY GROUP LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SURVEY & FOCUS GROUPS | MON |
| 2024 | G3 | 09/16/2024 | 486.67 | SAMMARCO JARED | 3601 WOODHOUSE CT | HOLIDAY, FL 34691 | REIMB POSTAGE & SUPPLIES | RMB |
| 2024 | G3 | 09/16/2024 | 163,420.00 | MOXIE MEDIA | PO BOX 30004 | SEATTLE, WA 98113 | MAILERS | MON |
| 2024 | G3 | 09/16/2024 | 1,906.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |

| Year | | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | G | 09/16/2024 | 2,130.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G | 09/16/2024 | 2,802.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G | 09/16/2024 | 15.32 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | MON |
| 2024 | G | 09/17/2024 | 85.19 | CENTURY STORAGE | | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | G | 09/18/2024 | 462.95 | AMERICAN AIRLINES | 2350 SLEEPY HILL RD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | G | 09/18/2024 | 43,720.00 | ANDREWS PLUS | 4333 ANON CARTER BLVD | TALLAHASSEE, FL 32308 | NEWSPAPER ADS | MON |
| 2024 | G | 09/18/2024 | 1,779.37.00 | CHANGE MEDIA GROUP | 750 LUPINE LN | CHICAGO, IL 60677 | DIGITAL ADS / VIDEO PRODUCTION | MON |
| 2024 | G | 09/18/2024 | 879.80 | DOORDASH | PO BOX 7706509 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G | 09/18/2024 | 35.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G | 09/18/2024 | 36.28 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G | 09/18/2024 | 48.25 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G | 09/18/2024 | 67.28 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G | 09/18/2024 | 4,500.00 | FELDMAN STRATEGIES | 33 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | G | 09/18/2024 | 29,400.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFFING | MON |
| 2024 | G | 09/18/2024 | 137,264.85 | FLORIDA RISING TOGETHER | 10080 BISCAYNE BLVD | MIAMI, FL 33161 | REIMB EVENT FOOD EXPENSE | RMB |
| 2024 | G | 09/18/2024 | 287.23 | MAIL MARKETING SERVICES | 12405 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G | 09/18/2024 | 164,934.70 | MAIL MARKETING SERVICES | 12405 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G | 09/18/2024 | 2,560.80 | MEYER BLOW AND POWELL P.A. | PO BOX 1547 | TALLAHASSEE, FL 32302 | LEGAL SERVICES | MON |
| 2024 | G | 09/18/2024 | 7,000.00 | MAGLINE RAYMER | 223 NE 17TH AVE | POMPANO BEACH, FL 33060 | CAMPAIGN CONSULTING | MON |
| 2024 | G | 09/18/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G | 09/19/2024 | 49.04 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G | 09/20/2024 | 761.14 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | G | 09/20/2024 | 34.39 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 34.99 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 386.32 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G | 09/20/2024 | 21.35 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G | 09/20/2024 | 180.05 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | G | 09/20/2024 | 61.63 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G | 09/20/2024 | 5,326,916.00 | GMMB INC. | 3050 K ST NW | WASHINGTON, DC 20007 | STAFF MEALS | MON |
| 2024 | G | 09/20/2024 | 1,900.00 | MOXIE MEDIA | PO BOX 30084 | SEATTLE, WA 98113 | FL SHOOT | MON |
| 2024 | G | 09/20/2024 | 335.13 | SHIFT HOLE | 3250 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MAILERS | MON |
| 2024 | G | 09/20/2024 | | ZOO PRINTING | 4733 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |

45,582,101.95

3133 Expenditure(s) Selected

Appendix N: Proffer

```
              IN THE CIRCUIT COURT OF THE TWELFTH
            JUDICIAL CIRCUIT OF THE STATE OF FLORIDA
                 IN AND FOR SARASOTA COUNTY,


                    Case No.  2024-CF-002716


     STATE OF FLORIDA,
             Plaintiff,


             -vs-


     ANDRES FELIPE SALAZAR,
             Defendant.


     -------------------------------------------------------


                PROFFER STATEMENT UNDER OATH OF
                     ANDRES FELIPE SALAZAR



         DATE TAKEN:     August 15, 2024



         TIME:           Commencing at 10:20 a.m.



         PLACE:          Office of the State Attorney
                         2017 Ringling Blvd., Suite 500
                         Sarasota, FL 34237



             Examination of the witness taken before:
                        Beverly Foor, RMR
                     Executive Reporting Service
                  4699 Central Avenue, Suite 200
                     St. Petersburg, FL 33713
                        (727) 823-4155
                  production@executivereporting.com
```

```
                                                    Page 2
 1                          APPEARANCES:

 2
       PANAGIOTA PAPAKOS, ESQUIRE,
 3     SOPHIA BIRRIEL-SANCHEZ, ESQUIRE
       Office of the Attorney General
 4     Statewide Prosecution
       Concourse Center IV
 5     3507 Frontage Road, Suite 350
       Tampa, FL 33607
 6        On behalf of the State of Florida

 7

 8     ROSEMARY VELASQUEZ, ESQUIRE,
       Assistant Public Defender
 9     3072 Ringling Blvd.
       Sarasota, FL 34237
10        On behalf of the Defendant

11
       ALSO PRESENT:
12
       Inspector Gary Negrinelli
13     Florida Department of Law Enforcement
       Fort Myers Regional Operations Center
14     4700 Terminal Drive, Suite 1
       Fort Myers, FL 33907
15

16

17

18

19

20

21

22

23

24

25
```

1                     ANDRES FELIPE SALAZAR

2    was adduced as the witness herein, and first being duly sworn,

3    was questioned and testified as follows:

4         MS. PAPAKOS:  Mr. Salazar, my name is Panagiota

5    Papakos, I'm the prosecutor assigned to this case.  I

6    appreciate you coming here today.

7         I understand that you've had conversations with your

8    attorney about possibly offering some information

9    regarding your activities as a Petition Circulator, so we

10   are here for that reason.

11        Have you had an opportunity to go over the agreement

12   or the proffer letter with your attorney?

13        THE WITNESS:  Yes, ma'am, that's what we spoke about

14   this morning.

15        MS. PAPAKOS:  Okay, and is that a letter from my

16   office dated August 15th of 2024?

17        THE WITNESS:  Yes, ma'am, I believe so.

18        MS. PAPAKOS:  And so do you have any questions or

19   anything that you would want to discuss with your attorney

20   before we get started?  You can have an opportunity to do

21   that, that's okay.

22        THE WITNESS:  No.  I only say that because I don't

23   have anything to hide.  I don't have any reason to ask

24   many questions in regards to, you know, just being honest

25   and telling you what I know; what I believe we've already

Page 4

1      spoken about, but I guess to a further extent.

2           MS. PAPAKOS:  So you understand that probably one of

3      the most if not the most important thing about our meeting

4      here today is that you're truthful.

5           THE WITNESS:  Of course, yes, ma'am.

6           MS. PAPAKOS:  And also we're not necessarily making

7      any promises regarding your sentence or your case.  That's

8      something we can discuss with your attorney after the

9      meeting here today, but this meeting is not predicated on

10     any promises of leniency or any particular sentence; do

11     you understand that as well?

12          THE WITNESS:  Yes, ma'am.

13          MS. PAPAKOS:  Okay.  So I will pass it over to

14     Inspector Gary Negrinelli, and he will sort of get it

15     started as far as what you know, 'cause I understand that

16     you all had conversations about this previously.

17          THE WITNESS:  Yes.

18                          EXAMINATION

19  BY INSPECTOR NEGRINELLI:

20     Q    All right, Andres, we're just going to talk about

21  when you first signed up to become a Petition Circulator.

22     A.   Yes, sir.

23     Q    So who did you first, how did you first become aware

24  of it, or who signed you up?

25     A.   To not backtrack a little bit, to--

Page 5

```
 1        Q   When you initially got into it?
 2        A.  It's because I was already a Petitioner.
 3        Q   Okay.
 4        A.  I was ███████████████ almost every day.  Not
 5   every day, because I did have a full-time job at Life
 6   Support--
 7        Q   Right.
 8        A.  --over in ██████.  So maybe two days a week, three
 9   days a week, I was ████████████ and I was helping -- if you
10   don't mind me grabbing my phone and showing you?
11        Q   Oh, yeah.
12        A.  I don't know if I had sent you this?
13        Q   You had sent me some stuff.
14   ████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████
16   ████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████
18           But originally what happened is I was on ███████
19   and ████████████████████████████, and it's on here, me
20   talking to ██.
21        Q   So that was when you first signed up, and you
22   registered as a Petition Circulator?
23        A.  No.  No, that's how I found out about how to sign up
24   and doing it, --
25        Q   Right, yeah.
```

Page 6

1          A.   --is I found ████████████.  I reached out to

2   ████, it didn't say anything about petitioning; I have the

3   text, you can read it.  This is something I don't believe you

4   had, because I'm pretty sure my fiancee found it this morning.

5   Do you mind if I -- do you want me to read it, or--



15  BY INSPECTOR NEGRINELLI:

16          Q   Uh-huh.

17          A.

25          Q   Okay.



Page 7

1    A.    ████ phone number is there, I can provide that to

2    you.

3    Q    Okay.

4    A.    I got this ███████████████████ that said

5    something about we need greeters for the weekend--

6    Q    All right.

7    A.    --to bring to our tent or something, to sign up for

8    a free prize or something.

9    Q    Okay, so you met with ████?

10    A.    No, just ████████████.

11    Q    Okay.

12    A.    And then ███ ████████

13    Q    Uh-huh.

14    A.    We had a █████████████.

15    Q    Yeah.

16    A.    And ███ said, ██████████████████ --

17    █████████████████████████████████████████

18    ███████

19        The very next day -- I don't know if I sent you

20    this, if that looks familiar at all?

21    Q    I don't know if I got that.

22    A.    I can resend everything, I just don't know what I

23    had--

24    Q    So ███ set you up with ██████?

25    A.    Yes, yes, sir.

Page 8

```
 1        Q   Okay.
 2        A   So then the next day--
 3        Q   Do you have ███████ last name?
 4        A   No, sir, but I do have ████████████████
 5     ██████████ between ███████████
 6        Q   What's ██████████████?
 7        A   And I will send it to you. ███████████████.
 8   And I have ████████████████
 9        Q   That's all right.  Okay.
10        A   Okay.
11        Q   So ██████ is the one that got you set up?
12        A   Yes, sir.  Hi, Andre, █████████ with ███████.
13            And so this is where I originally was like, okay,
14   these guys are official, right.
15            MS. PAPAKOS:  When you say ████, is it █████?
16            THE WITNESS:  I think ██████
17            MS. PAPAKOS:  █████████?
18            THE WITNESS:  Yes, ma'am.  And I'll send -- again,
19      you can have all this.
20        A   So that's when I originally -- well, okay.  Well,
21   first of all, I had an interview over the phone, and second of
22   all, now this guy is reaching out to me and it looks
23   professional, right?
24            ████ ██████████████████████
25            ██████████████████████████
```

1          That's basically all I ever really talked to ████

2    about.

3          Sure thing, give me a call when you're ready.

4          We had the conversation, Meet me ████.  And every

5    day was just, Okay, meet me here at this time, or, We're going

6    to meet there tomorrow.

