# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., *et al.*, <br><br> *Plaintiffs-Intervenors*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No.: 4:25cv211-MW/MAF |

## NOTICE OF FILING EXHIBIT 1 TO ECF NO. 91-2

On May 14, 2025, Plaintiffs filed their motion for preliminary injunction. ECF No. 92. In support of that motion, Plaintiffs also filed several declarations. *See* ECF No. 91. In that filing, however, Plaintiffs inadvertently omitted Exhibit 1 to the Declaration of Mitchell Emerson in Support of Plaintiffs' Motion for Preliminary Injunction. ECF No. 91-2. The relevant portion of referenced Exhibit 1 was quoted in full in paragraph 10 of Mr. Emerson's declaration.

To correct that omission, Plaintiffs now submit the omitted exhibit as Exhibit 1 to this Notice.

Dated: May 16, 2025

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135
King, Blackwell, Zehnder
 & Wermuth, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Respectfully submitted,

Matletha Bennette, Fla. Bar No. 1003257
Krista Dolan, Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Avner Shapiro*
Bradley E. Heard**
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law

*Admitted *Pro hac vice*
***Pro hac vice* application forthcoming

**Attorneys for Plaintiffs**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiff*