Ana-Christina Acosta <anachristina@floridadecideshealthcare.org>

## Florida Decides Healthcare Ballot Initiative

**edie williams** <ediewont@gmail.com>  Wed, May 7, 2025 at 4:22 PM
To: Ana-Christina Acosta <anachristina@floridadecideshealthcare.org>, Brett Thomas <brettski1313@gmail.com>, Randi Sathan <rmsmanateedems@gmail.com>

Hi Ana,

I am the sender of bad news, I'm afraid.

Regretfully, we at the MCDP headquarters are going to have to step away from being a hub for Florida Decides Healthcare for the time being, given the horrible new law and its confusing and punitive rules that are almost impossible to follow consistently.

We are definitely open to resuming activity as a hub should there be an injunction against the law, and very much hope that we will be able to do so.

Thank you for being a pleasure to work with; we wish you great success in continuing to gather petitions under these incredibly trying circumstances.

Sincerely,

Edie

Edie Williams
Office Manager
Manatee County Democratic Party
435 Cortez Rd. West
Bradenton, FL 34207
941-301-4336
REDACTED  (personal cell)

**EXHIBIT 1**