IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., *et al.*,

*Plaintiffs*

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants.*

Case No. 4:25-cv-00211-MW-MAF

**UNOPPOSED MOTION TO OBSERVE HEARING REMOTELY**

Proposed Intervenor Plaintiffs FloridaRightToCleanWater.org and Melissa Martin respectfully move the Court to authorize them to listen to the May 22, 2025 hearing on Plaintiffs' Motions for Preliminary Injunction through the call-in number previously authorized for some defendants to use, ECF Nos. 101, 106, or other electronic means.

Proposed Intervenor Plaintiffs' counsel are located outside of the Tallahassee area and some of Proposed Intervenor Plaintiffs' counsel reside outside of the state. While Proposed Intervenor Plaintiffs are not

1

joining the preliminary injunction motions before the Court, their claims may be impacted by the Court's ruling.

This motion is unopposed.

Dated: May 21, 2025

Respectfully submitted,

/s/ Simone Leeper
Simone Leeper (Fla. Bar No. 1020511)
Danielle Lang (D.C. Bar No. 1500218)*
Brent Ferguson (D.C. Bar No. 1782289)*
Alexandra Copper (Cal. Bar No. 335528)*
Heather Szilagyi (D.C. Bar No. 90006787)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Kunal Dixit (D.C. Bar No. 90029821)*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
sleeper@campaignlegalcenter.org
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
acopper@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
kdixit@campaignlegalcenter.org

*Counsel for Plaintiffs*
\**pro hac vice* motion forthcoming

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Proposed Intervenors have attempted to confer with counsel for all parties over email. All parties, excluding those listed below, do not oppose this motion.

Counsel for Proposed Intervenors attempted to contact counsel for Defendants Supervisors of Elections for Hernando, Hillsborough, and Pinellas Counties by email at 5:14 P.M. on Tuesday, May 20, but did not receive a response as of the time of filing.

At this time, counsel for Proposed Intervenors cannot confer with counsel for Defendants Supervisors of Elections for Duval, Escambia, and Orange Counties because they have yet to appear in this action.

*/s/ Simone Leeper*
Simone Leeper
*Counsel for Proposed Intervenors*

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned counsel certifies, pursuant to N.D. Fla. Loc. R. 7.1(F), that this Motion contains 99 words, excluding the case style, signature block, and Local Rule 7.1 Certificate.

*/s/ Simone Leeper*
Simone Leeper
*Counsel for Proposed Intervenors*
