# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC*., et al.*,

    *Plaintiffs,*

v.

CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.*,

    *Defendants.*

Case No. 4:25cv211-MW/MAF

## SECOND NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Florida Decides Healthcare, Mitchell Emerson, and Jordan Simmons and Plaintiff-Intervenor Smart & Safe Florida (together, "Plaintiffs"), consistent with the Court's Order Regarding Procedure for May 22 Hearing, ECF No. 96, hereby submit the following exhibits in Support of Plaintiffs' First Motion for Preliminary Injunction:

    1.    Declaration of Michael C. Herron, PhD., dated May 21, 2025.

    2.    Second Declaration of Corporate Representative of Smart & Safe Florida, dated May 21, 2025.

Dated: May 21, 2025

s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette
Fla. Bar No. 1003257
Krista Dolan
Fla. Bar No. 1012147
SOUTHERN POVERTY LAW
CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget K. Smitha
Florida Bar No. 709581
Christopher R. Clark
Florida Bar No. 1002388
Liz Desloge Ellis
Florida Bar No. 97873

Respectfully submitted,

Avner Shapiro*
Bradley E. Heard**
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law

*Admitted *Pro hac vice*
**\*Pro hac vice* application forthcoming

*Attorneys for Plaintiffs Florida Decides Healthcare, Mitchell Emerson, and Jordan Simmons*

2

Hannah E. Murphy
Florida Bar No. 1032759
Matthew Bryant
Florida Bar No. 93190
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com
lellis@stearnsweaver.com
hmurphy@stearnsweaver.com
mbryant@stearnsweaver.com
cacosta@stearnsweaver.com
abrantley@stearnsweaver.com
aruddock@stearnsweaver.com

*Counsel for Plaintiff, Smart & Safe Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiffs*