# United States District Court
## CIVIL MINUTES - GENERAL

Case #   4:25cv211-MW-MJF                    Date   May 22, 2025

### FLORIDA DECIDES HEALTHCARE INC, et al. v. CORD BYRD, et al.

DOCKET ENTRY:   Preliminary Injunction Hearing Held  9:01 – 10:00 a.m.; 10:12 – 10:42 a.m.; 10:49 – 11:46 a.m.; 11:52 a.m. – 12:27 p.m.

Court hears argument regarding Plaintiff's [92] Motion for Preliminary Injunction.  Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):
Nicholas Steiner, Frederick Wermuth & Ben Stafford (Plaintiffs)
Glenn Burhans, Jr. & Hannah Murphy (Intervenor Plaintiff Smart & Safe Florida)
Pooja Chaudhuri & Spencer Klein (League Intervenor Plaintiffs)

Attorney(s) for Defendant(s):
Mohammad Jazil & Michael Beato (Byrd)
William Stafford, III. & Sara Spears (Uthmeier)
Arthur Jacobs (State Attorney Defendants)

PROCEEDINGS:   Preliminary Injunction Hearing Held

9:01   Court in session
       Court reviews record
9:03   Court addresses parties
9:09   Court hears argument re: Plaintiff's [92] Motion for Preliminary Injunction
10:00  Court in recess

10:12  Court in session
       Court addresses parties
10:13  Argument continues
10:42  Court in recess

10:49  Court in session
       Argument continues
11:46  Court in recess

11:52  Court in session
       Court addresses parties
11:55  Argument continues
12:26  Parties discuss schedule
12:27  Court adjourned

Initials of Clerk: **VMM**