UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., et al.,<br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br>*Defendants*,<br><br>REPUBLICAN PARTY OF FLORIDA,<br>*Proposed Intervenor-Defendant.* | No. 4:25-cv-211-MW-MAF |

**MOTION TO INTERVENE**

The Republican Party of Florida ("RPOF") seeks to intervene as a defendant in this case. Attached as **Exhibit 1** is a memorandum of law that explains why RPOF is entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(2) and to permissive intervention under Rule 24(b). In addition, pursuant to Rule 24(c), RPOF has attached proposed answers as **Exhibits 2-5** to each of the four complaints filed in this action. ECF Nos. 19, 54, 90, 116.

For all those reasons, RPOF respectfully asks the Court to grant this motion.

Dated: May 27, 2025

Respectfully submitted,

*/s/ Benjamin J. Gibson*
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
Tara R. Price (Fla. Bar No. 98073)
Nicholas J.P. Meros (Fla. Bar No. 120270)
Kassandra S. Reardon (Fla. Bar No. 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com

*Counsel for Proposed Intervenor-Defendant Republican Party of Florida*

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Counsel for RPOF conferred with counsel for Plaintiffs, Intervenor-Plaintiffs, and Defendants who have appeared regarding this motion. Plaintiff Florida Decides Healthcare, Inc., and Intervenor Plaintiffs Smart & Safe Florida and FloridaRightto-CleanWater.org oppose the motion. Counsel for Plaintiff-Intervenors League of Women Voters of Florida did not respond to counsel for RPOF's email conferral seeking their position on the motion, which was sent on Thursday, May 22, 2025, at 3:43 p.m.

State Defendants Byrd and Uthmeier do not oppose RPOF's intervention. The Defendant Supervisors of Election who responded to counsel for RPOF's email correspondence, sent the afternoon of Thursday, May 22, 2025, either took no position on the motion or do not oppose RPOF's intervention. Counsel for the State Attorneys did not respond to counsel for RPOF's email conferral seeking their position on the motion, which was sent on Thursday, May 22, 2025, at 4:06 p.m. The other Defendants had not yet appeared when counsel for RPOF sent its email conferrals.

*/s/ Benjamin J. Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances. Those parties who have not yet appeared will be served via email.

*/s/ Benjamin J. Gibson*