**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE, INC., *et al.*,

        *Plaintiffs*,

v.

BYRD, *et al.*,

        *Defendants*.

No.: 4:25-cv-00211-MW-MAF

SMART & SAFE FLORIDA, *et al.*,

        *Intervenor-Plaintiff*,

v.

BYRD, *et al.*,

        *Defendants*.

LEAGUE OF WOMEN VOTERS OF FLORIDA, *et al.*,

        *Intervenor-Plaintiffs*,

v.

BYRD, *et al.*,

        *Defendants*.

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, the League of Women Voters of Florida and League of Women Voters of Florida Education Fund, Inc. (together, "LWVFL" or the "League"), League of United Latin American Citizens ("LULAC"), and two members (as well as the current Co-Presidents) of LWVFL, Cecile Scoon and Debra Chandler (together, "Individual Plaintiffs") (collectively, "Plaintiffs") submit the following exhibits in support of and referenced in their Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction:

1. Exhibit A is a true and correct copy of the Second Declaration of Cecile Scoon on behalf of LWVFL dated June 2, 2025.

2. Exhibit B is a true and correct copy of the Declaration of Juan Proaño on behalf of LULAC dated June 2, 2025.

3. Exhibit C is a true and correct copy of the Declaration of Debra Chandler in her Individual Capacity dated June 2, 2025.

4. Exhibit D is a true and correct copy of the Declaration of Cecile Scoon in her Individual Capacity dated June 2, 2025.

Dated: June 2, 2025                    Respectfully submitted,

                                                                                   <u>s/ Pooja Chaudhuri</u>
POOJA CHAUDHURI**
pooja@statedemocracydefenders.org
SPENCER KLEIN**
spencer@statedemocracydefenders.org
SOFIA FERNANDEZ GOLD**
sofia@statedemocracydefenders.org
NORMAN EISEN*
norman@statedemocracydefenders.org
TIANNA MAYS*
tianna@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

\* *Pro hac vice* applications forthcoming
\*\* *Pro hac vice* granted
*Counsel for All Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

*s/ Pooja Chaudhuri*
Pooja Chaudhuri
(D.C. Bar No. 888314523)