# **EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE, INC., *et al.*,

        *Plaintiffs*,

v.

BYRD, *et al.*,

        *Defendants*.

No.: 4:25-cv-00211-MW-MAF

SMART & SAFE FLORIDA, *et al.*,

        *Intervenor-Plaintiff*,

v.

BYRD, *et al.*,

        *Defendants*.

LEAGUE OF WOMEN VOTERS OF FLORIDA, *et al.*,

        *Intervenor-Plaintiffs*,

v.

BYRD, *et al.*,

        *Defendants*.

1

2

**DECLARATION OF CECILE SCOON, IN HER INDIVIDUAL CAPACITY**

I, Cecile Scoon, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I have served as the Co-President of the League since 2023. Prior to that, I served as President of the League from 2021 to 2023.

2. I have been a member of the League since about 2000.

3. I submit this declaration on my own behalf, in my capacity as an individual Plaintiff in this case.

4. The work I do with the League is very important to me. It gives me the opportunity to express my core beliefs and engage with voters on issues that are important to me.

5. For my 25 years of membership in the League, few projects have been as dear to me as the work I have done to support citizen-led ballot initiatives. I have been very proud to have played a role in changing the Florida constitution to reflect important values like restoring voting rights to individuals with felony convictions and mandating that the legislature draw fair congressional and legislative maps. Initiatives like these reflect my firm belief that elections should be free and fair and that every citizen, no matter their background, deserves a say in how they are governed.

6. The overwhelming majority of my work on ballot initiatives has consisted of collecting signed petition forms. I would estimate that, over the course

of my time with the League, the number of petition forms I have collected numbers in the hundreds.

7. When I collect petitions, I speak with Floridians of all backgrounds, telling them about the causes the League supports. This leads to a constructive dialogue in which I get to hear others' views on these issues. These conversations sharpen my arguments in support of my views. Every voter I speak with is another opportunity to learn to and engage.

8. In a single day, I sometimes collect more than 25 petitions. This happens, for example, when I collect petitions at large events or in crowded public spaces. This includes street fairs, public beaches, political rallies, shopping malls, libraries, and grocery stores.

9. The League is currently working to place two ballot initiatives on the November 2026 ballot: the Florida Decides Healthcare and Right to Clean Water initiatives.

10. I have collected petitions in support of both initiatives.

11. HB 1205 stops these campaigns in their tracks. Volunteers are now afraid that they will be arrested for accidentally violating the law. I have already seen several volunteers quit petition gathering out of fear and a belief that it is simply no longer worthwhile to do this already hard work under these new constraints.

12. Personally, I have not collected any petition forms since HB 1205's enactment. I want to continue collecting petitions, but the Law provides me with no feasible options for doing so.

13. If HB 1205 is allowed to go into effect, I do not expect to resume petition collection.

*Circulator Registration and Affidavit*

14. If I wish to collect more than 25 petitions from non-family members—as I have done for other initiatives in the past—I must register as a circulator with the Secretary of State.

15. I am not comfortable doing this. To register, I must provide personal information like my address and the last four digits of my social security number. I will also need to sign an affidavit with each petition form I collect containing my name and home address. All of these documents will become public records.

16. I value my privacy and safety. Registering as a circulator will mean anyone can see my name, address, and the fact that I support a specific political cause, all in one place. I cannot accept the risks associated with making that information publicly available.

17. I also object to the idea that I must now register with the Secretary of State to do what I have been doing without issue for decades. Volunteers should not

need permission from the state to have conversations with voters about issues they care about and ask them to sign a petition form.

18. For these reasons, I am unlikely to register as a petition circulator if HB 1205 goes into effect.

*Personal Use Restrictions*

19. If I do not want to register, I am permitted only to "collect, deliver, or otherwise physically possess" up to 25 petitions, outside of petitions signed by my family. Again, this is a fraction of the number of petitions I ordinarily collect over the course of a campaign.

20. I also have no idea what this restriction means. Am I permitted to collect more than 25 petitions each for the Medicaid and Clean Water initiatives? Am I limited to 25 petitions across both? Does the counter restart when this election cycles wraps up, or am I only allowed to collect 25 petitions for life?

21. If I chose to collect petitions in the future, this provision would leave me with no option but to err on the side of caution and collect many fewer than 25 petitions for this cycle. Violation of the petition limit is a third-degree felony; I can't simply use my best guess and hope I don't accidentally break the law. I also do not know what initiatives I might want to support in future cycles. If 25 petitions is the lifetime limit, I may wish to hold back on the current initiative efforts so I can collect more petitions down the road on other issues that are

important to me. HB 1205 therefore requires me to carefully weigh the importance of every issue that is currently or may in the future become the subject of a ballot initiative, so that I can determine which is worthy of using up some or all of my allotted 25 petitions.

22. The limit will also mean that I can have fewer conversations with voters about issues like clean water and Medicaid expansion. These are issues that are near and dear to my heart. I am a cancer survivor and I know first hand how important medical care is when you are sick. I also grew up in the Caribbean and if you drank contaminated water you would be sick for quite a while as healthcare is limited and some water sources make people sick. I believe it is a travesty that many Floridians, including young ones, face the same problems. The Medicaid and clean water initiatives start to fix those problems.

23. As a result of these restrictions, I do not plan to continue collecting petitions at all if HB 1205 goes into effect.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of June in Panama City, FL.

*Cecile M Scoon*
_____
Cecile Scoon