# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,**
**INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                            Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendant.*

_____/

## ORDER GRANTING MOTION TO SET UNIFORM ANSWER DEADLINE

This Court has considered, without hearing, Defendants' motion to set a uniform deadline to answer or otherwise respond the complaints in this case. ECF No. 205. The motion is unopposed with respect to Plaintiffs Florida Decides Healthcare, Poder Latinx, and Florida Right to Clean Water. As for the balance of the parties, their position on the motion is unknown. This Court agrees with Defendants that a uniform deadline will benefit the parties and streamline the process moving forward. Accordingly, the motion is **GRANTED**. Defendants' deadline to file answers or otherwise respond to the complaints is extended to on or before thirty

days after this Court enters an Order on Plaintiffs' pending motions for preliminary injunction.

**SO ORDERED on June 12, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
