IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORDIA, *et al.*,<br><br>   *Intervenor-Plaintiffs*,<br><br> v.<br><br>CORD BYRD, et al.,<br>   *Defendants*. | No.: 4:25-cv-00211-MW-MAF |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUCTION**

Plaintiffs, the League of Women Voters of Florida and League of Women Voters of Florida Education Fund, Inc. (together, "LWVFL" or the "League"), League of United Latin American Citizens ("LULAC"), and two members (as well as the current Co-Presidents) of LWVFL, Cecile Scoon and Debra Chandler (together, "Individual Plaintiffs") (collectively, "Plaintiffs") submit the following exhibits in support of and referenced in their Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction:

1. A true and correct copy of the Declaration of Pam Militello in her Individual Capacity dated June 24, 2025.

2. A true and correct copy of the Declaration of Monica Elliot in her Individual Capacity dated June 24, 2025.

3. A true and correct copy of the Declaration of Susan Aertker in her Individual Capacity dated June 24, 2025.

1

Dated: June 24, 2025                    Respectfully submitted,

                                            *s/ Pooja Chaudhuri*
POOJA CHAUDHURI**
pooja@statedemocracydefenders.org
SPENCER KLEIN**
spencer@statedemocracydefenders.org
SOFIA FERNANDEZ GOLD**
sofia@statedemocracydefenders.org
NORMAN EISEN*
norman@statedemocracydefenders.org
TIANNA MAYS*
tianna@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958


GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

GEORGE E. MASTORIS*
gmastoris@winston.com
MATTHEW OLSEN*
molsen@winston.com
MICHELLE TUMA*
mtuma@winston.com
TYLER DATO*
tdato@winston.com

2

SAMANTHA OSAKI*
sosaki@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 294-6700

* *Pro hac vice* applications forthcoming
** *Pro hac vice* granted

*Counsel for LWVFL Plaintiff-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

*s/ Pooja Chaudhuri*
Pooja Chaudhuri
(D.C. Bar No. 888314523)
