IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br>　v.<br>CORD BYRD, et al.,<br>　　　　　　　　*Defendants*. | No.: 4:25-cv-00211-MW-MAF |
| SMART & SAFE FLORIDA, *et al.*,<br><br>　　　　　　　　*Intervenor-Plaintiffs*,<br>　v.<br>CORD BYRD, et al.,<br>　　　　　　　　*Defendants*. | |
| LEAGUE OF WOMEN VOTERS OF FLORDIA, *et al.*,<br><br>　　　　　　　　*Intervenor-Plaintiffs*,<br>　v.<br>CORD BYRD, et al.,<br>　　　　　　　　*Defendants*. | |

**DECLARATION OF PAM MILITELLO**

1

I, Pam Militello, hereby declare and state as follows:

1. I am over eighteen years old, and I have personal knowledge of the facts set forth in this Declaration. I could and would testify competently to those facts if called to be a witness in this case.

2. I am registered to vote in Florida. I vote in most elections, I sign ballot initiative petitions for causes that I believe in, and as a former local commissioner, I consider myself very civically engaged.

3. I am a member of the Broward County League of Women Voters and have been since around 2023. As a member, I pay dues, attend meetings, and volunteer for initiatives when I can.

4. I joined the League of Women Voters because I believe it's important to ensure voters' access to the ballot box, and to help protect citizens' rights as Americans. Ours is a government by and for the People, and it's important to me to fight to keep it that way.

5. I have volunteered to circulate petitions twice in the past. First, sometime around 2008 or 2009, I circulated petitions to amend the state constitution to require local governments to submit any new comprehensive land use plan or amendment to a public referendum. The purpose of that initiative, known as the "Hometown Democracy" initiative, was to promote public control over development.

6. By 2009, other Hometown Democracy volunteers and I had helped submit enough valid signatures for our proposed amendment to qualify for inclusion in the 2010 general election ballot. I feel very confident that I collected more than 25 petitions through my individual volunteer work.

7. I next volunteered to circulate petitions in 2023, for a campaign called "Yes on 4," which concerned reproductive freedom in the state. This was right after Governor DeSantis signed a

six-week abortion ban into law, and I wanted to do my part to help constitutionalize the right to choose in my state.

8. By January 2024, other volunteers and I helped submit enough valid signatures to qualify for inclusion on the ballot. Once again, I feel very confident that I personally collected more than 25 petitions through my volunteer work.

9. Participating in the ballot initiative process is important to me because I express my voice and my rights as an American in part by advocating for causes that I'm passionate about. I'm passionate about lots of things, including protecting the environment and fighting for women's rights.

10. I became familiar with House Bill 1205 through Facebook posts, as well as through information sent to me by the League of Women Voters.

11. As I understand it, the new law makes it very difficult for people who want to volunteer as petition circulators, because it forces them to take on an incredible amount of legal and financial liability just to do their volunteer advocacy work.

12. Even though I consider myself to be a highly engaged person, *I would not volunteer to collected signed petitions under House Bill 1205's regime. I also will not register to circulate over 25 petitions because of the new law.* I have my family's safety to think of, and it just wouldn't be worth all the associated risks.

13. The biggest deterrent for me is that under House Bill 1205, if I wish to collect more than 25 signed petitions, my home address would become a matter of public record alongside information about the petitions I'm circulating. This would happen both when I register as a circulator and every time I fill out the circulators affidavit. While my home address

3

is available online currently, it is not currently published *alongside* my political activities. The fact that it would be under House Bill 1205 is unacceptable to me.

14. I'm a grandmother and a great-grandmother, and my family lives under my roof. We live in an age of increased political violence, and things feel very charged. Just look at what happened to the Speaker of the House in Minnesota, Melissa Hortman, and her husband. I've heard on the news that the suspect in the shooting was motivated by his opposition to Speaker Hortman's work on reproductive freedom. I care a lot about petition circulation for causes I believe in, but at the end of the day, I'm not willing to put my loved ones' lives at risk, and my own, for my volunteer work.

15. Beyond my safety concerns, I also feel worried that I'd have no idea how to avoid criminal liability under the new law. I've heard that the new "personal use" provision makes it a third-degree felony to "otherwise physically possess" more than 25 signed petitions, but I don't even know what that means. I'm not sure how you can "otherwise" possess something. I also don't know if the rule applies on per cycle, per initiative, or something else.

16. I understand that it's also now a third-degree felony to fill in "missing information" on a signed petition—but again, I have no clue what that means. Say I collect a petition from my neighbor, a person I know for a fact lives in Broward County, just like me. If my neighbor forgot to list his county name on his petition form, and if I filled that in for him because I know exactly where he lives, am I suddenly at risk of a felony conviction? What if I assist a vision impaired person in filling out their petition form, would that be a felony?

17. I'm also deeply concerned about the potential for prison time for "irregularities" relating to petition activities. I have no idea what it means to have an "irregularity." It seems to me that this is a catchall "gotcha" provision that can get you in trouble for anything.

18. The practical hurdles under the new law also feel insurmountable. The last time I volunteered for a ballot initiative, I collected petitions from people in many different counties. For context, I was volunteering at a booth during a League of Women Voters event, and we collected petitions from anyone who wanted to participate, no matter what county they were from. And then we had a month to submit them.

19. Now, under House Bill 1205, it sounds like I'd have to collect those petitions and drive out to all those voters' different counties to deliver the petitions to local elections supervisors—all within ten days, even if the election supervisors' office isn't open on all ten of those days. There are some weeks where I just have too many personal responsibilities to be able to balance all of that in such a short period of time.

20. The People have the right to petition their government for change. That's part of what it means to be an American. I believe that we should be able to say and push for what we believe in without putting our lives and livelihoods—and those of our loved ones—at risk. I feel unfairly restricted by House Bill 1205 because it's forcing me to opt out of volunteering in order to keep my family and myself safe.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June 2025, in Deerfield Beach, Florida.

*Pamela Jean Militello*
Pamela Jean Militello