IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., *et al.* <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.* <br><br> *Defendants.* | No. 4:25-cv-00211-MW-MAF |

## DECLARATION OF MONICA ELLIOTT

I, Monica Elliott, hereby declare and state as follows:

1. I am over eighteen years old, and I have personal knowledge of the facts set forth in this Declaration. I could and would testify competently to those facts if called to be a witness in this case.

2. I am a member of the Broward County League of Women Voters ("the League") and have been since around 2018. I served as the secretary of the Florida League from June 2023-2025 and became the treasurer in June 2025. I am also a registered Florida voter.

3. I became a member and volunteer for the League of Women Voters because I have always admired the work the League does to encourage voting and educate voters. It was the first organization I joined when I retired in 2018. The League is grassroots and hyperlocal when necessary, and helps people realize that just about everything in their life is touched by a

government where elected officials make decisions that affect them. The League helps to educate people about the issues affecting their lives and encourages them to vote.

4. People should have a say in how public officials resolve public issues. That is why I am worried about the restrictions House Bill 1205 places on the petition circulation process. Although I believe that circulating petitions helps my community engage with the political process, I do not plan to register to circulate petitions now that the law has changed.

5. In the past, I have both signed and circulated ballot initiative petitions for causes that I believe in, such as the Florida Medicaid Expansion Initiative (Initiative #18-16) and the Florida Right to Clean Water Initiative (Initiative #24-03). I believe that I have collected more than 25 petitions for those initiatives. The proposed Medicaid Expansion and Right to Clean Water constitutional amendments are important to Floridians, and I hope the amendments are placed on the ballot so the voters can make a choice. Our current and past legislatures have not deemed them to be important issues that are deserving of a vote within our state. But I believe the voters should have a say.

6. Because of these restrictions, many League members, myself included, will either not register as a circulator or not collect petitions at all. Limiting a volunteer to collecting up to 25 petitions strikes me as entirely arbitrary. It is ludicrous that someone might be charged with a third-degree felony because they collected 26 petitions. I have collected more than 25 petitions in the past and fully planned to do so in the future. In particular, I planned to collect more than 25 petitions for both the Right to Clean Water and Florida Decides Healthcare initiatives (i.e., upwards of 50 signed petitions this cycle).

7. I am also deeply concerned about the disclosure and affidavit requirements. I do not like the idea of having to provide my address to every voter I interact with. That information

is not necessary for a petition form, and I do not understand why my address needs to become publicly available information. I find it very concerning that my address would become a public record if I registered to circulate petitions in the future. In this political environment, I do not want it to be that easy for someone to find my address. Because the new law invades my privacy, by requiring me to disclose personal information on both the petition circulator application and the affidavit, I do not plan to register as a circulator in the future.

8.  I am very concerned that I might make a good-faith mistake under the new law and get punished for it. I am worried about facing the threat of criminal penalties for not fully understanding the new requirements for volunteers. Much of the law's language is ambiguous and unclear to me. For example, it is not clear to me if I can collect 25 initiative petitions per initiative, per cycle, or over the course of a lifetime.

9.  I hope to volunteer as a petition circulator again in the future because I believe in the work the League does. However, unless the law is changed, I will not be registering. I do not want my privacy to be invaded by the public disclosure of my personal information through the petition circulator affidavit and application, and I do not want to take on the risk of being punished for an honest mistake.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of June 2025 in Southwest Ranches, Florida.

_____
Monica Elliott