IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., *et al.*

   *Plaintiffs-Intervenors,*

v.

CORD BYRD, in his official capacity as
Secretary of the State of Florida, *et al.*

   *Defendants.*

Case No.  4:25-cv-00211-MW-MAF

## DECLARATION OF SUSAN AERTKER

1. My name is Susan Aertker. I am over 18 years of age and am competent to make this declaration.

2. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

3. I am a member of the League of Women Voters of Florida (the "League") and have been a member since before 2018 and I work primarily with the Duval County chapter of the League.

4. I have previously served as the Education Chair for the Duval County League, focusing on issues related to K-12 education. I became passionate about education and voting access when the Jacksonville City Council stopped the public from voting on a referendum on public school funding in 2019. The school board had prepared the referendum, and the voters

deserved the right to vote on that referendum in 2019. The city council delaying our vote harmed my city's public schools.

5. I registered to vote in Florida as soon as I was allowed, which was in 1972 when I turned 18. As the Court is aware, the 26th amendment became effective in 1971 allowing 18-year-olds to vote. I have voted in almost every election since I turned 18.

6. In the past, I volunteered with the League to collect petitions in support of citizen-led ballot initiatives. I worked especially hard to help the Amendment to Limit Government Interference with Abortion appear on the 2024 ballot. I collected more than 25 signed petitions in support of that initiative. I would estimate that, over the course of my time volunteering with the League, I have collected over 100 signed petitions.

7. Prior to the passage of HB 1205, I was eager to help the League collect signatures in support of the Florida Decides Healthcare initiative. I was sad to learn that our state legislators didn't provide Medicaid coverage to some individuals over age 18 and under age 65 whose incomes are at or below 138 percent of the federal poverty level.

8. I would like to be able to collect more than 25 signed petitions in support of citizen initiatives, but because of HB 1205, I do not feel comfortable collecting even 25 signed petitions.

9. First, I do not plan to register as a circulator, due to safety concerns. I understand that my address will become a public record both when I register as a circulator and each time I fill out the circulator's affidavit. It would also associate my name and address with a political cause on that same public record. That is unacceptable. I have read about the recent shooting in Minnesota. I do not want someone like that shooter to have easy access to my address along with the title of every initiative I have supported. I understand that shooter had a list of abortion rights

advocates on his target list. Because of the requirement that circulators make their information public both on the circulator application and affidavit, I will not register.

10. Second, I am not even comfortable collecting 25 petitions without registering, because the law is so confusing. I do not know whether the 25-petition limit applies per initiative, per year, or what. For this cycle, I plan to collect up to 24 petitions total, across all the initiatives that I support and across every future election cycle, because that is the only way I can be assured that I am not committing a felony.

11. I am also very unhappy with HB 1205's new rule that noncitizens and non-Florida residents cannot collect petitions. I believe it is unfair. It will also make collecting petitions harder. Every time a volunteer wants to help, I would need to ask them if they are a Florida resident and a U.S. citizen. That is simply not the sort of question you ask someone that you are trying to convince to volunteer. To be frank, it is not the sort of question that I think is asked in a polite society. The person might feel like I'm asking if they are a Florida citizen because they have an accent.

12. In conclusion, HB 1205 is going to make it much harder for me to collect signed petitions. I refuse to register as a circulator, because I believe that is unsafe. And I am not even sure how many signed petitions I can collect if I do not register. As a result of these restrictions, I will collect no more than 24 petitions going forward, many fewer than the amount I was planning to collect.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of June 2025 in Jacksonville.

_S.B. Aertk[signature]_
Susan Aertker

3