# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORDIA, *et al.*,<br><br>        *Intervenor-Plaintiffs*,<br>   v.<br><br>CORD BYRD, *et al.*,<br>        *Defendants*. | No.: 4:25-cv-00211-MW-MAF |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION

Plaintiffs, the League of Women Voters of Florida and League of Women Voters of Florida Education Fund, Inc. (together, "LWVFL" or the "League"), League of United Latin American Citizens ("LULAC"), and two members (as well as the current Co-Presidents) of LWVFL, Cecile Scoon and Debra Chandler (together, "Individual Plaintiffs") (collectively, "Plaintiffs") submit the following exhibits in support of and referenced in their Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction:

1. A true and correct copy of the Declaration of Mary Figg in her Individual Capacity dated June 26, 2025.

2. A true and correct copy of the Declaration of Lisa Hoffmeyer in her Individual Capacity dated June 26, 2025.

3. A true and correct copy of the Declaration of Shayna Rich in her Individual Capacity dated June 26, 2025.

Dated: June 26, 2025                Respectfully submitted,

                                                       *s/ Pooja Chaudhuri*
POOJA CHAUDHURI**
pooja@statedemocracydefenders.org
SPENCER KLEIN**
spencer@statedemocracydefenders.org
SOFIA FERNANDEZ GOLD**
sofia@statedemocracydefenders.org
NORMAN EISEN*
norman@statedemocracydefenders.org
TIANNA MAYS*
tianna@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

GEORGE E. MASTORIS*
gmastoris@winston.com
MATTHEW OLSEN*
molsen@winston.com
MICHELLE TUMA*
mtuma@winston.com
TYLER DATO*
tdato@winston.com
SAMANTHA OSAKI*
sosaki@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 294-6700

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.

One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

\* *Pro hac vice* applications forthcoming
\*\* *Pro hac vice granted*
*Counsel for All Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

*s/ Pooja Chaudhuri*
Pooja Chaudhuri
(D.C. Bar No. 888314523)