# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF FLORIDA, *et al.*

  *Plaintiffs-Intervenors,*

v.

CORD BYRD, in his official capacity as Secretary of the State of Florida, *et al.*

  *Defendants.*

Case No. 4:25-cv-00211-MW-MAF

## DECLARATION OF LISA HOFFMEYER

I, Lisa Hoffmeyer, hereby declare and state as follows:

1. I am over eighteen years old, and I have personal knowledge of the facts set forth in this Declaration. I could and would testify competently to those facts if called to be a witness.

2. I am a current member of the League of Women Voters of Broward County ("Broward County League") and have been an official member since 2021, although I believe I have been involved for at least ten years. I am also a registered voter in Florida.

3. In the past, I have attended community events on behalf of the Broward County League to speak with other people about the voting process and the

1

initiatives that the Broward County League has endorsed in the past. I have also collected petitions with the Plantation Democratic Club.

4. In the past, I collected well over 25 petitions in support of the Florida Reproductive Rights Initiative and the proposed Medicaid Expansion Initiative.

5. I recently became aware of House Bill 1205 ("HB 1205") and am deeply concerned about the new law's requirements. I have not participated in any Broward County League events since the passage of HB 1205, and while I plan to continue circulating petitions, I am unsure whether I will register to collect more than 25 petitions in the future. The new law has negatively affected my comfort level with collecting petitions and my willingness to participate as a petition circulator.

6. Under HB 1205, I am deeply concerned that my residential address will become public information, and that my personal information will be associated with my political activities—but I do not know what precautions I could take to protect myself other than refusing to register as a petition circulator.

7. Many members of the current ruling administration in Florida are very vindictive. Now that HB 1205 provides people with an opportunity to target people through their personal information and political beliefs, I fear that I would be targeted and my safety would be at risk.

8. The new law's provision related to racketeering activity is confusing. I am concerned that I could be accused of "irregularities," which is also vague to me.

9.     I am also concerned that I will not be able to comply with the new law's 10-day deadline for submitting petitions. The restricted timeline is tight, and although it may be possible to comply with the deadline, if I have to collect petitions and turn those over to someone else to submit collectively, I could be found responsible for someone else's noncompliance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of June 2025 in Dolau, Wales

_____
Lisa Hoffmeyer