UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., et al.,

    Plaintiffs,

v.

CORD BYRD, in his official
capacity as Secretary of State of
Florida, et al.,

    Defendants.
_____/

Case No. 4:25-cv-00211-MW-MAF

## **RULE 26(a)(1)(A) DISCLOSURES**

Defendant Tim Bobanic, Supervisor of Elections for Brevard County, makes this initial disclosure pursuant to Rule 26 (a)(1)(A) of the Federal Rules of Civil Procedure:

**RULE 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claim or defenses, unless the use would be solely for impeachment.**

None.

**RULE 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

None.

**RULE 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**RULE 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Telephone: (321) 363-1634
Facsimile: (321) 319-9095
Primary email: fmari@tessmari.com
Secondary email: ihaines@tessmari.com
Attorney for Defendant Tim Bobanic, Supervisor of Elections for Brevard County