# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2025

Matletha Bennette
Southern Poverty Law Center
PO BOX 10788
TALLAHASSEE, FL 32302

Krista Dolan
Southern Poverty Law Center
PO BOX 10788
TALLAHASSEE, FL 32302

Harleen Kaur Gambhir
Elias Law Group, LLP
250 MASSACHUSETTS AVE NW STE 400
WASHINGTON, DC 20001

Bradley E. Heard
Southern Poverty Law Center
1101 17TH AVE NW STE 550
WASHINGTON, DC 20036

Quinn B. Ritter
King Blackwell Zehnder & Wermuth, PA
25 E PINE ST
ORLANDO, FL 32801

Avner Michael Shapiro
Southern Poverty Law Center
1101 17TH AVE NW STE 550
WASHINGTON, DC 20036

Emma Olson Sharkey
Elias Law Group, LLP
1700 7TH AVE STE 2100
SEATTLE, WA 98101

William B. Stafford
Elias Law Group, LLP
1700 7TH AVE STE 2100
SEATTLE, WA 98101

Nicholas Taichi Steiner
Southern Poverty Law Center
1101 17TH AVE NW STE 550
WASHINGTON, DC 20036

Frederick Stanton Wermuth
King Blackwell Zehnder & Wermuth, PA
25 E PINE ST
ORLANDO, FL 32801

Appeal Number: 25-12370-E
Case Style: Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:25-cv-00211-MW-MAF

**This notice pertains to Plaintiffs – Appellees - Cross Appellants Mitchell Emerson, Florida Decides Healthcare Inc and Jordan Simmons, only.**

CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Cross-Appeal
A cross-appeal has been docketed. See FRAP 28.1.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **07/25/2025**, except as otherwise provided by the rules.* See 11th Cir. Rules 12-1 and 31-1.

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:   404-335-6100   Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135   Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125   Cases Set for Oral Argument: 404-335-6141

CIVIL - Notice of Docketing