## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:25-cv-211-MW-MAF

## JOINT NOTICE REGARDING MOTIONS
## FOR PRELIMINARY INJUNCTION

Plaintiffs Florida Decides Healthcare, Inc., Mitchell Emerson, Jordan Simmons, and Smart & Safe Florida (collectively, "Plaintiffs") have met and conferred with the Defendant Supervisors of Elections (collectively, the "Parties") regarding the Court's order, ECF No. 327, directing the parties to "file a notice, **on or before August 5, 2025,** indicating whether they are requesting a hearing on the motions, and, if so, whether they intend to rely solely on declarations or if they intend to call any witnesses at the hearing," *id.* at 1.

The Parties jointly request a hearing on the motions for preliminary injunction referenced in the Joint Motion for Entry of a Briefing Schedule, ECF No. 326. Plaintiffs intend to rely solely on declarations, public records, and transcribed

testimony, and do not intend to call live witnesses at the hearing.[1] The Supervisors respectfully reserve the right to call witnesses at the hearing, depending on the evidence and arguments presented by Plaintiffs.

Given the developing factual nature of the issue presented by the forthcoming motions, and to ensure a full record for the Court's consideration, Plaintiffs request leave to submit evidence until 5 p.m. the day before any hearing, consistent with the Court's practice with regard to previous hearings in this matter. This is not a request for an evidentiary free-for-all on the eve of the hearing, but to update the Court on relevant events that occurred after Plaintiffs have filed their motions, such as additional rate increases, communications from Supervisors, and the quantity of petitions submitted by the eve of the hearing (and would-be cost of associated signature verification fees and financial impact on Plaintiffs). Because all of these categories involve newly arising evidence and actions by or known to the Supervisors, there is no danger of undue surprise or prejudice on the part of the Supervisors.

---

[1] Plaintiffs understand that the Secretary of State may file a notice purporting to reserve his position and state that he may present evidence by live testimony at the proposed hearing. Plaintiffs request that the Court order the Secretary and the Supervisors disclose on or before August 18, 2025, whether one or more of them will seek to present live testimony at the proposed hearing. The Supervisors agree with Plaintiffs' proposal to establish reasonable deadlines for all parties to disclose their witnesses and agree to make their disclosures by August 18, 2025. Plaintiffs request that the Court order that the Secretary also disclose his witness, if any, by August 18, 2025.

The Supervisors oppose this request. Plaintiffs should submit their supporting evidence with their motions to afford the Supervisors a reasonable and meaningful opportunity to respond to the evidence presented against them. To permit Plaintiffs on the eve of the hearing to submit any evidence regarding post-August 11 "events" that they deem "relevant" is fraught with danger of unfair prejudice and does not further, but defeats the objective of creating a clear and complete record for this Court's consideration.[2] It also flies in the face of Federal Rule of Civil Procedure 6(c)(2), which requires any "affidavit supporting a motion [to] be served *with the motion*." (emphasis added). "The purpose of Rule 6(c)(2) is to ensure that the party opposing a motion be given sufficient time to respond to affidavits filed by the moving party, thereby avoiding trial by ambush and undue delay in the case." *Fencl v. PB&J Resorts II (Jamaica) Ltd.*, No. 6:22-cv-00833, 2022 WL 19914480, at *3 (M.D. Fla. Aug. 29, 2022) (quoting *Carlisle v. Nat'l Com. Servs., Inc.*, No. 1:14-cv-00515, 2015 WL 4092817, at *1 (N.D. Ga. July 7, 2015)). This rule applies to motions for preliminary injunction. *Marshall Durbin Farms, Inc. v. Nat'l Farmers Org., Inc.*, 446 F.2d 353, 358 (5th Cir. 1971). If Plaintiffs seek an exception to the rule, they should file a motion under Rule 6(b)(1)(B) at the appropriate time and

