IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., et al.<br><br>*Plaintiffs*,<br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:25-cv-211-MW-MAF |

# THIRD JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated May 7, 2025 (ECF No. 20), Plaintiffs Florida Decides Healthcare, Inc., Mitchell Emerson, and Jordan Simmons ("FDH Plaintiffs"); Plaintiff Smart & Safe Florida ("Smart & Safe Plaintiff"); Plaintiffs League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon and Debra Chandler ("League Plaintiffs"); Plaintiffs FloridaRightToCleanWater.org and Melissa Martin ("Florida Right to Clean Water Plaintiffs"); Plaintiffs Poder Latinx, Humberto Orjuela Prieto and Yivian Lopez Garcia ("Poder Latinx Plaintiffs"); Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary"); Defendant James Uthmeier, in his official capacity as the Florida Attorney General ("Attorney General"); Defendant

2

Republican Party of Florida ("Republican Party"); the 67 Florida counties' Supervisors of Elections, in their official capacities as supervisors of elections ("Supervisors"), and the 20 Florida State Attorneys, in their official capacities as State Attorneys, respectfully submit this Joint Status Report.

1. On May 14, 2025, FDH Plaintiffs and Smart & Safe Plaintiff filed their Joint (First) Motion for Preliminary Injunction (ECF No. 92), to which the League Plaintiffs filed a Joinder (ECF No. 93) on May 14, 2025. The Secretary and Attorney General filed their Response in Opposition (ECF No. 105) on May 16, 2025. Plaintiffs filed a Reply in Support of Motion for Preliminary Injunction (ECF No. 111) on May 19, 2025.

2. On May 22, 2025, this Court heard argument on FDH Plaintiffs' and Smart & Safe Plaintiff's Joint (First) Motion for Preliminary Injunction. The Court issued its ruling on June 4, 2025 (ECF No. 189).

3. The Republican Party moved to intervene in the litigation and was granted intervention on May 28, 2025 (ECF Nos. 147, 149).

4. On May 30, 2025, League Plaintiffs filed their First Amended Complaint.

5. On May 30, 2025, Smart & Safe Plaintiff and FDH Plaintiffs filed their respective Second Motions for Preliminary Injunction (ECF Nos. 165, 169), on

3

which the Court held a hearing on June 30, 2025. The Court issued its ruling on July 8, 2025 (ECF No. 283).

6. On June 2, 2025, FDH Plaintiffs filed their First Amended Complaint (ECF No. 170).

7. On June 2, 2025, Florida Right to Clean Water Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 173), on which the Court held a hearing on June 30, 2025. The Court issued its ruling on July 8, 2025 (ECF No. 283).

8. On June 3, 2025, League Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 175), on which the Court held a hearing on June 30, 2025. The Court issued its ruling on July 8, 2025 (ECF No. 283).

9. On June 6, 2025, Poder Latinx Plaintiffs filed a Notice of Joinder to the League Plaintiffs (ECF No. 175) and Florida Right to Clean Water Plaintiffs (ECF No. 173) Motions for Preliminary Injunction, on which the Court held a hearing on June 30, 2025. The Court issued its ruling on July 8, 2025 (ECF No. 283).

10. On July 16, 2025, Smart & Safe Plaintiff filed its pending Second Emergency Motion for Preliminary Injunction (ECF No. 291). On July 21, 2025, The Secretary and Attorney General filed their Notice to the Court (ECF No. 298). On July 21, 2025, the State Attorneys filed their Response to Smart & Safe Plaintiff's Second Emergency Motion for Preliminary Injunction (ECF No. 299). On July 21, 2025, Smart & Safe Plaintiff filed their Supplement to its Second Emergency Motion

for Preliminary Injunction (ECF No. 300). On July 21, 2025, the Court entered an Order for Expedited Response to the Secretary and Attorney General's Notice (ECF No. 301). On July 23, 2025, Smart & Safe Plaintiff filed its Response to Defendant's Notice (ECF No. 305). On August 4, 2025, the Secretary and the Attorney General filed The Secretary and Attorney General's Response in Opposition to Plaintiffs' Third Set of Preliminary Injunction Motions (ECF No. 337). On August 4, 2025, the Republican Party filed its Notice of Joinder to the Secretary and Attorney General's Response in Opposition to Plaintiffs' Third Set of Preliminary Injunction Motions (ECF No. 338).

