# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                                              Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING AGREED MOTION FOR PROTECTIVE ORDER

This Court has considered, without hearing, the FDH Plaintiffs' agreed motion for protective order. ECF No. 372. The agreed motion is **GRANTED**. Accordingly, this Court adopts and incorporates by reference the proposed protective order, ECF No. 372-1, as if fully set forth herein.

**SO ORDERED on August 21, 2025.**

                                                    **s/Mark E. Walker**
                                                    **United States District Judge**