UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.,

*Plaintiffs*,

v.

No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

*Defendants*,

REPUBLICAN PARTY OF FLORIDA,

*Intervenor-Defendant*.

**REPUBLICAN PARTY OF FLORIDA'S NOTICE OF JOINDER OF THE SECRETARY AND ATTORNEY GENERAL'S MOTION TO DISMISS THE LEAGUE OF WOMEN VOTERS PLAINTIFFS' OPERATIVE COMPLAINT**

Intervenor-Defendant, Republican Party of Florida ("RPOF") joins in Sections I and III of the Secretary and Attorney General's Motion to Dismiss the League of Women Voters Plaintiffs' Operative Complaint, ECF No. 360, to the extent that RPOF agrees the League of Women Voters Plaintiffs' operative complaint is a shotgun pleading and fails to state claims upon which relief can be granted. RPOF takes no position with regard to the Secretary and Attorney General's arguments challenging the League of Women Voters Plaintiffs' standing during this phase of the litigation.

1

Dated: August 22, 2025   Respectfully submitted,

/s/ Benjamin J. Gibson
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
Tara R. Price (Fla. Bar No. 98073)
Nicholas J.P. Meros (Fla. Bar No. 120270)
Kassandra S. Reardon (Fla. Bar No. 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com

*Counsel for Intervenor-Defendant*
*Republican Party of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

/s/ Benjamin J. Gibson

2