# Exhibit B

**Number of Petition Forms Submitted in Support of
FDH-Sponsored Initiative ("Provide Medicaid Coverage to Eligible Low-
Income Adults") from July 1, 2025, through August 25, 2025**

| | | | | |
|---|---:|---|---|---:|
| Alachua County | 1,022 | | Lee County | 377 |
| Baker County | 3 | | Leon County | 818 |
| Bay County | 250 | | Levy County | 39 |
| Bradford County | 22 | | Liberty County | 0 |
| Brevard County | 426 | | Madison County | 1 |
| Broward County | 1,579 | | Manatee County | 235 |
| Calhoun County | 0 | | Marion County | 100 |
| Charlotte County | 108 | | Martin County | 101 |
| Citrus County | 220 | | Miami-Dade County | 3,069 |
| Clay County | 154 | | Monroe County | 13 |
| Collier County | 90 | | Nassau County | 204 |
| Columbia County | 33 | | Okaloosa County | 66 |
| DeSoto County | 9 | | Okeechobee County | 11 |
| Dixie County | 0 | | Orange County | 1,518 |
| Duval County | 947 | | Osceola County | 327 |
| Escambia County | 228 | | Palm Beach County | 3,069 |
| Flagler County | 209 | | Pasco County | 603 |
| Franklin County | 2 | | Pinellas County | 1,084 |
| Gadsden County | 46 | | Polk County | 862 |
| Gilchrist County | 11 | | Putnam County | 100 |
| Glades County | 3 | | Santa Rosa County | 147 |
| Gulf County | 12 | | Sarasota County | 577 |
| Hamilton County | 2 | | Seminole County | 424 |
| Hardee County | 4 | | St. Johns County | 425 |
| Hendry County | 2 | | St. Lucie County | 322 |
| Hernando County | 73 | | Sumter County | 155 |
| Highlands County | 910 | | Suwannee County | 9 |
| Hillsborough County | 2,050 | | Taylor County | 3 |
| Holmes County | 1 | | Union County | 0 |
| Indian River County | 72 | | Volusia County | 1,042 |
| Jackson County | 14 | | Wakulla County | 26 |
| Jefferson County | 19 | | Walton County | 39 |
| Lafayette County | 0 | | Washington County | 0 |
| Lake County | 450 | | | |

**Total: 24,737**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                             Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF KIM A. BARTON

I, KIM A. BARTON, declare as follows:

1.     My name is KIM A BARTON I am the Supervisor of Elections for ALACHUA County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received _1,022_ signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _29_, 2025.

_signature_
KIM A. BARTON
Alachua County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                              Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF CHRIS MILTON

I, CHRIS MILTON, declare as follows:

1. My name is CHRIS MILTON. I am the Supervisor of Elections for BAKER County, Florida.

2. Between July 1, 2025, and August 25, 2025, our office received three [3] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


CHRIS MILTON
BAKER County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                          Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF NINA WARD

I, NINA WARD, declare as follows:

1.    My name is NINA WARD. I am the Supervisor of Elections for BAY County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received two hundred fifty [250] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

NINA WARD
BAY County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                       Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF AMANDA SEYFANG

I, AMANDA SEYFANG, declare as follows:

1.     My name is AMANDA SEYFANG. I am the Supervisor of Elections for BRADFORD County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received twenty-two [22] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

AMANDA SEYFANG
BRADFORD County Supervisor of Elections

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF TIM BOBANIC

I, Tim Bobanic, declare as follows:

1.    My name is Tim Bobanic. I am the Supervisor of Elections for Brevard County, Florida.

2.    Between July 1, 2025, and August 25, 2025, my office received 426 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

Tim Bobanic
Brevard County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                         Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF JOE SCOTT

I, Joe Scott, declare as follows:

1.    My name is Joe Scott. I am the Supervisor of Elections for Broward
County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received **1,579**
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.


_____
Joe Scott
Broward County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                             Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## <u>DECLARATION OF SHARON CHASON</u>

I, SHARON CHASON, declare as follows:

1.     My name is SHARON CHASON. I am the Supervisor of Elections for
Calhoun County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received no
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

_____
SHARON CHASON
CALHOUN County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## <u>DECLARATION OF LEAH VALENTI</u>

I, Leah Valenti, declare as follows:

1.      My name is Leah Valenti. I am the Supervisor of Elections for Charlotte County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 108 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

*[signature]*

Leah Valenti (Aug 27, 2025 16:50:22 EDT)

27/08/2025
_____

Leah Valenti
Charlotte County Supervisor of Elections

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., et al.,

      Plaintiffs,

v.

