**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                                            Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

**ORDER DENYING MOTION FOR
PRELIMINARY INJUNCTION AS MOOT**

This Order acknowledges the FDH Plaintiffs' notice of withdrawal of their third motion for preliminary injunction. ECF No. 430. Accordingly, the motion, ECF No. 356, is **DENIED as moot**. The Clerk shall **CANCEL** the hearing set for Friday, September 19, 2025.

    **SO ORDERED on September 15, 2025.**

                                                                    **s/Mark E. Walker**
                                                                    **United States District Judge**