IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                              Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING MOTION TO DISMISS

This Court has considered, without hearing, the sixty-seven Supervisors of Elections motion to dismiss Plaintiff Smart & Safe Florida's (Smart & Safe's) claim for compensatory damages included in Count V of Smart & Safe's operative complaint. ECF No. 406. Smart & Safe does not oppose the motion. ECF No. 439. Accordingly, the unopposed motion to dismiss the claim for compensatory damages, ECF No. 406, is **GRANTED**. Accordingly, Plaintiff Smart & Safe's claim for compensatory damages in Count V of the operative complaint is **DISMISSED** because the Supervisors of Elections are entitled to sovereign immunity. The balance of Count V, and Plaintiff's claim for declaratory and injunctive relief, remains.

**SO ORDERED on September 18, 2025.**

                                                                **s/Mark E. Walker**
                                                                **United States District Judge**