# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                      Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER DISSOLVING THIRD PRELIMINARY INJUNCTION

This Court has considered, without hearing, Defendants' motion for reconsideration or to dissolve the third preliminary injunction, ECF No. 437, and the Poder Latinx Plaintiffs' and Smart & Safe Florida's responses, ECF Nos. 447 and 448. Both the Poder Latinx Plaintiffs and Smart & Safe Florida, in whose favor the third preliminary injunction was entered, do not oppose dissolving the third preliminary injunction in light of the Eleventh Circuit stay panel's decision to stay an earlier preliminary injunction and the impending bench trial in this case.

Accordingly, inasmuch as neither the Poder Latinx Plaintiffs nor Smart & Safe Florida oppose the motion to dissolve the third preliminary injunction, Defendants' unopposed motion, ECF No. 437, is **GRANTED**. The preliminary

injunction entered on August 21, 2025, ECF No. 375, is **DISSOLVED**.

**SO ORDERED on September 22, 2025.**

**s/Mark E. Walker**
**United States District Judge**
