**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA DECIDES HEALTHCARE,**
**INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                        Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT**

    Inasmuch as the Poder Latinx Plaintiffs stipulated to the dismissal of their claims, *see* ECF No. 498 (order acknowledging stipulation of dismissal), Defendants' motion for summary judgment against the Poder Latinx Plaintiffs, ECF No. 472, is **DENIED as moot**.

    **SO ORDERED on October 21, 2025.**

                                         s/Mark E. Walker
                                         **United States District Judge**