# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> CORD BYRD, *et al.*, <br><br> Defendants. | No.: 4:25-cv-00211-MW-MAF |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF INTERVENOR-PLAINTIFFS' OPPOSITION TO THE SECRETARY AND ATTORNEY GENERAL'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, the League of Women Voters of Florida and League of Women Voters of Florida Education Fund, Inc. (together, "LWVFL" or the "League"), League of United Latin American Citizens ("LULAC"), Cecile Scoon, and Debra Chandler submit the following exhibits in support of and referenced in their Memorandum in Opposition to the Secretary and Attorney General's Motion for Summary Judgment:

1. Exhibit A is a true and correct copy of the Declaration of Jessica Lowe-Minor dated October 27, 2025.

2. Exhibit B is a true and correct copy of the Declaration of Juan Proaño dated October 27, 2025.

3. Exhibit C is a true and correct copy of the Declaration of Karen Patricio dated October 27, 2025.

4. Exhibit D is a true and correct copy of the Declaration of Lydia Medrano dated October 27, 2025.

5. Exhibit E is a true and correct copy of the Declaration of Cecilia Gonzalez dated October 28, 2025.

6. Exhibit F is a true and correct copy of the Declaration of Christine Poff dated October 28, 2025.

7. Exhibit G is a true and correct copy of the Declaration of Cecile Scoon dated October 28, 2025.

8. Exhibit H is a true and correct copy of the Declaration of Heidi Davis dated October 16, 2025.

9. Exhibit I is a true and correct copy of the Transcript of the Deposition of Mark Earley dated August 27, 2025.

Dated: October 28, 2025

Respectfully submitted,

/s/ George E. Mastoris
GEORGE E. MASTORIS*

GEORGE E. MASTORIS*
gmastoris@winston.com
SOFIA ARGUELLO*
sarguello@winston.com
JOHANNA RAE HUDGENS**
JHudgens@winston.com

TYLER DATO*
tdato@winston.com
SAMANTHA OSAKI*
sosaki@winston.com
NATHAN C. GREESS**
ngreess@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 294-6700

POOJA CHAUDHURI*
pooja@statedemocracydefenders.org
SPENCER KLEIN*
spencer@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Ste. 15180
Washington, DC 20003
Telephone: (202) 594-9958

JON GREENBAUM*
jgreenbaum@justicels.com
JUSTICE LEGAL STRATEGIES
P.O. Box 27015
Washington, DC 20036
Telephone: (202) 601-8678

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER &
GREENBERG, P.A.
One Southeast Third Avenue, Ste. 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Pro hac vice granted*
**Pro hac vice forthcoming*
Counsel for Intervenor-Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2025, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *George E. Mastoris*
GEORGE E. MASTORIS*
gmastoris@winston.com

*Pro hac vice granted*
Counsel for Intervenor-Plaintiffs
