# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

|   |   |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., MITCHELL EMERSON, in his individual capacity, JORDAN SIMMONS, in his individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as the Secretary of State of Florida, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:25-cv-00211-MW-MAF |

## DECLARATION OF CECILIA GONZALEZ

Pursuant to 28 U.S.C. § 1746, I, Cecilia Gonzalez, declare as follows:

1. I am over the age of eighteen and fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct.

2. I was born in Venezuela. When I was 18 years old, in the summer of 2017, I came to the United States with my parents.

3. I am a resident of Osceola County, Florida. I am a member of the

1

League of Women Voters of Florida (the "League"). I became a member in September 2023.

4. I am not a United States citizen.

5. I have previously collected signed petitions in support of several ballot initiatives in Florida, including prior versions of the Right to Clean Water initiative. I believe very strongly that every Floridian deserves access to clean water.

6. I planned to collect petitions in support of the Clean Water initiative again this year. Specifically, I had plans to collect petitions at community events, including festivals, street fairs, and farmer's markets. The League maintains a table at many of these events where in the past we have registered voters and collected signed petition forms. For example, Orange County has fall festivals throughout the months of October and November and the League has a presence at many of them. If not for HB 1205, I would be collecting signed petitions at those festivals.

7. I also planned to collect petition forms at the University of Central Florida, where the League has a student chapter and where League members regularly set up a table. While I work during weekdays, I planned to devote many of my evenings and weekend days to collecting signed petition forms at these events.

8. Because of HB 1205, I cannot engage in any of these activities.

9. Gathering signed petitions is one of the best opportunities I have to have face-to-face conversations with voters. When I approach a voter to sign a

petition form, I must explain to the voter what initiative I am collecting petitions for. This often leads to a conversation about why people support or oppose the amendment. I value these conversations because they help me learn about what members of the public think about important policy issues. Now that I am not permitted to collect signed petition forms, I am no longer able to engage voters and have those conversations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Date: October 28, 2025

_____
Cecilia Gonzalez Herrera