# EXHIBIT H

**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF FLORIDA TALLAHASSEE DIVISION**

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., *et al.*

    *Intervenor-Plaintiffs,*

v.

CORD BYRD, in his official capacity as
Secretary of the State of Florida, *et al.*

    *Defendants.*

No. 4:25-cv-00211-MW-MAF

## <u>DECLARATION OF HEIDI DAVIS</u>

I, Heidi Davis, hereby declare and state as follows:

1.    I am over eighteen years old, and I have personal knowledge of the facts set forth in this Declaration. I could and would testify competently to those facts if called to be a witness in this case.

2.    I am a member of the St. Petersburg Area League of Women Voters and have been since around 2017. I have served as the Voter Services Co-Chair of the St. Petersburg Area League of Women Voters since March 2025. I am also a registered Florida voter.

3.    I became a member and volunteer for the League of Women Voters ("<u>the League</u>") in 2017 because I believe we need an all-hands-on-deck effort to preserve our democracy. The League's voter services efforts provide the best opportunities to restore the people's voice in our democracy, give back to communities, and inform voters.

4.      The ability to cast a free and informed vote is essential to ensuring each voter has an equal voice in our democracy. Currently, certain groups are trying to dominate our democratic system—this is not normal. In the face of this behavior it is imperative that we prioritize voter education and equip our community with the tools to recognize misinformation and disinformation, the opportunity to vote on issues important to the people of Florida, and protect the integrity of the democratic process. Direct democracy through an unobstructed ballot initiative process is vital to these goals, but the restrictions of House Bill 1205 undermine the petition circulation process in Florida.

5.      In the past, I collected several hundred petitions for the Right to Abortion Initiative because the cause is important to me.  I expect that there will be another attempt to place a Right to Abortion initiative on the ballot. While I had planned to collect petitions in the future, due to the restrictions and requirements in House Bill 1205, I will not be collecting petitions moving forward while the law remains in place.

6.      I strongly support direct democracy and wish I could continue to participate in the League's efforts, but I've made the difficult decision not to volunteer for petition collection this election cycle to protect myself and those around me. This decision is informed by my own personal experience.

7.      On November 18, 2023, I was harassed by a group of known anti-abortion activists while collecting petitions outside of the Capitol Theater in Clearwater, Florida with my colleague Bethany. I had regularly collected petitions on the pedestrian street outside the theater without any issues. Suddenly, on this day, a group of three individuals approached us aggressively with big, horrible signs of dead baby pictures and Nazi symbols. They shouted through a megaphone that I supported Nazis and that people who

perform abortions are Nazis.

8.     I was deeply distressed and felt compelled to inform the group that I am a Jewish person and strongly object to their grotesque accusations. The harassment escalated immediately with loud, nasty shouting. Standing one foot from my face, they said Nazis would have loved me at concentration camps because I would have helped kill people.

9.     Bethany and I were seriously concerned about our personal safety. We were fortunate that, in this case, bystanders intervened to protect us. Were it not for them, I do not know what would have happened. Afterwards, I received messages from other League members expressing concern about my safety in the face of anti-Semitic behavior.

10.     I felt threatened in the moment, but, fortunately, those people did not know my name or my home address, so they could not track me down afterwards.

11.     I have not and will not volunteer to collect petitions going forward because of House Bill 1205's requirement that petition circulators submit their full name and home address, among other personal information, which are then made available to the public. It will also require volunteers to fill out an affidavit prior to distributing a petition form, which means anyone I approach will be able to see my name and home address while we interact. Given the current climate of political hostility, as evidenced by my own harassment, this requirement is prohibitive; I care deeply about civic engagement but cannot put my own life at risk.

12.     I do not wish to register for the additional reason that it is offensive to my deeply held personal beliefs. I do not believe citizens should be required to seek the government's permission before exercising their constitutional rights, much less identify their political affiliations and activities on a publicly available form. Registering as a

circulator would betray these beliefs.

13.    I am terrified about the personal safety risks not only to myself, but also to my family and my neighbors if my name and home address were publicly available. Groups like the one outside the Clearwater Theater could threaten and harass me at home if I were to register as a petition circulator as required by House Bill 1205. In today's climate, in which individuals are increasingly targeted for their political beliefs, as I experienced first-hand, even basic personal information linked to advocacy work is dangerous.

14.    Through my previous experience collecting petitions, I know the new 10-day deadline to submit signed petitions to the Supervisor of Elections mandated by House Bill 1205 is logistically impossible. Petitions are collected weekly, routed through local hubs, sorted, and mailed to the correct county office—making compliance within ten days essentially impossible.  And although I took pride in meeting statutory deadlines prior to the enactment of House Bill 1205, both for myself and as a member and representative of the League, I do not believe that anyone could reasonably do so now.

15.    Overall, these requirements will cripple the petition collection efforts and effectively shut down one of the purest forms of direct democracy in Florida. I am alarmed and outraged at the effects of House Bill 1205.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of October 2025, in St. Petersburg, Florida.

Heidi Davis

4