IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                      Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER ON MOTIONS FOR SUMMARY JUDGMENT

This Court has considered, without hearing, Defendants' motions[1] for summary judgment, ECF Nos. 471, 473, 474, and 475, Plaintiffs' responses in opposition, ECF Nos. 509, 510, 512, 521, and Defendants replies, ECF Nos. 513, 514, and 515. Defendants Byrd, Uthmeier, and the Republican Party of Florida contend that Plaintiffs claims fail as a matter of law. But construing the record and all reasonable inferences drawn therefrom in the light most favorable to Plaintiffs, this Court cannot conclude that Plaintiffs' claims fail as a matter of law. Accordingly, the pending motions, ECF Nos. 471, 473, 474, and 475, are **DENIED**.

---

[1] The Republican Party of Florida has filed notices of joinder as to the pending motions for summary judgment, ECF Nos. 477, 478, 479, and 480, and the replies, ECF Nos. 516, 517, 518.

This Court notes that the briefing schedule on the interlocutory appeal of the preliminary injunctions this Court entered in July and August of this year has been stayed. This follows the entry of an Order of a divided panel staying enforcement of those preliminary injunctions. Smart & Safe Florida's motion to stay the appeal, with which Defendants took no position, suggested that this Court would reach a final judgment following a bench trial long before the interlocutory appeal would be resolved. Thus, as represented to the Eleventh Circuit, this case is now ripe for a bench trial on the merits without the benefit of guidance from a binding merits panel regarding some of the central issues in this case. This Court will see the parties at trial.

**SO ORDERED on November 5, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**