## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

      *Plaintiffs/Intervenor-Plaintiffs,*

**v.**                            **Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

      *Defendants/Intervenor-Defendants.*

_____/

## ORDER FOR RESPONSE

This case is set for a bench trial on January 26, 2026. This case is one among many on this Court's fully booked trial calendar during the first three months of 2026. In order to efficiently manage this Court's calendar, this Court requires the parties to confer and file a notice that sets out the parties' best estimate for how long they anticipate the bench trial to last. The parties' joint notice is due **on or before December 5, 2025**.

      **SO ORDERED on November 21, 2025.**

                         **s/Mark E. Walker**
                         **United States District Judge**