# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

    Plaintiffs,

v.

                              Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## ALACHUA COUNTY SUPERVISOR OF ELECTIONS

    The undersigned gives notice of his appearance as counsel for Defendant, Kim A. Barton, Alachua County Supervisor of Elections.

                              /s/ *Andy Bardos*
                              Andy Bardos (FBN 822671)
                              GRAYROBINSON, P.A.
                              301 South Bronough Street, Suite 600
                              Tallahassee, Florida 32301
                              Telephone: 850-577-9090
                              andy.bardos@gray-robinson.com