# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al.*,

    Plaintiffs,

v.

                                        Case No. 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## ALACHUA COUNTY SUPERVISOR OF ELECTIONS

The undersigned gives notice of his appearance as counsel for Defendant, Kim A. Barton, Alachua County Supervisor of Elections.

                                                    /s/ *James Timothy Moore, Jr.*
                                                    James Timothy Moore, Jr. (FBN 70023)
                                                    GRAYROBINSON, P.A.
                                                    301 South Bronough Street, Suite 600
                                                    Tallahassee, Florida 32301
                                                    Telephone: 850-577-9090
                                                    tim.moore@gray-robinson.com