IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

   *Plaintiffs/Intervenor-Plaintiffs*,

v.                                                                  Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

*Defendants/Intervenor-Defendants.*

_____/

**ORDER GRANTING MOTION
FOR LEAVE TO FILE AMICUS BRIEF**

This Court has considered, without hearing, the Civil Rights Clinic at Howard University School of Law, five Florida Legislators, Florida NAACP, Common Cause, and Equal Ground's motion for leave to file a Statement of Interest as *amici curiae* in support of Plaintiffs' position, ECF No. 613.

"[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) (citations omitted). "An amicus is not a party to the litigation, but rather participates for the benefit of the court only." *A.R. v. Dudek*, 13-61576-CIV-ROSENBAUM/HUNT, 2014 WL 12519764, at *4 (S.D. Fla. Apr. 7, 2014).

This Court has considered the proposed statement of interest, its relevance in this matter, and the experience and qualifications of the proposed *amici curiae*, and concludes that the proposed brief may aid in this Court's deliberations over this case. Accordingly, the motion, ECF No. 613, is **GRANTED**, and the proposed statement of interest attached to the motion, ECF No. 613-1, is accepted as filed.[1]

**SO ORDERED on February 6, 2026.**

**s/ MARK E. WALKER**
**United States District Judge**

---

[1] This Court acknowledges that not all parties have provided their position on this motion. Nonetheless, this Court exercises its inherent authority to grant the requested relief and need not await a response from all parties, particularly when their time is better spent preparing for the bench trial that begins on Monday.