IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., et al.,

    *Plaintiffs*,

    v.

FLORIDA SECRETARY
OF STATE, et al.,

    *Defendants*.

Case No. 4:25-cv-00211 MW-MAF

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), *amici*, Florida State Conference of the National Association for the Advancement of Colored People, Senator Lavon Bracy Davis, Senator Tracie Davis, Representative Michele Rayner, Representative Rashon Young, Representative Ashley Gantt, Common Cause, Equal Ground Education Fund, and the Civil Rights Clinic at Howard University School of Law respectfully move for the admission *pro hac vice* of Kristen Clarke, a licensed member of the District of Columbia Bar. In support of this motion, *amici* state as follows:

1

1. Kristen Clarke resides in the District of Columbia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Ms. Clarke is licensed to practice law in the District of Columbia and is a member in good standing of the District of Columbia Bar, as verified by the Clerk of the District of Columbia Court of Appeals. *See also* Exhibit A.

3. Ms. Clarke is the Earl C. and Anna H. Broady Chair at Howard University School of Law, which is located at 2900 Van Ness Street, NW, Washington, DC, 20008.

4. Ms. Clarke currently leads the Civil Rights Clinic at Howard University School of Law.

5. Ms. Clarke successfully completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial (FLND17704022733943).

6. Ms. Clarke studied and is familiar with the Local Rules of this District.

7. Ms. Clarke has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is kristen.clarke@howard.edu.

8. Ms. Clarke is paying the required $219.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, *amici* respectfully request that the Court permit Kristen Clarke to appear *pro hac vice*.

Date: February 6, 2026

                                              */s/ Kristen Clarke*

                                              Kristen Clarke
                                              Howard University School of Law
                                              Civil Rights Clinic
                                              2900 Van Ness Street NW
                                              Washington, DC 20008
                                              (202) 806 – 8082
                                              kristen.clarke@howard.edu

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                          */s/ Kristen Clarke*

                                      Kristen Clarke
                                      Howard University School of Law
                                      Civil Rights Clinic
                                      2900 Van Ness Street NW
                                      Washington, DC 20008
                                      (202) 806 – 8082
                                      kristen.clarke@howard.edu