## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., *et al*.,

      Plaintiffs,

                                 Case No. 4:25-cv-00211-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al*.,

      Defendants.

_____/

## SUPERVISORS OF ELECTIONS'
## DESIGNATIONS OF DEPOSITION TESTIMONY

Defendants, the Supervisors of Elections for Alachua, Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties, file the designations of deposition testimony that Florida's sixty-seven Supervisors of Elections expect to present at trial. The sixty-seven Supervisors disclosed the designations referenced below and highlighted in blue in the attached transcript on January 22, 2026, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii). The counter-designations served by Plaintiffs, Florida Decides Healthcare, Inc.; Mitchell Emerson; and Jordan Simmons, on January 27, 2026, are also set forth below and are highlighted in yellow in the attached transcript.

| Deposition | Supervisors' Designations |
|---|---|
| **Holly Bullard, as corporate representative of Florida Decides Healthcare, Inc.**<br>**December 9, 2025** | 11:13–16<br>12:5–19<br>13:9–20<br>14:19–15:10<br>16:9–17:17<br>19:25–20:17<br>23:18–24:19<br>29:10–15<br>30:22–31:9<br>32:15–33:14<br>35:4–22<br>37:15–39:6<br>41:4–10<br>43:8–17<br>59:10–60:1<br>61:6–17<br>62:6–13<br>63:19–25<br>66:6–25<br>72:3–19<br>73:5–25<br>79:4–80:15<br>81:2–16<br>Errata Sheet<br>Deposition Exhibit 2 |

| | FDH Plaintiffs' Counter-Designations |
|---|---|
| | 62:14–63:18 <br> 70:23–72:2 <br> 144:25–147:9 |

Respectfully submitted,


/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
*Attorneys for the Supervisors of Elections for Alachua, Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties*