## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., et al.,

    *Plaintiffs*,

    v.

FLORIDA SECRETARY
OF STATE, et al.,

    *Defendants*.

Case No. 4:25-cv-00211 MW-MAF

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), *amici* Florida State Conference of the National Association for the Advancement of Colored People, Florida Senator LaVon Bracy Davis, Florida Senator Tracie Davis, Florida Representative Michele Rayner, Florida Representative Rashon Young, Florida Representative Ashley Gantt, Common Cause, Equal Ground Education Fund, and the Civil Rights Clinic at Howard University School of Law respectfully move for the admission *pro hac vice* of John Powers, a licensed member of the bar of the District of Columbia. In support of this motion, *amici* state as follows:

1.    John Powers resides in Maryland, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2.    Mr. Powers is licensed to practice law in the District of Columbia and is a member in good standing of the District of Columbia Bar, as verified by the Clerk of the District of Columbia Court of Appeals. *See* Exhibit A.

3.    Mr. Powers serves as Legal Director at Advancement Project, which is located at 1220 L St NW, Suite 850, Washington, DC, 20005.

4.    Mr. Powers is an Adjunct Professor at Howard University School of Law's Civil Rights Clinic.

5.    Mr. Powers completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial (confirmation number is FLND17704000713942).

6.    Mr. Powers studied and is familiar with the Local Rules of this District.

7.    Mr. Powers has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is jpowers@advancementproject.org.

8.    Mr. Powers is paying the required $219.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, *amici* respectfully request that the Court permit John Powers to appear *pro hac vice* in the above-captioned matter.

Date: February 7, 2026                    Respectfully submitted

                                          _/s/ John Powers_____
                                          John Powers
                                          Howard University School of Law
                                          Civil Rights Clinic
                                          2900 Van Ness Street NW
                                          Washington, DC 20008
                                          (202) 806 – 8082
                                          jpowers@advancementproject.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

 */s/ John Powers*
John Powers