UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs/Intervenor-Plaintiffs*,

    v.                    No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants/Intervenor-Defendant.*

_____/

## THE SECRETARY AND ATTORNEY GENERAL'S
## NOTICE OF AMENDED COUNTER DESIGNATIONS
## OF CERTAIN DEPOSITIONS

In an effort to resolve objections raised by Plaintiffs, the Secretary and Attorney General offer the following amended designations for Jonathan Bridges, Jillian Pratt, and Maria Matthews. The following objections remain, per Plaintiffs:

> "The discussion at 25:8-16 [sic] does not provide necessary context to Plaintiffs' designations at 25:3-7. Again, Plaintiffs' designation is a yes-or-no question about studies, analysis, or projections conducted by OECS regarding the impact of HB 1205. Defendants' counter-designation does not concern studies, analysis, or projections regarding the impact of HB 1205; nor does it qualify, amend, or provide context necessary to accurately understand the witness's negative answer."

The Secretary and Attorney General's position is that the portion of Ms. Pratt's deposition at 25:8-15 should be considered for the sake of completeness because it provides appropriate context for Plaintiffs' designations at 25:3-7.

1

| Tab No. | Witness |
|---|---|
| 1 | Jonathan Bridges |
| 2 | Jillian Pratt |
| 3 | Maria Matthews |

Dated: February 8, 2026

JAMES UTHMEIER
  *Attorney General*

William H. Stafford III
  SPECIAL COUNSEL
Sara E. Spears
  ASSISTANT ATTORNEY GENERAL
Complex Litigation Division
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3785
william.stafford@myfloridalegal.com
sara.spears@myfloridalegal.com
complexlitigation@myfloridalegal.com

*Counsel for Florida Attorney General*

Respectfully submitted,

Ashley Davis (FBN 48032)
  General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6511
ashley.davis@dos.fl.gov

/s/ Randall M. Raban
Mohammad O. Jazil (FBN 72556)
Randall M. Raban (FBN 1055100)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
rraban@holtzmanvogel.com
mwolk@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

## Certificate of Service

I certify that on February 8, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Randall M. Raban
Randall M. Raban
