IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CASE NO. 4:25-cv-211-MW-MAF

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

     Plaintiffs,

CORD BYRD, in his official
capacity as Secretary of
State of Florida, et al.,

     Defendants.

_____

REMOTE 30(b)(6) DEPOSITION OF

ATTORNEY GENERAL OF THE STATE OF FLORIDA

(Jonathan Bridges)

Monday, December 15, 2025

10:00 a.m. -   6:22 p.m.

LOCATION OF WITNESS:

     Via Zoom

West Palm Beach, Florida

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ

RPR, CM, CRR, CRC, CCR-GA

| | |
|---|---|
| 1 | APPEARANCES: (All appearing via Zoom.) |
| 2 | ON BEHALF OF THE PLAINTIFF FDH: |
| 3 | KING BLACKWELL ZEHNDER & WERMUTH |
| 4 | 25 E. Pine Street |
| | Orlando, FL 32802 |
| 5 | 407.422.2472 |
| | BY: FREDERICK WERMUTH, ESQUIRE |
| 6 | fwermuth@kbzwlaw.com |
| | BY: QUINN RITTER, ESQUIRE |
| 7 | qritter@kbzwlaw.com |
| 8 | SOUTHERN POVERTY LAW CENTER |
| | PO Box 10788 |
| 9 | Tallahassee, FL 32302-2788 |
| | 850.408.4840 |
| 10 | BY: MATLETHA BENNETTE |
| | matletha.bennette@splcenter.org |
| 11 | |
| 12 | ON BEHALF OF THE PLAINTIFF FLORIDA RIGHTS TO |
| | CLEAN WATER: |
| 13 | CAMPAIGN LEGAL CENTER |
| 14 | 1101 14th Street NW, Suite 400 |
| | Washington, DC 20005 |
| 15 | 918.576.4318 |
| | BY: SAMANTHA PERLMAN, ESQUIRE |
| 16 | sperlman@campaignlegalcenter.org |
| | BY: WILLIAM (Liam) HANCOCK, ESQUIRE |
| 17 | ON BEHALF OF PLAINTIFF LEAGUE: |
| 18 | WINSTON & STRAWN LLP |
| 19 | 200 Park Avenue |

20    New York, NY 10166

212.294.2656

BY: GARY STOCKARD, ESQUIRE

21

gstockard@winston.com

BY: SAMANTHA OSAKI, ESQUIRE

22    sosaki@winston.com

23

24

25

1    APPEARANCES:   (Continued.)

2    ON BEHALF OF THE DEFENDANT FLORIDA DEPARTMENT OF

STATE:

3    HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

4    119 S. Monroe Street, #500

Tallahassee, FL 32301

5    850.508.7775

BY: MARTIN WOLK, ESQUIRE

6    mwolk@holtzmanvogel.com

BY: MOHAMMAD O. JAZIL, ESQUIRE

7    mjazil@holtzmanvogel.com

8    FLORIDA DEPARTMENT OF STATE

500 S. Bronough Street

9    Tallahassee, FL 32399

850.245.6511

10    BY: ASHLEY DAVIS, ESQUIRE

ashley.davis@dos.fl.gov

11    BY: BILAL FARUQUI, ESQUIRE

bilal.faruqui@dos.fl.gov

12

13    ON BEHALF OF ATTORNEY GENERAL UTHMEIER:

14    OFFICE OF THE ATTORNEY GENERAL

15    PL-01, The Capitol

Tallahassee, FL 32399

16    850.414.3785

BY: BILL STAFFORD, ESQUIRE

17    william.stafford@myfloridalegal.com

BY: SARA SPEARS, ESQUIRE

18    sara.spears@myfloridalegal.com

BY: MARYSSA HARDY, ESQUIRE

19            maryssa.hardy@myfloridalegal.com

20        ON BEHALF OF THE SUPERVISOR OF ELECTIONS OF

21        ORANGE COUNTY:

          SHANNIN LAW FIRM, P.A.

22        214 S. Lucerne Circle E, Suite 200

          Orlando, FL 32801

23        407.985.2222

          BY: NICHOLAS A. SHANNIN, ESQUIRE

24        nshannin@shanninlaw.com

25

1          APPEARANCES:   (Continued.)

2         ON BEHALF OF THE ALACHUA SUPERVISOR OF ELECTIONS:

3          ALACHUA COUNTY ATTORNEY'S OFFICE

4          12 SE 1st Street

           Gainesville, FL 32601

5          352.374.5218

           BY: BOB SWAIN, ESQUIRE

6          bswain@alachuacounty.us

7         ON BEHALF OF SUPERVISOR OF ELECTIONS PINELLAS

          COUNTY:

8          PINELLAS COUNTY ATTORNEY'S OFFICE

9          315 Court Street

           Clearwater, FL 33756

10         727.464.3354

           BY: JARED D. KAHN, ESQUIRE

11         jkahn@pinellas.gov

12        ON BEHALF OF SUPERVISOR OF ELECTIONS HILLSBOROUGH

          COUNTY:

13         HILLSBOROUGH COUNTY ATTORNEY'S OFFICE

14         601 E. Kennedy Blvd., 27th Flr.

           Tampa, FL 33602

15         813.272.5670

           BY: STEPHEN M. TODD, ESQUIRE

16         todds@HCFL.gov

17        ON BEHALF OF SUPERVISOR OF ELECTIONS FOR GLADES,

          HARDEE, HENDRY, OKEECHOBEE, LEVY, HOLMES COUNTIES:

18         HENDERSON, FRANKLIN, STARNES & HOLT, P.A.

19         1715 Monroe Street

           Fort Myers, FL 33905

20
239.344.1168

BY: GERALDO F. OLIVO, III, ESQUIRE

21        jerry.olivo@henlaw.com

22

23

24

25

1          APPEARANCES:   (Continued.)

2          ON BEHALF OF SUPERVISOR OF

3          ELECTIONS FOR BREVARD COUNTY:

4           TESSITORE MARI SCOTT

            1485 International Parkway, #2031

5           Lake Mary, FL 32746

            321.363.1634

6           BY: FRANK MARI, ESQUIRE

            fmari@tessmari.com

7

8           ON BEHALF OF SUPERVISOR OF ELECTIONS OF VOLUSIA

            COUNTY:

9           VOLUSIA COUNTY ATTORNEY'S OFFICE

10          123 W. Indiana Avenue

            Deland, FL 32720

11          386.736.5950

            BY: SARAH JONAS, ESQUIRE

12          sjonas@volusia.org

13          ON BEHALF OF SUPERVISOR OF ELECTIONS FOR BAKER,

            BAY, BRADFORD, CALHOUN, COLUMBIA, DIXIE, FRANKLIN,

14          GADSDEN, GULF, HAMILTON, JACKSON, LAFAYETTE,

            NASSAU, PUTNAM, SANTA ROSA, ST. JOHNS, SUMTER,

15          SUWANNEE, TAYLOR, WAKULLA, WALTON COUNTIES:

16          MARKS GRAY

            1200 Riverplace Blvd., #800

17          Jacksonville, FL 32207

            904.398.0900

18          BY: SUSAN ERDELYI, ESQUIRE

            serdelyi@marksgray.com

19

20          ALSO PRESENT:

21           Hailey Vanderlaan, AG's Office

22

23

24

25

1                  I N D E X

2     WITNESS                        PAGE

3     ATTORNEY GENERAL OF THE STATE OF FLORIDA

      JONATHAN BRIDGES 30(b)(6)Representative        9

4        Direct Examination by Mr. Wermuth        9

5        Cross Examination by Mr. Hancock        228

         Direct Examination by Ms. Osaki        266

6        Cross Examination by Mr. Stafford        273

7     CERTIFICATE OF OATH        276

8     CERTIFICATE OF REPORTER        277

9     READ AND SIGN LETTER        278

10    ERRATA SHEET        279

11            INDEX OF EXHIBITS

12    NO.        DESCRIPTION            ID

13    Exhibit 1    Notice of Taking Deposition    11

14    Exhibit 2    Florida Statute 817.568    37

      Exhibit 3    FL session law, Chapter 2022-73    38

15    Exhibit 4    Email, Bridges to Antonio Mathews    39

      Exhibit 5    Florida Statute 104.011    44

16    Exhibit 6    Florida Statute 104.185    55

      Exhibit 7    Email, Darlington to Papakos    61

17    Exhibit 8    Email, Papakos to Kelsey-Holley    65

      Exhibit 9    Email, McVay to Bridges et al.,    69

18            07-18-2024

      Exhibit 10    OECS Annual Report to Legislature, 71

19            01-15-2025

      Exhibit 11    Affidavit for Arrest re:    79

20            Jamie L. Johnson

      Exhibit 12    Plea form, Jamie Johnson    89

24

Exhibit 13  Amended sentencing order        93

Exhibit 14  Investigative summary,        102

22

Andres Felipe Salazar

Exhibit 15  Order of probation, Andres Salazar 109

23

Exhibit 16  Martin County SOE report        118

Exhibit 17  Letter from OECS        119

24

Exhibit 18  Email from Andrew Watts        121

25

INDEX OF EXHIBITS

NO.        DESCRIPTION                    ID

Exhibit 19   Judgment re: Donella Harriel     132

Exhibit 21   Natalie Marrero arrest warrant    141

Exhibit 22   Warrant, Jessica Humphreys      144

Exhibit 23   Information, Jessica Humphreys     147

Exhibit 24   Affidavit of arrest, Nelson Stone 149

Exhibit 25   Circuit court plea, Nelson Stone   152

Exhibit 26   Affidavit of probable cause,     154

             Yenay Ramos

Exhibit 27   Judgment, Yenay Ramos         156

Exhibit 28   Affidavit of arrest, Haggi Amirally158

Exhibit 29   Plea agreement, Haggi Amirally    160

Exhibit 30   Affidavit of arrest, Henos Joseph 162

Exhibit 31   Plea agreement, Henos Joseph      166

Exhibit 32   Affidavit of arrest, Alex Joseph   168

Exhibit 33   Affidavit for arrest,         173

             Zachary Dworsky

Exhibit 34   Order of probation, Zachary Dworsky177

Exhibit 35   Affidavit of arrest, Colton Brady 179

Exhibit 36   Plea acknowledgment, Colton Brady 181

Exhibit 37   Investigation report,        182

             Krisharia Williams

Exhibit 38   Affidavit of arrest,          184

             Krisharia Williams

Exhibit 39   Judgment, Krisharia Williams    185

Exhibit 40   Affidavit of arrest, Jill President187

Exhibit 41   Information filing, Jill President 189

Exhibit 42   Order of adjudication,        190

Jill President

Exhibit 43   Draft affidavit for arrest,      191

18

LaShaya Denice Pierce

Exhibit 44   Information filing, LaShaya Pierce 194

19   Exhibit 45   Plea and acknowledgment of rights, 196

LaShaya Pierce

20   Exhibit 46   Affidavit of arrest,      197

Arterria McCutcheon

21   Exhibit 47   Plea agreement, Arterria McCutcheon200

Exhibit 48   Affidavit for arrest,      202

22

Kattie McCalister

Exhibit 49   Warrant for arrest,      204

23

Kattie McCalister

Exhibit 50   Email from Brian Fernandes to Owen 205

24   McCaul

25

1                          INDEX OF EXHIBITS

2          NO.        DESCRIPTION                    ID

3          Exhibit 51   Kattie McCalister plea agreement   211

4          Exhibit 52   Skipped in numbering

           Exhibit 53   Response to First Request for      223

5             Admission

           Exhibit 54   Office of Statewide Prosecution's 234

6             Response to interrogatories

           Exhibit 55   Sworn declaration, Jonathan Bridges240

7          Exhibit 56   House Bill 1205                258

           Exhibit 57   Supplemental declaration, Jonathan 263

8             Bridges

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          The following Zoom proceedings began at 10:00 a.m.

 2              THE STENOGRAPHER:    Would you raise your

 3      right hand, please?

 4              Do you swear or affirm that the testimony

 5      you're about to give will be the truth, the

 6      whole truth, and nothing but the truth?

 7              THE WITNESS:    Yes, I do.

 8              THE STENOGRAPHER:    Thank you.

 9      Thereupon,

10      30(b)(6) ATTORNEY GENERAL OF THE STATE OF FLORIDA

11              (JONATHAN BRIDGES)

12      having been first remotely duly sworn or affirmed,

13      as hereinafter certified, testified as follows:

14              DIRECT EXAMINATION

15      BY MR. WERMUTH:

16          Q    Good morning, Mr. Bridges.    My name is

17      Fritz Wermuth, and I represent Florida Decides

18      Healthcare, Inc.   We are the plaintiffs in the

19      lawsuit in which the Attorney General's Office is a

20      defendant as well -- or the Attorney General.    Could

21      you please state your name for the record?

22          A    My name is Jonathan Bridges.

23          Q    And what is your current business address?

24          A    1515 North Flagler Drive, Suite 900,

25      West Palm Beach, Florida 3340 -- sorry, I've got to

1          look at my business card to make sure I've got the

2          ZIP Code right -- 33401.

3              Q      Okay.   And who is your current employer?

4              A      The State of Florida, I work for the

5          Attorney General's Office of Statewide Prosecution.

6              Q      Okay.   And have you been deposed before?

7              A      No, sir.

8              Q      Well, I imagine you've taken depositions

9          before.

10             A      Yes, sir.

11             Q      All right.   So you kind of know how these

12         things work, but I'll go over some ground rules.

13                 Please let me know if you need to take a

14         break.   You know, we can take a break every hour or

15         so if you need.   Please ask for clarification if you

16         don't understand my questions.    And if you answer a

17         question, would it be fair for me to assume that you

18         understood the question that I asked?

19             A      Yes, sir.

20             Q      Okay.   And let's please try not to speak

21         over each other.    I think we're doing a good job so

22         far, but we are on video and so there may be a lag.

23         But it sounds -- it looks like we have a good

24         connection, right?

25             A      Yes.

1          Q    Okay.    And your counsel may object.    I

2    know Mr. Stafford's here, and if he does not

3    instruct you not to answer, then you can proceed to

4    answer if you understand the question.    Do you

5    understand that?

6          A    Yes, sir.

7          Q    Okay.    All right.    First, I'd like to show

8    you a document on the screen.    Are you able to see

9    this document?    Oh, sorry, I'll go back to the top.

10          Do you see this is a Notice of Taking

11    Deposition of the Office of the Attorney General of

12    the State of Florida pursuant to Federal Rule of

13    Civil Procedure 30(b)(6); do you see that?

14          A    Yes, sir.

15          Q    And have you received a copy of this

16    deposition notice?

17          A    Yes, I have.

18          Q    All right.    I'm going to mark this as

19    Exhibit 1 to your deposition.    And we'll share it in

20    the Chat, and I'll send all of these at the end of

21    the deposition as well.

22          (Exhibit 1 was marked for identification.)

23    BY MR. WERMUTH:

24          Q    And have you reviewed this notice of

25    deposition?

1           A    Yes, I have.

2           Q    All right.   And are you prepared to

3      testify as to the deposition topics that are listed

4      on this notice?

5           A    I am.

6           Q    All right.   And do you understand that

7      you're here today as a corporate representative of

8      the office of the Attorney General?

9           A    Yes, sir.

10           Q    And for ease of reference, I plan to refer

11      to the Office of the Attorney General and the Office

12      of Statewide Prosecution as "your office" today.    If

13      I say "your office" during the deposition today,

14      will you understand that I'm referring to the Office

15      of Statewide Prosecution and the Attorney General's

16      Office?

17           A    Yes, sir.

18           Q    Okay.   Without disclosing any specific

19      conversations with your counsel, I'd like to know

20      what you did to prepare for today's deposition.

21           A    Sure.   Well, I was, as you noted, provided

22      a copy of the document that's on the screen now.    I

23      spoke with some of the attorneys from the Attorney

24      General's Office, just to make sure I'm acclimated

25      and, I guess, know what it is we're going to be

1         talking about here today.

2              Q    Okay.    Who are those individuals in the

3         office?    Sorry.

4              A    Sure, Mr. Bill Stafford, Sarah Spears,

5         Libby -- and I'm sorry, I'm having trouble

6         remembering her last name.    She's in the legislative

7         affairs area of the Attorney General's Office.    I

8         want to say it's Muzzo, M-U-Z-Z-O, something like

9         that.

10             Q    Guzzo?

11             A    And then I believe there may have been

12        maybe one other attorney from the AG's office, and

13        her name is escaping me.    I apologize.

14             Q    Were you referencing Sophia Guzzo?

15             A    Guzzo.    I think her first name is

16        Elizabeth, and she goes by Libby.

17             Q    Okay.    And what did you talk to Ms. Guzzo

18        about?

19                  MR. STAFFORD:    Objection, instruct not to

20             answer, attorney/client privilege.

21        BY MR. WERMUTH:

22             Q    Okay.    So she was one of your attorneys;

23        is that right?

24             A    Yes, sir.

25             Q    Okay.    Did you talk to any individuals

14

1       actually engaged in prosecution of any

2       election-related crimes?

3           A   Yes, so there are several prosecutors

4       within the statewide prosecutor's office who

5       prosecute those sort of cases.   And I spoke with

6       some of them to refresh my recollection about some

7       of the proffers we've taken from paid petition

8       circulator suspects or defendants, and just some of

9       the broader trends in our investigations in our

10      cases.

11          Q   Okay.   And who are those individuals?

12          A   There's a prosecutor, assistant statewide

13      prosecutor in Tampa -- in our Tampa office named

14      Panagiota Papakos.   I can try to spell that for you.

15      P-A-N-A-G-I-O-T-A is her first name.   She goes by

16      Pota, P-O-T-A.   Her last name is Papakos,

17      P-A-P-A-K-O-S.   I'm probably not getting that right;

18      I apologize.

19          Q   I think you did a good job.    Did you speak

20      with any other, I guess, prosecutors about these

21      cases?

22          A   I think I sent out an email because I --

23      to -- office-wide to our ASPs who deal with these

24      sort of cases because I wanted to confirm my

25      understanding that we do not currently have any

1       active paid petition circulator cases, meaning file

2       cases with a noncitizen defendant.    So the folks on

3       that email would have been Reid Hailey, Jae Hee Kim,

4       Elizabeth Mizrahi, Panagiota Papakos, and I may

5       have -- I may have included Brian Fernandes on that

6       email, but he doesn't primarily prosecute these sort

7       of cases.

8           Q     Okay.   And were you able to confirm that

9       you didn't have any active cases involving

10      noncitizens as paid circulators of petitions?

11          A     Yes, sir.

12          Q     Okay.   Have you ever -- has your office

13      ever prosecuted a case against a noncitizen

14      involving paid circulation of petitions?

15          A     So that was part of my question as well.

16      And that answer is a little more fuzzy.    As far as

17      we know, we have not, I guess, noted that any of the

18      defendants we prosecuted are noncitizens.    But

19      whether or not someone is a noncitizen is not always

20      a straightforward question, is what I've been

21      learning over the past few years in dealing with

22      noncitizen voter case referrals and some of the

23      other issues that come up in our practice.

24          Q     Okay.   So is it fair to say that you, in

25      your office's work investigating and prosecuting

1    crimes related to petition gathering, you haven't

2    identified any suspect that you know to be a

3    noncitizen?

4        A    I know of at least one, but that is an

5    active criminal investigation where the suspect has

6    not been alerted to our investigation, so ...

7        Q    So you didn't --

8        A    I know of one -- at least one off the top

9    of my head.

10        Q    Okay.   And those -- you're asserting a

11    privilege over that case, right?   You're not --

12        A    Yes, sir.

13        Q    -- here able to speaking about that; is

14    that right?

15        A    Yes, sir.

16        Q    Okay.   And as your office, did you confirm

17    with the same group of attorneys, whether your

18    office has prosecuted any noncitizen -- nonresidents

19    involved in circulation -- well, paid circulation of

20    petitions?

21        A    I didn't need to ask that question because

22    I already knew the answer was yes.   We -- we have

23    investigated and prosecuted several nonresident paid

24    petition circulators.

25        Q    And who are those individuals?

1        A        Most recently there's a defendant named

2    Alexandria Tatem, who was arrested in Texas.    And I

3    think she waived extradition but was brought back to

4    the state of Florida, where she was charged in

5    relation to paid petition circulator activities.

6            There's also -- was recently an individual

7    named Alexander Francis, who I believe has -- I

8    believe he resides in, I want to say, it's Montana

9    currently.

10            I'm aware of at least -- at least one, I

11    think more -- probably more like two or three

12    outstanding warrants for paid petition circulator

13    suspects who are out of state, we've had difficulty

14    tracking down, but the warrants are active and have

15    been signed by a judge and are active in the system.

16        Q        Okay.    Did --

17        A        There was also recently a defendant named

18    Jeremy Mathews who had an active warrant out of Dade

19    County -- if I'm getting this correctly.    And he

20    also waived extradition, was brought back to the

21    state.

22        Q        Okay.    You mentioned Alexander Francis,

23    and you said he resides in Montana.    Was he

24    arrested?

25        A        He was.

1      Q    Okay.   Did he waive extradition?

2      A    So at the time he was arrested, he was in

3    the state of Florida, and I think he has since

4    bonded out.   And we knew he was -- he told us before

5    his arrest that he was planning on moving to

6    Montana.

7      Q    Okay.   But he's been arrested, and he's

8    currently being prosecuted?

9      A    Yes, sir.

10     Q    Okay.   And then Jeremy Mathews.    Was there

11   anybody else besides Alexandria Tatem, Alexander

12   Francis, and Jeremy Mathews?

13        MR. STAFFORD:   And I'm going to object and

14      instruct the witness not to answer to the

15      extent it involves any active, ongoing

16      investigations or prosecutions.    But other than

17      that, he's free to answer.

18     A    Yes, so there were a couple of cases

19   prosecuted out of our Tampa bureau.    And, sorry, I'm

20   just trying to recall the names of the defendants.

21   But I know that they had also been prosecuted in the

22   state of Kansas for the same thing.

23        I want to say one of the last names was

24   Jackson, and I'm just having trouble remembering the

25   other defendant's name; I apologize.   Those were not

1      my cases.   Another prosecutor handled those.

2      BY MR. WERMUTH:

3          Q      I think I know which ones you're talking

4      about.   We can talk about those in a little bit, but

5      for the three individuals here, Alexandria -- well,

6      Alexandria Tatem, Alexander Francis, and Jeremy

7      Mathews, have they been convicted?

8          A      No, sir, those are -- part of the reason

9      why I can -- those names come to mind easily for me

10     is because they're fairly recent cases.

11         Q      Okay.

12         A      These cases are pending.

13         Q      And what evidence do you have that

14     Ms. Tatem is not a resident of Florida?

15         A      Well, Ms. Tatem was living in Texas at the

16     time of her arrest, and I believe that she gave a --

17     I'm having -- I think she gave a statement to FDLE

18     prior to her arrest.

19              They went out and interviewed -- they

20     located her and interviewed her in the state of

21     Texas after being unable to locate her in the state

22     of Florida with the address that she provided on her

23     paid petition circulator application to the

24     Department of State.

25              And at the time of the interview in Texas,

1    she told them that she was living in Texas and had

2    no plans of returning to the state of Florida.

3         Q    Okay.   And Alexander Francis, you

4    mentioned he was arrested in Florida, right?

5         A    Yes, sir.

6         Q    Was he living in Florida at the time?

7         A    Yes.

8         Q    So was -- what evidence do you have that

9    he was not a resident of Florida at the time he was

10   participating in paid circulation in the state of

11   Florida?

12        A    No, I'm sorry, I believe he was living in

13   the state at that time.   But prior to his arrest, he

14   was interviewed by FDLE and told them that he

15   intended to leave the state of Florida and has

16   since, my understanding is, now residing in Montana.

17        Q    Okay.   Do you know whether he lived in

18   Montana before and he was returning to Montana

19   or ...

20        A    I do not.

21        Q    Okay.   So he may have been living in

22   Florida and then -- or residing in Florida and then

23   decided to move to Montana?

24        A    Yes, sir.

25        Q    Okay.   And then Jeremy Mathews, you said

21

1    there was an active petition -- an active warrant

2    out of Dade -- or was it Dade County?

3        A    Yes, sir.

4        Q    Okay.  And he waived jurisdiction.  Where

5    was he found?

6        A    He had been arrested in San Francisco on

7    some sort of home invasion or burglary offense.      So

8    he was in custody out there.

9        Q    Okay.  And what evidence do you have that

10    he wasn't a resident at the time, a resident of

11    Florida at the time that he was engaged in paid

12    petition circulation?

13        A    I'm not sure that he was not a resident at

14    the time.  I just know that he's -- at the time of

15    his arrest, he was not a resident.

16        Q    Okay.  So what you do -- you know that he

17    was just found in San Francisco; is that right?

18        A    Yes, sir.

19        Q    Okay.  All right.  We got a little off

20    track.  We were actually talking about how you

21    prepared for your deposition.

22            Other than speaking to the other attorneys

23    in your office, did you review any documents in

24    preparation for your deposition?

25        A    Yes, sir, I looked back over my

1        declaration, and there's also a supplemental

2        declaration.

3                Excuse me.   I took a look at, I think,

4        some of the pleadings in the lawsuit.    There was a

5        response to a petition for injunction.   I also

6        skimmed through the OECS annual report to the

7        governor and the legislature.

8            Q    Okay.

9            A    And then I also skimmed -- I think

10       attached to that document, there were some

11       transcripts of -- transcripts of proffers taken from

12       some of these defendants, some of the paid petition

13       circulator defendants, and I looked through those a

14       little bit but not in detail.

15           Q    Okay.   And did you look through any

16       productions that your office had made in this case?

17           A    No, I don't believe I did.

18           Q    Okay.   Did I miss any other preparations

19       that you did in preparation for this deposition?

20           A    No, sir.

21           Q    Okay.   All right.   Move on to the next set

22       of questions, basically about your position and

23       duties.   What is your job title at the Attorney

24       General's Office?

25           A    I'm a chief assistant statewide prosecutor

1       for the West Palm Beach bureau.

2           Q    And how long have you had that position?

3           A    I've been in this position about, between

4       two and three years.

5           Q    Okay.   And how long have you worked for

6       the Attorney General's Office in any position?

7           A    I've been with the office a little over

8       10 years now.

9           Q    Okay.   And other than your current job,

10      have you had any other management positions at your

11      office?

12          A    Prior to becoming the chief assistant

13      statewide prosecutor for the bureau, I was the

14      deputy chief.

15          Q    Okay.   Is there anyone more senior in your

16      office, other than the Attorney General?   Or do you

17      report directly to the Attorney General, or do you

18      report to somebody else?

19          A    I report to the deputy statewide

20      prosecutor, Julie Chaikin, and to the statewide

21      prosecutor, Brad McVay.   And I serve at the pleasure

22      of the Attorney General.

23          Q    Okay.   Do you have any oversight of others

24      in your office?

25          A    Yes, sir.

24

1          Q     And who are those individuals?

2          A     We have a staff -- we are just growing a

3    little bit, as of last week, actually.   But there's

4    several attorneys and staff members.   Do you want

5    each person's name?

6          Q     Well, you said you supervise line

7    attorneys; is that fair to say?

8          A     Yes.

9          Q     And do any of your line attorneys -- are

10   they engaged in prosecuting cases that involve

11   circulation of initiative petitions?

12         A     Yes.   So we previously in our office had a

13   line attorney named Sophia Birriel-Sanchez, and she

14   was one of the primary folks who dealt with paid

15   petition circulator cases and other election crime

16   cases.   But she has since moved to private practice.

17            And we've recently hired a new assistant

18   statewide prosecutor to fill that role.    Her name is

19   Karen Black, but she just started on Friday, so

20   she's not actively prosecuting any cases at all

21   right now.   I'm trying to get her acclimated.

22         Q     All right.   Have you had experience

23   investigating charges related to circulation of

24   initiative petitions?

25         A     Yes, sir.

1          Q    Okay.    And then -- and can you give me an

2     overview of that experience?    Have you managed these

3     cases before?

4          A    Yes.    So I have a bit of a dual role in

5     that area.    For the past couple of years, I have

6     been responsible for our office's involvement in an

7     election crimes task force.    That's -- the major

8     three groups that comprise of that task force are

9     the Department of State, OECS, FDLE, and my office.

10          Within my office, I mentioned the

11     assistant statewide prosecutors who work on these

12     sort of cases.    So I provide, you know, support to

13     those attorneys, supervision where needed, and

14     guidance, if possible.

15          And then I have my own cases as well,

16     where I will be considered the lead attorney and I

17     work with, you know, the members of our task force,

18     with FDLE to provide advice on investigations and

19     then to make filing decisions and litigation

20     decisions once the case is filed.

21          Q    Okay.    In regard to what ballot

22     initiatives have you worked as a prosecutor or

23     overseen cases that other individuals in your office

24     are prosecuting?

25          A    I apologize.    I don't remember all the

1          exact numbers.     You know, most ballot initiatives

2          are assigned a number like 2305 or whatever it is,

3          but there was a gaming initiative, there's been the

4          previous adult use of marijuana initiative, there

5          was the abortion initiative, and now currently we

6          are in -- there's a new adult use of marijuana

7          initiative that -- there have been investigations

8          and prosecutions involving that.

9               Q      Okay.   Have you had any investigations

10         involving the Florida Decides Healthcare initiative?

11              A      Not to my knowledge, no.

12              Q      What was your job -- you said you've been

13         working at the Attorney General's Office for

14         10 years.   What job did you have before you worked

15         for the attorney's office -- or U.S. -- sorry, the

16         Attorney General's Office?

17              A      Yes, sir.   Prior to coming to the Attorney

18         General's Office, I worked with a small firm doing

19         trust and estate litigation in Broward County.

20              Q      Okay.   So the Attorney General's Office is

21         the first office that you've had a role as a

22         prosecuting attorney; is that fair to say?

23              A      No, sir.   Prior to working at that law

24         firm, I worked at the Broward County State

25         Attorney's Office for four years.

27

```
 1          Q      Okay.   And at the Broward County State
 2     Attorney's Office, were you involved in any election
 3     crime investigations?
 4          A      No.
 5          Q      Okay.   All right.   I'm going to stop
 6     sharing that.      I'd like to show you another
 7     document.   Are you able to see this document?
 8          A      Yes, sir.
 9          Q      Do you recognize this as Florida Statute
10     Section 100.371, regarding initiatives?
11          A      Yes, sir.
12          Q      I'm going to take you down to part 11.
13     You see here it says, "If the Secretary of State
14     reasonably believes that a person or entity has
15     committed a violation of this section, the Secretary
16     may refer the matter to the Attorney General for
17     enforcement.    The Attorney General may institute a
18     civil action for violation of this section or to
19     prevent a violation of this section."
20            Do you see that?
21          A      Yes.
22          Q      To your knowledge, has the Attorney
23     General ever brought a civil action under this
24     section related to paid petition gathering?
25          A      No, sir, not to my knowledge.
```

1        Q     Okay.   Has the Attorney General's Office

2    ever brought a civil action for a violation of this

3    section with regard to any initiative

4    petition-related violations?

5        A    I'm not sure if I understand.   Can you

6    help me understand the difference between this

7    question and the last one?

8        Q     It's more general.   Before, I was asking

9    about paid petition circulation, but for any

10   violations by, you know, say, a volunteer, not in

11   the paid circulation work.

12       A    Thank you.   No, sir, not to my knowledge.

13       Q     Okay.   Do you know what a case like that

14   would be?   I mean, I guess I'm curious to know in

15   what instance the Attorney General would bring a

16   civil enforcement action related to this section?

17          MR. STAFFORD:   Objection, calls for

18       speculation.     You may answer.

19       A     So I guess, with that caveat that I would

20   be guessing a little bit; I know that there are

21   provisions under either this statute or other

22   statutes in the election code that allow the

23   Secretary of State to impose fines on whether it's

24   sponsors of a petition or groups that are gathering

25   signatures on behalf of a sponsor.     And I could, you

1        know, see a situation where those groups don't pay a

2        fine or are contesting the fine or something along

3        those lines where the Secretary may refer an issue

4        like that to the Attorney General's Office to either

5        collect on the fine or to pursue the matter through

6        litigation.

7            Q    Okay.   But to your knowledge, you've

8        received no such referrals?

9            A    Right.

10           Q    Okay.

11           A    And I don't mean to limit that answer,

12       saying that's the only situation where it could come

13       up, but that's an example of something I could guess

14       about.

15           Q    Okay.   All right.   Well, I'd like to ask a

16       little bit about workflow in your office, like how

17       your office receives reports related to petition

18       fraud, I suppose, or concerns about petition

19       circulation?

20           A    Okay.

21           Q    In that regard, you know, how does your

22       office receive referrals, or does it originate its

23       own cases in this environment?

24           A    We typically do not originate our own

25       cases.   I mentioned the task force that we work on a

1    little earlier.   And kind of the normal flow for a

2    referral would be that a local supervisor of

3    elections receives some sort of citizen complaint,

4    or they receive materials that they believe are

5    suspicious in nature or criminal, evidence of a

6    crime, and they report that to the Department of

7    State, OECS.

8         OECS will often, I believe, perform a

9    preliminary investigation just based on the data and

10   the information that they have access to.   And they

11   have typically gathered that information together.

12   And then made a referral to law enforcement.

13        In the instance where it's a crime that

14   involves multiple judicial circuits, then that

15   referral will often go to FDLE, who makes a decision

16   about opening an investigation on their end and then

17   involves our office to, you know, make sure that

18   they're proceeding -- I guess, you know -- law

19   enforcement's goal typically when they are working

20   an investigation is to -- if there's a crime that

21   has occurred, to get it to a prosecutor who will

22   then hopefully file a case and prosecute it.

23        So we work with FDLE through the

24   investigation to give them feedback about what we're

25   seeing and provide legal advice with the goal of,

1    you know, if there is a crime here, getting it to a

2    place where it can be filed in a court and

3    litigated.

4         Q    Okay.   Does your office or -- does your

5    office refer cases to the, I guess, the state

6    attorneys for the 20 judicial circuits?

7         A    In instances where, for example, an

8    investigation has gone through that process I

9    described earlier, and we determine that we do not

10   have jurisdiction for whatever reason, then yes, we

11   would ask that a case like that be referred to a

12   local state attorney.

13        Oftentimes, we will try to be part of that

14   communication as a courtesy to our colleagues at the

15   state attorney's office.   We don't want to just dump

16   something on their desk.   And there have been, I

17   think, several instances where attorneys from our

18   office have been cross-designated with the state

19   attorneys' offices to prosecute a case under their

20   local authority; specifically in the Second Circuit,

21   up in Leon County, in that area.   I'm aware of

22   several cases where that has happened.

23        Now, I may be stating that a little more

24   broadly because probably the majority of those

25   cross-designated cases have been for unqualified

1          voter prosecutions.   But there is definitely the

2          ability for us to work with the state attorneys'

3          offices and to prosecute cases under their authority

4          on occasion.

5              Q    Okay.   So in a case in which the Office of

6          Statewide Prosecution is cross-designated, are -- I

7          guess help me understand how it works.   So you're

8          bringing the prosecution under the auspices of the

9          local state attorney's office, as if you're kind of

10         like deputized by them to bring the case?

11             A    Yes, exactly, for -- it's always on a

12         case-by-case basis.   It's something where we would

13         meet with that state attorney's office, and the

14         prosecutor from our office who becomes

15         cross-designated actually swears an oath as a state

16         attorney for purposes of that case.   And so we would

17         be prosecuting it under the local SAO authority.

18             Q    And why wouldn't the OS -- or the Office

19         of Statewide Prosecution just do the prosecution in

20         its own name?

21             A    Well, again, these would be instances

22         where, as the investigation unfolds, we make a

23         judgment call and say we're not sure if we have a

24         multi-circuit jurisdictional hook here.   So rather

25         than attempt to prosecute something outside of our

1       jurisdiction, let's work with our state attorney

2       brethren and see if we can still move forward.

3           Q   Okay.

4           A   And also, as you pointed out earlier, I

5       didn't have any experience prosecuting those sort of

6       cases when I was at the state attorney's office.    I

7       think that we have developed a bit of a specialty in

8       it, and I think there are probably a lot of state

9        attorney offices who don't regularly see those sort

10      of cases and litigate them.   So I think that's part

11      of the reason as well.

12          Q   Okay.

13          A   I'm sure -- I'm sure that they would be

14      more than capable of doing it, but our goal is to

15      help each other out.

16          Q   Okay.   Now, I think you mentioned,

17      however, that you're not aware of any instance where

18      your office has been cross-designated in a

19      prosecution of a case involving petition circulation

20      though, right?

21          A   So I know that I am currently

22      cross-designated with the state attorney's office in

23      Lee County on a case, but that one has not been

24      filed yet.   So we're still in the investigative

25      phase.

1     Q     So you're asserting -- you're asserting

2     the privilege over that; you're not going to

3     disclose any information about that case?

4          MR. STAFFORD:   Form.   That's correct.

5     That is protected.     We're asserting privilege

6     there.     Thank you.

7          MR. WERMUTH:   All right.   I'm just

8     confirming.

9          MR. STAFFORD:   Understood.

10    BY MR. WERMUTH:

11    Q     Okay.

12    A     There may have been an instance of one of

13    our attorneys being cross-designated in Miami-Dade,

14    but I'm not certain about that, so I don't -- I

15    can't tell you for sure.

16    Q     Okay.   But you don't know the details of

17    that case?

18    A     No, I'm sorry, I don't.

19    Q     Okay.

20    A     I remember talking with -- the

21    prosecutor's name is Elizabeth Mizrahi.     She's down

22    in the Miami office.   I remember talking with her

23    about it.   It's probably been a year ago.   I just

24    can't remember if we actually ended up having her

25    cross-designated.

1           Q   Okay.   I'm going to show you -- let's talk

2     about maybe some high-level charging decisions and

3     laws under which you prosecute petition circulation

4     violations.

5               Are you able to see this document here?

6           A   I'm sorry, sir, as I'm sitting here

7     thinking about it, on that last question, I believe

8     there's at least one other prosecutor who's been

9     cross-designated up in Leon County.   His name is

10    Reid Hailey.   And that was for purposes of petition

11    circulator fraud cases.

12          Q   Okay.   And do you know what those cases

13    are?   The names of those suspects?

14          A   I don't -- as I was preparing for today, I

15    looked through kind of a list of our cases, and I

16    just remember they were -- so sometimes we assign

17    operation names to cases, and I remember the

18    operation names for those were Bad Petitioner 1 --

19    or Bad Petition 1, Bad Petition 2, and Bad

20    Petition 3, something of that nature.

21          Q   Okay.   And are those cases that have

22    concluded?

23          A   I believe so.

24          Q   Okay.   But you don't know the names, other

25    than these monikers that they were given?

1    A    No, sir, not off the top of my head.    I'd

2    have to go through my file management system and

3    look it up.

4        Q    All right.    All right.    Well, I was

5    showing you this document here.        Do you recognize

6    this as Florida Statute 817.568, Criminal use of

7    personal identification information?

8        A    Yes, sir.

9        Q    All right.    I'd like to take you down to

10    the first section here that I have highlighted, it's

11    section (2)(a); are you familiar with this statute?

12    A    Yes, I am.

13        Q    This involves the use of another person's

14    personal identification information without their

15    consent; is that correct?

16        A    Yes, sir.

17        Q    And this law was on the books before

18    HB 1205, correct?

19    A    Yes, sir.

20        Q    Okay.    And am I correct that all you have

21    to do to prove this statute is that the

22    investigation target fraudulently used another

23    person's personal identification information on a

24    petition?

25        A    Without that person's consent, yes.

1          Q     All right.   And this is, in fact, a

2     statute that you've prosecuted cases under, correct?

3          A     Yes, sir.

4          Q     All right.   And I'd like to show you --

5     the next section that we're going to talk about is

6     section (8)(a), and this involves the use of a

7     deceased person's personal identification

8     information fraudulently on a petition; is that

9     correct?

10          A     Yes.

11          Q     And this is a statute that was on the

12     books before HB 1205; is that right?

13          A     That's my understanding, yes, sir.

14          Q     And for this one, all you have to prove

15     is -- for this statute is that the investigation

16     target fraudulently used a deceased person's

17     personal identification information on a petition;

18     is that right?

19          A     Yes, sir.

20              MR. WERMUTH:   That, by the way, was marked

21          as Exhibit 2 to the deposition.

22              (Exhibit 2 was marked for identification.)

23          BY MR. WERMUTH:

24          Q     I'm going to show you another statute.

25              MR. WERMUTH:   And I'm going to mark this

1        as Exhibit 3.

2              (Exhibit 3 was marked for identification.)

3        BY MR. WERMUTH:

4              Q     Are you able to see this?

5              A     Yes.

6              Q     And I'm showing you the 2022 Florida

7        session law for Chapter 2022-73; do you see that?

8              A     Yes, sir.

9              Q     All right.   And I'm going to jump to

10       page 17 of this document.   Do you see where -- see

11       where it lists here a section 104.185.   Are you

12       familiar with this statutory provision?

13             A     Yes, I wouldn't normally reference the

14       2022 bill for it, but, yes, I'm familiar with

15       104.185.

16             Q     Sure.   I'm showing you this version of it

17       because it shows the version of the bill before

18       HB 1205.   And this involves a violation where a --

19       where a person who signs another person's name or a

20       fictitious name to any petition to secure a ballot

21       position for a candidate, and it says "if that

22       person commits a felony of the third degree,

23       punishable as provided," and lists a number of

24       sections.

25                   So do you recognize that in 2022, this

1        statute was amended to, I guess, increase the

2        offense from a misdemeanor to a felony of the third

3        degree, right?

4            A    Yes, sir.

5            Q    And this is a provision that your office

6        used before HB 1205 to prosecute individuals,

7        correct?

8            A    Yes, I believe we have.   I know we've

9        charged a violation of that statute.   I believe it

10       would have been prior to this past summer, so yes.

11           Q    Okay.   I want to show you what I'll mark

12       as Exhibit 4 to your deposition.

13           (Exhibit 4 was marked for identification.)

14       BY MR. WERMUTH:

15           Q    And do you see this is an email between --

16       is that you as the author to a person named Antonio

17       Mathews; do you see that?

18           A    Yes, sir.

19           Q    All right.   And do you see this is

20       asking -- well, Mr. Antonio Mathews was asking you a

21       question about charging a crime for petitions under

22       the statute we were just looking at, 104.185; is

23       that correct?

24           A    Yes.

25           Q    And he's asking you, "Can we possibly

1    charge this crime as well for the petitions?"

2         And you see your response there,

3    "Potentially, but then I have to prove that our

4    target signed the name.    And with the identity theft

5    statute, I only have to prove that the target

6    fraudulently used the victim's PII" -- that's

7    personal identifying information -- "and you don't

8    have to prove the target personally signed the name

9    or filled out the form."

10         Do you see that?

11    A    Yes, I do.

12    Q    Am I correct that having to prove that

13    extra element that the accused person signed another

14    individual's name can make proving that charge, a

15    charge under section 104.185, harder than simply

16    charging the accused with fraudulently using another

17    person's personal identification information?

18    A    Yes, I think so.    I mean, depending on the

19    situation, a prosecutor could probably utilize the

20    principal theory to charge either case, if there

21    were two or more people --

22         (Zoom audio disconnected.)

23         (Discussion off record.)

24         MR. WERMUTH:    Okay.   So we'll bring up

25    Exhibit 4 again.

1          BY MR. WERMUTH:

2               Q    All right.   Mr. Bridges, are you ready to

3          resume?

4               A    Yes, sir.

5               Q    Okay.   I'd asked you a question about the

6          statute 104.185 and whether section 2 is a more

7          difficult provision to charge an individual under

8          versus charging them with a violation of section one

9          eight -- section 817.568, part (2)(a), which is the

10         one having to do with the use of a personal --

11         personal identification information fraudulently on

12         a petition.   Do you recall that?

13              A    Yes, sir.

14              Q    And you were describing to me the, I guess

15         the principal theory, correct?

16              A    Yes, sir.

17              Q    And could you give me the rundown on that

18         again?

19              A    Sure.   So like I was saying, depending on

20         the situation, you will probably be able to -- the

21         prosecutor will probably be able to charge under

22         either statute if a petition circulator is

23         falsifying people's signatures, voters' signatures

24         on constitutional amendment petition forms.   And I

25         think there is the element of -- for the 104.185,

1        the State would have to prove that someone

2        physically signed another person's name just as in

3        the fraudulent use of personal identity information

4        statute under 817, would have to prove that the

5        suspect willfully used someone's PII, someone's

6        personal identification information fraudulently.

7                 Under either statute, if there were more

8        than two suspects or co-conspirators or principals

9        involved, you could utilize the principal theory

10       under statute 777.011 to file charges under either

11       of those.

12                Now that we're back on this exhibit, I'm

13       noticing that the subject line says "Re: additional

14       charges," and I think the context here was that

15       we -- my office had -- or I had probably recommended

16       charging a suspect with fraudulent use of personal

17       identification information.    And Inspector Mathews

18       was asking, can we also -- can we file additional

19       charges, can we add charges under 104.185?    So this

20       is my response to that question.

21            Q     Okay.   And you were pointing out that to

22       make this additional charge under 104.185, you would

23       have to prove that the target personally signed the

24       name or filled out the form, correct?

25            A     Right.   And then I guess in my more

1    expansive answer to you involving the principal

2    theory, I would have to prove that they aided,

3    abetted, assisted, or otherwise acted as a principal

4    to someone who did physically sign.   So the same

5    sort of idea.

6         Q   Okay.   But that would be yet another

7    element that you'd have to prove, that you were

8    trying to prove that somebody other than the person

9    who signed the form violated 104.185, correct?

10         A   Yes.

11         Q   Okay.   And proving those additional

12    elements could make it more difficult to prove that

13    claim versus a claim under section 817.568(2)(a),

14    correct?

15         MR. STAFFORD:   Object to the form.

16         You can answer.

17         A   It really just depends on the individual

18    facts of the case and the evidence as presented to

19    us.   But I understand the point you're making, that

20    for 104.185, there's an aspect of proving that

21    someone physically signed another person's name,

22    which is not -- not necessarily what would have to

23    be proved in every instance of identity theft under

24    817.

25

44

1      BY MR. WERMUTH:

2          Q    Okay.

3          A    However, under 817, those same facts,

4      signing another person's name, could support charges

5      under both -- under 817 and 104.185.

6          Q    Okay.    Okay.    And I'd like to move on to

7      Exhibit 5.

8          (Exhibit 5 was marked for identification.)

9      BY MR. WERMUTH:

10         Q    Do you recognize this document that's

11     reflecting Florida Statute 104.011, false swearing?

12         A    Yes, sir.

13         Q    And specifically section A of that --

14     sorry, section 1 of that statute?

15         A    Yes.

16         Q    Okay.    And has your office used this

17     statute in prosecutions of individuals engaged in

18     petition circulation?

19         A    Yes, sir.

20         Q    And for this statute, you need to prove

21     that the person you are prosecuting signed the

22     circulator oath knowing that the person who signed

23     the petition was not the person identified on the

24     petition form?

25         A    That would be one factual scenario that

1     could support charges under this statute.

2         Q    And I believe before our court reporter

3     unfortunately got disconnected, you gave another

4     example of another scenario of which that provision

5     could be prosecuted.    Could you tell me what that

6     other scenario is?

7         A    That -- another scenario would be where

8     the circulator affirms, signs the bottom of the

9     CAIPF -- the Constitutional Amendment Initiative

10    Petition Form -- it's the section where the paid

11    petition circulator is supposed to sign, saying

12    essentially, "The voter filled out this form and

13    signed it in front of me in my presence."

14         And we've had cases where circulators have

15    admitted it to law enforcement that they never met

16    the voter, they never saw any voter fill out the

17    CAIPF or sign it in front of them.    They just went

18    through a stack of CAIPFs, petition forms, and

19    signed them off to utilize their circulator.

20        Q    Okay.   And what -- what specific cases are

21    you talking about right now?

22        A    One I can think of is Nelson Stone, the

23    defendant in Palm Beach County.    He, during a

24    proffer that he gave after his arrest, with his

25    attorney present, he described how he would go

1    downtown to a night club in West Palm Beach and he

2    had reprinted petition forms, the CAIPFs, and would

3    hand those out to homeless people or people he met

4    on the street.    He told them he would give them a

5    dollar each for filling them out.    And then he would

6    also provide those people with a list of voter

7    information that he had gotten from a website

8    somewhere, and he would go into a club or a bar and

9    hang out for a while and come back out and receive

10   those filled-out CAIPFs from the people he had made

11   his agreement with.

12         He would pay them what he owed, and then

13   he would go home and sign them all under the

14   petition circulator section of the CAIPFs and turn

15   them in to be paid by his contractor.

16         Q   Okay.   So he basically admitted to false

17   swearing; is that correct?

18         A   Yes, I think what he admitted to would fit

19   as a violation under 104.011.

20         Q   Okay.   And we'll talk a little later about

21   him.   But any other case that you prosecuted under

22   this provision; do you know?    Between 2023 and 2024?

23         A   So I can't recall if she was charged with

24   this specific offense or not, but I know that,

25   similarly, the facts of her case would have

1    supported a charge.    Her name is Haggi Amirally,

2    A-M-A-R-I-L-L-Y (sic).    She described a situation

3    where she would go to a house that I think was

4    rented by a group of circulators and they call them

5    "coordinators."   That's kind of the people at the

6    next level up who hire circulators or people to

7    gather signatures.    And that she had a circulator

8    number, so they would provide her with petition

9    forms.

10          She signed them, and then they -- these

11   other folks that were from -- many of whom were from

12   out of state -- would then take the petition forms

13   and fill the rest of them out after Ms. Amirally had

14   already signed it.

15          Q    Okay.   So are you --

16          A    I'm sorry.

17          Q    Are you telling me what she told you, or

18   are you telling me something from --

19          A    Yes, I'm sorry, that was, again, a

20   post-arrest sworn statement with her attorney

21   present.

22          Q    Okay.   So that's -- you're talking about a

23   proffer that, I suppose, Ms. Amirally gave during

24   her case; is that right?

25          A    Yes, sir.

1     Q     Okay.   That's another instance in which a

2     person testified to behavior that fit the scope of a

3     violation of Florida Statute 104.011; is that

4     correct?

5     A     Yes, sir.

6     Q     Now, in just identifying the case by name,

7     without kind of a further description of the case,

8     do you know of another case in which your office

9     prosecuted somebody for false swearing under section

10    104.011, subsection (1)?

11    A     Yes.   I'm sorry, I'm having trouble

12    remembering the defendant's name.   I know it was

13    Assistant Statewide Prosecutor Papakos.   I think

14    she's charged violations of this statute in a few of

15    her cases.   And, you know, as you -- I'm sure you're

16    aware under the identity theft statute under 817,

17    there's a sliding scale within that statute based on

18    the number of identities fraudulently used, where

19    the level of the offense becomes more serious and

20    the penalties become more serious and there are

21    mandatory minimums for certain numbers of victims.

22         And I -- I know that this Statute 104.011

23    has been charged in instances where our office was

24    either working with defendants who were cooperating,

25    like those prior two examples I gave, who provided

1       proffers and assisted us in further investigations.

2       I guess --

3           Q      Okay.  So would --

4           A      This statute is a third-degree felony, as

5       opposed to a -- certain sections of the identity

6       theft statute that are going to require defendants

7       to go to prison under the law, so a mandatory

8       sentence.

9           Q      Okay.   So am I right, in general, this --

10      you might use this statute to charge offenses in

11      lieu of adding additional charges under Section

12      817.568 --

13              MR. STAFFORD:   Object to the form.

14      BY MR. WERMUTH:

15          Q      -- subsection (2)(a)?   Well, I guess I'm

16      trying to understand the gist of what you're telling

17      me here.

18              Is that -- is it basically in order to

19      avoid triggering mandatory minimums, in certain

20      cases you may select to charge offenses under

21      104.011 instead of -- instead of charging more

22      numerous charges under section 817.568,

23      subsection (2)(a)?

24              MR. STAFFORD:   Object to the form.

25              You can answer.

1        A     I think that's certainly a tool in the

2     prosecutor's larger set of tools when investigating

3     and prosecuting these cases.   Our overarching goal

4     is to, you know, protect the integrity of our

5     elections, to put a stop to this kind of behavior in

6     the state of Florida.   So if we can utilize -- you

7     know, charge a defendant, obtain their cooperation,

8     and utilize that evidence to build a bigger case,

9     then this is one of the statutes that we can use as

10     part of that process.

11     BY MR. WERMUTH:

12        Q     And of which you were describing was using

13     this statute in order to basically limit the

14     exposure an individual might have to mandatory

15     minimums under Florida Statute 817.566; is that

16     correct?

17        A     Yes, I think it could be used that way.

18        Q     Okay.   And for this -- for this offense,

19     you'd need to prove that the person you were

20     prosecuting signed the circulator -- well, you

21     actually gave the scenario already.

22          You know, one defense that appears obvious

23     to me to this violation is to say that -- for the

24     subject to say that when signing the circulator

25     oath, he or she relied on the person who filled out

1          and signed the voter portion of the petition to

2          accurately identify themselves, correct?

3              A     Sure.

4              Q     Okay.   So this could be a difficult thing

5          to prove without independent evidence of fraud,

6          correct?

7                  MR. STAFFORD:   Object to the form.

8                  You can answer.

9              A     I would say especially in the sense that

10         we're just talking about one violation.    You know,

11         it changes the terrain of the case a little bit if

12         you've got 50 violations of this statute and you ask

13         a jury to use their common sense.    You know, did

14         50 people lie to the circulator about their

15         identities on that day while he was collecting

16         signatures?   That may be a little less likely.

17         BY MR. WERMUTH:

18             Q     Okay.   Have you --

19             A     That's a defense that we have discussed.

20             Q     Okay.   And have you ever charged a case

21         where a person -- where a circulator had 50, I

22         guess, fictitious people on one day sign petitions?

23             A     No, not to my knowledge.

24             Q     All right.   Do you believe that the

25         Florida Department of Law Enforcement and Office of

1    Statewide Prosecution were effectively identifying

2    and prosecuting petition fraud prior to HB 1205?

3        MR. STAFFORD:   Object to the form.

4        A    "Effectively" meaning were we doing it

5    well?

6    BY MR. WERMUTH:

7        Q    Yes.

8        A    Yes, but we often encountered difficulties

9    with tracking down evidence and information from

10    out-of-state entities and then locating, attempting

11    to interview, and arresting nonresidents or

12    circulators who were no longer in the state.

13        Q    Okay.   So in that regard, can you give me

14    a list of individuals who were charged that you

15    weren't able to track down?

16        MR. STAFFORD:   Object to the form, to the

17    extent it -- object to form.   Instruct the

18    witness not to answer to the extent that it

19    involves ongoing investigations of

20    prosecutions.   Otherwise, you can answer.

21        A    So some of those we've talked about

22    previously, who had to be extradited or located out

23    of state when their arrest warrants were served.

24        And then I think I also mentioned there

25    are existing warrants for nonresidents for people

1      who are currently located out of state.

2      BY MR. WERMUTH:

3          Q     Okay.   So I know we talked about

4      Alexandria Tatem, Alexander Francis, and Jeremy

5      Matthews; is that right?

6          A     Yes, sir.

7          Q     And each of those individuals you were

8      able to track down and they have been arrested,

9      correct?

10         A     Yes.

11         Q     So, what other person or persons have you

12     not been able to track down and arrest for

13     petition-related crimes because they're not within

14     the state?

15            MR. STAFFORD:   Object to the form.

16            You can answer.

17         A     Those would be active investigations, so

18     I'm going to assert the privilege on that.

19     BY MR. WERMUTH:

20         Q     Okay.   So we've gone through the series of

21     statutes that we've seen already today.   Are there

22     any other statutes that the Office of Statewide

23     Prosecution typically uses to prosecute ballot

24     petition fraud?

25         A     I think you covered it.

54

1          Q   So there are no other statutes you can

2    think of off the top of your head that you've used

3    to prosecute petition circulation fraud?

4          MR. STAFFORD:   Object to the form.

5          You can answer.

6          A   Of the cases that we have filed, I

7    think -- I think you've run the gambit.   There are

8    other statutes that are potentially available for

9    use.   I mean, there are scenarios where groups of

10   circulators, coordinators, and other people working

11   together to commit these sort of frauds can be

12   charged with racketeering or an organized scheme to

13   defraud.

14          There are scenarios where the money made

15   from this illicit activity, if it was concealed or

16   if it was utilized to perpetuate the illicit

17   activity, could form the basis for a money

18   laundering charge.

19          There's a catch-all statute under the

20   election code that is really just -- any fraud

21   involved in the -- that affects an election.   And I

22   don't think we have -- we've utilized that.   And I

23   apologize, I can't think of what the statute is off

24   the top of my head, but I know it's there.   We

25   haven't used that one because we have been a little

63

1       more specific with our charging decisions.

2     BY MR. WERMUTH:

3       Q   Okay.   And each of the laws you just

4     mentioned as potential additional statutes that you

5     could prosecute under, were all of those statutes in

6     place before HB 1205?

7       A   I think so, yes.

8       Q   I'm sorry, I missed that.

9       A   Yes, sir.

10      Q   Okay.

11          (Exhibit 6 was marked for identification.)

12     BY MR. WERMUTH:

13      Q   I'd like to show you what I'll mark as

14    Exhibit 6, and this is -- do you recognize this as

15    being Florida Statute 104.185, but this version is

16    effective as of May 2nd, 2025; do you see that?

17      A   Yes.

18      Q   And the reason I'm showing you this is

19    that HB 1205 added this clause that's highlighted

20    here, and I'll read it.   "A person who signs another

21    person's name or a fictitious name or" any -- "to

22    any petition," comma -- and here's the added part --

23    "or who fills in missing information on a signed

24    petition to secure ballot position for a candidate,

25    a minor political party, or an issue commits a

1     felony of the third degree punishable as provided

2     under" three separate sections; do you see that?

3          A    Yes, sir.

4          Q    In the situation where a circulator did

5     not sign another person's name or a fictitious name

6     on a petition, how would you prove that the

7     circulator filled in missing information on the

8     petition form with fraudulent intent?

9               MR. STAFFORD:   Object to the form.

10              You can answer.

11         A    How can we prove they filled in missing

12    information on a petition form with fraudulent

13    intent?

14    BY MR. WERMUTH:

15         Q    Yes.

16         A    That's a good question.   I mean, it would

17    depend on the specific facts and circumstances.    But

18    as we've been talking about, we often have been able

19    to obtain statements from suspects, targets, and

20    even charged defendants in these cases.   The

21    scenarios that I'm aware of where someone has filled

22    in missing information on a signed petition has been

23    reported by some of these folks during those type of

24    statements, and it was in furtherance of getting

25    paid, in furtherance of either getting paid per

1        petition or getting paid through some bonus

2        structure that potentially equates to being paid per

3        petition.

4              And I think a lot of times, what some of

5        the circulators have told us and what is kind of

6        common sense, is that voters, when they encounter a

7        petition circulator in public, don't want to provide

8        all of their personal identification information to

9        a stranger.   Maybe they're willing to sign a

10        petition to get the person to leave them alone, but

11        they're near not willing to put their address and

12        their phone number and their last four digits of

13        their social security number or whatever it is.

14              So the circulators go back after the fact

15        and look that information up and fill it out on

16        their own.   That -- in front of a jury, that might

17        be a more narrow question of was that a fraudulent

18        intent?

19              I think it could be argued both ways.   And

20        I think as a prosecutor, I would probably want some

21        additional evidence, like communications between the

22        circulator and their coordinator or supervisor about

23        why they do this, how they do this, that sort of

24        thing.

25        Q     Okay.   So have you seen this scenario come

1       up, and in what case did that scenario come up?

2       A    So I -- some of the cases that we've been

3       talking about, there was -- I apologize, there was a

4       proffer that I just read and I can't think of the

5       gentleman's last name.   So, again, it was handled by

6       the Statewide Prosecutor Papakos, and the circulator

7       was gathering signatures at the University of South

8       Florida and another school in Tampa and he discussed

9       in his proffer how they would go back in and fill in

10      information that voters had left blank on petitions.

11      Q    Are you referencing Andres Salazar?

12      A    Yes, that's it.

13      Q    Okay.

14      A    And you know what?   I want to kind of

15      amend an answer I gave you before.   I thought of

16      this a moment ago.

17      You asked what documents I reviewed in

18      preparing for today.   I also looked at a copy of the

19      bill, the HB 1205.

20      Q    Okay.   So what about the scenario when

21      a -- when a individual who's a circulator

22      recognizes, for instance, that a super- -- that an

23      individual forgot to put down the county in which

24      they are located, for instance.   Would you consider

25      that to be petition fraud if the circulator filled

1      in the county that's -- that the address of the

2      voter matched to is -- if the circulator added that

3      to the petition after the voter signed the petition?

4            MR. STAFFORD:   Object to the form.

5            You can answer.

6         A   Are you saying under section 2 of 104.185,

7      would that be a violation?

8      BY MR. WERMUTH:

9         Q   Yes.

10        A   The way the statute reads, yes.

11        Q   Okay.

12        A   But I think the question was, would I

13     consider that to be petition fraud?   Fraud to me

14     connotes a little different idea of -- having an

15     intentional misrepresentation in order to obtain

16     some sort of gain.

17        Q   Okay.   So we've gone through each of these

18     statutes that you've identified as the core

19     document -- the core statutes that you've used for

20     prosecution of petition-related violations.

21            How many cases have you -- has the Office

22     of Statewide Prosecution brought under section

23     817.568, sub (2)(a)?

24        A   I don't know the answer to that off the

25     top of my head; I'm sorry.

1    Q    Okay.   How about how many cases your

2    office has brought under Florida Statute 817.568

3    subsection (8)(a), which is the one having to do

4    with the use of a deceased person's personal

5    identification information?

6    A    I'm not sure.   I know there have been

7    several.

8    Q    Okay.   And is it the same answer with

9    regard to Florida Statute 104.011, subsection (1),

10   dealing with false swearing?

11   A    Yes, sir, there've been more than one

12   defendant cases where we've charged that statute.

13   Q    Okay.

14   A    I'm not sure about the exact number.

15   Q    Okay.   And as to Florida Statute 104.185,

16   subsection (2), do you know how many cases you've

17   brought under this provision -- your case -- your

18   office has brought under this provision?

19   A    So under the amended statute, none.   Under

20   the prior version, there may have been just a

21   couple.   Not a large number, and I'm sorry, I don't

22   know the exact.

23   Q    Okay.   Let's go through some documents

24   that you have produced.

25

1               (Exhibit 7 was marked for identification.)

2          BY MR. WERMUTH:

3               Q    I'm going to show you what I am marking as

4          Exhibit 7 to your deposition.    Do you see this

5          email, it's a document that your office prepared in

6          this case -- or produced in this case?

7               A    Yes.    Yes, sir.   I'm not exactly sure of

8          every document that we produced, but I recognize the

9          names on this email document.

10              Q    Okay.    So this is an email from Andrew

11         Darlington, who was with the Office of Election

12         Crimes and Security, correct?

13              A    Yes, he was previously with that office.

14              Q    Okay.    And he was emailing the person that

15         you've identified as Panagiota Papakos, and I

16         thought you did a good job of saying her name.

17              A    Yes.

18              Q    All right.    And do you see this email has

19         a number of attachments to it that reference a

20         person named Andrews, correct?

21              A    Yes.

22              Q    So you see one of those documents is the

23         Andrews complaint and one of those documents is a

24         referral letter regarding Andrews.    Do you see that?

25              A    Yes, sir.

1        Q    I'm going to jump to page 11 here.    Do you

2    see this is a referral letter from the OECS to the

3    Florida Department of Law Enforcement regarding a

4    person named George Edward Andrews; do you see that?

5        A    Yes, I do.

6        Q    And you see here that it's reflecting that

7    "These crimes were reported to our office by local

8    supervisors of elections, and these actions are in

9    clear violation of Florida Statutes 104.011, 104.85,

10    and Chapter 817."

11        Do you see that?

12        A    I'm seeing the part about the statutes

13    they're referencing.    Where does it say they were

14    reported by the local supervisor -- oh, I see.

15    Okay.    Yeah.

16        Q    Okay.    All right.    And is that -- and so

17    do you see this was -- this is basically consistent

18    with what you were talking about before, where the

19    process flow is that typically what you see is an

20    instance in which a supervisor of elections

21    identifies an issue with petitions and notifies the

22    OECS; is that right?

23        A    Yes, sir.

24        Q    And the OECS makes a determination as to

25    whether to refer that over to the Florida Department

1      of Law Enforcement?

2          A    Yes.    I'm not sure under their purview the

3      amount of discretion they have in making those

4      initial determinations, but that's -- I know that

5      they've received the information from the

6      supervisors and then --

7          Q    Okay.

8          A    -- at some point make the referral to the

9      FDLE, or law enforcement.

10         Q    Okay.    And I'll go back up to page 4, and

11     I'll represent to you that this was in the same

12     sequence of Bates numbers, and I think it was one of

13     the complaint forms attached to this email.    And do

14     you see this is a complaint form from a voter with

15     the last name Mitchell?

16         A    Yes, sir.

17         Q    And it references George Edward Andrews;

18     do you see that?

19         A    Yes.

20         Q    And it asks a question on the next page,

21     page 5 of this exhibit, "How and when did you learn

22     that your signature on an initiative petition form

23     was misrepresented or forged or signed -- or signed

24     petition not delivered to your supervisor of

25     elections?"

64

1          And this person says, "I received a letter

2     in the mail on July 26, 2023, from the supervisor of

3     elections."

4          So in this instance, it looks like a voter

5     reported this to the supervisor of elections in

6     response to receiving a notice from the supervisor,

7     right?

8          A    Yes, sir.

9          Q    And the next page, we see that it has

10     Ms. Mitchell's petition form with a signature.    And

11     do you see this indication at the top, it says

12     "Sig" -- "Sig differs"; do you see that?

13         A    Yes.

14         Q    So apparently this is a form that the

15     supervisor identified as having an invalid

16     signature, and they mailed a notice to the voter

17     informing them that they had received this petition

18     and asked them "Did you sign this?"

19         MR. STAFFORD:   Object to the form.

20         You can answer.

21         A    That's what it appears.

22     BY MR. WERMUTH:

23         Q    Okay.    Now -- and I marked this overall

24     exhibit as section 7 -- so -- I'm sorry, Exhibit 7.

25

1         (Exhibit 8 was marked for identification.)

2    BY MR. WERMUTH:

3         Q    All right.   So that's kind of a typical

4    scenario in which you see a complaint by a voter to

5    a supervisor in response to a supervisor identifying

6    what appears to be a fraudulent petition, right?

7         A    Yes, sir.

8         Q    Okay.   And that was regarding Mr. Andrews

9    being identified as such.

10        I am going to show you a follow-up email

11   from Ms. Papakos.   All right.   Now we see with

12   this -- do you recognize this document as a document

13   from your office?

14        A    Yes, it looks like an email from Assistant

15   Statewide Prosecutor Papakos to Kelsey-Holley,

16   Deidre.

17        Q    Yeah.   So -- and we see down here at the

18   bottom of the first page, it appears that

19   Ms. Kelsey-Holley works for the -- is that the

20   Florida Public Defender's Office in the 6th Judicial

21   Circuit?

22        A    I'm not sure, but that's what the email

23   address appears to correspond to, yes.

24        Q    Okay.   And this is referencing a case

25   number associated with Mr. George Edward Andrews; is

1      that correct?

2          A    Yes, sir.

3          Q      And we see here that Agent Papakos is

4      presenting what appears to be a scoresheet for

5      Ms. Kelsey-Holley to review, and she solicits an

6      offer; is that right?

7          A    That's what it appears to say.

8          Q     Okay.   And so basically soliciting a plea

9      in this case; is that accurate?

10         A     It looks -- this appears to be part of a

11     plea negotiation, yes.

12         Q      Okay.   I'm going to jump to page 5 of this

13     document and look at the scoresheet a minute, just

14     to see what -- see if I understand this correct.

15          So in this scoresheet, it appears that

16     Mr. Andrews is being charged with nine counts under

17     Florida Statute 817.568, sub (2)(a), right?

18         A     Ten counts in total, one is the primary

19     offense and nine is additional offenses.

20         Q     Okay.   So 10 of those counts?

21         A     Yes, from what it says on this scoresheet,

22     yes, sir.

23         Q    Okay.   And then there's the -- there are

24     10 additional counts under 104.185; is that right?

25         A     Yes, that's what it appears.

67

1          Q     Okay.   And if you recall the cover letter

2      that was sent in this case also mentioned that there

3      was a clear violation of section 104.011, the false

4      oath swearing; do you recall that?

5          A     Yes.

6          Q     Do you know why that provision wasn't

7      charged in this case?

8          A     I do not --

9              MR. STAFFORD:   Object to the form.

10             You can answer.

11         A     I do not.

12     BY MR. WERMUTH:

13         Q     Okay.   And do you see that the offense

14     level here for 817.568 sub (2)(a), that's the

15     provision relating to the use of another person's

16     personal identification information for a fraudulent

17     petition, right?

18         A     Yes.

19         Q     And offense level four, is that the

20     standard offense level for that sort of violation?

21         A     I don't know that off the top of my head.

22     I -- I'll -- whenever I'm filling out a scoresheet,

23     I pull up the statute and make sure on every

24     offense.

25         Q     Okay, but it appears that the offense

1       level for fraudulent use of a personal ID under --

2       or sorry, petition fraud under 104.185 is an offense

3       level one?

4           A    Yes, that's what the scoresheet says, yes.

5           Q    Okay.    And do you know that particular

6       provision 104.185 to have a lesser offense level

7       than a charge under section 817.568(2)(a)?

8           A    Yes.

9           Q    Okay.    So we see here that on page 6, you

10      see that it gives a -- a lowest possible prison

11      sentence is listed here in this box?    At the middle

12      of the page, it says 28-point --oh, sorry, 25.8; can

13      you see that?

14          A    Yes, sir.

15          Q    Okay.    So it looks like this individual

16      scored out Andrews at 25.8 months based on the score

17      being presented in this scoresheet, correct?

18          A    Yes.

19          Q    And that was the lowest permissible --

20      prison sentence that you could get in this context?

21          A    That's what is says.

22              MR. STAFFORD:   Object to the form.

23              You can answer.

24      BY MR. WERMUTH:

25          Q    Okay.    And is this case an instance where

1          Ms. Papakos used section 104.185 as a way to reduce

2     the minimum -- maximum -- sorry, the -- yeah, the

3     minimum sentence that could be imposed on the person

4     being prosecuted?

5          MR. STAFFORD:   Object to the form.

6          You can answer.

7          A   I'm not sure what the result, end result

8     of this case was and what Mr. -- is it Andrews?

9          Q   Yes, Mr. George Andrews.

10         A   -- was eventually sentenced to.    So I

11    can't -- I'm sorry, I can't answer that question.

12         Q   Okay.   And you see that the total maximum

13    sentence in years for all counts above this

14    consecutive would be a hundred years; do you see

15    that?

16         A   Yes.

17         Q   Okay.   So the proposed score at 25.8 would

18    be obviously much more advantageous than a

19    hundred-year prison sentence, correct?

20         A   Yes.

21         Q   All right.

22         A   For the defendant.

23         Q   For the defendant.   Yes.

24         (Exhibit 9 was marked for identification.)

25

1          BY MR. WERMUTH:

2              Q    I'd like to show you what I'm going to

3      mark as Exhibit 9.

4              All right.   Do you recognize this document

5      as a document that your office produced in this

6      case?   It is an email from Brad McVay to yourself

7      and other individuals on July 18th, 2024, correct?

8              A    Yes, that's what it appears to be.

9              Q    And it's referencing a petition circulator

10     plea in Dade City; is that correct?

11             A    On the subject line, yes.

12             Q    Yeah.   And we see that there's a report

13     about halfway down the page from Ms. Papakos

14     reporting that George Andrew -- "George Edward

15     Andrews, III, pled guilty to 10 counts of petition

16     fraud and 10 counts of criminal use of personal

17     information in Pasco County, and he was sentenced to

18     25.8 months in Florida Department of Corrections."

19             Is that right?

20             A    Yes, sir.

21             Q    So it appears that Mr. Andrews accepted

22     that, I guess, offered score that Agent Papakos had

23     presented to his counsel, and he received the lowest

24     possible prison sentence that he could receive under

25     the scenario, correct?

1          A     That's the way it looks, yes, sir.

2          Q     All right.   Now, I know you mentioned that

3      in preparation for your deposition you reviewed the

4      OECS report; is that correct?   The annual report?

5          A     Yes, sir.

6          Q     Okay.   I'm showing you what has been

7      marked -- what I'm marking as Exhibit 10 to your

8      deposition.

9              (Exhibit 10 was marked for

10         identification.)

11      BY MR. WERMUTH:

12          Q     And do you see this is the Florida

13      Department of State Office of Election Crimes and

14      Security Annual Report to the Legislature, dated

15      January the 15th, 2025?

16          A     Yes, sir.

17          Q     Is this the report that you looked over

18      before your deposition?

19          A     Yes, I believe so.

20          Q     Okay.   And I'd like to take you down to

21      page 12.   Do you see "Mr. George Andrews, Pasco

22      County."   So this is the fellow we were just looking

23      at documents related to, correct?

24          A     Yes, sir.

25          Q     All right.   And do you see it says here

1    that "Mr. Andrews was referred to law enforcement by

2    three separate supervisors of elections reporting

3    receiving a total of 29 fraudulent petition forms

4    signed by George Andrews."

5         Is that correct?

6    A    Yes, sir.

7    Q    And it goes on to say that all of those

8    petitions -- all those charges were based on invalid

9    petitions, right?

10   A    Where are you looking?

11   Q    Right here.

12   A    Yes, I see that.

13   Q    All right.   "Were based on invalid

14   signatures on petitions related to Initiative

15   Petition 23-07."   All right.

16        But if you look at the end of the third

17   line on this page, which is page 13, it says, "Based

18   on information and belief, the actual number of

19   fraud victims is much higher.   Andrews submitted a

20   total of 1,906 abortion petitions across the state,

21   and 964 were invalidated."   Do you see that?

22   A    Yes.

23   Q    So from this, it appears that there may

24   well have been more invalid petitions associated

25   with voters who would have -- who would affirm that

1    they did not sign the validated petitions; is that

2    right?

3        A    Potentially.

4        Q    And so, I mean in this instance, they went

5    out and verified that for 10 of these petitions,

6    each of the individuals they approached to confirm

7    whether they signed their petition, they all

8    confirmed that they did not, right?

9        MR. STAFFORD:    Object to the form.

10        You can answer.

11        A    Correct.    So I believe the report is

12    referring to the 10 victims that FDLE interviewed.

13    BY MR. WERMUTH:

14        Q    Yeah.

15        A    Yes, sir.

16        Q    And I guess FDLE didn't go and look to

17    determine whether more of those invalidated

18    petitions were fraudulent, did they?

19        MR. STAFFORD:    Object.

20        A    I'm not sure how -- how much further they

21    looked into the other petitions.    But based on the

22    plea and plea negotiations that you previously

23    showed me, it looks like the 10 victims were

24    confirmed as charges that the State felt it could

25    prove.

74

1      BY MR. WERMUTH:

2          Q    Okay.  And I guess with those 10 electors,

3      the State basically stopped looking at that point;

4      is that right?

5          MR. STAFFORD:  Object to the form.

6          You can answer.

7          A    Again, I'm not sure of the -- you know,

8      the back and forth between Ms. Papakos and the FDLE

9      inspector that was working that case.

10         But, yeah, again, I can't speak for FDLE,

11     whether they looked into the other potential victims

12     or not.

13     BY MR. WERMUTH:

14         Q    But it stands to reason that, you know, if

15     you confirm with 10 Florida electors that they did

16     not complete forms, so you're basically 10 for 10,

17     you could have found additional instances where

18     invalid petition forms for this circulator were also

19     fraudulent, correct?

20         A    Yeah --

21         MR. STAFFORD:  Object to the form.

22         You can answer.

23         A    Yeah, I mean, there are definitely other

24     potential victims out there.  I don't know if -- I

25     don't know, again, if it was 10 for 10.  They may

73

 1      have spoken to more than 10 people.

 2      BY MR. WERMUTH:

 3          Q    Okay.    But they just charged 10, and

 4      that's all your office pursued, correct?

 5          A    Yes, sir.

 6          Q    Okay.    But we see here in the -- I guess

 7      the second full paragraph on this page, the OECS

 8      reports that OECS has referred an additional 46

 9      validated petitions to the law -- to law enforcement

10      to review for potential criminal investigations; do

11      you see that?

12          A    Yes.

13          Q    Wouldn't you be more likely to prove the

14      case of fraud based on an invalidated petition

15      versus a validated petition?

16          MR. STAFFORD:    Object to the form.

17          You can answer.

18          A    Well, in this scenario, I'm not sure if --

19      was it -- sorry, we're talking about Andrews.    I'm

20      not sure if Mr. Andrews gave any sort of confession

21      or statement.

22          I guess maybe, broadly speaking, at the

23      early referral stage, yes, you would assume that

24      invalidated petitions are more easily proven as

25      violations of the criminal use of personal identity

1  statute or other statutes.   But here, if he

2  confessed or if we had other evidence like an email,

3  search warrant, communications with his co-defendant

4  or co-conspirator, then there may have been

5  instances of petitions that the local supervisors

6  validated, which apparently OECS here believed were

7  nevertheless fraudulent.

8       Q     Yeah, but you haven't seen that scenario;

9  have you?

10      A     Where validated petitions turned out to be

11  fraudulent?

12      Q     Yes.

13      A     We've had several circulators who have

14  given proffers, confessions, statements, telling us

15  that they did not collect signatures that turned out

16  to have been validated by local SOEs.

17      Q     And in what case did that occur?

18      A     I believe it happened in the Salazar case.

19  I believe it happened -- I think it probably

20  happened in that Haggi Amirally case.   And I

21  apologize, I feel like -- I believe it's happened in

22  some others; I just can't specifically think of

23  those instances off the top of my head.   But each

24  time that we gathered that sort of information in an

25  investigation, we shared it with our partners on the

1    task force.   And so FDLE was aware of it, and OECS

2    was aware of that kind of information as well; not

3    necessarily during the investigative stage but after

4    the case is resolved and pled out, which is why some

5    of those proffered transcripts are attached to this

6    report.

7         Q    Was Mr. Salazar charged with petition

8    fraud related to any petitions that were validated?

9         A    I'm not certain.

10        Q    Okay.

11        A    I don't know the answer to that.

12        Q    Do you know whether the person you

13   identified as Haggi Amirally was charged with any

14   violations related to validated petitions?

15        A    I do not know.

16        Q    Has your office brought any charges

17   against anyone based on petition fraud related to

18   validated petitions?

19        A    Not that I'm aware of.   I think the

20   scenario that this sort of evidence would usually

21   come to our attention would be like I described

22   where we're debriefing a defendant while we're

23   gathering additional information after charges have

24   been filed.

25        Q    Okay.   And they -- and the person admits

1     that, the target of the investigation admits that?

2          A     Yes, sir, either the target has admitted

3     it or cooperating individuals who could be

4     considered targets or co-conspirators have admitted

5     it.

6               And then, like I said, we share that

7     information after the resolution of the case with

8     OECS.     And just by reading some of the materials

9     that they have produced, it appears that they have

10    gone back and looked at some of the validated

11    petitions.   But I don't think -- we haven't built

12    necessarily any criminal cases from the ground up

13    based solely on validated petitions.

14          Q     Have you charged Mr. Andrews with any

15    fraud related to validated petitions?

16          A     Again, I'm not sure of the -- whether the

17    specific 20 counts that he was charged with related

18    to validated petitions, although --

19          Q     Well, we know right here from the report,

20    it says, "All felony counts were based on

21    invalidated signatures," right?

22          A     Like I say, at least two of them, the

23    voter complaints that you showed me, would have

24    been, I believe, marked invalid -- or at least the

25    one voter complaint you showed me.

79

```
 1        Q   But the OECS report is saying that all
 2   20 counts were based on invalidated signatures,
 3   right?
 4        A   Yes, sir, that's what it says.
 5        Q   Okay.   So we don't -- I mean, I guess my
 6   question is have you brought any additional claims
 7   against Mr. Andrews based on fraud associated with
 8   validated petitions?
 9        A   No, sir.
10        Q   Okay.   Now, I'm going to stop sharing
11   that, and I'd like to move on to Exhibit 11.
12           (Exhibit 11 was marked for
13        identification.)
14   BY MR. WERMUTH:
15        Q   I'm showing you what I'm marking as
16   Exhibit 11 in your deposition.   Do you see this is a
17   document entitled "Affidavit for Arrest Related to
18   Jamie L. Johnson"; do you see that?
19        A   Yes, sir.
20        Q   And it starts with a list of counts for
21   criminal use of personal identification information
22   under section one -- 817.568(2)(a); do you see that?
23        A   Yes.
24        Q   And they're all listed as having an
25   offense level of 4.   And it appears there's nine of
```

1       those counts; do you see that?

2           A   Yes.

3           Q   And then we have additional counts up to

4       count 20 based on -- well, actually, count 10 is

5       identified as a level 1, and it's also 817.568,

6       subsection (8).   So in that instance, it's a -- that

7       was for a deceased person, correct?

8           A   Yes, sir.

9           Q   Okay.   And then there's 11 counts of --

10      I'm sorry, 10 counts of signing another person's

11      name or a fictitious name under Florida Statute

12      104.1852; do you see that?

13          A   Yes.

14          Q   All right.

15              THE WITNESS:   Can I ask you, are we --

16              MR. WERMUTH:   Yeah.

17              THE WITNESS:   -- maybe getting close to a

18      place where I can take a restroom break?

19              MR. WERMUTH:   Sure, I guess we can stop

20      right now, if you'd like, and come back in

21      5 minutes.   Is that enough?

22              THE WITNESS:   Sure.

23              MR. WERMUTH:   Okay.

24              MR. STAFFORD:   Hey, Fritz, it's -- it's

25      noon.   Do you want to think about taking a

1      longer break for lunch or -- I'm happy to go

2      further.   I just want to know --

3          MR. WERMUTH:    Sure.   We could take a lunch

4      break.    Approximately how much time do you

5      think you'd need, Mr. Bridges, for lunch?

6          THE WITNESS:    I have a sandwich here at my

7      desk.    I could just eat that in probably

8      15 minutes or so.

9          MR. WERMUTH:    All right.   Well, we've got

10     a lot of people on the line here that might

11     want to go get a sandwich or something.     So how

12     about we come back in 30 minutes; does that

13     work for you, Bill?

14         MR. STAFFORD:    It certainly does, yes.

15         MR. WERMUTH:    Okay.   Well, let's come back

16     in about 30 minutes.   Is that good with you,

17     Sandi?

18         THE STENOGRAPHER:    That's good.

19         (A recess took place from 12:12 p.m. to

20     12:46 p.m.)

21         MR. STAFFORD:    Earlier you were asking

22     about Mr. Bridges' deposition preparation, and

23     he mentioned Libby Guzzo from our office.

24         MR. WERMUTH:    Yeah.

25         MR. STAFFORD:    I believe he -- Mr. Bridges

1          said he thought that Libby was an attorney.

2          She is not an attorney, but she was included as

3          part of our depo preparation.

4              So I believe she is covered by the

5          attorney-client privilege as an agency employee

6          from which we would gather information in order

7          to prepare Mr. Bridges.

8              MR. WERMUTH:    Okay.    Well, thank you for

9          that clarification.

10             MR. STAFFORD:    Sure.    That's all I have.

11             MR. WERMUTH:    All right.    And I suppose

12         based on that clarification, you're still

13         refusing to disclose what you discussed with

14         Ms. Guzzo, correct?

15             MR. STAFFORD:    That is correct.

16             MR. WERMUTH:    Okay.

17         BY MR. WERMUTH:

18             Q    All right.    Well, let's go back.    We

19         were -- when we let up, when we cut off there for

20         lunch, I was showing you Exhibit 11 to your

21         deposition, which is the affidavit for arrest,

22         warrant for Jamie Johnson; do you remember that?

23             A    Yes, sir.

24             Q    All right.    And we had gone through the

25         20 counts at the beginning, and I wanted to move on

1    and turn to some of the content of the investigation

2    itself.

3         So you see here on page 4, at the bottom

4    you see that FDLE began an investigation into

5    Ms. Johnson between August the 10th, 2023, and

6    October the 5th, 2023; do you see that?

7         A    Yes, sir.

8         Q    All right.   And go down to page 8.

9              And we see here in the second paragraph,

10    the inspector indicates that the Florida Department

11    of Law Enforcement received reports from Pasco

12    County -- from the Pasco County supervisor of

13    elections, the Sumter County supervisor of

14    elections, and the OECS; is that right?

15         A    Yes, I see what you're referring to.

16         Q    And so -- but it's that pattern that you

17    were talking about where the supervisor of elections

18    notes apparent fraud and reports it to the OECS.

19    And then the OECS, in turn, also passes on that

20    fraud, that fraud complaint, correct?

21         A    Yes, that's what that appears to reflect.

22         Q    Okay.   And the inspector indicated that

23    "the supervisors reported suspecting the signatures

24    on the petitions Ms. Johnson had submitted were

25    fraudulent because the signatures did not match and

84

1       one of the purported signers was deceased".

2           Do you see that?

3       A   Yes.

4       Q   Okay.   Then on page 9, the investigator

5    went and conducted interviews of "nine voters

6    identified in the petitions submitted by

7    Ms. Johnson."

8           Do you see that?

9       A   Yes.

10      Q   All right.   So, again, this is an instance

11   where you -- well, you have nine live individuals,

12   one deceased individual, and you go about

13   investigating those by reaching out to the live

14   individuals, right, and asking them whether they

15   signed the petition?

16      A   Yes, sir.

17      Q   And each of these petitions was

18   invalidated, right, because they are being reported

19   to the -- they're being reported by the supervisor

20   of elections as apparent fraud, correct?

21      A   Yes, I believe so.

22      Q   Okay.   And here we see, as we turn to

23   page 10, one of these voters, voter 2, is identified

24   by the last name Stickle; do you see that?

25      A   Yes.

1       Q       And the inspector reports that a second

2       petition was submitted in Stickle's name by a paid

3       circulator identified as George Andrews; is that

4       correct?

5       A       Yes.

6       Q       And George Andrews is the gentleman we saw

7       who your office prosecuted as well, correct?

8       A       Yes, I believe I recall reading that they

9       were roommates.

10      Q       Yeah.   All right.   And then at the bottom

11      of this -- that same page, we see voter 3, by the

12      last name Terry.    It should be noted on page 11 that

13      George Andrews also submitted a petition in her name

14      as well.

15              So this is another instance of a duplicate

16      petition being submitted, correct?

17      A       Yes, sir.

18      Q       All right.   So Mr. Johnson submitted two

19      fraudulent petitions using the same information as

20      Andrews; is that correct?

21      A       I'm sorry, can you say that -- repeat that

22      question, please?

23      Q       So Johnson submitted two fraudulent

24      petitions using the same information as Mr. Andrews,

25      correct, for these voters?

88

1    A   I know it's the same voters, same names.

2    I'm not sure if all of the information on each

3    petition form was identical or not.

4    Q   Okay.   But nonetheless, the same voter is

5    getting a duplicate petition submitted in their name

6    by Mr. Andrews, correct?

7    A   Yes, that's what it looks like.

8    Q   All right.   And if we go down to page 14,

9    you see that the inspector conducted an interview

10    with Mr. -- Ms. Johnson's roommate, George Edward

11    Andrews, III, on November the 30th, 2023; is that

12    right?

13    A   Yes, I see that.

14    Q   And that interview took place in -- at a

15    residence located on Stately Oak Street in Dade

16    City, Florida, correct?

17    A   Yes, sir.

18    Q   And that appears to be the residence of

19    Ms. Johnson, correct?

20    A   The address reported on Johnson's

21    Florida's -- Florida driver's license.

22    Q   Okay.   So she's got a Florida driver's

23    license, she's got a residence being identified by

24    her roommate.   And so it appears that she's a --

25    she's a resident of Florida, apparently, correct?

1      A   That's how this reads, yes.

2      Q   Okay.   All right.   And then we go to

3   page 17, and we see that she's -- there's a finding

4   of probable cause by a judge and she is charged with

5   these 20 counts and the bond is set at $150,000; is

6   that right?

7      A   I think that's what it says at the bottom,

8   yes.

9      Q   Okay.   Now, why did your office not charge

10   Ms. Johnson with false swearing of an oath under

11   104.011, subsection (1), in this instance?

12      MR. STAFFORD:   Objection, objection.

13      You can answer.

14      A   I'm not sure of the exact calculus that

15   went into the prosecutor's decision on what charges

16   to file and which ones not to.   But I can tell you

17   this is the arrest affidavit stage.   So at this

18   stage, typically there are no charges formally filed

19   yet.

20   BY MR. WERMUTH:

21      Q   Okay.   But in this count -- in this

22   instance, though, the charges that were being laid

23   out were charges based on 8 -- 817 -- let's see --

24   817.568(2)(a) for the live individuals who were

25   voters.   And for the deceased person, it was charged

1        under 817.568, subsection (8)(a), correct?

2            A    I believe that's correct.

3            Q    Okay.   And then we have the additional

4        counts under subsection -- or, sorry, Florida

5        Statute 104.185, correct?    Submitting a false

6        fictitious petition, correct?

7            A    Yes, sir.

8            Q    All right.   So at least at this stage,

9        there were no charges being brought under Florida

10       Statute 104.011, correct?

11           A    That's the false affirmation?

12           Q    Yes, false swearing.

13           A    Correct.

14           Q    Okay.   And there also wasn't any charges

15       brought for submitting duplicate petitions, correct?

16           A    Correct.

17           Q    Okay.   And that seems to be a situation

18       where, like, under your principal theory, that may

19       have been a count that you could have charged,

20       correct?

21               MR. STAFFORD:   Object to form.

22               You can answer.

23           A    Yes, based on the portions of the

24       affidavit we've been talking about.

25

89

1          BY MR. WERMUTH:

2                  Q      Okay.   But it appears that claim wasn't

3          charged either, correct?

4                  A      Correct.

5                  Q      Okay.   Let me stop sharing this particular

6          document.

7                      MR. WERMUTH:    I think my computer's going

8              to need a minute to recuperate from the degree

9              of things that are on it right now.

10                     THE WITNESS:    They don't like it when you

11             leave all the windows open.

12                 (Discussion off record.)

13                     MR. WERMUTH:    My apologies.   I'm having

14             technical issues.      I might have to go

15             off-screen for a moment here and see if I can

16             get this recuperated.

17                     MR. STAFFORD:   Okay.

18                 (Short pause.)

19                 (Exhibit 12 was marked for

20                 identification.)

21          BY MR. WERMUTH:

22                 Q      I'd like to show you the next exhibit,

23          which is Exhibit Number 12.     And do you see here

24          this appears to be the plea form for Jamie Johnson,

25          who's the circulator we were just looking at her

1       affidavit -- or the affidavit for arrest associated

2       with her; is that correct?

3           A   Yes.

4           Q   And we see that it identifies the

5       10 counts of criminal use of personal ID and

6       10 additional counts of petition signing another

7       person's name or a fictitious name, correct?

8           A   Yes.

9           Q   And we see that she's, I guess, submitting

10      a -- withdrawing a plea of not guilty and entering a

11      plea as part of this record?

12          A   Yes.

13          Q   Okay.  And she is pleading -- pleading out

14      to all the counts.  And then it lists here at the

15      bottom of the page that the counts carry a potential

16      five-year prison sentence for each; is that correct?

17          A   Yes, for each third-degree felony.

18          Q   So for 20 counts, this would be a hundred

19      years, in theory, that she could get?

20          A   Correct.

21          Q   And if we go down to the second page of

22      Exhibit 12, you see in paragraph 8, you see she's

23      entering this plea because she's acknowledging guilt

24      and acknowledging the plea's in her best interest;

25      and she's expressing here that there's an

1       "understanding that my sentence will be -- will

2       consist of 18 months DOC"; is that Department of

3       Corrections, 18-months imprisonment?

4            A    Yes, sir.

5            Q    What's AIG mean?

6            A    I think that is a "A/G" for adjudicated

7       guilty.

8            Q    Okay.   All right.   And she's getting fined

9       $4,741.52; is that right?

10           A    Yes, it looks like "CC" would be court

11      costs; IC lien, there's a -- there'll be a judgment

12      lien for $4,741.52.

13           Q    Okay.   And if we go down to the third page

14      of this document, it looks like she's getting jail

15      credit of 360 days; is that right?

16           A    Yes.

17           Q    So by entering this plea, she's -- it

18      appears she'll be leaving jail in six months, right,

19      because she had 18 months and she's getting a year,

20      correct?

21           A    All right.   So --

22                MR. STAFFORD:   Object to the form.

23                You can answer.

24           A    So there's a difference between Department

25      of Corrections and jail.    And I'm not certain just

92

1      based on what I've seen on this plea form so far if

2      it was the intent of the parties for the defendant

3      to serve the remainder of the sentence in the county

4      jail or in Florida State Prison.  But I would assume

5      because the plea was to 18 months DOC, that she

6      would have served the remainder in Florida State

7      Prison.

8      BY MR. WERMUTH:

9          Q    Okay.   But the remainder would be, at this

10     point, six months, correct?

11         A    That appears correct, yes.

12         Q    Okay.   All right.   So she entered this

13     plea based on the charges that -- based on the

14     charges that we saw charged in the affidavit for

15     arrest warrant, correct?

16         A    Yes.

17         Q    So at no point did you -- did your office

18     bring additional charges under section 104.011

19     against Ms. Johnson, correct?

20         A    Not as far as I'm aware.   If any charges

21     were added, they are not part of this plea.

22         Q    Okay.   And let me show you one additional

23     document, which is -- which I'll mark as Exhibit 13

24     to your deposition.

25

1          (Exhibit 13 was marked for

2        identification.)

3     BY MR. WERMUTH:

4          Q      Do you see this is an amending -- amended

5     sentencing order to reflect the sentence for

6     counts 1 through 20 for Ms. Johnson, right?

7          A      Yes.

8          Q      And we see here, again, that she's

9     being -- she's getting an imposition of a penalty of

10    18 months, right, on page 1?

11         A      Yes.

12         Q      And on page 2, we see general credit of

13    360 days.   So, in fact, she was ultimately --

14    ultimately charged -- ultimately adjudicated guilty

15    under the plea agreement, correct?

16         A      Yes.

17         Q      And is this a case your office brought?

18         A      Yes.

19         Q      Okay.   And let me pull up the OECS report

20    again.  So we're looking again at Exhibit 10.   And

21    at page 13 of this document, we see that Jamie

22    Johnson is listed in the OECS report, correct?

23         A      Yes.

24         Q      And here it indicates that, as of the time

25    of the report, the case is ongoing.     Do you see that

1          at the bottom?

2               A    On the Kansas case?

3               Q    Well, Johnson's Florida case is ongoing.

4               A    I see, yes.

5               Q    All right.    But we saw from the plea

6          agreements that -- I mean, obviously this document

7          was published in January of 2025, but we just saw

8          that the plea agreement was resolved I guess a

9          couple of months later, right?

10              A    I apologize, I didn't -- I didn't catch

11         the date that the case was resolved, but I'll take

12         your word for it.

13              Q    Okay.    Well, we ultimately saw that

14         Ms. Johnson was, in fact, convicted based on the

15         plea?

16              A    Yes.

17              Q    And we see here that Johnson was unable to

18         be located in Florida, but was eventually arrested

19         in Nebraska.

20              Do you see that?

21              A    Yes.

22              Q    All right.    And it also says that she was

23         charged in Kansas, right?

24              A    Yes.

25              Q    But the investigation actually showed that

1    Ms. Johnson appears, in fact, to be a resident of

2    Florida, correct?

3    A   Yes, Florida driver's license, I believe

4    it said, and --

5    Q   Uh-huh.

6    A   -- it had an address listed on that

7    license as the Stately Oaks Drive.

8    Q   Okay.

9    A   So, yeah, at this specific time, she --

10    that they wrote that report, yeah, I think you could

11    call her a Florida resident.

12    Q   Yeah --

13    (Simultaneous speakers.)

14    A   I'm sorry, I was just going to add, I

15    don't know if the Kansas -- the facts of the Kansas

16    case originated -- I feel like I remember talking

17    about this with our partners, but I couldn't say for

18    sure if the facts of the Kansas case originated

19    before the facts of the Florida case.   So I don't

20    know how recent -- how recently she had been living

21    in Kansas.

22    Q   Okay.   But you don't -- are you disputing

23    that she was a Florida resident at the time that she

24    was circulating petitions in the state of Florida?

25    A   No, she had a driver's license and an

1    address.   I just don't know for how long she had

2    been there.

3        Q    And Mr. Andrews was her roommate, and he

4    actually confirmed during the investigator's

5    interview that she lived at that Dade City address,

6    correct?

7        A    That's what the affidavit said.   I don't

8    know.  Sometimes with suspect or defendant

9    statements, you have to weigh each part of it to

10   determine how much of it is true.   But based on the

11   Florida driver's license and the address, we had no

12   reason to dispute that she was at that residence at

13   some point.

14       Q    Okay.  And if you look up to the beginning

15   of this, it looks like she was actually alerted to

16   law enforcement by four supervisor of elections, who

17   reported receiving approximately 102 fraudulent

18   abortion petitions; is that right?

19       A    Yes, sir.

20       Q    And we see that on page 14, all 20 felony

21   counts were based on invalidated signatures; is that

22   correct?

23       A    What is that?

24       Q    So all the felony counts that were brought

25   against Jamie Johnson were all based on invalidated

1    signatures for the initiative petition 23-07; is

2    that correct?

3        A    I believe so, yes.    I mean, that's usually

4    the way that we are able to get these sort of

5    referrals, is from invalidated signatures from

6    supervisors, through DOS and FDLE.

7        Q    Okay.    And, you know, given that we saw

8    that the number of petitions that were referred by

9    the four supervisor of elections identified them as

10    being 120, right -- or 102, actually.

11            So your office appeared to only prosecute

12    10 of those petitions out of the 102 petitions; is

13    that right?

14        A    The -- right, 20 counts based on what

15    appear to be 10 different victims.

16        Q    Yes.    But there could have been as many as

17    102 victims based on the reports of the supervisor

18    of elections to law enforcement, correct?

19            MR. STAFFORD:    Object to the form.

20        You can answer.

21        A    That's what the report indicates.

22    BY MR. WERMUTH:

23        Q    Okay.

24        A    Yes.

25        Q    But it appears that the FDLE investigator

1    didn't pursue any more than the nine live

2    petition -- the petitions associated with nine live

3    voters and one deceased voter, correct?

4        A    Correct, those were the counts that were

5    submitted to my office for approval in the form of

6    an arrest affidavit and ultimately were approved for

7    that affidavit.

8        Q    Okay.   But if your office wanted to pursue

9    more charges against Jamie Johnson, they could have

10   investigated a few additional petitions and charged

11   those petitions if they found evidence that she had

12   committed fraud on the additional petitions,

13   correct?

14            MR. STAFFORD:   Object to the form.

15            You can answer.

16       A    I believe so.   I'm not specific, again,

17   with kind of the calculus that this specific

18   assistant statewide prosecutor entered into when

19   making her filing decisions and recommendations to

20   FDLE.   But if there were other instances of fraud

21   that had occurred that the Department of State and

22   FDLE were aware of, then, yes, that could have been

23   the -- the decision could have been made to pursue

24   more charges.

25

1          BY MR. WERMUTH:

2          Q     Okay.   But we see here in the OECS report

3     on page 14 that they say that "as part of an ongoing

4     audit of validated petitions, OECS has referred an

5     additional 56 of Johnson's petitions to law

6     enforcement to review for potential criminal

7     charges."

8               Do you see that?

9          A     Yes, sir.

10         Q     But law enforcement already had an

11    additional 92 invalid petitions they could look at,

12    right?

13         A     Yes, if we're -- I guess we're assuming

14    this 56 doesn't cross over with the 92 from a few

15    paragraphs before.

16         Q     Yeah, but, I mean, all of those petitions,

17    the 102 petitions were all identified as fraudulent,

18    right, so they weren't validated?

19         A     I don't know the answer to that question.

20    Sorry.

21         Q     Okay.   And all of the 20 counts were based

22    on invalid petitions.   So there's -- it at least

23    stands to reason there were quite a few more invalid

24    petitions that your office could have charged,

25    right?

107

1          MR. STAFFORD:    Object to the form.

2          You can answer.

3          A    Potentially.    One thing to note is that in

4    working with the supervisor of elections' offices in

5    the past couple of years, I have learned that an

6    invalid petition is not always a fraudulent

7    petition; that the supervisor has their own

8    methodology for rejecting petitions.

9          BY MR. WERMUTH:

10          Q    Uh-huh.

11          A    And I think it's covered in their

12    governing -- you know, governing statute on that,

13    whereas my office and FDLE have maybe different --

14    have different criteria for determining is there

15    fraud and can we prove it.

16          Q    Okay.    And that's fair.    I'm just saying

17    from the perspective of the law enforcement agency,

18    though, where do you think your efforts would be

19    better spent, looking at validated petitions or

20    looking at a set of invalidated petitions that have

21    already been identified as fraudulent by the

22    supervisor of elections?

23          MR. STAFFORD:    Object to the form.

24          You can answer.

25          A    In terms of maximizing our efficiency,

1       because of the sheer number of these referrals, we

2       have focused on the petitions that have been deemed

3       invalid and flagged as potential fraud.

4     BY MR. WERMUTH:

5         Q    Okay.   Has your office --

6         A    You mentioned -- I mentioned before lunch,

7       I'm not exactly sure what OECS, what their

8       discretion is when reviewing -- reviewing material

9       provided by the supervisor of elections and

10      referring it to law enforcement.   I'm not sure if

11      they have a "may" or a "shall" when it comes to

12      that.

13        Q    Okay.   But in this instance, they were

14      indicating that the OECS has referred the additional

15      56 petitions of Ms. Johnson to law enforcement.

16          Has your office brought any charges

17      against Ms. Johnson associated with petitions that

18      any supervisors of election validated?

19        A    As far as I'm aware, the only charges we

20      brought are the ones we've been discussing

21      previously today, and those appear to have been

22      originated from invalidated petitions.

23          MR. WERMUTH:   Okay.   All right.   I'd like

24      to show you what I'm going to mark as

25      Exhibit 14.

102

```
 1              (Exhibit 14 was marked for
 2          identification.)
 3      BY MR. WERMUTH:
 4          Q      Do you see this as an investigative
 5      summary associated with Andres Felipe Salazar; do
 6      you see that?
 7          A      Yes.
 8          Q      And I believe it's the gentleman you were
 9      referencing earlier in your testimony; is that
10      right?
11          A      Yes, sir.
12          Q      All right.   And this is a report from the
13      Sarasota County supervisor -- I'm sorry, actually,
14      it's from Case Agent Gary Negrinelli; is that right?
15          A      Yes, sir.
16          Q      All right.   And let's go down to page 7 in
17      this report.   And you can see that there's a Bates
18      number at the bottom, FDHRESP.025 -- or 029 -- or
19      sorry, 692; do you see that?
20          A      Yes.
21          Q      And that's a record that your office
22      produced.   And do you see the agent here is
23      reporting that "FDLE received information from the
24      Sarasota County supervisor of elections regarding
25      allegations of fraud involving Mr. Salazar."
```

1           Is that right?

2        A   Yes, sir.

3        Q   And down here in this sentence, we see

4     that these petitions were pulled from approximately

5     90 petitions that were submitted as potential fraud.

6     So ...

7        A   I'm sorry, which part are you referring

8     to?

9        Q   Oh, I thought you could see on here.   So

10    the petitions were seven different voters'

11    information on petitions; do you see that?

12       A   Yes, sir.

13       Q   All right.   And those seven petitions were

14    drawn from 30 petitions that were made available by

15    the supervisor of elections at Sarasota County that

16    were identified as involving fraud.

17       A   Thirty petitions where the dates of birth

18    did not match what was on file with the supervisor.

19       Q   Yeah.   And "the inspector pulled the rest

20    of the 32 invalid petitions by Salazar at a later

21    time."

22        Do you see that?

23       A   Yeah.

24       Q   And the supervisor of elections had

25    identified fraud because, as you said, "due to dates

164

1          of birth indicated on petitions did not match what

2          was on file."

3                        And, obviously, one would assume that a

4          voter would know their own birth date, correct?

5              A       Yes, sir.

6              Q       I'd like to jump to page 18 of this

7          document.   And do you see that on January the 25th,

8          2024, the inspector here went out to interview

9          Mr. Salazar at his residence located in Tampa; do

10         you see that?

11             A       Yes, sir.

12             Q       So presumably, Mr. Salazar is a resident

13         of Florida; he has an address here?

14             A       Okay.

15             Q       Is that --

16                     MR. STAFFORD:  Object to the form.

17                     You can answer.

18         BY MR. WERMUTH:

19             Q       Does that stand to reason that he's a

20         resident based on his being located at the place the

21         officers went out to interview him at?

22                     MR. STAFFORD:  Object to the form.

23             A       The inspector's report categorizes it as

24         his residence, so I have to go on that.

25

165

```
 1          BY MR. WERMUTH:

 2              Q    Okay.    And he appears to have been home

 3          that day, and they were able to, in fact -- the

 4          inspector was able to, in fact, interview

 5          Mr. Salazar, correct?

 6              A    Yes.

 7              Q    And Mr. Salazar recounted what happened in

 8          this matter.    He said that he found a job with a

 9          person named Eddie at the University of South

10          Florida campus in Tampa; is that right?

11              A    Yes, sir.

12              Q    And Mr. Salazar indicated that at some

13          time, Salazar met up with other circulators who were

14          working for different people and they were getting

15          paid per petition instead of a hundred dollars a day

16          he was getting.    Do you see that?

17              A    Yes.

18              Q    Okay.    So it appears that Mr. Salazar was

19          apparently being paid a hundred dollars a day by

20          Eddie to circulate petitions; is that the inference

21          here?

22              A    Yes.

23              Q    But Mr. Salazar met other people, other

24          circulators who claimed to have been getting paid

25          per petition?
```

1          A   Right.

2          Q   Okay.   And Mr. Salazar admitted during

3    this interview that he would have other circulators

4    getting the petitions signed that were in his name;

5    is that right?

6          A   Yes, I'm reading that on the last

7    paragraph.

8          Q   Yes.   And then he went on to say when he

9    turned in forms to his employer, Eddie -- Eddie

10   asked about the validity of the petitions and

11   Mr. Salazar -- and Eddie identified Mr. Salazar's

12   conduct as being illegal, right?

13         A   Yes.

14         Q   And then Mr. Salazar indicated that Eddie

15   refused to accept any more petitions from Salazar?

16         A   Yes.

17         Q   Okay.   And Salazar said once he was told

18   it was illegal, he quit collecting petitions, right?

19         A   Yes, that's what he said at the time.

20         Q   All right.   Now, you see at page 22, it

21   reflects that on March 21st, 2024, the judge was

22   provided with an affidavit for arrest for Andres

23   Salazar, charging him with 12 counts of criminal use

24   of personal identifying information; is that right?

25         A   Yes, sir.

1     Q     And those are all for live individuals.

2     Correct?

3          MR. STAFFORD:   Object to the form.

4          You can answer.

5     A     Yes, it looks like they're charged under

6     that subsection of the statute.

7     BY MR. WERMUTH:

8     Q     So subsection (2)(a) of section -- of

9     Florida Statute 817.568, which applies to the

10    fraudulent or criminal use of another live person's

11    personal information, correct?

12    A     Yes, sir.

13    Q     But apparently he wasn't charged with

14    false swearing of an affidavit, correct?

15    A     Correct.

16    Q     And -- okay.   Why not?

17         MR. STAFFORD:   Object to the form.

18         You can answer.

19    A     Again, I don't know the specific calculus

20    that Assistant Statewide Prosecutor Papakos entered

21    into.   She made her decision of what charges to

22    approve for the arrest warrant.

23    BY MR. WERMUTH:

24    Q     But I think earlier in your testimony you

25    identified that he was one of the individuals who

1          admitted that he didn't -- that the petitions that

2          he signed as the -- with the circulator of, were

3          petitions that were gathered outside of his

4          presence, correct?

5              A    Yes.   I know that he later gave a proffer

6          where he expounded on that a little bit.

7              Q    Okay.   But to your knowledge, he was never

8          charged with that crime, the crime of falsely

9          swearing an oath, correct?

10             A    I don't know one way or the other.    Off

11         the top of my head.   I know -- I'm familiar with

12         this case, but I couldn't tell you exactly what he

13         ended up being formally charged with.

14             Q    Okay.   And so he was charged on

15         March 21st, 2024, and he was arrested on March

16         2020 -- March 21st, 2024, correct?

17             A    He was arrested, yes.   I'm sorry, I'm not

18         trying to nitpick, but you're using "charged" in the

19         sense of this is what the -- charges that were

20         included in the arrest affidavit.

21                 And then I'm using it more in the sense of

22         after the arrest, the prosecutor makes a decision to

23         file a formal charging document, and I'm not sure

24         what those charges were.

25             Q    Oh, okay.   Well, I was using the

1    colloquial of this report where you see that

2    officers were aware that Mr. Salazar had a warrant

3    issued out for his arrest out of Sarasota County

4    charging him with 12 counts of criminal use of

5    personal information, so ...

6        A   Yes, sir, I understand.   I'm not trying to

7    find fault with how you're saying it.   I'm just

8    explaining what I meant.

9            MR. WERMUTH:   Okay.   All right.   Well,

10        let's -- let's actually take a look at what he

11        was convicted of.

12            (Exhibit 15 was marked for

13            identification.)

14    BY MR. WERMUTH:

15        Q   I'm going to show you Exhibit 15 to your

16    deposition.   Do you see this is an order of

17    probation for Mr. Salazar?

18        A   Yes, sir.

19        Q   And you see here that he entered a plea of

20    nolo contendere on 12 counts of criminal use of

21    personal identification information, correct?

22        A   Yes, sir.

23        Q   So it appears from this order of probation

24    that ultimately, the final charges that were against

25    him that he was convicted -- well, he was, I guess,

1       adjudicated for -- are just the 12 counts of

2       criminal use of personal identification information,

3       correct?

4             A     Yes, sir.

5             Q     And so he was never convicted or

6       apparently charged with falsely swearing an

7       affidavit?

8             A     Again, we talked about this on one of

9       your -- one of the previous questions.    It's

10      possible to charge someone with additional charges

11      in between the arrest stage and the plea stage and

12      then only plea them out to a certain number of

13      counts.    But I don't have any reason to believe that

14      happened here.

15            Q     Okay.   And he was sentenced to four years

16      of probation; is that right?

17            A     Yes, sir, that's how it looks.

18            Q     All right.   Is this -- is this a case that

19      your office handled?

20            A     Yes, it is.

21            Q     All right.   Now, I'd like to go back to

22      the OECS report and see what it says about

23      Mr. Salazar.   All right.   You see here on -- we're

24      on page 14, where it says "Andres Salazar" at the

25      middle of the page; do you see that?

1          A   Yes, sir.

2          Q   And here, we see this -- the report says,

3      "Salazar stated to law enforcement during his

4      interview that he was employed for a period of time

5      at a petition-gathering company tasked with

6      gathering and submitting abortion petitions and was

7      paid $10 per abortion petition submitted."

8          Do you see that?

9          A   Yes.

10         Q   But we were just looking at Inspector

11     Negrinelli's report and it did not report that

12     Mr. Salazar stated that he was paid $10 per

13     petition, right?

14         A   Correct.

15         Q   Said he was being paid a hundred dollars a

16     day by his employer?

17         A   Right, I believe this $10 per petition

18     information came to light during Mr. Salazar's

19     post-arrest sworn proffer statement with our office.

20         Q   Okay.    But that wasn't the employer,

21     Eddie, who was paying $10 a day -- $10 per petition,

22     right?

23         A   Correct, he -- Mr. Salazar got his own

24     petition circulator number, which is how he was

25     initially -- became a target; because otherwise,

1          when he was just collecting it under someone else --

2          under Eddie's name, Mr. Salazar's information would

3          not have been on those petitions.   There would have

4          been no hard copy evidence of his interaction with

5          those petitions available to the State.

6              Q    Wait.   Are you saying that Eddie -- that

7          Mr. Salazar was collecting petitions for Eddie to

8          sign?

9              A    I believe what he was doing initially --

10         and this is just from reading his proffer, so, you

11         know, based on his testimony -- that doesn't mean

12         it's the absolute truth.   But what Mr. Salazar said

13         he was doing is assisting other people collect

14         petitions, and getting paid by Eddie to do that.    So

15         his belief was that Eddie's circulator number was

16         being used for those petitions, and then someone

17         named Cali, who's from California -- I don't think

18         that was his real name -- someone named Cali

19         informed Mr. Salazar that you can get paid per

20         petition for doing this, you don't have to work for

21         Eddie, who was also from another state.   And all you

22         got to do is sign up and get yourself a circulator

23         number.

24              So Mr. Salazar did that, and he started

25         having Cali and other -- I think other people assist

1    him in gathering petitions.

2         He went on to testify that he was not

3    always present when Cali gathered those petitions.

4    He gave a lot of information about the people he had

5    worked with under Eddie.   When Eddie went to lunch,

6    they would all just start filling out the petitions,

7    names from the internet or somewhere like that.

8         Q   So --

9         A   So he was -- his involvement covered a

10   couple of different, kind of, stages of the process

11   or distinct positions that people gathering

12   petitions in the state of Florida are in.

13        One is that he was kind of a subcontractor

14   for Eddie or an assistant, and then the other was

15   that he had his own circulator number and then had

16   other people assisting him.

17        Q   All right.   I guess there's some confusion

18   here on my part because, I mean, it sounds like what

19   you're recounting to me is your recollection of

20   statements that Mr. Salazar gave to your office; is

21   that right?

22        A   Yes, sir.   And I apologize, like I said, I

23   don't know every document that was turned over to

24   you, but that's a transcribed statement of that.

25        Q   Okay.   But we're looking at Inspector

1          Negrinelli's investigation report, and according to

2      the interview that Mr. -- that Inspector Negrinelli

3      had with Mr. Salazar, Inspector Negrinelli recounted

4      Salazar saying that Eddie told Mr. Salazar what he

5      was doing was illegal, right?

6          A   Yes, yes.   That was during Inspector

7      Negrinelli's initial interview of Salazar.

8          Q   Okay.   So I was inferring from Inspector

9      Negrinelli's report that Eddie was telling Salazar

10     that Salazar's behavior was illegal and that he

11     wouldn't accept any petitions from Salazar; is that

12     your recollection?

13         A   There was -- yes, there was an interaction

14     like that that I recall from the interview.

15             And then to complicate matters further, I

16     believe Salazar later told law enforcement that

17     Eddie would sometimes -- he was -- Eddie was more of

18     a stickler -- according to Salazar, Eddie was more

19     of a stickler about the circulator being present

20     when the voter signed the petition, but he often

21     would go in and fill in missing information from

22     those petitions that the voters neglected or failed

23     to include.

24         Q   So it sounds like Mr. Salazar gave a

25     number of apparently conflicting statements; is that

1      fair to say?

2          A    I think he gave what could be categorized

3      as a more narrow, perhaps self-serving statement to

4      Inspector Negrinelli, and then later on when he gave

5      a sworn proffer with his attorney present, the scope

6      of his statement was much broader.

7          Q    Okay.   And at that later stage when

8      Mr. Salazar is making a proffer, he's attempting to

9      reduce his sentence, right?

10          MR. STAFFORD:   Object to the form.

11          You can answer.

12          A    I'm sure that's what he wanted, was a

13      lower sentence.   But we are always very careful to

14      make no promises, guarantees, or threats to anyone

15      before having them give a proffer in that kind of

16      situation.

17      BY MR. WERMUTH:

18          Q    Right.   Did you ever go after Eddie, or

19      did the Florida Department of Law Enforcement ever

20      arrest a fellow named Eddie that Mr. Salazar was

21      identifying?

22          A    I think the short answer is no.   I don't

23      believe that Mr. Salazar was able to provide a last

24      name.   I know he said the state that Eddie was from.

25      I remember him talking about his license plate on

1       his van, and I can't remember what state that was,

2       maybe -- I don't want to guess.

3              To my knowledge, we have not charged an

4       Eddie in relation to Mr. Salazar's case.   I do not

5       know if there is an active investigation of that

6       individual.

7          Q   So has anyone else been charged in

8       association with information that Mr. Salazar

9       provided to your office?

10         A   Not -- not as far as I'm aware.

11         Q   And you can't say for sure one way or the

12      other that what Mr. Salazar told you about these

13      other individuals was accurate, right?

14         A   No, so typically when we receive a proffer

15      from a defendant, we ask for law enforcement to

16      assist us in conducting a follow-up investigation to

17      attempt to corroborate those statements.   I don't

18      know where in that stage of the procedure we are or

19      if that has been completed at this point.

20         Q   Do you know whether there has been a

21      follow-up investigation to find these individuals?

22         A   I do not, but knowing FDLE, my experience

23      with their general practice is that they keep those

24      sort of investigations open and keep them on the

25      books.

1        Q      But you don't know if that's the case

2    here?

3        A      I do not.    And I'm sorry, I neglected to

4    say this.

5            Salazar also provided phone numbers for

6    those individuals.      So that would be the type of

7    thing that we would ask FDLE to follow up on, issue

8    subpoenas for subscriber information to the

9    telephone carriers for those numbers and try -- to

10    try to determine identities of those suspects.

11        Q      Do you know whether --

12        A      I don't know whether that has occurred.

13        Q      But you have the tools at your disposal to

14    actually subpoena records of phone carriers,

15    correct?

16        A      Correct.

17        Q      But you just don't know if you've done it?

18        A      Right.   I'm not sure if that's happened in

19    this -- excuse me -- investigation or not.

20        Q      Okay.   And at page 15, it says here that

21    Mr. Salazar was charged with 12 counts.    We saw that

22    in the charging doc- -- well, the -- his plea

23    document as well, correct?

24        A      Yes, sir.

25        Q      All right.   And all 12 felonies were based

1     on invalid signatures on petition forms; is that

2     right?

3         A   I'm sorry, can you repeat that?

4         Q   So all 12 felony counts were based on

5     invalidated signatures on petition forms, correct?

6         A   Yes, I see that on page 12.

7         Q   At least as far as you know?

8         A   As far as I know.

9         Q   And Mr. Salazar entered a plea, but here

10     the OECS report doesn't reflect that he merely

11     received four years of probation, correct?

12         A   Correct.

13         Q   All right.   I'd like to move on to the

14     next person.

15         (Exhibit 16 was marked for

16         identification.)

17     BY MR. WERMUTH:

18         Q   I'm going to show you Exhibit 16.   And you

19     see here there's a -- this is a report from the

20     Martin County supervisor of elections to the Florida

21     Department of Law Enforcement related to potential

22     fraudulent petitions; do you see that?

23         A   Yes, sir.

24         Q   And you see the circulator number here is

25     65792?

1        A   Yes, sir.

2        Q   And on the next page, we see that petition

3    circulator is identified as Donella Marie Harriel;

4    do you see that?

5        A   Yes.

6        Q   And this petition says at the top of it on

7    page 2 of Exhibit 16, "Bad sig"; do you see that?

8        A   Yes, sir.

9        Q   It's your understanding that that reflects

10   a determination that the signature is bad on this

11   particular petition, correct?

12       A   Yes, sir.

13       Q   And it appears we've got quite a number of

14   those petitions attached to this document, all of

15   them saying "bad sig" at the top?

16       A   Yes.

17       Q   So it's the kind of referral of fraud that

18   your office sometimes sees in these cases from the

19   supervisors of election, correct?

20       A   Yes, sir.

21       Q   And we'll move on to the next exhibit.

22          (Exhibit 17 was marked for

23       identification.)

24   BY MR. WERMUTH:

25       Q   It's Exhibit 17.  And do you see this is a

1    letter from the Office of Election Crimes and

2    Security, referral for a criminal investigation to

3    FDLE; do you see that?

4        A   Yes.

5        Q   And OECS is passing through a complaint to

6    FDLE regarding Donella Harriel and identifies her as

7    having submitted 12 suspected illegal petition forms

8    in clear violation of Florida Statutes 100.3715,

9    initiative petitions 104.011, and section -- or

10   Chapter 817.   Do you see that?

11       A   Yes, sir.

12       Q   And it reflects that these petitions came

13   from Indian River County, right?

14       A   Yes.

15       Q   And we had just seen a whole bunch of

16   those petitions also being submitted for Martin

17   County as well, correct?   That was the previous

18   exhibit we were looking at.

19       A   Yes, sir.

20       Q   And on the next page here, it reflects

21   that Donella Harriel had previously been referred to

22   the OECS for other similar violations in Escambia

23   and Martin Counties, right?

24       A   Yes.

25       Q   So you have Ms. Harriel being accused of

128

1          three different -- by two different supervisors of

2          elections with apparently engaging in petition

3          fraud, is that right?

4              A    Correct.

5              Q    And I'd like to show you the next exhibit.

6                  (Exhibit 18 was marked for

7                  identification.)

8          BY MR. WERMUTH:

9              Q    Showing you what's been marked -- what I'm

10         marking as Exhibit 18 in this matter.    And do you

11         see this is a -- an email that -- from a fellow

12         named Andrew Watts to Ms. Papakos, among other

13         individuals, correct?

14             A    Yes, sir.

15             Q    And the subject of it is "Election crime

16         arrest, Donella Harriel"?

17             A    Yes, sir.

18             Q    And the inspector here -- well, Andrew

19         Watts is reporting that a person named Bliss

20         reported that Donella Harriel was arrested on June

21         the 6th, 2024, right?

22             A    Yes, sir.

23             Q    And she was arrested on five counts each

24         of criminal use of personal identification

25         information and knowingly signing another person's

122

```
 1        name to secure a ballot petition -- position under
 2        Florida Statute 104.185, subsection (2); do you see
 3        that?
 4            A    Yes, I do.
 5            Q    So your office was handling this case?
 6            A    Yes, sir.
 7            Q    And I'd like to go down to page 2 here.
 8        You see this is an attachment which is the affidavit
 9        for arrest warrant for Ms. Harriel?
10            A    Yes.
11            Q    And it reports that Ms. Harriel's address
12        is in Port St. Lucie, Florida.   Do you see that?
13            A    Yes, sir.
14            Q    And it's covered up by a redaction, but it
15        appears there is a Florida driver's license number
16        for her as well; do you see that?
17            A    Yes, sir.
18            Q    So Ms. Harriel appears to be a Florida
19        resident, correct?
20            A    Yes, sir.
21            Q    All right.   And I'll scroll down to
22        page 7.   Sorry.   And here the inspector's reporting
23        that they traveled down to Ms. Harriel's address
24        located at that same Port St. Lucie address that we
25        saw on January the 29th, 2024; do you see that?
```

129

1          A      Yes.

2          Q      And upon arrival at the residence, your

3     affiant observed Harriel seated on the front porch

4     of the residence.

5               So, again, it appears to confirm that

6     that's where she lived and she was a resident of

7     Florida; is that right?

8          A      Yes, sir, if only all our suspects were

9     that easy to find, sitting on the front porch.

10         Q      Yeah.   And let's go to paragraph 16.   You

11    see here that apparently Ms. Harriel recounted that

12    she was employed as a petition circulator at Five

13    Star Petitions for approximately four weeks; do you

14    see that?

15         A      Yes, sir.

16         Q      And her employment ended on November

17    the 15th, 2023.   Do you see that?

18         A      Yes.

19         Q      And paragraph 20, do you see that during

20    the conversation -- well -- well, here, it's still

21    talking about the interview of Harriel, and I think

22    it appears she's recounted that she didn't believe

23    that payment for the submitted petitions that she

24    had collected was fair and she felt cheated.

25               And apparently she had a follow-up

124

1       conversation with a person by the last name Guillen

2       about her payment for the submitted petitions, and

3       that individual named Guillen advised that Harriel

4       was committing fraud and she was fired; do you see

5       that?

6           A     Yes, sir.

7           Q     So apparently the person for whom

8       Ms. Harriel was working fired her for apparent

9       fraud.   Is that how it appears?

10          A     It appears so.

11          Q     Yeah.   All right.   And then let's go to

12      paragraph 23.   You see that the inspector, after the

13      interview with Ms. Harriel conducted a sworn

14      interview with the gentleman by the last name

15      Guillen.   Do you see that?

16          A     Yes, sir.

17          Q     And Guillen confirmed that he started Five

18      Star Petitions, LLC, on October the 24th, 2022, in

19      Port St. Lucie, Florida.    Do you see that?

20          A     Yes, sir.

21          Q     So apparently this petition circulation

22      company was a domestic corporation in -- or a

23      domestic LLC in Florida; is that right?

24          A     Sure, that's what he is indicating.

25          Q     Okay.   But do you have any information

123

1    contrary to that, that Five Star Petitions is a

2    foreign LLC?

3        A    No, I remember that group, but I don't

4    recall physically where they were designated.

5        Q    Okay.   But according to Mr. Guillen, they

6    were hired by Progressive Campaigns, Inc., as a

7    subcontractor; is that right?

8        A    That's what it says.

9        Q    All right.    And Harriel was hired as an

10    independent contractor of Five Star Petitioners; is

11    that -- is that right?

12        A    I see that in paragraph 23.

13        Q    So Mr. Guillen apparently acknowledged

14    that he hired Harriel, right?

15        A    Yes, sir.

16        Q    And in paragraph 24, he appears to have

17    recounted that "due to the large number of petitions

18    that were being turned in by Harriel, PCI checked

19    the signatures on several of the petitions and

20    determined that the signatures appeared to be

21    fraudulent."   Do you see that?

22        A    Yes.

23        Q    And Guillen told Harriel about the

24    fraudulent petitions?

25        A    Yes, sir.

1       Q   That appears to line up with her -- with

2       Ms. Harriel's description where she said that

3       basically Mr. Guillen confronted her about

4       fraudulent petitions and fired her, right?

5       A   Yes, that appears to line up.

6       Q   All right.   And Mr. Guillen recounted that

7       Harriel was fired and placed on a do-not-buy list as

8       maintained by PCI, right?

9       A   Yes.

10      Q   So in this instance, it appears that

11      before the employer for Ms. Harriel identified her

12      as engaged in fraudulent activity, she was working,

13      but the employer identified her conduct as fraud and

14      fired her and put her on -- and had her put on a

15      do-not-buy list.   Is that basically the gist of

16      this?

17      A   His version of it.

18      Q   All right.   Now, let's go back up to

19      page 5, paragraph 7.   And you see here that the

20      affiant or the inspector claims on December 22nd,

21      2023, "reviewing documents provided by the

22      Department of State, which contained a cover letter

23      from Progressive Campaigns, Inc."

24      Do you see that?

25      A   Yes, sir.

127

1        Q    And the cover letter was sent to Escambia

2    County supervisor of elections, referencing 19

3    suspicious signatures on petitions submitted by

4    Harriel; is that correct?

5        A    Yes.

6        Q    And so PCI -- that's, again, a reference

7    to Progressive Campaigns -- that's the entity that

8    Mr. Guillen's firm was working with, right?

9        A    Yes, I believe that's what is --

10       Q    Okay.

11       A    -- said in the other part of the

12   affidavit.

13       Q    And so apparently --

14       A    What are our -- a lot of players here.

15   We've got PCI, and what was the other company that

16   you pointed?

17       Q    Five Star Petitions.

18       A    Five Star, yes.    Thank you.

19       Q    Oh.    So -- uh-oh.    Sorry about this.    I

20   don't know what I did here.    I might have to give my

21   computer another moment to deal with all the data.

22       MR. RITTER:    Hey, Fritz?

23       MR. WERMUTH:    Sure.

24       MR. RITTER:    If you go to the blue cursor

25   button that's lit up on the left there, do you

128

1          see that, on that left bar?    Try clicking on

2          that.

3                MR. WERMUTH:   I think we need to just give

4          it a minute --

5                (Pause.)

6       BY MR. WERMUTH:

7             Q     We're back.   We're now at page 5, looking

8          at paragraph 7.   And we were just looking at the

9          paragraph referencing the statement that on December

10          22nd, the inspector reviewed documents provided by

11          the Department of State from -- that included a

12          cover letter from Progressive Campaigns, Inc.,

13          correct?

14             A     Yes, sir.

15             Q     And that's apparently the organization

16          that was identified as being the organization that

17          hired Five Star Petitions -- Petitioners, correct?

18             A     Yes.

19             Q     And PCI sent a letter to the Escambia

20          County supervisor of elections identifying

21          suspicious petitions submitted by Harriel, correct?

22             A     It says "referencing 19 suspicious

23          signatures."   I don't -- this case was handled by, I

24          believe, Sophia Birriel-Sanchez in our office.    I

25          don't recall the specifics of this aspect of the

1     investigation, whether the letter was designed to

2     bring that to the supervisor's attention or was in

3     response to some other communication.

4         Q    Okay.   But it appears that PCI at least

5     sent a notice to Escambia County's supervisor of

6     elections referencing 19 suspicious signatures on

7     petitions submitted by Harriel, right?

8         A    Yes.

9         Q    Okay.   And we see that date, December

10    22nd, appears to be about a month after Ms. Harriel

11    says that she stopped working for Five Star

12    Petitioners, right?

13        A    Yes, sir.

14        Q    Okay.   So, thus far, we've seen that the

15    affidavit reflects that Mr. Guillen with Five Star

16    Petitioners reportedly fired Ms. Harriel on November

17    the 15th, 2023; and then by December 22nd, the

18    Department of State sent to the Florida Department

19    of Law Enforcement a set of documents including a

20    cover letter from Progressive Campaigns, Inc., that

21    reported Ms. Harriel for suspected fraud.   You think

22    that's a fair summary?

23        A    That very last part, again, is the -- I'm

24    sorry, could you say the last sentence again?    Who

25    was reporting Ms. Harriel for suspected fraud?

1        Q    Progressive Campaigns, Inc.

2        A    Again, I don't know what that letter says.

3    It just says it referenced some suspicious

4    signatures.

5        Q    Okay.

6        A    I mean, one of the things we've learned

7    during these investigations is that some of these

8    folks are a little too blatant with their fraud.

9    And for those companies that collect signatures from

10    circulators, that's a risk for them, so they will

11    get rid of people like that or they will admonish

12    people like that.

13        Q    Okay.   And at least the implication here

14    in this report is that Progressive Campaigns, Inc.,

15    did apparently turn her in or identify some of

16    Ms. Harriel's petitions as having suspicious

17    signatures to the supervisor of elections, right?

18        A    Yeah, I don't know what the letter said or

19    what the context of it was, but it definitely

20    references -- according to the affidavit --

21    references 19 suspicious signatures on petitions

22    submitted by Harriel.

23        Q    Okay.   And if you see in the next

24    sentence, a review of the signatures from the

25    Escambia County supervisor of elections determined

1        that there were 151 signatures in Martin County and

2        1 signature in Brevard County on petitions for the

3        abortion amendment that did not match the signature

4        images available on file for registered voters.    Do

5        you see that?

6            A    Yes, sir.

7            Q    Okay.    So it appears that there was

8        evidence that Ms. Harriel was turning in quite a

9        number of petitions that had apparently fraudulent

10       signatures?

11           A    Yes.

12           Q    And in the next paragraph, we see that

13       it's the Martin County supervisor of elections,

14       specifically Chief Deputy Debbie Dent, that provided

15       the inspector with 151 petitions with invalid

16       signatures, right?

17           A    Yes, sir.

18           Q    Now, when we go back to page 1, it appears

19       from the affidavit that it's setting her up for --

20       or Ms. -- actually, that ultimately she, Ms. Harriel

21       was arrested for five counts each of criminal abuse

22       of personal information and knowingly signing

23       another person's name to secure a ballot position.

24       Do you see that?

25           A    Yes.

152

1          Q      So apparently the investigators took five

2      petitions out of the larger number of petitions and

3      used those as a basis to charge Ms. Harriel, right?

4          A      Yes.

5              MR. STAFFORD:   Object to the form.

6              You can answer.

7      BY MR. WERMUTH:

8          Q      Is that correct?

9          A      Yes, sir.

10         Q      And if we go to the next Exhibit ...

11             (Exhibit 19 was marked for

12         identification.)

13     BY MR. WERMUTH:

14         Q      I'm showing you Exhibit 19.   Do you see

15     this is a judgment referencing Donella Marie

16     Harriel?

17         A      Yes, sir.

18         Q      And she has entered here a guilty plea on

19     five counts of criminal use of personal

20     identification information.   You see that?

21         A      Yes, sir.

22         Q      And so she -- apparently, somewhere along

23     the way, Ms. Harriel was -- well, the charges

24     against her were dropped down to just five counts of

25     criminal use of personal identification -- of

155

1    personal identification information, and the

2    original -- and the other charge of submitting a

3    fraudulent or fictitious petition were dropped.    Is

4    that right?

5        MR. STAFFORD:    Object to the form.

6        You can answer.

7        A    I'm not sure what she was formally charged

8    with, but I can see that she only pled to the five

9    counts of identity theft.

10    BY MR. WERMUTH:

11        Q    Okay.    And she was ordered to pay an

12    assessment of $12,421.52, right?

13        A    Yes, I believe that's the Court costs.

14        Q    And she received as a sentence 12 months

15    of community control followed by 48 months of

16    probation, is that right?

17        A    Yes, sir.

18        Q    And so she apparently wasn't incarcerated

19    for these charges?

20        A    I did not see anything about credit for

21    time served up there.    But yeah, it appears that

22    her -- the sentence she received was just community

23    control and probation.

24        Q    Okay.    So if your office had evidence of

25    over 150 petitions, invalid petitions submitted by

1          Ms. Harriel, why did your office only prosecute

2          Ms. Harriel for 5 invalid petitions?

3                MR. STAFFORD:   Object to the form.

4                You can answer.

5             A      So, I worked with Sophia on this case, and

6          from what I can remember and from what you've shown

7          me already, there were obviously other individuals

8          that she was involved in working with.   She had been

9          referred by other circulators to this Five Star

10         company, she was working with the Five Star Petition

11         company, she was working with PCI, and she had

12         intel -- information that she was providing to law

13         enforcement about those individuals and about those

14         companies.   And I think -- pretty sure she provided

15         a sworn proffer statement.

16               And one of the important things for us --

17         this was in October 2024, so, you know, this -- I

18         can't remember exactly when OECS was created, maybe

19         2022.   But our task force is not, you know, pages

20         old, we're -- we are relatively a new group,

21         enforcing, as I said before, some pretty specific

22         statutes.   There's not tons of case law precedent,

23         there's not tons of guidance for law enforcement on

24         how to investigate and track these organizations as

25         they go about committing fraud in furtherance of

135

1          amending our state constitution.

2                    So the information the defendants like

3          this are able to provide us, we consider to be

4          valuable.    And that was a consideration that our

5          office entered into when agreeing to this sort of

6          resolution of Ms. Harriel's case.

7          BY MR. WERMUTH:

8              Q     Okay.    And has your office brought charges

9          against anyone else based on information from

10         Donella Harriel?

11             A     Would there be any way to go back to those

12         two circulator names that were on the previous

13         document on the affidavit?

14             Q     Two circulator names?

15             A     Yes.    It said that she was referred by two

16         individuals to Five Star Petitions.     I can't recall

17         for sure if we ended up charging those folks.     I

18         know there had been investigations involving these

19         other individuals.    I don't -- I can't point you to

20         a case where we've made an arrest based on

21         Ms. Harriel's information, off the top of my head.

22             Q     Okay.    All right.   I'm going to take you

23         back to --

24             A     I apologize.  Mr. Wermuth, I know that

25         previously you had asked me about a bunch of names

156

1      of folks that were subjects of our investigation,

2      and one of the names I mentioned was Haggi Amirally.

3          Q   Uh-huh.

4          A   And I can't -- I'm not sure now if I

5      wasn't confusing her with Donella Harriel.   We come

6      across a lot of names in this.

7          Q   Okay.

8          A   So I just wanted to --

9          Q   I guess, let me then go back to the

10     investigation report.

11             We're looking at Exhibit 18 again.    And

12     this is the one with the affidavit for arrest.

13             All right.    Is this the paragraph you're

14     referring to where Harriel advised of a friend who

15     worked for Five Star named Cali, asked her to become

16     a petition circulator, Cali?

17         A   Yes, sir.

18         Q   And I think the only other person

19     mentioned here is Richard Guillen.   Do you see that?

20         A   Yes.    So I'm sorry if I said that last --

21     made that last comment in a confusing way.   I know

22     that our office had a case against named Haggi

23     Amirally for an election crime.

24         Q   Okay.

25         A   And previously, before we got to this

1     section of the deposition, when you were just asking

2     me to list some names of people, I'm not sure if I

3     mixed up Haggi Amirally with Donella Harriel.

4     That's all I meant to say.

5        Q    Okay.    So your office hasn't brought any

6     charges against the person named Cali that was

7     associated with Ms. Harriel, right?

8        A    Correct.    I don't believe we have.

9        Q    And your office hasn't brought any charges

10    against Richard Guillen; have you?

11       A    No, I don't believe we have.

12       Q    And your office hasn't brought any charges

13    against PCI; has it?

14       A    No.

15       Q    All right.    I'd like to take you back to

16    the OECS report again.    You see we have

17    Ms. Harriel -- we're on page 15, and it references

18    Donella Harriel.    Do you see that?

19       A    Yes, sir.

20       Q    And you see that she was -- so all ten

21    felony counts that were against her were based on

22    invalidated signatures, right?

23       A    Yes, I see that.

24       Q    Petitions with invalid signatures and it

25    points out that Ms. Harriel pled guilty to five

1       counts of criminal use of personal identification

2       information, right?

3           A   Yes.

4           Q   But it doesn't tell the reader that she

5       was only given four years of probation, right?

6           A   Right.

7           Q   And then it goes on to reference that "As

8       part of an ongoing audit, OECS has referred an

9       additional 31 validated abortion petitions to law

10      enforcement to review for potential criminal

11      investigation."

12          Do you see that?

13          A   Yes, sir.

14          Q   And that was an audit of Ms. Harriel's

15      petitions?

16          A   I assume.

17          Q   Okay.   And has your office pursued any

18      charges against Ms. Harriel for -- in association

19      with petitions that were validated by supervisors?

20          A   No, we've -- the only charges I'm aware of

21      are the ones -- the five that she pled to that we

22      previously discussed.

23          Q   Okay.   I'll stop sharing that.

24          MR. STAFFORD:   Fritz, we've been going

25      about an hour and a half.   Do you want to see

1        if anybody wants to take a break?

2              MR. WERMUTH:    Yeah, sure.   You want to

3        take a 5-minute break, or do you need more

4        time?

5              THE WITNESS:    Five minutes is fine for me.

6              MR. WERMUTH:    Okay.   Let's come back at, I

7        guess, 2:25.

8              MR. HANCOCK:    Real quick, I want to check.

9        Mr. Bridges, is there anything on your schedule

10       this afternoon or evening that we have to be

11       mindful of?

12             THE WITNESS:   I don't think so.   Let me --

13       I could just doublecheck.    I had all my screens

14       off, my other screen off while we've been

15       talking.

16             No, I'm all yours.

17             MR. WERMUTH:    Okay.

18             THE WITNESS:    Although I encourage you to

19       not go past dinner.

20             MR. WERMUTH:    Well, we'll try to keep it

21       shorter than that.    All right.

22             (A recess took place from 2:18 p.m. to

23       2:25 p.m.)

24       BY MR. WERMUTH:

25             Q   Let's move on to the next person you have

1      here.    So I've got -- do you see this is a document

2      entitled Affidavit for Arrest Warrant for a person

3      named Natalie Marie Marrero; do you see that?

4          A    Yes, sir.

5          Q    Are you familiar with this person's case?

6          A    This one, I am not as familiar with.    But

7      I'll see what I can do.

8          Q    All right.    Well, let's go through this a

9      bit.    Do you see this redaction here underneath

10     Ms. Marrero's name that it indicates that apparently

11     she had an address in Orlando, Florida; do you see

12     that?

13         A    Yes, sir, I don't know what the unredacted

14     version looks like, but sometimes arrest warrants

15     say "last known address."    Oftentimes they say last

16     known address.

17         Q    Do you have any reason to believe that

18     this person is not a Florida resident?

19         A    I don't know one way or the other.

20         Q    Okay.    But she appears to be referenced as

21     having an Orlando address, so -- is that right?

22         A    Yes, sir.

23              Like I said, it may reference a last known

24     address.    So the way warrants usually read is it's a

25     command from the Court to all singular sheriffs,

1          commissioner of FDLE, to locate and arrest the

2          person.   And so you put your last known location of

3          that person on the top of the warrant.

4              Q    Okay.   Let's go to the second page of

5          this -- of Exhibit 21 that I'm showing you.

6              (Exhibit 21 was marked for

7              identification.)

8          BY MR. WERMUTH:

9              Q    And you see here in paragraph 1, it refers

10         to between January and February of 2023, the Jackson

11         County Supervisor of Elections Office received

12         several fraudulent constitutional amendment

13         petitions related to the marijuana petition in the

14         names of Kristen and Vincent Piazza; do you see

15         that?

16             A    Yes.

17             Q    And all those petitions were submitted by

18         the petition circulator Natalie Marrero.   Do you see

19         that?

20             A    Yes.

21             Q    So it appears that the Jackson County

22         Supervisor of Elections Office brought this to the

23         attention of the Florida Department of Law

24         Enforcement, and these petitions were suspicious

25         because the signatures on the petitions do not

1      appear to match the signatures that the Jackson

2      County Supervisor of Elections had on file for the

3      Piazzas, right?

4          A    Yeah, I assume the fact that there were

5      seven under one's name and five under the other was

6      suspicious, as well.

7          Q    Yeah.    So this is a pretty obvious

8      instance of suspected fraud, right?

9          A    Yes, sir.

10         Q    And we see on the next page that the

11     inspector went out and interviewed Marrero.    So

12     apparently he was able to find her in the Orlando

13     area, which suggests that she was a Florida

14     resident, correct?

15         MR. STAFFORD:    Object to inform.

16         You can answer.

17         A    I'm sorry, where are you seeing the part

18     where he located her?

19     BY MR. WERMUTH:

20         Q    He found her, interviewed her, and she was

21     in Orlando.   She said she worked mainly in the

22     Orlando area.

23         A    Right.   Right.  I don't know -- I don't

24     know that that means she's a resident or not.    But,

25     yes, it appears the inspector located her in the

143

1        state of Florida.

2        Q       Okay.

3        A       Doesn't really say.

4        Q       All right.    And she admitted in her

5    interview that she completed a petition in the

6    Piazza's name because she needed the money.      Do you

7    see that?

8        A       Yes, sir.

9        Q       And she admitted that she was the only one

10   who completed the petitions, so was apparently

11   working alone?

12       A    Yes, sir.

13       Q    And obviously had all these duplicate

14   petitions submitted by the same two voters, right.

15       A    Yes.

16       Q       So it was an obvious instance of fraud,

17   you'd say?

18       A       Appears so.

19       Q       All right.    And I'd like to go back and

20   show you the OECS report.      So you see here on

21   page 16, it references Ms. Marrero?

22       A       Yes.

23       Q       And it confirms that she was initially

24   charged with 32 felony counts, 16 of which were

25   under the criminal use of personal identification

1      information, and the 16 additional counts under the

2      false swearing of a petition, or false swearing of

3      an oath of a circulator; is that right?

4          A    Yes, sir, that's what it says.

5          Q    All right.    And then it reports here that

6      she pleaded no contest to only three felony counts

7      and all the 16 false swearing counts, right?

8          A    Yes.

9          Q    Okay.    So that's a pretty open-and-shut

10     case there.    And did she provide any proffers or

11     anything that you're aware of?

12         A    I don't know.    I'm not a hundred percent

13     sure our office prosecuted that case, to tell you

14     the truth.    But I guess I'm a little less familiar

15     with that one.    I'm sorry.

16         Q    Okay.

17             MR. WERMUTH:    Let's go on to the next

18             matter.

19             (Exhibit 22 was marked for

20             identification.)

21     BY MR. WERMUTH:

22         Q    I'm showing you Exhibit 22.    Do you see

23     this is a warrant -- or this document references a

24     warrant for Jessica Humphreys; do you see that?

25         A    Jessica Humphreys, yes.

149

1       Q    Actually, I should have stayed back here a

2    minute.

3           So back to Exhibit 10, the OECS report.

4    You see it reflects Ms. Humphreys is identified on

5    page 16 of this document, which is Exhibit 10?

6       A    Yes.

7       Q    See that?   And it reflects that

8    Ms. Humphreys was reported to law enforcement by

9    Escambia and Santa Rosa Counties?

10      A    Yes, sir.

11      Q    All right.   And apparently 38 of the

12   39 petitions that Escambia County reported to law

13   enforcement were for individuals who were not

14   registered in Florida and appeared to be fictitious.

15   Do you see that?

16      A    Yes.

17      Q    And all 183 petitions that Santa Rosa

18   County reported were marked as invalid for having

19   nonvoters or mismatched signatures.   And at least 34

20   appear to be fictitious.   Do you see that?

21      A    Yes.

22      Q    All right.   So it appears that all these

23   petitions were invalid for Ms. Humphreys.   And do

24   you see that Ms. Humphreys submitted a total of

25   3,980 marijuana petitions, and 2,064 of them were

146

1    invalidated, right?

2       A   Yes, sir.

3       Q   So her -- she had an invalidation rate in

4    excess of 50 percent?

5       A   I'll take your word for it.

6       Q   That's pretty obviously a red flag, right?

7       A   Yes, sir.

8       Q   And it appears that Ms. Humphreys was

9    charged at the next page with 34 felony counts of

10   willfully submitting false registration information

11   under 104.0112.   Do you see that?

12      A   Yes.

13      Q   And she was also charged with 34 felony

14   counts for signing another person's name -- name or

15   fictitious name under 104.0852, correct?

16      A   Yes, sir.

17      Q   It says that case is ongoing.

18          Now, let's go back to that arrest warrant.

19   So we're looking at Exhibit 22 again.

20          And I want to jump to page 18.   In the

21   last paragraph, you see that inspector -- the

22   inspector here went out and certified -- and found

23   that the pictures throughout the Facebook account

24   matched the picture on Florida ID -- on a specific

25   Florida ID for Jessica Sonia Humphreys from David,

147

1    so apparently Ms. Humphreys had a Florida driver's

2    license, right?

3        A   Yes, or a Florida ID.

4        Q   Florida ID.   All right.   And so she

5    appears to be a Florida resident, right?

6        A   Well, the DMV issued her an ID anyway.

7        Q   Okay.   And we see at the next exhibit,

8    which is Exhibit 23 --

9            (Exhibit 23 was marked for

10           identification.)

11   BY MR. WERMUTH:

12       Q   We see there's a -- this is a document

13   reflecting charges brought against -- it's

14   information, it appears --

15       A   Yes, sir.

16       Q   -- charging Ms. Humphreys with a number of

17   crimes; is that right?

18       A   Yes.

19       Q   And we see that the first -- it appears

20   that the State Attorney for the First Judicial

21   Circuit is pursuing this case.   Do you see this?

22       A   Yes.

23       Q   Why didn't your -- why didn't your office

24   pursue Ms. Humphreys?

25           MR. STAFFORD:   Object to the form.

1          You can answer.

2          A    So -- sorry, I'll probably have to go back

3      and reference the arrest affidavit or something, but

4      there may have been a jurisdictional issue if

5      Ms. Humphreys did not cross into multiple judicial

6      circuits.

7              Are we in -- let's see, what county?

8      Santa Rosa.    I believe Santa Rosa is in a circuit

9      that contains multiple counties, so that may have

10     been an issue.     Otherwise, it may have been a direct

11     referral.   I'm not completely sure.

12     BY MR. WERMUTH:

13         Q    Well, in this instance, I think we had

14     seen in the OECS report that she was -- that she was

15     identified as having -- well, by both the Escambia

16     and Santa Rosa County supervisors, which I think

17     both of them are in the First Circuit.    Do you think

18     that's the reason?

19         A    Yes, that may be it.

20             MR. STAFFORD:   Object to the form.

21             You can answer.

22     BY MR. WERMUTH:

23         Q    Okay.

24         A    So if it was just limited to one circuit,

25     then that would be more appropriate for the State

1          Attorney's Office to prosecute.

2               Q    Okay.    And you're not -- to your

3          knowledge, you're not involved in that case at all?

4               A    Correct.    I remember seeing the name

5          previously, but I don't think our office has any

6          involvement.

7               Q    Okay.    I'd like to move on to the next

8          case here.

9                    (Exhibit 24 was marked for

10                   identification.)

11          BY MR. WERMUTH:

12               Q    I'm showing you Exhibit 24.    Do you

13          recognize this as an affidavit in support of arrest

14          for Nelson Judah Stone; do you see that?

15               A    Yes, sir.

16               Q    I believe you referenced Mr. Stone earlier

17          in your testimony, right?

18               A    Yes, sir.

19               Q    And do you see here on the first page, he

20          appears to have been issued a Florida driver's

21          license; do you see that?

22               A    Yes.

23               Q    And he lives in Apopka, Florida, or he's

24          referenced as having an address in Apopka, Florida.

25          Do you see that?

1      A    Yes, at the time this affidavit was

2   drafted, that was his last known address.

3      Q    Okay.   So it appears he's a Florida

4   resident, right?

5      A    Appears so.

6           MR. STAFFORD:   Object to the form.

7      A    Sorry.   That's how it appears.

8   BY MR. WERMUTH:

9      Q    Okay.

10     A    I remember he was -- he was a member of

11   the military at some point prior to this.   And I

12   don't know off the top of my head if he was

13   stationed in another state or territory during any

14   of the dates of incident that are covered in the

15   affidavit.   But I -- if I remember correctly, I

16   believe most of it occurred -- these criminal

17   offenses occurred in West Palm -- or Palm Beach

18   County and Broward County.

19   BY MR. WERMUTH:

20     Q    Okay.   But does your office take the

21   position that Mr. Stone was not a resident of

22   Florida?

23     A    No, sir, I don't believe so.

24     Q    Okay.   I'd like to look at the bottom of

25   the first page and top of the second.   You see that

1         Palm Beach County Supervisor of Elections provided

2         the inspector with a list of paid petition

3         circulators from third-party voter registration

4         organizations who allegedly submitted names from

5         petitions with deceased individuals' identities; do

6         you see that?

7              A    Yes, sir.

8              Q    Now third-party voter registration

9         organizations aren't part of this investigation,

10        right?

11             A    I mean --

12             Q    This is a misstatement, correct?

13             A    I don't recall there being any 3PVRO

14        target aspect to this investigation, so I -- I would

15        have to reread the affidavit.   But not as far as I

16        recall.

17             Q    Okay.   But it appears that the Supervisor

18        of Elections of Palm Beach County gave Florida

19        Department of Law Enforcement a list of petition

20        gatherers who had submitted petitions with the names

21        of deceased individuals on them, correct?

22             A    Yes.

23             Q    And that's a pretty obvious red flag that

24        a petition gatherer is involved in fraud, right?

25             A    If they're turning in dead people's

1 signatures?   Yes, sir.

2  Q   All right.   I'm going to show you

3 Exhibit 25.

4  (Exhibit 25 was marked for

5 identification.)

6 BY MR. WERMUTH:

7  Q   And do you see this is a document

8 reflecting a plea in Circuit Court for Nelson Stone;

9 do you see that?

10 A   Yes, sir.

11  Q   And it appears he pled guilty to five

12 counts of use of -- fraudulent use of personal

13 identification information of a deceased person; is

14 that right?

15 A   Yes.

16  Q   And he was -- adjudication was withheld.

17 Do you see that?

18 A   Yes.

19  Q   And he was given 48 months of probation

20 and 12 months of community control?

21 A   Yes, sir.

22  Q   And a hundred hours of community service?

23 A   Yes.

24 Q   Your office didn't take this case, right?

25 A   I'm sorry?

1    Q    Your office didn't take this case; did it?

2         A    Yes, we did.    I believe Sophia

3    Birriel-Sanchez and I prosecuted that case.

4         Q    Okay.    All right.

5         A    And Mr. Stone also later violated his

6    probation and did --

7         Q    Okay.

8         A    -- some jail time.

9         Q    Okay.    But ultimately he was given five --

10    four years of probation and pleaded out on this --

11    on these counts, right?

12         A    Yes, he also cooperated and filled out a

13    sworn statement and agreed to continue cooperation.

14         Q    Okay.    Did you -- based on any information

15    from Mr. Stone, did your office prosecute anyone

16    else?

17         A    I don't think we've charged anyone else in

18    relation to his information he provided.    Again, it

19    was a situation where he gave us people's names and

20    phone numbers and organizations he worked for, and

21    just inside information about how the industry

22    works.

23         But I'm not sure if any -- I'm not sure,

24    for one, if those investigations, those spinoff

25    investigations are still open.    But I don't believe

154

```
 1        that we arrested anyone else based off of that
 2        information.
 3           Q      Okay.
 4                (Exhibit 26 was marked for
 5           identification.)
 6        BY MR. WERMUTH:
 7           Q      All right.   I am going to show you
 8        Exhibit 26.    Do you see this is an affidavit in
 9        support of probable cause in the Eleventh Judicial
10        Circuit against Ms. Yenay Ramos; do you see that?
11           A      Yes.
12           Q      And it lists her last known address as in
13        Hialeah, Florida?
14           A      Yes.
15           Q      So does she appear to be a Florida
16        resident?
17           A      Based on her last known address.
18           Q      Okay.   Does your office take the position
19        that she's a nonresident?
20           A      I would have to look into it a little
21        further, but I'm not -- honestly, I'm not aware one
22        way or the other.
23           Q      Okay.
24           A      I can tell you that most of the folks
25        we've been discussing that have actually been
```

1        charged, it's because, like Donella Harriel, they

2        were easier to find.

3            Q    Okay.   So you were able to find them in

4        the state of Florida?

5            A    Yes, sir.   Well, most of them.

6            Q    Okay.   So you see here that in the first

7        paragraph, Miami-Dade County Supervisor of Elections

8        provided the inspector with a list of constitutional

9        initiative petition forms from multiple paid

10        circulators, and the petitions provided by the

11        Miami-Dade County Supervisor contained names and

12        signatures of deceased individuals, correct?

13            A    Yes, sir.

14            Q    And if we go to paragraph 10, you see that

15        Ms. Ramos submitted, I guess, 10 deceased

16        individuals' personal identification information to

17        the Miami-Dade County Supervisor of Elections

18        Office.   And you see there's 10 listed there, even

19        though it says "17"; do you see that?

20            A    Where does it say 17?

21            Q    It says "Ramos submitted 17" --

22            A    I'm sorry.

23            Q    -- paren --

24            A    I see.

25            Q    -- "10 deceased individuals"?

163

```
 1          A    Yes.    Yes, I see that, I'm sorry.

 2          Q    You see that there's 10 deceased

 3     individuals' information listed beneath that

 4     paragraph?

 5          A    Yes, sir.

 6          Q    Okay.    And that's, again, a pretty obvious

 7     instance of fraud, right?

 8          A    Those that were deceased?

 9          Q    Yes.

10          A    Yes, sir.

11          Q    And I'm showing you Exhibit 27.

12             (Exhibit 27 was marked for

13          identification.)

14     BY MR. WERMUTH:

15          Q    And this is the judgment against Ms. Yenay

16     Ramos.  Do you see that?

17          A    Yes.

18          Q    And you see she entered a plea of nolo

19     contendre for 14 counts of fraudulent use of

20     personal identification of a deceased individual; do

21     you see that?

22          A    Yes.

23          Q    And for that, for those offenses, she

24     received 10 years of probation.   Do you see that?

25          A    Yes, sir.
```

157

1        Q   So it appears to be an open-and-shut case;

2    is that right?

3            MR. STAFFORD:   Object to the form.

4            You can answer.

5        A   Can you explain what you mean by that?

6    BY MR. WERMUTH:

7        Q   That it was a pretty easy case to

8    prosecute.   You got -- and you got 10 years of

9    probation against Ms. Yenay Ramos.

10        A   Certainly the order of proof on a

11    fraudulent use of a deceased person's identification

12    information is not as complex as some of the other

13    charges we've been discussing.

14        Q   Okay.

15        A   Nothing's ever open and shut in Miami,

16    unfortunately.

17        Q   Did Ms. Ramos provide you any information

18    that you used to investigate or charge any other

19    person?

20        A   I believe she did provide a proffer.   I do

21    not know if that has created any spinoff cases or

22    not.

23        Q   Okay.   So you're not aware of a person

24    charged by your office based on information that

25    came from Ms. Ramos?

1          A    No, not off the top of my head.   That was

2     Assistant Statewide Prosecutor Mizrahi, Elizabeth

3     Mizrahi prosecuted that case.   I believe Michelle

4     Cabrera was her FDLE investigator.

5          Q    Okay.   I'm going to show you Exhibit 28

6     here.

7          (Exhibit 28 was marked for

8          identification.)

9     BY MR. WERMUTH:

10         Q    Do you see this is an affidavit in support

11    of arrest warrant for Haggi Amirally; do you see

12    this?

13         A    Yes.

14         Q    And you see on the first page there, it

15    identifies this person as a black male with a

16    driver's license, and it lists the Florida driver's

17    license number for this individual?

18         A    Yes, sir.

19         Q    And it lists the last known address as

20    being in Miami, Florida, right?

21         A    Yes.

22         Q    So Mr. Amirally appears to be a resident

23    of Florida?

24         A    He does.

25         Q    All right.   Do you see in the second page

1    in paragraph 2, it says that in February 2023, the

2    Palm Beach County Supervisor of Elections provided

3    the inspector with a list of paid petition

4    circulators who had been identified after having

5    submitted invalidated -- invalid petitions, and

6    Mr. Amirally was on that list?

7        A    Yes.

8        Q    And after -- let's see, after a review of

9    some of those petitions, you see that the Palm Beach

10   County Supervisor of Elections Office submitted --

11   determined that Mr. Amirally submitted a total of

12   162 petitions under initiative serial number 21-16

13   and only 6 were valid; do you see that?

14       A    Yes.

15       Q    And 156 were invalid.

16       A    Yes.

17       Q    So it seems fair to say that

18   Mr. Amirally's submissions raised red flags as a

19   fairly obvious invalidity rate problem; is that fair

20   to say?

21       A    That's a high invalidity rate, for sure.

22       Q    Yeah.   And do you see there were several

23   petitions that were submitted for deceased

24   individuals; there were seven of them right here?

25       A    Yes.

1    Q      So not only did Mr. Amirally have a high

2    invalidity rate; he's been submitting petitions for

3    deceased individuals.   So this is another obvious

4    red flag that he was engaged in fraud, correct?

5    A      Yes, sir.

6    Q      And if we go on to Exhibit 29.

7        (Exhibit 29 was marked for

8    identification.)

9    BY MR. WERMUTH:

10    Q      You see this is a plea agreement from

11    Mr. Amirally; do you see that?

12    A      Yes.

13    Q      And he's apparently pleading to seven

14    counts of fraudulent use of personal identification

15    number here; do you see?

16    A      Yes, sir.

17    Q      And it says the maximum penalty could be

18    35 years?

19    A      Yes.

20    Q      But he's doing this plea with the

21    understanding that he's going to get zero months of

22    prison sentence, right?

23    A      The minimum prison sentence based on the

24    scoresheet would be zero months.   It's what we call

25    a nonscorable -- well, a nonmandatory prison

1     offense.

2          Q     Okay.   And you see that he gets, on the

3     next page, 36 months of supervised probation and

4     credit for time served of 1 day; do you see that?

5          A     Yes.

6          Q     And that's presumably the day of his

7     arrest, right?

8          A     Appears so, yes.

9          Q     Okay.   And this is another case that

10     Ms. Sophia Sanchez brought on behalf of your office,

11     right?

12          A     Yes, sir.

13          Q     Now, I think you were mentioning earlier

14     in your testimony that this individual may have

15     provided you with information?

16          A     Yes.   And I apologize, I couldn't

17     remember.   We were discussing some of the details of

18     either Amirally's proffer or Harriel's proffer, and

19     I feel like I got them mixed up.

20          Q     Okay.   Has Mr. Amirally given you proffers

21     in this -- that you're aware of?

22          A     I believe so, but it would be referenced

23     in this plea agreement if he had.

24          Q     Has your office brought any charges

25     against anyone else based on information from

162

1        Mr. Amirally?

2        A   I'm not sure.   It would be a little

3    further -- a little further.

4        Q   Sorry.

5        A   There we go. (Reviewing document.)

6        Q   Do you see any?

7        A   It would be under those -- the conditions

8    under -- sorry, I believe paragraph 4, a little --

9    higher up.

10          So under paragraph B, "remain cooperative

11    with the State of Florida."

12          This one is written a little differently.

13        Q   Okay.

14        A   I apologize.   Normally, that's where the

15    truthful testimony condition would be, somewhere in

16    the -- these subparagraphs.

17        Q   Okay.   So you can't tell me anybody who's

18    been charged based on information from Mr. Amirally,

19    right?

20        A   Correct.

21          (Exhibit 30 was marked for

22           identification.)

23    BY MR. WERMUTH:

24        Q   Taking you to the next matter.   I'm going

25    to show you Exhibit 30.  Do you see this is an

```
  1         affidavit in support of arrest warrant for Henos
  2         Joseph?
  3            A    Yes.
  4            Q    And do you see he is listed as having a
  5         Florida driver's license number?
  6            A    Right.
  7            Q    And he's also listed as having a last
  8         known address in Miami?
  9            A    Yes, sir.
 10            Q    So he appears to be a Florida resident?
 11            A    Appears so.
 12            Q    All right.   And you see, again, in
 13         paragraph 2 on page 2 that the Palm Beach County
 14         Supervisor of Elections provided the inspector with
 15         a list of paid circulators who were identified as
 16         having submitted invalid petitions; do you see that?
 17            A    Yes.
 18            Q    And Mr. Henos was on the list -- or
 19         Mr. Joseph was on the list?
 20            A    Yes, sir.
 21            Q    And go down to page -- paragraph 12.    So
 22         he submitted a total of 3,712 -- 719 petitions that
 23         were invalid statewide, right?
 24                 And in Palm Beach County alone, 1358 were
 25         submitted to Palm Beach County and only 454 were
```

171

1      valid and 904 were invalid.   Do you see that?

2          A    Yes.

3          Q    Mr. Joseph, over half the petitions he

4      turned in to Palm Beach County were invalid, right?

5          A    Yes.

6          Q    That seems like a pretty obvious problem,

7      right?

8          A    Yes, sir, high invalidity rate.

9          Q    And looking at the next paragraph, you see

10     that he turned in 10 petitions for deceased

11     individuals as well?

12         A    Yes.

13         Q    All right.   And that was to Palm Beach and

14     then three deceased -- three deceased individuals in

15     Miami-Dade County, right?

16         A    Yes.

17         Q    So this is another instance where a

18     person's turning in petitions with a very high

19     invalidity rate and also petitions based on deceased

20     individuals' information, right?

21         A    Right.

22         Q    And those are obvious red flags that

23     raises suspicion that an individual's engaged in

24     fraud, correct?

25         A    Yes, sir.

1    Q    And that's a pattern that the FDLE can

2    identify pretty easily, right?

3    A    Yes.    I mean, I assume in this situation

4    it was identified by the Department of State, but

5    it's certainly something FDLE and my office can

6    follow along.

7    Q    Okay.    And that's based on invalid

8    petitions, right?

9    A    I'm sorry, what's that based on?

10    Q    The ability to identify this individual's

11    engaged in fraud is driven by invalid petitions,

12    right?

13    A    So like we talked about before, there's a

14    difference between invalid petitions and fraudulent.

15    But a high invalidity rate may be an indicator of

16    fraud, from what I've learned over the past couple

17    of years working on these cases.    Turning in

18    deceased individuals' petitions is certainly an

19    indicator of fraud.

20    Q    Yeah, of course.    There's many reasons why

21    petitions might be invalid that don't involve fraud,

22    correct?

23    A    Yes.

24    Q    But when you have instances of a petition

25    gatherer that is turning in extraordinarily high

168

1      rates of invalid petitions and petitions with

2      information for deceased individuals, that certainly

3      looks suspect?

4          A    Yes.

5          Q    Okay.   And we see here -- I'm showing you

6      Exhibit 31.

7              (Exhibit 31 was marked for

8          identification.)

9      BY MR. WERMUTH:

10         Q    And do you see this is a plea agreement

11     for Henos Joseph?

12         A    Yes, sir.

13         Q    And in this plea agreement, we see

14     Mr. Joseph was charged with 13 counts of criminal

15     use of personal identification information for

16     deceased individuals; do you see that?

17         A    Yes.

18         Q    And it appears he could have been

19     sentenced to a maximum of 65 years in the Department

20     of Corrections; is that right?

21         A    Thirteen third-degree felonies, yes.

22         Q    And the minimum prison sentence that he

23     would score out is zero months?

24         A    Yes, these are all level-1 felonies, I

25     believe.

167

1      Q     Okay.   And he was sentenced to 24 months

2   of supervised probation, right?

3      A     Yes.

4      Q     You see it says "except Alex Joseph"

5   there?

6      A     Yes.

7      Q     Do you know who Alex Joseph is?

8      A     I believe that's his brother.

9      Q     Okay.

10      A     He's willing to snitch on everybody but

11   his brother.

12      Q     Okay.   So he wouldn't snitch on his

13   brother.   Did he provide you -- did he provide your

14   office with any information that he used to

15   prosecute and convict anyone else?

16      A     I'm not sure of that.   I know that we have

17   cases that have originated from defendant proffers.

18   It's just a little hard to remember which is which.

19         But yeah, I'm not sure if we had any

20   spinoff charges -- charged defendants from

21   Mr. Joseph's case.

22      Q     Okay.   And this was another case that was

23   handled by Ms. Sanchez, correct, from your office?

24      A     Yes.

25      Q     Okay.   And I guess before we go back --

1        before we go on, I'd like to quickly show you again

2        Mr. Henos Joseph's last address.

3            Looking at Exhibit 30, you see he has an

4        address on 133rd Street in Miami, Florida?

5            A    Yes, sir.

6            Q    The next case I'm going to show you

7        involves Alex Joseph, who I believe you just

8        referenced as Mr. Henos Joseph's brother; is that

9        right?

10            A    I think that's correct, yes, from my

11        recollection of the case.

12            Q    All right.    And I'm showing you

13        Exhibit 32.

14            (Exhibit 32 was marked for

15        identification.)

16        BY MR. WERMUTH:

17            Q    And this is an affidavit in support of

18        arrest for Mr. Alex Joseph.    Do you see that?

19            A    Yes, sir.

20            Q    And he has a Florida driver's license as

21        well.

22            A    Yes.

23            Q    And he lives on 133rd Street at the same

24        address as Henos Joseph in Miami, Florida, right?

25            A    Yeah.

 1         Q    And so it appears both these gentlemen are

 2    residents of Florida?

 3         A    Yes, sir.

 4         Q    And here, again, in the second paragraph,

 5    you see that the Palm Beach County Supervisor of

 6    Elections provided the inspector with a list of paid

 7    circulators who were identified as having turned in

 8    invalid petitions, right?

 9         A    Yes.

10         THE WITNESS:    Can I ask you a favor,

11    Mr. Wermuth?   Is there any way to make the type

12    a little bigger?

13         MR. WERMUTH:    Sure.

14         THE WITNESS:    When we're looking at the

15    documents.

16         MR. WERMUTH:    Is that bigger?

17         THE WITNESS:    Yes, sir.   Thank you.

18         MR. WERMUTH:    Okay.   Good.

19    BY MR. WERMUTH:

20         Q    All right.    Let's go to paragraph 9.   And

21    you see that a review of petitions submitted by Alex

22    Joseph appeared that at least 758 were submitted to

23    the Palm Beach County Supervisor of Elections, and

24    of those, only 155 were valid and 603 were invalid,

25    right?

177

1    A   Yes.

2    Q   So he's got far over 50 percent of his

3    petitions that he's turning in are invalid, which

4    seems like a repeat obvious red flag, right?

5    A   Yes, sir.

6    Q   And law enforcement and the Department of

7    State is readily capable of identifying red flags

8    like this and going after individuals for

9    investigating fraud, correct?

10    A   Yes, sir.

11    Q   And in fact, they went and talked to five

12    individuals here for Mr. Joseph, right?

13    A   Yes.

14    Q   And he was, in fact, charged with five

15    counts of criminal use of personal identification

16    information, right, under Florida Statute

17    815.568(2)(a), correct?

18    A   Yes, sir.

19    Q   Do you know if this case has come to a

20    conclusion?

21    A   I believe it has.

22    Q   Huh?

23    A   Yes, I believe it has.

24    Q   Okay.   I wasn't able to find an instance

25    where -- do you know what his sentence was?

1      A    I don't.   I'm sorry.

2      Q      Do you believe he got --

3      A    I remember Henos Joseph's resolving, but,

4    yeah, I'm sorry, I don't have any further

5    information on Alex Joseph.

6          I'm just going to make a note to myself

7    because now you've got me wondering whether he's

8    still a fugitive or not.

9      Q    All right.   Have you -- do you know if

10   he's provided any proffers to you, to your office?

11     A    No, I don't.

12     Q    Has your office charged anyone else with

13   information from Mr. Alex Joseph?

14     A    So I noted that both of the Josephs in

15   those affidavits had email addresses associated with

16   Grassfire.   I know that is a company we

17   investigated, attempted to get documents from.    And

18   I believe the owner of that company moved to Hawaii

19   and gave, you know, a limited amount of cooperation

20   to law enforcement in our investigations.

21     Q    You could pursue subpoenas in Hawaii,

22   correct?

23     A    I've been trying to get, on a separate

24   case, a subpoena served in Hawaii for about

25   nine months now.   It's very difficult.

1    Q    Well, wouldn't that be the case if a

2    Florida resident flew out to Hawaii and you tried to

3    get them there, right?

4    A    To have an arrest warrant?

5    MR. STAFFORD:    Object to the form.

6    BY MR. WERMUTH:

7    Q    Yeah.

8    MR. STAFFORD:    You can answer.

9    A    I don't know about -- I think there's a

10    difference between serving an arrest warrant in a

11    different state and serving a subpoena, because

12    there's an interstate compact for the execution of

13    warrants and for the extradition of individuals who

14    have active warrants.    There is no such compact for

15    service of subpoena duces tecums even in the

16    criminal context.

17    We have to get our subpoena domesticated

18    by a local court in other states, and oftentimes

19    that involves having a local prosecutor assist us

20    and potentially go to court and litigate any

21    objections that the party who was served with the

22    subpoena wants to raise.    It's a pretty tall order

23    to ask somebody to do that as a favor.

24    BY MR. WERMUTH:

25    Q    Well, you could follow the Uniform Act

173

```
1       that relates to issuing subpoenas in other states,

2       right?

3           A    Yes.

4              MR. STAFFORD:    Object to the form.

5           You can answer.

6           A    Yes.    But to enforce them, as I've

7       described, involves -- it's a little more

8       complicated process.

9              MR. WERMUTH:    I'm going to show you

10      Exhibit 33.

11          (Exhibit 33 was marked for

12          identification.)

13      BY MR. WERMUTH:

14          Q    And do you see this is an affidavit for

15      arrest for Mr. Zachary Dworsky; do you see that?

16          A    Yes, sir.

17          Q    And he's got a Florida driver's license

18      number, correct?

19          A    Yes.

20          Q    So it appears he's a Florida resident?

21              MR. STAFFORD:    Object to the form.

22          You can answer.

23          A    It will be difficult for me to say just

24      from that.

25
```

1    BY MR. WERMUTH:

2    Q    But having a Florida driver's license is a

3    pretty good indication you're a Florida resident,

4    right?

5    A    It's an indicator, yes, sir.

6    Q    And does your office have any information

7    indicating that Mr. Dworsky is not a Florida

8    resident?

9    A    I do not -- I do not have any information

10    at this point, no.

11    Q    All right.  Do you see in paragraph 1, the

12    Division of Elections provided the inspector with a

13    list of paid petition circulators who reportedly

14    submitted invalid petitions through invalid

15    signatures or deceased individuals' identities?

16    A    Yes.

17    Q    And it reflected -- that spreadsheet

18    reflected that Mr. Dworsky had submitted a total of

19    200 -- 2,438 invalid petitions from different voter

20    districts throughout the state of Florida?

21    A    Yes.

22    Q    So identifying circulators who have

23    submitted petitions on behalf of deceased voters

24    seems, again, like a pretty effective and efficient

25    way to identify petition circulators who are likely

175

1    engaged in fraud; is that right?

2        A    Yes.

3        Q    And he had a very high number of invalid

4    petitions.    So that's another big red flag when it

5    comes to potentially being involved in fraud, right?

6        A    Yes, sir.

7        Q    And the fact that they're scattered across

8    various districts throughout the case is another red

9    flag, right?

10        A    Yes, sir.

11        Q    These are all things that you can identify

12    from Department of State records, right?

13        A    Yes, sir.

14        Q    And here we see that the Sumter County, I

15    think -- sorry, all right.

16            So you see here that the affiant reviewed

17    documents provided by the DOS which contained an

18    election fraud complaint from the Sumter County

19    Supervisor of Elections; do you see that?

20        A    Yes, sir.

21        Q    And he had petition -- he had "signature

22    different" code and handwriting on a voter's

23    information section that appeared to be the

24    handwriting of Mr. Dworsky, right?

25            So the handwriting on both the voter

183

1    section and the petition circulator portions

2    appeared to be similar, right?

3        A   Yes.   Yes, sir.

4        Q   For a petition that Mr. Dworsky's turned

5    in?

6        A   Yes.

7        Q   And, again, that's a pretty clear sign of

8    potential fraud, right?

9        A   Yes, sir.

10       Q   And that's one that the Sumter County

11   Supervisor of Elections was able to identify?

12       A   Yes, sir.

13          MR. STAFFORD:   Object to the form.

14          You can answer.

15       A   Yes.

16   BY MR. WERMUTH:

17       Q   And in paragraph 1 on page 4, you see that

18   the Sumter County Supervisor of Elections sent a

19   letter to the voter identified in the apparently

20   forged petition, and the voter advised the

21   Supervisor of Elections Office that the signature on

22   the petition was not hers; is that right?

23       A   Yes, sir.

24       Q   So it's a pretty clear instance of fraud

25   being identified.

1              MR. WERMUTH:   And I am going to show you

2        paragraph -- Exhibit 34.

3              (Exhibit 34 was marked for

4        identification.)

5        BY MR. WERMUTH:

6              Q   And you recognize this document as an

7        order of probation for Mr. Dworsky?

8              A   Yes.

9              Q   And in it, he pleads -- enters a plea of

10       guilty to 15 counts of personal use of ID

11       information -- or use of personal ID information and

12       another 15 counts of signing another person's name

13       or a fictitious name on a petition.   Do you see

14       that?

15             A   Yes, sir.

16             Q   Now, it appears that there were many more

17       invalid petitions that Mr. Dworsky could well have

18       forged, right?

19             A   Potentially.

20             Q   What?

21             A   Potentially, yes.

22             Q   Yeah.   And why didn't the -- why didn't

23       your office go after additional charges against

24       Mr. Dworsky?

25             MR. STAFFORD:   Object to the form.

175

1          You can answer.

2          A    I can't really speak to the calculus of

3     the specific prosecutor in this case.   But it may --

4     this may be another situation where he provided a

5     statement.   It may be a situation where FDLE

6     submitted a certain number of charges to our office

7     and those were filed.

8     BY MR. WERMUTH:

9          Q    Okay.   And he was just sentenced to

10     eight years of probation, right?

11          A    Yes, sir.

12          Q    Okay.   Do you know if anyone else was

13     charged or convicted based on any information that

14     Mr. Dworsky provided to your office?

15          A    I do not know off the top of my head.

16          Q    Your office would surely have records of

17     that, right?

18          A    Yes.

19          MR. STAFFORD:  Object to the form.

20          You can answer.

21     BY MR. WERMUTH:

22          Q    And if, in fact, Mr. Dworsky provided

23     information that was used to obtain convictions

24     against other individuals, you'd have records of

25     those convictions, right?

179

1          A    Records of the convictions, yes, sir.

2          Q    Okay.    But you don't know whether your

3     office has any such records?

4          A    I just don't; I can't tell you as we -- as

5     I sit here today, without, you know, pulling up our

6     file management system, going into the file, reading

7     through it, whether there is a specific defendant

8     that was charged and convicted based on any

9     cooperation that Mr. Dworsky provided.

10          MR. WERMUTH:   Okay.   I'm showing you

11     Exhibit 35.

12          (Exhibit 35 was marked for

13     identification.)

14     BY MR. WERMUTH:

15          Q    Do you see this is an affidavit in support

16     of an arrest warrant for Colton Brady; do you see

17     that?

18          A    Yes, sir.

19          Q    And do you see on page 1, he's got a

20     Florida driver's license; do you see that?

21          A    Yes, I do.

22          Q    Is that a pretty good indication that at

23     some point he was a Florida resident?

24          A    It's an indication that he went to a

25     Florida DHSMV and got a license.

186

1      Q    It says the last known address in

2   Fayetteville, Georgia, though, right?

3      A    Yes, sir.

4      Q    And we see from the first paragraph on

5   page 2, or paragraph 1 on page 2, that Mr. Brady was

6   referred by -- based on information from the Leon

7   County Supervisor of Elections; is that right?

8      A    Yes, sir.

9      Q    And we'll go down to page 4, paragraph 11.

10   You see that the inspector conducted an

11   investigation and discovered that Mr. Brady

12   submitted at least three petitions for individuals

13   who did not provide consent; do you see that?

14      A    Yes, sir.

15      Q    And he also submitted one for a deceased

16   individual, correct?

17      A    Yes.

18      Q    And you see on page 5, in paragraph 14,

19   your affiant reviewed the petition -- petitioner

20   Brady's information at the Department of

21   Corrections; and Mr. Brady admitted that he used an

22   internet website to access personal identification

23   information for the information he used to complete

24   these petitions fraudulently, right?

25      A    Yes, sir.

188

1          Q      All right.   Do you know whether he made

2     any proffers?

3          A      I do not.

4          Q      Was this case prosecuted by your office?

5          A      I'm not sure.   Again, I remember seeing

6     the name.   And I recognize the FDLE investigators.

7     If it was only contained in the Second Circuit, it

8     was either prosecuted by their office or we may have

9     gotten cross-designated.

10         Q      But you don't know whether your office was

11    involved in this prosecution?

12         A      No, I'm sorry, not off the top of my head.

13    I've been -- you know, we talked about some of the

14    materials I reviewed to prepare for today, and I

15    think one of the things I glanced at was a list of

16    cases, investigations, that our office had in our

17    case management system.    And there was like 225.   So

18    I apologize if I just don't know the exact

19    disposition of each one.

20            (Exhibit 36 was marked for

21          identification.)

22    BY MR. WERMUTH:

23         Q      I'm going to show you Exhibit 36.   Do you

24    see this is a plea acknowledgment by Mr. Brady?

25         A      Yes, sir.

182

1      Q    And he pled no contest to four counts of

2   criminal use of personal identification information,

3   right?

4      A    Yes.

5      Q    And he received three years in the

6   Department of Corrections?

7      A    Yes, sir.

8      Q    And it doesn't appear that your office was

9   involved in this, right?

10     A    Well, there's no signature for a

11  prosecutor on this plea form, so I'm just -- I

12  apologize; I'm not sure.

13     Q    So you have no information that the

14  information that you received from Mr. Colton Brady

15  was used to prosecute anyone else?

16     A    I'm sorry, I don't.

17     Q    Do you have information indicating that

18  information from Mr. Colton Brady was used to

19  prosecute anyone else?

20     A    No, I don't.

21        (Exhibit 37 was marked for

22        identification.)

23     BY MR. WERMUTH:

24     Q    I'd like to show you Exhibit 37.  Do you

25  see this is a law enforcement investigation report?

1    A    Yes, sir.

2    Q    And it reflects that the Leon County

3    Supervisor of Elections Office received numerous

4    fraudulent petitions related to the casino gambling

5    amendment, and the petitions were purported to have

6    been submitted by Ms. Williams.   Do you see that?

7    A    Yes, sir.

8    Q    And out of 835 petitions, only 126 were

9    accepted and 709 petitions were rejected.   Do you

10    see that?

11    A    Yes.

12    Q    And many of those petitions were -- well,

13    184 of those petitions were rejected because of bad

14    signatures, 135 petitions were duplicate petitions,

15    and they had wrong birthdate on 26, right?

16    A    Yes.

17    Q    These are indicia of a problem, correct?

18    A    These appear to be indicators of fraud.

19    Q    Very high invalidity rate?

20    A    Yes.

21    Q    And it appears that two individuals on the

22    petitions were listed as deceased, so that's another

23    indication of fraud, correct?

24    A    Yes, sir.

25

1          (Exhibit 38 was marked for

2          identification.)

3      BY MR. WERMUTH:

4          Q    I'm going to show you Exhibit 38.    And do

5      you see this is an affidavit in support of arrest

6      warrant for Krisharia Williams; do you see that?

7          A    Yes.

8          Q    And Ms. Williams has a Florida driver's

9      license.    Do you see that?

10         A    Yes.

11         Q    And she has -- she's identified as having

12     a last known address in Quincy, Florida.    Do you see

13     that?

14         A    Yes, sir.

15         Q    So Ms. Williams appears to be a Florida

16     resident?

17         A    That's the way it appears.

18         Q    And it appears that she was charged with

19     eight counts of criminal use of personal

20     identification information; do you see that?

21         A    Yes.

22         Q    Two counts of criminal use of personal

23     identification for a deceased individual?

24         A    Yes, sir.

25         Q    And ten counts of false swearing.    Do you

1          see that?

2          A    Yes, sir.    Do you mind going back up to

3          the top so I can see the county we're in?

4          Q    Leon County.

5          A    Thank you.

6          Q    Is this a case that your office handled?

7          A    I'm not -- I'm not sure.    If we did, it

8          would likely have been pursuant to a

9          cross-designation from the Second Circuit State

10         Attorney's Office.

11               (Exhibit 39 was marked for

12               identification.)

13         BY MR. WERMUTH:

14         Q    Now I'd like to show you Exhibit 39.    Do

15         you see this is a judgment against Ms. Williams?

16         A    Yes, sir.

17         Q    And she entered a plea of nolo contendre.

18         Do you see that?

19         A    Yes.

20         Q    And that is to the eight counts of

21         criminal use of personal identification information.

22         You see that?

23         A    Yes.

24         Q    And two counts of personal -- of criminal

25         use of personal identification information of a

1      deceased individual?

2          A      Yes.

3          Q      And 10 counts of false swearing; is that

4      right?

5          A      Yes, sir.

6          Q      And that appears to line up with the

7      affidavit of arrest we just looked at in Exhibit 38?

8          A      Yes, it does.

9          Q      And it appears that she was given --

10     adjudicated guilty, she spent 2 days in the jail,

11     and she got 36 months of probation on each of -- on

12     the various counts; is that right?

13         A      Yes, sir.

14         Q      Your office wasn't involved in this, it

15     appears?

16         A      I noted on that page you were looking at a

17     moment ago that it listed Amanda Bosman as the

18     prosecutor.

19         Q      Uh-huh.

20         A      And that is not -- she does not work for

21     our office.

22         Q      Do you know why your office didn't

23     prosecute this case?

24         A      If I had to guess, it would be due to

25     single circuit activity.

187

```
 1              (Exhibit 40 was marked for
 2           identification.)
 3        BY MR. WERMUTH:
 4              Q    I'll show you Exhibit 40.    Do you see this
 5         is an affidavit in support of arrest warrant for
 6         Jill President?
 7              A    Yes, sir.
 8              Q    And it appears Ms. President, on the first
 9         page, has a Florida driver's license; do you see
10         that?
11              A    Yes.
12              Q    And she has an address of an apartment in
13         Tallahassee?
14              A    Yes.
15              Q    So it appears that Ms. President is
16         apparently a Florida resident?
17           MR. STAFFORD:     Object to the form.
18              You can answer.
19              A    That's how it appears from the information
20         here.
21        BY MR. WERMUTH:
22              Q    Okay.    And then we see in paragraph 1,
23         this investigation apparently began with information
24         provided by the Leon County Supervisor of Elections
25         Office; do you see that?
```

1          A   Yes, sir.

2          Q   And if we jump to paragraph 10, I think

3   you referenced this organization before, Grassfire,

4   LLC?

5          A   Yes, sir.

6          Q   Did Ms. President give you any information

7   about Grassfire, LLC?

8          A   I don't know.

9          Q   You see here at the end of paragraph 10 on

10   page 3, and going on to the next page, we see that

11   Ms. President submitted numerous invalid petitions

12   and that of the 1212 petitions that she submitted to

13   Leon County, 74 were valid and 1,138 were invalid;

14   do you see that?

15          A   Yes, sir.

16          Q   So she has an extraordinarily high

17   invalidity rate, right?

18          A   Yes.

19          Q   And among those petitions, there were

20   deceased individuals' information used to submit

21   some of them, right?

22          A   Yes, sir.

23          Q   And, again, those are obvious red flags

24   that the Department of State can readily identify.

25          A   Yes, sir.

195

 1              (Exhibit 41 was marked for

 2          identification.)

 3          BY MR. WERMUTH:

 4          Q    I'd like to show you Exhibit 41.    You see

 5      this is an information filed in regard to

 6      Ms. President?

 7          A    Yes, sir.

 8          Q    And it appears to be filed by Mr. Jack

 9      Campbell as the State Attorney for the Second

10      Judicial Circuit.    Do you see that?

11          A    Yes, sir.

12          Q    Was this a case that the state attorney's

13      office brought?

14          A    Yeah, it looks like it's filed under the

15      authority of the state attorney, Mr. Campbell.

16          Q    Was this a situation where you were

17      cross -- your office was cross-designated with them,

18      with the state attorney's office?

19          A    I'm not sure.    If you go down to the

20      bottom, you might be able to see who signed the

21      information.

22              So Adrian Mood --

23          Q    Uh-huh.

24          A    -- the assistant state attorney, is not an

25      employee of our office.

1          Q     Okay.   So an instance where you were

2     cross-designated, you would have one of your

3     individuals listed on the charging document?

4          A     Typically, yes, sir.

5          Q     Okay.   It appears there were 11 counts of

6     use of personal information for -- well, yeah, all

7     for deceased -- for deceased individuals, right?

8          A     Yes, sir.

9               (Exhibit 42 was marked for

10              identification.)

11     BY MR. WERMUTH:

12          Q     And I'll show you Exhibit 42.   And this is

13     a stipulated order of adjudication, adjudging

14     Ms. President as incompetent to proceed and placing

15     her on conditional release.   Do you see that?

16          A     Yes, sir.

17          Q     So it appears that Ms. President

18     established that her lawyer established that she was

19     incompetent to stand trial, correct?

20          A     I assume.   I'm going through a little

21     quickly.

22          Q     And she was referred to an outpatient

23     psychiatric treatment at the Apalachee Center,

24     Incorporated.   Do you see that?

25          A     Yes, typically what happens when a

1      defendant is found to be incompetent to proceed is

2      they're sent to a mental health court where they are

3      monitored while they receive treatment.    And there

4      is a time frame where they may be returned to

5      competence to stand trial.

6              Oftentimes, if the defendant does not

7      regain competence during that time frame, the case

8      will be dismissed.

9          Q      Okay.  Do you know whether this case has

10     been reopened?

11         A      I don't know.

12         Q      And we see that she was ordered to reside

13     in Tallahassee; do you see that?

14         A      Yes, sir.

15             (Exhibit 43 was marked for

16         identification.)

17     BY MR. WERMUTH:

18         Q      I'm going to show you Exhibit 43.  Do you

19     see this?

20         A      Yes, sir.

21         Q      It appears to be a draft probable cause

22     for arrest affidavit.    Do you see that?

23         A      Yes.

24         Q      It's for LaShaya Denice Pierce.  Do you

25     see that?

132

1          A   Yes.

2          Q   And the Bates number at the bottom of this

3     page is associated with production from your office.

4     Do you see that?

5          A   Yes, sir.

6          Q   And the last known address for this

7     individual is listed as being an apartment in

8     Tallahassee.  Do you see that?

9          A   I do.

10         Q   So this individual, does she appear to be

11    a Florida resident?

12         A   I don't know.   It appears the last known

13    address is in Tallahassee, which is in Florida.

14         Q   Okay.   Does your office have any reason,

15    is it contending that Ms. Pierce is a nonresident?

16         A   Not as far as I'm aware.

17             I'm a little concerned about how you came

18    into possession of a draft affidavit.  I mean, I

19    understand it was turned over.   Seems like that may

20    have been a mistake on our part.

21         Q   She did ultimately plead out?

22         A   Yes, sir.

23         Q   So it's a closed case?

24         A   It may have been a situation where for

25    some reason the record of the finalized affidavit

1    was not available.

2         Q    At least I wasn't able to find it, so I

3    had to roll with this draft.

4         And I'm on page 3, and you see in the

5    first full paragraph on page 3, that Pierce had

6    approximately 40 petitions that were allegedly

7    fraudulent by the Leon County Elections Office; do

8    you see that?

9         A    Yes, sir.

10        Q    And the petitions were deemed fraudulent

11   by the elections office for not having valid

12   signature and the same voter information on multiple

13   petitions and no voter record -- no voter

14   information on record for individuals who signed

15   petitions.   Do you see that?

16        A    I do.

17        Q    So those are apparent red flags that the

18   Supervisor of Elections Office identified?

19        A    Yes, sir.

20        Q    And you see in the first paragraph on

21   page 5, you see that the inspector conducted an

22   interview of the organization Remedy Intelligence

23   Staffing, and that LaShaya Pierce was employed with

24   that organ- -- with that entity; do you see that?

25        A    Yes, sir.

194

1    Q    And she was fired for gathering bad

2    petitions.    Do you see that?

3    A    Yes.

4    Q    So this is an instance in which her

5    employer appeared to have fired her, right?

6    A    According to this, what's written in this

7    draft.

8    Q    Okay.    And did Ms. Pierce provide any

9    proffers to your office?

10    A    I'm not sure.

11    Q    Have you charged anyone else or attained a

12    conviction against anyone else based on information

13    from Ms. Pierce?

14    A    I don't remember.

15    (Exhibit 44 was marked for

16    identification.)

17    BY MR. WERMUTH:

18    Q    I'm going to show you Exhibit 44.    Do you

19    see that this is an information that was filed in

20    regard to LaShaya Pierce?

21    A    Yes.

22    Q    And it lists off various counts of use of

23    personal identification information under 817.568,

24    subsection (2)(a), which involves another living

25    person and false swearing, right?

195

1        A    Yes.

2        Q    And there are two additional counts of

3    signing petitions more than once.  Do you see that?

4        A    Yes.

5        Q    This, again, appears to be a case by the

6    state attorney for the Second Judicial Circuit.    Do

7    you see that?

8        A    Yes, sir.

9        Q    And this is, again, another document that

10   your office produced, correct?   It has Bates numbers

11   from your office.

12       A    Yes.

13       Q    What involvement did your office have in

14   this case that it came into the possession of these

15   records?

16       A    That prosecutor listed at the bottom, Reid

17   Hailey, is an employee of the Office of Statewide

18   Prosecution in our Tallahassee location.

19       Q    Okay.

20       A    He must have been cross-designated on this

21   case.   It says "special assistant state attorney."

22       Q    Uh-huh.

23       A    That's how they denote his

24   cross-designation position.

25       Q    Okay.

1          (Exhibit 45 was marked for

2      identification.)

3      BY MR. WERMUTH:

4          Q    I'm going to show you Exhibit 45.   Do you

5      see this is a plea and acknowledgment of rights for

6      LaShaya Pierson -- or Pierce; do you see that?

7          A    Yes, sir.

8          Q    And it appears she is pleading no contest

9      to five counts of use of personal identification

10     information and five counts of false swearing.   Do

11     you see that?

12         A    Yes, sir.

13         Q    And then there are those two additional

14     counts of signing a petition more than once.   Do you

15     see that?

16         A    Yes.

17         Q    So this lines up with the information that

18     we previously saw in terms of the charged offenses

19     and the offenses to which she has pled?

20         A    Yes, sir, I believe so.

21         Q    Okay.   And she was facing penalties of

22     five years for each of the -- for the use of

23     personal identification information.    Do you see

24     that?

25         A    Yes.

1          Q    She was facing five years for each of the

2      false swearing counts.

3          A    Yes, sir.

4          Q    And one day less than a year for each of

5      the counts for petition signing more than once.     Do

6      you see that?

7          A    Yes, sir.

8          Q    And in this instance, she was permitted to

9      plead and receive an adjudication withheld and

10     30 months probation?

11         A    Yes.

12         Q    Do you see -- did she provide your office

13     with any information to -- as, I guess, an

14     inducement to get this sentence?

15         A    I'm not sure.    I'm sorry, I didn't read

16     the affidavit very carefully just now.

17         Q    And you don't know whether any information

18     that Ms. Pierce provided was used to charge anyone

19     else with any crimes?

20         A    I do not.    That would be something I'd

21     have to research a little bit.

22          (Exhibit 46 was marked for

23      identification.)

24     BY MR. WERMUTH:

25         Q    I'd like to show you what I'm marking as

1    Exhibit 46 to your deposition.   You see this is an

2    affidavit in support of an arrest warrant for

3    Ms. Arterria McCutcheon; do you see that?

4        A   Yes, sir.

5        Q   And she's listed as having a Florida

6    driver's license number.   Do you see that?

7        A   Yes.

8        Q   And she's listed as having a last known

9    address in Daytona Beach, Florida.   Do you see that?

10        A   Yes.

11        Q   So that's a pretty good indication that

12    she is a Florida resident, right?

13        A   Yes, sir.

14        Q   And if we go down to paragraph 6, you see

15    that -- well, actually, I should start here and say,

16    again, this is an instance where the Palm Beach

17    County Supervisor of Elections provided the

18    inspector with a list of paid petition circulators

19    who submitted initiative petitions in the names of

20    deceased individuals, right?

21        A   Yes, sir.

22        Q   And so apparently the inspector was able

23    to go identify individuals -- individual circulators

24    on that list and, according to paragraph 6,

25    Ms. McCutcheon was one of the people who had more

1      than one deceased individual for whom she had

2      submitted a petition, correct?

3          A   Yes, sir.

4          Q   And in paragraph 10, it appeared

5      Ms. McCutcheon submitted petitions for nine deceased

6      individuals, right?

7          A   Yes, sir.

8          Q   That's a pretty obvious red flag, again,

9      one that could easily be identified by the Division

10     of Elections, correct?

11             MR. STAFFORD:   Object to the form.

12         A   Yes, sir.

13     BY MR. WERMUTH:

14         Q   And in paragraph 22, you see that

15     Ms. McCutcheon also submitted six invalid petitions

16     on behalf of deceased individuals in Miami-Dade

17     County, right?

18         A   Yes, sir.

19         Q   And if we go down to paragraph 29, you see

20     in Broward County, the inspector found that she had

21     submitted petitions for five deceased individuals in

22     Broward County?

23         A   Yes, sir.

24         Q   So this is a person who had a pretty

25     obvious pattern of red flags and submitting deceased

1          individuals' petitions in multiple counties?

2          A      Yes.

3          Q      And I'd like to show you Exhibit 47, which

4     is a plea agreement for Arterria McCutcheon; do you

5     see that?

6              (Exhibit 47 was marked for

7          identification.)

8          A      Yes, sir.

9     BY MR. WERMUTH:

10         Q      And it appears she pleaded -- she entered

11    a plea agreement for only nine counts of fraudulent

12    use of personal identification for a deceased

13    individual, right?

14         A      Can you scroll down a little?   Yes.

15         Q      And the agreement identifies the minimum

16    prison sentence for that would be zero months,

17    right?

18         A      Yes, sir.

19         Q      And she was given a sentence of 40 months

20    of supervised probation.   Do you see that?

21         A      Yes.

22         Q      And she was given credit for one -- for

23    time served one day, which is presumably the day she

24    was arrested?

25         A      Yes, sir.

261

1          Q   Okay.    And this is a case, again, that was

2     brought by -- you see here Ms. Sophia Sanchez; do

3     you see that?

4          A   Yes.

5          Q   It's one of the individuals who was in

6     your office brought this case?

7          A   Yes.

8          Q   Do you know whether Ms. McCutcheon

9     provided any information that was used to charge or

10    convict anyone else?

11         A   She did provide information.   I would have

12    to do a little research on what targets that

13    information was connected to.    Sorry, I can't tell

14    you, as we sit here, that her cooperation resulted

15    in any specific charges against a defendant.

16         Q   Okay.    But Ms. McCutcheon had obviously

17    submitted quite a few more petitions of deceased

18    individuals, though, right?

19         A   Based on the allegations in the affidavit,

20    yes.

21         Q   Yes.    And she was only -- she was allowed

22    to plea to only nine of those?

23         A   Yes.

24         Q   Do you know why she was let off with such

25    a light -- what appears to be a light penalty?

202

1              MR. STAFFORD:   Object to the form.

2          You can answer.

3          A     So I assume it had to do with her

4      cooperation.   It may have also had to do with the

5      evidence and what we felt that we could prove at

6      trial.

7      BY MR. WERMUTH:

8          Q     But you're not aware of any information

9      that she provided that led to a charge or conviction

10     of anybody else?

11         A     Again, I'd have to do a little research on

12     that, look at her proffer.

13             (Exhibit 48 was marked for

14         identification.)

15     BY MR. WERMUTH:

16         Q     All right.   Last one of these.   I am

17     showing you a document entitled Affidavit for Arrest

18     Warrant.   Do you see that?

19         A     Yes.

20         Q     And it's for Kattie McCalister?

21         A     Okay.

22         Q     And this is a document that your office

23     produced, correct?

24         A     Yes.

25         Q     And you see on page 2 in the third full

263

1        paragraph, it appears the investigation began as a

2        referral from the Liberty County Supervisor of

3        Elections Office; do you see that?

4            A    Yes.

5            Q    And the Liberty County Supervisor of

6        Elections reviewed and later suspected several

7        petition forms to have discrepancies to include a

8        petition that was allegedly completed by the Liberty

9        County Supervisor of Elections himself.    Do you see

10       that?

11           A    Yes.

12           Q    So it's a pretty obvious red flag if a

13       petitioner turns in a -- if a circulator turns in a

14       petition in the name of a supervisor and the

15       supervisor didn't sign that petition, right?

16           A    Yes.

17           Q    All right.    And in the second paragraph

18       from the bottom, the inspector was able to track

19       down Ms. McCalister and interview her, correct?

20           A    Yes.

21           Q    In fact, he was able to interview her

22       twice.    Do you see that?

23           A    Yes.

24           Q    All right.    So she appears to be a

25       resident of Florida; is that fair to say?

204

1        A    I'm not sure.   Where are you seeing that?

2        Q    I mean, the fact that she was tracked down

3    by an investigator and twice interviewed.

4        A    Yeah, I would have to read it a little

5    more closely, I think.

6        Q    All right.

7        A    I'm not really familiar with this case, I

8    have to tell you.

9        Q    Is this a case that your office

10   prosecuted?

11       A    I'm not sure.   What county are we in?

12       Q    Second Judicial Circuit, Liberty County.

13       A    Yeah, I'm sorry, I'm not certain.   I saw

14   that it was in January of 2022, so that would have

15   been right around the time I came into -- or maybe

16   even a little before I came into working in this

17   position.

18       Q    Okay.

19            (Exhibit 49 was marked for

20        identification.)

21   BY MR. WERMUTH:

22       Q    I'll show you Exhibit 49.   And do you see

23   this warrant for arrest for Ms. Kattie McCalister?

24       A    Yes.

25       Q    And this is, again, a document that your

203

1          office produced, correct?

2              A   Yes.

3              Q   And it gives her last known address as

4          being in Marianna, Florida?

5              A   It does.

6              Q   So it stands to reason that that's where

7          the investigator tracked her down to do those two

8          interviews.

9              A   I couldn't tell you.

10             Q   And she appears to have been arrested for

11         five counts of criminal use of personal

12         identification information.   Do you see that?

13             A   Yes.

14             MR. STAFFORD:   Fritz, would this be a good

15         time to take a break?   We've been going for a

16         while, unless you have something else?

17             MR. WERMUTH:   This document will be pretty

18         quick, and then we can take a break after that.

19         All right?

20             MR. STAFFORD:   Sure.

21             (Exhibit 50 was marked for

22         identification.)

23         BY MR. WERMUTH:

24             Q   I'm showing you Exhibit 50.   Do you see

25         that?

266

1          A      Yes, an email from Mr. Fernandes.

2          Q      Yes, to Mr. Owen McCaul; do you see that?

3     Regarding Kattie McCalister?

4          A      Yes.

5          Q      And so Mr. Fernandes is in the Office of

6     Statewide Prosecution, correct?

7          A      He is.

8          Q      And you see that he's identifying that his

9      predecessor declined to pursue this -- pursue a case

10     against Kattie McCalister before?

11         A      That's what it looks like.

12         Q      Why didn't your -- why didn't your office

13     take the case against Kattie McCalister before; do

14     you know?

15              MR. STAFFORD:   Object to the form.

16              You can answer.

17         A      I don't know.

18     BY MR. WERMUTH:

19         Q      Actually, I gotta go back to that.

20              So it appears here that the -- that there

21     was concerns about proving the case, correct?

22         A      Can I get some more context here, what

23     we're looking at?

24         Q      It looks like an email here from Andrew

25     Shedlock to Keesha Nauss.    Do you see that?

1    A    Yes.

2    Q    Are these individuals associated with your

3    office?

4    A    Keesha Nauss is with FDLE, it looks like.

5    Q    Uh-huh.

6    A    And Andrew Shedlock, I've seen the name,

7    but I'm not sure who that is exactly.    I do

8    recognize the names Karen Murillo, Guillermo

9    Vallejo, and Shannon MacGillis.    They -- two of them

10    are previous prosecutors with our office, and

11    Guillermo still works with our office.

12    Q    Okay.   And it indicates here that they did

13    not believe this is a prosecutable case.    Do you see

14    that?

15    A    Yes, in the current form.   I could tell

16    you that Ms. Murillo did not specialize in election

17    crime.    None of these attorneys specialized in

18    election crimes.

19    Q    Okay.   But they appear to have not pursued

20    this case, at least at that time?

21    A    Yes, and this was in February of 2022.

22    Again, that may have been -- and going back to when

23    OECS was -- I think they were created right around

24    that time.

25    Q    Okay.   And why would the creation of the

1    OECS influence this in any way?

2        A    Well, to me, it just says that there was

3    not -- and because of the -- from the limited amount

4    of this email I'm able to read, what I can glean is

5    the lines of communication were not established the

6    way that they are now.   There was not a clear

7    referral process for these sort of cases.    They were

8    not prosecutors who were necessarily trained

9    specifically in providing advice to law enforcement

10   on these cases.

11          Again, I haven't been able to read the

12   whole email chain here, but that would just be my

13   intuition, is that these were early stages of our

14   office's current iteration of how we assist with

15   investigating and prosecuting these cases.

16       Q    Okay.    But you don't know that to be the

17   case, that -- it just didn't -- I mean, it sounds

18   like you're speculating as to the reasons?

19       A    I know that those prosecutors,

20   Ms. Murillo, Mr. Vallejo, and Ms. MacGillis with our

21   office, did not prosecute these sort of cases.   And

22   that's what informs my opinion.

23          Also, Keesha Nauss is not someone at FDLE

24   that is currently involved in any of these cases.

25   And I can just -- just from the text of what this

269

```
1        one page that I'm able to see of this email --

2            Q   Uh-huh.

3            A   -- I mean, they're talking about very

4        broad -- very broad questions about the statute.

5            Q   Okay.   SA Pierson went out and interviewed

6        a number of circulators who largely acknowledged

7        that the petitions were theirs.   Do you see that?

8            A   Sorry?

9            Q   It appears that they had evidence

10       indicating that circulators were acknowledging that

11       the petitions were theirs, and it sounds like they

12       were getting the justification that it's not clear

13       what the obligation on the part of the circulator is

14       to verify the information.   So it's kind of like the

15       defense we were talking about earlier, right?

16           A   Yeah, and I'm not saying that that idea

17       is -- that that's a false premise.   But that's

18       something that we've taken into account in our --

19       the way we investigate these cases in their current

20       form.

21           Q   Okay.

22           A   So you've been asking me questions like

23       "How come this person only got probation, how come

24       there are only a certain amount of charges here?"

25       That's a factor that we take into consideration when
```

1          weighing what the appropriate resolution of the case

2          is.

3              Q   Okay.

4              MR. WERMUTH:    All right.   Well, let's take

5          that five-minute break now.

6              (A recess took place from 4:17 p.m. to

7          4:28 p.m.)

8              MR. WERMUTH:    I'm going to go on, and I

9          have some -- I have like a few short modules

10         and I've -- and in order to streamline

11         things -- I know you were asking about time --

12         I'm going to end up passing the baton to

13         Mr. Hancock to ask some questions because he's

14         prepared to ask questions on a topic that I was

15         going to ask about as well, but in the interest

16         of letting him go ahead.

17             I may have some follow-up questions after

18         him, but I think it would be efficient and we'd

19         get them taken care of if I turn the

20         questioning over to him after I finish up a few

21         things here.   All right?

22             MR. STAFFORD:    I appreciate -- thanks, I

23         appreciate you guys doing that.

24             MR. WERMUTH:    All right.

25

```
 1              (Exhibit 51 was marked for
 2         identification.)
 3
 4    BY MR. WERMUTH:
 5         Q      So we left off with Kattie McCalister.
 6    And I'm going to show you one last exhibit for her.
 7    And that's her plea agreement, pleading
 8    acknowledgments of rights for Kattie McCalister; do
 9    you see that, Mr. Bridges?
10         A      Yes.   Can you hear me?
11         Q      Yes, I can hear you.   And so it appears
12    that Mr. -- Ms. McCalister was indeed prosecuted,
13    and she pled no contest to five counts of use of
14    personal information, right?
15         A      Yes.
16         Q      With an identified penalty of five years,
17    and one count of false swearing; do you see that?
18         A      Yes, sir.
19         Q      And that one also has a potential penalty
20    of five years, right?
21         A      Yes.
22         Q      And she received one day of jail credit,
23    which was presumably for the day that she was
24    arrested?
25         A      Yes.
```

212

1       Q    And adjudication was withheld, and she got

2    30 months of probation.   Do you see that?

3       A    Yes.

4       Q    Was this a case that ultimately your

5    firm -- that your office prosecuted?

6       A    I'm not sure.

7       Q    Okay.   Well, we have seen the affidavit

8    for arrest that your office produced, right, and we

9    saw the associated arrest warrant, right?

10       A    Yes, sir.

11       Q    So your office probably had some

12    connection to this prosecution.

13       A    Yes, sir.

14       Q    Now, I went through all these records

15    because, I mean, these were all of the cases, all of

16    the records -- well, these weren't all the records

17    that your office produced, but the number of

18    individuals that we've gone through here as people

19    who were charged with crimes are all individuals who

20    were identified in your files, and there aren't any

21    other individuals that I'm aware of in your

22    productions that were charged with crimes.

23          So does your office have any more files of

24    individuals who were charged with crimes that you --

25          MR. STAFFORD:   Object to -- object to the

1    form and ask -- instruct the witness not to

2    answer to the extent it involves ongoing

3    investigations.

4        A    So you're saying do we have any other --

5    other than the cases we've talked about, do we have

6    any other active filed cases or closed filed cases?

7    BY MR. WERMUTH:

8        Q    Yes.

9        A    There is a chance we do.   Like I mentioned

10    to you earlier, there's a lot of -- we've had a lot

11    of referrals, especially over the past couple of

12    years.   But I can't -- I can't think of a specific

13    named defendant at this point.

14            Like I mentioned at the beginning, part of

15    my duties are to supervise and assist the other

16    attorneys in our office who handle these sort of

17    cases.   And I do my best to try to keep my finger on

18    the pulse, but I just -- I don't necessarily know

19    each case as well as the specific prosecutor who's

20    handling it.

21        Q    All right.   But if your office didn't

22    produce records for any other individuals reflecting

23    that any other individuals were charged, is it fair

24    to assume that your office doesn't have any records

25    of anyone else charged with crimes associated with

214

1      petition gathering?

2      A   Yes.

3          MR. STAFFORD:   Same objection.

4          You can answer to the extent that it

5      doesn't involve ongoing investigations.

6      A   If there are, you know, any other filed

7      cases, I can always take a look and try to make sure

8      we're getting you everything.   But to the extent --

9      I know that there were records produced in advance

10     of today, and the instructions were for us to

11     produce cases that we could disclose that are not

12     active criminal investigations.

13     BY MR. WERMUTH:

14     Q   Okay.   And so that was the goal behind

15     your production, was to produce all the case files

16     for which charges had been filed?

17     A   Yes, sir.

18     Q   Okay.   And if -- you know, I don't think I

19     missed any, but assuming that I identified all the

20     individuals who were identified in your -- as

21     charged in your records that you produced, that's

22     it, right?

23     A   Yes.

24     Q   Okay.   And if you didn't produce some of

25     these records, it's because your office is asserting

1    privilege over those records, right?

2       A   Yes.

3       Q   All right.   Do you understand that HB 1205

4    now requires supervisors of elections to send a

5    notice to every voter who signed a validated

6    petition informing them that the petition has been

7    validated and giving them an opportunity to notify

8    the OECS by prepaid return mail if they believe they

9    did not sign the petition?

10      A   Yes.

11      Q   Okay.   Again, I want to work through how

12   that process will affect your office.

13          And I'll give you an example.    The Leon

14   County Supervisor of Elections was -- threw out an

15   assumption of potentially 25 percent return rate on

16   those notices.   And a campaign needs somewhere

17   around 800,000 validated petitions to make a

18   ballot -- to get on the ballot with the petition?

19      A   Yes.

20      Q   So if you -- if a campaign submits about

21   800,000 valid petitions and an appreciable number of

22   those are reported to the OECS, how is your office

23   going to handle that volume of reports?

24          MR. STAFFORD:   Object to the form.

25          But you can answer to the extent you can.

```
 1              A    So if I'm understanding the question

 2        correctly, you're referencing some of these previous

 3        cases from Leon County where the invalidity rate was

 4        very high and saying if each and every one of those

 5        were reported to OECS and then funneled to our

 6        office, how are we going to handle a high volume

 7        of --

 8        BY MR. WERMUTH:

 9              Q    Well, in this instance, the notices are

10        going to individuals whose petitions were validated,

11        right?

12              A    Okay.    Yes.

13              Q    Okay.    And so the petitions we were

14        talking about before I believe were all invalidated

15        petitions, right?

16              A    Yes.

17              Q    So if now individuals are, you know, for

18        whatever reason reporting that they don't remember

19        having signed a petition, and a whole bunch of

20        notices come in from voters associated with

21        validated petitions, indicating, you know, that they

22        don't recall or don't believe that they signed a

23        petition, well, how is your office going to handle

24        that volume of reports?

25              MR. STAFFORD:    Object to the form.
```

1           You can answer.

2       A   So kind of under the process that we

3   follow in our task force, as I described, there's a

4   bit of a sifting mechanism, hopefully, starting with

5   the supervisors of elections, moving to the

6   Department of State, OECS, and then on to FDLE

7   before it would get to our office.

8           So say, for example, there's a higher

9   number of reported instances of suspected fraud.    To

10  me, that's just more data points that, in my

11  experience working with OECS, that they're very

12  capable of assembling that data in a recognizable or

13  a meaningful way to allow law enforcement to open

14  investigations and to determine appropriate targets.

15          I don't -- I don't think what you're

16  asking is if there are more fraudsters out there.    I

17  think what you're asking is if there are more

18  reported instances of fraud.

19          So I think that a lot of that would fall

20  on the people in this, kind of, chain of custody of

21  these -- of this information that would have to sift

22  through it.   So that may be something that is more

23  difficult on the OECS end or the supervisor of

24  elections' end.

25          But I believe the way that we currently

1        process referrals would remain the same, that it

2        would be the same flow of information.

3        BY MR. WERMUTH:

4            Q    Okay.   And based on the case files we

5        discussed earlier, it seems like the FDLE, the

6        Florida Department of Law Enforcement, has a

7        workable process to identify and investigate

8        apparent fraud based on instances of a circulator

9        submitting suspicious petitions, right?

10           A    Yes.   Something that we didn't really

11       touch on is you gave me examples of a few supervisor

12       of elections' offices sending letters to voters

13       saying -- you know, the Palm Beach County supervisor

14       does it.   I think you may have referenced Escambia

15       County as well.

16               They send out a letter saying, hey, we've

17       got a petition, the signature appears bad -- or

18       there's information on it that appears bad; did you

19       sign this.   And they'll get a response from the

20       voters.

21               That is not uniform across the state.    Not

22       every supervisor sends out correspondence like that.

23       And I don't think there's anything that previously

24       required them to.

25               So the system that you described with FDLE

225

1       looking at, you know, these are telltale signs of

2       fraud or red flags is a -- yes, that's a method that

3       we've utilized.    But a lot of it is -- you know,

4       we're coming along after the fact and trying to

5       determine based on patterns if these invalid

6       petitions are, in fact, fraud, whereas the Palm

7       Beach County Supervisor of Elections and others that

8       communicate directly with their voters is a much

9       more concrete way of making that determination.

10          Q   Yeah, but in those instances we talked

11      about earlier today, those were instances where the

12      supervisor of elections identified a petition as

13      invalid, right?

14          A   Right.

15          Q   So a situation where there was -- the

16      petition wasn't validated, there wasn't a

17      determination that the signatures matched.

18          A   Right.

19          Q   And based on that suspicion, notices were

20      sent out to individuals and the supervisors received

21      confirmation that the voter, in fact, didn't sign

22      it.   But that was in instances of suspicious

23      petitions, right?

24          A   Yes.   The only point I'm making is those

25      are very specific SOEs that follow that practice.

1          Q     Okay.   So there's corroborating evidence

2     from both the supervisor ascertaining the

3     suspiciousness and getting independent evidence that

4     kind of leads to that next step of sending the

5     notice to the supervisor, right -- to the voter --

6          A     Yes.

7          Q     -- right?

8          A     Yes.

9          Q     But now under HB 1205, these notices are

10    going to go out to everybody whose petition was

11    validated, not to people's whose petitions were

12    invalidated.

13         A     Yes, that's my understanding of what the

14    statute says.

15         Q     So if you start getting a very large

16    number of reports that validated petitions are

17    invalid based on this notice being sent out, how's

18    your -- how is this investigative network going to

19    handle that?

20              MR. STAFFORD:   Object to the form.

21              You can answer.

22         A     I assume we'll have to hire some more

23    folks.   If you know any good attorneys, let me know.

24    BY MR. WERMUTH:

25         Q     But none of the cases we talked about

1      today involved charges based on validated petitions;

2      did they?

3          A      No, we did not file any charges based on

4      validated petitions, correct.

5          Q      And your office hasn't charged any

6      petition circulators with felonies based on petition

7      forms that were validated?

8              MR. STAFFORD:   Object to the form.

9              You can answer.

10         A      Correct.   But as we talked about, we only

11     learned about validated -- petitions that had been

12     deemed valid that were fraudulent on the back end of

13     investigations.

14     BY MR. WERMUTH:

15         Q      But you haven't brought any charges based

16     on validated petitions, right?

17         A      Correct.

18         Q      Have you brought -- I mean, we went

19     through all of the charges that your office

20     produced.   And were any of those individuals not

21     residents to your knowledge, or to your office's

22     knowledge?

23         A      So the two gentlemen who had charges in

24     Kansas, I'm not sure about their residency.      I know

25     we're throwing this term around a lot.   My

1    understanding of that term is it has to do with

2    intent.   You live somewhere and you intend to stay

3    there.

4            What our investigations have uncovered is

5    that a lot of the people involved in this industry

6    move around the country a lot.   They may establish

7    an address in Florida, but they're off to California

8    when the next cycle comes around or the next job

9    comes around to gather petitions out there.

10            The gentleman we were talking about,

11    Mr. Salazar, in his proffer stated that his friend

12    Cali was telling him that you could make $40 a

13    petition in California; you should really come out

14    there next -- for this next campaign we're doing.

15            It's -- it's -- something that I have

16    learned about this industry over the past couple of

17    years, is that the petition circulators, the

18    coordinators, they're -- the contractors involved in

19    the industry are -- live a very nomadic lifestyle.

20            So, sorry, in answer to your question, I

21    realize our arrest affidavits have a last known

22    address in Florida for most of these folks.    But I

23    could not tell you, you know, whether they were

24    living in Florida and had the intent to remain here

25    at that time.

223

1       Q    And is your office taking the position

2    that any of the individuals that we saw that were

3    charged with crimes related to petitions were

4    noncitizens?

5         MR. STAFFORD:    Object to the form.

6         You can answer.

7       A    No, sir.

8    BY MR. WERMUTH:

9       Q    I'm going to show you -- well, they've

10   been numbered out of order, but I'm going to show

11   you Exhibit 53.

12        (Exhibit 53 was marked for

13        identification.)

14   BY MR. WERMUTH:

15      Q    Now, I'm just showing this to you because

16   this is the Secretary of State's response to a first

17   request for admission in this case.

18      A    Okay.

19      Q    And what I'd like to focus on is request

20   for admission number 2.   You see where it says

21   "Admit that plaintiff FDH's political committee may

22   continue to use its current serial number 18-16

23   beyond February 1st, and that while the signatures

24   already collected by FDH will not be valid beyond

25   February the 1st, 2026, a voter who signed a

224

1           petition form for initiative 18-16 prior to

2           February 1st, 2026, will not be barred from signing

3           a petition form for initiative 18-16 after

4           February 1st, 2026, notwithstanding Florida Statute

5           104.185(1) or section (3)(a)(3) of the Florida

6           Administrative Code."

7                Do you see that?

8           A   Yes.

9           Q   And the Secretary denied that the

10          Secretary enforces section 104.851.   Do you see

11          that?

12          A   Yes.

13          Q   But they otherwise admitted that -- they

14          admitted the request for admission.

15               So in the Secretary's view, it appears

16          that somebody who signed a petition that was now

17          expired is not a bar on signing a new petition for

18          the same campaign.   Do you share that understanding

19          for your office?

20               MR. STAFFORD:   Object to the form.

21               But you can answer.

22          A   I don't know that we have been presented

23          with this question in our office.   And I don't know

24          that we have had an opportunity to analyze or

25          discuss it.

1          BY MR. WERMUTH:

2              Q    If --

3              A    104.815 is -- sub (1) -- I'm sorry, can

4          you refresh me on what --

5              Q    Sure, that's submission of multiple

6          petitions.

7              A    Okay.

8              Q    So on this instance, it would be -- you

9          know, the petitions for the period running up to the

10         2026 election will all expire, you know, after

11         February 1st if the ballot initiative is not placed

12         on the ballot.

13              But Florida Decides Healthcare plans to

14         continue in the next election cycle to continue

15         circulating its petition and would like individuals

16         who previously signed a petition during this cycle

17         to sign again in the next cycle.   Do you understand

18         that?

19              A    Yes.

20              Q    And so if the Division of Elections is

21         taking the position that that's okay with them, is

22         the Attorney General's Office going to take a

23         different position?

24              MR. STAFFORD:   Object to the form.

25              You can answer.

1          A   I think it would really just depend on the

2     specific facts and circumstances.   If that question

3     is ever even presented to us by law enforcement,

4     which I know that the adult use of personal use of

5     marijuana petition has been on the ballot a couple

6     of times now; and I assume that the same people have

7     signed those different initiatives.

8             But you're not saying can we recycle a

9      signature, right?   You're saying can the same person

10     sign on the next go around?

11     BY MR. WERMUTH:

12          Q   Yeah.   And I'm not saying, you know,

13     signing multiple petitions in the same -- in the

14     same election cycle, of course, that could be a

15     problem, I think.

16             But if the same voter signed a petition in

17     2024 and then turns around in 2027 and signed the

18     same petition again, and that's the only

19     duplication --

20          A   Yeah.

21          Q   -- that would appear to be fine to the

22     Department of State.   I'm asking you if you'd take a

23     different position for your office?

24             MR. STAFFORD:   Object to the form.

25             But you can answer.

221

```
1         A   Yeah, I -- I don't like to, you know, talk
2      about a potential future criminal case in a vacuum
3      necessarily.   It would depend on the specific facts
4      and circumstances that we were presented by law
5      enforcement, if any.
6           But, you know, we try to take a
7      commonsense rule of law approach to everything we do
8      in the enforcement of all the election laws as we go
9      along.
10     BY MR. WERMUTH:
11        Q   Okay.   Well, it appears that the
12     department -- Division of Elections or the
13     Department of State has laid out its commonsense
14     approach to this, saying that they wouldn't
15     apparently view that as being a problem.
16          Do you have any reason to believe that
17     your office would take a different position if the
18     only evidence was that the same voter signed a
19     petition in two different -- signed the same
20     petition in two different election cycles?
21          MR. STAFFORD:   Again, object to the form.
22          You can answer.
23        A   I don't think it's appropriate to really
24     take positions on future potential violations of
25     law, not knowing any of the facts or the
```

1    circumstances.    I think that's how prosecutors get

2    into trouble.

3         MR. WERMUTH:    All right.    Well, at this

4    point, I'm going to, as I indicated before when

5    we got off the break, I'm going to turn over

6    questioning to Mr. Hancock.    I believe he's

7    going to cover the topics that I would have

8    covered but maybe in more detail.

9         And so I may have some brief follow-up

10   questions.    But in order to give the other

11   parties a chance to ask questions, I'm going to

12   cede to them for now, and I may have a couple

13   of follow-ups.    Does that sound good?

14        THE WITNESS:    Yes, sir.

15        MR. WERMUTH:    Mr. Hancock, you ready to

16   go?

17        MR. HANCOCK:    Yeah, thank you, Fritz.

18        Can folks hear me all right?

19        THE WITNESS:    Yes.

20        MR. STAFFORD:    Yes.

21            CROSS EXAMINATION

22   BY MR. HANCOCK:

23    Q    Mr. Bridges, my name is Liam Hancock.    I'm

24   an attorney at Campaign Legal Center, and I

25   represent the Right to Clean Water plaintiffs in

225

1           this case.

2               A    Nice to meet you.

3               Q    I just want to go over a handful of things

4        that have already been discussed a bit today.    First

5        is the task force you mentioned.   Is there a core

6        group of folks who sit on that task force or manage

7        it?

8               A    Yes, sir.

9               Q    About how big is that group?

10              A    So within our office, there are about six,

11       seven attorneys.    FDLE, probably around the same

12       number of folks, maybe a little more, lower than a

13       dozen.   And then the Department of State, there are

14       usually two or three folks who participate on the

15       task force.  I know that --

16              Q    And are you among the six from your

17       office?

18              A    Yes.

19              Q    Do you oversee all election-related crime

20       investigations in your office?

21              A    So our office is broken up into bureaus,

22       regional bureaus.    I'm in the West Palm Beach

23       bureau, and I'm the chief of this bureau.   I

24       supervise the employees in this office.    And I was

25       asked by the last statewide prosecutor to head up

236

1      this task force.   And it's not a written in stone

2      type of -- I certainly don't get paid more for it.

3      But it's an additional responsibility that I've

4      accepted.

5            Our prosecutors who work on these cases

6      typically will involve me when they have questions

7      or are looking to resolve a case or they're looking

8      for a trial partner on a case.   I don't -- each one

9      of our prosecutors in our office has their own bar

10      card, and they sign their own charging documents and

11      their own pleadings.   So ultimately the discretion's

12      with them.

13            But I do my best to try to provide them

14      with guidance and advice and make sure that they're

15      aware of, you know, the policies that our office

16      wants to follow when enforcing these laws.

17      Q      So is it fair to say you could be brought

18      in on any election-related crime case, even if it's

19      outside your branch?

20      A      Yes.

21      Q      And I know you mentioned having worked on

22      petition-related cases for a range of petitions.      I

23      think you mentioned a gaming petition, an abortion

24      petition.   Do you recall that discussion?

25      A      Yes.

291

```
 1          Q     Have you been involved in any
 2     investigations or prosecutions around the Right to
 3     Clean Water petition?
 4          A     No.
 5          Q     We've also talked today about individuals
 6     where they're either nonresidents or there was some
 7     question about their residence.    I think five names
 8     came up, including Alexandria Tatem, Alexander
 9     Francis, Jeremy Matthews, George Andrews, and Jamie
10     Johnson.   Does that sound right?
11          A     Yes.
12          Q     Are there any other individuals you can
13     think of where they were either not a resident or
14     there was some issue or question around their
15     Florida residency?
16          A     The rest of the people that come to mind,
17     as I sit here right now, are folks with active
18     warrants or active investigations.
19          Q     In terms of the only other individuals who
20     may be out of state?
21          A     Yes.
22          Q     So of these five, who their warrants are
23     not outstanding, they were all arrested
24     successfully, right?
25          A     Yes.
```

1          Q   Did any of those five individuals fail to

2     appear for court appearance?

3          A   After their arrest?

4          Q   Yes.

5          A   I'm trying to think.   Not that I'm aware

6     of.   I know that Jeremy Matthews had an outstanding

7     warrant already out of Miami-Dade.   And I'm

8     interested to see whether Alexander Francis will

9     show back up for court when it comes time.

10          Q   But as of now, you can't recall any of

11     those individuals missing a court appearance?

12          A   Correct.

13          Q   Of the outstanding warrants related to

14     folks out of state, how many did you say you think

15     there are currently?

16          A   I didn't say.   If I had to put a number on

17     it, I would say less -- you know, six or less

18     outstanding warrants.   But I haven't -- I'm sorry, I

19     didn't really look at that in preparation for today.

20          Q   And would those outstanding warrants all

21     relate to petition-related election crimes?

22          A   Yes.

23          Q   And what's the main reason those remain

24     open?

25          A   Well, so an outstanding warrant would be

1    the judge signs the warrant, it's entered in the

2    system, and we get a -- you know, law enforcement

3    would get a notification if that person gets picked

4    up or somehow interacts with law enforcement in

5    another state.   So either that hasn't happened yet

6    or we just haven't heard about it.

7        Q   Can you tell me about how long these six

8    or so warrants have been outstanding?

9        A   No, I'm sorry.   I don't know off the top

10   of my head.

11       Q   Would it have been within the last year?

12       A   Yes, I think I can think of at least one.

13   But, again, like I said, I apologize; I didn't look

14   too closely at that issue before today.

15       Q   And in Florida, is a statute of

16   limitations tolled if a criminal defendant is

17   outside the state?

18       A   So there's a rule about that, and the

19   speedy trial rule has recently been changed by the

20   Supreme Court.   But in general, if someone is

21   outside the jurisdiction and we can show -- and they

22   want -- if they're later arrested outside of what

23   would be the normal statute of limitations and they

24   want to challenge it, then the State -- the burden

25   shifts to the State to show that we made reasonable

264

 1        efforts to ascertain their location and to bring

 2        them before the Court during the time the warrant

 3        was outstanding.   So it's a mixed question of fact

 4        and law that a Court would need to determine.

 5            Q    Under that sort of mixed question, would

 6        you expect that the statute of limitation could be

 7        tolled for any presently entered timely warrants

 8        that remain outstanding?

 9            MR. STAFFORD:    Objection to the form.

10            You can answer.

11            A    I would hope so.    Our office's general

12        practice is to ask law enforcement to run periodic

13        checks, including NCICs and background checks on

14        individuals with outstanding warrants.   We try to --

15        we tell them to set a calendar reminder and to, you

16        know, do it a few times a year so that we can later

17        report to the Court what our efforts have been in

18        the event that we have a hearing on that issue.

19        BY MR. HANCOCK:

20            Q    I'd like to show you an exhibit -- I guess

21        we'll mark this Exhibit 54.

22            (Exhibit 54 was marked for

23        identification.)

24        BY MR. HANCOCK:

25            Q    Can you see this document?

1      A    Yes.

2      Q    Do you recognize this document?

3      A    Yes.

4      Q    And what do you recognize it to be?

5      A    Our office's response to interrogatories

6    in this case.

7      Q    If I go to the fifth page, do you see that

8    signature above your name?

9      A    I do.

10      Q    And is that your signature?

11      A    It is.

12      Q    If I go to the second page, can you see

13    this first interrogatory along with the response?

14      A    Yes.

15      Q    And if you look at the third sentence of

16    that response, you see where it says, "Generally

17    speaking, criminal complaint referrals concerning

18    election-related crimes are forwarded to the Florida

19    Department of Law Enforcement and the OSP from the

20    Office of Election Crimes and Security and

21    Supervisor of Elections"?

22      A    Yes.

23      Q    Are there any other sources of referrals

24    for election-related criminal investigations beyond

25    the OECS and supervisors of elections?

1        A    Referrals to our office?

2        Q    Yes.

3        A    I believe the Attorney General's home page

4    has a link for criminal -- for civilian complaints.

5    And I believe there's a phone number for civilian

6    complaints.   Those are avenues that someone could

7    refer a complaint, whether they're a citizen or, I

8    suppose, even law enforcement or a person from

9    another state to our office, but I'm not aware of my

10   office receiving any election-related criminal

11   complaints through that avenue.

12       We also -- I mean, as I stated before, we

13   have bureaus all around the state.   We sometimes get

14   walk-in complaints from the general public.

15   Sometimes people look me up on the Florida Bar and

16   call my desk line, or send me an email.

17       But, again, I'm not aware of our office

18   receiving any criminal election-related complaints

19   through those avenues.

20       Q    Are you aware of your office receiving any

21   election-related complaints or referrals from state

22   attorneys directly?

23       A    I'm not certain.   I know that we -- what

24   we talked about earlier today -- we interact with

25   those offices regularly.   And I know down here in

1        south Florida, we've had communications with the

2        Miami-Dade state attorney's office about election

3        crimes.   We've had communications with the Palm

4        Beach County state attorney's office about election

5        crimes.

6              And I know that, for a while there, the

7        supervisors of elections would refer complaints, or

8        whatever you want to call them, to state attorney's

9        offices en masse.   They would -- I'm aware that,

10       particularly here in Palm Beach County, the

11       supervisor would email or send correspondence to the

12       state attorney's office of just lists of potential

13       targets for incidents that they felt they were

14       obligated to refer and there was not a lot getting

15       done on those.

16             So when our office formed, you know, as

17       part of forming this task force and began to focus a

18       little more specifically on election-related crimes,

19       we were met with a lot of cooperation from the local

20       supervisor of elections.   And I guess that's when I

21       learned about the referrals that were -- maybe did

22       not yield as much fruit prior to our involvement.

23        Q    Are you aware of any referrals of

24       complaints or investigations to your office from the

25       Governor's Office?

```
 1          A   For election-related crimes?

 2          Q   Yes, for election-related crimes.

 3          A   No, unless -- the only exception to that

 4     that I can think of would be the governor signed an

 5     executive order a couple years back related to the

 6     individual who attempted to assassinate President

 7     Trump while he was then a candidate for the

 8     presidency.   And he -- the governor entered an order

 9     that in addition to the federal investigation and

10     prosecution of that individual, that Florida Highway

11     Patrol, FDLE, and my office should also work to

12     investigate and prosecute him.   And, broadly

13     speaking, I think that can be considered an election

14     crime, since he was trying to assassinate a major

15     candidate.

16          Q   And earlier, you mentioned that your

17     office has not filed any petition-related charges

18     against a noncitizen, correct?

19          A   To my knowledge, that's correct, yes.

20          Q   Are there any open investigations into a

21     noncitizen for a petition-related crime?

22          A   I am aware of at least one that's a

23     spin-off investigation, only one that I'm aware of

24     right now.   And that's --

25          Q   How long --
```

1    A    -- I'm aware of it because I'm personally

2    involved in that investigation.

3    Q    How long has that investigation been open?

4    A    So, as I said, it's a spin-off, and it --

5    a spin-off, I guess you could say, opened six months

6    or less ago, but the underlying investigation has

7    been going for at least a year, potentially a little

8    more than that.

9    Q    And what would you say was the primary

10    reason why that spin-off investigation remains open?

11    A    It's been very difficult to locate the

12    target.   And it's also part of a broader

13    investigation of an organization rather than just

14    that individual.   It involves fraud on a larger

15    scale.

16    Q    Do you have an understanding as to whether

17    this criminal target is a resident of Florida?

18        MR. STAFFORD:  Object and instruct the

19    witness not to answer.   We're getting into

20    areas that are protected by the investigative

21    privilege.

22        But I'll leave that up to Mr. Bridges to

23    determine whether or not that would be -- the

24    question would lead to responses that might

25    give someone -- from which someone may be able

1        to determine the targets of the investigation.

2            A    I guess I'll just keep my answer brief.    I

3        know that that target was alleged to have been

4        living in Florida at the time the spin-off

5        investigation originated; however, I do not know

6        whether that target is currently a resident of the

7        state of Florida.

8        BY MR. HANCOCK:

9            Q    Understood.    We can stop looking at this

10       exhibit.    What is your understanding of what House

11       Bill 1205 does?

12               MR. STAFFORD:    Object to the form.

13           A    Can you be a little more specific?

14       BY MR. HANCOCK:

15           Q    So -- well, we can look at another

16       exhibit.

17               MR. HANCOCK:    I'll mark this as

18       Exhibit 55.

19               (Exhibit 55 was marked for

20           identification.)

21       BY MR. HANCOCK:

22           Q    Do you recognize this document?

23           A    Yes.

24           Q    And what do you recognize it to be?

25           A    This is my sworn declaration in this case.

1        Q    And do you see the Court-stamped date of

2    June 26th, 2025, at the top?

3        A    Yes.

4        Q    Does it sound right that you would have

5    executed this declaration on or around June 26th of

6    this year?

7        A    Yes.

8        Q    We can turn to -- hold on a second -- to

9    look at the sixth page of this.   Do you see

10    paragraph 18 of your declaration reads, "The newly

11    enacted provisions of HB 1205 will assist my office

12    in prosecuting violations of Florida's election

13    code"?

14        A    Yes.

15        Q    What do you understand the newly enacted

16    provisions of HB 1205 to do that would assist your

17    office in prosecuting election crimes?

18        A    So a couple of things.   The residency

19    requirement I think will make it much easier to

20    locate, interview, conduct surveillance, gather

21    information, gather evidence on suspects who are

22    suspected of engaging in petition fraud.

23            And then I think we talked a little bit

24    earlier about the fact that a lot of the companies

25    involved in gathering these petitions and paying

242

1    people to do it either are not located in the state

2    of Florida or do not -- have not continued to be

3    located in the state of Florida throughout the life

4    of petition campaigns.    It makes obtaining

5    employment records, obtaining employment agreements,

6    training materials, or any other records from those

7    companies more difficult when they're located out of

8    state or when they have a series of cascading layers

9    to them, such as contractors who sub out the work to

10    multiple other companies that are also located out

11    of state.

12    Q    Are there any other aspects of the newly

13    enacted provisions of House Bill 1205 that would

14    assist your office in prosecuting or investigating

15    election crimes?

16    MR. STAFFORD:  Object to the form.

17    You can answer.

18    A    I'm sure there are.  I'd have to maybe

19    reference the bill and go through the different

20    aspects of it in more detail.    But what I can tell

21    you is that in my two-and-a-half-odd years working

22    in specifically this area of criminal law, it's been

23    a source of frustration to be not only unable to

24    locate some of these folks who are turning in

25    petitions to amend the constitution, but to have a

249

1    scant amount of information on them.

2        I think one of the things HB 1205 requires

3    is more in-depth information to be provided by the

4    circulators when they sign up to become circulators.

5    There's a requirement that they actually do some

6    training, which was not there before, which is

7    something that's come up in our investigations and

8    the proffers we've taken.

9        We touched on this briefly before as well,

10    but as was noted, there have been some plea

11    agreements during the enforcement of these statutes

12    that are not as robust as one might expect;

13    certainly not as stiff or harsh a criminal penalty

14    as I would have wanted in some of the instances.

15    But because of the way petition circulating worked

16    in the state of Florida before HB 1205, because of

17    the way that people were able to just sign up to

18    become circulators with a couple of clicks of the

19    mouse on a website, it was harder to not only track

20    them down, but to put them behind the petition, to

21    put the smoking gun in a suspect's hand.

22        As Mr. Wermuth pointed out, there's that

23    available defense of, you know, "I had somebody else

24    help me gather these signatures."   And we can

25    utilize the principal theory all day, but

244

1    ultimately, what a prosecutor needs to prove beyond

2    a reasonable doubt is that this individual defendant

3    willfully and intentionally committed a fraud,

4    committed a criminal act.

5         So I think some of the things that 1205

6    does is to require there to be more of a footprint

7    for the circulators and more of a means for the

8    State to know who these people are that are

9    gathering signatures in furtherance of changing the

10   state constitution.

11   BY MR. HANCOCK:

12       Q   Given the investigations we've discussed

13   today and the plea agreements we've reviewed, what

14   about House Bill 1205 could've increased the charges

15   or altered the plea deals in any of those cases?

16       MR. STAFFORD:   Object to the form.

17       But you can answer.

18       A   So, again -- well, the new statute is

19   still rather new, and our process in law enforcement

20   is ever evolving.   But as I was saying before, I

21   think the fact that there is more of a footprint

22   created by the petitioners under the new statute,

23   that they have to take a course, they have to

24   provide more personal information, there has to

25   be -- there's a residency requirement.   We -- the

243

1          State can have some inkling of where to find people

2      or at least where to look for them.

3              I think that's a big step that'll go a

4      long way towards us in law enforcement not only

5      being able to enforce our laws, but also colleague,

6      Mr. Wermuth, was saying if there is going to be a

7      glut of referrals, if there's -- I mean, there's

8      already a lot of referrals, so sifting through that

9      information, sifting through that data when there

10     are more -- when there's more information provided

11     upfront, it's less -- it's going to be -- in my

12     estimation, it's going to be less of a guessing game

13     for law enforcement about what is invalidity, what

14     has just been marked as an invalid petition as

15     opposed to what has more indicia of fraud.

16          Q     You mentioned that obtaining records from

17     out-of-state companies is challenging for your

18     office, right?

19          A     It can be.

20          Q     Do you understand House Bill 1205 to

21     prohibit the use of out-of-state contractors?

22             MR. STAFFORD:   Object to the form.

23             You can answer.

24          A     I'd have to go back and look at it again,

25     honestly.

1     BY MR. HANCOCK:

2         Q   I guess we've mentioned, I think,

3     Grassfire as sort of a problematic entity that

4     wasn't -- it was out of state and wasn't cooperating

5     with investigations; is that right?

6         A   Yes.

7         Q   If a company like Grassfire only hires

8     petition circulators who are U.S. citizens and

9     residents to meet the eligibility criteria, they can

10    still, you know, operate in Florida consistent with

11    House Bill 1205, right?

12        MR. STAFFORD:   Object to form.

13        You can answer.

14        A   So you're saying if Grassfire is a company

15    outside the state that hires citizens and Florida

16    residents to do -- to gather petitions, they could

17    still operate under 1205?

18    BY MR. HANCOCK:

19        Q   Correct.

20        A   I think that's correct.   I mean, the

21    statute speaks for itself, but I guess what I'm

22    getting at more is, if we have out-of-state

23    companies hiring out-of-state people to change our

24    state constitution, then it makes investigating and

25    apprehending any of those people engaged in fraud

1    more difficult for law enforcement.

2        Q   When you're investigating a Florida

3    resident who's a criminal target, is it common to

4    seek records from out-of-state companies related to

5    that target?

6        A   I'm sorry, bear with me.   It's been a long

7    day.   If we're investigating -- can you run that by

8    me again?

9        Q   Yeah.   When you're investigating a

10   criminal target who is a Florida resident, how

11   common is it to seek records from an out-of-state

12   company as part of that investigation?

13       A   I'm pretty sure that at least two or three

14   of those defendants that we discussed today with

15   Mr. Wermuth, that we sought records from Grassfire.

16   Some of those defendants also worked for PCI; we

17   sought records from them.    So I think it's fairly

18   common, actually.

19           One of the --

20       Q   And if you were to pull -- sorry, go

21   ahead.

22       A   I apologize.   One of the things I'm trying

23   to do is not -- not only not talk about criminal

24   investigative information but also not get too far

25   into the weeds with law enforcement method- -- you

1    know, our method in investigating these cases.

2         But suffice to say that typical

3    investigation on almost any kind of -- probably most

4    of the investigations I'm involved in, whether it be

5    election crimes or otherwise, we subpoena companies

6    that are not necessarily based in Florida.

7         However, most of them, most of the bigger

8    companies that we subpoena do have registered agents

9    in Florida, do have a means of receiving service for

10   subpoenas in Florida.

11        Q   If you can look at the third page of this

12   declaration.   You see paragraph 11?

13        A   Yes.

14        Q   You see the third sentence that reads,

15   "Although they are required to register with the

16   State and provide an address, we have found those

17   addresses are often temporary in nature or fake"?

18        A   Yes.

19        Q   Are you aware of any specific instances in

20   which a petition circulator provided a temporary or

21   fake address when registering?

22        A   Yes.

23        Q   About how many instances have you seen

24   that?

25        A   So I'm sorry, I have kind of a recency

1    bias here, but I can think of two or three current

2    investigative targets who've done that.    I feel like

3    one of the folks who gave a proffer that we have

4    likely talked about today, when I was looking back

5    at this last week, had listed an office address as

6    their -- as their residence on their petition

7    circulator application.    And it was the office where

8    they went to go turn in their petitions.    So it

9    wasn't even -- it wasn't this person's business; it

10    was where they reported with their signed petitions.

11        I couldn't give you an exact number; I

12    apologize.    But I know that it's come up numerous

13    times in our investigations.

14        Q    I guess if, you know, if numerous

15    circulators are providing fake addresses, what is

16    the benefit of requiring that those addresses

17    indicate Florida residency?

18        MR. STAFFORD:    Object to the form.

19        You can answer.

20        A    So this -- I mean, this is a question

21    that's akin to similar questions we get

22    investigating other fraud.    For example, what --

23    you're saying what is the benefit of them being a

24    Florida resident if they're just giving fake

25    addresses anyway, right?

1       BY MR. HANCOCK:

2           Q    Right.

3           A    So if they're a Florida resident -- I

4       guess -- I'm sorry, I started going down the wrong

5       path on that answer.

6               If they're a Florida resident, they're

7       just going to be easier for our Florida law

8       enforcement to locate and investigate.   Whether it's

9       a fake address or not, there are other means and

10      methods of more easily locating Florida residents

11      than there are folks who are non-Florida residents

12      or just moving around the country.

13          Q    Similarly, if the target is a bona fide

14      Florida resident, I understand what you're saying.

15      But if these are folks who are intent on committing

16      fraud, how does requiring that their address

17      indicate Florida residency help catch them when it's

18      a common practice to include a fake address when

19      registering?

20              MR. STAFFORD:   Object to form.

21              You can answer.

22          A    I don't -- I don't have a good explanation

23      for it.   I mean, I think the purpose behind the

24      statute is stated in there in the preamble.    But I

25      think the idea -- again, the overarching idea is to

257

```
 1    protect the integrity of our constitutional

 2    amendment process.

 3    BY MR. HANCOCK:

 4        Q    If you look at the next sentence, which is

 5    the last sentence of paragraph 11, you see where it

 6    reads, "These transient petition circulators are

 7    more difficult to locate for investigation purposes,

 8    and once charged for the crime, there's less

 9    assurance they will appear in court"?

10    A    Yes.

11        Q    Are you aware that even prior to House

12    Bill 1205, petition circulators were required to

13    consent to the jurisdiction of Florida courts when

14    they registered?

15    A    That sounds like a civil aspect of

16    jurisdiction.   For people to appear in criminal

17    court, there's no -- you consent to the jurisdiction

18    of the criminal court by getting arrested.    So it's

19    a little different analysis.

20        Q    Are you aware of any criminal target or

21    defendant who refused to appear in court for a

22    petition-related investigation or prosecution?

23    A    Not off the top of my head.    What that

24    sentence in general terms is referring to is our

25    bond statute, which requires that the Court take
```

262

1    into consideration when setting a bond, when setting

2    the conditions of release pretrial, the defendant's

3    danger to the community, the defendant's ties to the

4    community, the defendant's -- you know, the

5    seriousness of the crime, and factors like that.

6         So people that don't have any ties to the

7    local community where they are arrested, that is a

8    factor that criminal courts weigh when considering

9    to raise the bond or to impose additional conditions

10   of release.

11        Q    Would you expect the Court to set a higher

12   bond or additional conditions if a criminal

13   defendant was not a Florida resident?

14        A    I would certainly move the Court to do

15   that, and I have made such motions.

16        Q    If we can look down to paragraph 14, and

17   sort of going onto the next page, you see a

18   description where a registered petition circulator

19   will solicit other unregistered folks to collect

20   things on their behalf and then the registered

21   petition circulator signs all of it?

22        A    Yes.

23        Q    And that's a scenario you're familiar with

24   from actual investigations?

25        A    Yes.

259

```
 1         Q   That was illegal prior to House Bill 1205,

 2    right?

 3         A   Yes, I believe so.

 4         Q   And in the investigations and prosecutions

 5    you've worked in, how often is the defendant paid on

 6    a per-signature basis or in proportion to the

 7    signatures that they gather?

 8         A   Seems to come up pretty often.   You know,

 9    when people are paid per signature, it apparently

10    incentivizes fraudulent behavior.

11         Q   Can you think of any investigation or

12    prosecution into someone who is -- well, let me put

13    it this way.   Are you aware that House Bill 1205 now

14    prohibits compensation in proportion to the number

15    of signatures gathered?

16         A   Yes.

17         Q   And you understand -- and I guess are you

18    aware of any investigations or prosecutions of a

19    petition circulator whose payment structure would be

20    consistent with the laws that exist today under

21    House Bill 1205?

22         A   You mean not being paid per signature but

23    being paid under some methodology that equates to

24    payment based on the number of signatures collected?

25         Q   Right.
```

254

```
 1        A   I'm sorry, the question was, am I aware of
 2    any cases where that -- where we've gathered
 3    evidence of that?
 4        Q   Sorry, let me put it another way.
 5            You know, of the payment structures you're
 6    familiar with and you've encountered in these
 7    investigations and prosecutions, are those all
 8    payment structures that would be prohibited under
 9    House Bill 1205 as it exists today?
10            MR. STAFFORD:   Objection.
11            You can answer.
12        A   So I'm sorry, I'm just trying to work
13    through what we've encountered.
14            We've definitely encountered paid per
15    signature.   We've definitely encountered people
16    being paid on an hourly basis with bonus structures
17    depending on the number of signatures gathered or
18    bonus structures depending on the number of
19    additional hours worked, as long as there were a
20    certain number of signatures gathered in those
21    additional hours.   I think that would fall under
22    that same rubric.
23            And I'm trying to think if we have had --
24    if we have charged defendants where the -- where we
25    don't have any evidence of incentives like that.
```

1       And I just -- I'm not sure.   I apologize.

2            And what I'm saying is I'm trying to think

3       if we have charged defendants who were just being

4       paid on solely an hourly basis.    And I feel like we

5       probably have, but I'm not sure.

6            Q   But as you sit here today, there isn't one

7       that comes to mind?

8            A   Correct.

9            Q   If we can turn to the last sentence of

10      paragraph 15, that reads "I am aware of several

11      petition circulator investigations that are still

12      open and pending primarily because the circulator is

13      not a Florida resident and is currently living

14      outside of our jurisdiction."

15           A   Yes.

16           Q   You know, you indicated that in June,

17      based on what we discussed earlier, it sounds like

18      there are six or less open investigations that fall

19      within this description; is that accurate?

20           A   Those are the ones that I personally can

21      kind of, you know, reference.   I don't know that I

22      could speak for every prosecutor in our office who

23      handles these cases and the exact disposition of

24      each of their investigations.

25           As I said, we have about 225 total of open

1          investigations, closed cases, filed cases, and

2          everything that I could kind of pull that's been

3          categorized as election crimes in general.   I'm sure

4          it's a smaller number for circulator-specific

5          crimes.

6                 Q    But in terms of what you're aware of as

7          you sit here today, it's only about a handful that

8          are currently open because the target is out of

9          state?

10                A    Yes, that I've been personally involved.

11                Q    If we look at the bottom of paragraph 16

12          that runs onto the next page, do you see this "I'm

13          aware of several duplicate petition signatures that

14          have been submitted on behalf of Smart & Safe"?

15                A    Yes.

16                Q    And there's a referral from Palm Beach

17          County and a referral from St. Johns County?

18                A    Yes.

19                Q    What is the status of those referrals?

20                A    They, I believe, are still with FDLE, but

21          from what I know from, I believe -- I can't remember

22          if I read this in the OECS report or somewhere else,

23          but I think there was an interaction between the

24          Department of State and Smart & Safe regarding those

25          duplicate petitions and that practice that

257

1    originated when Smart & Safe was mailing out

2    prefilled petitions to people.

3         The envelope would have a prefilled

4    petition with the person's name and information in

5    it and a place for them to sign and then a blank

6    petition.    And what the referrals are based on is it

7    appeared that people were getting confused and

8    filling out both of the petitions that were inside

9    of the envelope and sending them both in, so it

10    would be a duplicate.    But I don't know that there's

11    evidence that these individual voters intended to

12    commit a fraud by doing that.    I think it was a

13    matter of just being presented with a confusing --

14    with the petition in a confusing manner.

15         Q     And in this paragraph, you describe those

16    referrals as the only investigation you're aware of

17    involving an unpaid volunteer; is that right?

18         A     Yes, and I don't -- I don't know that

19    there are a lot of volunteer circulators out there

20    engaged in any kind of nefarious behavior, but I

21    also know that under the prior version of the

22    statute, it will be very difficult to know that

23    because they're not -- they weren't required to sign

24    up in any way or to even write their names on the

25    petitions.

1      Q   As of today, is this still the only

2      investigation you're aware of involving an unpaid

3      volunteer?

4          A   Yes.

5          Q   In terms of volunteer registration, what's

6      your understanding of the threshold a volunteer has

7      to reach before they are required to register under

8      House Bill 1205?

9          MR. STAFFORD:   Object to the form.

10     You can answer.

11         A   So I believe the statute speaks for

12     itself, but my recollection is 25 petitions.    And

13     there's an aspect of it that has to do with family

14     members as well.

15     BY MR. HANCOCK:

16         Q   Let's go ahead and look at the statute so

17     it's fresh.

18         MR. HANCOCK:   I don't believe we've looked

19     at the statute yet, so this will be Exhibit 56,

20     I believe.

21         (Exhibit 56 was marked for

22         identification.)

23     BY MR. HANCOCK:

24         Q   I'll show you the first page.   Do you

25     recognize this document?

269

1          A   Yes.

2          Q   Does it look like the enrolled version of

3     House Bill 1205?

4          A   Yes, it does.

5          Q   Let's go to page 18.   Do you see this

6     definition for a petition circulator?

7          A   Yes.

8          Q   And do you see how the new language says

9     that "the term does not include a person who

10    collects, delivers, or otherwise physically

11    possesses no more than 25 signed petition forms"?

12         A   Yes, sir.

13         Q   If somebody -- so if I were a Florida

14    resident and I collected 25 signatures for Right to

15    Clean Water's petition, I would not have to register

16    if I stopped there, correct?

17         A   I think that is correct.   Just one second.

18             So it looks like you could collect

19    25 signed petition forms in addition to those of

20    yourself and your family members based on the family

21    members that are set out in the statute.

22         Q   Gotcha.   So if I collected 25 signatures

23    for Right to Clean Water's petition, and then I also

24    collected 25 signatures on behalf of Smart & Safe's

25    petition, would I violate this statute if I failed

266

1          to register?

2                  MR. STAFFORD:   Object to the form.

3                  You can answer.

4              A   I don't know the answer to that right now.

5          I haven't been presented with that question before.

6          BY MR. HANCOCK:

7              Q   If I went with a group to collect

8          signatures at a farmer's market with a group of

9          unregistered volunteers, and we each collected only

10         25, but at the end of the day they forgot their

11         petitions and left them all in my car, would I

12         violate the statute for physically possessing more

13         than 25 signed petition forms?

14                 MR. STAFFORD:   Object to the form.

15                 You can answer.

16             A   It appears that you would.   But again, I

17         have not -- our office has not been presented with a

18         question like that.

19                 What we would typically do is examine the

20         specific facts and circumstances of each case and

21         make the best decision we could.

22         BY MR. HANCOCK:

23             Q   Earlier, you and I were discussing the

24         issue with the duplicate signatures and Smart & Safe

25         and whether it was getting confused when they saw

268

1          the two forms in the mail.    The statute that

2          criminalizes signing a petition multiple times, it's

3          only a crime if someone knowingly does that; does

4          that sound right to you?

5              A    I'd have to look at that specific section

6          of the statute, but --

7              Q    So if we go back to Exhibit 6, are you

8          seeing 104.185?   I will reshare my screen.

9              A    Yes.

10             Q    You see subsection 1 that criminalizes a

11         person that knowingly signs a petition more than one

12         time?

13             A    Yes.

14             Q    If we go back to the bill, does this

15         provision include any kind of mens rea requirements,

16         like knowingly or willfully?

17             A    So it does not include a word like

18         knowingly or willfully:    "Collects, delivers, or

19         otherwise physically possesses."

20             The mens rea of knowingly -- I think I

21         will go out on a -- not trying to go out on a limb

22         here with the statutory interpretation, but most

23         crimes are -- have an assumed aspect of knowingly.

24         So, you know, you're not going to unknowingly

25         collect or unknowingly deliver or unknowingly

1    physically possess petitions.

2        The general difference that we see in

3    criminal intent is a general intent or specific

4    intent.   And specific intent is usually denoted by

5    willfully or intentionally being included in the

6    statute, or with intent to.   Like a burglary would

7    be breaking and entering with an intent to commit a

8    crime therein.   So that's a specific intent crime.

9        This, to my eyes, looks more like a

10   general intent crime, which imputes that the person

11   who is in violation of the crime committed it

12   knowingly, meaning conscious of what they were

13   doing.

14       Q    Turning to page 24 of Exhibit 56, this is

15   the provision that -- you know, that was the

16   definition of petition circulator.    This is the

17   provision that it actually prohibits the collection

18   of -- the collection, delivery, or possession of

19   more than 25 signed petition forms.

20       A    Okay.

21       Q    Do you see any language here that would

22   impose willful or knowledge -- knowledgeable

23   violation of this statute?

24       A    (Reviewing document.)   So I don't think

25   there's a specific intent set out in -- sorry, I

265

1      know you're talking to me as the 30(b) witness here,

2      but this is my personal reading of the statute.

3           I don't see a specific intent set out in

4      4(a).   You know, they're not saying that someone

5      who's unregistered may not "collect, deliver, or

6      physically possess with intent to commit fraud."

7           It's more of a general intent crime that

8      unless you're registered, you may not collect,

9      deliver, or otherwise physically possess.

10      Q   I'll show you a new exhibit.   This will be

11      Exhibit 57.

12          (Exhibit 57 was marked for

13       identification.)

14    BY MR. HANCOCK:

15      Q   Do you recognize this?

16      A   Yes.

17      Q   And what do you recognize it to be?

18      A   This is my supplemental declaration.

19      Q   And this references folks we've already

20      discussed today, like Alexandria Tatem and Alexander

21      Francis, correct?

22      A   Yes.

23      Q   And then you see paragraph 4 references an

24      attempt to locate and interview someone suspected of

25      petition fraud?

264

```
 1          A   Yes.

 2          Q   What is the status of that investigation?

 3          A   I think since obtaining this supplement,

 4     they've gone back to that state again to attempt to

 5     locate that individual and have been unsuccessful.

 6          Q   So as far as you know, there's still been

 7     no location or contact with this criminal target?

 8          A   Correct.

 9          Q   And then this last sentence of paragraph 3

10     at the top, "Mr. Francis also noted during his

11     interview that one of the individuals he worked for

12     at the PPC was not a U.S. citizen."

13          Do you see that?

14          A   Yes.

15          Q   Was Mr. Francis working for a company --

16          A   Yes.

17          Q   -- that organizes petition circulators?

18          A   Yes.

19          Q   And so I guess to clarify, Mr. Francis was

20     not claiming that this noncitizen also worked as a

21     petition circulator, correct?

22          A   He called that person a coordinator or a

23     manager, something along those lines.  They handled

24     petitions as he turned them in.

25          Q   But your understanding is that this
```

263

```
 1      noncitizen did handle signed petitions, according to

 2      Mr. Francis?

 3          A    Yes.

 4          Q    Is that noncitizen currently under

 5      investigation for any petition-related crime?

 6          A    Yes.

 7          Q    Is that the one active open investigation

 8      of a noncitizen that we discussed earlier?

 9          A    Yes.

10          Q    I think that covers what I wanted to ask.

11              MR. HANCOCK:    Maybe we can take another

12      break and I'll check my notes and see where it

13      stands.

14              MR. STAFFORD:    Five minutes?

15              MR. HANCOCK:    Yeah, you want to come back

16      at 6:00?

17              MR. STAFFORD:    Not really.

18              THE WITNESS:    Works for me.

19              MR. HANCOCK:    All right.    Appreciate it.

20              (A recess took place from 5:57 p.m. to

21          6:02 p.m.)

22      BY MR. HANCOCK:

23          Q    Mr. Bridges, just quickly, I know you

24      mentioned that HB 1205 is kind of a new statute.

25      Are you aware of any currently pending
```

260

1      investigations into violations of the new provisions

2      in House Bill 1205?

3          A    No.    I mean, in the sense that they touch

4      on areas that were already, you know, set forth in

5      Florida Statute, we're continuing to investigate the

6      things that we previously have investigated.    But we

7      are not gearing any current investigations or

8      prosecutions to things that have been specifically

9      prohibited -- behavior or actions that have been

10     specifically prohibited by House Bill 1205 at this

11     point.

12          MR. HANCOCK:    I don't have any other

13     questions for the witness right now.

14          MR. WERMUTH:    And as I did with

15     Mr. Hancock, I'm going to pass the baton to

16     Samantha Osaki.

17          (Discussion off the record.)

18              DIRECT EXAMINATION

19     BY MS. OSAKI:

20          Q    Thank you.    And hello, Mr. Bridges.    Can

21     you hear me okay?

22          A    Yes, ma'am.

23          Q    Great.    My name is Samantha Osaki.    I'm an

24     attorney for the League plaintiffs, and I'm here

25     with Gary Stockard, also for the League plaintiffs.

1    I'll email over our appearances.

2              I know it's getting late, but I just have

3    a few short, additional questions for you today.

4              So, first of all, you're not aware of any

5    alleged petition fraud related to the League of

6    Women Voters, are you?

7         A    No.

8         Q    You're also not aware of any alleged

9    petition fraud related to the League of United Latin

10   American Citizens, also known as LULAC, right?

11             Sorry, I didn't catch that?

12        A    I am not.

13        Q    Okay.   Great.   Thank you.   Now, earlier

14   today, you were asked to discuss section 104.1052,

15   the provision on filling in missing information.

16   That was marked as Exhibit 6.   Do you recall that?

17        A    Yes.   Vaguely, it was a long time ago.

18        Q    At this point, yes.   And you were asked if

19   filling in county information would be a violation

20   of this provision; do you recall that?

21        A    Yes.

22        Q    Great.   How about assisting a disabled

23   voter with filling out missing information in the

24   petition form, someone who has great difficulty with

25   writing, for example?   Would that also be a

268

```
 1      violation of this provision?

 2              MR. STAFFORD:   Object to the form.

 3              You can answer if you know.

 4      A    I'm not sure.   I'd have to look at the

 5      provision a little more closely again.    But in terms

 6      of, you know, what our office would do with a

 7      referral like that, I realize that's a different

 8      question.   But certainly -- I guess what I'm trying

 9      to illustrate is that there may be technical

10      violations of the statute that our office would, you

11      know, take as they come, scrutinize the specific

12      facts and circumstances of the situation, and use

13      our discretion.

14      BY MS. OSAKI:

15      Q      Understood.   But that would be a violation

16      of that provision, right?

17              MR. STAFFORD:   Object to the form.

18      A    I need to look at -- back at that

19      provision a little more closely to tell you.

20      BY MS. OSAKI:

21      Q      Now, you mentioned before that you

22      reviewed the text of HB 1205 itself, correct?

23      A      Yes, I did.

24      Q      So you're aware then that Florida Statute

25      section 100.3717(a) was amended to reduce the time
```

263

```
 1        allocated to sponsors and circulators to send signed

 2        forms to supervisors of elections from 30 days down

 3        to 10 days, right?

 4            A   Yes.

 5            Q   Great.   Can you point to any specific

 6        evidence that supports the proposition that

 7        shortening the return window from 30 days to 10 days

 8        deters or detects fraud more effectively than the

 9        30-day period did?

10            MR. STAFFORD:   Object to the form.

11            A   In terms of fraud, I don't know that we

12        have encountered that specific issue in our

13        investigations.   I can tell you that we've

14        encountered evidence of petitions being destroyed.

15            But I do remember reading in the OECS

16        report that there were instances of groups holding

17        onto petitions for longer than the 30-day period,

18        and even after the petition campaign had expired.

19        BY MS. OSAKI:

20            Q   Did that have anything to do with fraud?

21            MR. STAFFORD:   Object to the form.

22            A   I don't remember exactly in what context

23        that came up.   I do not think that any of the

24        defendants that we've taken proffers from or sworn

25        statements from have noted that as a means of
```

276

1    engaging in the kind of fraudulent practice that we

2    have prosecuted -- fraudulent practices that we have

3    prosecuted.

4    BY MS. OSAKI:

5        Q    Do you have any sense for why 10 days was

6    chosen?

7        A    I do not.

8            MR. STAFFORD:   Object to form.

9            You can answer.

10    BY MS. OSAKI:

11        Q    Do you believe -- would a 10-day limit be

12    more effective or deterring or detecting fraud than,

13    say, a 15-day limit?

14            MR. STAFFORD:   Object to form.

15        A    I couldn't say.

16    BY MS. OSAKI:

17        Q    Are you aware of any empirical evidence

18    showing that forms turned in within 10 days or less

19    likely are more likely to be fraudulent than forms

20    turned in after more than 10 days?

21        A    I am not.   But since you phrase the

22    question that way, it does bring to mind this thing

23    that we talked about previously today, the fact

24    that, you know, the sponsors themselves are not

25    always the ones that are handling the petitions.

271

1    Sometimes they go through multiple layers of

2    coordinators or subcontract companies or

3    individuals.

4        And in that context, I could see how folks

5    holding onto petitions, potentially altering them or

6    destroying them, like I said, would equate to fraud.

7        Q    So you're not aware of any particular

8    instances?   You're speculating at the moment?

9        A    Like I said, I am aware of instances of

10    individuals destroying petitions, and I'm aware of

11    groups that have passed petitions along to more than

12    one individual before they get turned into the

13    supervisor of elections.   I would have to look back

14    at our affidavit -- at our arrest affidavits or even

15    into the discovery of the cases, the discovery

16    materials to give you a better idea of if, in our

17    cases that we have prosecuted, there've been

18    instances of petitions turned in with defendant

19    circulator IDs on them that have gone outside that

20    10- or 15- or 30-day window from when they were

21    allegedly signed.

22        Q    Now, a few minutes ago we talked about the

23    provision on -- that brings into the definition of

24    petition circulators folks who collect more than

25    25 signed petitions.   That was marked as Exhibit 56.

272

1        Do you remember that?

2        A   Yes.

3        Q    And can you point to any empirical

4    evidence that demonstrates that volunteers

5    possessing more than 25 petition forms are more

6    likely to be associated with fraud than those who

7    possess fewer than 25 petition forms?

8        MR. STAFFORD:   Object to form.

9        You can answer.

10       A   When you say "empirical evidence" are you

11   talking about studies or my experience with our

12   cases that we've prosecuted?

13   BY MS. OSAKI:

14       Q    Sure, we can go with either.

15       A    So, as I mentioned before, we have not

16   prosecuted any volunteer circulators, and I have not

17   looked at any studies or third-party material in

18   preparation for my deposition today.

19       Q    Okay.   Thank you.   Do you have any sense

20   of why the number 25 was chosen?

21       MR. STAFFORD:   Object to the form.

22       A   I do not.

23   BY MS. OSAKI:

24       Q    Would a person who collected, say,

25   20 petitions be less -- more or less likely to

273

1      commit fraud than a person who collected 25?

2          MR. STAFFORD:    Object to form.

3          A    I couldn't answer that.

4      BY MS. OSAKI:

5          Q    You couldn't answer that, why?

6          A    It would be speculative.

7          MS. OSAKI:    That's all for me.    Thank you

8      for your time, Mr. Bridges.

9          THE WITNESS:    Yes, ma'am.

10         MR. WERMUTH:    And I don't have any further

11     questions.

12         MR. STAFFORD:    Okay.    Can we have just

13     five minutes?    And when we come back, I may

14     have one or two.    Sorry, Jonathan.

15         Can we come back at 6:20?

16         MR. WERMUTH:    Sounds good.

17         (A recess took place from 6:13 p.m. to

18     6:19 p.m.)

19              CROSS EXAMINATION

20     BY MR. STAFFORD:

21         Q    Mr. Bridges, I only have two questions.

22     And unlike most depositions, I actually have two

23     questions.

24         The case -- when Mr. Wermuth was

25     questioning you, you talked a lot about cases that

274

1         either your office or the state attorney's office

2         investigated and prosecuted.   Do you recall that?

3             A   Yes, sir.

4             Q   Okay.    And when you were discussing those

5         cases, there was an effort made to have you confirm

6         that the individuals involved were Florida

7         residents; do you recall that?

8             A   Yes.

9             Q   Okay.    What I want to ask you is, if those

10        cases -- the facts of those cases, if they involved

11        a nonresident or a noncitizen defendant, and based

12        on your experience as a prosecutor, would those

13        cases -- would you expect those cases would be

14        more -- more or less difficult to investigate and

15        prosecute than if they involved Florida residents?

16            MR. WERMUTH:    Objection to the form.

17            A    I would expect they would have been more

18        difficult to investigate and prosecute if they were

19        nonresidents or folks with no ties to the community.

20        BY MR. STAFFORD:

21            Q   Thank you.    Last and final question.   You

22        were asked -- you were asked about the 25 limit --

23        25-petition limit for nonpaid circulators.    Would

24        that -- and you were asked the difference between

25        the 25-petition limit as opposed to a 20-petition

1           limit.

2                In that -- on that issue, would you defer

3           to the determination of the Secretary of State as to

4           the proper limit?

5                A    Yes.

6                MR. STAFFORD:    As promised, that's all I

7           have.    Anybody else have anything?

8                MR. WERMUTH:    I don't have any additional

9           questions.

10               MR. STAFFORD:    Okay.    Can we go off the

11          record?

12               We will read.    And if there's -- if

13          anybody transcribes it, we would like a copy.

14               THE STENOGRAPHER:    Is anyone ordering the

15          original?

16               MR. WERMUTH:    I'll get back to you on

17          that.

18               (Proceedings concluded at 6:22 p.m.)

19

20

21

22

23

24

25

1                          CERTIFICATE OF OATH

2

3          STATE OF FLORIDA          )

4          COUNTY OF LEON            )

5               I, the undersigned authority, certify that

6      JONATHAN BRIDGES, a 30(b)(6) witness for ATTORNEY

7      GENERAL OF THE STATE OF FLORIDA, remotely appeared

8      before me on December 15, 2025, and was duly sworn.

9

10

11               SIGNED AND SEALED on December 22, 2025.

12          IDENTIFICATION: Driver's license.

13

14

15

16                    SANDRA L. NARGIZ

                      RPR, RMR, CRR, CRC, CCR-GA

17                    snargiz@comcast.net

                      Commission #HH239213

18                    EXPIRES: APRIL 18TH, 2026

19

20

21

22

23

24

25

277

```
 1                  CERTIFICATE OF REPORTER

 2          STATE OF FLORIDA      )

 3          COUNTY OF LEON        )

 4              I, SANDRA L. NARGIZ, Registered

 5          Professional Reporter, certify that I was authorized

 6          to and did stenographically report the remote

 7          30(b)(6) deposition of ATTORNEY GENERAL OF THE STATE

 8          OF FLORIDA (Jonathan Bridges); that a review of the

 9          transcript was requested, and that the foregoing

10          transcript, pages 1 through 273, is a true record of

11          my stenographic notes.

12              I further certify that I am not a

13          relative, employee, attorney or counsel of any of

14          the parties, nor am I a relative or employee of any

15          of the parties' attorney or counsel connected with

16          the action, nor am I financially interested in the

17          action.

18              DATED on December 15, 2025.

19

20

21

22              SANDRA L. NARGIZ

                RPR, RMR, CRR, CRC, CCR-GA

23              Notary Public in Florida

                snargiz@comcast.net

24

25
```

1    December 22, 2025

2    WILLIAM HENRY STAFFORD, III, ESQUIRE

     william.stafford@myfloridalegal.com

3

4    RE:   FLORIDA DECIDES HEALTHCARE, et al vs. CORD

          BYRD, et al.

5         Case No. 4:25-cv-211-MW-MAF

          30(b)(6) Deposition of ATTORNEY GENERAL OF THE

6         STATE OF FLORIDA (Jonathan Bridges)

          on December 15, 2025

7    Dear Counsel:

8     As your client/witness did not waive reading and

9      signing, please arrange for them to read this copy

       of the transcript. The errata sheet for them to

10    fill out, date and sign is on the following page.

11     If the witness does not read and sign the transcript

       within a reasonable amount of time (or 30 days if

12    Federal), the original transcript may be

       filed with the Clerk of the Court. If the witness

13     wishes to waive his/her signature now, please advise

       by emailing me informing me that they wish to waive.

14

15    Very truly yours,

16    Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA

17    snargiz@comcast.net

18

19

20

21

22

23

24

25

1          ERRATA SHEET

2      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3      In Re:   FLORIDA DECIDES HEALTHCARE, et al vs. CORD

       BYRD, et al.

4          Case No.: 4:25-cv-211-MW-MAF

       ATTORNEY GENERAL OF THE STATE OF FLORIDA

5          (Jonathan Bridges)

       December 15, 2025

6      PAGE  LINE     CHANGE          REASON

7      _____

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     Under penalties of perjury, I declare that I have

       read the foregoing transcript of the above

20     proceeding and I hereby swear that my testimony

       therein was true at the time it was given and is now

21     true and correct, including any corrections and/or

       amendments listed above.

22     Signature of Witness:_____

23     Dated this____day of _____, 2025.

email to: snargiz@comcast.net

24

25

109/14 115/17    258/18 265/11

BY MR.         118/17 119/24 121/8 265/15 265/19

HANCOCK: [17] 128/6 132/7 132/13 266/12

228/22 234/19    133/10 135/7 139/24 MR. RITTER: [2]

234/24 240/8 240/14 141/8 142/19 144/21 127/22 127/24

240/21 244/11 246/1 147/11 148/12    MR. STAFFORD:

246/18 250/1 251/3 148/22 149/11 150/8 [105] 13/19 18/13

258/15 258/23 260/6 150/19 152/6 154/6 28/17 34/4 34/9

260/22 263/14    156/14 157/6 158/9 43/15 49/13 49/24

265/22         160/9 162/23 166/9 51/7 52/3 52/16

BY MR.         168/16 169/19 172/6 53/15 54/4 56/9 59/4

STAFFORD: [2]    172/24 173/13    64/19 67/9 68/22

273/20 274/20    173/25 176/16 177/5 69/5 73/9 73/19 74/5

BY MR.         178/8 178/21 179/14 74/21 75/16 80/24

WERMUTH: [118] 181/22 182/23 184/3 81/14 81/21 81/25

9/15 11/23 13/21    185/13 187/3 187/21 82/10 82/15 87/12

19/2 34/10 37/23    189/3 190/11 191/17 88/21 89/17 91/22

38/3 39/14 41/1    194/17 196/3 197/24 97/19 98/14 100/1

43/25 44/9 49/14    199/13 200/9 202/7 100/23 104/16

50/11 51/17 52/6    202/15 204/21    104/22 107/3 107/17

53/2 53/19 55/2    205/23 206/18 211/4 115/10 132/5 133/5

55/12 56/14 59/8    213/7 214/13 216/8 134/3 138/24 142/15

61/2 64/22 65/2    218/3 220/24 221/14 147/25 148/20 150/6

67/12 68/24 69/25 223/8 223/14 225/1 157/3 172/5 172/8

71/11 73/13 74/1    226/11 227/10    173/4 173/21 176/13

74/13 75/2 79/14    BY MS. OSAKI:    177/25 178/19

82/17 87/20 88/25 [10] 266/19 268/14 187/17 199/11 202/1

89/21 92/8 93/3    268/20 269/19 270/4 205/14 205/20

97/22 98/25 100/9 270/10 270/16    206/15 210/22

101/4 102/3 104/18 272/13 272/23 273/4 212/25 214/3 215/24

104/25 107/7 107/23 MR. HANCOCK: 216/25 220/20 221/8

        [7] 228/17 240/17 223/5 224/20 225/24

274/16 275/8 275/16 07-18-2024 [1] 6/16

MR.          MS. OSAKI: [1]      1
STAFFORD:... [30]    273/7

           THE           1 day [1] 161/4
 226/24 227/21                   1 signature [1]
228/20 234/9 239/18  STENOGRAPHER
           : [4]  9/2  9/8 81/18   131/2
240/12 242/16                  1,138 [1] 188/13
244/16 245/22      275/14
           THE   WITNESS:    1,906 [1] 72/20
246/12 249/18              10 [36] 66/20 66/24
250/20 254/10 258/9  [16]   9/7 80/15
           80/17   80/22  81/6   70/15 70/16 71/7
260/2 260/14 265/14              71/9 73/5 73/12
265/17 268/2 268/17  89/10  139/5  139/12
           139/18   169/10    73/23 74/2 74/15
269/10 269/21 270/8            74/16 74/16 74/25
270/14 272/8 272/21  169/14   169/17
           228/14   228/19    74/25 75/1 75/3 80/4
273/2 273/12 275/6            80/10 84/23 93/20
275/10         265/18   273/9
                          97/12 97/15 145/3
MR. WERMUTH: $             145/5 155/14 155/15
[43] 34/7 37/20    $10 [5] 111/7        155/18 155/25 156/2
37/25 40/24 80/16 111/12 111/17      164/10 186/3 188/2
80/19 80/23 81/3    111/21 111/21      188/9 199/4 271/20
81/9 81/15 81/24   $12,421.52 [1]     10 additional [1]
82/8 82/11 82/16    133/12         90/6
89/7 89/13 101/23 $150,000 [1] 87/5 10 counts [1] 90/5
109/9 127/23 128/3 $4,741.52 [2] 91/9 10 days [5] 269/3
139/2 139/6 139/17 91/12          269/7 270/5 270/18
139/20 144/17    $40 [1] 222/12      270/20
169/13 169/16                10 years [4] 23/8
169/18 173/9 177/1  0
                          26/14 156/24 157/8

179/10 205/17 210/4    01  [1]  5/13         16-day [1] 270/11
210/8 210/24 228/3 01-15-2025 [1] 6/19 100.371 [1] 27/10
228/15 266/14         029 [1] 102/18        100.3715 [1] 120/8
273/10 273/16         07 [2] 72/15 97/1     100.3717 [1] 268/25

1 [ ] 261/3    1/33rd Street [2]

10166 [1] 2/19    1101 [1] 2/14    168/4 168/23

102 [5] 96/17 97/10 119 [1] 3/4    135 [1] 183/14

97/12 97/17 99/17 12 [15] 4/4 71/21    1358 [1] 163/24

104.011 [14] 6/15    89/19 89/23 90/22 14 [9] 86/8 96/20

44/11 46/19 48/3    106/23 109/4 109/20 99/3 101/25 102/1

48/10 48/22 49/21 110/1 117/21 117/25 110/24 156/19

60/9 62/9 67/3 87/11 118/4 118/6 120/7 180/18 252/16

88/10 92/18 120/9 163/21    1485 [1] 5/4

104.0112 [1] 146/11 12 months [2]    14th [1] 2/14

104.0852 [1] 146/15 133/14 152/20    15 [13] 1/14 109/12

104.1052 [1] 267/14 120 [1] 97/10    109/15 117/20

104.185 [23] 6/16 1200 [1] 5/16    137/17 177/10

38/11 38/15 39/22 1205 [33] 8/7 36/18 177/12 255/10

40/15 41/6 41/25    37/12 38/18 39/6    271/20 276/8 277/18

42/19 42/22 43/9    52/2 55/6 55/19    278/6 279/5

43/20 44/5 55/15    58/19 215/3 220/9 15 minutes [1] 81/8

59/6 60/15 66/24    240/11 241/11    15-day [1] 270/13

68/2 68/6 69/1 88/5 241/16 242/13 243/2 150 [1] 133/25

122/2 224/5 261/8 243/16 244/5 244/14 151 [2] 131/1

104.1852 [1] 80/12 245/20 246/11    131/15

104.815 [1] 225/3    246/17 251/12 253/1 1515 North [1] 9/24

104.85 [1] 62/9    253/13 253/21 254/9 155 [1] 169/24

104.851 [1] 224/10 258/8 259/3 265/24 156 [1] 159/15

10788 [1] 2/8    266/2 266/10 268/22 15th [3] 71/15

10:00 [2] 1/15 9/1 1212 [1] 188/12    123/17 129/17

10th [1] 83/5    123 [1] 5/10    16 [14] 118/15

11 [12] 27/12 62/1 126 [1] 183/8    118/18 119/7 123/10

79/11 79/12 79/16 12:12 [1] 81/19    143/21 143/24 144/1

80/9 82/20 85/12    12:46 [1] 81/20    144/7 145/5 159/12

180/9 190/5 248/12 13 [5] 72/17 92/23 223/22 224/1 224/3

93/1 93/21 166/14 256/11

1    96/20 97/14 99/21 2026 [3] 225/25

162 petitions [1]    123/19    224/2 224/4 225/10

159/12    20 counts [2] 79/2 276/18

17 [7] 38/10 87/3    82/25    2027 [1] 226/17

119/22 119/25    20 petitions [1]    2031 [1] 5/4

155/19 155/20    272/25    21 [2] 141/5 141/6

155/21    20-petition [1]    21-16 [1] 159/12

1715 [1] 4/19    274/25    212.294.2656 [1]

18 [7] 104/6 121/6 200 [3] 2/19 3/22    2/20

121/10 136/11    174/19    214 [1] 3/22

146/20 241/10 259/5 20005 [1] 2/14    21st [3] 106/21

18 months [4] 91/2 2020 [1] 108/16    108/15 108/16

91/19 92/5 93/10    2022 [7] 38/6 38/14 22 [7] 106/20

18-16 [3] 223/22    38/25 124/18 134/19 144/19 144/22

224/1 224/3    204/14 207/21    146/19 199/14

18-months [1] 91/3 2022-73 [2] 6/14    276/11 278/1

183 [1] 145/17    38/7    225 [2] 181/17

184 [1] 183/13    2023 [10] 46/22    255/25

18th [2] 70/7 276/18 64/2 83/5 83/6 86/11 22nd [4] 126/20

19 [6] 127/2 128/22 123/17 126/21    128/10 129/10

129/6 130/21 132/11 129/17 141/10 159/1 129/17

132/14    2024 [11] 6/18    23 [4] 124/12

1st [6] 4/4 223/23    46/22 70/7 104/8    125/12 147/8 147/9

223/25 224/2 224/4 106/21 108/15    23-07 [2] 72/15 97/1

225/11    108/16 121/21    2305 [1] 26/2

    122/25 134/17    239.344.1168 [1]

2    226/17    4/20

2 days [1] 186/10 2025 [13] 1/14 6/19 24 [4] 125/16 149/9

2,064 [1] 145/25    55/16 71/15 94/7    149/12 262/14

2,438 [1] 174/19    241/2 276/8 276/11 24 months [1] 167/1

20 [10] 31/6 78/17 277/18 278/1 278/6 24th [1] 124/18

80/4 87/5 90/18 93/6 279/5 279/23    25 [16] 2/4 152/3

25th [1] 122/23    32201 [1] 5/17

25... [14] 152/4   2:18 [1] 139/22    32301 [1] 3/4

258/12 259/11    2:25 [2] 139/7    32302-2788 [1] 2/9

259/14 259/22    139/23    32399 [2] 3/9 3/15

259/24 260/10    2nd [1] 55/16    32601 [1] 4/4

260/13 262/19 272/5 3    32720 [1] 5/10

272/7 272/20 273/1 3,712 [1] 163/22    32746 [1] 5/5

274/22    32801 [1] 3/22

3,980 [1] 145/25    32802 [1] 2/4

25 percent [1]    30 [13] 1/11 6/3

215/15    33 [2] 173/10

9/10 11/13 103/14 173/11

25 signed [2]    162/21 162/25 168/3 3340 [1] 9/25

259/19 271/25    263/1 276/6 277/7 33401 [1] 10/2

25-petition [2]    278/5 278/11

274/23 274/25    33602 [1] 4/14

30 days [2] 269/2 33756 [1] 4/9

25.8 [2] 68/12 69/17 269/7

25.8 months [2]    33905 [1] 4/19

30 minutes [2]    34 [5] 145/19 146/9

68/16 70/18    81/12 81/16

25th [1] 104/7    146/13 177/2 177/3

30 months [2]    35 [2] 179/11

26 [4] 64/2 154/4    197/10 212/2

154/8 183/15    179/12

30-day [3] 269/9    35 years [1] 160/18

26th [2] 241/2 241/5 269/17 271/20

27 [2] 156/11    352.374.5218 [1]

30th [1] 86/11    4/5

156/12    31 [2] 166/6 166/7 36 [2] 181/20

273 [1] 277/10    31 validated [1]

2788 [1] 2/9    181/23

138/9    36 months [2] 161/3

27th [1] 4/14    315 [1] 4/9

28 [2] 158/5 158/7 32 [4] 103/20    186/11

28-point – on [1]                    360 days [2] 91/15

143/24 168/13          93/13

68/12          168/14

29 [4] 72/3 160/6                    37 [2] 182/21

321.363.1634 [1]     182/24

160/7 199/19          5/5          38 [4] 145/11 184/1

3          46 months [2]    265/12

38... [2] 184/4 186/7 133/15 152/19      5:57 [1] 265/20

386.736.5950 [1]    49 [2] 204/19      5th [1] 83/6

5/11            204/22          6

39 [2] 185/11      4:17 [1] 210/6

               4:25-cv-211-MW-M    601 [1] 4/14

185/14                      603 [1] 169/24

39 petitions [1]    AF [3]   1/3 278/5

               279/4        65 years [1] 166/19

145/12                  65792 [1] 118/25

3PVRO [1] 151/13    4:28 [1] 210/7

                       692 [1] 102/19

4          5           6:00 [1] 265/16

40 [3] 187/1 187/4 5 minutes [1] 80/21 6:02 p.m [1] 265/21

193/6          5-minute [1] 139/3 6:13 [1] 273/17

40 months [1]      50 [4] 51/12 51/21 6:19 [1] 273/18

200/19        205/21 205/24    6:20 [1] 273/15

400 [1] 2/14    50 people [1] 51/14 6:22 [2] 1/15 275/18

407.422.2472 [1]    50 percent [2]    6th [2] 65/20 121/21

2/5          146/4 170/2    7

407.985.2222 [1]    500 [2] 3/4 3/8

               51 [1]   211/1    709 [1] 183/9

3/23                    719 [1] 163/22

41 [2] 189/1 189/4  52 [1]   8/4

               53 [2]   223/11    727.464.3354 [1]

42 [2] 190/9 190/12              4/10

43 [2] 191/15      223/12

               54 [2]   234/21    73 [2] 6/14 38/7

191/18                74 [1] 188/13

44 [2] 194/15        234/22

               55 [2]   240/18    758 [1] 169/22

194/18                777.011 [1] 42/10

45 [2] 196/1 196/4    240/19

454 [1] 163/25    56 [7] 99/5 99/14   8

46 [3] 75/8 197/22 101/15 258/19      800 [1] 5/16

198/1            208/21 202/14    800,000 [2] 215/17

47 [2] 200/3 200/6 271/25                215/21

48 [1] 202/13    57 [2] 263/11    813.272.5670 [1]

2/15              55/21 44/5 45/21

813.272.5670... [1] 92 [2] 99/11 99/14    46/20 47/22 51/10

 4/15           964 [1] 72/21      51/14 52/21 53/3

815.568 [1] 170/17 A            56/18 57/22 58/3

817 [8] 42/4 43/24 a.m [2] 1/15 9/1     58/20 60/1 60/14

 44/3 44/5 48/16              62/12 62/18 70/13

           abetted [1] 43/3    75/19 80/25 81/12

 62/10 87/23 120/10 ability [2] 32/2

817.566 [1] 50/15            81/16 81/22 83/17

           165/10

817.568 [17] 6/14 able [32] 11/8 15/8 84/12 88/24 95/17

 36/6 41/9 43/13              106/10 110/8 110/22

           16/13 27/7 35/5 38/4 113/4 114/19 115/25

 49/12 49/22 59/23 41/20 41/21 52/15

 60/2 66/17 67/14            116/12 123/21 124/2

           53/8 53/12 56/18    125/23 126/3 127/19

 68/7 79/22 80/5    97/4 105/3 105/4

 87/24 88/1 107/9            129/10 133/20

           115/23 135/3 142/12 134/13 134/13

 194/23          155/3 170/24 176/11 134/25 135/25

835 [1] 183/8      189/20 193/2 198/22 138/25 153/21

850.245.6511 [1]    203/18 203/21 208/4 165/13 171/24 172/9

 3/9          208/11 209/1 239/25 181/13 188/7 192/17

850.408.4840 [1]    243/17 245/5

 2/9                    206/21 209/3 209/4

           abortion [8] 26/5    209/15 210/11

850.414.3785 [1]    72/20 96/18 111/6 210/15 213/5 215/20

 3/16          111/7 131/3 138/9 216/14 219/11

850.508.7775 [1]    230/23

 3/5                    220/25 221/10

           about [118] 9/5    221/11 221/24

9              13/1 13/18 14/6    222/10 222/16 227/2

90 [1] 103/5      14/20 16/13 19/4    229/9 229/10 231/5

900 [1] 9/24      19/4 21/20 22/22    231/7 233/6 233/7

904 [1] 164/1      23/3 28/9 29/14    233/18 236/24 237/2

904.596.0900 [1]    29/16 29/18 30/16    237/4 237/21 241/24

5/17    30/24 34/3 34/14    244/14 245/13

918.576.4318 [1]    34/23 35/2 35/7 37/5    247/23 248/23 249/4

A    acknowledgment [4] 117/14  131/20 145/1

about... [8] 255/25 7/12 7/19 181/24      154/25 198/15

256/7 267/22 270/23 196/5        206/19 243/5 247/18

271/22 272/11    acknowledgments 262/17 273/22

273/25 274/22      [1] 211/8        add [2] 42/19 95/14

above [4] 69/13    across [4] 72/20    added [4] 55/19

235/8 279/19 279/21 136/6 175/7 218/21 55/22 59/2 92/21

absolute [1] 112/12 act [2] 172/25 244/4 adding [1] 49/11

abuse [1] 131/21    acted [1] 43/3    addition [2] 238/9

accept [2] 106/15 action [6] 27/18        259/19

114/11        27/23 28/2 28/16    additional [36]

accepted [3] 70/21 277/16 277/17        42/13 42/18 42/22

183/9 230/4      actions [2] 62/8    43/11 49/11 55/4

access [2] 30/10    266/9          57/21 66/19 66/24

180/22        active [17] 15/1    74/17 75/8 77/23

acclimated [2]      15/9 16/5 17/14    79/6 80/3 88/3 90/6

12/24 24/21      17/15 17/18 18/15 92/18 92/22 98/10

according [7] 114/1 21/1 21/1 53/17      98/12 99/5 99/11

114/18 125/5 130/20 116/5 172/14 213/6 101/14 110/10 138/9

194/6 198/24 265/1 214/12 231/17        144/1 177/23 195/2

account [2] 146/23 231/18 265/7        196/13 230/3 252/9

209/18        actively [1] 24/20    252/12 254/19

accurate [3] 66/9 activities [1] 17/5    254/21 267/3 275/8

116/13 255/19      activity [4] 54/15 address [43] 9/23

accurately [1] 51/2 54/17 126/12 186/25 19/22 57/11 59/1

accused [3] 40/13 actual [2] 72/18      65/23 86/20 95/6

40/16 120/25      252/24          96/1 96/5 96/11

acknowledged [2] actually [23] 14/1 104/13 122/11

125/13 209/6      21/20 24/3 32/15      122/23 122/24

acknowledging [3] 34/24 50/21 80/4      140/11 140/15

90/23 90/24 209/10 94/25 96/4 96/15      140/16 140/21

97/10 102/13 109/10 140/24 149/24 150/2

A    46/16 46/18 78/2    136/20 151/19

address... [22]    78/4 106/2 108/1    135/13 136/12 140/2

154/12 154/17    143/4 143/9 180/21 148/3 149/13 150/1

158/19 163/8 168/2 224/13 224/14    150/15 151/15 154/8

168/4 168/24 180/1 admonish [1]    158/10 163/1 168/17

184/12 187/12 192/6 130/11    173/14 179/15 184/5

192/13 198/9 205/3 Adrian [1] 189/22 186/7 187/5 191/22

222/7 222/22 248/16 adult [3] 26/4 26/6 192/18 192/25

248/21 249/5 250/9 226/4    197/16 198/2 201/19

250/16 250/18    advance [1] 214/9 202/17 212/7 271/14

addresses [5]    advantageous [1]    affidavits [3]

171/15 248/17    69/18    171/15 222/21

249/15 249/16    advice [4] 25/18    271/14

249/25    30/25 208/9 230/14 affirm [2] 9/4 72/25

adjudging [1]    advise [1] 278/13 affirmation [1]

190/13    advised [3] 124/3    88/11

adjudicated [4]    136/14 176/20    affirmed [1] 9/12

91/6 93/14 110/1    affairs [1] 13/7    affirms [1] 45/8

186/10    affect [1] 215/12    after [26] 19/21

adjudication [5]    affects [1] 54/21    45/24 47/13 57/14

7/16 152/16 190/13 affiant [4] 123/3    59/3 77/3 77/23 78/7

197/9 212/1    126/20 175/16    108/22 115/18

Administrative [1] 180/19    124/12 129/10 159/4

224/6    affidavit [58] 6/19 159/8 159/8 170/8

admission [4] 8/5    7/5 7/6 7/8 7/9 7/10 177/23 205/18

223/17 223/20    7/10 7/12 7/14 7/15 210/17 210/20 219/4

224/14    7/17 7/20 7/21 79/17 224/3 225/10 232/3

Admit [1] 223/21    82/21 87/17 88/24 269/18 270/20

admits [2] 77/25    90/1 90/1 92/14 96/7 afternoon [1]

78/1    98/6 98/7 106/22    139/10

admitted [12] 45/15 107/14 108/20 110/7 AG's [2] 5/21 13/12

122/8 127/12 129/15 again [55] 32/21

A                    178/24 185/15    alachuacounty.us

again... [54] 40/25 194/12 201/15        [1] 4/6

41/18 47/19 58/5    206/10 206/13    alerted [2] 16/6

74/7 74/10 74/25    238/18            96/15

78/16 84/10 93/8    agency [2] 82/5    Alex [8] 7/10 167/4

93/20 93/20 98/16 100/17              167/7 168/7 168/18

107/19 110/8 123/5 agent [4] 66/3 70/22 169/21 171/5 171/13

127/6 129/23 129/24 102/14 102/22      Alexander [9] 17/7

130/2 136/11 137/16 agents [1] 248/8    17/22 18/11 19/6

146/19 153/18 156/6 ago [6] 34/23 58/16 20/3 53/4 231/8

163/12 168/1 169/4 186/17 239/6 267/17 232/8 263/20

174/24 176/7 181/5 271/22            Alexandria [7] 17/2

188/23 195/5 195/9 agreed [1] 153/13 18/11 19/5 19/6 53/4

198/16 199/8 201/1 agreeing [1] 135/5 231/8 263/20

202/11 204/25      agreement [15] 7/8 all [172] 2/1 10/11

207/22 208/11      7/9 7/21 8/3 46/11 11/7 11/18 11/20

215/11 225/17      93/15 94/8 160/10 12/2 12/6 21/19

226/18 227/21      161/23 166/10    22/21 24/20 24/22

233/13 236/17      166/13 200/4 200/11 25/25 27/5 29/15

244/18 245/24 247/8 200/15 211/7      34/7 36/4 36/4 36/9

250/25 260/16 264/4 agreements [4] 94/6 36/20 37/1 37/4

268/5              242/5 243/11 244/13 37/14 38/9 39/19

against [29] 15/13 ahead [3] 210/16    41/2 46/13 51/24

77/17 79/7 92/19    247/21 258/16    54/19 55/5 57/8

96/25 98/9 101/17 aided [1] 43/2      61/18 62/16 65/3

109/24 132/24 135/9 AIG [1] 91/5      65/11 69/13 69/21

136/22 137/6 137/10 akin [1] 249/21    70/4 71/2 71/25 72/7

137/13 137/21      al [7] 1/5 1/8 6/17  72/8 72/13 72/15

138/18 147/13      278/4 278/4 279/3 73/7 75/4 78/20 79/1

154/10 156/15 157/9 279/3              79/24 80/14 81/9

161/25 177/23      ALACHUA [2] 4/2 82/10 82/11 82/18

4/3                82/24 83/8 84/10

A    202/16 203/17    already [13] 16/22

all... [116] 85/10    203/24 204/6 205/19 47/14 50/21 53/21

85/18 86/2 86/8 87/2 210/4 210/21 210/24 99/10 100/21 134/7

88/8 89/11 90/14    212/14 212/15    223/24 229/4 232/7

91/8 91/21 92/12    212/15 212/16    245/8 263/19 266/4

94/5 94/22 96/20    212/19 213/21    also [49] 5/20 17/6

96/24 96/25 99/16 214/15 214/19 215/3 17/17 17/20 18/21

99/17 99/21 101/23 216/14 221/19    22/1 22/5 22/9 33/4

102/12 102/16    225/10 227/8 228/3 42/18 46/6 52/24

103/13 106/20 107/1 228/18 229/19    58/18 67/2 74/18

109/9 110/18 110/21 231/23 232/20    80/5 83/19 85/13

110/23 112/21 113/6 236/13 243/25    88/14 94/22 112/21

113/17 117/25    252/21 254/7 260/11 117/5 120/16 146/13

117/25 118/4 118/13 265/19 267/4 273/7 153/5 153/12 163/7

119/14 122/21 123/8 275/6    164/19 180/15

124/11 125/9 126/6 allegations [2]    199/15 202/4 208/23

126/18 127/21    102/25 201/19    211/19 231/5 236/12

135/22 136/13 137/4 alleged [3] 240/3    238/11 239/12

137/15 137/20    267/5 267/8    242/10 245/5 247/16

139/13 139/16    allegedly [4] 151/4 247/24 257/21

139/21 140/8 140/25 193/6 203/8 271/21 259/23 264/10

141/17 143/4 143/13 allocated [1] 269/1 264/20 266/25 267/8

143/19 144/5 144/7 allow [2] 28/22    267/10 267/25

145/11 145/17    217/13    altered [1] 244/15

145/22 145/22 147/4 allowed [1] 201/21 altering [1] 271/5

149/3 152/2 153/4 almost [1] 248/3    although [3] 78/18

154/7 158/25 163/12 alone [3] 57/10    139/18 248/15

164/13 166/24    143/11 163/24    always [7] 15/19

168/12 169/20 171/9 along [8] 29/2    32/11 100/6 113/3

174/11 175/11    132/22 165/6 219/4 115/13 214/7 270/25

175/15 181/1 190/6 227/9 235/13 264/23 am [21] 12/5 33/21

271/11    36/12 36/20 40/12

A     among [3] 121/12 56/5 56/8 67/15

am... [16] 49/9 61/3 188/19 229/16     80/10 85/15 90/6

65/10 140/6 154/7 amount [6] 63/3     107/10 112/21

177/1 202/16 238/22 171/19 208/3 209/24 121/25 127/21

254/1 255/10 267/12 243/1 278/11     131/23 146/14

270/21 271/9 277/12 analysis [1] 251/19 150/13 160/3 161/9

277/14 277/16     analyze [1] 224/24 164/17 167/22 175/4

Amanda [1] 186/17 Andres [6] 6/22     175/8 177/12 177/12

amend [2] 58/15     6/22 58/11 102/5     178/4 183/22 194/24

242/25     106/22 110/24     195/9 233/5 236/9

amended [5] 6/21 Andrew [7] 6/24     240/15 254/4 265/11

39/1 60/19 93/4     61/10 70/14 121/12 answer [94] 10/16

268/25     121/18 206/24 207/6 11/3 11/4 13/20

amending [2] 93/4 Andrews [30] 61/20 15/16 16/22 18/14

135/1     61/23 61/24 62/4     18/17 28/18 29/11

amendment [6]     63/17 65/8 65/25     43/1 43/16 49/25

41/24 45/9 131/3     66/16 68/16 69/8     51/8 52/18 52/20

141/12 183/5 251/2 69/9 70/15 70/21     53/16 54/5 56/10

amendments [1]     71/21 72/1 72/4     58/15 59/5 59/24

279/21     72/19 75/19 75/20 60/8 64/20 67/10

American [1]     78/14 79/7 85/3 85/6 68/23 69/6 69/11

267/10     85/13 85/20 85/24 73/10 74/6 74/22

Amirally [19] 7/8     86/6 86/11 96/3     75/17 77/11 87/13

7/8 47/1 47/13 47/23 231/9     88/22 91/23 97/20

76/20 77/13 136/2 annual [4] 6/18     98/15 99/19 100/2

136/23 137/3 158/11 22/6 71/4 71/14     100/24 104/17 107/4

158/22 159/6 159/11 another [48] 19/1     107/18 115/11

160/1 160/11 161/20 27/6 36/13 36/22     115/22 132/6 133/6

162/1 162/18     37/24 38/19 40/13 134/4 142/16 148/1

Amirally's [2]     40/16 42/2 43/6     148/21 157/4 172/8

159/18 161/18     43/21 44/4 45/3 45/4 173/5 173/22 176/14

     45/7 48/1 48/8 55/20 178/1 178/20 187/18

A  101/16 101/18  253/1 255/16 254/2

answer... [34] 202/2  106/15 110/13     254/25 257/20
206/16 213/2 214/4  114/11 124/25     257/24 261/15
215/25 217/1 220/21  135/11 137/5 137/9  262/21 265/5 265/25
221/9 222/20 223/6  137/12 138/17     266/7 266/12 267/4
224/21 225/25    140/17 144/10 149/5  267/8 269/5 269/23
226/25 227/22    150/13 151/13     270/5 270/17 271/7
234/10 239/19 240/2  153/14 153/23     272/3 272/16 272/17
242/17 244/17    157/17 157/18     272/19 273/10 275/8
245/23 246/13    157/21 161/24 162/6  277/13 277/14
249/19 250/5 250/21  167/14 167/19     279/21
254/11 258/10 260/3  169/11 171/4 171/10  anybody [6] 18/11
260/4 260/15 268/3  172/20 174/6 174/9  139/1 162/17 202/10
270/9 272/9 273/3  178/13 179/3 179/8  275/7 275/13
273/5        181/2 188/6 192/14  anyone [20] 23/15
Antonio [3] 6/15  194/8 197/13 197/17  77/17 115/14 116/7
39/16 39/20     197/19 201/9 201/15  135/9 153/15 153/17
any [155] 12/18  202/8 208/1 208/24  154/1 161/25 167/15
13/25 14/1 14/20  212/20 212/23 213/4  171/12 178/12
14/25 15/9 15/17  213/6 213/22 213/23  182/15 182/19
16/2 16/18 18/15  213/24 214/6 214/19  194/11 194/12
21/23 22/15 22/18  220/23 221/3 221/5  197/18 201/10
23/6 23/10 23/23  221/15 221/20 223/2  213/25 275/14
24/9 24/20 26/9 27/2  227/5 227/16 227/25  anything [6] 133/20
28/3 28/9 33/5 33/17  230/18 231/1 231/12  139/9 144/11 218/23
34/3 38/20 45/16  232/1 232/10 234/7  269/20 275/7
46/21 53/22 54/20  235/23 236/10     anyway [2] 147/6
55/21 55/22 75/20  236/18 236/20     249/25
77/8 77/13 77/16  237/23 238/17     Apalachee [1]
78/12 78/14 79/6  238/20 242/6 242/12  190/23
88/14 92/20 98/1  244/15 246/25 248/3  apartment [2]
        248/19 251/20 252/6  187/12 192/7

A                192/10 207/19        146/22 146/8 147/5

apologies [1] 89/13 226/21 232/2 251/9 147/14 147/19

apologize [18]       251/16 251/21        149/20 150/3 150/5

13/13 14/18 18/25 appearance [2]        150/7 151/17 152/11

25/25 54/23 58/3    232/2 232/11        157/1 158/22 161/8

76/21 94/10 113/22 appearances [5]      163/10 163/11

135/24 161/16        1/25 2/23 3/25 4/22 166/18 169/1 173/20

162/14 181/18       267/1               177/16 183/21

182/12 233/13     appeared [10]       184/15 184/17

247/22 249/12 255/1 97/11 125/20 145/14 184/18 186/6 186/9

Apopka [2] 149/23 169/22 175/23 176/2 186/15 187/8 187/15

149/24          194/5 199/4 257/7 187/19 189/8 190/5

apparent [5] 83/18 276/7              190/17 191/21

84/20 124/8 193/17 appearing [1] 2/1    192/12 195/5 196/8

218/8           appears [98] 50/22 200/10 201/25 203/1

apparently [32]      64/21 65/6 65/18    203/24 205/10

64/14 76/6 86/25    65/23 66/4 66/7     206/20 209/9 211/11

105/19 107/13 110/6 66/10 66/15 66/25 218/17 218/18

114/25 121/2 123/11 67/25 70/8 70/21    224/15 227/11

123/25 124/7 124/21 72/23 78/9 79/25    260/16

125/13 127/13       83/21 86/18 86/24 application [2]

128/15 130/9 131/9 89/2 89/24 91/18     19/23 249/7

132/1 132/22 133/18 92/11 95/1 97/25    applies [1] 107/9

140/10 142/12       105/2 105/18 109/23 appreciable [1]

143/10 145/11 147/1 119/13 122/15        215/21

160/13 176/19       122/18 123/5 123/22 appreciate [3]

187/16 187/23       124/9 124/10 125/16 210/22 210/23

198/22 227/15 253/9 126/1 126/5 126/10 265/19

appear [14] 97/15 129/4 129/10 131/7 apprehending [1]

101/21 142/1 145/20 131/18 133/21        246/25

154/15 182/8 183/18 140/20 141/21      approach [2] 227/7

              142/25 143/18       227/14

A    74/25 75/24 77/5    244/8 245/10 246/8

approached [1]        80/15 84/18 87/18    248/6 248/15 248/17
73/6                89/9 92/21 95/22    248/19 249/15 250/9
appropriate [4]        97/4 101/20 103/7    250/11 250/11
148/25 210/1 217/14    107/1 110/1 112/6    250/15 250/15 251/6
227/23                113/12 115/13        251/11 251/20 252/7
approval [1] 98/5    116/18 127/14 130/8    253/9 253/13 253/17
approve [1] 107/22 134/20 135/3 138/21    254/7 255/11 255/18
approved [1] 98/6 140/5 142/17 148/7    255/20 256/8 256/20
approximately [5] 148/17 150/14        257/6 257/19 258/7
81/4 96/17 103/4    153/25 164/22        259/21 261/7 261/23
123/13 193/6        166/24 169/1 170/3    265/25 266/7 267/6
APRIL [1] 276/18 174/25 175/11        270/17 270/19
are [185] 9/18 10/22 183/17 188/23 191/2 270/24 270/25 272/5
11/8 12/2 12/3 13/2 193/17 195/2 196/13 272/10
14/3 14/11 15/18    204/1 204/11 207/2 area [6] 13/7 25/5
16/25 17/13 17/14 207/10 208/6 209/24 31/21 142/13 142/22
17/15 19/8 19/12    212/19 213/15 214/6 242/22
24/1 24/2 24/9 25/8 214/11 215/22 216/6 areas [2] 239/20
25/24 26/2 26/6 27/7 216/9 216/17 217/16 266/4
28/20 28/24 29/2    217/17 219/1 219/6 aren't [2] 151/9
30/4 30/19 32/6 33/8 219/25 220/9 220/16 212/20
35/5 35/13 35/21    222/19 229/10        argued [1] 57/19
36/11 38/4 38/11    229/13 229/16 230/7 around [15] 204/15
41/2 44/21 45/20    231/12 231/17        207/23 215/17
47/15 47/17 47/18 231/22 232/15        221/25 222/6 222/8
48/20 49/6 52/25    235/18 235/23 236/6 222/9 226/10 226/17
53/1 53/21 54/1 54/7 236/20 237/23        229/11 231/2 231/14
54/8 54/9 54/14    238/20 239/20        236/13 241/5 250/12
58/11 58/24 59/6    241/21 242/1 242/10 arrange [1] 278/9
62/8 66/23 72/10    242/12 242/18        arrest [67] 6/19 7/4
                242/24 243/12 244/8 7/5 7/8 7/9 7/10 7/10

A v

arrest... [60] 7/12
7/14 7/15 7/17 7/20
7/21 7/22 18/5 19/16 7/21 198/3 200/4
19/18 20/13 21/15
45/24 47/20 52/23 9/13 9/20 11/18
53/12 79/17 82/21 11/21 12/3 12/7
87/17 90/1 92/15
98/6 106/22 107/22 15/15 15/16 15/16
108/20 108/22 109/3 16/16 24/3 25/15
110/11 111/19
115/20 121/16 122/9 31/14 32/9 32/15
135/20 136/12 140/2 32/22 33/4 33/11
140/14 141/1 146/18 35/6 35/14 36/6
148/3 149/13 158/11 37/21 38/1 38/23
161/7 163/1 168/18 39/12 39/16 40/1
172/4 172/10 173/15 42/2 43/3 43/18
179/16 184/5 186/7 46/19 48/15 49/4
187/5 191/22 198/2 50/9 55/4 55/13
202/17 204/23 212/8 55/14 55/16 56/1
212/9 222/21 232/3 56/18 57/20 59/18
271/14
arrested [21] 17/2 62/24 64/15 64/24
17/24 18/2 18/7 20/4 65/9 65/12 69/1 70/3
21/6 53/8 94/18
108/15 108/17
121/20 121/23
131/21 154/1 200/24 82/2 82/5 84/20
205/10 211/24
231/23 233/22
251/18 252/7

arresting [1] 92/11 97/9 97/16 97/16
arrival [1] 123/2    99/3 99/17 100/21
Arterria [4] 7/20    101/3 101/19 101/19
                     101/24 102/4 103/5
as [233] 1/7 9/13    103/16 103/25
                     104/23 106/12 108/2
                     115/3 116/10 116/10
12/12 12/21 15/10 117/23 118/7 118/7
                     118/8 118/8 119/3
                     120/6 120/17 121/10
25/22 26/21 27/9    122/16 123/12 125/6
                     125/9 126/7 126/12
                     126/13 128/16
                     130/16 132/3 133/14
                     134/21 134/24 138/7
                     140/6 140/20 142/6
                     145/18 148/15
                     149/13 149/24
                     151/15 151/15
                     154/12 157/12
157/12 158/15
60/15 61/3 61/15    158/19 159/18 163/4
                     163/7 163/15 164/11
70/5 71/7 73/24     168/8 168/20 168/24
75/24 77/2 77/13    169/7 172/23 173/6
79/15 79/24 80/5    177/6 179/4 179/4
                     183/22 184/11
                     186/17 189/9 190/14
84/22 85/3 85/7     192/7 192/16 192/16
85/14 85/19 85/24 197/13 197/25 198/5
90/11 92/20 92/20 198/8 201/14 203/1
92/23 93/24 95/7    205/3 208/18 210/15

A     3/10     217/12

as... [61] 212/18     ask [18] 10/15     assert [1] 53/18

213/19 213/19       16/21 29/15 31/11 asserting [5] 16/10

214/20 217/3 218/15 51/12 80/15 116/15 34/1 34/1 34/5

219/12 221/10 227/8 117/7 169/10 172/23 214/25

227/15 228/4 231/17 210/13 210/14       assessment [1]

232/10 236/12       210/15 213/1 228/11 133/12

237/16 237/22 239/4 234/12 265/10 274/9 assign [1] 35/16

239/16 240/17 242/9 asked [13] 10/18     assigned [1] 26/2

243/9 243/10 243/12 41/5 58/17 64/18     assist [8] 112/25

243/12 243/13       106/10 135/25       116/16 172/19

243/14 243/22       136/15 229/25       208/14 213/15

244/20 245/14       267/14 267/18       241/11 241/16

245/14 246/3 247/12 274/22 274/22       242/14

249/5 249/6 254/9 274/24               assistant [13] 14/12

254/19 254/19 255/6 asking [13] 28/8    22/25 23/12 24/17

255/25 256/3 256/6 39/20 39/20 39/25 25/11 48/13 65/14

257/16 258/1 258/14 42/18 81/21 84/14 98/18 107/20 113/14

263/1 264/6 264/6 137/1 209/22 210/11 158/2 189/24 195/21

264/20 264/24       217/16 217/17     assisted [2] 43/3

266/14 267/10       226/22           49/1

267/16 268/11     asks [1] 63/20     assisting [3] 112/13

269/25 271/25     aspect [6] 43/20    113/16 267/22

272/15 274/12       128/25 151/14     associated [15]

274/25 275/3 275/6 251/15 258/13       65/25 72/24 79/7

278/8           261/23           90/1 98/2 101/17

ascertain [1] 234/1 aspects [2] 242/12 102/5 137/7 171/15

ascertaining [1]     242/20           192/3 207/2 212/9

220/2           ASPs [1] 14/23     213/25 216/20 272/6

ASHLEY [1] 3/10 assassinate [2]       association [2]

ashley.davis [1]     238/6 238/14       116/8 138/18

                    assembling [1]     assume [12] 10/17

A          12/23 13/7 13/12      34/13 207/17 215/10

assume... [11] 75/23 13/20 22/23 23/6      220/23 229/11

 92/4 104/3 138/16 23/16 23/17 23/22 236/22

 142/4 165/3 190/20 24/13 25/16 26/13 attorneys' [2] 31/19

 202/3 213/24 220/22 26/16 26/17 26/20 32/2

 226/6          26/22 27/16 27/17 audio [1] 40/22

assumed [1] 261/23 27/22 28/1 28/15      audit [3] 99/4 138/8

assuming [2] 99/13 29/4 31/12 32/16      138/14

 214/19          33/1 33/9 45/25     August [1] 83/5

assumption [1]      47/20 82/1 82/2 82/5 auspices [1] 32/8

 215/15          115/5 147/20 189/9 author [1] 39/16

assurance [1] 251/9 189/15 189/24 195/6 authority [5] 31/20

attached [4] 22/10 195/21 225/22      32/3 32/17 189/15

 63/13 77/5 119/14 228/24 236/3 266/24 276/5

attachment [1]      276/6 277/7 277/13 authorized [1]

 122/8          277/15 278/5 279/4 277/5

attachments [1]     attorney's [21] 4/3 available [6] 54/8

 61/19          4/8 4/13 5/9 26/15 103/14 112/5 131/4

attained [1] 194/11 26/25 27/2 31/15      193/1 243/23

attempt [4] 32/25    32/9 32/13 33/6     avenue [3] 2/19

 116/17 263/24 264/4 33/22 149/1 185/10 5/10 236/11

attempted [2]      189/12 189/18 237/2 avenues [2] 236/6

 171/17 238/6      237/4 237/8 237/12 236/19

attempting [2]     274/1          avoid [1] 49/19

 52/10 115/8      attorney-client [1] aware [50] 17/10

attention [3] 77/21 82/5          31/21 33/17 48/16

 129/2 141/23      attorney/client [1] 56/21 77/1 77/2

attorney [60] 1/12 13/20          77/19 92/20 98/22

 3/13 3/14 6/3 9/10 attorneys [16]      101/19 109/2 116/10

 9/19 9/20 10/5 11/11 12/23 13/22 16/17 138/20 144/11

 12/8 12/11 12/15    21/22 24/4 24/7 24/9 154/21 157/23

                25/13 31/6 31/17      161/21 192/16 202/8

A

aware... [30] 212/21 234/13
230/15 232/5 236/9
236/17 236/20 237/9
237/23 238/22
238/23 239/1 248/19
251/11 251/20
253/13 253/18 254/1
255/10 256/6 256/13
257/16 258/2 265/25
267/4 267/8 268/24
270/17 271/7 271/9
271/10

B

back [47] 11/9 17/3
17/20 21/25 42/12
46/9 57/14 58/9
63/10 74/8 78/10
80/20 81/12 81/15
82/18 110/21 126/18
128/7 131/18 135/11
135/23 136/9 137/15
139/6 143/19 145/1
145/3 146/18 148/2
167/25 185/2 206/19
207/22 221/12 232/9
238/5 245/24 249/4
261/7 261/14 264/4
265/15 268/18
271/13 273/13
273/15 275/16

background [1]
164/15 165/7 165/9

178/13 179/8 180/6
bad [11] 35/18
35/19 35/19 35/19
119/7 119/10 119/15
183/13 194/1
218/18
BAKER [1] 5/13
ballot [12] 25/21
26/1 38/20 53/23
55/24 122/1 131/23
215/18 215/18
225/11 225/12 226/5
bar [5] 46/8 128/1
224/17 230/9 236/15
BARAN [1] 3/3
barred [1] 224/2
based [64] 30/9
48/17 68/16 72/8
72/13 72/17 73/21
75/14 77/17 78/13
78/20 79/2 79/7 80/4
82/12 87/23 88/23
92/1 92/13 92/13
94/14 96/10 96/21
96/25 97/14 97/17
99/21 104/20 112/11
117/25 118/4 135/9
135/20 137/21
153/14 154/1 154/17
157/24 160/23
161/25 162/18

194/12 201/19 218/4
218/8 219/5 219/19
220/17 221/1 221/3
221/6 221/15 248/6
253/24 255/17 257/6
259/20 274/11
basically [10] 22/22
46/16 49/18 50/13
62/17 66/8 74/3
74/16 126/3 126/15
basis [6] 32/12
54/17 132/3 253/6
254/16 255/4
Bates [4] 63/12
102/17 192/2 195/10
baton [2] 210/12
266/15
BAY [1] 5/13
be [162] 9/5 10/17
10/22 12/25 16/2
25/16 28/14 28/20
30/2 31/2 31/11
31/13 31/23 32/17
32/21 33/13 41/20
41/21 43/6 43/23
44/25 45/5 45/7
46/15 50/17 51/4
51/16 52/22 53/17
54/11 57/17 57/19
58/25 59/7 59/13

B... 224/2 225/6 226/14 90/25 91/19 92/5

be... [127] 65/6 66/4 226/21 230/17      101/1 103/25 111/25

66/10 69/3 69/14    231/20 232/25      113/18 141/25 143/6

69/18 70/8 75/13    233/23 234/6 235/4 155/1 171/7 172/11

76/10 77/21 78/3    238/4 238/13 239/23 183/13 208/3 210/13

85/12 86/18 88/17 239/25 240/13      212/15 214/25

89/24 90/18 91/1    240/24 242/2 242/23 223/15 239/1 243/15

91/10 91/11 91/18 243/3 244/6 244/25 243/16 255/12 256/8

92/9 94/18 95/1    245/6 245/11 245/12 257/23

97/15 100/18 115/2 245/19 248/4 250/7 become [4] 48/20

117/6 122/18 125/20 253/19 254/8 257/10 136/15 243/4 243/18

129/10 135/3 135/11 257/22 258/19 262/7 becomes [2] 32/14

139/10 140/20      263/10 263/17      48/19

145/14 145/20 147/5 267/19 267/25 268/9 becoming [1] 23/12

148/19 148/25      268/15 270/11      been [124] 9/12

154/15 157/1 158/22 270/19 272/6 272/25 10/6 13/11 15/3

160/17 160/24      273/6 274/13 278/12 15/20 16/6 17/15

161/22 162/2 162/7 Beach [25] 1/18      18/7 18/21 19/7

162/15 163/10      9/25 23/1 45/23 46/1 20/21 21/6 23/3 23/7

165/15 165/21 172/1 150/17 151/1 151/18 25/6 26/3 26/7 26/12

173/23 175/23 176/2 159/2 159/9 163/13 31/16 31/18 31/25

178/4 178/5 183/18 163/24 163/25 164/4 33/18 33/23 34/12

184/15 186/24 189/8 164/13 169/5 169/23 34/23 35/8 39/10

189/20 191/1 191/4 198/9 198/16 218/13 48/23 53/8 53/12

191/8 191/21 192/10 219/7 229/22 237/4 54/25 56/18 56/18

195/5 197/20 199/9 237/10 256/16      56/22 58/2 60/6

200/16 201/25      bear [1] 247/6      60/11 60/20 71/6

203/24 205/14      became [1] 111/25 72/24 76/4 76/16

205/17 208/12      because [34] 14/22 77/24 78/24 88/19

208/16 210/18      14/24 16/21 19/10 88/24 95/20 96/2

217/22 218/2 223/24 31/24 38/17 53/13 97/16 98/22 98/23

        54/25 83/25 84/18 100/21 101/2 101/20

been... [70] 101/21 45/2 55/6 58/15          68/17 69/4 84/18

105/2 105/24 112/3 62/18 71/18 95/19 84/19 85/16 86/23

112/4 116/7 116/19 99/15 101/6 115/15 87/22 88/9 93/9

116/20 120/21 121/9 126/11 134/21          97/10 104/20 105/19

134/8 135/18 138/24 136/25 165/13          106/12 108/13

139/14 148/4 148/10 167/25 168/1 188/3 111/15 112/16

148/10 149/20      204/16 206/10       114/19 120/16

154/25 154/25      206/13 216/14 217/7 120/25 125/18

157/13 159/4 160/2 228/4 233/14 234/2 128/16 151/13

162/18 166/18      236/12 243/6 243/9 158/20 175/5 176/25

171/23 181/13 183/6 243/16 244/20 258/7 192/7 205/4 220/17

185/8 191/10 192/20 260/5 268/21 271/12 227/15 245/5 249/23

192/24 195/20      272/15 276/8        253/22 253/23

204/15 205/10      began [5] 9/1 83/4 254/16 255/3 257/13

205/15 207/22      187/23 203/1 237/17 262/5 269/14

208/11 209/22      beginning [3] 82/25 belief [2] 72/18

214/16 215/6 221/11 96/14 213/14          112/15

223/10 224/22 226/5 behalf [20] 2/2 2/12 believe [75] 13/11

229/4 231/1 233/8 2/17 3/2 3/13 3/20 17/7 17/8 19/16

233/11 233/19      4/2 4/7 4/12 4/17 5/2 20/12 22/17 30/4

234/17 239/3 239/7 5/8 5/13 28/25       30/8 35/7 35/23 39/8

239/11 240/3 242/22 161/10 174/23          39/9 45/2 51/24

243/10 245/14 247/6 199/16 252/20          71/19 73/11 76/18

256/2 256/10 256/14 256/14 259/24          76/19 76/21 78/24

260/5 260/17 264/5 behavior [6] 48/2     81/25 82/4 84/21

264/6 266/8 266/9 50/5 114/10 253/10 85/8 88/2 95/3 97/3

271/17 274/17      257/20 266/9        98/16 102/8 110/13

before [46] 10/6   behind [3] 214/14   111/17 112/9 114/16

10/9 18/4 20/18 25/3 243/20 250/23          115/23 123/22 127/9

26/14 28/8 36/17   being [45] 18/8      128/24 133/13 137/8

                   19/21 34/13 55/15 137/11 140/17 148/8

B          91/24 1 10/11 141/10 24/3 25/4 28/20

believe... [33]    165/14 172/10      29/16 33/7 51/11

149/16 150/16      256/23 274/24      108/6 140/9 197/21

150/23 153/2 153/25 beyond [4] 223/23 217/4 229/4 241/23

157/20 158/3 161/22 223/24 235/24 244/1 black [2] 24/19

162/8 166/25 167/8 bias [1] 249/1      158/15

168/7 170/21 170/23 big [3] 175/4 229/9 BLACKWELL [1]

171/2 171/18 196/20 245/3          2/3

207/13 215/8 216/14 bigger [4] 50/8    blank [2] 58/10

216/22 217/25    169/12 169/16 248/7 257/5

227/16 228/6 236/3 BILAL [1] 3/11    blatant [1] 130/8

236/5 253/3 256/20 bilal.faruqui [1]    Bliss [1] 121/19

256/21 258/11      3/11          blue [1] 127/24

258/18 258/20    bill [23] 3/16 8/7   Blvd [2] 4/14 5/16

270/11          13/4 38/14 38/17    BOB [1] 4/5

believed [1] 76/6    58/19 81/13 240/11 bona [1] 250/13

believes [1] 27/14  242/13 242/19      bond [5] 87/5

beneath [1] 156/3 244/14 245/20        251/25 252/1 252/9

benefit [2] 249/16 246/11 251/12 253/1 252/12

249/23          253/13 253/21 254/9 bonded [1] 18/4

BENNETTE [1]      258/8 259/3 261/14 bonus [3] 57/1

2/10          266/2 266/10      254/16 254/18

besides [1] 18/11  Bill 1205 [1] 240/11 books [3] 36/17

best [4] 90/24    Birriel [3] 24/13    37/12 116/25

213/17 230/13    128/24 153/3      Bosman [1] 186/17

260/21        Birriel-Sanchez [3] both [10] 44/5

better [2] 100/19  24/13 128/24 153/3 57/19 148/15 148/17

271/16        birth [3] 103/17    169/1 171/14 175/25

between [14] 23/3 104/1 104/4        220/2 257/8 257/9

28/6 39/15 46/22  birthdate [1]      bottom [14] 45/8

57/21 74/8 83/5    183/15          65/18 83/3 85/10

bit [14] 19/4 22/14 87/7 90/15 94/1

B            266/20 273/8 273/21 207/6 221/13 221/16

bottom... [7] 102/18 276/6 277/8 278/6 230/17

150/24 189/20 192/2 279/5           Broward [6] 26/19

195/16 203/18      Bridges' [1] 81/22 26/24 27/1 150/18

256/11       brief [2] 228/9      199/20 199/22

box [2] 2/8 68/11    240/2            bswain [1] 4/6

Brad [2] 23/21 70/6 briefly [1] 243/9    build [1] 50/8

BRADFORD [1]       bring [7] 28/15    built [1] 78/11

5/13            32/10 40/24 92/18 bunch [3] 120/15

Brady [9] 7/12 7/12 129/2 234/1 270/22 135/25 216/19

179/16 180/5 180/11 bringing [1] 32/8 burden [1] 233/24

180/21 181/24      brings [1] 271/23 bureau [5] 18/19

182/14 182/18      broad [2] 209/4     23/1 23/13 229/23

Brady's [1] 180/20 209/4            229/23

branch [1] 230/19 broader [3] 14/9      bureaus [3] 229/21

break [12] 10/14    115/6 239/12        229/22 236/13

10/14 80/18 81/1    broadly [3] 31/24 burglary [2] 21/7

81/4 139/1 139/3    75/22 238/12        262/6

205/15 205/18 210/5 broken [1] 229/21 business [3] 9/23

228/5 265/12       Bronough [1] 3/8    10/1 249/9

breaking [1] 262/7 brother [4] 167/8 button [1] 127/25

brethren [1] 33/2    167/11 167/13 168/8 buy [2] 126/7

BREVARD [2] 5/3 brought [30] 17/3 126/15

131/2            17/20 27/23 28/2    BYRD [3] 1/7 278/4

Brian [2] 7/23 15/5 59/22 60/2 60/17     279/3

Bridges [24] 1/13    60/18 77/16 79/6    C

6/15 6/17 8/6 8/8    88/9  88/15 93/17

                    96/24  101/16 101/20 Cabrera [1] 158/4

9/11 9/16 9/22 41/2            CAIPF [2] 45/9

81/5 81/25 82/7     135/8  137/5 137/9

                137/12  141/22     45/17

139/9 211/9 228/23            CAIPFs [4] 45/18

239/22 265/23      147/13  161/10

                161/24 189/13 201/2 46/2 46/10 46/14

C            136/14 242/4        168/24 200/14 202/2

calculus [4] 87/14    Campbell [2] 189/9    205/18 206/16

 98/17 107/19 178/2 189/15            206/22 208/4 208/25

calendar [1] 234/15    campus [1] 105/10    211/10 211/11 214/4

CALHOUN [1]        can [157] 10/14    214/7 215/25 215/25

 5/13            11/3 14/14 19/4 19/9    217/1 220/21 221/9

Cali [8] 112/17        25/1 28/5 31/2 33/2    223/6 224/21 225/3

 112/18 112/25 113/3    39/25 40/14 42/18    225/25 226/8 226/9

 136/15 136/16 137/6    42/18 42/19 43/16    226/25 227/22

 222/12            45/22 49/25 50/6    228/18 231/12 233/7

California [3]        50/9 51/8 52/13    233/12 233/21

 112/17 222/7 222/13    52/20 53/16 54/1    234/10 234/16

call [6] 32/23 47/4    54/5 54/11 56/10    234/25 235/12 238/4

 95/11 160/24 236/16    56/11 59/5 64/20    238/13 240/9 240/13

 237/8            67/10 68/12 68/23    240/15 241/8 242/17

called [1] 264/22    69/6 73/10 74/6    242/20 243/24

calls [1] 28/17    74/22 75/17 80/15    244/17 245/1 245/19

came [9] 111/18        80/18 80/19 85/21    245/23 246/9 246/13

 120/12 157/25        87/13 87/16 88/22    247/7 248/11 249/1

 192/17 195/14        89/15 91/23 97/20    249/19 250/21

 204/15 204/16 231/8    98/15 100/2 100/15    252/16 253/11

 269/23            100/24 102/17    254/11 255/9 255/20

campaign [7] 2/13    104/17 107/4 107/18    258/10 260/3 260/15

 215/16 215/20        112/19 115/11 118/3    265/11 266/20 268/3

 222/14 224/18        132/6 133/6 133/8    269/5 269/13 270/9

 228/24 269/18        134/4 134/6 140/7    272/3 272/9 272/14

campaignlegalcente    142/16 148/1 148/21    273/12 273/15

r.org [1] 2/16        154/24 157/4 157/5    275/10

campaigns [8]        165/1 165/5 169/10    can't [23] 34/15

 125/6 126/23 127/7    172/8 173/5 173/22    34/24 46/23 54/23

 128/12 129/20 130/1    175/11 176/14 178/1    58/4 69/11 69/11

                178/20 185/3 187/18    74/10 76/22 116/1

c    4/24 48/6 48/7 48/8 230/7 230/8 230/18

can't... [13] 116/11    50/8 51/11 51/20    235/6 240/25 260/20

134/18 135/16    58/1 60/17 61/6 61/6 273/24 278/5 279/4

135/19 136/4 162/17 65/24 66/9 67/2 67/7 cases [84] 14/5

178/2 179/4 201/13 68/25 69/8 70/6 74/9 14/10 14/21 14/24

213/12 213/12    75/14 76/17 76/18 15/1 15/2 15/7 15/9

232/10 256/21    76/20 77/4 78/7    18/18 19/1 19/10

candidate [4] 38/21 93/17 93/25 94/2    19/12 24/10 24/15

55/24 238/7 238/15 94/3 94/11 95/16    24/16 24/20 25/3

capable [3] 33/14    95/18 95/19 102/14 25/12 25/15 25/23

170/7 217/12    108/12 110/18 116/4 29/23 29/25 31/5

capacity [1] 1/7    117/1 122/5 128/23 31/22 31/25 32/3

Capitol [1] 3/15    134/5 134/22 135/6 33/6 33/10 35/11

car [1    ] 260/11    135/20 136/22 140/5 35/12 35/15 35/17

card [2] 10/1    144/10 144/13    35/21 37/2 45/14

230/10    146/17 147/21 149/3 45/20 48/15 49/20

C    165/18 166/2 256/2 110/10 132/3 133/2

cases... [2] 274/13 243/13 252/14 268/8 157/18 197/18 201/9

274/13    CERTIFICATE [2] 202/9

casino [1] 183/4    275/19 276/19    charged [64] 17/4

catch [4] 54/19    certified [2] 9/13    39/9 46/23 48/14

94/10 250/17 267/11 146/22    48/23 51/20 52/14

catch-all [1] 54/19 certify [3] 276/5    54/12 56/20 60/12

categorized [2]    277/5 277/12    66/16 67/7 75/3 77/7

115/2 256/3    Chaikin [1] 23/20 77/13 78/14 78/17

categorizes [1]    chain [2] 208/12    87/4 87/25 88/19

104/23    217/20    89/3 92/14 93/14

cause [4] 7/6 87/4 challenge [1]    94/23 98/10 99/24

154/9 191/21    233/24    107/5 107/13 108/8

caveat [1] 28/19    challenging [1]    108/13 108/14

CC [1    ] 91/10    245/17    108/18 110/6 116/3

CCR [4] 1/21    chance [2] 213/9    116/7 117/21 133/7

276/16 277/22    228/11    143/24 146/9 146/13

278/16    change [2] 246/23 153/17 155/1 157/24

CCR-GA [4] 1/21 279/6    162/18 166/14

276/16 277/22    changed [1] 233/19 167/20 170/14

278/16    changes [2] 51/11 171/12 178/13 179/8

C    checks [2] 234/13    56/4 56/7 57/7 57/22

charges... [44]    234/13         58/6 58/21 58/25

87/15 87/18 87/22 chief [5] 22/25    59/2 70/9 74/18 85/3

87/23 88/9 88/14    23/12 23/14 131/14 89/25 108/2 111/24

92/13 92/14 92/18 229/23              112/15 112/22

92/20 98/9 98/24    chosen [2] 270/6    113/15 114/19

99/7 101/16 101/19 272/20           118/24 119/3 123/12

107/21 108/19    Circle [1] 3/22    135/12 135/14

108/24 109/24    circuit [16] 7/6    136/16 141/18 144/3

110/10 132/23    31/20 32/24 65/21 176/1 203/13 209/13

133/19 135/8 137/6 147/21 148/8 148/17 218/8 248/20 249/7

137/9 137/12 138/18 148/24 152/8 154/10 252/18 252/21

138/20 147/13    181/7 185/9 186/25 253/19 255/11

157/13 161/24    189/10 195/6 204/12 255/12 256/4 259/6

167/20 177/23 178/6 circuits [3] 30/14    262/16 264/21

201/15 209/24    31/6 148/6       271/19

214/16 221/1 221/3 circulate [1] 105/20 circulator-specific

221/15 221/19    circulating [3]    [1] 256/4

221/23 238/17    95/24 225/15 243/15 circulators [43]

244/14         circulation [15]    15/10 16/24 45/14

charging [15] 35/2 15/14 16/19 16/19 47/4 47/6 52/12

39/21 40/16 41/8    20/10 21/12 24/11 54/10 57/5 57/14

42/16 49/21 55/1    24/23 28/9 28/11    76/13 105/13 105/24

106/23 108/23 109/4 29/19 33/19 35/3    106/3 130/10 134/9

117/22 135/17    44/18 54/3 124/21 151/3 155/10 159/4

147/16 190/3 230/10 circulator [61] 14/8 163/15 169/7 174/13

Chat [1] 11/20    15/1 17/5 17/12    174/22 174/25

cheated [1] 123/24 19/23 22/13 24/15 198/18 198/23 209/6

check [2] 139/8    35/11 41/22 44/22 209/10 221/6 222/17

265/12         45/8 45/11 45/19    243/4 243/4 243/18

checked [1] 125/18 46/14 47/7 50/20    244/7 246/8 249/15

50/24 51/14 51/21 251/6 251/12 257/19

C

clear [7] 62/9 87/5 76/13 112/13 136/9

circulators... [5]    120/8 176/7 176/24 252/19 259/18 260/7
264/17 269/1 271/24 208/6 209/12    261/25 263/5 263/8
272/16 274/23    Clearwater [1] 4/9 271/24

circumstances [6] Clerk [1] 278/12    collected [9] 123/24
56/17 226/2 227/4 clicking [1] 128/1    223/24 253/24
228/1 260/20 268/12 clicks [1] 243/18    259/14 259/22

citizen [3] 30/3    client [3] 13/20 82/5 259/24 260/9 272/24
236/7 264/12    278/8    273/1

citizens [3] 246/8 client/witness [1]    collecting [4] 51/15
246/15 267/10    278/8    106/18 112/1 112/7

City [3] 70/10 86/16 close [1] 80/17    collection [2]
96/5    closed [3] 192/23    262/17 262/18

civil [6] 11/13 27/18 213/6 256/1    collects [2] 259/10
27/23 28/2 28/16    closely [4] 204/5    261/18
251/15    233/14 268/5 268/19 colloquial [1] 109/1

civilian [2] 236/4 club [2] 46/1 46/8 Colton [5] 7/12 7/12
236/5    CM [1] 1/21    179/16 182/14

claim [3] 43/13    co [4] 42/8 76/3    182/18
43/13 89/2    76/4 78/4    COLUMBIA [1]

claimed [1] 105/24 co-conspirator [1] 5/13

claiming [1] 264/20 76/4    comcast.net [4]

claims [2] 79/6    co-conspirators [2] 276/17 277/23
126/20    42/8 78/4    278/17 279/23

clarification [3]    co-defendant [1]    come [25] 15/23
10/15 82/9 82/12    76/3    19/9 29/12 46/9

clarify [1] 264/19 code [6] 10/2 28/22 57/25 58/1 77/21
clause [1] 55/19    54/20 175/22 224/6 80/20 81/12 81/15
CLEAN [5] 2/12    241/13    136/5 139/6 170/19
228/25 231/3 259/15 colleague [1] 245/5 209/23 209/23
259/23    colleagues [1] 31/14 216/20 222/13
collect [11] 29/5    231/16 243/7 249/12

247/16 250/18     01/23 03/15 65/14

come... [5] 253/8   commonsense [2]     65/4 78/25 83/20
265/15 268/11     227/7 227/13     120/5 175/18 235/17
273/13 273/15     communicate [1]     236/7
comes [6] 101/11   219/8     complaints [9]
175/5 222/8 222/9 communication [3] 78/23 236/4 236/6
232/9 255/7     31/14 129/3 208/5 236/11 236/14
coming [2] 26/17 communications [4] 236/18 236/21 237/7
219/4     57/21 76/3 237/1   237/24
comma [1] 55/22     237/3     complete [2] 74/16
command [1]     community [8]     180/23
140/25     133/15 133/22   completed [4]
comment [1] 136/21 152/20 152/22 252/3 116/19 143/5 143/10
Commission [1]   252/4 252/7 274/19 203/8
276/17     compact [2] 172/12 completely [1]
commissioner [1]   172/14     148/11
141/1     companies [11]   complex [1] 157/12
commit [5] 54/11   130/9 134/14 241/24 complicate [1]
257/12 262/7 263/6 242/7 242/10 245/17 114/15
273/1     246/23 247/4 248/5 complicated [1]
commits [2] 38/22 248/8 271/2     173/8
55/25     company [11] 111/5 comprise [1] 25/8
committed [5]   124/22 127/15   computer [1]
27/15 98/12 244/3 134/10 134/11   127/21
244/4 262/11   171/16 171/18 246/7 computer's [1] 89/7
committee [1]   246/14 247/12   concealed [1] 54/15
223/21     264/15     concerned [1]
committing [3]   compensation [1]   192/17
124/4 134/25 250/15 253/14     concerning [1]
common [6] 51/13 competence [2]     235/17
57/6 247/3 247/11 191/5 191/7     concerns [2] 29/18
complaint [11] 30/3 206/21

confirms [1] 148/23 consist [1] 91/2

concluded [2] 35/22 conflicting [1]    consistent [3] 62/17
 275/18        114/25        246/10 253/20

conclusion [1]    confronted [1]    conspirator [1] 76/4
 170/20        126/3        conspirators [2]

concrete [1] 219/9 confused [2] 257/7 42/8 78/4

condition [1]        260/25        constitution [4]
 162/15        confusing [4] 136/5 135/1 242/25 244/10

conditional [1]    136/21 257/13    246/24
 190/15        257/14        constitutional [5]

conditions [4] 162/7 confusion [1]    41/24 45/9 141/12
 252/2 252/9 252/12 113/17        155/8 251/1

conduct [3] 106/12 connected [2]    contact [1] 264/7
 126/13 241/20    201/13 277/15    contained [4]

conducted [5] 84/5 connection [2]    126/22 155/11
 86/9 124/13 180/10 10/24 212/12    175/17 181/7

 193/21        connotes [1] 59/14 contains [1] 148/9

conducting [1]    conscious [1]    contendere [1]
 116/16        262/12        109/20

confessed [1] 76/2 consecutive [1]    contending [1]

confession [1] 75/20 69/14        192/15

confessions [1]    consent [5] 36/15 contendre [2]
 76/14        36/25 180/13 251/13 156/19 185/17

confirm [7] 14/24 251/17        content [1] 83/1

 15/8 16/16 73/6    consider [3] 58/24 contest [4] 144/6
 74/15 123/5 274/5 59/13 135/3        182/1 196/8 211/13

confirmation [1]    consideration [3]    contesting [1] 29/2

 219/21        135/4 209/25 252/1 context [7] 42/14

confirmed [4] 73/8 considered [3]    68/20 130/19 172/16
 73/24 96/4 124/17 25/16 78/4 238/13 206/22 269/22 271/4

confirming [1] 34/8 considering [1]    continue [4] 153/13

 252/8        223/22 225/14

C   cooperation [7]   73/4 60/7 82/14

continue... [1]   50/7 153/13 171/19   82/15 83/20 84/20

225/14   179/9 201/14 202/4   85/4 85/7 85/16

continued [4] 3/1   237/19   85/20 85/25 86/6

4/1 5/1 242/2   cooperative [1]   86/16 86/19 86/25

continuing [1]   162/10   88/1 88/2 88/5 88/6

266/5   coordinator [2]   88/10 88/13 88/15

contractor [2]   57/22 264/22   88/16 88/20 89/3

46/15 125/10   coordinators [4]   89/4 90/2 90/7 90/16

contractors [3]   47/5 54/10 222/18   90/20 91/20 92/10

222/18 242/9 245/21 271/2   92/11 92/15 92/19

contrary [1] 125/1 copy [6] 11/15   93/15 93/22 95/2

control [3] 133/15 12/22 58/18 112/4 96/6 96/22 97/2

133/23 152/20   275/13 278/9   97/18 98/3 98/4

conversation [2]   CORD [3] 1/7   98/13 104/4 105/5

123/20 124/1   278/4 279/3   107/2 107/11 107/14

conversations [1]   core [3] 59/18 59/19 107/15 108/4 108/9

12/19   229/5   108/16 109/21 110/3

convict [2] 167/15 corporate [1] 12/7 111/14 111/23

201/10   corporation [1]   117/15 117/16

convicted [7] 19/7 124/22   117/23 118/5 118/11

94/14 109/11 109/25 correct [153] 34/4 118/12 119/11

110/5 178/13 179/8 36/15 36/18 36/20 119/19 120/17 121/4

conviction [2]   37/2 37/9 39/7 39/23 121/13 122/19 127/4

194/12 202/9   40/12 41/15 42/24 128/13 128/17

convictions [3]   43/9 43/14 46/17   128/21 132/8 137/8

178/23 178/25 179/1 48/4 50/16 51/2 51/6 142/14 146/15 149/4

cooperated [1]   53/9 61/12 61/20   151/12 151/21

153/12   66/1 66/14 68/17   155/12 160/4 162/20

cooperating [3]   69/19 70/7 70/10   164/24 165/22

48/24 78/3 246/4   70/25 71/4 71/23   167/23 168/10 170/9

72/5 73/11 74/19   170/17 171/22

C        26/25 29/12 29/13 5/15 126/23 149/9

correct... [29]        40/19 41/17 42/9        148/9 200/1

173/18 180/16        43/12 44/4 45/1 45/5 country [2] 222/6

183/17 183/23        45/5 50/17 51/4        250/12

190/19 195/10 199/2 54/17 55/5 57/19        counts [76] 66/16

199/10 202/23        68/20 69/3 70/24        66/18 66/20 66/24

203/19 205/1 206/6 73/24 74/17 78/3        69/13 70/15 70/16

206/21 221/4 221/10 81/3 81/7 88/19        78/17 78/20 79/2

221/17 232/12        90/19 95/10 97/16 79/20 80/1 80/3 80/9

238/18 238/19        98/9 98/22 98/23        80/10 82/25 87/5

246/19 246/20 255/8 99/11 99/24 103/9 88/4 90/5 90/6 90/14

259/16 259/17        115/2 129/24 139/13 90/15 90/18 93/6

263/21 264/8 264/21 160/17 166/18        96/21 96/24 97/14

268/22 279/21        171/21 172/25        98/4 99/21 106/23

corrections [7]        177/17 199/9 202/5 109/4 109/20 110/1

70/18 91/3 91/25   207/15 214/11        110/13 117/21 118/4

166/20 180/21 182/6 222/12 222/23        121/23 131/21

279/21        226/14 230/17 234/6 132/19 132/24 133/9

correctly [3] 17/19 236/6 239/5 246/16 137/21 138/1 143/24

150/15 216/2        255/22 256/2 259/18 144/1 144/6 144/7

correspond [1]        260/21 271/4        146/9 146/14 152/12

65/23        could've [1] 244/14 153/11 156/19

correspondence [2] couldn't [8] 95/17 160/14 166/14

218/22 237/11        108/12 161/16 205/9 170/15 177/10

corroborate [1]        249/11 270/15 273/3 177/12 182/1 184/19

116/17        273/5        184/22 184/25

corroborating [1] counsel [6] 11/1        185/20 185/24 186/3

220/1        12/19 70/23 277/13 186/12 190/5 194/22

costs [2] 91/11        277/15 278/7        195/2 196/9 196/10

133/13        count [5] 80/4 80/4 196/14 197/2 197/5

could [60] 9/20        87/21 88/19 211/17 200/11 205/11

counties [6] 4/17        211/13

C              216/15 219/7 237/4 covered [7] 53/23

counts 1 [1] 93/6      237/10 256/17      82/4 100/11 113/9

county [95] 3/21 4/3 256/17 267/19 276/4 122/14 150/14 228/8

4/7 4/8 4/12 4/13 5/3 277/3               covers [1] 265/10

5/8 5/9 6/23 17/19 County's [1] 129/5 CRC [4] 1/21

21/2 26/19 26/24      couple [14] 18/18      276/16 277/22

27/1 31/21 33/23      25/5 60/21 94/9      278/16

35/9 45/23 58/23      100/5 113/10 165/16 created [4] 134/18

59/1 70/17 71/22      213/11 222/16 226/5 157/21 207/23

83/12 83/12 83/13 228/12 238/5 241/18 244/22

92/3 102/13 102/24 243/18               creation [1] 207/25

103/15 109/3 118/20 course [3] 165/20 credit [6] 91/15

120/13 120/17 127/2 226/14 244/23         93/12 133/20 161/4

128/20 130/25 131/1 court [28] 1/1 4/9    200/22 211/22

131/2 131/13 141/11 7/6 31/2 45/2 91/10 crime [26] 24/15

141/21 142/2 145/12 133/13 140/25 152/8 27/3 30/6 30/13

145/18 148/7 148/16 172/18 172/20 191/2 30/20 31/1 39/21

150/18 150/18 151/1 232/2 232/9 232/11 40/1 108/8 108/8

151/18 155/7 155/11 233/20 234/2 234/4 121/15 136/23

155/17 159/2 159/10 234/17 241/1 251/9 207/17 229/19

163/13 163/24      251/17 251/18      230/18 238/14

163/25 164/4 164/15 251/21 251/25         238/21 251/8 252/5

169/5 169/23 175/14 252/11 252/14         261/3 262/8 262/8

175/18 176/10      278/12         262/10 262/11 263/7

176/18 180/7 183/2 Court-stamped [1] 265/5

185/3 185/4 187/24 241/1               crimes [30] 14/2

188/13 193/7 198/17 courtesy [1] 31/14 16/1 25/7 53/13

199/17 199/20      courts [2] 251/13    61/12 62/7 71/13

199/22 203/2 203/5 252/8               120/1 147/17 197/19

203/9 204/11 204/12 cover [6] 67/1      207/18 212/19

215/14 216/3 218/13 126/22 127/1 128/12 212/22 212/24

129/20 228/7      213/25 223/3 232/21

C                    criteria [2] 166/14 cursor [1] 127/24

crimes... [13]      246/9            custody [2] 21/8

235/18 235/20 237/3 cross [20] 31/18      217/20

237/5 237/18 238/1 31/25 32/6 32/15      cut [1] 82/19

238/2 241/17 242/15 33/18 33/22 34/13 cv [3] 1/3 278/5

248/5 256/3 256/5 34/25 35/9 99/14      279/4

261/23            148/5 181/9 185/9 cycle [5] 222/8

criminal [55] 16/5 189/17 189/17 190/2 225/14 225/16

30/5 36/6 70/16    195/20 195/24      225/17 226/14

75/10 75/25 78/12 228/21 273/19      cycles [1] 227/20

79/21 90/5 99/6    cross-designated      D

106/23 107/10 109/4  [13]  31/18  31/25

                  32/6  32/15  33/18    Dade [14] 17/18

109/20 110/2 120/2            21/2 21/2 34/13

121/24 131/21      33/22  34/13  34/25

                  35/9  181/9  189/17    70/10 86/15 96/5

132/19 132/25 138/1            155/7 155/11 155/17

138/10 143/25      190/2  195/20

        cross-designation      164/15 199/16 232/7

150/16 166/14            237/2

170/15 172/16 182/2  [2]  185/9  195/24

        CRR    [4]  1/21      danger [1] 252/3

184/19 184/22            Darlington [2] 6/16

185/21 185/24      276/16  277/22

        278/16            61/11

205/11 214/12 227/2            data [5] 30/9 127/21

233/16 235/17      curious  [1] 28/14

        current    [9]  9/23    217/10 217/12 245/9

235/24 236/4 236/10            date [5] 94/11 104/4

236/18 239/17      10/3  23/9 207/15

        208/14  209/19      129/9 241/1 278/10

242/22 243/13 244/4            dated [3] 71/14

247/3 247/10 247/23 223/22  249/1   266/7

        currently   [14]    277/18 279/23

251/16 251/18            dates [3] 103/17

251/20 252/8 252/12    14/23  17/9  18/8 26/5

33/21  53/1  208/24    103/25 150/14

262/3 264/7                    David [1] 146/25

criminalizes [2]      217/25 232/15  240/6

255/13  256/8   265/4  DAVIS [1] 3/10

261/2 261/10                   day [23] 51/15

265/25

D        155/12 155/13    6/7 22/1 22/2 240/23

day... [22] 51/22    155/25 156/2 156/8 241/5 241/10 248/12

105/3 105/15 105/19 156/20 157/11        263/18

111/16 111/21 161/4 159/23 160/3 164/10 declare [1] 279/19

161/6 197/4 200/23 164/14 164/14        declined [1] 206/9

200/23 211/22        164/19 165/18 166/2 deemed [3] 101/2

211/23 243/25 247/7 166/16 174/15        193/10 221/12

260/10 269/9 269/17 174/23 180/15        defendant [28] 3/2

270/11 270/13        183/22 184/23 186/1 9/20 15/2 17/1 17/17

271/20 279/23        188/20 190/7 190/7 45/23 50/7 60/12

days [11] 91/15        198/20 199/1 199/5 69/22 69/23 76/3

93/13 186/10 269/2 199/16 199/21        77/22 92/2 96/8

269/3 269/7 269/7 199/25 200/12        116/15 167/17 179/7

270/5 270/18 270/20 201/17        191/1 191/6 201/15

278/11        December [11] 1/14 213/13 233/16 244/2

Daytona [1] 198/9 126/20 128/9 129/9 251/21 252/13 253/5

DC [1        ] 2/14        129/17 276/8 276/11 271/18 274/11

dead [1] 151/25        277/18 277/24 278/6 defendant's [5]

deal [2] 14/23        279/5        18/25 48/12 252/2

127/21        December 22nd [1] 252/3 252/4

dealing [2] 15/21    126/20        defendants [16] 1/9

60/10        decided [1] 20/23    14/8 15/18 18/20

D [5] 66/21 115/19 178/21 23/14

definitely [5] 32/1 126/22 128/11 23/19 131/14
74/23 130/19 254/14 129/18 129/18

definition [3] 259/6 166/19 170/6 175/12

262/16 271/23 180/20 182/6 188/24

defraud [1] 54/13 217/6 218/6 226/22

degree [7] 38/22 227/12 227/13

39/3 49/4 56/1 89/8 229/13 235/19

90/17 166/21 256/24

Deidre [1] 65/16 depend [3] 56/17

Deland [1] 5/10 226/1 227/3

deliver [3] 261/25 depending [4] 40/18

263/5 263/9 41/19 254/17 254/18

delivered [1] 63/24 depends [1] 43/17

delivers [2] 259/10 depo [1] 82/3

261/18 deposed [1] 10/6

delivery [1] 262/18 deposition [29] 1/11

demonstrates [1] 6/13 11/11 11/16

272/4 11/19 11/21 11/25

Denice [2] 7/18 12/3 12/13 12/20

191/24 21/21 21/24 22/19 236/16

denied [1] 224/9 37/21 39/12 61/4

denote [1] 195/23 71/3 71/8 71/18

denoted [1] 262/4 79/16 81/22 82/21

Dent [1] 131/14 92/24 109/16 137/1

department [37] 198/1 272/18 277/7

3/2 3/8 19/24 25/9 278/5

30/6 51/25 62/3 depositions [2] 10/8

62/25 70/18 71/13 273/22

83/10 91/2 91/24 depth [1] 243/3

deputized [1] 32/10

deputy [3] 23/14

23/19 131/14

describe [1] 257/15

45/25 47/2 77/21

173/7 217/3 218/25

describing [2] 41/14

50/12

description [7] 6/12

7/2 8/2 48/7 126/2

252/18 255/19

designated [14]

31/18 31/25 32/6

32/15 33/18 33/22

34/13 34/25 35/9

125/4 181/9 189/17

190/2 195/20

designation [2]

185/9 195/24

designed [1] 129/1

desk [3] 31/16 81/7

269/14

destroyed [1]

271/6 271/10

destroying [2]

detail [3] 22/14

228/8 242/20

details [2] 34/16

161/17

detecting [1] 270/12

detects [1] 269/8

D        111/11 112/24     91/24 165/14 172/10

determination [5]    115/18 115/19      262/2 274/24

62/24 119/10 219/9 127/20 130/15 131/3 different [21] 59/14

219/17 275/3       133/20 134/1 144/10 97/15 100/13 100/14

determinations [1] 148/5 153/1 153/2 103/10 105/14

63/4          153/6 153/14 153/15 113/10 121/1 121/1

determine [9] 31/9 157/17 157/20 160/1 172/11 174/19

73/17 96/10 117/10 167/13 167/13      175/22 225/23 226/7

217/14 219/5 234/4 180/13 185/7 188/6 226/23 227/17

239/23 240/1      192/21 194/8 195/13 227/19 227/20

determined [3]      197/12 201/11      242/19 251/19 268/7

125/20 130/25      207/12 207/16     differently [1]

159/11        208/21 215/9 218/18 162/12

determining [1]    221/2 221/3 232/1 differs [1] 64/12

100/14        232/14 237/21 265/1 difficult [13] 41/7

deterring [1]     266/14 268/23 269/9 43/12 51/4 171/25

270/12        269/20 277/6 278/8 173/23 217/23

deters [1] 269/8    didn't [30] 15/9    239/11 242/7 247/1

developed [1] 33/7 16/7 16/21 33/5     251/7 257/22 274/14

DHSMV [1] 179/25 73/16 94/10 94/10 274/18

did [79] 12/20 13/17 98/1 108/1 123/22 difficulties [1] 52/8

13/25 14/19 14/19 147/23 147/23      difficulty [2] 17/13

16/16 17/16 18/1    152/24 153/1 177/22 267/24

21/23 22/15 22/17 177/22 186/22      digits [1] 57/12

22/18 22/19 26/14 197/15 203/15     dinner [1] 139/19

43/4 51/13 56/4 58/1 206/12 206/12     direct [3] 9/14

61/16 63/21 64/18 208/17 213/21      148/10 266/18

73/1 73/8 73/18     214/24 218/10    directly [3] 23/17

74/15 76/15 76/17 219/21 232/16      219/8 236/22

83/25 87/9 92/17    232/19 233/13    disabled [1] 267/22

92/17 103/18 104/1 267/11       disclose [3] 34/3

difference [6] 28/6 82/13 214/11

D [1]    dispute [1] 98/12    205/17 234/23 235/2

disclosing [1] 12/18 disputing [1] 95/22 240/22 258/25

disconnected [2]    distinct [1] 113/11 262/24

40/22 45/3    DISTRICT [2] 1/1 documents [13]

discovered [1]    1/1    21/23 58/17 60/23

180/11    districts [2] 174/20 61/22 61/23 71/23

discovery [2]    175/8    126/21 128/10

271/15 271/15    DIVISION [5] 1/2 129/19 169/15

discrepancies [1]    174/12 199/9 225/20 171/17 175/17

203/7    227/12    230/10

discretion [3] 63/3 DIXIE [1] 5/13    does [38] 11/2 29/21

101/8 268/13    DMV [1] 147/6    29/22 31/4 31/4

discretion's [1]    do [355]    62/13 81/12 81/14

230/11    do-not-buy [2]    104/19 150/20

discuss [2] 224/25 126/7 126/15    154/15 154/18

267/14    doc [3] 91/2 92/5    155/20 158/24 174/6

discussed [11]    117/22    186/8 186/20 191/6

51/19 58/8 82/13    document [49] 11/8 192/10 192/14 205/5

138/22 218/5 229/4 11/9 12/22 22/10    212/23 218/14

244/12 247/14    27/7 27/7 35/5 36/5 228/13 231/10

255/17 263/20 265/8 38/10 44/10 59/19 240/11 241/4 244/6

discussing [6]    61/5 61/8 61/9 65/12 250/16 259/2 259/4

101/20 154/25    65/12 66/13 70/4    259/9 261/3 261/3

157/13 161/17    70/5 79/17 89/6    261/14 261/17

260/23 274/4    91/14 92/23 93/21 270/22 278/11

discussion [4] 40/23 94/6 104/7 108/23 doesn't [9] 15/6

89/12 230/24 266/17 113/23 117/23    99/14 112/11 118/10

dismissed [1] 191/8 119/14 135/13 140/1 138/4 143/3 182/8

disposal [1] 117/13 144/23 145/5 147/12 213/24 214/5

disposition [2]    152/7 162/5 177/6 doing [13] 10/21

181/19 255/23    190/3 195/9 202/17 26/18 33/14 52/4

202/22 204/25    112/9 112/13 112/20

D           140/15 140/19      DOS [2] 97/6

doing... [6] 114/5   142/23 142/23      175/17
160/20 210/23      144/12 149/5 150/12 dos.fl.gov [2] 3/10
222/14 257/12      150/23 151/13      3/11
262/13          153/17 153/25      doublecheck [1]
dollar [1] 46/5    165/21 171/1 171/4 139/13
dollars [3] 105/15 171/11 172/9 179/2 doubt [1] 244/2
105/19 111/15      179/4 181/10 181/18 down [36] 17/14
domestic [2] 124/22 182/16 182/20 188/8 27/12 34/21 36/9
124/23          191/11 192/12      52/9 52/15 53/8
domesticated [1]   194/14 197/17      53/12 58/23 65/17
172/17          206/17 208/16      70/13 71/20 83/8
don't [113] 10/16  213/18 214/18      86/8 90/21 91/13
22/17 25/25 29/1   216/18 216/22      102/16 103/3 122/7
29/11 31/15 33/9   216/22 217/15      122/21 122/23
34/14 34/16 34/18 217/15 218/23       132/24 163/21 180/9
35/14 35/24 40/7   224/22 224/23 227/1 189/19 198/14
54/22 57/7 59/24   227/23 230/2 230/8 199/19 200/14
60/21 67/21 74/24 233/9 250/22 250/22 203/19 204/2 205/7
74/25 77/11 78/11 252/6 254/25 255/21 236/25 243/20 250/4
79/5 89/10 95/15   257/10 257/18      252/16 269/2
95/19 95/22 96/1   257/18 258/18 260/4 downtown [1] 46/1
96/7 99/19 107/19 262/24 263/3 266/12 dozen [1] 229/13
108/10 110/13      269/11 269/22      draft [5] 7/17
112/17 112/20      273/10 275/8       191/21 192/18 193/3
113/23 115/22 116/2 done [3] 117/17     194/7
116/17 117/1 117/12 237/15 249/2       drafted [1] 150/2
117/17 125/3 127/20 Donella [12] 7/3    drawn [1] 103/14
128/23 128/25 130/2 119/3 120/6 120/21 Drive [2] 9/24 95/7
130/18 135/19 137/8 121/16 121/20       driven [1] 165/11
137/11 139/12      132/15 135/10 136/5 driver's [19] 86/21
                137/3 137/18 155/1 86/22 95/3 95/25

D... [3] 213/15    213/15    241/19 256/7

driver's... [15]    Dworsky [12] 7/11 easily [5] 19/9 75/24
96/11 122/15 147/1 7/11 173/15 174/7 165/2 199/9 250/10
149/20 158/16    174/18 175/24 177/7 easy [2] 123/9 157/7
158/16 163/5 168/20 177/17 177/24    eat [1] 81/7
173/17 174/2 179/20 178/14 178/22 179/9 Eddie [23] 105/9
184/8 187/9 198/6 Dworsky's [1]    105/20 106/9 106/9
276/12    176/4    106/11 106/14
dropped [2] 132/24 E    111/21 112/6 112/7
133/3    112/14 112/21 113/5
each [27] 10/21    113/5 113/14 114/4
dual [1] 25/4    24/5 33/15 46/5 53/7 114/9 114/17 114/17
duces [1] 172/15    55/3 59/17 73/6
due [3] 103/25    114/18 115/18
76/23 84/17 86/2    115/20 115/24 116/4
125/17 186/24    90/16 90/17 96/9
duly [2] 9/12 276/8 121/23 131/21    Eddie's [2] 112/2
dump [1] 31/15    112/15
181/19 186/11
duplicate [9] 85/15 196/22 197/1 197/4 Edward [5] 62/4
86/5 88/15 143/13 213/19 216/4 230/8 63/17 65/25 70/14
183/14 256/13    86/10
255/24 260/9 260/20 effective [3] 55/16
256/25 257/10    earlier [19] 30/1
260/24    174/24 270/12
31/9 33/4 81/21    effectively [3] 52/1
duplication [1]    102/9 107/24 149/16 52/4 269/8
226/19    161/13 209/15
during [18] 12/13 213/10 218/5 219/11 efficiency [1]
45/23 47/23 56/23 236/24 238/16    100/25
77/3 96/4 106/2    efficient [2] 174/24
241/24 255/17
111/3 111/18 114/6 260/23 265/8 267/13 210/18
123/19 130/7 150/13 early [2] 75/23    effort [1] 274/5
191/7 225/16 234/2 208/13    efforts [3] 100/18

243/11 264/10                    254/1 254/17

ease [1] 12/10        eight [4] 41/9

duties [2] 22/23    easier [3] 155/2    178/10 184/19

235/18 235/24      217/24 218/12

eight... [1] 185/20 236/10 236/18        electors [2] 74/2

eight years [1]      236/21 237/18 238/1 74/15

178/10            238/2            element [3] 40/13

either [18] 28/21    elections [77] 3/20 41/25 43/7

29/4 40/20 41/22      4/2 4/7 4/12 4/17 5/3 elements [1] 43/12

42/7 42/10 48/24      5/8 5/13 30/3 50/5 Eleventh [1] 154/9

56/25 78/2 89/3      62/8 62/20 63/25     eligibility [1] 246/9

161/18 181/8 231/6 64/3 64/5 72/2 83/13 Elizabeth [4] 13/16

231/13 233/5 242/1 83/14 83/17 84/20 15/4 34/21 158/2

272/14 274/1      96/16 97/9 97/18    else [24] 18/11

election [42] 14/2    100/22 101/9 102/24 23/18 112/1 116/7

24/15 25/7 27/2      103/15 103/24      135/9 153/16 153/17

28/22 54/20 54/21 118/20 121/2 127/2 154/1 161/25 167/15

61/11 71/13 101/18 128/20 129/6 130/17 171/12 178/12

119/19 120/1 121/15 130/25 131/13      182/15 182/19

136/23 175/18      141/11 141/22 142/2 194/11 194/12

207/16 207/18      151/1 151/18 155/7 197/19 201/10

225/10 225/14      155/17 159/2 159/10 202/10 205/16

226/14 227/8 227/20 163/14 169/6 169/23 213/25 243/23

229/19 230/18      174/12 175/19      256/22 275/7

232/21 235/18      176/11 176/18      email [31] 6/15 6/16

235/20 235/24      176/21 180/7 183/3 6/17 6/17 6/24 7/23

236/10 236/18      187/24 193/7 193/11 14/22 15/3 15/6

236/21 237/2 237/4 193/18 198/17        39/15 61/5 61/9

237/18 238/1 238/2 199/10 203/3 203/6 61/10 61/18 63/13

238/13 241/12      203/9 215/4 215/14 65/10 65/14 65/22

241/17 242/15 248/5 217/5 219/7 219/12 70/6 76/2 121/11

256/3            225/20 227/12      171/15 206/1 206/24

election-related [11] 235/21 235/25 237/7 208/4 208/12 209/1

14/2 229/19 230/18 237/20 269/2 271/13 236/16 237/11 267/1

elections' [3] 100/4 279/23

E 217/24 227/12         engaged [11] 14/1

emailing [2] 61/14 260/10         21/11 24/10 44/17

278/13         ended [4] 34/24         126/12 160/4 164/23

empirical [3]         108/13 123/16         165/11 175/1 246/25

270/17 272/3 272/10 135/17         257/20

employed [3] 111/4 enforce [2] 173/6 engaging [3] 121/2

123/12 193/23         245/5         241/22 270/1

employee [5] 82/5 enforcement [52]         enough [1] 80/21

189/25 195/17         27/17 28/16 30/12 enrolled [1] 259/2

277/13 277/14         45/15 51/25 62/3   ENTER [1] 279/2

employees [1]         63/1 63/9 72/1 75/9 entered [13] 92/12

229/24         83/11 96/16 97/18 98/18 107/20 109/19

employer [7] 10/3 99/6 99/10 100/17 118/9 132/18 135/5

106/9 111/16 111/20 101/10 101/15 111/3 156/18 185/17

126/11 126/13 194/5 114/16 115/19         200/10 233/1 234/7

employment [3]         116/15 118/21         238/8

123/16 242/5 242/5 129/19 134/13         entering [4] 90/10

**en [1         ] 237/9         134/23 138/10         90/23 91/17 262/7**

en masse [1] 237/9 141/24 145/8 145/13 enters [1] 177/9

enacted [3] 241/11 151/19 170/6 171/20 entities [1] 52/10

241/15 242/13         182/25 208/9 217/13 entitled [3] 79/17

E [4] 238/8 249/9 251/11 249/11 255/23

errata [2] 278/9    257/24 269/18    exactly [7] 32/11

278/18    271/14    61/7 101/7 108/12

Escambia [9]    evening [1] 139/10 134/18 207/7 269/22

120/22 127/1 128/19 event [1] 234/18    EXAMINATION

129/5 130/25 145/9 eventually [2] 69/10 [4] 9/14 228/21

145/12 148/15    94/18    266/18 273/19

218/14    ever [10] 15/12    examine [1] 260/19

escaping [1] 13/13 15/13 27/23 28/2    example [7] 29/13

especially [2] 51/9 51/20 115/18 115/19 31/7 45/4 215/13

213/11    157/15 226/3 244/20 217/8 249/22 267/25

ESQUIRE [22] 2/5 every [9] 10/14    examples [2] 48/25

2/6 2/15 2/16 2/20 43/23 61/8 67/23    218/11

2/21 3/5 3/6 3/10    113/23 215/5 216/4 except [1] 167/4

3/11 3/16 3/17 3/18 218/22 255/22    exception [1] 238/3

3/23 4/5 4/10 4/15 everybody [2]    excess [1] 146/4

4/20 5/6 5/11 5/18 167/10 220/10    excuse [2] 22/3

278/2    everything [3]    117/19

essentially [1] 45/12 214/8 227/7 256/2 executed [1] 241/5

establish [1] 222/6 evidence [29] 19/13 execution [1]

established [3]    20/8 21/9 30/5 43/18 172/12

190/18 190/18 208/5 50/8 51/5 52/9 57/21 executive [1] 238/5

estate [1] 26/19    76/2 77/20 98/11    exhibit [139] 8/4

estimation [1]    112/4 131/8 133/24 11/19 11/22 37/21

245/12    202/5 209/9 220/1 37/22 38/1 38/2

et [7] 1/5 1/8 6/17    220/3 227/18 241/21 39/12 39/13 40/25

278/4 278/4 279/3 254/3 254/25 257/11 42/12 44/7 44/8

279/3    269/6 269/14 270/17 55/11 55/14 61/1

even [12] 56/20    272/4 272/10    61/4 63/21 64/24

155/18 172/15    evolving [1] 244/20 64/24 65/1 69/24

204/16 226/3 230/18 exact [7] 26/1 60/14 70/3 71/7 71/9 79/11

60/22 87/14 181/18 79/12 79/16 82/20

E ... 197/22 198/1 200/3 Exhibit 2 [1] 37/21

exhibit... [110]    200/6 202/13 204/19 Exhibit 21 [1] 141/5
89/19 89/22 89/23 204/22 205/21    Exhibit 22 [2]
90/22 92/23 93/1    205/24 211/1 211/6 144/22 146/19
93/20 101/25 102/1 223/11 223/12    Exhibit 23 [1] 147/8
109/12 109/15    234/20 234/21    Exhibit 24 [1]
118/15 118/18 119/7 234/22 240/10    149/12
119/21 119/22    240/16 240/18    Exhibit 25 [1] 152/3
119/25 120/18 121/5 240/19 258/19    Exhibit 26 [1] 154/8
121/6 121/10 132/10 258/21 261/7 262/14 Exhibit 27 [1]
132/11 132/14    263/10 263/11    156/11
136/11 141/5 141/6 263/12 267/16    Exhibit 28 [1] 158/5
144/19 144/22 145/3 271/25    Exhibit 29 [1] 160/6
145/5 146/19 147/7 Exhibit 1 [1] 11/19 Exhibit 3 [1] 38/1
147/8 147/9 149/9 Exhibit 10 [4] 71/7 Exhibit 30 [2]
149/12 152/3 152/4 93/20 145/3 145/5 162/25 168/3
154/4 154/8 156/11 Exhibit 11 [3] 79/11 Exhibit 31 [1] 166/6
156/12 158/5 158/7 79/16 82/20    Exhibit 32 [1]
160/6 160/7 162/21 Exhibit 12 [1] 90/22 168/13
162/25 166/6 166/7 Exhibit 13 [1] 92/23 Exhibit 33 [1]
168/3 168/13 168/14 Exhibit 14 [1]    173/10
173/10 173/11 177/2 101/25    Exhibit 34 [1] 177/2
177/3 179/11 179/12 Exhibit 15 [1]    Exhibit 35 [1]
181/20 181/23    109/15    179/11
182/21 182/24 184/1 Exhibit 16 [2]    Exhibit 36 [1]
184/4 185/11 185/14 118/18 119/7    181/23
186/7 187/1 187/4 Exhibit 17 [1]    Exhibit 37 [1]
189/1 189/4 190/9 119/25    182/24
190/12 191/15    Exhibit 18 [2]    Exhibit 38 [2] 184/4
191/18 194/15    121/10 136/11    186/7
194/18 196/1 196/4 Exhibit 19 [1]    Exhibit 39 [1]
132/14    185/14

E             267/7 267/16          52/17 52/18 213/2

Exhibit 4 [2] 39/12 Exhibit 7 [2] 61/4 214/4 214/8 215/25

40/25             64/24             extra [1] 40/13

Exhibit 40 [1] 187/4 Exhibit 9 [1] 70/3 extradited [1] 52/22

Exhibit 41 [1] 189/4 EXHIBITS [3] 6/11 extradition [4] 17/3

Exhibit 42 [1]     7/1 8/1             17/20 18/1 172/13

190/12             exist [1] 253/20     extraordinarily [2]

Exhibit 43 [1]     existing [1] 52/25     165/25 188/16

191/18             exists [1] 254/9     eyes [1] 262/9

Exhibit 44 [1]     expansive [1] 43/1 F

194/18             expect [5] 234/6

             243/12 252/11     Facebook [1]

Exhibit 45 [1] 196/4             146/23

Exhibit 46 [1] 198/1 274/13 274/17

             experience [7]    facing [2] 196/21

Exhibit 47 [1] 200/3             197/1

Exhibit 49 [1]     24/22 25/2 33/5

             116/22 217/11     fact [21] 37/1 57/14

204/22             93/13 94/14 95/1

Exhibit 5 [1] 44/7 272/11 274/12

             expire [1] 225/10     105/3 105/4 142/4

Exhibit 50 [1]             170/11 170/14 175/7

205/24         expired [2] 224/17

             269/18             178/22 203/21 204/2

Exhibit 53 [1]             219/4 219/6 219/21

223/11         EXPIRES [1]

             276/18             234/3 241/24 244/21

Exhibit 54 [1]             270/23

234/21         explain [1] 157/5

             explaining [1] 109/8 factor [2] 209/25

Exhibit 55 [1]             252/8

240/18         explanation [1]

             250/22             factors [1] 252/5

Exhibit 56 [3]             facts [13] 43/18

258/19 262/14     exposure [1] 50/14

expounded   [1]      44/3 46/25 56/17

271/25                       95/15 95/18 95/19

Exhibit 57 [1]      108/6

              expressing   [1]      226/2 227/3 227/25

263/11                       260/20 268/12

Exhibit 6 [3] 55/14   90/25

              extent [7] 18/15      274/10

140/3 140/6 144/14 223/11 236/11

factual [1] 44/25    204/7 252/23 254/6 256/20

fail [1] 232/1    family [3] 258/13 February [8]

failed [2] 114/22    259/20 259/20    141/10 159/1 207/21

259/25    far [14] 10/22 15/16 223/23 223/25 224/2

fair [13] 10/17    92/1 92/20 101/19 224/4 225/11

15/24 24/7 26/22    116/10 118/7 118/8 February 1st [3]

100/16 115/1 123/24 129/14 151/15 170/2 224/2 224/4 225/11

129/22 159/17    192/16 247/24 264/6 February 2023 [1]

159/19 203/25    farmer's [1] 260/8 159/1

213/23 230/17    FARUQUI [1] 3/11 federal [3] 11/12

fairly [3] 19/10    fault [1] 109/7    238/9 278/12

159/19 247/17    favor [2] 169/10    feedback [1] 30/24

fake [6] 248/17    172/23    feel [5] 76/21 95/16

248/21 249/15    Fayetteville [1]    161/19 249/2 255/4

249/24 250/9 250/18 180/2    Felipe [2] 6/22

fall [3] 217/19    FDH [2] 2/2 223/24 102/5

254/21 255/18    FDH's [1] 223/21 fellow [3] 71/22

false [21] 44/11    FDHRESP.025 [1] 115/20 121/11

46/16 48/9 60/10    102/18    felonies [4] 117/25

67/3 87/10 88/5    FDLE [37] 19/17    166/21 166/24 221/6

88/11 88/12 107/14 20/14 25/9 25/18    felony [14] 38/22

144/2 144/2 144/7 30/15 30/23 63/9    39/2 49/4 56/1 78/20

146/10 184/25 186/3 73/12 73/16 74/8    90/17 96/20 96/24

194/25 196/10 197/2 74/10 77/1 83/4 97/6 118/4 137/21 143/24

209/17 211/17    97/25 98/20 98/22 144/6 146/9 146/13

falsely [2] 108/8    100/13 102/23    felt [4] 73/24 123/24

110/6    116/22 117/7 120/3 202/5 237/13

falsifying [1] 41/23 120/6 141/1 158/4 Fernandes [4] 7/23

familiar [10] 36/11 165/1 165/5 178/5 15/5 206/1 206/5

38/12 38/14 108/11 181/6 207/4 208/23 few [12] 15/21

217/6 218/5 218/25 48/14 98/10 99/14

114/21 278/10        26/24 127/8 212/9

few... [8] 99/23      filled [10] 40/9      first [24] 8/4 9/12

201/17 210/9 210/20 42/24 45/12 46/10 11/7 13/15 14/15

218/11 234/16 267/3 50/25 56/7 56/11      26/21 36/10 65/18

271/22              56/21 58/25 153/12 147/19 147/20

fewer [1] 272/7      filled-out [1] 46/10 148/17 149/19

fictitious [12] 38/20 filling [7] 46/5      150/25 155/6 158/14

51/22 55/21 56/5     67/22 113/6 257/8 180/4 187/8 193/5

80/11 88/6 90/7      267/15 267/19        193/20 223/16 229/4

133/3 145/14 145/20 267/23                235/13 258/24 267/4

146/15 177/13        fills [1] 55/23      fit [2] 46/18 48/2

fide [1] 250/13      final [2] 109/24     five [43] 90/16

fifth [1] 235/7      274/21               121/23 123/12

file [14] 15/1 30/22 finalized [1] 192/25 124/17 125/1 125/10

36/2 42/10 42/18     financially [1]      127/17 127/18

87/16 103/18 104/2 277/16                 128/17 129/11

108/23 131/4 142/2 find [9] 109/7         129/15 131/21 132/1

179/6 179/6 221/3 116/21 123/9 142/12 132/19 132/24 133/8

filed [18] 25/20 31/2 155/2 155/3 170/24 134/9 134/10 135/16

33/24 54/6 77/24     193/2 245/1          136/15 137/25

87/18 178/7 189/5 finding [1] 87/3        138/21 139/5 142/5

189/8 189/14 194/19 fine [5] 29/2 29/2    152/11 153/9 170/11

213/6 213/6 214/6 29/5 139/5 226/21 170/14 196/9 196/10

214/16 238/17 256/1 fined [1] 91/8        196/22 197/1 199/21

278/12              fines [1] 28/23       205/11 210/5 211/13

files [4] 212/20     finger [1] 213/17    211/16 211/20 231/7

212/23 214/15 218/4 finish [1] 210/20     231/22 232/1 265/14

filing [4] 7/16 7/18 fired [8] 124/4      273/13

25/19 98/19          124/8 126/4 126/7 five minutes [3]

fill [7] 24/18 45/16 126/14 129/16 194/1 139/5 265/14 273/13

47/13 57/15 58/9     194/5                five years [4]

                     firm [5] 3/21 26/18 196/22 197/1 211/16

51/23 55/15 58/8   184/12 184/15 187/9

five years... [1]   60/2 60/9 60/15 62/3 187/16 192/11

211/20   62/9 62/25 65/20   192/13 198/5 198/9

five-minute [1]   66/17 70/18 71/12 198/12 203/25 205/4

210/5   74/15 80/11 83/10 218/6 222/7 222/22

five-year [1] 90/16 86/16 86/21 86/22 222/24 224/4 224/5

FL [14] 2/4 2/9 3/4 86/25 88/4 88/9 92/4 225/13 231/15

3/9 3/15 3/22 4/4 4/9 92/6 94/3 94/18 95/2 233/15 235/18

4/14 4/19 5/5 5/10 95/3 95/11 95/19   236/15 237/1 238/10

5/17 6/14   95/23 95/24 96/11 239/17 240/4 240/7

flag [8] 146/6   104/13 105/10 107/9 242/2 242/3 243/16

151/23 160/4 170/4 113/12 115/19   246/10 246/15 247/2

175/4 175/9 199/8 118/20 120/8 122/2 247/10 248/6 248/9

203/12   122/12 122/15   248/10 249/17

flagged [1] 101/3   122/18 123/7 124/19 249/24 250/3 250/6

Flagler [1] 9/24   124/23 129/18   250/7 250/10 250/11

flags [7] 159/18   140/11 140/18   250/14 250/17

164/22 170/7 188/23 141/23 142/13 143/1 251/13 252/13

193/17 199/25 219/2 145/14 146/24   255/13 259/13 266/5

flew [1] 172/2   146/25 147/1 147/3 268/24 274/6 274/15

FLORIDA [192]   147/4 147/5 149/20 276/3 276/7 277/2

/1 1/4 1/8 1/12 1/18 149/23 149/24 150/3 277/8 277/23 278/4

/12 3/2 3/8 6/3 6/14 150/22 151/18   278/6 279/3 279/4

6/15 6/16 9/10 9/17 154/13 154/15 155/4 Florida's [2] 86/21

9/25 10/4 11/12 17/4 158/16 158/20   241/12

18/3 19/14 19/22   158/23 162/11 163/5 flow [3] 30/1 62/19

20/2 20/4 20/6 20/9 163/10 168/4 168/20 218/2

20/11 20/15 20/22 168/24 169/2 170/16 Flr [1] 4/14

20/22 21/11 26/10 172/2 173/17 173/20 fmari [1] 5/6

27/9 36/6 38/6 44/11 174/2 174/3 174/7 focus [2] 223/19

48/3 50/6 50/15   174/20 179/20   237/17

179/23 179/25 184/8 focused [1] 101/2

1

2

229/6 229/15 230/1 207/15 205/20 213/1

folks [25] 15/2          237/17                         215/24 216/25
24/14 47/11 56/23     foregoing [2] 277/9     220/20 221/8 223/5
130/8 135/17 136/1 279/19                       224/1 224/3 224/20
154/24 220/23         foreign [1] 125/2         225/24 226/24
222/22 228/18 229/6  forged [3] 63/23          227/21 234/9 240/12
229/12 229/14          176/20 177/18           242/16 244/16
231/17 232/14          forgot [2] 58/23         245/22 246/12
242/24 249/3 250/11 260/10                     249/18 250/20 258/9
250/15 252/19          form [103] 6/20          260/2 260/14 267/24
263/19 271/4 271/24 34/4 40/9 42/24 43/9 268/2 268/17 269/10
274/19                    43/15 44/24 45/10      269/21 270/8 270/14
follow [13] 65/10      45/12 49/13 49/24      272/8 272/21 273/2
116/16 116/21 117/7 51/7 52/3 52/16             274/16
123/25 165/6 172/25 52/17 53/15 54/4      formal [1] 108/23
210/17 217/3 219/25 54/17 56/8 56/9        formally [3] 87/18
228/9 228/13 230/16 56/12 59/4 63/14       108/13 133/7
follow-up [6] 65/10 63/22 64/10 64/14 formed [1] 237/16
116/16 116/21          64/19 67/9 68/22     forming [1] 237/17
123/25 210/17 228/9 69/5 73/9 74/5 74/21 forms [26] 41/24
follow-ups [1]         75/16 86/3 88/21        45/18 46/2 47/9
228/13                   89/24 91/22 92/1        47/12 63/13 72/3
followed [1] 133/15 97/19 98/5 98/14        74/16 74/18 106/9
following [2] 9/1      100/1 100/23 104/16 118/1 118/5 120/7
278/10                   104/22 107/3 107/17 155/9 203/7 221/7
follows [1] 9/13       115/10 132/5 133/5     259/11 259/19
footprint [2] 244/6 134/3 147/25 148/20 260/13 261/1 262/19
244/21                   150/6 157/3 172/5     269/2 270/18 270/19
force [12] 25/7 25/8 173/4 173/21 176/13 272/5 272/7
25/17 29/25 77/1      177/25 178/19           Fort [1] 4/19
134/19 217/3 229/5 182/11 187/17           forth [2] 74/8 266/4
199/11 202/1 206/15 forward [1] 33/2

53/24 54/3 54/20   42/5 42/16 56/8

forwarded [1]      58/25 59/13 59/13 56/12 57/17 65/6

235/18          68/2 70/16 72/19    67/16 68/1 72/3

found [10] 21/5      75/14 77/8 77/17    73/18 74/19 76/7

21/17 74/17 98/11 78/15 79/7 83/18      76/11 83/25 85/19

105/8 142/20 146/22 83/20 83/20 84/20 85/23 96/17 99/17

191/1 199/20 248/16 98/12 98/20 100/15 100/6 100/21 107/10

four [11] 26/25      101/3 102/25 103/5 118/22 125/21

57/12 67/19 96/16 103/16 103/25       125/24 126/4 126/12

97/9 110/15 118/11 119/17 121/3 124/4 131/9 133/3 141/12

123/13 138/5 153/10 124/9 126/13 129/21 152/12 156/19

182/1          129/25 130/8 134/25 157/11 160/14

four weeks [1]      142/8 143/16 151/24 165/14 183/4 193/7

123/13          156/7 160/4 164/24 193/10 200/11

four years [5] 26/25 165/11 165/16      221/12 253/10 270/1

110/15 118/11 138/5 165/19 165/21 170/9 270/2 270/19

153/10          175/1 175/5 175/18 fraudulently [9]

frame [2] 191/4      176/8 176/24 183/18 36/22 37/8 37/16

191/7          183/23 217/9 217/18 40/6 40/16 41/11

Francis [13] 17/7    218/8 219/2 219/6 42/6 48/18 180/24

17/22 18/12 19/6    239/14 241/22 244/3 FREDERICK [1]

20/3 53/4 231/9      245/15 246/25      2/5

232/8 263/21 264/10 249/22 250/16      free [1] 18/17

264/15 264/19 265/2 257/12 263/6 263/25 fresh [1] 258/17

Francisco [2] 21/6 267/5 267/9 269/8 Friday [1] 24/19

21/17          269/11 269/20    friend [2] 136/14

FRANK [1] 5/6      270/12 271/6 272/6 222/11

FRANKLIN [2]      273/1          Fritz [6] 9/17 80/24

4/18 5/13      frauds [1] 54/11    127/22 138/24

fraud [81] 29/18   fraudsters [1]    205/14 228/17

35/11 51/5 52/2    217/16          front [5] 45/13

fraudulent [43]    45/17 57/16 123/3

230/23    25/22 27/16 27/17

front... [1] 123/9  GARY [3] 2/20    27/23 28/8 28/15

fruit [1] 237/22    102/14 266/25    49/9 93/12 116/23

frustration [1]    gather [8] 47/7 82/6 233/20 234/11

 242/23    222/9 241/20 241/21 236/14 251/24 256/3

fugitive [1] 171/8    243/24 246/16 253/7 262/2 262/3 262/10

full [3] 75/7 193/5 gathered [8] 30/11 263/7 276/7 277/7

 202/25    76/24 108/3 113/3 278/5 279/4

funneled [1] 216/5 253/15 254/2 254/17 General's [15] 9/19

further [11] 48/7    254/20    10/5 12/15 12/24

 49/1 73/20 81/2    gatherer [2] 151/24 13/7 22/24 23/6

 114/15 154/21 162/3 165/25    26/13 26/16 26/18

 162/3 171/4 273/10 gatherers [1]    26/20 28/1 29/4

 277/12    151/20    225/22 236/3

furtherance [4]    gathering [13] 16/1 Generally [1]

 56/24 56/25 134/25 27/24 28/24 58/7    235/16

 244/9    77/23 111/5 111/6 gentleman [4] 85/6

future [2] 227/2    113/1 113/11 194/1 102/8 124/14 222/10

 227/24    214/1 241/25 244/9 gentleman's [1]

fuzzy [1] 15/16    gave [20] 19/16    58/5

fwermuth [1] 2/6    19/17 45/3 45/24    gentlemen [2] 169/1

    47/23 48/25 50/21 221/23

G    58/15 75/20 108/5 George [13] 62/4

GA [4] 1/21 276/16 113/4 113/20 114/24 63/17 65/25 69/9

 277/22 278/16    115/2 115/4 151/18 70/14 70/14 71/21

GADSDEN [1] 5/14 153/19 171/19    72/4 85/3 85/6 85/13

gain [1] 59/16    218/11 249/3    86/10 231/9

Gainesville [1] 4/4 gearing [1] 266/7 Georgia [1] 180/2

gambit [1] 54/7    general [33] 1/12 GERALDO [1]

gambling [1] 183/4 3/13 3/14 6/3 9/10 4/20

game [1] 245/12    9/20 11/11 12/8    get [31] 24/21 30/21

gaming [2] 26/3    12/11 23/16 23/17 57/10 68/20 81/11

G          249/11 271/16          163/21 167/23 168/1

get... [26] 89/16    given [12] 35/25     169/20 172/20

90/19 97/4 112/19 76/14 97/7 138/5        177/23 180/9 189/19

112/22 130/11      152/19 153/9 161/20 198/14 198/23

160/21 171/17      186/9 200/19 200/22 199/19 206/19 210/8

171/23 172/3 172/17 244/12 279/20      210/16 220/10

197/14 206/22    gives [2] 68/10    226/10 227/8 228/16

210/19 215/18 217/7 205/3          229/3 235/7 235/12

218/19 228/1 230/2 giving [2] 215/7    242/19 245/3 245/24

233/2 233/3 236/13 249/24        247/20 249/8 258/16

247/24 249/21    GLADES [1] 4/17 259/5 261/7 261/14

271/12 275/16    glanced [1] 181/15 261/21 261/21 271/1

gets [2] 161/2 233/3 glean [1] 208/4    272/14 275/10

getting [28] 14/17 glut [1] 245/7    goal [5] 30/19 30/25

17/19 31/1 56/24    go [84] 10/12 11/9 33/14 50/3 214/14

56/25 57/1 80/17    30/15 36/2 45/25    goes [4] 13/16 14/15

86/5 91/8 91/14    46/8 46/13 47/3 49/7 72/7 138/7

91/19 93/9 105/14 57/14 58/9 60/23    going [73] 11/18

105/16 105/24 106/4 63/10 73/16 81/1    12/25 18/13 27/5

112/14 209/12 214/8 81/11 82/18 83/8    27/12 34/2 35/1 37/5

220/3 220/15 237/14 84/12 86/8 87/2    37/24 37/25 38/9

239/19 246/22    89/14 90/21 91/13 49/6 53/18 61/3 62/1

251/18 257/7 260/25 102/16 104/24    65/10 66/12 70/2

267/2          110/21 114/21    79/10 89/7 95/14

gist [2] 49/16    115/18 122/7 123/10 101/24 109/15

126/15        124/11 126/18    118/18 135/22

give [15] 9/5 25/1    127/24 131/18    138/24 152/2 154/7

30/24 41/17 46/4    132/10 134/25    158/5 160/21 162/24

52/13 115/15 127/20 135/11 136/9 139/19 168/6 170/8 171/6

128/3 188/6 215/13 140/8 141/4 143/19 173/9 177/1 179/6

228/10 239/25    144/17 146/18 148/2 181/23 184/4 185/2

155/14 160/6 162/5 188/10 190/20

G                          17/2 171/7 173/17

going... [31] 191/18 179/19 179/25

194/18 196/4 205/15

207/22 210/8 210/12 218/17 228/5

210/15 211/6 215/23 Gotcha [1] 259/22

216/6 216/10 216/23 gotta [1] 206/19

220/10 220/18 223/9 gotten [2] 46/7

223/10 225/22 228/4 181/9

228/5 228/7 228/11 governing [2]

239/7 245/6 245/11 100/12 100/12

245/12 250/4 250/7 governor [3] 22/7

252/17 261/24       238/4 238/8

266/15         Governor's [1]

gone [8] 31/8 53/20 237/25

59/17 78/10 82/24 Grassfire [7]

212/18 264/4 271/19 171/16 188/3 188/7

good [17] 9/16       246/3 246/7 246/14

10/21 10/23 14/19 247/15

56/16 61/16 81/16 GRAY [1] 5/16

81/18 169/18 174/3 great [5] 266/23

179/22 198/11       267/13 267/22

205/14 220/23       267/24 269/5

228/13 250/22       ground [2] 10/12

273/16           78/12

got [28] 9/25 10/1 group [8] 16/17

21/19 45/3 51/12       47/4 125/3 134/20

81/9 86/22 86/23       229/6 229/9 260/7

111/23 112/22       260/8

119/13 127/15       groups [6] 25/8

136/25 140/1 157/8 28/24 29/1 54/9

157/8 161/19 170/2 269/16 271/11

growing [1] 24/2

gstockard [1] 2/21

guarantees [1]
186/11 209/23 212/1 115/14

guess [46] 12/25
14/20 15/17 28/14
28/19 29/13 30/18
31/5 32/7 39/1 41/14
42/25 49/2 49/15
51/22 70/22 73/16
74/2 75/6 75/22 79/5
80/19 90/9 94/8
99/13 109/25 113/17
116/2 136/9 139/7
144/14 155/15
167/25 186/24
197/13 234/20
237/20 239/5 240/2
246/2 246/21 249/14
250/4 253/17 264/19
268/8

guessing [2] 28/20
245/12

guidance [3] 25/14
134/23 230/14

Guillen [12] 124/1
124/3 124/15 124/17
125/5 125/13 125/23
126/3 126/6 129/15
136/19 137/10

Guillen's [1] 127/8

Guillermo [2] 207/8
207/11

120/14 131/9 135/24 2/16 6/5 139/8

guilt [1] 90/23     134/8 134/11 135/18 210/13 228/6 228/15

guilty [9] 70/15     135/25 136/22     228/23 266/15

90/10 91/7 93/14     139/13 140/11 142/2 hand [3] 9/3 46/3

132/18 137/25     143/13 146/3 147/1 243/21

152/11 177/10     148/13 151/20 159/4 handful [2] 229/3

186/10          161/23 167/19     256/7

GULF [1] 5/14     171/15 174/18 175/3 handle [6] 213/16

gun [1          ] 243/21     175/21 175/21     215/23 216/6 216/23

guys [1] 210/23     181/16 183/15     220/19 265/1

Guzzo [6] 13/10     186/24 193/3 193/5 handled [7] 19/1

13/14 13/15 13/17 198/25 199/1 199/20 58/5 110/19 128/23

81/23 82/14     199/24 201/16 202/3 167/23 185/6 264/23

202/4 209/9 212/11 handles [1] 255/23

H          213/10 214/16     handling [3] 122/5

had [100] 17/13     221/11 221/23     213/20 270/25

17/18 18/21 20/1     222/24 224/24 232/6 handwriting [3]

21/6 22/16 23/2     232/16 237/1 237/3 175/22 175/24

23/10 24/12 24/22 243/23 249/5 254/23 175/25

26/9 26/21 42/15     269/18          hang [1] 46/9

42/15 45/14 46/2     Haggi [9] 7/8 7/8     happened [9] 31/22

46/7 46/10 47/7     47/1 76/20 77/13     76/18 76/19 76/20

47/13 51/21 52/22 136/2 136/22 137/3 76/21 105/7 110/14

58/10 64/17 70/22 158/11          117/18 233/5

76/2 76/13 82/24     Hailey [4] 5/21 15/3 happens [1] 190/25

83/24 91/19 95/6     35/10 195/17     happy [1] 81/1

95/20 95/25 96/1     half [3] 138/25     hard [2] 112/4

96/11 98/11 98/21 164/3 242/21          167/18

99/10 103/24 109/2 halfway [1] 70/13 HARDEE [1] 4/17

113/4 113/15 113/15 HAMILTON [1]     harder [2] 40/15

114/3 120/15 120/21 5/14          243/19

123/24 123/25     HANCOCK [8]     HARDY [1] 3/18

H    04/9 11/6 13/8 17/16 46/11 59/14 60/5

Harriel [46] 7/3    78/2 99/4 100/7    64/15 79/24 89/13
119/3 120/6 120/21 101/5 101/14 101/16 112/25 115/15 120/7
120/25 121/16    104/13 116/7 116/19 130/16 140/21
121/20 122/9 122/18 116/20 117/12    145/18 148/15
123/3 123/11 123/21 132/18 135/8 137/13 149/24 159/4 163/4
124/3 124/8 124/13 138/8 138/17 149/5 163/7 163/16 169/7
125/9 125/14 125/18 157/21 161/20    172/19 174/2 184/11
125/23 126/7 126/11 161/24 168/3 168/20 193/11 198/5 198/8
127/4 128/21 129/7 170/19 170/21    216/19 230/21
129/10 129/16    170/23 171/12 179/3 Hawaii [4] 171/18
129/21 129/25    184/8 184/11 187/9 171/21 171/24 172/2
130/22 131/8 131/20 187/12 188/16 191/9 HB [16] 36/18
132/3 132/16 132/23 195/10 196/19    37/12 38/18 39/6
134/1 134/2 135/10 211/19 215/6 218/6 52/2 55/6 55/19
136/5 136/14 137/3 222/1 226/5 227/13 58/19 215/3 220/9
137/7 137/17 137/18 230/9 233/19 236/4 241/11 241/16 243/2
137/25 138/18 155/1 238/17 239/3 239/6 243/16 265/24
Harriel's [8] 122/11 244/24 245/14    268/22
122/23 126/2 130/16 245/15 258/6 258/13 HB 1205 [16] 36/18
135/6 135/21 138/14 260/17 267/24    37/12 38/18 39/6
161/18    hasn't [5] 137/5    52/2 55/6 55/19
harsh [1] 243/13    137/9 137/12 221/5 58/19 215/3 220/9
has [81] 15/12 16/5 233/5    241/11 241/16 243/2
16/18 17/7 18/3    have [287]    243/16 265/24
20/15 24/16 27/14 haven't [9] 16/1    268/22
27/22 28/1 30/21    54/25 76/8 78/11    HCFL.gov [1] 4/16
31/8 31/22 33/18    208/11 221/15    he [181] 11/2 15/6
33/23 44/16 48/23 232/18 233/6 260/5 17/8 17/19 17/23
56/21 56/22 59/21 having [34] 9/12    17/23 17/25 18/1
60/2 60/18 61/18    13/5 18/24 19/17    18/2 18/2 18/3 18/4
    34/24 40/12 41/10 18/4 18/5 20/4 20/6

H    113/2 113/4 113/4 16/17 21/14 33/23

he... [165] 20/9 20/9 113/9 113/13 113/15 104/19 115/8 149/23

20/12 20/13 20/14 114/4 114/10 114/17 150/3 160/2 160/13

20/17 20/18 20/21 114/20 115/2 115/4 160/20 160/21 163/7

21/4 21/5 21/6 21/8 115/12 115/24    167/10 170/2 170/3

21/10 21/11 21/13 118/10 124/17    171/7 171/10 173/17

21/15 21/16 45/23 124/24 125/14    173/20 179/19 206/8

45/24 45/25 45/25 125/16 142/12    210/13 228/6

46/1 46/3 46/4 46/4 142/18 142/20    head [16] 16/9 36/1

46/5 46/7 46/8 46/10 149/19 149/23    54/2 54/24 59/25

46/12 46/12 46/13 150/10 150/10    67/21 76/23 108/11

46/16 46/18 50/25 150/12 152/11    135/21 150/12 158/1

51/15 58/8 61/13    152/16 152/19 153/9 178/15 181/12

61/14 70/17 70/23 153/12 153/18    229/25 233/10

70/24 76/1 78/17    153/19 153/20    251/23

81/23 81/25 82/1    158/24 160/4 161/2 health [1] 191/2

96/3 104/13 105/2 161/23 163/4 163/10 HEALTHCARE [6]

105/8 105/8 105/16 163/22 164/3 164/10 1/4 9/18 26/10

106/3 106/8 106/8 166/18 166/22 167/1 225/13 278/4 279/3

106/17 106/18    167/12 167/13    hear [4] 211/10

106/19 107/13    167/13 167/14 168/3 211/11 228/18

107/25 108/1 108/2 168/20 168/23    266/21

108/5 108/6 108/7 170/14 171/2 175/3 heard [1] 233/6

108/12 108/14    175/21 175/21 177/9 hearing [1] 234/18

108/15 108/17    178/4 178/9 179/23 Hee [1] 15/3

109/10 109/19    179/24 180/15    hello [1] 266/20

109/25 109/25 110/5 180/21 180/23 181/1 help [5] 28/6 32/7

110/15 111/4 111/12 182/1 182/5 195/20 33/15 243/24 250/17

111/15 111/23    203/21 206/7 238/7 HENDERSON [1]

111/24 112/1 112/9 238/8 238/14 264/11 4/18

112/13 112/24 113/2 264/22 264/24    HENDRY [1] 4/17

he's [25] 18/7 18/7 henlaw.com [1]

H 190/18 194/4 194/3 145/1 146/22 149/8

henlaw.com... [1] 201/14 202/3 202/12 149/19 155/6 158/6

4/21 203/19 203/21 205/3 159/24 160/15 166/5

Henos [9] 7/9 7/9 205/7 211/6 211/7 169/4 170/12 175/14

163/1 163/18 166/11 278/13 175/16 179/5 187/20

168/2 168/8 168/24 here [114] 11/2 12/7 188/9 198/15 201/2

171/3 13/1 16/13 19/5 201/14 206/20

HENRY [1] 278/2 27/13 31/1 32/24 206/22 206/24

her [76] 13/6 13/13 35/5 35/6 36/5 36/10 207/12 208/12

13/15 14/15 14/16 38/11 42/14 49/17 209/24 210/21

19/16 19/18 19/20 55/20 62/1 62/6 212/18 222/24

19/20 19/21 19/22 65/17 66/3 67/14 231/17 236/25

24/18 24/21 34/22 68/9 68/11 71/25 237/10 249/1 255/6

34/24 46/25 47/1 72/11 75/6 76/1 76/6 256/7 261/22 262/21

47/8 47/20 47/24 78/19 81/6 81/10 263/1 266/24 279/2

48/15 61/16 85/13 83/3 83/9 84/22 here's [1] 55/22

86/24 89/25 90/2 89/15 89/23 90/14 hereby [1] 279/20

90/24 95/11 96/3 90/25 93/8 93/24 hereinafter [1] 9/13

98/19 107/21 120/6 94/17 99/2 102/22 hers [1] 176/22

122/16 123/16 124/2 103/3 103/9 104/8 hey [3] 80/24

124/8 126/1 126/3 104/13 105/21 127/22 218/16

126/4 126/11 126/13 109/19 110/14 HH239213 [1]

126/14 126/14 110/23 111/2 113/18 276/17

126/14 130/15 117/2 117/20 118/9 Hialeah [1] 154/13

131/19 132/24 118/19 118/24 high [12] 35/2

133/22 136/5 136/15 120/20 121/18 122/7 159/21 160/1 164/8

137/21 142/12 122/22 123/11 164/18 165/15

142/18 142/20 123/20 126/19 165/25 175/3 183/19

142/20 142/25 143/4 127/14 127/20 188/16 216/4 216/6

146/3 147/6 154/12 130/13 132/18 high-level [1] 35/2

154/17 158/4 190/15 136/19 140/1 140/9 higher [4] 72/19

141/9 143/20 144/5 162/9 217/8 252/11

H [2] 115/9 115/25 116/1 hours [3] 152/22

highlighted [2]     117/22 126/17 150/2 254/19 254/21

36/10 55/19         153/5 153/18 161/6 house [16] 8/7 47/3

Highway [1] 238/10 167/8 167/11 167/12 240/10 242/13

HILLSBOROUGH 170/2 170/25 195/23 244/14 245/20

[2] 4/12 4/13        206/8 222/11 222/11 246/11 251/11 253/1

him [13] 46/21       264/10 278/13     253/13 253/21 254/9

104/21 106/23 109/4 his/her [1] 278/13 258/8 259/3 266/2

109/25 113/1 113/16 hold [1] 241/8        266/10

115/25 210/16     holding [2] 269/16 how [57] 10/11

210/18 210/20       271/5             21/20 23/2 23/5

222/12 238/12       Holley [4] 6/17    29/16 29/21 32/7

himself [1] 203/9    65/15 65/19 66/5    45/25 56/6 56/11

hire [2] 47/6 220/22 HOLMES [1] 4/17 57/23 58/9 59/21

hired [5] 24/17     HOLT [1] 4/18       60/1 60/1 60/16

125/6 125/9 125/14 HOLTZMAN [1]       63/21 73/20 73/20

128/17            3/3               81/4 81/11 87/1

hires [2] 246/7     holtzmanvogel.com 95/20 95/20 96/1

246/15             [2] 3/6 3/7        96/10 109/7 110/17

hiring [1] 246/23 home [4] 21/7 46/13 111/24 124/9 134/24

his [51] 1/7 18/5     105/2 236/3       150/7 153/21 187/19

20/13 21/15 35/9     homeless [1] 46/3   192/17 195/23

45/24 45/24 46/11 honestly [2] 154/21 208/14 209/23

46/15 58/9 70/23     245/25             209/23 215/11

76/3 104/9 104/20 hook [1] 32/24       215/22 216/6 216/23

104/24 106/4 106/9 hope [1] 234/11     220/18 228/1 229/9

108/3 109/3 111/3 hopefully [2] 30/22 232/14 233/7 238/25

111/16 111/23 112/4 217/4             239/3 247/10 248/23

112/10 112/11     hour [2] 10/14     250/16 253/5 259/8

112/15 112/18 113/9 138/25            267/22 271/4

113/15 115/5 115/6 hourly [2] 254/16 how's [1] 220/17

255/4             however [4] 33/17

H   234/20 242/16   60/12 67/22 69/7

however... [3] 44/3 245/24 261/5 268/4 69/11 70/2 71/6 71/7

240/5 248/7   I'll [28] 10/12 11/9 73/20 74/7 75/18

huh [9] 95/5 100/10 11/20 39/11 55/13 75/19 77/9 77/19

136/3 170/22 186/19 55/20 63/10 63/11 78/16 79/10 79/15

189/23 195/22 207/5 67/22 92/23 94/11 79/15 80/10 81/1

209/2   122/21 138/23 140/7 85/21 86/2 87/14

Humphreys [14]   146/5 148/2 187/4 89/13 91/25 92/20

7/4 7/5 144/24   190/12 204/22   95/14 98/16 100/16

144/25 145/4 145/8 215/13 239/22 240/2 101/7 101/10 101/19

145/23 145/24 146/8 240/17 258/24   101/24 102/13 103/7

146/25 147/1 147/16 263/10 265/12 267/1 106/6 108/11 108/17

147/24 148/5   275/16   108/17 108/21

hundred [8] 69/14 I'm [234] 11/18   108/23 109/6 109/7

69/19 90/18 105/15 12/14 12/24 13/5   109/15 115/12

105/19 111/15   13/5 14/17 17/10   116/10 117/3 117/18

144/12 152/22   17/19 18/13 18/19 118/3 118/18 121/9

hundred-year [1]   18/24 19/17 20/12 129/23 132/14 133/7

69/19   21/13 22/25 24/21 135/22 136/4 136/20

27/5 27/12 28/5   137/2 138/20 139/16

I   28/14 31/21 33/13 141/5 142/17 144/12

I'd [38] 11/7 12/19 33/13 34/7 34/14   144/14 144/15

27/6 29/15 36/1 36/9 34/18 35/1 35/6 35/6 144/22 148/11

37/4 41/5 44/6 55/13 37/24 37/25 38/6   149/12 152/2 152/25

70/2 71/20 79/11   38/9 38/14 38/16   153/23 153/23

89/22 101/23 104/6 42/12 47/16 47/19 154/21 154/21

110/21 118/13 121/5 48/11 48/11 48/15 155/22 156/1 156/11

122/7 137/15 143/19 49/15 53/18 55/8   158/5 162/2 162/24

149/7 150/24 168/1 55/18 56/21 59/25 165/9 166/5 167/16

182/24 185/14 189/4 60/6 60/14 60/21   167/19 168/6 168/12

197/20 197/25 200/3 61/3 61/7 62/1 62/12 171/1 171/4 171/6

202/11 223/19   63/2 64/24 65/22   173/9 179/10 181/5

268/6 271/10       156/19 156/20

I'm... [86] 181/12 I've [15] 9/25 10/1 157/11 158/8 160/8

181/23 182/11       15/20 23/3 23/7 92/1 160/14 162/22 166/8

182/12 182/16 184/4 140/1 165/16 171/23 166/15 168/15

185/7 185/7 189/19 173/6 181/13 207/6 170/15 173/12 177/4

190/20 191/18       210/10 230/3 256/10 179/13 180/22

192/16 192/17 193/4 IC [1] 91/11       181/21 182/2 182/22

194/10 194/18 196/4 ID [12] 6/12 7/2 8/2 184/2 184/20 184/23

197/15 197/15       68/1 90/5 146/24    185/12 185/21

197/25 204/1 204/7 146/25 147/3 147/4 185/25 187/2 189/2

204/11 204/13       147/6 177/10 177/11 190/10 191/16

204/13 205/24 207/7 idea [6] 43/5 59/14 194/16 194/23 196/2

208/4 209/1 209/16 209/16 250/25       196/9 196/23 197/23

210/8 210/12 211/6 250/25 271/16       200/7 200/12 202/14

212/6 212/21 216/1 identical [1] 86/3    204/20 205/12

219/24 221/24 223/9 identification [95] 205/22 211/2 223/13

223/10 223/15 225/3 11/22 36/7 36/14     234/23 240/20

226/12 226/22 228/4 36/23 37/7 37/17     258/22 263/13

228/5 228/11 228/23 37/22 38/2 39/13     276/12

229/22 229/23 232/5 40/17 41/11 42/6    identified [39] 16/2

232/5 232/7 232/18 42/17 44/8 55/11      44/23 59/18 61/15

233/9 236/9 236/17 57/8 60/5 61/1 65/1 64/15 65/9 77/13

236/23 237/9 238/23 67/16 69/24 71/10 80/5 84/6 84/23 85/3

239/1 239/1 242/18 79/13 79/21 89/20 86/23 97/9 99/17

246/21 247/6 247/13 93/2 102/2 109/13 100/21 103/16

247/22 248/4 248/25 109/21 110/2 118/16 103/25 106/11

250/4 254/1 254/12 119/23 121/7 121/24 107/25 119/3 126/11

254/12 254/23 255/1 132/12 132/20       126/13 128/16 145/4

255/2 255/2 255/5 132/25 133/1 138/1 148/15 159/4 163/15

256/3 256/12 266/15 141/7 143/25 144/20 165/4 169/7 176/19

266/23 266/24 268/4 147/10 149/10 152/5 176/25 184/11

152/13 154/5 155/16 193/18 199/9 211/16

illustrate [1] 268/9 129/19 251/8 254/13

identified... [4]    images [1] 131/4    279/21

212/20 214/19    imagine [1] 10/8    incompetent [3]

214/20 219/12    implication [1]    190/14 190/19 191/1

identifies [5] 62/21 130/13    Incorporated [1]

90/4 120/6 158/15 important [1]    190/24

200/15    134/16    increase [1] 39/1

identify [10] 51/2 impose [3] 28/23    increased [1]

130/15 165/2 165/10 252/9 262/22    244/14

174/25 175/11    imposed [1] 69/3    indeed [1] 211/12

176/11 188/24    imposition [1] 93/9 independent [3]

198/23 218/7    imprisonment [1]    51/5 125/10 220/3

identifying [10]    91/3    INDEX [3] 6/11 7/1

40/7 48/6 52/1 65/5 imputes [1] 262/10 8/1

106/24 115/21    INC [8] 1/5 9/18    Indian [1] 120/13

128/20 170/7 174/22 125/6 126/23 128/12 Indiana [1] 5/10

206/8    129/20 130/1 130/14 indicate [2] 249/17

identities [5] 48/18 incarcerated [1]    250/17

51/15 117/10 151/5 133/18    indicated [6] 83/22

174/15    incentives [1]    104/1 105/12 106/14

identity [7] 40/4    254/25    228/4 255/16

42/3 43/23 48/16    incentivizes [1]    indicates [5] 83/10

49/5 75/25 133/9    253/10    93/24 97/21 140/10

IDs [1    ] 271/19    incident [1] 150/14 207/12

III [4] 4/20 70/15 incidents [1] 237/13 indicating [6]

86/11 278/2    include [6] 114/23 101/14 124/24 174/7

illegal [6] 106/12    203/7 250/18 259/9 182/17 209/10

106/18 114/5 114/10 261/15 261/17    216/21

120/7 253/1    included [5] 15/5 indication [6] 64/11

illicit [2] 54/15    82/2 108/20 128/11 174/3 179/22 179/24

54/16    262/5    183/23 198/11

including [4]    indicator [3] 165/15

155/12 155/23    7/5 7/16 7/16 60/16

indicator... [2]    159/24 160/3 164/11 30/11 34/3 36/7

165/19 174/5    164/14 166/2 166/16 36/14 36/23 37/8

indicators [1]    170/8 170/12 172/13 37/17 40/7 40/17

183/18    178/24 180/12    41/11 42/3 42/6

indicia [2] 183/17 183/21 190/3 190/7 42/17 46/7 52/9

245/15    193/14 198/20    55/23 56/7 56/12

individual [28] 17/6 198/23 199/6 199/16 56/22 57/8 57/15

41/7 43/17 50/14    199/21 201/5 201/18 58/10 60/5 63/5

58/21 58/23 68/15 207/2 212/18 212/19 67/16 70/17 72/18

84/12 116/6 124/3 212/21 212/24    76/24 77/2 77/23

156/20 158/17    213/22 213/23    78/7 79/21 82/6

161/14 180/16    214/20 216/10    85/19 85/24 86/2

184/23 186/1 192/7 216/17 219/20    102/23 103/11

192/10 198/23 199/1 221/20 223/2 225/15 106/24 107/11 109/5

200/13 238/6 238/10 231/5 231/12 231/19 109/21 110/2 111/18

239/14 244/2 257/11 232/1 232/11 234/14 112/2 113/4 114/21

264/5 271/12    264/11 271/3 271/10 116/8 117/8 121/25

individual's [3]    274/6    124/25 131/22

40/14 164/23 165/10 individuals' [8]    132/20 133/1 134/12

individuals [77]    151/5 155/16 156/3 135/2 135/9 135/21

13/2 13/25 14/11    164/20 165/18    138/2 144/1 146/10

16/25 19/5 24/1    174/15 188/20 200/1 147/14 152/13

25/23 39/6 44/17    inducement [1]    153/14 153/18

52/14 53/7 70/7 73/6 197/14    153/21 154/2 155/16

78/3 84/11 84/14    industry [4] 153/21 156/3 157/12 157/17

87/24 107/1 107/25 222/5 222/16 222/19 157/24 161/15

116/13 116/21 117/6 inference [1] 105/20 161/25 162/18

121/13 134/7 134/13 inferring [1] 114/8 164/20 166/2 166/15

135/16 135/19    influence [1] 208/1 167/14 170/16 171/5

145/13 151/21    inform [1] 142/15 171/13 174/6 174/9

information [143]    175/23 177/11

112/9 143/23    instance [32] 26/13

information... [53]    initiative [19] 24/11 30/13 33/17 34/12
177/11 178/13    24/24 26/3 26/4 26/5 43/23 48/1 58/22
178/23 180/6 180/20 26/7 26/10 28/3 45/9 58/24 62/20 64/4
180/23 180/23 182/2 63/22 72/14 97/1    68/25 73/4 80/6
182/13 182/14    120/9 155/9 159/12 84/10 85/15 87/11
182/17 182/18    198/19 224/1 224/3 87/22 101/13 126/10
184/20 185/21    225/11    142/8 143/16 148/13
185/25 187/19    initiatives [4] 25/22 156/7 164/17 170/24
187/23 188/6 188/20 26/1 27/10 226/7    176/24 190/1 194/4
189/5 189/21 190/6 injunction [1] 22/5 197/8 198/16 216/9
193/12 193/14    inkling [1] 245/1    225/8
194/12 194/19    inside [2] 153/21    instances [22] 31/7
194/23 196/10    257/8    31/17 32/21 48/23
196/17 196/23    inspector [37] 42/17 74/17 76/5 76/23
197/13 197/17 201/9 74/9 83/10 83/22    98/20 165/24 217/9
201/11 201/13 202/8 85/1 86/9 103/19    217/18 218/8 219/10
205/12 209/14    104/8 105/4 111/10 219/11 219/22
211/14 217/21 218/2 113/25 114/2 114/3 243/14 248/19
218/18 241/21 243/1 114/6 114/8 115/4 248/23 269/16 271/8
243/3 244/24 245/9 121/18 124/12    271/9 271/18
245/10 247/24 257/4 126/20 128/10    instead [3] 49/21
267/15 267/19    131/15 142/11    49/21 105/15
267/23    142/25 146/21    institute [1] 27/17
informed [1] 112/19 146/22 151/2 155/8 instruct [6] 11/3
informing [3] 64/17 159/3 163/14 169/6 13/19 18/14 52/17
215/6 278/13    174/12 180/10    213/1 239/18
informs [1] 208/22 193/21 198/18    instructions [1]
initial [2] 63/4    198/22 199/20    214/10
114/7    203/18    integrity [2] 50/4
initially [3] 111/25 inspector's [2]    251/1
104/23 122/22    intel [1] 134/12

interrogatories [2] 164/4 165/7 165/11

Intelligence [1]    8/6 235/5         165/14 165/21 166/1

 193/22           interrogatory [1]    169/8 169/24 170/3

intend [1] 222/2    235/13         174/14 174/14

intended [2] 20/15 interstate [1]     174/19 175/3 177/17

 257/11           172/12         188/11 188/13

intent [19] 56/8    interview [23]    199/15 219/5 219/13

 56/13 57/18 92/2    19/25 52/11 86/9    220/17 245/14

 222/2 222/24 250/15 86/14 96/5 104/8    invalidated [18]

 262/3 262/3 262/4 104/21 105/4 106/3 72/21 73/17 75/14

 262/4 262/6 262/7 111/4 114/2 114/7 75/24 78/21 79/2

 262/8 262/10 262/25 114/14 123/21     84/18 96/21 96/25

 263/3 263/6 263/7 124/13 124/14 143/5 97/5 100/20 101/22

intentional [1]     193/22 203/19    118/5 137/22 146/1

 59/15           203/21 241/20    159/5 216/14 220/12

intentionally [2]    263/24 264/11    invalidation [1]

 244/3 262/5      interviewed [8]    146/3

interact [1] 236/24 19/19 19/20 20/14 invalidity [10]

interaction [3]    73/12 142/11 142/20 159/19 159/21 160/2

 112/4 114/13 256/23 204/3 209/5      164/8 164/19 165/15

interacts [1] 233/4 interviews [2] 84/5 183/19 188/17 216/3

interest [2] 90/24    205/8         245/13

 210/15          intuition [1] 208/13 invasion [1] 21/7

interested [2] 232/8 invalid [45] 64/15 investigate [9]

 277/16          72/8 72/13 72/24    134/24 157/18

International [1]    74/18 78/24 99/11 209/19 218/7 238/12

 5/4           99/22 99/23 100/6 250/8 266/5 274/14

internet [2] 113/7 101/3 103/20 118/1 274/18

 180/22          131/15 133/25 134/2 investigated [5]

interpretation [1]    137/24 145/18    16/23 98/10 171/17

 261/22          145/23 159/5 159/15 266/6 274/2

               163/16 163/23 164/1 investigating [13]

17/1/20 181/16 213/5 involvement [5]

investigating... [13] 214/5 214/12 217/14 25/6 113/9 149/6

15/25 24/23 50/2      221/13 222/4 229/20 195/13 237/22

84/13 170/9 208/15 231/2 231/18 235/24 involves [13] 18/15

242/14 246/24 247/2 237/24 238/20 243/7 30/14 30/17 36/13

247/7 247/9 248/1 244/12 246/5 248/4 37/6 38/18 52/19

249/22           249/13 252/24 253/4 168/7 172/19 173/7

investigation [51]    253/18 254/7 255/11 194/24 213/2 239/14

7/13 16/5 16/6 30/9 255/18 255/24 256/1 involving [11] 15/9

30/16 30/20 30/24 266/1 266/7 269/13 15/14 26/8 26/10

31/8 32/22 36/22     investigative [8]    33/19 43/1 102/25

37/15 76/25 78/1      6/21 33/24 77/3      103/16 135/18

83/1 83/4 94/25      102/4 220/18 239/20 257/17 258/2

114/1 116/5 116/16 247/24 249/2       is [458]

116/21 117/19 120/2 investigator [5]      isn't [1] 255/6

129/1 136/1 136/10 84/4 97/25 158/4      issue [12] 29/3

138/11 151/9 151/14 204/3 205/7        55/25 62/21 117/7

180/11 182/25     investigator's [1]    148/4 148/10 231/14

187/23 203/1 238/9 96/4            233/14 234/18

238/23 239/2 239/3 investigators [2]    260/24 269/12 275/2

239/6 239/10 239/13 132/1 181/6       issued [3] 109/3

240/1 240/5 247/12 involve [4] 24/10     147/6 149/20

248/3 251/7 251/22 165/21 214/5 230/6 issues [2] 15/23

253/11 257/16 258/2 involved [23] 16/19 89/14

264/2 265/5 265/7 27/2 42/9 54/21      issuing [1] 173/1

investigations [45] 134/8 149/3 151/24 it [375]

14/9 18/16 25/18      175/5 181/11 182/9 it's [81] 13/8 17/8

26/7 26/9 27/3 49/1 186/14 208/24 221/1 28/8 28/23 30/13

52/19 53/17 75/10 222/5 222/18 231/1 32/11 32/12 34/23

116/24 130/7 135/18 239/2 241/25 248/4 36/10 45/10 54/24

153/24 153/25       256/10 274/6 274/10 61/5 62/6 70/9 76/21

274/15           80/5 80/6 80/24

I    246/2 1 258/12    7/17 167/6

it's... [63] 80/24    268/22    jkahn [1] 4/11

83/16 86/1 100/11 J    job [9] 10/21 14/19

102/8 102/14 110/9 Jack [1] 189/8    22/23 23/9 26/12

112/12 119/9 119/17 JACKSON [5] 5/14 26/14 61/16 105/8

119/25 122/14    222/8

18/24 141/10 141/21 JOHNS [2] 5/14

123/20 131/13    142/1

131/19 140/24    256/17

Jacksonville [1]    Johnson [23] 6/20

147/13 155/1 160/24 5/17

165/5 167/18 171/25 Jae [1] 15/3    6/20 79/18 82/22

172/22 173/7 174/5 jail [7] 91/14 91/18 83/5 83/24 84/7

176/24 179/24    85/18 85/23 86/19

91/25 92/4 153/8    87/10 89/24 92/19

189/14 191/24    186/10 211/22

192/23 201/5 202/20 Jamie [9] 6/20 6/20 93/6 93/22 94/14

203/12 209/12    94/17 95/1 96/25

79/18 82/22 89/24 98/9 101/15 101/17

209/14 214/25    93/21 96/25 98/9

222/15 222/15    231/10

231/9

227/23 230/1 230/3 January [6] 71/15 Johnson's [4] 86/10

230/18 233/1 234/3 94/7 104/7 122/25 86/20 94/3 99/5

239/4 239/11 239/12 141/10 204/14    JONAS [1] 5/11

242/22 245/11    Jonathan [10] 1/13

JARED [1] 4/10    8/6 8/7 9/11 9/22

245/11 245/12 247/6 JAZIL [1] 3/6

247/17 249/12 250/8 Jeremy [8] 17/18    273/14 276/6 277/8

250/17 251/18 256/4 18/10 18/12 19/6    278/6 279/5

256/7 258/17 261/2 20/25 53/4 231/9    JOSEFIAK [1] 3/3

263/7 267/2    Joseph [17] 7/9 7/9

232/6

iteration [1] 208/14 jerry.olivo [1] 4/21 7/10 163/2 163/19

its [5] 29/22 32/20 Jessica [5] 7/4 7/5 164/3 166/11 166/14

225/22 225/13                    167/4 167/7 168/7

                144/24 144/25        168/18 168/24

    227/13          146/25

itself [4] 83/2                  169/22 170/12 171/5

                Jill [4] 7/15 7/16    171/13

32/24 148/4    257/15 259/17

Joseph's [4] 167/21    jury [2] 51/13 57/16 265/23 267/2 273/12

168/2 168/8 171/3    just [92] 12/24 14/8 justification [1]

Josephs [1] 171/14    18/20 18/24 21/14 209/12

Judah [1] 149/14    21/17 24/2 24/19    K

judge [4] 17/15 87/4    30/9 31/15 32/19

34/7 34/23 35/16    KAHN [1] 4/10

106/21 233/1    Kansas [8] 18/22

judgment [8] 7/3    39/22 42/2 43/17

45/17 48/6 51/10    94/2 94/23 95/15

7/7 7/15 32/23 91/11    95/15 95/18 95/21

132/15 156/15    54/20 55/3 58/4

60/20 66/13 71/22    221/24

185/15    Karen [2] 24/19

judicial [9] 30/14    75/3 76/22 78/8 81/2

81/7 89/25 91/25    207/8

31/6 65/20 147/20    Kattie [10] 7/22

148/5 154/9 189/10    94/7 95/14 96/1

100/16 109/7 110/1    7/23 8/3 202/20

195/6 204/12    204/23 206/3 206/10

Julie [1] 23/20    111/10 112/1 112/10

113/6 117/17 120/15    206/13 211/5 211/8

July [2] 64/2 70/7    kbzwlaw.com [2]

July 18th [1] 70/7    128/3 128/8 130/3

132/24 133/22 136/8    2/6 2/7

July 26 [1] 64/2    keep [5] 116/23

jump [6] 38/9 62/1    137/1 139/13 148/24

153/21 167/18 168/7    116/24 139/20

66/12 104/6 146/20    213/17 240/2

188/2    171/6 173/23 178/9

179/4 181/18 182/11    Keesha [3] 206/25

June [4] 121/20    207/4 208/23

241/2 241/5 255/16    186/7 197/16 208/2

208/12 208/17    Kelsey [4] 6/17

June 26th [2] 241/2    65/15 65/19 66/5

241/9          206/25 208/25

                213/18 217/10      Kelsey-Holley [2]

jurisdiction [8] 21/4              6/17 65/15

  31/10 33/1 233/21    223/15 226/1 229/3

                233/6 237/12 239/13  Kennedy [1] 4/14

  251/13 251/16                    Kim [1] 15/3

  251/17 255/14      240/2 243/17 245/14

                249/24 250/7 250/12  kind [28] 10/11

jurisdictional [2]

                254/12 255/1 255/3 30/1 32/9 35/15 47/5

K 74/24 74/25 77/11 22 1/24 222/25

kind... [23] 48/7    77/12 77/15 78/19 224/22 224/23 225/9
50/5 57/5 58/14 65/3 81/2 86/1 95/15    225/10 226/4 226/12
77/2 98/17 113/10 95/20 96/1 96/8 97/7 227/1 227/6 229/15
113/13 115/15    99/19 100/12 104/4 230/15 230/21 232/6
119/17 209/14 217/2 107/19 108/5 108/10 232/17 233/2 233/9
217/20 220/4 248/3 108/11 112/11    234/16 236/23
248/25 255/21 256/2 113/23 115/24 116/5 236/25 237/6 237/16
257/20 261/15    116/18 116/20 117/1 240/3 240/5 243/23
265/24 270/1    117/11 117/12    244/8 246/10 248/1
KING [1] 2/3    117/17 118/7 118/8 249/12 249/14 252/4
knew [2] 16/22 18/4 127/20 130/2 130/18 253/8 254/5 255/16
know [199] 10/11    134/17 134/19    255/21 255/21
10/13 10/14 11/2    135/18 135/24    256/21 257/10
12/19 12/25 15/17 136/21 140/13    257/18 257/21
16/2 16/4 16/8 18/21 140/19 142/23    257/22 260/4 261/24
19/3 20/17 21/14    142/24 144/12    262/15 263/1 263/4
21/16 25/12 25/17 150/12 157/21 167/7 264/6 265/23 266/4
26/1 28/10 28/13    167/16 170/19    267/2 268/3 268/6
28/14 28/20 29/1    170/25 171/9 171/16 268/11 269/11
29/21 30/17 30/18 171/19 172/9 178/12 270/24
31/1 33/21 34/16    178/15 179/2 179/5 knowing [3] 44/22
35/12 35/24 39/8    181/1 181/10 181/13 116/22 227/25
46/22 46/24 48/8    181/18 186/22 188/8 knowingly [9]
48/12 48/15 48/22 191/9 191/11 192/12 121/25 131/22 261/3
50/4 50/7 50/22    197/17 201/8 201/24 261/11 261/16
51/10 51/13 53/3    206/14 206/17    261/18 261/20
54/24 58/14 59/24 208/16 208/19    261/23 262/12
60/6 60/16 60/22    210/11 213/18 214/6 knowledge [13]
63/4 67/6 67/21 68/5 214/9 214/18 216/17 26/11 27/22 27/25
71/2 74/7 74/14    216/21 218/13 219/1 28/12 29/7 51/23
219/3 220/23 220/23 108/7 116/3 149/3

K          7/18 7/19 191/24    62/3 63/1 63/9 72/1

knowledge... [4]    193/23 194/20 196/6 75/9 75/9 83/11

 221/21 221/22    last [46] 13/6 14/16 96/16 97/18 99/5

 238/19 262/22    18/23 24/3 28/7 35/7 99/10 100/17 101/10

knowledgeable [1] 57/12 58/5 63/15    101/15 111/3 114/16

 262/22          84/24 85/12 106/6 115/19 116/15

known [17] 140/15 115/23 124/1 124/14 118/21 129/19

 140/16 140/23 141/2 129/23 129/24    134/12 134/22

 150/2 154/12 154/17 136/20 136/21    134/23 138/9 141/23

 158/19 163/8 180/1 140/15 140/15    145/8 145/12 151/19

 184/12 192/6 192/12 140/23 141/2 146/21 170/6 171/20 182/25

 198/8 205/3 222/21 150/2 154/12 154/17 208/9 217/13 218/6

 267/10          158/19 163/7 168/2 226/3 227/4 227/7

Krisharia [4] 7/13 180/1 184/12 192/6 227/25 233/2 233/4

 7/14 7/15 184/6    192/12 198/8 202/16 234/4 234/12 235/19

Kristen [1] 141/14 205/3 211/6 222/21 236/8 242/22 244/19

          229/25 233/11 249/5 245/4 245/13 247/1

L          251/5 255/9 264/9 247/25 250/7

LAFAYETTE [1]    274/21    laws [6] 35/3 55/3

 5/14    late [1] 267/2    227/8 230/16 245/5

lag [1] 10/22    later [11] 46/20    253/20

laid [2] 87/22    94/9 103/20 108/5 lawsuit [2] 9/19

 227/13          114/16 115/4 115/7 22/4

Lake [1] 5/5    153/5 203/6 233/22 lawyer [1] 190/18

language [2] 259/8 234/16    layers [2] 242/8

 262/21          Latin [1] 267/9    271/1

large [3] 60/21    laundering [1]    lead [2] 25/16

 125/17 220/15    54/18          239/24

largely [1] 209/6  law [62] 2/8 3/21    leads [1] 220/4

larger [3] 50/2    6/14 26/23 30/12    LEAGUE [5] 2/17

 132/2 239/14    30/18 36/17 38/7    266/24 266/25 267/5

LaShaya [7] 7/18    45/15 49/7 51/25    267/9

E    270/4 277/3    67/20 68/1 68/3 68/6

learn [1] 63/21    less [14] 51/16    79/25 80/5 166/24

learned [6] 100/5    144/14 197/4 232/17 level-1 [1] 166/24

130/6 165/16 221/11 232/17 239/6 245/11 LEVY [1] 4/17

222/16 237/21    245/12 251/8 255/18 Liam [2] 2/16

learning [1] 15/21 270/18 272/25    228/23

least [22] 16/4 16/8 272/25 274/14    Libby [4] 13/5

17/10 17/10 35/8    lesser [1] 68/6    13/16 81/23 82/1

78/22 78/24 88/8    let [11] 10/13 82/19 Liberty [4] 203/2

99/22 118/7 129/4 89/5 92/22 93/19    203/5 203/8 204/12

130/13 145/19    136/9 139/12 201/24 license [22] 86/21

169/22 180/12 193/2 220/23 253/12 254/4 86/23 95/3 95/7

207/20 233/12    let's [25] 10/20 33/1 95/25 96/11 115/25

238/22 239/7 245/2 35/1 60/23 81/15    122/15 147/2 149/21

247/13    82/18 87/23 102/16 158/16 158/17 163/5

leave [4] 20/15    109/10 109/10    168/20 173/17 174/2

57/10 89/11 239/22 123/10 124/11    179/20 179/25 184/9

leaving [1] 91/18    126/18 139/6 139/25 187/9 198/6 276/12

led [1    ] 202/9    140/8 141/4 144/17 lie [1] 51/14

Lee [1] 33/23    146/18 148/7 159/8 lien [2] 91/11 91/12

left [5] 58/10 127/25 169/20 210/4 258/16 lieu [1] 49/11

128/1 211/5 260/11 259/5    life [1] 242/3

legal [3] 2/13 30/25 letter [16] 6/23    lifestyle [1] 222/19

228/24    61/24 62/2 64/1 67/1 light [3] 111/18

L... [94] 259/16 260/18       181/15 198/18

like... [94] 64/4     261/16 261/17 262/6 198/24

65/14 68/15 70/2     262/9 263/20 268/7 listed [18] 12/3

71/20 73/23 76/2     271/6 271/9 275/13 68/11 79/24 93/22

76/21 77/21 78/6   likely [9] 51/16     95/6 155/18 156/3

78/22 79/11 80/20 75/13 174/25 185/8 163/4 163/7 183/22

86/7 88/18 89/10     249/4 270/19 270/19 186/17 190/3 192/7

89/22 91/10 91/14 272/6 272/25       195/16 198/5 198/8

95/16 96/15 101/23 limb [1] 261/21     249/5 279/21

104/6 107/5 110/21 limit [9] 29/11     lists [8] 38/11 38/23

113/7 113/18 113/22 50/13 270/11 270/13 90/14 154/12 158/16

114/14 114/24     274/22 274/23     158/19 194/22

118/13 121/5 122/7 274/25 275/1 275/4 237/12

130/11 130/12 135/2 limitation [1] 234/6 lit [1] 127/25

137/15 140/14     limitations [2]     litigate [2] 33/10

140/23 143/19 149/7 233/16 233/23     172/20

150/24 155/1 161/19 limited [3] 148/24 litigated [1] 31/3

164/6 165/13 168/1 171/19 208/3     litigation [3] 25/19

170/4 170/8 174/24 line [12] 24/6 24/9 26/19 29/6

181/17 182/24     24/13 42/13 70/11 little [42] 15/16

185/14 189/4 189/14 72/17 81/10 126/1 19/4 21/19 22/14

192/19 197/25 200/3 126/5 186/6 236/16 23/7 24/3 28/20

206/11 206/24 207/4 279/6       29/16 30/1 31/23

208/18 209/11     lines [4] 29/3     46/20 51/11 51/16

209/14 209/22 210/9 196/17 208/5 264/23 54/25 59/14 108/6

213/9 213/14 218/5 link [1] 236/4     130/8 144/14 154/20

218/22 223/19     list [20] 35/15 46/6 162/2 162/3 162/8

225/15 227/1 233/13 52/14 79/20 126/7 162/12 167/18

234/20 246/7 249/2 126/15 137/2 151/2 169/12 173/7 190/20

251/15 252/5 254/25 151/19 155/8 159/3 192/17 197/21

255/4 255/17 259/2 159/6 163/15 163/18 200/14 201/12

163/19 169/6 174/13 202/11 204/4 204/16

L    02/22 53/1 58/24   272/17

little... [8] 229/12   86/15 94/18 104/9 looking [25] 39/22
237/18 239/7 240/13 104/20 122/24       71/22 72/10 74/3
241/23 251/19 268/5 142/18 142/25 242/1 89/25 93/20 100/19
268/19            242/3 242/7 242/10 100/20 111/10
live [9] 84/11 84/13 locating [2] 52/10 113/25 120/18 128/7
87/24 98/1 98/2      250/10            128/8 136/11 146/19
107/1 107/10 222/2 location [5] 1/16    164/9 168/3 169/14
222/19            141/2 195/18 234/1 186/16 206/23 219/1
lived [3] 20/17 96/5 264/7            230/7 230/7 240/9
123/6         long [10] 23/2 23/5 249/4
lives [2] 149/23      96/1 233/7 238/25 looks [21] 10/23
168/23            239/3 245/4 247/6 64/4 65/14 66/10
living [10] 19/15    254/19 267/17      68/15 71/1 73/23
20/1 20/6 20/12    longer [3] 52/12     86/7 91/10 91/1
20/21 95/20 194/24 81/1 269/17          96/15 107/5 110/17
222/24 240/4 255/13 look [33] 10/1 22/3 140/14 166/3 189/14
LLC [5] 124/18       22/15 36/3 57/15    206/11 206/24 207/4
124/23 125/2 188/4 66/13 72/16 73/16 259/18 262/9
188/7            96/14 99/11 109/10 lot [19] 33/8 57/4
LLP [1        ] 2/18      150/24 154/20    81/10 113/4 127/14
local [13] 30/2      202/12 214/7 232/19 136/6 213/10 213/10
31/12 31/20 32/9    233/13 235/15      217/19 219/3 221/25
32/17 62/7 62/14    236/15 240/15 241/9 222/5 222/6 237/14
76/5 76/16 172/18 245/2 245/24 248/11 237/19 241/24 245/8
172/19 237/19 252/7 251/4 252/16 256/11 257/19 273/25
locate [9] 19/21     258/16 259/2 261/5 lower [2] 115/13
141/1 239/11 241/20 268/4 268/18 271/13 229/12
242/24 250/8 251/7 looked [11] 21/25 lowest [3] 68/10
263/24 264/5         22/13 35/15 58/18 68/19 70/23
located [15] 19/20 71/17 73/21 74/11 Lucerne [1] 3/22
                78/10 186/7 258/18 Lucie [3] 122/12

E             majority [1] 31/24 108/13 108/15

Lucie... [2] 122/24 make [19] 10/1      108/16

 124/19          12/24 25/19 30/17 March 21st [3]

LULAC [1] 267/10 32/22 40/14 42/22 106/21 108/15

lunch [6] 81/1 81/3 43/12 63/8 67/23    108/16

 81/5 82/20 101/6    115/14 169/11 171/6 MARI [2] 5/4 5/6

 113/5          214/7 215/17 222/12 Marianna [1] 205/4

            230/14 241/19    Marie [3] 119/3

M            260/21       132/15 140/3

M-U-Z-Z-O [1]     makes [5] 30/15    marijuana [5] 26/4

 13/8          62/24 108/22 242/4 26/6 141/13 145/25

ma'am [2] 266/22 246/24          226/5

 273/9          making [6] 43/19 mark [9] 11/18

MacGillis [2] 207/9 63/3 98/19 115/8    37/25 39/11 55/13

 208/20          219/9 219/24    70/3 92/23 101/24

made [13] 22/16    male [1] 158/15    234/21 240/17

 30/12 46/10 54/14 manage [1] 229/6 marked [64] 11/22

 98/23 103/14 107/21 managed [1] 25/2 37/20 37/22 38/2

 135/20 136/21 181/1 management [4]    39/13 44/8 55/11

 233/25 252/15 274/5 23/10 36/2 179/6    61/1 64/23 65/1

MAF [3] 1/3 278/5 181/17          69/24 71/7 71/9

 279/4          manager [1] 264/23 78/24 79/12 89/19

mail [3] 64/2 215/8 mandatory [4]      93/1 102/1 109/12

 261/1          48/21 49/7 49/19    118/15 119/22 121/6

mailed [1] 64/16    50/14          121/9 132/11 141/6

mailing [1] 257/1 manner [1] 257/14 144/19 145/18 147/9

main [1] 232/23    many [10] 47/11    149/9 152/4 154/4

mainly [1] 142/21 59/21 60/1 60/16    156/12 158/7 160/7

maintained [1]     97/16 165/20 177/16 162/21 166/7 168/14

 126/8          183/12 232/14    173/11 177/3 179/12

major [2] 25/7    248/23       181/20 182/21 184/1

 238/14          March [4] 106/21 185/11 187/1 189/1

M        103/18 104/1 131/3 34/12 49/20 51/16

marked... [18]     142/1          55/16 60/20 72/23

190/9 191/15 194/15 matched [3] 59/2    74/25 76/4 88/18

196/1 197/22 200/6 146/24 219/17     101/11 140/23 148/4

202/13 204/19     material [2] 101/8 148/9 148/10 148/19

205/21 211/1 223/12 272/17          161/14 165/15 178/3

234/22 240/19     materials [5] 30/4 178/4 178/5 181/8

245/14 258/21     78/8 181/14 242/6 191/4 192/19 192/24

263/12 267/16     271/16          202/4 207/22 210/17

271/25          Mathews [9] 6/15 217/22 218/14 222/6

market [1] 260/8     17/18 18/10 18/12 223/21 228/9 228/12

marking [5] 61/3     19/7 20/25 39/17     231/20 239/25 263/5

71/7 79/15 121/10 39/20 42/17          263/8 268/9 273/13

197/25          MATLETHA [1]     278/12

MARKS [1] 5/16     2/10          May 2nd [1] 55/16

marksgray.com [1] matletha.bennette maybe [14] 13/12

5/18          [1] 2/10          35/2 57/9 75/22

Marrero [5] 7/4    matter [7] 27/16    80/17 100/13 116/2

140/3 141/18 142/11 29/5 105/8 121/10 134/18 204/15 228/8

143/21          144/18 162/24     229/12 237/21

Marrero's [1]     257/13          242/18 265/11

140/10          matters [1] 114/15 McCalister [12]

MARTIN [7] 3/5 Matthews [3] 53/5 7/22 7/23 8/3 202/20

6/23 118/20 120/16 231/9 232/6          203/19 204/23 206/3

120/23 131/1 131/13 maximizing [1]     206/10 206/13 211/5

Mary [1] 5/5     100/25          211/8 211/12

MARYSSA [1] 3/18 maximum [4] 69/2 McCaul [2] 7/24

maryssa.hardy [1] 69/12 160/17 166/19 206/2

3/19          may [51] 10/22 11/1 McCutcheon [9]

masse [1] 237/9     13/11 15/4 15/5     7/20 7/21 198/3

match [5] 83/25     20/21 27/16 27/17 198/25 199/5 199/15

          28/18 29/3 31/23     200/4 201/8 201/16

M    208/17 209/3 212/15 229/3 230/21 230/23

McVay [3] 6/17     221/18 236/12 245/7 238/16 245/16 246/2

23/21 70/6      246/20 249/20     265/24 268/21

me [59] 10/13 10/17 250/23 253/22 266/3 272/15

13/13 19/9 22/3 25/1 meaning [3] 15/1 mentioning [1]

28/6 32/7 41/14     52/4 262/12      161/13

41/17 45/5 45/13     meaningful [1]    merely [1] 118/10

47/17 47/18 49/17 217/13       met [5] 45/15 46/3

50/23 52/13 59/13 means [5] 142/24      105/13 105/23

73/23 78/23 78/25 244/7 248/9 250/9 237/19

89/5 92/22 93/19     269/25      method [3] 219/2

113/19 117/19 134/7 meant [2] 109/8     247/25 248/1

135/25 136/9 137/2 137/4       methodology [2]

139/5 139/12 162/17 mechanism [1]     100/8 253/23

171/7 173/23 208/2 217/4       methods [1] 250/10

209/22 211/10     meet [3] 32/13    Miami [14] 34/13

217/10 218/11      229/2 246/9     34/22 155/7 155/11

220/23 225/4 228/18 member [1] 150/10 155/17 157/15

230/6 233/7 236/15 members [5] 24/4 158/20 163/8 164/15

236/16 243/24 247/6 25/17 258/14 259/20 168/4 168/24 199/16

247/8 253/12 254/4 259/21       232/7 237/2

263/1 265/18 266/21 mens [2] 261/15    Miami-Dade [8]

273/7 276/8 278/13 261/20      34/13 155/7 155/11

278/13       mens rea [2] 261/15 155/17 164/15

mean [31] 28/14     261/20       199/16 232/7 237/2

29/11 40/18 54/9     mental [1] 191/2  Michelle [1] 158/3

56/16 73/4 74/23     mentioned [25]    middle [2] 68/11

79/5 91/5 94/6 97/3 17/22 20/4 25/10     110/25

99/16 112/11 113/18 29/25 33/16 52/24 might [10] 49/10

130/6 151/11 157/5 55/4 67/2 71/2 81/23 50/14 57/16 81/10

165/3 192/18 204/2 101/6 101/6 136/2 89/14 127/20 165/21

      136/19 213/9 213/14 189/20 239/24

M               36/7 36/11 38/22      92/10 93/10 94/9

might... [1] 243/12 114/21 232/11        133/14 133/15

military [1] 150/11 267/15 267/23        152/19 152/20

mind [5] 19/9 185/2 misstatement [1]    160/21 160/24 161/3

231/16 255/7 270/22 151/12               166/23 167/1 171/25

mindful [1] 139/11 mistake [1] 192/20 186/11 197/10

minimum [5] 69/2 Mitchell [1] 63/15 200/16 200/19 212/2

69/3 160/23 166/22 Mitchell's [1] 64/10 239/5

200/15          mixed [4] 137/3    Mood [1] 189/22

minimums [3]       161/19 234/3 234/5 more [91] 15/16

48/21 49/19 50/15 Mizrahi [4] 15/4      17/11 17/11 23/15

minor [1] 55/25      34/21 158/2 158/3 28/8 31/23 33/14

minute [6] 66/13    mjazil [1] 3/7       40/21 41/6 42/7

89/8 128/4 139/3    modules [1] 210/9 42/25 43/12 48/19

145/2 210/5      MOHAMMAD [1] 48/20 49/21 55/1

minutes [8] 80/21 3/6                57/17 60/11 69/18

81/8 81/12 81/16    moment [5] 58/16 72/24 73/17 75/1

139/5 265/14 271/22 89/15 127/21 186/17 75/13 75/24 98/1

273/13          271/8          98/9 98/24 99/23

misdemeanor [1]    Monday [1] 1/14    106/15 108/21

39/2          money [3] 54/14    114/17 114/18 115/3

mismatched [1]      54/17 143/6        139/3 148/25 173/7

145/19          monikers [1] 35/25 177/16 195/3 196/14

misrepresentation monitored [1] 191/3 197/5 198/25 201/17

[1          ] 59/15      Monroe [2] 3/4 4/19 204/5 206/22 212/23

misrepresented [1] Montana [7] 17/8 217/10 217/16

63/23          17/23 18/6 20/16    217/17 217/22 219/9

M                    Mr. [155] 9/18 11/2 173/15 174/7 174/18

more... [27] 245/10 13/4 39/20 41/2 65/8 175/24 176/4 177/7

245/10 245/15        65/25 66/16 69/9    177/17 177/24

246/22 247/1 250/10 70/21 71/21 72/1    178/14 178/22 179/9

251/7 259/11 260/12 75/20 77/7 78/14    180/5 180/11 180/21

261/11 262/9 262/19 79/7 81/5 81/22     181/24 182/14

263/7 268/5 268/19 81/25 82/7 85/18     182/18 189/8 189/15

269/8 270/12 270/19 85/24 86/6 96/3     206/1 206/2 206/5

270/20 271/11       102/25 104/9 104/12 208/20 210/13 211/9

271/24 272/5 272/5 105/5 105/7 105/12 222/11 228/6 228/15

272/25 274/14       105/18 105/23 106/2 228/23 239/22

274/14 274/17       106/11 106/11       243/22 245/6 247/15

morning [1] 9/16    106/14 109/2 109/17 264/10 264/15

most [11] 17/1 26/1 110/23 111/12       264/19 265/2 265/23

150/16 154/24 155/5 111/18 111/23 112/2 266/15 266/20 273/8

222/22 248/3 248/7 112/7 112/12 112/19 273/21 273/24

248/7 261/22 273/22 112/24 113/20 114/3 Mr. Alex [2] 168/18

motions [1] 252/15 114/4 114/24 115/8 171/13

mouse [1] 243/19    115/20 115/23 116/4 Mr. Amirally [8]

move [12] 20/23     116/8 116/12 117/21 158/22 159/6 159/11

22/21 33/2 44/6     118/9 125/5 125/13 160/1 160/11 161/20

79/11 82/25 118/13 126/3 126/6 127/8 162/1 162/18

119/21 139/25 149/7 129/15 135/24 139/8 Mr. Amirally's [1]

222/6 252/14        139/9 149/16 150/21 159/18

moved [2] 24/16     153/5 153/15 158/22 Mr. Andrews [10]

171/18              159/6 159/11 159/18 65/8 66/16 70/21

moving [3] 18/5     160/1 160/11 161/20 72/1 75/20 78/14

217/5 250/12        162/1 162/18 163/18 79/7 85/24 86/6 96/3

Mr [7] 6/4 6/5 6/6 163/19 164/3 166/14 Mr. Antonio [1]

69/8 86/10 114/2    167/21 168/2 168/8 39/20

211/12              168/18 169/11       Mr. Bill [1] 13/4

                    170/12 171/13       Mr. Brady [4]

M                    128/8 129/19        116/4

Mr. Brady... [4]    Mr. Guillen's [1]    Mr. Stafford's [1]
180/5 180/11 180/21 127/8              11/2
181/24          MR. HANCOCK Mr. Stone [4]
Mr. Bridges [13]    [5] 139/8 210/13    149/16 150/21 153/5
9/16 41/2 81/5 81/25 228/6 228/15 266/15 153/15
82/7 139/9 211/9    Mr. Henos [3]       Mr. Vallejo [1]
228/23 239/22       163/18 168/2 168/8 208/20
265/23 266/20 273/8 Mr. Jack [1] 189/8 Mr. Wermuth [6]
273/21          Mr. Johnson [1]    135/24 169/11
Mr. Bridges' [1]    85/18          243/22 245/6 247/15
81/22          Mr. Joseph [4]      273/24
Mr. Campbell [1]    163/19 164/3 166/14 Mr. Zachary [1]
189/15          170/12          173/15
Mr. Colton [2]    Mr. Joseph's [1]    Ms [2] 6/5 131/20
182/14 182/18       167/21          Ms. [101] 13/17
Mr. Dworsky [9]    Mr. Owen [1] 206/2 19/14 19/15 47/13
174/7 174/18 175/24 Mr. Salazar [33]    47/23 64/10 65/11
177/7 177/17 177/24 77/7 102/25 104/9 65/19 66/5 69/1
178/14 178/22 179/9 104/12 105/5 105/7 70/13 74/8 82/14
Mr. Dworsky's [1] 105/12 105/18       83/5 83/24 84/7
176/4          105/23 106/2 106/11 86/10 86/19 87/10
Mr. Fernandes [2] 106/14 109/2 109/17 92/19 93/6 94/14
206/1 206/5       110/23 111/12       95/1 101/15 101/17
Mr. Francis [4]    111/23 112/7 112/12 120/25 121/12 122/9
264/10 264/15       112/19 112/24       122/11 122/18
264/19 265/2       113/20 114/3 114/4 122/23 123/11 124/8
Mr. George [3]    114/24 115/8 115/20 124/13 126/2 126/11
65/25 69/9 71/21    115/23 116/8 116/12 129/10 129/16
Mr. Guillen [5]    117/21 118/9 222/11 129/21 129/25
125/5 125/13 126/3 Mr. Salazar's [4]    130/16 131/8 131/20
                106/11 111/18 112/2 132/3 132/23 134/1

M            126/11 129/10       203/19 211/12

Ms.... [55] 134/2   129/16 129/21      Ms. McCutcheon

135/6 135/21 137/7  129/25 131/8 131/20 [5] 198/25 199/5

137/17 137/25       132/3 132/23 134/1 199/15 201/8 201/16

138/14 138/18       134/2 137/7 137/17 Ms. Mitchell's [1]

140/10 143/21 145/4 137/25 138/18       64/10

145/8 145/23 145/24 Ms. Harriel's [7]   Ms. Murillo [2]

146/8 147/1 147/16 122/11 122/23 126/2 207/16 208/20

147/24 148/5 154/10 130/16 135/6 135/21 Ms. Papakos [5]

155/15 156/15 157/9 138/14            65/11 69/1 70/13

157/17 157/25       Ms. Humphreys [9] 74/8 121/12

161/10 167/23 183/6 145/4 145/8 145/23 Ms. Pierce [4]

184/8 184/15 185/15 145/24 146/8 147/1 192/15 194/8 194/13

187/8 187/15 188/6  147/16 147/24 148/5 197/18

188/11 189/6 190/14 Ms. Johnson [11] Ms. President [7]

190/17 192/15 194/8 83/5 83/24 84/7    187/8 187/15 188/6

194/13 197/18 198/3 86/19 87/10 92/19 188/11 189/6 190/14

198/25 199/5 199/15 93/6 94/14 95/1     190/17

201/2 201/8 201/16 101/15 101/17       Ms. Ramos [3]

203/19 204/23       Ms. Johnson's [1]   155/15 157/17

207/16 208/20       86/10            157/25

208/20 211/12       Ms. Kattie [1]     Ms. Sanchez [1]

Ms. Amirally [2]    204/23             167/23

47/13 47/23        Ms. Kelsey-Holley Ms. Sophia [2]

Ms. Arterria [1]    [2] 65/19 66/5     161/10 201/2

198/3            Ms. MacGillis [1] Ms. Tatem [2]

Ms. Guzzo [2]       208/20            19/14 19/15

13/17 82/14        Ms. Marrero [1]    Ms. Williams [4]

Ms. Harriel [21]    143/21            183/6 184/8 184/15

120/25 122/9 122/18 Ms. Marrero's [1] 185/15

123/11 124/8 124/13 140/10            Ms. Yenay [3]

              Ms. McCalister [2] 154/10 156/15 157/9

M

much [9] 69/18
72/19 73/20 81/4
96/10 115/6 219/8
237/22 241/19

multi [1] 32/24

multi-circuit [1]
32/24

multiple [11] 30/14
148/5 148/9 155/9
193/12 200/1 225/5
226/13 242/10 261/2
271/1

Murillo [3] 207/8
207/16 208/20

must [1] 195/20

Muzzo [1] 13/8

MW [3] 1/3 278/5
279/4

mwolk [1] 3/6

my [83] 9/16 9/22
10/1 10/16 14/6
14/24 15/15 16/9
19/1 20/16 21/25
25/9 25/10 25/15
26/11 27/25 28/12
36/1 36/2 37/13
42/15 42/20 42/25
45/13 51/23 54/24
59/25 67/21 76/23
79/5 81/6 89/7 89/13

9/1 98/5 100/13
108/11 113/18 116/3
116/22 127/20
135/21 139/13
139/14 150/12 158/1
165/5 168/10 178/15
181/12 208/12
208/22 213/15
213/17 213/17
217/10 220/13
221/25 228/23
230/13 233/10 236/9
236/16 238/11
238/19 240/2 240/25
241/11 242/21
245/11 251/23
258/12 260/11 261/8
262/9 263/2 263/18
265/12 266/23
272/11 272/18
277/11 279/20

Myers [1] 4/19

myfloridalegal.com
[4] 3/17 3/18 3/19
278/2

myself [1] 171/6

N

name [66] 9/16 9/21
9/22 13/6 13/13
13/15 14/15 14/16
18/25 24/5 24/18
135/12 135/14

32/20 34/21 35/9
38/19 38/20 40/4
40/8 40/14 42/2
42/24 43/21 44/4
47/1 48/6 48/12
55/21 55/21 56/5
56/5 58/5 61/16
63/15 80/11 80/11
84/24 85/2 85/12
85/13 86/5 90/7 90/7
106/4 112/2 112/18
115/24 122/1 124/1
124/14 131/23
140/10 142/5 143/6
146/14 146/14
146/15 149/4 177/12
177/13 181/6 203/14
207/6 228/23 235/8
257/4 266/23

named [20] 14/13
17/1 17/7 17/17
24/13 39/16 61/20
62/4 105/9 112/17
112/18 115/20
121/12 121/19 124/3
136/15 136/22 137/6
140/3 213/13

names [25] 18/20
18/23 19/9 35/13
35/17 35/18 35/24
61/9 86/1 113/7

N [1]  needed [2] 29/15  next [30] 22/21 37/5

names... [13]     143/6          47/6 63/20 64/9

135/25 136/2 136/6 needs [2] 215/16    89/22 118/14 119/2

137/2 141/14 151/4 244/1          119/21 120/20 121/5

151/20 153/19    nefarious [1]    130/23 131/12

155/11 198/19 207/8 257/20          132/10 139/25

231/7 257/24    neglected [2]    142/10 144/17 146/9

NARGIZ [5] 1/21 114/22 117/3       147/7 149/7 161/3

276/16 277/4 277/22 negotiation [1]    162/24 164/9 168/6

278/16        66/11          188/10 220/4 222/8

narrow [2] 57/17 negotiations [1]    222/8 222/14 222/14

115/3        73/22        225/14 225/17

NASSAU [1] 5/14 Negrinelli [4]    226/10 251/4 252/17

Natalie [3] 7/4    102/14 114/2 114/3 256/12

140/3 141/18      115/4        Nice [1] 229/2

nature [3] 30/5    Negrinelli's [4]    NICHOLAS [1]

35/20 248/17      111/11 114/1 114/7 3/23

Nauss [3] 206/25    114/9          night [1] 46/1

207/4 208/23    Nelson [5] 7/5 7/6 nine [11] 66/16

NCICs [1] 234/13 45/22 149/14 152/8 66/19 79/25 84/5

near [1] 57/11    network [1] 220/18 84/11 98/1 98/2

Nebraska [1] 94/19 never [4] 45/15    171/25 199/5 200/11

necessarily [7]    45/16 108/7 110/5 201/22

43/22 77/3 78/12    nevertheless [1]    nine months [1]

208/8 213/18 227/3 76/7          171/25

248/6        new [12] 2/19 24/17 nitpick [1] 108/18

need [11] 10/13    26/6 134/20 224/17 no [64] 1/3 6/12 7/2

10/15 16/21 44/20 244/18 244/19      8/2 10/7 19/8 20/2

50/19 81/5 89/8    244/22 259/8 263/10 20/12 22/17 22/20

128/3 139/3 234/4 265/24 266/1      26/11 26/23 27/4

268/18        newly [3] 241/10    27/25 28/12 29/8

            241/15 242/12    34/18 36/1 51/23

N

no... [45] 52/12 54/1
79/9 87/18 88/9
92/17 95/25 96/11
112/4 115/14 115/22
116/14 125/3 137/11
137/14 138/20
139/16 144/6 150/23
158/1 171/11 172/14
174/10 181/12 182/1
182/10 182/13
182/20 193/13
193/13 196/8 211/13
221/3 223/7 231/4
233/9 238/3 251/17
259/11 264/7 266/3
267/7 274/19 278/5
279/4
nolo [3] 109/20
156/18 185/17
nomadic [1] 222/19
non [1] 250/11
non-Florida [1]
250/11
noncitizen [13] 15/2
15/13 15/19 15/22
16/3 16/18 238/18
238/21 264/20 265/1
265/4 265/8 274/11
noncitizens [3]
15/10 15/18 223/4

none [3] 60/19
207/17 220/25
nonetheless [1] 86/4
nonmandatory [1]
160/25
nonpaid [1] 274/23
nonresident [4]
16/23 154/19 192/15
274/11
nonresidents [5]
16/18 52/11 52/25
231/6 274/19
nonscorable [1]
160/25
nonvoters [1] 145/19
noon [1] 80/25
normal [2] 30/1
233/23
normally [2] 38/13
162/14
North [1] 9/24
NORTHERN [1]
1/1
not [260] 10/20 11/2
11/3 13/19 14/17
14/25 15/17 15/19
15/19 16/6 16/11
18/14 18/25 19/14
20/9 20/20 21/13
21/13 21/15 22/14
24/20 26/11 27/25

26/5 26/10 26/12
29/24 31/9 32/23
33/17 33/23 34/2
34/14 36/1 43/22
43/22 44/23 46/24
51/23 52/18 53/12
53/13 56/5 57/11
60/6 60/14 60/21
61/7 63/2 63/24
65/22 67/8 67/11
69/7 73/1 73/8 73/20
74/7 74/12 74/16
75/18 75/20 76/15
77/2 77/9 77/15
77/19 78/16 82/2
83/25 86/2 86/3 87/9
87/14 87/16 90/10
91/25 92/20 92/21
98/16 100/6 101/7
101/10 103/18 104/1
107/16 108/17
108/23 109/6 111/11
112/3 113/2 116/3
116/4 116/10 116/10
116/22 117/3 117/18
117/19 126/7 126/15
131/3 133/7 133/20
134/19 134/22
134/23 136/4 137/2
139/19 140/6 140/18
141/25 142/24
144/12 145/13 148/5

N... 236/9 236/17 236/23 Nothing's [1]

not... [142] 148/11 237/14 237/22        157/15

149/2 149/3 150/21 238/17 239/19        notice [11] 6/13

151/15 153/23        239/23 240/5 242/1 11/10 11/16 11/24

153/23 154/21        242/2 242/2 242/23 12/4 64/6 64/16

154/21 157/12        243/6 243/12 243/13 129/5 215/5 220/5

157/21 157/22        243/19 245/4 247/23 220/17

157/23 158/1 160/1 247/23 247/23        notices [5] 215/16

162/2 167/16 167/19 247/24 248/6 250/9 216/9 216/20 219/19

171/8 174/7 174/9 251/23 252/13        220/9

174/9 176/22 178/15 253/22 255/1 255/5 noticing [1] 42/13

180/13 181/3 181/5 255/13 257/23 259/9 notification [1]

181/12 182/12 185/7 259/15 260/17        233/3

185/7 186/20 186/20 260/17 261/17        notifies [1] 62/21

189/19 189/24 191/6 261/21 261/24 263/4 notify [1] 215/7

192/16 193/1 193/11 263/5 263/8 264/12 notwithstanding [1]

194/10 197/15        264/20 265/17 266/7 224/4

197/20 202/8 204/1 267/4 267/8 267/12 November [3] 86/11

204/7 204/11 204/13 268/4 269/23 270/7 123/16 129/16

207/7 207/13 207/16 270/21 270/24 271/7 now [52] 12/22

207/19 208/3 208/5 272/15 272/16        20/16 23/8 24/21

208/6 208/8 208/21 272/22 277/12 278/8 26/5 31/23 33/16

208/23 209/12        278/11 279/2        42/12 45/21 48/6

209/16 212/6 213/1 Notary [1] 277/23 64/23 65/11 71/2

214/11 215/9 218/21 note [2] 100/3 171/6 79/10 80/20 87/9

218/21 220/11 221/3 noted [8] 12/21        89/9 106/20 110/21

221/20 221/24        15/17 85/12 171/14 126/18 128/7 131/18

222/23 223/24 224/2 186/16 243/10        136/4 146/18 151/8

224/17 225/11 226/8 264/10 269/25        161/13 171/7 171/25

226/12 227/25 230/1 notes [3] 83/18        177/16 185/14

231/13 231/23 232/5 265/12 277/11        197/16 208/6 210/5

nothing [1] 9/6        212/14 215/4 216/17

N   254/20 256/4 272/20 119/10 152/3 153/3

now... [16] 220/9   Number 12 [1]       134/3 142/15 147/25
223/15 224/16 226/6 89/23                148/20 150/6 157/3
228/12 231/17   numbered [1]       172/5 173/4 173/21
232/10 238/24      223/10              176/13 177/25
253/13 260/4 266/13 numbering [1] 8/4 178/19 187/17
267/13 268/21    numbers [7] 26/1   199/11 202/1 206/15
271/22 278/13   48/21 63/12 117/5 212/25 212/25
279/20        117/9 153/20 195/10 215/24 216/25
nshannin [1] 3/24 numerous [5] 49/22 220/20 221/8 223/5
number [55] 26/2 183/3 188/11 249/12 224/20 225/24
38/23 47/8 48/18   249/14         226/24 227/21
57/12 57/13 60/14 NW [1] 2/14        239/18 240/12
60/21 61/19 65/25 NY [1] 2/19        242/16 244/16
72/18 89/23 97/8   O               245/22 246/12
101/1 102/18 110/12 Oak [1] 86/15    249/18 250/20 258/9
111/24 112/15                    260/2 260/14 268/2
          Oaks [1] 95/7      268/17 269/10
112/23 113/15    oath [8] 32/15 44/22 269/21 270/8 270/14
114/25 118/24    50/25 67/4 87/10
119/13 122/15                272/8 272/21 273/2
          108/9 144/3 276/1 objection [8] 13/19
125/17 131/9 132/2 object [82] 11/1
147/16 158/17             28/17 87/12 87/12
             18/13 43/15 49/13 214/3 234/9 254/10
159/12 160/15 163/5 49/24 51/7 52/3
173/18 175/3 178/6 52/16 52/17 53/15 274/16
192/2 198/6 209/6 54/4 56/9 59/4 64/19 objections [1]
212/17 215/21 217/9 67/9 68/22 69/5 73/9 172/21
220/16 223/20                obligated [1] 237/14
          73/19 74/5 74/21   obligation [1]
223/22 229/12    75/16 88/21 91/22 209/13
232/16 236/5 249/11 97/19 98/14 100/1
253/14 253/24                observed [1] 123/3
          100/23 104/16   obtain [4] 50/7

obtaining [4] 242/4 208/1 215/8 215/22 9/19 10/5 11/11 12/8
242/5 245/16 264/3 216/5 217/6 217/11 12/11 12/11 12/12
obvious [14] 50/22 217/23 235/25        12/13 12/14 12/16
142/7 143/16 151/23 256/22 269/15       12/24 13/3 13/7
156/6 159/19 160/3 off [36] 16/8 21/19 13/12 14/4 14/13
164/6 164/22 170/4 36/1 40/23 45/19     14/23 15/12 16/16
188/23 199/8 199/25 54/2 54/23 59/24     16/18 21/23 22/16
203/12          67/21 76/23 82/19 22/24 23/6 23/7
obviously [7] 69/18 89/12 89/15 108/10 23/11 23/16 23/24
94/6 104/3 134/7    135/21 139/14      24/12 25/9 25/10
143/13 146/6 201/16 139/14 150/12 154/1 25/23 26/13 26/15
occasion [1] 32/4    158/1 178/15 181/12 26/16 26/18 26/20
occur [1] 76/17     194/22 201/24 211/5 26/21 26/25 27/2
occurred [5] 30/21 222/7 228/5 233/9 28/1 29/4 29/16
98/21 117/12 150/16 238/23 239/4 239/5 29/17 29/22 30/17
150/17          239/10 240/4 251/23 31/4 31/5 31/15
October [3] 83/6    266/17 275/10      31/18 32/5 32/9
124/18 134/17      off-screen [1] 89/15 32/13 32/14 32/18
odd [1] 242/21      offense [15] 21/7    33/6 33/18 33/22
OECS [46] 6/18      39/2 46/24 48/19    34/22 39/5 42/15
6/23 22/6 25/9 30/7 50/18 66/19 67/13 44/16 48/8 48/23
30/8 62/2 62/22     67/19 67/20 67/24 51/25 53/22 59/21
62/24 71/4 75/7 75/8 67/25 68/2 68/6     60/2 60/18 61/5
76/6 77/1 78/8 79/1 79/25 161/1        61/11 61/13 62/7
83/14 83/18 83/19 offenses [7] 49/10 65/13 65/20 70/5
93/19 93/22 99/2    49/20 66/19 150/17 71/13 75/4 77/16
99/4 101/7 101/14 156/23 196/18        81/23 85/7 87/9
110/22 118/10 120/5 196/19             92/17 93/17 97/11
120/22 134/18      offer [1] 66/6      98/5 98/8 99/24
137/16 138/8 143/20 offered [1] 70/22    100/13 101/5 101/16
                    office [237] 3/14 4/3 102/21 110/19

206/5 206/12 207/3 offices [7] 31/19

office... [137]    207/10 207/11    32/3 33/9 100/4

111/19 113/20 116/9 208/21 212/5 212/8 218/12 236/25 237/9

119/18 120/1 122/5 212/11 212/17    official [1] 1/7

128/24 133/24 134/1 212/23 213/16    often [8] 30/8 30/15

135/5 135/8 136/22 213/21 213/24    52/8 56/18 114/20

137/5 137/9 137/12 214/25 215/12    248/17 253/5 253/8

138/17 141/11    215/22 216/6 216/23 oftentimes [4] 31/13

141/22 144/13    217/7 221/5 221/19 140/15 172/18 191/6

147/23 149/1 149/5 223/1 224/19 224/23 oh [7] 11/9 62/14

150/20 152/24 153/1 225/22 226/23    68/12 103/9 108/25

153/15 154/18    227/17 229/10    127/19 127/19

155/18 157/24    229/17 229/20    okay [293]

159/10 161/10    229/21 229/24 230/9 OKEECHOBEE [1]

161/24 165/5 167/14 230/15 235/20 236/1 4/17

167/23 171/10    236/9 236/10 236/17 old [1] 134/20

171/12 174/6 176/21 236/20 237/2 237/4 OLIVO [1] 4/20

177/23 178/6 178/14 237/12 237/16    once [6] 25/20

178/16 179/3 181/4 237/24 237/25    106/17 195/3 196/14

181/8 181/10 181/16 238/11 238/17    197/5 251/8

182/8 183/3 185/6 241/11 241/17    one [91] 13/12

185/10 186/14    242/14 245/18 249/5 13/22 16/4 16/8 16/8

186/21 186/22    249/7 255/22 260/17 17/10 18/23 24/14

187/25 189/13    268/6 268/10 274/1 28/7 33/23 34/12

189/17 189/18    274/1    35/8 37/14 41/8

189/25 192/3 192/14 office's [6] 15/25    41/10 44/25 45/22

193/7 193/11 193/18 25/6 208/14 221/21 50/9 50/22 51/10

194/9 195/10 195/11 234/11 235/5    51/22 54/25 60/3

195/13 195/17    office-wide [1]    60/11 61/22 61/23

197/12 201/6 202/22 14/23    63/12 66/18 68/3

203/3 204/9 205/1 officers [2] 104/21 78/25 79/22 84/1

109/2    84/12 84/23 92/22

only [42] 29/12 40/5 opposed [3] 49/5

one... [56] 98/3    97/11 101/19 110/12 245/15 274/25

100/3 104/3 107/25 123/8 133/8 134/1 ORANGE [1] 3/21

108/10 110/8 110/9 136/18 138/5 138/20 order [20] 6/21 6/22

113/13 116/11 130/6 143/9 144/6 159/13 7/11 7/16 49/18

134/16 136/2 136/12 160/1 163/25 169/24 50/13 59/15 82/6

140/6 140/19 143/9 181/7 183/8 200/11 93/5 109/16 109/23

144/15 148/24      201/21 201/22      157/10 172/22 177/7

153/24 154/21      209/23 209/24      190/13 210/10

162/12 176/10      219/24 221/10      223/10 228/10 238/5

180/15 181/15      226/18 227/18      238/8

181/19 190/2 197/4 231/19 238/3 238/23 ordered [2] 133/11

198/25 199/1 199/9 242/23 243/19 245/4 191/12

200/22 200/23 201/5 246/7 247/23 256/7 ordering [1] 275/14

202/16 209/1 211/6 257/16 258/1 260/9 organ [1] 193/24

211/17 211/19      261/3 273/21      organization [5]

211/22 216/4 230/8 open [16] 89/11      128/15 128/16 188/3

233/12 238/22      116/24 144/9 153/25 193/22 239/13

238/23 243/2 243/12 157/1 157/15 217/13 organizations [4]

247/19 247/22 249/3 232/24 238/20 239/3 134/24 151/4 151/9

255/6 259/17 261/11 239/10 255/12      153/20

264/11 265/7 271/12 255/18 255/25 256/8 organized [1] 54/12

273/14      265/7      organizes [1]

one's [1] 142/5    opened [1] 239/5      264/17

ones [6] 19/3 87/16 opening [1] 30/16 original [3] 133/2

101/20 138/21      operate [2] 246/10 275/15 278/12

255/20 270/25      246/17      originate [2] 29/22

ongoing [9] 18/15 operation [2] 35/17 29/24

52/19 93/25 94/3    35/18      originated [6] 95/16

99/3 138/8 146/17 opinion [1] 208/22 95/18 101/22 167/17

213/2 214/5      opportunity [2]      240/5 257/1

                215/7 224/24      Orlando [7] 2/4

O        154/22 157/12        181/16 186/21

Orlando... [6] 3/22 157/18 172/18 173/1 189/25 192/20

140/11 140/21        178/24 212/21 213/4 195/18 207/10

142/12 142/21        213/5 213/6 213/15 207/11 208/13

142/22        213/22 213/23 214/6 208/20 209/18

OS [1        ] 32/18    228/10 231/12    213/16 216/5 217/3

OSAKI [4] 2/21 6/5 231/19 235/23 242/6 217/7 222/4 222/21

266/16 266/23    242/10 242/12    224/23 229/10

O [1]   outstanding [11]   F

out... [57] 84/13   17/12 231/23 232/6 P-A-N-A-G-I-O-T-

87/23 90/13 97/12 232/13 232/18      A [1] 14/15

104/8 104/21 109/3   232/20 232/25   233/8 P-A-P-A-K-O-S [1]

109/3 110/12 113/6 234/3 234/8 234/14 14/17

132/2 137/25 142/11 over [23] 10/12      P-O-T-A [1] 14/16

146/22 153/10      10/21 15/21 16/11 P.A [2] 3/21 4/18

153/12 166/23 172/2 21/25 23/7 34/2      p.m [12] 1/15 81/19

183/8 192/21 209/5 62/25 71/17 99/14 81/20 139/22 139/23

215/14 217/16      113/23 133/25 164/3 210/6 210/7 265/20

218/16 218/22      165/16 170/2 192/19 265/21 273/17

219/20 220/10      210/20 213/11 215/1 273/18 275/18

220/17 222/9 222/13 222/16 228/5 229/3 page [89] 6/2 38/10

223/10 227/13      267/1      62/1 63/10 63/20

231/20 232/7 232/14 overall [1] 64/23      63/21 64/9 65/18

242/7 242/9 242/10  overarching   [2]    66/12 68/9 68/12

243/22 245/17      50/3 250/25      70/13 71/21 72/17

245/21 246/4 246/22 oversee  [1] 229/19   72/17 75/7 83/3 83/8

246/23 247/4 247/11 overseen [1] 25/23 84/4 84/23 85/11

256/8 257/1 257/8 oversight [1] 23/23 85/12 86/8 87/3

257/19 259/21      overview [1] 25/2      90/15 90/21 91/13

261/21 261/21      owed  [1]  46/12      93/10 93/12 93/21

262/25 263/3 267/23 Owen [2] 7/23      96/20 99/3 102/16

278/10      206/2      104/6 106/20 110/24

outpatient [1]   own [12] 25/15      110/25 117/20 118/6

190/22      29/23 29/24  32/20   119/2 119/7 120/20

outside [9] 32/25   57/16 100/7 104/4 122/7 122/22 126/19

108/3 230/19 233/17 111/23 113/15 230/9 128/7 131/18 137/17

233/21 233/22      230/10 230/11      141/4 142/10 143/21

246/15 255/14      owner  [1]  171/18   145/5 146/9 146/20

271/19      149/19 150/25

146/20 259/3      159/3 163/15 169/6

page... [33] 158/14 page 2 [7] 93/12    174/13 198/18 230/2

158/25 161/3 163/13 119/7 122/7 163/13 253/5 253/9 253/22

163/21 176/17      180/5 180/5 202/25 253/23 254/14

179/19 180/5 180/5 page 22 [1] 106/20 254/16 255/4

180/9 180/18 186/16 page 24 [1] 262/14 Palm [25] 1/18 9/25

187/9 188/10 188/10 page 3 [3] 188/10   23/1 45/23 46/1

192/3 193/4 193/5 193/4 193/5      150/17 150/17 151/1

193/21 202/25 209/1 page 4 [4] 63/10    151/18 159/2 159/9

235/7 235/12 236/3 83/3 176/17 180/9 163/13 163/24

241/9 248/11 252/17 page 5 [6] 63/21    163/25 164/4 164/13

256/12 258/24 259/5 66/12 126/19 128/7 169/5 169/23 198/16

262/14 278/10 279/6 180/18 193/21      218/13 219/6 229/22

page 1 [3] 93/10    page 6 [1] 68/9    237/3 237/10 256/16

131/18 179/19      page 7 [2] 102/16 Panagiota [3] 14/14

page 10 [1] 84/23   122/22         15/4 61/15

page 11 [2] 62/1    page 8 [1] 83/8   Papakos [17] 6/16

85/12         page 9 [1] 84/4    6/17 14/14 14/16

page 12 [2] 71/21 pages [2] 134/19    15/4 48/13 58/6

118/6         277/10        61/15 65/11 65/15

page 13 [2] 72/17 paid [46] 14/7 15/1 66/3 69/1 70/13

93/21         15/10 15/14 16/19 70/22 74/8 107/20

page 14 [4] 86/8   16/23 17/5 17/12   121/12

96/20 99/3 110/24 19/23 20/10 21/11 paragraph [55]

page 15 [2] 117/20 22/12 24/14 27/24 75/7 83/9 90/22

137/17         28/9 28/11 45/10   106/7 123/10 123/19

page 16 [2] 143/21 46/15 56/25 56/25 124/12 125/12

145/5         57/1 57/2 85/2    125/16 126/19 128/8

page 17 [2] 38/10   105/15 105/19     128/9 131/12 136/13

87/3         105/24 111/7 111/12 141/9 146/21 155/7

page 18 [3] 104/6   111/15 112/14     155/14 156/4 159/1

              112/19 151/2 155/9 162/8 162/10 163/13

paragraph 2 [2]    142/17 151/9 192/20

paragraph... [32]    159/1 163/13    209/13 213/14

163/21 164/9 169/4 paragraph 23 [1]    237/17 239/12

169/20 174/11    124/12    247/12

176/17 177/2 180/4 paragraph 24 [1]    part 11 [1] 27/12

180/5 180/9 180/18 125/16    participate [1]

187/22 188/2 188/9 paragraph 29 [1]    229/14

193/5 193/20 198/14 199/19    participating [1]

198/24 199/4 199/14 paragraph 3 [1]    20/10

199/19 203/1 203/17 264/9    particular [4] 68/5

241/10 248/12 251/5 paragraph 4 [1]    89/5 119/11 271/7

252/16 255/10    162/8    particularly [1]

256/11 257/15    paragraph 7 [1]    237/10

263/23 264/9    126/19    parties [3] 92/2

paragraph 1 [4]    paragraph 8 [1]    228/11 277/14

141/9 174/11 176/17 90/22    parties' [1] 277/15

180/5    paragraph 9 [1]    partner [1] 230/8

paragraph 10 [2]    169/20    partners [2] 76/25

188/9 199/4    paragraph B [1]    95/17

paragraph 11 [3]    162/10    party [5] 55/25

180/9 248/12 251/5 paragraphs [1]    151/3 151/8 172/21

paragraph 12 [1]    99/15    272/17

163/21    paren [1] 155/23    Pasco [4] 70/17

paragraph 14 [2]    Park [1] 2/19    71/21 83/11 83/12

180/18 252/16    Parkway [1] 5/4    pass [1] 266/15

paragraph 15 [1]    part [28] 15/15 19/8 passed [1] 271/11

255/10    27/12 31/13 33/10 passes [1] 83/19

paragraph 16 [2]    41/9 50/10 55/22    passing [2] 120/5

123/10 256/11    62/12 66/10 82/3    210/12

paragraph 18 [1]    90/11 92/21 96/9    past [8] 15/21 25/5

241/10    99/3 103/7 113/18 39/10 100/5 139/19

127/11 129/23 138/8 165/16 213/11

51/22 52/23 54/10 permissible [1]

past... [1] 222/16    75/1 81/10 105/14 68/19

path [1] 250/5    105/23 112/13    permitted [1] 197/8

Patrol [1] 238/11    112/25 113/4 113/11 perpetuate [1]

pattern [3] 83/16    113/16 130/11    54/16

165/1 199/25    130/12 137/2 198/25 person [53] 27/14

patterns [1] 219/5 212/18 217/20 222/5 38/19 38/22 39/16

pause [2] 89/18    226/6 231/16 236/15 40/13 43/8 44/21

128/5    242/1 243/17 244/8 44/22 44/23 48/2

pay [3] 29/1 46/12 245/1 246/23 246/25 50/19 50/25 51/21

133/11    251/16 252/6 253/9 53/11 55/20 57/10

paying [2] 111/21 254/15 257/2 257/7 61/14 61/20 62/4

241/25    people's [4] 41/23 64/1 69/3 77/12

payment [6] 123/23 151/25 153/19    77/25 80/7 87/25

124/2 253/19 253/24 220/11    105/9 118/14 121/19

254/5 254/8    per [13] 56/25 57/2 124/1 124/7 136/18

PCI [9] 125/18    105/15 105/25 111/7 137/6 139/25 140/2

126/8 127/6 127/15 111/12 111/17    140/18 141/2 141/3

128/19 129/4 134/11 111/21 112/19 253/6 152/13 157/19

137/13 247/16    253/9 253/22 254/14 157/23 158/15

penalties [3] 48/20 per-signature [1]    194/25 199/24

196/21 279/19    253/6    209/23 226/9 233/3

penalty [6] 93/9    percent [4] 144/12 236/8 259/9 261/11

160/17 201/25    146/4 170/2 215/15 262/10 264/22

211/16 211/19    perform [1] 30/8    272/24 273/1

243/13    perhaps [1] 115/3 person's [27] 24/5

pending [3] 19/12 period [4] 111/4    36/13 36/23 36/25

255/12 265/25    225/9 269/9 269/17 37/7 37/16 38/19

people [42] 40/21 periodic [1] 234/12 40/17 42/2 43/21

46/3 46/3 46/6 46/10 perjury [1] 279/19 44/4 55/21 56/5 60/4

47/5 47/6 51/14    PERLMAN [1]    67/15 80/10 90/7

2/15    107/10 121/25

perspective [1]    111/3 111/7 111/13

person's... [8]    100/17         111/17 111/21

131/23 140/5 146/14 petition [217] 14/7 111/24 112/20

157/11 164/18      15/1 16/1 16/24 17/5 114/20 118/1 118/5

177/12 249/9 257/4 17/12 19/23 21/1      119/2 119/6 119/11

personal [57] 36/7 21/12 22/5 22/12      120/7 121/2 122/1

36/14 36/23 37/7    24/15 27/24 28/4     123/12 124/21 133/3

37/17 40/7 40/17    28/9 28/24 29/17     134/10 136/16

41/10 41/11 42/3    29/18 33/19 35/3     141/13 141/18 143/5

42/6 42/16 57/8 60/4 35/10 35/19 35/19 144/2 151/2 151/19

67/16 68/1 70/16    35/20 36/24 37/8     151/24 155/9 159/3

75/25 79/21 90/5    37/17 38/20 41/12 165/24 174/13

106/24 107/11 109/5 41/22 41/24 44/18 174/25 175/21 176/1

109/21 110/2 121/24 44/23 44/24 45/10 176/4 176/20 176/22

131/22 132/19       45/11 45/18 46/2    177/13 180/19

132/25 133/1 138/1 46/14 47/8 47/12      196/14 197/5 198/18

143/25 152/12       51/1 52/2 53/13      199/2 203/7 203/8

155/16 156/20       53/24 54/3 55/22    203/14 203/15 214/1

160/14 166/15       55/24 56/6 56/8     215/6 215/6 215/9

170/15 177/10       56/12 56/22 57/1    215/18 216/19

177/11 180/22 182/2 57/3 57/7 57/10      216/23 218/17

184/19 184/22       58/25 59/3 59/3     219/12 219/16

185/21 185/24       59/13 59/20 63/22 220/10 221/6 221/6

185/25 190/6 194/23 63/24 64/10 64/17 222/13 222/17 224/1

196/9 196/23 200/12 65/6 67/17 68/2 70/9 224/3 224/16 224/17

205/11 211/14 226/4 70/15 72/3 72/15      225/15 225/16 226/5

244/24 263/2        73/7 74/18 75/14    226/16 226/18

personally [5] 40/8 75/15 77/7 77/17      227/19 227/20

42/23 239/1 255/20 84/15 85/2 85/13      230/22 230/23

256/10            85/16 86/3 86/5 88/6 230/24 231/3 232/21

persons [1] 53/11    90/6 97/1 98/2 100/6 238/17 238/21

                100/7 105/15 105/25 241/22 242/4 243/15

Petitioner [1]   106/15 106/18 108/1

petition... [41]   35/18   108/3 111/6 112/3

243/20 245/14 246/8 petitioners [5]   112/5 112/7 112/14

248/20 249/6 251/6 125/10 128/17   112/16 113/1 113/3

251/12 251/22   129/12 129/16   113/6 113/12 114/11

252/18 252/21   244/22   114/22 118/22

253/19 255/11   petitions [233]   119/14 120/9 120/12

256/13 257/4 257/6 15/10 15/14 16/20 120/16 123/13

257/14 259/6 259/11 24/11 24/24 39/21 123/23 124/2 124/18

259/15 259/19   40/1 51/22 58/10   125/1 125/17 125/19

259/23 259/25   62/21 72/8 72/9   125/24 126/4 127/3

260/13 261/2 261/11 72/14 72/20 72/24 127/17 128/17

262/16 262/19   73/1 73/5 73/18   128/21 129/7 130/16

263/25 264/17   73/21 75/9 75/24   130/21 131/2 131/9

264/21 265/5 267/5 76/5 76/10 77/8   131/15 132/2 132/2

267/9 267/24 269/18 77/14 77/18 78/11 133/25 133/25 134/2

271/24 272/5 272/7 78/13 78/15 78/18 135/16 137/24 138/9

274/23 274/25   79/8 83/24 84/6   138/15 138/19

274/25   84/17 85/19 85/24 141/13 141/17

Petition 1 [1] 35/19 88/15 95/24 96/18 141/24 141/25

Petition 2 [1] 35/19 97/8 97/12 97/12   143/10 143/14

Petition 3 [1] 35/20 98/2 98/10 98/11   145/12 145/17

petition-gathering 98/12 99/4 99/5   145/23 145/25 151/5

[1   ] 111/5   99/11 99/16 99/17 151/20 155/10 159/5

petition-related [9] 99/22 99/24 100/8 159/9 159/12 159/23

28/4 53/13 59/20   100/19 100/20 101/2 160/2 163/16 163/22

230/22 232/21   101/15 101/17   164/3 164/10 164/18

238/17 238/21   101/22 103/4 103/5 164/19 165/8 165/11

251/22 265/5   103/10 103/11   165/14 165/18

petitioner [3] 35/18 103/13 103/14   165/21 166/1 166/1

180/19 203/13   103/17 103/20 104/1 169/8 169/21 170/3

105/20 106/4 106/10 174/14 174/19

phrase [1] 35/25    86/16 87/19 88/14

petitions... [75]   phone [5] 57/12    104/20 139/22 210/6

174/23 175/4 177/17 117/5 117/14 153/20 257/5 265/20 273/17

180/12 180/24 183/4 236/5    placed [2] 126/7

183/5 183/8 183/9 phrase [1] 270/21 225/11

183/12 183/13    physically [10] 42/2 placing [1] 190/14

183/14 183/14    43/4 43/21 125/4    plaintiff [4] 2/2

183/22 188/11    259/10 260/12    2/12 2/17 223/21

188/12 188/19 193/6 261/19 262/1 263/6 plaintiffs [5] 1/6

193/10 193/13    263/9    9/18 228/25 266/24

193/15 194/2 195/3 Piazza [1] 141/14    266/25

198/19 199/5 199/15 Piazza's [1] 143/6 plan [1] 12/10

199/21 200/1 201/17 Piazzas [1] 142/3 planning [1] 18/5

209/7 209/11 215/17 picked [1] 233/3    plans [2] 20/2

215/21 216/10    picture [1] 146/24 225/13

216/13 216/15    pictures [1] 146/23 plate [1] 115/25

216/21 218/9 219/6 Pierce [12] 7/18    players [1] 127/14

219/23 220/11    7/18 7/19 191/24    plea [51] 6/20 7/6

220/16 221/1 221/4 192/15 193/5 193/23 7/8 7/9 7/12 7/19

221/11 221/16 222/9 194/8 194/13 194/20 7/21 8/3 66/8 66/11

223/3 225/6 225/9 196/6 197/18    70/10 73/22 73/22

226/13 230/22    Pierson [2] 196/6    89/24 90/10 90/11

241/25 242/25    209/5    90/23 91/17 92/1

246/16 249/8 249/10 PII [2] 40/6 42/5    92/5 92/13 92/21

256/25 257/2 257/8 Pine [1] 2/4    93/15 94/5 94/8

257/25 258/12    PINELLAS [2] 4/7 94/15 109/19 110/11

260/11 262/1 264/24 4/8    110/12 117/22 118/9

265/1 269/14 269/17 pinellas.gov [1]    132/18 152/8 156/18

270/25 271/5 271/10 4/11    160/10 160/20

271/11 271/18    PL [1] 3/15    161/23 166/10

271/25 272/25    PL-01 [1] 3/15    166/13 177/9 181/24

place [11] 31/2 55/6 182/11 185/17 196/5

219/24 228/4 266/11 201/15

plea... [7] 200/4    267/18 269/5 272/3 possessing [2]

200/11 201/22 211/7 pointed [3] 33/4    260/12 272/5

243/10 244/13    127/16 243/22    possession [3]

244/15    pointing [1] 42/21 192/18 195/14

plea's [1] 90/24    points [2] 137/25    262/18

plead [2] 192/21    217/10    possible [4] 25/14

197/9    policies [1] 230/15 68/10 70/24 110/10

pleaded [3] 144/6 political [2] 55/25 possibly [1] 39/25

153/10 200/10    223/21    post [2] 47/20

pleading [5] 90/13 porch [2] 123/3    111/19

90/13 160/13 196/8 123/9    post-arrest [2]

211/7    Port [3] 122/12    47/20 111/19

pleadings [2] 22/4 122/24 124/19    Pota [1] 14/16

230/11    Port St. Lucie [3] potential [15] 55/4

pleads [1] 177/9    122/12 122/24    74/11 74/24 75/10

please [8] 9/3 9/21 124/19    90/15 99/6 101/3

10/13 10/15 10/20 portion [1] 51/1    103/5 118/21 138/10

85/22 278/9 278/13 portions [2] 88/23 176/8 211/19 227/2

pleasure [1] 23/21 176/1    227/24 237/12

pled [9] 70/15 77/4 position [17] 22/22 potentially [12]

133/8 137/25 138/21 23/2 23/3 23/6 38/21 40/3 54/8 57/2 73/3

152/11 182/1 196/19 55/24 122/1 131/23 100/3 172/20 175/5

211/13    150/21 154/18    177/19 177/21

PO [1    ] 2/8    195/24 204/17 223/1 215/15 239/7 271/5

point [19] 43/19    225/21 225/23    POVERTY [1] 2/8

63/8 68/12 74/3    226/23 227/17    PPC [1] 264/12

92/10 92/17 96/13 positions [3] 23/10 practice [8] 15/23

116/19 135/19    113/11 227/24    24/16 116/23 219/25

150/11 174/10    possess [4] 262/1    234/12 250/18

179/23 213/13    263/6 263/9 272/7 256/25 270/1

possesses [2] 259/11 practices [1] 270/2

08/17 70/23 224/22 135/25 136/25

preamble [1]       226/3 227/4 257/13 138/22 149/5 196/18
250/24         260/5 260/17      218/23 225/16 266/6
precedent [1]     presenting [1] 66/4 270/23
134/22         presently [1] 234/7 primarily [2] 15/6
predecessor [1]   presidency [1]     255/12
206/9         238/8         primary [3] 24/14
prefilled [2] 257/2 President [12] 7/15 66/18 239/9
257/3         7/16 7/17 187/6   principal [7] 40/20
preliminary [1]   187/8 187/15 188/6 41/15 42/9 43/1 43/3
30/9         188/11 189/6 190/14 88/18 243/25
premise [1] 209/17 190/17 238/6       principals [1] 42/8
prepaid [1] 215/8 presumably [4]     prior [15] 19/18
preparation [7]   104/12 161/6 200/23 20/13 23/12 26/17
21/24 22/19 71/3   211/23         26/23 39/10 48/25
81/22 82/3 232/19 pretrial [1] 252/2   52/2 60/20 150/11
272/18         pretty [23] 134/14 224/1 237/22 251/11
preparations [1]   134/21 142/7 144/9 253/1 257/21
22/18         146/6 151/23 156/6 prison [13] 49/7
prepare [3] 12/20 157/7 164/6 165/2 68/10 68/20 69/19
82/7 181/14       172/22 174/3 174/24 70/24 90/16 92/4
prepared [4] 12/2 176/7 176/24 179/22 92/7 160/22 160/23
21/21 61/5 210/14 198/11 199/8 199/24 160/25 166/22
preparing [2] 35/14 203/12 205/17     200/16
58/18         247/13 253/8     private [1] 24/16
presence [2] 45/13 prevent [1] 27/19 privilege [8] 13/20
108/4         previous [6] 26/4   16/11 34/2 34/5
present [6] 5/20   110/9 120/17 135/12 53/18 82/5 215/1
45/25 47/21 113/3 207/10 216/2         239/21
114/19 115/5     previously [15]   probable [4] 7/6
presented [9] 43/18 24/12 52/22 61/13 87/4 154/9 191/21
73/22 101/21 120/21 probably [17] 14/17

p 30/10 62/19 113/16 194/9 243/8 269/24

probably... [16]    173/8 208/7 215/12

17/11 31/24 33/8    217/2 218/1 218/7

34/23 40/19 41/20 244/19 251/2

41/21 42/15 57/20 produce [4] 213/22

76/19 81/7 148/2    214/11 214/15

212/11 229/11 248/3 214/24

255/5            produced [14]

probation [23] 6/22 60/24 61/6 61/8 70/5

7/11 109/17 109/23 78/9 102/22 195/10

110/16 118/11    202/23 205/1 212/8

133/16 133/23 138/5 212/17 214/9 214/21

152/19 153/6 153/10 221/20

156/24 157/9 161/3 production [2]

167/2 177/7 178/10 192/3 214/15

186/11 197/10    productions [2]

200/20 209/23 212/2 22/16 212/22

problem [5] 159/19 Professional [1]

164/6 183/17 226/15 277/5

227/15        proffer [18] 45/24

problematic [1]    47/23 58/4 58/9

246/3        108/5 111/19 112/10

procedure [2] 11/13 115/5 115/8 115/15

116/18        116/14 134/15

proceed [3] 11/3    157/20 161/18

190/14 191/1    161/18 202/12

proceeding [2]    222/11 249/3

30/18 279/20    proffered [1] 77/5

proceedings [2] 9/1 proffers [12] 14/7

275/18        22/11 49/1 76/14

process [12] 31/8    144/10 161/20

            167/17 171/10 181/2

Progressive [7]

125/6 126/23 127/7

128/12 129/20 130/1

130/14

prohibit [1] 245/21

prohibited [3]

254/8 266/9 266/10

prohibits [2] 253/14

262/17

promised [1] 275/6

promises [1] 115/14

proof [1] 157/10

proper [1] 275/4

proportion [2]

253/6 253/14

proposed [1] 69/17

proposition [1]

269/6

prosecutable [1]

207/13

prosecute [24] 14/5

15/6 30/22 31/19

32/3 32/25 35/3 39/6

53/23 54/3 55/5

97/11 134/1 149/1

153/15 157/8 167/15

182/15 182/19

prosecuted [27]

15/6 186/23 208/21

238/12 274/15

274/18

prosecuted [27]

2533/4 253/18 204/7 175/23 75/15 166/15

prosecuted... [27]   266/8            202/5 244/1
15/13 15/18 16/18 prosecutor [32]      proved [1] 43/23
16/23 18/8 18/19     14/12 14/13 19/1    proven [1] 75/24
18/21 37/2 45/5     22/25 23/13 23/20 provide [20] 25/12
46/21 48/9 69/4 85/7 23/21 24/18 25/22 25/18 30/25 46/6
144/13 153/3 158/3  30/21 32/14 35/8     47/8 57/7 115/23
181/4 181/8 204/10 40/19 41/21 48/13 135/3 144/10 157/17
211/12 212/5 270/2 57/20 58/6 65/15     157/20 167/13
270/3 271/17 272/12 98/18 107/20 108/22 167/13 180/13 194/8
272/16 274/2         158/2 172/19 178/3 197/12 201/11
prosecuting [15]    182/11 186/18      230/13 244/24
15/25 24/10 24/20 195/16 213/19       248/16
25/24 26/22 32/17 229/25 244/1 255/22 provided [36] 12/21
33/5 44/21 50/3     274/12              19/22 38/23 48/25
50/20 52/2 208/15 prosecutor's [4]    56/1 101/9 106/22
241/12 241/17       14/4 34/21 50/2   116/9 117/5 126/21
242/14              87/15             128/10 131/14
prosecution [20]   prosecutors [9]    134/14 151/1 153/18
10/5 12/12 12/15    14/3 14/20 25/11   155/8 155/10 159/2
14/1 32/6 32/8 32/19 207/10 208/8 208/19 161/15 163/14 169/6
32/19 33/19 52/1     228/1 230/5 230/9 171/10 174/12
53/23 59/20 59/22 protect [2] 50/4     175/17 178/4 178/14
181/11 195/18 206/6 251/1             178/22 179/9 187/24
212/12 238/10       protected [2] 34/5 197/18 198/17 201/9
251/22 253/12       239/20             202/9 243/3 245/10
Prosecution's [1] prove [23] 36/21   248/20
8/5                 37/14 40/3 40/5 40/8 providing [3]
prosecutions [10] 40/12 42/1 42/4     134/12 208/9 249/15
18/16 26/8 32/1     42/23 43/2 43/7 43/8 proving [4] 40/14
44/17 52/20 231/2 43/12 44/20 50/19 43/11 43/20 206/21
                     51/5 56/6 56/11    provision [20]

pursuant [2] 11/12 210/20 228/6 273/23

provision... [20]    185/8

38/12 39/5 41/7 45/4    questions [18]

46/22 60/17 60/18 98/1 98/8 98/23    pursue [8] 29/5    10/16 22/22 110/9

67/6 67/15 68/6    209/4 209/22 210/13

261/15 262/15    147/24 171/21 206/9 210/14 210/17

262/17 267/15    206/9    228/10 228/11 230/6

267/20 268/1 268/5    pursued [3] 75/4    249/21 266/13 267/3

268/16 268/19    138/17 207/19    273/11 273/21

271/23    pursuing [1] 147/21 273/23 275/9

provisions [5] 28/21    purview [1] 63/2    quick [2] 139/8

241/11 241/16    put [11] 50/5 57/11 205/18

242/13 266/1    58/23 126/14 126/14    quickly [3] 168/1

psychiatric [1]    141/2 232/16 243/20    190/21 265/23

190/23    243/21 253/12 254/4    Quincy [1] 184/12

public [4] 57/7    PUTNAM [1] 5/14 QUINN [1] 2/6

65/20 236/14 277/23    Q    quit [1] 106/18

published [1] 94/7    qritter [1] 2/7    quite [4] 99/23

pull [4] 67/23 93/19    question [35] 10/17 119/13 131/8 201/17

247/20 256/2    10/18 11/4 15/15    R

pulled [2] 103/4    15/20 16/21 28/7    racketeering [1]

103/19    35/7 39/21 41/5    54/12

pulling [1] 179/5    42/20 56/16 57/17    raise [3] 9/2 172/22

pulse [1] 213/18    59/12 63/20 69/11 252/9

punishable [2]    79/6 85/22 99/19    raised [1] 159/18

38/23 56/1    216/1 222/20 224/23    raises [1] 164/23

purported [2] 84/1    226/2 231/7 231/14 Ramos [9] 7/7 7/7

183/5    234/3 234/5 239/24 154/10 155/15

purpose [1]    249/20 254/1 260/5 155/21 156/16 157/9

purposes [3] 32/16    250/23 260/18 268/8 270/22 157/17 157/25

35/10 251/7    274/21    range [1] 230/22

questioning [3]    rate [11] 146/3

R  226/15          receive [7] 29/22

rate... [10] 159/19  real [2] 112/18      30/4 46/9 70/24

159/21 160/2 164/8 139/8            116/14 191/3 197/9

164/19 165/15      realize [2] 222/21 received [18] 11/15

183/19 188/17      268/7            29/8 63/5 64/1 64/17

215/15 216/3       really [11] 43/17    70/23 83/11 102/23

rates [1] 166/1     54/20 143/3 178/2 118/11 133/14

rather [3] 32/24    204/7 218/10 222/13 133/22 141/11

239/13 244/19       226/1 227/23 232/19 156/24 182/5 182/14

re [5] 6/19 7/3 42/13 265/17          183/3 211/22 219/20

278/4 279/3        reason [19] 19/8    receives [2] 29/17

rea [2] 261/15      31/10 33/11 55/18 30/3

261/20           74/14 96/12 99/23 receiving [7] 64/6

reach [1] 258/7     104/19 110/13      72/3 96/17 236/10

reaching [1] 84/13 140/17 148/18        236/18 236/20 248/9

read [12] 55/20      192/14 192/25 205/6 recency [1] 248/25

58/4 140/24 197/15 216/18 227/16       recent [2] 19/10

204/4 208/4 208/11 232/23 239/10 279/6 95/20

256/22 275/12 278/9 reasonable [3]      recently [6] 17/1

278/11 279/19       233/25 244/2 278/11 17/6 17/17 24/17

reader [1] 138/4    reasonably [1]      95/20 233/19

readily [2] 170/7    27/14            recess [5] 81/19

188/24           reasons [2] 165/20 139/22 210/6 265/20

reading [8] 78/8     208/18           273/17

85/8 106/6 112/10 recall [19] 18/20     recognizable [1]

179/6 263/2 269/15 41/12 46/23 67/1     217/12

278/8            67/4 85/8 114/14   recognize [19] 27/9

reads [6] 59/10 87/1 125/4 128/25 135/16 36/5 38/25 44/10

241/10 248/14 251/6 151/13 151/16       55/14 61/8 65/12

255/10           216/22 230/24      70/4 149/13 177/6

ready [2] 41/2      232/10 267/16      181/6 207/8 235/2

                267/20 274/2 274/7 235/4 240/22 240/24

R                       recounting [1]       263/23

recognize... [3]       113/19          referencing [12]

258/25 263/15       recuperate [1] 89/8 13/14 58/11 62/13

263/17          recuperated [1]       65/24 70/9 102/9

recognizes [1] 58/22 89/16          127/2 128/9 128/22

recollection [5] 14/6 recycle [1] 226/8      129/6 132/15 216/2

113/19 114/12       red [15] 146/6     referral [15] 30/2

168/11 258/12       151/23 159/18 160/4 30/12 30/15 61/24

recommendations 164/22 170/4 170/7 62/2 63/8 75/23

[1        ] 98/19       175/4 175/8 188/23 119/17 120/2 148/11

recommended [1]       193/17 199/8 199/25 203/2 208/7 256/16

42/15          203/12 219/2       256/17 268/7

record [11] 9/21     redaction [2]      referrals [18] 15/22

40/23 89/12 90/11 122/14 140/9          29/8 29/22 97/5

102/21 192/25       reduce [3] 69/1       101/1 213/11 218/1

193/13 193/14       115/9 268/25       235/17 235/23 236/1

266/17 275/11       refer [8] 12/10       236/21 237/21

277/10          27/16 29/3 31/5     237/23 245/7 245/8

records [23] 117/14 62/25 236/7 237/7 256/19 257/6 257/16

175/12 178/16       237/14          referred [12] 31/11

178/24 179/1 179/3 reference [9] 12/10 72/1 75/8 97/8 99/4

195/15 212/14       38/13 61/19 127/6 101/14 120/21 134/9

212/16 212/16       138/7 140/23 148/3 135/15 138/8 180/6

213/22 213/24 214/9 242/19 255/21       190/22

214/21 214/25 215/1 referenced [8]     referring [7] 12/14

242/5 242/6 245/16 130/3 140/20 149/16 73/12 83/15 101/10

247/4 247/11 247/15 149/24 161/22 168/8 103/7 136/14 251/24

247/17          188/3 218/14       refers [1] 141/9

recounted [6] 105/7 references [8] 63/17 reflect [3] 83/21

114/3 123/11 123/22 130/20 130/21       93/5 118/10

125/17 126/6       137/17 143/21     reflected [2] 174/17

144/23 263/19       174/18

R  140/16 151/3 151/8 relatively [1]

reflecting [5] 44/11 258/5          134/20

62/6 147/13 152/8 regularly [2] 33/9 release [3] 190/15

213/22          236/25          252/2 252/10

reflects [8] 106/21 Reid [3] 15/3 35/10 relied [1] 50/25

119/9 120/12 120/20 195/16          remain [5] 162/10

129/15 145/4 145/7 rejected [2] 183/9 218/1 222/24 232/23

183/2          183/13          234/8

refresh [2] 14/6    rejecting [1] 100/8 remainder [3] 92/3

225/4          relate [1] 232/21    92/6 92/9

refused [2] 106/15 related [42] 14/2    remains [1] 239/10

251/21          16/1 24/23 27/24   Remedy [1] 193/22

refusing [1] 82/13 28/4 28/16 29/17    remember [26]

regain [1] 191/7    53/13 59/20 71/23 25/25 34/20 34/22

regard [7] 25/21    72/14 77/8 77/14    34/24 35/16 35/17

28/3 29/21 52/13    77/17 78/15 78/17 82/22 95/16 115/25

60/9 189/5 194/20 79/17 118/21 141/13 116/1 125/3 134/6

regarding [8] 27/10 183/4 223/3 229/19 134/18 149/4 150/10

61/24 62/3 65/8    230/18 230/22      150/15 161/17

102/24 120/6 206/3 232/13 232/21       167/18 171/3 181/5

256/24          235/18 235/24      194/14 216/18

regional [1] 229/22 236/10 236/18      256/21 269/15

register [4] 248/15 236/21 237/18 238/1 269/22 272/1

258/7 259/15 260/1 238/2 238/5 238/17 remembering [3]

registered [8] 131/4 238/21 247/4 251/22 13/6 18/24 48/12

145/14 248/8 251/14 265/5 267/5 267/9 reminder [1]

252/18 252/20 263/8 relates [1] 173/1    234/15

277/4          relating [1] 67/15 remote [2] 1/11

registering [2]    relation [3] 17/5    277/6

248/21 250/19      116/4 153/18      remotely [2] 9/12

registration [4]    relative [2] 277/13 276/7

277/14          rented [1] 47/4

R                reporter [3] 43/2    249/16 250/16

reopened [1] 191/10 277/1 277/5        reread [1] 151/15

repeat [3] 85/21    reporting [7] 70/14 research [3] 197/21

118/3 170/4        72/2 102/23 121/19 201/12 202/11

report [46] 6/18    122/22 129/25    reshare [1] 261/8

6/23 7/13 22/6 23/17 216/18        reside [1] 191/12

23/18 23/19 30/6    reports [11] 29/17 residence [10]

70/12 71/4 71/4    75/8 83/11 83/18    86/15 86/18 86/23

71/14 71/17 73/11 85/1 97/17 122/11 96/12 104/9 104/24

77/6 78/19 79/1    144/5 215/23 216/24 123/2 123/4 231/7

93/19 93/22 93/25 220/16        249/6

95/10 97/21 99/2    represent [3] 9/17 residency [6]

102/12 102/17    63/11 228/25    221/24 231/15

104/23 109/1 110/22 representative [2]    241/18 244/25

111/2 111/11 111/11 6/3 12/7        249/17 250/17

114/1 114/9 118/10 reprinted [1] 46/2 resident [45] 19/14

118/19 130/14    request [4] 8/4    20/9 21/10 21/10

136/10 137/16    223/17 223/19    21/13 21/15 86/25

143/20 145/3 148/14 224/14        95/1 95/11 95/23

182/25 234/17    requested [1] 277/9 104/12 104/20

256/22 269/16 277/6 require [2] 49/6    122/19 123/6 140/18

reported [20] 1/20 244/6        142/14 142/24 147/5

56/23 62/7 62/14    required [5] 218/24 150/4 150/21 154/16

64/5 83/23 84/18    248/15 251/12    158/22 163/10 172/2

84/19 86/20 96/17 257/23 258/7        173/20 174/3 174/8

121/20 129/21 145/8 requirement [3]    179/23 184/16

145/12 145/18    241/19 243/5 244/25 187/16 192/11

215/22 216/5 217/9 requirements [1]    198/12 203/25

217/18 249/10    261/15        231/13 239/17 240/6

reportedly [2]    requires [3] 215/4 247/3 247/10 249/24

129/16 174/13    243/2 251/25    250/3 250/6 250/14

                requiring [2]    252/13 255/13

R    resulted [1] 207/14 role [3] 24/18 23/4

resident... [1]    resume [1] 41/3    26/21

259/14    return [3] 215/8    roll [1] 193/3

residents [8] 169/2 215/15 269/7    roommate [3] 86/10

221/21 246/9 246/16 returned [1] 191/4 86/24 96/3

250/10 250/11 274/7 returning [2] 20/2 roommates [1] 85/9

274/15    20/18    ROSA [6] 5/14

resides [2] 17/8    review [9] 21/23    145/9 145/17 148/8

17/23    66/5 75/10 99/6    148/8 148/16

residing [2] 20/16 130/24 138/10 159/8 RPR [4] 1/21

20/22    169/21 277/8    276/16 277/22

resolution [3] 78/7 reviewed [10] 11/24 278/16

135/6 210/1    58/17 71/3 128/10 rubric [1] 254/22

resolve [1] 230/7    175/16 180/19    rule [4] 11/12 227/7

resolved [3] 77/4    181/14 203/6 244/13 233/18 233/19

94/8 94/11    268/22    rules [1] 10/12

resolving [1] 171/3 reviewing [5] 101/8 run [3] 54/7 234/12

response [13] 8/4    101/8 126/21 162/5 247/7

8/6 22/5 40/2 42/20 262/24    rundown [1] 41/17

64/6 65/5 129/3    Richard [2] 136/19 running [1] 225/9

218/19 223/16 235/5 137/10    runs [1] 256/12

235/13 235/16    rid [1] 130/11    S

responses [1]    right [328]

rights [4] 2/12 7/19 SA [1] 209/5

239/24    Safe [4] 256/14

responsibility [1]    196/5 211/8

risk [1] 130/10    256/24 257/1 260/24

230/3    Safe's [1] 259/24

responsible [1] 25/6 RITTER    [1] 2/6

River  [1]  120/13    said [29] 17/23

rest [3] 47/13    20/25 24/6 26/12

103/19 231/16    Riverplace  [1] 5/16

RMR    [3]  276/16    78/6 82/1 95/4 96/7

restroom [1] 80/18    103/25 105/8 106/17

result [2] 69/7 69/7  277/22  278/16

SAMANTHA [4]          sara.spears [1] 3/18

said... [16] 112/12 2/15 2/21 266/16    SARAH [2] 5/11

113/22 115/24 126/2 266/23                13/4

127/11 130/18    same [30] 16/17    Sarasota [4] 102/13

134/21 135/15    18/22 43/4 44/3 60/8 102/24 103/15 109/3

136/20 140/23    63/11 85/11 85/19 saw [14] 45/16 85/6

142/21 233/13 239/4 85/24 86/1 86/1 86/4 92/14 94/5 94/7

255/25 271/6 271/9 122/24 143/14    94/13 97/7 117/21

Salazar [52] 6/22    168/23 193/12 214/3 122/25 196/18

6/22 58/11 76/18    218/1 218/2 224/18 204/13 212/9 223/2

77/7 102/5 102/25 226/6 226/9 226/13 260/25

103/20 104/9 104/12 226/14 226/16    say [47] 12/13 13/8

105/5 105/7 105/12 226/18 227/18    15/24 17/8 18/23

105/13 105/18    227/19 229/11    24/7 26/22 28/10

105/23 106/2 106/11 254/22    32/23 50/23 50/24

106/14 106/15    San [2] 21/6 21/17 51/9 62/13 66/7 72/7

106/17 106/23 109/2 San Francisco [2]    78/22 85/21 95/17

109/17 110/23    21/6 21/17    99/3 106/8 115/1

110/24 111/3 111/12 Sanchez [6] 24/13 116/11 117/4 129/24

111/23 112/7 112/12 128/24 153/3 161/10 137/4 140/15 140/15

112/19 112/24    167/23 201/2    143/3 143/17 155/20

113/20 114/3 114/4 Sandi [1] 81/17    159/17 159/20

114/4 114/7 114/9 SANDRA [5] 1/21 173/23 198/15

114/11 114/16    276/16 277/4 277/22 203/25 217/8 230/17

114/18 114/24 115/8 278/16    232/14 232/16

115/20 115/23 116/8 sandwich [2] 81/6 232/17 239/5 239/9

116/12 117/5 117/21 81/11    248/2 270/13 270/15

118/9 222/11    SANTA [6] 5/14    272/10 272/24

Salazar's [5] 106/11 145/9 145/17 148/8 saying [27] 29/12

111/18 112/2 114/10 148/8 148/16    41/19 45/11 59/6

116/4    SAO [1] 32/17    61/16 79/1 100/16

SARA [1] 3/17    109/7 112/6 114/4

scenarios [3] 54/9 204/12 235/12 247/8

saying... [17]    54/14 56/21    259/17

119/15 209/16 213/4 schedule [1] 139/9 Secretary [9] 1/7

216/4 218/13 218/16 scheme [1] 54/12    27/13 27/15 28/23

226/8 226/9 226/12 school [1] 58/8    29/3 223/16 224/9

227/14 244/20 245/6 scope [2] 48/2 115/5 224/10 275/3

246/14 249/23    score [4] 68/16    Secretary's [1]

250/14 255/2 263/4 69/17 70/22 166/23 224/15

says [39] 27/13    scored [1] 68/16    section [42] 27/10

38/21 42/13 64/1    scoresheet [8] 66/4 27/15 27/18 27/19

64/11 66/21 68/4    66/13 66/15 66/21 27/24 28/3 28/16

68/12 68/21 71/25 67/22 68/4 68/17    36/10 36/11 37/5

72/17 78/20 79/4    160/24    37/6 38/11 40/15

87/7 94/22 110/22 SCOTT [1] 5/4    41/6 41/8 41/9 43/13

110/24 111/2 117/20 screen [5] 11/8    44/13 44/14 45/10

119/6 125/8 128/22 12/22 89/15 139/14 46/14 48/9 49/11

129/11 130/2 130/3 261/8    49/22 59/6 59/22

144/4 146/17 155/19 screens [1] 139/13 64/24 67/3 68/7 69/1

155/21 159/1 160/17 scroll [2] 122/21    79/22 92/18 107/8

167/4 180/1 195/21 200/14    120/9 137/1 175/23

208/2 220/14 223/20 scrutinize [1]    176/1 224/5 224/10

235/16 259/8    268/11    261/5 267/14 268/25

scale [2] 48/17    SE [1] 4/4    section one [1] 41/8

239/15    SEALED [1]    sections [3] 38/24

scant [1] 243/1    276/11    49/5 56/2

scattered [1] 175/7 search [1] 76/3    secure [4] 38/20

scenario [14] 44/25 seated [1] 123/3    55/24 122/1 131/23

45/4 45/6 45/7 50/21 second [18] 31/20 security [5] 57/13

57/25 58/1 58/20    75/7 83/9 85/1 90/21 61/12 71/14 120/2

65/4 70/25 75/18    141/4 150/25 158/25 235/20

76/8 77/20 252/23 169/4 181/7 185/9 see [354]

189/9 195/6 203/17 seeing [7] 30/25

127/1 128/19 129/3 202/3

seeing... [6] 62/12 129/18 176/18 191/2 serve [2] 23/21 92/3

142/17 149/4 181/5 219/20 220/17        served [7] 52/23

204/1 261/8        sentence [32] 49/8 92/6 133/21 161/4

seek [2] 247/4        68/11 68/20 69/3        171/24 172/21

247/11        69/13 69/19 70/24 200/23

seems [8] 88/17        90/16 91/1 92/3 93/5 service [3] 152/22

159/17 164/6 170/4 103/3 115/9 115/13 172/15 248/9

174/24 192/19 218/5 129/24 130/24        serving [3] 115/3

253/8        133/14 133/22        172/10 172/11

seen [10] 53/21        160/22 160/23        session [2] 6/14

57/25 76/8 92/1        166/22 170/25        38/7

120/15 129/14        197/14 200/16        set [11] 22/21 50/2

148/14 207/6 212/7 200/19 235/15        87/5 100/20 129/19

248/23        248/14 251/4 251/5 234/15 252/11

sees [1] 119/18        251/24 255/9 264/9 259/21 262/25 263/3

select [1] 49/20        sentenced [6] 69/10 266/4

self [1] 115/3        70/17 110/15 166/19 setting [3] 131/19

self-serving [1]        167/1 178/9        252/1 252/1

115/3        sentencing [2] 6/21 seven [6] 103/10

send [6] 11/20        93/5        103/13 142/5 159/24

215/4 218/16 236/16 separate [3] 56/2        160/13 229/11

237/11 269/1        72/2 171/23        several [13] 14/3

sending [3] 218/12 sequence [1] 63/12 16/23 24/4 31/17

220/4 257/9        serdelyi [1] 5/18        31/22 60/7 76/13

sends [1] 218/22        serial [2] 159/12        125/19 141/12

senior [1] 23/15        223/22        159/22 203/6 255/10

sense [8] 51/9 51/13 series [2] 53/20        256/13

57/6 108/19 108/21 242/8        shall [1] 101/11

266/3 270/5 272/19 serious [2] 48/19        SHANNIN [2] 3/21

sent [10] 14/22 67/2 48/20        3/23

seriousness [1]        shanninlaw.com [1]

S   135/18 135/22 134/8 she's [25] 13/6

shanninlaw.com... 134/8 134/10 134/11 24/20 34/21 48/14

 [1] 3/24        134/11 134/12     86/22 86/23 86/24

Shannon [1] 207/9 134/14 135/15        86/25 87/3 90/9

share [3] 11/19 78/6 137/20 138/4 138/21 90/22 90/23 90/25

 224/18        140/11 140/20     91/8 91/14 91/17

shared [1] 76/25    142/13 142/20     91/19 93/8 93/9

sharing [4] 27/6    142/21 142/21 143/4 123/22 142/24

 79/10 89/5 138/23 143/5 143/6 143/9 154/19 184/11 198/5

she [140] 13/16    143/9 143/23 144/6 198/8

 13/22 14/15 17/3    144/10 146/3 146/13 Shedlock [2] 206/25

 17/4 19/16 19/17    147/4 148/14 148/14 207/6

 19/22 20/1 20/1    154/15 156/18    sheer [1] 101/1

 24/13 24/16 24/19 156/23 157/20     sheet [2] 278/9

 46/23 47/2 47/3 47/7 184/11 184/18     279/1

 47/10 47/17 50/25 185/17 186/9 186/10 sheriffs [1] 140/25

 66/5 82/2 82/2 82/4 186/11 186/20     shifts [1] 233/25

 87/4 90/13 90/19    187/12 188/12    short [4] 89/18

 91/19 92/5 92/12    188/16 190/18     115/22 210/9 267/3

 93/13 94/22 95/9    190/22 191/12    shortening [1]

 95/20 95/23 95/23 192/10 192/21 194/1 269/7

 95/25 96/1 96/5    196/8 196/19 196/21 shorter [1] 139/21

 96/12 96/15 98/11 197/1 197/8 197/12 should [5] 85/12

 107/21 121/23 123/6 198/12 199/1 199/20 145/1 198/15 222/13

 123/6 123/12 123/22 200/10 200/10     238/11

 123/23 123/24    200/19 200/22    show [47] 11/7 27/6

 123/25 124/4 126/2 200/23 201/11     35/1 37/4 37/24

 126/12 129/11    201/21 201/21    39/11 55/13 61/3

 131/20 132/18    201/24 202/9 203/24 65/10 70/2 89/22

 132/22 133/7 133/8 204/2 205/10 211/13 92/22 101/24 109/15

 133/11 133/14    211/22 211/23 212/1 118/18 121/5 143/20

                she'll [1] 91/18    152/2 154/7 158/5

s    sig [4] 64/12 64/12 137/24 141/25 142/1

show... [27] 162/25 119/7 119/15        145/19 152/1 155/12

168/1 168/6 173/9 sign [25] 43/4 45/11 174/15 183/14

177/1 181/23 182/24 45/17 46/13 51/22 219/17 223/23

184/4 185/14 187/4 56/5 57/9 64/18 73/1 243/24 244/9 253/7

189/4 190/12 191/18 112/8 112/22 176/7 253/15 253/24

194/18 196/4 197/25 203/15 215/9 218/19 254/17 254/20

200/3 204/22 211/6 219/21 225/17        256/13 259/14

223/9 223/10 232/9 226/10 230/10 243/4 259/22 259/24 260/8

233/21 233/25      243/17 257/5 257/23 260/24

234/20 258/24      278/10 278/11      signed [51] 17/15

263/10        signature [20]      40/4 40/8 40/13 42/2

showed [4] 73/23    63/22 64/10 64/16 42/23 43/9 43/21

78/23 78/25 94/25 119/10 131/2 131/3 44/21 44/22 45/13

showing [20] 36/5 175/21 176/21        45/19 47/10 47/14

38/6 38/16 55/18    182/10 193/12        50/20 51/1 55/23

71/6 79/15 82/20    218/17 226/9 235/8 56/22 59/3 63/23

121/9 132/14 141/5 235/10 253/6 253/9 63/23 72/4 73/7

144/22 149/12      253/22 254/15      84/15 106/4 108/2

156/11 166/5 168/12 278/13 279/22      114/20 189/20

179/10 202/17      signatures [54]      193/14 215/5 216/19

205/24 223/15      28/25 41/23 41/23 216/22 223/25

270/18        47/7 51/16 58/7    224/16 225/16 226/7

shown [1] 134/6      72/14 76/15 78/21 226/16 226/17

shows [1] 38/17      79/2 83/23 83/25    227/18 227/19 238/4

shut [3] 144/9 157/1 96/21 97/1 97/5    249/10 259/11

157/15        118/1 118/5 125/19 259/19 260/13

sic [1      ] 47/2      125/20 127/3 128/23 262/19 265/1 269/1

sift [1] 217/21    129/6 130/4 130/9 271/21 271/25

sifting [3] 217/4    130/17 130/21      276/11

245/8 245/9        130/24 131/1 131/10 signers [1] 84/1

131/16 137/22      signing [16] 44/4

35/6 36/1 36/8 36/16 131/17 132/9 132/17

signing... [15] 50/24 36/19 37/3 37/13    132/21 133/17

80/10 90/6 121/25 37/19 38/8 39/4    136/17 137/19

131/22 146/14    39/18 41/4 41/13    138/13 140/4 140/13

177/12 195/3 196/14 41/16 44/12 44/19 140/22 142/9 143/8

197/5 224/2 224/17 47/25 48/5 53/6 55/9 143/12 144/4 145/10

226/13 261/2 278/9 56/3 60/11 61/7    146/2 146/7 146/16

signs [7] 38/19 45/8 61/25 62/23 63/16 147/15 149/15

55/20 219/1 233/1 64/8 65/7 66/2 66/22 149/18 150/23 151/7

252/21 261/11    68/14 70/20 71/1    152/1 152/10 152/21

similar [3] 120/22 71/5 71/16 71/24    155/5 155/13 156/5

176/2 249/21    72/6 73/15 75/5 78/2 156/10 156/25

similarly [2] 46/25 79/4 79/9 79/19 80/8 158/18 160/5 160/16

250/13    82/23 83/7 84/16    161/12 163/9 163/20

simply [1] 40/15    85/17 86/17 88/7    164/8 164/25 166/12

Simultaneous [1]    91/4 96/19 99/9    168/5 168/19 169/3

95/13    102/11 102/15 103/2 169/17 170/5 170/10

since [6] 18/3 20/16 103/12 104/5 104/11 170/18 173/16 174/5

24/16 238/14 264/3 105/11 106/25    175/6 175/10 175/13

270/21    107/12 109/6 109/18 175/20 176/3 176/9

single [1] 186/25    109/22 110/4 110/17 176/12 176/23

singular [1] 140/25 111/1 113/22 117/24 177/15 178/11 179/1

sir [243] 10/7 10/10 118/23 119/1 119/8 179/18 180/3 180/8

10/19 11/6 11/14    119/12 119/20    180/14 180/25

12/9 12/17 13/24    120/11 120/19    181/25 182/7 183/1

15/11 16/12 16/15 121/14 121/17    183/7 183/24 184/14

18/9 19/8 20/5 20/24 121/22 122/6 122/13 184/24 185/2 185/16

21/3 21/18 21/25    122/17 122/20 123/8 186/5 186/13 187/7

22/20 23/25 24/25 123/15 124/6 124/16 188/1 188/5 188/15

26/17 26/23 27/8    124/20 125/15    188/22 188/25 189/7

27/11 27/25 28/12 125/25 126/25    189/11 190/4 190/8

128/14 129/13 131/6 190/16 191/14

sixth [1] 241/9    56/23 57/1 57/4

sir... [32] 191/20    sjonas [1] 5/12    57/20 58/2 59/16

192/5 192/22 193/9 skimmed [2] 22/6 60/23 63/8 76/22

193/19 193/25 195/8 22/9    77/4 78/8 78/10 83/1

196/7 196/12 196/20 Skipped [1] 8/4    96/13 105/12 113/17

197/3 197/7 198/4 sliding [1] 48/17    129/3 130/3 130/7

198/13 198/21 199/3 small [1] 26/18    130/15 134/21 137/2

199/7 199/12 199/18 smaller [1] 256/4    150/11 153/8 157/12

199/23 200/8 200/18 Smart [5] 256/14    159/9 161/17 179/23

200/25 211/18    256/24 257/1 259/24 181/13 188/21

212/10 212/13    260/24    192/25 206/22 210/9

214/17 223/7 228/14 smoking [1] 243/21 210/13 210/17

229/8 259/12 274/3 snargiz [4] 276/17 212/11 214/24 216/2

sit [6] 179/5 201/14 277/23 278/17    220/22 228/9 231/6

229/6 231/17 255/6 279/23    231/14 242/24 243/5

256/7    snitch [2] 167/10    243/10 243/14 244/5

sitting [2] 35/6    167/12    245/1 247/16 253/23

123/9    so [326]    somebody [7] 23/18

situation [16] 29/1 social [1] 57/13    43/8 48/9 172/23

29/12 40/19 41/20 SOE [1] 6/23    224/16 243/23

47/2 56/4 88/17    SOEs [2] 76/16    259/13

115/16 153/19 165/3 219/25    somehow [1] 233/4

178/4 178/5 189/16 solely [2] 78/13    someone [19] 15/19

192/24 219/15    255/4    42/1 43/4 43/21

268/12    solicit [1] 252/19    56/21 110/10 112/1

six [9] 91/18 92/10 soliciting [1] 66/8    112/16 112/18

199/15 229/10    solicits [1] 66/5    208/23 233/20 236/6

229/16 232/17 233/7 some [64] 10/12    239/25 239/25

239/5 255/18    12/23 14/6 14/6 14/8 253/12 261/3 263/4

six months [3]    15/22 21/7 22/4    263/24 267/24

91/18 92/10 239/5 22/10 22/12 22/12 someone's [2] 42/5

30/3 35/2 52/21    42/5

S [1] 118/3 122/22 127/15 source [1] 242/23

something [19] 13/8 129/24 136/20          sources [1] 235/23

 29/2 29/13 31/16     142/17 144/15 148/2 south [3] 58/7 105/9

 32/12 32/25 35/20 150/7 152/25 155/22 237/1

 47/18 81/11 148/3 156/1 162/4 162/8 SOUTHERN [1]

 165/5 197/20 205/16 165/9 171/1 171/4 2/8

 209/18 217/22     175/15 181/12      speak [5] 10/20

 218/10 222/15 243/7 182/16 197/15      14/19 74/10 178/2

 264/23          201/13 204/13 209/8 255/22

sometimes [8] 35/16 222/20 225/3 232/18 speakers [1] 95/13

 96/8 114/17 119/18 233/9 247/6 247/20 speaking [5] 16/13

 140/14 236/13      248/25 250/4 254/1 21/22 75/22 235/17

 236/15 271/1      254/4 254/12 262/25 238/13

somewhere [7] 46/8 267/11 273/14      speaks [2] 246/21

 113/7 132/22 162/15 sort [25] 14/5 14/24 258/11

 215/16 222/2 256/22 15/6 21/7 25/12 30/3 SPEARS [2] 3/17

Sonia [1] 146/25     33/5 33/9 43/5 54/11 13/4

Sophia [7] 13/14     57/23 59/16 67/20 special [1] 195/21

 24/13 128/24 134/5 75/20 76/24 77/20 specialize [1]

 153/2 161/10 201/2 97/4 116/24 135/5 207/16

sorry [70] 9/25 11/9 208/7 208/21 213/16 specialized [1]

 13/3 13/5 18/19     234/5 246/3 252/17 207/17

 20/12 26/15 34/18 sosaki [1] 2/22      specialty [1] 33/7

 35/6 44/14 47/16    sought [2] 247/15 specific [33] 12/18

 47/19 48/11 55/8    247/17          45/20 46/24 55/1

 59/25 60/21 64/24 sound [4] 228/13      56/17 78/17 95/9

 68/2 68/12 69/2     231/10 241/4 261/4 98/16 98/17 107/19

 69/11 75/19 80/10 sounds [8] 10/23      134/21 146/24 178/3

 85/21 88/4 95/14    113/18 114/24      179/7 201/15 213/12

 99/20 102/13 102/19 208/17 209/11      213/19 219/25 226/2

 103/7 108/17 117/3 251/15 255/17      227/3 240/13 248/19

         273/16          256/4 260/20 261/5

spoke [2] 12/25             124/18 125/1 125/10

specific... [8] 262/3 14/5             127/17 127/18

262/4 262/8 262/25 spoken [1] 75/1         128/17 129/11

263/3 268/11 269/5 sponsor [1] 28/25       129/15 134/9 134/10

269/12             sponsors [3] 28/24 135/16 136/15

specifically [9]     269/1 270/24      STARNES [1] 4/18

31/20 44/13 76/22 spreadsheet [1]      start [3] 113/6

131/14 208/9 237/18 174/17              198/15 220/15

242/22 266/8 266/10 ST [1] 5/14         started [4] 24/19

specifics [1] 128/25 St. [4] 122/12       112/24 124/17 250/4

speculating [2]       122/24 124/19      starting [1] 217/4

208/18 271/8         256/17             starts [1] 79/20

speculation [1]     St. Johns [1] 256/17 state [132] 1/8 1/12

28/18             stack [1] 45/18       3/2 3/8 6/3 9/10 9/21

speculative [1]     staff [2] 24/2 24/4 10/4 11/12 17/4

273/6             Staffing [1] 193/23 17/13 17/21 18/3

speedy [1] 233/19 STAFFORD [4]          18/22 19/20 19/21

spell [1] 14/14       3/16 6/6 13/4 278/2 19/24 20/2 20/10

spent [2] 100/19    Stafford's [1] 11/2 20/13 20/15 25/9

186/10             stage [9] 75/23 77/3 26/24 27/1 27/13

sperlman [1] 2/16 87/17 87/18 88/8        28/23 30/7 31/5

spin [5] 238/23       110/11 110/11 115/7 31/12 31/15 31/18

239/4 239/5 239/10 116/18                32/2 32/9 32/13

240/4             stages [2] 113/10     32/15 33/1 33/6 33/8

spin-off [5] 238/23 208/13               33/22 42/1 47/12

239/4 239/5 239/10 stamped [1] 241/1 50/6 52/10 52/12

240/4             stand [3] 104/19     52/23 53/1 53/14

spinoff [3] 153/24 190/19 191/5          71/13 72/20 73/24

157/21 167/20      standard [1] 67/20 74/3 92/4 92/6 95/24

splcenter.org [1]     stands [4] 74/14     98/21 112/5 112/21

2/10             99/23 205/6 265/13 113/12 115/24 116/1

             Star [13] 123/13     126/22 128/11

S                   stately [2] 86/15     59/22 40/5 41/8

state... [70] 129/18 95/7          41/22 42/4 42/7

135/1 143/1 147/20 statement [11]     42/10 44/11 44/14

148/25 150/13 155/4 19/17 47/20 75/21 44/17 44/20 45/1

162/11 165/4 170/7 111/19 113/24 115/3 48/3 48/14 48/16

172/11 174/20       115/6 128/9 134/15 48/17 48/22 49/4

175/12 185/9 188/24 153/13 178/5     49/6 49/10 50/13

189/9 189/12 189/15 statements [8]    50/15 51/12 54/19

189/18 189/24 195/6 56/19 56/24 76/14 54/23 55/15 59/10

195/21 217/6 218/21 96/9 113/20 114/25 60/2 60/9 60/12

226/22 227/13       116/17 269/25     60/15 60/19 66/17

229/13 231/20       states [3] 1/1 172/18 67/23 76/1 80/11

232/14 233/5 233/17 173/1             88/5 88/10 100/12

233/24 233/25 236/9 statewide [27] 8/5 107/6 107/9 122/2

236/13 236/21 237/2 10/5 12/12 12/15    170/16 209/4 220/14

237/4 237/8 237/12 14/4 14/12 22/25     224/4 233/15 233/23

240/7 242/1 242/3 23/13 23/19 23/20 234/6 244/18 244/22

242/8 242/11 243/16 24/18 25/11 32/6     246/21 250/24

244/8 244/10 245/1 32/19 48/13 52/1     251/25 257/22

245/17 245/21 246/4 53/22 58/6 59/22     258/11 258/16

246/15 246/22      65/15 98/18 107/20 258/19 259/21

246/23 246/24 247/4 158/2 163/23 195/17 259/25 260/12 261/1

247/11 248/16 256/9 206/6 229/25        261/6 262/6 262/23

256/24 264/4 274/1 stating [1] 31/23    263/2 265/24 266/5

275/3 276/3 276/7 stationed [1] 150/13 268/10 268/24

277/2 277/7 278/6 status [2] 256/19     statutes [16] 28/22

279/4           264/2          50/9 53/21 53/22

State's [1] 223/16 statute [84] 6/14    54/1 54/8 55/4 55/5

stated [5] 111/3     6/15 6/16 27/9 28/21 59/18 59/19 62/9

111/12 222/11       36/6 36/11 36/21    62/12 76/1 120/8

236/12 250/24       37/2 37/11 37/15    134/22 243/11

                37/24 39/1 39/9     statutory [2] 38/12

S                    79/16 80/19 89/5      139/18

statutory... [1]      138/23 240/9        submit [1] 188/20

261/22              stopped [3] 74/3      submits [1] 215/20

stay [1] 222/2        129/11 259/16        submitted [53]

stayed [1] 145/1    straightforward [1] 72/19 83/24 84/6

stenographic [1]       15/20              85/2 85/13 85/16

277/11              stranger [1] 57/9    85/18 85/23 86/5

stenographically [2] STRAWN [1] 2/18 98/5 103/5 111/7

1        /20 277/6      streamline [1]      120/7 120/16 123/23

step [2] 220/4 245/3 210/10              124/2 127/3 128/21

5    super [1] 58/22    216/14 217/25

subpoena... [6]    supervise [3] 24/6 218/11 218/13

172/11 172/15    213/15 229/24    218/22 219/7 219/12

172/17 172/22 248/5 supervised [3]    220/2 220/5 235/21

248/8    161/3 167/2 200/20 237/11 237/20

subpoenas [4] 117/8 supervision [1]    271/13

171/21 173/1 248/10 25/13    supervisor's [1]

subscriber [1]    supervisor [82]    129/2

117/8    3/20 4/2 4/7 4/12   supervisors [17]

subsection [15]    4/17 5/2 5/8 5/13    62/8 63/6 72/2 76/5

48/10 49/15 49/23 30/2 57/22 62/14    83/23 97/6 101/18

60/3 60/9 60/16 80/6 62/20 63/24 64/2    119/19 121/1 138/19

87/11 88/1 88/4    64/5 64/6 64/15 65/5 148/16 215/4 217/5

107/6 107/8 122/2 65/5 83/12 83/13    219/20 235/25 237/7

194/24 261/10    83/17 84/19 96/16 269/2

successfully [1]    97/9 97/17 100/4    supplement [1]

231/24    100/7 100/22 101/9 264/3

such [7] 29/8 65/9 102/13 102/24    supplemental [3]

172/14 179/3 201/24 103/15 103/18    8/7 22/1 263/18

242/9 252/15    103/24 118/20 127/2 support [12] 25/12

suffice [1] 248/2    128/20 129/5 130/17 44/4 45/1 149/13

suggests [1] 142/13 130/25 131/13    154/9 158/10 163/1

Suite [3] 2/14 3/22 141/11 141/22 142/2 168/17 179/15 184/5

9/24    151/1 151/17 155/7 187/5 198/2

Suite 900 [1] 9/24 155/11 155/17 159/2 supported [1] 47/1

summary [3] 6/21 159/10 163/14 169/5 supports [1] 269/6

102/5 129/22    169/23 175/19    suppose [4] 29/18

summer [1] 39/10 176/11 176/18    47/23 82/11 236/8

SUMTER [6] 5/14 176/21 180/7 183/3 supposed [1] 45/11

83/13 175/14 175/18 187/24 193/18    Supreme [1] 233/20

176/10 176/18    198/17 203/2 203/5 Supreme Court [1]

203/9 203/14 203/15 233/20

sure [79] 10/1 12/21
12/24 13/4 21/13
28/5 30/17 32/23
33/13 33/13 34/15 166/3
38/16 41/19 48/15
51/3 60/6 60/14 61/7
63/2 65/22 67/23
69/7 73/20 74/7
75/18 75/20 78/16 263/24
80/19 80/22 81/3
82/10 86/2 87/14
95/18 101/7 101/10 17/13 35/13 42/8
108/23 115/12
116/11 117/18

SUSAN [1] 5/18
suspect [6] 16/2
16/5 42/5 42/16 96/8 196/10 197/2 211/17
suspect's [1] 243/21
suspected [8] 120/7
129/21 129/25 142/8 124/13 134/15
203/6 217/9 241/22 153/13 240/25
263/24
suspecting [1] 83/23
suspects [8] 14/8
56/19 117/10 123/8
241/21

144/2 144/2 144/7
184/25 186/3 194/25

swears [1] 32/15
sworn [11] 8/6 9/12
47/20 111/19 115/5

269/24 276/8
system [6] 17/15
36/2 179/6 181/17
218/25 233/2

T
take [34] 10/13

suspicion [2] 164/23
124/24 127/23 133/7
134/14 135/17 136/4  219/19

10/14 27/12 36/9

suspicious [12] 30/5
137/2 139/2 144/13
148/11 153/23
129/6 130/3 130/16
153/23 159/21 162/2
167/16 167/19
218/9 219/22
169/13 181/5 182/12
185/7 189/19 194/10
220/3
197/15 204/1 204/11
205/20 207/7 212/6
5/15
214/7 221/24 225/5
230/14 242/18
swear [2] 9/4
247/13 255/1 255/5

47/12 71/20 80/18
81/3 94/11 109/10
127/3 128/21  128/22
135/22 137/15 139/1
139/3 146/5 150/20
130/21 141/24  142/6
152/24 153/1 154/18
205/15 205/18
suspiciousness [1]
206/13 209/25 210/4
214/7 225/22 226/22
SUWANNEE    [1]
227/6 227/17 227/24
244/23 251/25
SWAIN   [1] 4/5
265/11 268/11
taken [7] 10/8 14/7

256/3 266/4 272/14   273/26

swearing   [19]   44/11   22/11 209/18 210/19

surely [1] 178/16                243/8 269/24

surveillance [1]      46/17 48/9  60/10

67/4 87/10 88/12     taking [6] 6/13

target [21] 36/22    242/20 268/19

taking... [5] 11/10 37/16 40/4 40/5 40/8 269/13

80/25 162/24 223/1 42/23 78/1 78/2    telling [6] 47/17

225/21    111/25 151/14    47/18 49/16 76/14

talk [8] 13/17 13/25 239/12 239/17 240/3 114/9 222/12

19/4 35/1 37/5 46/20 240/6 247/3 247/5 telltale [1] 219/1

227/1 247/23    247/10 250/13    temporary [2]

talked [17] 52/21    251/20 256/8 264/7 248/17 248/20

53/3 110/8 165/13 targets [7] 56/19    ten [3] 66/18 137/20

170/11 181/13 213/5 78/4 201/12 217/14 184/25

219/10 220/25    237/13 240/1 249/2 term [3] 221/25

221/10 231/5 236/24 task [12] 25/7 25/8 222/1 259/9

241/23 249/4 270/23 25/17 29/25 77/1    terms [8] 100/25

271/22 273/25    134/19 217/3 229/5 196/18 231/19

talking [24] 13/1    229/6 229/15 230/1 251/24 256/6 258/5

19/3 21/20 34/20    237/17    268/5 269/11

34/22 45/21 47/22 tasked [1] 111/5    terrain [1] 51/11

51/10 56/18 58/3    Tatem [8] 17/2    territory [1] 150/13

62/18 75/19 83/17 18/11 19/6 19/14    Terry [1] 85/12

88/24 95/16 115/25 19/15 53/4 231/8    TESSITORE [1]

123/21 139/15 209/3 263/20    5/4

209/15 216/14    TAYLOR [1] 5/15 tessmari.com [1]

222/10 263/1 272/11 technical [2] 89/14 5/6

tall [1] 172/22    268/9    testified [2] 9/13

TALLAHASSEE tecums [1] 172/15 48/2

[10] 1/2 2/9 3/4 3/9 telephone [1] 117/9 testify [2] 12/3

3/15 187/13 191/13 tell [19] 34/15 45/5 113/2

192/8 192/13 195/18 87/16 108/12 138/4 testimony [8] 9/4

Tampa [7] 4/14    144/13 154/24    102/9 107/24 112/11

14/13 14/13 18/19 162/17 179/4 201/13 149/17 161/14

58/8 104/9 105/10 204/8 205/9 207/15 162/15 279/20

222/23 233/7 234/15 Texas [5] 17/2

T 25/7 25/12 25/13    217/10 219/2 220/13

Texas... [4] 19/15    33/10 34/4 37/13    225/5 225/21 226/18
19/21 19/25 20/1    40/6 44/10 47/5    228/1 237/20 238/19
text [2] 208/25    47/22 48/1 50/1    238/22 238/24 243/7
268/22    51/19 55/19 56/16 245/3 246/20 249/21
than [42] 18/16    58/12 59/1 63/4    252/23 256/2 262/8
21/22 23/9 23/16    64/21 65/3 65/22    268/7 273/7 275/6
32/25 33/14 35/25 66/7 66/25 67/14    theft [5] 40/4 43/23
40/15 42/8 43/8    68/4 68/21 70/8 71/1 48/16 49/6 133/9
60/11 68/7 69/18    75/4 79/4 81/18    their [48] 30/16
75/1 98/1 139/21    82/10 83/21 86/7    31/16 31/19 32/3
195/3 196/14 197/4 87/1 87/7 88/2 88/11 36/14 45/19 50/7
197/5 199/1 213/5 96/7 97/3 97/21    51/13 51/14 52/23
229/12 239/8 239/13 100/16 102/21    57/8 57/11 57/12
250/11 259/11    106/19 110/17    57/12 57/13 57/16
260/13 261/11    113/24 115/12 117/1 57/22 63/2 73/7 86/5
262/19 269/8 269/17 117/18 123/6 124/24 100/7 100/11 101/7
270/12 270/19    125/8 127/6 127/7 104/4 116/23 130/8
270/20 271/11    127/9 127/25 128/15 181/8 209/19 219/8
271/24 272/5 272/6 129/22 130/10    221/24 230/9 230/10
272/7 273/1 274/15 133/13 137/4 144/4 230/11 231/7 231/14
thank [13] 9/8    144/9 146/6 148/18 231/22 232/3 234/1
28/12 34/6 82/8    150/7 151/23 156/6 249/6 249/6 249/6
127/18 169/17 185/5 159/21 161/6 162/14 249/8 249/10 250/16
228/17 266/20    165/1 165/7 167/8 252/20 255/24
267/13 272/19 273/7 168/10 175/4 176/7 257/24 260/10
274/21    176/10 183/22    theirs [2] 209/7
thanks [1] 210/22 184/17 187/19    209/11
that [1382]    195/23 198/11 199/8 them [70] 14/6 20/1
that'll [1] 245/3    205/6 206/11 208/22 20/14 30/24 32/10
that's [114] 12/22 209/17 209/17    33/10 41/8 45/17
209/25 211/7 214/21 45/19 46/4 46/4 46/5

46/5 46/12 47/10    54/14 54/24 58/9

them... [58] 46/12 47/12 50/9 52/10    58/3 60/6 60/20

46/13 46/15 47/4    52/24 63/6 66/23    66/23 67/2 72/23

47/10 47/13 57/10 76/4 78/6 80/3 80/9 74/23 74/24 76/4

64/17 64/18 78/22 83/19 84/4 85/10    82/19 87/18 88/9

84/14 97/9 110/12 87/2 88/3 90/14    88/14 96/2 97/16

115/15 116/24    98/22 106/8 106/14 98/20 99/23 100/14

119/15 130/10    108/21 110/12    112/3 114/13 114/13

145/25 148/17    112/16 113/14    116/5 116/20 122/15

151/21 155/3 155/5 113/15 114/15 115/4 127/25 131/1 131/7

159/24 161/19 172/3 124/11 129/17 136/9 133/21 134/7 135/11

173/6 188/21 189/17 138/7 144/5 148/25 135/18 139/9 142/4

207/9 210/19 215/6 164/14 187/22    144/10 148/4 151/13

215/7 218/24 225/21 196/13 205/18 216/5 155/18 158/14

228/12 230/12    217/6 226/17 229/13 159/22 159/24 162/5

230/13 234/2 234/15 233/24 238/7 241/23 167/5 169/11 172/3

237/8 242/9 243/1 246/24 252/20 257/5 172/14 177/16 179/7

243/20 243/20 245/2 259/23 263/23 264/9 181/17 188/19 190/5

247/17 248/7 249/23 268/24    191/3 195/2 196/13

250/17 257/5 257/9 theory [7] 40/20    206/20 208/2 208/6

260/11 264/24 271/5 41/15 42/9 43/2    209/24 212/20 213/9

271/6 271/19 278/9 88/18 90/19 243/25 214/6 214/9 217/16

278/9    there [136] 10/22    217/16 217/17

themselves [2] 51/2 13/11 14/3 17/17    219/15 219/16 222/3

270/24    18/10 18/18 21/1    222/9 222/14 229/5

then [70] 11/3 13/11 21/8 22/4 22/10    229/10 229/13 231/6

18/10 20/22 20/22 23/15 26/3 26/4 26/7 231/12 231/14

20/25 22/9 25/1    28/20 31/1 31/16    232/15 235/23 237/6

25/15 25/19 30/12 32/1 33/8 34/6 34/12 237/14 238/20

30/14 30/16 30/22 40/2 40/20 41/25    242/12 242/18 243/6

31/10 40/3 42/25    42/7 48/20 52/24    243/10 244/6 244/21

53/21 54/1 54/7 54/9 244/24 245/6 245/9

1 279/20    279/25    243/24 244/8 246/1

there... [13] 250/9 Thereupon [1] 9/9 250/15 251/6 254/6

250/11 250/24    these [86] 10/11    255/23 257/11

254/19 255/6 255/18 11/20 14/20 14/23 they [139] 18/21

256/23 257/19    15/6 19/12 22/12    19/7 19/19 19/19

257/19 259/16 268/9 25/2 25/11 32/21    24/10 30/4 30/4 30/6

269/16 274/5    35/25 47/10 50/3    30/10 30/10 30/19

there'll [1] 91/11    54/11 56/20 56/23 33/13 35/16 35/25

there's [56] 14/12 59/17 62/7 62/8 73/5 43/2 45/15 45/16

17/1 17/6 22/1 24/3 84/17 84/23 85/25 45/17 47/4 47/8

26/3 26/6 30/20 35/8 87/5 97/4 101/1    47/10 53/8 56/11

43/20 48/17 54/19 103/4 116/12 116/21 57/6 57/23 57/23

66/23 70/12 79/25 119/18 120/12 130/7 58/9 58/24 62/13

80/9 87/3 90/25    130/7 133/19 134/24 63/3 64/16 64/17

91/11 91/24 99/22 135/18 141/24    73/1 73/4 73/6 73/7

102/17 113/17    143/13 145/22    73/7 73/8 73/18

118/19 134/22    150/16 153/11    73/20 74/11 74/15

134/23 147/12    162/16 165/17    74/25 75/3 76/15

155/18 156/2 165/13 166/24 169/1 175/11 77/25 78/9 78/9

165/20 172/9 172/12 180/24 183/17    84/14 84/18 85/8

182/10 213/10 217/3 183/18 195/14    89/10 92/21 95/10

217/8 218/18 218/23 202/16 207/2 207/17 98/9 98/11 99/3

220/1 233/18 236/5 208/7 208/10 208/13 99/11 99/18 101/11

243/5 243/22 244/25 208/15 208/21    101/13 105/3 105/14

245/7 245/7 245/10 208/24 209/19    113/6 116/23 122/23

251/8 251/17 256/16 212/14 212/15    125/4 125/5 130/10

257/10 258/13    212/16 213/16    130/11 134/25

262/25 264/6 275/12 214/25 216/2 217/21 140/15 155/1 170/11

there've [2] 60/11 219/1 219/5 220/9 183/15 191/2 191/3

271/17    222/22 230/5 230/16 191/4 195/23 207/9

therein [2] 262/8    231/22 233/7 241/25 207/12 207/19

242/24 243/11    207/23 208/6 208/7

they... [54] 209/9
209/11 215/8 215/8
216/18 216/21
216/22 218/16 221/2
222/6 222/23 224/13
224/13 227/14 230/6
230/10 231/13
231/23 233/21
233/23 237/9 237/13
237/13 242/8 243/4
243/5 244/23 244/23
246/9 246/16 248/15
249/8 249/10 251/9
251/14 252/7 253/7
256/20 257/23 258/7
260/10 260/25
262/12 264/23 266/3
268/11 271/1 271/12
271/20 274/10
274/15 274/17
274/18 278/13
they'll [1] 218/19
they're [28] 19/10
30/18 53/13 57/9
57/11 62/13 79/24
84/19 107/5 151/25
175/7 191/2 209/3
217/11 222/7 222/18
230/7 230/14 231/6
233/22 236/7 242/7

249/24 250/3 250/6 112/25 115/2 115/22
250/6 257/23 263/4
they've [3] 63/5
223/9 264/4
thing [6] 18/22 51/4
57/24 100/3 117/7
270/22
things [16] 10/12
89/9 130/6 134/16
175/11 181/15
210/11 210/21 229/3
241/18 243/2 244/5
247/22 252/20 266/6
266/8
think [120] 10/21
13/15 14/19 14/22
17/3 17/11 18/3 19/3
19/17 22/3 22/9
31/17 33/7 33/8
33/10 33/16 40/18
41/25 42/14 45/22
46/18 47/3 48/13
50/1 50/17 52/24
53/25 54/2 54/7 54/7
54/22 54/23 55/7
57/4 57/19 57/20
58/4 59/12 63/12
76/19 76/22 77/19
78/11 80/25 81/5
87/7 89/7 91/6 95/10
100/11 100/18
107/24 112/17

123/21 128/3 129/21
134/14 136/18
139/12 148/13
148/16 148/17 149/5
153/17 161/13
168/10 172/9 175/15
181/15 188/2 204/5
207/23 210/18
213/12 214/18
217/15 217/17
217/19 218/14
218/23 226/1 226/15
227/23 228/1 230/23
231/7 231/13 232/5
232/14 233/12
233/12 238/4 238/13
241/19 241/23 243/2
244/5 244/21 245/3
246/2 246/20 247/17
249/1 250/23 250/25
253/11 254/21
254/23 255/2 256/23
257/12 259/17
261/20 262/24 264/3
265/10 269/23
thinking [1] 35/7
third [15] 38/22
39/2 49/4 56/1 72/16
90/17 91/13 151/3
151/8 166/21 202/25
235/15 248/11

117/10 115/14        61/16 82/1 105/9

third... [2] 248/14 120/16 130/9 132/3 threats [1] 115/14

272/17            134/13 134/13        three [15] 17/11

third-degree [3]      135/11 135/17        19/5 23/4 25/8 56/2

49/4 90/17 166/21 141/17 153/24        72/2 121/1 144/6

third-party [3]      153/24 156/8 156/23 164/14 164/14

151/3 151/8 272/17 159/9 162/7 164/22 180/12 182/5 229/14

Thirteen [1] 166/21 169/24 171/15 178/7 247/13 249/1

Thirty [1] 103/17    178/25 183/12      three years [2] 23/4

this [409]        183/13 188/19      182/5

those [131] 13/2      188/23 193/17      threshold [1] 258/6

14/5 14/11 16/10    196/13 201/22 205/7 threw [1] 215/14

16/25 18/25 19/1    208/19 215/1 215/16 through [34] 22/6

19/4 19/8 19/9 22/13 215/22 216/4 219/10 22/13 22/15 29/5

24/1 25/13 29/1 29/3 219/11 219/24      30/23 31/8 35/15

31/24 33/5 33/9    221/20 226/7 232/1 36/2 45/18 53/20

35/12 35/13 35/18 232/11 232/20      57/1 59/17 60/23

35/21 42/11 43/11 232/23 236/6 236/19 82/24 93/6 97/6

44/3 46/3 46/6 46/10 236/25 237/15 242/6 120/5 140/8 174/14

48/25 52/21 53/7    244/15 246/25      179/7 190/20 212/14

53/17 55/5 56/23    247/14 247/16      212/18 215/11

61/22 61/23 63/3    248/16 249/16 254/7 217/22 221/19

66/20 72/7 72/8    254/20 255/20      236/11 236/19

73/17 74/2 76/23    256/19 256/24      242/19 245/8 245/9

77/5 80/1 84/13    257/15 259/19      254/13 271/1 277/10

97/12 98/4 98/11    264/23 272/6 274/4 throughout [4]

99/16 101/21 103/13 274/9 274/10 274/12 146/23 174/20 175/8

107/1 108/24 112/3 274/13            242/3

112/5 112/16 113/3 though [6] 33/20    throwing [1] 221/25

114/22 116/17      87/22 100/18 155/19 thus [1] 129/14

116/23 117/6 117/9 180/2 201/18        ties [3] 252/3 252/6

thought [4] 58/15    274/19

267/3 267/14 270/23 284/10

time [42] 18/2 19/16 272/18        topic [1] 210/14

19/25 20/6 20/9    today's [1] 12/20    topics [2] 12/3

20/13 21/10 21/11 TODD [1] 4/15        228/7

21/14 21/14 76/24 todds [1] 4/16    TORCHINSKY [1]

81/4 93/24 95/9    together [2] 30/11 3/3

95/23 103/21 105/13 54/11        total [9] 66/18

106/19 111/4 133/21 told [11] 18/4 20/1 69/12 72/3 72/20

139/4 150/1 153/8 20/14 46/4 47/17    145/24 159/11

161/4 191/4 191/7 57/5 106/17 114/4 163/22 174/18

200/23 204/15        114/16 116/12        255/25

205/15 207/20        125/23        touch [2] 218/11

207/24 210/11    tolled [2] 233/16    266/3

222/25 232/9 234/2 234/7        touched [1] 243/9

240/4 261/12 267/17 tons [2] 134/22    towards [1] 245/4

268/25 273/8 278/11 134/23        track [7] 21/20

279/20        too [3] 130/8 233/14 52/15 53/8 53/12

timely [1] 234/7    247/24        134/24 203/18

times [5] 57/4 226/6 took [8] 22/3 81/19 243/19

234/16 249/13 261/2 86/14 132/1 139/22 tracked [2] 204/2

title [1] 22/23    210/6 265/20 273/17 205/7

today [31] 12/7    tool [1] 50/1    tracking [2] 17/14

12/12 12/13 13/1    tools [2] 50/2    52/9

35/14 53/21 58/18 117/13        trained [1] 208/8

101/21 179/5 181/14 top [24] 11/9 16/8 training [2] 242/6

214/10 219/11 221/1 36/1 54/2 54/24    243/6

229/4 231/5 232/19 59/25 64/11 67/21 transcribed [1]

233/14 236/24    76/23 108/11 119/6 113/24

244/13 247/14 249/4 119/15 135/21 141/3 transcribes [1]

253/20 254/9 255/6 150/12 150/25 158/1 275/13

256/7 258/1 263/20 178/15 181/12 185/3 transcript [7] 277/9

233/9 241/2 251/23 277/10 278/9 278/11

trying [16] 18/20   183/24 195/2 196/13

transcript... [3]   24/21 43/8 49/16      205/7 207/9 221/23

278/12 279/2 279/19 108/18 109/6 171/23 227/19 227/20

transcripts [3]   219/4 232/5 238/14 229/14 242/21

22/11 22/11 77/5   247/22 254/12      247/13 249/1 261/1

transient [1] 251/6 254/23 255/2 261/21 273/14 273/21

traveled [1] 122/23 268/8            273/22

treatment [2]      turn [10] 46/14 83/1 two-and-a-half-odd

190/23 191/3      83/19 84/22 130/15 [1] 242/21

trends [1] 14/9      210/19 228/5 241/8 type [4] 56/23 117/6

trial [5] 190/19      249/8 255/9      169/11 230/2

191/5 202/6 230/8 turned [15] 76/10 typical [2] 65/3

233/19         76/15 106/9 113/23 248/2

tried [1] 172/2      125/18 164/4 164/10 typically [11] 29/24

triggering [1] 49/19 169/7 176/4 192/19 30/11 30/19 53/23

trouble [4] 13/5      264/24 270/18      62/19 87/18 116/14

18/24 48/11 228/2 270/20 271/12         190/4 190/25 230/6

true [4] 96/10      271/18         260/19

277/10 279/20      turning [8] 131/8 U

279/21         151/25 164/18

165/17  165/25 170/3 U.S [3] 26/15 246/8

truly [1] 278/15                  264/12

Trump [1] 238/7      242/24  262/14

turns  [3] 203/13      uh [9] 95/5 100/10

trust [1] 26/19                  127/19 136/3 186/19

truth [5] 9/5 9/6 9/6  203/13  226/17

twice  [2] 203/22      189/23 195/22 207/5

112/12 144/14                  209/2

truthful [1] 162/15    204/3

two  [31]  17/11 23/4  Uh-huh [8] 95/5

try [12] 10/20 14/14                  100/10 136/3 186/19

31/13 117/9 117/10    40/21  42/8 48/25

78/22  85/18 85/23      189/23 195/22 207/5

128/1 139/20 213/17                  209/2

214/7 227/6 230/13    121/1  135/12 135/14

133/13   143/14    un-on [1] 127/19

234/14                          ultimately [12]

183/21 184/22

U    145/25 144/1 146/11 unfolds [1] 52/22

ultimately... [12]   146/15 159/12 162/7 unfortunately [2]

93/13 93/14 93/14 162/8 162/10 170/16 45/3 157/16

94/13 98/6 109/24 189/14 194/23 217/2 uniform [2] 172/25

131/20 153/9 192/21 220/9 234/5 244/22 218/21

212/4 230/11 244/1 246/17 253/20    UNITED [2] 1/1

unable [3] 19/21    253/23 254/8 254/21 267/9

94/17 242/23    257/21 258/7 265/4 University [2] 58/7

uncovered [1] 222/4 279/19    105/9

under [92] 27/23    underlying [1]    unknowingly [3]

28/21 31/19 32/3    239/6    261/24 261/25

32/8 32/17 35/3 37/2 underneath [1]    261/25

39/21 40/15 41/7    140/9    unless [3] 205/16

41/21 42/4 42/7    undersigned [1]    238/3 263/8

42/10 42/10 42/19 276/5    unlike [1] 273/22

42/22 43/13 43/23 understand [19]    unpaid [2] 257/17

44/3 44/5 44/5 45/1 10/16 11/4 11/5 12/6 258/2

46/13 46/19 46/21 12/14 28/5 28/6 32/7 unqualified [1]

48/9 48/16 48/16    43/19 49/16 66/14 31/25

49/7 49/11 49/20    109/6 192/19 215/3 unredacted [1]

49/22 50/15 54/19 225/17 241/15    140/13

55/5 56/2 59/6 59/22 245/20 250/14    unregistered [3]

60/2 60/17 60/18    253/17    252/19 260/9 263/5

60/19 60/19 63/2    understanding [14] unsuccessful [1]

66/16 66/24 68/1    14/25 20/16 37/13 264/5

68/2 68/7 70/24    91/1 119/9 160/21 up [60] 15/23 29/13

79/22 80/11 87/10 216/1 220/13 222/1 31/21 34/24 35/9

88/1 88/4 88/9 88/18 224/18 239/16    36/3 40/24 47/6

92/18 93/15 107/5 240/10 258/6 264/25 57/15 58/1 58/1

112/1 112/2 113/5 understood [4]    63/10 65/10 67/23

122/1 142/5 142/5 10/18 34/9 240/9    78/12 80/3 82/19

268/15    93/19 96/14 105/13

U    109/4 109/20 110/2 UTTMEIER [1]

up... [40] 108/13    121/24 132/19        3/13

112/22 116/16    132/25 138/1 143/25 utilize [6] 40/19

116/21 117/7 122/14 152/12 152/12        42/9 45/19 50/6 50/8

123/25 126/1 126/5 156/19 157/11        243/25

126/18 127/25    160/14 166/15    utilized [3] 54/16

131/19 133/21    170/15 177/10    54/22 219/3

135/17 137/3 161/19 177/11 182/2 184/19 V

162/9 179/5 185/2 184/22 185/21    vacuum [1] 227/2

186/6 196/17 210/12 185/25 190/6 194/22

        196/9 196/22 200/12 Vaguely [1] 267/17

210/17 210/20 225/9    valid [8] 159/13

228/9 229/21 229/25 205/11 211/13

        223/22 226/4 226/4 164/1 169/24 188/13

231/8 232/9 233/4    193/11 215/21

236/15 239/22 243/4 245/21 268/12

        used [24] 36/22    221/12 223/24

243/7 243/17 249/12    validated [33] 73/1

253/8 257/24 269/23 37/16 39/6 40/6 42/5

        44/16 48/18 50/17    75/9 75/15 76/6

upfront [1] 245/11    76/10 76/16 77/8

upon [1] 123/2    54/2 54/25 59/19

        69/1 112/16 132/3    77/14 77/18 78/10

ups [1] 228/13    78/13 78/15 78/18

us [14] 18/4 32/2    157/18 167/14

        178/23 180/21    79/8 99/4 99/18

43/19 49/1 57/5    100/19 101/18 138/9

76/14 116/16 134/16 180/23 182/15

        182/18 188/20    138/19 215/5 215/7

135/3 153/19 172/19    215/17 216/10

214/10 226/3 245/4 197/18 201/9

        uses [1] 53/23    216/21 219/16

use [55] 26/4 26/6    220/11 220/16 221/1

36/6 36/13 37/6    using [7] 40/16

        50/12 85/19 85/24    221/4 221/7 221/11

41/10 42/3 42/16                221/16

49/10 50/9 51/13    108/18   108/21

            108/25            validity [1] 106/10

54/9 60/4 67/15 68/1            Vallejo [2] 207/9

70/16 75/25 79/21   usually  [5]  77/20

            97/3  140/24   229/14   208/20

90/5 106/23 107/10            valuable [1] 135/4

            262/4

v   Vincent [1] 141/14 39/3 63/14 64/4

van [1] 116/1        violate [2] 259/25      64/16 65/4 78/23

Vanderlaan [1]      260/12              78/25 84/23 85/11

5/21             violated [2] 43/9      86/4 98/3 104/4

various [3] 175/8      153/5              114/20 151/3 151/8

186/12 194/22      violation [21] 27/15 174/19 175/25

verified [1] 73/5      27/18 27/19 28/2      176/19 176/20

verify [1] 209/14      38/18 39/9 41/8      193/12 193/13

version [8] 38/16      46/19 48/3 50/23      193/13 215/5 219/21

38/17 55/15 60/20 51/10 59/7 62/9 67/3 220/5 223/25 226/16

126/17 140/14      67/20 120/8 262/11 227/18 267/23

257/21 259/2      262/23 267/19 268/1 voter 2 [1] 84/23

versus [3] 41/8      268/15          voter 3 [1] 85/11

43/13 75/15      violations [13] 28/4 voter's [1] 175/22

very [17] 115/13      28/10 35/4 48/14      voters [19] 57/6

129/23 164/18      51/12 59/20 75/25 58/10 72/25 84/5

171/25 175/3 183/19 77/14 120/22 227/24 84/23 85/25 86/1

197/16 209/3 209/4 241/12 266/1 268/10 87/25 98/3 114/22

216/4 217/11 219/25 VOGEL [1] 3/3      131/4 143/14 174/23

220/15 222/19      volume [3] 215/23 216/20 218/12

239/11 257/22      216/6 216/24      218/20 219/8 257/11

278/15          volunteer [7] 28/10 267/6

via [2] 1/17 2/1      257/17 257/19 258/3 voters' [2] 41/23

victim's [1] 40/6      258/5 258/6 272/16 103/10

victims [8] 48/21      volunteers [2] 260/9 vs [2] 278/4 279/3

72/19 73/12 73/23 272/4              W

74/11 74/24 97/15   VOLUSIA     [2]  5/8

5/9          Wait [1] 112/6

97/17                waive [4] 18/1

video [1] 10/22      volusia.org [1] 5/12

voter [37]  15/22      278/8 278/13 278/13

view [2] 224/15              waived [3] 17/3

227/15          32/1 45/12 45/16

45/16 46/6 51/1 59/2 17/20 21/4

W... warrants [16] 177/12 208/8 209/19 217/13

WAKULLA [1]    17/14 52/23 52/25 217/25 219/9 243/15

5/15    140/14 140/24    243/17 245/4 253/13

walk [1] 236/14    172/13 172/14    254/4 257/24 270/22

walk-in [1] 236/14 231/18 231/22    ways [1] 57/19

WALTON [1] 5/15 232/13 232/18    we [279] 9/18 10/14

want [24] 13/8 17/8 232/20 233/8 234/7 10/22 10/23 14/25

18/23 24/4 31/15    234/14    15/17 15/17 15/18

39/11 57/7 57/20    was [430]    16/22 16/22 18/4

58/14 80/25 81/2    Washington [1]    19/4 21/19 21/20

81/11 116/2 138/25 2/14    24/2 24/2 24/12 26/5

139/2 139/8 146/20 wasn't [17] 21/10    29/24 29/25 30/23

215/11 229/3 233/22 67/6 88/14 89/2    31/9 31/9 31/10

233/24 237/8 265/15 107/13 111/20    31/13 31/15 32/12

274/9    133/18 136/5 170/24 32/16 32/22 32/23

wanted [7] 14/24    186/14 193/2 219/16 33/2 33/7 34/24

82/25 98/8 115/12 219/16 246/4 246/4 35/16 39/8 39/22

136/8 243/14 265/10 249/9 249/9    39/25 42/15 42/18

wants [3] 139/1    WATER [3] 2/12    42/18 42/19 50/6

172/22 230/16    228/25 231/3    50/9 51/19 52/4 52/8

warrant [31] 7/4    Water's [2] 259/15 53/3 54/6 54/22

7/4 7/22 17/18 21/1 259/23    54/24 54/25 56/11

76/3 82/22 92/15    Watts [3] 6/24    56/18 61/8 64/9

107/22 109/2 122/9 121/12 121/19    65/11 65/17 66/3

140/2 141/3 144/23 way [30] 37/20    68/9 70/12 71/22

144/24 146/18    50/17 59/10 69/1    75/6 76/2 76/24

158/11 163/1 172/4 71/1 97/4 108/10    76/25 78/6 78/11

172/10 179/16 184/6 116/11 132/23    78/19 79/5 80/3

187/5 198/2 202/18 135/11 136/21    80/15 80/19 81/3

204/23 212/9 232/7 140/19 140/24    81/12 82/6 82/18

232/25 233/1 234/2 154/22 169/11    82/19 82/19 82/24

174/25 184/17 208/1 83/9 84/22 84/22

w... 186/7 187/22 188/2 255/9 255/17 255/23

we... [197] 85/6     188/10 191/12     256/11 260/9 260/19

85/11 86/8 87/2 87/3 196/18 198/14     260/21 261/7 261/14

88/3 89/25 90/4 90/9 199/19 201/14 202/5 262/2 265/8 265/11

90/21 91/13 92/14 202/5 204/11 205/18 266/6 266/6 269/11

93/8 93/12 93/21     208/14 209/15     270/1 270/2 270/23

94/5 94/7 94/13     209/19 209/25 211/5 271/17 271/22

94/17 96/11 96/20 212/7 212/8 213/4 272/14 272/15

97/4 97/7 99/2     213/5 213/9 214/11 273/12 273/13

100/15 101/1 101/19 216/6 216/13 217/2 273/15 275/10

103/3 110/8 111/2 217/25 218/4 218/10 275/12 275/13

111/10 115/13 116/3 219/10 220/25 221/3 we'd [1] 210/18

116/14 116/15     221/10 221/10     we'll [8] 11/19

116/18 117/7 117/21 221/18 222/10 223/2 40/24 46/20 119/21

119/2 120/15 120/18 224/22 224/24 226/8 139/20 180/9 220/22

122/24 128/3 128/8 227/4 227/6 227/7 234/21

129/9 131/12 131/18 227/8 228/5 233/2 we're [33] 10/21

132/10 134/20 135/3 233/6 233/21 233/25 12/25 30/24 32/23

135/17 136/5 136/25 234/14 234/15     33/24 34/5 37/5

137/8 137/11 137/16 234/16 234/18     42/12 51/10 75/19

138/21 139/10     236/12 236/12     77/22 77/22 93/20

142/10 147/7 147/12 236/13 236/23     99/13 99/13 110/23

147/19 148/7 148/13 236/24 236/24     113/25 128/7 128/7

153/2 154/1 155/14 237/19 240/9 240/15 134/20 136/11

160/6 160/24 161/17 241/8 241/23 243/9 137/17 146/19

162/5 165/13 166/5 243/24 244/25     169/14 185/3 206/23

166/13 167/16     246/22 247/14     214/8 219/4 221/25

167/19 167/25 168/1 247/15 247/16 248/5 222/14 239/19 247/7

171/16 172/17     248/8 248/16 249/3 266/5

175/14 179/4 180/4 249/21 252/16     we've [51] 14/7

181/8 181/13 185/7 254/23 254/24     17/13 24/17 39/8

254/24 255/3 255/4 45/14 52/21 53/20

w    32/21  33/11 36/4   266/7

we've... [44] 53/21    39/20 40/1 49/15    were [210] 13/14
54/22 56/18 58/2    50/20 52/5 72/24    15/8 18/18 18/25
59/17 60/12 76/13    75/18 77/2 78/19    21/20 22/10 27/2
81/9 88/24 101/20    80/4 81/9 81/15 82/8    35/16 35/18 35/25
119/13 127/15    82/18 84/11 85/7    39/22 40/21 41/14
129/14 130/6 135/20    85/14 94/3 94/13    42/7 42/21 43/7
138/20 138/24    108/25 109/9 109/25    47/11 47/11 48/24
139/14 153/17    117/22 117/23    50/12 50/19 52/1
154/25 157/13    120/17 121/18    52/4 52/12 52/14
205/15 209/18    122/16 123/20    52/23 53/7 55/5 62/7
212/18 213/5 213/10    123/20 132/23    62/13 62/18 71/22
218/16 219/3 231/5    139/20 140/8 142/6    72/8 72/13 72/21
237/1 237/3 243/8    147/6 148/13 148/15    73/18 73/23 74/18
244/12 244/13 246/2    155/5 160/25 164/11    76/6 77/8 78/20 79/2
254/2 254/13 254/14    168/21 172/1 172/25    81/21 82/19 83/17
254/15 258/18    177/17 182/10    83/24 85/9 87/22
263/19 269/13    183/12 190/6 198/15    87/23 87/24 88/9
269/24 272/12    208/2 210/4 210/15    89/25 92/21 96/21
website [3] 46/7    212/7 212/16 213/19    96/24 96/25 97/8
180/22 243/19    216/9 216/23 218/15    98/4 98/4 98/6 98/20
weeds [1] 247/25    223/9 227/11 228/3    98/22 99/17 99/21
week [2] 24/3 249/5    232/25 240/15 243/9    99/23 101/13 102/8
weeks [1] 123/13    244/18 253/12    103/4 103/5 103/10
weigh [2] 96/9    258/14    103/13 103/14
252/8    went [19] 19/19    103/16 105/3 105/13
weighing [1] 210/1    45/17 73/4 84/5    105/14 106/4 108/2
well [79] 9/20 10/8    87/15 104/8 104/21    108/3 108/19 108/24
11/21 12/21 15/15    106/8 113/2 113/5    109/2 109/24 111/10
16/19 19/5 19/15    142/11 146/22    117/25 118/4 120/18
24/6 25/15 29/15    170/11 179/24 209/5    123/8 125/4 125/6
212/14 221/18 249/8    125/18 128/8 131/1

W... 213/23 214/9 214/16 229/22

were... [117] 132/24 214/20 216/5 216/10 what [169] 9/23

133/3 134/7 135/12 216/13 216/14        12/20 12/25 13/17

136/1 137/1 137/21 219/11 219/19        15/20 19/13 20/8

137/21 138/19        220/11 221/7 221/12 21/9 21/16 22/23

141/17 141/24 142/4 221/20 222/10        25/21 26/12 26/14

143/24 145/13        222/23 223/2 223/3 28/13 28/15 30/24

145/13 145/18        227/4 231/13 231/23 35/12 39/11 43/22

145/23 145/25 155/2 237/13 237/19        45/5 45/20 45/20

155/3 156/8 159/13 237/21 243/17        46/12 46/18 47/17

159/15 159/22        247/20 251/12        49/16 53/11 54/23

159/23 159/24        254/19 255/3 257/7 55/13 57/4 57/5 58/1

161/13 161/17        257/8 259/13 260/23 58/14 58/17 58/20

163/15 163/23        262/12 266/4 267/14 61/3 62/18 62/19

163/24 163/25 164/1 267/18 269/16        64/21 65/6 65/22

164/4 169/7 169/22 271/20 274/4 274/6 66/4 66/7 66/14

169/24 169/24        274/18 274/22        66/21 66/25 68/4

177/16 178/7 183/5 274/22 274/24        68/21 69/7 69/8 70/2

183/8 183/9 183/12 weren't [4] 52/15    70/8 71/6 71/7 76/17

183/13 183/14        99/18 212/16 257/23 79/4 79/15 82/13

183/22 186/16        WERMUTH [10]        83/15 83/21 86/7

188/13 188/13        2/3 2/5 6/4 9/17    87/7 87/15 92/1 96/7

188/19 189/16 190/1 135/24 169/11        96/23 97/14 97/21

190/5 193/6 193/10 243/22 245/6 247/15 101/7 101/7 101/24

207/23 208/5 208/7 273/24        103/18 104/1 105/7

208/8 208/13 209/7 West [6] 1/18 9/25 106/19 107/21

209/10 209/11        23/1 46/1 150/17   108/12 108/19

209/12 209/15        229/22        108/24 109/8 109/10

210/11 212/15        West Palm [1]        110/22 112/9 112/12

212/19 212/20        150/17        113/18 114/4 115/2

212/22 212/24        West Palm Beach    115/12 116/1 116/12

[4] 9/25 23/1 46/1 121/9 124/24 125/8

W...   what's [6] 91/3    23/10 29/1   29/5

what... [76] 127/9 121/9 165/9 194/6 29/12 30/13 31/2

127/14 127/15    232/23 258/5    31/7 31/17 31/22

127/20 130/2 130/18 whatever [5] 26/2 32/10 32/22 33/17

130/19 133/7 134/6 31/10 57/13 216/18 38/10 38/11 38/18

134/6 140/7 140/13 237/8          38/19 45/7 45/10

144/4 148/7 157/5 when [63] 30/19     45/14 47/3 48/18

160/24 165/16     33/6 50/2 50/24    48/23 51/21 51/21

170/25 177/20     52/23 57/6 58/20    54/9 54/14 56/4

190/25 195/13     58/21 63/21 82/19 56/21 60/12 62/13

197/25 201/12     82/19 89/10 98/18 62/18 68/25 72/10

201/25 202/5 204/11 101/8 101/11 106/8 74/17 76/10 77/22

206/11 206/22 208/4 112/1 113/3 113/5 80/18 83/17 84/11

208/22 208/25     114/20 115/4 115/7 88/18 100/18 103/17

209/13 210/1 217/15 116/14 131/18     108/6 109/1 110/24

217/17 220/13 222/4 134/18 135/5 137/1 116/18 123/6 125/4

223/19 225/4 233/22 165/24 169/14 175/4 126/2 135/20 136/14

234/17 235/4 236/23 190/25 207/22    142/17 142/18

239/9 240/10 240/10 209/25 222/8 228/4 153/19 155/20

240/24 241/15     230/6 230/16 232/9 162/14 164/17

242/20 244/1 244/13 237/16 237/20 242/7 170/25 178/4 178/5

245/13 245/13     242/8 243/4 245/9 189/16 190/1 191/2

245/15 246/21     245/10 247/2 247/9 191/4 192/24 198/16

249/15 249/22     248/21 249/4 250/17 204/1 205/6 216/3

249/23 250/14     250/18 251/13 252/1 219/11 219/15

251/23 254/13 255/2 252/1 252/8 253/9 223/20 231/6 231/13

255/17 256/6 256/19 257/1 260/25 271/20 235/16 245/1 245/2

256/21 257/6 260/19 272/10 273/13    249/7 249/10 251/5

262/12 263/17 264/2 273/24 274/4    252/7 252/18 254/2

265/10 268/6 268/8 whenever [1] 67/22 254/2 254/24 254/24

269/22 274/9     where [91] 16/5    265/12

17/4 21/4 25/13    whereas [2] 100/13

W... 262/10          212/24 213/16

whereas... [1] 219/6 while [9] 46/9 51/15 214/20 215/5 221/23

whether [33] 15/19 77/22 139/14 191/3 223/25 224/16

16/17 20/17 28/23 205/16 223/23 237/6 225/16 229/6 229/14

41/6 62/25 73/7     238/7          230/5 231/19 231/22

73/17 74/11 77/12 who [106] 10/3 13/2 238/6 241/21 242/9

78/16 84/14 116/20 14/4 14/11 14/23     242/24 244/8 246/8

117/11 117/12 129/1 16/25 17/2 17/7     247/10 249/3 250/11

171/7 179/2 179/7 17/13 17/18 24/1     250/15 251/21

181/1 181/10 191/9 24/14 25/11 30/15 253/12 255/3 255/22

197/17 201/8 222/23 30/21 32/14 33/9     259/9 262/11 267/24

232/8 236/7 239/16 38/19 43/4 43/9     271/24 272/6 272/24

239/23 240/6 248/4 44/22 47/6 48/24     273/1

250/8 260/25     48/25 50/25 52/12 who's [8] 35/8

which [53] 9/19     52/14 52/22 53/1     58/21 89/25 112/17

19/3 32/5 35/3 41/9 55/20 55/23 61/11 162/17 213/19 247/3

43/22 45/4 48/1 48/8 72/25 72/25 76/13 263/5

50/12 58/23 60/3     78/3 85/7 87/24     who've [1] 249/2

62/20 65/4 72/17     96/16 105/13 105/24 whole [4] 9/6

76/6 77/4 82/6 82/21 107/25 111/21     120/15 208/12

87/16 89/23 92/23 112/21 129/24     216/19

92/23 103/7 107/9 136/14 143/10     whom [3] 47/11

111/24 122/8 126/22 145/13 151/4 151/20 124/7 199/1

142/13 143/24 145/5 159/4 163/15 167/7 whose [4] 216/10

147/8 148/16 167/18 168/7 169/7 172/13 220/10 220/11

167/18 170/3 175/17 172/21 174/13     253/19

192/13 194/4 194/24 174/22 174/25     why [22] 19/9 32/18

196/19 200/3 200/23 180/13 189/20     57/23 67/6 77/4 87/9

211/23 214/16 226/4 193/14 198/19     107/16 134/1 147/23

239/25 243/6 243/6 198/25 199/24 201/5 147/23 165/20

248/20 251/4 251/25 207/7 208/8 209/6 177/22 177/22

212/19 212/19     186/22 201/24

W ... 37/11 167/10    146/5 261/17

why... [7] 206/12    window [2] 269/7 work [18] 10/4
206/12 207/25        271/20        10/12 15/25 25/11
239/10 270/5 272/20 windows [1] 89/11 25/17 28/11 29/25
273/5            WINSTON [1] 2/18 30/23 32/2 33/1
wide [1] 14/23    winston.com [2]    81/13 112/20 186/20
will [32] 9/5 12/14 2/21 2/22        215/11 230/5 238/11
25/16 30/8 30/15    wish [1] 278/13    242/9 254/12
30/21 31/13 41/20 wishes [1] 278/13 workable [1] 218/7
41/21 91/1 91/1    withdrawing [1]    worked [17] 23/5
130/10 130/11        90/10        25/22 26/14 26/18
173/23 191/8 205/17 withheld [3] 152/16 26/24 113/5 134/5
215/12 223/24 224/2 197/9 212/1        136/15 142/21
225/10 230/6 232/8 within [9] 14/4    153/20 230/21
241/11 241/19 251/9 25/10 48/17 53/13 243/15 247/16 253/5
252/19 257/22        229/10 233/11    254/19 264/11
258/19 261/8 261/21 255/19 270/18        264/20
263/10 275/12        278/11        workflow [1] 29/16
willful [1] 262/22 without [6] 12/18 working [21] 26/13
willfully [6] 42/5    36/14 36/25 48/7    26/23 30/19 48/24
146/10 244/3 261/16 51/5 179/5        54/10 74/9 100/4
261/18 262/5        witness [13] 1/16    105/14 124/8 126/12
WILLIAM [2] 2/16 6/2 18/14 52/18        127/8 129/11 134/8
278/2            213/1 239/19 263/1 134/10 134/11
william.stafford [2] 266/13 276/6 278/8 143/11 165/17
3/17 278/2        278/11 278/12    204/16 217/11
Williams [8] 7/13    279/22        242/21 264/15
7/14 7/15 183/6    WOLK [1] 3/5    works [5] 32/7
184/6 184/8 184/15 Women [1] 267/6    65/19 153/22 207/11
185/15        wondering [1]    265/18
willing [3] 57/9    171/7        would [155] 9/2
            word [3] 94/12    10/17 15/3 28/14

W ... 217/19 217/21 218/1 230/4

would... [151] 28/15 218/2 225/8 225/15 wrote [1] 95/10

28/19 30/2 31/11     226/1 226/21 227/3 Y

32/12 32/16 32/21 227/17 228/7 232/17 yeah [44] 62/15

33/13 39/10 42/1     232/20 232/25 233/3

                233/11 233/23 234/4 65/17 69/2 70/12

42/4 42/22 43/2 43/6                73/14 74/10 74/20

43/22 44/25 45/7     234/5 234/11 237/7

                237/9 237/11 238/4 74/23 76/8 80/16

45/25 46/2 46/4 46/5                81/24 85/10 95/9

46/8 46/12 46/13     239/9 239/23 239/24

                241/4 241/16 242/13 95/10 95/12 99/16

46/18 46/25 47/3                103/19 103/23

47/8 47/12 49/3 51/9 243/14 252/11

                252/14 253/19 254/8 123/10 124/11

53/17 56/6 56/16                130/18 133/21 139/2

57/20 58/9 58/24     254/21 257/3 257/10

                259/15 259/25     142/4 142/7 159/22

59/7 59/12 69/14                165/20 167/19

69/17 72/25 72/25     260/11 260/16

                260/19 262/6 262/21 168/25 171/4 172/7

75/23 77/20 77/21                177/22 189/14 190/6

78/23 82/6 90/18     267/19 267/25 268/6

                268/10 268/15     204/4 204/13 209/16

91/10 92/4 92/6 92/9                219/10 226/12

100/18 104/3 104/4 270/11 271/6 271/13

                272/24 273/6 274/12 226/20 227/1 228/17

106/3 112/2 112/3                247/9 265/15

113/6 114/17 114/21 274/13 274/13

                274/17 274/17     year [9] 34/23 69/19

117/6 117/7 135/11                90/16 91/19 197/4

148/25 151/14     274/23 275/2 275/13

                wouldn't [7] 32/18 233/11 234/16 239/7

154/20 160/24                241/6

161/22 162/2 162/7     38/13 75/13 114/11

167/12  172/1  227/14  years [29]  13/21

162/15 166/23                        23/4 23/8 25/5 26/14

178/16 185/8 186/24  write [2] 257/24

            279/2              26/25 69/13 69/14

190/2 197/20 200/16             90/19 100/5 110/15

201/11 204/4 204/14  writing [1]  267/25

            written [3]  162/12    118/11 138/5 153/10

205/14 207/25                 156/24 157/8 160/18

208/12 210/18 217/7  194/6  230/1

            wrong [2] 183/15      165/17 166/19

252/23 254/9 256/8 93/17 94/12 97/11

years... [10] 178/10 257/16 258/2 261/24 98/8 99/24 100/18
182/5 196/22 197/1 263/1 263/8 267/4 101/5 101/16 102/9
211/16 211/20    267/8 268/24 271/7 102/21 107/24 108/7
213/12 222/17 238/5 271/8             109/15 110/9 110/19
242/21           you've [18] 10/8    113/19 113/20
Yenay [5] 7/7 7/7   26/12 26/21 29/7    114/12 116/9 117/13
154/10 156/15 157/9 37/2 51/12 54/2 54/7 119/9 119/18 122/5
yes [599]         59/18 59/19 60/16 123/2 133/24 134/1
yet [5] 33/24 43/6   61/15 117/17 134/6 135/8 137/5 137/9
87/19 233/5 258/19 171/7 209/22 253/5 137/12 138/17 139/9
yield [1] 237/22     254/6             141/2 146/5 147/23
York [1] 2/19     your [189] 9/2 9/21 147/23 149/2 149/17
you [930]         9/23 10/3 11/1 11/19 150/20 152/24 153/1
you'd [7] 43/7 50/19 12/12 12/13 12/19 153/15 154/18
80/20 81/5 143/17 13/22 15/12 15/25 157/24 161/10
178/24 226/22     16/16 16/17 21/21 161/14 161/24
you're [54] 9/5 12/7 21/23 21/24 22/16 167/13 167/23
16/10 16/11 19/3    22/22 22/23 23/9    171/10 171/12 174/6
32/7 32/9 33/17 34/1 23/10 23/15 23/24 177/23 178/14
34/1 34/2 43/19    24/9 25/23 26/12    178/16 179/2 180/19
47/22 48/15 49/16 27/22 29/7 29/16     181/4 181/10 182/8
74/16 82/12 83/15 29/17 29/21 31/4     185/6 186/14 186/22
108/18 109/7 113/19 31/4 33/18 39/5     189/17 190/2 192/3
136/13 144/11 149/2 39/12 40/2 44/16    192/14 194/9 195/10
149/3 157/23 161/21 48/8 54/2 60/1 60/17 195/11 195/13
174/3 202/8 208/18 60/17 61/4 61/5      197/12 198/1 201/6
213/4 216/2 217/15 63/22 63/24 65/13 202/22 204/9 204/25
217/17 226/8 226/9 70/5 71/3 71/7 71/18 206/12 206/12 207/2
246/14 247/2 247/9 75/4 77/16 79/16     212/4 212/5 212/8
249/23 250/14     82/20 85/7 87/9    212/11 212/17
              88/18 92/17 92/24 212/20 212/21

your... [40] 212/23 166/23 200/16

213/21 213/24    ZIP [1] 10/2

214/15 214/20    Zoom [4] 1/17 2/1

214/21 214/25    9/1 40/22

215/12 215/22

216/23 220/18 221/5

221/19 221/21

221/21 222/20 223/1

224/19 226/23

227/17 229/16

229/20 230/19 235/8

235/10 236/20

237/24 238/16

240/10 241/10

241/16 242/14

245/17 258/6 259/20

264/25 273/8 274/1

274/12 278/8

yours [2] 139/16

278/15

yourself [3] 70/6

112/22 259/20

Z

Zachary [3] 7/11

7/11 173/15

ZEHNDER [1] 2/3

zero [4] 160/21

160/24 166/23

200/16

zero months [4]