10:03:13          IN THE UNITED STATES DISTRICT COURT

10:03:13          FOR THE NORTHERN DISTRICT OF FLORIDA

10:03:13          TALLAHASSEE DIVISION

10:03:13          CASE NO. 4:25-cv-211-MW-MAF

10:03:13

10:03:13   FLORIDA DECIDES HEALTHCARE,

10:03:13   INC., et al,

10:03:13

10:03:13          Plaintiffs,

10:03:13

10:03:13   CORD BYRD, in his official

10:03:13   capacity as Secretary of

10:03:13   State of Florida, et al.,

10:03:13

10:03:13          Defendants.

10:03:13   _____

10:03:13

REMOTE 30(b)(6) DEPOSITION OF

OFFICE OF THE SECRETARY OF STATE OF FLORIDA

(Maria Isabel Matthews)

Thursday, December 18, 2025

10:00 a.m. -   5:06 p.m.

LOCATION:

HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500

Tallahassee, FL    32301

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ

RPR, CM, CRR, CRC, CCR-GA

1    APPEARANCES: (Appearing In Person and via Zoom.)

2    KING BLACKWELL ZEHNDER & WERMUTH

3    25 E. Pine Street

Orlando, FL 32802

4    407.422.2472

BY: QUINN RITTER, ESQUIRE

5    qritter@kbzwlaw.com

6    SOUTHERN POVERTY LAW CENTER

7    PO Box 10788

Tallahassee, FL 32302-2788

8    850.408.4840

BY: MATLETHA BENNETTE (in person)

9    matletha.bennette@splcenter.org

BY: AVNER SHAPIRO, ESQUIRE

10    avner.shapiro@splcenter.org

BY: KRISTA DOLAN, ESQUIRE (in person)

11    krista.dolan@splcenter.org

12    ON BEHALF OF THE PLAINTIFF FLORIDA RIGHTS TO

13    CLEAN WATER:

14    CAMPAIGN LEGAL CENTER

1101 14th St. NW, Suite 400

15    Washington, DC 20005

918.576.4318

16    BY: ELLEN BOETTCHER, ESQUIRE

eboettcher@campaignlegalcenter.org

17    BY: MEL NEAL, ESQUIRE

mneal@campaignlegalcenter.org

18    ON BEHALF OF PLAINTIFF LEAGUE:

19    WINSTON & STRAWN LLP

20
200 Park Ave.

New York, New York 10166

21
212.294.2656

BY: SAMANTHA OSAKI, ESQUIRE

22
sosaki@winston.com

BY: TYLER MATHEW DATO, ESQUIRE

23
tdato@winston.com

24

25

1    APPEARANCES: (Continued.)

2    ON BEHALF OF THE DEFENDANT FLORIDA DEPARTMENT OF

STATE:

3    HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

4    119 South Monroe Street, #500

Tallahassee, FL 32301

5    850.508.7775

BY: MOHAMMAD O. JAZIL, ESQUIRE (in person)

6    mjazil@holtzmanvogel.com

7    FLORIDA DEPARTMENT OF STATE

8    500 S. Bronough Street

Tallahassee, FL 23999

9    850.245.6511

BY: ASHLEY DAVIS, ESQUIRE (in person)

10    bilal.faruqui@dos.fl.gov

11    ON BEHALF OF ATTORNEY GENERAL UTHMEIER:

12    OFFICE OF THE ATTORNEY GENERAL

13    PL-01, The Capitol

Tallahassee, Florida 32399

14    850.414.3785

BY: MARYSSA HARDY, ESQUIRE

15    maryssa.hardy@myfloridalegal.com

16    ON BEHALF OF REPUBLICAN PARTY OF FLORIDA:

17    SHUTTS AND BOWEN

215 S. Monroe Street, #800

18    Tallahassee, FL 32301

850.241.1717

19    BY: KASSANDRA REARDON, ESQUIRE

kreardon@shutts.com

20

21

22

23

24

25

1    APPEARANCES: (Continued.)

2    ON BEHALF OF THE SUPERVISORS OF ELECTION OF CLAY,

3    MARTIN, OSCEOLA, PALM BEACH, POLK, ST. LUCIE

COUNTIES:

4    GARDNER BIST BOWDEN DEE LAVIA WRIGHT PERRY &

5    HARPER

1300 Thomaswood Drive

6    Tallahassee, FL 32308

850.385.0070

7    BY: JOHN T. LAVIA, ESQUIRE

jlavia@gbkwlaw.com

8    ON BEHALF OF THE SUPERVISOR OF ELECTION OF

9    ORANGE COUNTY:

10   SHANNIN LAW FIRM, P.A.

214 S Lucerne Cir E Ste 200

11   Orlando, FL 32801

407.985.2222

12   BY: NICHOLAS A.SHANNIN, ESQUIRE

nshannin@shanninlaw.com

13   ON BEHALF OF THE ALACHUA SUPERVISOR OF ELECTIONS:

14   ALACHUA COUNTY ATTORNEY'S OFFICE

15   12 SE 1st Street

Gainesville, FL 32601

16   352.374.5218

BY: BOB SWAIN, ESQUIRE

17   bswain@alachuacounty.us

18   ON BEHALF OF SUPERVISOR OF ELECTIONS PINELLAS

COUNTY:

19   PINELLAS COUNTY ATTORNEY'S OFFICE

20    315 Court Street

      Clearwater, FL 33756

21

      727.464.3354

      BY: JARED D. KAHN, ESQUIRE

22    jkahn@pinellas.gov

23

24

25

1      APPEARANCES: (Continued.)

2

ON BEHALF OF SUPERVISOR OF ELECTIONS HILLSBOROUGH

COUNTY:

3      HILLSBOROUGH COUNTY ATTORNEY'S OFFICE

4

601 E. Kennedy Blvd., 27th Flr.

Tampa, FL 33602

5

813.272.5670

BY: STEPHEN M. TODD, ESQUIRE

6      todds@HCFL.gov

7

ON BEHALF OF SUPERVISOR OF ELECTIONS FOR GLADES,

HARDEE, HENDRY, OKEECHOBEE, LEVY, HOLMES COUNTIES:

8      HENDERSON, FRANKLIN, STARNES & HOLT, P.A.

9

1715 Monroe Street

Fort Myers, FL 33905

10

239.344.1168

BY: GERALDO F. OLIVO, III, ESQUIRE

11     Jerry.olivo@henlaw.com

12     ON BEHALF OF SUPERVISOR OF

13     ELECTIONS CITRUS COUNTY:

14

TESSITORE MARI SCOTT

1485 International Parkway, #2031

15

Lake Mary, FL 32746

321.363.1634

16

BY: DALE A. SCOTT, ESQUIRE

dscott@tessmari.com

17     ON BEHALF OF SUPERVISOR OF

18     ELECTIONS FOR BREVARD COUNTY.:

19     TESSITORE MARI SCOTT

20

1485 International Parkway, #2031

Lake Mary, FL 32746

21

321.363.1634

BY: FRANK MARI, ESQUIRE

22        fmari@tessmari.com

23

24

25

1    APPEARANCES: (Continued.)

2    ON BEHALF OF SUPERVISOR OF ELECTIONS OF VOLUSIA

COUNTY:

3       VOLUSIA COUNTY ATTORNEY'S OFFICE

4       123 W. Indiana Avenue

Deland, FL 32720

5       386.736.5950

BY:SARAH JONAS, ESQUIRE

6       Sjonas@volusia.org

7    ON BEHALF OF SUPERVISOR OF ELECTIONS FOR

MIAMI-DADE COUNTY:

8       MIAMI-DADE COUNTY ATTORNEY'S OFFICE

9       2700 NW 87th Ave.

Miami, FL 33172

10      305.499.8537

BY: OREN ROSENTHAL, ESQUIRE

11      Oren.rosenthal@votemiamidade.gov

12   ON BEHALF OF SUPERVISOR OF ELECTIONS FOR DESOTO,

FLAGLER, GILCHRIST, HIGHLANDS, JEFFERSON, LIBERTY

13   MADISON AND UNION COUNTIES:

14      ROPER, TOWNSEND & SUTPHEN, P.A.

255 S. Orange Avenue, Suite 750

15      Orlando, FL 32801

407.897.5150

16      BY: PAUSHA TAGHDIRI, ESQUIRE

Ptaghdiri@roperpa.com

17   ON BEHALF OF SUPERVISOR OF ELECTIONS FOR BAKER,

18      BAY, BRADFORD, CALHOUN, COLUMBIA, DIXIE, FRANKLIN,

GADSDEN, GULF, HAMILTON, JACKSON, LAFAYETTE,

NASSAU, PUTNAM, SANTA ROSA, ST. JOHNS, SUMTER,

SUWANNEE, TAYLOR, WAKULLA, WALTON COUNTIES:

20     MARKS GRAY

21

1200 Riverplace Blvd., #800

Jacksonville, FL 32207

22

904.398.0900

BY: SUSAN ERDELYI, ESQUIRE

23     serdelyi@marksgray.com

24     ALSO PRESENT:

25     Hailey Vanderlaan, AG's Offc

1                          I N D E X

2       WITNESS                           PAGE

3       OFFICE OF THE SECRETARY OF STATE OF FLORIDA      8

        (Maria Isabel Matthews)

4           Direct Examination by Ms. Bennette        8

5           Cross Examination by Ms. Szilagyi        131

6           Direct Examination by Mr. Dato        195

7           Cross Examination by Mr. Jazil        213

8       CERTIFICATE OF OATH                215

9       CERTIFICATE OF REPORTER                216

10      READ AND SIGN LETTER                217

11      ERRATA SHEET                    218

12

13

14                    INDEX OF EXHIBITS

15      NO.        DESCRIPTION                ID

16      Exhibit 1   Notice of taking deposition        11

17      Exhibit 2   Designation of topics            11

        Exhibit 3   HB 1205                    33

18      Exhibit 4   Reporting known/unknown violations   176

        Exhibit 5   Expedited RFP                188

19      Exhibit 6   First set of RFPs            188

        Exhibit 7   Email SOS_0169323            195

20

21

22

23

24

25

1          The following Zoom proceedings began at 10:00 a.m.

2                   THE STENOGRAPHER:    Do you swear or affirm

3          that the testimony you are about to give will

4          be the truth, the whole truth, and nothing but

5          the truth?

6                   THE WITNESS:    I do.

7          Thereupon,

8                   OFFICE OF THE SECRETARY OF STATE OF FLORIDA

9                       (Maria Isabel Matthews)

10         having been first remotely duly sworn or affirmed,

11         as hereinafter certified, testified as follows:

12                      DIRECT EXAMINATION

10:03:25  13    BY MS. BENNETTE:

10:03:29  14         Q    Good morning.    We're here today for the

10:03:32  15    deposition of Maria Matthews in Florida Decides

10:03:34  16    Healthcare versus Byrd, Case No.   4:25-cv-00211.    My

10:03:40  17    name is Matletha Bennette.   I'm an attorney for the

10:03:42  18    Southern Poverty Law Center, and I represent Florida

10:03:46  19    Decides Healthcare, Mitch Emerson and Jordan Simmons

10:03:48  20    in this case.

10:03:49  21         Ms. Matthews, can you please state your

10:03:51  22    full name for the record.

10:03:51  23         A    My name is Maria Isabel Matthews.

10:03:54  24         Q    Can you spell it, please?

10:03:56  25         A    M-A-R-I-A, I-S-A-B-E-L, M-A-T-T-H-E-W-S.

10:04:05  1          Q     Thank you.   So I'm going to take a couple

10:04:07  2    minutes and go over some ground rules and procedures

10:04:10  3    for this deposition.    So there is a court reporter

10:04:12  4    transcribing, so to make her life easier and the

10:04:15  5    record clearer, allow me to finish asking each

10:04:17  6    question before you respond.   You can respond with

10:04:21  7    words; no nodding or head shaking or uh-hum.    Is

10:04:24  8    that okay?

10:04:25  9          A     Yes.

10:04:25 10          Q     If any question that I ask is unclear or

10:04:28 11    you don't understand it, please let me know so that

10:04:30 12    I can rephrase.   And if at any point you can't hear

10:04:33 13    me or there is a tech issue, please alert us.    If

10:04:37 14    you need a break, just let us know.    We may have to

10:04:40 15    finish an open question or line of questioning

10:04:43 16    first, but I'll do my best to accommodate.

10:04:45 17          If you need to talk to your attorney, let

10:04:48 18    us know.   And if your attorney objects to a

10:04:50 19    question, that's fine; but once they're finished,

10:04:52 20    please go ahead and answer the question unless your

10:04:54 21    attorney specifically instructs you not to answer.

10:04:57 22          Do you have any questions about those?

10:04:59 23          A     No.

10:05:00 24          Q     All right.   So before we start, we're

10:05:02 25    going to review a few definitions.    Whenever I refer

10:05:05  1    to the department, I am referring to the Department

10:05:07  2    of State as a whole, including the Division of

10:05:10  3    Elections and the Department of Election Crimes and

10:05:12  4    Security.   If I am referencing only the Division of

10:05:17  5    Elections or the Department of Election Crimes and

10:05:18  6    Security, I will specify.

10:05:21  7        Whenever I refer to HB 1205, I'm referring

10:05:25  8    to House Bill 1205 as adopted as law in statute,

10:05:29  9    specifically Florida Statutes.   If I am referencing

10:05:34 10    prior versions of the statute, I will also specify.

10:05:39 11        So do you understand that you are now

10:05:41 12    giving your testimony under oath?

10:05:43 13        A    Yes.

10:05:44 14        Q    And are you taking any medication that

10:05:46 15    would affect your testimony today?

10:05:47 16        A    No.

10:05:49 17        Q    Any reason why you can't answer my

10:05:50 18    questions truthfully and fully?

10:05:53 19        A    No.

10:05:53 20        Q    All right.   So we will start with our

10:05:58 21    first exhibit.    I am showing you what I'm now

10:06:02 22    marking as Exhibit 1.

10:06:04 23        MS. BENNETTE:   I'll give that to the court

10:06:04 24    reporter.

25

10:06:04  1                    (Exhibit 1 was marked for identification.)

10:06:14  2        BY MS. BENNETTE:

10:06:15  3            Q      This is a notice of deposition in this

10:06:17  4        case.  Have you seen this document before?

10:06:19  5            A      Yes.

10:06:20  6            Q      Did the department receive this notice?

10:06:22  7            A      Yes.

10:06:24  8            Q      Are you one of the individuals designated

10:06:26  9        by the department to testify on behalf of the

10:06:28 10        Department of Secretary of State regarding the

10:06:30 11        topics listed in this notice?

10:06:32 12            A      Yes.

10:06:33 13            Q      Do you understand that you are appearing

10:06:34 14        to testify on behalf of the department and that your

10:06:37 15        answers represent the position, knowledge and

10:06:39 16        records of the Department?

10:06:41 17            A      Yes.

10:06:42 18            Q      Prior to today, did you review this notice

10:06:45 19        and the topics listed in it?

10:06:47 20            A      Yes.

10:06:56 21            Q      I'm showing you now what will be marked as

10:06:58 22        Exhibit 2.

10:06:59 23                    (Exhibit 2 was marked for identification.)

10:07:06 24        BY MS. BENNETTE:

10:07:06 25            Q      This is correspondence from your counsel

10:07:08  1        to us regarding the designation of topics between

10:07:11  2        you and Ms. Jillian Pratt.   Do you see that?

10:07:13  3            A   Yes.

10:07:14  4            Q   Have you seen this letter before?

10:07:17  5            A   Not specifically this letter, no.

10:07:19  6            Q   But are you aware of the specific topics

10:07:21  7        that you have been designated in this letter?

10:07:23  8            A   Yes.

10:07:24  9            Q   What steps did the department take to

10:07:26 10        prepare you to testify on these topics?

10:07:29 11            A   We met and discussed the topics that were

10:07:32 12        in this notice and which areas fall within the

10:07:36 13        Division of Elections versus the Office of Election

10:07:38 14        Crimes and Security, because those are two distinct

10:07:45 15        units in the Department of State.

10:07:48 16            Q   Are you prepared to testify on the

10:07:51 17        operations of Division of Elections?

10:07:53 18            A   Yes.

10:07:54 19            Q   Are you prepared to testify on any

10:07:56 20        operations related to the Office of Election Crimes

10:07:58 21        and Security?

10:08:00 22            A   I cannot speak exclusively on the

10:08:04 23        operations of the Office of Election Crimes and

10:08:05 24        Security, except to the extent that it interfaces

10:08:11 25        with the Division of Elections, I will certainly

13

10:08:15  1        reply to those.

10:08:17  2              Q    Okay.   And when you say "interface,"

10:08:21  3        you're referring to communications between the two?

10:08:23  4              A    Communications and any activities that

10:08:25  5        overlap or involve our coordination.

10:08:29  6              Q    Okay.   And were other individuals involved

10:08:33  7        in preparing you to testify on these subjects?

10:08:37  8              A    My lawyers, and any emails and

10:08:42  9        communications and anything that I needed maybe

10:08:46 10        refresh on, I would talk with my staff; obviously

10:08:54 11        anything with OECS, if there was, again, any

10:08:57 12        interface or, you know, anything that was a

10:08:59 13        coordination with that, we would talk.

10:09:03 14              Q    Do you understand that your testimony

10:09:04 15        today is binding on the department regarding the

10:09:07 16        topics?

10:09:07 17              A    Yes.

10:09:08 18              Q    Are there any topics listed in the notice

10:09:11 19        and correspondence that you feel unprepared to

10:09:12 20        testify about today?

10:09:14 21              A    No.

10:09:16 22              Q    A couple of background questions.    Have

10:09:18 23        you ever been deposed before?

10:09:19 24              A    Yes.

10:09:21 25              Q    How many times?

10:09:22  1          A    Well, I've been with the department since

10:09:25  2    2002, and I feel like I've been deposed almost every

10:09:29  3    year.

10:09:32  4          Q    Okay.  Are those primarily voting rights

10:09:36  5    cases?

10:09:37  6          A    Initially it started off the DOJ, you

10:09:39  7    know, the preclearance because I was a general -- an

10:09:44  8    assistant general counsel, and I was involved in

10:09:46  9    that preparation of the material.

10:09:49 10          And then as I moved into the Division of

10:09:51 11    Elections, first as a bureau chief and then now as

10:09:56 12    the director, then it was in that capacity.

10:10:04 13          Q    Have you ever been deposed in an action

10:10:07 14    outside of your role at the department?

10:10:13 15          A    No.

10:10:14 16          Q    Have you ever personally been the

10:10:17 17    plaintiff or defendant in a lawsuit?

10:10:20 18          A    Personally?  No, unless -- and I issue a

10:10:27 19    caveat -- unless it was with my role as -- in the

10:10:30 20    department.   If they named me personally, I don't

10:10:33 21    recall.

10:10:36 22          Q    Are you aware if there's ever been any

10:10:38 23    findings of untruthfulness against you in any

10:10:41 24    proceedings?

10:10:42 25          A    Untruthfulness?

10:10:43  1          Q    Untruthfulness.

10:10:45  2          A    Not that I'm aware of, no.

10:10:48  3          Q    Excluding communications with your

10:10:49  4     attorney, what did you do to prepare for this

10:10:52  5     deposition?

10:10:54  6          A    I reviewed emails, communications with

10:10:59  7     supervisors, also any procedural or policy things

10:11:04  8     that we have; also talked -- reviewed, you know, the

10:11:11  9     legal documents and stuff, and reviewed the law and

10:11:17 10      forms, our websites, just as a refresh.

10:11:21 11          Q    And legal docs you're referring to would

10:11:24 12     include the complaint?

10:11:25 13          A    The pleadings.

10:11:27 14          Q    Okay.   Did you review any of the discovery

10:11:34 15     responses provided by the department in this case?

10:11:37 16          A    Well, there were a lot of -- as you are

10:11:40 17     aware, there are a lot of documents that were

10:11:42 18     provided to you all.   Can I say I looked at every

10:11:45 19     single one of those?   No.   I'm sure I touched at

10:11:49 20     some point.   We are talking about a couple of

10:11:52 21     months.

10:11:56 22          Q    But you did browse and go review many of

10:11:59 23     the documents?

10:12:00 24          A    Yes.

10:12:04 25          Q    Did you talk to anyone other than your

10:12:08 1          counsel about this case and this deposition today?

10:12:12 2                  A    No.

10:12:14 3                  Q    So we will pivot to a few background

10:12:17 4          questions about your career and education.   What is

10:12:21 5          your current position and title within the

10:12:23 6          Department of State?

10:12:24 7                  MR. JAZIL:    Counsel, just to clarify

10:12:27 8          something for the record.   Exhibit 2, the

10:12:28 9          letter from me to Mr. Wermuth, topic 28 was

10:12:32 10          missing, and that was an omission on my part.

10:12:36 11          Ms. Pratt will cover topic 28.

10:12:41 12                  MS. DOLAN:    Thank you for that.

10:12:42 13                  MS. BENNETTE:    Thank you for that.   Yes,

10:12:43 14          we did note that.

10:12:44 15          BY MS. BENNETTE:

10:12:44 16                  Q    Okay.    So I'll ask the question again.

10:12:46 17          What is your current position and title within the

10:12:48 18          Department of State?

10:12:50 19                  A    I am the division director for the

10:12:52 20          Division of Elections.

10:12:54 21                  Q    How long have you held this position?

10:12:57 22                  A    Since January 2013.

10:13:02 23                  Q    And can you describe in your own words

10:13:04 24          your responsibilities in this position?

10:13:06 25                  A    Well, I oversee the division which serves

10:13:09  1      as the administrative arm to the Secretary in his

10:13:12  2      role as the chief election official for the State of

10:13:15  3      Florida.

10:13:15  4           So we have three bureaus:   We have a

10:13:23  5      fiscal admin unit, and we also have a director's

10:13:26  6      office.   So all those collectively, our job is to

10:13:31  7      enforce the laws relating to election code.

10:13:35  8           And we work closely with the General

10:13:38  9      Counsel's Office as well as OECS, which is the

10:13:43 10      Office of Election Crimes and Security as

10:13:46 11      appropriate or needed because with the General

10:13:48 12      Counsel's Office, I have advisory opinions that we

10:13:51 13      issue, and that's coming from my office.

10:13:56 14           Q      And to clarify, when you say you oversee

10:13:58 15      the division, you're referring to the Division of

10:13:59 16      Elections?

10:14:00 17           A      Correct.

10:14:02 18           Q      Prior to 2013, have you held other

10:14:04 19      positions within the office?

10:14:06 20           A      I have.   I was appointed or selected to be

10:14:11 21      the bureau chief in June of 2012.   And before that,

10:14:18 22      I was one of the assistant general counsels for the

10:14:22 23      Department of State since, you know, before that,

10:14:27 24      from 2002 to 2012.

10:14:30 25           Q      So the bureau chief was 2012 -- 2002 to

10:14:35  1          2013?

10:14:36  2               A      Uh-huh.   Yes.   Sorry.

10:14:39  3               Q      Assistant general counsel was prior to

10:14:42  4          2002?

10:14:43  5               A      No, assistant general counsel was 2002 to

10:14:47  6          2000 and -- you know, June 2012.

10:14:54  7               Q      And the bureau chief was 2012 to 2013?

10:15:00  8               A      June 2012.

10:15:02  9               Q      Till your time when you became the

10:15:05 10          director --

10:15:06 11               A      Correct.

10:15:06 12               Q       -- of the division?   Okay.   Can you

10:15:12 13          briefly describe your role as the bureau chief?

10:15:18 14               A      The Bureau of Voter Registration Services

10:15:19 15          involves things related to voter registration rules,

10:15:25 16          list maintenance, registration, encompass

10:15:29 17          third-party voter registration organizations, it

10:15:31 18          encompasses voting assistance, all those related to

10:15:37 19          that.

10:15:40 20               Q      And does that position report to the

10:15:43 21          director?

10:15:44 22               A      Yes.

10:15:45 23               Q      At the time that you were bureau chief,

10:15:47 24          who was the director?

10:15:50 25               A      The director at that time, I can't recall

10:15:56  1        her name right now.

10:16:00  2            Q    Okay.   I can look back at the time period.

10:16:04  3            A    Yes.

10:16:05  4            Q    And in your role as assistant general

10:16:07  5        counsel, what were some of your duties and

10:16:10  6        responsibilities?

10:16:10  7            A    When I initially started, I was assigned

10:16:14  8        to assist with other divisions:   Division of

10:16:18  9        Historical Resources, Library and Administrative

10:16:21 10        Services, and also Division of Corporations.

10:16:26 11        Probably about within a year and a half, or less, I

10:16:30 12        was assigned to be one of the attorneys to support

10:16:33 13        the Division of Elections.

10:16:35 14            Q    Okay.   And so in that role, you were also

10:16:38 15        supporting the Division of Elections --

10:16:42 16            A    Yes.

10:16:43 17            Q    -- during the period of time?

10:16:51 18            A    Yes.

10:16:51 19            Q    And one more question about your

10:16:53 20        background.   What is your -- what was your

10:16:56 21        background prior to joining the department?

10:16:58 22            A    I served as staff chief attorney for the

10:17:05 23        Senate Judiciary Committee, but I also held prior

10:17:09 24        positions as staff attorney for the Division of

10:17:13 25        Regulatory Industries and the division of

10:17:16  1      economic -- I mean, not the division, the Committee

10:17:18  2      of Economic Opportunities.

10:17:23  3          Q    These were committees in the Senate?

10:17:25  4          A    Correct, all in the Senate.

10:17:30  5          Q    And this was immediately prior to joining

10:17:33  6      the department?

10:17:34  7          A    Correct, it was -- I believe it was 1996

10:17:38  8      until 2002.

10:17:41  9          Q    Okay.   With your work in the Senate, did

10:17:54 10      you engage with any election-related issues?

10:18:02 11          A    I was involved, and obviously elections

10:18:06 12      had judiciary components to it, so any legislation

10:18:10 13      that related to that could come to the committee and

10:18:14 14      I would be asked if I was assigned the bill to do

10:18:17 15      bill analyses.   I was involved in some activities

10:18:21 16      when they did the presidential electors back in

10:18:29 17      2000.

10:18:29 18          Q    So you could say you've had about 23 years

10:18:33 19      of elections-related experience?

10:18:36 20          A    When you put it that way, yes.

10:18:39 21          Q    What does it mean for the Department of

10:18:40 22      State to have general supervision and administration

10:18:44 23      of the election laws?

10:18:46 24          A    So Chapter -- we have an election code and

10:18:51 25      it covers 97 to 106; 97 sets out early on the duties

10:18:58  1        of the department relative to elections.   And in

10:19:03  2        that it tells what the role of the chief election

10:19:07  3        official is and ensuring that the Supervisors of

10:19:10  4        Elections, of which we have 67, who are all at this

10:19:16  5        point now elected as constitutional officers, to

10:19:20  6        ensure that they follow the election code, that they

10:19:24  7        administer the elections uniformly.

10:19:26  8              And so we are in the role of ensuring that

10:19:30  9        we provide them the guidance that they need to

10:19:34 10        uniformly apply and uniformly interpret and

10:19:38 11        uniformly enforce the election code.

10:19:43 12              At the state level, while we do not

10:19:45 13        administer the election per se, our responsibility

10:19:49 14        is to ensure also that we have timely election

10:19:52 15        reports reported.   So that's our role, as well as,

10:20:00 16        you know, offering guidance to any individual who

10:20:04 17        has responsibility to follow the law and the

10:20:09 18        election code.   That can be candidates, it can be

10:20:12 19        political committees, it can be sponsoring political

10:20:15 20        committees, third-party voter registration

10:20:18 21        organizations, anybody who needs -- wants to follow

10:20:24 22        something that's in the law and has a question about

10:20:27 23        it.

10:20:29 24              Q   You mentioned that one of your objectives

10:20:32 25        is to uniformly apply, interpret -- to ensure that

22

```
10:20:36   1        supervisors uniformly apply, interpret and enforce
10:20:38   2        the election laws.   What authority do you have to
10:20:43   3        issue guidance to those supervisors?
10:20:47   4             A    Well, under Chapter 97, there is
10:20:51   5        provisions in there, there is also provisions in
10:20:53   6        Chapter 106 in which we issue advisory opinions.
10:20:58   7        Under Chapter 97 we also have authority to issue
10:21:03   8        directives to Supervisors of Elections.
10:21:11   9             Q    And how do you -- how does the Secretary
10:21:23  10        exercise authority to investigate alleged petition
10:21:27  11        issues?
10:21:28  12             A    Well, again, under Chapter 97, there's a
10:21:32  13        provision regarding any complaints regarding any
10:21:37  14        issues, you know, whether fraud or irregularities,
10:21:40  15        involving a number of issues, including issue
10:21:44  16        petitions, and then that's under 97.0 -- I believe
10:21:49  17        it's 021.
10:21:52  18                  And then under 100.371, there is also
10:21:57  19        provisions there regarding what the Secretary can do
10:22:03  20        involving any fraud or irregularities reported.
10:22:07  21                  And then the Office of Election Crimes and
10:22:08  22        Security I believe has some -- and that's a separate
10:22:14  23        provision, and I'm drawing a blank on the exact
10:22:17  24        number for that one, but that they can also
10:22:20  25        investigate matters like that.
```

10:22:24  1          Q    When you referenced uniformly enforcing

10:22:29  2     election laws, did that include fines related to

10:22:33  3     election law violations?

10:22:36  4          A    Yes, I mean, the -- well, to the extent

10:22:38  5     that the law talks about fines, they are typically

10:22:42  6     maybe -- if there's a violation, then it's

10:22:44  7     automatically assessed, but that -- any complaints

10:22:50  8     that we receive, if they are -- we end up referring

10:22:54  9     them to the general counsel's office formally and

10:22:58 10     now also the Office of Election Crimes and Security.

10:23:01 11          So in terms of enforcement, the division

10:23:05 12     is not involved in, you know, applying that.   It's

10:23:09 13     those offices that will do that on behalf of the

10:23:12 14     Secretary of State.

10:23:14 15          Q    Okay.   So then let's talk about, you

10:23:17 16     mentioned that when you receive a complaint and it

10:23:20 17     involves a fine, you refer it to general counsel.

10:23:23 18     Can you kind of -- so let me take a step back.

10:23:30 19          You receive a complaint, correct?

10:23:32 20          A    Correct.

10:23:32 21          Q    And then that complaint would attach

10:23:36 22     itself to a fine?   Like, if that complaint has a

10:23:40 23     fine, it is then automatically forwarded to the

10:23:42 24     general counsel's office?

10:23:44 25          A    No, I'm not making that determination.

10:23:45  1          Q      Okay.

10:23:45  2          A      The referral -- you know, a complaint may

10:23:49  3      come directly to our office.   I mean, there's a

10:23:51  4      number of ways a complaint can come in.   It can come

10:23:55  5      in through one of our Division of Elections inboxes.

10:23:59  6      If it's a complaint, we are going to forward it,

10:24:01  7      either to the General Counsel's Office or more

10:24:04  8      likely now the Office of Election Crimes and

10:24:05  9      Security.   It's their determination as to whether

10:24:12 10      there was a violation and what, if any, fine is

10:24:16 11      associated with that.

10:24:17 12              I'm not involved in that process.   I'm

10:24:19 13      also not involved in assessing or evaluating it

10:24:24 14      except to the extent that maybe the General

10:24:25 15      Counsel's Office or the Office of Election Crimes

10:24:27 16      and Security needs information as part of their

10:24:34 17      background.

10:24:34 18              The Division of Elections is not involved

10:24:36 19      in, you know, assessing the fines or anything.    What

10:24:40 20      I was speaking about was just that the laws have

10:24:42 21      fines associated with certain activities that if

10:24:46 22      that is determined to be violated, then those are

10:24:50 23      applied.

10:24:51 24          Q      Does the department forward all complaints

10:24:54 25      to the Office of Election Crimes?

10:24:56  1          A    I know that we do now, that we do is

10:24:59  2    because it's the office that does that.

10:25:04  3          Q    And you mentioned "we do now."   Can you

10:25:06  4    explain what you mean by that?

10:25:08  5          A    The Office of Election Crimes only came

10:25:11  6    into existence within the last three or four years.

10:25:14  7    So prior to that, it was really the General

10:25:16  8    Counsel's Office that, you know, assisted in that

10:25:21  9    process.

10:25:22 10          Q    The General Counsel's Office within the

10:25:24 11    Department of State?

10:25:25 12          A    Correct.

10:25:30 13          Q    And so with the process now, the division

10:25:42 14    forwards all complaints that they receive in their

10:25:46 15    Division of Election inboxes to the Office of

10:25:49 16    Election Crimes?

10:25:50 17          A    Yes, if it's anything that appears -- you

10:25:52 18    know, we do, we just forward it.   I mean, a

10:25:56 19    complaint can come in an email or it can come in

10:25:59 20    with -- on an elections fraud complaint.    So that is

10:26:06 21    the appropriate office to deal with those matters.

10:26:09 22          Q    You mentioned if anything appears, you

10:26:15 23    started to say that.   Would it be fair to say that

10:26:19 24    you have discretion, that the department has

10:26:21 25    discretion in how and what complaints they send to

10:26:24   1        the Office of Election Crimes?

10:26:26   2            A    No.   No.   I think we really -- it's

10:26:30   3        usually very clear in the -- in the com- -- that

10:26:32   4        it's a complaint and somebody is complaining.      And

10:26:35   5        we're just -- and we'll forward it and let OECS make

10:26:40   6        that determination.

10:26:42   7            Q    You also mentioned there were a number of

10:26:44   8        ways that complaints come in.   I just want to make

10:26:47   9        sure we tighten up all the numerous -- so we have

10:26:54  10        the general election fraud complaints, the form,

10:26:57  11        correct?

10:26:58  12            A    Correct.

10:26:59  13            Q    You have an email.   You mentioned an

10:27:02  14        email.   Is that an email from a supervisor?

10:27:05  15            A    The complaint can come from a Supervisor

10:27:07  16        of Elections, and, in fact, my understanding is most

10:27:10  17        of the complaints do come in relative to, like,

10:27:13  18        petitions or stuff like that, but they're our

10:27:14  19        primary, you know, source; can come in from a voter.

10:27:19  20            In terms of what I was speaking about was

10:27:21  21        the Division of Elections inbox, which is our

10:27:23  22        general inbox, you know, we'll receive anything and

10:27:26  23        everything in there.   The Office of Election Crimes

10:27:29  24        and Security has a dedicated inbox, so they may

10:27:35  25        get -- they'll get things through there.

10:27:36  1            The complaint could come in through the

10:27:41  2     mail, could come in through fax.   We also have a

10:27:45  3     BBRS Help Inbox which someone may, you know, might

10:27:49  4     use.   We also have a number of other emails that are

10:27:54  5     associated with specific units and, you know, a

10:28:00  6     person without regard to whether it makes sense to

10:28:03  7     send it to that email inbox, they'll email it there.

10:28:07  8     So we're always looking, and if we see, you know,

10:28:11  9     that, then we end up referring.

10:28:13 10            Q   So whether -- just to clarify, whether it

10:28:16 11     comes from -- comes into your inbox, through the

10:28:20 12     mail, from a voter or supervisor, that is -- all of

10:28:24 13     those petitions -- all of those -- sorry, all of

10:28:26 14     those complaints are then forwarded to the Office of

10:28:29 15     Election Crimes?

10:28:30 16            A   Correct.

10:28:40 17            Q   You mentioned that you oversee guidance

10:28:46 18     and information related to initiative petitions,

10:28:50 19     petition circulators.   Who reports directly to you

10:28:54 20     regarding those subject areas?   Is there anyone that

10:28:59 21     reports directly to you?

10:29:03 22            A   If you are referring to staff who's

10:29:06 23     involved in --

10:29:07 24            Q   Yes.

10:29:07 25            A   -- the petition program?

10:29:11  1        Q     Yes.

10:29:13  2        A     So state exactly what it is again.

10:29:16  3        Q     So as far as what are the specific titles

10:29:20  4     that would report to you regarding initiative

10:29:26  5     petitions?

10:29:26  6              So if, hypothetically, you receive a

10:29:31  7     petition, are you the one that reviews the -- you

10:29:35  8     receive a complaint; are you the one that reviews

10:29:37  9     that complaint, or is it a member of your staff?

10:29:41 10        A     If a petition comes in or a complaint --

10:29:44 11     excuse me.    If a complaint comes in through an

10:29:47 12     inbox, if the person who gets that email and is

10:29:54 13     seeing it, and wants to know -- and is not certain

10:29:57 14     where to refer it, they will ask, to where do I send

10:30:02 15     this; to whom do I refer this.

10:30:04 16              And then I'll look at it, I'll look at the

10:30:07 17     topic, look at it and then say, send this to

10:30:12 18     whichever appropriate office it is.

10:30:15 19        Q     Okay.   And are you the most senior person

10:30:19 20     in the division?

10:30:20 21        A     Yes.

10:30:22 22        Q     And who do you report to?

10:30:25 23        A     I report to Jennifer Kennedy, who is the

10:30:28 24     Assistant Secretary of State, as well as the Chief

10:30:31 25     of Staff.

10:30:35  1          Q      Okay.   We're going to pivot a bit to House

10:30:49  2     Bill 1205 and the specifics of that bill and impact.

10:30:56  3              So you've indicated that you've been

10:30:58  4     working in the election field for about 20-plus

10:31:05  5     years?

10:31:05  6          A      Correct.

10:31:06  7          Q      So is it fair to say you've had a great

10:31:08  8     deal of experience dealing with and thinking about

10:31:11  9     election procedures, regulations and statutes?

10:31:14 10          A      Yes.

10:31:16 11          Q      In your work, how do you stay informed

10:31:18 12     about best practices in election administration?

10:31:22 13          A      Well, I am -- well, first of all, my lead

10:31:26 14     and my guide is always going to be the law.   And

10:31:30 15     then we obviously have rulemaking which allows for

10:31:34 16     public input, and that can -- that public input can

10:31:39 17     entail input from Supervisors of Elections who are

10:31:43 18     also experienced election officials and can lend a

10:31:46 19     lot of insight into best practices about how things

10:31:51 20     are done, or what they would like to see.

10:31:52 21              I'm also a member of the National

10:31:55 22     Association of Election Directors, so I attend

10:31:59 23     conferences that provide educational opportunities

10:32:03 24     there.   And also if there is any, you know, webinars

10:32:08 25     or anything like that that might be relevant to

10:32:11  1    elections, I'll listen in on that.

10:32:14  2        Also we have the U.S. Elections Assistance

10:32:18  3    Commission that also provides that access of

10:32:21  4    clearinghouse for a lot of information, including

10:32:23  5    best practices.  So to whatever extent that exposure

10:32:30  6    to information or people provides information that

10:32:36  7    may be useful for our processes and procedures, I'll

10:32:40  8    do that.

10:32:41  9        I also enlist the assistance of my own

10:32:44 10    staff.  Like, I don't profess to know the best way

10:32:49 11    necessarily to do everything and they simply offer

10:32:52 12    very insightful things.

10:32:55 13        Q    You mentioned national organizations.    So

10:33:00 14    do you sometimes look at how other states structure

10:33:03 15    their election laws?

10:33:04 16        A    There will be presentations that are done

10:33:06 17    on it.

10:33:08 18        Q    And is part of that process, at these

10:33:11 19    conferences and beyond, evaluating what works well,

10:33:15 20    and what doesn't?

10:33:19 21        A    Yes, it does but it's always -- you have

10:33:22 22    to bear in mind, there's 50 states and there's 50

10:33:25 23    laws and all the other rules.   No state is exactly

10:33:28 24    the same, so what may work for one state may not

10:33:31 25    work for another.   You have to work within the

10:33:33  1      framework of your statutory statutes.

10:33:38  2          Q      But you do look at and analyze what works

10:33:42  3      well in other states and what doesn't?

10:33:44  4          A      I'm exposed to it.   And again, to the

10:33:47  5      extent that it's -- can be, I'll share that, but

10:33:52  6      that doesn't necessarily mean that's the way it's

10:33:54  7      going to work, again, because we have to take into

10:33:57  8      context our constitution and our laws.

10:34:01  9          Q      Do you also consider data or evidence when

10:34:04 10      evaluating or looking at policies?

10:34:06 11          A      The legislature is really the body that

10:34:09 12      sets those policies and, you know, our job is really

10:34:14 13      to enforce it.

10:34:20 14          Q      You mentioned earlier that you also

10:34:23 15      provide information.   Do you also provide

10:34:25 16      information to the legislature about these policies?

10:34:28 17          A      If they ask, we do.

10:34:29 18          Q      And in providing that information, you

10:34:31 19      consider data and evidence surrounding those

10:34:33 20      policies?

10:34:34 21          A      Whatever it is that they ask for, that's

10:34:36 22      what we'll provide if we can.

10:34:46 23          Q      And that would include data or evidence

10:34:48 24      like the OECS report, correct?

10:34:52 25          A      My understanding is that is a legislative

10:34:55  1    directive report, so whatever the legislature says

10:34:59  2    regarding that report, that's what they're supposed

10:35:01  3    to provide.

10:35:05  4        Q    Would you agree, based on your experience,

10:35:06  5    that the more significant a policy change, the more

10:35:11  6    important it is to examine data and best practices

10:35:14  7    beforehand?

10:35:15  8            MR. JAZIL:   Object to form.   Please

10:35:16  9    answer.

10:35:17 10        A    Can you state the question again?

10:35:19 11    BY MS. BENNETTE:

10:35:21 12        Q    So would you agree that the more

10:35:24 13    significant a policy change, the more important it

10:35:25 14    is to examine data and best practices beforehand?

10:35:28 15        A    Again, it's the legislative prerogative.

10:35:31 16    They can get, and if they want, all the information

10:35:35 17    they need that they determine to be necessary to

10:35:37 18    make their -- make their laws.

10:35:45 19        Q    Including consulting the department when

10:35:48 20    needed?

10:35:48 21        A    Correct.

10:35:49 22        Q    Okay.   We are going to spend a little time

10:36:09 23    on this specific exhibit.   I'm showing you and

10:36:14 24    counsel what I'm now marking as Exhibit 3.

         25

10:36:18  1             (Exhibit 3 was marked for identification.)

10:36:24  2      BY MS. BENNETTE:

10:36:24  3          Q   This is House Bill Number 1205 as adopted

10:36:27  4      into law, correct?

10:36:29  5          A   Yes.

10:36:30  6          Q   And you're familiar with the requirements

10:36:33  7      for petition circulators and sponsors set out in

10:36:37  8      House Bill 1205?

10:36:39  9          A   Correct.

10:36:40 10          Q   And House Bill 1205 makes substantial

10:36:43 11      changes to Florida's ballot initiative process?

10:36:44 12          A   It makes changes to a number of provisions

10:36:49 13      impacting initiative petitions.

10:36:54 14          Q   And would you agree it has significant

10:37:03 15      impacts on ballot initiatives?

10:37:06 16          MR. JAZIL:    Object to form.

10:37:06 17          You can answer.

10:37:08 18          A   It has impact insofar as it's trying to

10:37:13 19      address all these whereas clauses in the chapter law

10:37:18 20      that the legislature deems necessary.

10:37:21 21      BY MS. BENNETTE:

10:37:22 22          Q   Okay.    But it imposes fines on ballot

10:37:30 23      initiatives?

10:37:32 24          A   The law already had fines before, so, yes.

10:37:38 25          Q   You said yes.    And it imposes criminal

34

| 10:37:42 | 1 | penalties on ballot -- on people engaging with |
| 10:37:44 | 2 | ballot initiatives? |
| 10:37:46 | 3 | A   I believe there were already fines -- I |
| 10:37:49 | 4 | mean, criminal penalties before.   And, yes, there |
| 10:37:53 | 5 | are some additional ones. |
| 10:37:55 | 6 | Q   And it makes changes about who can |
| 10:37:58 | 7 | circulate ballot initiatives, for example? |
| 10:38:01 | 8 | A   Yes, it provided some enhanced |
| 10:38:04 | 9 | requirements to become a petition circulator. |
| 10:38:07 | 10 | Q   And so you would agree that those are |
| 10:38:09 | 11 | significant changes to ballot initiatives? |
| 10:38:12 | 12 | MR. JAZIL:   Object to form, but you can |
| 10:38:14 | 13 | answer. |
| 10:38:15 | 14 | A   They are changes, they're additional |
| 10:38:18 | 15 | changes to the process, yes. |
| 10:38:20 | 16 | BY MS. BENNETTE: |
| 10:38:21 | 17 | Q   Okay.   We're going to spend some time |
| 10:38:23 | 18 | going through those specifics, but just getting a |
| 10:38:26 | 19 | bird's-eye view of your involvement. |
| 10:38:28 | 20 | Did the department or any of its employees |
| 10:38:31 | 21 | participate in drafting any portion of House Bill |
| 10:38:34 | 22 | 1205? |
| 10:38:35 | 23 | A   No. |
| 10:38:36 | 24 | Q   Was the department asked to provide |
| 10:38:38 | 25 | technical assistance or feedback during the |

10:38:41  1    legislative process?

10:38:43  2        A   They did not.

10:38:45  3        Q   And prior to enactment, did the department

10:38:48  4    identify any implementation concerns to the

10:38:51  5    legislature?

10:38:54  6        A   Not that I'm aware of.   They didn't ask.

10:38:58  7        Q   And did the department conduct an analysis

10:39:00  8    of how House Bill 1205 would affect existing or

10:39:04  9    ongoing ballot initiatives?

10:39:06  10        A   You know, this is -- again, this was a

10:39:11  11    legislative bill and it provided changes, and

10:39:15  12    whenever we see anything that may potentially have

10:39:18  13    the possibility of passing, we're going to monitor

10:39:20  14    it and see how it may change any existing procedures

10:39:26  15    or processes.

10:39:31  16        Q   You talked a little bit earlier about

10:39:35  17    statutes that your office deals with or implements

10:39:38  18    or provides information on.   That would include

10:39:42  19    Section 16.061, Florida Statutes, regarding

10:39:46  20    initiative petitions?

10:39:48  21        A   Yes.

10:39:49  22        Q   As well as Section 100.371 regarding

10:39:52  23    procedures for placement on ballots?

10:39:55  24        A   Yes.

10:39:59  25        Q   As well as all of the sections included in

10:40:03  1    House Bill -- all the sections of Florida Statute

10:40:05  2    included in House Bill 1205?

10:40:08  3        A    Well, the thing to bear in mind is

10:40:11  4    Sections 15.21 and 16.061 don't exactly exist in --

10:40:19  5    they don't exist, and there is a couple other

10:40:21  6    provisions that are not within the Florida election

10:40:27  7    code itself.   So they involve more the -- so when

10:40:34  8    you say -- I just want you to understand that,

10:40:39  9    depending on if it's a provision within the election

10:40:44 10    code, we will clearly be weighing in on it; and if

10:40:47 11    it's something outside, it's something I will be

10:40:51 12    involved -- you know, would involve the legal

10:40:53 13    counsel and see if it's something for us to

10:40:55 14    interpret or if it's something that the AG's office

10:40:59 15    is to interpret, or some other entity.

10:41:03 16        Q    Section 100.371 in Florida Statutes is

10:41:06 17    part of the election code, correct?

10:41:08 18        A    Yes.

10:41:12 19        Q    And when changes are made to the election

10:41:14 20    code, the department -- does the department review

10:41:20 21    any of those changes prior to implementation?

10:41:26 22        A    What do you mean by "implementation"?

10:41:28 23        Q    Prior to adoption, I'm sorry, by the

10:41:30 24    legislature.

10:41:31 25        A    Again, during any legislative session,

10:41:34  1     we're constantly monitoring what legislation is

10:41:37  2     filed.   We have no idea at the beginning what it is

10:41:40  3     going to end up being.    So we'll monitor it.

10:41:42  4         But if something looks like it's going to

10:41:44  5     have legs, we obviously will take a close look at

10:41:48  6     it.   But really until it actually gets adopted, you

10:41:51  7     don't know what the final language is going to be.

10:41:54  8      Q    Can you define what the department would

10:41:58  9     do when they're taking a close look at legislation?

10:42:01 10      A    Well, we'll read the bill as it -- as it

10:42:03 11     currently is.    Also, we will, you know, be watching

10:42:09 12     our legislative director.    You know, any committee

10:42:13 13     hearings, we might listen in on that.

10:42:36 14      Q    I'm now going to ask you some questions

10:42:38 15     about specific provisions of House Bill 1205,

10:42:40 16     specifically those that make up portions challenged

10:42:44 17     in this case.    Is that okay?

10:42:46 18      A    Yes.

10:42:47 19      Q    Okay.    We will start with a portion of the

10:42:53 20     election code.    Let me give you a page number.   It

10:43:28 21     begins on page 9.

10:43:29 22       Directing your attention to Section

10:43:31 23     100.371, subsection (4)(a), as amended by House Bill

10:43:37 24     1205.

10:43:44 25       MR. JAZIL:   (4)(a) or (3)(a), the page?

10:43:52  1            MS. BENNETTE:  It will be 10.   Thank you.

10:43:53  2            No.    Page 11, Section (4)(a).

10:44:03  3        BY MS. BENNETTE:

10:44:04  4            Q       And so this section of House Bill 1205

10:44:10  5        prohibits a person from collecting, delivering or

10:44:13  6        otherwise physically possessing more than 25 signed

10:44:16  7        petition forms unless the person is registered as

10:44:19  8        petition circulator with the Secretary of State,

10:44:21  9        correct?

10:44:22 10            A       Yes.

10:44:23 11            Q       And to my previous point, did the

10:44:26 12        Department of State provide input and assistance or

10:44:30 13        policy recommendations regarding this specific

10:44:32 14        provision?

10:44:34 15            A       No, the Division of Elections did not -- I

10:44:37 16        believe the whereas clauses might contain some

10:44:44 17        references to that.   I don't recall, but --

10:44:51 18            Q       You don't recall whether you provided

10:44:54 19        recommendations or input or whether the whereas

10:44:57 20        clause --

10:44:58 21            A       No, again, we provided -- we were not

10:44:59 22        asked for any input on this bill or law.    So

10:45:04 23        anything that they derived from that, it would

10:45:07 24        have -- I'm assuming it would have been the OECS

10:45:13 25        report that they had, and the whereas clauses would

10:45:17  1    be the basis for any -- anything that they provided

10:45:22  2    in this chapter law.

10:45:26  3        Q   You mentioned that "they" did not ask.

10:45:29  4    I'm assuming you're referring to the legislature --

10:45:31  5        A   Correct.

10:45:32  6        Q   -- did not ask?   But did the department

10:45:34  7    provide any input or communications to the

10:45:37  8    legislature about this specific provision?

10:45:43  9        A   Again, the division was not.   If OECS was,

10:45:47 10    which is the Office of Election Crimes and Security,

10:45:52 11    that would be through their report and/or the

10:45:56 12    whereas clause would reveal why they felt the basis

10:46:00 13    for this section.

10:46:08 14        Q   The Office of Election Crimes is under the

10:46:10 15    Department of State?

10:46:12 16        A   Correct, but I -- yes.   But they have a

10:46:15 17    report that they put out, and if that report covered

10:46:19 18    it, that would be something that OECS could respond

10:46:22 19    to.

10:46:28 20        Q   You mentioned that you did take a look

10:46:30 21    at -- the department does take a look at legislation

10:46:35 22    that affects election laws, correct?

10:46:38 23        A   We monitor during the legislative session.

10:46:41 24    We're monitoring what any legislation that may have

10:46:45 25    potential, you know, involvement for the department.

10:46:49  1        Q    And when you monitored this specific

10:46:51  2    provision, was the department supportive of this

10:46:58  3    provision being included in the legislation?

10:47:02  4        A    I'm not aware of us taking any position or

10:47:05  5    being asked for any position.

10:47:11  6        Q    Were any studies or analyses or

10:47:13  7    projections conducted by the department regarding

10:47:15  8    the impact of this provision?

10:47:19  9        A    I'm not aware of anything except to the

10:47:21 10    extent that if it's, you know, any expert witness in

10:47:26 11    this legisla- -- litigation.    But no.

10:47:32 12        Again, only in the context of the Division

10:47:35 13    of Elections.   I don't know from the Office of

10:47:41 14    Elections Crimes and Security.

10:47:51 15        Q    Which section, which division or depart-

10:47:53 16    -- does the Division of Elections register petition

10:48:00 17    circulators?

10:48:01 18        A    Yes.    We oversee that program.

10:48:04 19        Q    And so the division is familiar with

10:48:07 20    subsection (4)(a) and changes made to it?

10:48:10 21        A    Yes, but you were just -- I thought you

10:48:12 22    were just talking about the 25, more than 25.

10:48:17 23        Apologize.   Yes, I am familiar with that,

10:48:22 24    this section, yes.

10:48:24 25        Q    Okay.   One moment.   Do you know why

10:48:59  1    changes would be made to Section -- Subsection

10:49:01  2    (4)(a) of 100.371, Florida Statutes?

10:49:08  3         MR. JAZIL:  Object to form, but you can

10:49:10  4    answer.

10:49:11  5    A    Again, the legislature is -- was involved

10:49:16  6    in this.  This is their policy, and this is what

10:49:19  7    they proposed.  And what they relied on is what they

10:49:25  8    set forth in the whereas clauses, and I imagine as

10:49:30  9    well the legislative report that they were given by

10:49:33 10    the Office of Election Crimes and Security.

10:49:37 11    BY MS. BENNETTE:

10:49:39 12    Q    So to your knowledge, the department did

10:49:41 13    not provide the legislature with any evidence

10:49:44 14    showing this provision was necessary to achieve any

10:49:47 15    goals?

10:49:49 16         MR. JAZIL:  Object to form, but you can

10:49:50 17    answer.

10:49:52 18    A    I want to be clear.  We have two distinct

10:49:55 19    offices.  The Office of Election Crimes and Security

10:49:58 20    is required by law to provide annual reports to the

10:50:04 21    legislature.  And I think the deadline is January

10:50:08 22    15th of each year, which is in time for their

10:50:12 23    legislative session.  So should they decide to want

10:50:15 24    to act on anything, they have information available.

10:50:20 25         So that's -- that is the input that they

42

10:50:25  1    got from the Department of State.

10:50:27  2    BY MS. BENNETTE:

10:50:28  3         Q     And outside of the Office of Election

10:50:31  4    Crimes and Security report, to your knowledge, the

10:50:36  5    department didn't provide any additional evidence

10:50:38  6    showing this provision was necessary?

10:50:41  7         A     Right.   I'm not aware of any, no.

10:50:55  8         Q     Since -- you mentioned that the department

10:51:01  9    registers petition circulators under this provision,

10:51:06 10    correct?

10:51:06 11         A     Yes, we oversee the registration program

10:51:10 12    for initiative petition circulators, statewide

10:51:14 13    initiative petition circulators.

10:51:16 14         Q     And so in overseeing statewide initiative

10:51:21 15    petition circulators, your division of the

10:51:25 16    department would implement this provision?

10:51:28 17         A     Correct.

10:51:28 18         Q     And since you implemented this provision

10:51:31 19    what has been the effect?   What, if any, impacts

10:51:34 20    have you seen in registration?

10:51:37 21         A     Well, we currently have over --

10:51:43 22    individuals are able to register online.     It's an

10:51:47 23    on-line application program.   In order to be

10:51:51 24    registered, though, you have to take an exam.     It's

10:51:56 25    20 questions, the pass rate is 80 percent, and they

10:52:02  1    can take it as many times as they want to get -- in

10:52:05  2    order to pass.    And the questions don't change.

10:52:10  3        So we're seeing people still submit

10:52:16  4    applications to register.    We have over -- the last

10:52:20  5    count was I think over 2,000, of which over 500 were

10:52:32  6    individuals who were registered before the law, the

10:52:37  7    new law took effect.    And of those, I think close to

10:52:45  8    a hundred ended up taking the exam and queuing up

10:52:51  9    for registration to take effect on July 1, one month

10:52:58  10    before.

10:53:05  11        Q    You mentioned that the last time you

10:53:06  12    checked there were over 2,000.    Do you remember what

10:53:09  13    time -- what was the time period in which you

10:53:11  14    checked that number?

10:53:12  15        A    Oh, I just checked yesterday.

10:53:14  16        Q    Okay.

10:53:18  17        A    Yesterday or the day before, but, yes,

10:53:20  18    it's just this --

10:53:23  19        Q    And has this been -- what has been the

10:53:26  20    average -- let me backtrack.

10:53:29  21        How often do you check to see how many

10:53:31  22    applications you have for registration?

10:53:36  23        A    I actually, you know, periodically just to

10:53:39  24    make sure.    I mean, obviously when we first started

10:53:40  25    the program, make sure ever everybody is being able

10:53:43  1    to get through.   I'm copied on a lot of emails, so

10:53:46  2    if there's any issues with the petition registration

10:53:48  3    or something like that; and if it's something that I

10:53:51  4    think I need to look into, like, what's happening,

10:53:54  5    whatever, but that's -- I mean, I'm not checking all

10:53:57  6    the time.   I obviously did want to know just to get

10:54:01  7    a refresh here for this deposition.

10:54:04  8         Q    And when you periodically check, is there

10:54:12  9    an average number that you tend to see of

10:54:14 10    applicants?

10:54:15 11         A    No.

10:54:18 12         Q    Is there a range of numbers you see in

10:54:24 13    applicants?

10:54:24 14         A    No.

10:54:27 15         Q    Did you perform -- did you check

10:54:30 16    applicants prior to the passage of House Bill 1205?

10:54:34 17         A    What do you mean?

10:54:36 18         Q    Did you check applications for

10:54:37 19    registration, for registered paid petition

10:54:40 20    circulators?

10:54:42 21         A    I don't think I understand quite the

10:54:43 22    question.   I'm sorry.   What do you mean "check"?

10:54:47 23         Q    You mentioned that you checked

10:54:49 24    applications.

10:54:53 25         A    There are -- you're talking about numbers

10:54:57  1    of applications?

10:54:59  2    Q    Yes.

10:54:59  3    A    I'm trying to just make sure the

10:55:00  4    application program is working, just that people are

10:55:03  5    able to submit their application, or if there are

10:55:06  6    issues with their applications, what are the issues

10:55:09  7    that are arising or, you know, have we gotten a

10:55:13  8    result; is it an IT issue; is it, you know, a user

10:55:17  9    error?    But that's all I'm checking.

10:55:21  10   Q    Okay.   And let's talk about some of those

10:55:23  11   issues.    What issues are you seeing, have you seen

10:55:26  12   with the registration?

10:55:29  13   A    They're the same before the new law, and

10:55:31  14   that's just people not understanding the program or

10:55:36  15   feeling like it's not working fast enough for them

10:55:39  16   or their email; they've done a data entry error.

10:55:44  17   It's just your typical, just the user interface that

10:55:49  18   they -- but the issues are not any different than

10:55:53  19   what I've -- I mean, they're the same as before.

10:55:58  20   Q    House Bill 1205 now require -- well, the

10:56:01  21   implementation of House Bill 1205 now requires a

10:56:05  22   test as part of registration, correct?

10:56:07  23   A    Correct.

10:56:07  24   Q    Have you seen any issues with the test as

10:56:09  25   a part of registration?

10:56:12  1          A   No.   I mean, it's pretty straightforward.

10:56:14  2     The exam questions actually, you know, draw exactly

10:56:20  3     from the presentation.   So -- and individuals can

10:56:27  4     take it multiple times to be able to pass it.

10:56:34  5          Q   Who decided to include a test as part of

10:56:34  6     registration?

10:56:38  7          A   I'm sorry, say that again.

10:56:39  8          Q   Do you know who decided to include a test

10:56:44  9     as part of registration?

10:56:45  10          A   Let's see, I'm trying to remember if it

10:56:48  11     was specifically -- so the law actually requires it,

10:56:58  12     that a person can't begin to collect signatures

10:57:05  13     until they've completed the training program which

10:57:07  14     is part of their registration process.   And it's --

10:57:10  15     this law is very specific.

10:57:13  16              So it includes, you know -- it details

10:57:16  17     what that training has to include.   And this is on

10:57:21  18     page 13 of the chapter law, the document you

10:57:26  19     provided me, that spells out what it has to be --

10:57:31  20     what has to be included in there.    So all of that is

10:57:34  21     included in the training.

10:57:38  22          Q   Okay.   Let's talk about what needs to be

10:57:41  23     included -- has to be included within the training.

10:57:43  24     It has to include an overview of the petition

10:57:46  25     gathering process, correct?

10:57:47   1          A   Yes.

10:57:47   2          Q   And an overview of registration

10:57:50   3   requirements?

10:57:50   4          A   Yes.

10:57:51   5          Q   As well as an explanation that the sponsor

10:57:54   6   serves as a fiduciary to each voter?

10:57:57   7          A   Correct.

10:57:58   8          Q   And an explanation that the election code

10:58:00   9   prohibits compensation based on number of petition

10:58:04   10   forms?

10:58:04   11         A   Correct.

10:58:05   12         Q   As well as specific criminal penalties and

10:58:08   13   liabilities for fines, what the specific criminal

10:58:12   14   penalties are?

10:58:13   15         A   Yes.

10:58:14   16         Q   This directive -- well, this statute does

10:58:16   17   not include a requirement to have a test for

10:58:20   18   registration, correct?

10:58:22   19         A   Correct.

10:58:22   20         Q   So whose decision was it to include a test

10:58:25   21   as part of registration?

10:58:28   22         A   That would be our -- the division, that is

10:58:30   23   a training -- with any training -- you want to make

10:58:33   24   sure that the individual has learned what they were

10:58:37   25   told to ensure that they don't -- that they adhere

10:58:45  1    to the process for petition gathering and

10:58:48  2    registration.

10:58:49  3        Q    So it was within the division's discretion

10:58:52  4    to include a test as part of registration?

10:58:54  5        A    Well, it's a decision that is made by the

10:58:57  6    department, that that's a requisite, that any

10:59:02  7    training would involve an examination.

10:59:07  8        Q    When was that decision made?

10:59:11  9        A    We implemented this program -- I mean, the

10:59:14 10    law was passed in May; it was adopted and signed

10:59:18 11    into law May 2nd, so we knew we had to have this up

10:59:24 12    and running by June, June 1, which is what we did.

10:59:29 13    So it had to be right after the law was passed.

10:59:36 14        Q    So the division made the decision to

10:59:38 15    include a test after House Bill 1205 was passed?

10:59:42 16        A    Well, at that point, then we knew what the

10:59:44 17    law was.  So again, to ensure that petition

10:59:51 18    circulators knew exactly -- I mean, it's an -- it's

10:59:54 19    an incentive and it's a reminder, it's an

10:59:57 20    enhancement feature of any training program to have

11:00:01 21    an examination.

11:00:02 22        Q    Well, I just want to make sure I get a

11:00:04 23    good timeline.   So House Bill 1205 was passed in

11:00:07 24    May, correct?

11:00:11 25        A    Correct.

45

11:00:11  1          Q    May 2025.

11:00:13  2          A    Yes.

11:00:14  3          Q    And I'm confirming that the division made

11:00:18  4    the decision to adopt a test for petition circulator

11:00:23  5    registration after May 2nd, 2025?

11:00:28  6          A    I know that we did not get started on it

11:00:31  7    until after.   And as a reminder, the training -- it

11:00:37  8    says here the training must, at a minimum, include

11:00:39  9    the following, which gave us the ability to be able

11:00:44  10   to do whatever additional, you know, requirements

11:00:51  11   for the training program.

11:00:54  12         Q    And there was no test in the registration

11:00:58  13   training prior to House Bill 1205?

11:01:04  14         A    There was no training.

11:01:07  15         Q    And also no test, correct?

11:01:08  16         A    So no test.

11:01:20  17         Q    Since the implementation of -- since the

11:01:24  18   adoption of these registration requirements, have

11:01:27  19   you received any feedback from supervisors about

11:01:30  20   this registration requirement?

11:01:37  21         A    I don't recall.   I mean, they're not

11:01:40  22   involved in this process.   I mean, the

11:01:43  23   administration of petition circulators is within the

11:01:48  24   purview of the Division of Elections.    So I don't

11:01:57  25   know how they would be providing any input.

11:02:05  1          Q    Okay.    And have you received any feedback

11:02:08  2     from members of the public since this provision has

11:02:13  3     been adopted?

11:02:14  4          A    So just to be clear, you're talking about

11:02:17  5     just this training provision?

11:02:22  6          Q    To clarify, I'm reverting back to Section

11:02:24  7     (4)(a) of 100.371 regarding petition circulator

11:02:30  8     registration, and who is required to register as a

11:02:35  9     petition circulator.

11:02:37 10          And so I'm asking if you received any

11:02:43 11     feedback regarding this specific provision from

11:02:47 12     supervisors or members of the public?

11:02:50 13          A    Okay.    So to step back, if you're

11:02:53 14     referring to the entire subsection (4)(a) which

11:02:55 15     encompasses a number of provisions, yes, the

11:03:00 16     supervisors have asked us for input or clarification

11:03:04 17     on specific things.

11:03:16 18          Q    What input or clarifications have

11:03:19 19     supervisors asked regarding subsection (4)(a)?

11:03:24 20          A    So they have asked about the 25 signed

11:03:29 21     petitions, so that's subsection (a).

11:03:38 22          Q    Let's stick with subsection (a).    Now

11:03:40 23     we're going to go through some of the other ones.    I

11:03:42 24     don't want to --

11:03:42 25          A    Okay.

11:03:42 1        Q    -- confuse you or confuse myself.    So you

11:03:50 2    say they asked about 25 signed petitions.    What sort

11:03:53 3    of questions or feedback have you gotten about

11:03:57 4    those?

11:03:57 5        A    Well, there are questions, how does -- you

11:04:01 6    know, whether 20 -- what does 25 signed petitions

11:04:03 7    mean more, because they obviously receive petitions

11:04:07 8    and they want to be able to know -- they want to be

11:04:10 9    able to enforce the law, that if someone is

11:04:13 10    submitting more than 25, that they -- and that they

11:04:18 11    need to report them, so they need to understand what

11:04:21 12    that means.

11:04:22 13        So we replied to that.    It's more than 25

11:04:27 14    per person, per petition, per election cycle, not

11:04:31 15    including themselves, the petition circulator

11:04:35 16    themselves, or their immediate family.

11:04:46 17        Q    Do you know how many requests for

11:04:50 18    clarification from supervisors you received about

11:04:53 19    that 25 signed petitions number?

11:04:59 20        A    I haven't tracked.    If I get a question

11:05:02 21    and I'm able to answer it, I'll answer it.    If it

11:05:04 22    needs -- if I need to consult with legal, I'll do

11:05:08 23    that before replying.    But, you know, it would be

11:05:11 24    one off, you know, as they -- as they ask.

11:05:15 25        Q    Okay.    Go ahead.    I'm sorry.

11:05:17  1         A   No, that's it.

11:05:18  2         Q   Do you have a ballpark?

11:05:19  3         A   No.

11:05:26  4         Q   Would you say more than half of the

11:05:30  5   supervisors have inquired about the 25 per person?

11:05:37  6         A   Again, I really didn't track the numbers.

11:05:42  7   I receive emails all the time from supervisors.

11:05:46  8         Q   And have you issued any -- has the

11:05:49  9   department issued any formal guidance on what this

11:05:52 10   25 signed petition forms number means?

11:05:57 11         A   Again, I don't believe that we -- you

11:06:01 12   know, we'll respond to individual emails.   We'll --

11:06:07 13   if we, like, conference informally.   I don't believe

11:06:14 14   that we issued any statewide supervisor answer on

11:06:20 15   that one, no.

11:06:24 16         Q   Is that the only section of (4)(a) that

11:06:26 17   you received feedback or questions about from

11:06:30 18   supervisors?

11:06:30 19         A   And we're talking about (4)(a)?

11:06:32 20         Q   Yes, (4)(a).

11:06:34 21         A   Let me take a look at it so I can see what

11:06:37 22   that -- the other inquiry would be if a petition

11:06:57 23   circulator is registered -- that's important for

11:07:04 24   them -- in order to know whether they can count a

11:07:06 25   petition or not.

11:07:09  1          Q    When you say "if a petition circulator is

11:07:12  2    registered," can you elaborate more, like, what a

11:07:16  3    question from a supervisor would look like?

11:07:19  4          A    So the question would be is, we've

11:07:21  5    received a petition from this circulator, and we

11:07:26  6    are -- we want to know -- make sure that this

11:07:29  7    petition circulator was registered during the period

11:07:35  8    in which they collected the petition.

11:07:40  9          Q    Okay.   Has your office received any

11:07:53 10    complaints related to section (4)(a) regarding

11:08:00 11    registration?

11:08:04 12          A    Again, if I've gotten something and I

11:08:08 13    may -- I don't recall specifically, this would be

11:08:10 14    more the Office of Election Crimes, whether they

11:08:15 15    received a petition from someone who wasn't

11:08:19 16    registered -- that they would notify the Office of

11:08:21 17    Election Crimes and Security.

11:08:26 18          Q    You mentioned earlier that the division

11:08:29 19    does receive complaints sometimes, correct?

11:08:33 20          A    Yes, less than before because everybody is

11:08:37 21    sort of getting trained to direct it to the

11:08:41 22    appropriate office.

11:08:42 23          Q    Okay.   And so I'm just asking,

11:08:44 24    specifically if the division has received any

11:08:46 25    complaints regarding section (4)(a) and any of its

11:08:53 1          requirements?

11:08:54 2              A   So when you say, you know, complaint,

11:08:55 3          complaining about the way the law reads or do you

11:08:57 4          mean a complaint -- I just want to make sure that --

11:08:59 5          primarily, we are going to be getting the complaints

11:09:03 6          that -- again, I'm really not tracking the nature of

11:09:12 7          the complaints that come in.

11:09:13 8                  So if there are, it could have touched on

11:09:17 9          this, that someone, you know, collected more than

11:09:21 10         25.   I don't recall.

11:09:23 11                 Again, I'm not really tracking that.    What

11:09:26 12         I'm making sure is that if I get a complaint, that

11:09:29 13         it gets to the right office so that they can

11:09:31 14         investigate that matter.

11:09:36 15             Q   And you also mentioned earlier that when

11:09:39 16         you do receive certain complaints about provisions,

11:09:42 17         they are referred to the Office of Election Crimes.

11:09:44 18         Are you aware of any referrals for prosecution under

11:09:50 19         section (4)(a)?

11:09:52 20             A   Again, that's within the Office of

11:09:53 21         Election Crimes and Security and any referrals --

11:09:57 22         you know, they probably referenced in their reports

11:10:01 23         of any referrals that they've done.   I'm not

11:10:04 24         involved in that process.

11:10:14 25             Q   We talked a little bit about guidance,

55

11:10:16  1      that there was no guidance issued regarding -- to

11:10:23  2      supervisors regarding implementing or -- (4)(a),

11:10:29  3      section (4)(a).   At what point does the department

11:10:33  4      decide to issue formal guidance?

11:10:36  5              MR. JAZIL:   Object to form.

11:10:36  6          A      Well, first, it's not that we're not

11:10:38  7      providing guidance.     When supervisors email or call

11:10:44  8      and they're asking a question, if we can answer that

11:10:46  9      question, well, that's guidance.     And it's just

11:10:50 10      informal, and it's not necessarily an email.

11:10:52 11              Any guidance that's been reduced down to

11:10:58 12      writing is going to be evidenced in the emails that

11:11:03 13      were pulled and provided as part of discovery.     So

11:11:06 14      there are -- there are emails that show that we

11:11:09 15      provided guidance on it when deemed appropriate to

11:11:12 16      do so.

11:11:12 17              Otherwise, we'd just -- you know, we'll

11:11:16 18      offer it at that time that they call, or we'll offer

11:11:19 19      it specifically in that email that they sent.

11:11:24 20      BY MS. BENNETTE:

11:11:24 21          Q      And so those emails and responses to

11:11:27 22      supervisors are just informal as you mentioned,

11:11:30 23      correct?

11:11:31 24          A      They're informal, but they're still

11:11:32 25      guidance.

56

| 11:11:33 | 1 | Q   Yeah. |
| 11:11:33 | 2 | A   Yes. |
| 11:11:34 | 3 | Q   So at what point does the department |
| 11:11:36 | 4 | decide to issue formal guidance to supervisors? |
| 11:11:41 | 5 | MR. JAZIL:   Object to form, on formal |
| 11:11:44 | 6 | guidance.   Go ahead. |
| 11:11:47 | 7 | A   So if a formal guidance is requested, we |
| 11:11:51 | 8 | will -- that's usually -- formal, in my opinion, one |
| 11:11:55 | 9 | of them is an advisory opinion, if a supervisor asks |
| 11:12:00 | 10 | for an advisory opinion. |
| 11:12:02 | 11 | Anything else is more -- if we're doing an |
| 11:12:09 | 12 | email to all the supervisors, it could be because we |
| 11:12:15 | 13 | want to make sure all of them understand that |
| 11:12:19 | 14 | whatever the interpretation or application is of |
| 11:12:22 | 15 | something, that they -- that we feel is necessary. |
| 11:12:25 | 16 | I mean, it just depends on what the topic |
| 11:12:30 | 17 | is, what the question is, and then a decision then |
| 11:12:34 | 18 | is made collectively.   I don't just do that on my |
| 11:12:38 | 19 | own.   I seek help for that. |
| 11:12:41 | 20 | BY MS. BENNETTE: |
| 11:12:41 | 21 | Q   And so with regards to questions that |
| 11:12:45 | 22 | supervisors have about what would constitute 25 |
| 11:12:53 | 23 | signed petitions for registration, how many SOE -- |
| 11:13:02 | 24 | how many supervisors would be needed in order for |
| 11:13:06 | 25 | you to issue an advisory opinion on this section, on |

11:13:11  1      this provision?

11:13:12  2          A    An advisory opinion is a formal request,

11:13:15  3      so it only takes one supervisor for an advisory

11:13:20  4      opinion.

11:13:21  5          Q    And outside of an advisory opinion, how

11:13:30  6      many supervisors would it take for the department to

11:13:35  7      issue any other formal guidance?

11:13:48  8          A    If you're talking about emails, it's

11:13:52  9      really going to depend on the topic and the

11:13:58  10     clarification that we feel is necessary.   So I think

11:14:01  11     it's sort of just a case-by-case basis.   There's no

11:14:06  12     numerical threshold.

11:14:13  13         Q    So if the department decides more clarity

11:14:19  14     is needed on a provision, they would then issue a

11:14:22  15     formal guidance?

11:14:23  16         A    Yes.

11:14:24  17             MR. JAZIL:   Object to form, on formal.

11:14:34  18     BY MS. BENNETTE:

11:14:34  19         Q    Does the department consider advisory

11:14:37  20     opinions a type of formal guidance?

11:14:40  21         A    Yes.

11:14:41  22         Q    Does the department consider any other

11:14:44  23     types of communications to be formal guidance

11:14:47  24     outside of advisory opinions?

11:14:52  25         A    Anytime that we are asking supervisors to

11:14:56  1    do something, let's say responsive to a court order

11:15:02  2    or anything like that, I would think that's a formal

11:15:05  3    directive to them.

11:15:09  4        Q    And how is that communicated?

11:15:11  5        A    Via email.

11:15:16  6        Q    And it's an email to all supervisors?

11:15:18  7        A    Correct.

11:15:42  8        Q    Did the department receive any questions

11:15:46  9    from supervisors regarding the phrase "physically

11:15:56 10    possess" in subsection (4)(a)?

11:16:05 11        A    I don't recall any.    This language is --

11:16:08 12    you know, this language, collect, deliver and

11:16:10 13    otherwise physically possess is very similar to

11:16:12 14    third-party voter registration language.   So I think

11:16:20 15    they have an understanding of what that means.

11:16:48 16        Q    In providing guidance and responding --

11:16:53 17    when implementing subsection (4)(a), the

11:16:56 18    department -- did the department look to see if --

11:16:59 19    how other states may or may not have implemented

11:17:04 20    requirements such as these?

11:17:07 21        A    As I alluded to earlier, the legislature

11:17:12 22    does what it does and every state is different.   So

11:17:19 23    we are going to interpret it the way we believe the

11:17:24 24    law is to be interpreted based on plain language and

11:17:29 25    the whereas clauses.

11:17:38  1          Q   The division implements this provision,

11:17:41  2     correct?

11:17:41  3          A   Well, we act on behalf of the Secretary of

11:17:44  4     State in his role as the chief election official,

11:17:48  5     yes.

11:17:50  6          Q   And so what steps did the department take

11:17:56  7     to implement this provision?

11:17:59  8          A   What provision are you talking about?

11:18:01  9          Q   We're still in subsection (4)(a).

11:18:02 10          A   So the entire (4)(a)?

11:18:04 11          Q   Yes.

11:18:05 12          A   Okay.   Because there are several different

11:18:06 13     things in this thing.

11:18:08 14          Q   Oh, okay.

11:18:08 15          A   So (4)(a), the supervisors are going to be

11:18:14 16     the one that have -- are going to be receiving the

11:18:17 17     petitions.   And so it would be up to them to notify

11:18:26 18     the Department of State whether there's -- whether

11:18:29 19     they believe there's been a violation regarding

11:18:32 20     this.

11:18:36 21          Q   And this is referring to registration as a

11:18:39 22     petition circulator?

11:18:40 23          A   No, this (4)(a).

11:18:44 24          Q   Is referring to a person --

11:18:46 25          A   The 25 signed, which is a trigger for

11:18:49  1          whether somebody should be registering or not.

11:18:53  2                  So now I forget what your question was

11:19:03  3          again.   Can you repeat that?

11:19:06  4              Q    It was a broad question.   It was a broad

11:19:08  5          question.

11:19:08  6              A    Yeah.

11:19:08  7                  MS. BENNETTE:   I think I probably want to

11:19:22  8          take maybe a five-minute break.

11:19:26  9                  (A recess took place from 11:19 a.m. to

11:19:30 10           11:30 a.m.) ^^^^    first

11:31:40 11          BY MS. BENNETTE:

11:31:47 12              Q    So, Ms. Matthews, House Bill 1205 requires

11:31:51 13          circulators to register regardless of whether

11:31:55 14          they're volunteers or not volunteers, correct?

11:31:59 15              A    No.   The law requires them to register if

11:32:03 16          they are going to be collecting more than 25.

11:32:08 17              Q    Twenty-five petitions?

11:32:09 18              A    Signed petitions.

11:32:10 19              Q    Signed petitions.   And this applies to

11:32:14 20          volunteer and paid circulators, correct?

11:32:18 21              A    The law did away with the terminology

11:32:22 22          "paid."   So really the trigger is the threshold of

11:32:26 23          the amount of petitions that you're going to be

11:32:28 24          gathering.   So it's not volunteer and paid petition

11:32:33 25          circulators; it's personal use petitions and

11:32:38  1          petition circulators.

11:32:41  2              Q    But you would agree if I'm registering as

11:32:43  3          a petition circulator, and I'm not getting paid, and

11:32:46  4          I physically possess more than 25 signed petitions,

11:32:50  5          I must register?

11:32:51  6              A    You're reg- -- if you register, you're

11:32:54  7          registered as a petition circulator, yes.    Whether

11:32:56  8          you end up doing the 25 or not, no.    But you've

11:33:00  9          registered now as a petition circulator and you have

11:33:03  10         to use the petition circulator form when you're

11:33:06  11         circulating.

11:33:09  12             Q    And you're aware that the stated purpose

11:33:14  13         of the registration requirement is fraud prevention?

11:33:23  14             A    Correct.

11:33:23  15             Q    Do you have any knowledge of any fraud

11:33:27  16         committed by volunteer -- petition circulators that

11:33:32  17         are not paid?

11:33:34  18             A    I would have to defer to the Office of

11:33:36  19         Election Crimes and Security as to whether they have

11:33:40  20         received any complaints regarding fraud by, you

11:33:44  21         know, persons using personal use forms.

11:33:51  22             Q    And that would be questions for

11:33:54  23         Ms. Jillian Pratt?

11:33:56  24             A    Correct.

11:34:02  25             Q    Turning to another provision within House

62

11:34:04  1          Bill 1205, the petition circulator eligibility

11:34:07  2          requirements.   Are you familiar with those?

11:34:09  3              A   Yes.

11:34:11  4              Q   And these are categories of individuals

11:34:14  5          that are restricted from collecting signatures or

11:34:18  6          initiative petitions, correct?

11:34:20  7              A   Yes.

11:34:21  8              Q   And so one prohibition is on persons that

11:34:26  9          have been convicted of a felony and have not had his

11:34:30 10          or her right to vote restored, correct?

11:34:33 11              A   Yes.

11:34:34 12              Q   And did the Department of State provide

11:34:38 13          any input, technical assistance or recommendations

11:34:40 14          regarding this specific provision?

11:34:44 15              A   To who?

11:34:44 16              Q   To the legislature.

11:34:46 17              A   No.   We have no input on this law.

11:34:51 18              Q   What steps does the department currently

11:34:52 19          take and plan on taking -- well, let's start with,

11:34:55 20          what steps has the department taken to implement

11:35:00 21          this restriction?

11:35:03 22              A   So to register as a petition circulator,

11:35:08 23          it's an online form application and very similar to

11:35:13 24          a voter registration application.   It'll ask you,

11:35:16 25          have you ever been convicted of a felony, and if so

11:35:22   1      without your voting rights restored; it uses the

11:35:26   2      same language that is in the voter registration

11:35:29   3      application.   So same thing, with citizenship,

11:35:31   4      residency, if it's not a -- they also ask if you

11:35:39   5      have a Florida driver's license, and the residency.

11:35:42   6           So the application form is the form that

11:35:48   7      the individual has to affirm that they are eligible

11:35:51   8      for it.   And we take that on its face, until there

11:35:55   9      is a complaint or somebody says there's -- you know,

11:35:59  10      that this is not true, that they falsely completed

11:36:03  11      the application.

11:36:05  12           Q    And so the division was responsible for

11:36:08  13      adding questions related to -- well, a question

11:36:12  14      related to a person's prior felony convictions to

11:36:16  15      the registration application?

11:36:17  16           A    So the registration application, online

11:36:20  17      application is based on the law's requirements.   So

11:36:23  18      we didn't add anything that the law didn't require

11:36:26  19      in that -- in that regard.

11:36:27  20           So the law said that these individuals

11:36:30  21      can't, so the way we did that was by saying you have

11:36:33  22      to affirm that you aren't.

11:36:38  23           Q    And just to clarify, I wasn't asking if

11:36:40  24      you added anything; I just wanted to clarify that

11:36:43  25      you were the entity responsible for adding that

11:36:47  1      affirmation?

11:36:48  2          A    Yes, for creating the online application,

11:36:51  3      correct, or modifying it because people could -- the

11:36:58  4      registration program for petition circulators did

11:37:00  5      exist before this law.   We just changed some things.

11:37:04  6          Q    And do you know, was it -- do you know why

11:37:07  7      the legislature chose to prohibit individuals with

11:37:10  8      felony convictions from collecting initiatives?

11:37:13  9              MR. JAZIL:   Object to form.

11:37:13 10              You can answer.

11:37:14 11          A    Again, I would refer to the whereas

11:37:16 12      clauses.   I would refer to the legislative, you

11:37:22 13      know, history.   I would refer to any of our

11:37:26 14      pleadings in which it's, you know, the basis for it,

11:37:29 15      the reason why they feel that this -- these

11:37:36 16      individuals are not appropriate for circulating

11:37:44 17      petitions.

11:37:44 18      BY MS. BENNETTE:

11:37:46 19          Q    And in those various documents, the stated

11:37:51 20      purpose is fraud, correct?

11:37:53 21          A    To prevent and deter fraud.

11:37:57 22          Q    Has the department identified any pattern

11:37:59 23      of fraud or abuse attributable to individuals with

11:38:02 24      prior felony convictions?

11:38:04 25          A    Again, I defer to the Office of Election

65

11:38:05  1           Crimes and Security and their report.

11:38:13  2                Q    And backtracking a bit to the form.   You

11:38:20  3      mentioned that on the form, an individual who's

11:38:23  4      seeking to register has to affirm that they do not

11:38:29  5      have a prior felony conviction or has had their

11:38:32  6      rights to vote restored, correct?

11:38:33  7                A    Yeah, it's a question.    How it's worded

11:38:34  8      is -- yeah, they either have to answer yes or no.

11:38:38  9                Q    And that specific affirmation is the way

11:38:43 10      the department chose to verify this requirement -- I

11:38:47 11      mean, this restriction?   Well, verify that a person

11:38:50 12      did not have a prior felony conviction?

11:38:53 13                A    We're relying on them to affirm under oath

11:38:56 14      that they are eligible.

11:39:00 15                Q    And just to clarify and save a bit of your

11:39:15 16      time, any questions that ask about -- that I have

11:39:19 17      asked about evidence of fraud regarding any of these

11:39:22 18      provisions will rest within the Office of Election

11:39:27 19      Crimes?

11:39:28 20                A    Yes, and to whatever extent the pleadings

11:39:31 21      don't also shed any light on that as well, yes.

11:39:34 22                Q    Okay.   You mentioned that you rely on the

11:39:47 23      affirmation when a person registers of whether or

11:39:50 24      not -- that's a convoluted question.

11:39:54 25                You mentioned that you rely on a person

11:39:56  1          affirming they have not been convicted of a felony

11:39:58  2          or had their rights to vote restored when they apply

11:40:03  3          to be a circulator, correct?

11:40:05  4              A     That is correct.   Now, the caveat, there

11:40:07  5          was the injunction period in which there were some

11:40:10  6          things that were done a little differently.      So if

11:40:15  7          someone affirmed that they weren't, whatever the

11:40:20  8          instructions were at that time from the Court, we

11:40:23  9          let that process, you know, the application through;

11:40:26 10           and then whatever -- then afterwards, we had to go

11:40:31 11           back.   So we did search on that, but not on any --

11:40:38 12           that's not the process now.

11:40:40 13              The process is just like a voter

11:40:43 14          registration application.     I'm affirming I'm

11:40:45 15          eligible, and until and when the state finds out

11:40:49 16          there's some reason that I'm not, then that's when

11:40:51 17          we act.

11:40:53 18              Q     And so there is no individualized

11:41:00 19          assessment of a person's prior felony convictions

11:41:04 20          when they apply?

11:41:05 21              A     The process as it is right now, no.

11:41:09 22              I do want to clarify, on the residency,

11:41:27 23          when their address has to be tied in.     So that would

11:41:32 24          be --

11:41:33 25              Q     We'll get to that provision.

11:41:41  1          Under this, what I call the returning

11:41:44  2   citizen ban, an individual with a felony conviction

11:41:50  3   may collect initiative petitions or signatures if

11:41:54  4   their voting rights have been restored, correct?

11:41:57  5          A   Yeah, the statement that has to be

11:41:59  6   included is set out in the law.

11:42:03  7          Q   Okay.   And so if I -- if someone is

11:42:18  8   registering to be a petition circulator, the

11:42:21  9   distinction between whether they can register or not

11:42:25 10    is based on their voting rights status?

11:42:29 11          A   It's based on them being able to affirm

11:42:33 12    that they satisfy all the requirements to be a

11:42:37 13    petition circulator.

11:42:39 14          Q   And one of those requirements is to have

11:42:41 15    your voting rights restored?

11:42:43 16          A   If you've been convicted of a felony

11:42:53 17    violation, yes.

11:42:55 18          Q   Since House Bill 1205 took effect, how

11:42:59 19    many investigations has the Department of State

11:43:02 20    initiated or participated in concerning alleged

11:43:05 21    violations of this provision?

11:43:07 22          A   I yield to the -- or defer to the Office

11:43:10 23    of Election Crimes and Security.

11:43:13 24          Q   You mentioned earlier that sometimes

11:43:15 25    your -- the division is asked for information.    So

11:43:19  1     when I refer to participation, I'm referring also to

11:43:22  2     information.

11:43:22  3          So to rephrase, since it took effect, has

11:43:29  4     the Division of Elections been involved with or

11:43:33  5     participated in any alleged violations of this

11:43:36  6     provision?

11:43:38  7          A    Again, only to the extent that maybe OECS

11:43:43  8     needs information that it doesn't have access to

11:43:46  9     regarding a voter reg- -- a voter reg- -- a voter,

11:43:53 10     but -- and other than we act as a pass-through for

11:43:59 11     complaints that we refer to them.

11:44:01 12          Q    And you mentioned information it doesn't

11:44:04 13     have access to.   What information would the division

11:44:07 14     have access to that OECS would be requesting?

11:44:13 15          A    Actually, I don't know that there's much

11:44:14 16     that they don't have access to.   So I don't -- I

11:44:18 17     don't know at this point what that would be.

11:44:39 18          Q    And has there ever been any instances --

11:44:40 19     you said you don't know if there is much you haven't

11:44:43 20     been asked for, but has there ever been any specific

11:44:47 21     instances where OECS has asked for information about

11:44:50 22     violations of this return citizen ban?

11:44:57 23          A    I really don't recall any.   Again, you

11:44:58 24     know, we use the same databases and information, so

11:45:03 25     I think they have the resources and sources they

11:45:06  1          need to do their investigation.

11:45:10  2                  Q    And what database would that be?

11:45:13  3                  A    Everything from the voter registration

11:45:16  4          system to the Department of Highway Safety's DAVID

11:45:21  5          system, which is their driver's license database, to

11:45:24  6          the Department of Homeland Security's SAVE database.

11:45:28  7          And then there's supervisors, for whatever

11:45:31  8          assistance, they can call and reach out to them and

11:45:35  9          get whatever additional information that they need.

11:45:45 10                  I'm sorry, I did want to -- they would, if

11:45:49 11          petition -- registered petition -- petition

11:45:53 12          circulators, so any information about when a

11:45:56 13          petition circulator registered and their periods of

11:45:59 14          activity or inactivity, that may be something that

11:46:03 15          they would ask us for.

11:46:04 16                  Q    Okay.   So to that point about supervisors,

11:46:08 17          have supervisors -- since the passage of HB 1205,

11:46:12 18          has supervisors -- any supervisors reached out to

11:46:15 19          the division regarding guidance, informal or formal,

11:46:20 20          about the returning citizen ban?

11:46:25 21                  A    No, because that again is part of the

11:46:28 22          online.   Now, if they received information from

11:46:32 23          another source that gave them the heads up that said

11:46:38 24          that a person was -- someone who submitted a

11:46:40 25          petition was by a circulator and that that

11:46:46   1        circulator may not have been eligible, they will

11:46:49   2        submit that complaint to the Office of Election

11:46:53   3        Crimes.

11:46:53   4             But that's just a hypothetical.   I

11:46:55   5        don't -- I don't know that that's been done or that

11:46:57   6        that's happened.

11:47:21   7             Q    Does the department know or has it

11:47:23   8        attempted to find out the number of returning

11:47:25   9        citizens in Florida that would be affected by this

11:47:29  10        provision, referring specifically to the returning

11:47:31  11        citizen ban?

11:47:34  12             A    What do you mean by "returning"?   I don't

11:47:36  13        understand.

11:47:38  14             Q    So, sorry, it's a summary of that.   So the

11:47:44  15        ban on individuals that have been convicted of a

11:47:46  16        felony.  Does the department know or has it

11:47:52  17        attempted to find out the number of individuals with

11:47:54  18        prior felony convictions that would be barred from

11:47:59  19        circulating petitions under this provision?

11:48:02  20             A    No.   I mean, we do have a process for once

11:48:06  21        a person is registered to find out if they're

11:48:08  22        eligible for being registered but not for petition

11:48:17  23        circulators.

11:48:20  24             Q    Can you explain to me the distinction

11:48:21  25        between eligibility and registering to be a petition

11:48:26  1      circulator?

11:48:28  2          A    So what I mean is that petition cir- -- we

11:48:30  3      are not monitoring individuals who have been

11:48:34  4      convicted of a felony and have had their rights

11:48:36  5      restored, except in this extent -- context of voter

11:48:42  6      registration.

11:48:43  7          Q    Okay.  You don't monitor it for petition

11:48:49  8      circulation?

11:48:50  9          A    If the person affirms it on their online

11:48:54 10      application under penalty of law, then that's --

11:48:56 11      again, it would have to be because somebody has

11:49:00 12      alerted the department, whether it's the Supervisor

11:49:02 13      of Elections, the voter himself, or someone else,

11:49:07 14      that potentially a petition circulator is not

11:49:10 15      eligible.

11:49:18 16          Q    Another provision within House Bill 1205

11:49:21 17      is a ban on individuals that are not citizens of the

11:49:26 18      United States from collecting signatures for

11:49:29 19      initiative petitions, correct?

11:49:31 20          A    Yes.

11:49:32 21          Q    And once again, does Department of State

11:49:37 22      provide any input, technical assistance or

11:49:40 23      recommendations to the legislature regarding this

11:49:42 24      provision?

11:49:43 25          A    No.

11:49:45  1        Q    Do you know what problem this provision

11:49:47  2    was intended to address?

11:49:49  3        A    Again, I would defer to the legislation,

11:49:51  4    the whereas clauses, the OECS report, our

11:49:57  5    legislative -- our pleadings, the position that --

11:50:03  6    for why non-citizens are banned.

11:50:09  7        Q    And deferring to those documents, the

11:50:21  8    stated problem is fraud, correct?

11:50:23  9        A    Yes.

11:50:27 10        Q    Do you know, does the department have any

11:50:34 11    data generally linking citizenship status to

11:50:39 12    petition fraud?

11:50:39 13            MR. JAZIL:   Object to form.   You can

11:50:41 14    answer.

11:50:41 15        A    Again, I would defer to the Office of

11:50:43 16    Election Crimes and Security.

11:50:45 17    BY MS. BENNETTE:

11:50:56 18        Q    What steps did the department take to

11:50:58 19    implement or enforce this provision?

11:51:04 20        A    Which provision are you speaking about?

11:51:07 21        Q    Does the department implement and enforce

11:51:10 22    the non-citizen restriction in the same way that it

11:51:13 23    does with the restriction on individuals with felony

11:51:16 24    convictions?

11:51:18 25        A    The process is the same.   The online

73

11:51:19  1  application, you have to affirm it.   If you affirm

11:51:23  2  it, and you're affirming it under oath.   Then the

11:51:26  3  application is processed, assuming you satisfy all

11:51:32  4  the other requirements.

11:51:33  5      Q   So the department doesn't independently

11:51:35  6  verify whether a person collecting signatures is a

11:51:37  7  U.S. citizen?

11:51:39  8      A   No, except to the extent during that

11:51:41  9  injunction period.

11:51:44 10      Q   Has the department received any --

11:51:48 11  provided or participated in any -- has the

11:51:54 12  department participated in any investigations

11:51:56 13  related to violations of the non-citizen ban?

11:52:01 14      A   I would defer to the OECS for whether --

11:52:03 15  and I think the report -- the report and OECS would

11:52:11 16  be able to shed light on that.   I don't have

11:52:14 17  anything that I know of.

11:52:16 18      Q   Specifically, has the division

11:52:18 19  participated in any -- or provided information in

11:52:21 20  any violation -- in any investigations of violations

11:52:25 21  of the non-citizen ban?

11:52:32 22      A   I don't believe so because they have --

11:52:34 23  they have the access to resources that we have,

11:52:36 24  so --

11:52:52 25      Q   Was any guidance or training provided to

11:52:56  1          supervisors regarding this restriction by the

11:53:00  2          department?

11:53:01  3              A    No.    Again, this program is within the

11:53:04  4          purview of the division or the department.

11:53:31  5              Q    Turning to what I am going to refer to as

11:53:37  6          the nonresident ban, House Bill 1205 prohibits a

11:53:43  7          person from collecting signatures or initiative

11:53:46  8          petitions if the person is not a resident of the

11:53:48  9          state of Florida, correct?

11:53:50 10              A    Yes.

11:53:51 11              Q    And just for clarity, I'm going to be

11:53:54 12          referring to that -- referring to it as the

11:53:58 13          nonresident ban, is that okay?

11:53:59 14              A    Yes.

11:54:00 15              Q    And did the Department of State, including

11:54:04 16          the Division of Elections, provide input, technical

11:54:08 17          assistance or recommendations to the legislature

11:54:11 18          regarding the nonresident ban?

11:54:13 19              A    No.

11:54:15 20              Q    And based on the reports and data provided

11:54:23 21          and documents provided, this provision, the stated

11:54:29 22          interest -- the stated problem this provision was

11:54:31 23          intended to address is fraud, correct?

11:54:35 24              A    Fraud and -- yes.    It's set out in the

11:54:44 25          whereas clauses and also based on the report, the

11:54:52  1      OECS reports.

11:54:52  2          Q    And what steps does the division take to

11:54:56  3      implement or enforce the nonresident ban?

11:55:00  4          A    Well, there's a question that they have to

11:55:05  5      check on and then we have an address; they also have

11:55:13  6      to provide a Florida driver's license or an SSN4.

11:55:17  7      And they also have to -- we'll check to see if that

11:55:21  8      address is a Florida address.

11:55:29  9          Q    Can you walk me through how the division

11:55:37  10     reviews an individual's residency status when they

11:55:41  11     receive an application for petition circulation?

11:55:46  12         A    Technically, the application is submitted

11:55:52  13     online.   Then if there is a -- I believe if the

11:55:58  14     address is in question, then it gets sent to our

11:56:06  15     staff who's able to review it.

11:56:08  16          They also have to make sure they have a

11:56:10  17     signature update, scanned image, with the

11:56:13  18     application.   So anything that there is an issue

11:56:16  19     with the online application, it then goes through a

11:56:20  20     manual review.

11:56:23  21         Q    And that manual review entails what

11:56:27  22     specific process?

11:56:30  23         A    Ensuring that the address is a Florida

11:56:35  24     address and also that the signature has been updated

11:56:38  25     with -- uploaded with the application.

76

11:57:00  1          Q       How does the department define Florida

11:57:02  2     resident?

11:57:04  3          A       Well, for that purpose, for Florida

11:57:07  4     resident, it's the person's, someone's state of mind

11:57:15  5     and affirming, just like in a voter registration

11:57:18  6     application, and then that they provide a

11:57:21  7     residential address, you know, legitimate Florida

11:57:26  8     residence, residential address.

11:57:30  9          Q       And so when a person affirms that they are

11:57:40 10     a Florida resident and provides a driver's license

11:57:44 11     with a residential address, the department -- does

11:57:48 12     the department then consider them a Florida

11:57:51 13     resident?

11:57:52 14          A       The law requires them -- the petition

11:57:55 15     registration process requires them to provide --

11:57:58 16     that they have to affirm that they're a resident,

11:58:01 17     that they have to also provide a Florida driver's

11:58:03 18     license or SSN4, that's the identifier, personal

11:58:07 19     identifier, and then a residential address.

11:58:12 20          Q       Does it matter if their residential

11:58:13 21     address is permanent?

11:58:19 22          A       I can't -- so it asks for the permanent

11:58:29 23     address and then it also asks for a temporary

11:58:34 24     address.    The point is so that if they need to serve

11:58:43 25     process, I think that's why they want to have it --

11:58:47  1    make sure also that it's a Florida residence, a

11:58:51  2    Florida address at some point, yeah.

11:58:53  3        Q    And the service process provision was in

11:59:00  4    the statute prior to House Bill 1205?

11:59:03  5        A    Yes, it actually was.   And so was the

11:59:06  6    other address.   I mean, they had to provide a

11:59:09  7    permanent address or temporary if it was applicable.

11:59:13  8        Q    Which address does the department use to

11:59:15  9    verify residency, the permanent or temporary?

11:59:25 10        A    I think as long as there is a Florida

11:59:28 11    address, that it's processed through.

11:59:36 12        Q    If someone specifies that they have a

11:59:39 13    Florida address with a permanent or temporary but

11:59:42 14    does not provide a Florida driver's license, could

11:59:46 15    they claim Florida residency for the purposes of

11:59:49 16    petition circulation?

11:59:50 17        A    They could because the law -- well,

11:59:52 18    actually, it says that it has to be and, so it's

11:59:55 19    both.

11:59:56 20        Q    Okay.   So if an individual does not have a

11:59:59 21    Florida driver's license but has an address in

12:00:03 22    Florida, they would not qualify to circulate

12:00:06 23    petitions, correct?

12:00:08 24        A    The way I'm reading it, it says the

12:00:13 25    applicant's name, permanent address, temporary

12:00:15  1    address if applicable, date of birth, Florida

12:00:18  2    driver's license or Florida ID and the last four, so

12:00:23  3    I don't believe there's a choice.

12:00:25  4        Q    Okay.   Has the division received any

12:00:49  5    inquiries or feedback from supervisors -- sorry.

12:00:53  6            Has the division received any complaints

12:00:58  7    regarding violations of the Florida residency

12:01:02  8    requirement?

12:01:05  9        A    I would defer to OECS whether they've --

12:01:07 10    and we may have -- again, as pass-through

12:01:11 11    complaints, they -- they're more directly sending

12:01:18 12    them to the Office of Election Crimes and Security

12:01:21 13    because they know that's the office that's going to

12:01:23 14    end up investigating.   So I would defer to them as

12:01:26 15    to whether they've gotten any in which they have any

12:01:30 16    concerns about a petitioner not being registered or

12:01:34 17    not being eligible.

12:01:35 18        Q    And so the division does sometimes receive

12:01:38 19    complaints regarding eligibility as a petition

12:01:42 20    circulator?

12:01:44 21        A    I can't at this moment tell you, but if we

12:01:47 22    have, then my process is to forward it on to the

12:01:51 23    Office of Election Crimes and Security.

12:01:53 24        Q    Do you know how many complaints you

12:01:56 25    forwarded on to the Office of Election Crimes and

12:01:57  1         Security?

12:01:59  2              A    No, I'm not tracking that.    There's a

12:02:03  3    variety of complaints that come in, so --

12:02:32  4              Q    Let's move on to a different provision of

12:02:34  5    House Bill 1205.

12:02:35  6                   House Bill 1205 requires the collection

12:02:42  7    and handling of -- sorry.    House Bill 1205 requires

12:02:46  8    a petition form to ask a voter for various personal

12:02:56  9    identifying information, right?

12:02:59 10              MR. JAZIL:   Object to form.   Counsel,

12:03:00 11         could you point to the provision?

12:03:02 12              MS. BENNETTE:   Yeah, I was about to.

12:03:06 13              A    The law sets out what the petition form

12:03:09 14    has to include to elicit and what the voter has to

12:03:17 15    fill out.

12:03:18 16              MS. BENNETTE:   And we're referring to

12:03:20 17         clarification to 100, Section 100.731,

12:03:22 18         subsection (3)(c) in the Florida Statutes.

12:03:30 19              MR. JAZIL:   Thank you.

12:03:30 20    BY MS. BENNETTE:

12:03:31 21              Q    And for the purposes of this line of

12:03:35 22    questioning, I'm going to refer to it as the voter

12:03:39 23    disclosures, is that okay?

12:03:41 24              A    That's fine.

12:03:42 25              Q    Okay.   So under this section of the bill,

12:03:51  1       under this section of statute, a voter must provide

12:03:56  2       their driver's license number or Florida

12:03:58  3       identification card number or the last four digits

12:04:01  4       of the voter's Social Security number when filling

12:04:06  5       out a petition form, correct?

12:04:09  6              A    Correct.

12:04:10  7              Q    And did the Department of State and the

12:04:10  8       Division of Elections provide input, technical

12:04:17  9       assistance or recommendations to the legislature

12:04:19 10        regarding this provision?

12:04:20 11              A    No.

12:04:23 12              Q    Does the department support the adoption

12:04:25 13       of using -- eliciting this information?

12:04:29 14                  MR. JAZIL:   Object to form.   You can

12:04:31 15          answer.

12:04:31 16              A    Again, we enforce whatever the legislature

12:04:35 17       enacts.   And I'm sure in our pleadings we've stated

12:04:39 18       what our position is and why this was necessary,

12:04:42 19       that the legislature felt it necessary to require

12:04:52 20       the petition to elicit this information.

12:04:54 21       BY MS. BENNETTE:

12:05:07 22              Q    Prior to House Bill 1205, were there --

12:05:16 23       did you receive any concerns from supervisors

12:05:25 24       regarding the lack of this information on a petition

12:05:28 25       form?

12:05:32  1         A    I don't specifically recall anything like

12:05:36  2    that.   I do recall that there were concerns that

12:05:42  3    there were people who had filled out the petition

12:05:46  4    form and that it wasn't the purported voter.

12:05:51  5         Q    The supervisors are already able to verify

12:05:57  6    this information using existing data, correct?

12:06:02  7         A    Verify --

12:06:05  8         Q    Whether a person is who they state,

12:06:07  9    whether a person is who they state they are on an

12:06:11 10     application?

12:06:14 11         A    You mean on the petition?

12:06:15 12         Q    On the petition, sorry, yes.

12:06:17 13         A    Well, the thing is, we have a broad public

12:06:21 14    records law and it is possible for individuals, if

12:06:27 15    they want to perpetuate fraud to be able to gather

12:06:33 16    previously what the law required, like their name,

12:06:37 17    their date of birth, their address, even their voter

12:06:41 18    registration number and their date of birth.

12:06:43 19         What isn't public is the Florida driver's

12:06:45 20    license and Florida ID card or the SSN, so that adds

12:06:52 21    a level of -- I don't know how to say it --

12:06:56 22    assurance that the person who filled it out was --

12:07:00 23    is that person and not that it was filled out by the

12:07:04 24    petition circulator, or that it's not a fictitious

12:07:09 25    person or someone who, you know, is deceased, so --

12:07:14  1          because presumably only the person who -- the voter

12:07:18  2          would know that information.

12:07:24  3                   Q    When a person fills out a petition form

12:07:29  4          and submits this information on that form, who

12:07:35  5          verifies that the person is -- or does anybody

12:07:40  6          verify that the person is who they say they are on

12:07:43  7          that petition form?

12:07:46  8                   A    Well, again, I go to that -- those

12:07:49  9          personal identifier numbers, that that is a pretty

12:07:52 10          strong indicator.    They're going to be looking, when

12:07:54 11          they verify petitions -- first of all, they have to

12:07:57 12          find out if this person is registered.    Most voter

12:08:02 13          registration records have one or both of these

12:08:07 14          identifiers in it.    And then there's going to be the

12:08:10 15          voter's signature.

12:08:11 16                   So it's all -- that's all part of the

12:08:13 17          multifactor verification of that signature, of that

12:08:18 18          petition, that it, indeed, was, you know, signed by

12:08:22 19          that person.

12:08:23 20                   Q    And when you say "they," you're referring

12:08:25 21          to supervisors when they're verifying?

12:08:29 22                   A    I apologize, yes, supervisors and their

12:08:30 23          staff that are involved in that.

12:08:37 24                   Q    And has the department ever received any

12:08:44 25          information from supervisors prior to House Bill

12:08:46  1        1205 that they were unable to verify the identity of

12:08:54  2        voters signing petition forms?

12:08:57  3            A    Well, the petition verification program

12:09:01  4        does allow for you to, if you're unable -- let's say

12:09:05  5        a petition has been signed by a person that they

12:09:09  6        can't find on the registration, then it's -- it

12:09:13  7        can't be verified.    So there may -- there may have

12:09:19  8        been a process, and I don't know if they -- if they

12:09:22  9        filed a complaint with the department about that.

12:09:25 10            Again, I do -- would refer to the OECS

12:09:29 11        reports because they probably do allude to that.

12:09:33 12        And I think the whereas clauses did too about, you

12:09:36 13        know, things being filled out by somebody that -- a

12:09:40 14        fictitious person.

12:09:41 15            And I do remember that there was at least

12:09:45 16        one or two supervisors' offices in which somebody

12:09:49 17        had filled their petition out and it actually was --

12:09:52 18        involved SOE staff.    And so they were like, wait a

12:09:57 19        minute, I never signed this.

12:09:59 20            Q    And so prior to House Bill 1205, the

12:10:03 21        passage of House Bill 1205, supervisors were able to

12:10:09 22        identify when a voter was not the person signing the

12:10:14 23        petition form?

12:10:16 24            A    Well, what they could do is that they

12:10:19 25        could verify whether the person was registered, if

12:10:23  1          they could find it based on the information that

12:10:25  2          they had there.     They -- but what this does is add

12:10:31  3          an element of making sure that it is the voter who

12:10:35  4          completes the application.

12:10:39  5              Q      And --

12:10:41  6              A      Or not the application.

12:10:42  7              Q      The petition form?

12:10:43  8              A      Sorry, the petition.   Now I'm guilty.

12:10:49  9              Q      But based on the instances that you

12:10:51 10          mentioned regarding the filling the information,

12:10:56 11          this was before House Bill 1205 was passed, correct?

12:11:00 12              A      Correct.    Again, it's just to ensure that

12:11:02 13          it's definitely the voter who's completing the

12:11:05 14          petition.

12:11:07 15              Q      Do you know if there are any safeguards in

12:11:09 16          place to prevent misuse of this information once

12:11:14 17          collected?   I'm referring to the driver's license

12:11:18 18          number and identification card number and the last

12:11:21 19          four of the voter's Social Security number.

12:11:26 20              A      As I stated before, all the information is

12:11:30 21          public on this petition form, but for the driver's

12:11:33 22          license and Social Security.     And I believe there's

12:11:36 23          a provision in the statute of using -- you know,

12:11:41 24          taking any information that's -- and using it for

12:11:45 25          other purposes like the personal -- you know, what's

85

12:11:47  1      not public record.

12:12:14  2          Q      Since House Bill 1205 has taken effect,

12:12:18  3      how many have you -- has the department received any

12:12:25  4      additional -- how many complaints about misuse of

12:12:41  5      voter personal information has the division

12:12:44  6      received?

12:12:47  7          A      Again, I'll have to defer to the

12:12:49  8      department -- I mean, the Office of Election Crimes

12:12:51  9      and Security.

12:12:52  10         Q      So the division has not received any

12:12:54  11     complaints about misuse of personal information?

12:12:58  12         A      Again, I would rely on the reports that

12:13:00  13     the OECS has filed because they're the ones that are

12:13:04  14     charged with investigating any complaints regarding

12:13:07  15     any misuse.   I can't say that I didn't get a

12:13:11  16     complaint that I ended up again referring to, but I

12:13:18  17     don't recall.

12:13:22  18         Q      So to your knowledge, you don't recall any

12:13:25  19     complaints received regarding misuse of personal

12:13:27  20     information?

12:13:29  21         A      I'm saying I don't track the complaints

12:13:31  22     that I end up referring to OECS to see, you know,

12:13:35  23     what that -- what it was.   I get a lot of email.

12:13:50  24         Q      Overall, the department -- to clarify, the

12:13:53  25     department does not track what types of complaints

12:13:56   1       it receives from supervisors or voters regarding

12:14:02   2       election -- petition-related issues?

12:14:05   3            A    The Division --

12:14:06   4            Q    The division, sorry.

12:14:07   5            A    The Division of Elections is not involved

12:14:08   6       in tracking that.    I mean, our job is if we get a

12:14:12   7       complaint, the appropriate office is the Office of

12:14:15   8       Election Crimes and Security.

12:14:17   9                 I am very sure that they are tracking what

12:14:21  10       they do, but I would just defer to them to ask.

12:14:24  11            Q    And based on your earlier

12:14:29  12       characterization, the division acts as a

12:14:33  13       pass-through?

12:14:33  14            A    Correct.

12:14:48  15            Q    And the only information that is tracked

12:14:51  16       by the department would be investigations referred

12:14:56  17       to the Office of Election Crimes and Security?

12:14:58  18            A    Again, I would -- how they operate,

12:15:01  19       whether they're tracking by complaints, by

12:15:05  20       investigations, by referrals, that's -- that is all

12:15:09  21       within the Office of Election Crimes, so I cannot --

12:15:12  22       I can't speak on how they're -- how they're

12:15:13  23       operating and tracking the complaints that they

12:15:17  24       receive.

12:15:18  25            Q    I was just asking specifically about the

87

12:15:21  1        division.

12:15:21  2            A      The division does not.   You said

12:15:24  3        department, so I wanted to be clear.

12:15:27  4            Q      Yeah.

12:15:28  5            A      Okay.

12:15:29  6            Q      Turning to --

12:15:31  7                MR. JAZIL:   Do we want to take a break for

12:15:32  8        lunch, if you are turning to a new topic?

12:15:34  9        We've been going 45 minutes, yeah.

12:15:39 10                MS. BENNETTE:   Give me -- let me just make

12:15:40 11        sure I'm tied up with this.     All right.

12:15:45 12            (A recess took place from 12:15 p.m. to

12:15:47 13        1:00 p.m.)

13:04:20 14        BY MS. BENNETTE:

13:05:32 15            Q      Let's get started again.   We are moving to

13:05:36 16        a section on requirements related to when petition

13:05:42 17        forms have to be returned.     So I'll be referring to

13:05:47 18        subsection (7)(a) of 100.371.   And this provision

13:05:53 19        requires a sponsor to deliver a petition form to the

13:05:56 20        Supervisor of Elections in the county where the

13:05:59 21        voter resides within ten days after the voter signs

13:06:02 22        the form, is that right?

13:06:04 23            A      Correct.

13:06:06 24            Q      And for purposes of this line of

13:06:08 25        questioning, I'm going to just refer to it as return

13:06:11  1     requirements.    Is that okay?

13:06:12  2         A     Yes.

13:06:13  3         Q     So the statute requires that the petition

13:06:23  4     form be promptly delivered to the Supervisor of

13:06:26  5     Elections, correct?

13:06:28  6         A     Yes.

13:06:29  7         Q     How did the department interpret the

13:06:30  8     requirement that a petition be promptly delivered?

13:06:34  9         A     Well, it's defined by that ten -- ten

13:06:38 10     days.   So it's got to be within ten days after the

13:06:40 11     voter signs the petition form.

13:06:46 12         Q     And when you say "ten days after the voter

13:06:48 13     signs," if the petition is mailed, is compliance

13:06:57 14     measured by the date the petition is mailed or the

13:07:00 15     date it's received by the supervisor?

13:07:03 16         A     It's the date received.

13:07:08 17         Q     And is receipt measured by actual or --

13:07:13 18     how is receipt measured by as far as possession by

13:07:18 19     the supervisor?

13:07:22 20         A     It's going to be from the date it was

13:07:23 21     signed.

13:07:26 22         Q     When from the date signed?

13:07:29 23         A     By the voter.

13:07:29 24         Q     So if a supervisor -- maybe a couple of,

13:07:33 25     like, hypotheticals might help.   So if a

89

13:07:35  1        supervisor -- well, if a petition sponsor mails

13:07:40  2        signed petitions to the supervisor and they have a

13:07:43  3        P.O. Box and the supervisor that -- those petitions

13:07:48  4        get to the P.O. Box within ten days, but the

13:07:51  5        supervisor doesn't check the P.O. Box until the

13:07:55  6        twelfth day after the voter signed, would that be

13:07:59  7        considered promptly delivered?

13:08:01  8            A    It's got to be delivered to the

13:08:03  9        supervisors, so however the supervisor deems that's

13:08:07 10        been delivered to their office.   I don't know that

13:08:09 11        I've -- we've had that question asked.

13:08:12 12                It's no different though than however they

13:08:18 13        process voter registration applications also that

13:08:20 14        come in and that might go to a P.O. Box.

13:08:23 15            Q    And so the supervisor determines when a

13:08:28 16        petition is promptly delivered?

13:08:33 17                MR. JAZIL:  Object to form.

13:08:33 18                You can answer.

13:08:35 19            A    The supervisor is going to deter- -- it's

13:08:39 20        going to be determined when it is in the possession

13:08:42 21        of the Supervisor of Elections, and they date/time

13:08:51 22        stamp it.

13:08:51 23        BY MS. BENNETTE:

13:08:52 24            Q    Okay.   And so for the purposes of ensuring

13:09:09 25        that the petition is delivered, the division looks

13:09:13  1      at the time stamp by the supervisor?

13:09:16  2          A     That -- the date and time stamp is going

13:09:19  3      to be the key that will decide -- you know,

13:09:22  4      determine when something was received by which

13:09:25  5      office and when.

13:09:52  6          Q     And to clarify as well, I know it was

13:09:57  7      clarified earlier, that anything related to

13:10:02  8      instances of fraud would be under the purview of

13:10:08  9      OECS.   Do you take that position regarding anything

13:10:13 10       related to investigations?

13:10:17 11          A     Yes.

13:10:21 12          Q     And the complaints, including the

13:10:23 13      complaints that lead to the investigations?

13:10:26 14          A     Yes.

13:10:28 15          Q     Okay.   So my next line of questioning is

13:10:36 16      going to do with penalties and fines, and I'm going

13:10:39 17      to try to delineate and focus on one fine at a time.

13:10:43 18      If you have any questions or confusion about which

13:10:45 19      one I'm referring to at that time, just let me know.

13:10:48 20          So the first fine is under Section

13:10:53 21      100.371(4)(g).   This provision imposes a fine on the

13:11:03 22      sponsor if the sponsor knowingly allows a person to

13:11:06 23      collect petition forms in violation of this

13:11:09 24      subsection, correct?

13:11:15 25          A     Correct.

13:11:16  1         Q    And for the purpose of this line of

13:11:19  2    questioning, I'm going to refer to it as a collector

13:11:22  3    fine, non-authorized collector fine.

13:11:25  4         In implementing fines, does the division

13:11:38  5    implement fines under this subsection?

13:11:42  6         A    No.

13:11:43  7         Q    What entity is responsible for

13:11:46  8    implementing fines under this subsection?

13:11:50  9         A    So the Office of Election Crimes and

13:11:51 10    Security is responsible for violations, and it would

13:12:03 11    be the Secretary -- and they obviously are under the

13:12:07 12    Secretary of State's Office, so that they -- it

13:12:11 13    would be done, I imagine, in conjunction with that.

13:12:19 14         Q    So to your knowledge, the office -- the

13:12:22 15    division does not impose liability for any fines

13:12:26 16    under these provisions?

13:12:30 17         A    No.

13:12:37 18         Q    So regarding any discretion that might be

13:12:41 19    used in imposing a fine, that would be under the

13:12:46 20    OECS?

13:12:46 21         A    Correct.

13:13:04 22         Q    How does the division typically receive

13:13:05 23    notice that a sponsor might be subject to a fine?

13:13:14 24         A    Again, it could be through a Supervisor of

13:13:17 25    Elections complaint, it could be from the voter him

92

13:13:21  1    or herself, or it could be some other person.

13:13:28  2        Q      And when those complaints are received,

13:13:30  3    does it go through that same pass-through process

13:13:33  4    that you referred to earlier to the OECS?

13:13:36  5        A      Assuming it comes to us, yes.

13:13:39  6        Q      Do you receive complaints or

13:13:43  7    allegations -- complaints related to violations

13:13:48  8    of -- that will result in fines under this

13:13:52  9    provision?

13:13:53 10        A      As I stated before, I'm not tracking the

13:13:56 11    type or nature of the complaints that are coming

13:13:58 12    through.   I'm just -- I get them immediately to the

13:14:05 13    office that should be looking into the matter.

13:14:08 14        Q      Okay.   And to that -- a little bit more

13:14:13 15    clarifying to that point.

13:14:14 16            Is the division aware of whether fines

13:14:17 17    have been assessed under this specific provision or

13:14:21 18    is that solely under OECS?

13:14:23 19        A      I would defer to OECS and/or the legal

13:14:26 20    counsel's office, depending on when this occurred.

13:14:29 21    I think they work together.

13:14:32 22        Q      So you would defer, but is the division

13:14:34 23    aware of any fines, of whether fines have been

13:14:38 24    assessed for persons a sponsor knowingly allowed to

13:14:46 25    collect petition forms in violation of (4)(g)?

13:14:50  1          A   Well, I would rely on the whereas clauses

13:14:53  2     in the legislature and/or the report.   And I think I

13:14:58  3     did mention there had been some fines assessed.

13:15:02  4     Whether it was relevant to this particular

13:15:04  5     provision, I don't recall.

13:15:08  6          Q   And so would you rely on the whereas

13:15:13  7     clauses post adoption of House Bill 1205 as well?

13:15:22  8          A   I don't think I understand that question.

13:15:23  9          Q   So your reliance is on the whereas clauses

13:15:28 10     regarding instances where there are violations

13:15:31 11     resulting in these fines, correct?

13:15:34 12          A   What I -- I'm still not sure, and I really

13:15:38 13     don't know that I understand that question.

13:15:41 14          Q   Okay.   Let me try to parse it out a little

13:15:50 15     bit.   So whether or not there have been violations

13:15:56 16     that resulted in this $50,000 fine under (4)(g) is

13:16:02 17     not something your office, according to you, tracks,

13:16:06 18     correct?

13:16:07 19          A   Correct.

13:16:09 20          Q   You, in assessing how many or if there

13:16:12 21     have been violations that result in these fines,

13:16:15 22     you're relying on what has been reported by the

13:16:18 23     legislature in the whereas clauses?

13:16:21 24          A   No, there's a -- there's a whereas clause

13:16:24 25     referring to fines having been assessed, but there's

94

| | | |
|---|---|---|
| 13:16:26 | 1 | also the OECS report.    And I do know that there have |
| 13:16:29 | 2 | been fines assessed.    I just don't know specifically |
| 13:16:33 | 3 | as to what violation. |
| 13:16:35 | 4 | Q    Yes.    And so the OECS report was prepared |
| 13:16:39 | 5 | prior to the adoption of House Bill 1205. |
| 13:16:41 | 6 | A    Correct. |
| 13:16:42 | 7 | Q    So my question is to after of the passage |
| 13:16:48 | 8 | of House Bill 1205, are you aware of any violations |
| 13:16:52 | 9 | of subsection (4)(g) that resulted in this $50,000 |
| 13:16:55 | 10 | fine? |
| 13:16:56 | 11 | A    That, again, I would defer to OECS. |
| 13:16:58 | 12 | Q    And in deferring, are you aware of any |
| 13:17:00 | 13 | fines? |
| 13:17:03 | 14 | A    Not specifically, no. |
| 13:17:06 | 15 | Q    Okay.    But overall, you are -- are you |
| 13:17:09 | 16 | aware of any fines that have been assessed in |
| 13:17:12 | 17 | general under the provisions of House Bill 1205 post |
| 13:17:16 | 18 | adoption? |
| 13:17:16 | 19 | A    Yeah, I believe there have been, yes. |
| 13:17:28 | 20 | Q    Does your department provide -- does the |
| 13:17:30 | 21 | division -- I will clarify -- provide any policies |
| 13:17:34 | 22 | or guidance regarding fines under -- to OECS? |
| 13:17:45 | 23 | A    The law is going to govern for them. |
| 13:17:47 | 24 | Again, I'm going to defer to them how they implement |
| 13:17:50 | 25 | and apply the law to the complaints that they |

13:17:53   1      received.   The law is specific as to instances, and

13:18:01   2      they're investigating the facts and circumstances.

13:18:07   3          Q      You mentioned earlier about information

13:18:10   4      that you sometimes provide.   Do you sometimes --

13:18:13   5      does the division sometimes provide information or

13:18:17   6      participate in investigations related to the

13:18:20   7      imposition of fines under provisions under House

13:18:26   8      Bill 1205?

13:18:28   9          A      I think I've referenced before, to the

13:18:30  10      extent that OECS needs information about the

13:18:34  11      registration about a petition circulator, which

13:18:37  12      since the division does administer that program, if

13:18:42  13      there's information that they need about a petition

13:18:45  14      circulator, when they applied, when they registered,

13:18:49  15      when they were active, when they were inactive, if

13:18:52  16      that is relevant to any investigation they're doing,

13:18:55  17      then yeah, we would share that information.

13:18:59  18          Q      Can you talk about any instances where you

13:19:02  19      have shared that information?

13:19:06  20          A      Not specific ones.   I know that my staff

13:19:12  21      works with OECS and would provide the information

13:19:16  22      that they need.

13:19:25  23          Q      Has your staff worked with OECS in

13:19:27  24      providing information on how to interpret or how

13:19:32  25      to -- how to or when to impose fines?

96

13:19:36  1        A    No, that would not be within our --

13:19:45  2        Q    And it is your understanding this would

13:19:47  3    apply to any and all fines under House Bill 1205?

13:19:51  4        A    Right.

13:20:05  5        Q    Turning back to section (4)(g), the fine

13:20:13  6    is implemented for each person the sponsor knowingly

13:20:20  7    allows to collect petition forms.   Has the

13:20:26  8    department -- how does the department -- or how does

13:20:30  9    the department or the division interpret knowingly?

13:20:36 10        MR. JAZIL:   Object to form.

13:20:36 11        You can answer.

13:20:39 12        A    Again, we're not involved in that -- that

13:20:43 13    process.   This is -- this is language that typically

13:20:46 14    is associated with, you know, knowingly.   It's going

13:20:50 15    to be what -- OECS is going to do their

13:20:53 16    investigation.   If they, based on that, whatever the

13:20:57 17    facts and circumstances are that support what

13:21:00 18    knowingly is, and if they're going to refer it for

13:21:04 19    law enforcement, then they take it from there.

13:21:09 20    BY MS. BENNETTE:

13:21:10 21        Q    And so to your knowledge, when a fine is

13:21:13 22    imposed, it is referred to law enforcement?

13:21:16 23        A    No, I'm sorry, not in this instance, it

13:21:18 24    isn't.   But that will be whatever the inves- -- OECS

13:21:24 25    investigates, based on the facts and circumstances

13:21:27  1    of whether the person -- whether the sponsor

13:21:30  2    knowingly allowed somebody to collect a petition

13:21:34  3    form in violation of -- it's going to be facts and

13:21:36  4    circumstances as to whether they did.

13:21:39  5        Q   And to your knowledge, what's -- if it's

13:21:45  6    determined that it was knowingly allowed, who then

13:21:48  7    is the -- is referred to further investigate that

13:21:56  8    violation?

13:21:57  9        A   Well, the Secretary's office is the one

13:22:01 10    that determines whether someone has -- the Secretary

13:22:06 11    -- if the Secretary reasonably believes that a

13:22:10 12    person has committed a violation of this section,

13:22:12 13    whether it's a fine or criminal, I mean, that's

13:22:16 14    where it's going to -- that determination is going

13:22:19 15    to be made.   But it's going to be in conjunction

13:22:20 16    with whatever investigation, input from OECS, I

13:22:24 17    would imagine legal counsel's office, and also if

13:22:29 18    there was anything -- again, facts and

13:22:32 19    circumstances, what the evidence shows and whether

13:22:35 20    the sponsor provided any, you know, impossibility

13:22:42 21    of, you know, complying with the law or whether they

13:22:46 22    provided notice in advance to the department that,

13:22:50 23    hey, we know that these petitions have been gathered

13:22:53 24    in violation of.

13:22:54 25        I mean, there are those two provisions in

13:22:56  1        the statute.

13:22:58  2            Q      And what division or department of the

13:23:02  3        secretary -- do you know what division would be

13:23:06  4        responsible for imposing that fine?

13:23:08  5            A      Well, it's going to be OECS that does the

13:23:11  6        investigation, and then typically the letters -- my

13:23:15  7        understanding, I don't know -- again, in the past,

13:23:19  8        the letters, the fine letters would have come from

13:23:22  9        the general counsel's office.    I do not know if they

13:23:25 10         still do.

13:23:31 11            Q      Do you know whether the department uses

13:23:35 12         the same definition of knowingly as in criminal

13:23:38 13         statutes?

13:23:39 14            A      No.

13:23:41 15            Q      No, as in you don't know, or, no, they

13:23:43 16        don't use it?

13:23:44 17            A      No, I don't know.   Thank you.

13:23:53 18            Q      To what extent can a sponsor rely on the

13:23:57 19        state's registration process to confirm that a

13:24:02 20        circulator is eligible to circulate petitions?

13:24:08 21            A      Well, they are going to -- what they can

13:24:12 22        rely on is that the person completed an application,

13:24:16 23        affirmed under oath that they were eligible, and

13:24:22 24        they can determine -- they can ask if the person is

13:24:25 25        currently actively registered or not.    But I'm

13:24:29  1    presuming the sponsor and political committee knows

13:24:32  2    who they're hiring to do this work.

13:24:35  3        Q    And so that sponsor is required to

13:24:39  4    independently verify a circulator's eligibility to

13:24:43  5    avoid being fined under this provision?

13:24:47  6        MR. JAZIL:  Object to form.  You can

13:24:50  7    answer.

13:24:50  8        A    I think a sponsoring political committee

13:24:54  9    who enlists individuals on their behalf, knowing how

13:24:57 10    the law is, would do their due diligence regarding

13:25:00 11    who they enlist to do their petition gathering.

13:25:07 12    There's -- there's a fiduciary duty that is owed to

13:25:17 13    the voters, so I think that would be encompassed in

13:25:21 14    their process, just knowing that they are hiring

13:25:26 15    people that are eligible.

13:25:27 16    BY MS. BENNETTE:

13:25:33 17        Q    To what extent is their knowledge under

13:25:36 18    this knowingly provision -- to what extent is their

13:25:40 19    knowledge encompassed under that fiduciary duty?

13:25:45 20        MR. JAZIL:  Object to form.

13:25:45 21        You can answer.

13:25:47 22        A    I don't know how to answer that.

13:25:54 23    BY MS. BENNETTE:

13:25:55 24        Q    Let me see if I can rephrase it better.

13:26:14 25    What would the department use -- what evidence would

106

13:26:18  1    the department use to determine if a sponsor

13:26:21  2    knowingly allowed a circulator that was ineligible

13:26:26  3    to circulate petitions?

13:26:31  4        A    Since I don't -- since our division

13:26:33  5    doesn't do the investigation, I don't know what all

13:26:36  6    they would rely on.

13:26:38  7        Q    Do you know if they could rely on the

13:26:42  8    state's registration process?

13:26:45  9        A    Yes, they can trust that the registration

13:26:47 10    is working as it is, provided the person

13:26:50 11    affirmatively is saying -- you know, affirming that

13:26:56 12    they are eligible to be registered to circulate

13:27:00 13    petitions.

13:27:30 14        Q    One moment.

13:27:30 15        A    Uh-huh.

13:27:30 16        Q    So under -- still talking about the

13:27:45 17    non-authorized collector fine under (4)(g).    If the

13:27:49 18    state determines -- if the department determines an

13:27:52 19    individual was untruthful during registration, would

13:27:58 20    the sponsor be said to having known, would it be --

13:28:03 21    would they have violated this knowingly?

13:28:05 22        MR. JAZIL:    Object to form.

13:28:08 23        A    I can't answer that part because I'm not

13:28:10 24    involved in that part of it.    That's really the

13:28:13 25    Office of Election Crimes and Security and then

13:28:16  1      legal counsel's office and what they would -- what

13:28:21  2      they would determine on that.

13:28:22  3          Q    Okay.

13:28:46  4              MS. BENNETTE:    Can we take five to just

13:28:48  5      talk a bit?

13:28:49  6              MR. JAZIL:    Sure.

13:28:59  7              (A recess took place from 1:29 p.m. to

13:50:47  8          1:50 p.m.)

13:50:53  9      BY MS. BENNETTE:

13:50:53 10          Q    So before we took a break, we were talking

13:50:56 11      a bit about fines, and I asked if the department

13:51:07 12      provides any guidance or policies regarding the

13:51:10 13      imposition of fines.   And you said no.

13:51:17 14          A    Speaking for the division, the

13:51:19 15      department's Division of Elections, I don't -- we

13:51:22 16      don't provide any guidance regarding that.    But --

13:51:28 17          Q    Okay.    And does the Office of Election

13:51:29 18      Crimes provide any guidance -- do you know if the

13:51:34 19      Office of Election Crimes provides any policy or

13:51:39 20      guidance regarding imposition of fines?

13:51:43 21          A    I can't speak to what they -- what they do

13:51:44 22      other than, you know, what the law states.

13:51:46 23          Q    Okay.    We looked earlier at your -- at the

13:51:53 24      Notice of Taking Deposition in this case.    It was

13:51:57 25      marked as Exhibit 1.   Do you remember that?   Turn

102

13:51:58  1          to -- just the front.    Oh, you're looking at --

13:52:13  2          A     Oh, yeah.   I'm sorry.

13:52:15  3          Q     Do you remember looking at and affirming

13:52:16  4     that you had understood this document, this exhibit?

13:52:20  5          A     Yes.

13:52:21  6          Q     And in this exhibit, on the first page, it

13:52:24  7     says:   Plaintiffs will take the deposition of the

13:52:26  8     Secretary of State of Florida as the designated

13:52:29  9     representative of the office of the Secretary of

13:52:31 10      State of Florida to testify to the matters described

13:52:35 11      in Schedule A.    You see that, correct?

13:52:39 12          A     Yes.

13:52:39 13          Q     And you understood that to mean that you

13:52:44 14     will be representing -- your answers would bind the

13:52:46 15     Secretary of State of Florida?

13:52:49 16          A     Correct.

13:52:49 17          Q     Okay.   And so while we do recognize that

13:52:54 18     you have most knowledge about the Division of

13:52:56 19     Elections, you also recognize that you are

13:53:02 20     representing the position of the Secretary of State

13:53:05 21     as a whole?

13:53:07 22          A     Okay.

13:53:10 23          Q     So I'm asking if the Department of State

13:53:17 24     has issued any guidance or policies regarding the

13:53:20 25     imposition of fines under HB 1205?

105

13:53:27  1        A   I'm not aware of any other than the

13:53:29  2     training program that goes -- for the petition

13:53:31  3     circulator does allude to, you know, fines and other

13:53:38  4     violations.

13:53:47  5        Q   And that training program is geared

13:53:50  6     towards sponsors, correct?   Not sponsors, sorry,

13:53:53  7     training programs geared to petition circulators?

13:53:57  8        A   Correct.   But a sponsor could also be

13:54:00  9     collecting those.   And if there is any question

13:54:02 10     regarding a fine provision or anything like that,

13:54:08 11     they're free to, you know, request an advisory

13:54:12 12     opinion regarding it, and then that would be where

13:54:15 13     my office could get involved.

13:54:17 14        Q   And they're -- when you say "they're,"

13:54:20 15     you're referring to sponsors and circulators?

13:54:24 16        A   Right.

13:54:24 17        Q   And as far as supervisors, if they have

13:54:27 18     questions regarding the imposition of fines, they

13:54:30 19     can request information from the department?

13:54:34 20           MR. JAZIL:   Object to form.

13:54:34 21           You can answer.

13:54:36 22        A   They don't impose the fines.   They may

13:54:40 23     report violations that may trigger the fines.

13:54:43 24     BY MS. BENNETTE:

13:54:44 25        Q   So if there are questions regarding

105

13:54:47  1        violations that trigger fines or criminal penalties,

13:54:52  2        just violations of any provision in House Bill 1205,

13:54:56  3        supervisors can request guidance from the

13:55:00  4        department?

13:55:02  5            MR. JAZIL:   Object to form.

13:55:02  6            You can answer.

13:55:04  7        A     So if a supervisor has a question about

13:55:07  8        whether a violation -- whether they have to report a

13:55:11  9        violation or whether some act constitutes or

13:55:17 10        qualifies as a violation, they can certainly ask.

13:55:21 11        And we certainly encourage them to -- whatever they

13:55:26 12        think may be a violation -- to report it and to

13:55:28 13        report it to the Office of Election Crimes and

13:55:29 14        Security.

13:55:29 15        BY MS. BENNETTE:

13:55:32 16        Q     Who would encourage them, the division?

13:55:36 17        A     The Secretary of State, the Office of

13:55:39 18        Election Crimes and Security, and myself.   In fact,

13:55:43 19        we just did that at a conference that we were at.

13:55:53 20        Q     Typically when a supervisor has a question

13:55:59 21        about implementation of a provision, an election

13:56:07 22        provision in general, do they -- how do they

13:56:15 23        communicate that?

13:56:17 24        A     It could be a phone call, or it could be

13:56:20 25        an email, or if I'm at -- you know, if we meet each

105

13:56:25  1    other in person at a conference or something, they

13:56:27  2    may ask me a question.

13:56:30  3         Q    And that phone call is to the division,

13:56:32  4    like your division, Division of Elections?

13:56:36  5         A    If they have a question about the code,

13:56:41  6    yeah.   If there's -- if they have a question, it

13:56:43  7    will be to me.    But if they think it's -- they

13:56:46  8    may -- they may call directly the Office of Election

13:56:48  9    Crimes and Security if they think it's something

13:56:51  10    that's -- that it's something within their

13:56:55  11    jurisdiction.

13:56:56  12         I mean, they're -- they're still getting

13:56:58  13    used to the whole thing of, you know, our -- the

13:57:01  14    Division of Elections is administrative,

13:57:02  15    operational, and the Office of Election Crimes and

13:57:04  16    Security is, you know, violations and investigations

13:57:10  17    and things like that.

13:57:12  18         Q    And so when you receive communications via

13:57:17  19    email from supervisors, they often communicate about

13:57:24  20    all manner of issues related to elections?

13:57:27  21         A    Yes.

13:57:29  22         Q    And when you receive those questions or

13:57:42  23    inquiries, how do you decide which ones would be

13:57:49  24    under the division or under the Office of Election

13:57:51  25    Crimes?

106

13:57:52  1      A   Well, it depends on the nature of the

13:57:54  2      question, the topic.

13:57:55  3          If it's something that I'm familiar with,

13:57:56  4      it's a question that they may think is new but it's

13:58:01  5      been answered many times before, if I can answer it,

13:58:04  6      I mean, I have a certain capacity as the division

13:58:08  7      director and as also a lawyer to be able to answer

13:58:12  8      some questions.

13:58:13  9          If I -- if the question they ask is one

13:58:16 10      that I feel like I need additional input from either

13:58:22 11      OECS or from the legal counsel's office, I will

13:58:27 12      enlist their feedback and thoughts about something

13:58:31 13      before I reply.

13:58:32 14      Q   And that would be vice versa as well; if

13:58:34 15      the OECS has questions, they reach out to the

13:58:37 16      division as well?

13:58:38 17      A   Correct.

13:58:39 18      Q   Okay.   And just making sure I understand

13:58:41 19      the structure, and I probably should have, like,

13:58:45 20      made this concrete earlier.

13:58:46 21          At the top you have -- when looking at the

13:58:51 22      structure of the Department of State, you have the

13:58:53 23      Department of State as a whole, correct?

13:58:56 24      A   You have the agency, the Department of

13:58:58 25      State, of which the Secretary of State is the agency

107

13:59:03  1          head.

13:59:04  2               Q     And then under that, immediately under

13:59:07  3          that, what are the next divisions or departments?

13:59:10  4               A     Well, there's going to be the Secretary's

13:59:12  5          office, which has also the Office of Election Crimes

13:59:16  6          and Security, the legal counsel's office, and then

13:59:23  7          there are -- not under these two but the divisions,

13:59:29  8          there are several different divisions.

13:59:33  9               Q     And the divisions are coequal with the

13:59:35 10          Secretary's office?

13:59:36 11               A     No, they are all underneath -- the

13:59:39 12          Secretary oversees all of it.   So what I wanted to

13:59:43 13          indicate was that the divisions are not below the

13:59:46 14          Office of Election Crimes and the general counsel's

13:59:51 15          office.

13:59:51 16               Q     Okay.   So at the top you have the

13:59:53 17          Secretary's -- we have the department, of course,

13:59:55 18          the agency; the Secretary's office is the office

14:00:01 19          that oversees the entire Department of State?

14:00:03 20               A     Correct.

14:00:04 21               Q     And then under that, you have legal

14:00:07 22          counsel, which is the general counsel's office,

14:00:09 23          correct?

14:00:10 24               A     Correct.

14:00:10 25               Q     And you have OECS which is a separate

105

14:00:13  1    office under the Secretary's office.   And then you

14:00:16  2    also have the division which is under the

14:00:18  3    Secretary's office?

14:00:20  4        A   Right, and there are other divisions.    And

14:00:21  5    there's also the communications director is under

14:00:24  6    the Secretary's office.   And also, I think there's

14:00:30  7    an Office of External Affairs.   So those are all

14:00:34  8    under the -- within the Secretary's office.

14:00:40  9        Q   Okay.   All of these operate under the

14:00:48 10    Secretary's office?

14:00:50 11        A   Correct.

14:00:50 12        Q   Okay.   And the Division of Elections is

14:00:55 13    one division under the group of divisions under the

14:00:58 14    Secretary's office?

14:00:59 15        A   Correct.

14:01:01 16        Q   What are the other divisions that you know

14:01:03 17    of?

14:01:04 18        A   There is the Division of Library and

14:01:08 19    Information Services, there's the Division of

14:01:11 20    Historical Resources, there's the Division of

14:01:13 21    Administrative Services, and there's the Division of

14:01:16 22    Corporations.

14:01:28 23        Q   So under this structure, legal counsel,

14:01:32 24    OECS, and all of the divisions as a collective are

14:01:37 25    coequal departments of the Secretary's office?

14:01:45  1          A    You know, I don't -- I don't know how the

14:01:48  2    structure is organizationally.    I mean, it's online.

14:01:50  3            But we all answer to the Assistant

14:01:55  4    Secretary and the Secretary of State obviously

14:01:59  5    ultimately.    So I can only speak to, you know, my

14:02:04  6    place in the order of this universe, and that is

14:02:08  7    right above me, my immediate supervisor is the

14:02:11  8    Assistant Secretary, and then above that is the

14:02:13  9    Secretary of State.

14:02:14 10            So I think that goes also for the Office

14:02:19 11    of Election -- Office of Election Crimes and

14:02:22 12    Security, as well as the general counsel's office.

14:02:27 13          Q    Okay.    And as you mentioned before, the

14:02:31 14    Office of Election Crimes is fairly new, correct?

14:02:34 15    So -- oh, I'm sorry.    Correct?

14:02:38 16          A    Yeah, relatively; it's been the last

14:02:40 17    couple of years, yes.

14:02:41 18          Q    2022 --

14:02:43 19          A    I think so.

14:02:43 20          Q    -- was the adoption date.    So prior to

14:02:48 21    OECS being -- the office adopted into statute and

14:02:54 22    created, how were investigations handled?

14:03:00 23          A    So the law has election complaints and

14:03:05 24    anything like that coming to the Division of

14:03:07 25    Elections.    And then we would move them forward in

14:03:13  1          to the general counsel's office, and then work --

14:03:16  2          work together, because obviously the general

14:03:18  3          counsel's office would be spearheading whatever they

14:03:22  4          needed to do, but they didn't have -- I mean, it's

14:03:25  5          not, like, as expansive as the Office of Election

14:03:29  6          Crimes.   So whatever guidance and whatever referral

14:03:33  7          needed to be to the next step, that's -- the general

14:03:36  8          counsel would take care of that.

14:03:39  9               Q    And you said you, you know, worked

14:03:45 10          together with the general counsel's office.    Now,

14:03:47 11          with the creation of the Office of Election Crimes,

14:03:50 12          do you still -- you've mentioned you still

14:03:54 13          coordinate and provide information sometimes when

14:03:57 14          needed?

14:03:58 15               A    Yeah, we're all part of the same team.

14:04:00 16          So, I mean, we're all working together to implement

14:04:02 17          the laws and we have -- you know, the laws have

14:04:06 18          different roles for us to play.   But however we help

14:04:09 19          each other in fulfilling our duties under the law,

14:04:14 20          we do.

14:04:16 21               Q    And you also mentioned that because of the

14:04:21 22          newness of the Office of Election Crimes, sometimes

14:04:25 23          you still receive some of these -- the division

14:04:27 24          still receives some of these complaints directly to

14:04:29 25          their emails?

14:04:30  1          A   Yes.    In fact, I think the complaint form

14:04:34  2     still has it, and the law too still says things go

14:04:39  3     to the Division of Elections.   And so we're -- you

14:04:41  4     know, whether we're the end point or whether we're

14:04:46  5     the pass-through, we're still involved in that -- in

14:04:48  6     that process somehow, so --

14:04:51  7          Q   What times would you be the end point for

14:04:54  8     a complaint?

14:04:54  9          A   Well, we would be the end point if the

14:04:57 10     complaint comes in and it's -- it turns out not to

14:05:01 11     be, you know, something that actually goes -- it

14:05:03 12     really isn't a complaint-complaint.

14:05:07 13          Q   And what factors do you consider when

14:05:10 14     determining whether or not something isn't a

14:05:12 15     complaint?

14:05:12 16          A   Well, we're going to look to the law to

14:05:14 17     see what's being alleged.

14:05:16 18          Q   Okay.   So you look to the law to see if

14:05:19 19     there's -- like, if the complaint alleged a specific

14:05:22 20     violation?

14:05:23 21          A   Right.   But at this point, I am referring

14:05:25 22     everything to OECS, and I -- we typically copy the

14:05:32 23     legal counsel's office.   They're going to -- they're

14:05:34 24     going to be the ones to make that call, and based on

14:05:38 25     whatever information, once they start their

112

14:05:42   1    research.   So we may be involved in it or we may not

14:05:46   2    be.

14:05:47   3         Q    Okay.   Is there any violation of HB 1205

14:06:27   4    for which the division would have independent

14:06:29   5    investigative authority?

14:06:35   6         A    Investigative authority?

14:06:38   7         Q    Yes.

14:06:38   8         A    No.

14:06:41   9         Q    Is there any provision of HB 1205 for

14:06:44  10    which the division would have discretion to

14:06:58  11    review -- that the division would have -- I'll come

14:07:21  12    back to that question.

14:07:26  13         You spoke earlier about your involvement,

14:07:31  14    or lack of involvement, in the legislative process

14:07:35  15    for -- when a bill that affects election laws comes

14:07:39  16    through the legislature.   And you mentioned that you

14:07:44  17    stated that for House Bill 1205 you were not -- the

14:07:54  18    division was not involved in providing guidance to

14:07:58  19    the legislature regarding any provision of House

14:08:00  20    Bill 1205, correct?

14:08:04  21         A    I don't recall any request for input.

14:08:07  22         Q    So you didn't recall any requests.   Do you

14:08:11  23    recall providing -- voluntarily providing any

14:08:14  24    information to the legislature?

14:08:15  25         A    No, I don't.

14:08:18  1        Q   Has the division provided information or

14:08:23  2    recommendations about legislation in the past

14:08:25  3    related to election laws?

14:08:27  4        A   Yes, we have, if the legislature asks and

14:08:30  5    also if there is a legislative package to be

14:08:34  6    presented.

14:08:37  7        Q   Okay.   And in the past, has the

14:08:53  8    division -- well, has the department independently

14:08:57  9    provided information or recommendations related to

14:09:00 10    legislation -- election law -- elections-related

14:09:05 11    legislation?

14:09:08 12        A   It's not unusual for agencies to be asked

14:09:14 13    to, you know, create or offer up legislation before

14:09:21 14    a legislative session.   It occurs months in advance.

14:09:24 15    In fact, sometimes it's, like, July or August before

14:09:27 16    the session and work on language.   And then it's got

14:09:33 17    to go up The Hill to the OPB and legislative staff

14:09:37 18    and --

14:09:39 19        Q   So let's -- can we talk a little bit about

14:09:42 20    what that process looks like?   Does the division --

14:09:49 21    does the department propose the legislation or does

14:09:52 22    the legislature start with an idea when it comes to

14:09:57 23    election-related legislation?

14:09:59 24        A   I mean, the legislature can come up with

14:10:02 25    legislation anytime, as is evidenced.   But if we are

14:10:07  1      asked to come -- but it's -- each agency may be

14:10:14  2      asked to come up with legislation, and we'll do

14:10:18  3      that, we'll draft something and present it.

14:10:21  4           But whether it gets to the point of even

14:10:24  5      making it into a bill, you know, that's outside of

14:10:30  6      our control.

14:10:34  7      Q   And so if you're asked -- if you do -- the

14:10:39  8      department decides to draft legislation, they then

14:10:42  9      bring it to the legislature and sometimes the

14:10:46 10      legislature seeks to try to run it through the

14:10:50 11      process, right?

14:10:51 12      A   Correct.   I mean, it's -- we don't -- it

14:10:54 13      goes up to OPB, which is the Office of Program and

14:10:58 14      Budgeting, and then also the legislative staff may,

14:11:05 15      you know, review the proposed language.   And then

14:11:11 16      whether it actually is going to become a bill is,

14:11:15 17      again, outside of our control.

14:11:19 18      Q   And based on its past experience, would

14:11:23 19      you say it's unusual for the department not to be

14:11:25 20      consulted on election-related bills?

14:11:29 21           MR. JAZIL:   Object to form.

14:11:29 22           You can answer.

14:11:31 23      A   Based on my experience, there's actually

14:11:36 24      lots of bills that are election related that we may

14:11:39 25      not be asked about.   The important thing is if we

115

14:11:43  1    are asked, that we provide, you know, input into the

14:11:47  2    process for them.

14:11:48  3    BY MS. BENNETTE:

14:11:48  4         Q    But would you say it's unusual?

14:11:51  5              MR. JAZIL:   Same objection.

14:11:51  6              You can answer.

14:11:54  7         A    Again, you know, it's just, like, if they

14:11:58  8    choose to ask us, we'll -- we will help provide

14:12:02  9    whatever input and information we have.

14:12:04 10    BY MS. BENNETTE:

14:12:05 11         Q    Did the department provide -- because you,

14:12:11 12    you know, related many of the provisions of changes

14:12:15 13    to the reg- -- the third-party voter registration

14:12:18 14    process and how this bill is similar, did the

14:12:24 15    department provide any input, guidance or

14:12:28 16    recommendations to the legislature when they have

14:12:31 17    made changes to the third-party voter registration

14:12:35 18    process?

14:12:35 19              MR. JAZIL:   Object to form on premise and

14:12:36 20    object to form on the same part of the question

14:12:42 21    as well.

14:12:42 22         A    The third-party voter registration -- of

14:12:45 23    course, that's been a couple of years.   Again, if

14:12:51 24    they asked, we would -- we would provide

14:12:56 25    information.

14:12:56  1          BY MS. BENNETTE:

14:12:57  2              Q      Turning back to House Bill 1205

14:13:00  3      specifically, we talked earlier about your

14:13:10  4      involvement in election -- the elections context for

14:13:15  5      a number of years.

14:13:16  6                      Have you personally had conversations with

14:13:21  7      legislators about House Bill 1205?

14:13:24  8              A      No.   I mean, we weren't consulted.

14:13:27  9              Q      I mean, have you personally had conver- --

14:13:29 10      have you, in your personal capacity, had

14:13:32 11      conversations with legislators about House Bill 1205

14:13:35 12      prior to its adoption?

14:13:37 13              A      No.

14:13:38 14              Q      Have you personally had conversations with

14:13:40 15      legislators about House Bill 1205 after its

14:13:43 16      adoption?

14:13:45 17              A      No.   Too busy implementing it.

14:14:00 18              Q      I'm almost there.   Making sure.   This is

14:14:32 19      going to take a couple of minutes to review what's

14:14:35 20      left to see.

14:14:36 21                      I do want to ask a couple of questions

14:14:57 22      about subsection (7)(a)(3) in the bill; it's

14:15:09 23      referred to as the county return requirement fine.

14:15:15 24      And it states that a fine in the amount of $500 for

14:15:18 25      each petition form collected by a petition

14:15:20   1     circulator, which is not submitted to the Supervisor

14:15:22   2     of Elections in the county in which the voter

14:15:25   3     resides -- and then a fine, and it talks about

14:15:28   4     escalating fines, correct, based on the willfulness

14:15:32   5     as well?   Did I read that correctly?

14:15:36   6          A     Yes.

14:15:39   7          Q     So if a voter provides an incorrect or

14:15:45   8     outdated county of residence on a petition form,

14:15:53   9     would the sponsor be responsible -- would the

14:15:59  10     sponsor still be liable for that fine?

14:16:01  11          A     So the way it works is that, you know, the

14:16:06  12     voter is completing the app- -- the petition.    So

14:16:12  13     the sponsor or the circulator can only go by the

14:16:16  14     address and/or the county that the voter wrote on

14:16:21  15     the petition.     And if the petition is delivered to

14:16:28  16     the county, or if the county that was written on the

14:16:32  17     petition, or if there is no county but an address to

14:16:35  18     which the petition circulator -- that the county

14:16:42  19     associated with the address on that, to that county,

14:16:46  20     that is -- that's okay.    That's not a, you know --

14:16:53  21     because that's all they can do.    Because they can't

14:16:56  22     fill out the app- -- they can't fill out the

14:16:57  23     petition, so the voter is the one that fills it out.

14:16:59  24          Plus, there's a separate provision which

14:17:01  25     has existed prior to HB 1205 and continues to exist

115

14:17:07  1    to this day, in which a voter can list an address

14:17:12  2    other than the one that they -- may list an address

14:17:15  3    other than the one they are actually residing in,

14:17:18  4    and the supervisor is to process that app- -- that

14:17:22  5    petition as if they were, you know -- as if they had

14:17:26  6    submitted it with the proper registration county,

14:17:30  7    right?

14:17:31  8        Q     And when reviewing a petition that is

14:17:40  9    later found to have an incorrect county, it's my

14:17:45 10    understanding that the department would not impose a

14:17:49 11    fine based on information provided by the voter?

14:17:52 12        A     Correct, that's not a -- that's not a

14:17:55 13    misfile.    A misfile is one in which you -- the

14:17:59 14    petition circulator is delivering a petition which

14:18:03 15    clearly says, hey, this is -- it should be going to

14:18:07 16    this other county, or the address is for another

14:18:11 17    county.

14:18:11 18              I mean, the petition circulator can only

14:18:14 19    rely on what the voter put on that petition form.

14:18:19 20    So they would not be fined in that circumstance.

14:18:23 21        Q     I know you mentioned that investigations

14:18:26 22    and complaints were outside of the purview of the

14:18:29 23    division.    But are you aware of any complaints or

14:18:36 24    any -- any complaints about petitions going to the

14:18:41 25    wrong county since the passage of House Bill 1205?

119

14:18:47  1          A    So the law requires the supervisor to

14:18:50  2    report to both the sponsor and to the division about

14:18:55  3    misfiled -- and I put in quotes my little hands --

14:19:01  4    misfiled petitions.

14:19:02  5          So if -- and the way that the supervisors

14:19:08  6    are letting us know is by uploading the petitions

14:19:12  7    that they believe were misfiled.

14:19:15  8          Q    And this is only for the county-return

14:19:18  9    requirement?

14:19:19 10          A    Correct.

14:19:21 11          Q    This does not apply to the ten-day return

14:19:23 12    requirement?

14:19:23 13          A    No, they also are notifying -- they upload

14:19:27 14    to the department a late filed, and, of course,

14:19:34 15    those would be -- end up being handled by OECS.

14:19:39 16          Q    Okay.    And a county return -- a petition

14:19:45 17    that is returned to the wrong county, would that

14:19:48 18    ultimately end up in the hands of OECS if it is

14:19:51 19    determined -- well, would that ultimately end up in

14:19:54 20    the hands of OECS?

14:19:58 21          A    I believe that it would ultimately.    I'm

14:20:01 22    not sure at this juncture; right now the focus is on

14:20:04 23    late filed.    But if they so choose, they could look

14:20:12 24    at that to see if that's -- you know, if there's a

14:20:16 25    pattern or a concern.

14:20:19  1        But the petitions are available.   They're

14:20:22  2    reported to the department and both the division and

14:20:27  3    Office of Election Crimes and Security have access

14:20:30  4    to that.

14:20:31  5        Q     Okay.   So you mentioned the petitions are

14:20:34  6    uploaded, the division reviews them to determine

14:20:39  7    based on the time stamp provided by the supervisor

14:20:42  8    whether or not it was late.

14:20:46  9        Who then -- who then would determine

14:20:48 10    whether the late delivery is willful?

14:20:52 11        A     That would be part of the investigation by

14:20:55 12    the Office of Election Crimes and Security.

14:20:57 13        Q     And so would your office forward it if

14:21:00 14    there is -- at what point would your office then

14:21:03 15    forward it to the Office of Election Crimes for that

14:21:06 16    investigation?

14:21:06 17        A     For the late filed?

14:21:07 18        Q     The late filed, sorry.

14:21:09 19        A     The Office of Election Crimes has access

14:21:12 20    to uploaded late petitions.

14:21:14 21        Q     So the division and the office are

14:21:17 22    simultaneously viewing the same petitions?

14:21:21 23        A     We see it, yes, but ultimately it ends up

14:21:23 24    going to the Office of Election Crimes and Security.

14:21:26 25        Q     And that's the same for the county

14:21:28   1        return -- well, for the county return?

14:21:30   2             A    For the misfiled, there's -- there's not a

14:21:32   3        -- there's not a fine associated with that.    It's

14:21:35   4        late.   I mean, but if there are issues with that,

14:21:42   5        then they also have access to those petitions.

14:21:54   6             Q    So it's the department's understanding

14:21:56   7        that subsection (7)(a)3 does not institute a $500

14:22:04   8        fine for petition forms submitted to the wrong --

14:22:07   9        not submitted to the Supervisor of Elections in the

14:22:09  10        county in which the voter resides?

14:22:13  11             MR. JAZIL:   Object to form.

14:22:13  12             You can answer.

14:22:16  13             A    No, if it's truly misfiled, yes.   We're

14:22:25  14        getting -- we're getting those forms.    The Office of

14:22:28  15        Election Crimes also has access to that.   So if they

14:22:33  16        find that it was delivered to the wrong county,

14:22:37  17        then -- and, you know, that the petition was clearly

14:22:41  18        saying one county and it got delivered to another,

14:22:44  19        then, yeah, they find that there's a violation,

14:22:47  20        they're going to.

14:22:48  21        BY MS. BENNETTE:

14:22:49  22             Q    Based on your assessment that a voter

14:22:53  23        might provide wrong information, how is that

14:22:56  24        determination made?

14:22:58  25             A    So it's going to be on the plain face of

14:23:00  1    the petition.   The petition is -- it's not

14:23:05  2    necessarily that they've provided the wrong, it's

14:23:07  3    whatever that the voter wrote on it.

14:23:11  4        Q     Understood.   So if the voter writes, my

14:23:15  5    county is County A, and then the sponsor delivers

14:23:22  6    that petition to County A and it ultimately ends up

14:23:25  7    being the wrong county, that is not a violation of

14:23:30  8    (7)(a)3?

14:23:33  9        A     Correct.

14:23:34  10        Q     Okay.   And in the alternative, if a voter

14:23:37  11    writes, my county is County A, and a sponsor

14:23:40  12    delivers it to County B, that might be something

14:23:43  13    that will be seen as a violation of (7)(a)3?

14:23:47  14        A     Correct.

14:23:47  15        Q     And is it your department's understanding

14:23:49  16    that the penalty accrues at $500 per day per

14:23:54  17    petition, or how is that penalty applied?

14:23:59  18        A     I'm just reading the plain language in

14:24:02  19    there and it just says 500 for each petition form

14:24:06  20    collected.   So -- but I yield to the Office of

14:24:10  21    Election Crimes as to whether they interpret that

14:24:13  22    any differently.

14:24:49  23        Q     So prior to the passage of House Bill

14:24:56  24    1205, based on your responses, the department did

14:25:05  25    not look into the anticipated impact that the law

14:25:14  1      might have on sponsors?

14:25:17  2          A      Well -- repeat that again.   I'm not sure I

14:25:26  3      under- --

14:25:26  4          Q      Prior to the passage of House Bill -- I

14:25:29  5      think I asked earlier, I can get the specific

14:25:32  6      question -- about the impact, the anticipated impact

14:25:36  7      of a provision within House Bill 1205, and you

14:25:43  8      mentioned that the department did not look into

14:25:46  9      that, did not have any data regarding that, as it

14:25:50 10      relates to sponsors, or petition circulators.

14:25:52 11              So I'm confirming as a whole, prior to the

14:25:56 12      passage of House Bill 1205, was there any data,

14:26:00 13      studies or analyses that the department looked into

14:26:03 14      regarding the impact of House Bill 1205 on petition

14:26:07 15      sponsors?

14:26:08 16          A      I was not aware of the legislature asking

14:26:12 17      whether -- you know, what the impact would be, other

14:26:15 18      than, I mean, after the law passed, you can see the

14:26:18 19      impact is, you know, enhanced penalties, because I

14:26:22 20      guess the existing ones weren't acting as a

14:26:24 21      deterrent enough.   Additional requirements for

14:26:28 22      petition circulators, training requirements, yeah,

14:26:37 23      it's all after.

14:26:42 24          Q      So after the passage and going to the --

14:26:45 25      after the passage of House Bill 1205, has the

14:26:49  1    department made any effort to assess the impact of

14:26:52  2    House Bill 1205 on sponsors?

14:26:56  3         A    Well, we're not seeing -- I mean, we're

14:26:57  4    seeing petitions still being collect- -- petition

14:27:01  5    circulators are still being able to register,

14:27:05  6    petitions circ- -- petitions are still being

14:27:08  7    circulated.

14:27:09  8         You know, sponsoring political committees

14:27:15  9    can still circulate blank petitions.   So I'm not --

14:27:23 10    I'm not aware of anything that is impeding the

14:27:27 11    initiative petition process.

14:27:28 12         Q    But the department has not conducted any

14:27:31 13    formal assessment of the impact of House Bill 1205

14:27:34 14    on sponsors?

14:27:37 15         A    At this point we're not seeing anything

14:27:39 16    that's keeping that process from going forward.   So,

14:27:44 17    no, there is -- I'm not aware of any study at all.

14:27:48 18         Q    So what fact would you be using to make

14:27:51 19    that assessment?

14:27:53 20         A    The fact that we still have petitions that

14:27:55 21    are submitted for approval and review to be able to

14:28:01 22    circulate; the fact that we still have petition

14:28:04 23    circulators being able to register.

14:28:10 24         Q    Go ahead.

14:28:10 25         A    And the fact that people are still signing

125

14:28:12  1        and turning them in.

14:28:18  2            Q    There has been no analysis comparing the

14:28:22  3        number of petitions and sponsors prior to House Bill

14:28:28  4        1205 to that number post House Bill 1205 by the

14:28:32  5        department?

14:28:33  6            A    No, we still have -- we have 15 active

14:28:36  7        petitions right now.

14:28:43  8            Q    Has the department done any independent

14:28:48  9        assessments of the links, any links between these

14:28:54 10        provisions and its impact on fraud post the passage

14:28:59 11        of House Bill 1205?

14:29:13 12            A    Can you state that just one more time for

14:29:15 13        me, please?

14:29:16 14            Q    Yeah, of course.    So has the department

14:29:18 15        conducted any assessments, studies or analysis on

14:29:22 16        the impact -- on the link between these provisions

14:29:26 17        and suspected or alleged fraud post the passage of

14:29:33 18        House Bill 1205?

14:29:33 19            A    I'm not aware of anything except to the

14:29:35 20        extent that maybe there's been anything for

14:29:37 21        litigation.    So -- and that would have been, I

14:29:43 22        presume, made available.

14:29:45 23            Q    Okay.    You mean in this litigation?

14:29:47 24            A    Yes.    Uh-huh.

14:29:47 25            Q    Okay.    You're aware that House Bill 1205

14:30:19  1    makes changes to certain criminal penalties related

14:30:22  2    to election laws, right?

14:30:24  3         A    Yes.

14:30:25  4         Q    And does the department have any

14:30:28  5    involvement -- well, does the division have any

14:30:31  6    involvement in the investigation of those penalties

14:30:35  7    under House Bill 1205?

14:30:38  8         A    Well, to the extent a complaint is

14:30:41  9    submitted and either alleging a violation that has

14:30:44 10     an attendant criminal penalty, they're involved in

14:30:48 11     that.   And then however -- whatever happens after

14:30:52 12     that, if it's referred to the AG's office or law

14:30:57 13     enforcement, the Office of Election Crimes may be

14:31:00 14     involved, or we could be involved too, depending if

14:31:03 15     they need information about petition circulators or

14:31:06 16     when a petition was submitted or anything like that.

14:31:09 17          Q    Okay.   So when a complaint is submitted,

14:31:14 18     the division will sometimes provide information that

14:31:18 19     would inform the investigation of these penalties?

14:31:21 20          A    If -- yes, if during the course of OECS,

14:31:23 21     wherever it is in that process, if there is

14:31:29 22     information that is needed from the Division of

14:31:30 23     Elections regarding the petition process or the

14:31:35 24     petition registration or anything like that, we'll

14:31:38 25     certainly provide that to assist with whatever

14:31:41  1    investigation is going on.

14:31:43  2        Q   When you receive a complaint, when the

14:31:45  3    division specifically receives -- has received a

14:31:48  4    complaint about a particular -- about something

14:31:54  5    that -- something related to a criminal provision

14:32:05  6    under elections code, does the department make any

14:32:11  7    independent evaluations or assessments regarding --

14:32:14  8    does the division make any independent evaluations

14:32:16  9    or assessments regarding that complaint?

14:32:20 10        A   The division doesn't -- is not involved in

14:32:22 11    the -- in that determination.   We may be involved,

14:32:27 12    however, in providing information that may help

14:32:30 13    inform the investigation.

14:32:33 14        Q   Okay.   Who in the department will be

14:32:35 15    responsible for interpreting -- sorry.   I do want to

14:32:41 16    take a quick look at Section 895.02(8)(d) of House

14:32:48 17    Bill 1205.   It should be towards the back.   It's on

14:33:00 18    the last page of House Bill 1205, Exhibit 3.

14:33:16 19        House Bill 1205 amends this section to

14:33:18 20    expand the definition of racketeering activity to

14:33:22 21    include violations of the Florida election code

14:33:25 22    relating to irregularities or fraud involving issue

14:33:28 23    petition activities, correct?

14:33:29 24        A   Yes.

14:33:31 25        Q   Who in the department will be responsible

14:33:33  1       for interpreting the term "irregularity"?

14:33:40  2           MR. JAZIL:   Object to form.   You can

14:33:41  3       answer.

14:33:41  4       A   Well, ultimately, you know, criminal

14:33:43  5       provisions are going to be with the prosecutor and

14:33:46  6       determining that.   I mean, obviously the OECS and

14:33:50  7       legal counsel's office, if they're referring

14:33:52  8       something, will give whatever is in support of a

14:33:58  9       violation.   But ultimately I think it's going to be

14:34:02 10       the prosecutor that's going to make the call about

14:34:05 11       those -- that term.

14:34:06 12           I mean, irregularities or fraud is already

14:34:10 13       in statute.   When you file an election fraud

14:34:13 14       complaint, it can be about an irregularity or fraud

14:34:18 15       involving issue petition.

14:34:19 16       BY MS. BENNETTE:

14:34:31 17       Q   Has the division specifically ever had to

14:34:33 18       make a determination about what irregularity -- has

14:34:37 19       it ever had to interpret an election irregularity

14:34:40 20       since the passage of House Bill 1205?

14:34:43 21       A   Since the passage of 1205?

14:34:46 22       Q   Uh-huh.

14:34:49 23       A   Not the division.   An irregularity may be

14:34:54 24       a -- well, irregularity is -- I think is either

14:35:02 25       defined in case law or just a term of art -- may

129

14:35:10  1        indicate something else.

14:35:15  2            Q    So what is the department's understanding

14:35:18  3        of what constitutes an irregularity?

14:35:27  4            A    Irregularity could indicate a pattern that

14:35:31  5        needs -- or something unusual that needs to be

14:35:35  6        looked at.

14:35:36  7                 Again, I would probably defer to case law

14:35:39  8        that -- if I were involved in that.    But it could be

14:35:44  9        an indicator of something that is -- involves fraud

14:35:49 10        or that necessitates looking further, or something

14:35:53 11        that some -- somebody did or some violation of the

14:35:58 12        statute that doesn't constitute necessarily fraud

14:36:00 13        per se.

14:36:04 14                 I'm just reading the plain language.

14:36:07 15            Q    No, I understand.   Has the department

14:36:10 16        issued -- had to issue any guidance clarifying these

14:36:14 17        statutory terms?

14:36:21 18            A    I don't -- I don't believe we have except

14:36:22 19        in the election fraud complaint form.   It just, you

14:36:26 20        know, elicits certain information that may help

14:36:32 21        support irregularity or fraud.

14:36:43 22            Q    Outside of those forms, have you received

14:36:48 23        any -- has the department received any questions

14:36:50 24        from supervisors about what constitutes an

14:36:56 25        irregularity?

14:37:00  1          A   I don't believe so.   I think it's, like,

14:37:01  2    if they -- again, if they think there's a pattern or

14:37:08  3    something of concern that they need to look -- that

14:37:11  4    needs to be looked into, then they'll refer it and

14:37:15  5    leave it to OECS and the process to determine

14:37:20  6    whether there was a violation of the code.

14:37:23  7          Q   And since the passage of House Bill 1205,

14:37:26  8    how have complaints regarding violations of 895.02

14:37:37  9    typically come to the attention of the department?

14:37:40 10          A   It can come through -- the supervisor can

14:37:42 11    fill out an elections fraud complaint.   We also are

14:37:49 12    given notice by virtue of the uploaded late

14:37:53 13    petitions and misfiled petitions, that's another

14:37:57 14    way.

14:37:57 15          We may receive an email with, you know,

14:38:02 16    supporting documentation that the supervisor

14:38:05 17    submits.   Obviously anything from a voter who might

14:38:11 18    allege something.

14:38:16 19          Q   And all of these complaints are passed

14:38:23 20    through to the Office of Election Crimes?

14:38:25 21          A   Yes, they're the ones with the authority

14:38:27 22    to look further into it.

14:38:53 23          MS. BENNETTE:   That's all we have for now.

14:38:56 24    But I do think that a couple of my co-counsel

14:39:05 25    have other questions.

131

14:39:06   1                MS. SZILAGYI:    Hello.   This is Heather

14:39:07   2      Szilagyi from CLC.    Could we just take a quick

14:39:13   3      two-minute break so I can organize my outline?

14:39:13   4      And we'll be right back with a few more

14:39:13   5      questions.

14:39:36   6           (A recess took place from 2:39 p.m. to

14:39:38   7           2:45 p.m.)

14:46:42   8                CROSS EXAMINATION

14:46:56   9      BY MS. SZILAGYI:

14:46:57  10           Q   Good afternoon, Ms. Matthews, my name is

14:46:59  11      Heather Szilagyi.    I represent the Florida Right to

14:47:01  12      Clean Water plaintiffs.   With me today are my

14:47:06  13      colleagues Brent Ferguson and Allen Fletcher from

14:47:06  14      the Campaign Legal Center who also represent the

14:47:10  15      Right to Clean Water plaintiffs.

14:47:11  16           So I'm going to just be following up on

14:47:13  17      some of the questions Ms. Bennette asked, and I've

14:47:14  18      done my best to write my outline to do my best to

14:47:19  19      avoid duplication.    So does that all sound okay?

14:47:22  20           A   Yes.

14:47:23  21           Q   Great.    And so do you understand that you

14:47:23  22      are still under oath?

14:47:25  23           A   Yes.

14:47:26  24           Q   And do you understand that the deposition

14:47:29  25      guidelines Ms. Bennette laid out at the beginning of

132

14:47:31  1    this deposition still apply?

14:47:32  2        A   Yes.

14:47:35  3        Q   And so I'm obviously on Zoom, so I hope we

14:47:37  4    can agree to both try particularly hard not to talk

14:47:40  5    over each other.    Does that sound good?

14:47:42  6        A   Yes.

14:47:43  7        Q   Great.    So I'd like to start by talking

14:47:46  8    briefly about the division's rules governing ballot

14:47:49  9    initiatives.

14:47:49 10        Has the Division of Elections adopted any

14:47:52 11    rules in the Florida Administrative Code concerning

14:47:55 12    ballot initiatives since HB 1205 was enacted?

14:47:58 13        A   No.

14:47:59 14        Q   Has the Division of Elections initiated

14:48:01 15    any rulemaking related to petition initiatives since

14:48:05 16    HB 1205 was enacted?

14:48:07 17        A   No.

14:48:09 18        Q   Okay.    So I'd like to pull up Exhibit 3,

14:48:11 19    which is HB 1205.    My colleague Allen is going to be

14:48:16 20    dropping deposition exhibits in the Chat that

14:48:18 21    Ms. Bennette and I coordinated, so you should have

14:48:21 22    this already in front of you, Exhibit 3.

14:48:24 23        Turning to page 11, Section 100.371(4)(a),

14:48:30 24    do you recall discussing this provision earlier?

14:48:35 25        A   Yes.

14:48:35  1        Q    So you testified earlier that you received

14:48:37  2    inquiries from supervisors with questions about how

14:48:40  3    to apply the 25-petition limit.   Do you remember

14:48:42  4    that?

14:48:43  5        A    Yes.

14:48:44  6        Q    And you testified that you responded to

14:48:46  7    those questions but did not issue any statewide

14:48:49  8    guidance to supervisors regarding this 25-petition

14:48:51  9    limit, is that correct?

14:48:53 10        A    Yes.

14:48:54 11        Q    And did you issue any guidance to sponsors

14:48:57 12    or to the public about the 25-petition limit?

14:49:05 13        A    I don't recall if we have -- if any

14:49:08 14    sponsoring political committee asked about this.

14:49:13 15        Q    Okay.   But whether or not you were asked

14:49:15 16    by a sponsoring political committee, you didn't

14:49:18 17    issue any guidance to sponsors or to the public

14:49:21 18    regarding this provision of the law?

14:49:23 19        A    Well, we did have a training program, so I

14:49:29 20    can't recall if it's mentioned in there.

14:49:33 21        Q    Okay.   So the only guidance you might have

14:49:35 22    provided to the public on this is the training

14:49:39 23    program for petition circulators who are

14:49:41 24    registering?

14:49:43 25        A    In the training program, yes.

135

14:49:46  1       Q    And you don't recall if this specific

14:49:47  2    question is covered in that training, correct?

14:49:50  3       A    Not at this moment.

14:49:52  4       Q    Okay.   And did you provide emails in which

14:49:56  5    you responded to supervisors' questions about the

14:49:58  6    25-petition limit as part of discovery in this

14:50:03  7    matter?

14:50:05  8       A    I'm sorry, repeat -- repeat the question.

14:50:08  9       Q    Sure.   You testified earlier that some

14:50:11 10    supervisors asked the division questions via email

14:50:15 11    about this 25-petition limit, correct?

14:50:18 12       A    Yes.

14:50:19 13       Q    Were those emails and your responses to

14:50:23 14    them provided in discovery?

14:50:24 15       A    If we responded in email, I presume so.

14:50:30 16    Some of the inquiries were oral as well.

14:50:35 17       Q    Okay.   But you did receive emails with

14:50:37 18    these questions from supervisors in addition to

14:50:40 19    potentially phone calls?

14:50:42 20       A    That I recall, yes.

14:50:44 21       Q    Okay.   And I just have one more question

14:50:47 22    about your interpretation of this provision.

14:50:49 23          So if a Florida resident never touches

14:50:54 24    signed petitions but they transport them in their

14:50:56 25    car on behalf of their district circulators, would

14:50:59   1    that be considered physically possessing signed

14:51:02   2    petitions in violation of HB 1205?

14:51:06   3        A    Physical possession would be custody of

14:51:11   4    the petition.

14:51:15   5        Q    So that would include if it was in an

14:51:18   6    individual's car, for example?

14:51:23   7        A    My plain reading of it, it would be, yes.

14:51:28   8        Q    Okay.    And do you recall testifying

14:51:31   9    earlier about the process of registering to be a

14:51:35  10    petition circulator?

14:51:37  11        A    Yes.

14:51:45  12        Q    Sorry, I didn't hear you if you answered

14:51:46  13    the question.

14:51:47  14        A    Yes.

14:51:49  15        Q    Thank you.    And you testified that first

14:51:52  16    an applicant needs to take a training and pass a

14:51:55  17    quiz, correct?

14:51:56  18        A    Yes.

14:51:58  19        Q    After they pass the quiz, what is the next

14:52:00  20    step?

14:52:02  21        A    So there's the online application and then

14:52:06  22    the training.    And they have to take the exam and

14:52:12  23    they have to pass the exam with a minimum of 80

14:52:16  24    percent passage.    And then they receive the -- a

14:52:20  25    notice that they are registered.

14:52:23  1        All that means is they're registered as a

14:52:28  2     petition circulator in the state.   But then it's --

14:52:33  3     then they have an account, and through that account,

14:52:37  4     they're able to manage the petitions for which they

14:52:42  5     wish to sign up for to circulate.

14:52:48  6        Q      And so after an applicant passes the quiz,

14:52:53  7     is there a requirement that they print an

14:52:56  8     application form and then sign and submit the form

14:52:58  9     to the division?

14:53:01 10        A      I don't exactly remember how the order is.

14:53:03 11     They -- there's the online application, the online

14:53:09 12     application, and then there's the signature upload

14:53:13 13     that, together with that application, constitutes

14:53:18 14     part of the registration.   And then they have the

14:53:21 15     training, and then the exam.

14:53:24 16            And then after all of that, I don't

14:53:26 17     remember the exact order of all that, but then they

14:53:30 18     are -- they receive a notice that they're

14:53:32 19     registered, they have an account for which they can

14:53:37 20     manage their association with a petition.

14:53:42 21        Q      Okay.   But one piece of that you mentioned

14:53:46 22     was a signature upload, correct?

14:53:48 23        A      Yes, that's part of the application

14:53:50 24     process.

14:53:52 25        Q      And so the applicant would need to upload

137

14:53:57  1     their signature, basically scan it in and then

14:53:59  2     upload it to the -- to the website, is that right?

14:54:02  3          A    Correct.

14:54:03  4          Q    Okay.    And do you know if this all has to

14:54:07  5     be done within any certain time frame after you --

14:54:11  6     after an applicant takes and passes the quiz?

14:54:14  7          A    Again, I don't remember exactly the order

14:54:17  8     in which it occurs.    But no, I mean, there are --

14:54:21  9     they could start the process and never finish it,

14:54:24  10    and then pick it up weeks later and, you know,

14:54:31  11    complete the process.

14:54:34  12         Q    Okay.    And so once the application is

14:54:39  13    completed and submitted to the division, is it

14:54:42  14    reviewed by someone in the Division of Elections?

14:54:47  15         A    The application may be reviewed -- it will

14:54:51  16    be reviewed to make sure at least that the person

14:54:55  17    has submitted the signature upload, to make sure

14:54:59  18    that the file that they submitted is actually a

14:55:03  19    signature upload and not their application or their

14:55:10  20    proof of employment or anything else.    So there is

14:55:13  21    some manual review that occurs.

14:55:19  22         Q    Okay.    And who within the department is

14:55:23  23    responsible for this review?

14:55:25  24         A    So the petition registration program

14:55:28  25    resides in the director's office.    So I have staff

135

14:55:32  1      within the director's office that would do -- would

14:55:36  2      do that review.   And there's I believe three people.

14:55:43  3          Q    Okay.   And to clarify, that's the Division

14:55:46  4      of Elections staff within the director's office who

14:55:49  5      are doing this review?

14:55:52  6          A    Correct.

14:55:52  7          Q    Okay.   And you touched on this a bit

14:55:56  8      earlier, but what are they looking for when they

14:55:59  9      review the application, these three individuals?

14:56:02 10          A    Well, the application is an online

14:56:05 11      application, so it's not going to go forward unless

14:56:08 12      the -- you know, the individual affirms everything

14:56:12 13      that they're supposed to.

14:56:13 14              If they're -- they may end up having to

14:56:18 15      review it manually, if there's an issue with an

14:56:20 16      email address that's been provided, that is not

14:56:23 17      working because there's a process for letting -- you

14:56:26 18      know, once you initially apply, you have to -- you

14:56:31 19      get an email saying, hey, here's the link to go to

14:56:33 20      and apply.   There may be communication that way.

14:56:38 21              And then also when they upload the

14:56:43 22      signature, that there's that manual review, that

14:56:47 23      staff is looking to make sure that the file that

14:56:49 24      they upload is actually the person's -- is a

14:56:52 25      signature, is the scanned image of a signature; or

14:56:57  1    if there's an issue with the residential -- the

14:57:02  2    address, the Florida address that's been provided.

14:57:06  3    Q    And what is the scanned image of a

14:57:10  4    signature compared to to verify that signature?

14:57:15  5    A    Oh, in that case, we're not going to --

14:57:17  6    we're not going to be comparing it to anything other

14:57:19  7    than is it a signature.

14:57:24  8    Q    Okay.   So you're not comparing it to the

14:57:26  9    voter registration file, for example?

14:57:27 10    A    No, because a petition circulator may not

14:57:30 11    be a registered voter.

14:57:33 12    Q    Okay.   And so you just talked about how

14:57:36 13    the division verifies residency information provided

14:57:39 14    by the applicant, correct?

14:57:43 15    A    Yes, the address is a residential --

14:57:48 16    residential address.

14:57:51 17    Q    Have there been any times you're aware of

14:57:52 18    when a reviewer has had a hard time verifying an

14:57:57 19    applicant's address for any reason?

14:57:59 20    A    Yes, there may be an input error, or that

14:58:04 21    the address doesn't appear, that there isn't a

14:58:07 22    Florida address provided, in which case there will

14:58:11 23    be outreach to the petition circulator applicant to

14:58:17 24    either correct or to verify the address.

14:58:24 25    Q    Okay.   So if there's -- if you're

140

14:58:27  1    verifying the address, the first step is outreach to

14:58:30  2    the applicant?

14:58:31  3       A   Yes, there's -- yeah, it's an online

14:58:34  4    communication that goes back and forth.   And that's

14:58:36  5    why the email address is very important to get that

14:58:40  6    right.

14:58:42  7       Q   So generally speaking, how often are

14:58:45  8    applications rejected?

14:58:50  9       A   I don't have any stats on that.   All I

14:58:52 10    know is that a person can -- they can call for

14:58:57 11    assistance if they're having issues with the

14:58:59 12    registration program.

14:59:02 13       Q   Okay.   And, again, we touched on this a

14:59:07 14    bit before, but I want to go into it in a little

14:59:08 15    more detail.

14:59:09 16          What are the reasons that an application

14:59:11 17    might be rejected?

14:59:13 18       A   Well, the program is not going to allow

14:59:15 19    someone to be able to move forward and be accepted

14:59:18 20    as registered if they don't affirm all the fields

14:59:23 21    that are required.

14:59:24 22          Something that may also -- I don't know if

14:59:31 23    the term is appropriate -- is really rejected -- as

14:59:35 24    it is so much as they can't advance; if there's a

14:59:38 25    data input error, again, we do the outreach.

141

14:59:40  1          You know, it's not unusual, and applicants

14:59:47  2     will call; they have also -- we have an

14:59:49  3     initiatives -- a dedicated initiatives inbox, as

14:59:55  4     well as a phone number that they can call to get

15:00:01  5     assistance to work through their application.

15:00:02  6          And, of course, if they don't submit a

15:00:06  7     signature, that's definitely -- they're not -- the

15:00:10  8     application is not going to be accepted.   And if

15:00:12  9     they don't pass the exam, take the training and pass

15:00:17 10     the exam, they're not going to be able to advance

15:00:21 11     with their registration.

15:00:24 12          Q     Okay.   And so are applicants informed of

15:00:27 13     the reason their application is rejected?

15:00:32 14          A     I don't know how specific the automated

15:00:39 15     part of the communication is.    But at some point,

15:00:42 16     again, if the email is not specific, they are --

15:00:47 17     they can always call to ask what might be holding up

15:00:52 18     their registration.

15:00:56 19          Q     And who staffs that phone where applicants

15:01:00 20     can call?

15:01:00 21          A     Again, it's the director's office.

15:01:05 22          Q     So those three employees that you

15:01:08 23     mentioned before in the director's office?

15:01:08 24          A     Yeah, it could be any one of those three

15:01:11 25     that may answer the question.

15:01:15  1          Q        And is that phone line staffed during

15:01:20  2      business hours or at any other time?

15:01:23  3          A        Oh, well, the online registration program

15:01:25  4      is available 24/7.   The availability of someone to

15:01:30  5      assist is going to be during normal business hours.

15:01:35  6          Q        And are applicants instructed to call that

15:01:39  7      phone number if they have any questions?   Or how do

15:01:42  8      they -- how do they determine that they should call

15:01:43  9      that phone number if they have a problem?

15:01:46 10          A        Well, we have on our website contacts, a

15:01:53 11      contact web page dedicated.   We also have a page

15:01:59 12      that's dedicated to constitutional amendments, and I

15:02:02 13      believe at the very bottom of it it says:   If you

15:02:04 14      have any questions, and it gives them the

15:02:07 15      initiatives email address that they can call.

15:02:14 16              And honestly, that's probably the better

15:02:16 17      way to try to reach somebody to assist, because that

15:02:20 18      is monitored, again, 8:00 through 5:00 every day.

15:02:27 19          Q        Everyday, including the weekends and

15:02:28 20      holidays?

15:02:30 21          A        No, I mean business days.

15:02:33 22          Q        Okay.   And so you can go on the division's

15:02:39 23      website to find out contact information for the

15:02:42 24      division.

15:02:43 25              Are applicants whose application is

15:02:44  1    rejected provided instructions in any other way on

15:02:48  2    how to seek guidance, if they need any assistance?

15:02:52  3         A    I'm pretty sure they are.   I don't have an

15:02:56  4    example of the communication.    But it's pretty

15:03:02  5    straightforward regarding, you know, whether

15:03:07  6    something is not going forward, it's because they've

15:03:11  7    answered that they're not eligible; or if a

15:03:16  8    signature is missing, they're going to get a very

15:03:19  9    specific email about that; or if the residence is

15:03:25 10    not a Florida address.

15:03:28 11         Q    Okay.   And so talking a little more about

15:03:33 12    the timeline for approval of applications, has the

15:03:37 13    division implemented any internal deadline after an

15:03:41 14    application is submitted by which it must be

15:03:44 15    reviewed and either rejected or approved?

15:03:48 16         A    No, I don't -- I don't believe we have any

15:03:51 17    standard.   Obviously we're going to work them as,

15:03:57 18    you know, soon as possible.    I mean, volume could

15:03:59 19    delay.

15:04:01 20         We do -- I think -- I think we at least

15:04:05 21    previously had on there that it would -- might take

15:04:10 22    a day or two to process, assuming everything is

15:04:16 23    properly submitted.    But that that could be delayed

15:04:19 24    if there -- you know, depending on volume.

15:04:25 25         Q    And just to confirm what you said before

144

15:04:29  1    kind of about the operating hours.   Are applications

15:04:32  2    processed over the weekends or on holidays?

15:04:35  3         A   Well, they can be submitted, but there's

15:04:37  4    only going to -- you know, it's only going to go so

15:04:40  5    far.   If everything is -- appears to have been

15:04:46  6    submitted, I guess, except probably for the

15:04:49  7    signature, I think we're still going to have to have

15:04:52  8    an eyeball of that.

15:04:53  9         So I don't think anything can go all the

15:04:56  10   way through without that -- at least that final

15:05:02  11   manual review.

15:05:03  12        Q   Right.   So if an individual submits an

15:05:08  13   application at 8:00 p.m. on a Friday, what's the

15:05:11  14   earliest they could be registered as a circulator

15:05:14  15   such that they could collect more than 25 petitions?

15:05:21  16        A   Well, again, it's going to be depending on

15:05:25  17   volume, how many submissions came in over the

15:05:28  18   weekend and my staff's -- you know, they're going to

15:05:32  19   work through them as soon as possible.   And if there

15:05:37  20   are any issues with that application, that's going

15:05:39  21   to delay it.

15:05:40  22        And what was my other point?   That is all

15:05:48  23   I'm going to have right now.

15:05:50  24        Q   And so you said one to two days was listed

15:05:59  25   somewhere as -- is it the average time you would

145

15:06:01   1      anticipate it takes to process an application?

15:06:04   2           A    Yes.   And again, I'm not sure if it's

15:06:07   3      still posted on the website that way.

15:06:12   4           Q    And that would be one to two business

15:06:13   5      days, correct?

15:06:17   6           A    I'm sorry?

15:06:18   7           Q    That would be one to two business days,

15:06:20   8      correct?

15:06:21   9           A    Oh, absolutely.

15:06:21  10           Q    Okay.   And do you know what the longest

15:06:23  11      amount of time it's been -- it's taken to process an

15:06:28  12      application since HB 1205 was enacted?

15:06:32  13           A    No.   It's going to be dependent again on

15:06:34  14      the applicant having submitted all the -- completed

15:06:38  15      the application and, you know, completed the

15:06:43  16      training program, because they could submit an

15:06:46  17      initial application and not take the training until

15:06:49  18      later, or take the exam until later, or they don't

15:06:52  19      get the signature in.

15:06:53  20                And even assuming once they all get

15:06:58  21      registered, it's still incumbent on them to manage

15:07:05  22      their own account as to which petitions they are

15:07:08  23      going to circulate.

15:07:10  24                So the control is with the petition

15:07:12  25      circulator.   So they may become registered, but then

15:07:16   1    they don't -- they don't sign up for the particular

15:07:20   2    petition because the petition form has -- the

15:07:23   3    program has to generate the petition for them to

15:07:28   4    circulate.

15:07:29   5         Q    Sure.   Well, let's assume that somebody

15:07:33   6    submits all of the required pieces of their

15:07:36   7    application, right; they've done the signature

15:07:39   8    upload, the training, the quiz, the application, all

15:07:41   9    of that.

15:07:41  10              And then you testified that someone needs

15:07:45  11    to do some kind of manual review of that information

15:07:47  12    before they can be checked off as registered with

15:07:51  13    the state, correct?

15:07:52  14         A    Yes.

15:07:57  15         Q    And after that, what is the longest amount

15:08:02  16    of time you're aware of between the submission of

15:08:05  17    that complete application package and the manual

15:08:09  18    review of the application?

15:08:11  19         A    I have not done a study of that.   Again,

15:08:14  20    we're going to process -- we're well aware that this

15:08:18  21    is active season and that, you know, the interest in

15:08:24  22    this individual wanting to get registered, so we're

15:08:28  23    going to do -- we're going to work diligently on

15:08:32  24    that to make sure we can process it.

15:08:35  25              I mean, if that's the only registration we

147

15:08:38  1    received, it will definitely happen in one day.

15:08:44  2        Q    Could you estimate if it's more or less

15:08:47  3    than a week, the amount of time it could take?

15:08:50  4        A    Again, it's going to be dependent on the

15:08:53  5    person having submitted -- followed all the steps to

15:08:58  6    get registered, and not to have any issues with

15:09:03  7    their application.

15:09:04  8            I really cannot estimate the time that

15:09:08  9    it's taking for a petitioner to get everything

15:09:13 10    submitted.   I just, I know that there are petition

15:09:16 11    circulators getting registered.   As I spoke earlier,

15:09:19 12    we have over 2,000.

15:09:23 13        Q    Right.   And so my question again is just

15:09:26 14    assuming once the full application package has been

15:09:31 15    submitted by the individual, so we're not waiting

15:09:33 16    for that anymore, we're just waiting for the manual

15:09:36 17    review to take place.   Could that take more than a

15:09:40 18    week, for example?

15:09:44 19        A    I don't believe it is or that it would

15:09:47 20    because it's not, like -- it depends on the volume

15:09:51 21    and what staff is available, so --

15:09:54 22        Q    Okay.   Understood.   So you testified

15:09:59 23    earlier that you're generally copied on emails and

15:10:03 24    assist in responding if someone has trouble

15:10:05 25    registering as a circulator, is that right?

148

15:10:08  1        A    If there's a -- I'm not on every one, but

15:10:12  2    some maybe, if there's an issue that -- that maybe

15:10:17  3    the program -- we want to make sure it's not a

15:10:20  4    program issue versus a user issue, I may be copied

15:10:23  5    on that.

15:10:26  6        Q    And for those emails you have been copied

15:10:28  7    on, would they have been produced in discovery?

15:10:32  8        A    I presume so, because of whatever terms,

15:10:36  9    you know, were used to generate the list of

15:10:41 10    documents.

15:10:42 11        Q    Okay.   And one issue that you testified to

15:10:46 12    people having with the registration process earlier

15:10:49 13    today is that it was not happening fast enough for

15:10:52 14    them.   I believe that's what you said.   Do you

15:10:54 15    recall that?

15:10:56 16        A    No, I'm sorry, what was it?   What context

15:10:58 17    was that?

15:11:01 18        Q    Earlier Ms. Bennette asked you about some

15:11:02 19    of the issues that people have in attempting to

15:11:07 20    register, and you responded, you know, with a

15:11:12 21    variety of issues, including the IT issues you

15:11:14 22    mentioned, and also that some people thought it

15:11:17 23    wasn't happening fast enough for them.    Does that

15:11:20 24    sound familiar?

15:11:20 25        A    Oh, yes, that does sound familiar.

15:11:23  1          Q    Okay.

15:11:23  2          A    So they're desperate to get registered, so

15:11:25  3      they want it to happen, like, yesterday.

15:11:29  4          Q    Okay.   And so what you meant by that is

15:11:32  5      people have reached out to you saying, I submitted

15:11:35  6      my application, and I'm not yet registered, can you

15:11:40  7      make it go faster, essentially?

15:11:42  8          A    No, it's more that they just feel like,

15:11:44  9      you know, well, they think it's an automatic thing

15:11:48 10      that happens; that, you know, once you get the

15:11:50 11      application in, once you get the -- there's a

15:11:54 12      certain expectation that they think that it's going

15:11:56 13      to happen much quicker than it may.

15:11:58 14              And that is really just dependent, again,

15:12:01 15      on the workload and volume that we have.

15:12:06 16          Q    Okay.   And earlier, just recently when

15:12:13 17      testifying with Ms. Bennette about some of the fine

15:12:15 18      provisions in HB 1205, you testified that you

15:12:19 19      presumed sponsors know who they are hiring to

15:12:24 20      circulate petitions on their behalf, is that right?

15:12:27 21          A    Well, they're hiring people, so they know

15:12:29 22      what the requirements are of the petition

15:12:33 23      circulator.

15:12:33 24              There's a fiduciary duty that they have

15:12:36 25      which is, you know, to the voter and trust that who

150

15:12:41  1        they've hired is, you know, going to be satisfying

15:12:45  2        these requirements.

15:12:47  3            Q    And petition circulators are not always

15:12:52  4        hired by the sponsors, is that right?

15:12:56  5            A    A petition circulator may not be hired by,

15:13:01  6        but they are -- you're right.   They may sign up and

15:13:07  7        sign up for a petition, but there will be an

15:13:12  8        expectation that they may be hired.   And then the

15:13:15  9        sponsoring political committee is actually going to

15:13:18  10       be on the hook for the payment of the petitions that

15:13:24  11       are submitted.

15:13:27  12           Q    Right.   So a volunteer, for example, who's

15:13:30  13       passionate about a particular petition could

15:13:33  14       register and circulate those petitions completely on

15:13:36  15       their own volition without contacting a sponsor, is

15:13:39  16       that true?

15:13:40  17           A    This is true, it could happen.

15:13:43  18           Q    Okay.   Or they could circulate personal

15:13:47  19       use petitions on behalf of a sponsor without ever

15:13:52  20       contacting the sponsor, is that right?

15:13:54  21           A    Well, we talked about this before.

15:13:55  22       There's really not a volunteer so much as personal

15:13:58  23       use, which could just mean the voter themselves are

15:14:01  24       using the petition, or somebody is using it.   I

15:14:04  25       mean, we distinguish these two forms now as personal

15:14:08  1        use and petitioner -- petition circulator forms.

15:14:13  2            Q   Right.   Apologies.   I just meant that any

15:14:16  3        individual could circulate personal use petitions on

15:14:20  4        behalf of a sponsor without ever contacting the

15:14:23  5        sponsor, is that right?

15:14:25  6            A   Could.   Except I -- they may submit

15:14:30  7        petitions to the sponsor to turn in, unless they do

15:14:35  8        it directly themselves.   So yeah, that's no

15:14:38  9        different than before HB 1205.

15:14:44 10            Q   Right.   Okay.   I would like to turn back

15:14:51 11        to some of the other provisions you were discussing

15:14:54 12        with Ms. Bennette.   This is about the ten-day

15:14:58 13        submission deadline.   So we can pull up Exhibit 3,

15:15:01 14        and this is Section 100.371(7)(a).

15:15:11 15            One short question is, does the ten-day

15:15:14 16        submission deadline apply to the personal use

15:15:17 17        petitions we just discussed?

15:15:24 18            A   It says a sponsor that collects petition

15:15:27 19        forms or uses a petition circulator.

15:15:34 20            Q   You mentioned that personal use petitions

15:15:36 21        might be returned to the sponsor before they're

15:15:38 22        submitted, is that correct?

15:15:41 23            A   They may be.

15:15:43 24            Q   And if that's the case, would those

15:15:46 25        petitions that are then turned in by the sponsor --

15:15:50  1        sorry, let me start over.

15:15:51  2            If that's the case, would those personal

15:15:53  3        use petitions that are then submitted to a

15:15:57  4        supervisor by the sponsor, would those need to be

15:16:01  5        submitted within ten days?

15:16:05  6            MR. JAZIL:   Object to form.

15:16:05  7            You can answer.

15:16:08  8        A    I would think that a petition -- and I

15:16:10  9        don't know if this has been addressed or not, but I

15:16:13 10        would think that a petition sponsor would, as soon

15:16:17 11        as they get any petitions, would turn that -- those

15:16:22 12        petitions in within -- within ten days.   And those

15:16:27 13        ten days are going to be from the date that the

15:16:30 14        person signed it.

15:16:31 15            So if they also believe that it was

15:16:35 16        impossible for them to be able to turn it in within

15:16:38 17        the ten days because a volunteer -- or not

15:16:41 18        volunteer, but a personal use form was submitted to

15:16:45 19        them and they had no control over it being submitted

15:16:49 20        beyond the ten days, or whatever, they could

15:16:51 21        certainly affirm a defense of the impossibility

15:16:57 22        of -- the impossibility of performance, or force

15:17:05 23        majeure.

15:17:07 24            So -- and I -- I think I have seen where

15:17:10 25        sponsors, you know, submit letters saying, hey, this

159

| | | |
|---|---|---|
| 15:17:13 | 1 | was delivered this way and we didn't have any |
| 15:17:15 | 2 | control over it, and they're giving the department a |
| 15:17:19 | 3 | heads up. |
| 15:17:20 | 4 | BY MS. SZILAGYI: |
| 15:17:22 | 5 | Q     Okay.   I'm going to return to that |
| 15:17:25 | 6 | notification provision in a minute, but we can stick |
| 15:17:28 | 7 | on the ten-day -- other questions about the ten-day |
| 15:17:30 | 8 | rule for now. |
| 15:17:33 | 9 | So a similar question is, if a signed |
| 15:17:38 | 10 | petition form is returned to a county other than the |
| 15:17:40 | 11 | one in which the voter resides, the petition form is |
| 15:17:44 | 12 | returned to the sponsor, is that right? |
| 15:17:48 | 13 | A     The previous -- the rule, the existing |
| 15:17:51 | 14 | rule talks about returning the -- a truly misfiled |
| 15:18:00 | 15 | petition to the county where the person is |
| 15:18:03 | 16 | registered. |
| 15:18:04 | 17 | The law simply says here that it's |
| 15:18:09 | 18 | supposed to be -- notify the sponsor, which some |
| 15:18:13 | 19 | supervisors have delivered back to the sponsor so |
| 15:18:19 | 20 | that they can get it to the right -- to the correct |
| 15:18:24 | 21 | county; and other supervisors have delivered it or |
| 15:18:30 | 22 | forwarded it on to the county themselves. |
| 15:18:32 | 23 | It's really going to depend on the volume |
| 15:18:35 | 24 | and the number of counties involved.    My |
| 15:18:38 | 25 | understanding, based on conversations that I've had |

154

```
15:18:40  1    with supervisors, they may coordinate with the
15:18:44  2    sponsor and say, hey, look, we've got these forms
15:18:46  3    that were misfiled that should have been delivered
15:18:51  4    to another county.    And they will arrange for the
15:18:55  5    sponsor to get those forms and to get them submitted
15:19:03  6    properly.
15:19:05  7        Q     And so is there any uniform guidance from
15:19:08  8    the division as to which of those two options a
15:19:12  9    supervisor should use if the petition is misfiled in
15:19:17 10    their county?
15:19:19 11        A     No.   Again, facts and circumstances may
15:19:21 12    dictate one is more expeditious than the other.
15:19:26 13    Supervisors are well aware of the urgency of getting
15:19:30 14    the petitions to the right -- to the right county.
15:19:32 15    So in some circumstances, it may make more sense to
15:19:36 16    give it to the sponsor to turn around and get it to
15:19:40 17    the right county, or it may be -- make more sense to
15:19:43 18    get it -- just forward it to the county next door.
15:19:49 19        Q     Okay.   So in a scenario where a county
15:19:54 20    sends misfiled petitions back to the sponsor to then
15:20:00 21    forward on to another county, so taking that
15:20:03 22    scenario:   If, for example, County A receives the
15:20:07 23    form within ten days, but County B then receives it
15:20:13 24    more than ten days after it was signed by a voter
15:20:17 25    because it was sent back to the sponsor in between,
```

155

15:20:22  1    has the sponsor violated the ten-day rule?

15:20:25  2        A    So the key is going to be if it was

15:20:28  3    delivered to the county that was on the petition

15:20:32  4    or the -- that was listed on the petition by the

15:20:35  5    voter or the address associated -- the county

15:20:38  6    associated with the address, because maybe the voter

15:20:41  7    didn't write that on there.

15:20:44  8            So if it was properly -- and that's what

15:20:49  9    the key is; like, was it delivered to the county

15:20:53 10    that was listed on the petition, or the county

15:20:59 11    associated with the address, if the county is not

15:21:01 12    mentioned itself?

15:21:02 13            If that is properly within the ten days,

15:21:06 14    then that's fine.   But if it's beyond that, or if

15:21:13 15    they misdelivered it and it's now not -- you know,

15:21:18 16    now it's got to go to the right county, and it was

15:21:22 17    misdelivered, so it went to the wrong county to

15:21:26 18    begin with, and it's still going to be the ten days.

15:21:28 19            Ultimately, the determination on this --

15:21:32 20    again, because my office is not the one that makes

15:21:35 21    the final investigation on this -- it will be the

15:21:39 22    Office of Election Crimes and Security.

15:21:43 23        Q    And so if, in the scenario we just

15:21:53 24    discussed, where the sponsor is receiving petitions

15:21:59 25    back from the county to which it was -- they were

15:22:01   1         first filed and then sending them to another county,

15:22:05   2         how is the second county going to know whether they

15:22:08   3         were originally delivered on time to the first

15:22:11   4         county?

15:22:13   5               MR. JAZIL:   Object to form.

15:22:13   6               You can answer, if you know.

15:22:16   7         A      So each county is -- a county is going to

15:22:21   8         date stamp and time stamp, maybe -- at a minimum

15:22:26   9         they're going to date stamp the petitions when

15:22:31  10         received.   And each office is going to do that when

15:22:35  11         they get it.   So that's how they're going to know.

15:22:38  12         BY MS. SZILAGYI:

15:22:46  13         Q      Okay.   And is this understanding of the

15:22:58  14         application of the ten-day rule for petitions that

15:23:04  15         are originally filed in one county and they need to

15:23:08  16         be resubmitted to another, is the interpretation

15:23:12  17         you've discussed memorialized in written guidance

15:23:17  18         anywhere?

15:23:18  19         A      Well, it's pretty straightforward in the

15:23:22  20         law in the sense of the ten days.   The delivery

15:23:26  21         is -- and it doesn't speak in the law about how the

15:23:33  22         petition is going to be delivered back to the county

15:23:37  23         in which -- or to the county in which the person is

15:23:40  24         actually registered, despite what might have been

15:23:43  25         written on the petition form.

15:23:45  1          Our current rule talks about the form

15:23:49  2     being delivered back to the sponsor.   The process of

15:23:55  3     them time stamping or date stamping is no different

15:23:58  4     than before.   I mean, before it was just 30 days,

15:24:02  5     and now it's ten days.

15:24:06  6          Q    Okay.    And looking at Section

15:24:10  7     100.371(7)(a), which is up on the screen now, am I

15:24:17  8     correct that it says, any petition form entrusted to

15:24:24  9     the sponsor or petition circulator is promptly

15:24:26  10    delivered to the Supervisor of Elections in the

15:24:28  11    county in which the voter resides within ten days

15:24:31  12    after the voter signs the form, correct?

15:24:34  13         A    Yes.

15:24:36  14         Q    But your interpretation is that the law is

15:24:38  15    clear that if the form is returned within ten days

15:24:43  16    to any county, even if it's not the one in which the

15:24:47  17    voter resides, it will not violate the ten-day rule?

15:24:54  18         A    No, the petition has to be delivered to

15:24:59  19    the county in which the voter resides.    The only way

15:25:05  20    the sponsor or the petition circulator presumably

15:25:09  21    would know where the voter resides is based on what

15:25:12  22    the voter writes on the petition.

15:25:15  23          So the voter may write County A, let's say

15:25:24  24    Leon County, and they actually are registered in

15:25:28  25    Jefferson County; or the address that they write --

163

15:25:31  1    let's say they don't put a county -- the address

15:25:35  2    that they write is actually -- shows that it's Leon

15:25:41  3    County, but again they're registered in Jefferson

15:25:43  4    County.    The sponsor and petition circulator can

15:25:49  5    only go based on what is written by the voter, which

15:25:53  6    the law clearly says the voter is the one that has

15:25:57  7    to fill that in.

15:25:58  8        So you can only rely on that.   And if they

15:26:04  9    get it within the ten days to the county written on

15:26:07  10   the petition, or the address associated or the

15:26:12  11   county associated with the address, then that's

15:26:16  12   not -- if they get it within the ten days, then

15:26:20  13   that's not a violation.

15:26:25  14       Q    Right.   Even if the county written on the

15:26:29  15   form turns out not to be the county where the voter

15:26:32  16   is registered, correct?

15:26:33  17       A    Right, because there is another -- and I

15:26:35  18   think I talked about this.   There's another

15:26:36  19   provision in law where voters can write down an

15:26:39  20   address -- may end up writing an address other than

15:26:43  21   where they are actually registered, and the

15:26:48  22   supervisor is required to process that application

15:26:52  23   as the -- where they're actually registered.   So it

15:26:57  24   happens.

15:27:00  25       Q    And then turning to the county-return

159

15:27:07  1          requirement, which is subsection 3 of (7)(a) here

15:27:12  2          that we discussed earlier.   Do you remember

15:27:17  3          discussing this earlier with Ms. Bennette?

15:27:19  4              A    Yes.

15:27:21  5              Q    And does this county-return requirement

15:27:25  6          apply to personal use petitions?

15:27:29  7              A    No, under this section, again, it talks

15:27:32  8          about in terms of a sponsor that collects petition

15:27:38  9          forms or uses a petition circulator.   So the -- it

15:27:41 10           doesn't talk about personal use that I'm aware of.

15:27:45 11                  Again, if there's any question to be

15:27:48 12           resolved about that, though, I would defer to OECS.

15:27:55 13              Q    Okay.   And we talked a lot about your

15:28:04 14           testimony that this section does not permit the

15:28:07 15           department to impose a fine on a sponsor as long as

15:28:10 16           the sponsor returns the petition form to the county

15:28:14 17           listed on the form, correct?

15:28:17 18              A    Correct, unless it's beyond the ten-days,

15:28:22 19           in which case, yeah, even if that's not the county

15:28:24 20           where the person is registered.

15:28:27 21              Q    Right.   So speaking only to the --

15:28:31 22           assuming we're within the ten days, speaking only to

15:28:34 23           the county provision here, is that interpretation

15:28:37 24           that you provided memorialized in writing anywhere

15:28:43 25           for guidance, for example?

15:28:46  1        A    About that county in which the voter

15:28:49  2    resides or the county on the petition?

15:28:52  3        Q    Yes.    So your testimony that this section

15:28:58  4    does not permit the department to impose a fine if

15:29:02  5    the sponsor returns the signed petition form to the

15:29:05  6    county that the voter has written on the form,

15:29:07  7    regardless of where that -- if that's where they

15:29:11  8    actually are registered to vote -- is that policy

15:29:14  9    memorialized in written guidance anywhere?

15:29:17 10        A    Well, it's memorialized in law.    The

15:29:20 11    only -- between this provision and 99.097, that's

15:29:25 12    the only way a sponsor or petition circulator is

15:29:29 13    going to know which county to submit the petition.

15:29:34 14    And the law says already that the voter is the only

15:29:37 15    one that can pre-fill or fill a petition form.

15:29:43 16        Q    Okay.    Let's talk about that petition

15:29:47 17    fill-in rule for a moment.    So this is Section

15:29:52 18    100.371, subsection (8).    Do you see that?

15:30:00 19        A    Yes.

15:30:00 20        Q    So what process does the department use to

15:30:04 21    determine if this prohibition on filling in missing

15:30:08 22    information has been violated?

15:30:14 23        A    I'm sorry, repeat the question again.

15:30:16 24        Q    Sure.    So I'm specifically looking at the

15:30:20 25    provision that says -- that prohibits filling in

15:30:24  1      missing information on a signed petition.

15:30:27  2           What process does the department use to

15:30:31  3      determine if this prohibition has been violated?

15:30:36  4           A    Well, it's going to be, you know, through

15:30:39  5      a complaint or from a supervisor most likely in

15:30:44  6      their office, if they believe that a petition has

15:30:49  7      been, you know, signed by somebody else, or that a

15:30:56  8      fictitious name has been used to sign a petition, or

15:31:00  9      that the information was prefilled, you know,

15:31:05 10      perhaps by -- because it looks like it was

15:31:10 11      prefilled, or because it looks like the signature or

15:31:14 12      the writing is different than, you know, than the

15:31:20 13      voter's handwritten information that they -- you

15:31:26 14      know, that they wrote.

15:31:27 15           Q    And so what process then does the

15:31:31 16      department use to assess fines for petition forms

15:31:35 17      that may be in violation of this prohibition?

15:31:42 18           A    Well, they're going -- they would just

15:31:44 19      investigate the matter.   And I would imagine it

15:31:47 20      involves, you know, whatever outreach they need to

15:31:50 21      do, whether it's the sponsor or the petition

15:31:53 22      circulator or the voter, to investigate it.    But

15:31:57 23      that's not done within the Division of Elections.

15:32:03 24           Q    And so is that a question that the Office

15:32:08 25      of Election Crimes and Security can answer?

162

15:32:13  1        A      Yeah, I would think that they would --

15:32:15  2     yeah, that they would be able to explain how they

15:32:17  3     would go about investigating a complaint about it.

15:32:23  4        Q      And OECS would be the division imposing a

15:32:33  5     fine for violation of this provision as well, is

15:32:36  6     that right?

15:32:38  7        A      The Office of Election Crimes and

15:32:38  8     Securities involved in the, you know -- doing the

15:32:43  9     research, investigating it, and they worked with the

15:32:47 10     legal counsel's office, obviously under the auspices

15:32:50 11     of the Secretary of State, to determine whether

15:32:54 12     there was a violation and then -- and if so, whether

15:33:00 13     a fine is to be assessed at that point.

15:33:06 14        Q      And so you don't have any insight into

15:33:09 15     that process?

15:33:10 16        A      No.   I mean, I just think that's just the

15:33:13 17     general way that a complaint is processed.

15:33:18 18        Q      Okay.   Moving down to subsection (10)

15:33:23 19     here, which is HB 1205's prohibition on pre-filling

15:33:33 20     information on a petition form distributed to

15:33:36 21     signatories.    Are you familiar with this provision?

15:33:39 22        A      Yes.

15:33:41 23        Q      And so what process does the department

15:33:44 24     use to determine if this provision has been

15:33:46 25     violated?

165

15:33:47  1         A    Again, that may come in through a

15:33:52  2    supervisor of elections and/or staff's reporting

15:33:58  3    that there's been a mailing, or that they have

15:34:03  4    received initiative petitions that appear to have

15:34:06  5    been prefilled with information.

15:34:13  6             That's probably going to be the main

15:34:17  7    thing; or a voter may also say, hey, look, I got

15:34:21  8    this petition in the mail, it has all my information

15:34:24  9    filled in here.   They may also submit a complaint or

15:34:29 10     report it.

15:34:34 11         Q    And is a determination about fines made by

15:34:40 12    OECS and the general counsel's office in the same

15:34:44 13    way you previously described with respect to the

15:34:47 14    filling in the same information provisions?

15:34:50 15         A    Yes.

15:34:52 16         Q    I'm sorry, I didn't hear you.

15:34:53 17         A    Yes, yes.

15:34:55 18         Q    Thank you.   Okay.   I would like to turn to

15:35:00 19    subsection (14)(h).   It should be just down a little

15:35:08 20    farther.   Keep going.   Great.

15:35:13 21             So this is the provision of House Bill

15:35:25 22    1205 that requires petition forms submitted by

15:35:32 23    ineligible or unregistered petition circulators to

15:35:35 24    be invalidated.   Are you -- is that correct?

15:35:38 25         A    Yes.

15:35:38  1        Q    Are you familiar with this provision?

15:35:40  2        A    Yes.

15:35:41  3        Q    And so what process or -- let me back up.

15:35:45  4    Is this provision enforced by the Division of

15:35:50  5    Elections?

15:35:52  6        A    Petition forms are verified by

15:35:56  7    supervisors, so this process occurs at the county

15:36:01  8    level.

15:36:02  9        So if a supervisor gets -- you know, when

15:36:05 10    they verify a petition, there's -- it's more than

15:36:08 11    just the signature that they're looking at.    They're

15:36:11 12    looking at everything else to see if the information

15:36:13 13    is properly filled, if the proper form was

15:36:18 14    submitted; and also, of course, if it's a petition

15:36:23 15    circulator form or a petition that doesn't appear to

15:36:31 16    be -- where the petition circulator is not

15:36:35 17    registered at the time that the signature was

15:36:38 18    collected, or was not eligible, however, the

15:36:42 19    information they get, they will be the ones to

15:36:46 20    record that it's not a valid petition.

15:36:49 21        And if the petition circulator is not

15:36:54 22    eligible or unregistered, they will also report

15:36:59 23    that, or at least they've been told to report any

15:37:04 24    violations to the department.

15:37:10 25        Q    Okay.    So the supervisors have been told

15:37:13  1    to report any violations to the department, is what

15:37:16  2    you just testified, correct?

15:37:18  3        A   Yes.

15:37:19  4        Q   Have the supervisors been issued any other

15:37:22  5    guidance by the department about implementing this

15:37:25  6    provision of House Bill 1205?

15:37:30  7        A   Again, it's not been specific, it's just

15:37:33  8    been -- as I told the counsel earlier, you know, if

15:37:39  9    we -- we just had a conference in which we reminded

15:37:44 10    them, you know, that any violations have to be

15:37:49 11    reported to the department.    So this is just one of

15:37:53 12    several provisions that could have been violated.

15:38:00 13        Q   To your knowledge, have any petitions been

15:38:02 14    invalidated as a result of this provision since

15:38:06 15    HB 1205 was enacted?

15:38:08 16        A   I do believe that, yeah, because there's

15:38:11 17    a -- there's a code that is for petitions that are

15:38:17 18    submitted by someone who's not registered.   And I do

15:38:21 19    know that that's been used to invalidate a petition.

15:38:27 20        Q   And was that code added to the

15:38:33 21    verification process as a result of HB 1205?

15:38:36 22        A   No, that existed before.   There are many

15:38:39 23    reasons why a petition could have been verified as

15:38:43 24    invalid.   So that's -- no, that's not -- that's not

15:38:47 25    new.

166

15:38:50 1          Q    Okay.   So there's a code for invalid

15:38:54 2     petitions.    But is there a way to determine on the

15:38:56 3     basis of that code whether -- the reason for

15:39:03 4     invalidation?

15:39:04 5          A    Yes, there are a number of reasons that

15:39:06 6     could be recorded for why a petition is not verified

15:39:09 7     as valid.    And I believe one of them is that the

15:39:15 8     petition circulator was not registered.

15:39:19 9          Q    And is that reason something that the

15:39:23 10    supervisor's office would have to type in, or are

15:39:28 11    there additional codes that would indicate the

15:39:31 12    reason for invalidation was ineligible circulator?

15:39:35 13         A    There could be one or multiple reasons why

15:39:38 14    a petition form may be verified as invalid, and it

15:39:43 15    is recorded, it's at the local level.    We don't --

15:39:45 16    what we're getting are what is the number of

15:39:49 17    petitions that have been verified as valid.

15:39:53 18         Q    Let me try to ask another way.

15:39:55 19              So understanding that there are a variety

15:39:58 20    of reasons a petition might be invalidated, is it

15:40:04 21    possible to determine if a particular petition was

15:40:09 22    invalidated or the specific reason that it was

15:40:12 23    submitted by an ineligible or unregistered

15:40:15 24    circulator?

15:40:18 25         A    I believe that information would be

15:40:20  1     available at the local level at a minimum.

15:40:24  2         Q    And so are you aware of whether any

15:40:27  3     petitions have been invalidated for that specific

15:40:31  4     reason since HB 1205 was enacted?

15:40:35  5         A    I don't know of any specific instances,

15:40:38  6     but, I mean -- well, I take that back.

15:40:44  7             The fact that there are some that were not

15:40:48  8     registered, I do believe that I've seen some that

15:40:53  9     have indicated that; because I've gotten inquiries

15:40:58 10     from supervisors about, hey, how -- do we still use

15:41:01 11     this code for unregistered petition circulators.

15:41:07 12         Q    Okay.   So because supervisors have asked

15:41:09 13     you about the code for unregistered circulators, you

15:41:16 14     assume that petitions have been invalidated for this

15:41:19 15     reason as a result of HB 1205?

15:41:22 16         A    Yes.

15:41:24 17         Q    And is the code you instructed them to use

15:41:29 18     just a general code for invalidating a petition or

15:41:32 19     is there a more specific code?

15:41:36 20         A    I mean, there are multiple codes by --

15:41:40 21     recorded that a county records for why they have

15:41:45 22     invalidated a petition.

15:41:47 23             So one of them can be that the petition

15:41:50 24     circulator was not registered at all or at the time

15:41:56 25     in which the petition was collected.

15:42:00  1          Q      And that would be a county-by-county

15:42:02  2    basis, what code they use in that instance?

15:42:07  3          A      I believe -- no, I believe the code is all

15:42:08  4    the same across the counties.    I'm just saying, a

15:42:12  5    petition can be invalidated for a number of reasons,

15:42:16  6    one of them being that the petition circulator was

15:42:19  7    not registered at the time the petition was

15:42:22  8    collected.

15:42:23  9          Q      Okay.   If a code is the same across all of

15:42:25 10    the counties, is there a code that specifically

15:42:30 11    indicates a petition was invalidated because it was

15:42:34 12    submitted by an ineligible or unregistered

15:42:38 13    circulator?

15:42:42 14          A      I believe the -- yes, that there is a

15:42:45 15    specific code.

15:42:47 16          Q      Okay.   Thank you.   How can a person who

15:42:52 17    signed a petition find out if their petition was

15:42:56 18    invalidated because of a circulator's ineligibility?

15:43:05 19          A      Well, I suppose they could do an inquiry

15:43:08 20    and ask if a petition circulator was registered at

15:43:15 21    the time.

15:43:18 22          Q      So it's their responsibility to check if

15:43:21 23    the form was accepted?

15:43:24 24          A      If they're being presented with a petition

15:43:27 25    circulator form, you know, that person presents it

169

15:43:33  1     to them and represents that they're registered as a

15:43:37  2     petition circulator, yeah, the only way that a voter

15:43:41  3     is going to be able to, would be to inquire as to

15:43:46  4     whether the particular person that collected that

15:43:52  5     petition was registered.

15:43:56  6          Q     Okay.   So the department does not provide

15:44:04  7     notice of any kind to a voter if their signed

15:44:08  8     petition form is invalidated or not accepted,

15:44:13  9     correct?

15:44:15 10          A     No, the notice requirement is to -- well,

15:44:19 11     a supervisor may -- you know, the law doesn't talk

15:44:23 12     about this, but the supervisor may reach out to a

15:44:28 13     voter to let them know.

15:44:30 14               I don't know how that works at the local

15:44:33 15     level.   Right now the notice is to a voter if a

15:44:35 16     petition has been verified as valid.

15:44:40 17          Q     Okay.   So there's no requirement, that you

15:44:41 18     know of, of a notice requirement for invalidated

15:44:45 19     petitions, correct?

15:44:49 20          A     No.   Yes, correct.

15:44:50 21          Q     Okay.   So if a voter does inquire and

15:44:55 22     learns that their petition was invalidated because

15:44:58 23     it was collected by an ineligible circulator, can

15:45:02 24     they sign another petition form?

15:45:06 25          A     Yes.

176

15:45:07  1        Q      And they can do this despite the law's

15:45:09  2    prohibition on knowingly signing more than one

15:45:12  3    petition form?

15:45:14  4        A      Yes.

15:45:16  5        Q      And why is that?

15:45:18  6        A      Because we wouldn't enforce that.    My

15:45:22  7    understanding is that the department would not

15:45:24  8    enforce that.    And we also have a provision in the

15:45:28  9    rule currently that as long as they have not had a

15:45:34 10    prior validated petition.

15:45:40 11        Q      And who would be responsible for enforcing

15:45:45 12    the prohibition on knowingly signing more than one

15:45:49 13    petition?

15:45:50 14        A      Well, that's a criminal statute.

15:45:53 15        Q      So it wouldn't be the Division of

15:45:54 16    Elections?

15:45:55 17        A      No.

15:45:56 18        Q      Okay.    So I'd like to turn to subsection

15:46:03 19    (11) which is on page 15, so it's a little higher

15:46:07 20    up, that you referenced before.    And I'm focusing on

15:46:14 21    the newly added language at the end of subsection

15:46:18 22    (11).   Do you see that underlined?

15:46:23 23        A      Yes.

15:46:25 24        Q      So it says:   If the sponsor of an

15:46:27 25    initiative petition discovers a violation of this

171

15:46:31  1    section and reports the violation as soon as

15:46:34  2    practicable to the Secretary, the sponsor may not be

15:46:37  3    fined for such violation.

15:46:38  4        Do you see that?

15:46:39  5    A    Yes.

15:46:39  6    Q    Okay.   So what role does the division play

15:46:44  7    in enforcing this provision?

15:46:46  8    A    Again, this is within the Secretary of

15:46:48  9    State, so it's going to be the -- the Office of

15:46:51 10    Election Crimes and Security, if they've gotten a

15:46:55 11    complaint, and then the legal counsel's office, and

15:46:57 12    then the statute as it reads.

15:47:02 13    Q    Okay.   So can you tell me, what does the

15:47:08 14    department consider a sufficient notification from

15:47:11 15    the sponsor under this subsection?

15:47:15 16    A    Well, we've gotten -- because I've seen a

15:47:21 17    letter from the sponsor regarding, you know, reports

15:47:26 18    of violation, and it can be in the form of a letter

15:47:30 19    or a stamped letter to an email, and then that ends

15:47:36 20    up going to OECS as well as legal counsel's office,

15:47:40 21    so that if a report comes in or they're working with

15:47:45 22    something, then they have this information.

15:47:50 23    Q    And so how specific does, say, the email

15:47:54 24    need to be about the violation in order to provide a

15:47:59 25    sufficient notice?

172

15:48:01  1        A   Well --

15:48:02  2        Q   So does -- go ahead.

15:48:04  3        A   No, go ahead.

15:48:05  4        Q   I was going to say, does it need to

15:48:06  5    provide, for example, the exact date of the

15:48:10  6    violation?

15:48:10  7        A   The law doesn't specify, but if I were a

15:48:13  8    sponsor, I would provide as much detail as possible

15:48:18  9    that would have explained so that -- so that they

15:48:27 10    aren't fined.

15:48:31 11        Q   Is there any written guidance that has

15:48:34 12    been provided to sponsors about what would provide

15:48:38 13    sufficient notice of a violation?

15:48:41 14        A   I have no idea whether the Office of

15:48:42 15    Election Crimes has followed up with any sponsor

15:48:47 16    who's provided such notice to ask for further

15:48:51 17    information.   And it really will depend on how much

15:48:55 18    the sponsor knows.

15:48:56 19            But again, if you're a sponsor, you

15:48:59 20    probably want to provide as much information as

15:49:01 21    possible to explain.

15:49:06 22        Q   Okay.   And does the department have a

15:49:09 23    process for tracking these notifications as they

15:49:15 24    come in from sponsors?

15:49:16 25        A   I'm sorry, correcting?

15:49:19  1        Q    Tracking.  I'm sorry.  So does the

15:49:20  2    department have any way that it's tracking or, you

15:49:23  3    know, keeping a database of some kind of these

15:49:27  4    notifications when they come in from sponsors?

15:49:31  5        A    I would defer to OECS, but -- and I would

15:49:34  6    imagine that they are tracking a receipt of these

15:49:41  7    notices.

15:49:42  8        Q    Okay.  And so if a violation is

15:49:48  9    discovered, does the department check to see if the

15:49:51 10    sponsor had provided an earlier notice of the

15:49:55 11    violation?

15:49:59 12        A    Again, if it were my office, I would do

15:50:02 13    that.  I expect that the OECS would also, to be sure

15:50:06 14    that they -- they haven't received a notice of --

15:50:11 15    from this -- under this provision.

15:50:14 16        Q    Okay.  And when the statute says the

15:50:18 17    sponsor may not be fined if this notification

15:50:22 18    occurs, do you see that?

15:50:24 19        A    Yes.

15:50:26 20        Q    Does the department interpret this to mean

15:50:28 21    that the Secretary is not allowed to fine a sponsor,

15:50:35 22    or that he has the discretion not to fine the

15:50:39 23    sponsor?

15:50:41 24        A    My latest understanding of that is that it

15:50:44 25    shall not be fined.

174

15:50:45  1      Q      Okay.   So your understanding is that if a

15:50:51  2      sponsor reports a violation, they shall not be fined

15:50:54  3      for that violation?

15:50:56  4      A      Correct.

15:50:58  5      Q      But you -- are you aware of how specific

15:51:07  6      the report of the violation needs to be in order to

15:51:10  7      absolve liability?

15:51:12  8          MR. JAZIL:   Object to form, asked and

15:51:12  9      answered, but you can answer again.

15:51:15 10      A      Again, I'm going to refer back to what

15:51:19 11      I've said; that I would provide as much information

15:51:22 12      as possible regarding, you know, when and how they

15:51:29 13      discovered the violation.

15:51:31 14      BY MS. SZILAGYI:

15:51:33 15      Q      Okay.   And I would like to pull up an

15:51:46 16      exhibit.   Let's look at an exhibit.   It's an email

15:51:57 17      with the subject line, Email Reporting Known and

15:52:01 18      Unknown Violations.     We'll pull that up.

15:52:05 19          I'm going out of order on her, so she's --

15:52:13 20      okay.   I'm not sure, this might also be getting

15:53:40 21      dropped in the Chat.

15:53:42 22          Can you just take a look, and let me know

15:53:44 23      when you've had a moment to review this document.

15:53:54 24      A      (Examining document.)   Okay.

15:54:11 25      Q      Okay.   So what is this document?

179

15:54:12  1        A    Well, it appears to be an email from the

15:54:14  2    Right to Clean Water to the Secretary of State's

15:54:17  3    inbox providing notice of potential violations of

15:54:24  4    the ten-day rule and the out-of-county rule due to

15:54:29  5    factors beyond their control.

15:54:32  6        Q    Okay.    And so does this email serve as

15:54:36  7    sufficient notice under HB 1205 that would absolve

15:54:39  8    the sponsor of fines for the violations described in

15:54:43  9    the email?

15:54:43 10            MR. JAZIL:   Object to form.   Foundation.

15:54:43 11    Counsel, this goes to topics for which

15:54:48 12    Ms. Pratt has been designated.

15:54:50 13            If you want to continue asking

15:54:52 14    Ms. Matthews questions about this, it's fine,

15:54:54 15    but it's Ms. Pratt's answers that will bind the

15:54:57 16    department.

15:54:57 17            But go on, Ms. Matthews, answer the

15:54:58 18    question.

15:54:59 19            MS. SZILAGYI:   Okay.   Well, Ms. Matthews

15:54:59 20    has been answering questions about it until

15:55:03 21    now, but if --

15:55:03 22            MR. JAZIL:   Yeah, sure, that's fine.   It's

15:55:04 23    just Ms. Pratt's answers are the ones that will

15:55:07 24    bind.    You can keep asking questions.    It's

15:55:09 25    fine by me.

15:55:13  1          BY MS. SZILAGYI:

15:55:13  2              Q    You can go ahead and answer and then I'll

15:55:14  3      save the rest of the exhibits for Ms. Pratt.

15:55:19  4              A    So this is one of the letters that I saw

15:55:22  5      notices regarding potential violations, and we

15:55:27  6      forwarded that to the OECS and the legal office.

15:55:33  7              Q    Okay.   So beyond forwarding it to OECS, do

15:55:39  8      you have knowledge of implications for fines for the

15:55:46  9      sponsor as a result of this email?

15:55:48 10              A    No, that I don't.

15:55:50 11              Q    Okay.

15:55:58 12              MS. SZILAGYI:   We can be done with this

15:55:58 13      exhibit.   We're marking that as an exhibit.      I

15:56:00 14      think we're up to Number 4, is that right?

15:56:01 15              THE STENOGRAPHER:    That will be the next

15:56:01 16      one.   There were three more.

15:56:08 17              (Exhibit 4 was marked for identification.)

15:56:10 18              MS. SZILAGYI:   Right.   Okay.   So I'll next

15:56:11 19      mark the exhibit we just showed as Exhibit 4.

15:56:16 20              MR. JAZIL:   Counsel, are you going to send

15:56:17 21      a copy to Sandi after the depo?

15:56:21 22              MS. SZILAGYI:   Yes, it should be in the

15:56:22 23      Zoom Chat potentially, but if not, we'll

15:56:25 24      certainly email it over either way.

15:56:26 25              MR. JAZIL:   Great.   Thank you.

15:56:26 1              MS. SZILAGYI:   Of course.

15:56:30 2       BY MS. SZILAGYI:

15:56:31 3          Q    Okay.    So I'd like to just ask a few

15:56:37 4       additional questions about some of the provisions we

15:56:39 5       just covered.

15:56:40 6              With respect to the ten-day deadline to

15:56:46 7       return signed petitions, understanding that HB 1205

15:56:51 8       did away with the distinction between unpaid

15:56:54 9       volunteers and paid petition circulators, correct?

15:56:59 10         A    Yes.

15:57:01 11         Q    So prior to HB 1205, unpaid volunteers did

15:57:05 12      not have a deadline to return signed petitions other

15:57:09 13      than the deadline to collect enough signatures for

15:57:12 14      the ballot, right?

15:57:14 15         A    Right.

15:57:16 16         Q    Okay.    So prior to HB 1205, are you aware

15:57:19 17      of any problems related to the timely return of

15:57:22 18      petition forms by unpaid volunteers?

15:57:30 19         A    So speaking about persons using the

15:57:33 20      personal use form, again, I'm not -- any complaints

15:57:39 21      that may come in, any violations that may be

15:57:43 22      reported, if they come in to the division, I'm going

15:57:47 23      to forward them on to OECS.

15:57:50 24              So I don't know if there have been -- I

15:57:56 25      can't recall if there have been any that have been

176

15:57:58  1    personal use violations, which would be triggered by

15:58:04  2    if they submitted more than 25, with the exception

15:58:08  3    of themselves, their own petitions or that of an

15:58:12  4    immediate family member.

15:58:16  5        Q    And, apologies, I'm talking about prior to

15:58:19  6    HB 1205.

15:58:19  7        So when there was still a distinction

15:58:21  8    between paid and unpaid, you know, circulators, were

15:58:26  9    you aware of any problems related to the timely

15:58:29 10    return of petition forms by unpaid volunteers, the

15:58:33 11    volunteer petition forms?

15:58:36 12        A    I think if there were any, it would be

15:58:39 13    covered in the OECS report to the legislature.

15:58:46 14        Q    Okay.   So you're not -- you would defer to

15:58:48 15    the OECS report.

15:58:49 16        Are you yourself aware of any problems

15:58:53 17    sitting here today with the timely return of

15:58:56 18    volunteer forms prior to HB 1205?

15:58:58 19        A    I don't have any recollection of specific

15:59:01 20    incidences.

15:59:03 21        Q    Okay.   If the deadline to return a signed

15:59:09 22    petition is ten days rather than 30 days as it is

15:59:10 23    now, is it the case that sponsors will need to turn

15:59:15 24    in petitions to supervisors more frequently than

15:59:18 25    they did before HB 1205?

15:59:25  1        A    I'm not sure how to answer that question.

15:59:28  2    I mean, they just -- if they've got petitions,

15:59:30  3    they've got to turn them within the ten days.    And

15:59:35  4    whether that means more frequently -- or I suppose

15:59:38  5    if they're holding on to them, in the past --

15:59:46  6        Q    Okay.    So prior to the enactment of

15:59:50  7    HB 1205, did anyone in the department communicate

15:59:55  8    with Supervisors of Elections about whether more

16:00:00  9    frequent delivery of petitions would benefit the

16:00:03 10    supervisors in their petition verification duties?

16:00:09 11        A    No, I don't -- I don't have any

16:00:12 12    recollection of talking about timelines in which to

16:00:21 13    submit petitions.

16:00:22 14        Q    Okay.    Turning back to the provision we

16:00:34 15    discussed earlier, the prohibition on filling in

16:00:37 16    missing information on a petition form.    Do you

16:00:39 17    remember that?

16:00:43 18        A    You're referring to subsection (8)?

16:00:50 19        Q    I am, yes.

16:00:52 20        A    Okay.

16:00:52 21        Q    And so if a petition signatory leaves the

16:00:57 22    county line of the petition form blank, HB 1205

16:01:00 23    prevents a circulator from writing the name of the

16:01:05 24    county on the form, correct?

16:01:07 25        A    It says -- I mean, I'm just going to read

16:01:09   1          what the statute says, and that is that it can't

16:01:12   2          fill in any missing information on a signed

16:01:17   3          petition.

16:01:19   4              Q      Okay.    Would you consider a circulator

16:01:22   5          filling in the name of the county on the county line

16:01:26   6          of a signed petition form to be fraudulent behavior?

16:01:30   7                    MR. JAZIL:   Object to form.

16:01:30   8                    You can answer.

16:01:32   9              A      On that, again, it's going to be -- you

16:01:36  10          know, it will be a matter for OECS to determine

16:01:40  11          whether that is or not filling in missing

16:01:44  12          information on a petition.    Right now the law says

16:01:50  13          what the voter has to fill in.

16:01:52  14          BY MS. SZILAGYI:

16:01:55  15              Q      Right.   So assuming that a circulator did

16:01:58  16          fill in the name of the county on a form after it

16:02:02  17          had been signed, would you consider that to be

16:02:06  18          fraudulent behavior?

16:02:08  19                    MR. JAZIL:   Object to form.

16:02:08  20                    You can answer.

16:02:09  21              A      It's not a determination that I would be

16:02:11  22          making.   It really has to be -- you have to direct

16:02:15  23          that to OECS because they're the one that's going to

16:02:18  24          make that determination.

          25

16:02:21  1          BY MS. SZILAGYI:

16:02:23  2              Q    Okay.    Turning to the registration

16:02:30  3      requirement that we've been discussing.    So again,

16:02:35  4      HB 1205 changed the law to now require unpaid

16:02:39  5      volunteers who wished to collect more than 25

16:02:41  6      petitions to register as circulators, correct?

16:02:44  7              A    Yeah, more than -- more than 25, not

16:02:49  8      including members of -- a petition signed by members

16:02:53  9      of their immediate family -- member or themselves.

16:02:59 10              Q    Great.    So what problems has the

16:03:01 11       department identified with respect to unpaid

16:03:05 12       volunteer circulators?

16:03:10 13              A    That would be a question for OECS.

16:03:20 14              Q    Okay.    And then I'd like to turn to

16:03:33 15      Section -- subsection (12) here.    So it's 100.371,

16:03:39 16      subsection (12).    Okay.

16:03:48 17              And so this subsection reads:    The

16:03:49 18      division shall also adopt rules to ensure the

16:03:53 19      integrity of the petition form gathering process,

16:03:55 20      including the rules requiring sponsors to account

16:03:58 21      for all petition forms used by their agents.    Such

16:04:01 22      rules may require a sponsor or petition circulator

16:04:04 23      to provide identification information on each

16:04:07 24      petition form as determined by the department as

16:04:10 25      needed to assist in the counting of petition forms.

16:04:13  1            Do you see that?

16:04:14  2        A    Yes.

16:04:16  3        Q    Did the department institute any such

16:04:20  4    rules for sponsors using unpaid volunteers prior to

16:04:24  5    HB 1205?

16:04:25  6        A    I'm sorry, repeat that again.

16:04:27  7        Q    Sure.   So the question is, did the

16:04:31  8    department institute such a rule, as provided for in

16:04:36  9    this subsection, for sponsors using unpaid

16:04:40 10    volunteers prior to HB 1205?

16:04:43 11        A    We do have a rule -- we did have a rule --

16:04:46 12    do have a rule regarding petition circulators that

16:04:52 13    was enacted before HB 1205.

16:04:58 14        Q    And what rule is that?

16:05:01 15        A    It's 1S-2.009 or 2.09 -- 009(1).

16:05:12 16        Q    I think you're right.   That's a good

16:05:13 17    memory.

16:05:14 18            Did that rule apply to unpaid volunteers

16:05:19 19    prior to HB 1205?

16:05:21 20        A    I believe the rule discussed volunteer

16:05:27 21    petitioners in it at that point, because we had

16:05:29 22    volunteer forms, so those were incorporated by

16:05:33 23    reference.

16:05:37 24        Q    And there was no requirement that the

16:05:40 25    department instituted prior to HB 1205 that those

185

16:05:43   1    volunteer forms include any identifying information

16:05:47   2    from the volunteer circulator, correct?

16:05:55   3         A    Correct.   I mean, HB 1205 spells out

16:05:58   4    pretty -- in pretty detail what the petition forms

16:06:02   5    have to include.

16:06:07   6         Q    Okay.   I'd like to move on to one more set

16:06:14   7    of questions on this topic of the provision of

16:06:19   8    HB 1205.

16:06:19   9         So I want to take a step back and ask

16:06:23  10    about information the division collects on

16:06:25  11    registered circulators.   So registered petition

16:06:28  12    circulators are issued a circulator number, is that

16:06:31  13    right?

16:06:31  14         A    Yes.

16:06:32  15         Q    And is the department able to look up

16:06:36  16    identifying information about the circulator using

16:06:38  17    the circulator number?

16:06:41  18         A    The circulator number is a unique

16:06:45  19    identifier that, yeah, goes uniquely to that

16:06:50  20    petition circulator and would be able to pull up the

16:06:53  21    petition application, all the information, yes.

16:06:59  22         Q    Great.   And so are you familiar with

16:07:05  23    HB 1205's requirement that all registered petition

16:07:09  24    circulators use petition forms that include a

16:07:12  25    petition circulator's affidavit?

184

16:07:14  1        A   Yes.

16:07:17  2        Q   And so what might the information on this

16:07:21  3    affidavit be used for by the department?

16:07:29  4        A   Let me look.

16:07:30  5        MS. DAVIS:   Can we have everyone mute

16:07:45  6    their phone, to the extent you're not

16:07:48  7    participating directly in the deposition?

16:07:49  8    We're getting some feedback here.   Thank you.

16:08:22  9        (Discussion off record.)

16:08:29 10        A   I don't have the petition form in front of

16:08:31 11    me, but the part of the disclaimer or the

16:08:39 12    affirmation is that the person who's circulating the

16:08:44 13    petition is validly registered under law.   So

16:08:52 14    however OECS may use that if the person ends up not

16:08:56 15    being eligible or not registered.

16:09:00 16    BY MS. SZILAGYI:

16:09:06 17        Q   Okay.   So I can ask OECS how they might

16:09:10 18    use the form.

16:09:11 19        Is there any way which the Division of

16:09:14 20    Elections uses the information on the petition

16:09:18 21    circulator's affidavit after someone has been

16:09:21 22    registered?

16:09:36 23        A   I don't know that we have had

16:09:38 24    circumstances yet.   Obviously the division can

16:09:41 25    revoke a petition circulator's registration if the

189

16:09:46  1      sponsor asks or if the circulator violates a

16:09:49  2      section.   So that may be how, but I don't have an

16:09:55  3      individual -- I don't have a circumstance of that

16:09:57  4      right now.

16:09:59  5           Q   Okay.   And a circulator's address is

16:10:03  6      printed on the affidavit, is that right?

16:10:15  7           A   I'm sorry, I don't recall.   (Examining

16:10:17  8      document.)   If you show me the form, I can affirm

16:10:26  9      it.

16:10:28  10          Q   I can do that, or I can find the

16:10:35  11     provision.   Okay.

16:10:38  12          On page 10 of HB 1205, at the bottom where

16:10:47  13     it says, subsection (d):   A petition form

16:10:50  14     distributed by a petition circulator must also

16:10:52  15     include all the following.   Number 1 is the petition

16:10:55  16     circulator's affidavit with the circulator's name,

16:10:58  17     permanent address, and petition circulator number

16:11:00  18     barcode, is that right?

16:11:02  19          A   Correct.

16:11:03  20          Q   Okay.   So if the circulator -- stepping

16:11:11  21     back.

16:11:11  22          There's provisions under Florida State law

16:11:19  23     to protect the addresses of certain people from

16:11:22  24     public records disclosure, is that right?

16:11:24  25          A   Correct.

16:11:26   1          Q    And so if a circulator has such a

16:11:29   2    protected address, will their address be printed on

16:11:36   3    the petition circulator's affidavit?

16:11:46   4          A    I don't know if we've had a circumstance

16:11:48   5    where a petition circulator has requested, because

16:11:56   6    in order to have your address redacted, you have to

16:12:02   7    request that.

16:12:04   8          And at that juncture, it's not yet a

16:12:09   9    public record when a petition circulator is

16:12:13  10    circulating a petition.    It's just the petition that

16:12:18  11    has all that information that that person then

16:12:22  12    circulates.

16:12:22  13          And then once it becomes submitted, once

16:12:26  14    it's submitted to the Supervisor of Elections, then

16:12:31  15    it becomes a public record.    And then if there is a

16:12:35  16    request for that petition, then that would -- we

16:12:39  17    would do our due diligence to see if that

16:12:42  18    petition -- if the information on that petition

16:12:47  19    needs to be redacted further than the Florida

16:12:50  20    driver's license or the Florida voter ID or the

16:12:54  21    SSN4.

16:12:59  22          Q    Okay.   Thank you.   One or two quick

16:13:07  23    questions about the ban on non-U.S. citizens from

16:13:11  24    circulating petitions under House Bill 1205.

16:13:14  25          Do you remember discussing that provision

187

16:13:15  1      earlier?

16:13:16  2          A    Yes.

16:13:17  3          Q    So is it the department's view that all

16:13:20  4      non-citizens have strong ties to other countries?

16:13:28  5          A    I guess to the extent if it's -- and I'm

16:13:31  6      going to defer to whatever we have said in pleadings

16:13:36  7      regarding that.    I mean, obviously a non-citizen --

16:13:39  8      I mean, I think it's only natural to presume that

16:13:43  9      they have ties to family members or their prior

16:13:48 10      country of association or birth.

16:13:52 11          Q    Okay.   So I certainly have read papers

16:13:58 12      filed in this matter.    I'm wondering about your

16:14:01 13      position, sitting here today, representing the

16:14:02 14      Secretary, if it's the department's view that all

16:14:06 15      non-citizens inherently have strong ties to other

16:14:11 16      countries?

16:14:14 17          A    Again, I'm just going to defer to what we

16:14:18 18      have in our petition and our pleadings.   Is it

16:14:22 19      natural?   Not everybody is going to have family from

16:14:25 20      their prior country.    Maybe they're -- maybe they no

16:14:29 21      longer have family.

16:14:30 22              So I don't know what their ties may

16:14:32 23      necessarily be.    But they -- yeah, if they've got --

16:14:37 24      if they've come from another country, they may --

16:14:39 25      they may have some ties, yeah, to the country or to

16:14:41  1          the community or their families within that country.

16:14:45  2               MS. SZILAGYI:   Okay.   I have one more kind

16:14:51  3          of set of questions, but I think we can maybe

16:14:55  4          take a -- we've been going for a little while,

16:14:58  5          if folks would like a 5-, 10-minute break.

16:15:02  6          Does that sound good?

16:15:07  7               MR. JAZIL:    Come back at 4:25?

16:15:10  8               MS. SZILAGYI:   Sounds good.

16:15:11  9          (A recess took place from 4:15 p.m. to

16:15:12 10          4:25 p.m.)

16:25:34 11     BY MS. SZILAGYI:

16:25:54 12          Q   So my last set of questions here will be

16:25:58 13          brief, and it's just going to touch on the discovery

16:26:01 14          that's happened, document discovery that's happened

16:26:04 15          in this matter.   So first I'd like to introduce what

16:26:08 16          we'll mark as Exhibit 5 and 6 --

16:26:10 17               (Exhibits 5 was marked for

16:26:10 18          identification.).

16:26:11 19               (Exhibit 6 was marked for identification.)

16:26:11 20               MS. SZILAGYI:   -- which my colleague will

16:26:15 21          drop in the Chat and we'll show one by one.   So

16:26:21 22          first for Exhibit 5, Allen, if you could pull

16:26:24 23          up the expedited RFPs to the Secretary of

16:26:30 24          State.

16:26:30 25     BY MS. SZILAGYI:

189

16:26:30  1        Q     And, Ms. Matthews, do you recognize this

16:27:01  2        document?

16:27:01  3        A     Yes.

16:27:04  4        Q     Okay.   And do you have any reason to doubt

16:27:09  5        that this is the Request for Production that

16:27:12  6        plaintiffs Florida Decides Healthcare served on the

16:27:14  7        Secretary on June 11th, 2025?   I will scroll

16:27:22  8        through.

16:27:22  9        A     Scroll to the top first.

16:27:25 10        Q     I believe the date is at the bottom

16:27:27 11        actually.   So are you familiar with this document?

16:28:04 12        A     Yes.

16:28:06 13        Q     Okay.   And let's introduce as Exhibit 6

16:28:10 14        the First Set of Request for Production from the

16:28:17 15        joint plaintiffs in this matter served on the

16:28:19 16        Secretary of State.

16:28:19 17              So, Ms. Matthews, are you familiar with

16:28:27 18        this document?

16:28:28 19        A     Yes.

16:28:29 20        Q     And were you involved in responding to

16:28:32 21        these requests from the plaintiffs?

16:28:35 22        A     Yes.

16:28:38 23        Q     Who else was consulted in responding to

16:28:41 24        these requests?

16:28:43 25        A     Depending on the particular request for

190

16:28:49  1      documents -- so at least for one, two and -- well,

16:29:11  2      one I don't have in front of me, so -- two and

16:29:14  3      three, these are related to voter registration

16:29:23  4      records.   And those would be, you know, through

16:29:30  5      our -- through the Division of Elections, with the

16:29:33  6      assistance of IT who generates these files.

16:29:40  7          Q    Okay.   And understanding that it would

16:29:43  8      differ based on the Request for Production, as

16:29:47  9      appropriate, were staff within the Division of

16:29:49 10      Elections consulted to respond to these Requests for

16:29:53 11      Production?

16:29:55 12          A    Well, to the extent that, I mean, a lot of

16:29:58 13      the documentation, especially communication, would

16:30:01 14      be emails, so to the extent that IT would -- that

16:30:07 15      there would have been a search of everyone's emails,

16:30:12 16      and/or any documents that that had to be produced

16:30:17 17      that would have come from -- that the division would

16:30:21 18      have been able to provide, we would have provided

16:30:24 19      it.   If it was anything related to the Office of

16:30:27 20      Election Crimes, individuals there, or anything with

16:30:34 21      the legal counsel's office.

16:30:35 22              But most of this looks like -- if we had

16:30:42 23      the documentation, we would have responded primarily

16:30:46 24      from the Division of Elections relating to, you

16:30:49 25      know, anything with respect to the registration of

16:30:57  1      circulators.

16:30:57  2            Again, anything related to complaints, we

16:31:04  3      would have provided to the extent that it may have

16:31:08  4      come through an email or anything like that.   But

16:31:10  5      again, investigations, complaints, I would not

16:31:16  6      necessarily have all of what was requested.    It

16:31:20  7      would have come from another office, too.

16:31:24  8            Q    And so were these emails searched with the

16:31:28  9      assistance of your IT department, did I get that

16:31:31 10      right?

16:31:31 11            A    Yeah, there's going to be certain terms

16:31:33 12      and connectors that they're going to use to capture

16:31:36 13      anything that could be responsive.

16:31:39 14            Q    Do you know what terms were used?

16:31:44 15            A    No, I don't.   I don't specifically know

16:31:46 16      the terms or connectors that were used.

16:31:53 17            Q    Were documents other than emails searched

16:31:58 18      to respond to these requests?

16:32:02 19            MR. JAZIL:   And just for clarification, by

16:32:03 20      "these," you mean all of the requests for

16:32:05 21      production, not just the ones on the screen,

16:32:07 22      correct?

16:32:08 23            MS. SZILAGYI:   Correct.

16:32:09 24      BY MS. SZILAGYI:

16:32:10 25            Q    To your knowledge, were -- we can take it

16:32:13  1         step by step.

16:32:14  2                 To your knowledge, were any text messages

16:32:16  3         searched to respond to any requests for production?

16:32:21  4             A    We're not allowed to do text messages, so

16:32:24  5         I don't -- I don't know of anything like that would

16:32:25  6         be responsive.    But, yeah, anything that can be

16:32:29  7         pulled from a database, whether it's registration,

16:32:33  8         voter registration database, or petition circulator

16:32:42  9         registration database, emails, complaints that may

16:32:49  10        have come in through something other than email --

16:32:55  11        email, any communications that may have been other

16:32:58  12        than email would also have been searched, or files.

16:33:06  13            Q    Okay.    Does the department use any other

16:33:12  14        method of communication other than email?   For

16:33:15  15        example, do you use Microsoft Teams to communicate

16:33:24  16        internally?

16:33:25  17            A    No, we don't -- don't use it to -- well, I

16:33:32  18        think it's just to hold meetings.

16:33:40  19            Q    And so does anyone in the department use

16:33:44  20        Microsoft Teams to send messages, apart from having

16:33:53  21        video meetings?

16:33:54  22            A    I'm not aware -- I don't believe in the

16:33:57  23        division we do.

16:34:01  24            Q    Do you use anything to communicate, other

16:34:04  25        than email, any communication platform other than

16:34:07  1          email?

16:34:08  2                  A    Phone call.

16:34:10  3                  Q    Other than email and phone calls, do you

16:34:13  4          use any other communication platforms to

16:34:15  5          communicate?

16:34:21  6                  A    No, other than to hold meetings, no.

16:34:25  7                  Q    Okay.   And I would like to pull up one

16:34:34  8          last exhibit, which is Bates stamped SOS169323.      So

16:34:59  9          we can scroll.    You see the Bates stamp at the

16:35:02 10          bottom?

16:35:02 11                       So do you recognize this particular

16:35:09 12          document, Ms. Matthews?

16:35:10 13                  A    Could you scroll back up to the top,

16:35:13 14          please?   So --

16:35:28 15                  Q    I'll represent to you -- sorry, go ahead,

16:35:29 16          please.

16:35:30 17                  A    No, go ahead.

16:35:33 18                  Q    I'll represent to you that this was a

16:35:36 19          document produced by the Secretary's office as part

16:35:40 20          of discovery.    Do you have any reason to doubt that

16:35:43 21          based on the Bates stamp at the bottom of this

16:35:46 22          document?

16:35:47 23                  A    No.

16:35:50 24                  Q    Okay.   Do you know why the top part of

16:35:55 25          this email appears to be redacted?

194

16:35:59  1          A     Can you scroll to the very top, because

16:36:01  2     it's not showing, so I don't see why -- what's

16:36:04  3     redacted.

16:36:07  4          Q     This big black box right under the line

16:36:12  5     that says attachments, do you know why that might

16:36:15  6     have been redacted?

16:36:21  7          A     No.

16:36:24  8          Q     And generally speaking, for documents

16:36:28  9     produced as part of discovery by the department in

16:36:32 10     this matter, are you aware of any redactions that

16:36:35 11     took place and why they might have been put there?

16:36:39 12          A     Well, if it's any redaction, it may have

16:36:41 13     been that it contained -- it could have been that it

16:36:44 14     contained confidential and exempt information; could

16:36:47 15     be that it was attorney-client privilege

16:36:51 16     information.    I don't know.   I don't recall the

16:36:56 17     specifics of what was in that.

16:37:00 18          Q     But you weren't involved specifically in

16:37:02 19     the redactions, is that a fair characterization of

16:37:06 20     your answer?

16:37:07 21          A     That's correct.

16:37:08 22          MS. SZILAGYI:   Okay.   And so I'd like to

16:37:10 23     mark this as Exhibit 7, I believe that we're up

16:37:12 24     to.

         25

195

16:37:12  1                    (Exhibit 7 was marked for identification.)

16:37:17  2              MS. SZILAGYI:    And then I have no further

16:37:19  3        questions.    Pass the witness.    I just want to

16:37:30  4        say thank you, Ms. Matthews, for your time.

16:37:31  5              THE WITNESS:    You're welcome.

16:37:31  6                    DIRECT EXAMINATION

16:37:31  7        BY MR. DATO:

16:37:31  8         Q    Hi, Ms. Matthews, my name is Tyler Dato.

16:37:36  9        I'm an attorney for Winston Strawn here representing

16:37:40 10        the League plaintiffs.    I have with me law clerk

16:37:43 11        Chris Lester.   I know I'm last in line here, and

16:37:46 12        it's been a long day, so I assure you I've been

16:37:49 13        trying to modify my outline as we've gone through to

16:37:52 14        account for your testimony already.    So I'll do the

16:37:54 15        best I can there.

16:37:55 16              I know we just took a break.    I assume you

16:37:58 17        don't need one right now and we can just go right

16:38:01 18        ahead and get started?

16:38:02 19         A    That's correct.

16:38:02 20         Q    Okay.  If you do need a break, just let me

16:38:04 21        know.  And I'll try to get through this.

16:38:08 22              Ms. Matthews, earlier today in response to

16:38:11 23        some questions about your awareness of complaints

16:38:14 24        regarding volunteer circulators, I believe your

16:38:18 25        testimony was that you weren't specifically aware of

196

16:38:22  1      any such complaints and would defer to OECS and

16:38:26  2      OECS's reports, is that correct?

16:38:27  3          A    Yes.

16:38:28  4          Q    And sitting here today, and based on the

16:38:30  5      preparation you did for this deposition, are you

16:38:33  6      aware of any complaints or enforcement actions,

16:38:36  7      compliance reviews or investigations or any alleged

16:38:40  8      petition fraud related to the League of Women Voters

16:38:44  9      of Florida or any of its members?

16:38:47 10          A    I can't speak to that specifically, no.

16:38:51 11          Q    You're not aware of any sitting here today

16:38:53 12      and based on the preparation you did for your

16:38:55 13      deposition?

16:38:55 14          A    No, I can't -- yeah, no.

16:38:58 15          Q    Okay.    And same question with respect to

16:39:03 16      the League of United Latin American Citizens:    Are

16:39:06 17      you aware of any complaints, enforcement actions,

16:39:09 18      compliance reviews, investigations or any alleged

16:39:13 19      petition fraud related to the League of United Latin

16:39:15 20      American Citizens?

16:39:17 21          A    No.    I would have to defer to OECS.

16:39:21 22          Q    Understood.    Or any of its members,

16:39:24 23      correct?

16:39:24 24          A    Correct.

16:39:25 25          Q    Okay.    You've answered some questions

16:39:30   1    already about subsection (8), I believe it was, and

16:39:33   2    that's referring back to Exhibit 3, which is the

16:39:37   3    copy of the statute of HB 1205.   And I'm referring

16:39:42   4    to the provision of filling in missing information.

16:39:45   5        Are you aware, Ms. Matthews, that Section

16:39:48   6    104.185, subsection (2) also makes -- also dictates

16:39:59   7    that a person is liable for a felony in the third

16:40:03   8    degree if that person fills in missing information

16:40:05   9    on a signed petition?

16:40:08  10        A   Which section?

16:40:09  11        Q   I believe it's page 25.

16:40:14  12        A   Can you repeat the section?

16:40:17  13        Q   Yeah, 104.185(2).   Should be on 25 of

16:40:27  14    the -- I think we're all looking at the same copy.

16:40:31  15        A   Correct.

16:40:33  16        Q   Okay.   And what about someone who fills in

16:40:43  17    information on a petition form for a voter that

16:40:46  18    needs assistance doing so?

16:40:52  19        A   Obviously those are facts and

16:40:54  20    circumstances that may inform the, you know,

16:40:55  21    investigation by OECS, whether that's -- but we

16:41:02  22    recognize that individuals may need assistance in

16:41:06  23    filling out any form.   So I think that's just

16:41:10  24    something that would be taken into consideration of

16:41:13  25    any investigation.

198

16:41:15  1          But again, that's going to be OECS, if

16:41:18  2      there's been an allegation that the information has

16:41:21  3      been prefilled or filled by somebody.

16:41:26  4          Q    And I guess you refer to it as information

16:41:31  5      that would be pertinent to what OECS would look at.

16:41:34  6      Has any guidance been provided with respect to that

16:41:38  7      provision as to what's permitted or not permitted

16:41:40  8      with a voter who may not be able to fill out the

16:41:43  9      forms themselves?

16:41:44 10          A    I don't believe we had received any

16:41:47 11      requests for guidance on that.

16:41:50 12          Q    And there's no exemption in the statute

16:41:53 13      that would allow a circulator to help a voter fill

16:41:57 14      out information on a form, is that correct?

16:41:59 15          A    Well, there's -- I mean, there's the ADA;

16:42:02 16      so just like any other form, like a voter

16:42:05 17      registration application, a vote-by-mail request,

16:42:08 18      there is -- it's understood that there may be

16:42:11 19      circumstances in which a person may need assistance

16:42:15 20      in completing -- and, I mean, that would be federal

16:42:19 21      law that would kind of govern that.

16:42:21 22          That's why I say it's just -- those are

16:42:23 23      facts and considerations that OECS would take if it

16:42:28 24      was, you know, raised as a defense to what occurred.

16:42:35 25          Q    But HB 1205 doesn't contain any reference

16:42:38  1      to exemptions for what might be written out in the

16:42:43  2      ADA, is that correct?

16:42:44  3         A   There is nothing in the law regarding

16:42:46  4      that.

16:42:48  5         Q   And you're not aware of anything that's

16:42:50  6      been communicated to the public with respect to what

16:42:54  7      petition circulators or anyone might be able to do

16:42:56  8      for a voter who may not be able to fill out the form

16:42:59  9      themselves?

16:43:00 10         A   Correct.

16:43:00 11         Q   Okay.    And now I'm going to direct you to

16:43:12 12      Section 100.371, subsection (9).   Let me know when

16:43:26 13      you're there.    I can try to find that page number if

16:43:29 14      you need it.    I think page 14, going on to 15.

16:43:35 15           Am I correct that that section makes it a

16:43:50 16      third-degree felony for a person to collect a

16:43:52 17      petition -- for a person collecting petition forms,

16:43:55 18      who copies or retains a voter's personal information

16:43:58 19      for any reason other than to provide such

16:44:00 20      information to the sponsor or the initiative -- of

16:44:03 21      the initiative petition?

16:44:04 22         A   Correct.

16:44:05 23         Q   Okay.    And what does it mean to retain a

16:44:08 24      voter's personal information?

16:44:15 25         A   Well, again, this is a criminal provision.

200

16:44:19  1      And if there's a violation of that, OECS is going to

16:44:22  2      be making that call as to what that may entail.   So

16:44:28  3      I would defer to them.

16:44:30  4          Q    And the division has no view and has

16:44:33  5      issued no guidance on what that means?

16:44:36  6          A    Between -- again, this is not -- we

16:44:37  7      haven't been asked, that I recall, and it would be

16:44:42  8      something that I think is within OECS's purview to

16:44:46  9      weigh in on.

16:44:47  10          Q    All right.   Earlier you answered some

16:44:52  11      questions about the ten-day return timeline.   That

16:44:57  12      was 100.371, subsection (7).   And you're aware that

16:45:05  13      that ten-day deadline was amended in HB 1205 from 30

16:45:11  14      days to ten days, is that correct?

16:45:13  15          A    Yes.

16:45:13  16          Q    And you're aware that sponsors and

16:45:17  17      circulators necessarily go through multiple steps

16:45:20  18      after collecting petitions in order to send those

16:45:22  19      forms to supervisors, correct?

16:45:26  20          A    All I know is that once they collect that

16:45:29  21      application or that petition, they have a certain

16:45:32  22      time frame in which they've got to get it delivered

16:45:34  23      to the supervisor.   I don't know what they do in the

16:45:38  24      interim with it.

16:45:42  25          Q    One example that you testified about today

201

16:45:44 1    is you said that some voters don't put their county

16:45:47 2    on the petition form, is that right?

16:45:49 3        A    Yes.

16:45:50 4        Q    Which requires the circulator or the

16:45:53 5    sponsor to then look up the address and figure out

16:45:55 6    which county that voter belongs to, is that right?

16:46:00 7        A    Correct, yeah.

16:46:02 8        Q    So that's one step.  Another would be a

16:46:05 9    circulator, a volunteer circulator who has to send

16:46:08 10    the form to the sponsor first, who then turns it in

16:46:12 11    to the supervisor, is that correct?

16:46:14 12        A    That could be, yes.

16:46:18 13        Q    Are you aware of any studies that were

16:46:20 14    done about the burden on sponsors and volunteers of

16:46:25 15    shortening the time period from 30 days to ten days?

16:46:29 16        A    No.

16:46:31 17        Q    Are you aware of any studies that were

16:46:32 18    done about the feasibility of sponsors and volunteer

16:46:39 19    circulators meeting the ten-day requirement?

16:46:42 20        A    No, but I do know that they're getting

16:46:44 21    them in within ten days.

16:46:47 22        Q    Were you aware --

16:46:51 23            MR. DATO:   Strike that.

16:46:52 24    BY MR. DATO:

16:46:52 25        Q    Was there any review conducted pre HB 1205

16:46:58   1    into the percentage of petition forms that were

16:47:02   2    returned within ten days versus returned between 20

16:47:05   3    and 30 days -- or, sorry, between ten and 30 days?

16:47:10   4        A   I'm not aware of anything that the

16:47:11   5    division did.   I don't actually recall if there's

16:47:14   6    anything addressed in the OECS report regarding

16:47:20   7    late-filed petitions.

16:47:22   8        Q   But outside the OECS report, you're not

16:47:26   9    aware of anywhere of any additional studies or

16:47:29  10    information or review that was done?

16:47:33  11        A   No.

16:47:36  12        Q   And does the Secretary have a view as to

16:47:39  13    whether that reduction in time from 30 to ten days

16:47:42  14    would limit -- sorry -- would reduce fraud in the

16:47:45  15    petition circulation process?

16:47:50  16        A   No, we haven't.   That's just -- that's the

16:47:52  17    legislature's position, that it should be reduced

16:47:59  18    and that that would encourage petitions to be

16:48:03  19    submitted on time.

16:48:06  20        Q   The Secretary didn't express a view to the

16:48:08  21    legislature before the passage of HB 1205?

16:48:11  22        A   We were not asked for any input on this

16:48:13  23    bill.

16:48:15  24        Q   And whether you were asked or not, the

16:48:18  25    Secretary did not opine as to whether that would

205

16:48:21  1    reduce fraud, is that correct?

16:48:23  2       A   Right, I'm not aware of that.

16:48:31  3       Q   Are you aware of any study that was done

16:48:33  4    by the Secretary or anyone else as to whether

16:48:37  5    petitions turned in after the ten-day mark were more

16:48:41  6    likely to be fraudulent than petitions turned in

16:48:43  7    before ten days?

16:48:45  8       A   Well, I mean, this is a new provision

16:48:48  9    regarding the ten days, so any report about late

16:48:53 10    filed would have been covered under the old law for

16:48:56 11    the 30 days.   So I don't know if the OECS report

16:49:02 12    included any information about that.

16:49:06 13       Q   But even before HB 1205, you just said

16:49:10 14    that supervisors used at least date stamps, right,

16:49:14 15    to signify when petitions are turned in?

16:49:17 16       A   Correct.

16:49:18 17       Q   So there could have been a study into

16:49:20 18    whether more fraudulent petitions came in in the

16:49:23 19    first ten days or from ten to 30, is that correct?

16:49:27 20       A   Well, those would have been reported to

16:49:30 21    OECS, the late filed.   So again, that's why I'm

16:49:33 22    saying, we would have to see if the report addressed

16:49:37 23    that at all.

16:49:40 24       Q   Sorry, to be clear, I'm not talking about

16:49:41 25    late-filed petitions; I'm talking about fraudulent

204

16:49:45  1        petitions.

16:49:45  2            A   Well, the same thing.   Same thing.

16:49:49  3            Q   Sorry, what was that?

16:49:49  4            A   It's the same thing.   Whatever has been --

16:49:54  5        any fraudulent petitions or anything that -- with

16:49:59  6        regards to that would be -- if it's covered, it's

16:50:01  7        covered in the OECS report.

16:50:05  8            Q   I understand.   I'm just trying to find

16:50:07  9        out.

16:50:07 10               So you would agree with me that a petition

16:50:12 11        that was turned in within the 30-day time limit --

16:50:14 12        before HB 1205, a petition that was turned in before

16:50:17 13        the 30-day time limit could still be indicative of

16:50:22 14        fraud, correct?

16:50:24 15            A   Yes, something could be timely filed, but

16:50:27 16        then there's something the matter with it.   Is that

16:50:30 17        what you're --

16:50:31 18            Q   Yes.

16:50:32 19            A   Yes.

16:50:32 20            Q   Yes.   And a petition that was turned in

16:50:35 21        late was not necessarily fraud, is that correct?

16:50:40 22            A   It's possible that that -- yeah, that

16:50:42 23        that's -- it's just late.

16:50:45 24            Q   It may not be violating the law, it could

16:50:49 25        just be late, correct?

16:50:50  1          A   Correct.

16:50:51  2          Q   Okay.   So what I'm asking is whether there

16:50:52  3    was any study that you're aware of, any study that

16:50:55  4    was done that looks specifically not at whether a

16:50:58  5    petition form was filled (sic) in late, but whether

16:51:01  6    a fraudulent petition -- or whether a petition was

16:51:04  7    more likely to be fraudulent if it was turned in

16:51:07  8    within the first ten days after it was signed or

16:51:10  9    after the ten-day (sic) deadline?

16:51:12 10          A   That, I'm not aware of any study.

16:51:18 11          Q   Are you aware of any alternatives to the

16:51:21 12    reduction from 30 days to ten days that were

16:51:23 13    considered by the legislature?

16:51:28 14          A   I don't recall that there was any in any

16:51:30 15    of the reiterations, the draft reiterations, if

16:51:35 16    there was a different time frame provided.   All I

16:51:38 17    know is what ended up passing out of the

16:51:42 18    legislature.

16:51:42 19          Q   And fair to say that you're not aware of

16:51:44 20    studies that looked at the ten-day limit, that the

16:51:48 21    Secretary didn't conduct any, and you're not aware

16:51:51 22    of any studies that looked at any other potential

16:51:54 23    time limits?

16:51:55 24          A   The State, the Department of State did

16:51:58 25    not.   Now whether the legislature ended up -- I have

16:52:01  1    no idea.

16:52:02  2        Q    All right.   I'm going to turn now to

16:52:15  3    100.371, subsection (4)(a).   I know you've answered

16:52:22  4    questions about this one already.   It's the

16:52:24  5    definition of petition circulators.   I will try to

16:52:30  6    find the page number for you here.    I believe it's

16:52:34  7    on page 11.

16:52:35  8           And I'm specifically asking now about the

16:52:46  9    portion of this provision that amended the

16:52:48 10    definition of petition circulator to include

16:52:51 11    volunteers, nonpaid circulators who collect more

16:52:55 12    than 25 signed petitions, excluding their own

16:53:00 13    petition and immediate family members petitions.    Do

16:53:04 14    you recall that provision?

16:53:05 15        A    Yes.

16:53:05 16        Q    Are you aware of any studies that were

16:53:07 17    done by the Secretary or otherwise into whether

16:53:12 18    volunteer circulators in possession of more than 25

16:53:15 19    petitions were more likely to engage in fraud?

16:53:23 20        A    No, I'm not.

16:53:25 21        Q    And if the Secretary had done such a

16:53:29 22    study, it would have been produced to the plaintiffs

16:53:32 23    in this action, is that right?

16:53:33 24        A    Yes.

16:53:36 25        Q    Do you know of any data that was collected

207

16:53:39  1    with respect to whether volunteer circulators being

16:53:41  2    in possession of more than 25 petitions was more

16:53:44  3    likely to result in fraud?

16:53:48  4        A    No.

16:53:49  5        Q    Okay.   I'm now going to turn to 100.371,

16:54:00  6    subsection (4)(b)1, which is right there, just the

16:54:05  7    same provision as (b)1.   This section bans persons

16:54:14  8    with felony convictions who have not had their

16:54:17  9    voting rights restored from circulating petitions,

16:54:21 10    is that right?

16:54:22 11        A    Yes.

16:54:22 12        Q    You testified earlier that the purpose of

16:54:24 13    that provision was for the prevention of fraud, is

16:54:28 14    that right?

16:54:28 15        A    Yes.

16:54:31 16        Q    And there's no distinction in HB 1205

16:54:34 17    between the type of felony someone was convicted of,

16:54:36 18    is that right?

16:54:38 19        A    The plain language says a felony

16:54:41 20    conviction, a violation.

16:54:43 21        Q    And does the Secretary of the department

16:54:48 22    have a position as to whether all people convicted

16:54:51 23    of felonies, regardless of what felony it is, are

16:54:54 24    equally likely to commit fraud?

16:55:01 25        A    State that again.

208

16:55:03 1        Q    Yeah.   Does the department have a view as

16:55:06 2    to whether all people convicted of felonies,

16:55:08 3    regardless of what felony it is, are equally likely

16:55:12 4    to commit petition-related fraud?

16:55:16 5        A    I think our position is that if somebody

16:55:19 6    has -- that a felony conviction is a felony

16:55:24 7    conviction, and that already indicates somebody has

16:55:28 8    violated the law at least once.

16:55:32 9        Q    So it's about violating the law and not

16:55:34 10    necessarily dishonesty?

16:55:37 11        MR. JAZIL:   Object to form.

16:55:37 12        You can answer.

16:55:41 13        A    Well, I think that if you're -- well, I'm

16:55:48 14    not sure how to answer that question.    Of course --

16:55:52 15    BY MR. DATO:

16:55:53 16        Q    You agree though that -- I'm sorry, go

16:55:55 17    ahead.

16:55:55 18        A    No, go ahead.

16:55:57 19        Q    You agree that there are very different

16:55:59 20    kinds of felonies, right?

16:56:01 21        A    Sure.

16:56:01 22        Q    And, Ms. Matthews, I know you're a lawyer,

16:56:04 23    is that correct?

16:56:05 24        A    Yes.

16:56:06 25        Q    Do you remember back in evidence class in

16:56:09   1    law school that certain felonies are treated

16:56:12   2    differently and based on whether they indicate a

16:56:15   3    lack of truthfulness or not?

16:56:17   4        A   Yes.

16:56:19   5        Q   But the department draws no distinction

16:56:21   6    between what type of felony was committed, is that

16:56:23   7    right?

16:56:24   8        A   No.

16:56:25   9        Q   Okay.  Are you aware of any data or

16:56:33   10   studies that have been done into whether persons

16:56:35   11   with felony convictions are more likely to commit

16:56:38   12   petition-related fraud?

16:56:39   13       A   No.

16:56:46   14       Q   How about the inverse of that; are you

16:56:55   15   aware of any evidence that persons with felony

16:56:57   16   convictions are no more likely to commit

16:57:01   17   petition-related fraud?

16:57:02   18       A   No.

16:57:08   19       Q   And are you aware of any alternatives that

16:57:09   20   were considered either by the legislature or by the

16:57:12   21   Secretary as to the ban on persons with former

16:57:16   22   felony convictions?

16:57:18   23       A   No.

16:57:29   24       Q   All right.  I believe you testified

16:57:30   25   earlier that Florida has broad public records laws,

16:57:33  1        is that right?

16:57:34  2            A    Yes.

16:57:36  3            Q    And for petition forms specifically, you

16:57:37  4        testified that certain information is exempted from

16:57:40  5        those public records laws?

16:57:42  6            A    Correct.

16:57:43  7            Q    And that was the voter's driver's license

16:57:47  8        number, ID number, or the last four digit of their

16:57:51  9        social security number, is that right?

16:57:52 10            A    And the signature, if there's been a

16:57:55 11        public records request, that will be redacted.

16:57:58 12            Q    Okay.    What about any information from the

16:58:02 13        circulators?

16:58:03 14            A    Again, as I stated before, the petition

16:58:07 15        form doesn't become a public record actually until

16:58:10 16        it's turned in.    So if there's a way to be able to

16:58:16 17        determine who the petition circulator is, that we

16:58:19 18        have some record of a request having been made to

16:58:28 19        protect their address, then if we produce it, then

16:58:37 20        that would be it.

16:58:37 21            But right now, the paper petitions are

16:58:41 22        with the supervisors of elections, and we do receive

16:58:46 23        images of petitions as well, so --

16:58:50 24            Q    And do those images include the affidavit

16:58:54 25        that contains the circulator's name and address?

16:58:58  1          A     It includes their address and, yes,

16:59:01  2      their -- uh-huh, yes.

16:59:04  3          Q     So absent some other exemption that might

16:59:08  4      apply to a specific circulator, that information,

16:59:10  5      the name and address, would be subject to public

16:59:13  6      records requests, is that right?

16:59:15  7          A     Correct, unless there is a request on file

16:59:18  8      for which we're able to associate it with that

16:59:21  9      petition circulator.

16:59:24  10         Q     Okay.   When you say "request on file,"

16:59:27  11     what do you mean by that?

16:59:28  12         A     So an address cannot be -- in order for an

16:59:33  13     address to be protected from disclosure, an address

16:59:38  14     that an agency has, there has to be a request made

16:59:43  15     by the person to that agency, who they know has that

16:59:48  16     information on file, to ask that that information be

16:59:53  17     redacted in the event there is a public records

16:59:56  18     request.

16:59:58  19         Q     So it's the responsibility of the

17:00:00  20     individual who may qualify for an exemption to

17:00:03  21     submit that request to you?

17:00:07  22         A     Correct.

17:00:07  23         Q     Do you have any process internally to -- I

17:00:11  24     think you mentioned due diligence earlier -- that

17:00:14  25     you would do due diligence in the event of a request

212

17:00:18  1          to make sure you're not disclosing any information

17:00:19  2          that is exempt?

17:00:22  3                A     Correct.    I mean, automatically the DL,

17:00:26  4          the identification card number, the SSN4, and the

17:00:32  5          signature of the voter definitely and in a --

17:00:35  6          depending on what the document is.

17:00:36  7                    If we are able to determine that there

17:00:40  8          was -- the person's name as, like, a petition

17:00:45  9          circulator, that we had a request, then it would be

17:00:48 10           redacted.    I don't know what the process would be;

17:00:51 11           it depends on what the document is.

17:00:54 12                Q     Okay.    And those images you talked about

17:00:57 13          earlier of petition forms including the affidavit of

17:00:59 14           the circulator, those are -- given the necessary

17:01:04 15           redactions that you talked about, those are subject

17:01:07 16           to public records requests, is that right?

17:01:09 17                A     The petition form says that these become

17:01:12 18          public record.

17:01:14 19                Q     Okay.    Subjecting them to public records

17:01:17 20          requests, correct?

17:01:17 21                A     Correct.

17:01:21 22                    MR. DATO:    Okay.    If we can just take a

17:01:32 23          5-minute break, I'll go through quickly and

17:01:34 24          make sure I don't have anything else, but I

17:01:36 25          think we're very close.

17:01:47  1            (A recess took place from 5:01 p.m. to

17:01:48  2        5:03 p.m.)

17:05:10  3            MR. DATO:    I have no further questions,

17:05:11  4        Ms. Matthews.    Thank you very much for your

17:05:13  5        time.    I'm not sure if anyone else has

17:05:14  6        follow-ups.

17:05:19  7            MR. JAZIL:    Any questions?   I have a quick

17:05:21  8        follow-up.

17:05:21  9                CROSS EXAMINATION

17:05:21 10

17:05:22 11     BY MR. JAZIL:

17:05:22 12        Q     Director Matthews, good evening.    I'd like

17:05:27 13     to clarify something for the record.

17:05:27 14            Can we go back to what's been marked as

17:05:30 15     Exhibit 3, page 12?    This is subsection (4)(c)2.

17:05:41 16            Earlier today, do you recall the

17:05:44 17     discussion about what a person needs to register as

17:05:48 18     a petition circulator?

17:05:49 19        A     Yes.

17:05:50 20        Q     And in that discussion, I think I heard

17:05:54 21     you say that a person must have a driver's license

17:05:57 22     to register.    Do you recall that testimony?

17:05:59 23        A     Yes.

17:05:59 24        Q     Let's take a look at subsection (c)2

17:06:03 25     together.   It says the applicant's name, permanent

17:06:05  1          address, temporary address if applicable, date of

17:06:09  2          birth, Florida driver's license or Florida

17:06:11  3          identification card and the last four digits of his

17:06:15  4          or her social security number.   Do you see that?

17:06:17  5              A   Yes.

17:06:20  6              Q   After reading that, is it fair to say that

17:06:22  7          you can have either a driver's license number or a

17:06:25  8          Florida ID number --

17:06:26  9              A   Yes.

17:06:26  10             Q   -- to register?

17:06:27  11             MR. JAZIL:   No further questions.   All

17:06:28  12         right.   We'll read.

17:06:43  13             MS. DOLAN:   We'll order.

17:06:37  14             (Proceedings concluded at 5:06 p.m.)

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1                          CERTIFICATE OF OATH

2

3          STATE OF FLORIDA          )

4          COUNTY OF LEON            )

5              I, the undersigned authority, certify that

6    MARIA ISABEL MATTHEWS, as 30(b)(6) representative of

7    OFFICE OF THE SECRETARY OF STATE OF FLORIDA

8    personally appeared before me on December 18, 2025,

9    and was duly sworn.

10

11

12            SIGNED AND SEALED on December 24, 2025.

13    IDENTIFICATION: Personally known.

14

15

16

17              SANDRA L. NARGIZ

                RPR, RMR, CRR, CRC, CCR-GA

18              snargiz@comcast.net

                Commission #HH239213

19              EXPIRES: APRIL 18TH, 2026

20

21

22

23

24

25

242

1                    CERTIFICATE OF REPORTER

2          STATE OF FLORIDA      )

3          COUNTY OF LEON        )

4              I, SANDRA L. NARGIZ, Registered

5      Professional Reporter, certify that I was authorized

6      to and did stenographically report the deposition of

7      OFFICE OF THE SECRETARY OF STATE OF FLORIDA (Maria

8      Isabel Matthews); that a review of the transcript

9      was requested, and that the foregoing transcript,

10     pages 1 through 241, is a true record of my

11     stenographic notes.

12             I further certify that I am not a

13     relative, employee, attorney or counsel of any of

14     the parties, nor am I a relative or employee of any

15     of the parties' attorney or counsel connected with

16     the action, nor am I financially interested in the

17     action.

18             DATED on December 24, 2025.

19

20

21

22                 SANDRA L. NARGIZ

                   RPR, RMR, CRR, CRC, CCR-GA

23                 Notary Public in Florida

                   snargiz@comcast.net

24

25

1    December 24, 2025

2    MOHAMMAD O. JAZIL, ESQUIRE

     mjazil@holtzmanvogel.com

3

4    RE:   FLORIDA DECIDES HEALTHCARE, et al vs. CORD

          BYRD, et al.

5         Case No. 4:25-cv-211-MW-MAF

          Deposition of OFFICE OF THE SECRETARY OF STATE

6         OF FLORIDA (Maria Isabel Matthews)

          on December 18, 2025

7    Dear Counsel:

8     As your client/witness did not waive reading and

9      signing, please arrange for them to read this copy

       of the transcript. The errata sheet for them to

10    fill out, date and sign is on the following page.

11     If the witness does not read and sign the transcript

       within a reasonable amount of time (or 30 days if

12     Federal), the original transcript may be

       filed with the Clerk of the Court. If the witness

13     wishes to waive his/her signature now, please advise

       by emailing me informing me that they wish to waive.

14

15    Very truly yours,

16    Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA

17    snargiz@comcast.net

18

19

20

21

22

23

24

25

218

1              ERRATA SHEET

2        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3      In Re: FLORIDA DECIDES HEALTHCARE, et al vs. CORD

         BYRD, et al.

4          Case No.: 4:25-cv-211-MW-MAF

       OFFICE OF THE SECRETARY OF STATE OF FLORIDA

5          (Maria Isabel Matthews)

           December 18, 2025

6    PAGE  LINE     CHANGE          REASON

7    _____

8    _____

9     _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have

     read the foregoing transcript of the above

20   proceeding and I hereby swear that my testimony

     therein was true at the time it was given and is now

21   true and correct, including any corrections and/or

     amendments listed above.

22   Signature of Witness:_____

23   Dated this____day of _____, 2025.

email to: snargiz@comcast.net

24

25

41/10 55/5 56/5      $

BY MR. DATO:      57/17 64/9 72/13      $50,000 [2] 93/16

[3] 195/7 201/24      79/10 79/19 80/14 94/9

208/15          87/7 89/17 96/10      $500 [3] 116/24

BY MR. JAZIL:      99/6 99/20 100/22 121/7 122/16

[1            ] 213/11      101/6 103/20 104/5

BY MS.          114/21 115/5 115/19 0

BENNETTE: [32] 121/11 128/2 152/6 00211 [1] 8/16

8/13 11/2 11/24      156/5 174/8 175/10 009 [1] 182/15

16/15 32/11 33/2      175/22 176/20      01 [1] 3/13

33/21 34/16 38/3      176/25 180/7 180/19 0169323 [1] 7/19

41/11 42/2 55/20      188/7 191/19 208/11 021 [1] 22/17

56/20 57/18 60/11 213/7 214/11          1

64/18 72/17 79/20    MS.  BENNETTE:

116/2 116/7 116/11 14 [2] 163/19

104.185... [1]     116/15 117/25     199/14

197/13          118/25 122/24 123/7 1485 [2] 5/14 5/20

106 [2] 20/25 22/6 123/12 123/14          14th [1] 2/14

10788 [1] 2/7     123/25 124/2 124/13 15 [3] 125/6 170/19

10:00 [2] 1/15 8/1 125/4 125/4 125/11 199/14

11 [5] 38/2 132/23 125/18 125/25 126/7 15.21 [1] 36/4

170/19 170/22 206/7 127/17 127/18          15th [1] 41/22

1101 [1] 2/14     127/19 128/20     16.061 [2] 35/19

119 [2] 1/18 3/4     128/21 130/7 132/12 36/4

11:19 [1] 60/9     132/16 132/19 135/2 1715 [1] 5/9

11:30 [1] 60/10     145/12 149/18 151/9 18 [4] 1/14 215/8

11th [1] 189/7     163/22 165/6 165/15 217/6 218/5

12 [4] 4/15 181/15 165/21 167/4 167/15 18TH [1] 215/19

181/16 213/15     175/7 177/7 177/11 1996 [1] 20/7

1200 [1] 6/21     177/16 178/6 178/18 1:00 [1] 87/13

1205 [112] 7/17     178/25 179/7 179/22 1:29 [1] 101/7

10/7 10/8 29/2 33/3 181/4 182/5 182/10 1:50 [1] 101/8

33/8 33/10 34/22     182/13 182/19     1S [1] 182/15

35/8 36/2 37/15     182/25 183/3 183/8 1S-2.009 [1] 182/15

37/24 38/4 44/16     185/12 186/24 197/3 1st [1] 4/15

45/20 45/21 48/15 198/25 200/13          2

48/23 49/13 60/12     201/25 202/21

203/13 204/12     2 [7] 11/22 11/23

62/1 67/18 69/17          16/8 197/6 197/13

71/16 74/6 77/4 79/5 207/16

1205 now   [1] 45/20 213/15 213/24

79/6 79/7 80/22 83/1          2,000 [3] 43/5 43/12

83/20 83/21 84/11 1205's [2] 162/19

183/23          147/12

85/2 93/7 94/5 94/8          2.009 [1] 182/15

94/17 95/8 96/3     123 [1] 6/4

12:15 [1] 87/12 2.09 [1] 182/15

102/25 104/2 112/3          20 [4] 29/4 42/25

112/9 112/17 112/20 13 [1] 46/18

2          24/7 [1] 142/4      30 [15] 1/11 1'3/4
20-plus [1] 29/4      241 [1] 216/10        178/22 200/13
200 [2] 2/20 4/10    25 [32] 2/3 38/6        201/15 202/3 202/3
2000 [2] 18/6 20/17 40/22 40/22 50/20 202/13 203/11
20005 [1] 2/15        51/2 51/6 51/10      203/19 204/11
2002 [6] 14/2 17/24 51/13 51/19 52/5      204/13 205/12 215/6
 17/25 18/4 18/5 20/8 52/10 54/10 56/22 217/11
2012 [6] 17/21        59/25 60/16 61/4    30-day [2] 204/11
 17/24 17/25 18/6      61/8 133/3 133/8      204/13
 18/7 18/8        133/12 134/6 134/11 305.499.8537 [1]
2013 [4] 16/22        144/15 178/2 181/5 6/10
 17/18 18/1 18/7      181/7 197/11 197/13 315 [1] 4/20
2022 [1] 109/18      206/12 206/18 207/2 321.363.1634 [2]
2025 [11] 1/14 49/1 25-petition [5]      5/15 5/21
 49/5 189/7 215/8    133/3 133/8 133/12 32207 [1] 6/21
 215/12 216/18 217/1 134/6 134/11        32301 [3] 1/19 3/4
 217/6 218/5 218/23 255 [1] 6/14          3/18
2026 [1] 215/19    2700 [1] 6/9        32302 [1] 2/7
2031 [2] 5/14 5/20 2788 [1] 2/7        32302-2788 [1] 2/7
211 [3] 1/3 217/5    27th [1] 5/4        32308 [1] 4/6
 218/4          28 [2] 16/9 16/11    32399 [1] 3/13
212.294.2656 [1]    2:39 [1] 131/6      32601 [1] 4/15
 2/21          2:45 [1] 131/7      32720 [1] 6/4
214 [1] 4/10        2nd [2] 48/11 49/5 32746 [2] 5/15 5/20
215 [1] 3/17        3            32801 [2] 4/11 6/15
23 [1] 20/18                32802 [1] 2/3
          3 [15] 32/24 33/1    33172 [1] 6/9
239.344.1168 [1]    37/25 79/18 116/22 33602 [1] 5/4
 5/10          121/7 122/8 122/13 33756 [1] 4/20
23999 [1] 3/8      127/18 132/18
24 [4] 142/4 215/12 132/22 151/13 159/1 33905 [1] 5/9
 216/18 217/1                352.374.5218 [1]
          197/2 213/15      4/16

4:25-cv-211-MW-M8

386.736.5950 [1]    AF [3] 1/3 217/5 8 [4] 127/16 160/18

6/5            218/4        179/18 197/1

4           5            80 [2] 42/25 135/23

                        800 [2] 3/17 6/21

4 [35] 37/23 37/25 5 [5] 188/5 188/16 813.272.5670 [1]

38/2 40/20 41/2 50/7 188/17 188/22        5/5

50/14 50/19 52/16 212/23         850.241.1717 [1]

52/19 52/20 53/10 5-minute [1] 212/23 3/18

53/25 54/19 55/2    50 [2] 30/22 30/22

55/3 58/10 58/17    500 [5] 1/18 3/4 3/8 850.245.6511 [1]

            43/5 122/19      3/9

59/9 59/10 59/15               850.385.0070 [1]

59/23 90/21 92/25 5:00 [1] 142/18      4/6

93/16 94/9 96/5    5:01 [1] 213/1

            5:03 [1] 213/2     850.408.4840 [1]

100/17 132/23

176/14 176/17    5:06 [2] 1/15 214/14 2/8

                        850.414.3785 [1]

176/19 206/3 207/6 6            3/14

213/15        6 [5] 1/11 188/16   850.508.7775 [1]

400 [1] 2/14      188/19 189/13 215/6 3/5

407.422.2472 [1]    601 [1] 5/4      87th [1] 6/9

2/4          67 [1] 21/4      895.02 [2] 127/16

407.897.5150 [1]               130/8

6/15          7

407.985.2222 [1]    7 [12] 87/18 116/22 8:00 [2] 142/18

4/11          121/7 122/8 122/13 144/13

45 [1] 87/9      142/4 151/14 157/7 9

4:15 [1] 188/9    159/1 194/23 195/1 9 [2] 37/21 199/12

4:25 [6] 1/3 8/16    200/12        904.398.0900 [1]

188/7 188/10 217/5 727.464.3354 [1]     6/22

218/4          4/21      918.576.4318 [1]

4:25-cv-00211 [1] 750 [1] 6/14        2/15

8/16               97 [5] 20/25 20/25

9    39/8 40/22 44/23    159/13 160/1 160/10

97... [3] 22/4 22/7    45/10 46/22 49/19 162/3 162/3 163/11

22/12            50/4 50/20 51/2 51/3 165/5 167/10 167/13

97.0 [1] 22/16        51/18 52/5 52/17    169/12 171/24

99.097 [1] 160/11    52/19 54/3 54/16    172/12 175/14

            54/25 56/22 57/8    175/20 177/4 177/19

A            59/8 65/16 65/17    178/5 179/8 179/12

a.m [4] 1/15 8/1    68/21 69/12 69/16 183/10 183/16

60/9 60/10        69/20 72/20 78/16 186/23 187/12

A.SHANNIN [1]      79/12 83/9 83/12    195/23 197/1 197/16

4/12            85/4 85/11 86/25    200/11 200/25

ability [1] 49/9    90/18 95/3 95/10    201/14 201/18 203/9

able [33] 42/22    95/11 95/13 95/18 203/12 203/24

43/25 45/5 46/4 49/9 100/16 101/11      203/25 206/4 206/8

51/8 51/9 51/21    102/18 104/7 104/21 208/9 209/14 210/12

67/11 73/16 75/15 105/5 105/19 106/12 212/12 212/15

81/5 81/15 83/21    112/13 113/2 113/19 213/17

106/7 124/5 124/21 114/25 116/3 116/7 above [4] 109/7

124/23 136/4 140/19 116/11 116/15        109/8 218/19 218/21

141/10 152/16 162/2 116/22 117/3 118/24 absent [1] 211/3

169/3 183/15 183/20 119/2 123/6 126/15 absolutely [1] 145/9

190/18 198/8 199/7 127/4 127/4 128/10 absolve [2] 174/7

199/8 210/16 211/8 128/14 128/18        175/7

212/7            129/24 132/8 133/2 abuse [1] 64/23

about [157] 8/3    133/12 133/14 134/5 accepted [4] 140/19

9/22 13/20 15/20    134/11 134/22 135/9 141/8 168/23 169/8

16/1 16/4 19/11    139/12 143/9 143/11 access [10] 30/3

19/19 20/18 21/22 144/1 148/18 149/17 68/8 68/13 68/14

23/5 23/15 24/20    150/13 150/21        68/16 73/23 120/3

26/20 29/4 29/8    151/12 153/7 153/14 120/19 121/5 121/15

29/12 29/19 31/16 156/21 157/1 158/18 accommodate [1]

34/6 35/16 37/15    159/8 159/10 159/12 9/16

A 138/24 150/9 138/24 140/3 142/13 143/10

according [1] 93/17 157/24 158/2 158/21 155/5 155/6 155/11

account [6] 136/3 158/23 160/8 189/11 157/25 158/1 158/10

136/3 136/19 145/22 202/5 210/15 158/11 158/20

181/20 195/14 ADA [2] 198/15 158/20 185/5 185/17

accrues [1] 122/16 199/2 186/2 186/2 186/6

achieve [1] 41/14 add [2] 63/18 84/2 201/5 210/19 210/25

across [2] 168/4 added [3] 63/24 211/1 211/5 211/12

168/9 165/20 170/21 211/13 211/13 214/1

act [5] 41/24 59/3 adding [2] 63/13 214/1

66/17 68/10 104/9 63/25 addressed [3] 152/9

acting [1] 123/20 addition [1] 134/18 202/6 203/22

action [4] 14/13 additional [11] 34/5 addresses [1]

206/23 216/16 34/14 42/5 49/10 185/23

216/17 69/9 85/4 106/10 adds [1] 81/20

actions [2] 196/6 123/21 166/11 177/4 adhere [1] 47/25

196/17 202/9 admin [1] 17/5

active [3] 95/15 address [70] 33/19 administer [3] 21/7

125/6 146/21 66/23 72/2 74/23 21/13 95/12

actively [1] 98/25 75/5 75/8 75/14 administration [3]

activities [4] 13/4 75/23 75/24 76/7 20/22 29/12 49/23

20/15 24/21 127/23 76/8 76/11 76/19 administrative [5]

activity [2] 69/14 76/21 76/23 76/24 17/1 19/9 105/14

127/20 77/2 77/6 77/7 77/8 108/21 132/11

acts [1] 86/12 77/11 77/13 77/21 adopt [2] 49/4

actual [1] 88/17 77/25 78/1 81/17 181/18

actually [24] 37/6 117/14 117/17 adopted [7] 10/8

43/23 46/2 46/11 117/19 118/1 118/2 33/3 37/6 48/10 50/3

68/15 77/5 77/18 118/16 138/16 139/2 109/21 132/10

83/17 111/11 114/16 139/2 139/15 139/16 adoption [9] 36/23

114/23 118/3 137/18 139/19 139/21 49/18 80/12 93/7

139/22 139/24 140/1 94/5 94/18 109/20

A

adoption... [2]    66/14 73/2 76/5
116/12 116/16    100/11 102/3

advance [4] 97/22 affirms [3] 71/9
113/14 140/24    76/9 138/12

141/10    after [32] 48/13

advise [1] 217/13    48/15 49/5 49/7

advisory [11] 17/12 87/21 88/10 88/12
22/6 56/9 56/10    89/6 94/7 116/15
56/25 57/2 57/3 57/5 123/18 123/23
57/19 57/24 103/11 123/24 123/25

Affairs [1] 108/7    126/11 135/19 136/6

affect [2] 10/15 35/8 136/16 137/5 137/6

affected [1] 70/9    143/13 146/15

affects [2] 39/22    154/24 157/12
112/15    176/21 180/16

affidavit [8] 183/25 184/21 200/18 203/5
184/3 184/21 185/6 205/8 205/9 214/6
185/16 186/3 210/24 afternoon [1]
212/13    131/10

affirm [12] 8/2 63/7 afterwards [1]
63/22 65/4 65/13    66/10
67/11 73/1 73/1    AG's [3] 6/25 36/14
76/16 140/20 152/21 126/12
185/8    again [94] 13/11

affirmation [4] 64/1 16/16 22/12 28/2
65/9 65/23 184/12 31/4 31/7 32/10

affirmatively [1]    32/15 35/10 36/25
100/11    38/21 39/9 40/12

affirmed [3] 8/10    41/5 46/7 48/17 52/6
66/7 98/23    52/11 53/12 54/6
54/11 54/20 60/3

affirming [6] 66/1 64/11 64/25 66/7
68/23 69/21 71/11
71/21 72/3 72/15
74/3 78/10 80/16
82/8 83/10 84/12
85/7 85/12 85/16
86/18 87/15 91/24
94/11 94/24 96/12
97/18 98/7 114/17
115/7 115/23 123/2
129/7 130/2 137/7
140/13 140/25
141/16 141/21
142/18 144/16 145/2
145/13 146/19 147/4
147/13 149/14
154/11 155/20 158/3
159/7 159/11 160/23
163/1 165/7 171/8
172/19 173/12 174/9
174/10 177/20 180/9
181/3 182/6 187/17
191/2 191/5 198/1
199/25 200/6 203/21
207/25 210/14

against [1] 14/23

agencies [1] 113/12

agency [6] 106/24
106/25 107/18 114/1
211/14 211/15

agents [1] 181/21

agree [9] 32/4 32/12

A                    105/20 107/11        allowed [6] 92/24

agree... [7] 33/14    107/12 108/7 108/9 97/2 97/6 100/2

34/10 61/2 132/4      108/24 109/3 110/15 173/21 192/4

204/10 208/16        110/16 117/21        allows [3] 29/15

208/19               123/23 124/17        90/22 96/7

ahead [12] 9/20      130/19 130/23        allude [2] 83/11

51/25 56/6 124/24 131/19 136/1 136/16 103/3

172/2 172/3 176/2 136/17 137/4 140/9 alluded [1] 58/21

193/15 193/17        140/20 144/9 144/22 almost [2] 14/2

195/18 208/17        145/14 145/20 146/6 116/18

208/18               146/8 147/5 163/8 already [10] 33/24

al [6] 1/5 1/8 217/4 167/24 168/3 168/9 34/3 81/5 128/12

217/4 218/3 218/3 181/21 183/21          132/22 160/14

ALACHUA [2]          183/23 185/15        195/14 197/1 206/4

4/13 4/14            186/11 187/3 187/14 208/7

alachuacounty.us     191/6 191/20 197/14 also [78] 6/24 10/10

[1          ] 4/17       200/10 200/20        15/7 15/8 17/5 19/10

alert [1] 9/13          203/23 205/16 206/2 19/14 19/23 21/14

A [...] 196/16 196/20 180/20 194/20

also... [24] 114/14 amount [6] 60/23    208/12 208/14
119/13 121/5 121/15 116/24 145/11    answered [7] 106/5
130/11 131/14    146/15 147/3 217/11 135/12 143/7 174/9
138/21 140/22 141/2 analyses [3] 20/15 196/25 200/10 206/3
142/11 148/22    40/6 123/13    answering [1]
152/15 163/7 163/9 analysis [3] 35/7    175/20
164/14 164/22 170/8 125/2 125/15    answers [4] 11/15
173/13 174/20    analyze [1] 31/2    102/14 175/15
181/18 185/14    annual [1] 41/20    175/23
192/12 197/6 197/6 another [18] 30/25 anticipate [1] 145/1
alternative [1]    61/25 69/23 71/16 anticipated [2]
122/10    118/16 121/18    122/25 123/6
alternatives [2]    130/13 154/4 154/21 any [259]
205/11 209/19    156/1 156/16 158/17 anybody [2] 21/21
always [5] 27/8    158/18 166/18    82/5
29/14 30/21 141/17 169/24 187/24 191/7 anymore [1] 147/16
150/3    201/8    anyone [7] 15/25
am [16] 10/1 10/4 answer [44] 9/20    27/20 179/7 192/19
10/9 10/21 16/19    9/21 10/17 32/9    199/7 203/4 213/5
29/13 40/23 74/5    33/17 34/13 41/4    anything [49] 13/9
86/9 111/21 157/7 41/17 51/21 51/21 13/11 13/12 24/19
179/19 199/15    52/14 55/8 64/10    25/17 25/22 26/22
216/12 216/14    65/8 72/14 80/15    29/25 35/12 38/23
216/16    89/18 96/11 99/7    39/1 40/9 41/24
amended [3] 37/23 99/21 99/22 100/23 56/11 58/2 63/18
200/13 206/9    103/21 104/6 106/5 63/24 73/17 75/18
amendments [2]    106/7 109/3 114/22 81/1 90/7 90/9 97/18
142/12 218/21    115/6 121/12 128/3 103/10 109/24
amends [1] 127/19 141/25 152/7 156/6 124/10 124/15
American [2]    161/25 174/9 175/17 125/19 125/20
176/2 179/1 180/8 126/16 126/24

A                  applicable [3] 77/7 146/3 146/17 146/18

anything... [18]    78/1 214/1         147/7 147/14 149/6

 130/17 137/20 139/6 applicant [8]      149/11 156/14

 144/9 190/19 190/20 135/16 136/6 136/25 158/22 183/21

 190/25 191/2 191/4 137/6 139/14 139/23 198/17 200/21

 191/13 192/5 192/6 140/2 145/14       applications [10]

 192/24 199/5 202/4 applicant's [3]     43/4 43/22 44/18

 202/6 204/5 212/24 77/25 139/19 213/25 44/24 45/1 45/6

anytime [2] 57/25 applicants [8] 44/10 89/13 140/8 143/12

 113/25             44/13 44/16 141/1 144/1

anywhere [4]        141/12 141/19 142/6 applied [3] 24/23

 156/18 159/24 160/9 142/25            95/14 122/17

 202/9             application [65]   applies [1] 60/19

apart [1] 192/20    42/23 45/4 45/5    apply [16] 21/10

apologies [2] 151/2 56/14 62/23 62/24 21/25 22/1 66/2

 178/5              63/3 63/6 63/11     66/20 94/25 96/3

apologize [2] 40/23 63/15 63/16 63/17 119/11 132/1 133/3

 82/22              64/2 66/9 66/14     138/18 138/20

app [3] 117/12      71/10 73/1 73/3     151/16 159/6 182/18

 117/22 118/4       75/11 75/12 75/18 211/4

appear [3] 139/21 75/19 75/25 76/6     applying [1] 23/12

 163/4 164/15       81/10 84/4 84/6     appointed [1] 17/20

APPEARANCES        98/22 135/21 136/8 appropriate [9]

 [5] 1/25 2/24 3/21 136/11 136/12      17/11 25/21 28/18

 4/23 5/23          136/13 136/23      53/22 55/15 64/16

appeared [1] 215/8 137/12 137/15       86/7 140/23 190/9

appearing [2] 2/1   137/19 138/9 138/10 approval [2] 124/21

 11/13              138/11 140/16 141/5 143/12

appears [5] 25/17 141/8 141/13 142/25 approved [1]

 25/22 144/5 175/1 143/14 144/13       143/15

 193/25             144/20 145/1 145/12 APRIL [1] 215/19

                    145/15 145/17 146/7 are [210] 8/3 10/11

A... 99/15 100/12 102/15 189/11 189/17 190/3

are... [208] 10/14    103/25 107/3 107/7 194/10 196/5 196/16

11/8 11/13 12/6    107/8 107/9 107/11 197/5 197/19 198/22

12/14 12/16 12/19 107/13 108/4 108/7 201/13 201/17 203/3

13/18 14/4 14/22    108/16 108/24    203/15 205/11

15/16 15/17 15/20 113/25 114/24 115/1 206/16 207/23 208/3

21/4 21/8 23/5 23/8 118/3 118/23 119/6 208/19 209/1 209/9

24/6 24/22 27/4    119/13 120/1 120/5 209/11 209/14

27/14 27/22 28/3    120/21 121/4 124/5 209/16 209/19

28/7 28/8 28/19    124/6 124/21 124/25 210/21 212/7 212/14

29/17 29/20 30/16 128/5 130/11 130/19 212/15

32/22 34/5 34/10    131/12 131/22    areas [2] 12/12

34/14 36/6 36/19    133/23 135/25    27/20

42/22 44/25 45/4    136/18 137/8 138/5 aren't [2] 63/22

45/5 45/6 45/7 45/11 138/8 140/7 140/16 172/10

45/18 47/14 51/5    140/21 141/12    arising [1] 45/7

53/6 54/5 54/8 54/17 141/16 142/6 142/25 arm [1] 17/1

54/18 55/14 55/14 143/3 144/1 144/20 around [1] 154/16

55/22 57/25 58/23 145/22 147/10    arrange [2] 154/4

59/8 59/12 59/15    149/19 149/22 150/3 217/9

59/16 60/16 61/17 150/6 150/11 150/23 art [1] 128/25

62/2 62/4 62/5 63/7 151/25 152/3 152/13 as [213] 1/7 8/11

64/16 65/14 71/3    154/13 156/15    8/11 10/2 10/8 10/8

71/17 72/6 72/20    157/24 158/21 160/8 10/22 11/21 14/10

76/9 81/5 81/9 82/6 162/21 163/24 164/1 14/11 14/11 14/19

82/23 84/15 85/13 164/6 165/17 165/22 15/10 15/16 17/1

86/9 87/8 87/15    166/5 166/10 166/16 17/2 17/9 17/9 17/10

91/11 92/2 92/11    166/19 167/2 167/7 18/13 19/4 19/22

93/10 94/8 94/12    167/20 173/6 174/5 19/24 21/5 21/15

94/15 94/15 96/17 175/23 176/20    21/15 24/9 24/16

97/25 98/21 99/14 177/16 178/16    28/3 28/3 28/24

183/12 183/22    28/24 32/24 33/3

A... 123/9 123/11 123/20 210/23 212/8 213/14

as... [179] 33/18    134/6 134/16 136/1 213/17 215/6 217/8

35/22 35/22 35/25 140/20 140/23    ASHLEY [1] 3/9

35/25 37/10 37/10 140/24 141/3 141/4 ask [30] 9/10 16/16

37/23 38/7 41/8 43/1 143/17 143/18    28/14 31/17 31/21

43/1 45/19 45/22    144/14 144/19    35/6 37/14 39/3 39/6

45/24 46/5 46/9 47/5 144/19 144/25    51/24 62/24 63/4

47/5 47/6 47/12    145/22 146/12    65/16 69/15 79/8

47/12 47/21 48/4    147/11 147/25    86/10 98/24 104/10

49/7 50/8 51/24    150/22 150/25    105/2 106/9 115/8

51/24 55/13 55/22 152/10 152/11 154/8 116/21 141/17

58/20 58/21 59/4    158/23 159/15    166/18 168/20

59/21 61/2 61/7 61/9 159/15 162/5 165/8 172/16 177/3 183/9

61/19 62/22 65/21 165/14 165/21    184/17 211/16

66/21 68/10 74/5    165/23 166/7 166/14 asked [32] 20/14

74/12 77/10 77/10 166/17 167/15 169/1 34/24 38/22 40/5

78/10 78/14 78/19 169/3 169/16 170/9 50/16 50/19 50/20

79/22 84/20 86/12 170/9 171/1 171/1 51/2 65/17 67/25

87/25 88/18 88/18 171/12 171/20    68/20 68/21 89/11

90/6 91/2 92/10 93/7 171/20 172/8 172/8 101/11 113/12 114/1

94/3 95/1 97/4 98/12 172/20 172/20    114/2 114/7 114/25

98/15 100/10 101/25 172/23 174/11    115/1 115/24 123/5

102/8 102/21 103/17 174/12 175/6 176/9 131/17 133/14

103/17 104/10 106/6 176/13 176/19    133/15 134/10

106/7 106/14 106/16 178/22 181/6 181/24 148/18 167/12 174/8

106/23 108/24    181/24 182/8 188/16 200/7 202/22 202/24

109/12 109/12    189/13 190/8 193/19 asking [13] 9/5

109/13 110/5 110/5 194/9 194/23 195/13 50/10 53/23 55/8

113/25 115/21    198/4 198/7 198/24 57/25 63/23 86/25

116/23 117/5 118/5 200/2 202/12 202/25 102/23 123/16

118/5 122/13 122/21 203/4 207/7 207/22 175/13 175/24 205/2

208/1 209/21 210/14 206/8

A            197/18 197/22        120/10

asks [5] 56/9 76/22 198/19            attention [2] 37/22

76/23 113/4 185/1 assistant [8] 14/8        130/9

assess [2] 124/1      17/22 18/3 18/5 19/4 attorney [13] 3/11

161/16            28/24 109/3 109/8 3/12 8/17 9/17 9/18

assessed [8] 23/7    assisted [1] 25/8        9/21 15/4 19/22

92/17 92/24 93/3      associate [1] 211/8 19/24 194/15 195/9

93/25 94/2 94/16      associated [11]        216/13 216/15

162/13            24/11 24/21 27/5    ATTORNEY'S [5]

assessing [3] 24/13 96/14 117/19 121/3 4/14 4/19 5/3 6/3 6/8

24/19 93/20        155/5 155/6 155/11 attorney-client [1]

assessment [4]      158/10 158/11        194/15

66/19 121/22 124/13 association [3]      attorneys [1] 19/12

124/19            29/22 136/20 187/10 attributable [1]

assessments [4]    assume [3] 146/5      64/23

125/9 125/15 127/7 167/14 195/16        August [1] 113/15

127/9            assuming [9] 38/24 auspices [1] 162/10

assessments        39/4 73/3 92/5      authority [7] 22/2

regarding [1]      143/22 145/20        22/7 22/10 112/5

127/7            147/14 159/22      112/6 130/21 215/5

assigned [3] 19/7    180/15            authorized [3] 91/3

19/12 20/14        assurance [1] 81/22 100/17 216/5

assist [6] 19/8      assure [1] 195/12 automated [1]

126/25 142/5 142/17 attach [1] 23/21      141/14

147/24 181/25      attachments [1]      automatic [1] 149/9

assistance [18]      194/5            automatically [3]

18/18 30/2 30/9    attempted [2] 70/8 23/7 23/23 212/3

34/25 38/12 62/13 70/17            availability [1]

69/8 71/22 74/17    attempting [1]      142/4

80/9 140/11 141/5 148/19            available [6] 41/24

143/2 190/6 191/9 attend [1] 29/22      120/1 125/22 142/4

                attendant [1]      147/21 167/1

A    200/16 209/9 209/15 34/2 34/1 34/11 35/9

Ave [2] 2/20 6/9    209/19    132/8 132/12 177/14

Avenue [2] 6/4 6/14 awareness [1]    ballots [1] 35/23

average [3] 43/20    195/23    ballpark [1] 52/2

44/9 144/25    away [2] 60/21    ban [14] 67/2 68/22

AVNER [1] 2/9    177/8    69/20 70/11 70/15

avner.shapiro [1] B    71/17 73/13 73/21

2/10    74/6 74/13 74/18

b [7] 1/11 8/25    75/3 186/23 209/21

avoid [2] 99/5    122/12 154/23 207/6 banned [1] 72/6

131/19    207/7 215/6

aware [58] 12/6    bans [1] 207/7

back [30] 19/2    BARAN [2] 1/17

14/22 15/2 15/17    20/16 23/18 50/6

35/6 40/4 40/9 42/7 50/13 66/11 96/5    3/3

54/18 61/12 92/16 112/12 116/2 127/17 barcode [1] 185/18

92/23 94/8 94/12    barred [1] 70/18

131/4 140/4 151/10 based [29] 32/4

94/16 103/1 118/23 153/19 154/20

123/16 124/10    47/9 58/24 63/17

154/25 155/25    67/10 67/11 74/20

124/17 125/19    156/22 157/2 164/3 74/25 84/1 84/9

125/25 139/17    167/6 174/10 179/14 86/11 96/16 96/25

146/16 146/20    183/9 185/21 188/7 111/24 114/18

154/13 159/10 167/2 193/13 197/2 208/25

174/5 177/16 178/9 213/14    114/23 117/4 118/11

178/16 192/22    120/7 121/22 122/24

background [5]    153/25 157/21 158/5

194/10 195/25 196/6 13/22 16/3 19/20

196/11 196/17 197/5 19/21 24/17    190/8 193/21 196/4

199/5 200/12 200/16 backtrack [1] 43/20 196/12 209/2

201/13 201/17    basically [1] 137/1

backtracking [1]    basis [6] 39/1 39/12

201/22 202/4 202/9 65/2

203/2 203/3 205/3 BAKER [1] 6/17    57/11 64/14 166/3

205/18 205/11                168/2

ballot [11] 33/11    Bates [3] 193/8

205/19 205/21       33/15 33/22 34/1    193/9 193/21

B              166/15       160/17 181/3 184/21

BAY [1] 6/18       been [116] 8/10       188/4 190/15 190/18

BBRS [1] 27/3       12/7 13/23 14/1 14/2 192/11 192/12 194/6

be [312]       14/13 14/16 14/22 194/11 194/13

BEACH [1] 4/3       29/3 38/24 42/19       194/13 195/12

bear [2] 30/22 36/3 43/19 43/19 50/3       195/12 198/2 198/3

became [1] 18/9       55/11 59/19 62/9       198/6 199/6 200/7

because [52] 12/14 62/25 66/1 67/4       203/10 203/17

14/7 17/11 25/2 31/7 67/16 68/4 68/18       203/20 204/4 206/22

51/7 53/20 56/12       68/20 68/20 70/1       209/10 210/10

59/12 64/3 69/21       70/5 70/15 71/3       210/18 213/14

71/11 73/22 77/17 75/24 83/5 83/8 87/9 before [47] 9/6 9/24

78/13 82/1 83/11       89/10 92/17 92/23 11/4 12/4 13/23

85/13 100/23 110/2 93/3 93/15 93/21       17/21 17/23 33/24

110/21 115/11       93/22 93/25 94/2       34/4 43/6 43/10

117/21 117/21       94/16 94/19 97/23 43/17 45/13 45/19

123/19 138/17       106/5 109/16 115/23 51/23 53/20 64/5

139/10 142/17 143/6 125/2 125/20 125/21 84/11 84/20 92/10

145/16 146/2 147/20 138/16 139/2 139/17 95/9 101/10 106/5

148/8 152/17 154/25 144/5 145/11 147/14 106/13 109/13

155/6 155/20 158/17 148/6 148/7 152/9 113/13 113/15

161/10 161/11       154/3 156/24 160/22 140/14 141/23

165/16 167/9 167/12 161/3 161/7 161/8 143/25 146/12

168/11 168/18       162/24 163/3 163/5 150/21 151/9 151/21

169/22 170/6 171/16 164/23 164/25 165/4 157/4 157/4 165/22

180/23 182/21 186/5 165/7 165/8 165/12 170/20 178/25

194/1       165/13 165/19       182/13 202/21 203/7

become [5] 34/9       165/23 166/17 167/3 203/13 204/12

114/16 145/25       167/14 169/16       204/12 210/14 215/8

210/15 212/17       172/12 175/12       beforehand [2] 32/7

becomes [2] 186/13 175/20 177/24       32/14

177/25 177/25       began [1] 8/1

B    75/13 78/3 84/22    2023 207/17 209/6

begin [2] 46/12    94/19 119/7 119/21 beyond [6] 30/19
155/18    129/18 130/1 138/2 152/20 155/14
beginning [2] 37/2 142/13 143/16    159/18 175/5 176/7
131/25    147/19 148/14    big [1] 194/4
begins [1] 37/21    152/15 161/6 165/16 bilal.faruqui [1]
behalf [26] 2/12    166/7 166/25 167/8 3/10
2/18 3/2 3/11 3/16 168/1 168/3 168/14 bill [82] 10/8 20/14
4/2 4/8 4/13 4/18 5/2 182/20 189/10    20/15 29/2 29/2 33/3
5/7 5/12 5/17 6/2 6/7 192/22 194/23    33/8 33/10 34/21
6/12 6/17 11/9 11/14 195/24 197/1 197/11 35/8 35/11 36/1 36/2
23/13 59/3 99/9    198/10 206/6 209/24 37/10 37/15 37/23
134/25 149/20    believes [1] 97/11    38/4 38/22 44/16
150/19 151/4    belongs [1] 201/6    45/20 45/21 48/15
behavior [2] 180/6 below [1] 107/13    48/23 49/13 60/12
180/18    benefit [1] 179/9    62/1 67/18 71/16
being [24] 37/3 40/3 BENNETTE [10]    74/6 77/4 79/5 79/6
40/5 43/25 67/11    2/8 7/4 8/17 131/17 79/7 79/25 80/22
70/22 78/16 78/17 131/25 132/21    82/25 83/20 83/21
83/13 99/5 109/21 148/18 149/17    84/11 85/2 93/7 94/5
111/17 119/15 122/7 151/12 159/3    94/8 94/17 95/8 96/3
124/4 124/5 124/6 best [10] 9/16 29/12 104/2 112/15 112/17
124/23 152/19 157/2 29/19 30/5 30/10    112/20 114/5 114/16
168/6 168/24 184/15 32/6 32/14 131/18 115/14 116/2 116/7
207/1    131/18 195/15    116/11 116/15
being collect [1]    better [2] 99/24    116/22 118/25
124/4    142/16    122/23 123/4 123/7
believe [42] 20/7    between [16] 12/1 123/12 123/14
22/16 22/22 34/3    13/3 67/9 70/25    123/25 124/2 124/13
38/16 52/11 52/13 125/9 125/16 146/16 125/3 125/4 125/11
58/23 59/19 73/22 154/25 160/11 177/8 125/18 125/25 126/7
178/8 200/6 202/2 127/17 127/18

B                     both [5] 77/19        17/21 17/23 18/7

bill... [7] 127/19    82/13 119/2 120/2 18/13 18/14 18/23

128/20 130/7 163/21 132/4                bureaus [1] 17/4

165/6 186/24 202/23 bottom [5] 142/13 business [5] 142/2

Bill 1205 [2] 49/13 185/12 189/10         142/5 142/21 145/4

94/8            193/10 193/21            145/7

bills [2] 114/20    BOWDEN [1] 4/4   busy [1] 116/17

114/24           BOWEN [1] 3/17 BY:SARAH [1] 6/5

bind [3] 102/14    box [6] 2/7 89/3      BYRD [4] 1/7 8/16

175/15 175/24       89/4 89/5 89/14        217/4 218/3

binding [1] 13/15    194/4              C

bird's [1] 34/19    BRADFORD        [1]

            6/18             c [3] 79/18 213/15

bird's-eye [1] 34/19              213/24

birth [5] 78/1 81/17 break   [9] 9/14   60/8

            87/7  101/10    131/3    CALHOUN [1]

81/18 187/10 214/2               6/18

BIST [1] 4/4      188/5  195/16   195/20

              212/23          call [19] 55/7 55/18

bit [12] 29/1 35/16              67/1 69/8 104/24

54/25 65/2 65/15    Brent [1]  131/13

            BREVARD     [1]  5/18  105/3 105/8 111/24

92/14 93/15 101/5              128/10 140/10 141/2

101/11 113/19 138/7  brief [1]   188/13

            briefly  [2]   18/13    141/4 141/17 141/20

140/14                          142/6 142/8 142/15

black [1] 194/4     132/8

            bring  [1]   114/9     193/2 200/2

BLACKWELL [1]                calls [2] 134/19

2/2        broad   [4] 60/4   60/4

            81/13  209/25        193/3

blank [3] 22/23              came [3] 25/5

124/9 179/22    Bronough    [1]  3/8

            browse   [1]  15/22    144/17 203/18

Blvd [2] 5/4 6/21              CAMPAIGN [2]

BOB [1] 4/16          bswain   [1]   4/17

                Budgeting     [1]        2/14 131/14

body [1] 31/11                            campaignlegalcente

BOETTCHER [1]        114/14

                burden    [1]   201/14   r.org [2] 2/16 2/17

2/16                                     can [143] 8/21 8/24

                bureau [7] 14/11

C             141/20 142/13    141/12 106/6 116/10

can... [141] 9/6 9/12 142/22 144/3 144/9 Capitol [1] 3/13

15/18 16/23 18/12 146/12 146/24 149/6 capture [1] 191/12

19/2 21/18 21/18       151/13 152/7 153/6 car [2] 134/25 135/6

21/19 22/19 22/24 153/20 156/6 158/4 card [5] 80/3 81/20

23/18 24/4 24/4 25/3 158/8 158/19 160/15 84/18 212/4 214/3

25/19 25/19 26/15 161/25 167/23 168/5 care [1] 110/8

26/19 29/16 29/16 168/16 169/23 170/1 career [1] 16/4

29/18 31/5 31/22       171/13 171/18 174/9 case [20] 1/3 8/16

32/10 32/16 33/17 174/22 175/24 176/2 8/20 11/4 15/15 16/1

34/6 34/12 37/8 41/3 176/12 180/8 180/20 37/17 57/11 57/11

41/16 43/1 46/3        184/5 184/17 184/24 101/24 128/25 129/7

52/21 52/24 53/2       185/8 185/10 185/10 139/5 139/22 151/24

54/13 55/8 60/3        188/3 191/25 192/6 152/2 159/19 178/23

64/10 67/9 69/8        193/9 194/1 195/15 217/5 218/4

70/24 72/13 75/9       195/17 197/12     cases [1] 14/5

80/14 89/18 95/18 199/13 208/12        categories [1] 62/4

96/11 98/18 98/21 212/22 213/14 214/7 caveat [2] 14/19

98/24 98/24 99/6    can't [21] 9/12       66/4

99/21 99/24 100/9 10/17 18/25 46/12 CCR [4] 1/23

101/4 103/19 103/21 63/21 76/22 78/21 215/17 216/22

104/3 104/6 104/10 83/6 83/7 85/15         217/16

106/5 109/5 113/19 86/22 100/23 101/21 CCR-GA [4] 1/23

113/24 114/22 115/6 117/21 117/22        215/17 216/22

117/13 117/21 118/1 133/20 140/24         217/16

118/18 121/12 123/5 177/25 180/1 196/10 CENTER [4] 2/6

123/18 124/9 125/12 196/14                2/14 8/18 131/14

128/2 128/14 130/10 candidates [1]     certain [13] 24/21

130/10 131/3 132/4 21/18                28/13 54/16 106/6

136/19 140/10       cannot [4] 12/22    126/1 129/20 137/5

140/10 141/4 141/17 86/21 147/8 211/12 149/12 185/23

                    capacity [4] 1/7     191/11 200/21 209/1

C... 174/21 176/23    circulating [7]

certain... [1] 210/4 188/21        61/11 64/16 70/19

certainly [7] 12/25 check [10] 43/21      184/12 186/10

 104/10 104/11      44/8 44/15 44/18      186/24 207/9

 126/25 152/21      44/22 75/5 75/7 89/5 circulation [4] 71/8

 176/24 187/11      168/22 173/9        75/11 77/16 202/15

CERTIFICATE [2] checked [5] 43/12 circulator [96] 34/9

 214/15 215/20      43/14 43/15 44/23 38/8 49/4 50/7 50/9

certified [1] 8/11    146/12            51/15 52/23 53/1

certify [3] 215/5    checking [2] 44/5    53/5 53/7 59/22 61/3

 216/5 216/12      45/9            61/7 61/9 61/10 62/1

challenged [1]    chief [11] 14/11      62/22 66/3 67/8

 37/16          17/2 17/21 17/25    67/13 69/13 69/25

change [5] 32/5    18/7 18/13 18/23    70/1 71/1 71/14

 32/13 35/14 43/2    19/22 21/2 28/24    78/20 81/24 95/11

 218/6          59/4            95/14 98/20 100/2

changed [2] 64/5    choice [1] 78/3      103/3 117/1 117/13

 181/4          choose [2] 115/8    117/18 118/14

changes [15] 33/11 119/23            118/18 135/10 136/2

 33/12 34/6 34/11    chose [2] 64/7 65/10 139/10 139/23

 34/14 34/15 35/11 Chris [1] 195/11      144/14 145/25

 36/19 36/21 40/20 cir [2] 4/10 71/2      147/25 149/23 150/5

 41/1 115/12 115/17 circ [1] 124/6      151/1 151/19 157/9

 126/1 218/2      circulate [14] 34/7 157/20 158/4 159/9

chapter [8] 20/24    77/22 98/20 100/3 160/12 161/22

 22/4 22/6 22/7 22/12 100/12 124/9 124/22 164/15 164/16

 33/19 39/2 46/18    136/5 145/23 146/4 164/21 166/8 166/12

characterization [2] 149/20 150/14      166/24 167/24 168/6

 86/12 194/19      150/18 151/3      168/13 168/20

charged [1] 85/14 circulated [1] 124/7 168/25 169/2 169/23

Chat [4] 132/20    circulates [1]      179/23 180/4 180/15

                186/12          181/22 183/2 183/12

185/24 191/7 193/24 66/22 85/24 90/6

circulator... [23]    199/7 200/17 201/19 94/21 138/3 213/13

183/16 183/17    206/5 206/11 206/18 clarifying [2] 92/15

183/18 183/20 185/1 207/1 210/13    129/16

185/14 185/17    circumstance [3]    clarity [2] 57/13

185/20 186/1 186/5 118/20 185/3 186/4 74/11

186/9 192/8 198/13 circumstances [10] class [1] 208/25

201/4 201/9 201/9 95/2 96/17 96/25    clause [3] 38/20

206/10 210/17 211/4 97/4 97/19 154/11 39/12 93/24

211/9 212/9 212/14 154/15 184/24    clauses [13] 33/19

213/18    197/20 198/19    38/16 38/25 41/8

circulator's [10]    citizen [9] 67/2    58/25 64/12 72/4

99/4 168/18 183/25 68/22 69/20 70/11 74/25 83/12 93/1

184/21 184/25 185/5 72/22 73/7 73/13    93/7 93/9 93/23

185/16 185/16 186/3 73/21 187/7    CLAY [1] 4/2

210/25    citizens [8] 70/9    CLC [1] 131/2

circulators [50]    71/17 72/6 186/23 CLEAN [4] 2/13

27/19 33/7 40/17    187/4 187/15 196/16 131/12 131/15 175/2

42/9 42/12 42/13    196/20    clear [6] 26/3 41/18

42/15 44/20 48/18 citizenship [2] 63/3 50/4 87/3 157/15

49/23 60/13 60/20 72/11    203/24

60/25 61/1 61/16    CITRUS [1] 5/13 clearer [1] 9/5

64/4 69/12 70/23    claim [1] 77/15    clearinghouse [1]

103/7 103/15 123/10 clarification [5]    30/4

123/22 124/5 124/23 50/16 51/18 57/10 clearly [4] 36/10

126/15 133/23    79/17 191/19    118/15 121/17 158/6

134/25 147/11 150/3 clarifications [1]   Clearwater [1] 4/20

163/23 167/11    50/18    clerk [2] 195/10

167/13 177/9 178/8 clarified [1] 90/7    217/12

181/6 181/12 182/12 clarify [13] 16/7    client [2] 194/15

183/11 183/12    17/14 27/10 50/6    217/8

63/23 63/24 65/15 client/witness [1]

C                            92/23 96/7 97/2      2/12 34/7 79/3 89/14

client/witness... [1] 124/4 144/15 177/13 98/8 112/11 113/24

217/8            181/5 199/16 200/20 114/1 114/2 130/9

close [4] 37/5 37/9 206/11            130/10 163/1 172/24

43/7 212/25      collect a [1] 199/16 173/4 177/21 177/22

closely [1] 17/8   collected [11] 53/8 187/24 188/7 190/17

CM [1           ] 1/23       54/9 84/17 116/25 191/4 191/7 192/10

co [1] 130/24        122/20 164/18      comes [9] 27/11

C          136/11 161/3 162/3 84/13 117/12 198/20

communication...    162/17 163/9 171/11 compliance [3]

 [5] 143/4 190/13    complaint-complain 88/13 196/7 196/18

192/14 192/25 193/4 t [1] 111/12      complying [1] 97/21

communications      complaints [52]    components [1]

 [10] 13/3 13/4 13/9 22/13 23/7 24/24      20/12

 15/3 15/6 39/7 57/23 25/14 25/25 26/8    concern [2] 119/25

 105/18 108/5 192/11 26/10 26/17 27/14 130/3

community [1]      53/10 53/19 53/25 concerning [2]

 188/1          54/5 54/7 54/16      67/20 132/11

compared [1] 139/4 61/20 68/11 78/6      concerns [4] 35/4

comparing [3]      78/11 78/19 78/24 78/16 80/23 81/2

 125/2 139/6 139/8 79/3 85/4 85/11      concluded [1]

compensation [1]    85/14 85/19 85/21 214/14

 47/9          85/25 86/19 86/23 concrete [1] 106/20

complaining [2]      90/12 90/13 92/2    conduct [2] 35/7

 26/4 54/3        92/6 92/7 92/11      205/21

complaint [46]      94/25 109/23 110/24 conducted [4] 40/7

 15/12 23/16 23/19 118/22 118/23        124/12 125/15

 23/21 23/22 24/2    118/24 130/8 130/19 201/25

 24/4 24/6 25/19    177/20 191/2 191/5 conference [4]

 25/20 26/4 26/15    192/9 195/23 196/1 52/13 104/19 105/1

 27/1 28/8 28/9 28/10 196/6 196/17      165/9

 28/11 54/2 54/4    complete [2] 137/11 conferences [2]

 54/12 63/9 70/2 83/9 146/17        29/23 30/19

 85/16 86/7 91/25    completed [6] 46/13 confidential [1]

 111/1 111/8 111/10 63/10 98/22 137/13 194/14

 111/12 111/12      145/14 145/15    confirm [2] 98/19

 111/15 111/19 126/8 completely [1]      143/25

 126/17 127/2 127/4 150/14          confirming [2] 49/3

 127/9 128/14 129/19 completes [1] 84/4 123/11

              completing [3]    confuse [2] 51/1

C [1] 114/20 116/8 189/23 conviction [9] 65/9

confuse... [1] 51/1 190/10          65/12 67/2 207/20

confusion [1] 90/18 consulting [1] 32/19 208/6 208/7

conjunction [2]     contact [2] 142/11 convictions [10]

91/13 97/15          142/23          63/14 64/8 64/24

connected [1]     contacting [3]     66/19 70/18 72/24

216/15          150/15 150/20 151/4 207/8 209/11 209/16

connectors [2]     contacts [1] 142/10 209/22

191/12 191/16     contain [2] 38/16 convoluted [1]

consider [9] 31/9     198/25          65/24

31/19 57/19 57/22 contained [2]     coordinate [2]

76/12 111/13 171/14 194/13 194/14     110/13 154/1

180/4 180/17     contains [1] 210/25 coordinated [1]

consideration [1]     context [5] 31/8     132/21

197/24          40/12 71/5 116/4     coordination [2]

considerations [1] 148/16          13/5 13/13

198/23          continue [1] 175/13 copied [4] 44/1

considered [4] 89/7 Continued [4] 3/1 147/23 148/4 148/6

135/1 205/13 209/20 4/1 5/1 6/1          copies [1] 199/18

constantly [1] 37/1 continues [1]     copy [5] 111/22

constitute [2] 56/22 117/25          176/21 197/3 197/14

129/12          control [6] 114/6     217/9

constitutes [4]     114/17 145/24     CORD [3] 1/7

104/9 129/3 129/24 152/19 153/2 175/5 217/4 218/3

136/13          conver [1] 116/9     Corporations [2]

constitution [1]     conversations [4]     19/10 108/22

31/8          116/6 116/11 116/14 correct [153] 17/17

constitutional [2]     153/25          18/11 20/4 20/7

21/5 142/12     convicted [9] 62/9 23/19 23/20 25/12

consult [1] 51/22     62/25 66/1 67/16     26/11 26/12 27/16

consulted [4]     70/15 71/4 207/17 29/6 31/24 32/21

207/22 208/2     33/4 33/9 36/17 38/9

C         155/20 157/8 157/12 84/1 91/24 91/25

correct... [136] 39/5 158/16 159/17       92/1 100/7 103/8

39/16 39/22 42/10 159/18 163/24 165/2 103/13 104/24

42/17 45/22 45/23 169/9 169/19 169/20 104/24 119/23

46/25 47/7 47/11     174/4 177/9 179/24 126/14 129/4 129/8

47/18 47/19 48/24 181/6 183/2 183/3 131/2 137/9 141/24

48/25 49/15 53/19 185/19 185/25       143/18 143/23

55/23 58/7 59/2      191/22 191/23     144/14 144/15

60/14 60/20 61/14 194/21 195/19 196/2 145/16 147/2 147/3

61/24 62/6 62/10     196/23 196/24     147/17 150/13

64/3 64/20 65/6 66/3 197/15 198/14 199/2 150/17 150/18

66/4 67/4 71/19 72/8 199/10 199/15       150/23 151/3 151/6

74/9 74/23 77/23     199/22 200/14     152/20 165/12

80/5 80/6 81/6 84/11 200/19 201/7 201/11 165/23 166/6 166/13

84/12 86/14 87/23 203/1 203/16 203/19 168/19 188/22

88/5 90/24 90/25     204/14 204/21     191/13 193/13

91/21 93/11 93/18 204/25 205/1 208/23 194/13 194/14

93/19 94/6 102/11 210/6 211/7 211/22 201/12 203/17

102/16 103/6 103/8 212/3 212/20 212/21 204/13 204/15

106/17 106/23       218/21       204/24

107/20 107/23     correcting [1]    counsel [21] 11/25

107/24 108/11      172/25        14/8 16/1 16/7 18/3

108/15 109/14     corrections [1]    18/5 19/5 23/17

109/15 112/20       218/21        32/24 36/13 79/10

114/12 117/4 118/12 correctly [1] 117/5 107/22 108/23 110/8

119/10 122/9 122/14 correspondence [2] 130/24 165/8 175/11

127/23 133/9 134/2 11/25 13/19       176/20 216/13

134/11 135/17     could [59] 20/13    216/15 217/7

136/22 137/3 138/6 20/18 27/1 27/2     counsel's [27] 17/9

139/14 139/24 145/5 39/18 54/8 56/12     17/12 23/9 23/24

145/8 146/13 151/22 64/3 77/14 77/17     24/7 24/15 25/8

                79/11 83/24 83/25 25/10 92/20 97/17

121/10 121/16        10/22 15/20 56/3

counsel's... [17]        121/18 122/5 122/5 88/24 109/17 115/23

98/9 101/1 106/11 122/6 122/7 122/11 116/19 116/21

107/6 107/14 107/22 122/11 122/12        130/24

109/12 110/1 110/3 153/10 153/15        course [9] 107/17

110/10 111/23 128/7 153/21 153/22 154/4 115/23 119/14

162/10 163/12        154/10 154/14        125/14 126/20 141/6

171/11 171/20        154/17 154/18        164/14 177/1 208/14

190/21        154/19 154/21        court [7] 1/1 4/20

counsels [1] 17/22 154/22 154/23 155/3 9/3 10/23 58/1 66/8

count [2] 43/5 52/24 155/5 155/9 155/10 217/12

counties [7] 4/3 5/7 155/11 155/16        cover [1] 16/11

6/13 6/19 153/24        155/17 155/25 156/1 covered [7] 39/17

168/4 168/10        156/2 156/4 156/7 134/2 177/5 178/13

counting [1] 181/25 156/7 156/15 156/22 203/10 204/6 204/7

countries [2] 187/4 156/23 157/11        covers [1] 20/25

187/16        157/16 157/19        CRC [4] 1/23

country [5] 187/10 157/23 157/24        215/17 216/22

187/20 187/24        157/25 158/1 158/3 217/16

187/25 188/1        158/4 158/9 158/11 create [1] 113/13

county [107] 4/9        158/14 158/15        created [1] 109/22

4/14 4/18 4/19 5/2 158/25 159/5 159/16 creating [1] 64/2

5/3 5/13 5/18 6/2 6/3 159/19 159/23 160/1 creation [1] 110/11

6/7 6/8 87/20 116/23 160/2 160/6 160/13 Crimes [70] 10/3

117/2 117/8 117/14 164/7 167/21 168/1 10/5 12/14 12/20

117/16 117/16        168/1 175/4 179/22 12/23 17/10 22/21

117/17 117/18        179/24 180/5 180/5 23/10 24/8 24/15

117/19 118/6 118/9 180/16 201/1 201/6 24/25 25/5 25/16

118/16 118/17        215/4 216/3        26/1 26/23 27/15

118/25 119/8 119/16 county-return [3]        39/10 39/14 40/14

119/17 120/25 121/1 119/8 158/25 159/5 41/10 41/19 42/4

couple [10] 9/1        53/14 53/17 54/17

C              currently [3] 3/7 11 DATO [3] 2/22 7/8

Crimes... [45] 54/21 42/21 62/18 98/25 195/8

61/19 65/1 65/19      170/9          DAVID [1] 69/4

67/23 70/3 72/16    custody [1] 135/3 DAVIS [1] 3/9

78/12 78/23 78/25 cv [4] 1/3 8/16      day [27] 43/17 89/6

85/8 86/8 86/17      217/5 218/4        118/1 119/11 122/16

86/21 91/9 100/25 cycle [1] 51/14       142/18 143/22 147/1

101/18 101/19       D                151/12 151/15 153/7

104/13 104/18 105/9 d [4] 4/21 7/1      153/7 155/1 156/14

105/15 105/25 107/5 127/16 185/13       157/17 175/4 177/6

107/14 109/11                        195/12 200/11

              DADE [2] 6/7 6/8 200/13 201/19 203/5

109/14 110/6 110/11 DALE [1] 5/16

110/22 120/3 120/12 data [14] 31/9 31/19 204/11 204/13 205/9

120/15 120/19                       205/20 218/23

              31/23 32/6 32/14   days [47] 87/21

120/24 121/15      45/16 72/11 74/20 88/10 88/10 88/12

122/21 126/13      81/6 123/9 123/12 89/4 142/21 144/24

130/20 155/22      140/25 206/25 209/9 145/5 145/7 152/5

161/25 162/7 171/10 database [7] 69/2

172/15 190/20                       152/12 152/13

              69/5 69/6 173/3

criminal [13] 33/25 192/7 192/8 192/9 152/17 152/20

34/4 47/12 47/13                    154/23 154/24

              databases [1] 68/24 155/13 155/18

97/13 98/12 104/1 date [20] 78/1 81/17

126/1 126/10 127/5 81/18 88/14 88/15 156/20 157/4 157/5

128/4 170/14 199/25 88/16 88/20 88/22 157/11 157/15 158/9

CROSS [2] 131/8                     158/12 159/18

              89/21 90/2 109/20 159/22 178/22

213/9          152/13 156/8 156/9 178/22 179/3 200/14

CRR [4] 1/23      157/3 172/5 189/10 200/14 201/15

215/17 216/22      203/14 214/1 217/10 201/15 201/21 202/2

217/16          date/time [1] 89/21 202/3 202/3 202/13

current [3] 16/5    DATED [2] 216/18 203/7 203/9 203/11

D              DEE [1] 4/4       144/21

days... [2] 205/12 deemed [1] 55/15 delayed [1] 143/23

217/11           deems [2] 33/20    delineate [1] 90/17

DC [1] 2/15      89/9          deliver [2] 58/12

deadline [10] 41/21 defendant [2] 3/2    87/19

143/13 151/13        14/17          delivered [22] 88/4

151/16 177/6 177/12 Defendants [1] 1/9 88/8 89/7 89/8 89/10

177/13 178/21      defense [2] 152/21 89/16 89/25 117/15

200/13 205/9       198/24          121/16 121/18 153/1

deal [2] 25/21 29/8 defer [23] 61/18    153/19 153/21 154/3

dealing [1] 29/8    64/25 67/22 72/3   155/3 155/9 156/3

deals [1] 35/17     72/15 73/14 78/9   156/22 157/2 157/10

Dear [1] 217/7     78/14 85/7 86/10   157/18 200/22

deceased [1] 81/25 92/19 92/22 94/11 delivering [2] 38/5

December [7] 1/14 94/24 129/7 159/12 118/14

215/8 215/12 216/18 173/5 178/14 187/6 delivers [2] 122/5

216/24 217/6 218/5 187/17 196/1 196/21 122/12

decide [5] 41/23    200/3          delivery [3] 120/10

55/4 56/4 90/3    deferring [2] 72/7 156/20 179/9

105/23            94/12          depart [1] 40/15

decided [2] 46/5    define [2] 37/8 76/1 department [176]

46/8              defined [2] 88/9    3/2 3/7 10/1 10/1

decides [8] 1/4 8/15 128/25          10/3 10/5 11/6 11/9

8/19 57/13 114/8    definitely [4] 84/13 11/10 11/14 11/16

189/6 217/4 218/3 141/7 147/1 212/5 12/9 12/15 13/15

decision [6] 47/20 definition [4] 98/12 14/1 14/14 14/20

48/5 48/8 48/14 49/4 127/20 206/5 206/10 15/15 16/6 16/18

56/17            definitions [1] 9/25 17/23 19/21 20/6

declare [1] 218/19 degree [2] 197/8    20/21 21/1 24/24

dedicated [4] 26/24 199/16          25/11 25/24 32/19

141/3 142/11 142/12 Deland [1] 6/4     34/20 34/24 35/3

delay [2] 143/19    35/7 36/20 36/20

D    115/14 120/2 122/24 166/1 147/20 212/11

department... [141] 123/8 123/13 124/1 depo [1] 176/21

37/8 38/12 39/6    124/12 125/5 125/8 deposed [3] 13/23

39/15 39/21 39/25 125/14 126/4 127/6 14/2 14/13

40/2 40/7 41/12 42/1 127/14 127/25    deposition [18] 1/11

42/5 42/8 42/16 48/6 129/15 129/23 130/9 7/16 8/15 9/3 11/3

52/9 55/3 56/3 57/6 137/22 153/2 159/15 15/5 16/1 44/7

57/13 57/19 57/22 160/4 160/20 161/2 101/24 102/7 131/24

58/8 58/18 58/18    161/16 162/23    132/1 132/20 184/7

59/6 59/18 62/12    164/24 165/1 165/5 196/5 196/13 216/6

62/18 62/20 64/22 165/11 169/6 170/7 217/5

65/10 67/19 69/4    171/14 172/22 173/2 derived [1] 38/23

69/6 70/7 70/16    173/9 173/20 175/16 describe [2] 16/23

71/12 71/21 72/10 179/7 181/11 181/24 18/13

72/18 72/21 73/5    182/3 182/8 182/25 described [3]

73/10 73/12 74/2    183/15 184/3 191/9 102/10 163/13 175/8

74/4 74/15 76/1    192/13 192/19 194/9 DESCRIPTION [1]

76/11 76/12 77/8    205/24 207/21 208/1 7/15

80/7 80/12 82/24    209/5    designated [4] 11/8

83/9 85/3 85/8 85/24 department's [6]    12/7 102/8 175/12

85/25 86/16 87/3    101/15 121/6 122/15 designation [2] 7/17

88/7 94/20 96/8 96/8 129/2 187/3 187/14 12/1

96/9 97/22 98/2    departments [2]    DESOTO [1] 6/12

98/11 99/25 100/1 107/3 108/25    desperate [1] 149/2

100/18 101/11    depend [3] 57/9    despite [2] 156/24

102/23 103/19 104/4 153/23 172/17    170/1

106/22 106/23    dependent [3]    detail [3] 140/15

106/24 107/17    145/13 147/4 149/14 172/8 183/4

107/19 113/8 113/21 depending [7] 36/9 details [1] 46/16

114/8 114/19 115/11 92/20 126/14 143/24 deter [2] 64/21

115/15 118/10    144/16 189/25 212/6 89/19

depends [4] 56/16 determination [11]

D    38/11 38/15 39/3    89/12 107/8 110/15

determination...    39/6 39/6 39/20    151/9 157/3 161/12

[11] 23/25 24/9    41/12 44/6 44/15    205/16 208/19

26/6 97/14 121/24 44/15 44/18 48/12 differently [3] 66/6

127/11 128/18    49/6 58/8 58/18 59/6 122/22 209/2

155/19 163/11    60/21 62/12 63/21 digit [1] 210/8

180/21 180/24    64/4 65/12 66/11    digits [2] 80/3 214/3

determine [18]    69/10 72/18 74/15 diligence [4] 99/10

32/17 90/4 98/24    80/7 80/23 83/12    186/17 211/24

100/1 101/2 120/6 88/7 93/3 97/4    211/25

120/9 130/5 142/8 104/19 115/11    diligently [1]

160/21 161/3 162/11 115/14 117/5 122/24 146/23

162/24 166/2 166/21 123/8 123/9 129/11 direct [5] 8/12

180/10 210/17 212/7 133/7 133/11 133/19 53/21 180/22 195/6

determined [5]    134/4 134/17 177/8 199/11

24/22 89/20 97/6    177/11 178/25 179/7 Directing [1] 37/22

119/19 181/24    180/15 182/3 182/7 directive [3] 32/1

determines [4]    182/11 182/18 191/9 47/16 58/3

89/15 97/10 100/18 196/5 196/12 202/5 directives [1] 22/8

100/18    202/25 205/24 216/6 directly [8] 24/3

determining [2]    217/8    27/19 27/21 78/11

111/14 128/6    did want [1] 69/10 105/8 110/24 151/8

deterrent [1]    didn't [15] 35/6    184/7

123/21    42/5 52/6 63/18    director [10] 14/12

dictate [1] 154/12 63/18 85/15 110/4 16/19 18/10 18/21

dictates [1] 197/6    112/22 133/16    18/24 18/25 37/12

did [76] 11/6 11/18 135/12 153/1 155/7 106/7 108/5 213/12

12/9 15/4 15/14    163/16 202/20    director's [6] 17/5

15/22 15/25 16/14 205/21    137/25 138/1 138/4

20/9 20/16 23/2    differ [1] 190/8    141/21 141/23

34/20 35/2 35/3 35/7 different [12] 45/18 Directors [1] 29/22

58/22 59/12 79/4    disclaimer [1]

D

distinction [6] 07/9 94/21 95/5 95/12

disclaimer... [1]

70/24 177/8 178/7

184/11

207/16 209/5

disclosing [1] 212/1 distinguish [1]

disclosure [2]       150/25

185/24 211/13       distributed [2]

disclosures [1]       162/20 185/14

79/23       district [3] 1/1 1/1

discovered [2]       134/25

173/9 174/13       division [145] 1/2

discovers [1] 170/25 10/2 10/4 12/13

discovery [9] 15/14 12/17 12/25 14/10

55/13 134/6 134/14 16/19 16/20 16/25

148/7 188/13 188/14 17/15 17/15 18/12

193/20 194/9       19/8 19/10 19/13

discretion [6] 25/24 19/15 19/24 19/25

25/25 48/3 91/18       20/1 23/11 24/5

112/10 173/22       24/18 25/13 25/15

discussed [7] 12/11 26/21 28/20 38/15

151/17 155/24       39/9 40/12 40/15

156/17 159/2 179/15 40/16 40/19 42/15

182/20       47/22 48/14 49/3

discussing [5]       49/24 53/18 53/24

132/24 151/11 159/3 59/1 63/12 67/25

181/3 186/25       68/4 68/13 69/19

discussion [3] 184/9 73/18 74/4 74/16

213/17 213/20       75/2 75/9 78/4 78/6

dishonesty [1]       78/18 80/8 85/5

208/10       85/10 86/3 86/4 86/5

distinct [2] 12/14   86/12 87/1 87/2

41/18       89/25 91/4 91/15

91/22 92/16 92/22

96/9 98/2 98/3 100/4

101/14 101/15

102/18 104/16 105/3

105/4 105/4 105/14

105/24 106/6 106/16

108/2 108/12 108/13

108/18 108/19

108/20 108/21

109/24 110/23 111/3

112/4 112/10 112/11

112/18 113/1 113/8

113/20 118/23 119/2

120/2 120/6 120/21

126/5 126/18 126/22

127/3 127/8 127/10

128/17 128/23

132/10 132/14

134/10 136/9 137/13

137/14 138/3 139/13

142/24 143/13 154/8

161/23 162/4 164/4

170/15 171/6 177/22

181/18 183/10

184/19 184/24 190/5

190/9 190/17 190/24

192/23 200/4 202/5

division's [3] 48/3

132/8 142/22

divisions [10] 19/8

107/3 107/7 107/8

107/9 107/13 108/4

D    99/10 99/11 100/3 211/11 211/23

divisions... [3]    100/7 101/18 101/21 211/25 213/16

108/13 108/16    101/25 102/3 102/17 213/22 214/4 218/2

108/24    104/22 104/22    docs [1] 15/11

DIXIE [1] 6/18    105/23 110/4 110/12 document [16] 11/4

DL [1] 212/3    110/20 111/13    46/18 102/4 174/23

do [170] 8/2 8/6    112/22 114/2 114/7 174/24 174/25 185/8

9/16 9/22 10/11    116/21 117/21    188/14 189/2 189/11

11/13 12/2 13/14    127/15 130/24    189/18 193/12

15/4 20/14 21/12    131/18 131/21    193/19 193/22 212/6

22/2 22/9 22/19    131/24 132/24 133/3 212/11

23/13 25/1 25/1 25/3 135/8 137/4 138/1 documentation [3]

25/18 26/17 28/14 138/2 140/25 142/7 130/16 190/13

28/15 28/22 29/11 142/8 143/20 145/10 190/23

30/8 30/11 30/14    146/11 146/23    documents [11]

31/2 31/9 31/15    148/14 151/7 156/10 15/9 15/17 15/23

31/17 36/22 37/9    159/2 160/18 161/21 64/19 72/7 74/21

40/25 43/12 43/21 165/16 165/18 167/8 148/10 190/1 190/16

44/17 44/22 46/8    167/10 168/19 170/1 191/17 194/8

49/10 51/17 51/22 170/22 171/4 173/12 does [94] 18/20

52/2 54/3 54/16    173/18 176/7 179/16 20/21 22/9 24/24

55/16 56/18 58/1    182/1 182/11 182/12 25/2 30/21 36/20

61/15 64/6 64/6 65/4 185/10 186/17    39/21 40/16 47/16

66/22 69/1 70/12    186/25 189/1 189/4 51/5 51/6 53/19 55/3

70/20 72/1 72/10    191/14 192/4 192/15 56/3 57/19 57/22

78/24 81/2 83/10    192/23 192/24 193/3 58/22 58/22 62/18

83/11 83/15 83/24 193/11 193/20    70/7 70/16 71/21

84/15 86/10 87/7    193/24 194/5 195/14 72/10 72/21 72/23

90/9 90/16 92/6 94/1 195/20 199/7 200/23 75/2 76/1 76/11

95/4 96/15 98/3 98/9 201/20 206/13    76/20 77/8 77/14

98/10 98/11 99/2    206/25 208/25    77/20 78/18 80/12

210/22 210/24    82/5 83/4 84/2 85/25

does... [55] 87/2    DOJ [1] 14/6        166/15 167/5 169/14

91/4 91/15 91/22    DOLAN [1] 2/10        176/10 177/24

92/3 94/20 94/20    don't [121] 9/11        178/19 179/11

95/5 95/12 96/8 96/8 14/20 30/10 36/4        179/11 184/10

98/5 101/17 103/3 36/5 37/7 38/17        184/23 185/2 185/3

113/20 113/21        38/18 40/13 43/2        185/7 186/4 187/22

113/21 119/11 121/7 44/21 47/25 49/21 190/2 191/15 191/15

126/4 126/5 127/6 49/24 50/24 52/11 192/5 192/5 192/17

127/8 131/19 132/5 52/13 53/13 54/10 192/17 192/22 194/2

148/23 148/25        56/18 58/11 65/21 194/16 194/16

151/15 159/5 159/14 68/15 68/16 68/16 195/17 198/10

160/4 160/20 161/2 68/17 68/19 68/23 200/23 201/1 202/5

161/15 162/23 169/6 70/5 70/5 70/12 71/7 203/11 205/14

169/21 171/6 171/13 73/16 73/22 78/3        212/10 212/24

171/23 172/2 172/4 81/1 81/21 83/8        done [22] 29/20

172/22 173/1 173/9 85/17 85/18 85/21 30/16 45/16 54/23

173/20 175/6 188/6 89/10 93/5 93/8        66/6 70/5 91/13

192/13 192/19        93/13 94/2 98/7        125/8 131/18 137/5

199/23 202/12        98/15 98/16 98/17 146/7 146/19 161/23

207/21 208/1 217/11 99/22 100/4 100/5 176/12 201/14

doesn't [18] 30/20 101/15 101/16        201/18 202/10 203/3

31/3 31/6 68/8 68/12 103/22 109/1 109/1 205/4 206/17 206/21

73/5 89/5 100/5        112/21 112/25        209/10

127/10 129/12        114/12 129/18        door [1] 154/18

139/21 156/21        129/18 130/1 133/13 dos.fl.gov [1] 3/10

159/10 164/15        134/1 136/10 136/16 doubt [2] 189/4

169/11 172/7 198/25 137/7 140/9 140/20 193/20

210/15        140/22 141/6 141/9 down [4] 55/11

doing [6] 56/11 61/8 141/14 143/3 143/16 158/19 162/18

95/16 138/5 162/8 143/16 144/9 145/18 163/19

        146/1 146/1 147/19 draft [3] 114/3

D    duty [5] 99/12    education [1] 16/4
draft... [2] 114/8  99/19 149/24    educational [1]
205/15         E          29/23
drafting [1] 34/21  E [6] 2/3 4/10 5/4  effect [6] 42/19 43/7
draw [1] 46/2                43/9 67/18 68/3 85/2
         7/1 8/25 8/25
drawing [1] 22/23  each [13] 9/5 41/22  effort [1] 124/1
draws [1] 209/5         either [10] 24/7
         47/6 96/6 104/25   65/8 106/10 126/9
Drive [1] 4/5    110/19 114/1 116/25 128/24 139/24
driver's [17] 63/5  122/19 132/5 156/7 143/15 176/24
69/5 75/6 76/10    156/10 181/23
76/17 77/14 77/21 earlier [38] 31/14   209/20 214/7
78/2 80/2 81/19         elaborate [1] 53/2
         35/16 53/18 54/15 elected [1] 21/5
84/17 84/21 186/20 58/21 67/24 86/11
210/7 213/21 214/2 90/7 92/4 95/3    election [118] 4/2
214/7               4/8 10/3 10/5 12/13
         101/23 106/20   12/20 12/23 17/2
drop [1] 188/21    112/13 116/3 123/5 17/7 17/10 20/10
dropped [1] 174/21 132/24 133/1 134/9
dropping [1] 132/20 135/9 138/8 147/11 20/23 20/24 21/2
dscott [1] 5/16         21/6 21/11 21/13
         147/23 148/12
due [5] 99/10 175/4 148/18 149/16 159/2 21/14 21/18 22/2
186/17 211/24         22/21 23/2 23/3
         159/3 165/8 173/10 23/10 24/8 24/15
211/25    179/15 187/1 195/22 24/25 25/5 25/15
duly [2] 8/10 215/9 200/10 207/12
duplication [1]         25/16 26/1 26/10
         209/25 211/24   26/23 27/15 29/4
131/19         212/13 213/16
during [10] 19/17 earliest [1] 144/14 29/9 29/12 29/18
34/25 36/25 39/23 early [1] 20/25    29/22 30/15 36/6
53/7 73/8 100/19         36/9 36/17 36/19

easier [1] 9/4

126/20 142/1 142/5    eboettcher [1] 2/16 37/20 39/10 39/14

duties [4] 19/5                    39/22 41/10 41/19

            economic [2] 20/1 42/3 47/8 51/14

20/25 110/19 179/10 20/2

                        53/14 53/17 54/17

E... 5/16 6/2 6/7 6/12 elicits [1] 125/20

election... [62]      6/17 10/3 10/5 12/13 eligibility [4] 62/1
54/21 59/4 61/19    12/17 12/25 14/14 70/25 78/19 99/4
64/25 65/18 67/23    16/20 17/16 19/13 eligible [15] 63/7
70/2 72/16 78/12    19/15 20/11 20/19 65/14 66/15 70/1
78/23 78/25 85/8    21/1 21/4 21/7 22/8 70/22 71/15 78/17
86/2 86/8 86/17    24/5 24/18 25/20    98/20 98/23 99/15
86/21 91/9 100/25 26/16 26/21 29/17 100/12 143/7 164/18
101/17 101/19    30/1 30/2 38/15    164/22 184/15
104/13 104/18    40/13 40/14 40/16 ELLEN [1] 2/16
104/21 105/8 105/15 49/24 68/4 71/13    else [10] 56/11
105/24 107/5 107/14 74/16 80/8 86/5    71/13 129/1 137/20
109/11 109/11    87/20 88/5 89/21    161/7 164/12 189/23
109/14 109/23 110/5 91/25 101/15 102/19 203/4 212/24 213/5
110/11 110/22    105/4 105/14 105/20 email [46] 7/19
112/15 113/3 113/10 108/12 109/25 111/3 25/19 26/13 26/14
113/23 114/20    113/10 116/4 117/2 26/14 27/7 27/7
114/24 116/4 120/3 121/9 126/23 127/6 28/12 45/16 55/7
120/12 120/15    130/11 132/10    55/10 55/19 56/12
120/19 120/24    132/14 137/14 138/4 58/5 58/6 85/23
121/15 122/21 126/2 157/10 161/23 163/2 104/25 105/19
126/13 127/21    164/5 170/16 179/8 130/15 134/10
128/13 128/19    184/20 186/14 190/5 134/15 138/16
129/19 130/20    190/10 190/24    138/19 140/5 141/16
155/22 161/25 162/7 210/22    142/15 143/9 171/19
171/10 172/15    elections-related [2] 171/23 174/16
190/20    20/19 113/10    174/17 175/1 175/6
election-related [3] electors [1] 20/16    175/9 176/9 176/24
20/10 113/23 114/20 element [1] 84/3    191/4 192/10 192/11
elections [79] 4/13 elicit [2] 79/14    192/12 192/14
4/18 5/2 5/7 5/13    80/20    192/25 193/1 193/3
eliciting [1] 80/13 193/25 218/23

E  202/18  enough [5] 45/15

emailing [1] 217/13    end [15] 23/8 27/9 123/21 148/13

emails [21] 13/8    37/3 61/8 78/14    148/23 177/13

15/6 27/4 44/1 52/7 85/22 111/4 111/7 ensure [7] 21/6

52/12 55/12 55/14 111/9 119/15 119/18 21/14 21/25 47/25

55/21 57/8 110/25 119/19 138/14    48/17 84/12 181/18

134/4 134/13 134/17 158/20 170/21    ensuring [4] 21/3

147/23 148/6 190/14 ended [4] 43/8    21/8 75/23 89/24

190/15 191/8 191/17 85/16 205/17 205/25 entail [2] 29/17

192/9    ends [4] 120/23    200/2

Emerson [1] 8/19    122/6 171/19 184/14 entails [1] 75/21

employee [2]    enforce [11] 17/7 ENTER [1] 218/2

216/13 216/14    21/11 22/1 31/13    entire [3] 50/14

employees [2] 34/20 51/9 72/19 72/21    59/10 107/13

141/22    75/3 80/16 170/6    entity [3] 36/15

employment [1]    170/8    63/25 91/7

137/20    enforced [1] 164/4 entrusted [1] 157/8

enacted [6] 132/12 enforcement [6]    entry [1] 45/16

132/16 145/12    23/11 96/19 96/22 equally [2] 207/24

165/15 167/4 182/13 126/13 196/6 196/17 208/3

enactment [2] 35/3 enforcing [3] 23/1 ERDELYI [1] 6/22

179/6    170/11 171/7    errata [2] 217/9

enacts [1] 80/17    engage [2] 20/10    217/18

encompass [1]    206/19    error [4] 45/9 45/16

18/16    engaging [1] 34/1    139/20 140/25

encompassed [2]    enhanced [2] 34/8 escalating [1] 117/4

99/13 99/19    123/19    especially [1]

encompasses [2]    enhancement [1]    190/13

18/18 50/15    48/20    ESQUIRE [24] 2/4

encourage [3]    enlist [3] 30/9 99/11 2/9 2/10 2/16 2/17

104/11 104/16    106/12    2/21 2/22 3/5 3/9

enlists [1] 99/9    3/14 3/19 4/7 4/12

E                   142/15          155/6 155/9 145/4
ESQUIRE... [11]      everyone [1] 184/5 147/18 150/12
  4/16 4/21 5/5 5/10 everyone's [1]      154/22 159/25 172/5
  5/16 5/21 6/5 6/10 190/15              192/15 200/25
  6/16 6/22 217/2    everything [9]     except [9] 12/24
essentially [1] 149/7 26/23 30/11 69/3    24/14 40/9 71/5 73/8
estimate [2] 147/2 111/22 138/12        125/19 129/18 144/6
  147/8             143/22 144/5 147/9 151/6
et [6] 1/5 1/8 217/4 164/12          exception [1] 178/2
  217/4 218/3 218/3 evidence [10] 31/9 excluding [2] 15/3
evaluating [3] 24/13 31/19 31/23 41/13 206/12
  30/19 31/10       42/5 65/17 97/19   exclusively [1]
evaluations [2]     99/25 208/25 209/15 12/22
  127/7 127/8       evidenced [2] 55/12 excuse [1] 28/11
even [7] 81/17      113/25             exempt [2] 194/14
  114/4 145/20 157/16 exact [3] 22/23     212/2
  158/14 159/19      136/17 172/5      exempted [1] 210/4
  203/13           exactly [7] 28/2    exemption [3]
evening [1] 213/12 30/23 36/4 46/2      198/12 211/3 211/20
event [2] 211/17    48/18 136/10 137/7 exemptions [1]
  211/25           exam [9] 42/24 43/8 199/1
ever [13] 13/23     46/2 135/22 135/23 exercise [1] 22/10
  14/13 14/16 14/22 136/15 141/9 141/10 exhibit [32] 10/21
  43/25 62/25 68/18 145/18             10/22 11/1 11/22
  68/20 82/24 128/17 examination [6]    11/23 16/8 32/23
  128/19 150/19 151/4 8/12 48/7 48/21    32/24 33/1 101/25
every [5] 14/2 15/18 131/8 195/6 213/9 102/4 102/6 127/18
  58/22 142/18 148/1 examine [2] 32/6    132/18 132/22
everybody [3] 43/25 32/14              151/13 174/16
  53/20 187/19      Examining [2]      174/16 176/13
Everyday [1]        174/24 185/7       176/13 176/17
                    example [11] 34/7 176/19 176/19

E                    149/12 150/8              F

exhibit... [9] 188/16 expedited [2] 7/18 F [1] 5/10

188/19 188/22        188/23       face [2] 63/8 121/25

189/13 193/8 194/23 expeditious  [1]    fact [9] 26/16

195/1 197/2 213/15 154/12          104/18 111/1 113/15

Exhibit 1 [2] 10/22  experience  [5]    124/18 124/20

101/25            20/19 29/8 32/4     124/22 124/25 167/7

Exhibit 2 [2] 11/22  114/18 114/23    factors [2] 111/13

16/8            experienced [1]    175/5

Exhibit 3 [6] 32/24  29/18      facts [8] 95/2 96/17

127/18 132/18      expert [1] 40/10    96/25 97/3 97/18

132/22 151/13 197/2  EXPIRES   [1]     154/11 197/19

Exhibit 4 [1] 176/19 215/19         198/23

Exhibit 5 [2] 188/16 explain [4]  25/4  fair [5] 25/23 29/7

188/22          70/24 162/2 172/21 194/19 205/19 214/6

Exhibit 7 [1] 194/23 explained [1] 172/9 fairly [1] 109/14

exhibits [4] 7/14    explanation [2]    fall [1] 12/12

132/20 176/3 188/17  47/5 47/8        falsely [1] 63/10

exist [4] 36/4 36/5 exposed [1] 31/4    familiar [12] 33/6

64/5 117/25      exposure  [1]  30/5  40/19 40/23 62/2

exist in [1] 36/4    express [1] 202/20 106/3 148/24 148/25

existed [2] 117/25 extent [21] 12/24     162/21 164/1 183/22

165/22          23/4 24/14 30/5 31/5 189/11 189/17

existence [1] 25/6   40/10 65/20 68/7    families [1] 188/1

existing [5] 35/8    71/5 73/8 95/10    family [7] 51/16

35/14 81/6 123/20    98/18 99/17  99/18  178/4 181/9 187/9

153/13          125/20 126/8 184/6 187/19 187/21

expand [1] 127/20 187/5 190/12 190/14 206/13

expansive [1] 110/5 191/3            far [4] 28/3 88/18

expect [1] 173/13    External  [1]  108/7 103/17 144/5

expectation [2]    eye [1] 34/19      farther [1] 163/20

eyeball [1] 144/8

felt [2] 59/12 80/19 81/23 83/13 85/17

fast [3] 45/15    Ferguson [1]    163/9 164/13 198/3
148/13 148/23    131/13    205/5

faster [1] 149/7    few [4] 9/25 16/3    filling [11] 80/4

fax [1

] 27/2    131/4 177/3    84/10 160/21 160/25

feasibility [1]    fictitious [3] 81/24 162/19 163/14
201/18    83/14 161/8    179/15 180/5 180/11

29/13 43/24 55/6        131/11 132/11

fine... [12] 121/8      60/10 82/11 90/20 134/23 139/2 139/22

149/17 155/14       102/6 135/15 140/1 143/10 185/22

159/15 160/4 162/5 156/1 156/3 188/15 186/19 186/20 189/6

162/13 173/21        188/22 189/9 189/14 196/9 209/25 214/2

173/22 175/14        201/10 203/19 205/8 214/2 214/8 215/3

175/22 175/25      fiscal [1] 17/5       215/7 216/2 216/7

fined [7] 99/5      five [3] 60/8 60/17 216/23 217/4 217/6

118/20 171/3 172/10 101/4                218/3 218/4

173/17 173/25 174/2 five-minute [1] 60/8 Florida's [1] 33/11

fines [42] 23/2 23/5 FL [18] 1/19 2/3 2/7 Flr [1] 5/4

24/19 24/21 33/22 3/4 3/8 3/18 4/6 4/11 fmari [1] 5/22

33/24 34/3 47/13     4/15 4/20 5/4 5/9    focus [2] 90/17

90/16 91/4 91/5 91/8 5/15 5/20 6/4 6/9       119/22

91/15 92/8 92/16     6/15 6/21        focusing [1] 170/20

92/23 92/23 93/3    FLAGLER [1] 6/12 folks [1] 188/5

93/11 93/21 93/25 Fletcher [1] 131/13 follow [5] 21/6

94/2 94/13 94/16    FLORIDA [74] 1/1 21/17 21/21 213/6

94/22 95/7 95/25     1/4 1/8 1/12 2/12 3/2 213/8

96/3 101/11 101/13 3/7 3/13 3/16 8/8     follow-up [1] 213/8

101/20 102/25 103/3 8/15 8/18 10/9 17/3 follow-ups [1] 213/6

103/18 103/22        35/19 36/1 36/6     followed [2] 147/5

103/23 104/1 117/4 36/16 41/2 63/5 70/9 172/15

161/16 163/11 175/8 74/9 75/6 75/8 75/23 following [5] 8/1

176/8              76/1 76/3 76/7 76/10 49/9 131/16 185/15

finish [3] 9/5 9/15 76/12 76/17 77/1       217/10

137/9             77/2 77/10 77/13    follows [1] 8/11

finished [1] 9/19    77/14 77/15 77/21 force [1] 152/22

FIRM [1] 4/10       77/22 78/1 78/2 78/7 foregoing [2] 216/9

first [23] 7/19 8/10 79/18 80/2 81/19      218/19

9/16 10/21 14/11     81/20 102/8 102/10 forget [1] 60/2

102/15 127/21       form [110] 26/10

175/15 177/20    212/15

form... [109] 32/8 179/16 179/22        Fort [1] 5/9

33/16 34/12 41/3    179/24 180/6 180/7 forth [2] 41/8 140/4

41/16 55/5 56/5    180/16 180/19    forward [15] 24/6

57/17 61/10 62/23 181/19 181/24        24/24 25/18 26/5

63/6 63/6 64/9 65/2 184/10 184/18 185/8 78/22 109/25 120/13

65/3 72/13 79/8    185/13 197/17    120/15 124/16

79/10 79/13 80/5    197/23 198/14        138/11 140/19 143/6

80/14 80/25 81/4    198/16 199/8 201/2 154/18 154/21

82/3 82/4 82/7 83/23 201/10 205/5 208/11 177/23

84/7 84/21 87/19    210/15 212/17    forwarded [5]

87/22 88/4 88/11    formal [15] 52/9    23/23 27/14 78/25

89/17 96/10 97/3    55/4 56/4 56/5 56/7 153/22 176/6

99/6 99/20 100/22 56/8 57/2 57/7 57/15 forwarding [1]

103/20 104/5 111/1 57/17 57/20 57/23 176/7

114/21 115/19        58/2 69/19 124/13 forwards [1] 25/14

115/20 116/25 117/8 formally [1] 23/9 found [1] 118/9

118/19 121/11        former [1] 209/21 Foundation [1]

122/19 128/2 129/19 forms [38] 15/10        175/10

136/8 136/8 146/2 38/7 47/10 52/10    four [6] 25/6 78/2

152/6 152/18 153/10 61/21 83/2 87/17    80/3 84/19 210/8

153/11 154/23 156/5 90/23 92/25 96/7        214/3

156/25 157/1 157/8 121/8 121/14 129/22 frame [3] 137/5

157/12 157/15        150/25 151/1 151/19 200/22 205/16

158/15 159/16        154/2 154/5 159/9 framework [1] 31/1

159/17 160/5 160/6 161/16 163/22 164/6 FRANK [1] 5/21

160/15 162/20        177/18 178/10    FRANKLIN [2] 5/8

164/13 164/15        178/11 178/18        6/18

166/14 168/23        181/21 181/25    fraud [41] 22/14

168/25 169/8 169/24 182/22 183/1 183/4 22/20 25/20 26/10

170/3 171/18 174/8 183/24 198/9 199/17 61/13 61/15 61/20

200/19 202/1 210/3 64/20 64/21 64/23

213/5 214/11 216/12 10/18

fraud... [31] 65/17 G

72/8 72/12 74/23

g [6] 90/21 92/25

74/24 81/15 90/8    93/16 94/9 96/5

125/10 125/17

100/17

127/22 128/12    GA [4] 1/23 215/17

128/13 128/14 129/9 216/22 217/16

129/12 129/19

129/21 130/11 196/8 Gainesville [1] 4/15

196/19 202/14 203/1 GARDNER [1] 4/4

204/14 204/21

gather [1] 81/15

206/19 207/3 207/13 gathered [1] 97/23

207/24 208/4 209/12 gathering [5] 46/25 85/15 85/23 86/6

209/17

48/1 60/24 99/11

fraudulent [8]    181/19

180/6 180/18 203/6 gave [2] 49/9 69/23

203/18 203/25 204/5 gbkwlaw.com [1]

205/6 205/7

4/7

free [1] 103/11    geared [2] 103/5

frequent [1] 179/9 103/7

frequently [2]

general [33] 3/11

178/24 179/4    3/12 14/7 14/8 17/8

Friday [1] 144/13 17/11 17/22 18/3

front [4] 102/1

18/5 19/4 20/22 23/9 gets [6] 28/12 37/6

132/22 184/10 190/2 23/17 23/24 24/7

fulfilling [1] 110/19 24/14 25/7 25/10

full [2] 8/22 147/14 26/10 26/22 94/17 164/9

generally [4] 72/11

140/7 147/23 194/8

generate [2] 146/3

148/9

generates [1] 190/6

GERALDO [1]

5/10

get [46] 26/25 26/25

32/16 43/1 44/1 44/6

48/22 49/6 51/20

54/12 66/25 69/9

87/15 89/4 92/12

103/13 123/5 138/19

140/5 141/4 143/8

145/19 145/20

146/22 147/6 147/9

149/2 149/10 149/11

152/11 153/20 154/5

154/5 154/16 154/18

156/11 158/9 158/12

164/19 191/9 195/18

195/21 200/22

54/13 75/14 114/4

GADSDEN [1] 6/18

fully [1] 16/18

further [9] 97/7
129/10 130/22
172/16 186/19 195/2

getting [13] 34/18
98/9 104/22 107/14
107/22 109/12 110/1
110/2 110/7 110/10
162/17 163/12
154/13 166/16

53/21 54/5 61/3
105/12 121/14
121/14 147/11

G

getting... [3] 174/20
184/8 201/20

GILCHRIST [1]
6/12

give [6] 8/3 10/23
37/20 87/10 128/8
154/16

given [4] 41/9
130/12 212/14
218/20

gives [1] 142/14

giving [2] 10/12
153/2

GLADES [1] 5/7

go [36] 9/2 9/20
15/22 50/23 51/25
56/6 66/10 82/8
89/14 92/3 111/2
113/17 117/13
124/24 138/11
138/19 140/14
142/22 144/4 144/9
149/7 155/16 158/5
162/3 172/2 172/3
175/17 176/2 193/15
193/17 195/17
200/17 208/16
208/18 212/23
213/14

goals [1] 41/15

goes [8] 79/19 103/2
109/10 111/11
114/13 140/4 175/11
183/19

going [134] 9/1 9/25
24/6 29/1 29/14 31/7
32/22 34/17 34/18
35/13 37/3 37/4 37/7
37/14 50/23 54/5
55/12 57/9 58/23
59/15 59/16 60/16
60/23 74/5 74/11
78/13 79/22 82/10
82/14 87/9 87/25
88/20 89/19 89/20
90/2 90/16 90/16
91/2 94/23 94/24
96/14 96/15 96/18
97/3 97/14 97/14
97/15 98/5 98/21
107/4 111/16 111/23
111/24 114/16
116/19 118/15
118/24 120/24
121/20 121/25
123/24 124/16 127/1
128/5 128/9 128/10
131/16 132/19
138/11 139/5 139/6
140/18 141/8 141/10
142/5 143/6 143/8
143/17 144/4 144/4

144/7
144/16 144/18
144/20 144/23
145/13 145/23
146/20 146/23
146/23 147/4 149/12
150/1 150/9 152/13
153/5 153/23 155/2
155/18 156/2 156/7
156/9 156/10 156/11
156/22 160/13 161/4
161/18 163/6 163/20
169/3 171/9 171/20
176/20 177/22
179/25 180/9 180/23
187/6 187/17 187/19
188/4 188/13 191/11
191/12 198/1 199/11
199/14 200/1 206/2
207/5

going to [1] 144/4

gone [1] 195/13

good [8] 8/14 48/23
131/10 132/5 182/16
188/6 188/8 213/12

got [12] 42/1 88/10
89/8 113/16 121/18
154/2 155/16 163/7
179/2 179/3 187/23
200/22

gotten [7] 45/7 51/3
53/12 78/15 167/9

G    196/8 198/11 200/3  handled [2] 109/22

gotten... [2] 171/10 guide [1] 29/14    119/15

171/16    guidelines [1]    handling [1] 79/7

govern [2] 94/23    131/25    hands [3] 119/3

198/21    guilty [1] 84/8    119/18 119/20

governing [1] 132/8 GULF [1] 6/18    handwritten [1]

GRAY [1] 6/20    H    161/13

great [7] 29/7    happen [4] 147/1

h [2] 8/25 163/19    149/3 149/13 150/17

131/21 132/7 163/20 had [45] 20/12

176/25 181/10    happened [3] 70/6

20/18 29/7 33/24    188/14 188/14

183/22    38/25 48/11 48/13 happening [3] 44/4

ground [1] 9/2    62/9 65/5 66/2 66/10 148/13 148/23

group [1] 108/13    71/4 77/6 81/3 83/17 happens [3] 126/11

guess [4] 123/20    84/2 89/11 93/3

144/6 187/5 198/4 102/4 116/6 116/9 149/10 158/24

guidance [48] 21/9 116/10 116/14 118/5 hard [2] 132/4

21/16 22/3 27/17    139/18

128/17 128/19    HARDEE [1] 5/7

52/9 54/25 55/1 55/4 129/16 139/18

55/7 55/9 55/11    HARDY [1] 3/14

143/21 152/19    HARPER [1] 4/5

55/15 55/25 56/4    153/25 165/9 170/9 has [130] 21/17

56/6 56/7 57/7 57/15 173/10 174/23

57/20 57/23 58/16 180/17 182/21    21/22 22/22 23/22

69/19 73/25 94/22 184/23 186/4 190/16 25/24 26/24 33/14

101/12 101/16    33/18 42/19 43/19

190/22 198/10    43/19 46/17 46/19

101/18 101/20    206/21 207/8 212/9 46/20 46/23 46/24

102/24 104/3 110/6 had conver [1]

112/18 115/15    47/24 50/2 52/8 53/9

116/9    53/24 62/20 63/7

129/16 133/8 133/11 Hailey [1] 6/25

133/17 133/21 143/2 half [2] 19/11 52/4 64/22 65/4 65/5

134/7 136/17 139/25 HAMILTON [1]       66/23 67/3 67/19

160/9 165/5 172/11 6/18            68/3 68/18 68/20

68/21 69/18 70/7

H    198/6 200/4 200/4 69/17 102/25 112/3

has... [95] 70/16    201/9 204/4 208/6 112/9 117/25 132/12

71/11 73/10 73/11 208/7 209/25 211/14 132/16 132/19 135/2

73/18 75/24 77/18 211/14 211/15 213/5 145/12 149/18 151/9

77/21 78/4 78/6    have [317]    165/15 165/21 167/4

79/14 79/14 82/24 haven't [5] 51/20    167/15 175/7 177/7

83/5 85/2 85/3 85/5 68/19 173/14 200/7 177/11 177/16 178/6

85/10 85/13 93/22 202/16    178/18 178/25 179/7

95/23 96/7 97/10    having [10] 8/10    181/4 182/5 182/10

97/12 102/24 104/7 93/25 100/20 138/14 182/13 182/19

104/20 106/15 107/5 140/11 145/14 147/5 182/25 183/3 183/8

109/23 111/2 113/1 148/12 192/20    185/12 197/3 198/25

113/7 113/8 117/25 210/18    200/13 201/25

120/19 121/15    HB [46] 7/17 10/7 202/21 203/13

123/25 124/12 125/2 69/17 102/25 112/3 204/12 207/16

125/8 125/14 126/9 112/9 117/25 132/12 HB 1205's [2]

127/3 128/17 128/18 132/16 132/19 135/2 162/19 183/23

129/15 129/23    145/12 149/18 151/9 HCFL.gov [1] 5/6

132/10 132/14 137/4 162/19 165/15    he [1] 173/22

137/17 139/18    165/21 167/4 167/15 head [2] 9/7 107/1

143/12 146/2 146/3 175/7 177/7 177/11 heads [2] 69/23

147/14 147/24 152/9 177/16 178/6 178/18 153/3

155/1 157/18 158/6 178/25 179/7 179/22 HEALTHCARE [6]

160/6 160/22 161/3 181/4 182/5 182/10 1/4 8/16 8/19 189/6

161/6 161/8 162/24 182/13 182/19    217/4 218/3

163/8 169/16 172/11 182/25 183/3 183/8 hear [3] 9/12

172/15 173/22    183/23 185/12 197/3 135/12 163/16

175/12 175/20    198/25 200/13    heard [1] 213/20

180/13 180/22    201/25 202/21    hearings [1] 37/13

181/10 184/21 186/1 203/13 204/12    Heather [2] 131/1

186/5 186/11 198/2 207/16    131/11

HB 1205 [42] 10/7 held [3] 16/21 17/18

H [1] 213/18    Homeland [1] 65/6

held... [1] 19/23  Hi [1] 195/8    honestly [1] 142/16

Hello [1] 131/1    higher [1] 170/19 hook [1] 150/10

help [8] 27/3 56/19 HIGHLANDS [1] hope [1] 132/3

88/25 110/18 115/8 6/12    hours [3] 142/2

127/12 129/20    Highway [1] 69/4    142/5 144/1

198/13    Hill [1] 113/17    House [69] 10/8

HENDERSON [1] HILLSBOROUGH 29/1 33/3 33/8 33/10

5/8    [2] 5/2 5/3    34/21 35/8 36/1 36/2

HENDRY [1] 5/7 him [1] 91/25    37/15 37/23 38/4

henlaw.com [1]    himself [1] 71/13    44/16 45/20 45/21

5/11    hired [4] 150/1    48/15 48/23 49/13

her [6] 9/4 19/1    150/4 150/5 150/8 60/12 61/25 67/18

62/10 174/19 214/4 hiring [4] 99/2    71/16 74/6 77/4 79/5

217/13    99/14 149/19 149/21 79/6 79/7 80/22

here [19] 8/14 44/7 his [6] 1/7 17/1 59/4 82/25 83/20 83/21

49/8 153/17 159/1 62/9 214/3 217/13 84/11 85/2 93/7 94/5

159/23 162/19 163/9 his/her [1] 217/13 94/8 94/17 95/7 96/3

178/17 181/15 184/8 Historical [2] 19/9 104/2 112/17 112/19

187/13 188/12 195/9 108/20    116/2 116/7 116/11

195/11 196/4 196/11 history [1] 64/13    116/15 118/25

206/6 218/2    hold [2] 192/18    122/23 123/4 123/7

here's [1] 138/19    193/6    123/12 123/14

hereby [1] 218/20 holding [2] 141/17 123/25 124/2 124/13

hereinafter [1] 8/11 179/5    125/3 125/4 125/11

herself [1] 92/1    holidays [2] 142/20 125/18 125/25 126/7

hey [7] 97/23    144/2    127/16 127/18

118/15 138/19    HOLMES [1] 5/7 127/19 128/20 130/7

152/25 154/2 163/7 HOLT [1] 5/8    163/21 165/6 186/24

167/10    HOLTZMAN [2] how [76] 13/25

HH239213 [1]    1/17 3/3    16/21 22/9 22/9

holtzmanvogel.com 25/25 29/11 29/19

[2] 3/6 217/2

H    hum [1] 9/7    46/7 46/10 49/3 50/6

how... [69] 30/14    hundred [1] 43/8    50/10 51/21 51/25

35/8 35/14 43/21    hypothetical [1]    53/23 54/6 54/11

43/21 49/25 51/5    70/4    54/12 54/23 61/2

51/17 56/23 56/24 hypothetically [1]    61/3 66/14 66/14

57/5 58/4 58/19 65/7 28/6    66/16 68/1 69/10

67/18 75/9 76/1    hypotheticals [1]    74/11 77/24 79/2

78/24 81/21 85/3    88/25    79/22 80/17 84/8

85/4 86/18 86/22    I    84/17 85/21 87/11

86/22 88/7 88/18    87/25 90/16 90/19

I [505]

91/22 93/20 94/24 I'd [9] 132/7 132/18 91/2 92/10 92/12

95/24 95/24 95/25 170/18 177/3 181/14 93/12 94/24 96/23

96/8 96/8 99/9 99/22 183/6 188/15 194/22 98/25 100/23 102/2

104/22 105/23 109/1 213/12    102/23 103/1 104/25

109/22 115/14    106/3 109/15 116/18

I'll [20] 9/16 10/23 119/21 122/18 123/2

121/23 122/17 130/8 16/16 28/16 28/16

133/2 136/10 139/12 30/1 30/7 31/5 51/21 123/11 124/9 124/10

140/7 141/14 142/7 51/22 85/7 87/17    124/17 125/19

142/8 143/2 144/17 112/11 176/2 176/18 129/14 131/16 132/3

156/2 156/11 156/21 193/15 193/18    134/8 143/3 144/23

162/2 167/10 168/16 195/14 195/21    145/2 145/6 148/1

169/14 171/23    148/16 149/6 153/5

212/23

172/17 174/5 174/12 I'm [135] 8/17 9/1 159/10 160/23

179/1 184/17 185/2 10/7 10/21 11/21    160/24 163/16 168/4

208/14 209/14    170/20 172/25 173/1

15/2 15/19 22/23    174/10 174/19

however [7] 89/9    23/25 24/12 24/12 174/20 177/20

89/12 110/18 126/11 29/21 31/4 32/23

127/12 164/18    177/22 178/5 179/1

32/24 35/6 36/23    179/25 182/6 185/7

184/14    37/14 38/24 39/4

huh [5] 18/2 100/15 40/4 40/9 42/7 44/1 187/5 187/12 187/17

identifying [3] 79/9 56/4 56/21 56/22

I'm... [14] 203/2    183/1 183/16    45/21 49/17 104/21

203/21 203/24    identity [1] 83/1    implemented [5]

203/25 204/8 205/2 III [1] 5/10    42/18 48/9 58/19

205/10 206/2 206/8 image [3] 75/17    96/6 143/13

206/20 207/5 208/13 138/25 139/3    implementing [6]

208/16 213/5    images [3] 210/23 55/2 58/17 91/4 91/8

I've [13] 14/1 14/2 210/24 212/12    116/17 165/5

45/19 53/12 89/11 imagine [5] 41/8    implements [2]

95/9 131/17 153/25 91/13 97/17 161/19 35/17 59/1

167/8 167/9 171/16 173/6    implications [1]

174/11 195/12    immediate [5]    176/8

I-S-A-B-E-L [1]    51/16 109/7 178/4 important [5] 32/6

8/25    181/9 206/13    32/13 52/23 114/25

ID [6] 7/15 78/2    immediately [3]    140/5

81/20 186/20 210/8 20/5 92/12 107/2    impose [6] 91/15

214/8    impact [13] 29/2    95/25 103/22 118/10

idea [4] 37/2 113/22 33/18 40/8 122/25 159/15 160/4

172/14 206/1    123/6 123/6 123/14 imposed [1] 96/22

identification [13] 123/17 123/19 124/1 imposes [3] 33/22

11/1 11/23 33/1 80/3 124/13 125/10    33/25 90/21

84/18 176/17 181/23 125/16    imposing [3] 91/19

188/18 188/19 195/1 impacting [1] 33/13 98/4 162/4

212/4 214/3 215/13 impacts [2] 33/15 imposition [5] 95/7

identified [2] 64/22 42/19    101/13 101/20

181/11    impeding [1]    102/25 103/18

identifier [4] 76/18 124/10    impossibility [3]

76/19 82/9 183/19 implement [9]    97/20 152/21 152/22

identifiers [1] 82/14 42/16 59/7 62/20    impossible [1]

identify [2] 35/4    72/19 72/21 75/3    152/16

83/22    91/5 94/24 110/16 inactive [1] 95/15

implementation [6] inactivity [1] 69/14

216/21        211/20

inbox [9] 26/21        incorporated [1]    individual's [2]

26/22 26/24 27/3    182/22        75/10 135/6

27/7 27/11 28/12    incorrect [2] 117/7 individualized [1]

141/3 175/3        118/9        66/18

inboxes [2] 24/5    incumbent [1]    individuals [20]

25/15        145/21        11/8 13/6 42/22 43/6

INC [1        ] 1/5        indeed [1] 82/18    46/3 62/4 63/20 64/7

incentive [1] 48/19 independent [4]        64/16 64/23 70/15

197/6 197/17 198/2 29/18 29/17 98/12

information... [94] 198/4 198/14 199/18 38/19 38/22 39/7

69/9 69/12 69/22    199/20 199/24    41/25 49/25 50/16

73/19 79/9 80/13    202/10 203/12 210/4 50/18 62/13 62/17

80/20 80/24 81/6    210/12 211/4 211/16 71/22 74/16 80/8

82/2 82/4 82/25 84/1 211/16 212/1    97/16 106/10 112/21

84/10 84/16 84/20 informed [2] 29/11 115/1 115/9 115/15

84/24 85/5 85/11    141/12    139/20 140/25

85/20 86/15 95/3    informing [1]    202/22

95/5 95/10 95/13    217/13    inquire [2] 169/3

95/17 95/19 95/21 inherently [1]    169/21

95/24 103/19 108/19 187/15    inquired [1] 52/5

110/13 111/25    initial [1] 145/17    inquiries [5] 78/5

112/24 113/1 113/9 initially [3] 14/6    105/23 133/2 134/16

115/9 115/25 118/11 19/7 138/18    167/9

121/23 126/15    initiated [2] 67/20 inquiry [2] 52/22

126/18 126/22    132/14    168/19

127/12 129/20    initiative [17] 27/18 insight [2] 29/19

139/13 142/23    28/4 33/11 33/13    162/14

146/11 160/22 161/1 35/20 42/12 42/13 insightful [1] 30/12

161/9 161/13 162/20 42/14 62/6 67/3    insofar [1] 33/18

163/5 163/8 163/14 71/19 74/7 124/11 instance [2] 96/23

164/12 164/19    163/4 170/25 199/20 168/2

166/25 171/22    199/21    instances [8] 68/18

172/17 172/20    initiatives [13]    68/21 84/9 90/8

174/11 179/16 180/2 33/15 33/23 34/2    93/10 95/1 95/18

180/12 181/23 183/1 34/7 34/11 35/9 64/8 167/5

183/10 183/16    132/9 132/12 132/15 institute [3] 121/7

183/21 184/2 184/20 141/3 141/3 142/15 182/3 182/8

186/11 186/18    injunction [2] 66/5 instituted [1]

194/14 194/16 197/4 73/9    182/25

input [25] 29/16    instructed [2] 142/6

58/24          126/11 126/16 126/6

instructed... [1]   interpreting [2]   126/19 127/1 127/13
167/17          127/15 128/1     155/21 197/21
instructions [2]   introduce [2]     197/25
66/8 143/1        188/15 189/13    investigations [14]
instructs [1] 9/21 invalid [3] 165/24 67/19 73/12 73/20
integrity [1] 181/19 166/1 166/14     86/16 86/20 90/10
intended [2] 72/2 invalidate [1]     90/13 95/6 105/16
74/23          165/19          109/22 118/21 191/5
interest [2] 74/22 invalidated [13]    196/7 196/18
146/21          163/24 165/14    investigative [2]
interested [1]    166/20 166/22 167/3 112/5 112/6
216/16          167/14 167/22 168/5 involve [4] 13/5
interface [3] 13/2   168/11 168/18 169/8 36/7 36/12 48/7
13/12 45/17        169/18 169/22    involved [33] 13/6
interfaces [1] 12/24 invalidating [1]    14/8 20/11 20/15
interim [1] 200/24 167/18            23/12 24/12 24/13
internal [1] 143/13 invalidation [2]    24/18 27/23 36/12
internally [2]     166/4 166/12     41/5 49/22 54/24
192/16 211/23     inverse [1] 209/14 68/4 82/23 83/18
International [2]   inves [1] 96/24    86/5 96/12 100/24
5/14 5/20         investigate [6]    103/13 111/5 112/1
interpret [12] 21/10 22/10 22/25 54/14 112/18 126/10
21/25 22/1 36/14    97/7 161/19 161/22 126/14 126/14
36/15 58/23 88/7   investigates [1]    127/10 127/11 129/8
95/24 96/9 122/21 96/25             153/24 162/8 189/20
128/19 173/20     investigating [5]    194/18
interpretation [5]   78/14 85/14 95/2   involvement [7]
56/14 134/22 156/16 162/3 162/9       34/19 39/25 112/13
157/14 159/23     investigation [15]   112/14 116/4 126/5
interpreted [1]    69/1 95/16 96/16    126/6
               97/16 98/6 100/5   involves [4] 18/15

i [1] 129/16 165/4 165/12 77/11 77/16 81/24

involves... [3] 23/17 200/5          82/16 83/6 84/12

 129/9 161/20       issues [20] 20/10    84/13 88/9 88/10

involving [4] 22/15 22/11 22/14 22/15 88/15 88/16 88/20

 22/20 127/22 128/15 44/2 45/6 45/6 45/11 89/8 89/12 89/19

irregularities [4]    45/11 45/18 45/24 96/14 97/3 97/5

 22/14 22/20 127/22 86/2 105/20 121/4 97/13 97/14 97/15

 128/12          140/11 144/20 147/6 98/5 105/7 105/9

irregularity [10]    148/19 148/21    105/10 106/3 106/4

 128/1 128/14 128/18 148/21          106/4 109/2 109/16

 128/19 128/23    it [405]       110/4 111/10 113/12

 128/24 129/3 129/4 it be [1] 100/20    113/15 113/16 114/1

 129/21 129/25    IT would [1] 190/14 114/12 114/19 115/4

is [547]        It'll [1] 62/24    115/7 116/22 118/9

Isabel [8] 1/13 7/3 it's [188] 22/17 23/6 121/3 121/6 121/13

 8/9 8/23 215/6 216/8 23/12 24/6 24/9 25/2 121/25 122/1 122/2

 217/6 218/5      25/17 26/2 26/4    123/23 126/12

isn't [5] 81/19 96/24 30/21 31/5 31/6    127/17 128/9 130/1

 111/12 111/14      32/15 33/18 36/9   133/20 136/2 138/11

 139/21        36/11 36/11 36/13 140/3 141/1 141/21

issue [26] 9/13    36/14 37/4 40/10    143/4 143/6 144/4

 14/18 17/13 22/3    42/22 42/24 43/18 144/16 145/2 145/11

 22/6 22/7 22/15 45/8 44/3 45/15 45/17    145/11 145/13

 55/4 56/4 56/25 57/7 46/1 46/14 48/5    145/21 147/2 147/4

 57/14 75/18 127/22 48/18 48/18 48/19 147/9 147/20 148/3

 128/15 129/16 133/7 48/19 51/13 55/6    149/8 149/9 149/12

 133/11 133/17      55/9 55/10 57/8    153/17 153/23

 138/15 139/1 148/2 57/11 58/6 60/24    155/14 155/15

 148/4 148/4 148/11 60/25 62/23 63/4    155/16 155/18

issued [9] 52/8 52/9 64/14 65/7 65/7    156/19 157/5 157/16

 52/14 55/1 102/24 67/11 70/14 71/12 158/2 159/18 160/10

          74/24 76/4 77/1    161/4 161/21 164/10

JAZIE [3] 3/3 7/7 15/10 16/7 24/20

it's... [43] 164/14   217/2

164/20 165/7 165/7 JEFFERSON [3]

166/15 168/22      6/12 157/25 158/3 40/21 40/22 43/15

170/19 171/9 173/2 Jennifer [1] 28/23 43/18 43/23 44/6

174/16 175/14      Jerry.olivo [1] 5/11 45/3 45/4 45/14

175/15 175/22      Jillian [2] 12/2   45/17 45/17 48/22

175/24 180/9 180/21 61/23      50/4 50/5 53/23 54/4

181/15 182/15 186/8 jkahn [1] 4/22   55/9 55/17 55/22

186/10 186/14 187/5 jlavia [1] 4/7   56/16 56/18 57/11

187/8 187/14 188/13 job [3] 17/6 31/12 63/23 63/24 64/5

192/7 192/18 194/2 86/6      65/15 66/13 70/4

194/12 195/12   JOHN [1] 4/7   74/11 76/5 84/12

197/11 198/18   JOHNS [1] 6/19   86/10 86/25 87/10

198/22 204/4 204/6 joining [2] 19/21   87/25 90/19 92/12

204/6 204/22 204/23 20/5      94/2 99/14 101/4

206/4 206/6 208/9 joint [1] 189/15   102/1 104/2 104/19

210/16 211/19   JONAS [1] 6/5   106/18 115/7 122/18

its [9] 34/20 53/25 Jordan [1] 8/19   122/19 125/12

63/8 114/18 116/12 JOSEFIAK [2]      128/25 129/14

116/15 125/10 196/9 1/17 3/3      129/19 131/2 131/16

196/22      judiciary [2] 19/23 134/21 139/12

itself [3] 23/22 36/7 20/12      143/25 147/10

155/12      July [2] 43/9 113/15 147/13 147/16 149/8

      juncture [2] 119/22 149/14 149/16

J      186/8      150/23 151/2 151/17

JACKSON [1] 6/18 June [6] 17/21 18/6 154/18 155/23 157/4

Jacksonville [1]   18/8 48/12 48/12   161/18 162/16

6/21      189/7      162/16 163/19

January [2] 16/22 jurisdiction [1]   164/11 165/2 165/7

41/21      105/11      165/9 165/11 167/18

JARED [1] 4/21   just [116] 9/14   168/4 174/22 175/23

J                KING [1] 2/2        215/17 216/4 216/22

just... [25] 176/19 knew [3] 48/11        217/16

177/3 177/5 179/2 48/16 48/18        lack [3] 80/24

179/25 186/10        know [227]        112/14 209/3

187/17 188/13        knowing [2] 99/9 LAFAYETTE [1]

191/19 191/21        99/14                6/18

192/18 195/3 195/16 knowingly [14]        laid [1] 131/25

195/17 195/20        90/22 92/24 96/6   Lake [2] 5/15 5/20

197/23 198/16        96/9 96/14 96/18   language [13] 37/7

198/22 202/16        97/2 97/6 98/12        58/11 58/12 58/14

203/13 204/8 204/23 99/18 100/2 100/21 58/24 63/2 96/13

204/25 207/6 212/22 170/2 170/12        113/16 114/15

just this [1] 43/18 knowledge [15]        122/18 129/14

                11/15 41/12 42/4   170/21 207/19

K                61/15 85/18 91/14 last [13] 25/6 43/4

KAHN [1] 4/21        96/21 97/5 99/17        43/11 78/2 80/3

KASSANDRA [1] 99/19 102/18 165/13 84/18 109/16 127/18

3/19                176/8 191/25 192/2 188/12 193/8 195/11

kbzwlaw.com [1]        known [4] 7/18        210/8 214/3

2/5                100/20 174/17   late [17] 119/14

keep [2] 163/20        215/13                119/23 120/8 120/10

175/24                known/unknown [1] 120/17 120/18

keeping [2] 124/16 7/18                120/20 121/4 130/12

173/3                knows [2] 99/1        202/7 203/9 203/21

Kennedy [2] 5/4        172/18                203/25 204/21

28/23                kreardon [1] 3/19 204/23 204/25 205/5

key [3] 90/3 155/2 KRISTA [1] 2/10 late-filed [2] 202/7

155/9                krista.dolan [1]        203/25

kind [7] 23/18        2/11                later [4] 118/9

144/1 146/11 169/7                137/10 145/18

173/3 188/2 198/21

                L

                        145/18

kinds [1] 208/20    L [6] 1/23 8/25    latest [1] 173/24

195/10 196/21 199/5 106/23 111/23 128/7

Latin [2] 196/16    203/10 204/24 208/8 131/14 162/10

196/19    208/9 209/1    171/11 171/20 176/6

LAVIA [2] 4/4 4/7 law's [2] 63/17    190/21

law [85] 2/6 4/10    170/1    legisla [1] 40/11

8/18 10/8 15/9 21/17 laws [17] 17/7 20/23 legislation [16]

21/22 23/3 23/5    22/2 23/2 24/20    20/12 37/1 37/9

29/14 33/4 33/19    30/15 30/23 31/8    39/21 39/24 40/3

33/24 38/22 39/2    32/18 39/22 110/17 72/3 113/2 113/10

41/20 43/6 43/7    110/17 112/15 113/3 113/11 113/13

45/13 46/11 46/15 126/2 209/25 210/5 113/21 113/23

46/18 48/10 48/11 lawsuit [1] 14/17    113/25 114/2 114/8

48/13 48/17 51/9    lawyer [2] 106/7    legislative [16]

54/3 58/24 60/15    208/22    31/25 32/15 35/1

60/21 62/17 63/18 lawyers [1] 13/8    35/11 36/25 37/12

63/20 64/5 67/6    lead [2] 29/13 90/13 39/23 41/9 41/23

71/10 76/14 77/17 LEAGUE [5] 2/18 64/12 72/5 112/14

79/13 81/14 81/16 195/10 196/8 196/16 113/5 113/14 113/17

94/23 94/25 95/1    196/19    114/14

96/19 96/22 97/21 learned [1] 47/24 legislators [3] 116/7

99/10 101/22 109/23 learns [1] 169/22    116/11 116/15

110/19 111/2 111/16 least [8] 83/15    legislature [37]

111/18 113/10 119/1 137/16 143/20    31/11 31/16 32/1

122/25 123/18    144/10 164/23 190/1 33/20 35/5 36/24

126/12 128/25 129/7 203/14 208/8    39/4 39/8 41/5 41/13

133/18 153/17    leave [1] 130/5    41/21 58/21 62/16

156/20 156/21    leaves [1] 179/21    64/7 71/23 74/17

157/14 158/6 158/19 left [1] 116/20    80/9 80/16 80/19

160/10 160/14    legal [20] 2/14 15/9 93/2 93/23 112/16

169/11 172/7 180/12 15/11 36/12 51/22 112/19 112/24 113/4

181/4 184/13 185/22 92/19 97/17 101/1 113/22 113/24 114/9

106/11 107/6 107/21 114/10 115/16

letter [7] 12/4 12/5 31/24 37/4 44/3 44/4

legislature... [7]    12/7 16/9 171/17    45/15 52/13 53/2

123/16 178/13    171/18 171/19    53/3 58/2 66/13 76/5

202/21 205/13    letters [5] 98/6 98/8 81/1 81/16 83/18

205/18 205/25    98/8 152/25 176/4 84/25 88/25 103/10

209/20    letting [2] 119/6    105/4 105/17 106/10

legislature's [1]    138/17    106/19 109/24 110/5

202/17    level [6] 21/12    111/19 113/15

legitimate [1] 76/7 81/21 164/8 166/15 113/20 115/7 126/16

legs [1] 37/5    167/1 169/15    126/24 130/1 132/7

lend [1] 29/18    LEVY [1] 5/7    132/18 147/20 149/3

Leon [4] 157/24    liabilities [1] 47/13 149/8 151/10 155/9

158/2 215/4 216/3 liability [2] 91/15    161/10 161/11

less [3] 19/11 53/20 174/7    163/18 170/18

147/2    liable [2] 117/10    174/15 177/3 181/14

Lester [1] 195/11    197/7    183/6 188/5 188/15

let [21] 9/11 9/14    LIBERTY [1] 6/12 190/22 191/4 192/5

9/17 23/18 26/5    Library [2] 19/9    193/7 194/22 198/16

37/20 43/20 52/21 108/18    198/16 212/8 213/12

66/9 87/10 90/19    license [17] 63/5    likely [10] 24/8

93/14 99/24 152/1 69/5 75/6 76/10    161/5 203/6 205/7

164/3 166/18 169/13 76/18 77/14 77/21 206/19 207/3 207/24

174/22 184/4 195/20 78/2 80/2 81/20    208/3 209/11 209/16

199/12    84/17 84/22 186/20 limit [9] 133/3

let's [18] 23/15    210/7 213/21 214/2 133/9 133/12 134/6

45/10 46/10 46/22 214/7    134/11 202/14

50/22 58/1 62/19    life [1] 9/4    204/11 204/13

79/4 83/4 87/15    light [2] 65/21    205/20

113/19 146/5 157/23 73/16    limits [1] 205/23

158/1 160/16 174/16 like [64] 14/2 22/25 line [13] 9/15 42/23

189/13 213/24    23/22 26/17 26/18 79/21 87/24 90/15

29/20 29/25 30/10 91/1 142/1 174/17

L longest [2] 145/10 M

line... [5] 179/22    146/15        M [3] 5/5 8/25 8/25
180/5 194/4 195/11 look [31] 19/2 28/16 M-A-R-I-A [1] 8/25
218/6            28/16 28/17 30/14 M-A-T-T-H-E-W-S
link [2] 125/16        31/2 37/5 37/9 39/20 [1] 8/25
138/19            39/21 44/4 52/21      made [17] 36/19
linking [1] 72/11        53/3 58/18 111/16 40/20 41/1 48/5 48/8
links [2] 125/9        111/18 119/23        48/14 49/3 56/18
125/9            122/25 123/8 127/16 97/15 106/20 115/17
list [4] 18/16 118/1 130/3 130/22 154/2 121/24 124/1 125/22
118/2 148/9        163/7 174/16 174/22 163/11 210/18
listed [8] 11/11        183/15 184/4 198/5 211/14
11/19 13/18 144/24 201/5 213/24        MADISON [1] 6/13
155/4 155/10 159/17  looked  [7] 15/18    MAF [3] 1/3 217/5
218/21            101/23 123/13 129/6 218/4
listen [2] 30/1 37/13 130/4 205/20 205/22 mail [4] 27/2 27/12
litigation [3] 40/11 looking [15] 27/8      163/8 198/17
125/21 125/23        31/10 82/10 92/13   mailed [2] 88/13
little [13] 32/22      102/1 102/3 106/21 88/14
35/16 54/25 66/6      129/10 138/8 138/23 mailing [1] 163/3
92/14 93/14 113/19 157/6 160/24 164/11 mails [1] 89/1
119/3 140/14 143/11 164/12 197/14        main [1] 163/6
163/19 170/19 188/4 looks [7] 37/4 89/25 maintenance [1]
LLP [1] 2/19        113/20 161/10        18/16
local [3] 166/15      161/11 190/22 205/4 majeure [1] 152/23
167/1 169/14      lot [8] 15/16 15/17 make [34] 9/4 26/5
LOCATION [1]        29/19 30/4 44/1      26/8 32/18 32/18

1
    /16            85/23  159/13  190/12 37/16 43/24 43/25
    long [5] 16/21 77/10 lots [1] 114/24      45/3 47/23 48/22
159/15 170/9 195/12  Lucerne   [1] 4/10      53/6 54/4 56/13

M           165/22           187/12 188/15

make... [17] 111/24 MARI [3] 5/14 5/19 189/15 194/10

124/18 127/6 127/8 5/21                204/16

128/10 128/18     Maria [9] 1/13 7/3 matters [3] 22/25

137/16 137/17     8/9 8/15 8/23 215/6 25/21 102/10

138/23 146/24 148/3 216/7 217/6 218/5 Matthews [25] 1/13

149/7 154/15 154/17 mark [4] 176/19     7/3 8/9 8/15 8/21

180/24 212/1 212/24 188/16 194/23 203/5 8/23 60/12 131/10

makes [8] 27/6     marked [10] 11/1     175/14 175/17

33/10 33/12 34/6     11/21 11/23 33/1     175/19 189/1 189/17

126/1 155/20 197/6 101/25 176/17     193/12 195/4 195/8

199/15          188/17 188/19 195/1 195/22 197/5 208/22

making [8] 23/25     213/14          213/4 213/12 215/6

54/12 84/3 106/18 marking [3] 10/22 216/8 217/6 218/5

114/5 116/18 180/22 32/24 176/13     may [96] 9/14 24/2

200/2          MARKS [1] 6/20     26/24 27/3 30/7

manage [3] 136/4 marksgray.com [1] 30/24 30/24 35/12

136/20 145/21     6/23          35/14 39/24 48/10

manner [1] 105/20 MARTIN [1] 4/3     48/11 48/24 49/1

manual [8] 75/20 Mary [2] 5/15 5/20 49/5 53/13 58/19

75/21 137/21 138/22 MARYSSA [1] 3/14 58/19 67/3 69/14

144/11 146/11     maryssa.hardy [1] 70/1 78/10 83/7 83/7

146/17 147/16     3/15          103/22 103/23

manually [1]     material [1] 14/9     104/12 105/2 105/8

138/15          MATHEW [1] 2/22 105/8 106/4 112/1

many [17] 13/25     MATLETHA [2]     112/1 114/1 114/14

15/22 43/1 43/21     2/8 8/17          114/24 118/2 126/13

51/17 56/23 56/24 matletha.bennette 127/11 127/12

57/6 67/19 78/24     [1] 2/9          128/23 128/25

85/3 85/4 93/20     matter [11] 54/14 129/20 130/15

106/5 115/12 144/17 76/20 92/13 134/7 137/15 138/14

161/19 180/10     138/20 139/10

M    99/24 105/2 108/7 158/13 198/20

may... [48] 139/20 109/7 125/13 131/12 199/23 203/8 211/11

140/22 141/25    152/1 164/3 166/18 212/3

145/25 148/4 149/13 171/13 174/22    means [6] 51/12

150/5 150/6 150/8 175/25 184/4 184/11 52/10 58/15 136/1

151/6 151/23 154/1 185/8 190/2 195/10 179/4 200/5

154/11 154/15    195/20 199/12    meant [2] 149/4

154/17 157/23    204/10 215/8 217/13 151/2

158/20 161/17 163/1 217/13    measured [3] 88/14

163/7 163/9 166/14 mean [73] 20/1    88/17 88/18

169/11 169/12 171/2 20/21 23/4 24/3 25/4 medication [1]

173/17 177/21    25/18 31/6 34/4    10/14

177/21 181/22    36/22 43/24 44/5    meet [1] 104/25

184/14 185/2 187/22 44/17 44/22 45/19 meeting [1] 201/19

187/24 187/25 191/3 46/1 48/9 48/18    meetings [3] 192/18

192/9 192/11 194/12 49/21 49/22 51/7    192/21 193/6

197/20 197/22 198/8 54/4 56/16 65/11    MEL [1] 2/17

198/18 198/19 199/8 70/12 70/20 71/2    member [4] 28/9

200/2 204/24 211/20 77/6 81/11 85/8 86/6 29/21 178/4 181/9

217/12    97/13 97/25 102/13 members [8] 50/2

maybe [14] 13/9    105/12 106/6 109/2 50/12 181/8 181/8

23/6 24/14 60/8 68/7 110/4 110/16 113/24 187/9 196/9 196/22

88/24 125/20 148/2 114/12 116/8 116/9 206/13

148/2 155/6 156/8 118/18 121/4 123/18 memorialized [4]

187/20 187/20 188/3 124/3 125/23 128/6 156/17 159/24 160/9

me [40] 9/5 9/11    128/12 137/8 142/21 160/10

9/13 14/20 16/9    143/18 146/25    memory [1] 182/17

23/18 28/11 37/20 150/23 150/25 157/4 mention [1] 93/3

43/20 46/19 52/21 162/16 167/6 167/20 mentioned [38]

70/24 75/9 87/10    173/20 179/2 179/25 21/24 23/16 25/3

87/10 90/19 93/14 183/3 187/7 187/8 25/22 26/7 26/13

190/12 191/20    27/17 30/13 31/14

M          156/24 160/20    modify [1] 195/13

mentioned... [29]    174/20 184/2 184/17 modifying [1] 64/3

39/3 39/20 42/8    194/5 194/11 199/1 MOHAMMAD [2]

43/11 44/23 53/18 199/7 211/3          3/5 217/2

54/15 55/22 65/3    mind [3] 30/22 36/3 moment [6] 40/25

65/22 65/25 67/24 76/4          78/21 100/14 134/3

68/12 84/10 95/3    minimum [4] 49/8 160/17 174/23

109/13 110/12    135/23 156/8 167/1 monitor [4] 35/13

110/21 112/16    minute [6] 60/8    37/3 39/23 71/7

118/21 120/5 123/8 83/19 131/3 153/6 monitored [2] 40/1

133/20 136/21    188/5 212/23        142/18

141/23 148/22    minutes [3] 9/2 87/9 monitoring [3] 37/1

151/20 155/12    116/19            39/24 71/3

211/24        misdelivered [2]    Monroe [4] 1/18 3/4

messages [3] 192/2 155/15 155/17      3/17 5/9

192/4 192/20    misfile [2] 118/13 month [1] 43/9

met [1] 12/11    118/13        months [2] 15/21

method [1] 192/14 misfiled [10] 119/3 113/14

MIAMI [3] 6/7 6/8 119/4 119/7 121/2 more [59] 19/19

6/9        121/13 130/13    24/7 32/5 32/5 32/12

MIAMI-DADE [2] 153/14 154/3 154/9 32/13 36/7 38/6

6/7 6/8        154/20        40/22 51/7 51/10

Microsoft [2]    missing [9] 16/10    51/13 52/4 53/2

192/15 192/20    143/8 160/21 161/1 53/14 54/9 56/11

might [27] 27/3    179/16 180/2 180/11 57/13 60/16 61/4

29/25 37/13 38/16 197/4 197/8        78/11 92/14 125/12

88/25 89/14 91/18 misuse [5] 84/16    131/4 134/21 140/15

91/23 121/23 122/12 85/4 85/11 85/15    143/11 144/15 147/2

123/1 130/17 133/21 85/19        147/17 149/8 154/12

140/17 141/17    Mitch [1] 8/19    154/15 154/17

143/21 151/21    mjazil [2] 3/6 217/2 154/24 164/10

          mneal [1] 2/17    167/19 170/2 170/12

M         175/17 176/3 213/4 195/20 98/6 165/13

more... [20] 176/16 Ms. Bennette [5]      109/5 109/7 114/23

178/2 178/24 179/4 132/21 148/18       118/9 119/3 122/4

179/8 181/5 181/7 149/17 151/12 159/3 122/11 130/24 131/3

181/7 183/6 188/2 Ms. Jillian [1]      131/10 131/12

203/5 203/18 205/7 61/23               131/18 131/18

206/11 206/18      Ms. Matthews [3]    131/18 132/19 135/7

206/19 207/2 207/2 175/14 175/17 213/4 144/18 144/22

209/11 209/16      Ms. Pratt [2]     147/13 149/6 153/24

morning [1] 8/14    175/12 176/3      155/20 163/8 170/6

most [6] 26/16      much [10] 68/15    173/12 173/24

28/19 82/12 102/18 68/19 140/24 149/13 188/12 188/20 195/8

161/5 190/22        150/22 172/8 172/17 195/13 216/10

move [4] 79/4       172/20 174/11 213/4 218/20

109/25 140/19 183/6 multifactor [1]     Myers [1] 5/9

moved [1] 14/10      82/17              myfloridalegal.com

moving [2] 87/15 multiple [4] 46/4       [1] 3/15

162/18          166/13 167/20     myself [2] 51/1

Mr [3] 7/6 7/7 16/9 200/17              104/18

Ms [20] 7/4 7/5 8/21 must [6] 49/8 61/5 N

12/2 16/11 60/12    80/1 143/14 185/14

              213/21          N [1] 7/1

131/10 131/17                name [17] 8/17 8/22

131/25 175/15    mute  [1]  184/5

              MW   [3]  1/3 217/5 8/23 19/1 77/25

175/19 175/23 189/1              81/16 131/10 161/8

189/17 193/12 195/4  218/4

              my [55]   8/16 8/23 179/23 180/5 180/16

195/8 195/22 197/5                185/16 195/8 210/25

208/22          9/16 10/17   13/8

              13/10   14/19   16/10 211/5 212/8 213/25

Ms. [11] 61/23                named [1] 14/20

132/21 148/18      17/13  26/16  29/13

              29/14  30/9  31/25  NARGIZ [5] 1/23

149/17 151/12 159/3                215/17 216/4 216/22

N
NASSAU [1] 6/19 17/11 32/20 44/14 46/1 49/12
national [2] 29/21 57/14
30/13
natural [2] 187/8 181/25
187/19
nature [3] 54/6
92/11 106/1
NEAL [1] 2/17
necessarily [10]
30/11 31/6 55/10
122/2 129/12 187/23
191/6 200/17 204/21
208/10
necessary [9] 32/17 43/7 45/13 87/8
33/20 41/14 42/6
56/15 57/10 80/18 203/8
80/19 212/14
necessitates [1]
129/10
need [29] 9/14 9/17
21/9 32/17 44/4
51/11 51/11 51/22
69/1 69/9 76/24
95/13 95/22 106/10
126/15 130/3 136/25
143/2 152/4 156/15
161/20 171/24 172/4
178/23 195/17
195/20 197/22
198/19 199/14

needed [10] 13/9 46/11 42/7 44/11
110/4 110/7
110/14 126/22
needs [15] 21/21
24/16 46/22 51/22 65/8 66/18 66/21
68/8 95/10 129/5
129/5 130/4 135/16
146/10 174/6 186/19
197/18 213/17
never [3] 83/19
134/23 137/9
new [9] 2/20 2/20
106/4 109/14 165/25
newly [1] 170/21
newness [1] 110/22 129/15 132/13
next [7] 90/15 107/3 132/17 137/8 139/10
135/19 154/18 142/21 143/16
176/15 176/18
51/11 51/11 51/22 NICHOLAS [1]
4/12
no [142] 1/3 7/15
8/16 9/7 9/23 10/16
10/19 12/5 13/21
14/15 14/18 15/2
15/19 16/2 18/5
23/25 26/2 26/2
30/23 34/23 37/2
38/2 38/15 38/21

49/14 49/15 49/16
52/1 52/3 52/15 55/1
57/11 59/23 60/15
61/8 62/17 62/17
65/8 66/18 66/21
69/21 70/20 71/25
73/8 74/3 74/19 79/2
80/11 89/12 91/6
91/17 93/24 94/14
96/1 96/23 98/14
98/15 98/15 98/17
101/13 107/11 112/8
112/25 116/8 116/13
116/17 117/17
119/13 121/13
124/17 125/2 125/6
129/15 132/13
137/8 139/10
142/21 143/16
145/13 148/16 149/8
151/8 152/19 154/11
157/3 157/18 159/7
162/16 165/22
165/24 168/3 169/10
169/17 169/20
170/17 172/3 172/14
176/10 179/11
182/24 187/20
191/15 192/17 193/6
193/6 193/17 193/23

N          171          61/9 66/4 66/12

no... [28] 194/7    not [254]        66/21 69/22 84/8

195/2 196/10 196/14 Notary [1] 216/23 110/10 119/22 125/7

196/14 196/21    note [1] 16/14      130/23 144/23

198/12 200/4 200/5 notes [1] 216/11     150/25 153/8 155/15

201/16 201/20    nothing [2] 8/4    155/16 157/5 157/7

202/11 202/16 206/1 199/3          169/15 175/21

206/20 207/4 207/16 notice [24] 7/16    178/23 180/12 181/4

208/18 209/5 209/8 11/3 11/6 11/11     185/4 195/17 199/11

209/13 209/16    11/18 12/12 13/18 205/25 206/2 206/8

209/18 209/23 213/3 91/23 97/22 101/24 207/5 210/21 217/13

214/11 217/5 218/4 130/12 135/25      218/20

nodding [1] 9/7    136/18 169/7 169/10 nshannin [1] 4/12

non [10] 72/6 72/22 169/15 169/18     number [48] 22/15

73/13 73/21 91/3    171/25 172/13     22/24 24/4 26/7 27/4

100/17 186/23 187/4 172/16 173/10     33/3 33/12 37/20

187/7 187/15      173/14 175/3 175/7 43/14 44/9 47/9

non-authorized [2] notices [2] 173/7    50/15 51/19 52/10

91/3 100/17      176/5          70/8 70/17 80/2 80/3

non-citizen [4]    notification [3]    80/4 81/18 84/18

72/22 73/13 73/21 153/6 171/14 173/17 84/18 84/19 116/5

187/7          notifications [2]    125/3 125/4 141/4

non-citizens [3]    172/23 173/4      142/7 142/9 153/24

72/6 187/4 187/15 notify [3] 53/16     166/5 166/16 168/5

non-U.S [1] 186/23 59/17 153/18      176/14 183/12

nonpaid [1] 206/11 notifying [1] 119/13 183/17 183/18

nonresident [4]    now [49] 10/11     185/15 185/17

74/6 74/13 74/18    10/21 11/21 14/11 199/13 206/6 210/8

75/3          19/1 21/5 23/10 24/8 210/8 210/9 212/4

normal [1] 142/5    25/1 25/3 25/13    214/4 214/7 214/8

NORTHERN [1]      32/24 37/14 45/20 numbers [4] 44/12

45/21 50/22 60/2    44/25 52/6 82/9

N                 obviously are [1]   198/3 198/23 200/1

numerical [1] 57/12 91/11              202/6 202/8 203/11

numerous [1] 26/9 occurred [2] 92/20 203/21 204/7

NW [2] 2/14 6/9      198/24         OECS's [2] 196/2

                  occurs [5] 113/14   200/8

O                 137/8 137/21 164/7 off [4] 14/6 51/24

O [2] 3/5 217/2      173/18          146/12 184/9

oath [6] 10/12 65/13 OECS [74] 13/11 Offc [1] 6/25

 73/2 98/23 131/22 17/9 26/5 31/24      offer [4] 30/11

 215/1         38/24 39/9 39/18   55/18 55/18 113/13

object [31] 32/8      68/7 68/14 68/21   offering [1] 21/16

 33/16 34/12 41/3    72/4 73/14 73/15   office [163] 1/12

 41/16 55/5 56/5     75/1 78/9 83/10    3/12 4/14 4/19 5/3

 57/17 64/9 72/13    85/13 85/22 90/9   6/3 6/8 8/8 12/13

 79/10 80/14 89/17 91/20 92/4 92/18     12/20 12/23 17/6

 96/10 99/6 99/20    92/19 94/1 94/4    17/9 17/10 17/12

 100/22 103/20 104/5 94/11 94/22 95/10 17/13 17/19 22/21

 114/21 115/19       95/21 95/23 96/15 23/9 23/10 23/24

 115/20 121/11 128/2 96/24 97/16 98/5    24/3 24/7 24/8 24/15

 152/6 156/5 174/8 106/11 106/15        24/15 24/25 25/2

 175/10 180/7 180/19 107/25 108/24      25/5 25/8 25/10

 208/11         109/21 111/22     25/15 25/21 26/1

objection [1] 115/5 119/15 119/18      26/23 27/14 28/18

objectives [1] 21/24 119/20 126/20 128/6 35/17 36/14 39/10

objects [1] 9/18     130/5 159/12 162/4 39/14 40/13 41/10

obviously [18]      163/12 171/20 173/5 41/19 42/3 53/9

 13/10 20/11 29/15 173/13 176/6 176/7 53/14 53/16 53/22

 37/5 43/24 44/6 51/7 177/23 178/13     54/13 54/17 54/20

 91/11 109/4 110/2 178/15 180/10        61/18 64/25 65/18

 128/6 130/17 132/3 180/23 181/13       67/22 70/2 72/15

 143/17 162/10      184/14 184/17 196/1 78/12 78/13 78/23

 184/24 187/7 197/19 196/21 197/21 198/1 78/25 85/8 86/7 86/7

156/10 161/6 161/24 174/13 177/20 184

office... [98] 86/17 162/7 162/10 163/12 79/23 79/25 87/5

86/21 89/10 90/5    166/10 171/9 171/11 88/1 89/24 90/15

91/9 91/12 91/14    171/20 172/14    92/14 93/14 94/15

92/13 92/20 93/17 173/12 176/6 190/19 101/3 101/17 101/23

97/9 97/17 98/9    190/21 191/7 193/19 102/17 102/22

100/25 101/1 101/17 215/7 216/7 217/5 106/18 107/16 108/9

101/19 102/9 103/13 218/4    108/12 109/13

104/13 104/17 105/8 officers [1] 21/5    111/18 112/3 113/7

105/15 105/24    offices [3] 23/13    117/20 119/16 120/5

106/11 107/5 107/5 41/19 83/16    122/10 125/23

107/6 107/10 107/14 official [4] 1/7 17/2 125/25 126/17

107/15 107/18    21/3 59/4    127/14 131/19

107/18 107/22 108/1 officials [1] 29/18    132/18 133/15

108/1 108/3 108/6 often [3] 43/21    133/21 134/4 134/17

108/7 108/8 108/10 105/19 140/7    134/21 135/8 136/21

108/14 108/25    oh [9] 43/15 59/14 137/4 137/12 137/22

109/10 109/11    102/1 102/2 109/15 138/3 138/7 139/8

109/12 109/14    139/5 142/3 145/9 139/12 139/25

109/21 110/1 110/3 148/25    140/13 141/12

110/5 110/10 110/11 okay [169] 9/8 13/2 142/22 143/11

110/22 111/23    13/6 14/4 15/14    145/10 147/22

114/13 120/3 120/12 16/16 18/12 19/2    148/11 149/1 149/4

120/13 120/14    19/14 20/9 23/15    149/16 150/18

120/15 120/19    24/1 28/19 29/1    151/10 153/5 154/19

120/21 120/24    32/22 33/22 34/17 156/13 157/6 159/13

121/14 122/20    37/17 37/19 40/25 160/16 162/18

126/12 126/13 128/7 43/16 45/10 46/22 163/18 164/25 166/1

130/20 137/25 138/1 50/1 50/13 50/25    167/12 168/9 168/16

138/4 141/21 141/23 51/25 53/9 53/23    169/6 169/17 169/21

155/20 155/22    59/12 59/14 65/22 170/18 171/6 171/13

67/7 69/16 71/7    172/22 173/8 173/16

O    149/11 186/13    136/21 164/15

okay... [50] 174/1    186/13 200/20 208/8 175/23 191/21

174/15 174/20    one [73] 11/8 15/19 ongoing [1] 35/9

174/24 174/25 175/6 17/22 19/12 19/19 online [16] 42/22

175/19 176/7 176/11 21/24 22/24 24/5    62/23 63/16 64/2

176/18 177/3 177/16 28/7 28/8 30/24    69/22 71/9 72/25

178/14 178/21 179/6 40/25 43/9 51/24    75/13 75/19 109/2

179/14 179/20 180/4 52/15 56/8 57/3    135/21 136/11

181/2 181/14 181/16 59/16 62/8 67/14    136/11 138/10 140/3

183/6 184/17 185/5 82/13 83/16 90/17 142/3

185/11 185/20    90/19 97/9 100/14 only [26] 10/4 25/5

186/22 187/11 188/2 106/9 108/13 117/23 40/12 52/16 57/3

189/4 189/13 190/7 118/2 118/3 118/13 68/7 82/1 86/15

192/13 193/7 193/24 121/18 125/12    109/5 117/13 118/18

194/22 195/20    134/21 136/21    119/8 133/21 144/4

196/15 196/25    141/24 144/24 145/4 144/4 146/25 157/19

197/16 199/11    145/7 147/1 148/1 158/5 158/8 159/21

199/23 205/2 207/5 148/11 151/15    159/22 160/11

209/9 210/12 211/10 153/11 154/12    160/12 160/14 169/2

212/12 212/19    155/20 156/15    187/8

212/22    157/16 158/6 160/15 OPB [2] 113/17

OKEECHOBEE [1] 165/11 166/7 166/13 114/13

5/7    167/23 168/6 170/2 open [1] 9/15

old [1] 203/10    170/12 176/4 176/16 operate [2] 86/18

OLIVO [1] 5/10    180/23 183/6 186/22 108/9

omission [1] 16/10 188/2 188/21 188/21 operating [2] 86/23

once [15] 9/19    190/1 190/2 193/7 144/1

70/20 71/21 84/16 195/17 200/25 201/8 operational [1]

111/25 137/12    206/4    105/15

138/18 145/20    ones [11] 34/5 50/23 operations [3]

147/14 149/10    85/13 95/20 105/23 12/17 12/20 12/23

111/24 123/20    opine [1] 202/25

Orlando [3] 2/3   31/8 31/8 31/12

opinion [8] 56/8    4/11 6/15       37/12 47/22 64/13
56/9 56/10 56/25   OSAKI [1] 2/21    72/4 72/5 75/14
57/2 57/4 57/5    OSCEOLA [1] 4/3 80/17 80/18 86/6
103/12       other [61] 13/6    96/1 100/4 105/13
opinions [4] 17/12 15/25 17/18 19/8     110/19 114/6 114/17
22/6 57/20 57/24   27/4 30/14 30/23    142/10 157/1 186/17
opportunities [2]   31/3 36/5 36/15    187/18 187/18 190/5
20/2 29/23       50/23 52/22 57/7    208/5
options [1] 154/8    57/22 58/19 68/10 out [47] 20/25 33/7
oral [1] 134/16    73/4 77/6 84/25 92/1 39/17 46/19 66/15
ORANGE [2] 4/9 101/22 103/1 103/3 67/6 69/8 69/18 70/8
6/14        105/1 108/4 108/16 70/17 70/21 74/24
order [16] 42/23    110/19 118/2 118/3 79/13 79/15 80/5
43/2 52/24 56/24   118/16 123/17    81/3 81/22 81/23
58/1 109/6 136/10 130/25 132/5 139/6 82/3 82/12 83/13
136/17 137/7 171/24 142/2 143/1 144/22 83/17 93/14 106/15
174/6 174/19 186/6 151/11 153/7 153/10 111/10 117/22
200/18 211/12     153/21 154/12     117/22 117/23
214/13       158/20 165/4 177/12 130/11 131/25
OREN [1] 6/10     187/4 187/15 191/17 142/23 149/5 158/15
Oren.rosenthal [1] 192/10 192/11     168/17 169/12
6/11        192/13 192/14    174/19 175/4 183/3
organizationally [1] 192/24 192/25 193/3 197/23 198/8 198/14
109/2        193/4 193/6 198/16 199/1 199/8 201/5
organizations [3]   199/19 205/22 211/3 204/9 205/17 217/10
18/17 21/21 30/13 otherwise [4] 38/6 outdated [1] 117/8
organize [1] 131/3 55/17 58/13 206/17 outline [3] 131/3
original [1] 217/12 our [36] 10/20 13/5 131/18 195/13
originally [2] 156/3 15/10 17/6 21/13    outreach [4] 139/23
156/15       21/15 24/3 24/5    140/1 140/25 161/20
          26/18 26/21 30/7    outside [10] 14/14

131/6 131/7 144/13 82/16 100/23 100/24

outside... [9] 36/11 188/9 188/10 213/1 110/15 115/20

42/3 57/5 57/24    213/2 214/14    120/11 134/6 136/14

114/5 114/17 118/22 P.O [4] 89/3 89/4    136/23 141/15

129/22 202/8    89/5 89/14    184/11 193/19

over [14] 9/2 42/21 package [3] 113/5 193/24 194/9

43/4 43/5 43/5 43/12 146/17 147/14    participate [2]

132/5 144/2 144/17 page [21] 7/2 37/20 34/21 95/6

147/12 152/1 152/19 37/21 37/25 38/2    participated [5]

153/2 176/24    46/18 102/6 127/18 67/20 68/5 73/11

overall [2] 85/24    132/23 142/11    73/12 73/19

94/15    142/11 170/19    participating [1]

overlap [1] 13/5    185/12 197/11    184/7

oversee [5] 16/25    199/13 199/14 206/6 participation [1]

17/14 27/17 40/18 206/7 213/15 217/10 68/1

42/11    218/6    particular [8] 93/4

overseeing [1]    pages [1] 216/10    127/4 146/1 150/13

42/14    paid [8] 44/19 60/20 166/21 169/4 189/25

oversees [2] 107/12 60/22 60/24 61/3    193/11

107/19    61/17 177/9 178/8 particularly [1]

overview [2] 46/24 PALM [1] 4/3    132/4

47/2    paper [1] 210/21    parties [1] 216/14

owed [1] 99/12    papers [1] 187/11 parties' [1] 216/15

own [7] 16/23 30/9 Park [1] 2/20    party [7] 3/16 18/17

56/19 145/22 150/15 Parkway [2] 5/14 21/20 58/14 115/13

178/3 206/12    5/20    115/17 115/22

parse [1] 93/14    pass [14] 42/25 43/2

P    part [27] 16/10    46/4 68/10 78/10

P.A [3] 4/10 5/8    24/16 30/18 36/17 86/13 92/3 111/5

6/14    45/22 45/25 46/5    135/16 135/19

p.m [13] 1/15 87/12 46/9 46/14 47/21    135/23 141/9 141/9

87/13 101/7 101/8 48/4 55/13 69/21    195/3

126/1 126/6 126/19 perjury [1] 218/19

pass-through [5]    218/19          permanent [8]

68/10 78/10 86/13 penalty [4] 71/10    76/21 76/22 77/7

92/3 111/5          122/16 122/17    77/9 77/13 77/25

passage [17] 44/16 126/10          185/17 213/25

69/17 83/21 94/7    people [18] 30/6    permit [2] 159/14

118/25 122/23 123/4 34/1 43/3 45/4 45/14 160/4

123/12 123/24    64/3 81/3 99/15    permitted [2] 198/7

123/25 125/10    124/25 138/2 148/12 198/7

125/17 128/20    148/19 148/22 149/5 perpetuate [1]

128/21 130/7 135/24 149/21 185/23    81/15

202/21          207/22 208/2    PERRY [1] 4/4

passed [7] 48/10    per [8] 21/13 51/14 person [69] 2/1 2/8

48/13 48/15 48/23 51/14 51/14 52/5    2/10 3/5 3/9 27/6

84/11 123/18 130/19 122/16 122/16    28/12 28/19 38/5

passed in [1] 48/10 129/13          38/7 46/12 51/14

passes [2] 136/6    per se [2] 21/13    52/5 59/24 65/11

137/6          129/13          65/23 65/25 69/24

passing [2] 35/13 percent [2] 42/25    70/21 71/9 73/6 74/7

205/17          135/24          74/8 76/9 81/8 81/9

passionate [1]    percentage [1]    81/22 81/23 81/25

150/13          202/1          82/1 82/3 82/5 82/6

past [5] 98/7 113/2 perform [1] 44/15 82/12 82/19 83/5

113/7 114/18 179/5 performance [1]    83/14 83/22 83/25

pattern [4] 64/22    152/22          90/22 92/1 96/6 97/1

119/25 129/4 130/2 perhaps [1] 161/10 97/12 98/22 98/24

PAUSHA [1] 6/16 period [7] 19/2    100/10 105/1 137/16

payment [1] 150/10 19/17 43/13 53/7    140/10 147/5 152/14

penalties [11] 34/1 66/5 73/9 201/15    153/15 156/23

34/4 47/12 47/14    periodically [2]    159/20 168/16

90/16 104/1 123/19 43/23 44/8          168/25 169/4 184/12

periods [1] 69/13    184/14 186/11 197/7

209/17        165/13 165/17 166/2

person... [7] 197/8   petitioner [3] 78/16 166/17 167/3 167/14

198/19 199/16        147/9 151/1        169/19 177/7 177/12

199/17 211/15        petitioners [1]    178/3 178/24 179/2

213/17 213/21        182/21        179/9 179/13 181/6

person's [5] 63/14   petitions [108]        186/24 200/18 202/7

66/19 76/4 138/24 22/16 26/18 27/13 202/18 203/5 203/6

212/8        27/18 28/5 33/13   203/15 203/18

personal [24] 60/25 35/20 50/21 51/2     203/25 204/1 204/5

61/21 76/18 79/8     51/6 51/7 51/19    206/12 206/13

82/9 84/25 85/5     56/23 59/17 60/17 206/19 207/2 207/9

85/11 85/19 116/10 60/18 60/19 60/23 210/21 210/23

150/18 150/22       60/25 61/4 62/6    phone [11] 104/24

150/25 151/3 151/16 64/17 67/3 70/19        105/3 134/19 141/4

151/20 152/2 152/18 71/19 74/8 77/23        141/19 142/1 142/7

159/6 159/10 177/20 82/11 89/2 89/3        142/9 184/6 193/2

178/1 199/18 199/24 97/23 98/20 100/3 193/3

personally [8] 14/16 100/13 118/24 119/4 phrase [1] 58/9

14/18 14/20 116/6 119/6 120/1 120/5 Physical [1] 135/3

116/9 116/14 215/8 120/20 120/22 121/5 physically [5] 38/6

215/13        124/4 124/6 124/6 58/9 58/13 61/4

persons [8] 61/21    124/9 124/20 125/3 135/1

62/8 92/24 177/19 125/7 130/13 130/13 pick [1] 137/10

207/7 209/10 209/15 134/24 135/2 136/4 piece [1] 136/21

209/21        144/15 145/22    pieces [1] 146/6

pertinent [1] 198/5 149/20 150/10        Pine [1] 2/3

petition [315]        150/14 150/19 151/3 PINELLAS [2]

petition cir [1] 71/2 151/7 151/17 151/20 4/18 4/19

petition is [1] 122/1 151/25 152/3 152/11 pinellas.gov [1]

petition-related [4] 152/12 154/14        4/22

86/2 208/4 209/12 154/20 155/24 156/9 pivot [2] 16/3 29/1

        156/14 159/6 163/4 PL [1] 3/13

15/20 21/5 38/11    58/13 61/4

PL-01 [1] 3/13    48/16 55/3 56/3    possessing [2] 38/6

place [10] 60/9    68/17 69/16 76/24 135/1

84/16 87/12 101/7 77/2 79/11 92/15    possession [5] 88/18

109/6 131/6 147/17 111/4 111/7 111/9 89/20 135/3 206/18

188/9 194/11 213/1 111/21 114/4 120/14 207/2

placement [1] 35/23 124/15 141/15    possibility [1] 35/13

plain [6] 58/24    144/22 162/13    possible [8] 81/14

121/25 122/18    182/21    143/18 144/19

129/14 135/7 207/19 policies [7] 31/10    166/21 172/8 172/21

plaintiff [3] 2/12    31/12 31/16 31/20 174/12 204/22

2/18 14/17    94/21 101/12 102/24 post [5] 93/7 94/17

plaintiffs [9] 1/6    policy [7] 15/7 32/5 125/4 125/10 125/17

102/7 131/12 131/15 32/13 38/13 41/6    posted [1] 145/3

189/6 189/15 189/21 101/19 160/8    potential [4] 39/25

195/10 206/22    political [8] 21/19 175/3 176/5 205/22

plan [1] 62/19    21/19 99/1 99/8    potentially [4]

platform [1] 192/25 124/8 133/14 133/16 35/12 71/14 134/19

platforms [1] 193/4 150/9    176/23

play [2] 110/18    POLK [1] 4/3    POVERTY [2] 2/6

171/6    portion [3] 34/21    8/18

pleadings [7] 15/13 37/19 206/9    practicable [1]

64/14 65/20 72/5    portions [1] 37/16 171/2

80/17 187/6 187/18 position [16] 11/15 practices [5] 29/12

please [11] 8/21    16/5 16/17 16/21    29/19 30/5 32/6

8/24 9/11 9/13 9/20 16/24 18/20 40/4    32/14

32/8 125/13 193/14 40/5 72/5 80/18 90/9 Pratt [5] 12/2 16/11

193/16 217/9 217/13 102/20 187/13    61/23 175/12 176/3

plus [2] 29/4 117/24 202/17 207/22 208/5 Pratt's [2] 175/15

PO [1] 2/7    positions [2] 17/19 175/23

point [24] 9/12    19/24    pre [3] 160/15

possess [3] 58/10    162/19 201/25

presume [4] 123/22 116/12 117/23

pre-fill [1] 160/15 134/15 148/8 187/8 122/23 123/4 123/11

pre-filling [1]    presumed [1]    125/3 170/10 177/11
162/19    149/19    177/16 178/5 178/18

preclearance [1]    presuming [1] 99/1 179/6 182/4 182/10
14/7    pretty [7] 46/1 82/9 182/19 182/25 187/9

prefilled [4] 161/9 143/3 143/4 156/19 187/20
161/11 163/5 198/3 183/4 183/4    privilege [1] 194/15

premise [1] 115/19 prevent [2] 64/21 probably [10] 19/11

preparation [3]    84/16    54/22 60/7 83/11
14/9 196/5 196/12 prevention [2]    106/19 129/7 142/16

prepare [2] 12/10 61/13 207/13    144/6 163/6 172/20
15/4    prevents [1] 179/23 problem [4] 72/1

prepared [3] 12/16 previous [2] 38/11 72/8 74/22 142/9
12/19 94/4    153/13    problems [4]

preparing [1] 13/7 previously [3] 81/16 177/17 178/9 178/16

prerogative [1]    143/21 163/13    181/10
32/15    primarily [3] 14/4 procedural [1] 15/7

present [2] 6/24    54/5 190/23    procedures [5] 9/2
114/3    primary [1] 26/19 29/9 30/7 35/14

presentation [1]    print [1] 136/7    35/23
46/3    printed [2] 185/6 proceeding [1]

presentations [1]    186/2    218/20
30/16    prior [43] 10/10    proceedings [3] 8/1

presented [2] 113/6 11/18 17/18 18/3    14/24 214/14
168/24    19/21 19/23 20/5    process [69] 24/12

presents [1] 168/25 25/7 35/3 36/21    25/9 25/13 30/18
presidential [1]    36/23 44/16 49/13 33/11 34/15 35/1
20/16    63/14 64/24 65/5    46/14 46/25 48/1

presumably [2]    65/12 66/19 70/18 49/22 54/24 66/9
82/1 157/20    77/4 80/22 82/25    66/12 66/13 66/21
83/20 94/5 109/20 70/20 72/25 75/22

189/5 189/14 190/8 154/8 155/8 155/13

process... [50] 76/15 190/11 191/21 192/3 164/13

76/25 77/3 78/22    profess [1] 30/10    propose [1] 113/21

83/8 89/13 92/3    Professional [1]    proposed [2] 41/7

96/13 98/19 99/14 216/5                114/15

100/8 111/6 112/14 program [29] 27/25 prosecution [1]

113/20 114/11 115/2 40/18 42/11 42/23 54/18

115/14 115/18 118/4 43/25 45/4 45/14    prosecutor [2]

124/11 124/16    46/13 48/9 48/20    128/5 128/10

126/21 126/23 130/5 49/11 64/4 74/3 83/3 protect [2] 185/23

135/9 136/24 137/9 95/12 103/2 103/5 210/19

137/11 138/17    114/13 133/19    protected [2] 186/2

143/22 145/1 145/11 133/23 133/25    211/13

146/20 146/24    137/24 140/12    provide [50] 21/9

148/12 157/2 158/22 140/18 142/3 145/16 29/23 31/15 31/15

160/20 161/2 161/15 146/3 148/3 148/4 31/22 32/3 34/24

162/15 162/23 164/3 programs [1] 103/7 38/12 39/7 41/13

164/7 165/21 172/23 prohibit [1] 64/7    41/20 42/5 62/12

181/19 202/15    prohibition [8] 62/8 71/22 74/16 75/6

211/23 212/10    160/21 161/3 161/17 76/6 76/15 76/17

process for [1]    162/19 170/2 170/12 77/6 77/14 80/1 80/8

138/17    179/15    94/20 94/21 95/4

processed [4] 73/3 prohibits [4] 38/5 95/5 95/21 101/16

77/11 144/2 162/17 47/9 74/6 160/25    101/18 110/13 115/1

processes [2] 30/7 projections [1] 40/7 115/8 115/11 115/15

35/15    promptly [5] 88/4 115/24 121/23

produce [1] 210/19 88/8 89/7 89/16    126/18 126/25 134/4

produced [5] 148/7 157/9    169/6 171/24 172/5

190/16 193/19 194/9 proof [1] 137/20    172/8 172/12 172/20

206/22    proper [2] 118/6    174/11 181/23

production [6]    164/13    190/18 199/19

properly [5] 143/23 provided [39] 15/15

67/21 68/6 70/10   29/16 30/2 50/12

provided... [38]     70/19 71/16 71/24 81/13 81/19 84/21

15/18 34/8 35/11    72/1 72/19 72/20    85/1 133/12 133/17

38/18 38/21 39/1    74/21 74/22 77/3    133/22 185/24 186/9

46/19 55/13 55/15 79/4 79/11 80/10      186/15 199/6 209/25

73/11 73/19 73/25 84/23 87/18 90/21 210/5 210/11 210/15

74/20 74/21 97/20 92/9 92/17 93/5 99/5 211/5 211/17 212/16

97/22 100/10 113/1 99/18 103/10 104/2 212/18 212/19

113/9 118/11 120/7 104/21 104/22 112/9 216/23

122/2 133/22 134/14 112/19 117/24 123/7 pull [7] 132/18

138/16 139/2 139/13 127/5 132/24 133/18 151/13 174/15

139/22 143/1 159/24 134/22 153/6 158/19 174/18 183/20

172/12 172/16      159/23 160/11      188/22 193/7

173/10 182/8 190/18 160/25 162/5 162/21 pulled [2] 55/13

191/3 198/6 205/16 162/24 163/21 164/1 192/7

provides [7] 30/3    164/4 165/6 165/14 purported [1] 81/4

30/6 35/18 76/10    170/8 171/7 173/15 purpose [5] 61/12

101/12 101/19 117/7 179/14 183/7 185/11 64/20 76/3 91/1

providing [10]     186/25 197/4 198/7 207/12

31/18 49/25 55/7    199/25 203/8 206/9 purposes [5] 77/15

58/16 95/24 112/18 206/14 207/7 207/13 79/21 84/25 87/24

112/23 112/23     provisions [23] 22/5 89/24

127/12 175/3      22/5 22/19 33/12    purview [5] 49/24

provision [87]     36/6 37/15 50/15    74/4 90/8 118/22

22/13 22/23 36/9    54/16 65/18 91/16 200/8

38/14 39/8 40/2 40/3 94/17 95/7 97/25    put [7] 20/20 39/17

40/8 41/14 42/6 42/9 115/12 125/10       118/19 119/3 158/1

42/16 42/18 50/2    125/16 128/5 149/18 194/11 201/1

50/5 50/11 57/1     151/11 163/14      PUTNAM [1] 6/19

57/14 59/1 59/7 59/8 165/12 177/4 185/22 Q

61/25 62/14 66/25 Ptaghdiri [1] 6/16 qritter [1] 2/5

                  public [25] 29/16

Q                        56/21 58/8 61/22   rate [1] 42/25

qualifies [1] 104/10   63/13 65/16 90/18   rather [1] 178/22

qualify [2] 77/22      103/18 103/25       RE [2] 217/4 218/3

211/20               105/22 106/8 106/15   reach [4] 69/8

question [57] 9/6      116/21 129/23        106/15 142/17

9/10 9/15 9/19 9/20   130/25 131/5 131/17 169/12

16/16 19/19 21/22 133/2 133/7 134/5   reached [2] 69/18

32/10 44/22 51/20   134/10 134/18 142/7 149/5

53/3 53/4 55/8 55/9 142/14 153/7 175/14   read [8] 37/10

56/17 60/2 60/4 60/5 175/20 175/24 177/4 117/5 179/25 187/11

63/13 65/7 65/24      183/7 186/23 188/3 214/12 217/9 217/11

75/4 75/14 89/11      188/12 195/3 195/23 218/19

93/8 93/13 94/7       196/25 200/11 206/4 reading [6] 77/24

103/9 104/7 104/20 213/3 213/7 214/11 122/18 129/14 135/7

105/2 105/5 105/6   queuing [1] 43/8       214/6 217/8

106/2 106/4 106/9   quick [4] 127/16       reads [3] 54/3

112/12 115/20 123/6 131/2 186/22 213/7 171/12 181/17

134/2 134/8 134/21 quicker [1] 149/13   really [21] 25/7

135/13 141/25       quickly [1] 212/23 26/2 31/11 31/12

147/13 151/15 153/9 QUINN [1] 2/4         37/6 52/6 54/6 54/11

159/11 160/23       quite [1] 44/21       57/9 60/22 68/23

161/24 175/18 179/1 quiz [5] 135/17       93/12 100/24 111/12

181/13 182/7 196/15 135/19 136/6 137/6 140/23 147/8 149/14

208/14               146/8                 150/22 153/23

questioning [5] 9/15 quotes [1] 119/3     172/17 180/22

79/22 87/25 90/15 R                   REARDON [1]

91/2                      3/19                 3/19

                    R [1] 8/25       reason [15] 10/17

questions [51] 9/22 racketeering [1]

10/18 13/22 16/4                     64/15 66/16 139/19

                    127/20           141/13 166/3 166/9

37/14 42/25 43/2   raised [1] 198/24

46/2 51/3 51/5 52/17 range [1] 44/12       166/12 166/22 167/4

                        167/15 189/4 193/20

R            91/22 92/6 103/18 62/13 71/23 74/17

reason... [2] 199/19 105/22 110/23 127/2 80/9 113/2 113/9

 218/6            130/15 134/17        115/16

reasonable [1]        135/24 136/18      record [13] 8/22 9/5

 217/11            210/22            16/8 85/1 164/20

reasonably [1]        received [33] 49/19 184/9 186/9 186/15

 97/11            50/1 50/10 51/18    210/15 210/18

reasons [6] 140/16 52/17 53/5 53/9        212/18 213/13

 165/23 166/5 166/13 53/15 53/24 61/20 216/10

 166/20 168/5        69/22 73/10 78/4    recorded [3] 166/6

recall [33] 14/21        78/6 82/24 85/3 85/6 166/15 167/21

 18/25 38/17 38/18 85/10 85/19 88/15 records [13] 11/16

 49/21 53/13 54/10 88/16 90/4 92/2 95/1 81/14 82/13 167/21

 58/11 68/23 81/1        127/3 129/22 129/23 185/24 190/4 209/25

 81/2 85/17 85/18        133/1 147/1 156/10 210/5 210/11 211/6

 93/5 112/21 112/22 163/4 173/14 198/10 211/17 212/16

 112/23 132/24        receives [5] 86/1        212/19

 133/13 133/20 134/1 110/24 127/3 154/22 redacted [8] 186/6

 134/20 135/8 148/15 154/23                186/19 193/25 194/3

 177/25 185/7 194/16 receiving [2] 59/16 194/6 210/11 211/17

 200/7 202/5 205/14 155/24                212/10

 206/14 213/16        recently [1] 149/16 redaction [1]

 213/22            recess [6] 60/9        194/12

receipt [3] 88/17        87/12 101/7 131/6 redactions [3]

 88/18 173/6        188/9 213/1        194/10 194/19

receive [28] 11/6    recognize [5]        212/15

 23/8 23/16 23/19        102/17 102/19 189/1 reduce [2] 202/14

 25/14 26/22 28/6        193/11 197/22        203/1

 28/8 51/7 52/7 53/19 recollection [2]        reduced [2] 55/11

 54/16 58/8 75/11        178/19 179/12        202/17

 78/18 80/23 86/24 recommendations reduction [2]

                [9] 38/13 38/19    202/13 205/12

R    111/21 128/7 179/18 135/24 199/3 202/8

refer [19] 9/25 10/7 197/2 197/3        203/9

23/17 28/14 28/15 refresh [3] 13/10    regardless [4] 60/13

64/11 64/12 64/13 15/10 44/7        160/7 207/23 208/3

68/1 68/11 74/5    reg [4] 61/6 68/9    regards [2] 56/21

79/22 83/10 87/25 68/9 115/13        204/6

91/2 96/18 130/4    regard [2] 27/6    register [19] 40/16

174/10 198/4        63/19        42/22 43/4 50/8

reference [2]    regarding [70]    60/13 60/15 61/5

182/23 198/25        11/10 12/1 13/15    61/6 62/22 65/4 67/9

referenced [4] 23/1 22/13 22/13 22/19 124/5 124/23 148/20

54/22 95/9 170/20 27/20 28/4 32/2        150/14 181/6 213/17

references [1] 38/17 35/19 35/22 38/13 213/22 214/10

referencing [2] 10/4 40/7 50/7 50/11    registered [59] 38/7

10/9            50/19 53/10 53/25 42/24 43/6 44/19

referral [2] 24/2    55/1 55/2 58/9 59/19 52/23 53/2 53/7

110/6            61/20 62/14 65/17 53/16 61/7 61/9

referrals [4] 54/18 68/9 69/19 71/23    69/11 69/13 70/21

54/21 54/23 86/20 74/1 74/18 78/7        70/22 78/16 82/12

referred [7] 54/17 78/19 80/10 80/24 83/25 95/14 98/25

86/16 92/4 96/22    84/10 85/14 85/19 100/12 135/25 136/1

97/7 116/23 126/12 86/1 90/9 91/18        136/19 139/11

referring [30] 10/1 93/10 94/22 99/10 140/20 144/14

10/7 13/3 15/11        101/12 101/16        145/21 145/25

17/15 23/8 27/9        101/20 102/24        146/12 146/22 147/6

27/22 39/4 50/14        103/10 103/12        147/11 149/2 149/6

59/21 59/24 68/1        103/18 103/25        153/16 156/24

70/10 74/12 74/12 112/19 123/9 123/14 157/24 158/3 158/16

79/16 82/20 84/17 126/23 127/7 127/9 158/21 158/23

85/16 85/22 87/17 130/8 133/8 133/18 159/20 160/8 164/17

90/19 93/25 103/15 143/5 171/17 174/12 165/18 166/8 167/8

176/5 182/12 187/7 167/24 168/7 168/20

R ... 137/24 139/9 140/12 216/17 216/13 216/14

registered... [9]    141/11 141/18 142/3 relatively [1]

169/1 169/5 183/11 146/25 148/12 181/2 109/16

183/11 183/23    184/25 190/3 190/25 relevant [3] 29/25

184/13 184/15    192/7 192/8 192/9 93/4 95/16

184/22 216/4    198/17    reliance [1] 93/9

registering [7] 60/1 regulations [1] 29/9 relied [1] 41/7

61/2 67/8 70/25    Regulatory [1]    rely [11] 65/22

133/24 135/9 147/25 19/25    65/25 85/12 93/1

registers [2] 42/9 reiterations [2]    93/6 98/18 98/22

65/23    205/15 205/15    100/6 100/7 118/19

registration [73]    rejected [6] 140/8 158/8

18/14 18/15 18/16 140/17 140/23    relying [2] 65/13

18/17 21/20 42/11 141/13 143/1 143/15 93/22

42/20 43/9 43/22    related [39] 12/20 remember [13]

44/2 44/19 45/12    18/15 18/18 20/10 43/12 46/10 83/15

45/22 45/25 46/6    20/13 20/19 23/2    101/25 102/3 133/3

46/9 46/14 47/2    27/18 53/10 63/13 136/10 136/17 137/7

47/18 47/21 48/2    63/14 73/13 86/2    159/2 179/17 186/25

48/4 49/5 49/12    87/16 90/7 90/10    208/25

49/18 49/20 50/8    92/7 95/6 105/20    reminded [1] 165/9

53/11 56/23 58/14 113/3 113/9 113/10 reminder [2] 48/19

59/21 61/13 62/24 113/23 114/20    49/7

63/2 63/15 63/16    114/24 115/12 126/1 REMOTE [1] 1/11

64/4 66/14 69/3 71/6 127/5 132/15 177/17 remotely [1] 8/10

76/5 76/15 81/18    178/9 190/3 190/19 repeat [7] 60/3

82/13 83/6 89/13    191/2 196/8 196/19 123/2 134/8 134/8

95/11 98/19 100/8 208/4 209/12 209/17 160/23 182/6 197/12

100/9 100/19 115/13 relates [1] 123/10 rephrase [3] 9/12

115/17 115/22 118/6 relating [3] 17/7    68/3 99/24

126/24 136/14    127/22 190/24    replied [1] 51/13

relative [4] 21/1    reply [2] 13/1

R represent [6] 8/18 required [7] 41/20

reply... [1] 106/13 11/15 131/11 131/14 50/8 81/16 99/3

replying [1] 51/23 193/15 193/18        140/21 146/6 158/22

report [42] 18/20 representative [2] requirement [19]

28/4 28/22 28/23      102/9 215/6          47/17 49/20 61/13

31/24 32/1 32/2      representing [4]      65/10 78/8 88/8

38/25 39/11 39/17 102/14 102/20          116/23 119/9 119/12

39/17 41/9 42/4      187/13 195/9          136/7 159/1 159/5

51/11 65/1 72/4      represents [1] 169/1 169/10 169/17

73/15 73/15 74/25 REPUBLICAN [1] 169/18 181/3 182/24

93/2 94/1 94/4        3/16          183/23 201/19

103/23 104/8 104/12 request [21] 57/2 requirements [18]

104/13 119/2 163/10 103/11 103/19 104/3 33/6 34/9 47/3 49/10

164/22 164/23 165/1 112/21 186/7 186/16 49/18 54/1 58/20

171/21 174/6 178/13 189/5 189/14 189/25 62/2 63/17 67/12

178/15 202/6 202/8 190/8 198/17 210/11 67/14 73/4 87/16

203/9 203/11 203/22 210/18 211/7 211/10 88/1 123/21 123/22

204/7 216/6          211/14 211/18          149/22 150/2

reported [8] 1/22      211/21 211/25 212/9 requires [13] 45/21

21/15 22/20 93/22 requested [4] 56/7 46/11 60/12 60/15

120/2 165/11 177/22 186/5 191/6 216/9 76/14 76/15 79/6

203/20          requesting [1]      79/7 87/19 88/3

reporter [4] 9/3      68/14          119/1 163/22 201/4

10/24 216/1 216/5 requests [12] 51/17 requiring [1]

reporting [3] 7/18 112/22 189/21          181/20

163/2 174/17          189/24 190/10      requisite [1] 48/6

reports [13] 21/15 191/18 191/20 192/3 research [2] 112/1

27/19 27/21 41/20 198/11 211/6 212/16 162/9

54/22 74/20 75/1      212/20          residence [4] 76/8

83/11 85/12 171/1 require [5] 45/20      77/1 117/8 143/9

171/17 174/2 196/2 63/18 80/19 181/4 residency [8] 63/4

181/22          63/5 66/22 75/10

R [189/23]    retain [1] 199/23

residency... [4] 77/9    response [1] 195/22    retains [1] 199/18

77/15 78/7 139/13    responses [4] 15/15    return [18] 68/22

resident [7] 74/8    55/21 122/24 134/13    87/25 116/23 119/8

76/2 76/4 76/10    responsibilities [2] 119/11 119/16 121/1

76/13 76/16 134/23    16/24 19/6    121/1 153/5 158/25

residential [8] 76/7    responsibility [4]    159/5 177/7 177/12

76/8 76/11 76/19    21/13 21/17 168/22    177/17 178/10

76/20 139/1 139/15    211/19    178/17 178/21

139/16    responsible [10]    200/11

resides [10] 87/21    63/12 63/25 91/7    returned [8] 87/17

117/3 121/10 137/25    91/10 98/4 117/9    119/17 151/21

153/11 157/11    127/15 127/25    153/10 153/12

157/17 157/19    137/23 170/11    157/15 202/2 202/2

157/21 160/2    responsive [3] 58/1    returning [6] 67/1

residing [1] 118/3    191/13 192/6    69/20 70/8 70/10

resolved [1] 159/12    rest [2] 65/18 176/3    70/12 153/14

resources [4] 19/9    restored [8] 62/10    returns [2] 159/16

68/25 73/23 108/20    63/1 65/6 66/2 67/4    160/5

respect [8] 163/13    67/15 71/5 207/9    reveal [1] 39/12

177/6 181/11 190/25    restricted [1] 62/5    reverting [1] 50/6

196/15 198/6 199/6    restriction [5] 62/21    review [27] 9/25

207/1    65/11 72/22 72/23    11/18 15/14 15/22

respond [7] 9/6 9/6    74/1    36/20 75/15 75/20

39/18 52/12 190/10    resubmitted [1]    75/21 112/11 114/15

191/18 192/3    156/16    116/19 124/21

responded [5] 133/6    result [8] 45/8 92/8    137/21 137/23 138/2

134/5 134/15 148/20    93/21 165/14 165/21    138/5 138/9 138/15

190/23    167/15 176/9 207/3    138/22 144/11

responding [4]    resulted [2] 93/16    146/11 146/18

58/16 147/24 189/20    94/9    147/17 174/23

resulting [1] 93/11    201/25 202/10 216/8

R [1] 156/17 159/21 162/6 6/19

reviewed [7] 15/6
15/8 15/9 137/14
137/15 137/16
143/15

reviewer [1] 139/18

reviewing [1] 118/8

reviews [6] 28/7
28/8 75/10 120/6
196/7 196/18

revoke [1] 184/25

RFP [1 ] 7/18

RFPs [2] 7/19
188/23

right [87] 9/24
10/20 19/1 42/7
48/13 54/13 62/10
66/21 79/9 87/11
87/22 96/4 103/16
108/4 109/7 111/21
114/11 118/7 119/22
125/7 126/2 131/4
131/11 131/15 137/2
140/6 144/12 144/23

role [11] 14/14
146/7 147/13 147/25
149/20 150/4 150/6

150/12 150/20 151/2
151/5 151/10 153/12

169/15 175/2 176/14
176/18 177/14
177/15 180/12
180/15 182/16
183/13 185/4 185/6
185/18 185/24
191/10 194/4 195/17
195/17 200/10 201/2
201/6 203/2 203/14
206/2 206/23 207/6
207/10 207/14
207/18 208/20 209/7
209/24 210/1 210/9
210/21 211/6 212/16
214/12
rights [10] 2/12
14/4 63/1 65/6 66/2
67/4 67/10 67/15
71/4 207/9
RITTER [1] 2/4
Riverplace [1] 6/21
RMR [3] 215/17
216/22 217/16
S [6] 3/8 3/17 4/10
6/14 8/25 8/25
14/19 17/2  18/13
19/4 19/14  21/2 21/8
84/15
21/15 59/4  171/6

ROSA [1] 6/19
ROSENTHAL [1]
6/10
RPR [4] 1/23
215/17 216/22
217/16
rule [18] 153/8
153/13 153/14 155/1
156/14 157/1 157/17
160/17 170/9 175/4
175/4 182/8 182/11
182/11 182/12
182/14 182/18
182/20
rulemaking [2]
29/15 132/15
rules [9] 9/2 18/15
30/23 132/8 132/11
181/18 181/20
181/22 182/4
run [1] 114/10
running [1] 48/12

S

safeguards [1]

36/8 46/7 51/2 52/4 SCOTT [3] 5/14

said... [8] 110/9     53/1 54/2 58/1 81/21 5/16 5/19

143/25 144/24     82/6 82/20 83/4    screen [2] 157/7

148/14 174/11 187/6 85/15 88/12 103/14 191/21

201/1 203/13     114/19 115/4 154/2 scroll [5] 189/7

SAMANTHA [1]     157/23 158/1 163/7 189/9 193/9 193/13

2/21     171/23 172/4 195/4 194/1

same [25] 30/24     198/22 205/19    se [3] 4/15 21/13

45/13 45/19 63/2     211/10 213/21 214/6 129/13

63/3 68/24 72/22    saying [9] 63/21    SEALED [1]

72/25 92/3 98/12    85/21 100/11 121/18 215/12

110/15 115/5 115/20 138/19 149/5 152/25 search [2] 66/11

120/22 120/25     168/4 203/22     190/15

163/12 163/14 168/4 says [26] 32/1 49/8 searched [4] 191/8

168/9 196/15 197/14 63/9 77/18 77/24    191/17 192/3 192/12

204/2 204/2 204/4 102/7 111/2 118/15 season [1] 146/21

207/7     122/19 142/13    second [1] 156/2

Sandi [1] 176/21    151/18 153/17 157/8 secretary [49] 1/7

SANDRA [5] 1/23 158/6 160/14 160/25 1/12 8/8 11/10 17/1

215/17 216/4 216/22 170/24 173/16     22/9 22/19 23/14

217/16     179/25 180/1 180/12 28/24 38/8 59/3

SANTA [1] 6/19     185/13 194/5 207/19 91/11 91/12 97/10

satisfy [2] 67/12    212/17 213/25     97/11 98/3 102/8

73/3     scan [1] 137/1     102/9 102/15 102/20

satisfying [1] 150/1 scanned [3] 75/17 104/17 106/25

save [3] 65/15 69/6 138/25 139/3     107/12 109/4 109/4

176/3     scenario [3] 154/19 109/8 109/9 162/11

saw [1] 176/4     154/22 155/23     171/2 171/8 173/21

say [36] 13/2 15/18 Schedule [1] 102/11 175/2 187/14 188/23

17/14 20/18 25/23 Schedule A [1]     189/7 189/16 202/12

25/23 28/17 29/7    102/11     202/20 202/25 203/4

school [1] 209/1    205/21 206/17

S        12/24 17/10 22/22 seek [2] 56/19 145/2

secretary... [7]        23/10 24/9 24/16    seeking [1] 65/4

206/21 207/21        26/24 39/10 40/14 seeks [1] 114/10

209/21 215/7 216/7 41/10 41/19 42/4    seen [9] 11/4 12/4

217/5 218/4        53/17 54/21 61/19 42/20 45/11 45/24

Secretary's [13]        65/1 67/23 72/16    122/13 152/24 167/8

97/9 107/4 107/10 78/12 78/23 79/1        171/16

107/17 107/18 108/1 80/4 84/19 84/22    selected [1] 17/20

108/3 108/6 108/8 85/9 86/8 86/17        Senate [4] 19/23

108/10 108/14        91/10 100/25 104/14 20/3 20/4 20/9

108/25 193/19        104/18 105/9 105/16 send [8] 25/25 27/7

section [42] 35/19 107/6 109/12 120/3 28/14 28/17 176/20

35/22 36/16 37/22 120/12 120/24        192/20 200/18 201/9

38/2 38/4 39/13    155/22 161/25        sending [2] 78/11

40/15 40/24 41/1    171/10 210/9 214/4 156/1

50/6 52/16 53/10    Security's [1] 69/6 sends [1] 154/20

53/25 54/19 55/3    see [34] 12/2 27/8 senior [1] 28/19

56/25 79/17 79/25 29/20 35/12 35/14 sense [4] 27/6

80/1 87/16 90/20    36/13 43/21 44/9        154/15 154/17

96/5 97/12 127/16 44/12 46/10 52/21 156/20

127/19 132/23        58/18 75/7 85/22    sent [3] 55/19 75/14

151/14 157/6 159/7 99/24 102/11 111/17 154/25

159/14 160/3 160/17 111/18 116/20        separate [3] 22/22

171/1 181/15 185/2 119/24 120/23        107/25 117/24

197/5 197/10 197/12 123/18 160/18        serdelyi [1] 6/23

199/12 199/15 207/7 164/12 170/22 171/4 serve [2] 76/24

sections [3] 35/25    173/9 173/18 182/1 175/6

36/1 36/4        186/17 193/9 194/2 served [3] 19/22

Securities [1] 162/8 203/22 214/4        189/6 189/15

security [47] 10/4 seeing [6] 28/13    serves [2] 16/25

10/6 12/14 12/21    43/3 45/11 124/3    47/6

124/4 124/15        service [1] 77/3

S    should [14] 41/23    144/7 145/19 146/7

Services [4] 18/14 60/1 92/13 106/19 161/11 164/11

19/10 108/19 108/21 118/15 127/17        164/17 210/10 212/5

session [5] 36/25    132/21 142/8 154/3 217/13 218/22

39/23 41/23 113/14 154/9 163/19 176/22 signatures [7] 46/12

113/16        197/13 202/17    62/5 67/3 71/18 73/6

set [9] 7/19 33/7    show [3] 55/14    74/7 177/13

41/8 67/6 74/24    185/8 188/21    signed [40] 38/6

183/6 188/3 188/12 showed [1] 176/19 48/10 50/20 51/2

189/14        showing [6] 10/21 51/6 51/19 52/10

sets [3] 20/25 31/12 11/21 32/23 41/14 56/23 59/25 60/18

79/13        42/6 194/2    60/19 61/4 82/18

several [3] 59/12    shows [2] 97/19    83/5 83/19 88/21

107/8 165/12    158/2        88/22 89/2 89/6

shaking [1] 9/7    SHUTTS [1] 3/17 134/24 135/1 152/14

shall [3] 173/25    shutts.com [1] 3/19 153/9 154/24 160/5

174/2 181/18    sic [2] 205/5 205/9 161/1 161/7 168/17

SHANNIN [1] 4/10 sign [9] 136/5 136/8 169/7 177/7 177/12

shanninlaw.com [1] 146/1 150/6 150/7 178/21 180/2 180/6

4/12        161/8 169/24 217/10 180/17 181/8 197/9

SHAPIRO [1] 2/9 217/11        205/8 206/12 215/12

share [2] 31/5 95/17 signatories [1]    significant [4] 32/5

shared [1] 95/19    162/21        32/13 33/14 34/11

she's [1] 174/19    signatory [1]    signify [1] 203/15

shed [2] 65/21    179/21        signing [6] 83/2

73/16        signature [27]    83/22 124/25 170/2

sheet [2] 217/9    75/17 75/24 82/15 170/12 217/9

218/1        82/17 136/12 136/22 signs [4] 87/21

short [1] 151/15    137/1 137/17 137/19 88/11 88/13 157/12

shortening [1]    138/22 138/25    similar [4] 58/13

201/15        138/25 139/4 139/4 62/23 115/14 153/9

139/7 141/7 143/8 Simmons [1] 8/19

S   45/16 50/23 84/5   someone's [1] 70/4

simply [2] 30/11    66/5 66/16 77/2 92/1   something [44] 16/8
153/17    93/3 104/9 106/8    21/22 36/11 36/11
simultaneously [1] 110/23 110/24    36/13 36/14 37/4
120/22    129/11 129/11    39/18 44/3 44/3
since [24] 14/1    131/17 134/9 134/16    53/12 56/15 58/1
16/22 17/23 42/8    137/21 141/15    69/14 90/4 93/17
42/18 49/17 49/17    146/11 148/2 148/18    105/1 105/9 105/10
50/2 67/18 68/3    148/22 149/17    106/3 106/12 111/11
69/17 85/2 95/12    151/11 153/18    111/14 114/3 122/12
100/4 100/4 118/25    154/15 167/7 167/8    127/4 127/5 128/8
128/20 128/21 130/7 173/3 177/4 184/8    129/1 129/5 129/9
132/12 132/15    187/25 195/23    129/10 130/3 130/18
145/12 165/14 167/4 196/25 200/10 201/1    140/22 143/6 166/9
single [1] 15/19    210/18 211/3    171/22 192/10
sitting [4] 178/17   somebody [15] 26/4    197/24 200/8 204/15
187/13 196/4 196/11    60/1 63/9 71/11    204/16 213/13
Sjonas [1] 6/6    83/13 83/16 97/2   sometimes [12]
snargiz [4] 215/18    129/11 142/17 146/5    30/14 53/19 67/24
216/23 217/17    150/24 161/7 198/3    78/18 95/4 95/4 95/5
218/23    208/5 208/7    110/13 110/22
so [404]    somebody that [1] 113/15 114/9 126/18
social [5] 80/4 84/19 83/13    somewhere [1]
84/22 210/9 214/4 somehow [1] 111/6 144/25
SOE [2] 56/23    someone [20] 27/3   soon [4] 143/18
83/18    51/9 53/15 54/9 66/7    144/19 152/10 171/1
solely [1] 92/18    67/7 69/24 71/13   sorry [36] 18/2
some [50] 9/2 15/20 77/12 81/25 97/10    27/13 36/23 44/22
19/5 20/15 22/22    137/14 140/19 142/4 46/7 51/25 69/10
34/5 34/8 34/17    146/10 147/24    70/14 78/5 79/7
36/15 37/14 38/16 165/18 184/21    81/12 84/8 86/4
197/16 207/17    96/23 102/2 103/6

S    177/19 194/8    spell [1] 8/24

sorry... [20] 109/15 spearheading [1]    spells [2] 46/19
120/18 127/15 134/8 110/3    183/3
135/12 145/6 148/16 specific [36] 12/6 spend [2] 32/22
152/1 160/23 163/16 27/5 28/3 32/23    34/17
172/25 173/1 182/6 37/15 38/13 39/8    splcenter.org [3]
185/7 193/15 202/3 40/1 46/15 47/12    2/9 2/10 2/11
202/14 203/24 204/3 47/13 50/11 50/17 spoke [2] 112/13
208/16    62/14 65/9 68/20    147/11
sort [3] 51/2 53/21 75/22 92/17 95/1    sponsor [73] 47/5
57/11    95/20 111/19 123/5 87/19 89/1 90/22
SOS [1] 7/19    134/1 141/14 141/16 90/22 91/23 92/24
SOS169323 [1]    143/9 165/7 166/22 96/6 97/1 97/20
193/8    167/3 167/5 167/19 98/18 99/1 99/3
sosaki [1] 2/22    168/15 171/23 174/5 100/1 100/20 103/8
sound [5] 131/19    178/19 211/4    117/9 117/10 117/13
132/5 148/24 148/25 specifically [26]    119/2 122/5 122/11
188/6    9/21 10/9 12/5 37/16 150/15 150/19
Sounds [1] 188/8    46/11 53/13 53/24 150/20 151/4 151/5
source [2] 26/19    55/19 70/10 73/18 151/7 151/18 151/21
69/23    81/1 86/25 94/2    151/25 152/4 152/10
sources [1] 68/25    94/14 116/3 127/3 153/12 153/18
South [2] 1/18 3/4 128/17 160/24    153/19 154/2 154/5
SOUTHERN [2]    168/10 191/15    154/16 154/20
2/6 8/18    194/18 195/25    154/25 155/1 155/24
speak [6] 12/22    196/10 205/4 206/8 157/2 157/9 157/20
86/22 101/21 109/5 210/3    158/4 159/8 159/15
156/21 196/10    specifics [3] 29/2    159/16 160/5 160/12
speaking [9] 24/20 34/18 194/17    161/21 170/24 171/2
26/20 72/20 101/14 specifies [1] 77/12 171/15 171/17 172/8
140/7 159/21 159/22 specify [3] 10/6    172/15 172/18
10/10 172/7    172/19 173/10

S    168/2    74/15 76/4 80/7 81/8

sponsor... [11]    staffed [1] 142/1    81/9 100/18 102/8

173/17 173/21    staffs [1] 141/19    102/10 102/15

173/23 174/2 175/8 stamp [9] 89/22    102/20 102/23

176/9 181/22 185/1 90/1 90/2 120/7    104/17 106/22

199/20 201/5 201/10 156/8 156/8 156/9 106/23 106/25

sponsoring [6]    193/9 193/21    106/25 107/19 109/4

21/19 99/8 124/8    stamped [2] 171/19 109/9 125/12 136/2

133/14 133/16 150/9 193/8    146/13 162/11 171/9

sponsors [25] 33/7 stamping [2] 157/3 185/22 188/24

103/6 103/6 103/15 157/3    189/16 205/24

123/1 123/10 123/15 stamps [1] 203/14 205/24 207/25 215/3

124/2 124/14 125/3 standard [1] 143/17 215/7 216/2 216/7

133/11 133/17    STARNES [1] 5/8 217/5 218/4

149/19 150/4 152/25 start [9] 9/24 10/20 state's [4] 91/12

172/12 172/24 173/4 37/19 62/19 111/25 98/19 100/8 175/2

178/23 181/20 182/4 113/22 132/7 137/9 stated [10] 61/12

182/9 200/16 201/14 152/1    64/19 72/8 74/21

201/18    started [7] 14/6    74/22 80/17 84/20

SSN [1    ] 81/20    19/7 25/23 43/24    92/10 112/17 210/14

SSN4 [4] 75/6 76/18 49/6 87/15 195/18 statement [1] 67/5

186/21 212/4    state [70] 1/8 1/12 states [8] 1/1 30/14

St [3] 2/14 4/3 6/19 3/2 3/7 8/8 8/21 10/2 30/22 31/3 58/19

staff [19] 13/10    11/10 12/15 16/6    71/18 101/22 116/24

19/22 19/24 27/22 16/18 17/2 17/23    statewide [4] 42/12

28/9 28/25 30/10    20/22 21/12 23/14 42/14 52/14 133/7

75/15 82/23 83/18 25/11 28/2 28/24    stats [1] 140/9

95/20 95/23 113/17 30/23 30/24 32/10 status [3] 67/10

114/14 137/25 138/4 38/8 38/12 39/15    72/11 75/10

138/23 147/21 190/9 42/1 58/22 59/4    statute [18] 10/8

staff's [2] 144/18    59/18 62/12 66/15 10/10 36/1 47/16

67/19 71/21 74/9    77/4 80/1 84/23 88/3

S                    100/16 103/12        stuff [2] 15/9 26/10

statute... [10] 98/1 110/12 110/12        subject [5] 27/20

109/21 128/13        110/23 110/24 111/2 91/23 174/17 211/5

129/12 170/14        111/2 111/5 117/10 212/15

171/12 173/16 180/1 124/4 124/5 124/6 Subjecting [1]

197/3 198/12         124/9 124/20 124/22 212/19

statutes [9] 10/9    124/25 125/6 131/22 subjects [1] 13/7

29/9 31/1 35/17      132/1 144/7 145/3 submission [3]

35/19 36/16 41/2     145/21 155/18        146/16 151/13

79/18 98/13          167/10 178/7 204/13 151/16

statutory [2] 31/1 straightforward [3] submissions [1]

129/17               46/1 143/5 156/19 144/17

stay [1] 29/11       STRAWN [2] 2/19 submit [12] 43/3

Ste [1] 4/10         195/9                45/5 70/2 136/8

stenographic [1]     Street [8] 1/18 2/3 141/6 145/16 151/6

216/11               3/4 3/8 3/17 4/15   152/25 160/13 163/9

stenographically [2] 4/20 5/9            179/13 211/21

1          /22 216/6          Strike [1] 201/23 submits [4] 82/4

step [9] 23/18 50/13 strong [3] 82/10        130/17 144/12 146/6

S summary [1] 70/14 56/22 56/24 57/8

submitted... [5]    SUMTER [1] 6/19 57/25 58/6 58/9

168/12 178/2 186/13 supervision [1]    59/15 69/7 69/16

186/14 202/19    20/22    69/17 69/18 69/18

submitting [1]    supervisor [56] 4/8 74/1 78/5 80/23 81/5

51/10    4/13 4/18 5/2 5/7    82/21 82/22 82/25

subsection [39]    5/12 5/17 6/2 6/7    83/21 86/1 89/9

37/23 40/20 41/1    6/12 6/17 26/14    103/17 104/3 105/19

50/14 50/19 50/21 26/15 27/12 52/14 119/5 129/24 133/2

50/22 58/10 58/17 53/3 56/9 57/3 71/12 133/8 134/10 134/18

59/9 79/18 87/18    87/20 88/4 88/15    153/19 153/21 154/1

90/24 91/5 91/8 94/9 88/19 88/24 89/1    154/13 164/7 164/25

116/22 121/7 159/1 89/2 89/3 89/5 89/9 165/4 167/10 167/12

160/18 162/18    89/15 89/19 89/21 178/24 179/8 179/10

163/19 170/18    90/1 91/24 104/7    200/19 203/14

170/21 171/15    104/20 109/7 117/1 210/22

179/18 181/15    118/4 119/1 120/7 supervisors' [2]

181/16 181/17 182/9 121/9 130/10 130/16 83/16 134/5

185/13 197/1 197/6 152/4 154/9 157/10 support [5] 19/12

199/12 200/12 206/3 158/22 161/5 163/2 80/12 96/17 128/8

207/6 213/15 213/24 164/9 169/11 169/12 129/21

substantial [1]    186/14 200/23    supporting [2]

33/10    201/11    19/15 130/16

such [11] 58/20    supervisor's [1]    supportive [1] 40/2

144/15 171/3 172/16 166/10    suppose [2] 168/19

181/21 182/3 182/8 supervisors [66] 4/2 179/4

186/1 196/1 199/19 15/7 21/3 22/1 22/3 supposed [3] 32/2

206/21    22/8 29/17 49/19    138/13 153/18

sufficient [4] 171/14 50/12 50/16 50/19 sure [43] 15/19 26/9

171/25 172/13 175/7 51/18 52/5 52/7    43/24 43/25 45/3

Suite [2] 2/14 6/14 52/18 55/2 55/7    47/24 48/22 53/6

55/22 56/4 56/12    54/4 54/12 56/13

S          159/10 160/16

sure... [32] 75/16    T [3] 4/7 8/25 8/25 169/11

77/11 80/17 84/3 86/9 TAGHDIRI [1]       talked [10] 15/8

87/11 93/12 101/6 6/16              35/16 54/25 116/3

106/18 116/18     take [45] 9/1 12/9 139/12 150/21

119/22 123/2 134/9 23/18 31/7 37/5       158/18 159/13

137/16 137/17      39/20 39/21 42/24 212/12 212/15

138/23 143/3 145/2 43/1 43/9 46/4 52/21 talking [15] 15/20

146/5 146/24 148/3 57/6 59/6 60/8 62/19 40/22 44/25 50/4

160/24 173/13      63/8 72/18 75/2 87/7 52/19 57/8 59/8

174/20 175/22 179/1 90/9 96/19 101/4      100/16 101/10 132/7

182/7 208/14 208/21 102/7 110/8 116/19 143/11 178/5 179/12

212/1 212/24 213/5 127/16 131/2 135/16 203/24 203/25

surrounding [1]      135/22 141/9 143/21 talks [5] 23/5 117/3

31/19          145/17 145/18 147/3 153/14 157/1 159/7

SUSAN [1] 6/22      147/17 147/17 167/6 TALLAHASSEE

suspected [1]      174/22 183/9 188/4 [8] 1/2 1/19 2/7 3/4

125/17          191/25 198/23     3/8 3/13 3/18 4/6

SUTPHEN [1] 6/14 212/22 213/24       Tampa [1] 5/4

SUWANNEE [1]      taken [4] 62/20 85/2 TAYLOR [1] 6/19

6/19          145/11 197/24    tdato [1] 2/23

SWAIN [1] 4/16     takes [3] 57/3 137/6 team [1] 110/15

swear [2] 8/2      145/1       Teams [2] 192/15

218/20          taking [10] 7/16     192/20

sworn [2] 8/10      10/14 37/9 40/4 43/8 tech [1] 9/13

215/9          62/19 84/24 101/24 technical [5] 34/25

system [2] 69/4 69/5 147/9 154/21       62/13 71/22 74/16

Szilagyi [3] 7/5     talk [14] 9/17 13/10 80/8

131/2 131/11       13/13 15/25 23/15 Technically [1]

45/10 46/22 95/18 75/12

101/5 113/19 132/4 tell [2] 78/21 171/13

tells [1] 21/2

ten-days [1] 159/18    testimony [10] 8/3

temporary [6]    tend [1] 44/9    10/12 10/15 13/14

76/23 77/7 77/9    term [4] 128/1    159/14 160/3 195/14

77/13 77/25 214/1 128/11 128/25    195/25 213/22

ten [53] 87/21 88/9 140/23    218/20

88/9 88/10 88/12    terminology [1]    text [2] 192/2 192/4

89/4 119/11 151/12 60/21    than [55] 15/25

151/15 152/5 152/12 terms [8] 23/11    38/6 40/22 45/18

152/13 152/17    26/20 129/17 148/8 51/10 51/13 52/4

152/20 153/7 153/7 159/8 191/11 191/14 53/20 54/9 60/16

154/23 154/24 155/1 191/16    61/4 68/10 89/12

155/13 155/18    TESSITORE [2]    101/22 103/1 118/2

156/14 156/20 157/5 5/14 5/19    118/3 123/18 139/7

157/11 157/15    tessmari.com [2]    144/15 147/3 147/17

157/17 158/9 158/12 5/16 5/22    149/13 151/9 153/10

159/18 159/22 175/4 test [12] 45/22    154/12 154/24 157/4

177/6 178/22 179/3 45/24 46/5 46/8    158/20 161/12

200/11 200/13    47/17 47/20 48/4    161/12 164/10 170/2

200/14 201/15    48/15 49/4 49/12    170/12 177/13 178/2

201/19 201/21 202/2 49/15 49/16    178/22 178/24 181/5

202/3 202/13 203/5 testified [14] 8/11 181/7 181/7 186/19

203/7 203/9 203/19 133/1 133/6 134/9 191/17 192/10

203/19 205/8 205/9 135/15 146/10    192/12 192/14

205/12 205/20    147/22 148/11    192/25 192/25 193/3

ten-day [16] 119/11 149/18 165/2 200/25 193/6 199/19 203/6

151/12 151/15 153/7 207/12 209/24 210/4 206/12 206/18 207/2

153/7 155/1 156/14 testify [8] 11/9    thank [14] 9/1

157/17 175/4 177/6 11/14 12/10 12/16 16/12 16/13 38/1

200/11 200/13    12/19 13/7 13/20    79/19 98/17 135/15

201/19 203/5 205/9 102/10    163/18 168/16

205/20    testifying [2] 135/8 176/25 184/8 186/22

149/17    195/4 213/4

162/16 165/6 165/19 149/20 150/13

that [1134]        165/24 165/24        154/10 161/6 168/17

that's [103] 9/19    165/24 170/14        168/22 169/7 169/22

17/13 21/15 21/22 175/22 180/23        175/5 178/3 179/10

22/16 22/22 31/6      182/16 188/14        181/9 181/21 184/6

31/21 32/2 41/25      188/14 194/21        186/2 187/9 187/20

44/5 45/9 45/14 48/6 195/19 197/2 197/21 187/22 188/1 201/1

50/21 52/1 52/23      197/23 198/1 198/22 206/12 207/8 210/8

54/20 55/9 55/11      199/5 201/8 202/16 210/19 211/1 211/2

56/8 58/2 65/24        202/16 203/21      them [59] 21/9 23/9

66/12 66/16 70/4      204/23          45/15 51/11 52/24

70/5 70/6 71/10    their [86] 24/9      56/9 56/13 58/3

76/18 76/25 78/13 24/16 25/14 30/15 59/17 60/15 65/13

78/13 79/24 82/16 32/18 32/18 39/11 67/11 68/11 69/8

84/24 86/20 89/9    41/6 41/22 45/5 45/6 69/23 76/12 76/14

97/13 100/24 105/10 45/16 46/14 51/16 76/15 78/12 78/14

110/7 114/5 115/23 54/22 65/1 65/5 66/2 86/10 92/12 94/23

117/20 117/20        66/23 67/4 67/10    94/24 104/11 104/16

117/21 118/12        69/1 69/5 69/13 71/4 109/25 115/2 120/6

118/12 119/24        71/9 76/20 80/2      125/1 134/14 134/24

120/25 124/16        81/16 81/17 81/17 142/14 143/17

128/10 130/13        81/17 81/18 82/22 144/19 145/21 146/3

130/23 136/23 138/3 83/17 89/10 96/15 148/14 148/23

138/16 139/2 140/4 99/9 99/10 99/11        152/16 152/19 154/5

141/7 142/12 142/16 99/14 99/17 99/18 156/1 157/3 165/10

144/20 146/25        105/10 106/12      166/7 167/17 167/23

148/14 151/8 151/24 110/25 111/25        168/6 169/1 169/13

152/2 155/8 155/14 134/24 134/25        177/23 179/3 179/5

156/11 158/11        136/20 137/1 137/19 200/3 201/21 212/19

158/13 159/19 160/7 137/19 141/5 141/11 217/9 217/9

160/11 161/23        141/13 141/18    themselves [9]

145/22 146/6 147/7 51/15 51/16 150/23

145/25 146/10 150/8 94/19 96/19 97/16

themselves... [6]    151/25 152/3 154/20 97/25 103/9 103/25

151/8 153/22 178/3 154/23 155/14 156/1 107/7 107/8 108/4

181/9 198/9 199/9 158/11 158/12    108/18 112/3 112/9

then [109] 14/10    158/25 161/15    113/5 116/18 117/17

14/11 14/12 22/16 162/12 171/11    120/14 121/4 122/19

22/18 22/21 23/6    171/12 171/19    123/12 124/17 125/2

23/15 23/21 23/23 171/22 176/2 181/14 126/21 130/6 133/20

24/22 27/9 27/14    186/11 186/13    136/7 137/8 137/20

28/16 28/17 29/15 186/14 186/15    138/20 139/17

48/16 56/17 56/17 186/16 195/2 201/5 139/20 139/21

57/14 66/10 66/10 201/10 204/16    139/22 143/21

66/16 69/7 71/10    210/19 210/19 212/9 143/24 144/19

73/2 75/5 75/13    there [140] 9/3 9/13 147/10 150/7 154/7

75/14 75/19 76/6    13/11 13/18 15/16 155/7 158/17 162/12

76/12 76/19 76/23 15/17 22/4 22/5 22/5 165/22 166/2 166/5

78/22 82/14 83/6    22/18 22/19 24/10 166/11 166/13

95/17 96/19 97/6    26/7 26/23 26/25    166/19 167/7 167/19

98/6 100/25 103/12 27/7 27/20 29/24    167/20 168/10

107/2 107/6 107/21 29/24 30/16 34/3    168/14 172/11

108/1 109/8 109/25 34/4 36/5 43/12 44/8 176/16 177/24

110/1 113/16 114/8 44/12 44/25 45/5    177/25 178/7 178/12

114/14 114/15 117/3 46/20 49/12 49/14 182/24 184/19

120/9 120/9 120/14 51/5 54/8 55/1 55/14 186/15 190/15

121/5 121/17 121/19 55/14 59/12 63/8    190/20 194/11

122/5 126/11 130/4 66/4 66/5 66/18    195/15 198/18

135/21 135/24 136/2 68/18 68/19 68/20 198/18 199/3 199/13

136/3 136/8 136/12 75/13 75/18 77/10 201/25 203/17 205/2

136/14 136/15    80/22 81/2 81/3 83/7 205/14 205/16 207/6

136/16 136/17 137/1 83/7 83/15 84/2    208/19 211/7 211/14

137/10 138/21    84/15 93/3 93/10    211/17 212/7

93/15 93/20 94/1    there's [79] 14/22

Thereupon [1] 6/7    111/23 120/1 121/20

there's... [78] 22/12    these [43] 12/10    126/10 128/7 130/21

23/6 24/3 30/22    13/7 20/3 30/18    136/1 136/4 136/18

30/22 44/2 57/11    31/16 33/19 49/18 138/13 138/14

59/18 59/19 63/9    58/20 62/4 63/20    140/11 141/7 141/10

66/16 68/15 69/7    64/15 65/17 82/13 143/7 143/8 144/18

75/4 78/3 79/2 82/14 91/16 93/11 93/21 149/2 149/21 151/21

84/22 93/24 93/24 97/23 107/7 108/9 153/2 156/9 156/11

93/25 95/13 99/12 110/23 110/24 125/9 158/3 158/23 161/18

99/12 105/6 107/4 125/16 126/19    164/11 164/11

108/5 108/6 108/19 129/16 130/19    168/24 169/1 171/21

108/20 108/21    134/18 138/9 150/2 179/5 180/23 187/20

111/19 114/23    150/25 154/2 172/23 191/12 201/20

117/24 119/24 121/2 173/3 173/6 189/21 they've [16] 45/16

121/2 121/3 121/19 189/24 190/3 190/6 46/13 54/23 78/9

125/20 130/2 135/21 190/10 191/8 191/18 78/15 122/2 143/6

136/11 136/12 138/2 191/20 212/17    146/7 150/1 164/23

138/15 138/17    they [356]    171/10 179/2 179/3

138/22 139/1 139/25 they'll [3] 26/25    187/23 187/24

140/3 140/24 144/3 27/7 130/4    200/22

148/1 148/2 149/11 they're [67] 9/19    thing [11] 36/3

149/24 150/22    26/18 32/2 34/14    59/13 63/3 81/13

158/18 159/11 163/3 37/9 45/13 45/19    105/13 114/25 149/9

164/10 165/16    49/21 55/8 55/24    163/7 204/2 204/2

165/17 166/1 169/17 55/24 60/14 70/21 204/4

185/22 191/11 198/2 76/16 78/11 82/10 things [12] 15/7

198/12 198/15    82/21 85/13 86/19 18/15 26/25 29/19

198/15 200/1 202/5 86/22 86/22 95/2    30/12 50/17 59/13

204/16 207/16    95/16 96/18 99/2    64/5 66/6 83/13

210/10 210/16    103/11 103/14    105/17 111/2

therein [1] 218/20 103/14 105/12    think [62] 26/2

105/12 111/23    41/21 43/5 43/7 44/4

115/13 115/17          208/16

think... [57] 44/21 115/22          thought [2] 40/21

57/10 58/2 58/14    this [266]          148/22

60/7 68/25 73/15    Thomaswood [1]    thoughts [1] 106/12

76/25 77/10 83/12 4/5          three [8] 17/4 25/6

92/21 93/2 93/8 95/9 those [67] 9/22    138/2 138/9 141/22

99/8 99/13 104/12 12/14 13/1 14/4    141/24 176/16 190/3

105/7 105/9 106/4 15/19 17/6 18/18    threshold [2] 57/12

108/6 109/10 109/19 22/3 23/13 24/22    60/22

111/1 123/5 128/9 25/21 27/13 27/13 through [43] 24/5

128/24 130/1 130/2 27/14 27/20 31/12 26/25 27/1 27/2

130/24 143/20    31/19 34/10 34/18 27/11 28/11 34/18

143/20 144/7 144/9 36/21 37/16 43/7    39/11 44/1 50/23

149/9 149/12 152/8 45/10 51/4 55/21    66/9 68/10 75/9

152/10 152/24    62/2 64/19 67/14    75/19 77/11 78/10

158/18 162/1 162/16 72/7 82/8 89/3 92/2 86/13 91/24 92/3

176/14 178/12    97/25 103/9 105/22 92/3 92/12 111/5

182/16 187/8 188/3 108/7 119/15 121/5 112/16 114/10

192/18 197/14    121/14 126/6 128/11 130/10 130/20 136/3

197/23 199/14 200/8 129/22 133/7 134/13 141/5 142/18 144/10

208/5 208/13 211/24 141/22 141/24 148/6 144/19 161/4 163/1

212/25 213/20    150/14 151/24 152/2 189/8 190/4 190/5

thinking [1] 29/8    152/4 152/11 152/12 191/4 192/10 195/13

third [8] 18/17    154/5 154/8 182/22 195/21 200/17

21/20 58/14 115/13 182/25 190/4 197/19 212/23 216/10

115/17 115/22 197/7 198/22 200/18    Thursday [1] 1/14

199/16    203/20 210/5 210/24 tied [2] 66/23 87/11

third-degree [1]    212/12 212/14    ties [5] 187/4 187/9

199/16    212/15    187/15 187/22

third-party [6]    though [4] 42/24    187/25

18/17 21/20 58/14 89/12 159/12 208/16 tighten [1] 26/9

though that [1]    Till [1] 18/9

today [15] 6/14    7/17 5/3

time [50] 18/9 18/23 10/15 11/18 13/15 touch [1] 188/13
18/25 19/2 19/17    13/20 16/1 131/12 touched [4] 15/19
32/22 34/17 41/22 148/13 178/17    54/8 138/7 140/13
43/11 43/13 43/13 187/13 195/22 196/4 touches [1] 134/23
44/6 52/7 55/18    196/11 200/25    towards [2] 103/6
65/16 66/8 89/21    213/16    127/17
90/1 90/2 90/17    TODD [1] 5/5    TOWNSEND [1]
90/19 120/7 125/12 todds [1] 5/6    6/14
137/5 139/18 142/2 together [6] 92/21 track [3] 52/6 85/21
144/25 145/11    110/2 110/10 110/16 85/25
146/16 147/3 147/8 136/13 213/25    tracked [2] 51/20
156/3 156/8 157/3 told [4] 47/25    86/15
164/17 167/24 168/7 164/23 164/25 165/8 tracking [12] 54/6
168/21 195/4 200/22 too [5] 83/12 111/2 54/11 79/2 86/6 86/9
201/15 202/13    116/17 126/14 191/7 86/19 86/23 92/10
202/19 204/11    took [12] 43/7 60/9 172/23 173/1 173/2
204/13 205/16    67/18 68/3 87/12    173/6
205/23 213/5 217/11 101/7 101/10 131/6 tracks [1] 93/17
218/20    188/9 194/11 195/16 trained [1] 53/21
timeline [3] 48/23 213/1    training [30] 46/13
143/12 200/11    top [6] 106/21    46/17 46/21 46/23
timelines [1] 179/12 107/16 189/9 193/13 47/23 47/23 48/7
timely [5] 21/14    193/24 194/1    48/20 49/7 49/8
177/17 178/9 178/17 topic [8] 16/9 16/11 49/11 49/13 49/14
204/15    28/17 56/16 57/9    50/5 73/25 103/2
times [6] 13/25 43/1 87/8 106/2 183/7    103/5 103/7 123/22
46/4 106/5 111/7    topics [10] 7/17    133/19 133/22
139/17    11/11 11/19 12/1    133/25 134/2 135/16
title [2] 16/5 16/17 12/6 12/10 12/11    135/22 136/15 141/9
titles [1] 28/3    13/16 13/18 175/11 145/16 145/17 146/8
TORCHINSKY [2] transcribing [1] 9/4

151/17 151/18 152/11 85/25

transcript [7] 216/8 152/16 154/16

216/9 217/9 217/11 163/18 170/18

217/12 218/2 218/19 178/23 179/3 181/14

transport [1]        206/2 207/5

134/24        turned [9] 151/25 U

treated [1] 209/1     203/5 203/6 203/15

204/11   204/12      U.S [3] 30/2 73/7

trigger [4] 59/25                186/23

60/22 103/23 104/1    204/20   205/7   210/16

turning   [11]   61/25 uh [6] 9/7 18/2

triggered [1] 178/1                100/15 125/24

trouble [1] 147/24    74/5 87/6  87/8  96/5

116/2  125/1    132/23  128/22 211/2

true [6] 63/10                 uh-huh [5] 18/2

150/16 150/17      158/25  179/14   181/2

turns  [3]  111/10      100/15 125/24

216/10 218/20                128/22 211/2

218/21        158/15   201/10

twelfth   [1]   89/6    uh-hum [1] 9/7

truly [3] 121/13              ultimately [9] 109/5

153/14 217/15     Twenty   [1]  60/17

Twenty-five     [1]   119/18 119/19

trust [2] 100/9                119/21 120/23 122/6

149/25        60/17

two  [16]   12/14  13/3  128/4 128/9 155/19

truth [3] 8/4 8/4 8/5          unable [2] 83/1 83/4

truthfully [1] 10/18   41/18 83/16   97/25

107/7  131/3    143/22 unclear [1] 9/10

truthfulness [1]           under [69] 10/12

209/3        144/24  145/4  145/7

150/25   154/8  186/22  22/4 22/7 22/12

try [9] 90/17 93/14             22/16 22/18 39/14

114/10 132/4 142/17  190/1  190/2

two-minute   [1]   42/9 54/18 65/13

typical [1] 45/17

typically [7] 23/5

91/22 96/13 98/6

104/20 111/22 130/9

166/18 195/21

199/13 206/5        131/3

                TYLER      [2]  2/22    73/2 79/25 80/1 90/8

trying [5] 33/18                      90/20 91/5 91/8

  45/3 46/10 195/13      195/8

                type  [5]   57/20  92/11  91/11 91/16 91/19

  204/8                          92/8 92/17 92/18

turn [13] 101/25      166/10  207/17   209/6

                types [2] 57/23        93/16 94/17 94/22

677 170/19 171/10

U           58/15 56/2 58/7    15/19

under... [40] 95/7   118/10 121/6 122/15 unregistered [6]

95/7 96/3 98/23 99/5 129/2 153/25 156/13 163/23 164/22

99/17 99/19 100/16 166/19 170/7 173/24 166/23 167/11

100/17 102/25       174/1 177/7 190/7 167/13 168/12

105/24 105/24 107/2 understood [6]     until [11] 20/8 37/6

107/2 107/7 107/21 102/4 102/13 122/4 46/13 49/7 63/8

108/1 108/2 108/5 147/22 196/22       66/15 89/5 145/17

108/8 108/9 108/13 198/18          145/18 175/20

108/13 108/23     uniform [1] 154/7 210/15

110/19 123/3 126/7 uniformly [7] 21/7 untruthful [1]

127/6 131/22 159/7 21/10 21/10 21/11 100/19

162/10 171/15       21/25 22/1 23/1    untruthfulness [3]

173/15 175/7 184/13 UNION [1] 6/13       14/23 14/25 15/1

185/22 186/24 194/4 unique [1] 183/18 unusual [5] 113/12

203/10 218/19     uniquely [1] 183/19 114/19 115/4 129/5

underlined [1]    unit [1] 17/5       141/1

170/22       UNITED [4] 1/1    up [56] 23/8 26/9

underneath [1]     71/18 196/16 196/19 27/9 37/3 37/16 43/8

107/11       units [2] 12/15 27/5 43/8 48/11 59/17

undersigned [1]    universe [1] 109/6 61/8 69/23 78/14

215/5       unknown [2] 7/18 85/16 85/22 87/11

understand [16]    174/18          113/13 113/17

9/11 10/11 11/13   unless [8] 9/20     113/24 114/2 114/13

13/14 36/8 44/21    14/18 14/19 38/7    119/15 119/18

51/11 56/13 70/13 138/11 151/7 159/18 119/19 120/23 122/6

93/8 93/13 106/18 211/7             131/16 132/18 136/5

129/15 131/21     unpaid [10] 177/8 137/10 138/14

131/24 204/8       177/11 177/18 178/8 141/17 146/1 150/6

understanding [18] 178/10 181/4 181/11 150/7 151/13 153/3

26/16 31/25 45/14 182/4 182/9 182/18 157/7 158/20 164/3

unprepared [1]     170/20 171/20

U          154/5 159/8 159/10 validated [1] 170/10

up... [15] 172/15    160/20 161/2 161/16 validly [1] 184/13

174/15 174/18        162/24 167/10      Vanderlaan [1]

176/14 183/15        167/17 168/2 177/20 6/25

183/20 184/14        178/1 183/24 184/14 variety [3] 79/3

188/23 193/7 193/13 184/18 191/12        148/21 166/19

194/23 201/5 205/17 192/13 192/15        various [2] 64/19

205/25 213/8         192/17 192/19       79/8

update [1] 75/17     192/24 193/4        verification [4]

updated [1] 75/24 used [10] 91/19        82/17 83/3 165/21

upload [10] 119/13 105/13 148/9 161/8 179/10

136/12 136/22        165/19 181/21 184/3 verified [7] 83/7

136/25 137/2 137/17 191/14 191/16        164/6 165/23 166/6

137/19 138/21        203/14           166/14 166/17

138/24 146/8      useful [1] 30/7      169/16

uploaded [4] 75/25 user [3] 45/8 45/17 verifies [2] 82/5

120/6 120/20 130/12 148/4            139/13

uploading [1] 119/6 uses [5] 63/1 98/11 verify [14] 65/10

ups [1] 213/6        151/19 159/9 184/20 65/11 73/6 77/9 81/5

urgency [1] 154/13 using [12] 61/21     81/7 82/6 82/11 83/1

us [13] 9/13 9/14     80/13 81/6 84/23    83/25 99/4 139/4

9/18 12/1 36/13 40/4 84/24 124/18 150/24 139/24 164/10

49/9 50/16 69/15    150/24 177/19 182/4 verifying [3] 82/21

92/5 110/18 115/8 182/9 183/16          139/18 140/1

119/6            usually [2] 26/3    versa [1] 106/14

use [39] 27/4 60/25 56/8             versions [1] 10/10

61/10 61/21 68/24 UTHMEIER [1]         versus [4] 8/16

77/8 98/16 99/25    3/11             12/13 148/4 202/2

100/1 150/19 150/23 V               very [14] 26/3 30/12

151/1 151/3 151/16 valid [4] 164/20     46/15 58/13 62/23

151/20 152/3 152/18 166/7 166/17 169/16 86/9 140/5 142/13

143/8 194/1 208/19

v... 171/24 172/8 172/13 193/24 201/9 201/16

very... [3] 212/25    173/8 173/11 174/2 206/18 207/1

213/4 217/15    174/3 174/6 174/13 volunteers [12]

via [4] 2/1 58/5    200/1 207/20    60/14 60/14 177/9

105/18 134/10    violations [30] 7/18 177/11 177/18

vice [1] 106/14    23/3 67/21 68/5    178/10 181/5 182/4

video [1] 192/21    68/22 73/13 73/20 182/10 182/18

view [7] 34/19    78/7 91/10 92/7    201/14 206/11

187/3 187/14 200/4 93/10 93/15 93/21 VOLUSIA [2] 6/2

202/12 202/20 208/1 94/8 103/4 103/23 6/3

viewing [1] 120/22 104/1 104/2 105/16 volusia.org [1] 6/6

violate [1] 157/17    127/21 130/8 164/24 vote [5] 62/10 65/6

violated [8] 24/22 165/1 165/10 174/18 66/2 160/8 198/17

100/21 155/1 160/22 175/3 175/8 176/5 votemiamidade.gov

161/3 162/25 165/12 177/21 178/1    [1] 6/11

208/8    virtue [1] 130/12    voter [94] 18/14

violates [1] 185/1 VOGEL [2] 1/17    18/15 18/17 21/20

violating [2] 204/24 3/3    26/19 27/12 47/6

208/9    volition [1] 150/15 58/14 62/24 63/2

violation [45] 23/6 volume [6] 143/18 66/13 68/9 68/9 68/9

24/10 59/19 67/17 143/24 144/17    69/3 71/5 71/13 76/5

73/20 90/23 92/25 147/20 149/15    79/8 79/14 79/22

94/3 97/3 97/8 97/12 153/23    80/1 81/4 81/17 82/1

97/24 104/8 104/9 voluntarily [1]    82/12 83/22 84/3

104/10 104/12    112/23    84/13 85/5 87/21

111/20 112/3 121/19 volunteer [19]    87/21 88/11 88/12

122/7 122/13 126/9 60/20 60/24 61/16 88/23 89/6 89/13

128/9 129/11 130/6 150/12 150/22    91/25 115/13 115/17

135/2 158/13 161/17 152/17 152/18    115/22 117/2 117/7

162/5 162/12 170/25 178/11 178/18    117/12 117/14

171/1 171/3 171/18 181/12 182/20    117/23 118/1 118/11

182/22 183/1 183/2 118/19 121/10

waiting [2] 147/13 20/14 20/15 24/10

voter... [44] 121/22 147/16      24/20 24/20 25/7

122/3 122/4 122/10 waive [3] 217/8      26/20 26/20 33/1

130/17 139/9 139/11 217/13 217/13      34/24 35/10 39/9

149/25 150/23     WAKULLA [1]      39/9 40/2 41/5 41/14

153/11 154/24 155/5 6/19      42/6 43/5 43/13

155/6 157/11 157/12 walk [1] 75/9      46/11 47/20 48/3

157/17 157/19     WALTON [1] 6/19 48/8 48/10 48/10

157/21 157/22     want [30] 26/8      48/13 48/15 48/17

157/23 158/5 158/6 32/16 36/8 41/18      48/23 49/12 49/14

158/15 160/1 160/6 41/23 43/1 44/6      53/7 55/1 60/2 60/4

160/14 161/22 163/7 47/23 48/22 50/24 60/4 63/12 63/21

169/2 169/7 169/13 51/8 51/8 53/6 54/4 64/6 66/5 69/24

169/15 169/21     56/13 60/7 66/22      69/25 72/2 73/25

180/13 186/20 190/3 69/10 76/25 81/15 74/22 77/3 77/5 77/5

192/8 197/17 198/8 87/7 116/21 127/15 77/7 79/12 80/18

198/13 198/16 199/8 140/14 148/3 149/3 81/22 81/23 82/18

201/6 212/5      172/20 175/13 183/9 83/15 83/17 83/22

voter's [7] 80/4     195/3      83/25 84/11 84/11

82/15 84/19 161/13 wanted [3] 63/24     85/23 86/25 88/20

199/18 199/24 210/7 87/3 107/12      90/4 90/6 93/4 94/4

voters [6] 83/2 86/1 wanting [1] 146/22 97/6 97/18 100/2

99/13 158/19 196/8 wants [2] 21/21      100/19 101/24

201/1      28/13      107/13 109/20

voting [7] 14/4     was [203] 11/1      112/18 117/16 120/8

18/18 63/1 67/4     11/23 13/11 13/12 121/16 121/17

67/10 67/15 207/9 14/7 14/8 14/12      123/12 123/16

vs [2] 217/4 218/3 14/19 16/9 16/10      126/16 130/6 132/12

17/20 17/22 17/25 132/16 135/5 136/22

W      18/3 18/5 18/7 18/24 144/22 144/24

W [2] 6/4 8/25     19/7 19/12 19/20      145/12 148/13

wait [1] 83/18     20/5 20/7 20/7 20/11 148/16 148/17

W... [??] 210/7 212/8 213/5 214/12 214/13

was... [86] 152/15 216/5 216/9 218/20

152/18 153/1 154/24 218/20

154/25 155/2 155/3

155/4 155/8 155/9

155/10 155/16

155/25 157/4 161/9

161/10 162/12

164/13 164/17

164/18 165/15

165/20 166/8 166/12

166/21 166/22 167/4

167/24 167/25 168/6

168/7 168/11 168/11

168/17 168/20

168/23 169/5 169/22

169/23 172/4 176/17

178/7 182/13 182/24

188/17 188/19

189/23 190/19 191/6

193/18 194/15

194/17 195/1 195/25

197/1 198/24 200/12

200/13 201/25

202/10 203/3 204/3

204/11 204/12

204/20 204/21 205/3

205/4 205/5 205/6

205/7 205/8 205/14

205/16 206/25 207/2

207/13 207/17 209/6

188/16 188/21

we're [50] 8/14 9/24
26/5 27/8 29/1 34/17
35/13 37/1 39/24
43/3 50/23 52/19
53/15    55/6 56/11 59/9
63/23 81/4 148/23 65/13 79/16 96/12
37/11 110/15 110/16 111/3
2/13    111/4 111/4 111/5
131/12 131/15 175/2 111/16 121/13
20/20    121/14 124/3 124/3
30/10 31/6 54/3    124/15 139/5 139/6
58/23 63/21 65/9    143/17 144/7 146/20
72/22 77/24 117/11 146/20 146/22
119/5 130/14 138/20 146/23 147/15
142/17 143/1 144/10 147/16 159/22
145/3 153/1 157/19 166/16 176/13
160/12 162/17    176/14 184/8 192/4
163/13 166/2 166/18 194/23 197/14 211/8
169/2 173/2 176/24 212/25
184/19 210/16    we've [10] 53/4

wasn't [4] 53/15

Washington [1]

2/15

watching [1]

WATER [4] 2/13

way [29] 20/20

ways [2] 24/4 26/8 80/17 87/9 89/11

we [224]    154/2 171/16 181/3

we'd [1] 55/17    186/4 188/4 195/13

we'll [22] 26/5    web [1] 142/11

26/22 31/22 37/3    webinars [1] 29/24

37/10 52/12 52/12 website [4] 137/2

55/17 55/18 66/25 142/10 142/23 145/3

75/7 114/2 114/3    websites [1] 15/10

115/8 126/24 131/4 week [2] 147/3

174/18 176/23    147/18

weekend [1] 144/18

W        142/5 142/10 144/3 170/16 170/24 170/12

weekends [2]    144/16 146/5 146/20 182/22 189/20 190/9

142/19 144/2    149/9 149/21 150/21 191/8 191/14 191/16

weeks [1] 137/10    154/13 156/19    191/17 191/25 192/2

weigh [1] 200/9    160/10 161/4 161/18 201/13 201/17

weighing [1] 36/10 162/5 167/6 168/19 201/22 202/1 202/22

welcome [1] 195/5 169/10 170/14    202/24 203/5 205/12

well [108] 14/1    171/16 171/20 172/1 206/16 206/19

15/16 16/25 17/9    175/1 175/19 190/1 209/20

21/15 22/4 22/12    190/12 192/17    were the [1] 63/25

23/4 28/24 29/13    194/12 198/15    weren't [5] 66/7

29/13 30/19 31/3    199/25 203/8 203/20 116/8 123/20 194/18

35/22 35/25 36/3    204/2 208/13 208/13 195/25

37/10 41/9 42/21    210/23    WERMUTH [2]

45/20 47/5 47/12    went [1] 155/17    2/2 16/9

47/16 48/5 48/16    were [75] 12/11    what [200] 10/21

48/22 51/5 55/6 55/9 13/6 15/16 15/17    11/21 12/9 15/4 16/4

59/3 62/19 63/13    18/23 19/5 19/14    16/17 19/5 19/20

65/11 65/21 75/4    20/3 26/7 34/3 38/21 19/20 20/21 21/2

76/3 77/17 81/13    40/6 40/21 40/22    22/2 22/19 24/10

82/8 83/3 83/24 88/9 41/9 43/5 43/6 43/12 24/19 25/4 25/25

89/1 90/6 93/1 93/7 47/24 55/13 63/25 26/20 28/2 28/3

97/9 98/5 98/21    66/5 66/6 66/8 80/22 29/20 30/19 30/20

106/1 106/14 106/16 81/2 81/3 83/1 83/18 30/24 31/2 31/3

107/4 109/12 111/9 83/21 95/15 95/15 31/22 32/2 32/24

111/16 113/8 115/21 98/23 101/10 104/19 36/22 37/1 37/2 37/7

117/5 119/19 121/1 109/22 112/17 118/5 37/8 39/24 41/6 41/7

123/2 124/3 126/5 118/22 119/7 129/8 41/7 42/19 42/19

126/8 128/4 128/24 133/15 134/13    43/12 43/13 43/19

133/19 134/16    134/16 148/9 151/11 44/17 44/22 45/6

138/10 140/18 141/4 154/3 155/25 156/3 45/11 45/19 46/17

167/7 172/7 173/12 46/19 46/20 46/22

w... 144/22 145/10    110/6 110/6 111/23

what... [148] 47/13 146/15 147/21    115/9 122/3 126/11

47/24 48/12 48/16 148/14 148/16    126/25 128/8 148/8

50/18 51/2 51/6    148/16 149/4 149/22 152/20 161/20 187/6

51/11 52/9 52/21    155/8 156/24 157/21 204/4

53/2 54/11 55/3 56/3 158/5 160/20 161/2 when [87] 13/2

56/16 56/17 56/22 161/15 162/23 164/3 17/14 18/9 19/7

58/15 58/22 59/6    165/1 166/16 166/16 20/16 20/20 23/1

59/8 60/2 62/18    168/2 171/6 171/13 23/16 31/9 32/19

62/20 67/1 68/13    172/12 174/10    36/7 36/19 37/9 40/1

68/17 69/2 70/12    174/25 180/1 180/13 43/24 44/8 48/8 53/1

71/2 72/1 72/18 74/5 181/10 182/14 183/4 54/2 54/15 55/7

75/2 75/21 79/13    184/2 187/17 187/22 55/15 58/17 61/10

79/14 80/18 81/16 188/15 191/6 191/14 65/23 66/2 66/15

81/19 83/24 84/2    194/17 197/16 198/5 66/16 66/20 66/23

85/23 85/23 85/25 198/24 199/1 199/6 68/1 69/12 75/10

86/9 91/7 93/12    199/23 200/2 200/5 76/9 80/4 82/3 82/10

93/22 94/3 96/15    200/23 204/3 204/17 82/20 82/21 83/22

96/17 97/19 98/2    205/2 205/17 207/23 87/16 88/12 88/22

98/3 98/18 98/21    208/3 209/6 210/12 89/15 89/20 90/4

99/17 99/18 99/25 211/11 212/6 212/10 90/5 92/2 92/20

99/25 100/5 101/1 212/11 213/17    95/14 95/14 95/15

101/1 101/21 101/21 what's [9] 44/4    95/15 95/25 96/21

101/22 107/3 107/12 84/25 97/5 111/17 103/14 104/20

108/16 111/7 111/13 116/19 144/13 194/2 105/18 105/22

113/20 118/19    198/7 213/14    106/21 110/13

120/14 123/17    whatever [30] 30/5 111/13 112/15

124/18 128/18 129/2 31/21 32/1 44/5    113/22 115/16 118/8

129/3 129/24 135/19 49/10 56/14 65/20 126/16 126/17 127/2

138/8 139/3 140/16 66/7 66/10 69/7 69/9 127/2 128/13 138/8

141/17 143/25    80/16 96/16 96/24 138/21 139/18

97/16 104/11 110/3 149/16 156/9 156/10

w... 59/18 59/18 60/1    72/20 77/8 78/15

when... [10] 164/9 60/13 61/7 61/19      83/16 90/4 90/18
173/4 173/16 174/12 65/23 67/9 71/12      95/11 105/23 106/25
174/23 178/7 186/9 73/6 73/14 78/9        107/5 107/22 107/25
199/12 203/15       78/15 81/8 81/9     108/2 112/4 112/10
211/10           83/25 86/19 92/16 114/13 117/1 117/2
whenever [3] 9/25 92/23 93/4 93/15       117/18 117/24 118/1
10/7 35/12        97/1 97/1 97/4 97/10 118/13 118/14
where [24] 28/14    97/13 97/19 97/21 121/10 132/19 134/4
28/14 68/21 87/20 98/11 104/8 104/8 136/4 136/19 137/8
93/10 95/18 97/14 104/9 111/4 111/4 139/22 143/14
103/12 141/19       111/14 114/4 114/16 145/22 149/25
152/24 153/15       120/8 120/10 122/21 150/23 153/11
154/19 155/24       123/17 130/6 133/15 153/18 154/8 155/25
157/21 158/15       143/5 156/2 161/21 156/23 156/23 157/7
158/19 158/21       162/11 162/12 166/3 157/11 157/16
158/23 159/20 160/7 167/2 169/4 172/14 157/19 158/5 159/1
160/7 164/16 185/12 179/4 179/8 180/11 159/19 160/1 160/13
186/5           192/7 197/21 202/13 162/19 165/9 167/25
whereas [16] 33/19 202/24 202/25 203/4 170/19 175/11 178/1
38/16 38/19 38/25 203/18 205/2 205/4 179/12 184/19
39/12 41/8 58/25    205/5 205/6 205/25 188/20 193/8 197/2
64/11 72/4 74/25    206/17 207/1 207/22 197/10 198/19
83/12 93/1 93/6 93/9 208/2 209/2 209/10 200/22 201/4 201/6
93/23 93/24      which [90] 12/12    207/6 211/8
wherever [1]      16/25 17/9 21/4 22/6 whichever [1] 28/18
126/21           26/21 27/3 29/15    while [3] 21/12
whether [83] 22/14 39/10 40/15 40/15 102/17 188/4
24/9 27/6 27/10     41/22 43/5 43/13    who [60] 18/24 21/4
27/10 38/18 38/19 46/13 48/12 49/9      21/16 21/21 27/19
51/6 52/24 53/14    50/14 53/8 59/25    28/12 28/22 28/23
                64/14 66/5 69/5    29/17 34/6 43/6 46/5

w... 64/15 72/6 76/25   winston.com [2]

who... [48] 46/8    80/18 140/5 165/23 2/22 2/23

50/8 53/15 62/15    166/6 166/13 167/21 wish [2] 136/5

69/24 71/3 81/3 81/8 170/5 193/24 194/2 217/13

81/9 81/22 81/25    194/5 194/11 198/22 wished [1] 181/5

82/1 82/4 82/6 84/3 203/21         wishes [1] 217/13

97/6 99/2 99/9 99/11 will [56] 8/3 10/6 within [52] 12/12

104/16 120/9 120/9 10/10 10/20 11/21 16/5 16/17 17/19

127/14 127/25      12/25 16/3 16/11    19/11 25/6 25/10

130/17 131/14      23/13 28/14 30/16 30/25 36/6 36/9

133/23 137/22 138/4 36/10 36/11 37/5    46/23 48/3 49/23

141/19 149/19      37/11 37/19 38/1    54/20 61/25 65/18

149/25 168/16      56/8 65/18 70/1 90/3 71/16 74/3 86/21

170/11 181/5 189/23 92/8 94/21 96/24    87/21 88/10 89/4

190/6 197/16 198/8 102/7 102/14 105/7 96/1 105/10 108/8

199/8 199/18 201/9 106/11 115/8 122/13 123/7 137/5 137/22

201/10 206/11 207/8 126/18 127/14       138/1 138/4 152/5

210/17 211/15      127/25 128/8 137/15 152/12 152/12

211/20          139/22 141/2 147/1 152/16 154/23

who's [8] 27/22    150/7 154/4 155/21 155/13 157/11

65/3 75/15 84/13    157/17 164/19       157/15 158/9 158/12

150/12 165/18      164/22 172/17    159/22 161/23 171/8

172/16 184/12      175/15 175/23       179/3 188/1 190/9

whole [6] 8/4 10/2 176/15 178/23       200/8 201/21 202/2

102/21 105/13      180/10 186/2 188/12 204/11 205/8 217/11

106/23 123/11      188/20 189/7 206/5 without [6] 27/6

whom [1] 28/15      210/11          63/1 144/10 150/15

whose [2] 47/20    willful [1] 120/10   150/19 151/4

142/25          willfulness [1]    witness [7] 7/2

why [20] 10/17    117/4          40/10 195/3 217/8

39/12 40/25 64/6    WINSTON [2] 2/19 217/11 217/12

            195/9          218/22

W 122/11 157/22 206/1

Women [1] 196/8    writing [5] 55/12    year [3] 14/3 19/11

wondering [1] 158/20 159/24    41/22

187/12 161/12 179/23    years [6] 20/18 25/6

worded [1] 65/7    written [10] 117/16 29/5 109/17 115/23

words [2] 9/7 16/23 156/17 156/25 158/5 116/5

work [16] 17/8 20/9 158/9 158/14 160/6    yes [172] 9/9 10/13

29/11 30/24 30/25 160/9 172/11 199/1 11/5 11/7 11/12

30/25 31/7 92/21    wrong [8] 118/25    11/17 11/20 12/3

99/2 110/1 110/2    119/17 121/8 121/16 12/8 12/18 13/17

113/16 141/5 143/17 121/23 122/2 122/7 13/24 15/24 16/13

144/19 146/23    155/17    18/2 18/22 19/3

worked [3] 95/23 wrote [3] 117/14    19/16 19/18 20/20

110/9 162/9    122/3 161/14    23/4 25/17 27/24

working [7] 29/4    X    28/1 28/21 29/10

45/4 45/15 100/10 X [1] 7/1    30/21 33/5 33/24

110/16 138/17    33/25 34/4 34/8

171/21    Y    34/15 35/21 35/24

workload [1]    yeah [38] 56/1 60/6 36/18 37/18 38/10

149/15    65/7 65/8 67/5 77/2 39/16 40/18 40/21

works [5] 30/19    79/12 87/4 87/9    40/23 40/24 42/11

31/2 95/21 117/11 94/19 95/17 102/2 43/17 45/2 47/1 47/4

169/14    105/6 109/16 110/15 47/15 49/2 50/15

would [234]    121/19 123/22    52/20 53/20 56/2

wouldn't [2] 170/6 125/14 140/3 141/24 57/16 57/21 59/5

170/15    151/8 159/19 162/1 59/11 61/7 62/3 62/7

WRIGHT [1] 4/4    162/2 165/16 169/2 62/11 64/2 65/8

write [7] 131/18    175/22 181/7 183/19 65/20 65/21 67/17

155/7 157/23 157/25 187/23 187/25    71/20 72/9 74/10

158/2 158/19 218/2 191/11 192/6 196/14 74/14 74/24 77/5

writes [3] 122/4    197/13 201/7 204/22 81/12 82/22 88/2

88/6 90/11 90/14

204/19 204/20      29/3 29/3 29/7 61/6

yes... [93] 92/5 94/4 206/15 206/24      67/16 110/12 156/17

94/19 100/9 102/5 207/11 207/15      174/23 196/25 206/3

102/12 105/21      208/24 209/4 210/2 your [85] 8/21 9/17

109/17 111/1 112/7 211/1 211/2 213/19 9/18 9/20 10/12

113/4 117/6 120/23 213/23 214/5 214/9 10/15 11/14 11/25

121/13 125/24 126/3 yesterday [3] 43/15 13/14 14/14 15/3

126/20 127/24      43/17 149/3      15/25 16/4 16/5

130/21 131/20      yet [3] 149/6 184/24 16/17 16/23 16/24

131/23 132/2 132/6 186/8      18/9 18/13 19/4 19/5

132/25 133/5 133/10 yield [2] 67/22      19/19 19/20 19/20

133/25 134/12      122/20      20/9 21/24 27/11

134/20 135/7 135/11 York [2] 2/20 2/20 28/9 29/11 31/1 32/4

135/14 135/18      you [641]      34/19 35/17 37/22

136/23 139/15      you're [47] 13/3    41/12 42/4 42/15

139/20 140/3 145/2 15/11 17/15 33/6      45/17 53/9 60/2 63/1

146/14 148/25      39/4 44/25 50/4      65/15 67/15 67/25

157/13 159/4 160/3 50/13 57/8 60/23      85/18 86/11 91/14

160/19 162/22      61/6 61/6 61/10    93/9 93/17 94/20

163/15 163/17      61/12 73/2 82/20    95/23 96/2 96/21

163/17 163/25 164/2 83/4 93/22 102/1      97/5 101/23 102/14

165/3 166/5 167/16 103/15 114/7 125/25 105/4 112/13 116/3

168/14 169/20      139/8 139/17 139/25 116/10 120/13

169/25 170/4 170/23 146/16 147/23 150/6 120/14 121/22

171/5 173/19 176/22 172/19 178/14      122/15 122/24

177/10 179/19 182/2 179/18 182/16 184/6 134/13 134/22

183/14 183/21 184/1 195/5 196/11 199/5 157/14 159/13 160/3

187/2 189/3 189/12 199/13 200/12      165/13 174/1 186/6

189/19 189/22 196/3 200/16 202/8 204/17 187/12 191/9 191/25

200/15 201/3 201/12 205/3 205/19 205/21 192/2 194/20 195/4

204/15 204/18      208/13 208/22 212/1 195/14 195/23

      you've [11] 20/18    195/24 196/12 213/4

your... [1] 217/8

yours [1] 217/15

yourself [1] 178/16

Z

ZEHNDER [1] 2/2

Zoom [4] 2/1 8/1
132/3 176/23