# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs/Intervenor-Plaintiffs*,

    v.                            No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants/Intervenor-Defendant.*

_____/

## THE SECRETARY, ATTORNEY GENERAL AND REPUBLICAN PARTY OF FLORIDA'S NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST

Defendants Secretary Byrd, the Attorney General, and Intervenor-Defendant Republican Party of Florida file their amended trial exhibit list as Attachment 1 to this notice.

DX 392 (Bates numbers SOS_0631506-SOS_0631614) was produced by the Secretary to all parties on October 3, 2025. DX 393 (Bates numbers SOS_0069406-SOS_0069407) was produced on August 29, 2025. The parties were notified of these amendments on February 2, 2026. At this time, Defendants are not aware of Plaintiffs' objections to DX 392 and DX 393. To the extent Plaintiffs intend to assert any objections to the admissibility of these exhibits, Defendants reserve all rights to respond.

1

| Exhibit No. | Description | Source/Bates |
|---|---|---|
| DX 9 | Florida Decides Healthcare Plaintiffs' Responses and Objections to Defendant Florida Secretary of State's First Requests for Admission | |
| DX 10 | Smart and Safe Florida's Response to Secretary's First Requests for Admission | |
| DX 11 | Video of March 10, 2025, Senate Committee on Ethics and Elections - The Florida Channel | https://thefloridachannel.org/videos/3-10-25-senate-committee-on-ethics-and-elections/ |
| DX 12 | Video of March 26, 2025, House State Affairs Committee - The Florida Channel | https://thefloridachannel.org/videos/3-26-25-house-state-affairs-committee/ |
| DX 13 | Video of April 3, 2025, House Session - House Floor - The Florida Channel | https://thefloridachannel.org/videos/4-3-25-house-session/ |
| DX 14 | Video of April 30, 2025, Senate Session - Senate Floor - April 30, 2025 | https://thefloridachannel.org/videos/4-30-25-senate-session/ |
| DX 15 | Seminole County Letter, January 20, 2026 | https://www.voteseminole.gov/seminole-county-supervisor-of-elections-alerts-378-voters-to-potential-issue |
| DX 392 | Bautista Court Documents | SOS_0631506 - SOS_0631614 |
| DX 393 | Bautista Complaint | SOS_0069406 - SOS_0069407 |

Dated: February 8, 2026

JAMES UTHMEIER
  *Attorney General*

William H. Stafford III
  SPECIAL COUNSEL
Sara E. Spears
  ASSISTANT ATTORNEY GENERAL
Complex Litigation Division
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3785
william.stafford@myfloridalegal.com
sara.spears@myfloridalegal.com
complexlitigation@myfloridalegal.com

*Counsel for Florida Attorney General*

Respectfully submitted,

Ashley Davis (FBN 48032)
  General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6511
ashley.davis@dos.fl.gov

/s/ Randall M. Raban
Mohammad O. Jazil (FBN 72556)
Randall M. Raban (FBN 1055100)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
rraban@holtzmanvogel.com
mwolk@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

3

## **Certificate of Service**

I certify that on February 8, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Randall M. Raban
Randall M. Raban
