# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

        *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

        *Defendants*.

Case No. 4:25-cv-211-MW-MAF

## PLAINTIFFS' LIST OF WITNESSES AS OF FEBRUARY 8, 2026

|  | Witness | Examining Attorney | Additional Notes |
|---|---|---|---|
| 1 | Ana-Christina Acosta | Krista Dolan | |
| 2 | Jordan Simmons | Harleen Gambhir | |
| 3 | Marc Walsh | Krista Dolan | |
| 4 | Mitchell Emerson | Ben Stafford | |
| 5 | Juan Ardila | Harleen Gambhir | |
| 6 | Ramón Pereira Bonilla | Alexis Grady | Witness appearing remotely |
| 7 | Humberto Orjuela Prieto | Matletha Bennette | Witness appearing remotely |
| 8 | Mark Earley | Fritz Wermuth | |
| 9 | Michael Herron | Fritz Wermuth | |
| 10 | Melissa Martin | Heather Szilagyi | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiffs*