**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.

                *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

                *Defendants*.

Case No. 4:25-cv-211-MW-MAF

# **NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST**

Plaintiffs hereby submit an amended version of the Parties' Consolidated Exhibit List, including objections thereto.

For the Court's convenience, each exhibit or objection that has been amended from the version filed on January 28, 2026 (ECF No. 596-1) is shaded yellow. This consolidated list reflects the amendments to Defendants Secretary Byrd, the Attorney General, and Intervenor-Defendant Republican Party of Florida's exhibits included in those Defendants' February 8, 2026 amended list (ECF No. 621-1) and adds Plaintiffs' objections thereto.

Dated: February 8, 2026				Respectfully submitted,

*/s/ George E. Mastoris*
GEORGE E. MASTORIS**
gmastoris@winston.com
SOFIA ARGUELLO**
sarguello@winston.com
JOHANNA RAE HUDGENS*
jhudgens@winston.com
TYLER DATO**
tdato@winston.com
SAMANTHA OSAKI**
sosaki@winston.com
NATHAN C. GREESS**
ngreess@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 294-6700

SPENCER KLEIN**
spencer@statedemocracydefenders.org
POOJA CHAUDHURI**
pooja@statedemocracydefenders.org
SOFIA FERNANDEZ GOLD**
sofia@statedemocracydefenders.org
NORMAN EISEN**
norman@statedemocracydefenders.org
TIANNA MAYS*
tianna@statedemocracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

JON GREENBAUM**
jgreenbaum@justicels.com
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038
Telephone: (202) 601-8678

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER &
GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


* *Pro hac vice* applications forthcoming
** *Pro hac vice* granted
*Counsel for Intervenor-Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2026, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ George E. Mastoris*
GEORGE MASTORIS**
gmastoris@winston.com

*** Pro hac vice granted*
*Counsel for Intervenor-Plaintiffs*
