IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                              Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER ADMITTING KRISTEN CLARKE PRO HAC VICE

This Court has considered, without hearing, the motion for admission pro hac vice for Kristen Clarke. ECF No. 617. The motion is **GRANTED**. Kristen Clarke has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for *amici curiae* Florida NAACP, Senator Lavon Bracy Davis, Senator Tracie Davis, Representative Michele Rayner, Representative Rashon Young, Representative Ashley Gantt, Common Cause, Equal Ground Education Fund, and the Civil Rights Clinic at Howard University School of Law.

**SO ORDERED on February 9, 2026.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**