# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

    *Defendants*.

Case No. 4:25-cv-211-MW-MAF

## PARTIES' LIST OF WITNESSES AS OF FEBRUARY 9, 2026

|    | Witness | Examining Attorney | Additional Notes |
|----|---------|-------------------|------------------|
| 1  | Juan Ardila | Harleen Gambhir | |
| 2  | Ramón Pereira Bonilla | Alexis Grady | Witness appearing remotely |
| 3  | Humberto Orjuela Prieto | Matletha Bennette | Witness appearing remotely |
| 4  | Mark Earley | Fritz Wermuth | |
| 6  | Melissa Martin | Heather Szilagyi | |
| 7  | Michael Herron | Fritz Wermuth | |
| 8  | Cynthia Haller | Melissa Neal | |
| 9  | Tom Perez | Ellen Boettcher | |
| 10 | Ciera Cox | Melissa Neal | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiffs*