IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

                *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

                *Defendants*.

Case No. 4:25-cv-211-MW-MAF

**PARTIES' LIST OF WITNESSES AS OF FEBRUARY 10, 2026**

|    | Witness | Examining Attorney | Cross-Examining Attorney | Additional Notes |
|----|---------|--------------------|--------------------------|------------------|
| 1  | Melissa Martin | Heather Szilagyi | Randall Raban | |
| 2  | Cynthia Haller | Melissa Neal | Maryssa Hardy | |
| 3  | Michael Herron | Fritz Wermuth | Tara Price, Andy Bardos | |
| 4  | Tom Perez | Ellen Boettcher | Mohammad Jazil | |
| 5  | Ciera Cox | Melissa Neal | Maryssa Hardy | |
| 6  | Meghan Cox | Glenn Burhans, Jr. | Mohammad Jazil | |
| 7  | Dan Smith | Avner Shapiro | Randall Raban, Andy Bardos | |
| 8  | Juan Proaño | Spencer Klein | Randall Raban | |
| 9  | Lydia Medrano | Spencer Klein | Martin Wolk | |
| 10 | Karen Patricio | Jacob Kovacs-Goodman | Bill Stafford | May be called earlier in witness order |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiffs*