IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., et al.<br><br>*Plaintiffs*,<br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | | Case No. 4:25-cv-211-MW-MAF |

### PLAINTIFFS' LIST OF WITNESSES AS OF FEBRUARY 11, 2026

| | Witness | Examining Attorney | Additional Notes |
|---|---|---|---|
| 1 | Tom Perez | Ellen Boettcher | |
| 2 | Ciera Cox | Melissa Neal | |
| 3 | Meghan Cox | Glenn Burhans, Jr. | |
| 4 | Karen Patricio | Jacob Kovacs-Goodman | |
| 5 | Dan Smith | Avner Shapiro | |
| 6 | Juan Proaño | Spencer Klein | |
| 7 | Lydia Medrano | Spencer Klein | |
| 8 | Christine Poff | Nathan Greess | |
| 9 | Jessica Lowe-Minor | Johanna Hudgens | |
| 10 | Cecilia Gonzalez | Sam Osaki | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ Hannah E. Murphy
Hannah E. Murphy
Florida Bar No. 1032759
*Attorney for Plaintiff Smart & Safe*