# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.

<em>Plaintiffs</em>,

v.

Case No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

<em>Defendants</em>.

## <u>PLAINTIFFS' LIST OF WITNESSES AS OF FEBRUARY 12, 2026</u>

| | Witness | Examining Attorney | Cross-Examining Attorney | Additional Notes |
|---|---|---|---|---|
| 1 | Dan Smith | Avner Shapiro | Randall Raban<br>Tara Price<br>Andy Bardos | |
| 2 | Juan Proaño | Spencer Klein | Randall Raban | |
| 3 | Lydia Medrano | Spencer Klein | Martin Wolk | |
| 4 | Christine Poff | Nathan Greess | Bill Stafford | |
| 5 | Karen Patricio | Jacob Kovacs-Goodman | Bill Stafford | May be called earlier in witness order |
| 6 | Jessica Lowe-Minor | Johanna Rae Hudgens | Randall Raban | |
| 7 | Cecilia Gonzalez | Sam Osaki | Bill Stafford | |
| 8 | Cecile Scoon | George Mastoris | Randall Raban | |
| 9 | Debra Chandler | Tyler Dato | Randall Raban | |
| 10 | Alice Newlon | Tyler Dato | Bill Stafford | |