IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

    *Defendants*.

Case No. 4:25-cv-211-MW-MAF

**PLAINTIFFS' LIST OF WITNESSES AS OF FEBRUARY 13, 2026\***

|   | Witness | Examining Attorney | Cross-Examining Attorney |
|---|---|---|---|
| 1 | Lydia Medrano | Spencer Klein | Martin Wolk |
| 2 | Christine Poff | Nathan Greess | Bill Stafford |
| 3 | Karen Patricio | Jacob Kovacs-Goodman | Bill Stafford |
| 4 | Jessica Lowe-Minor | Johanna Rae Hudgens | Randall Raban |
| 5 | Cecilia Gonzalez | Sam Osaki | Bill Stafford |
| 6 | Cecile Scoon | George Mastoris | Randall Raban |
| 7 | Debra Chandler | Tyler Dato | Randall Raban |
| 8 | Alice Newlon | Tyler Dato | Bill Stafford |

\*The order in which the witnesses appear is subject to change.