IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

            *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

            *Defendants*.

Case No. 4:25-cv-211-MW-MAF

## PLAINTIFFS' LIST OF WITNESSES AS OF FEBRUARY 16, 2026

|   | Witness | Examining Attorney | Cross-Examining Attorney |
|---|---|---|---|
| 1 | Christine Poff | Nathan Greess | Bill Stafford |
| 2 | Jessica Lowe-Minor | Johanna Rae Hudgens | Randall Raban |
| 3 | Lydia Medrano | Spencer Klein | Martin Wolk |
| 4 | Cecile Scoon | George Mastoris | Randall Raban |
| 5 | Debra Chandler | Tyler Dato | Randall Raban |
| 6 | Karen Patricio | Jacob Kovacs-Goodman | Bill Stafford |
| 7 | Cecilia Gonzalez | Sam Osaki | Bill Stafford |
| 8 | Alice Newlon | Tyler Dato | Bill Stafford |
| 9 | Imaltzin Molina | Oren Rosenthal | Ben Stafford |
| 10 | Jonathan Bridges | Mohammad Jazil | Fritz Wermuth |