IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE, INC., et al.

        *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

        *Defendants*.

Case No. 4:25-cv-211-MW-MAF

### LIST OF WITNESSES AS OF FEBRUARY 17, 2026

|   | Witness | Examining Attorney | Cross-Examining Attorney |
|---|---|---|---|
| 1 | Cecilia Gonzalez | Sam Osaki | Bill Stafford |
| 2 | Alice Newlon | Tyler Dato | Bill Stafford |
| 3 | Imaltzin Molina | Andy Bardos | Ben Stafford |
| 4 | Jonathan Bridges | Mohammad Jazil | Fritz Wermuth, Ellen Boettcher, Johanna Hudgens |
| 5 | William Gladson | Martin Wolk | Ben Stafford, Ellen Boettcher, Sam Osaki |
| 6 | Maria Matthews | Mohammad Jazil | Matletha Benette, Brent Ferguson, Hannah Murphy, Tyler Dato |
| 7 | Jilliam Pratt | Mohammad Jazil | Nicholas Steiner, Brent Ferguson, Christopher Clark, George Mastoris |