## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., *et al.*,

*Plaintiffs-Intervenors*,

 v.

CORD BYRD, in his official capacity as
Secretary of the State of Florida, *et al.*,

*Defendants*.

Case No.: 4:25cv211-MW/MAF

## NOTICE OF FILING EXHIBITS IN SUPPORT OF FDH PLAINTIFFS' SUPPLEMENTAL BRIEF ON DX. 2, 3, AND 4

Plaintiffs Florida Decides Healthcare, Inc., Mitchell Emerson, and Jordan Simmons (together, "FDH Plaintiffs") submit the following exhibits in Support of FDH Plaintiffs' Supplemental Brief on DX. 2, 3, and 4 (ECF No. 649):

1. **DX 2** – 2023 OECS Report, dated Jan. 15, 2024 (highlighted)

2. **DX 3** part 1 (pages 1-424) – 2024 OECS Report, dated Jan 15, 2025 (highlighted).

3. **DX 3** part 2 (pages 425-943) – 2024 OECS Report, dated Jan. 15, 2025 (highlighted).

4. **DX 4** – 2024 OECS Interim Report, dated Dec. 20, 2024 (highlighted)

Dated: February 19, 2026

Respectfully submitted,

*s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135
King, Blackwell,
Zehnder & Wermuth, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette, Fla. Bar No. 1003257
Krista Dolan, Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Avner Shapiro*
Bradley E. Heard*
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
Harleen K. Gambhir*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
eolsonsharkey@elias.law
hgambhir@elias.law

*Admitted *Pro hac vice*

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Attorney for Plaintiffs*