7    BY INSPECTOR NEGRINELLI:

8        Q    Okay --

9        A    I didn't work with them -- sorry, go ahead.

10       Q    So when you first met, ████ was there?

11       A    Yes, sir, ████ ██████████████████████████.

12       Q    Okay.

13       A    Yes, sir.

14       Q    Was other people with you?

15       A    Yes, sir.

16       Q    There was other people that were signing up that

17   wanted to do --

18       A    Yeah, from ██████.

19       Q    Like how many?

20       A    So, for my group alone, for that ████ group, I

21   believe there's about six to maybe 10 of us a day.

22       Q    Okay.

23       A    However, ████████████████, I even met,

24   you know, ████████████ and we just started talking,

25   'cause I talk to everyone and we're both trying to get

```
1   petitions. ████████████████████████████████
2   the ███████████████████████████████. So speaking ████████,
3   I said, Oh, you weren't with our group.  ████ like, No, dude,
4   there's tons of us.
5           So it just gave me more of an example of people are
6   really taking advantage of this petitions, or whatever,
7   government-funded, I don't know who funds these things, but.
8       Q   Tell me about when you first ████████ ███████ --
9       A.  Yes, sir.
10      Q   --and what did █ tell you and everything that
11  happened?
12      A.  ████████ was professional and smart and outgoing,
13  and █ definitely knew what █ was doing in regards to kind of
14  grooming people and telling them what to say and how to get
15  people's attention to sign.
16      Q   Now, you had you ever been familiar with petitions
17  before this?
18      A.  No, sir.
19      Q   Okay, so what kind of things, ████████ █ ██, like
20  exactly what you'd be doing--
21      A.  So guys, you just want to get as many petitions as
22  you can, and they get reviewed in the back-end or something,
23  you know, so a lot of people are probably going to give you
24  bullshit, people are just going to, you know, sign a fake name
25  or whatever a lot of times, just to get you out of their face,
```

Page 11

```
 1   right.  But at the same time, there's going to be people that

 2   are going to be willing to do it and wanting to do it.

 3          I mean, ▮ just kind of -- it was more of grooming

 4   you into like, Hey, can I get you to talk to me for a quick

 5   minute -- 'cause ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and nobody

 6   wants to stop and talk to you.

 7      Q   Did ▮ explain what the petitions were going to be

 8   for?

 9      A.  ▮▮▮▮▮▮▮

10      Q   So what was it?

11      A.  So ▮ said that the ▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮▮▮▮, and that--

13      Q   And that's what the petitions were for?

14      A.  And the petitions were simply that they didn't want

15   the State of Florida to take away women's rights.

16      Q   Okay.

17      A.  So that's what ▮ telling me.  Whoever you're

18   talking to, this petition is for you guys to keep the State of

19   Florida from taking away women's rights; that's exactly what

20   ▮ told us to tell people.  Not necessarily abortion.

21      Q   Do you know if ▮ was local or was ▮ from

22   somewhere else?

23      A.  ▮travels, from what ▮ told me, ▮ travels the

24   states.  ▮ liked me, ▮ was trying to get me to travel with

25   ▮▮▮▮▮▮▮▮▮          That was the next state that
```

Page 12

```
 1    they were going to.
 2         Q    ████████████████████?
 3         A.   No, ███ plates I believe were -- it's one of the
 4    two, either ██████ - no, I think ████, the ████████, was
 5    ████████, ████████that collected the petitions is from
 6    ████████.  I think ████ was from ████████, I think?
 7         Q    ████████, you mean?
 8         A.   Yeah, sorry.  I want to say ████████, ████████
 9    ██,  ████████████████████████████████
10    ████████████
11         Q    Did ██ explain to you how you were going to get
12    paid?
13         A.   Yes, sir, ██did.
14         Q    And what did ██ say?
15         A.   One dollar per petition, a hundred petitions a day.
16    We couldn't leave until we got a hundred.
17         Q    So a dollar a petition?
18         A.   Yes, sir.
19         Q    And I'm sorry, a hundred--
20         A.   Per day.  And we couldn't leave until, you know,
21    everyone had a hundred.  And again, 10 people, six to 10
22    people, six hundred, a thousand a day, right?
23         Q    Yea, okay.
24         A.   And what I didn't know, sir -- oh, sorry, go ahead.
25         Q    How did ██ pay you?
```

Page 13

1    A.  ███████.

2    Q   Okay.

3    A.  Through ██████ that apparently, which is what I

4    didn't know -- of course we're going to get further into this,

5    and when I started realizing what I was doing wasn't right,

6    right, 'cause I told you I know why we're here, I never was

7    trying to hide anything.  I just didn't know it was to this

8    extent of the law, but--

9           I have another thing. ███████████████████, by

10   the way.  My fiancee found this literally just this morning.

11   Q   ████████████████████████████

12   A.  So the ████ that paid me, I thought ██████████

13   ████.  I believe I sent you that ██████████████.

14   Q   Yeah?

15   A.  ██ name is ████████████ and ████████

     ████████████ when you're ready.  ██████████.  So I

17   thought ██████████ was ████.  And I was surprised--

18   Q   Go ahead.

19   A.  Yes, sir, ████████.

20   Q   So did this ██████████, █ worked with--

21   A.  Never met ██.

22   Q   --██████?

23   A.  Yes, sir.

24   Q   And what, did ████████ just say you're going to get

25   ██████████████?

```
                                                          Page 14

1           A.  Yes, sir.

2           Q   Okay.

3           A.  So basically ███████ was like █████████.  I guess

4    ████ was the ████████████,  ███████ was the ███████, and

5    █████████████ was the ████, you know, █████████████

     ███████████████, I guess.

7           Q   Do you know how ████ knows ██████?

8           A.  No, sir, I don't.

9           Q   What's ███████████

10          A.  Yes, sir.

11          MS. PAPAKOS:  And just so the transcript is clear,

12   ████████████████████████████████████████████████████████

13   █████████████████████████████████████████

14   ██████████████████████

15          THE WITNESS:  Yes, ma'am.  █████████████████

16   █████████████████

17          MS. PAPAKOS:  Okay.

18          A.  ██████ is  ███████████████████████.

19   BY INSPECTOR NEGRINELLI:

20          Q   And did you think that ████ was local?

21          A.  I -- I don't know that ████████████████I apologize.

22          Q   I didn't know from just talking with ████ or anything

23   if you knew ████ was local?

24          A.  ████████   From what I get is █████████████████

     ████████████████████████████████████████.  That's the
```

```
 1    same, even with          --
 2         Q    Was       involved with petitions?
 3         A.   Never met     , no, never seen     , never met
 4         Q          just                    and shot you over to
 5          ?
 6         A.   Yes, sir.  Yes, sir.  And         was the     on the
 7    ground.  And I guess if I could imagine that I'm correct,
 8                                            , if you look     up,
 9    and that's, those thousands that were being collected a day
10    would, I would imagine,
11         Q    All right.
12         A.   Which I don't remember, I'm being honest, because I
13    never thought that -- once you showed me, when you came to my
14    home and you showed me, Andre, is this your petition, did you
15    sign this, right?  And I really took a look at it and really,
16    you know, put two together.
17              And after meeting with     and             , which
18    I told you, what I was doing was illegal, because I didn't
19    know, because I just didn't know better.  They're on
20             , they're these people out there with official tents
21    and organizations and I just, in my head was like, Okay,
22    that's a thing, you know.  But what I didn't know is that you
23    actually had to be there, it had to be you, right?
24         Q    Yeah.
25         A.   But everything else pointed to that wasn't it, that
```

Page 16

1   wasn't the case.

2          Q   All right.  So ████████ setting it up.  ████████

    ████████████████████████████████████?

4          A.  Yes, sir.

5          Q   Who do you turn the petitions in to?

6          A.  ██████.

7          Q   So basically ████████ collecting the petitions, and

8   I guess ██████████████████████ --

9          A.  I got a thousand--

10         Q   --Andre's got whatever--

11         A.  A hundred, yes sir.

12         Q   --pay him this much?

13         A.  Yes, sir, yes, sir.

14         Q   Okay.  All right.  All right, so how long did that

15  go on for, that particular method?

16         A.  Maybe three, four days at most, because that one

17  ██████ is the only time ████████████████.  The next

18  time ██████████, and I think there was two more days

19  and that's it.

20         Q   It was only like for three days?

21         A.  Yeah, I believe so.  'Cause I could only do it on

22  the weekends because of my other job.

23         Q   Yeah.

24         A.  Mostly.

25         Q   And where did you turn them in ████████?

Page 17

1      A.  ███████████████ or whatever we were for

2  the day.

3      Q   It was always ██████████████?

4      A.  With ███ it was, yeah. ███████████████

5  ████████████████████████████████████████████

6  ████████████████████████████████████████████

7      Q   And then you said ████, I got the one where ████

8  you 200.

9      A.  Yes, sir.

10     Q   And so that was for 200 petitions?

11     A.  Yes, sir, that was for two days in a row, I believe,

12  if I recall correctly.

13     Q   And then what did you say, then ███ just paid you

14  ███?

15     A.  Yeah, for like the last day.  I think there was one

16  more day that ███████████ and that's it.

17     Q   So you actually met physically with ███?

18     A.  No, ██████, █████████.

19     Q   ███████ paid ███?

20     A.  Yeah.  I think one day -- yeah, one last day and

21  that's it.  Because what happened was -- now we're there, so

22  that's where we get into how I'm in trouble now.  While we're

23  there and I'm doing this, one of the other Petitioners is

24  like, Hey, you're from -- you know, just talking to people,

25  being stuck there for eight hours a day, right.

1          Told me, said, Am I from Florida?  I said, Yeah.

2    You're a Florida resident, why don't you sign up yourself, you

3    know they pay $10 a petition.  And I was like, What?  Get out

4    of here, I'm being paid $1 a petition.

5          Q   So you weren't registered at the time --

6          A.  No.

7          Q   --as a Petition Circulator --

8          A.  No.

9          Q   --that you were doing this?

10         A.  No, that's how I find out about doing it for myself.

11         Q   Gotcha.

12         A.  And that's the only reason why I did it.  I'm like,

13   Why the fuck am I -- you know, excuse my language, right?  I'm

14   trying to provide for my family, but I'm not trying to fraud

15   anyone, I'm not trying to do any illegal activities.  I just

16   signed up, I thought that's what--

17         Q   All right, hold on.  Let me ask you then, when you

18   were doing those petitions and those were getting turned in,

19   didn't you have to put a Circulator number on them?

20         A.  I apologize, sir, which petitions?

21         Q   These ones that we just talked about.

22         A.  Yes, sir.

23         Q   You know, you had--

24         A.  That's what I'm saying, I would imagine it's ███████

    ██████████  ,  █████████████████  .