---

[2] Plaintiffs claim that any late-filed evidence would be known to the Supervisors, but their own characterization of their potential day-before evidentiary submissions—"relevant events that occurred after Plaintiffs have filed their motions"—goes much farther.

attempt to show excusable neglect. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895–97 (1990) (explaining that the submission of an affidavit after the Rule 6(c)(2) deadline must be justified by excusable neglect). And for the same reasons, the same rule should apply to all supporting evidence: Plaintiffs should file their supporting evidence with their motions or seek leave to file evidence belatedly. A motion for leave to file late evidence would allow the Court to consider the proposed evidence in context and to assess Plaintiffs' diligence, the potential for unfair prejudice, and any opportunities to mitigate that prejudice, such as granting the Supervisors leave to respond in writing or to file their own rebuttal evidence. The Supervisors therefore seek a reasonable evidentiary cutoff that affords them as defendants a meaningful opportunity to respond.

DATED: August 5, 2025                          Respectfully submitted,

/s/ *Frederick S. Wermuth*                     /s/ *Glenn Burhans, Jr.*
Frederick S. Wermuth                           Glenn Burhans, Jr.
Florida Bar No. 0184111                        Florida Bar No. 0605867
Quinn Ritter                                   Bridget K. Smitha
Florida Bar No. 1018135                        Florida Bar No. 709581
KING,                    BLACKWELL,            Christopher R. Clark
ZEHNDER & WERMUTH, P.A.                         Florida Bar No. 1002388
25 E. Pine Street                              Liz Desloge Ellis
Orlando, FL 32801                              Florida Bar No. 97873
Telephone: (407) 422-2472                      Hannah E. Murphy
Facsimile: (407) 648-0161                      Florida Bar No. 1032759
fwermuth@kbzwlaw.com                            Matthew Bryant
qritter@kbzwlaw.com                            Florida Bar No. 93190
                                               106 E. College Avenue, Suite 700
Matletha Bennette (Fl. Bar. No. 1003257)
Krista Dolan (Fl. Bar. No. 1012147)

SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
matletha.bennette@splcenter.org
krista.dolan@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Nick Steiner*
1101 17th Street, NW, Suite 550
Washington, D.C. 20036
bradley.heard@splcenter.org
avner.shapiro@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law

*Counsel for FDH Plaintiffs*
*Admitted Pro Hac Vice*

/s/ *Andy Bardos*
Andy Bardos
Florida Bar No. 822671
GRAYROBINSON, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301

Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com
lellis@stearnsweaver.com
hmurphy@stearnsweaver.com
mbryant@stearnsweaver.com
cacosta@stearnsweaver.com
abrantley@stearnsweaver.com
aruddock@stearnsweaver.com

*Counsel for Smart & Safe Plaintiff*

/s/ *Susan Erdelyi*
Susan S. Erdelyi
Florida Bar No. 0648965
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207

5

Telephone: (850)577-9090
andy.bardos@gray-robinson.com

*Counsel for Leah Valenti, Charlotte County
Supervisor of Elections; Melissa Blazier,
Collier County Supervisor of Elections;
Leslie Swan, Indian River County
Supervisor of Elections; Alan Hays, Lake
County Supervisor of Elections; Tommy
Doyle, Lee County Supervisor of Elections;
Scott Farrington, Manatee County
Supervisor of Elections; Wesley Wilcox,
Marion County Supervisor of Elections;
Sherri Hodies, Monroe County Supervisor
of Elections; Brian Corley, Pasco County
Supervisor of Elections; Amy Pennock,
Seminole County Supervisor of Elections*

Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com

*Counsel for Christopher Milton,
Baker County Supervisor of Elections;
Nina Ward, Bay County Supervisor of
Elections; Amanda Seyfang, Bradford
County Supervisor of Elections;
Sharon Chason, Calhoun County
Supervisor of Elections; Tomi Stinson
Brown, Columbia County Supervisor
of Elections; Darbi Chaires, Dixie
County Supervisor of Elections;
Heather Riley, Franklin County
Supervisor of Elections; Kenya
Williams, Gadsden County Supervisor
of Elections; Rhonda Pierce, Gulf
County Supervisor of Elections;
Laura Hutto, Hamilton County
Supervisor of Elections; Carol A.
Dunaway, Jackson County Supervisor
of Elections; Travis Hart, Lafayette
County Supervisor of Elections; Janet
H. Adkins, Nassau County Supervisor
of Elections; Charles Overturf,
Putnam County Supervisor of
Elections; Tappie A. Villane, Santa
Rosa County Supervisor of Elections;
Vicky Oakes, St. Johns County
Supervisor of Elections; William
Keen, Sumter County Supervisor of
Elections; Jennifer Kinsey, Suwannee
County Supervisor of Elections; Dana
Southerland, Taylor County
Supervisor of Elections; Joseph
Morgan, Wakulla County Supervisor*

6

*of Elections; Ryan Messer, Walton County Supervisor of Elections; Deidra Pettis, Washington County Supervisor of Elections*

/s/ *Geraldo Olivo*

Geraldo F. Olivo, III
Florida Bar No. 0060905
HENDERSON, FRANKLIN, STARNES
& HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33905
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Aletris Farnam, Glades County Supervisor of Election; Diane Smith, Hardee County Supervisor of Elections; Sherry Taylor, Hendry County Supervisor of Elections; David May, Okeechobee County Supervisor of Elections; Tammy Jones, Levy County Supervisor of Elections; H. Russell Williams, Holmes County Supervisor of Elections*

/s/ *John LaVia*

John T. LaVia, III
Florida Bar No. 0853666
GARDNER, BIST, BOWDEN, DEE,
LAVIA, WRIGHT, PERRY &
HARPER, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

*Counsel for Chris Chambless, Clay County Supervisor of Elections; Vicki Davis, Martin County Supervisor of Elections; Mary Jane Arrington, Osceola County Supervisor of Elections; Wendy Link, Supervisor of Elections for Palm Beach County, Melony Bell, Polk County Supervisor of Elections; Gertrude Walker, St. Lucie County Supervisor of Elections*

/s/ *Frank Mari*

Frank M. Mari
Florida Bar No. 93243
TESSITORE, MARI, SCOTT, PLLC
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321) 363-1634
fmari@tessmari.com

/s/ *Robert Swain*

Robert C. Swain
Florida Bar No. 366961
ALACHUA COUNTY
ATTORNEY'S OFFICE
12 Southeast 1st Street
Gainesville, Florida 32601
Telephone: (352) 374-5218
Facsimile: (352) 374-5216

*Counsel for Tim Bobanic, Brevard County Supervisor of Elections*

bswain@alachuacounty.us

*Counsel for Kim A. Barton, Alachua County Supervisor of Elections*

/s/*Devona Reyonlds Perez*

Adam Katzman
Florida Bar No. 652431
Devona A. Reynolds Perez
Florida Bar No. 70409
BROWARD COUNTY ATTORNEY
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
dreynoldsperez@broward.org
akatzman@broward.org

*Counsel for Joe Scott, Broward County Supervisor of Elections*

/s/ *Dale A. Scott*

Dale A. Scott
Florida Bar No. 0568821
TESSITORE MARI SCOTT, PLLC
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321)363-1634
dscott@tessmari.com

*Counsel for Maureen "Mo" Baird, Citrus County Supervisor of Elections*

/s/ Melissa Tartaglia

Jon A. Jouben
Florida Bar No. 149561
Melissa A. Tartaglia

s/ *Tiffany Douglas Pinkstaff*

Tiffany Douglas Pinkstaff
Florida Bar No. 682101
OFFICE OF THE GENERAL
COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile: (904) 255-5120
tpinkstaff@coj.net