11. On July 16, 2025, Smart & Safe Plaintiff filed its First Amended Complaint (ECF No. 293).

12. On July 22, 2025, Poder Latinx Plaintiffs filed their pending Second Motion for Preliminary Injunction (ECF No. 303).

13. On July 23, 2025, FDH Plaintiffs filed their Second Amended Complaint (ECF No. 308).

14. On July 23, 2025, Poder Latinx Plaintiffs filed their First Amended Complaint (ECF No. 309).

**Plaintiffs' Discovery**

15. On June 10, 2025, FDH Plaintiffs served Expedited Requests for Production to the Florida Secretary of State. On June 10, 2025, FDH Plaintiffs also

5

served Expedited Requests for Production to the Republican Party of Florida. On June 11, 2025, FDH Plaintiffs served Corrected Expedited Requests for Production to the Secretary and Republican Party. On July 11, 2025, the Secretary and Republican Party served their respective responses to FDH Plaintiffs' Expedited Requests for Production.

16. On June 23, 2025, Plaintiffs collectively served their First Set of Requests for Production to the Florida Secretary of State. On July 23, 2025, the Secretary served his responses to Plaintiffs' First Requests for Production.

17. To date, the Secretary produced 1,671 documents, spanning 10,464 pages.

18. On June 23, 2025, Plaintiffs collectively served their First Set of Interrogatories to the Florida Secretary of State. On July 23, 2025, the Secretary served his responses to Plaintiffs' First Set of Interrogatories.

19. On July 3, 2025, Plaintiffs collectively served the First Set of Requests for Production to Florida Supervisors of Elections Defendants. By agreed extension, the responses to the majority of the requests in Plaintiffs' First Set of Requests for Production to Florida Supervisors of Elections Defendants are presently due August 18, 2025. The responses to Request Nos. 1 (to the extent it concerns signature verification fees), 29, and 30 of Plaintiffs' First Set of Requests for Production to Florida Supervisors of Elections Defendants remained due August 4, 2025. Plaintiffs

are currently assessing the responses and document production received from many of the Supervisors of Elections for completeness.

20. On July 10, 2025, Plaintiffs collectively served their First Set of Interrogatories to the Florida Supervisor of Elections Defendants. The responses to Nos. 4 and 5 of Plaintiffs' First Set of Interrogatories to the Florida Supervisor of Elections Defendants are due August 11, 2025. By agreed extension, the responses to the remaining requests in Plaintiffs' First Set of Interrogatories to the Florida Supervisor of Elections Defendants are presently due August 18, 2025.

21. On August 5, 2025, Plaintiffs collectively served their First Set of Request for Production to the Florida State Attorney Defendants. The responses to Plaintiffs' First Set of Request for Production to the Florida State Attorney Defendants are due September 4, 2025.

22. On August 5, 2025, Plaintiffs collectively served their First Set of Interrogatories to the Florida State Attorney Defendants. The responses to Plaintiffs' First Set of Interrogatories to the Florida State Attorney Defendants are due September 4, 2025.

23. Plaintiffs intend to issue their First Set of Requests for Admission to the Secretary, Attorney General, Supervisors of Elections and State Attorney Defendants within the next several weeks.