CORD BYRD, in his official
capacity as Secretary of State of
Florida, et al.,

      Defendants.

_____/

Case No. 4:25-cv-00211-MW-MAF

## DECLARATION OF MAUREEN BAIRD

I, Maureen Baird, declare as follows:

1.    I am the Supervisor of Elections for Citrus County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received <u>220</u> signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

/s/    _____
        MAUREEN "MO" BAIRD

Date: 8/27/2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF CHRIS H. CHAMBLESS

I, Chris H. Chambless, declare as follows:

1.     My name is Chris H. Chambless. I am the Supervisor of Elections for Clay County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 154 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

*Chris H. Chambless*
Chris H. Chambless
Clay County Supervisor of Elections

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

       Plaintiffs,

                          Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

       Defendants.

_____/

## DECLARATION OF KEVIN B. TURNER

I, Kevin B. Turner, declare as follows:

1.     My name is Kevin B. Turner. I am the Chief Deputy Supervisor of Elections for Collier County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 90 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Kevin B. Turner, Chief Deputy
Collier County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                         Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF TOMI BROWN

I, TOMI BROWN, declare as follows:

1.      My name is TOMI BROWN. I am the Supervisor of Elections for
COLUMBIA County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received
thirty-three [33] signed petition forms in support of the initiative
entitled "Provide Medicaid Coverage to Eligible Low-Income
Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

TOMI BROWN
COLUMBIA County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

       Plaintiffs,

                             Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

       Defendants.

_____/

## DECLARATION OF DESOTO COUNTY SUPERVISOR OF ELECTIONS

I, Debbie Wertz, declare as follows:

1.      My name is Debbie Wertz. I am the Supervisor of Elections for DeSoto County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 9 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.


Debbie Wertz
DeSoto County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

        Plaintiffs,

                          Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

        Defendants.

_____/

## DECLARATION OF DARBI CHAIRES

I, DARBI CHAIRES, declare as follows:

1.     My name is DARBI CHAIRES. I am the Supervisor of Elections for DIXIE County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received no signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

DARBI CHAIRES
DIXIE County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                        Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF JERRY HOLLAND

I, Jerry Holland, declare as follows:

1.     My name is Jerry Holland. I am the Supervisor of Elections for Duval County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 947 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


JERRY HOLLAND
Duval County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                              Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF ROBERT BENDER

I, Robert Bender, declare as follows:

1.     My name is Robert Bender. I am the Supervisor of Elections for Escambia County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 228 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2025.

Robert Bender
Escambia County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF KAITI LENHART

I, Kaiti Lenhart, declare as follows:

1.     My name is Kaiti Lenhart. I am the Supervisor of Elections for Flagler County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 209 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.



_____
Kaiti Lenhart
Flagler County Supervisor of Elections

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF RYANNA LOCKLEY

I, RYANNA LOCKLEY, declare as follows:

1.     My name is RYANNA LOCKLEY. I am the Chief Deputy to the Supervisor of Elections for FRANKLIN County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received two [2] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

RYANNA LOCKLEY
FRANKLIN County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF BRIDGETT BRADWELL

I, BRIDGETT BRADWELL, declare as follows:

1.    My name is BRIDGETT BRADWELL. I am the Deputy Supervisor of Elections for GADSDEN County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received forty-six [46] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

BRIDGETT BRADWELL
GADSDEN County Deputy Supervisor of Elections

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

v.

                                      Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

### DECLARATION OF Lisa Darus

I, Lisa Darus, declare as follows:

1.    My name is Lisa Darus. I am the Supervisor of Elections for Gilchrist County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 11 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

Lisa Darus
Gilchrist County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## **DECLARATION OF ALETRIS FARNAM**

I, Aletris Farnam, declare as follows:

1.      My name is Aletris Farnam. I am the Supervisor of Elections for Glades County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 3 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Aletris Farnam
Glades County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF RHONDA PIERCE

I, RHONDA PIERCE, declare as follows:

1.     My name is RHONDA PIERCE. I am the Supervisor of Elections for GULF County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received twelve [12] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

RHONDA PIERCE
GULF County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

     Plaintiffs,

                        Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

     Defendants.