Page 19

```
1        Q   Oh, okay.
2        A.  That's what I'm saying, that ████--
3        Q   ███████--
4        A.  █████
5        Q   --████████████████████████
   █ ██████ ████████
7        A.  I don't know--
8        Q   ████████?
9        A.  I would imagine.
10       Q   And then you were taking those and getting people to
11   sign them?
12       A.  Yes, sir, yes, sir.
13       Q   All right.
14       A.  So that why I thought that this is like, you know,
15   this is how groups or whoever is the Circulator does it.
16           MS. PAPAKOS:  So I'm going to interrupt for a second
17   so I make sure this is clear.
18           THE WITNESS:  Yes, ma'am.
19           MS. PAPAKOS:  Where were you getting the formes that
20   you were using?
21           THE WITNESS:  ████.  █████ had a box full of
22   forms, thousands of them, and ████████ each a
23   hundred as we got there.  Here's a hundred for you, a
24   hundred for you, a hundred for you.
25           MS. PAPAKOS:  For those forms that you were doing
```

Page 20

```
1    for the $1, before you signed up and started doing it on
2    your own,--
3            THE WITNESS:  Yes, ma'am, yes, ma'am.
4            MS. PAPAKOS:  --did you ever see anybody sign those
5    in your presence?  Not people that were signing the
6    petitions, but the people that are Registered Circulators,
7    whatever was at the bottom of the form--
8            INSPECTOR NEGRINELLI:  In other words, ████████
9            MS. PAPAKOS:  Did you see who was signing those?
10           MS. BIRRIEL-SANCHEZ:  Or did you sign them?
11           THE WITNESS:  No, I didn't sign them.  Because I
12   don't remember if it was ██████████████, but ██████████
     ████████████████, so that's why I'm saying, like if you put
14   two together in my head.
15           MS. PAPAKOS:  Do you recall if they were pre-signed?
16           THE WITNESS:  No, ma'am, I don't.
17           MS. PAPAKOS:  Okay, that's okay.
18           THE WITNESS:  I apologize.
19           MS. PAPAKOS:  No, I just wanted to make sure.
20           THE WITNESS:  I don't think that ██████ was signing
21   them though, at least not in front of me.
22   BY INSPECTOR NEGRINELLI:
23       Q   But you think it was ██████████ ██████████
24   ██████████
25       A.  ██████████████████████████████████████████
```

Page 21

1  ██████████████████████  ███████████████████

2  ██████████████████████████

3    Q   Okay.

4    A.  And that's, the ████████ says ██████ on it.

5    Q   Yeah, yeah.

6    A.  So in my head, right--

7    Q   But you don't recall looking at those petitions?

8    A.  No, I wish I had an extra one.  I don't know if I do

9  or don't.

10   Q   Okay.

11   A.  But I would imagine you can look, you know, you

12 being you can probably look that up, right?

13   Q   Yeah.

14   A.  So that's just kind of my idea behind it.  ████████

15 █████████████████████████████████

16   Q   Okay.  So you did those couple hundred while you

17 weren't a Registered--

18   A.  Yes, sir.  And working with--

19   Q   --Petition Circulator with them.

20   A.  Yes, sir.

21   Q   Then you meet this other Petitioner, and you said

22 you started talking about, Yeah, you're a resident here in

23 Florida.

24   A.  Yeah.

25   Q   So that person got you--

```
                                                    Page 22
1          A.   Yeah, told me to go to the website.

2          Q    Sign up at the website.

3          A.   ██████████, You go do it, you get paid $10 a

4    petition -- I don't know any of this stuff, ██ was the one

5    telling me.  You get paid $10 a petition.  Whenever you're

6    here and I'm here with these guys, I'll just rock with you.

7          Q    Now, who is that?

8          A.   I told you, the ██████████████.  But I never

9    like actually talked to ██ or like ████████████████     or

10   ████████████.   It was just, ██████████████

11   ██████ and ████████████████████████

12          And that's, I think, is the ones that you have, the

13   ones that you came to the home with the fraud.

14         Q    And ████████████████?

15         A.   ██████████████████, and that's all I knew ███

16   ████████████████████.  ██████████████████████

17   ████████████████████████████

18   ██████.

19         Q    And you don't have any of ██████████████

20         A.   No, I swear to God I don't, man.  I would give it to

21   you.  And I think that's what I was trying to tell you at my

22   house, because --

23         Q    Okay.

24         A.   --I wouldn't go to jail, I have a baby, have a

25   family, I'm a realtor.  I'm not trying, for $10 a petition,
```

Page 23

```
 1    like I'm 40 years old, I've never gotten in any type of

 2    trouble like this and I wouldn't start now.  So I would gladly

 3    tell you.  But it was just--

 4         Q   So ████ just basically said, Hey -- ███ just told you

 5    how to do it -- go to the website--

 6         A.  Yes, sir.

 7         Q   --register?

 8         A.  Yes, sir.

 9         Q   And then how did you get your petitions?

10         A.  On ██████████, the -- I don't know what to call

11    it, Petitioner's -- I don't know, █████████████████

      ████████.  I guess █████████████████████

      ████████████████████████████████.

14         Q   Is it the Supervisor of Elections office?

15         A.  I don't know.  I don't -- it was just a ██████

      ████████ so I don't want to say yes.  It was just ████████

      ███████████████████████

18         Q   How did you find it, how did you get to --

19         A.  How did I find that.  That's a good question.

20             MS. BIRRIEL-SANCHEZ:  Like after you signed up,

21    right?

22             THE WITNESS:  Yes, ma'am, yes, ma'am.

23             MS. BIRRIEL-SANCHEZ:  How did you know ████████

24    ████?

25             THE WITNESS:  Yeah, yeah, yeah, I'm trying to think.
```

Page 24

```
 1          MS. BIRRIEL-SANCHEZ:  Okay.

 2          THE WITNESS:  That's a good question, I'm just

 3     trying to recall.  I don't know if maybe -- I don't know.

 4     I'd have to -- I really don't know.  ███████████████

 ██     ███████████████████████████   ██████████████.

 6  BY INSPECTOR NEGRINELLI:

 7          Q   So it was a ███████████

 8          A.  I have a ████████████ with ███████.

 9          Q   --off of ████████████?

10          A.  Yes, sir.  And they just give you the petitions in

11     your name and collect them and pay you.  So if I went there

12     with a hundred, they give you 50 percent of what you had.  So

13     if I had a hundred petitions, they'd pay me 500 bucks, right?

14     Within a week, they were sent to you guys to get reviewed and

15     checked off, I come back and ████ pay me the remainder, as

16     long as they all went through.

17                ████████████████████████████████████████

18     ████████████ --

19          Q   So that's where you got, that's where--

20          A.  ████████████████

21          Q   -███ printed off the petitions for you there?

22          A.  Yes, sir, ██████████████ ██ ███████████████ ██

 ██  ████████████ ████ ████████████

24          Q   Do you have ████████████?

25          A.  I'm looking right now, sir.
```

```
 1       Q   Maybe I got it here. ███████████?

 2       A.  I apologize, I don't know.  I think I -- do you mind

 3   if I get██████████████? █████████████████

 4   ████

 5       Q   We can get it afterwards.

 6           MS. PAPAKOS:  Yeah, we can get it later.

 7       A.  Okay.  But yeah, ████████ that collected from

 8   me, and everything was going well ██████.  And I was getting

 9   better, like ███would tell your percentages, and where we need

10   petitions signed, from what areas.

11   BY INSPECTOR NEGRINELLI:

12       Q   And I'm sorry, what was ██ paying you again?

13       A.  10.

14       Q   $10 per petition?

15       A.  Yes, sir.  50 percent up front, 50 percent when they

16   were reviewed.

17           MS. PAPAKOS:  Okay, so when you said the remainder,

18       let's say you had a hundred--

19           THE WITNESS:  Yes, ma'am.

20           MS. PAPAKOS:  You would turn them in, get 500 --

21           THE WITNESS:  Yes, ma'am, exactly.

22           MS. PAPAKOS:  They would submit them to the

23       Supervisor of Elections, and if everything was fine, you'd

24       get your second 500?

25           THE WITNESS:  Yes, ma'am, exactly.  That's exactly
```

Page 26

```
 1        how it worked.  And I never got over 50 percent.

 2   BY INSPECTOR NEGRINELLI:

 3        Q    How ████████ paying you?

 4        A.   ████████    And I ██████████████    ██████████████

     ████████████████████████████████████████████.

 6        Q    Do you remember, was there ██████████████████

     ██   ██████?

 8        A.   ████████████████████.

 9        Q    ████████████████████?

10        A.   I -- I think so, yes, sir.  ████████████████████████

     ██████████████.

12        Q    Where did you ██████████████?

13        A.   ██████████████████████████████████████████

     ██████████████████████████    I don't know if

15   I --

16        Q    ████████████████████████████████    ██

     ██   ██████?

18        A.   ████████████████████████████████

     ██   ████████████.

20        Q    And how long did that go on for?

21        A.   I think I turned in ██████████ three times, and that

22   was it.

23        Q    Uh-huh.

24        A.   I believe.

25        Q    Okay.
```

Page 27

```
 1          A.   Maybe there was a fourth, maybe it was only two
 2     times, but it wasn't much.  Because, again, this was on the
 3     weekends.  I was just trying to -- supplemental income.
 4          Q    Right.
 5          A.   I think my fiancee just had a baby or was pregnant,
 6     I don't remember.  But I was the only one bringing money in at
 7     the time, I believe.  Or she just started--
 8          Q    And then why did that end?
 9          A.   So I started at like, I don't know, 30 percent, then
10     it got better, like 40, 50 percent of like validity of what I
11     was handing in.
12          Q    Yeah.
13          A.   And then I think it went back down maybe pretty
14     badly.
15          Q    Yeah?
16          A.   And then ███ was kind of upset with me, ███████
       ██████████████ was like, Are you watching these people, blah,
18     blah, blah.  I don't know, it was just weird.  It kind of like
19     threw me off.  And that's when I told, 'cause I originally --
20               So this is what happened.  I think the second time,
21     ███ was kind of trying to groom me too, and trying to get me
22     better.  And was telling me, 'cause people are handing ███
23     stacks and stacks, and I'm like, This is real?  I'm like, it's
24     hard to get a hundred, ███ if you were bringing thousands,
25     how the fuck?  Excuse my language.
```

Page 28

```
1            But that's when I told ████████    ████seemed
2   like ██was upset because I wasn't having good validity.  And
3   ██was like, Have you ever done this before, just like you
4   asked.  And I say, Yeah.  And ██ was like, Are you sure?  Kind
5   of like questioning me.  I was like, Yeah, ████I do it for
6   █████████, whatever.  ██ was like, Who?  And I showed
7   ██.  And ██ was like, Well, what do you mean?  You can't do
8   that.  And I'm like, Well, what do you mean, I can't do that?
9   ████ like, ███████████ -- 'cause I told ██ the whole thing
10  I just told you.
11            And ████ like, Well, █████ had to be there, █████
12  had to be there, that's illegal, ██ can't do that.  And I even
13  gave ████████████.  ████ ████████████████████████████
14  ██████████████████████████
15            I didn't realize what ██ was saying, that it was
16  illegal because ████ wasn't there.
17       Q  Uh-huh.
18       A.  It was illegal in general, whether ████ was there,
19  right, and you're there with me, and you're ████, right.  Even
20  if you got one from her and gave it to me, that's where I
21  didn't realize it was still illegal, right.  The way ████said
22  it, █████wasn't there, so I figured, Okay, ████ the one that
23  is the Petitioner, ██ has to be there--
24       Q  Right.
25       A.  --collecting with these people, these other people
```

Page 29

```
 1   that ███ hiring or whatever.
 2        Q   So basically ███ was questioning your validity of
 3   the petitions that you were turning in to ██?
 4        A.  Yeah.  And ███ like, Have you ever done this, and I
 5   told ██ about that, and that's when █ told me no. Because I
 6   told ██ I never met ████, █ wasn't there, ████████████.
 7   I got paid through ███████, 'cause -- ████, What do you mean,
 8   that's illegal, ████ can't do that, blah, blah, blah, you
 9   know, like don't -- you know, Don't do what █████ did, kind of
10   thing.  That's it.
11        Q   Okay.
12        A.  So then--
13        MS. PAPAKOS:  You said earlier that █████was,
14   that's when ███started to trying to -- you used the word
15   groom.  So what was ███telling you exactly to do about
16   your validity rates?
17        THE WITNESS:  No, it was just, Are you watching
18   people, are you making sure they're getting signed, like
19   do you see people signing them in front of you.  And when
20   I was with █████████, you know, and other petitioners
21   are doing them for themselves, but we just kind of grouped
22   up because the more you're grouped up, the more people are
23   willing to talk to you, versus just one single person
24   going up to someone, it's a little fucking weird, right,
25   people are just like, Who are you, what do you want.
```

Page 30

1   But when it's three or four of us, and we got one person

2   to sign, and then you're signing --it's almost like an

3   attention grabber, where people do start speaking to you,

4   which is nice.