*Counsel for Jerry Holland, Duval County Supervisor of Elections*

s/ *Christi Hankins*

Christi Hankins
Florida Bar No. 483321
ESCAMBIA COUNTY
ATTORNEY'S OFFICE
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: (850) 595-4970
cjhankins@myescambia.com

*Counsel for Robert Bender, Escambia County Supervisor of Elections*

/s/ *Jared D. Kahn*

Jared D. Kahn
Florida Bar No. 105276

8

Florida Bar No. 116033
HERNANDO COUNTY ATTORNEY'S
OFFICE
20 N. Main Street, Suite 462
Brooksville, Florida 34601
Telephone: (352) 754-4122
Jjouben@co.hernando.fl.us
mtartaglia@co.hernando.fl.us

*Counsel for Denise LaVancher, Hernando
County Supervisor of Elections*

/s/ *Sarah Jonas*
Sarah Jonas
Florida Bar No. 115989
123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
sjonas@volusia.org

*Counsel for Lisa Lewis, Volusia County
Supervisor of Elections*

/s/ *Matthew Shaud*
Gregory T. Stewart
Florida Bar No. 203718
Matthew R. Shaud
Florida Bar No. 122252
NABORS, GIBLIN & NICKERSON, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: (850) 224-4070
Facsimile: (850) 224-4073
gstewart@ngnlaw.com
mshaud@ngnlaw.com

PINELLAS COUNTY
ATTORNEY'S OFFICE
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: (727) 464-3354
Facsimile: (727) 464-4147
jkahn@pinellas.gov

*Counsel for Julie Marcus, Pinellas
County Supervisor of Elections*

/s/ *Oren Rosenthal*
Oren Rosenthal
Florida Bar No. 86320
2700 NW 87th Ave.
Miami, FL 33172
Telephone: (305) 499-8537
Oren.rosenthal@votemiamidade.gov

*Counsel for Alina Garcia, Supervisor
of Elections for Miami-Dade County*

s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570
SHANNIN LAW FIRM
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: (407) 985-2222
nshannin@shanninlaw.com

*Counsel for Karen Castor Dentel,
Orange County Supervisor of
Elections*

*Counsel for Paul Lux, Okaloosa County*
*Supervisor of Elections*

/s/ Morgan Bentley
Morgan Bentley
Florida Bar No. 0962287
BENTLEY GOODRICH KISON, P.A.
783 S. Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@bgk.law

*Counsel for Ron Turner, Sarasota County*
*Supervisor of Elections*

/s/ Pausha Taghdiri
Pausha Taghdiri
Florida Bar No. 1002857
ROPER, TOWNSEND & STUPHEN,
P.A.
255 S. Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: (407) 897-5150
ptaghdiri@roperpa.com

*Counsel for Debbie Wertz, DeSoto*
*County Supervisor of Elections; Kaiti*
*Lenhart, Flagler County Supervisor of*
*Elections; Lisa Darus, Gilchrist*
*County Supervisor of Elections;*
*Karen Healy, Highlands County*
*Supervisor of Elections; Michelle*
*Milligan, Jefferson County Supervisor*
*of Elections; Grant Conyers, Liberty*
*County Supervisor of Elections;*
*Heath Driggers, Madison County*
*Supervisor of Elections; Deborah*
*Osborne, Union County Supervisor of*
*Elections*

/s/ Stephen M. Todd
Stephen M. Todd
Florida Bar No. 0886203
OFFICE OF THE COUNTY ATTORNEY
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
Facsimile: (813) 272-5758
ToddS@hillsboroughcounty.org

/s/ Mark Herron
Mark Herron
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone: 850-222-0720
mherron@lawfla.com

10

*Counsel for Craig Latimer, Hillsborough County Supervisor of Elections*

*Counsel for Mark Earley, Leon County Supervisor of Elections*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for FDH Plaintiffs*

11

#13941025 v1