**Defendants' Discovery**

24. On June 16, 2025, the Secretary served his First Request for Production to FDH Plaintiffs, Florida Right to Clean Water Plaintiffs, League Plaintiffs and Smart & Safe Plaintiff. On July 16, 2025, FDH Plaintiffs, Smart & Safe Plaintiff, League Plaintiffs, and Florida Right to Clean Water Plaintiffs served their respective responses to the Secretary's First Request for Production. Document production is ongoing. So far, the FDH Plaintiffs produced 438 documents; the Smart & Safe Plaintiffs produced 12 documents that are not confidential; Florida Right to Clean Water Plaintiffs produced 0 documents; and League Plaintiffs produced 0 documents. The Secretary sent letters in an effort to meet and confer with the four plaintiffs groups on August 1, 2025. The League Plaintiffs responded and are diligently working to conduct a reasonable search for and produce responsive, non-privileged documents expeditiously, on a rolling basis. Florida Right to Clean Water Plaintiffs also responded by August 6, 2025, as requested by the Secretary. The Secretary intends to file motions to compel in the next few weeks if the issues can't be resolved. Smart & Safe Plaintiff advised defendants by email on August 1, 2025 that it will produce non-confidential documents this week and will produce the remaining responsive confidential documents pursuant to a mutually agreeable protective order. However, after weeks of discussions concerning same, an agreement has not been reached and Smart & Safe Plaintiff will move for a protective order shortly. Florida Right to Clean Water Plaintiffs advised the

8

Secretary's counsel by email on August 6, 2025 – as requested by the Secretary's counsel – that they were diligently working to respond to the Secretary's discovery requests, and would produce responsive, non-privileged documents expeditiously, on a rolling basis, beginning the week of August 11, 2025.

25. On July 29, 2025, the Secretary served his First Requests for Admission to FDH Plaintiffs. The response to The Secretary's First Requests for Admission to FDH Plaintiffs is due August 28, 2025.

26. On July 29, 2025, the Secretary served his Second Requests for Production on FDH Plaintiffs, League Plaintiffs and Florida Right to Clean Water Plaintiffs. The responses to The Secretary's Second Requests for Production are due August 28, 2025.

27. The Secretary intends to file additional discovery today or tomorrow.

28. The Attorney General and Republican Party Defendants intend to serve discovery requests on the Plaintiffs at the appropriate time.

**Initial Disclosures**

29. On June 19, 2025, Florida Right to Clean Water Plaintiffs and the Supervisors for Charlotte, Collier, Indian River, Lake, Lee, Monroe, Marion, Manatee, Pasco and Seminole Counties filed their Rule 26 Initial Disclosures.

30. On June 20, 2025, FDH Plaintiffs, Smart & Safe Plaintiff, League Plaintiffs, Poder Latinx Plaintiffs, the Secretary, the Attorney General, the

Republican Party, the State Attorneys, and the Supervisors for Baker, Bay, Bradford, Broward, Calhoun, Clay, Columbia, Dixie, Escambia, Franklin, Gadsden, Glades, Gulf, Hamilton, Hardee, Hendry, Holmes, Jackson, Lafayette, Leon, Levy, Martin, Miami-Dade, Nassau, Okeechobee, Okaloosa, Osceola, Palm Beach, Pinellas, Polk, Putnam, Santa Rosa, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington Counties filed their Rule 26 Initial Disclosures

31. On June 22, 2025, Supervisors for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison and Union Counties filed their Rule 26 Initial Disclosures.