_____/

### DECLARATION OF LAURA HUTTO

I, LAURA HUTTO, declare as follows:

1.     My name is LAURA HUTTO. I am the Supervisor of Elections for HAMILTON County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received two [2] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

_____
LAURA HUTTO
HAMILTON County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF DIANE SMITH

I, Diane Smith, declare as follows:

1.    My name is Diane Smith. I am the Supervisor of Elections for Hardee County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 4 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

Diane Smith
Hardee County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF SHERRY TAYLOR

I, Sherry Taylor, declare as follows:

1.     My name is Sherry Taylor. I am the Supervisor of Elections for Hendry County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 2 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

*Sherry Taylor*
Sherry Taylor
Hendry County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                               Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF DENISE LAVANCHER

I, Denise LaVancher, declare as follows:

1.      My name is Denise LaVancher. I am the Supervisor of Elections for Hernando County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 73 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

_____
Denise LaVancher
Hernando County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                          Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF KAREN HEALY

I, KAREN HEALY, declare as follows:

1.     My name is KAREN HEALY. I am the Supervisor of Elections for
HIGHLANDS County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 910
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

*Karen E. Healy*

KAREN HEALY
Highlands County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                                          Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF PEG REESE

I, PEG REESE, declare as follows:

1.      My name is Peg Reese. I am the Chief of Staff representing Craig
Latimer, Hillsborough County Supervisor of Elections.

2.      Between July 1, 2025, and August 25, 2025, our office received 2,050
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Peg Reese
Chief of Staff
Representing Craig Latimer, Hillsborough
County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                 Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF H. RUSSELL WILLIAMS

I, H. Russell Williams, declare as follows:

1.     My name is H. Russell Williams. I am the Supervisor of Elections for Holmes County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received [1] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


_____
H. Russell Williams
Holmes County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                 Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.
_____/

## DECLARATION OF LESLIE ROSSWAY SWAN

I, Leslie Rossway Swan declare as follows:

1.    My name is Leslie Rossway Swan. I am the Supervisor of Elections for Indian River County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 72 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


Leslie Rossway Swan
Indian River County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                               Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF CAROL DUNAWAY

I, CAROL DUNAWAY, declare as follows:

1.      My name is CAROL DUNAWAY. I am the Supervisor of Elections for JACKSON County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received fourteen [14] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

*Carol Dunaway*

CAROL DUNAWAY
JACKSON County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                               Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

### DECLARATION OF LEE DAVIS

I, Lee Davis, declare as follows:

1.     My name is Lee Davis. I am the Chief Deputy at the Supervisor of Elections for Jefferson County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 19 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

Lee Davis
Deputy Chief for Jefferson County
Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                     Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

### DECLARATION OF TRAVIS HART

I, TRAVIS HART, declare as follows:

1.    My name is TRAVIS HART. I am the Supervisor of Elections for
LAFAYETTE County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received no
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

TRAVIS HART
LAFAYETTE County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                 Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF STEFAN RENNER

I, STEFAN RENNER, declare as follows:

1.    My name is STEFAN RENNER. I am a Deputy of the Supervisor of Elections for Lake County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 450 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

Stefan Renner-Deputy
Lake County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                             Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF BERNIE FELICIANO

I, Bernie Feliciano, declare as follows:

1.     My name is Bernie Feliciano. I am the Chief Deputy Supervisor of Elections for Lee County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 377 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

*Bernie Feliciano*
_____
BERNIE FELICIANO
Lee County Chief Deputy Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                            Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF MARK EARLEY

I, Mark Earley, declare as follows:

1.     My name is Mark Earley. I am the Supervisor of Elections for Leon County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 818 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025.

Mark Earley
Leon County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                      Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF TAMMY JONES

I, Tammy Jones, declare as follows:

1.      My name is Tammy Jones. I am the Supervisor of Elections for Levy County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 39 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Tammy Jones
Levy County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

v.                                                    Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF [ Marissa Burke ]

I, [Marissa Burke], declare as follows:

1.    My name is [Marissa Burke]. I am the Deputy Supervisor of Elections for [Liberty] County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received [0] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

[Marissa Burke]
[Liberty] County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

**DECLARATION OF Heath Driggers**

I, Heath Driggers, declare as follows:

1.     My name is Heath Driggers. I am the Supervisor of Elections for
Madison County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 1
signed petition form in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

_____
Heath Driggers
Madison County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

v.

                                 Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF SCOTT FARRINGTON

I, Scott Farrington, declare as follows:

1.    My name is Scott Farrington. I am the Supervisor of Elections for Manatee County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 235 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

Scott Farrington
Manatee County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF Wesley Wilcox

I, Wesley Wilcox, declare as follows:

1.     My name is Wesley Wilcox. I am the Supervisor of Elections for Marion County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 100 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

Wesley Wilcox
Marion County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                              Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF Vicki Davis, Martin County Supervisor of Elections

      I, Vicki Davis, declare as follows:

1.    My name is Vicki Davis I am the Supervisor of Elections for Martin
County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received 101
signed petition forms in support of the initiative entitled "Provide
Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


Vicki Davis
Martin County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                         Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF IMALTZIN MOLINA

I, Imaltzin Molina, declare as follows:

1.     My name is Imaltzin Molina. I am the Assistant Deputy Supervisor of Elections, Voter Services, for Miami-Dade County, Florida. My responsibilities include the review and processing of state, local and candidate petitions, as well as voter registration list maintenance, voter ineligibility maintenance, and voter registration applications.