5          But no, ▬ was just like, and I told ▬, I was like

6   -- so then the third, when my stuff starting to get

7   better, ▬, Oh, you're doing great, da-da-da, I was like

8   yeah.  But I was still sometimes missing signatures or

9   birth dates, people would leave out just the birth date or

10  just the signature. ▬▬▬▬▬▬▬▬▬

11  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12  ▬▬▬▬▬▬▬▬▬▬▬▬▬

13  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

14  ▬▬▬▬▬▬▬▬▬▬▬▬▬

15  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

16  ▬▬▬▬▬▬▬

17         I don't think in a negative way, because ▬ seemed

18  very professional.  But -- I guess maybe groom wasn't the

19  best word to use.

20         MS. PAPAKOS:  Did ▬ ever give you any names to use

21  on petitions to fill out?

22         THE WITNESS:  What do you mean, I'm sorry?

23         MS. PAPAKOS:  Did ▬ ever give you any names of

24  voters?  Did ▬ have a list or anything that ▬ gave to

25  you?

1       THE WITNESS:  No, no.  It's just like if I would

2  hand it in and if it was missing like a birth date, or it

3  would say 32 Rolling, ████████ Well, Rolling what, Rolling

4  Ave., Rolling Street, and ████████, I don't know how or

5  what database ████████, Oh, okay, yeah, this one's good.

6       MS. PAPAKOS:  So after you had handed them in and

7  they were all signed, ████ would add things to them?

8       THE WITNESS:  Sometimes, yes, like a street, ave.,

9  or a birth date, yes, or what date that, Oh, it wasn't

10  signed, what day was it that you were collecting these?

11  Well, they all say that I was collecting them on the 10th

12  that day, so it was the 10th.

13       But yeah, I don't think ████ ever did a signature, by

14  any means.  ████ was definitely very professional and like

15  seemed like enthusiastic about what ████ was doing.  Which,

16  I guess maybe I shouldn't have used the word groomed.  But

17  kind of just like, Yo, are you watching people sign them?

18       And so the last conversation I had with ████, when

19  this all ended, 'cause you said when did this stop, right,

20  that's what we're getting to -- is when I told ████, when I

21  was doing better, ████████ like, Oh, you're doing a lot

22  better, your validity went up, like, So you're watching

23  them like.  And that's when I told ████ Yeah, I have, you

24  know, people working with me and helping me.  That's when

25  ████ told me, Well, what do you mean, you can't do that,

Page 32

1    that's illegal, I can't take any more from you.   I told

2    you that ▮▮▮▮▮▮▮

3         I was like, Hey, you know, the fact that ▮▮▮▮

4    wasn't there, is what I thought.  Like he was the

5    ▮▮▮▮▮▮▮▮▮▮ and ▮▮ wasn't even there, right.

6    So ▮▮▮ can't go in front of you guys and say, Yeah, I

7    was there, yeah, I saw people signing them.  I thought

8    that was like the take-or-break thing, you know what I

9    mean.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮

12        So I really, I just, in my head I was just ignorant

13   to what was the fine line here, right, because the way I

14   was pulled into it to begin with, it looked all very

15   professional and very normal; this is what we do.

16   BY INSPECTOR NEGRINELLI:

17     Q    And that's when ▮▮▮▮ said ▮ couldn't take any more

18   from you?

19     A.   And I never did it again, yeah, and ▮▮ told me, I'm

20   not taking -- and I went there with more to get paid, and I

21   told you that conversation, Thank you for telling me that, but

22   we're done here.

23        MS. PAPAKOS:  When you say you had people helping

24        you, what do you mean?

25        THE WITNESS:  Well, like ▮▮▮▮▮▮, that, that's

Page 33

1   it.

2        MS. PAPAKOS:  Yeah, I don't know what conversation

3   you had previous.

4        THE WITNESS:  I apologize.

5        MS. PAPAKOS:  So when you say that ███ was kind of

6   getting upset and you were having people helping you, what

7   do you mean, what was that?

8        THE WITNESS:  Because when I had the better

9   validity, when I was getting better, ███ was like, Okay,

10  you're doing great, you know, what's, what different did

11  you make, and you're making sure people are signing

12  clearly in front of you.  I said, Yeah, I had █████████

    █████████ helping me, you know, because I was getting more, you

14  know, I was going from like 50 or 60 to like a hundred or

15  120.

16       MS. PAPAKOS:  But how was ██ helping you?

17       THE WITNESS:  Who?

18       MS. PAPAKOS:  ███████

19       THE WITNESS:  Oh, by getting petitioners, or

20  signatures.

21       MS. PAPAKOS:  Okay, and you guys were not together

22  though?

23       THE WITNESS:  Yeah, we're together, yeah.  ███████

24  ████████████████████████████████████████ ███████

    ████████████████████████████████████ .

Page 34

```
 1  BY INSPECTOR NEGRINELLI:

 2       Q   So ▇ -- but the way you explained to me before, if

 3  I'm right, you had other Circulators sign your petitions with

 4  your name on it, right?

 5       A.  Other Circulators?

 6       Q   Yeah, the people working with you?

 7       A.  Yeah, I'm sorry, when you use that word--

 8       Q   You were a Circulator, that's what--

 9       A.  'Cause I signed up.

10       Q   Yeah, you're the Circulator.

11       A.  Yeah, yeah, yeah.  So these were Petitioners, I want

12  to say.

13       Q   Petition Circulators.

14       A.  Yes, sir, okay.  Yeah, they were working for this

15  ▇▇▇▇▇▇▇▇, that we were working hand-in-hand for

16  ▇▇▇ and just, you know, ▇▇▇▇▇▇▇▇▇.  It would be

17  like, You work on that side, I'll work on this side of the,

18  right, ▇▇▇  Like you work ▇▇▇▇, I'll work ▇▇▇

▇▇ ▇▇▇▇▇▇▇▇▇ I don't know,

20  right.  So yeah, that was all.

21       When ▇told me about it, and just randomly if I saw

22  ▇there, 'cause I would go on my own, I have a family to

23  feed, I don't need anyone, I didn't need help.  I knew that

24  that was the best place to go, 'cause everywhere else I went

25  to I got kicked out of.
```

Page 35

```
 1            I called ████, I spoke to the manager there, they

 2    said no. ████████████  ████████████████  You

 3  ████████████████████████████████

 4    know, like a lot of places didn't want anything to do with

 5    Petitioners.  So I knew ████ was my best bet, and maybe two or

 6    three times ████████.  Hey, what's up, you want me to help

 7    you, you going to pay me cash?  And that's what I did.

 8        Q    Now, remember when I mentioned that there were a

 9    bunch from ████████?

10        A.    Yeah, I do, yeah.

11        Q    So were those some of the people that you worked

12    with going over there and getting people signed up?

13        A.    ████████████████████████

14  ████████████████████████████████████

15  ████████████████████████  ████████████

16            MS. PAPAKOS:  ████████████████████

17            ██████████

18            THE WITNESS:  ██████████

19  BY INSPECTOR NEGRINELLI:

20        Q    Because there was a lot in ████████ County.

21        A.    And I don't even know where--

22        Q    ██████████.

23        A.    I know that I went ████████████████████

24    that's from ████████, I'm from ████████.

25        Q    Yeah.
```

1    A.  And ███████████████████████ area.

2    Q   Yeah.

3    A.  And I maybe collected ██████████.

4    Q   Yeah.

5    A.  I know it was more like, █████████████████

     ████████████████████████████ just hadn't ██████████ in

7    a while.

8        Q   I think there was even more there than you did in

9    ███████.  So--

10   A.  ████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13   ███████████████████████

14   Q   ████████████████████████████████

15   A.  ██████████████████████████████████████

16   Q   ██████████████████████

17   A.  Yes, sir.

18   Q   Yeah.

19   A.  Because I would tell ███ that we're getting

20   horrible, I'm getting horrible validity, right, I'm not doing

21   well, right.  'Cause ████████████████ me and they were coming

22   back trash.

23   Q   Did you know if ██████ turned in petitions to ██████?

24   A.  No, ██ definitely didn't, 'cause ████████████████████

25   ███████.  So, from what I know, you have to be a Florida

```
1   resident --
2        Q   Okay.
3        A   --to be a Petitioner.
4        Q   Okay, and for sure ████████ ████████?
5        A   Yeah, ████████████████████████.
6        Q   Right, okay.
7        A   And again, ████████████.  If you look these guys
8    up, and they didn't get shut down ████████, right, because
9    remember I told you, I told ████before I told you ████████
10   and all that.
11       Q   Yeah.
12       A   ████████████████████████████████████
13   ████████ ████████████████████████████████████████
14   ████████
15       Q   Okay.
16       A   And █was saying that ████████████████, ████████
17   ████
18       Q   Do you know any other peoples' names ████████████
     ████████████  were working with?
20       A   No, man, and I'm just being honest with you.  It's
21   just me showing up, walking, Oh, what's up, bro, how many did
22   you do today.  It's just like -- no one really took it
23   seriously, they were just there to make their money and go
24   home, as far as the ones that were getting it signed.  Because
25   they weren't the Circulators, it wasn't in their name, so they
```

Page 38

```
 1   didn't give a shit, no offense.
 2           And I just -- I didn't know any of this would turn
 3   into this, man.  Again, I've been a realtor for almost ten
 4   years now, I've sold houses to doctors, lawyers. ████████
 ████████████████████████████.  If you look in my phone, I have ██
 ████████████████████████ in there.  █████████████████████████
 ████████████████████████████  ████████████████████████████
 ████████████████████████████████████████████████████████████
 ████████████████████████████████████████
10           But I just -- it's not my MO.  It's $10 a fucking --
11   I'm sorry for cursing, because you have to type it.
12       Q   Did █████ say what company he worked for?
13       A   No, I have, ███████████████████████████████████
██  ██████████████████████████  ████████████████████████████
████████████████████████████████
16       Q   ███████████████████████████████████
17       A   Yeah, I think so.
18       Q   Okay.
19       A   Can I ask you a question?  If I were to go to
20   ████████████████████████████████████████
████████████████████ 'cause I imagine that's how you could find
22   it, or no?
23       Q   I'm not sure.
24       A   Yeah, ████████████████████  ████████████████
████████████████████
```