32. On June 23, 2025, Supervisors for Duval and Hillsborough Counties filed their Rule 26 Initial Disclosures.

33. On June 25, 2025, Supervisor for Alachua County filed her Rule 26 Initial Disclosures.

34. On June 27, 2025, Supervisor for Orange County filed her Rule 26 Initial Disclosures.

35. On June 30, 2025, Supervisors for Brevard and Hernando Counties filed their Rule 26 Initial Disclosures.

36. On July 23, 2025, Supervisor for Citrus County filed her Rule 26 Initial Disclosures.

| | |
|---|---|
| DATED: August 6, 2025 | Respectfully submitted, |
| /s/ *Frederick S. Wermuth* | /s/ *Glenn Burhans, Jr.* |
| Frederick S. Wermuth | Glenn Burhans, Jr. |
| Florida Bar No. 0184111 | Florida Bar No. 0605867 |
| Quinn Ritter | Bridget K. Smitha |
| Florida Bar No. 1018135 | Florida Bar No. 709581 |
| KING, BLACKWELL, | Christopher R. Clark |
| ZEHNDER & WERMUTH, P.A. | Florida Bar No. 1002388 |
| 25 E. Pine Street | Liz Desloge Ellis |
| Orlando, FL 32801 | Florida Bar No. 97873 |
| Telephone: (407) 422-2472 | Hannah E. Murphy |
| Facsimile: (407) 648-0161 | Florida Bar No. 1032759 |
| fwermuth@kbzwlaw.com | Matthew Bryant |
| qritter@kbzwlaw.com | Florida Bar No. 93190 |
| | 106 E. College Avenue, Suite 700 |
| Matletha Bennette (Fl. Bar. No. 1003257) | Tallahassee, Florida 32301 |
| Krista Dolan (Fl. Bar No. 1012147) | Telephone: (850) 580-7200 |
| SOUTHERN POVERTY LAW CENTER | gburhans@stearnsweaver.com |
| P.O. Box 10788 | bsmitha@stearnsweaver.com |
| Tallahassee, FL 32302-2788 | crclark@stearnsweaver.com |
| Telephone: (850) 408-4840 | lellis@stearnsweaver.com |
| matletha.bennette@splcenter.org | hmurphy@stearnsweaver.com |
| krista.dolan@splcenter.org | mbryant@stearnsweaver.com |
| | cacosta@stearnsweaver.com |
| Bradley E. Heard* | abrantley@stearnsweaver.com |
| Avner Shapiro* | aruddock@stearnsweaver.com |
| Nick Steiner* | |
| 1101 17th Street, NW, Suite 550 | *Counsel for Smart & Safe Plaintiff* |
| Washington, D.C. 20036 | |
| bradley.heard@splcenter.org | |
| avner.shapiro@splcenter.org | |
| nick.steiner@splcenter.org | |
| | |
| Ben Stafford* | |
| ELIAS LAW GROUP LLP | |
| 1700 Seventh Ave., Suite 2100 | |
| Seattle, Washington 98101 | |
| Telephone: (206) 656-0177 | |
| bstafford@elias.law | |

11

Emma Olson Sharkey*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law

*Counsel for FDH Plaintiffs*
**Admitted Pro Hac Vice*

/s/ *Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER &
GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950

POOJA CHAUDHURI*
pooja@democracydefenders.org
SPENCER KLEIN*
spencer@democracydefenders.org
SOFIA FERNANDEZ GOLD*
sofia@democracydefenders.org
NORMAN EISEN*
norman@democracydefenders.org
TIANNA MAYS*
tianna@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

*Counsel for League Plaintiffs*

/s/ *Brent Ferguson*
Brent Ferguson (D.C. Bar No. 1782289)*
Danielle Lang (D.C. Bar No. 1500218)*
Heather Szilagyi (D.C. Bar No. 90006787)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Melissa Neal (D.C. Bar No. 90018637)*
Kunal Dixit (D.C. Bar No. 90029821)*
Kristen Roehrig (D.C. Bar No. 90027169)*
Simone Leeper (Fla. Bar No. 1020511)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
Telephone: (202) 736-2200
bferguson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org

12

*Admitted Pro Hac Vice

kdixit@campaignlegalcenter.org
kroehrig@campaignlegalcenter.org
sleeper@campaignlegalcenter.org

*Counsel for Florida Right to Clean Water Plaintiffs*
\* *Admitted Pro Hac Vice*

/s/ *Cesar Z. Ruiz*
Cesar Z. Ruiz*
Michael Asparrin†
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 392-4752
cruiz@latinojustice.org

Miranda Galindo
Delmarie Alicea
LatinoJustice PRLDEF
4700 Millenia Blvd, Suite 500
Orlando, FL 32839
Telephone: (321) 754-1935
mgalindo@latinojustice.org

Jeremy C. Karpatkin
John A. Freedman*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Phi Nguyen*
Neda Khoshkhoo*
Dēmos
368 9th Avenue, 6th Floor
Suite 11-105

13

New York, NY 10001
Telephone: (212) 485-6065
pnguyen@demos.org
nkhoshkhoo@demos.org

*Counsel for Poder Latinx Plaintiffs*
\**Admitted Pro Hac Vice*
† *Pro Hac Vice Forthcoming*