2.     I have worked at the Miami-Dade County Supervisor of Elections Office and its predecessor office for over fifteen (15) years.

3.     I have reviewed the Declaration from The Honorable Mark Earley, Supervisor of Elections, Leon County, and agree with his observations that there are significant differences in the rules, processes, and volume of state initiative petition forms that make them considerably more expensive, time-consuming, and labor-intensive than the verification of candidate and local-issue petitions.

4.     For example, from May 1, 2023, to August 1, 2025, almost four out of

every five petitions received by the Miami-Dade County Supervisor of Elections were state initiative petitions. During that time our office received 237,645 state initiative petitions while only receiving 60,506 candidate and local-issue petitions.

5.  Between July 1, 2025, and August 25, 2025, our office received 1,966 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

_____
Imaltzin Molina
Miami-Dade County Assistant Deputy
Supervisor of Elections

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF HAZEL M. LOPEZ

I, HAZEL M. LOPEZ, declare as follows:

1.      My name is Hazel M. Lopez. I am a Deputy Supervisor of Elections for Monroe County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received thirteen (13) signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

HAZEL M. LOPEZ
Monroe County Deputy Supervisor of
Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                              Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF MARIA PEARSON

I, MARIA PEARSON, declare as follows:

1.     My name is MARIA PEARSON. I am the Assistant Supervisor of Elections for NASSAU County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received two hundred four [204] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

*Maria Pearson*

MARIA PEARSON
NASSAU County Assistant Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF PAUL LUX

I, Paul Lux, declare as follows:

1.     My name is Paul Lux. I am the Supervisor of Elections for Okaloosa County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received **66** signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

Paul Lux
Okaloosa County Supervisor of Elections

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

v.

                                     Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## **DECLARATION OF DAVID MAY**

I, David May, declare as follows:

1.      My name is David May. I am the Supervisor of Elections for Okeechobee County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received eleven signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.


_____
David May
Okeechobee County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                    Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF LUCY MELENDEZ

I, Lucy Melendez, declare as follows:

1.    My name is Lucy Melendez. I am the Chief Elections Administrator for the Supervisor of Elections of Orange County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received _1518_ signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _27_, 2025.

_____
Lucy Melendez
Chief Elections Administrator,
Orange County Supervisor of Elections

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF OSCEOLA

I, Caitlin Germaine, declare as follows:

1.     My name is Caitlin Germaine. I am the Voter Services Director for the Supervisor of Elections, Osceola County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 327 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Caitlin Germaine, Voter Services Director
Osceola County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                    Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF ALISON NOVOA

I, Alison Novoa, declare as follows:

1.      My name is Alison Novoa. I am the Public Information Officer for the Supervisor of Elections Office, Palm Beach County, Florida.

2.      Between July 1, 2025, and August 25, 2025, our office received 3,069 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

                                    _____

                                    Alison Novoa
                                    Public Information Officer
                                    Palm Beach County Supervisor of Elections

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                  Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF MONICA JUAREZ

I, Monica Juarez, declare as follows:

1.     My name is Monica Juarez. I am the Voter Services Coordinator for the Pasco County Supervisor of Elections' Office in Pasco County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 603 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
Monica Juarez
Voter Services Coordinator
Pasco County Supervisor of Elections' Office

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                           Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/


**<u>DECLARATION OF MARC GILLETTE, PINELLAS COUNTY CHIEF
DEPUTY SUPERVISOR OF ELECTIONS</u>**

      I, Julie Marcus, declare as follows:

1.     My name is Marc Gillette. I am the Chief Deputy Supervisor of
Elections for Pinellas County, Florida.

2.     **Between July 1, 2025, and August 25, 2025, our office received
1,084 signed petition forms in support of the initiative entitled
"Provide Medicaid Coverage to Eligible Low-Income Adults."**

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

                                   _____

                                   **Marc Gillette**
                                   Pinellas County Chief Deputy
                                   Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                            Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF LIZBETH PADILLA

I, Lizbeth Padilla, declare as follows:

1.     My name is Lizbeth Padilla. I am the Vote by Mail Manager for Polk County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 862 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025.