Page 39

```
 1        Q   Yeah, we can figure it out.

 2        A.  Whatever you need, man.  I just want to stay out of

 3   trouble, bro.

 4            MS. PAPAKOS:  Did you ever fill out any forms for

 5   taxes or anything, or was all this in cash and checks?

 6            THE WITNESS:  No, no forms.  Yeah.  It was either,

 7       the one time ███████████████████████████████████

     ██████████████  ███████████████████████████  .  ████████

 ██      like, I'll help you, but I want cash, and I want $5.  You

10       know, and that was ████ kind of way of I was the one that

11       told you about making $10 versus one, and I'm helping you.

12       Almost like you need me, I don't need you kind of thing.

13   BY INSPECTOR NEGRINELLI:

14        Q   Okay.

15        A.  Yeah.  But yeah, I just can't remember the name of

16   ████████████████████████, or how I even got in

17   contact with -- I know that was the question, ████████████

 ██      ███████

19            MS. PAPAKOS:  When ███████████ was helping you get

20       some petitions signed --

21            THE WITNESS:  Yes, ma'am.

22            MS. PAPAKOS:  Do you know at the bottom of the form

23       you have to sign and date it, did you do that after ███

 ██      gave them back to you or before?

25            THE WITNESS:  I did that as ███ gave them back to me.
```

Page 40

1    Like, you know, so ███████████████████. Say

2    you █████████, and she's just, you know, ████████████.

3    You know, I'd see it, we went everywhere together to do

4    it.

5         So the only time is, again, when I left early that

6    ██ would say I'm going to stay, I have like 30 left, you

7    know, and I just, I didn't know better.  So I'm being

8    honest with you guys.  That's where clearly I was doing

9    something illegal.

10        MS. PAPAKOS:  So those 30 that were left, right, and

11   you were gone and ██ was getting them signed or so you

12   thought, did you pre-sign those or did you--

13        THE WITNESS:  No, I'd wait for ██ to give them

14   back.

15        MS. PAPAKOS:  Did ██ ever tell you where ██was

16   getting those signatures from?

17        THE WITNESS:  No, ma'am.  All I know is that the

18   reason why████████████ ██ ██████████████

██  ████████████████████████████████

██  ██████████████████████████

21   ███████████████████, right, and I wasn't getting

22   the results, so it was almost like I was either losing

23   money or breaking even; it just didn't make sense, you

24   know.  Once I like expressed that ████████████, Oh,

25   yeah, don't worry, there's a website where you can kind

Page 41

1    of -- I don't -- like verify it or something.

2         And in my head I'm like, I'm sure that's right,

3    ████████████████████████████, I've seen ███████████

4    with, you know, all of my stuff.

5         So I don't know.  I don't know.  In my head it's

6    just like ████████ the areas that we needed them, right?

7    And now--

8    BY INSPECTOR NEGRINELLI:

9       Q   ████████████ there was a website that you can go to

10   verify people's information?

11      A.  Yeah.

12      Q   Yeah.  Okay.

13      A.  Or maybe I was telling ███████████ was going --

14   I'm sorry, I'm just trying to remember, to be honest, 'cause

15   it was a year ago.  Or maybe it was me telling ████████████

16   was checking them, and ███████████ like, Yeah, I know, or

17   something; something along the lines -- I just know that ██

18   knows that there's a place where you can check them.  Whether

19   it was me saying it and ██████████████ ████ ███████████████

     ██ █████████████████ ████████████

21        But I'm pretty sure it was me saying ███████, like,

22   Dude, I'm getting pissed off 'cause I'm paying you and we're

23   not getting the results.  You know, I'm here to make money and

24   now I'm losing money, right, kind of thing.  And ████████████

25   like, Dude, this guy checks them right in front of me when I

```
1    hand them in, and a lot of them are coming back just garbage,

2    it's not a real person or real address, or whatever the case

3    may be.

4          So ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. 'Cause

6    I'm sure ▇ didn't want to lose out on the five per petition

7    versus one.

8          MS. PAPAKOS:  Did you deal with any validity issues

9    for ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇?

10         THE WITNESS:  I don't know, because they weren't

11   mine to hand in.

12         MS. PAPAKOS:  But nobody ever told you ▇▇▇▇▇▇

▇▇▇▇▇▇▇▇, like--

14         THE WITNESS:  No, no.

15         MS. PAPAKOS:  Okay.

16         THE WITNESS:  '▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇

▇  ▇▇▇▇▇▇▇▇ and I'm telling you, they had to be

19   collecting a thousand a day, which is insane to me.  It's

20   crazy.

21         So I feel horrible about all this.  I would never

22   fraud anyone.  And I told him jokingly, like, If I was

23   going to do some fraud, I would -- you know, I'd make it

24   worthwhile.  There's no point in going and collecting fake

25   signatures and potentially going to jail or anything,
```

Page 43

```
 1    probation, I don't want any type of trouble, period, for

 2    $10 a signature, or any amount of money for that point, or

 3    for that matter.

 4         It's just, I'm sorry, I am sorry.  I just, I was

 5    ignorant to what was going on.  I had a full-time job.

 6         MS. VELASQUEZ:  Hold on.  Wait for a question.

 7    BY INSPECTOR NEGRINELLI:

 8    Q    Anything else that you can think of that we didn't

 9    ask?

10    A.   Anything I can think of that you didn't ask.

11         MS. BIRRIEL-SANCHEZ:  Do you have any photos of any

12    of these people?

13         THE WITNESS:  No.  I'm telling you, it wasn't

14    something taken very seriously, as like--

15         MS. PAPAKOS:  You said there might be some ████

      ███████████████████████████████████████████████████████

      ██████████████████████

      ███        THE WITNESS:  Yes, ma'am.

19         MS. PAPAKOS:  ███████████████

20         THE WITNESS:  ████████████████████████████████████

      ███████████████████████

      ███   BY INSPECTOR NEGRINELLI:

23    Q    That's on ███████████████████████████████████?

24    A.   If I have it, yeah.

25         MS. PAPAKOS:  Can you get us those if you do have
```

Page 44

1    them?

2            THE WITNESS:  Of course, I can get you whatever you

3    want.  I'm more than willing to help you guys out.  I hope

4    those ███████████ -- I'm going to be honest, when we

5    were finding ████████████████████████████████████████

6    ███████████████████ I'm like, What the hell, which I'm

7    so happy, 'cause that's ██████████████████████████

8    ██████████████████████████. ██████████████████████

9    'cause -- and I didn't, 'cause I just -- you know.

10           MS. PAPAKOS: ████████████████████

11   ████████████████████████████████████████████████

12           THE WITNESS: ████████████

13           MS. PAPAKOS: ████████████████████████████

14   ████████

15           THE WITNESS: ██████████████████

16           MS. BIRRIEL-SANCHEZ: ██████████████████████████

17   ██████████

18           THE WITNESS:  No, I don't have any of their info, █

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   ████████████████

24   BY INSPECTOR NEGRINELLI:

25       Q   And when did, when did it end around?

Page 45

1          A.   I'm sorry, sir, I think it was -- I want to say

2    before Thanksgiving.  And I think I started October.

3          Q    Right.

4          A.   So it was about a month.  So I wasn't out there

5    trying to fraud, man, and trying to--

6          Q    So like the last contact you had with ████████

     ███████████████████

8          A.   Yes, sir, yes, sir.  I never ever talked to those

9    people ever again in my life.

10         Q    All right.

11         A.   ████████████████████████████████

██   █████████████████████████████████████,

13   ████████████████    ██████████████████

     █████████████████████████████████████████

     ████████

     ███        ████████████████████████████████

     ██████████████   I hope some of this will help you.  If you

18   guys come in contact ████████  and I have to go testify, I

19   don't care, man, I'll do anything I have to do to clear my

20   name.

21              MS. PAPAKOS:  So while you were working with these

22         people and kind of hanging out with them for all that time

23         you were working, did anyone ever talk about using names

24         of other people that they found online, or filling out the

25         forms with just like fake names, anything like that, did

Case 4:25-cv-00211-MW-MAF    Document 103-4    Filed 05/16/25    Page 342 of 447

Page 46

1    you see any of that while you were --

2         THE WITNESS:  People did that a lot.  They would

3    just fill out, people would just -- fake, fake, fake,

4    because they didn't care.

5         MS. PAPAKOS:  And so when did you see that?

6         THE WITNESS:  All the time.  All the time.  People

7    would just fill it out.  And, you know, ███████████,

8    Okay, I'm going to get lunch, guys, I'll be back in an

9    hour.  And then two or three of them would just start

10   writing shit.  And like not, I don't think looking stuff

11   up, I don't know what kind of data bases are out there, I

12   don't get it, that part of it.  But, you know, just fake

13   shit.  Because at the end of the day, ████████████

     ███████████████████████████ wasn't going to go get it

15   verified right then and there, right, they knew that--

16 BY INSPECTOR NEGRINELLI:

17     Q   They were just getting that money up front.

18     A   Yeah.  When I say that people didn't really care,

19 and I hate to treat this like a joke, this whole scenario, but

20 like that's how everyone did treat it, you know, when they

21 were there.  And I mean, even myself, I didn't take it very

22 seriously, I just thought, you know?

23         And people were like, Oh, man, you should have been

24 here for the last one, it was for weed, everyone was lining up

25 to sign it.  And I'm like, you know what I mean, you could

Page 47

1    just tell that these people did it, and they did it almost

2    like for a living, I want to say.

3        Q    Yeah.

4        A.   I was naive to all of it, I was stupid.  I didn't

5    think I was doing anything wrong.  If I did, I wouldn't have

6    done it, man.

7        Q    Okay.  You got anything else?

8        A.   Wouldn't do this to my family, more than anyone.

9    But I hope that --

10           MS. VELASQUEZ:  Just wait for a question.

11           MS. PAPAKOS:  Any information you have that we

12       talked about, ██████████████████████████████████████

    ██████████████████ I want you to send over to Inspector Negrinelli, if

14       you have them.

15           THE WITNESS:  Yes, ma'am.

16           MS. PAPAKOS:  ███████████████████████████████████

    ████████████████████████████████████████████████████████

    █████████████████████████████████

    ███    THE WITNESS:  Yeah, with ██████████████████████████

    █████████████████████████████████████████████████████████

    █████████████████████████████████████████████████████████

    █████████████████████

    ███    BY INSPECTOR NEGRINELLI:

24       Q    Yeah, you can try.

25           MS. PAPAKOS:  That would be helpful if you're able

Page 48

1    to.