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, Florida 32301
Telephone: (850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com

Bradley R. McVay (FBN 79034)
Deputy Secretary of State for Legal
Affairs & Election Integrity
Ashley Davis (FBN 48032)
General Counsel
Genevieve McNalis
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
Telephone: (850) 245-6511
Brad.mcvay@dos.fl.gov
Ashley.davis@dos.fl.gov
Genevieve.mcnalis@dos.fl.gov

*Counsel for the Secretary of State*

/s/ *Benjamin J. Gibson*
Benjamin J. Gibson (Fla. Bar No. 58661)

/s/ *William H. Stafford III*
William H. Stafford III (FBN 70394)
SPECIAL COUNSEL
Sara E. Spears (FBN 1054270)
ASSISTANT ATTORNEY
GENERAL
Maryssa Hardy (FBN 1058666)
ASSISTANT ATTORNEY
GENERAL
Complex Litigation Division
OFFICE OF THE ATTORNEY
GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
William.Stafford@myfloridalegal.com
Sara.Spears@myfloridalegal.com
Maryssa.hardy@myfloridalega.com

*Counsel for the Attorney General*

/s/ *Douglas A. Wyler*
Douglas A. Wyler, Esq.

14

| | |
|---|---|
| Daniel E. Nordby (Fla. Bar No. 14588)<br>Tara R. Price (Fla. Bar No. 98073)<br>Nicholas J.P. Meros (Fla. Bar No. 120270)<br>Kassandra S. Reardon (Fla. Bar No. 1033220)<br>SHUTTS &BOWEN LLP<br>215 South Monroe Street, Suite 804<br>Tallahassee, Florida 32301<br>Telephone: (850) 241-1717<br>bgibson@shutts.com<br>dnordby@shutts.com<br>tprice@shutts.com<br>nmeros@shutts.com<br>kreardon@shutts.com<br><br>*Counsel for the Republican Party of Florida* | Fla. Bar No.: 119979<br>Arthur Jacobs<br>Fla. Bar No.: 108249<br>961687 Gateway Blvd., Suite 201-I<br>Fernandina Beach, FL 32034<br>Telephone: (904) 261-3693<br>Facsimile: (904) 261-7879<br>doug@jswflorida.com<br>buddy@jswflorida.com<br><br>*Counsel for the State Attorneys* |
| /s/ *Andy Bardos*<br>Andy Bardos<br>Florida Bar No. 822671<br>GRAYROBINSON, P.A.<br>301 S. Bronough Street, Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850)577-9090<br>andy.bardos@gray-robinson.com<br><br>*Counsel for Leah Valenti, Charlotte County Supervisor of Elections; Melissa Blazier, Collier County Supervisor of Elections; Leslie Swan, Indian River County Supervisor of Elections; Alan Hays, Lake County Supervisor of Elections; Tommy Doyle, Lee County Supervisor of Elections; Scott Farrington, Manatee County Supervisor of Elections; Wesley Wilcox, Marion County Supervisor of Elections; Sherri Hodies, Monroe County Supervisor of Elections; Brian Corley, Pasco County Supervisor of Elections; Amy Pennock, Seminole County Supervisor of Elections* | /s/ *Susan Erdelyi*<br>Susan S. Erdelyi<br>Florida Bar No. 0648965<br>MARKS GRAY, P.A.<br>1200 Riverplace Blvd., Suite 800<br>Jacksonville, Florida 32207<br>Telephone: (904) 398-0900<br>Facsimile: (904) 399-8440<br>serdelyi@marksgray.com<br><br>*Counsel for Christopher Milton, Baker County Supervisor of Elections; Nina Ward, Bay County Supervisor of Elections; Amanda Seyfang, Bradford County Supervisor of Elections; Sharon Chason, Calhoun County Supervisor of Elections; Tomi Stinson Brown, Columbia County Supervisor of Elections; Darbi Chaires, Dixie County Supervisor of Elections; Heather Riley, Franklin County Supervisor of Elections; Kenya Williams, Gadsden County Supervisor* |