Lizbeth Padilla
Polk County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                              Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF CHARLES OVERTURF, III

I, CHARLES OVERTURF, III, declare as follows:

1.    My name is CHARLES OVERTURF, III. I am the Supervisor of Elections for PUTNAM County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received one hundred [100] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.


CHARLES OVERTURF, III
PUTNAM County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF GERTRUDE WALKER

I, Gertrude Walker, declare as follows:

1.     My name is Gertrude Walker. I am the Supervisor of Elections for Saint Lucie County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 322 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

Gertrude Walker
Saint Lucie County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                            Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF TAPPIE VILLANE

I, TAPPIE VILLANE, declare as follows:

1.     My name is TAPPIE VILLANE. I am the Supervisor of Elections for SANTA ROSA County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received one hundred forty-seven [147] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.


_____
TAPPIE VILLANE
SANTA ROSA County Supervisor of Elections

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                                 Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF RON TURNER

I, Ron Turner, declare as follows:

1.     My name is Ron Turner. I am the Supervisor of Elections for Sarasota County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received **577** signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025.

_____
Ron Turner
Sarasota County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                               Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF SEMINOLE COUNTY

I, JASON TEAMAN, declare as follows:

1.     My name is JASON TEAMAN. I am the Assistant Supervisor of Elections for SEMINOLE County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 424 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

_____
JASON TEAMAN
SEMINOLE County
Assistant Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                      Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

## DECLARATION OF WAYNE FUSCO

I, WAYNE FUSCO, declare as follows:

1.     My name is WAYNE FUSCO. I am the Assistant Supervisor of Elections for ST. JOHNS County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received four hundred twenty-five [425] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

_____
WAYNE FUSCO
ST. JOHNS County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

### DECLARATION OF WILLIAM "BILL" KEEN

I, WILLIAM "BILL" KEEN, declare as follows:

1.    My name is WILLIAM KEEN. I am the Supervisor of Elections for SUMTER County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received one hundred fifty-five [155] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

_____
WILLIAM "BILL" KEEN
SUMTER County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                    Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## DECLARATION OF JENNIFER KINSEY

I, JENNIFER KINSEY, declare as follows:

1.    My name is JENNIFER KINSEY. I am the Supervisor of Elections for SUWANNEE County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received nine [9] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

JENNIFER KINSEY
SUWANNEE County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

       Plaintiffs,

                                    Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

       Defendants.

_____/

## DECLARATION OF DANA SOUTHERLAND

I, DANA SOUTHERLAND, declare as follows:

1.     My name is DANA SOUTHERLAND. I am the Supervisor of Elections for TAYLOR County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received three [3] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

*Dana Southerland*
DANA SOUTHERLAND
TAYLOR County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

       Plaintiffs,

v.

       Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

       Defendants.

_____/

### DECLARATION OF DEBORAH K. OSBORNE

I, Deborah K. Osborne, declare as follows:

1. My name is Deborah K. Osborne. I am the Supervisor of Elections for Union County, Florida.

2. Between July 1, 2025, and August 25, 2025, our office received $0$ signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

Deborah K. Osborne
Deborah K. Osborne
Union County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

       Plaintiffs,

                                   Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

       Defendants.

_____/

## DECLARATION OF LISA LEWIS

I, Lisa Lewis, declare as follows:

1.     My name is Lisa Lewis. I am the Supervisor of Elections for Volusia County, Florida.

2.     Between July 1, 2025, and August 25, 2025, our office received 1042 signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025.

Lisa Lewis
Volusia County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

v.

      Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF JOE MORGAN

I, JOE MORGAN, declare as follows:

1.    My name is JOE MORGAN. I am the Supervisor of Elections for WAKULLA County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received twenty-six [26] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

JOE MORGAN
WAKULLA County Supervisor of Elections

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

      Plaintiffs,

                         Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

      Defendants.

_____/

## DECLARATION OF RYAN MESSER

I, RYAN MESSER, declare as follows:

1.    My name is RYAN MESSER. I am the Supervisor of Elections for WALTON County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received thirty-nine [39] signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

_____
RYAN MESSER
WALTON County Supervisor of Elections

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

     Plaintiffs,

                             Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

     Defendants.

_____/

### DECLARATION OF DEIDRA PETTIS

I, DEIDRA MALLOY PETTIS, declare as follows:

1.    My name is DEIDRA MALLOY PETTIS. I am the Supervisor of Elections for Washington County, Florida.

2.    Between July 1, 2025, and August 25, 2025, our office received no signed petition forms in support of the initiative entitled "Provide Medicaid Coverage to Eligible Low-Income Adults."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025.

DEIDRA MALLOY PETTIS
WASHINGTON County Supervisor of Elections