2         THE WITNESS:  Yes, ma'am.

3         MS. PAPAKOS: ███████████████████████████
████████████████████████████████

         THE WITNESS:  Yes, ma'am. ████████████████
█████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████  ███████████████████

11   █████████████████████████████████████████████

12   ████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

15        MS. BIRRIEL-SANCHEZ: ██████████████████████

16        THE WITNESS: █████████████████

17        MS. BIRRIEL-SANCHEZ: ██████████████████████?

18        THE WITNESS: ██████████

19        MS. BIRRIEL-SANCHEZ: ████████████████████?

20        THE WITNESS: ██████████

21        MS. BIRRIEL-SANCHEZ:  Okay. ████████████████

22   ███████.

23        THE WITNESS: ████████ ████████████████

24   ████████████.

25        Man, if I knew any of this, I would a never did any

Page 49

```
 1    of this.  This is -- I was just trying to make--
 2              MS. VELASQUEZ:  Just wait for--
 3              THE WITNESS:  Yeah.
 4              INSPECTOR NEGRINELLI:  All right.
 5              MS. PAPAKOS:  Oh, another really quick.  When you
 6    signed up for your Petition Circulator number, ██████
 7    ████████████████████████████████████████████████████
 8              THE WITNESS:  ████████████████.
 9              MS. PAPAKOS:  And did you ever see any of the
10    affirmations that you have to swear to when you sign up,
11    or any of the training, you didn't look at that?
12              THE WITNESS:  To be honest, no.  There was no
13    training, it was just going online, put in your
14    information, that was literally it.  Literally the same
15    day, I didn't even -- Okay, go show your local office
16    this.  ████████████████████████████████████████.
17         So that's why I thought it was a very leisurely
18    thing.  It's like, okay, here, now you're a Petitioner.
19    You know, I went, if not a hundred of us, not just that
20    group, but, you know, throughout all of the other people,
21    probably a hundred Petitioners ████████████████ you know,
22    and none of these people are the actual Circulator.  It's
23    just a Circulator getting people to get signatures.  So I
24    never thought what I was doing was wrong.  And here I am.
25              INSPECTOR NEGRINELLI:  All right.  Good?
```

1            MS. PAPAKOS:  Yeah, I think that's it.  I don't have

2        any other questions.

3    (THERE WAS A DISCUSSION OFF THE RECORD.)

4            THE REPORTER:  Are you ordering this?

5            MS. PAPAKOS:  Yeah, I think so.

6            THE REPORTER:  You think so, or yes?

7            MS. PAPAKOS:  Yeah, we'll order.

8    (END OF STATEMENT AT APPROXIMATELY 11:08 A.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF SARASOTA)

        I, Beverly Foor, RMR, Notary Public, State of Florida, certify that ANDRES FELIPE SALAZAR personally appeared before me on this 15th day of August, 2024, and was duly sworn.

        WITNESS my hand and official seal this 28th day of August 2024.

                                    Beverly Foor, RMR
                                    Notary Public - State of Florida
                                    My Commission No: GG 038733
                                    Expires: October 24, 2024

Produced Identification  X

Type of Identification Produced  Florida Drivers License

Appeared physically X

<u>R E P O R T E R ' S   C E R T I F I C A T E</u>

STATE OF FLORIDA   )

COUNTY OF MANATEE  )


    I, BEVERLY FOOR, Registered Merit Reporter, do hereby certify that I was authorized to and did stenographically report the proffer/interview of ANDRES FELIPE SALAZAR; that a review of the transcript was not requested; and that the foregoing transcript, Pages 1 - 50, is a true record of my stenographic notes.


    I FURTHER CERTIFY that I am not a relative, employee, or attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


    DATED this 28th day of August 2024, at Bradenton, Manatee County, Florida.

BEVERLY FOOR, RMR

# Appendix O: Tweet



**Forrest Saunders** @FBSaunders · Oct 4

Officials close to @yes4florida campaign tell me Salazar never worked for them directly. He was employed by a third party vendor, PCI Consultants. The source said the fraudulent signatures Salazar filed were stopped at county level and never ended up in the initiative's total.

💬 4      🔁 4      ♡ 12      📊 867





Appendix P: Harriel Proffer

1

2                          AUDIO TRANSCRIPTION
                         OF PROFFER STATEMENT
3                         OF DONELLA HARRIEL

4

5

6              DATE OF STATEMENT: AUGUST 20, 2024

7

8

9

10

11        Stenographically Transcribed Audio Recording by

12                       Carmel M. Street

13

14

15

16

17

18

19

20    Job No: 378469

21

22

23

24

25

```
 1                    PROFFER STATEMENT NO. 1
 2            The following proceeding was transcribed from
 3     an audio file as follows:
 4            MS. BIRRIEL-SANCHEZ:  Here for a Proffer
 5     statement of Donella Marie Harriel.
 6            Parties to put their names on the record.  I
 7     will begin.  And then we will go counterclockwise.
 8             My name is Sophia Birriel-Sanchez and I am
 9     here on behalf of the Office of Statewide Prosecution.
10            MS. PAPAKOS:  Pota Papakos with the Office of
11        Statewide Prosecution in Tampa.
12            MR. BERTISCH:  Flynn Bertisch on behalf of
13        Donella Harriel.
14            MS. HARRIEL:  Donella Marie Harriel.
15            INSPECTOR SHEPHARD:  Inspector Chris Shephard
16        with the Florida Law Enforcement Department.
17            INSPECTOR RATLIFF:  Inspector Scott Ratliff
18        with the Florida Department of Law Enforcement.
19     BY MS. BIRRIEL-SANCHEZ:
20        Q.   Today is August 30, 2024, and it is 10:24 a.m.
21     So, before we begin, Ms. Harriel, your attorney handed
22     me here a document that has two pages.  It's dated
23     August 20, 2024.  And it is -- it is addressed to your
24     attorney.  Did you go over these two pages with your
25     attorney?
```

1       A.   Yes, I did.

2       Q.   And the letter has a subject that reads, "Re:

3  Proffer of Donella Marie Harriel."?

4       A.   Yes.

5       Q.   I actually want to confirm that that is the

6  same letter.  It looks like it's signed by both you and

7  your attorney on today, August 30, 2024.  Is that

8  correct?

9       A.   That is correct.

10       Q.   And do you understand that what you are

11  receiving today is Use Immunity?

12       A.   Yes.

13       Q.   So, that means that we, as the State will not

14  introduce any of these statements against you as

15  substantive evidence during any trial or any hearing as

16  it pertains to this case.  But that if we can however

17  use these statements as impeachment evidence.

18       A.   Yes, ma'am.

19       Q.   Do you also understand that you are not

20  receiving Derivative Use immunity or Transactional

21  Immunity for these statements?

22       A.   Yes, ma'am.

23       Q.   And has your attorney explained all of this to

24  you?

25       A.   Yes, he has.

Donella Harriel
August 20, 2024

1      Q.   Do you have any questions before we begin

2   about what any of this means?

3      A.   No, ma'am.

4      Q.   Okay.  Do you want -- do you need any

5   additional time to speak with your attorney?

6      A.   No.

7      Q.   Okay.  Perfect.  So, the way that this is

8   going to work is that I expect that the inspectors will

9   be asking you some questions.

10         I may jump in just because I know -- I'm an

11   elections prosecutor, and I may have my own questions.

12   And then Ms. Papakos may also jump in because she has

13   separate investigations that maybe you have information

14   about.  Okay.  Thank you so much.

15      A.   Yes, ma'am.

16   BY INSPECTOR RATLIFF:

17      Q.   Okay.  Raise your right hand for me.  Do you

18   swear the statement you're about to give will be true

19   and correct to the best of your knowledge so help you

20   God?

21      A.   Yes, sir.

22      Q.   Okay.  So --

23      A.   Can you --

24      Q.   No.  You can put your hand down.

25      A.   Okay.

Donella Harriel
August 20, 2024

1      Q.   Sorry.  Just want to make sure that you're

2   under oath now.  Like I said before, it's just -- all we

3   ask is just be straight with us and just tell us the

4   truth.

5      A.   Okay.

6      Q.   Okay?

7      A.   Yes, sir.

8      Q.   That's all anybody's asking today.

9      A.   Yes.

10      Q.   With that said, we'll just kind of give you

11   the floor and if you can kind of explain the process and

12   how you got started.  And how -- and just kind of lead

13   us through that.  And then we'll just fill in the gaps

14   along the way.

15      A.   Yes, sir.

16      Q.   And just remember you're being audio-recorded

17   so pointing and that kind of -- because I talk with my

18   hands also, or just names him, her -- just like, to use

19   the names, that kind of stuff, okay?

20      A.   Yes, sir.

21      Q.   Thank you.

22   BY MS. BIRRIEL-SANCHEZ:

23      Q.   So, how did you get started working in

24   Petitioning?

25      A.   Well, I didn't know anything about Petitioning



Page 6

1   at first.  However, I know ███████████████. So,

15            INSPECTOR RATLIFF:  Uh-huh.









e 11

1

2

3        A.    Uh-huh.  We had to look up the names to help

4    out but we had to sign our signatures.

5        Q.    Okay.

6        A.    That's what -- that's what the deal was.  $5.

7    We will only get five even though it's $10 per

8    signature.  And she had to get the other.  We only get

9    five off each signature that we did.

10       Q.    Okay.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15        Q.    So, what do you -- okay.  What do you mean by

16   the computer stuff?

17        A.    Well, how they you know, get the information.

18        Q.    Uh-huh.

19        A.    She would give -- she tell us to get the names

20   -- to look it up.  We have to look it up to see who's

21   registered to vote.

22        Q.    Okay.

23        A.    And they would do the rest.  They had their

24   little organization where they will fill out all the

25   stuff.

Donella Harriel
August 20, 2024

Page 13

1    Q.   Was it like a website?

2    A.   What do you mean?

3    Q.   Okay.  How would they get the names?

4    A.   Off the websites.

5    Q.   What websites?

6    A.   Clustrmaps.  What else is it?  She told me

7    about, you have to go to the State of Florida voter

8    thing.  She showed me the State of Florida voter thing

9    that you have to go to.

10   Q.   Okay.  What other website did she show you?

11   A.   No, that was it.

12   Q.   Okay.

13   A.   As far as I -- what she told me, was

14   Clustrmaps.

15   Q.   So, as far -- how would you -- so, I just want

16   your own words to describe, just walk me from beginning

17   to end --

18   A.   Hm-mm.

19   Q.   -- how they would get a name and then how the

20   petitions were filled out.

21   A.   Oh, I don't know how they filled them out.

22   Q.   Okay.

23   A.   I just -- my responsibility was to sign my

24   name.  Put my signature.

25   Q.   Got it.

1      A.   Anything else, I wasn't responsible for that

2  part.

3      Q.   Okay.

4      A.   I just had to sign my name.  I got $5 per

5  every paper I signed.

6      Q.   Okay.  So, I'm going to show you some

7  petitions.  Your attorney hasn't seen these yet because

8  I just got these yesterday from Miami.  But just so

9  we're clear, these are just some petitions from Miami,

10  okay.  And I'm just -- I'm going to show them to you.

11  I'm going to just pass you one.

12          MS. PAPAKOS:  So, for purposes of the

13      recording, we are showing Ms. Harriel and petition

14      with voter information for a last name of ███████

15      ███████████.  And first name ██████████████

16      And we're showing this to counsel first.  Okay.

17          MS. BIRRIEL-SANCHEZ:  So, do you recognize

18      that form generally?