15

*of Elections; Rhonda Pierce, Gulf County Supervisor of Elections; Laura Hutto, Hamilton County Supervisor of Elections; Carol A. Dunaway, Jackson County Supervisor of Elections; Travis Hart, Lafayette County Supervisor of Elections; Janet H. Adkins, Nassau County Supervisor of Elections; Charles Overturf, Putnam County Supervisor of Elections; Tappie A. Villane, Santa Rosa County Supervisor of Elections; Vicky Oakes, St. Johns County Supervisor of Elections; William Keen, Sumter County Supervisor of Elections; Jennifer Kinsey, Suwannee County Supervisor of Elections; Dana Southerland, Taylor County Supervisor of Elections; Joseph Morgan, Wakulla County Supervisor of Elections; Ryan Messer, Walton County Supervisor of Elections; Deidra Pettis, Washington County Supervisor of Elections*

/s/ *Geraldo Olivo*
Geraldo F. Olivo, III
Florida Bar No. 0060905
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33905
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Aletris Farnam, Glades County Supervisor of Election; Diane Smith, Hardee County Supervisor of Elections; Sherry Taylor, Hendry County Supervisor of Elections; David May,*

/s/ *John LaVia*
John T. LaVia, III
Florida Bar No. 0853666
GARDNER, BIST, BOWDEN, DEE, LAVIA, WRIGHT, PERRY & HARPER, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

*Counsel for Chris Chambless, Clay County Supervisor of Elections; Vicki Davis, Martin County Supervisor of*

16

*Okeechobee County Supervisor of Elections; Tammy Jones, Levy County Supervisor of Elections; H. Russell Williams, Holmes County Supervisor of Elections*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
TESSITORE, MARI, SCOTT, PLLC
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321) 363-1634
fmari@tessmari.com

*Counsel for Tim Bobanic, Brevard County Supervisor of Elections*

/s/*Devona Reyonlds Perez*
Adam Katzman
Florida Bar No. 652431
Devona A. Reynolds Perez
Florida Bar No. 70409
BROWARD COUNTY ATTORNEY
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
dreynoldsperez@broward.org
akatzman@broward.org

*Counsel for Joe Scott, Broward County Supervisor of Elections*

/s/ *Dale A. Scott*
Dale A. Scott
Florida Bar No. 0568821

*Elections; Mary Jane Arrington, Osceola County Supervisor of Elections; Wendy Link, Supervisor of Elections for Palm Beach County, Melony Bell, Polk County Supervisor of Elections; Gertrude Walker, St. Lucie County Supervisor of Elections*

/s/ *Robert Swain*
Robert C. Swain
Florida Bar No. 366961
ALACHUA COUNTY
ATTORNEY'S OFFICE
12 Southeast 1st Street
Gainesville, Florida 32601
Telephone: (352) 374-5218
Facsimile: (352) 374-5216
bswain@alachuacounty.us

*Counsel for Kim A. Barton, Alachua County Supervisor of Elections*

s/ *Tiffany Douglas Pinkstaff*
Tiffany Douglas Pinkstaff
Florida Bar No. 682101
OFFICE OF THE GENERAL
COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile: (904) 255-5120
tpinkstaff@coj.net

*Counsel for Jerry Holland, Duval County Supervisor of Elections*

s/ *Christi Hankins*
Christi Hankins
Florida Bar No. 483321

17

TESSITORE MARI SCOTT, PLLC
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746
Telephone: (321)363-1634
dscott@tessmari.com

*Counsel for Maureen "Mo" Baird, Citrus County Supervisor of Elections*

/s/ *Jon Jouben*
Jon A. Jouben
Florida Bar No. 149561
Melissa A. Tartaglia
Florida Bar No. 116033
HERNANDO COUNTY ATTORNEY'S OFFICE
20 N. Main Street, Suite 462
Brooksville, Florida 34601
Telephone: (352) 754-4122
Jjouben@co.hernando.fl.us
mtartaglia@co.hernando.fl.us