19          THE WITNESS:  Yes.

20          (Thereafter, the audio ended)

21

22

23

24

25

Donella Harriel
August 20, 2024

Page 15

1                REPORTER'S CERTIFICATE.

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11              Dated this 19th day of September, 2024.

12

13

14   _____
                   CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25

1                    PROFFER STATEMENT NO. 2.





17        Q.    Okay.  So, all you would do to clarify, is

18   sign your name on that form?

19        A.    Yes.  That's all I would have to do.

20        Q.    So, you never met ██████████████?

21        A.    I don't know who that is.

22        Q.    Okay.

23        A.    I don't have a clue who ██████████████ is.

24        Q.    And you don't know -- okay.  I'm sorry, where

25   would you sign the forms?  No, I'm sorry, but where were

Page 3

1  you physically?  Like, right now --

2      A.   Oh, home.  In my house.

3      Q.   You were in your house?

4      A.   Yes.

5      Q.   You never went for example to Miami-Dade

6  County to have this form signed?

7      A.   Oh no.  No, ma'am.

8      Q.   Okay.

9      A.   No, ma'am.

10      Q.   So, you have -- I'm just using this as an

11  example so that I --

12      A.   Uh-huh.

13      Q.   -- because I'm a visual person.

14      A.   Yes, ma'am.

15      Q.   So, all you would do is sign a blank form?

16  So, you never even saw who wrote ██████████ on the

17  form?

18      A.   I can't tell you.

19      Q.   Okay.

20      A.   No.  I have no clue as far as that.  I'm

21  admitting what I did which was sign my name on it.

22      Q.   Okay.

23      A.   And the agreement was to give me $5 per each

24  one I signed.

25      Q.   Okay.  Does anybody have any problems in

Donella  Harriel_2
August 20, 2024

Page 4

 1   reference to that?

 2   BY INSPECTOR RATLIFF:

 3        Q.   Let's go back a little bit.  You said finding

 4   names.  Were you responsible at any point in time for

 5   just looking like you said at the Clustrmaps or the

 6   State of Florida --

 7        A.   Oh yes.

 8        Q.   So you --

 9        A.   Yes, sir.

10        Q.   So, what would you do as far as when you would

11   get on the -- I'm assuming it's on a computer.

12        A.   Yeah, I would look and get the names.

13        Q.   So like, what would you do?  Like, walk us

14   through that.  Like once you get a name --

15        A.   Uh-huh.

16        Q.   -- what is your responsibility?

17        A.   I would write them all out --

18        Q.   Okay.

19        A.   -- on the papers.

20        Q.   Uh-huh.

21        A.   -- and give them to her.

22   BY MS. BIRRIEL-SANCHEZ:

23        Q.   But not on this paper?

24        A.   No.  Not on that paper.  No, ma'am.  Not on

25   that paper.  I wrote them on paper, straight out.  Any

Page 5

1   one that I seen that was registered --

**2        Q.   Okay.**

3        A.   -- I gave them to her.







10      Q.      So, to get anymore so, what kind of
11   information would you provide other than a name?
12      A.      Just people who's registered to vote.
13      Q.      So, if you go on there and you see Joe Smith
14   is registered to vote --
15      A.      Right.
16      Q.      -- what information do you get for Joe
17   Smith?
18      A.      His name and address.  They have his name
19   and address on there.





```
 7        Q.      Okay.  And again, just to reiterate, none of

 8   the voter information of the person who would have

 9   signed the petition or purported to sign it --

10        A.      Uh-huh.

11        Q.      -- none of this was filled out when you got

12   the forms?

13        A.      Oh no.  Blank forms.  Five hundred at a

14   time.

15        Q.      Okay.

16        A.      They bring five hundred at a time.  Blank

17   forms.
```













22

23

24

25

Donella Harriel_2
August 20, 2024

Page 17

1                    REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 16, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14   _____

                 CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25























15      INSPECTOR RATLIFF:  And what did the process

16  look like for you?  What were you told that you

17  were supposed to do and contribute?  Was it the

18  signing of these forms?

19      THE WITNESS:  And the names.

20      INSPECTOR RATLIFF:  And the names?

21      THE WITNESS:  Yeah.

22      INSPECTOR RATLIFF:  That you conducted the

23  research on in Clustrmaps.

24      THE WITNESS:  Yes.

25      INSPECTOR RATLIFF:  To the State of Florida

1   voter information?

2        THE WITNESS:  Yes, sir.

3        INSPECTOR RATLIFF:  Do you remember

4   specifically what that State of Florida voter or

5   website or page that you went to?  Would you have

6   that on your phone for the actual address?

7        THE WITNESS:  I will see.

8        (Thereafter the audio ended.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donnela Harriel_3
August 20, 2024

Page 13

1                    REPORTER'S CERTIFICATE.

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing audio proceedings, and that

9    the transcript, pages 1 through 13, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14   _____
                      CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25



```
 1                    PROFFER STATEMENT 4
 2         The following proceeding was transcribed from
 3   an audio file as follows:
 4         INSPECTOR RATLIFF:  So, was the voter
 5   information look up?
 6         THE WITNESS:  Yes, sir.
 7         INSPECTOR RATLIFF:  On the Florida Department
 8      of State Website.  Florida.
 9         MS. PAPAKOS:  Okay, question for you.
10         THE WITNESS:  Yes.
11         MS. PAPAKOS:  On this form -- and again, for
12      the record, we're looking at Ms. Harriel's phone.
13      In order to determine if someone is a registered
14      voter, you have to provide three things?
15         THE WITNESS:  Hm-mm.
16         MS. PAPAKOS:  The first name, their last name
17      and their date of birth.
18         THE WITNESS:  Hm-mm.
19         MS. PAPAKOS:  How would you get that
20      information?
21         THE WITNESS:  I would get it from Clustrmaps.
22         MS. PAPAKOS:  Can you pull up Clustrmaps on
23      your phone?
24         THE WITNESS:  It's taking a second, but it's
25      coming up. (Inaudible)
```

```
 1        MS. PAPAKOS:  So can you walk us through how
 2   -- and for the record, we're looking at the
 3   Clustrmaps site.
 4        And inspector, if you could read the website
 5   out loud?
 6        INSPECTOR RATLIFF:  It's says, "free website
 7   Clustrmaps, C-L-U-S-T-R Maps, M-A-P-S, all one word
 8   dat com.
 9        MS. PAPAKOS:  Thank you.
10        So, Ms. Harriel, can you just walk us through
11   from that, the home page of Clustrmaps,
12   Clustrmaps.com, how you would find someone first
13   name, last name and date of birth?
14        THE WITNESS:  Okay.  Okay.  See how it says
15   public records encyclopedia?
16        MS. PAPAKOS:  Okay.
17        THE WITNESS:  Like say for instance if you
18   doing the State of Florida, so you're going to
19   put --
20        MS. PAPAKOS:  I'm sorry.  How did you get to
21   that page?  That one with -- with that on the home
22   page, you just scroll down?
23        THE WITNESS:  No, you know, how you have the
24   bars on the side.
25        MS. PAPAKOS:  Okay.
```

1         THE WITNESS:  Yes.  So where it says search

2    the name or address or whatever.

3         INSPECTOR RATLIFF:  Florida?

4         THE WITNESS:  Yeah, I put Florida right there.

5         INSPECTOR RATLIFF:  Got it.  14/19?

6         THE WITNESS:   Yes, yes, sir.  There it is.

7    Address, people.

8         MS PAPAKOS:  So what would you put, people?

9         THE WITNESS:  Yes, ma'am.

10        INSPECTOR SHEPHARD:  And I assume this process

11   didn't take place on your phone.  You had a

12   computer.  Was it your personal computer, or did

13   they supply you with one?

14        THE WITNESS:  No, mine.

15        INSPECTOR SHEPHARD:  So you had a personal

16   computer.  Was it a laptop or?

17        THE WITNESS:  Yes, sir, laptop.

18        INSPECTOR SHEPHARD:  And then you would sit at

19   home?

20        THE WITNESS:  Yes.

21        INSPECTOR SHEPHARD:  And do this?

22        THE WITNESS:  Yes.

23        MS. PAPAKOS:  Okay, I want to clarify.  Had

24   you ever been to Clustrmaps.com before you started

25   petitioning?

Page 4

1          THE WITNESS:  I have never even heard of

2     Clustrmaps.





 7          INSPECTOR RATLIFF:  Okay.  And how did you

 8    narrow it down when you were in Clustrmaps?  So

 9    you're sitting at your computer.  You just type in

10    Florida, and then I would assume you would work

11    down.  How would you work down to get the

12    information that you forward about?

13          THE WITNESS:  Well, it went by wherever she

14    say we have to work at the time.

15          INSPECTOR RATLIFF:  By ZIP Code?

16          THE WITNESS:  No, she would say by County.

17          INSPECTOR RATLIFF:  So by County.

18          THE WITNESS:  It goes by County.  I need this

19    amount for this County.



24        INSPECTOR RATLIFF:  And then what would you do

25    from there once you were in Clustrmaps in a

Donnela Harriel_4
August 20, 2024

Page 7

1   particular County?  Can you walk us through that?

2        THE WITNESS:  When -- okay, you're in that

3   County, it's going to look like -- it's going to

4   say, do you like basically want college graduates,

5   or basically like poor area.  It's broken down like

6   that.

7        INSPECTOR RATLIFF:  What's broken down like

8   that?

9        THE WITNESS:  The way they --

10        INSPECTOR RATLIFF:  In Clustrmaps?

11        THE WITNESS:  Yeah.

12        INSPECTOR RATLIFF:  Okay, so then it breaks

13   down different categories.

14        THE WITNESS:  Hm-mm.

15        INSPECTOR RATLIFF:  Showing college students?

16        THE WITNESS:  Hm-mm.

17        INSPECTOR RATLIFF:  Minorities?

18        THE WITNESS:  Yes.

19        INSPECTOR RATLIFF:  What else does it break

20   down in there?

21        THE WITNESS:  What else was it?  Oh,

22   apartments.  Mainly if it was apartment, if you

23   wanted the apartment sections or if you wanted a

24   home, just home sections or whatever and then ZIP

25   Codes.

Donnela Harriel_4
August 20, 2024

Page 8

1          INSPECTOR RATLIFF:  Then ZIP Codes.  And then

2      what would you do to get to the information that

3      you would provide?  Would you pick one of those

4      particular subjects out of there?

5          THE WITNESS:  The ones that I honestly went

6      for were the ones that had the most populated

7      areas.

8          INSPECTOR RATLIFF:  Okay.  And what did that

9      generally fall under as far as those categories?

10         THE WITNESS:  Mainly, the people that was

11     college graduates and stuff.

12         INSPECTOR RATLIFF:  So college graduates?

13         THE WITNESS:  Yes, mainly the college, college

14     graduates.

15         INSPECTOR RATLIFF:  Was there any other reason

16     why you were targeting just college graduates other

17     than that was the most?

18         THE WITNESS:  You know why?  Because majority

19     of them when I was looking were registered to vote.

20         INSPECTOR RATLIFF:  And out of those

21     demographics that you talked about --

22         THE WITNESS:  Uh-huh.

23         INSPECTOR RATLIFF:  Did they have more

24     information under them, under their name?