*Counsel for Denise LaVancher, Hernando County Supervisor of Elections*

/s/ *Sarah Jonas*
Sarah Jonas
Florida Bar No. 115989
123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
sjonas@volusia.org

*Counsel for Lisa Lewis, Volusia County Supervisor of Elections*

/s/ *Matthew Shaud*
Gregory T. Stewart
Florida Bar No. 203718

ESCAMBIA COUNTY
ATTORNEY'S OFFICE
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: (850) 595-4970
cjhankins@myescambia.com

*Counsel for Robert Bender, Escambia County Supervisor of Elections*

/s/ *Jared D. Kahn*
Jared D. Kahn
Florida Bar No. 105276
PINELLAS COUNTY
ATTORNEY'S OFFICE
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: (727) 464-3354
Facsimile: (727) 464-4147
jkahn@pinellas.gov

*Counsel for Julie Marcus, Pinellas County Supervisor of Elections*

/s/ *Oren Rosenthal*
Oren Rosenthal
Florida Bar No. 86320
2700 NW 87th Ave.
Miami, FL 33172
Telephone: (305) 499-8537
Oren.rosenthal@votemiamidade.gov

*Counsel for Alina Garcia, Supervisor of Elections for Miami-Dade County*

s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570

18

| | |
|---|---|
| Matthew R. Shaud<br>Florida Bar No. 122252<br>NABORS, GIBLIN & NICKERSON, P.A.<br>1500 Mahan Drive, Suite 200<br>Tallahassee, Florida 32308<br>Telephone: (850) 224-4070<br>Facsimile: (850) 224-4073<br>gstewart@ngnlaw.com<br>mshaud@ngnlaw.com<br><br>*Counsel for Paul Lux, Okaloosa County Supervisor of Elections* | SHANNIN LAW FIRM<br>214 S. Lucerne Circle East<br>Orlando, Florida 32801<br>Telephone: (407) 985-2222<br>nshannin@shanninlaw.com<br><br>*Counsel for Karen Castor Dentel, Orange County Supervisor of Elections* |
| /s/ Morgan Bentley<br>Morgan Bentley<br>Florida Bar No. 0962287<br>BENTLEY GOODRICH KISON, P.A.<br>783 S. Orange Ave., Third Floor<br>Sarasota, Florida 34236<br>Telephone: 941-556-9030<br>mbentley@bgk.law<br><br>*Counsel for Ron Turner, Sarasota County Supervisor of Elections* | /s/ Pausha Taghdiri<br>Pausha Taghdiri<br>Florida Bar No. 1002857<br>ROPER, TOWNSEND & STUPHEN, P.A.<br>255 S. Orange Avenue, Suite 750<br>Orlando, Florida 32801<br>Telephone: (407) 897-5150<br>ptaghdiri@roperpa.com<br><br>*Counsel for Debbie Wertz, DeSoto County Supervisor of Elections; Kaiti Lenhart, Flagler County Supervisor of Elections; Lisa Darus, Gilchrist County Supervisor of Elections; Karen Healy, Highlands County Supervisor of Elections; Michelle Milligan, Jefferson County Supervisor of Elections; Grant Conyers, Liberty County Supervisor of Elections; Heath Driggers, Madison County Supervisor of Elections; Deborah Osborne, Union County Supervisor of Elections* |
| /s/ *Stephen M. Todd*<br>Stephen M. Todd<br>Florida Bar No. 0886203 | /s/ *Mark Herron*<br>Mark Herron<br>MESSER CAPARELLO, P.A. |

19

| | |
|---|---|
| OFFICE OF THE COUNTY ATTORNEY<br>Post Office Box 1110<br>Tampa, Florida 33601-1110<br>Telephone: (813) 272-5670<br>Facsimile: (813) 272-5758<br>ToddS@hillsboroughcounty.org<br><br>*Counsel for Craig Latimer, Hillsborough County Supervisor of Elections* | P.O. Box 15579<br>Tallahassee, FL 32317<br>Telephone: 850-222-0720<br>mherron@lawfla.com<br><br>*Counsel for Mark Earley, Leon County Supervisor of Elections* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for FDH Plaintiffs*

#13941025 v1