25         THE WITNESS:  It led to -- I notice it led to

Donnela Harriel_4
August 20, 2024

Page 9

1   other people.

2       INSPECTOR RATLIFF:  So it led to other people,

3   but you were getting the information as far as the

4   date of birth and complete names and everything?

5       THE WITNESS:  Hm-mm.

6       INSPECTOR RATLIFF:  Out of that college

7   demographic?

8       THE WITNESS:  Oh, yeah.

9       INSPECTOR RATLIFF: -- when you're in

10  Clustrmaps?

11      THE WITNESS:  All of that would come up.

12      INSPECTOR RATLIFF:  Okay.

13      THE WITNESS:  And it would lead to other

14  people that was in like similar.  It just had links

15  right up under the other.

16      INSPECTOR RATLIFF:  And then you would what,

17  go down --

18      THE WITNESS:  Just click it.

19      INSPECTOR RATLIFF:  Get the information?

20      THE WITNESS:  Just keep clicking.

21      INSPECTOR RATLIFF:  And each time you click,

22  would you always find their names and other

23  personal information like their date of birth?  Or

24  was it a name and address, or was it just a name

25  and age?  What did that look like?

Donnela Harriel_4
August 20, 2024

Page 10

1          THE WITNESS:  All of those that you just said.

2          INSPECTOR RATLIFF:  All of them?

3          THE WITNESS:  Hm-mm.

4          INSPECTOR RATLIFF:  And then after you

5    retrieve that information from Clustrmaps, walk me

6    through the process that happened after.

7          THE WITNESS:  After you retrieve this

8    information from Clustrmaps that's when you have to

9    go to that voter registration and look up things

10   for the State of Florida.

11         INSPECTOR RATLIFF:  And you're still utilizing

12   the same computer, your personal computer at home

13   when you're doing this?

14         THE WITNESS:  Yes.

15         INSPECTOR RATLIFF:  What does that look like

16   when you go to that?

17         THE WITNESS:  Well, you have to put in the

18   information that they ask for the voter

19   registration.

20         INSPECTOR RATLIFF:  And you already had that?

21         THE WITNESS:  And the only stuff that I have

22   to put on the paper is the ones that are registered

23   to vote.

24         INSPECTOR RATLIFF:  And you were able to

25   decipher through Clustrmaps whether or not they're

Donnela Harriel_4
August 20, 2024

Page 11

1    registered to vote once you put their information

2    in and confirmed that they're a voter?

3          THE WITNESS:  In the State of Florida

4    registration lookup.

5          INSPECTOR RATLIFF:  And then that name after

6    that process, you put on a sheet or a register or

7    something that you then --

8          THE WITNESS:  Paper.  I have to -- the only

9    names that I give her were the ones that were

10    registered to vote.

11          INSPECTOR RATLIFF:  Now, on that paper, did

12    you also include their personal information like

13    their date of birth or anything?

14          THE WITNESS:  Yeah, I had to write their name.

15          INSPECTOR RATLIFF:  Okay.

16          THE WITNESS:  And their date of birth.

17          INSPECTOR RATLIFF:  Any other information,

18    personal information?

19          THE WITNESS:  No, it's just whatever needed to

20    go on the form.

21          THE WITNESS:  And what did that form look

22    like?  Was a just a sheet of paper?

23          THE WITNESS:  It's this.

24          INSPECTOR RATLIFF:  So you're putting that

25    information on here or you're putting them

Donnela Harriel_4
August 20, 2024

Page 12

1    separately?

2         THE WITNESS:  No, no, sir.  On a regular sheet

3    of paper, I'm going straight down the road with all

4    the ones that are registered to vote.

5         INSPECTOR RATLIFF:  Okay, that's what I was

6    asking.

7         THE WITNESS:  Oh, okay.

8         INSPECTOR RATLIFF:  And then you take that

9    information.  You make a list.  So I assume you

10   would probably maybe have two lists or you have one

11   running list after you -- you go in the Clustrmaps.

12        THE WITNESS:  Hm-mm.

13        INSPECTOR RATLIFF:  You're making one list of

14   people?

15        THE WITNESS:  Hm-mm.

16        INSPECTOR RATLIFF:  Correct me if I'm wrong.

17        THE WITNESS:  Yeah.

18        INSPECTOR RATLIFF:  So you're putting that

19   information down, right?

20        THE WITNESS:  Right.

21        INSPECTOR RATLIFF:  And then the next stage in

22   the process is, you're then taking that --

23        THE WITNESS:  Right.

24        INSPECTOR RATLIFF: -- using the same computer

25   and then plugging that information in to find out

Page 13

1    who's the voter.

2        THE WITNESS:  And who's ever registered to

3    vote that's who's going on this page.

4        INSPECTOR RATLIFF:  That's going on the next

5    page?

6        THE WITNESS:  Yes.

7        INSPECTOR RATLIFF:  And then that final

8    page --

9        THE WITNESS:  Hm-mm.

10        INSPECTOR RATLIFF: -- is the information

11    that's forwarded out to Kelly or who do you give

12    that to?

13        THE WITNESS:  Because they're already checked

14    out and they're registered to vote.



24        INSPECTOR RATLIFF:  And that was your task in

25    this particular process, right?





10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Donnela Harriel_4
August 20, 2024

Page 16

1              REPORTER'S CERTIFICATE.

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11             Dated this 18th day of September, 2024.

12

13

14   _____
                    CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25

1                     PROFFER STATEMENT 5.

2              The following proceeding was transcribed from

3    an audio file as follows:



























4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donella Harriel_5
August 20, 2024

Page 16

1                    REPORTER'S CERTIFICATE

2

3     STATE OF FLORIDA

4     COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7     that I was authorized to and did stenographically

8     transcribed the foregoing telephonic proceedings, and

9     that the transcript, pages 1 through 14, is a true and

10    complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14    _____

                    CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25

Appendix Q: Settlement Agreement

## SETTLEMENT AGREEMENT

This **SETTLEMENT AGREEMENT** ("Agreement") is entered into by and between **FLORIDIANS PROTECTING FLORIDA, INC.,** ("FPF"), the sponsoring committee for Ballot Initiative 23-07, and the **FLORIDA DEPARTMENT OF STATE** ("Department"). Throughout this Agreement, the FPF and the Department shall be referred to collectively as the "Parties."

**WHEREAS**, there currently exists a dispute between the Parties at the Division of Administrative Hearings ("DOAH"), which includes the facts and circumstances related to, or arising out of, an administrative fine imposed by the Department on FPF for an alleged violation of section 100.371(7)(a)2, Florida Statutes; and

**WHEREAS,** there currently exists a dispute between FPF and Joseph Ladapo, in his official capacity as the State Surgeon General and head of the Department of Health, in the U.S. District Court for the Northern District of Florida; and

**WHEREAS,** the Parties desire to settle and resolve their disputes in an amicable fashion and without additional delay or further litigation;

**NOW THEREFORE**, in consideration of the mutual covenants and promises contained herein, the Parties stipulate and agree as follows:

## PROMISES OF FPF

In consideration of the Department's obligations set forth in this Agreement, FPF agrees to the following terms:

**(1)** FPF neither admits nor denies it violated section 100.371(7)(a)2, Florida Statutes, but will pay **$164,000** to the Department, within two days of the execution of this agreement, to resolve Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

**(2)** FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

**(3)** FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Ladapo, Northern District of Florida Case No. 4:24-cv-419,

**(4)** FPF will not seek attorney's fees or costs in the federal lawsuit, Floridians Protecting Freedom, Inc. v. Ladapo, Case No. 4:24-cv-00419 (N.D. Fla. 2024), contingent on the defendants in that case also not seeking attorney's fees or costs; and

**(5)** FPF will not pursue any further litigation against the State of Florida, its agencies, officers, and employees for any alleged violations of state or federal law affecting FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement) contingent on the Department, its divisions, officers, and employees not pursuing

Page 1 of 3

any further litigation against FPF, its directors, officers,  and employees for any alleged violations of state or federal law by FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement).

## PROMISES OF THE DEPARTMENT

In consideration of FPF's obligations set forth in this Agreement, the Department agrees to the following terms:

(1) the Department will accept the amount of **$164,000** to resolve with finality DOAH Case No. 24-4289, i.e., the full amount for alleged violations of section 100.371(7)(a)2, Florida Statutes, absent the willfulness enhancement;

(2) the Department will not impose, assess, levy or seek any past, current or future administrative fines against FPF for any alleged violations of section 100.371(7)(a)1-2, Florida Statutes, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement), nor will the Department investigate, or refer any such alleged violations, from the 2024 election cycle, of section 100.371(7)(a)1-2, Florida Statutes, to the Attorney General for enforcement under section 100.371(8), Florida Statutes; and,

## MUTUAL PROMISES

In consideration of the obligations set forth in this Agreement, the Parties mutually agree to the following terms:

(1) this settlement and any term of this Agreement shall neither set any precedent nor  serve as an admission of any liability for any other purpose by the Parties, including resolution of any future DOAH or federal proceedings;

(2) each party shall be responsible for payment of their own attorneys' fees and costs related to the DOAH proceeding; and

(3) the Parties represent and warrant that they are authorized to enter into this Agreement and that they have the authority to perform the terms of this Agreement.

## GENERAL AGREEMENT TERMS

1.      **Complete Integration of Agreement.** This Agreement is made without reliance upon any statement or representation of any party hereby released except those contained in this Agreement.  This Agreement contains the entire understanding of the Parties and may not be modified except by writing which is signed by all the parties to this Agreement.  Any oral or written promises or assurances not contained in this Agreement are waived, abandoned, withdrawn, and without legal effect.

2. **Construction of Agreement.** The language of all parts of this Agreement shall be construed as a whole, according to its plain meaning, and not for or against the drafter.

3. **Enforcement and Venue.** Any breach of any term, provision, or obligation of this Agreement by any party shall entitle the other party to seek enforcement of such term, provision, or obligation, in a court of law or administrative tribunal of competent jurisdiction. It is expressly understood and agreed that this Agreement shall be governed by the laws of the State of Florida, with exclusive venue for any action upon an alleged breach of any term, provision, or obligation of this Agreement in the Second Judicial Circuit in and for Leon County, Florida.

4. **Performance.** Should either party default in any material manner with respect to any term, provision, or obligation set forth in this Agreement, the available remedies for the non-defaulting party shall include, but are not limited to, a suit for specific performance with the prevailing party receiving attorneys' fees and costs resulting therefrom.

5. **Execution.** This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement and may be consummated by facsimile, email, or electronically transmitted signatures.

6. **Acknowledgment.** The Parties, as signatories to this Agreement, acknowledge that they have read this Agreement, that they fully know, understand, and appreciate its contents, that they have been advised by or have had an opportunity to consult with their respective counsel regarding its contents, and that they execute the same and make promises provided herein voluntarily, with authority, and of their own free will.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement, consisting of three (3) pages, including the signature page, as of the dates hereinafter appearing.

ON BEHALF OF FPF

_____        12/16/2024
Signature                                Date

Sara Latshaw                            Chairperson
Printed Name                             Title

ON BEHALF OF DOS

_____        12/16/2024
Signature                                Date

Bradley R. McVay                        Deputy Secretary of State for
Printed Name                             Title  Legal Affairs & Election Integrity