# EXHIBIT B

# DX 3 – Part 1 (pp. 1–424)



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

January 15, 2025

The Honorable Ron DeSantis
Governor of Florida
PL 05 The Capitol
400 South Monroe Street
Tallahassee, FL 32399

The Honorable Ben Albritton
President of the Florida Senate
409 The Capitol
404 South Monroe Street
Tallahassee, FL 32399

The Honorable Daniel Perez
Speaker of the Florida House of Representatives
420 The Capitol
402 South Monroe Street
Tallahassee, FL 32399

Dear Governor DeSantis, President Albritton, and Speaker Perez,

Consistent with its statutory obligations, the Office of Election Crimes and Security (OECS) provides this annual report to update you on OECS's work. This annual report builds on the most recent interim report submitted on December 20, 2024. That interim report addressed fraud-related concerns specific to signature gathering efforts for proposed amendments to the Florida Constitution.

To be sure, the State of Florida remains a leader in election administration. The State makes it easy to register and to vote but makes it hard to cheat. Among other things, since 2018, the State has enacted and defended in the courts several omnibus election reform bills, such as SB 7066, SB 90, SB 524, and SB 7050, that ban ballot harvesting, strengthen safeguards for vote-by-mail voting, enhance transparency, add monitoring requirements for ballot intake stations, clean the voter rolls, and penalize bad actors whose efforts would otherwise undermine confidence in our elections. The results have been timely tabulation and reporting of election

4:25-cv-211
Defendant's Exhibit
**DX 3**

results and, during the most recent general election, a turnout of 78.9%, which is the highest turnout in thirty years.

Secretary Byrd testified about Florida's success before the United States Congress on multiple occasions this past year. The Heritage Foundation and other states have similarly recognized Florida's efforts in recent years. *See, e.g.*, Heritage Foundation's Election Integrity Scorecard, https://www.heritage.org/electionscorecard/pages/all-state-scores.html; Mackenzie LaPorte, *Election efficiency: Comparing Florida & Arizona's vote count process*, https://www.wfla.com/news/florida/election-efficiency-florida-vs-arizona-vote-count-process/ (Nov. 11, 2024) (quoting an Arizona representative who hopes to "fix" that state's election process "Florida style").

Created through SB 524 in 2022, OECS plays an integral role in the State's election integrity efforts. OECS investigates allegations of election irregularities, complaints, and crimes. To date, OECS has made thousands of criminal referrals to law enforcement, resulting in at least 25 felony election-related convictions; just this year more than a thousand referrals were made to law enforcement and other election officials. In addition, OECS has issued more than $325,000 in civil election related fines since its inception; it collected more than $200,000 this past year alone. Of note, Floridians Protecting Freedom, the proponents of proposed constitutional Amendment 4 during the 2024 election cycle, paid over $186,000 in civil penalties for violations of Florida election laws. More fines for other proponents of ballot initiatives are expected as OECS continues to identify bad actors among the ranks of petition-gathering companies, some of which operate outside the State of Florida and thus make it difficult for OECS to investigate them.

Most recently, leading up to election day, OECS partnered with FDLE to form an "Elections Partners" group consisting of state agencies, federal agencies and state and federal law enforcement officials.[1] The group held multiple virtual planning and strategy meetings leading up to the 2024 general election. The group was able to coordinate and plan responses to potential election-day issues before election day. This coordination included a cyber-security component. On election-day, once an issue was identified, it was resolved through one of two OECS-maintained war rooms housed at the Florida Department of State, in Tallahassee, or through FDLE field offices located throughout the State. The result was timely communication and response to stakeholder concerns and a smooth election day and election night.

On election day, OECS also maintained a voter fraud hotline where members of the public could call with complaints or to seek assistance.

Finally, as the Legislature intended, OECS continues to play its part in improving election administration and election integrity. OECS has worked with five other states on memoranda of understanding to compare voter rolls so that it can better identify individuals who may have voted in more than one state during the same election. OECS also continues to seek

---

[1] The group consisted of representatives from the following organizations: Florida Department of Law Enforcement, Office of Election Crimes & Security, Florida Department of State, the Office of Statewide Prosecution, Federal Bureau of Investigation, U.S. Postal Inspectors, Homeland Security, Florida Sheriff's Association, Florida Police Chief Association, Supervisors of Elections Association, Florida Digital Service, and Cybersecurity and Infrastructure Security Agency.

from the federal government access to databases that can help it better identify non-citizens on the voter rolls. The Florida Department of State, together with the Attorney General, has sued the U.S. Department of Homeland Security for access to these databases. And, as noted in the interim report, OECS has identified for the Legislature an area that needs legislative action: the collection and verification process for initiative petitions.

OECS looks forward to working with you to build on the State's success and addressing the challenges ahead.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity



# FLORIDA DEPARTMENT *of* STATE

**Florida Department of State**
**Office of Election Crimes and Security**

Annual Report to Legislature

January 15, 2025

## EXECUTIVE SUMMARY

Legislation creating the Office of Election Crimes & Security ("OECS") (Chapter 2022-73, Laws of Florida) requires OECS to submit a report by January 15 of each year to the Governor, the President of the Senate, and the Speaker of the House of Representatives, detailing information on investigations of alleged election law violations or irregularities. *See* § 97.022(7)(a)-(e), Fla Stat. More broadly, that legislation also makes a commitment of technology, infrastructure, and resources to OECS to help conduct efficient and secure elections. OECS submits this Annual Report consistent with its obligations. This report builds on OECS's last two reports,[1] which focused heavily on the issue of constitutional initiative petition fraud.

Specifically, the 2023 Annual Report noted that the last quarter of 2023 saw criminal allegations against more than 30 paid circulators associated with Floridians Protecting Freedom, Inc. ("FPF"), the organization sponsoring Initiative Petition 23-07 (Amendment to Limit Government Interference with Abortion). At the time, the allegations contained in the 2023 Annual Report affected over 1,500 electors in 35 counties. *See* 2023 Annual Report at 9-10. Since that time, OECS has continued to be inundated with allegations of fraud and other illegality on the part of FPF's agents. These allegations were made by electors, Supervisors of Elections, and even FPF contractors, subcontractors and paid circulators, and have been corroborated by law enforcement. *See* 2024 Supplemental Interim Report at 3-12.

OECS therefore undertook its own investigation of the issue, as required by Florida law. *See* § 97.022(1)(b), Fla. Stat. (tasking OECS with "[i]nitiating independent inquiries and conducting preliminary investigations into allegations of election law violations or election irregularities in this state"). Based on the preliminary results of that investigation, the number of FPF paid circulators who have committed criminal activity in connection with Initiative Petition 23-07 has now grown to well over 100, affecting many thousands of Floridians. Unfortunately, the investigation also revealed that the procedures established by current law allowed thousands of fraudulent and otherwise invalid petition forms to be erroneously validated for Initiative Petition 23-07.

Although the abortion initiative was by far the most prolific in terms of the number and volume of complaints OECS received alleging fraud or illegal conduct during 2023 and 2024, it was not alone. The agents of political committees sponsoring other initiative petitions also engaged in petition fraud throughout Florida in the leadup to the 2024 general election. Since OECS's creation in the middle of 2022, FDLE has made at least 17 arrests of Florida paid initiative petition circulators collecting on behalf of four different initiative petitions.[2] Hundreds of criminal investigations remain open and pending with law enforcement, and additional arrests are expected in 2025.

OECS submits this 2024 Annual Report to policymakers in the legislative and executive branches in advance of the upcoming legislative special and regular sessions to summarize its

---

[1] *See* 2023 Annual Report (Jan. 15, 2024); Supplemental Interim Report (Dec. 20, 2024)
[2] Petitions: 23-07, 21-16, 22-05, and 21-17

preliminary findings and reemphasize the need for more effective regulation of petition circulation, verification of initiative petition forms, and enforcement mechanisms. OECS also highlights other areas of focus and provides a breakdown of cases it has received and investigated during 2024.

# I.    INITIATIVE PETITION FRAUD

## A. OECS INVESTIGATIONS OF ILLEGAL PETITION CIRCULATION ACTIVITY

During late 2023 and throughout 2024, OECS received an unusually high volume of complaints from Supervisors of Elections and individual Florida electors concerning Initiative Petition 23-07. The allegations included reports of paid FPF petition circulators signing petition forms on behalf of deceased individuals, forging or misrepresenting elector signatures on petition forms, using electors' personal identifying information without consent, and perjury/false swearing. In the early months of 2024, several FPF paid circulators were arrested and charged with serious felonies. *See* App. E and F. In addition to the arrests, OECS opened hundreds of preliminary investigations into individual FPF paid circulators and several business entities involved in the collection of petitions on behalf of FPF. In Palm Beach County alone, between June 2024 and September 2024, OECS referred 60 FPF paid circulators to law enforcement for fraudulent petition gathering activity. *See* App. A. This unusually high-volume sparked concern and further action. As a result, in 2024, OECS devoted significant resources to fighting petition fraud, including a multi-county audit of verified signatures related to Initiative Petition 23-07. *See* 2024 Supplemental Interim Report at section III.

Although FPF and Initiative Petition 23-07 stood out in terms of volume and severity of complaints received by OECS, petition fraud was not isolated to the abortion initiative. In fact, to date, at least four initiatives have had at least one of their paid petition circulators arrested and charged with defrauding Florida voters. *See* App. E. As an example, OECS has identified at least 35 individual paid circulators who likely committed fraud against Florida voters while working for the Smart & Safe Florida, the political committee sponsoring the most recent recreational marijuana initiative petition (22-05). These suspected fraudsters submitted petitions across more than a dozen counties. Across the state, over 35,000 validated petitions came from the 35 suspected Smart & Safe fraudsters numbered over 35,000. In Palm Beach County alone, 23 fraudsters were identified by Supervisor of Elections Wendy Link. Supervisor Link was able to obtain voter declarations from many of her voters confirming the fraud, and that information was passed on to OECS and eventually referred to FDLE to open criminal investigations into each of the 23 circulators. *See* App. X. OECS has also received a number of credible fraud complaints resulting in arrests of individuals who circulated petitions on behalf of the Limited Authorization of Casino Gaming initiative (21-16) and the Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (21-17) ("first marijuana initiative") in 2021 and 2022.

Below is a summary of the illegal petition circulation activity OECS has investigated and referred for prosecution.

### 1. Illegal Compensation Scheme

Petition fraud has bedeviled legislators, Supervisors of Elections, and Florida electors since the Florida Constitution was revised to allow for constitutional amendment by initiative petition in 1968. Article XI, section 3, provides that this power "may be invoked by filing with the custodian of state records a petition containing a copy of the proposed revision or amendment, signed by a number of electors in each of one half of the congressional districts of the state, and of the state as a whole, equal to eight percent of the votes cast in each of such districts respectively and in the state as a whole in the last preceding election in which presidential electors were chosen." Section 100.371, Florida Statutes, has regulated the petition circulation process since the 1970s, and the Florida Supreme Court has confirmed that "the legislature, in its legislative capacity, and the secretary of state, in his executive capacity, have the duty and obligation to ensure ballot integrity and a valid election process. Ballot integrity is necessary to ensure the effectiveness of the constitutionally provided initiative process." *State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980).

However, bad actors in the petition circulation industry have consistently resisted Florida's efforts to deter, detect, and punish fraud. As recently as 2010, justices on the Florida Supreme Court observed that there were "numerous examples of fraudulent practices on the part of initiative proponents." *Browning v. Fla. Hometown Democracy, Inc.*, 29 So. 3d 1053, 1083 (Fla. 2010) (Polston, J., dissenting with an opinion in which Canaday, J., concurred). In 2019, the Legislature recognized that such fraud is strongly incentivized by sponsors paying circulators on a per-signature basis. It therefore enacted section 104.186, Florida Statutes, which made it a first-degree misdemeanor to compensate a petition circulator based on the number of petition forms gathered. Ch. 2019-64, § 4, Laws of Fla. The practice of paying per signature continued, however, so the Legislature increased the offense to a third-degree felony in 2022. Ch. 2022-73, § 28, Laws of Fla.

Unfortunately, Florida law was still insufficient to deter certain sponsoring political committees (or agents thereof) from compensating petition circulators based on the number of forms gathered. Take Initiative Petition 23-07, the petition circulation campaign for it was primarily, if not solely, conducted and overseen by PCI Consultants, Inc., a California-based corporation specializing in petition collection for ballot initiatives. Campaign finance reports show that FPF paid PCI Consultants over $27 million in 2023 and 2024. *See* App. M. Criminal intelligence gathered by OECS, law enforcement, and the Office of Statewide Prosecutor strongly indicates that multiple subcontractors engaged by PCI Consultants paid individual circulators per petition collected, in gross violation of Florida law. At least one of these subcontractors advertised the illegal payment scheme on social media websites. *See* App. J and K. Similar illegal payment schemes were advertised related to the other initiatives. *See* App. AA. Other subcontractors better concealed the illegal payment scheme but have been accused of paying per signature by industry witnesses or petition circulators prosecuted for fraud. *See* App. N at 12, 18, 24; App. E. Competing petition circulation companies also reported credible evidence of FPF subcontractors paying per signature. *See* App. K. Subcontractors paid as high as $10 per signature. *See* App. N at 18, 24; App. E (Harriel 1 at 7); App. J and K.

Accordingly, earlier in 2024, the Department made a demand for an immediate accounting of any and all petition forms and correspondence provided to FPF from subcontractors believed by OECS to have compensated FPF circulators per petition. *See* App. J; *see also* § 100.371(9), Fla. Stat. (requiring sponsors to "account for all petition forms used by their agents"); Rule 1S-2.009(8), F.A.C. FPF responded to the Department's demand by claiming, among other things, that it does not have custody or control of *any* of the requested documents. *See* App. J. Ostensibly, all petition forms collected by FPF paid circulators and volunteers were submitted to PCI Consultants, not FPF, and then submitted by PCI Consultants to the Supervisors of Elections on behalf of FPF.

Florida law does not require sponsors' contractors and subcontractors to comply with demands for accounting made by the Department of State, and PCI Consultants appears to have been less than helpful to Florida law enforcement agencies,[3] even when faced with a subpoena. The State's ability to execute the subpoena has been hampered by the fact that PCI Consultants is not a registered business entity in Florida. Many of the subcontractors PCI Consultants worked with are not registered to do business in Florida, either. And unlike other states where constitutional amendments can be proposed by initiative petition, Florida has no state residency requirement for paid petition circulators. Consequently, many FPF paid circulators have few if any ties to Florida and list addresses in other, sometimes faraway, states. Some appear to be transient, going from state to state to do similar work. In fact, two paid circulators arrested for petition fraud in furtherance of Initiative Petition 23-07 also face charges for petition fraud in Kansas after leaving Florida. *See* App. F. The out-of-state residency of key suspects and witnesses has made for significant investigative challenges. FPF was able to delegate key aspects of its petition initiative activities to out-of-state entities, who then subcontracted with other individuals who were even further outside the reach of Florida authorities. These challenges made it incredibly difficult for investigators and law enforcement to investigate and prosecute subcontractors perpetuating petition fraud, let alone before the petition was certified for ballot placement.

### 2. Petition Circulator Fraud

Despite these challenges, investigations have yielded a substantial amount of criminal intelligence. Law enforcement agencies acted on OECS referrals and developed additional criminal targets based on interviews of witnesses and defendants, and returns of documents, subpoenas, and search warrants. These investigations continue to demonstrate widespread petition fraud in connection with a number of initiative petitions. Fraud was incentivized by the illegal compensation scheme described above and came in various forms.

First, paid circulators submitted petition forms bearing the personal identifying information of deceased individuals in several counties. Supervisors have provided evidence to OECS that petition sponsors submitted petitions on behalf of more than 50 deceased Floridians. *See* App. C and E. One of the deceased had two petitions submitted by two different circulators on his behalf, as indicated by a letter from the deceased voter's mother. App. O.

---

[3] It is OECS's understanding that PCI Consultants has just recently begun turning over documents to Florida law enforcement officials. The matter remains ongoing.

Second, information received from multiple Supervisors of Elections and individual Florida electors also shows paid petition circulators committing perjury/false swearing. Under section 100.371(3)(a), Florida Statutes, a person may not collect signatures or initiative petitions for compensation unless the person is registered as a petition circulator with the Secretary of State. Section 100.371(5), Florida Statutes, requires paid petition circulators to attest that the petition was signed in their presence. However, investigations show a widespread practice of registered paid petition circulators distributing petition forms with pre-signed attestations to groups of unregistered circulators, who then obtain signatures outside the paid circulator's presence. *See* App. N (Salazar) at 18, 49; App. E (Humphreys). Both the unregistered circulators who circulated petitions for compensation and the registered petition circulators who hired them committed crimes, and petition forms collected in this manner are invalid. *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

Third, investigations have revealed that petition circulators tampered with petition forms after they were signed and submitted by electors. Statements given under oath by at least one FPF circulator reveal that, prior to submitting completed forms, the subcontractor he worked for would use a website to verify personal identifying information. *See* App. N at 40-41. If the elector could be located but the petition form was incomplete (e.g., no address, date of birth, signature date), the subcontractor would fill in the missing information. *Id.* at 31.

Fourth, investigations indicate that some otherwise valid petition forms were obtained by fraud. According to the proffer of a circulator convicted of committing petition fraud in furtherance of Initiative Petition 23-07, at least one subcontractor instructed circulators to tell prospective signatories that the petition was "to keep the State of Florida from taking away women's rights; that's exactly what [the subcontractor] told us to tell people. Not necessarily abortion." *See* App. N. This practice was corroborated by voter complaints. For instance, one Supervisor told the press that "[v]oters have contacted us and said, 'You know, I signed something, but they [FPF petition circulators] didn't really tell me that's what it was for. They didn't show them all the verbiage, you know, that was on the ballot.' And so some were upset for that. We even investigated some, but the people weren't still at that location."[4]

The fifth and perhaps most concerning discovery is evidence of bulk identity theft—circulators using electors' publicly available personal identifying information to complete dozens, hundreds, or even thousands of petition forms without ever circulating the petition. Section 100.371(11), Florida Statutes, requires Supervisors of Elections to verify electors' identities based on four pieces of information: (1) name, (2) address, (3) voter registration number or date of birth, and (4) signature match. Outside of limited exceptions for domestic violence victims and "high-risk professionals," each voter's name, address, date of birth, and voter registration number are available in the voter extract file provided by the Division of Elections. This information can often

---

[4] Anne Maxwell, *State alleges petition fraud amid political battle over Amendment 4*, News 4 Jax (Oct. 15, 2024), https://www.news4jax.com/news/local/2024/10/15/state-alleges-petition-fraud-amid-political-battle-over-amendment-4/.

be found on the internet as well. OECS and FDLE investigations display a pattern where enterprising circulators obtain lists of personal identifying information, copy this information onto petition forms in bulk, and then forge signatures based on the electors' names. *See* App. E. In fact, a proffer from one FPF paid circulator indicates that an FPF subcontractor instructed and directed her to engage in bulk identity theft. *See* App. P. The only safeguard against bulk identity theft is the signature verification process, which is seriously flawed. *See* 2024 Supplemental Interim Report at section II; *infra* at section I.B. The pay-per-petition compensation model incentivizes this type of fraud by encouraging paid signature gatherers to turn in as many forms as possible.

OECS has received complaints from many Florida electors whose information was fraudulently submitted on forms for Initiative Petitions 23-07, 22-05, 21-16 and 21-17. Many complaints arose because some Supervisors of Elections notified electors when a petition form bearing their information was rejected. This in turn led electors to contact the Supervisor's office or OECS to report potential fraud. Understandably, many were angry, upset, and confused. *See* App. B.[5]

Supervisors of Elections have also provided a large number of credible complaints. *See* App. C and D. In fact, Supervisors of Elections in Martin County and Osceola County reported that members of their elections staff had their personal information misappropriated, and their signatures forged, on petition forms submitted by FPF paid circulators. *See* App. D. Similarly, the Duval County Supervisor of Elections reported to OECS that a member of his elections staff had her personal identification information misappropriated, and signature forged on petition forms submitted by a Smart & Safe circulator. *See* App. Z. Some of these fraudulent petitions accurately recorded aspects of the staff members' personal identifying information, indicating that the fraudsters may have copied this information onto the petition forms from the state voter file or another database.

These reports are corroborated by members of the petition circulation industry, including one of FPF's own agents. In late 2023, a circulator appeared at the R.A. Gray building in Tallahassee asking to speak with OECS. The circulator wanted to report what he believed to be petition fraud related to Initiative Petition 23-07. The circulator explained that he was the owner of a petition circulator business working to collect signatures for the purpose of qualifying the abortion amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators, who the circulator suspected were engaged in a scheme to forge elector signatures on petition forms. The circulator brought over 600 petitions from eight different paid FPF circulators. The circulator believed some of the petitions to be fraudulent for several reasons. Those reasons included: at least one admission from an employee, the same handwriting for dozens of individual electors, incorrect dates of birth, names appearing to be in alphabetical order as if they were copied off a list, and signatures appearing to be forged, among other reasons. The circulator did not know which of the approximately 600 petitions were in fact fraudulent but suspected some to be so. OECS confirmed that each of the eight paid circulators in question were registered to circulate Initiative Petition 23-07. The information and paid circulator

---

[5] This represents only a sampling of complaints received from Florida electors.

names were immediately handed over to FDLE and the Office of Statewide Prosecution for criminal investigation. *See* App. I.

Investigations revealed that FPF's agents were aware of fraud perpetrated by their circulators. For instance, PCI Consultants, Inc., the main entity hired to collect petitions on behalf of FPF, flagged 35 petitions submitted by one of its circulators as forgeries. *See* App. G. Despite appearing on the "Do Not Buy" list described in the next paragraph, this circulator was used by FPF in nine Florida counites and had at least six other credible complaints filed against her by electors and other election officials. PCI Consultants reported this circulator to the Supervisor of Election for Hernando County, but petition forms submitted by the circulator were validated in five other Florida counties, leading OECS to believe that PCI Consultants did not give the same notice to those counties. On another occasion, the owner of one of PCI Consultants' subcontractors advised law enforcement that "many petitioners use Facebook, Instagram, and Yellow Pages" to obtain personal identifying information and commit bulk identity theft. *See* App. E.

Through the investigative work of its law enforcement partners, OECS has also learned of, and confirmed, the existence of a "Do Not Buy" list circulated in the petition gathering community. Based on information and belief, PCI Consultants maintains a copy of the list. Florida, unlike other states, has not made felons ineligible for paid petition circulation. The "Do Not Buy" list serves to give notice to entities or individuals that a particular circulator has either actively engaged in fraudulent petition gathering activities or has in the past been implicated in submitting fraudulent petitions. OECS was given access to a version of the list and confirmed that more than 55 paid circulators who submitted petitions for FPF were among those listed. These individuals accounted for over 8,800 validated abortion petition forms across the state. At least 18 paid circulators who submitted petitions for Smart & Safe were also among those listed.

Investigators have also uncovered the scope and methods of fraud in the course of prosecuting paid circulators who violated Florida election law. Four paid circulators who submitted abortion petitions on behalf of FPF have been arrested for petition fraud in connection with Initiative Petition 23-07 thus far. All four appear on the "Do Not Buy" list. Despite this, these four, and many others who are currently under active criminal investigation, were widely utilized by FPF in its petition gathering and submission operations. Three defendants have been convicted—one of whom was sentenced to a term of 25.8 months in the Florida Department of Corrections for petition fraud related to the abortion amendment. At least two defendants have indicated that many of the petitions they submitted were fraudulent or otherwise illegal. *See* App. E (Harriel 1); App. N (Salazar); App. P (Harriel 2). One of these defendants explained to prosecutors that it was "hard to get a hundred" petitions for Initiative Petition 23-07 in a day, yet the noticed that other circulators were "handing [in] stacks and stacks" and "collecting a thousand a day." App. N at 27, 42, 47. When asked if other circulators ever talked about using names of other people they found online, the defendant stated: "People did that a lot. They would just fill out, people would just--fake, fake, fake, because they didn't care." *Id.* at 45-46.

Another of these circulators testified that she was trained to commit bulk identity theft in furtherance of Initiative Petition 23-07, presumably by one of FPF's subcontractors. Her

instructions were to sign her name to petition forms, "[f]ive hundred at a time." App. P (Harriel 2). Next, she would compile a list of registered voters using a website called Clustrmaps and the Department of State's online voter information lookup portal. The circulator recorded electors' first and last names, addresses, and dates of birth—"whatever needed to go on the form." The circulator would then provide the signed forms and the list to her employer, presumably an FPF subcontractor. "And they would do the rest. They had their little organization where they would fill out all the stuff." The circulator was compensated at a rate of $5 per petition form in violation of Florida law. The circulator admitted that she did all this from the comfort of her home, without ever circulating the petition. *Id.* Nevertheless, Supervisors validated 37.5% of the petitions submitted under her name. While the proffer is heavily redacted, OECS anticipates investigations will reveal that additional circulators hired and trained by the same FPF subcontractor engaged in the same method of bulk identity theft in furtherance of Initiative Petition 23-07.

FDLE has arrested at least six paid circulators who submitted marijuana petitions on behalf of the two marijuana initiatives Sensible Florida (21-17) and Smart & Safe (22-05). Eighteen Smart & Safe circulators appear on the "Do Not Buy" list. Despite this, some of these individuals, and many others who are currently under active criminal investigation were widely utilized by Smart & Safe in its petition gathering and submission operations. App. E. One of these defendants explained to law enforcement investigators that he was paid $400 per week for 0 to 100 signatures, with pay increasing every 50 additional signatures after 100. *See* App. E (Dworsky). Another Sensible Florida paid circulator testified that he attended trainings that taught him how to access opensource personal identification information. App. E (Brady). This defendant went on to say that he used this information to complete petitions fraudulently himself. *Id.* He was later located and arrested in Georgia for the bulk identity theft committed against Florida voters. *Id.*

Another Smart & Safe paid circulator told law enforcement that she found electors' information, including their dates of birth, through their Facebook profiles. App. E. (Marrero). Another defendant explained that she allowed other people to use her circulator number and was paid for the petitions they completed. App. E. (Humphreys). That same defendant submitted a number of petitions that were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. *Id.* Another circulator submitted petitions on behalf of 23 deceased individuals in at least four counties. App. E. (Stone). That same circulator submitted petitions multiple times for at least three deceased individuals. *Id.*

Additional information about some paid petition circulators who have been arrested[6] for petition fraud is provided below:

### *George Andrews* - *Pasco County case 2024CF000485*

OECS began investigating George Andrews, a paid circulator for the abortion petition (23-07), in the fall of 2023. He was arrested in early 2024. Initially, three Supervisors of Elections reported receiving a total of 29 fraudulent petition forms signed by George Andrews, an FPF paid

---

[6] This represents only a sampling of arrests of paid petition circulators.

circulator.[7]  Law enforcement interviewed and confirmed with 10 Florida electors that they did not complete forms for Initiative Petition 23-07.  Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud.  Based on information and belief, the actual number of fraud victims is much higher.  Andrews submitted a total of 1,906 abortion petitions across the state; 964 were invalidated.  Following the tenth elector victim interview, law enforcement made the decision to bring charges against Andrews.  He was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes.  All 20 felony counts were based on invalidated signatures on petitions related to Initiative Petition 23-07.  Following Andrews' arrest, investigation into his fraud continued.  Not long after his arrest, Andrews entered a guilty plea to all 20 felony counts.  The Court sentenced Andrews to 25.8 months in the Florida Department of Corrections, where he remains as of the time of this report.

In addition to his Florida criminal case, Andrews has also been charged with 30 counts of felony petition fraud in the state of Kansas.  *See* App. F.  The Kansas charges remain pending.

OECS confirmed that in addition to 964 invalidated petition forms, Andrews also submitted 942 abortion petitions across 27 Florida counties that were validated.  As part of its ongoing audit of validated petition, OECS has referred an additional 46 validated petitions to law enforcement to review for potential criminal investigation.  As the OECS audit continues, OECS expects to identify additional victims of Andrews' petition fraud and make additional criminal referrals to FDLE in the coming months.  OECS also learned that Andrews was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc.  It is highly suspect that a person like Andrews was utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,900 petition forms across the State of Florida.

### *Jamie Johnson - Pasco County case 2024CF000487*

OECS began investigating Jamie Johnson, a paid circulators for the abortion petition (23-07), in the fall of 2023.  She was arrested in the fall of 2024.  Initially, four Supervisors of Elections reported receiving approximately 102 fraudulent abortion petitions signed by Johnson.  During the investigation, Hillsborough County submitted another complaint against Johnson, alleging she submitted petitions in the name of at least five deceased Floridians.  *See* App. C.

Law enforcement interviewed and confirmed with nine Florida electors that they did not complete forms for Initiative Petition 23-07.  Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud.  During the investigation, it was learned that Johnson and Andrews were roommates at the time they were FPF paid circulators.  Johnson submitted two fraudulent petitions using the same victim information used by George Andrews.  Johnson also submitted a fraudulent petition using the name of the husband of one of Andrews's victims.  Following the ninth victim interview, law

---

[7]  OECS later learned that an employee of the Osceola County Supervisor of Elections Office had a fraudulent abortion petition submitted in her name.  George Andrews was the circulator listed on that petition.

enforcement decided to bring charges against Johnson for submitting fraudulent petitions on behalf of the Florida initiative sponsored by FPF, 23-07. Based on information and belief, the actual number of fraud victims was much higher. Johnson submitted a total of 1,647 abortion petitions across the state; 814 were invalidated. Johnson was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. The initial investigation focused on invalidated petitions, and all 20 felony counts were based on invalidated signatures for Initiative Petition 23-07. Johnson was unable to be located in Florida but was eventually arrested in Nebraska. *See* App. F. At that time, Florida officials learned that Johnson was also wanted in Kansas for 19 felony petition fraud charges. The Kansas Attorney General has announced his intention to bring Johnson to Kansas for prosecution. *See* App. F. Johnson's Florida case is ongoing.

OECS confirmed that in addition to the 814 invalidated abortion petitions, Johnson also had 833 abortion petitions validated across 22 Florida counties. As part of its ongoing audit of validated petitions, OECS has referred an additional 56 of Johnson's petitions to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Johnson's petition fraud and make additional criminal referrals to FDLE.

OECS also learned that Johnson was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc. It is highly suspect that a person like Johnson was utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,600 petition forms across the State of Florida.

### *Andre Salazar - Sarasota County case 2024CF002716*

OECS began investigating Andre Salazar, a paid circulator for the abortion petition (23-07), in late 2023. He was arrested in early 2024. Initially, two Supervisors of Elections reported receiving a total of 33 fraudulent abortion petitions signed by Salazar. Law enforcement interviewed and confirmed with 12 Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that some of the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Salazar submitted a total of 1,585 abortion petitions across the state; 718 were invalidated. Law enforcement interviewed Salazar. Among other things, Salazar stated to law enforcement during his interview that he was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions, was paid $10 per abortion petition submitted, and circulated the petition for compensation prior to registering as a paid FPF petition circulator. *See* App. E and N. Salazar also admitted that, after he became registered, he "would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence." This calls into question the validity of all validated petition forms submitted under Salazar's paid petition circulator number. *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

Following the interviews, law enforcement brought charges against Salazar. He was charged with 12 felony counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes. All 12 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07. Salazar entered a plea agreement and provided a proffer to the Office of Statewide Prosecution as part of the agreement.

### *Donella Harriel - Martin County case 2024CF000424*

OECS began investigating Donella Harriel, a paid circulator for the abortion petition (23-07), in late 2023. She was arrested in 2024. Initially, three Supervisors of Elections reported receiving a total of 186 fraudulent abortion petitions signed by Harriel. Law enforcement interviewed and confirmed with six Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Harriel submitted a total of 526 abortion petitions across the state; 314 were invalidated. Law enforcement interviewed Harriel. Among other things, Harriel stated to law enforcement during her interview that she was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions, was paid $10 per abortion petition submitted, and was fired from the company for committing fraud. *See* App. E.

Following Harriel's interview, law enforcement interviewed the owner of the FPF subcontractor that fired her. He advised law enforcement of the following (*See* App. E):

- A company subcontracting with PCI Consultants, Inc., engaged his company to hire paid petition circulators to collect abortion petitions for the Amendment sponsored by FPF;

- PCI Consultants would review and validate the petition forms before submitting them to the Supervisors of Elections;

- Harriel was at one time an employee of his company, but "Harriel was fired and placed on Do Not Buy List that is maintained by PCI"; and

- He is aware that paid petition circulators engaged in fraud, often using Facebook, Instagram, Yellow Pages, and other internet sources to obtain personal identifying information of potential victims.

Following the interviews, law enforcement brought charges against Harriel. She was arrested for 10 felony counts: five counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes and five counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. All 10 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07. Harriel pleaded guilty to five counts of Criminal Use of Personal Identification Information.

OECS confirmed that in addition to 314 invalidated abortion petitions, Harriel also submitted 212 abortion petitions across 18 Florida counties that were validated. As part of its

ongoing audit, OECS has referred an additional 31 validated abortion petitions to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Harriel's petition fraud and make additional criminal referrals to FDLE.

### *Natalie Marrero – Jackson County case 2023CF000614*

OECS began investigating Natalie Marrero, a paid circulator for the 2022 marijuana petition (22-05). She was arrested in 2023. Initially, the Jackson County Supervisor of Elections reported receiving a total of 12 fraudulent petition forms signed by Marrero. Law enforcement interviewed and confirmed with two Florida electors that they did not complete or sign any of the 12 petitions submitted in their names for Initiative Petition 22-05. Based on information and belief, the actual number of fraud victims is much higher. Marrero submitted a total of 2,111 marijuana petitions across the state; 967 were invalidated. Law enforcement interviewed Marrero's former coworker, who recalled saying that there were times when she (Marrero) would find people on Facebook and fill out petitions using their information. Law enforcement interviewed Marrero. App. E. Among other things, Marrero stated to law enforcement that she completed the petitions in the two electors' names because she needed the money, she was the only person who completed the petitions, she found the two electors' names on a friend's Facebook page, and she chose the two electors because their dates of birth were displayed on their Facebook profiles. Following the interview, law enforcement received four more petitions submitted by Marrero in the same two electors' names.

Following the interviews, law enforcement brought charges against Marrero. She was initially charged with 32 felony counts: 16 felony counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 16 felony counts of False Swearing/Submission of False Voter Registration Information under section 104.011(1), Florida Statutes. In April 2024, Marrero pleaded no contest to three felony counts of Criminal Use of Personal Identification Information and all 16 counts of False Swearing/Submission of False Voter Registration Information.

### *Jessica Humphreys – Santa Rosa County case 2024CF000156*

OECS began investigating Jessica Humphreys, a paid circulator for the 2022 marijuana petition (22-05), in early 2023. She was arrested in early 2024. Initially, the Escambia County Supervisor of Elections reported receiving a total of 39 potentially fraudulent petition forms signed by Jessica Humphreys, a Smart & Safe paid circulator. Law enforcement verified that 38 of those petitions were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. Later, the Santa Rosa County Supervisor of Elections provided law enforcement with a total of 183 petitions from Humphreys for Initiative Petition 22-05 that were marked as invalid for having non-voters or mismatched signatures. Law enforcement verified that at least 34 of those petitions were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. Based on information and belief, the actual number of fraud victims is much higher. Humphreys submitted a total of 3,980 marijuana petitions across the state; 2,064 were invalidated. Law enforcement interviewed Humphreys. Among other things, Humphreys stated to law enforcement that she was employed as a "lead" petition circulator working on the marijuana initiative, she was responsible for training new team members, she allowed team members not registered with the Department of State to distribute petitions under

her circulator number, she would then sign the petitions and turn them into her supervisor, and she was paid for the petitions filled out by the new team members.

Following the interviews, arrest warrants were obtained for Humphreys in Escambia and Santa Rosa Counties. In February 2024, Humphreys was charged in Santa Rosa County with 68 felony counts: 34 felony counts of Willfully Submitting False Voter Registration Information under section 104.011(2), Florida Statutes, and 34 felony counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. The case is ongoing.

### Nelson Stone – Palm Beach County case 2023CF008916

OECS began investigating Nelson Stone, a paid circulator for the first marijuana petition (21-17) and the casino gambling petition (21-16), in 2023. He was arrested in 2023. Initially, Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted petitions containing the names and signatures of deceased individuals. In investigating the petition circulators on that list, law enforcement verified that Stone submitted five marijuana petitions and one casino petition containing the information of five individuals who were deceased on the date Stone purportedly gathered their signatures. The individuals had been deceased anywhere from five to nine years before the petitions were supposedly signed. Law enforcement subsequently confirmed that Stone submitted more petitions containing the information of deceased individuals in additional counties. In total, law enforcement verified that Stone submitted petitions on behalf of 23 deceased individuals in at least four counties (Palm Beach, Orange, Broward, and Miami-Dade), and that Stone submitted petitions multiple times for at least three of those deceased individuals. Based on information and belief, the actual number of fraud victims is much higher. Stone submitted a total of 582 marijuana petitions and 2,333 casino gambling petitions across the state. Law enforcement interviewed Stone. Among other things, Stone stated that he was employed as a petition circulator with a base salary and incentives "to do well."

Following the interview, Stone was arrested in Palm Beach County on five felony counts of Fraudulent Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes. On September 4, 2024, Stone pleaded guilty to all charges and agreed to cooperate with the state of Florida in any follow-up investigations.

### Yenay Ramos – Broward County case 2024CF001438

OECS began investigating Yenay Ramos, a paid circulator for the first marijuana petition (21-17), in 2023. Initially, the Miami-Dade County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted petitions containing the names and signatures of deceased individuals. The Broward County Supervisor of Elections subsequently gave law enforcement a similar list of petition circulators who submitted petitions containing the names and signatures of deceased individuals. In investigating the petition circulators on those two lists, law enforcement verified that Ramos submitted a total of 14 marijuana petitions containing the information of individuals who were deceased on the date Ramos purportedly gathered their signatures. Ten of those petitions were submitted to the Miami-Dade County Supervisor of Elections; four were submitted to the Broward County Supervisor of Elections. Based on information and belief, the actual number of fraud victims is much higher.

14

Ramos was charged with 14 felony counts of Fraudulent Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. On June 18, 2024, Stone pleaded no contest to all charges.

### *Haggi Amirally – Palm Beach County case 2024CF002332*

OECS began investigating Haggi Amirally, a paid circulator for the casino gambling petition (21-16), in early 2023. He was arrested in early 2024. Initially, the Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted various invalid petitions. In investigating the petition circulators on that list, law enforcement verified that Amirally submitted to the Palm Beach County Supervisor at least seven casino gambling petitions containing the information of individuals who were deceased on the date he purportedly gathered their signatures. Based on information and belief, the actual number of fraud victims is much higher. Of the 162 petitions Amirally submitted in Palm Beach County, 156 were deemed invalid.

Amirally was charged with seven felony counts of Fraudulent Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. On August 1, 2024, Amirally pleaded guilty to all charges.

### *Henos Joseph – Palm Beach County case 2024CF002334*

OECS began investigating Henos Joseph, a paid circulator for the casino gambling petition (21-16), in early 2023. He was arrested in 2024. Initially, the Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted various invalid petitions. In investigating the petition circulators on that list, law enforcement verified that Joseph submitted to Palm Beach County Supervisor at least 10 casino gambling petitions containing the information of individuals who were deceased on the date he purportedly gathered their signatures. Further investigation by law enforcement revealed that Joseph submitted to the Miami-Dade County Supervisor at least three casino gambling petitions containing the information of deceased individuals. Based on information and belief, the actual number of fraud victims is much higher. Joseph submitted a total of 1,358 casino gambling petitions across the state; 904 were invalidated.

Joseph was charged with 13 counts of Criminal Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. Joseph recently entered a plea agreement on all counts

### *Zachary Dworsky – Volusia County case 2023CF305624*

OECS began investigating Zachary Dworsky, a paid circulator for the FPF abortion petition (23-07) and Smart & Safe marijuana petition (22-05), in 2023. He was arrested in 2023. Initially, the Sumter County Supervisor of Elections reported one fraudulent marijuana petition submitted by Dworsky. Law enforcement interviewed and confirmed with the elector that she had not completed a form for Initiative Petition 22-05. The elector confirmed that it was not her signature on the petition and that no one had ever approached her to sign a petition for Initiative Petition 22-05. Following this interview, law enforcement contacted the OECS to determine whether Dworsky submitted petitions in other voter districts that were considered invalid. Law enforcement reviewed a spreadsheet showing that there were 32 invalid petitions submitted to the Volusia County Supervisor of Elections by Dworsky. Following interviews with these Florida

electors, law enforcement confirmed that 14 voters were victims of identity theft in Volusia County. The electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of identity fraud victims is much larger. Dworsky submitted a total of 3,984 petitions across the state; 2,438 were invalidated.

Following this discovery, law enforcement conducted a sworn interview of Dworsky. Dworsky stated that he was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." App. E. He was paid $400.00 per week for 0 to 100 signatures, with pay increasing every 50 additional signatures after 100. Dworsky also stated that after an individual completed a petition, the information was checked through Third Party Verification to determine if the individual was a registered voter. This suggests that contrary to Florida law, Dworsky may not have turned in all signed petitions. Though Dworsky had petitions signed by Volusia and Sumter County electors, Dworsky is located in Miami and stated that he traveled only as far as Jupiter to get signatures. *Id.*

Following the investigation, Dworsky was charged with 15 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 15 counts of Signing Another Person's Name/Fictious Name under section 104.185(2). Dworsky's case is still pending.

### *Colton Brady – Leon County case 2024CF002558*

OECS began investigating Colton Brady, a paid circulator for the first marijuana petition (21-17). In the fall of 2024, Brady was arrested in Fayette County, Georgia. Following communication with the Leon County Supervisor of Elections, law enforcement reviewed a list of petitions containing invalid names, addresses, and dates of births that were submitted to the Leon County Supervisor of Elections by Brady. Brady submitted numerous petitions for individuals whose signatures did not match and for deceased individuals. He submitted a total of 66 marijuana petitions to the Leon County Supervisor of Elections office under initiative petition 21-17, of which 49 were determined invalid. Law enforcement conducted investigations and interviews and concluded that Brady submitted at least four petitions for individuals who had not provided consent, permission, or authorization. This included one individual who died prior to the date the petition was completed.

Brady told law enforcement that he attended trainings that allowed him to discover how to access an opensource internet website housing personal identification information for Leon County electors. App. E. Brady admitted that he used this open-source internet website to access his victims' personal identification information and complete fraudulent petitions. Brady was shown the petitions determined to be fraudulent and admitted that he completed them with the intent to commit fraud against those individuals for his own personal gain. *Id.*

Brady was charged with three counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes; one count of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a)), Florida Statutes; and four counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1), Florida Statutes. Brady's case is still pending.

Brady has previously been convicted of several other felonies, including Grand Theft of a Motor Vehicle, Possession of Counterfeited Bank Bill, Burglary of a Dwelling, and Grand Theft ($300-$5,000).

### Krisharia Williams – Leon County case 2024CF000939

OECS began investigating Williams, a paid circulator for the casino gambling petition (21-16), in 2023. She was arrested in April 2024. In the fall of 2023, the Leon County Supervisor of Elections provided law enforcement with a voter fraud complaint against Williams for submitting fraudulent petitions for Initiative Petition 21-16. Williams submitted 835 casino gambling petitions in Leon County alone; 709 were invalidated. Following this complaint, law enforcement reviewed a comprehensive list of petitions submitted by Williams containing invalid names, addresses, and dates of births. Williams submitted petitions for numerous individuals whose signatures did not match and deceased individuals. Upon further investigation, law enforcement determined that Williams submitted at least eight petitions for individuals without their consent, permission, or authorization. Williams also submitted two petitions with deceased individuals. Several of the electors interviewed stated that the birthdate provided on the petition was incorrect, several electors also stated that the address on the petition was incorrect. One of the electors whose identity was used submitted a notarized "Voluntary Affidavit" stating:

> I never filled out the Constitutional Amendment Initiative Petition form that has been provided for my review. I can confirm without a shadow of a doubt that this petition was not filled out by me and that is confirmed because the handwriting & signature are undoubtedly not mine. Moreover in December of 2021 I was in the process of moving and I know for a fact that a petition regarding casino taxation wouldn't have been enough of a priority for me at the time to spend time completing. It's disheartening to learn that my information was used & my signature was forged without my knowledge. I'm happy to provide any other information to see to it that justice is served so that no one else has to experience this theft of personal information.

Williams was charged with eight counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes; two counts of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes; and 10 counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1), Florida Statutes. Williams's case is still pending.

### Jill President – Leon County case 2024CF001123

OECS began investigating Jill President, a paid circulator for the casino gambling petition (21-16), in 2023. She was arrested in April 2024. In the fall of 2023, the Leon County Supervisor of Elections provided law enforcement with a voter fraud complaint against President. President appeared to have collected petitions from more than one deceased individual for Initiative Petition 21-16. President submitted 1,212 petitions in Leon County alone; 1,138 were invalidated. President submitted at least 11 petitions for individuals who were deceased at the time the petition was signed. President was charged with 11 counts of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes and 11 counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1). Florida Statutes. President's case is still pending.

17

## B. OECS AUDIT OF VALIDATED PETITIONS

As OECS began investigating complaints of bulk identity theft associated with the abortion petition (23-07) in 2023, OECS became concerned that a substantial number of forged or otherwise invalid signatures submitted by FPF were mistakenly validated by Supervisors of Elections. This concern grew as evidence and testimony was gathered by OECS and law enforcement agencies in the first two quarters of 2024. Evidence in some cases indicated that the arrested circulator did not submit any actual elector signatures, but rather forged or procured through fraud all of the signatures submitted. Yet when data was analyzed at the state level, OECS discovered that many forms submitted by these circulators were validated in multiple counties.

Consider the four arrested FPF petition circulators discussed in the previous section. Collectively, OECS received more than 25 complaints from electors and election officials about these four paid circulators. The allegations spanned 15 different counties. The complaints alleged that approximately 370 petitions were fraudulent and included at least 7 deceased individuals. At least two of these individuals confessed that they engaged in bulk identify theft and that most or all of the forms they submitted were fraudulent. Several of these individuals were listed on the "Do Not Buy" list discussed in the previous section. Yet, statewide data reveals that 2,854 petitions submitted by these four individuals were verified as valid and counted toward the total number and distribution of signatures required for ballot placement.

OECS therefore decided to conduct a multi-county audit of validated petition forms for the abortion amendment (23-07). See § 97.022(1)(b), Fla. Stat. (tasking OECS with "initiating independent inquires and conducting preliminary investigations into . . . election irregularities in this state").

The preliminary results of the audit are contained in section II of the Supplemental Interim Report, filed on December 20, 2024, and hereby incorporated by reference into this Final Report. Some key figures:

• Thus far, OECS has reviewed and analyzed a total of 13,059 validated petition forms. OECS has determined that, at a minimum, 2,650 (20.3%) should not have been validated due to statutory deficiencies or a clear mismatch between the signature on the petition and any signature on file.

• While there is a wide range of invalidity rates between the three audited counties and sample sizes vary, on average, 25.4% of petition forms that were submitted by known or suspected fraudsters and validated by the Supervisor of Elections should have been rejected due to statutory deficiencies or a clear signature mismatch.

• In the one county where the audit was not limited to known or suspected fraudsters, OECS determined that 20.9% of petition forms that were validated by the Supervisor of

Elections should have been rejected due to statutory deficiencies or a clear signature mismatch.[8]

The audit is ongoing and has since expanded to petition forms validated for the 2022 marijuana petition (22-05) in addition to forms validated for the abortion petition (23-07).

OECS plans to analyze petition forms[9] in a variety of counties over the coming months, utilizing experts in the fields of statistics and forensic document examination. Audits of Alachua and Palm Beach Counties are scheduled for January 2025, with more counties to follow. To allocate resources efficiently auditors will review (1) all petition forms submitted by known or suspected fraudsters and (2) statistically significant samples of all petition forms submitted. Results will likely be published in supplemental reports on a rolling basis.

## II. LEGAL UPDATE

Protecting the vote has not come without battles. This section highlights some of the legal victories claimed by OECS and its partners during 2024.

### A. Appellate Update

The Office Statewide Prosecutor ("OSP") has continued prosecuting convicted murderers and felony sexual offenders for registering and voting illegally in Florida elections using the State's election system. When those prosecutions began, many defendants argued that OSP lacked jurisdiction to do so. Some South Florida trial courts credited those arguments and dismissed the charges. Other trial courts allowed the cases to proceed. The State appealed the trial court dismissals.[10]  Meanwhile, the Legislature amended OSP's enabling statute to clarify the circumstances under which it could prosecute voting crimes. Ch. 2023-2, § 1, at 1-3, Laws of Fla. In the appeals, the Attorney General's Office argued that the change to the enabling statute applies in all pending cases. To date, all district appellate courts to consider the issue have agreed that the

---

[8] These results featured prominently in a series of lawsuits filed against the Secretary of State, multiple Supervisors of Elections, FPF, and others in October 2024. Plaintiffs argued that the abortion petition (23-07) failed to obtain the requisite number and distribution of signatures to qualify for the 2024 general election ballot. *See, e.g., Hoffman v. Barton*, No. 2024-CA-001745 (Fla. 2d Cir. Ct. Oct. 29, 2024). The lawsuits were voluntarily dismissed following the defeat of Amendment 4. Precedent from the First District Court of Appeal holds that such lawsuits are not rendered moot by the passage of the proposed constitutional amendment. *Floridians Against Expanded Gambling v. Floridians for a Level Playing Field*, 945 So. 2d 553, 556 (Fla. 1st DCA 2006); *see also Browning v. Fla. Hometown Democracy, Inc., PAC*, 29 So. 3d 1053, 1065 (Fla. 2010). Had Amendment 4 passed, the actual number and distribution of valid signatures likely would have been the subject of costly, protracted, and potentially embarrassing litigation for the Department of State and many Supervisors of Elections.

[9] These two initiatives were chosen to audit due to the number and volume of criminal complaints OECS received in 2023-2024. OECS continues to review and investigate any criminal allegations, related to the Gambling Initiative 21-16, and numerous arrests have been made. However, that initiative pre-dated the formation of OECS and, as a result limitations periods have run in some cases, or relevant records have been destroyed, making it a much more difficult initiative to audit. *See* §100.371(3), Fla. Stat. ("The supervisor shall retain the signature forms for at least 1 year following the election in which the issue appeared on the ballot or until the Division of Elections notifies the supervisors of elections that the committee that circulated the petition is no longer seeking to obtain ballot position.") (emphasis added).

[10] One defendant also appealed a conviction following a jury verdict. *See Hart v. State of Florida*, 2D2023-0493 (Fla. 2d DCA March 7, 2023).

Statewide Prosecutor properly charged those voting crimes, and reversed trial courts that found otherwise. *State v. Miller*, 394 So. 3d 164 (Fla. 3d DCA 2024); *State v. Hubbard*, 392 So. 3d 1067 (Fla. 4th DCA 2024); *see also State v. Wood*, No. 3D22-1925, 2024 WL 4280618 (Fla. 3d DCA Sept. 25, 2024).[11]

OECS and its partners continue to investigate and prosecute voter ineligibility cases. To date, nearly all of the OECS ineligibility cases that have been filed have ended with a felony conviction, or are currently actively being litigated.[12]  In addition to that, since inception, OECS has seen an increase of successful voter ineligibility prosecutions across the state by state attorney offices. OECS will continue to investigate these cases and hold ineligible voters and registrants accountable.

### B. Administrative Litigation and Civil Fines

Where authority exists, OECS has continued to investigate and hold accountable any groups or individuals violating Florida election laws. This includes issuing and defending the issuance of election related civil fines in administrative forums.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the Supervisor of Elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the Supervisor of Elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

Similarly, under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(5)(a), Fla. Stat. The law requires each third-party voter registration organization that collects voter registration applications to deliver those applications to the Division of Elections or to the supervisor of elections in the county in which the applicant resides within ten days or be liable for a fine. *See* § 97.0575, Fla. Stat. For each application that is delivered untimely, the statute provides for a fine of $50 "per each day late up to $2,500, for each application." § 97.0575(5)(a)1., Fla. Stat. For each application that is collected before book closing but delivered after book closing, the fine is $100 "per each day late, up to $5,000, for each application." § 97.0575(5)(a)2., Fla. Stat. For each application not delivered to the Division of Elections or to the supervisor of elections in the county in which the applicant resides, the fine is $500 per violation. § 97.0575(5)(a)3., Fla. Stat.

---

[11] Two defendants have invoked the jurisdiction of the Florida Supreme Court. The Attorney General's Office is opposing discretionary review in those cases. Similar cases are pending in the Second and Sixth Districts. *Hart v. State*, No. 2D23-0493 (fully briefed); *State v. Washington*, No. 6D23-2104 (argument held July 25, 2024).
[12] As mentioned earlier on, so far, trial court dismissals have resulted in reversals in favor of the State, at the appellate level.

As mentioned in the 2023 Annual Report, OECS successfully resolved multiple challenges brought by Hard Knocks Strategies, a third-party voter registration organization ("3PVRO"). *See* 2023 Annual Report at 8. The cases were referred to the Division of Administrative Hearings ("DOAH"). *Hard Knocks Strategies, LLC v. Florida Department of State*, 23-764 (Fla. DOAH Feb. 24, 2023; *Hard Knocks Strategies, LLC v. Florida Department of State*, 23-1088 (Fla. DOAH March 20, 2023). Shortly after the cases were referred to DOAH, Hard Knocks elected to pay the full amount of fines and voluntarily dismiss both cases against OECS. In similar fashion, in July of 2024, OECS denied an appeal of a $26,000 fine issued to 3PVRO, Tides Advocacy – Poder Latinx. *See* App. R. After receiving the denial and notice of its DOAH rights, Tides Advocacy paid the $26,000 fine in full to OECS. OECS has also this month recently issued multiple 3PVRO fine letters totaling more than $50,000. Those fines will become due by February 2025.

Most recently, in November 2024, Floridians Protecting Freedom, Inc. (the sponsoring political committee to the Abortion Amendment 23-07), challenged a fine brought by OECS. The fine was based on information received from Supervisors of Elections and an FPF petition circulator, indicating that FPF violated section 100.371(7)(a), Florida Statutes, by failing to timely deliver petition forms in some cases and by failing to deliver the forms at all in others. The case was referred to DOAH in November 2024. *See Floridians Protecting Freedom, Inc. v. Department of State*, 24-4289 (Fla. DOAH Dec. 2, 2024). Shortly after the referral, FPF agreed to a favorable settlement with OECS, in which FPF agreed, among other things, to dismiss the DOAH action and pay $164,000 to OECS. App. Q. In total for 2024, OECS issued three letters fining FPF for violations of Florida election laws. *See* App. I and Q. In 2024, alone, FPF paid OECS $186,000 in civil fines for these election law violations. *See id.*

### C. Criminal Convictions

During 2024, OECS conducted preliminary investigations that uncovered hundreds of cases of election fraud related to the constitutional initiative process. *See supra.* Many investigations related to petition fraud are ongoing, but at least 17 paid petition circulators, working on behalf of four different initiatives have been arrested by FDLE since the creation of OECS. The Office of Statewide Prosecution has obtained convictions on a number of these individuals, and in some cases secured cooperation agreements[13] with criminal defendants. Although OECS devoted a large portion of resources in 2024 to constitutional initiative petition fraud, progress was made in other areas of the election code as well. In addition to the cases outlined in the above paragraphs, some of the 2024 highlights in other areas include:

- In April 2024, the State Attorney's Office for the 11th Circuit (Miami-Dade) and FDLE announced the arrest of a noncitizen, charged with four voter-related felonies.

- In May 2024, FDLE announced the arrest of an ineligible sex offender who voted without having his voting rights restored.

---

[13] Law enforcement is obtaining valuable criminal investigative information from several of the defendants and in some cases agreements have been reached to testify truthfully against other co-conspirators or individuals higher up in organization that were involved in fraudulent schemes.

- In July 2024, FDLE announced the arrest of an ineligible sex offender who voted without having his voting rights restored.

- In August 2024, the State Attorney's Office for the 18th Circuit (Brevard & Seminole) announced a no contest plea had been entered by a defendant for campaign finance violations related to the 2020 Florida Senate District 9 race.

- In fall of 2024, officials announced a guilty plea of a defendant who double voted in Alaska and Florida for several election cycles.

- Days before this report, OSP announced two illegal voting convictions, both cases originated from OECS.

- By the end of 2024 at least 10 OECS referred paid petition circulators had been convicted; at least 3 of those individuals entered into cooperation agreements with prosecutors and are providing the state information.

Overall, OECS investigations have assisted in more than 65 arrests for various Florida election crimes to date. At least 25 cases have resulted in criminal conviction. Of the known cases that have gone to a jury trial, all have resulted in guilty verdicts. OECS has also held political committees and 3PVROs accountable by issuing more than $325,000.00 in civil fines for violations of the Florida Election Code. OECS has collected more than $200,000.00 in civil fines in 2024 alone.

### D. Important Election Integrity Contributions

Senate Bill 7050 was passed during the 2023 legislative session, and later codified as Chapter 2023-120, Laws of Florida. SB 7050 focused heavily on election integrity issues, and was a collaborative endeavor by Governor DeSantis, the Florida Legislature, the Florida Department of State and the Florida Supervisors of Elections. Among other things, the law added mandatory list maintenance deadlines, implemented signature matching training for election personnel, created "voting seasons," and strengthened laws governing 3PVROs. Parts of SB 7050 were immediately challenged in federal court. OECS Director Andrew Darlington testified by way of written declaration in the federal trial, articulating the state interests behind certain provisions of the bill. *See* App. V (Darlington Declaration). In addition to Director Darlington, a number of state attorneys testified in defense of SB 7050.

The Department of State has also gone on the offensive. Florida has robust voter roll maintenance procedures to identify registered voters who are not U.S. citizens. In September the Department of State sent a letter to the Biden Administration demanding access to certain citizenship data needed for list maintenance and investigative activities. *See* App. S. (McVay Demand Letter). When the federal government refused the demand, Secretary Byrd authorized a lawsuit to be filed against the Secretary of Homeland Security, Alejandro Mayorkas. Attorney General Moody filed suit on behalf of Secretary Byrd in November of 2024, and the suit is currently pending in the U.S. District Court for the Northern District of Florida. *See State of*

*Florida et al v. Department of Homeland Security et al*, 24-cv-509 (N.D. Fla. Oct. 16, 2024); *see* App. Y (Copy of Complaint).

Florida has continued to investigate and make criminal referrals through OECS for instances of non-citizen voting. Two non-citizens have been arrested, and many others are under active criminal investigation. The Department updated its administrative rules to increase reporting requirements to deter and detect noncitizens attempting to vote. The rules were also updated to make it clear that federal agencies purporting to operate as voter registration agencies shall not do so without express approval from the Florida Secretary of State.

Additionally, Secretary Byrd provided testimony to the United States Congress multiple times in 2024 about Florida's election integrity efforts and issues surrounding noncitizen voting. In May, Secretary Byrd testified in front of the United States Committee on House Administration regarding American Confidence in Elections: Preventing Noncitizen Voting and Other Foreign Interference. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=VeAZknNm7Fw Then in September 2024, Secretary Byrd was invited back in front of the United States Committee on House Administration to provide testimony regarding American Confidence in Elections, previewing the 2024 General Election. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=Eif2zfI1X8 Also in September, Secretary Byrd testified before the United States House of Representatives Judiciary Committee regarding noncitizen voting. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=fsp2gG73aZQ Secretary Byrd and his team have also met with other states interested in adopting Florida's model for successful election administration.

## III. Third-Party Voter Registration Organizations (3PVROs)

In the 2023 Annual Report, OECS highlighted issues related to 3PVROs. The 2023 Annual Report noted:

> OECS ended 2022 and began 2023 with large numbers of complaints relating to fraud and other issues surrounding third-party voter registration organizations – these complaints included allegations that third-party voter registration agents, without consent, altered the political affiliation or voter registration information of a Florida voter; submitted voter registration applications in the name of deceased or fake individuals; filled out and submitted voter registration applications without consent of the voter; turned in large numbers of voter registration applications untimely (including some after book-closing deadlines); turned in voter registration applications to the wrong supervisor of elections; and forged voter registration applications in an attempt to avoid fines for late submissions.

2023 Annual Report at 7.

The passage of Senate Bill 7050 and its commonsense reforms, along with the litigation victory in the defense of Senate Bill 90,[14] has undoubtedly helped address some of the issues outlined in the 2023 Annual Report. The work, however, is not complete. OECS continues to receive reports of fraud and election law violations against 3PVROs.

For instance, one of the very individuals who was highlighted in the 2023 Annual Report, has re-emerged with allegations of an almost identical scheme in 2024. *See* App. U (Mark Earley report); *Cf* App. T (McVay referral to Campbell 2022). The 2024 allegations center on a 3PVRO collection agent (or agents) who allegedly submitted a large number forged or altered voter registration applications to Leon County Supervisor of Elections Mark Earley's office. Supervisor Earley suspected the voter applications were fraudulent based on a comparison of voter information on the forms with that on file with his office. Supervisor Earley suspects that the bad actors might be using third-party data or previously collected forms to fill out fraudulent applications. *See* App. U at 2. Earlier in 2024, a similar scheme was uncovered by a Supervisor of Elections. The allegations there centered on a significant number of voter registrations being submitted on behalf of what appear to be fictious individuals. That investigation was forwarded to state and federal law enforcement and is under active investigation. OECS has also opened several investigations against 3PVROs that appear to have modified the dates on completed voter registration forms in attempt to avoid being issued a civil fine by OECS.[15]

Unfortunately, Supervisors of Elections and the Division of Elections continue to refer cases to OECS involving sloppy and negligent business practices by 3PVROs. These cases include instances of 3PVROs collecting voter registrations but failing to turn the registrations into election officials in a timely fashion as required by section 97.0575, Florida Statutes. In one instance, a 3PVRO agent lost 12 completed voter registrations on a public bus, subjecting a number of voters to potential disenfranchisement and identity theft. *See* App. AB.

During the fall of 2024, Supervisor Mark Earley notified OECS that a woman who showed up to vote was informed she was not on the voting rolls. The voter explained that she had registered with a 3PVRO several weeks prior. The voter was able to produce a receipt, a change that came about as part of SB 7050's 3PVRO reforms, to show the registration agent and 3PVRO that accepted the voter's application but did not turn it into election officials. That case remains under investigation. *See* App. W. A number of 3PVROs continue to turn voter registrations in late and violate other Department of State regulations.

Floridians place a great deal of trust in third-party voter registration organizations to collect their personal information and submit their voter registration in a timely manner. OECS will continue to vigorously penalize 3PVROs that violate Florida's election laws. Voter confidence is

---

[14] The SB 90 litigation was resolved with an order from the Northern District of Florida. *League of Women Voters of Florida Inc. v. Florida Secretary of State*, 716 F. Supp. 3d 1236 (N.D. Fla. Feb. 8, 2024). This case was decided on remand from the 11th Circuit. *See League of Women Voters of Florida Inc. v. Florida Secretary of State*, 66 F. 4th 905 (April 27, 2023).

[15] At least three such investigations for these allegations against 3PVROs and their agents are ongoing and in preliminary investigative stage.

damaged when 3PVROs and their collection agents show blatant disregard for the state laws. This cannot and will not be tolerated.

## IV. Report Detailing Information on Investigations of Alleged Election Law Violations or Irregularities

Pursuant to requirements of section 97.022(7), Florida Statutes, this report must include the total number of complaints received and independent investigations initiated, and the number of complaints referred to another agency for further investigation or prosecution, including the total number of those matters sent to a special officer pursuant to section 102.091, Florida Statutes. The following tables summarizes these complaints:

| | |
|---|---|
| Complaints Received | 1918 |
| Independent Investigations Initiated | 512 |
| Cases Referred to Another Agency | 720 |
| Cases Referred to Special Agents | 509 |

For each alleged violation or irregularity investigated, this report must include the following details for each individual case: (a) source of alleged violation of irregularity; (b) the law allegedly violated or the nature of the irregularity reported; (c) the county in which the alleged violation or irregularity occurred; (d) whether the alleged violation or irregularity was referred to another agency for further investigation or prosecution and if so, to which agency; and (e) the current status of the investigation or resulting criminal case.

The following three tables (which precede the chart with case details) contain reference codes, descriptions and county codes used in the Detail Individual Case Report Chart

### Case Status Code

| Status Code | Status Description |
|---|---|
| | |
| Closed by OECS | Complaint closed by OECS due to either a) facially insufficient; or b) OECS conducted preliminary investigation and determined insufficient evidence exists for referral to law enforcement. |
| Closed/Declined by FDLE/SAO/SWP | The case was referred by OECS to law enforcement; however, law enforcement declined to pursue for any number of reasons including, but not limited to: insufficient evidence; unable to locate target; statute of limitations issue; target deceased. |
| Pending | OECS conducted preliminary investigation and referred the case to law enforcement for criminal investigation/prosecution. Law enforcement is doing one of the following: reviewing case, |

|  | investigating case, has made arrest, or the case is awaiting charging decision. |
|---|---|
| Preliminary | OECS is in the process of conducting a preliminary investigation and will soon make a decision on whether to close the case or make a criminal referral. |
| Referred to DOE for list maintenance | OECS reviewed allegations and determined an election official should be notified to review the information to determine whether list maintenance activity should be conducted on the voter.[16] Law enforcement also notified if statute of limitations, not at issue. |
| Civil fine assessed | OECS reviewed and referred case to Supervisor of Elections and ultimately issued a civil fine to either a 3PVRO or political committee for a violation of Florida election law |

**Agency Abbreviation Code Table**

| Agency Code | Agency |
|---|---|
| AG | Office of the Attorney General |
| DOE | Division of Elections |
| FDLE | Florida Department of Law Enforcement |
| FLE | Federal Law Enforcement |
| FLHSMV | Florida Highway Safety and Motor Vehicles |
| LSO | Local Sheriff's Office |
| OECS | Office of Election Crimes and Security |
| SAO | State Attorney's Office |
| SOE | Supervisor of Elections |
| SWP | Office of the Statewide Prosecutor |

---

[16] Most cases with this status are 2020 or 2022 multi-state double voting cases, commingled with residency allegations. Some cases with this status may have statute of limitations issues, others may have insufficient documentation to support a criminal referral; however, based on the information OECS has been able to review it is prudent to have DOE provide the information to an election official so that residency can be confirmed on the voter to ensure appropriate list maintenance actions can be taken if the voter is no longer a resident of Florida. This helps to ensure Florida's rolls are as accurate as possible and serves as a preventative measure in case the individual does plan to vote multiple times in any future election.

**Election Code Table**

| Election Code | Election |
|---|---|
| GE | General Election |
| PE | Primary Election |
| PPP | Presidential Preference Primary |
| SP | Special Election |

## A. Case Breakdown

| ECID | Election and/or year of the alleged violation | a) The source of the alleged violation or irregularity | (b) The law allegedly violated or the nature of the irregularity reported | c) The county in which the alleged violation or irregularity occurred | (d) Whether the alleged violation or irregularity was referred to another agency for further investigation or prosecution and, if so, to which agency | (e) The current status of the investigation or resulting criminal case |
|---|---|---|---|---|---|---|
| 1 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 2 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. 104.17-- Voting in person after casting vote-by-mail ballot. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 3 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |
| 4 | 2022 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 5 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 6 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 7 | 2022 GE | OECS | 104.15-- Unqualified electors willfully voting. | PUT | Not Referred | Closed by OECS |
| 8 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |

| 9 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PUT | Not Referred | Closed by OECS |
|---|---------|------|---|-----|-------------|----------------|
| 10 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. 104.041-- Fraud in connection with casting vote. | HIL | Referred to FDLE | Pending |
| 11 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 12 | 2022 GE | OECS | 104.0616-- Vote-by-mail ballots and voting; violations. 104.15-- Unqualified electors willfully voting. 104.047-- Vote-by-mail ballots and voting; violations. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Not Referred | Preliminary |
| 13 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 14 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Preliminary |
| 15 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

| 16 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
|----|---------|------|--------|-----|--------------|----------------|
| 17 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Referred to FDLE | Pending |
| 18 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 19 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 20 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. 104.047-- Vote-by-mail ballots and voting; violations. 104.17-- Voting in person after casting vote-by-mail ballot. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 21 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 22 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. 104.17-- Voting in person after casting vote-by-mail ballot. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 23 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | LAK | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 24 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 25 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 26 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 27 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 28 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 29 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | BRE | Referred to DOE | Referred to DOE for list maintenance |
| 30 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 31 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |

| 32 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | SAN | Referred to DOE | Referred to DOE for list maintenance |
| 33 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | CHA | Referred to DOE | Referred to DOE for list maintenance |
| 34 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 35 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 36 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | VOL | Referred to DOE | Referred to DOE for list maintenance |
| 37 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 38 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 39 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 40 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 41 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |

| 42 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | LAK | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 43 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | WAL | Referred to DOE | Referred to DOE for list maintenance |
| 44 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 45 | 2022 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | HIL | Not Referred | Preliminary |
| 46 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 47 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LAK | Referred to DOE | Referred to DOE for list maintenance |
| 48 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 49 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 50 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 51 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 52 | 2022 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 53 | 2022 PE | Civilian Referral | 104.0616-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |

33

| 54 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
|----|---------|------|---------|-----|------|------|
| 55 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 56 | 2022 PE | Civilian Referral | 104.0616-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 57 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAK | Not Referred | Closed by OECS |
| 58 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 59 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 60 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 61 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 62 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 63 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |

| 64 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 65 | 2024 PE | SOE | 104.17-- Voting in person after casting vote-by-mail ballot. 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 66 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 67 | 2022 GE | SOE | 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 68 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 69 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 70 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |
| 71 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Referred to FDLE | Pending |
| 72 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. | HIL | Not Referred | Preliminary |
| 73 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | ESC | Referred to FDLE | Pending |

| 74 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|----|---------|-------------------|----------------------------------------------------------------------------------------------------------|-----|------------------|---------|
| 75 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 76 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Multiple | Not Referred | Closed by OECS |
| 77 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEO | Not Referred | Closed by OECS |
| 78 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 79 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 80 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 81 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 82 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 83 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 84 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |
| 85 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 86 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 87 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 88 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 89 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 90 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 91 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 92 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 93 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 94 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 95 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 96 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | ALA | Referred to FDLE | Pending |

| 97 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 98 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 99 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 100 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 101 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 102 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 103 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | BAY | Referred to DOE | Referred to DOE for list maintenance |
| 104 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | WAL | Not Referred | Preliminary |
| 105 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Not Referred | Preliminary |
| 106 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Preliminary |

| 107 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
|-----|---------|-------------------|------|-----|-----|-----|
| 108 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 109 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 110 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 111 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Closed by OECS |
| 112 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |
| 113 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Preliminary |
| 114 | 2024 GE | Civilian Referral | 104.041-- Fraud in connection with casting vote. | DUV | Not Referred | Preliminary |
| 115 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Preliminary |
| 116 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 117 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | ESC | Not Referred | Closed by OECS |
| 118 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Preliminary |
| 119 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 120 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 121 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 122 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | SUM | Not Referred | Preliminary |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 123 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 124 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 125 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | SUM | Referred to DOE | Referred to DOE for list maintenance |
| 126 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 127 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 128 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 129 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | LEE | Not Referred | Closed by OECS |
| 130 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 131 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Not Referred | Preliminary |
| 132 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | OKE | Referred to DOE | Referred to DOE for list maintenance |
| 133 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference | DAD | Not Referred | Closed by OECS |

| | | | with, prohibited; penalty. | | | |
|---|---|---|---|---|---|---|
| 134 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 135 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Preliminary |
| 136 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 137 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 138 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Closed by OECS |
| 139 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | SEM | Not Referred | Closed by OECS |
| 140 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 141 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 142 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 143 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 144 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 145 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 146 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 147 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 148 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 149 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|-----|---------|-------------------|----------------------------------------------------------------------------------------------------------|-----|------------------|---------|
| 150 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 151 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 152 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 153 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 154 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 155 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 156 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Closed by OECS |
| 157 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 158 | 2024 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | PIN | Referred to SOE | Closed by OECS |
| 159 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 160 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 161 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 162 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | STJ | Not Referred | Preliminary |

| 163 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|-----|---------|-------------------|------------------------------------------------------------------------------------------------------------|-----|------------------|---------|
| 164 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 165 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 166 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 167 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 168 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | MAN | Not Referred | Closed by OECS |
| 169 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 170 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 171 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 172 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEE | Not Referred | Closed by OECS |
| 173 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Closed by OECS |
| 174 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 175 | 2024 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | ORA | Not Referred | Closed by OECS |
| 176 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DUV | Not Referred | Closed by OECS |
| 177 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | CHA | Not Referred | Closed by OECS |

| 178 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 179 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 180 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 181 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 182 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PIN | Not Referred | Closed by OECS |
| 183 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Closed by OECS |
| 184 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | LAK | Not Referred | Preliminary |
| 185 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 186 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | MRN | Not Referred | Closed by OECS |
| 187 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 188 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | BRO | Referred to SOE | Closed by OECS |
| 189 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 190 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 191 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 192 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | PAL | Not Referred | Closed by OECS |
| 193 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 194 | 2020 PE | Civilian Referral | 104.081-- Threats of employers to control votes of employees. | PAL | Not Referred | Closed by OECS |

| 195 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 196 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 197 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 198 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 199 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 200 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 201 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 202 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 203 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to SOE | Closed by OECS |
| 204 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Closed by OECS |
| 205 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Closed by OECS |
| 206 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 207 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | ORA | Not Referred | Closed by OECS |
| 208 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Unknown | Not Referred | Closed by OECS |
| 209 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than | DAD | Referred to DOE | Referred to DOE for list maintenance |

| | | | one ballot at any election. | | | |
|---|---|---|---|---|---|---|
| 210 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | SUM | Referred to DOE | Referred to DOE for list maintenance |
| 211 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 212 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 213 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 214 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 215 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 216 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HER | Referred to FDLE | Pending |
| 217 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 218 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Closed by OECS |
| 219 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | DAD | Not Referred | Preliminary |

| 220 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 221 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | Unknown | Not Referred | Closed by OECS |
| 222 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 223 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 224 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 225 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SEM | Not Referred | Preliminary |
| 226 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 227 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FDLE | Pending |
| 228 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 229 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 230 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 231 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 232 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | JEF | Not Referred | Preliminary |
| 233 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 234 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Closed by OECS |

| 235 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 236 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 237 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 238 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 239 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Closed by OECS |
| 240 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 241 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 242 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 243 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 244 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 245 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 246 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 247 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |

| 248 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 249 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 250 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 251 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 252 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 253 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 254 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 255 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 256 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Closed by OECS |
| 257 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Closed by OECS |
| 258 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 259 | 2024 GE | Civilian | 104.061-- Corruptly | MAN | Not Referred | Closed by OECS |

| | | Referral | influencing voting. | | | |
|---|---|---|---|---|---|---|
| 260 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 261 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 262 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Closed by OECS |
| 263 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 264 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 265 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 266 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | Unknown | Not Referred | Closed by OECS |
| 267 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 268 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FDLE | Pending |
| 269 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 270 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 271 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEE | Not Referred | Closed by OECS |
| 272 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | HEN | Not Referred | Closed by OECS |
| 273 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 274 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 275 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
|-----|---------|-------------------|--------------------------------------------------------------------------------------------------------|-----|--------------|-------------|
| 276 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 277 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 278 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | VOL | Not Referred | Closed by OECS |
| 279 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 280 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Closed by OECS |
| 281 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Closed by OECS |
| 282 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 283 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 284 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 285 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 286 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 287 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 288 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 289 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 290 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 291 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 292 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Closed by OECS |
| 293 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Closed by OECS |
| 294 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Closed by OECS |
| 295 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 296 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 297 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MRN | Not Referred | Closed by OECS |
| 298 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MRN | Not Referred | Closed by OECS |
| 299 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Closed by OECS |
| 300 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Preliminary |
| 301 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 302 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 303 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 304 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 305 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 306 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 307 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Closed by OECS |
| 308 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Closed by OECS |
| 309 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BAY | Not Referred | Closed by OECS |
| 310 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 311 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 312 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 313 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Closed by OECS |
| 314 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 315 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |

| 316 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 317 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | JAC | Not Referred | Closed by OECS |
| 318 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 319 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Closed by OECS |
| 320 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 321 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | WAK | Not Referred | Closed by OECS |
| 322 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRT | Not Referred | Closed by OECS |
| 323 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 324 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |
| 325 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 326 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 327 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 328 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |

| 329 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 330 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 331 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Preliminary |
| 332 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 333 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ESC | Not Referred | Preliminary |
| 334 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | GAD | Not Referred | Preliminary |
| 335 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Preliminary |
| 336 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 337 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 338 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 339 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 340 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; | LEO | Not Referred | Closed by OECS |

| | | | prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 341 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 342 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 343 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 344 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 345 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 346 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 347 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MAN | Not Referred | Closed by OECS |
| 348 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Preliminary |
| 349 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 350 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DIX | Not Referred | Closed by OECS |
| 351 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors | HIL | Not Referred | Preliminary |

| | | | willfully voting. | | | |
|---|---|---|---|---|---|---|
| 352 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLA | Not Referred | Closed by OECS |
| 353 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 354 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Closed by OECS |
| 355 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 356 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 357 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Closed by OECS |
| 358 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 359 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CIT | Not Referred | Preliminary |
| 360 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |

| 361 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 362 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Closed by OECS |
| 363 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 364 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 365 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 366 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 367 | 2018 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 368 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Closed by OECS |
| 369 | 2022 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 370 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 371 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLA | Not Referred | Preliminary |
| 372 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Closed by OECS |
| 373 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
| 374 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 375 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Closed by OECS |
| 376 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 377 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Closed by OECS |
| 378 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 379 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |
| 380 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; | PAS | Not Referred | Closed by OECS |

| | | | prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 381 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 382 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 383 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 384 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | MON | Not Referred | Closed by OECS |
| 385 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 386 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 387 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 388 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 389 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |

| 390 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | UNI | Not Referred | Closed by OECS |
| 391 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Preliminary |
| 392 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 393 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 394 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 395 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAK | Not Referred | Closed by OECS |
| 396 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 397 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 398 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |
| 399 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 400 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 401 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 402 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 403 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 404 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | GAD | Not Referred | Preliminary |
| 405 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 406 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | FRA | Not Referred | Closed by OECS |
| 407 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAK | Not Referred | Closed by OECS |
| 408 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 409 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Referred to DOE | Referred to DOE for list maintenance |
| 410 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; | PAL | Referred to DOE | Referred to DOE for list maintenance |

| | | | prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 411 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Referred to DOE | Referred to DOE for list maintenance |
| 412 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 413 | 2020 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Referred to DOE | Referred to DOE for list maintenance |
| 414 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 415 | 2020 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 416 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Referred to DOE | Referred to DOE for list maintenance |
| 417 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 418 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 419 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 420 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 421 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 422 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 423 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 424 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 425 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 426 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 427 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 428 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 429 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 430 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 431 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 432 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 433 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 434 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
|---|---|---|---|---|---|---|
| 435 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 436 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 437 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 438 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 439 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 440 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HAR | Not Referred | Closed by OECS |
| 441 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 442 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 443 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 444 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Closed by OECS |
| 445 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 446 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 447 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; | MRN | Not Referred | Closed by OECS |

| | | | prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 448 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 449 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 450 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 451 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 452 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Referred to SOE | Closed by OECS |
| 453 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 454 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information under violation. . | PIN | Referred to FDLE | Pending |
| 455 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Unknown | Not Referred | Closed by OECS |
| 456 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 457 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |

| 458 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 459 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 460 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 461 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 462 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 463 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 464 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Referred to DOE | Referred to DOE for list maintenance |
| 465 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Referred to DOE | Referred to DOE for list maintenance |

| 466 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 467 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 468 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 469 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 470 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 471 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 472 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 473 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 474 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 475 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |

| 476 | 2024 PE | SOE | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 477 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 478 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 479 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 480 | 2022 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 481 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 482 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Closed by OECS |
| 483 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | SUM | Referred to FDLE | Pending |
| 484 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 485 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 486 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 487 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MAN | Not Referred | Preliminary |
| 488 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MAN | Not Referred | Preliminary |

| 489 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | DAD | Not Referred | Preliminary |
| 490 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 491 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 492 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 493 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | GIL | Not Referred | Preliminary |
| 494 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | GIL | Not Referred | Preliminary |
| 495 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 496 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | SAN | Referred to DOE | Referred to DOE for list maintenance |
| 497 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 498 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 499 | 2024 PE | SOE | 104.061-- Corruptly influencing voting. | SAN | Not Referred | Preliminary |
| 500 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | STJ | Not Referred | Preliminary |
| 501 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Preliminary |
| 502 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 503 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
| 504 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |

| 505 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
| 506 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | VOL | Not Referred | Preliminary |
| 507 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLM | Not Referred | Preliminary |
| 508 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | PAL | Not Referred | Preliminary |
| 509 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 510 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 511 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 512 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 513 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 514 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 515 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Preliminary |
| 516 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEO | Not Referred | Preliminary |
| 517 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAS | Not Referred | Preliminary |
| 518 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAS | Not Referred | Preliminary |
| 519 | 2022 GE | Civilian Referral | 104.15-- Unqualified electors willfully voting. | CLL | Referred to FDLE | Pending |
| 520 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression | ALA | Not Referred | Preliminary |

| | | | prohibited; criminal penalties. | | | |
|---|---|---|---|---|---|---|
| 521 | 2024 GE | Civilian Referral | 104.11-- Neglect of duty by sheriff or other officer. | OSC | Not Referred | Preliminary |
| 522 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Preliminary |
| 523 | 2024 PE | SOE | 104.061-- Corruptly influencing voting. | CIT | Not Referred | Preliminary |
| 524 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | SAR | Not Referred | Preliminary |
| 525 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | LEO | Not Referred | Preliminary |
| 526 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLL | Not Referred | Preliminary |
| 527 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Preliminary |
| 528 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Preliminary |
| 529 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | ORA | Referred to FDLE | Pending |
| 530 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAL | Not Referred | Preliminary |
| 531 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAL | Not Referred | Preliminary |
| 532 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 533 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 534 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | FLA | Not Referred | Preliminary |

| 535 | 2024 GE | Civilian Referral | 97.0575-- Third-party voter registration organizations. | PAL | Not Referred | Preliminary |
| 536 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 537 | 2024 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 538 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | DAD | Not Referred | Preliminary |
| 539 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | DUV | Not Referred | Preliminary |
| 540 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |
| 541 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Preliminary |
| 542 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 543 | 2024 PE | OECS | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Preliminary |
| 544 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 545 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | FLA | Not Referred | Preliminary |
| 546 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
| 547 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 548 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 549 | 2024 GE | SOE | 104.186-- Initiative petitions; | HIL | Referred to FDLE | Pending |

| | | | violations. | | | |
|---|---|---|---|---|---|---|
| 550 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 551 | 2024 GE | Civilian Referral | 106.11-- Expenses of and expenditures by candidates and political committees. | HIL | Not Referred | Preliminary |
| 552 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Preliminary |
| 553 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | Unknown | Not Referred | Preliminary |
| 554 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | PAL | Not Referred | Preliminary |
| 555 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | CHA | Not Referred | Preliminary |
| 556 | 2024 GE | Other Agency | 106.113-- Expenditures by local governments. | BRO | Not Referred | Preliminary |
| 557 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | ESC | Not Referred | Preliminary |
| 558 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | CHA | Not Referred | Preliminary |
| 559 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | CIT | Not Referred | Preliminary |
| 560 | 2024 PE | Civilian Referral | 106.113-- Expenditures by local governments. | POL | Not Referred | Closed by OECS |
| 561 | 2024 PE | Civilian Referral | 106.113-- Expenditures by local governments. | POL | Not Referred | Closed by OECS |
| 562 | 2024 GE | Civilian Referral | 105.09-- Political activity in behalf of a candidate for judicial office limited. | SEM | Not Referred | Preliminary |
| 563 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 564 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | HIL | Not Referred | Preliminary |
| 565 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter | ALA | Not Referred | Preliminary |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 566 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRO | Not Referred | Preliminary |
| 567 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LAK | Not Referred | Preliminary |
| 568 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 569 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 570 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PIN | Not Referred | Preliminary |
| 571 | 2022 GE | SOE | 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 572 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 573 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | MAN | Not Referred | Preliminary |
| 574 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | WAL | Not Referred | Preliminary |
| 575 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 576 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |

| 577 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 578 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 579 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 580 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 581 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 582 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 583 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 584 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | SAR | Not Referred | Preliminary |
| 585 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | STJ | Not Referred | Preliminary |
| 586 | 2023 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Closed by OECS |
| 587 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | IND | Not Referred | Preliminary |
| 588 | 2024 GE | SOE | 97.0575-- Third-party voter registration organizations. | LEO | Not Referred | Preliminary |
| 589 | 2024 GE | SOE | 97.0575-- Third-party voter | LEO | Not Referred | Preliminary |

| | | | registration organizations. | | | |
|---|---|---|---|---|---|---|
| 590 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 591 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Closed by OECS |
| 592 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 593 | 2024 GE | Civilian Referral | 104.041-- Fraud in connection with casting vote. | PAL | Not Referred | Closed by OECS |
| 594 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Multiple | Not Referred | Closed by OECS |
| 595 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |
| 596 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 597 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 598 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 599 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 600 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 601 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Preliminary |
| 602 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 603 | 2024 GE | OECS | 104.0615-- Voter intimidation or suppression | STL | Referred to FDLE | Pending |

| | | | | prohibited; criminal penalties. | | | |
|---|---|---|---|---|---|---|---|
| 604 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Not Referred | Preliminary |
| 605 | 2024 PE | Law Enforcement | 104.061-- Corruptly influencing voting. | VOL | Not Referred | Preliminary |
| 606 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Not Referred | Preliminary |
| 607 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 608 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SAR | Not Referred | Preliminary |
| 609 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | BRO | Not Referred | Preliminary |
| 610 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 611 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 612 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |
| 613 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 614 | 2022 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 615 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STJ | Not Referred | Preliminary |
| 616 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; | MAN | Not Referred | Preliminary |

| | | | unlawful solicitation of voters. | | | |
|---|---|---|---|---|---|---|
| 617 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 618 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Not Referred | Preliminary |
| 619 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 620 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 621 | 2022 PE | OECS | 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 622 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 623 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | SAN | Referred to FDLE | Pending |
| 624 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | ORA | Not Referred | Preliminary |
| 625 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Preliminary |
| 626 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 627 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 628 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |

| 629 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 630 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 631 | 2024GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 632 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 633 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Not Referred | Preliminary |
| 634 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 635 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | PIN | Not Referred | Preliminary |
| 636 | 2024 GE | Civilian Referral | 97.0575-- Third-party voter registration organizations. | DUV | Not Referred | Closed by OECS |
| 637 | 2024 GE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | PAL | Not Referred | Preliminary |
| 638 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | MRN | Not Referred | Preliminary |
| 639 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LEE | Not Referred | Preliminary |

| 640 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Not Referred | Preliminary |
| 641 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | SEM | Not Referred | Preliminary |
| 642 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | DAD | Not Referred | Preliminary |
| 643 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRE | Not Referred | Preliminary |
| 644 | 2024 GE | OECS | 106.1436-- Voter guide; disclaimers; violations. | ORA | Not Referred | Preliminary |
| 645 | 2024 GE | Other Agency | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SEM | Not Referred | Preliminary |
| 646 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HIL | Referred to FDLE | Pending |
| 647 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HIL | Referred to FDLE | Pending |
| 648 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LAK | Not Referred | Preliminary |
| 649 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 650 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | BRO | Not Referred | Preliminary |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | |
| 651 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 652 | 2024 PE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | IND | Not Referred | Preliminary |
| 653 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | WAL | Not Referred | Preliminary |
| 654 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Preliminary |
| 655 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 656 | 2024 PE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | PAL | Not Referred | Preliminary |
| 657 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 658 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 659 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | OKA | Referred to DOE | Referred to DOE for list maintenance |
| 660 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MON | Referred to DOE | Referred to DOE for list maintenance |
| 661 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 662 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 663 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |

| 664 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 665 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 666 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 667 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRE | Referred to DOE | Referred to DOE for list maintenance |
| 668 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 669 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 670 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 671 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 672 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | CIT | Referred to DOE | Referred to DOE for list maintenance |
| 673 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 674 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 675 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 676 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 677 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRT | Referred to DOE | Referred to DOE for list maintenance |
| 678 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Preliminary |
| 679 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |

| 680 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 681 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 682 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 683 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 684 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 685 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 686 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 687 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 688 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 689 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 690 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 691 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 692 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | DAD | Not Referred | Preliminary |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | |
| 693 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 694 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 695 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 696 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | ORA | Not Referred | Closed by OECS |
| 697 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 698 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 699 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 700 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | MRN | Referred to FDLE | Pending |
| 701 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | Unknown | Not Referred | Preliminary |
| 702 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PUT | Not Referred | Closed by OECS |
| 703 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEE | Not Referred | Closed by OECS |

| 704 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 705 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 706 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 707 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Preliminary |
| 708 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 709 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 710 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |
| 711 | 2022 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 712 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 713 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Preliminary |
| 714 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRA | Not Referred | Closed by OECS |

86

| 715 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
| 716 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 717 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | TAY | Not Referred | Closed by OECS |
| 718 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 719 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 720 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 721 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 722 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 723 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 724 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 725 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 726 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Preliminary |
| 727 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 728 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 729 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Preliminary |
| 730 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 731 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Preliminary |
| 732 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 733 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 734 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |

| 735 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 736 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 737 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 738 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 739 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 740 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HAM | Not Referred | Preliminary |
| 741 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 742 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 743 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 744 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 745 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 746 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |

|     |      |      |                                                                                                                              |     |             |               |
|-----|------|------|------------------------------------------------------------------------------------------------------------------------------|-----|-------------|---------------|
|     |      |      | 104.15-- Unqualified electors willfully voting. |     |             |               |
| 747 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 748 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MRN | Not Referred | Closed by OECS |
| 749 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 750 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | IND | Not Referred | Closed by OECS |
| 751 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LAK | Not Referred | Closed by OECS |
| 752 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Closed by OECS |
| 753 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 754 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |

| 755 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
|-----|------|------|---------------------------------------------------------------------------------------------------------------------|-----|--------------|----------------|
| 756 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 757 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BAK | Not Referred | Closed by OECS |
| 758 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | FLA | Not Referred | Closed by OECS |
| 759 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 760 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Closed by OECS |
| 761 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 762 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 763 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |

| 764 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 765 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
| 766 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 767 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 768 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 769 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 770 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 771 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 772 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 773 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | WAK | Not Referred | Closed by OECS |
| 774 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 775 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 776 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 777 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 778 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 779 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Closed by OECS |
| 780 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Closed by OECS |

| 781 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
|-----|------|------|------|-----|------|------|
| 782 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 783 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Closed by OECS |
| 784 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 785 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 786 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MRN | Not Referred | Closed by OECS |
| 787 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 788 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 789 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |

| 790 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 791 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 792 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIG | Not Referred | Closed by OECS |
| 793 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 794 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | JAC | Not Referred | Closed by OECS |
| 795 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Closed by OECS |
| 796 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 797 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 798 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 799 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 800 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

95

| 801 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SEM | Not Referred | Closed by OECS |
|-----|------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------------|----------------|
| 802 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 803 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 804 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |
| 805 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Closed by OECS |
| 806 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 807 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SEM | Not Referred | Closed by OECS |
| 808 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Closed by OECS |
| 809 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 810 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 811 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 812 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 813 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 814 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 815 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Closed by OECS |
| 816 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Closed by OECS |
| 817 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 818 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 819 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |

| 820 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 821 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 822 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 823 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 824 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 825 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 826 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 827 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 828 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Closed by OECS |
| 829 | 2024 | OECS | 104.011-- False swearing; submission of false voter | VOL | Not Referred | Closed by OECS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | |
| 830 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 831 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | GAD | Not Referred | Closed by OECS |
| 832 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HER | Not Referred | Closed by OECS |
| 833 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 834 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Preliminary |
| 835 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 836 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | POL | Referred to SOE | Closed by OECS |
| 837 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to SOE | Closed by OECS |
| 838 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Closed by OECS |
| 839 | 2020 GE | Other Agency | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter | PAL | Referred to DOE | Closed by OECS |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 840 | 2020 GE | SOE | 104.051-- Violations; neglect of duty; corrupt practices. . | SUM | Not Referred | Closed by OECS |
| 841 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Closed by OECS |
| 842 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 843 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 844 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Referred to DOE | Referred to DOE for list maintenance |
| 845 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | WAL | Not Referred | Closed by OECS |
| 846 | 2024 | Civilian Referral | No election crime articulated. | PIN | Not Referred | Closed by OECS |
| 847 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Closed by OECS |
| 848 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Closed by OECS |
| 849 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 850 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

| 851 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 852 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 853 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 854 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 855 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 856 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 857 | 2024 | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | DAD | Not Referred | Closed by OECS |
| 858 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to SOE | Closed by OECS |
| 859 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 860 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 861 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified | SUM | Not Referred | Preliminary |

| | | | electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 862 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 863 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Preliminary |
| 864 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEO | Not Referred | Closed by OECS |
| 865 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 866 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | FLA | Not Referred | Preliminary |
| 867 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 868 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 869 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 870 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 871 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |

| 872 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Out of state | Not Referred | Closed by OECS |
| 873 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STJ | Not Referred | Preliminary |
| 874 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 875 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Preliminary |
| 876 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 877 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 878 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 879 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 880 | 2024 PPP | Civilian Referral | 104.061-- Corruptly influencing voting. | NAS | Not Referred | Closed by OECS |
| 881 | 2022 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 882 | 2024 | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 883 | 2024 | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

103

| | | | fictitious name. | | | |
|---|---|---|---|---|---|---|
| 884 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 885 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 886 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 887 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 888 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 889 | 2024 | Civilian Referral | 104.24-- Penalty for assuming name. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 890 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OSC | Not Referred | Preliminary |
| 891 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 892 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Preliminary |
| 893 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 894 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 895 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Preliminary |
| 896 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 897 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 898 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAW | Not Referred | Preliminary |
| 899 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Preliminary |
| 900 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 901 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HOL | Not Referred | Preliminary |
| 902 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PUT | Not Referred | Preliminary |

| 903 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 904 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 905 | 2024 PPP | SOE | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Preliminary |
| 906 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | DIX | Referred to FDLE | Pending |
| 907 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 908 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 909 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |
| 910 | 2022 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 911 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Referred to SAO | Pending |
| 912 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 913 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |

| 914 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.17-- Voting in person after casting vote-by-mail ballot. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 915 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. | LEO | Not Referred | Preliminary |
| 916 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 917 | 2024 PPP | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRE | Not Referred | Preliminary |
| 918 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. . | CLL | Not Referred | Preliminary |
| 919 | 2024 | Civilian Referral | No election crime articulated. | ORA | Not Referred | Closed by OECS |
| 920 | 2024 PPP | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 921 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | FLA | Referred to FDLE | Pending |
| 922 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 923 | 2024 | OECS | 104.15-- Unqualified | JAC | Not Referred | Closed by OECS |

107

| | | | electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 924 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 925 | 2024 | OECS | 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 926 | 2024 | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 927 | 2024 | SOE | 104.18-- Casting more than one ballot at any election. | PIN | Referred to FDLE | Pending |
| 928 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 929 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 930 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Not Referred | Preliminary |
| 931 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 932 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | GAD | Not Referred | Preliminary |
| 933 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 934 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 935 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 936 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 937 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 938 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |

| 939 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 940 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 941 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 942 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 943 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 944 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 945 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 946 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 947 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIG | Not Referred | Preliminary |
| 948 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 949 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Preliminary |
| 950 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 951 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Preliminary |
| 952 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |

| 953 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
|-----|----------|------|-------------------------------------------------|-----|--------------|-------------|
| 954 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Preliminary |
| 955 | 2024 PE | OECS | 104.15-- Unqualified electors willfully voting. | WAL | Not Referred | Preliminary |
| 956 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 957 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 958 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 959 | 2024 PE | OECS | 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Preliminary |
| 960 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Preliminary |
| 961 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |
| 962 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 963 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 964 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 965 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 966 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 967 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 968 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 969 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | WAS | Not Referred | Preliminary |
| 970 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |
| 971 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | OSC | Not Referred | Preliminary |

| 972 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 973 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 974 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Closed by OECS |
| 975 | 2024 GE | SOE | 97.0575-- Third-party voter registration organizations. | DAD | Not Referred | Closed by OECS |
| 976 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 977 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 978 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 979 | 2024 GE | Civilian | 104.047-- Vote-by-mail ballots and voting; violations. | HIL | Referred to SOE | Pending |
| 980 | 2024 PE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 981 | 2024 GE | FDLE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Referred to DOE | Pending |
| 982 | 2024 PE | SOE | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEE | Referred to FDLE | Pending |
| 983 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FDLE | Pending |
| 984 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | OSC | Referred to FDLE | Pending |
| 985 | 2024 GE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FDLE | Pending |
| 986 | 2024 GE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 987 | 2024 PE | SOE | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |

| 988 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 989 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 990 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 991 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 992 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 993 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 994 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 995 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 996 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Referred to FDLE | Pending |
| 997 | 2024 GE | Civilian | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to DOE | Closed by OECS |
| 998 | 2024 GE | Civilian | 104.061-- Corruptly influencing voting. | STJ | Referred to FDLE | Pending |
| 999 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | BRO | Referred to FLE | Pending |
| 1000 | 2024 GE | Civilian | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 1001 | 2024 GE | OECS | 104.061-- Corruptly influencing voting. | DAD | Referred to FDLE | Pending |
| 1002 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | HIL | Referred to FDLE | Pending |
| 1003 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1004 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1005 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1006 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |

| 1007 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1008 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1009 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1010 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1011 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1012 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1013 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1014 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1015 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1016 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1017 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1018 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1019 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

| | | | registration information; prosecution prohibited | | | |
|---|---|---|---|---|---|---|
| 1020 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1021 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1022 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1023 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1024 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1025 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1026 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1027 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1028 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1029 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1030 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1031 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |

| 1032 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
|------|---------|-----|---|-----|-----|---------|
| 1033 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1034 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1035 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1036 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1037 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1038 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1039 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1040 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1041 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1042 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1043 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1044 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 1045 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1046 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1047 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1048 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1049 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1050 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1051 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1052 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1053 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1054 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1055 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FLE | Pending |
| 1056 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |

| 1057 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
|------|---------|-----|---|-----|-----|---------|
| 1058 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1059 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1060 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1061 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1062 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1063 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1064 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1065 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1066 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1067 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1068 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1069 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 1070 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1071 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1072 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1073 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1074 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1075 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1076 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1077 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1078 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1079 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1080 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1081 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |

| 1082 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
|------|---------|-----|----------|-----|------|---------|
| 1083 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1084 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1085 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1086 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1087 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1088 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1089 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1090 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1091 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1092 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1093 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1094 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1095 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1096 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1097 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |

| 1098 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1099 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1100 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1101 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1102 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1103 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1104 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1105 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1106 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1107 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1108 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1109 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1110 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1111 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1112 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1113 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1114 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | CLA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1115 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1116 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | HIG | Referred to SOE | Civil fines assessed |
| 1117 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1118 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1119 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1120 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1121 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1122 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1123 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1124 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1125 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1126 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1127 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1128 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1129 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1130 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1131 | 2024 GE | SOE | 100.371-- Initiatives; | LEO | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1132 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1133 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1134 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1135 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1136 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1137 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1138 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1139 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1140 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1141 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1142 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1143 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1144 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1145 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1146 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1147 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |

| 1148 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1149 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1150 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1151 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1152 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1153 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1154 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1155 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1156 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | MAD | Referred to SOE | Civil fines assessed |
| 1157 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1158 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1159 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1160 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1161 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1162 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1163 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1164 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ESC | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1165 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1166 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ECS | Referred to SOE | Civil fines assessed |
| 1167 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ECS | Referred to SOE | Civil fines assessed |
| 1168 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1169 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1170 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1171 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1172 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1173 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1174 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1175 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1176 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1177 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1178 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1179 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1180 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1181 | 2024 GE | SOE | 100.371-- Initiatives; | DUV | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1182 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1183 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1184 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1185 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1186 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1187 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1188 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1189 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1190 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1191 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1192 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1193 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1194 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1195 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1196 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1197 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |

| 1198 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
|------|---------|-----|----------------------------------------------------------|-----|------------------|----------------------|
| 1199 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1200 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1201 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1202 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1203 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1204 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1205 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1206 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1207 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1208 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1209 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1210 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1211 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1212 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1213 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1214 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | DUV | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1215 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1216 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1217 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1218 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1219 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1220 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1221 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1222 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1223 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1224 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1225 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1226 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1227 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1228 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1229 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1230 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1231 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1232 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1233 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1234 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1235 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1236 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1237 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1238 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1239 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1240 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1241 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1242 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1243 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1244 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1245 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1246 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1247 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1248 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|--------------------------------------------------------|-----|-----------------|----------------------|
| 1249 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1250 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1251 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1252 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1253 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1254 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1255 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1256 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1257 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1258 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1259 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1260 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1261 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1262 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1263 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1264 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1265 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1266 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1267 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1268 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1269 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1270 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1271 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1272 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1273 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1274 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1275 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1276 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1277 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1278 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1279 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1280 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1281 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1282 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1283 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1284 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1285 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1286 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1287 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1288 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1289 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1290 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1291 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1292 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1293 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1294 | 2024 GE | SOE | 100.371 -- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1295 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1296 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1297 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1298 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|------------------------------------------------------------|-----|-----------------|----------------------|
| 1299 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1300 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1301 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1302 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1303 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1304 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1305 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1306 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1307 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1308 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1309 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1310 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1311 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1312 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1313 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1314 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1315 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1316 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1317 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1318 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1319 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1320 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1321 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1322 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1323 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1324 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1325 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1326 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1327 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1328 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1329 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1330 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1331 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1332 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1333 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1334 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1335 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1336 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1337 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1338 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1339 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1340 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1341 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1342 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1343 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1344 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1345 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1346 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1347 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1348 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|-----------------------------------------------------------|-----|-----------------|----------------------|
| 1349 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1350 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1351 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1352 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1353 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1354 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1355 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1356 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1357 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1358 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1359 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1360 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1361 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1362 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1363 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1364 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1365 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1366 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1367 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1368 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1369 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1370 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1371 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1372 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1373 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1374 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1375 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1376 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1377 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1378 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1379 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1380 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1381 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|------|---------|-----|---------------------------------------------------------|-----|-------------------|------------------------|
| 1382 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1383 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1384 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1385 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1386 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1387 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1388 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1389 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1390 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1391 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1392 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1393 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1394 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1395 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1396 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1397 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1398 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1399 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1400 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1401 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1402 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1403 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1404 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1405 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1406 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1407 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1408 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1409 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1410 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1411 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1412 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1413 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1414 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1415 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1416 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1417 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1418 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1419 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1420 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1421 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1422 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1423 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1424 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1425 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1426 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1427 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1428 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1429 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1430 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1431 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1432 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1433 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1434 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1435 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1436 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1437 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1438 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1439 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1440 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1441 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1442 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1443 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1444 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1445 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1446 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1447 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1448 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|-----------------------------------------------------------|-----|------------------|----------------------|
| 1449 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1450 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1451 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1452 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1453 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1454 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1455 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1456 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1457 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1458 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1459 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1460 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1461 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1462 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1463 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1464 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1465 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1466 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1467 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1468 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1469 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1470 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1471 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1472 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1473 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1474 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1475 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1476 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1477 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1478 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1479 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1480 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1481 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1482 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1483 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1484 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1485 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1486 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1487 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1488 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1489 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1490 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1491 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1492 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1493 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1494 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1495 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1496 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1497 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1498 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1499 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1500 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1501 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1502 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1503 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1504 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1505 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1506 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1507 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1508 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1509 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1510 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1511 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1512 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1513 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1514 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1515 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1516 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1517 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1518 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1519 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1520 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1521 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1522 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1523 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1524 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1525 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1526 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1527 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1528 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1529 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1530 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1531 | 2024 GE | SOE | 100.371-- Initiatives; | BRO | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1532 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1533 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1534 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1535 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1536 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1537 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1538 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1539 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1540 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1541 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1542 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1543 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1544 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1545 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1546 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1547 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |

| 1548 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
|------|---------|-----|------|-----|------|------|
| 1549 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1550 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1551 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1552 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1553 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1554 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1555 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1556 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1557 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1558 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1559 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1560 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1561 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1562 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1563 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1564 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | BRO | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1565 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1566 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1567 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1568 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1569 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1570 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1571 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1572 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1573 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1574 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1575 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1576 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1577 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1578 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1579 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1580 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1581 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1582 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1583 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1584 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1585 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1586 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1587 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1588 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|-----------------------------------------------------|-----|----------------------|---------|
| 1589 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1590 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1591 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1592 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1593 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1594 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1595 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1596 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1597 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1598 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1599 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1600 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1601 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1602 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1603 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1604 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1605 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1606 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1607 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1608 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1609 | 2024 GE | SOE | No election crime articulated. | PAL | Not Referred | Closed by OECS |
| 1610 | 2024 GE | SOE | No election crime articulated. | PAL | Not Referred | Closed by OECS |
| 1611 | 2024 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |

| 1612 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution. 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|---------------------------------------------|-----|----------------------|---------|
| 1613 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1614 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1615 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1616 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1617 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1618 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1619 | 2020 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1620 | 2020 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1621 | 2022 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1622 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1623 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1624 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1625 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1626 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1627 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1628 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1629 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1630 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1631 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1632 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1633 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1634 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1635 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|----------|-----|--------------------------------------------------------|-----|----------------------|---------|
| 1636 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1637 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1638 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1639 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1640 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1641 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1642 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1643 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1644 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1645 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1646 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1647 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1648 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1649 | 2024 PE | SOE | 101.111-- Voter challenges. | PAL | Referred to SAO/FDLE | Pending |
| 1650 | 2024 PE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1651 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1652 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1653 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1654 | 2024 PE | SOE | 101.111-- Voter challenges. | PAL | Referred to SAO/FDLE | Pending |
| 1655 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1656 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1657 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1658 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1659 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1660 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|-----------------------------------------------------|-----|---------------------|---------|
| 1661 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1662 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1663 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1664 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1665 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1666 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1667 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1668 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1669 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1670 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1671 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1672 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1673 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1674 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1675 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1676 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1677 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1678 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1679 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1680 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1681 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1682 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1683 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1684 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1685 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
|---|---|---|---|---|---|---|
| 1686 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1687 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1688 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1689 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1690 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1691 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1692 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1693 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1694 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1695 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1696 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1697 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1698 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1699 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1700 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1701 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1702 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1703 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1704 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1705 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1706 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1707 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1708 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1709 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|--------------------------------------------------------|-----|----------------------|---------|
| 1710 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1711 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1712 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1713 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1714 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1715 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1716 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1717 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1718 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1719 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1720 | 2024 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1721 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1722 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1723 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1724 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1725 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1726 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1727 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1728 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1729 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1730 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1731 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|---|---|---|---|---|---|---|
| 1732 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1733 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1734 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1735 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1736 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1737 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1738 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to SAO/FDLE | Pending |
| 1739 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1740 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1741 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1742 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1743 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1744 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1745 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1746 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1747 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1748 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1749 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1750 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1751 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1752 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1753 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1754 | 2024 GE | SOE | 104.18-- Casting more than | PAL | Referred to | Pending |

| | | | one ballot at any election. | | SAO/FDLE | |
|---|---|---|---|---|---|---|
| 1755 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1756 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1757 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1758 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1759 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1760 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1761 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1762 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1763 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1764 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1765 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1766 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1767 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1768 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1769 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1770 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1771 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1772 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1773 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1774 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1775 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1776 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1777 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1778 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1779 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1780 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1781 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1782 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1783 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1784 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1785 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1786 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1787 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1788 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1789 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1790 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1791 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1792 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1793 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1794 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1795 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1796 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1797 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1798 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1799 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1800 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1801 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1802 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1803 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1804 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1805 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1806 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1807 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1808 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1809 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1810 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1811 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1812 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1813 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 1814 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1815 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1816 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1817 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1818 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1819 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1820 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1821 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1822 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1823 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1824 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1825 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1826 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1827 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1828 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1829 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1830 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1831 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1832 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1833 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1834 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1835 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1836 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1837 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1838 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1839 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1840 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1841 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1842 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1843 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1844 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1845 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1846 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1847 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1848 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1849 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1850 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1851 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1852 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1853 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1854 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1855 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1856 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1857 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1858 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1859 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1860 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1861 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1862 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1863 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
|------|---------|------|------|-----|------|---------|
| 1864 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1865 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1866 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1867 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1868 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1869 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1870 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1871 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1872 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1873 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
|------|---------|------|------|-----|------|---------|
| 1874 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1875 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1876 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1877 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1878 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1879 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1880 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1881 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1882 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1883 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1884 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1885 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1886 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1887 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1888 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1889 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1890 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1891 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1892 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 1893 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1894 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1895 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1896 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1897 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1898 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1899 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1900 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1901 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1902 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 1903 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1904 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1905 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1906 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1907 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1908 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1909 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1910 | 2024 GE | Citizen | 101.69 (3) -- Ballot intake station unsecured. | OSC | Not Referred | Preliminary |
| 1911 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1912 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1913 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another | Multiple | Referred to FDLE | Pending |

| | | | person's name or a fictitious name. | | | |
|------|---------|------|-------------------------------------------------------------------------------------------------------------------|----------|-------------------|---------|
| 1914 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1915 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1916 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1917 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1918 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |

## CONCLUSION

In sum, OECS has built on previous success and continues to grow. OECS thanks the Governor and Legislature for their continued support. Going into the 2024 presidential election, OECS was nearly fully staffed with only one vacancy. Given the fast growth and volume of complaints OECS handles, OECS began the year in need of a case management software solution. Thankfully, using funding provided by the Legislature, OECS was recently able to contract with a vendor to provide that much needed case management solution. OECS is expecting the case management system to be in place by early 2025. This will allow OECS to more efficiently and effectively process and track election related complaints.

Looking ahead in 2025, OECS expects to continue its work in the area of ineligible registrants and voters with a focus on murders, sex offenders, and noncitizens; continue to hold 3PVROs and their agents accountable for criminal acts or incompetence which subject Florida voters to disenfranchisement, continue to enter into additional memoranda of agreement[1] with more states to exchange publicly available voting data in order to penalize double voting and identify potential list maintenance action, and continue to build and develop relationships with law enforcement partners around the state.

Perhaps most importantly, OECS will also continue its efforts to counter initiative petition fraud by facilitating criminal investigations, conducting the professional audit described above, and making legislative recommendations. The Florida Constitution serves as the State's organic law. Altering that fundamental charter is a serious matter, and members of the executive and legislative branches of state government have a duty to ensure that the amendment procedures established thereby are strictly followed. *See State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980). As the Florida Supreme Court has long held, "The people of the state have a right to amend their Constitution, and they also have a right to require proposed amendments to be agreed to and submitted for adoption in the manner prescribed by the existing Constitution, which is the fundamental law. If essential mandatory provisions of the organic law are ignored in amending the Constitution of the state, and vital elements of a valid amendment are omitted, it violates the right of all the people of the state to government regulated by law." *Crawford v. Gilchrist*, 59 So. 963, 967-68 (1912). All should agree that there is no room for fraud when it comes to changing the Florida Constitution.

---

[1] The Department is currently contracting with five states to exchange information. The Department is in communication with additional states to increase the number by the end of 2025.

Appendices

Appendix A: Palm Beach County Referrals



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

September 10, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

       *Re: Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the*
       *Abortion Amendment (supplement to July 11, 2024 letter)*

Dear Andrew Watts, Special Agent Supervisor:

      This letter is a supplement to the referral letter (attached hereto as Exhibit "1") submitted to you on July 11, 2024. As indicated in the July 11, 2024, letter, we have received some alarming information from the Palm Beach County Supervisor of Elections Office over the past several months regarding fraudulent constitutional initiative petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) warrant a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

      OECS has received credible information that the following petition circulators for Initiative Petition 23-07, have submitted suspected illegal petition form(s), in violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**

[redacted]

As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to your office, OECS respectfully asks you to prioritize the resolution of this investigation.

---

[1] OECS has previously opened over seventy-five (75) investigations (and referred nearly all to FDLE) into individual paid petition circulators involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

Of the twenty-seven (27) individuals listed above, they account for 36,889 submitted petitions around the state, of which 26,089 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State


Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

Page 3 of 3

Exh. "1"



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 11, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

*Re:  Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the Abortion Amendment*

Dear Andrew Watts, Special Agent Supervisor:

Over the past several months, we have received some alarming information from the Palm Beach County Supervisor of Elections Office regarding fraudulent constitutional initiative petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) warrant a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

OECS has received credible information that the following petition circulators for Initiative Petition 23-07, have submitted suspected illegal petition form(s), in violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com



As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to

---

[1] OECS has previously opened over forty (40) investigations (and referred nearly all to FDLE) into individual paid petition circulators from counties other than Palm Beach involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

Page 2 of 3

your office, OECS respectfully asks you to prioritize the resolution of this investigation. In addition to the allegations and circulators listed above, the Palm Beach County Supervisor has identified more petition circulators collecting petitions for Floridians for Protecting Freedom, Inc. who appear to have engaged in fraud, and OECS plans to supplement this letter with additional criminal referrals in the coming weeks.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State


Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

---

Of the thirty-five (35) individuals listed above, they account for nearly 37,000 submitted petitions around the state, of which 23,018 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Page 3 of 3

Appendix B: Sampling of Voter Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSO**

Name

Addres

County

E-mail Address

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Na                                                    Work
                                                      Phone

*Person's title of office or position held or sought if applicable*          *Name of Governmental Office or*

Addre

Count

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☐ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

forged signature

_____
_____
_____
_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

did not sign any type of document.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Prepared by. Cheyenne. L
09/12/2023

[✓] Check here if additional pages or documents are attached.

_____     _____
Signature of complainant              Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**



Office Use Only

'24 JAN 3 9:05m

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
　　　(First)　　　　　　(Middle or Initial)　　　　　(Last)

Address ▮▮▮▮▮▮▮▮▮　City ▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮　State ▮▮▮▮　Zip Code ▮▮▮▮▮▮

Other contact information ▮▮▮▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▮▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮　City ▮▮▮▮▮▮

County ▮▮▮▮▮▮　State ▮▮▮▮　Zip Code ▮▮▮▮▮▮

Other contact information ▮▮▮▮▮▮

Petition Serial Number _2307_　　　Sponsoring Committee _Floridians Protecting Freedom Inc_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [✓] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

184

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Recieved a letter from the SOE office Dec 26, 2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

He Forged 2 Documents    12/05/2023

11/28/2023
21st

☐ Check here if additional pages or documents are attached

Dec 27 2023

Signature of complainant

Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:   **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR DEC 27  9:39AM

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address ▓▓▓▓▓▓▓▓▓▓▓▓▓  City ▓▓▓

County ▓▓▓▓▓▓▓▓  State ▓▓▓  Zip Code ▓▓▓▓▓

Other contact information ▓▓▓▓▓▓▓▓▓▓

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▓▓▓▓▓▓▓▓▓▓

Petition Circulator Registration Number (if known or applicable) ▓▓▓▓▓▓

Address ▓▓▓▓▓▓▓  City ▓▓▓

County ▓▓▓▓▓▓  State ▓▓▓  Zip Code ▓▓▓▓

Other contact information ▓▓▓▓▓

Petition Serial Number  2307          Sponsoring Committee  *Floridans Protecting Freedom, Inc.*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:

☐ Signature misrepresented on petition
☑ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

186

a. To whom did you speak (petition circulator's name and others, if applicable)

_N/A_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_N/A_

c. When did you sign the initiative petition form?

_N/A_

d. To whom did you submit the initiative petition form?

_N/A_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_N/A_

f. When did you submit your initiative petition form (include time and date)?

_N/A_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_Sumter County Supervisor of Election letter dated December 13.23_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

████████████          _12-21-2023_

Signature of complainant          Date Signed

████████████

~~Print or type name of complainant~~

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.


**FLORIDA**
ELECTIONS

Please submit to:  **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|---|
| '23 DEC 29 12 23 PM |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____
      (First)          (Middle or Initial)          (Last)

Address _____  City _____

County _____  State ____  Zip Code _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____  City _____

County _____  State ____  Zip Code _____

Other contact information _____

Petition Serial Number __2307__     Sponsoring Committee _Floridians Protecting Freedom, Inc._

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- ☐ Signature misrepresented on petition
- ☑ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                           Rule 1S-2.0091, F.A.C.

188

a. To whom did you speak (petition circulator's name and others, if applicable)

_No one_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_Did not receive it_

c. When did you sign the initiative petition form?

_Did not sign it_

d. To whom did you submit the initiative petition form?

_Did not submit it_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_Did not_

f. When did you submit your initiative petition form (include time and date)?

_Did not_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_letter from Sumter County Supervisor of Elections Office_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

4.

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | _12/29/23_ |
| Signature of complainant | Date Signed |
| ▓▓▓▓▓▓▓▓▓ | |
| Print or type name of complainant | |

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                          Rule 1S-2.0091, F.A.C.



Please submit to:  **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|---|
| '24 JAN 31 11 23 |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____
       (First)              (Middle or Initial)                    (Last)

Address _____ City _____

County _____ State _____ Zip Code _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____ City _____

County _____ State _____ Zip Code _____

Other contact information _____

Petition Serial Number ___2307___    Sponsoring Committee _Florians Protecting Freedom Inc_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

190

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

By MAILED LETTER By Sumter County

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

SIGNATURE

03 JAN 2024

Signature of complainant                                  Date Signed

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                  Rule 1S-2.0091, F.A.C.

191



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    (First)           (Middle or Initial)        (Last)

Address ▮▮▮▮▮▮▮▮▮▮▮▮  City ▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮  State ▮▮▮▮▮▮▮▮

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮  City ▮▮▮▮▮▮▮▮▮▮▮

County _____  State ▮▮▮▮▮▮▮▮

Other contact information_____

Petition Serial Number___2307___  Sponsoring Committee *Floridians Protecting Freedom Inc.*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:

- [ ] Signature misrepresented on petition
- [x] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)           Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

No knowledge of this petition at all

b. Where did you get the initiative petition form (date and location including address and/or event)?

No knowledge of this petition at all

c. When did you sign the initiative petition form?

I did not sign

d. To whom did you submit the initiative petition form?

I did not sign the petition

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I did not provide signature at all

f. When did you submit your initiative petition form (include time and date)?

NA

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

I got a letter from Sumter County asking me to provide an updated signature but I had not signed any petition

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

4. [REDACTED]

8/16/2023

Signature of complainant

Date Signed

[REDACTED]

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|-----------------|
|                 |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____

Address _____

County _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name _____

Petition _____

Address _____

County _____

Other contact information _____

Petition Serial Number __23-07__    Sponsoring Committee __Floridians Protecting Freedom. Inc.__

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.

194

a. To whom did you speak (petition circulator's name and others, if applicable)

_NA_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_NA_

c. When did you sign the initiative petition form?

_NA_

d. To whom did you submit the initiative petition form?

_NA_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_NA_

f. When did you submit your initiative petition form (include time and date)?

_NA_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_Recieved notice in mail that my signature did not match a petition signature_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_I did not sign any petitions_

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

Date Signed  _11-2-2025_

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                                          Rule 1S-2.0091, F.A.C.



Please submit to:  **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|---|
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

**1. YOUR INFORMATION**

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      (First)            (Middle or Initial)            (Last)

Address ▮▮▮▮▮▮▮▮▮   City ▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮   State ▮▮▮

Other contact information _____

**2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION**
(limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮▮ _____

Address ▮▮▮▮▮▮   City ▮▮▮▮▮▮▮▮

County _____   State ▮▮▮▮▮▮▮

Other contact information _____

Petition Serial Number 2307 _____   Sponsoring Committee Floridians Protecting Freedom INC.

**3. SPECIFIC FACTS OF ALLEGED VIOLATION**

Check applicable one:
- [ ] Signature misrepresented on petition
- [✓] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                           Rule 1S-2.0091, F.A.C.

196

a. To whom did you speak (petition circulator's name and others, if applicable)
No one

b. Where did you get the initiative petition form (date and location including address and/or event)?
Never did

c. When did you sign the initiative petition form?
Never did

d. To whom did you submit the initiative petition form?
Never received one

e. How did you give the initiative petition form (in-person, by mail, etc.)?
Never received one

f. When did you submit your initiative petition form (include time and date)?
Never submitted one

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?
By the Bay County Supervisor of Election's Office on July 28th, 2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

The address listed on the petition was where I lived for a brief time back in 2006 and was destroyed by Hurricane Michael in 2018 so it doesn't even exist now.

☐ Check here if additional pages or documents are attached

| SIGNATURE | |
|---|---|
| ▓▓▓▓▓▓▓▓ | 7 - 2 8 - 2 3 |
| Signature of complainant | Date Signed |
| ▓▓▓▓▓▓▓▓ | |
| Print or type name of complainant | |

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.



Please submit to:   **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

Office Use Only

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  (First)          (Middle or Initial)          (Last)

Address ▮▮▮▮▮▮▮▮   City ▮▮▮▮▮▮▮▮

County ▮▮▮▮   Sta▮▮

Other contact information ▮▮▮▮▮▮

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

(limi▮

Nam▮ ▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) _____

Addres▮ ▮▮▮▮▮▮   City ▮▮▮▮▮▮

County _____   State ▮▮▮▮

Other contact information _____

Petition Serial Number  23-07 _____     Sponsoring Committee  Floridans Protecting Freedom Inc

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:  ☒ Signature misrepresented on petition
  ☐ Signature forged on petition
  ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)   Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

NA

b. Where did you get the initiative petition form (date and location including address and/or event)?

I never saw the petition.

c. When did you sign the initiative petition form?

I never signed the petition

d. To whom did you submit the initiative petition form?

I never submitted the petition

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I never gave it

f. When did you submit your initiative petition form (include time and date)?

I never submitted the petition

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

I found out on December 22nd, 2023 when I went by the Flagler County Supervisor of Elections

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I received a letter in early December 2023 from the Flagler County Supervisor of Elections about a signature discrepancy from a petition I had signed compared to the signature they had on file. When I went to the office I was shown a petition that I have never seen and it was filled out the handwriting was not mine, nor was the signature mine.

☐ Check here if additional pages or documents are attached

4. SIGNATURE

Signature of complainant                    Date Signed  12/26/2023

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                              Rule 1S-2.0091, F.A.C.



Please submit to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250



Office Use Only RECEIVED

JAN 1 8 2024

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____
(First)                    (Middle or Initial)                    (Last)

Address _____    City _____

County _____    State _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____    City _____

County _____    State _____

Other con _____

Petition Serial Number ___2307___    Sponsoring Committee    Floridians Protecting Freedom, Inc.

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
_____ Signature misrepresented on petition
__X__ Signature forged on petition
_____ Signed petition not delivered to Supervisor of Elections

a. To whom did you speak (petition circulator's name and others, if applicable)

I did NOT speak to the PERSON on 12/01/23 :

b. Where did you get the initiative petition form (date and location including address and/or event)?

I did NOT - :

c. When did you sign the initiative petition form?

I did NOT SIGN the petition FORM :

d. To whom did you submit the initiative petition form?

I did NOT :

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I did NO T :

f. When did you submit your initiative petition form (include time and date)?

I did NOT :

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

when I received a Letter from the SuPerviSoR
oF elections : I called the Supervisor of elections and
found out why :

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

THE Last petition I signed was For Recreation ~~marijuana~~ marijuana .
That petition person made me feel very uneasy, he kept trying
to Look at my cell phone to get information, he also tryed to send me
a Link to open. I did NoT. The signature on that petition
IS NOT MiNE: This is very Scary. Also, I never signed
☐ Check here if additional pages or documents are attached a petition in December, 2023
I am very upset by This, who is this group? FLORIDA Protecting Free~~

SIGNATURE                                        1/16/2024

Signature of complainant                       Date Signed

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (eff. xx/20xx)

Page 2 of 2
Rule 1S-2.009, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

**1. YOUR INFORMATION**

Name

Address

County

Other contact information

**2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION (limit one person/entity per form)**

Name

Petition Circulator Registration Number (if known or applicable)

Address                                              City

County                                              State

Other contact information

Petition Serial Number  *2307*            Sponsoring Committee  *Floridians Protecting Freedom*

**3. SPECIFIC FACTS OF ALLEGED VIOLATION**

Check applicable one:

☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

This woman got my information + forged my Signa.
I never signed the petition + do not support it.

b. Where did you get the initiative petition form (date and location including address and/or event)?

Never got it - she forged all the info.

c. When did you sign the initiative petition form?

never signed it - don't support it - she forged

d. To whom did you submit the initiative petition form?

Never submitted - because I never signed it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I didn't - she forged my information.

f. When did you submit your initiative petition form (include time and date)?

I didn't - she forged my information.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections
Saying my signature didn't match my D.L.
Because I never signed it

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never received a petition never signed a petition, don't
Support the petition, + she fraudulently
got my information and forged my signature. +
would like to be contacted about my rights + I
would like for her to be prosecuted.

☐ Check here if additional pages or documents are attached

4.

01/17/2024

Signature of complainant                    Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

**1. YOUR INFORMATION**

Name

Address

County

Other contact information

**2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION**
   **(limit one person/entity per form)**

Name

Petition Circulator Registration Number (if known or applicable)

Address                                    City

County                                     State

Other contact information

Petition Serial Number  23-07          Sponsoring Committee  Floridians Protecting Freedom

**3. SPECIFIC FACTS OF ALLEGED VIOLATION**

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Letter from County Elections Board

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

███████████████████                    10/28/23

Signature of complainant                    Date Signed

███████████████

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.

205



**FLORIDA** DIVISION OF **ELECTIONS**

Please submit to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

Office Use Only

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition or your signed petition was not delivered to a Supervisor of Elections. This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮

Address ▮▮▮▮▮

County ▮▮▮▮▮

Other ▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name ▮▮▮▮▮

Petition ▮▮▮▮▮

Address ▮▮▮▮▮

County ▮▮▮▮▮

Other contact information _____

Petition Serial Number  2307          Sponsoring Committee  Floridians Protecting Freedom

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

I never spoke to anyone because she got my information and forged my signature on a petition that I did not sign or support.

b. Where did you get the initiative petition form (date and location including address and/or event)?

I never got it. She forged my info.

c. When did you sign the initiative petition form?

I never signed it, never got it + do not support it.

d. To whom did you submit the initiative petition form?

I never submitted it. Never got it. Didn't sign it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

She did it all — forged — fraud # / / /

f. When did you submit your initiative petition form (include time and date)?

See above — it was never submitted by me. she committed fraud.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections saying my signature didn't match my DL. I didn't sign it

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never got a petition never signed a petition, don't support the petition and she fraudulently got my information and forged my signature. I would like to be contacted about my rights and I would her to be prosecuted.

☐ Check here if additional pages or documents are attached

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.



B-132 PBCSOE 01/2024

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -4 PM 12: 38

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                                      City DELRAY BEACH

County PALM BEACH COUNTY    State FL    Zip Code 33446

Email Address                              Number

Additional information you'd like to provide with the complaint

I NEVER ISSUED OR SIGNED A PETITION
PER LETTER RECEIVED BY WENDY SARTORY LINK,
SUPERVISOR OF ELECTIONS PALM BEACH COUNTY,
DATED: DECEMBER 28, 2023.

By signing below, I attest that I did not sign or submit a petition.

Print Name



Signature

Date Signed 1·1·2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Offic
Telephone: 561.656.6200 | Fax Number: 561.656.62



B-132 FBCSOE 01/2024

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 22 PM 1:06

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
[First]          [Middle or Initial]          [Last]

Address _____ West PALM BEACH

County PALM BEACH          State FL          Zip Code 33401

Email Address _____          Number _____

Additional information you'd like to provide with the complaint
I have NOT SiGNED any Petitions
Thank you for the notification.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  12/21/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post O
Telephone: 561.656.6200 | Fax Number: 561.656



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)                    (Middle or Initial)          (Last)

Address                                        City _West palm beach._

County _palm brach_                 State _Fla._  Zip Code _33470_

Email Address                           Phone Number

Additional information you'd like to provide with the complaint _No my Signature._

By signing below, I attest that I did not sign or submit a petition.

P

S

Date Signed _Jan 11, 2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 26 AM 11: 28

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

Address _____ Delray Bch

County 008 Palm Beach    State FL    Zip Code 33445

Email Address _____ umber

Additional information you'd like to provide with the complaint _____
I did not fill out any petitions
or ask for any changes

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1-21-2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office B
Telephone: 561.656.6200 | Fax Number: 561.656.6287 |



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -3 AM 11:41

PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)    (Middle or Initial)    (Last)

Address _____ City _Boca Raton_

County _Palm Beach_    State _FL_  Zip Code _33496_

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
_I never submitted a petition._
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _12/31/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office
Telephone: 561.656.6200 | Fax Number: 561.656.628



sig dif

B: 301 PBCSOE 02/2024

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 FEB -8 PM 12: 43

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ____

Name ____
(First)            (Middle or Initial)            (Last)

Address ____ City _Royal PALM BcH_

County _PALM BCH_  State _Fl_  Zip Code _33411_

Email Address ____  Phone Number ____

Additional information you'd like to provide with the complaint ____
Could not answer earlier, I was out
of state and mail was not forwarded

By signing below, I attest that I did not sign or submit a petition.

Print Name ____

Signature ____

Date Signed _2/4/24_

240 South Military Trail, West Palm Beach, FL 33415 | Post Offic
Telephone. 561.656.5200 | Fax Number: 561-650-621

213

B. 132 PBCSOE 01/2024

*sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 28  PM 12: 25

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
        (First)          (Middle or Initial)          (Last)

Address _____    City _Boynton Beach_

County _Palm Beach_         State _FL_    Zip Code _33426_

Email _____    Number _____

Additional information you'd like to provide with the complaint

_Please Note: I AM Republican!_
_would only vote AWT_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12-27-2023_

240 South Military Trail, West Palm Beach, FL 33415  Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 132 PBCSOE 01/2024

sigdif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 22 PM 1: 33

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
[First]          [Middle or Initial]          [Last]

Address _____ City _Jupiter_

County _Palm Beach_          State _FL_   Zip Code _33458_

Email Address          Phone Number

Additional information you'd like to provide with the complaint _____
_____ Thank you for checking _____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed ___ 1/19 / 2024 _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

215



B: 132 PBCSOE 01/2024

sig dif

# Wendy Sartory Link
Palm Beach County Supervisor of Elections

2024 JAN 29 PH 12: 01

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or initial)          (Last)

Address _____

County _Palm Beach County_    State _FL_    Zip Code _33433_

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint

It is incredible to have such corruption.
To misrepresent an individual without
their permission. Whoever did this forging
of my signature needs to go to jail!

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/5/2024_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach FL 33416
Telephone: 561.656.6200  Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



## PETITION COMPLAINT FORM

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

sig dif

SUPERVISOR OF ELECTIONS
2024 JAN -2 PM 12: 56

B: 132 PBCSOE 01/2024

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter

Name _____
(First)        (Middle or Initial)        (Last)

Address _____  City Delray Beach

County Palm Beach          State FL    Zip Code 33445

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint  I did not sign
any Petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  December 27th   2023

240 South Military Trail, West Palm Beach, FL 33415 | Post O
Telephone: 561.656.6200  Fax Number: 561.656

217



B: 465 PBCSOE 12/2023

sigdif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 12  AM 11: 46

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter I

Name
(First)    (Middle or Initial)    (Last)

Address    City DE LRAY BEACH

County PALM BEACH    State FL    Zip Code 33445

Email Address    Phone Number

Additional information you'd like to provide with the complaint

RECEIVED A LETTER FRUM YOUR OFFICE
STATING A PETITION WAS FILED WITH
INVALID SIGNATURE. I DID NOT TRY
TO SEND A PETITION. IT WASNT ME.

By signing below, I attest that I did not sign or submit a petition

Print Nam

Signature

Date Signed    1:2/9/2-3

240 South Military Trail, West Palm Beach, FL 33415
Telephone: 561 656.6200; Fax Number:

218



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 17 PM 1:05

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address _____ North Palm Beach

County _Palm Beach_     State _FL_  Zip Code _33408_

Email Address

Additional information you'd like to provide with the complaint: _I did not sign_
_any petition_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed ___ 1-10-24

240 South Military Trail, West Palm Beach, FL 33415 | Pc
Telephone: 561.656.6200 | Fax Number: 561

219



sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -8 PM 12: 06

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter

Name
(First)                    (Middle or Initial)                    (Last)

Address                              City West Palm Beach

County Palm Beach          State FL    Zip Code 33406

Email Address                      Phone Number

Additional information you'd like to provide with the complaint  I do not have any
recollection of signing any petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  12/27/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

220



sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2024 JAN 19 PM 12: 18

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address          City Jupiter

County Palm Beach          State Florida Zip Code 33469

Email Address          Phone Number

Additional information you'd like to provide with the complaint

I am a newly registered voter and have not submitted anything other than initial voter registration and to request mail in ballot as I am a college student.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 01/08/2024

240 South Military Trail, West Palm Beach, FL 33415  Po
Telephone: 561.656.6200 | Fax Number: 561.

221



B: 132 PBCSOE 01/2024

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -9 PM 12: 09

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)                                    (Last)

Address _____    City Boca Raton

County Palm Beach    State FL    33433

Email Address _____    Number _____

Additional information you'd like to provide with the complaint    I did not
submit any petitions

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 1-5-24

240 South Military Trail, West Palm Beach, FL 33415 | F
Telephone 561.656.6200 | Fax Number 56



B. 465 PBCSOE 12/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC -8 AM 11: 46
PALM ... ... FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)                (Middle or Initial)                (Last)

Address _____ City  Boca Raton

County  Palm Beach County        State  FL    Zip Code  33496

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
I don't recall signing any petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  12/7/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



B. 159 PBCSOE 09/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 SEP 13 PM 12: 26

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____   City DEIRAY BEACH

County PALM BEACH _____ State FL   Zip Code 33446

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint  I DID NOT SUBMIT MY
PETITION OF REQUEST TO THE SOE W/IN THE LAST
MONTHS OF YEAR
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition

Print Name _____

Signature _____

Date Signed 7/11/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B. 632 PBCSOE 11/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 OCT -6 AM 11: 51
Re . . . . . . . . FL

sig dif

## FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante _____

Nombre _____
(Primero)(Primaria)    (Segunda e Inicial/Nombre e Inicial)    (Inicial)(Último)

Habla a _____    Ciudad _Jupiter_

condado _Palm Beach County_    Estado _FL_    Código postal _33458_

Dirección de correo electrónico _____ ro de teléfono _____

Información adicional que le gustaría proporcionar con la queja _____
_____
_____

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nombre _____

Firma _____

Fecha de firma _10 - 5 - 2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6267 | www.votepalmbeach.gov



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 21 PM 12: 11

PETITION COMPLAINT FORM

sig dir

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

Address

City Boca Raton

County Palm Beach          State FL    Zip Code 33498

Email Address                     Number

Additional information you'd like to provide with the complaint

Received a letter that a petition was submitted in my name. I never submitted a petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 12/12/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov





**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 15 PH 12: 21

PETITION COMPLAINT FORM

...signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____

Address _____ City Port Saint Lucie

County Saint Lucie    State FL   Zip Code 34986

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
I DID NOT FILE A PETITION. THE ONLY CHANGE
MADE RECENTLY WAS A CHANGE OF
ADDRESS COMPLETED THROUGH TAX COLLECTOR/DMV.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 12/12/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 465 PBCSOE 12/2023



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 27 PH 12:29

**PETITION COMPLAINT FORM**

B: 707 PBCSOE 01/2024

sig dif

your signature has been misrepresented or forged on a petition.

Voter ID

Name ___ (First) (Middle) (Last)

Address ___ City Palm Springs

County Palm Beach   State FL   Zip Code 33461

Email Address ___ ne Number ___

Additional information you'd like to provide with the complaint *I do not know of any petition or request to change my party. The only form I sent in was a request for mail-in ballote since I cannot walk or stand without pain*

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 12/21/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

229





sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 AUG -7 PM 12: 19

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)            (Middle or Initial)            (Last)

Address _____ City _West Palm Beach_

County _Palm Beach_ State _FL_ Zip Code _33401_

Email Address _____ Phone Number

Additional information you'd like to provide with the complaint _I HAVE NOT REQUEST OR_
_SUBMITTED ANY PETITION_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _AUG 3, 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33415
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B : 849 PBCSOE 03/2023

Sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 23 PM 1:42
WEST BEACH, SOUTH. FIVE

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____

County PALM BEACH    State FL    Zip Code _____

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _____ JAN. 15 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 34

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    *Sign diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise, allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law, does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▓▓▓▓▓▓▓ **First** ▓▓▓▓ **Middle** ▓▓▓▓▓

**Address** ▓▓▓▓▓▓▓

**City** ▓▓▓▓ **Zip** ▓▓▓ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▓▓▓▓▓▓ **or Date of Birth** ▓▓▓▓▓

**Signature** ▓▓▓▓ **Date Signed** | 1 | 6 | / | 0 | 8 | / | 2 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▓▓▓▓ **Circulator's Number** ▓▓▓

**Address** ▓▓▓▓

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▓▓▓▓ **Date Signed** | 9 | / | 0 | 8 | / | 3 | 0 | 2 | 2 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

232

B: 849 PBCSOE 03/2023

sig diff.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1: 11
PALM BEACH COUNTY FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____  City _____

County  Palm Beach _____  State  FL  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
_It has been years (5-6) since I have signed_
_a petition._
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  1/17/23 _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 120

*DIS DHI*

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮         **First** ▮▮▮         **Middle** ▮▮▮

**Address** ▮▮▮

**City** ▮▮▮    **Zip** ▮▮▮    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮    **Date of Birth** ▮▮▮

**Signature** ▮▮▮    **Date Signed** | N | M | / | 4 | 5 | / | 5 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ▮▮▮         **Circulator's Number** ▮▮▮

**Address** ▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮    **Date Signed** | M | M | / | D | D | / | 9 | 8 | 2 | 8 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

234



sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR ELECTIONS
2023 JAN 19 PM 1:54
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)          (Middle or Initial)          (Last)

Address                                    City

County _Palm Beach_          State _FL_          Zip Code

Email Address                              e Number

Additional information you'd like to provide with the complaint _I did not recently sign any petition and would like to know the specifics of the petition that someone tried to forge my name to_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _1/17/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 849 PBCSOE 03/2023

B-123

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

*Sig Diff*

**Ballot Title:**      Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

### Sponsor's Information {Return all completed petition forms to the address below}

**Name:**      Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▪ ███████████   **First** ███████   **Middle** _____

**Address** ███████████

**City** ███████   **Zip** ███████   **County** *Palm Beach*

☐ Update my voter registration record to this address. (check box)

**Registration No** _____   or   **Date of Birth** ███████████

**Signature** ███████████   **Date Signed** [M][M] / [F][B] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ███████████   **Circulator's Number** ███████

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the Invalid Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ███████████   **Date Signed** [M][M] / [D][D] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code



sig diff

B: 849 PBCSOE 03/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 24 PH 1: 23
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)          (Middle or Initial)

Address                          City

County _Palm Beach_          State _FL_   Zip Code

Email Address                    Phone Number

Additional information you'd like to provide with the complaint

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _1/22/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

237

B: 120

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

*Dig Diff.*

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ] **or Date of Birth** _____

**Signature** _____ **Date Signed** [1][1] / [1][1] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** [1][1] / [2][9] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Admin. Code

238



Sig diff

B: 849 PBCSOE 03/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 24  PH 1: 26
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____  _____  _____
                        (Middle or Initial)          (Last)

Address _____  City _____

County *Palm Beach*  State *FL*  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *1/22/2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

R: 12n

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

Sig. Diff.

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or Date of Birth** _____

**Signature** _____ **Date Signed** | h |u| / |2|p| / |2|0|2|a|

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** | M |M| / |5|9| / |2|0|2|2|

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)        R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023



*Sig diff*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 27  PM 2: 01
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____          _____          _____
(First)                (Middle or Initial)          (Last)

Address _____          City _____

County  Palm Beach          State  F          Zip Code _____

Email Address _____          Phone Number _____

Additional information you'd like to provide with the complaint

I have No idea about Any Petition ??
The last time I used My voter Card was to vote
in Nov / 22

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  1/17/22

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

241

B: 120

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information    *Sig Diff*

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022        **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**    Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                **First**                **Middle**

**Address**

**City**                **Zip**                **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**                **Date of Birth**

**Signature**                **Date Signed**  4 4 / 2 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                **Date Signed**  4 1 / 2 9 / 2 6 2 8

### Attention

· This form becomes a public record once filed with the Supervisor of Elections.
· It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
· An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB -1 PH 12: 42
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)              (Middle or Initial)              (Last)

Address _____ City _____

County _Palm Beach_ State _FL_ Zip Code _____

Email Address _____ Number _____

Additional information you'd like to provide with the complaint _I received letter from SOE dated 1/25/23._
_I do not know what "petition" was submitted in my name._
_I don't recall signing any petitions. I did vote by_
_mail in the November 2022 election. I called SOE on 1/30/23_
_and they could not provide me with any information about the_
_Referenal petition. Therefore, this complaint is based on my recollection._
_If you provide me with copy of the petition or the signature, I_
_will then be able to say more certainly if it was me or not,_
By signing below, I attest that I did not sign or submit a petition _to the best of my recollection._

Print Name _____

Signature _____

Date Signed _1/30/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

243

B: 241

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   06/23/2022         **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____   **First** _____   **Middle** _____

**Address** _____

**City** _____   **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____   or   **Date of Birth** _____

**Signature** _____   **Date Signed**  [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed**  [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 FEB -7 AM II: 56

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County  P.B.          State  Fl     Zip Code _____

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint

_I Never signed a ~~petetion~~ petition_

_____

_____

_____

By signing below, i attest that i did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  1-27-23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B: 150

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ _____ ]    or    **Date of Birth** _____

**Signature** _____    **Date Signed** [M|M] / [D|D] / [Y|Y|Y|Y]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below _____ the petition was signed in my presence. Under penalties of perjury, I declare that _____ culator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** [F|Y] / [0|5] / [Y|3|Y|Y]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                     R1S-2 009, Fla. Admin. Code

B: 849 PBCSOE 03/2023

*sig diff*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 1:32
PALM BEACH ... ...

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)                          (Middle or Initial)                          (Last)

Address _____ City _____

County _____ State _____ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  _01/23/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B: 119

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

### Amendment Information

Ballot Title: Adult Personal Use of Marijuana

Ballot Summary: Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved   08/23/2022          Serial Number   2205

### Sponsor's Information (Return all completed petition forms to the address below.)

Name:   Smart & Safe Florida

Address: 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                    First                    Middle

Address

City                    Zip                    County

☐ Update my voter registration record to this address. (check box)

Registration No.                    or   Date of Birth

Signature                    Date Signed  M M / D D / Y Y Y Y

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name                    Circulator's Number

Address

By my signature below, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I am a Petition Circulator's Affidavit and the facts stated in it are true.

Signature                    Date Signed  M M / D D / Y Y Y Y

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

248

B: 849 PBCSOE 03/2023

Sig diff ✓



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUP[...] [...] ELECTIONS

2023 JAN 11 AM 11:52

[...]

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address

County  Palm Beach          State  FL          Zip Code

Email Address          [...]one Number

Additional information you'd like to provide with the complaint
I did not sign the petition

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1-9-2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

249



sign diff

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

**Amendment Information**

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  08/23/2022        Serial Number    2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____    First _____    Middle _____

Address _____

City _____    Zip _____    County  PALM Beach

☐ Update my voter registration record to this address. (check box)

Registration No. _____    or    Date of Birth _____

Signature _____    Date Signed  4 2 / 1 4 / 2 0 2 2

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____    Circulator's Number _____

Address _____

By my signature _____ verify that the petition was signed in my presence. Under penalties of perjury, I decl _____ Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed  11 / 11 / 2022

**Attention**

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)                            R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023

sig diff                                                    /

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUP̶E̶R̶V̶I̶S̶O̶R̶ ̶O̶F̶ ̶ELECTIONS
2023 JAN 31  PH 12: 20

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
      (First)          (Middle or Initial)          (Last)

Address _____  City _____

County _Palm Beach_          State _FL_     Zip Code _____

Email Address _____  Phone Number _____

Additional Information you'd like to provide with the complaint _____

_____

_____

_____

_____


By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/29/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

251

D: 150

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

S. g Dif

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮▮▮          **First** ▮▮▮          **Middle** ▮▮▮

**Address** ▮▮▮▮▮▮

**City** ▮▮▮          **Zip** ▮▮▮          **County** Polm bccah

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮          or          **Date of Birth** ▮▮▮

**Signature** ▮▮▮          **Date Signed** ⟨4⟩⟨4⟩ / ⟨0⟩⟨4⟩ / ⟨2⟩⟨0⟩⟨2⟩⟨2⟩

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮          **Circulator's Number** ▮▮▮

**Address** ▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮          **Date Signed** ⟨4⟩⟨4⟩ / ⟨0⟩⟨4⟩ / ⟨2⟩⟨0⟩⟨2⟩⟨2⟩

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155R (10-2021)          R1S-2.009, Fla. Admin. Code



B. 241

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  First _____  **Middle** _____

**Address** _____

**City** _____     **County** *Palm Beach*

☐ Update my voter registration record to this address. (check box)

**Registration No.** ☐☐☐☐☐☐☐☐☐☐  **or**  **Date of Birth** _____

**Signature** _____     **Date Signed** [1][2] / [1][0] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____     **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____     **Date Signed** [1][1] / [1][0] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                    R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVIS... ELECTIONS
2022 DEC 22 PM 1:41
PALM BEACH COUNTY,FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)            (Middle or Initial)            (Last)

Address _____   City _____

County PALM BEACH   State FL   Zip Code _____

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 12\21\22

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

255

B: 2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

Ballot Title:    Adult Personal Use of Marijuana    *Sign off*

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022    Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. _____ or Date of Birth _____

Signature _____ Date Signed [M][M] / [0][8] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name _____ Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____ Date Signed [M][M] / [0][8] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

256



B: 969 PBCSOE 03/2023

sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUP ... ECTIONS
2023 MAR -3 PH 1: 25
... FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante

Nombre
(Primera)/(Primero)     (Media o inicial)/(Medio o inicial)     (Última)/(Último)

Habla a  español                    Ciudad

condado  West Palm Beach     Estado  FL     Código postal

Dirección de correo electrónico                    ...mero de teléfono

Información adicional que le gustaría proporcionar con la queja  Quiero saver
en que fecha hicieron esa
petición por que no recuerdo
aver firmado dicho formulario

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nombre

Firma

Fecha de firma  3-1-23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

257

B-727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana.

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮   **First** ▮▮▮▮   **Middle** ▮▮▮▮

**Address** ▮▮▮▮

**City** ▮▮▮▮   **Zip** ▮▮▮▮   **County** *Palm Beach*

☑ Update my voter registration record to this address. (check box)

**Registration No.** [ ▮▮▮▮ ]   or   **Date of Birth** ▮▮▮▮

**Signature** ▮▮▮▮   **Date Signed** 0 8 / 0 4 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** ▮▮▮▮   **Circulator's Number** ▮▮▮▮

**Address** ▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮   **Date Signed** 0 8 / 2 9 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                    R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig diff ✓

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____

(First)          (Middle or Initial)          (Last)

Address _____ City _____

County _Palm Beach_____ State _FL_ Zip Code _____

Email Address_____ Phone Number_____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12 - 28 - 22_____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

259

B-2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information    *Sign diff*

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**    08/23/2022          **Serial Number**    2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**    Smart & Safe Florida

**Address:**    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name · Last**                    **First**                    **Middle**

**Address**

**City**                        **Zip**            **County** Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]    **or**    **Date of Birth**

**Signature**                    **Date Signed** [M][M] / [4][5] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                        **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                    **Date Signed** [M][M] / [4][5] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                        R1S-2.009, Fla. Admin. Code

260

B: 849 PBCSOE 03/2023

sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2022 DEC 30  PM 1: 20

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
      (First)        (Middle or Initial)        (Last)

Address _____  City _____

County _Palm Beach_____  State _Fl_  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12/22/22_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B. 2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Bch

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]   **or   Date of Birth** _____

**Signature** _____   **Date Signed** [0][6] / [2][9] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed** [0][0] / [0][8] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                        R1S-2.009, Fla. Admin. Code



B: 129 PBCSOE 06/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 MAY 26 PM 3:55

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____   City _____

County _Palm Beach_   State _FL_   Zip Code _____

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _Regarding the letter dated_
_5/23/23 from your office. I have not completed or signed any petition._

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _5/26/2023_

240 South Military Trail, West Palm Beach, FL 13415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.5200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  08/23/2022        Serial Number  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

Name:  Smart & Safe Florida

Address:  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                     First                          Middle

Addr[ess]

City                            Zip                           County  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No.                            Date of Birth

Signature                                   Date Signed  08 / 30 / Year ____

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name                                        Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signat[ure]                                 Date Signed  08 / 30 / 2022

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                        R1S-2.009, Fla. Admin. Code

264

B: 129 PBCSOE 06/2023

Sig dif

**Wendy Sartory Link** 2023 MAY 30  AM 11: 46
Palm Beach County Supervisor of Elections ~~BEACH COUNTY, FL~~

PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or initial)          (Last)

Address _____          City _____

County _Palm Beach_          State _FL_  Zip Code ___

Email Address _____          Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _May 25, 2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

265

B: 772



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above amendment to the Florida Con_____ _____ eneral e_____

**Name - L** _____     **Middle**

**Address**

**City** _____ **Zip** _____ **County** ____ Bases

☐ Update my voter registration record to this address. (check box)

**Registration** _____     **te of Birth**

**Signature** _____     **te Signed** 08 / 23 / 2022

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____     **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I _____ _____ lator's Affidavit and the facts stated in it are true.

**Signature** _____     **Date Signed** 05 / 08 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)     R1S-2.009, Fla. Admin. Code



B: 129 PBCSOE 06/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAY 30  AM 11: 44
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address _____ City _____

County _Palm Beach_          State _FL_   Zip Code

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _I DID NOT SIGN A PETITION OR REQUEST OF ANY KIND IN RELATIONSHIP TO MY VOTING STATUS._

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _25 MAY 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

267

B- 772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

---

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C[_____] lot in the general election.

**Name – Last** [redacted]    **First** [redacted]    **Middle** [redacted]

**Address** [redacted]

**City** [redacted]    **Zip** [redacted]    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]    or    **Date of Birth** [redacted]

**Signature** [redacted]    **Date Signed** 0 9 / 0 3 / 2 0 2 3

---

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** [redacted]    **Circulator's Number** [redacted]

**Address** [redacted]

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** [redacted]    **Date Signed** 0 9 / 0 3 / 2 0 2 3

---

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                      R1S-2.009, Fla. Admin. Code

B: 129 PBCSOE 06/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM 1: 13
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
　　　(First)　　　　　(Middle or Initial)　　　　　(Last)

Address _____ City _____

County *Palm Beach* _____ State *FL* Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *5/31/23* _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR**

### Amendment Information

Ballot Title: Adult Personal Use of Marijuana

Ballot Summary: Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  08/23/2022      Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below)

Name:    Smart & Safe Florida

Address:  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last ____    First ____    Middle ____

Address ____

City ____    Zip ____    County  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration ____    or    Date of Birth ____

Signature ____    Date Signed  0 4 / 0 6 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

Name ____    Circulator's Number ____

Address ____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare [...] Petition Circulator's Affidavit and the facts stated in it are true.

Signature ____    Date Signed  0 4 / 0 6 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

*sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR 17 PM 12:00
PALM BEACH COUNTY FL

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ City _____

County *PALM BEACH* State *FL* Zip Code

Email Address Phone Number

Additional information you'd like to provide with the complaint _____
_I WOULD LIKE TO SEE THE PETITION I ALLEGEDLY_
_SIGNED. I WOULD LIKE TO PROVIDE EVIDENCE_
_AGAINST THE PERPETRAITORS_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *14 MARCH 2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 928

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment ~~Title~~ *Big Diff*

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022        **Serial Number**   2205      ‖‖‖‖‖‖‖‖‖‖‖‖‖

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**    Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C_____ ____e general el____

**Name - Last** _____  **First** _____  **Middle** _____

**Addre**_____ _____

**City** _____ **P** _____  **County**  Plm Begc5

☐ Upd___ ___ ___ _____ _____ __ __s address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]  **or**  **Date of Birth** ████████████

**Signature** ████████████  **Date Signed** [0][M] / [2][8] / [Y2][0][Y3]

### Petition Circulator's Information

‖‖‖‖‖‖‖‖‖‖‖‖‖‖

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ████████████  **Circulator's Number** ████████

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, _____ _____ _____ _____ and the facts stated in it are true.

**Signatu**____ ████████████ **igned** [0][M] / [2][6] / [Y2][0][Y3]

---

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

272



B: 969 PBCSOE 03/2023

*sig dif*

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____          City _____

County _Palm Beach_          State _FL_          Zip Code _____

Email Address _____          Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _3-15-23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

273

B: 727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*sig differs*

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Talahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general e

**Name - Last** Tosu Venicola          **First** Ln          **Middle**

**Address**

**City** Lake Worth          **Zip** 33467          **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**          or     **Date of Birth**

**Signature**          **Date Signed** 0 M / 2 0 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**          **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signat**          **Date Signed** 0 M / 2 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

274



B: 069 PBCSOE 03/2023

*sig dif*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR 17 AM 11: 57
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▓▓▓▓▓

Name ▓▓▓▓▓  ▓▓▓▓▓  ▓▓▓▓▓
            (Middle or initial)        (Last)

Address ▓▓▓▓▓  City ▓▓▓▓▓

County _Palm Beach_  State _FL_  Zip Code ▓▓▓▓▓

Email Address ▓▓▓▓▓  Phone Number ▓▓▓▓▓

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ▓▓▓▓▓

Signature ▓▓▓▓▓

Date Signed ___3-15-23___

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise, allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 02/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____ in the general

**Name • Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** [0 7] / [2 0] / [2 0 2 3]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** [0 7] / [2 0] / [2 0 2 3]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

276

B: 989 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -3 PM 1: 24
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)          (Middle or Initial)       (Last)

Address _____ City _____

County _PBC_ State _FL_ Zip Code _____

Email Address _____ Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _3-2-23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



B: 727

CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022       **Serial Number**   2206

**Sponsor's Information** [Return all completed petition forms to the address below.]

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**          **First**          **Middle**

**Address**

**City**          **Zip**          **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**          or   **Date of Birth**

**Si**...          Signed  [0][4] / [0][4] / [2][0][4][3]

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**          Circulator's Number

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signat**...          **Date Signed**  [0][4] / [2][4] / [2][0][2][3]

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

PETITION BATCH: 23 REG: 02/08/2023



ID: 969 PBCSOE 03/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB 28 PM 12: 12

**PETITION COMPLAINT FORM**

sig dif

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ____

Name ____
(First)        (Middle or Initial)        (Last)

Address ____    City ____

County ____    State FL    Zip Code ____

Email Address ____    Phone Number ____

Additional Information you'd like to provide with the complaint ____
I don't remember filing a petition for any
Reason, please explain.

By signing below, I attest that I did not sign or submit a petition.

Print Name ____

Signature ____

Date Signed    2/26/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

279

B: 072 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana                                    *Sig Diff*

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  08/23/2022          Serial Number  2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                          **First**                          **Middle**

**Address**

**City**                          **Zip**                          **County**  *Plm Beach*

☐ Update my voter registration record to this address (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  **or  Date of Birth**

**Signature**                          **Date Signed** [0][M] / [0][6] / [2][0][2][8]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                          **Date Signed** [0][M] / [0][6] / [2][0][2][8]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code

280



B: 989 PBCSOE 03/2023

*Sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 FEB -1 PM 12: 35

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)

Address _____  City _____

County *Palm Beach*  State *Fl.*  Zip Code _____

Email Address _____ ne Number _____

Additional information you'd like to provide with the complaint *Mint CO*
*They were doing a petition in my*
*neighborhood. I did not sign it.*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _*1/31/23*_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

Ex. 308

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general

| Name - Last | First | Middle |
|---|---|---|

**Address**

| City | Zip | County Palm Beach |
|---|---|---|

☐ Update my voter registration record to this address. (check box)

**Registration No.**          or   **Date of Birth**

**Signature**          **Date Signed** [M 2] / [D 6] / [2 0 2 2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**          **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**          **Date Signed** [7 12] / [0 0] / [2 0 2 2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 165B (10-2021)          R1S-2.009, Fla. Admin. Code

B: 129 PBCSOE 06/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM 12: 50
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this ~~_____~~ signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____    City _____

County   Palm Beach    State  Fl   Zip Code _____

Email Address _____    Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed   5/30/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561 656.5287 | www.votepalmbeach.gov

B.772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*Signature Diff*

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022    **· Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▊▊▊  **Middle** ▊▊▊

**Address** ▊▊▊

**City** ▊▊▊  **Zip** *Fl-*  **County** *Palm Beach*

☐ Update my voter ▊▊▊ (check box)

**Registration No.** ▊▊▊  or  **Date of Birth** | M | M | / | D | D | / | Y | Y | Y | Y |

**Signature** ▊▊▊  **Date Signed** | 3 | 0 | / | 0 | 7 | / | 2 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▊▊▊  **Circulator's Number** ▊▊▊

**Address** ▊▊▊

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▊▊▊  **Date Signed** | 0 | 4 | / | 0 | 0 | / | 2 | 0 | 2 | 3 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

284



*sig dif*

# Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PH 12: 20
PALM BEACH, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)          (Middle or Initial)          (Last)

Address _____ City _____

County *Palm Beach*  State *FL*  Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint

*I did Not Sign a Petition.*

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.5200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 989 PBCSOE 03/20/23

B: 670 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022        Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                        First                    Middle

Address

City                        Zip            County    Palm beach

☐ Update my voter registration record to this address. (check box)

Registration No.                or    Date of Birth    M M / D D / Y : Y Y

Signature                            Date Signed    0 1 / 0 3 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name                            Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulators Affidavit and the facts stated in it are true.

Signature                        Date Signed    0 1 / 0 3 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

R: 849 PRCSOF 03/2023

Sig diff ✓



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 11 AM 11: 53
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____ _____
       (First)    (Middle or Initial)    (Last)

Address _____ City _____

County _____ State F L Zip Code 33436

Email Address _____ Phone Number _____

Additional Information you'd like to provide with the complaint __I do not__
__recall signing for any petition. If so, my__
__signature would be/signed correctly__

By signing below, I attest that I did not sign or submit a petition.



Print Name _____

Signature _____

Date Signed 1/10/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B. 66

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**    Adult Personal Use of Marijuana    *Sign diff*

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022        **Serial Number**    2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**    Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general el...

**Name - Last**                    **First**                **Middle**

**Address**

**City**                **Zip**  3        **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]  **or  Date of Birth**

**Signature**                    **Date Signed** [0][8] / [1][9] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                    **Date Signed** [1][1] / [1][4] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

ite

B: 712

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana *Sig Diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                **First**                **Middle**

**Address**

**City**            **Zip**            **County** *Palm Beach*

☐ Update my voter registration record to this address (check box)

**Registration No.**            **or    Date of Birth** M M / D D / Y Y Y Y

**Signature**            **Date Signed** 0 4 / 0 6 / 2 0 2 9

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**            **Date Signed** 0 4 / 0 6 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R16-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUP[...] [...]CTIONS
2023 MAR −3 PH 1:30
PALM B[...] [...]UNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ City _____

County _Palm Beach_          State _FL._ Zip Code _____

Email Address _____ [Pho]ne Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _3/2/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

291

B: 672 PETITION BATCH: 21 REC: 0 1/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____ the ballot in the general

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____    or    **Date of Birth** _____

**Signature** _____    **Date Signed** [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature b_____ that the petition was signed in my presence. Under penalties of perjury, I declare t_____ Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** [0][4] / [0][6] / [2][0][2][3]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 969 PBCSOE 03/2023



*sig dif*

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPER... ... OF ELECTIONS
2023 FEB 13 PM 3: 25
... ... ... PEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____        City _____

County *Palm Beach*        State *FL*    Zip Code _____

Email Address _____        Phone Number _____

Additional information you'd like to provide with the complaint *I have not recently signed or filed any petitions. I appreciate this office noticing the discrepancy in signatures and notifying me.*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *2/9/2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

293

B: 480 PETITION BATCH: 19 REC: 01/09/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

*sig diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                **First**                **Middle**

**Address**

**City**                **Zip**                **County** Palm Beach

☐ Update my voter registration record to this address (check box)

**Registration No.**                or **Date of Birth**

**Signature**                **Date Signed** 4 2 / 2 6 / 2 0 2 7

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                **Date Signed** 1 2 / 2 6 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code

294



B: 849 PBCSOE 03/2023

*Sig diff* ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 1:26
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ███████████

Name ███████████████

Address ███████████████  ████████████

County *Palm Beach*  State *Fl.*  Zip Code ████████

Email Address ███████████  Phone Number ██████████

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ████████████████

Signature ████████████████

Date Signed *1 / 13 / 23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 80

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana          *Sign off*

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                      **First**                      **Middle**

**Address**

**City**                      **Zip**                      **County**   ~~Palb~~ Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth**

**Signature**                      **Date Signed**   [M][M] / [1][2] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                      **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I d_____ator's Affidavit and the facts stated in it are true.

**Signature**                      **Date Signed**   [M][M] / [D][D] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                      R1S-2.009, Fla. Admin. Code

296



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

**PETITION COMPLAINT FORM**

SUPERVISOR OF ELECTIONS
2023 MAR -1 PM 1:00
PALM BEACH COUNTY, FL

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____          City _____

County  WeB          State  FL          Zip Code

Email Address _____          Phone Number _____

Additional information you'd like to provide with the complaint

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  02-2A-2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 672 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

S g Diff

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Con_____ in the genera_____

**Name - Last** _____ **Firs**_____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ | | | | | | | | ] **or** **Date of Birth** _____

**Signature** _____ **Date Signed** [0|M] / [0|6] / [2|0|2|2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** [0|M] / [0|8] / [2|8|2|8]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2,009, Fla. Admin. Code

298



B: 849 PBCSOE 03/2023

sig diff ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 NOV -1 PM 12: 53

PETITION COMPLAINT FORM PALM COUNTY, FL

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮
(First)          (Middle or initial)          (Last)

Address ▮▮▮▮▮▮     City ▮▮▮▮▮

County Palm Beach County     State FL     Zip Code ▮▮▮▮▮

Email Address ▮▮▮▮▮     Phone Number ▮▮▮▮▮

Additional information you'd like to provide with the complaint _____
I sent in a Mail in ballot. My signature
may look different because I recently had
hand surgery. Please count my ballot!
I didn't sign a Petition, just a mail in ballot

By signing below, I attest that I did not sign or submit a petition. mail in ballot

Print Name ▮▮▮▮▮

Signature ▮▮▮▮▮

Date Signed  10\30\22

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

## Amendment Information

Ballot Title:    Adult Personal Use of Marijuana    *Sign off.*

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022    Serial Number    2205

## Sponsor's Information (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last ▨    First ▨    Middle ▨

Address ▨

City ▨    Zip ▨    County PBC  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ][ ]    or    Date of Birth [ ]

Signature ▨    Date Signed  0 9 / 0 9 / 2 0 2 2

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name ▨    Circulator's Number ▨

Address ▨

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature ▨    Date Signed  0 9 / 0 9 / 2 0 2 2

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 969 PBCSOE 03/2023

*sig dif.*

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -1 PM 1: 00
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID ▮▮▮▮

Name ▮▮▮▮
(First)        (Middle or Initial)        (Last)

Address ▮▮▮▮    City ▮▮▮▮

County *Palm Beach*    State *Fl*    Zip Code ▮▮▮▮

Email Address ▮▮▮▮    Phone Number ▮▮▮▮

Additional Information you'd like to provide with the complaint _____
*I did not know of signing any petitions*

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮

Signature ▮▮▮▮

Date Signed *2-27-23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

301

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

B: 672 PETITION BATCH: 21 REC: 01/24/2023

### Amendment Information

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022          Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____    First _____    Middle _____

Address _____

City _____    Zip _____    County *PALM BEACH*

☐ Update my voter registration record to this address. (check box)

Registration No _____    or    Date of Birth _____

Signature _____    Date Signed    JAN / 07 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

Name _____    Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed _____

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PM 12: 18
PALM BEACH COUNTY, FL

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)　　　(Middle or Initial)　　　(Last)

Address _____ City _____

County _Palm Beach_　　State _FL_　Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _3/3/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 869 PBCSOE 03/2023

303

B: 712

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

**Amendment Infor**

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022          Serial Number    2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Con_____ the general election.

Name - Last _____    First _____    Middle _____

Address _____

City _____    Zip _____    County _Palm Beach_

☐ Update my voter registration record to this address. (check box)

Registration No. _____    or    Date of Birth _____

Signature _____    Date Signed  0 1 / 1 3 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____    Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed 01 / 13 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

B: 969 PBCSOE 03/2023

sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PM 12: 45
PALM BEACH COUNTY, FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante _____ _OK_ _____

Nombre _____
(Primera)/(Primero)     (Media o inicial)/(Medio o inicial)     (Última)/(Último)

Habla a _____ Ciudad _____

condado _Palm Beach_      Estado _fl_   Código postal _____

Dirección de correo electrónico _____ Número de teléfono _____

Información adicional que le gustaría proporcionar con la queja _Verifican si es_
_posible fuera un fraude_
_____
_____
_____

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nombre _____

Firma _____

Fecha de firma _3 - 6 - 2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B-727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Addr** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** 0 2 / 1 7 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** _____

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                       R1S-2.009, Fla. Admin. Code

PETITION BATCH: 25 REC: 02/06/2023

306

B: 969 PBCSOE 03/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB -2 PM 1:17

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID _____

Name _____
    (First)                (Middle or Initial)                (Last)

Address _____  City _____

County _____  State _____  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed ___01 - 31 - 2023___

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

307

B: 244

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information –**

**Ballot Title:** Adult Personal Use of Marijuana    *Sig DIFF*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]    **or**    **Date of Birth** _____

**Signature** _____    **Date Signed** | 1 | 1 | / | 2 | 9 | / | 2 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____    **Circulator's Number:** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** | 1 | 1 | / | 7 | 9 | / | 2 | 0 | 2 | 2 |

_____ion

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

B-724 PBCSOE 08/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 AUG 10  AM11:45
WEST PALM BEACH, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)                    (Middle or Initial)              (Last)

Address _____ City _____

County _____ State _____ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed   5/25/23

246 South Military Trail, West Palm Beach, FL 13415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 744

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth** [          ]

**Signature** _____   **Date Signed**  0 8 / 2 0 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed**  0 8 / 2 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                            R1S-2.009, Fla. Admin. Code



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR ELECTIONS
2023 FEB 22 AM 11: 04
PALM BEACH COUNTY, FL

Sigdif

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)        (Middle or Initial)        (Last)

Address                    City

County *Palm Beach*        State *FL*   Zip Code

Email Address              Phone Number

Additional information you'd like to provide with the complaint: *I will like to Know what Petition my name was forged on.*

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed *02-18-2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

311

B- 308

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____

**Name - Last**                    First                    **Middle**

**Address**

**City**                    **Zip**                    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**            or    **Date of Birth**

**Signature**                    **Date Signed**

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                    Circulator's Number

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I c_____ rculator's Affidavit and the facts stated in it are true.

**Signature**                    **Date Signed**

___tention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1:28
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)                    (Middle or Initial)

Address                              City

County _PALM BEACH_        State _FL_    Zip Code

Email Address                        Phone Number

Additional information you'd like to provide with the complaint _____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _1 / 15 / 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

313

B-119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana    *Sig Dif*

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co............... general...........

**Name - Last**                      First                        Middle

**Address**

**City**                      Zip                    County  Palm Beach

☐ Update my vot................................................ (check box)

**Registration No.**                      or    **Date of Birth**

**Signature**                                **Date Signed**  [M][N] / [G][R] / [Y][8][2][8]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**                        **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                                **Date Signed**  [M][N] / [G][R] / [2][K][0][2][D]

### ...tention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Adm'n. Code

314



ID: 849 PBCSOE 03/2023

Sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1:57
PALM BEACH COUNTY, FL

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                                  City

County  Palm Beach          State  FL    Zip Code

Email Address                Phone Number

Additional information you'd like to provide with the complaint
I didn't Sign a petition

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1/14/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information. (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the ab_____dment to the Florida Co_____on the ballot in the general el_____.

**Name - La**_____          **First**          **Middle**

**Address**

**City**          **Zip**          **County**  *PALM BEACH*

☐ Update my voter registration record to this address. (check box)

**Registration N**_____  or  **Date of Birth**

**Signatu**___          **Date Signed**  M M / D D / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**          **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**          **Date Signed**  M M / 0 7 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
   (First)         (Middle or initial)         (Last)

Address _____    City _____

County _Palm Beach_    State _FL_    Zip Code _____

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
_I did not submit petition_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _2/9/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FL.
2023 FEB 15 PM 3:49

Sig dif.



B.14

sig differs

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - L**_____    **Middle** _____

**Addr**_____

**City**_____   **Zip**_____   **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**_____   or   **Date of Birth**_____

**Signatur**_____   **Date Signed** [M][M] / [0][6] / [9][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de_____ Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed** [M][4] / [0][6] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig diff  ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19  PM 12: 46
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____  City _____

County  Palm Beach  State  FL  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

Received notice that petition was filed in my
name. I did not submit that petition.

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _____ 1 / 13 / 23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana          *SiG DiF*

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name – Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or   Date of Birth** _____

**Signature** _____ **Date Signed**  [M][N] / [R][8] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed**  [1][1] / [1][8] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 19ES (10-2021)                          R1S-2.009, Fla. Admin. Code

320

B: 849 PBCSOE 03/2023

Sig dFRP

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH I2: 44
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
     (First)          (Middle or Initial)        (Last)

Address _____ City _____

County _____ State _FL_ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____

Received notice that petition was filed in
my name. I did not submit that petition.

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/13/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm beach

☐ Update my voter registration record to this address (check box)

**Registration No.** _____ or **Date of Birth** _____

**Sig** _____ **Date Signed** | N | N | / | 7 | 8 | / | 2 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** | M | M | / | D | 8 | / | 2 | 0 | 2 | 2 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 19 (10/2004)                    R1S-2.009, Fla. Admin. Code

Bs 703 PBCSOE 08/2023

Sig dif

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

2023 AUG -7 PM 12: 17

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ███████████

Name _____
(First)                    (Middle or Initial)                    (Last)

Address _____ City _____

County Palm Beach    State Fl    Zip Code _____

Email Addr █████████ hone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 7/28/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022        Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name – Last ___    First ___    Middle ___

Address ___

City ___    Zip ___    County ___

☐ Update my voter registration record to this address. (check box)

Registration ___    or    Date of Birth ___

Signature ___    Date Signed    ☑ ☑ / ☐ ☐ / ☐ ☐ ☐ ☐

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

Name ___    Circulator's Number ___

Address ___

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature ___    Date Signed    10 0 / 0 9 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 129 PBCSOE 06/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM 12: 55
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                          City

County _Palm Beach_          State _Fl_          Zip Code

Email Address                          Phone Number

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _5/29/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

*J*



CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022          Serial Number    2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last ___    First ___    Middle ___

Address ___

City ___    Zip ___    County Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. ___    Date of Birth ___

Signature ___    Date Signed 02/29/ 24 / 2023

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name ___    Circulator's Number ___

Address ___

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature ___    Date Signed 02/ NG / 02 / 01 / 2023

**Attention**

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name:                                    Day Phone:                    Evening Phone:

Address:                                 City:                         Zip Code: 34639

County: Pasco                            State: Florida

E-mail Address:

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name:                                    Work Phone:

Paid Petition Circulator                 Floridian's Protecting Freedom, Inc.
*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address:                                 City:

County:          State: Florida          Zip Code: 33510

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

I had a lady call this morning, ████████████████ She received a petition signature letter because the signature did not match on her petition. I did pull up her record and I do not think it is her signature either. I think it shows the petition was signed November 27th, and if so she said she definitely did not sign the petition. She was very sick and did not leave her house at any time during that period.
I told her I would pass this along to our supervisors.
Her phone number is ██████████ in case you need it.

---

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

☐ Check here if additional pages or documents are attached:

/s/ STAFF PREPARED
_____          _____
Signature of complainant                                Date Signed

_____
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

> **OECS STAFF INPUT ONLY**
> Unofficial additional information for administrative processing and record keeping, not adopted by rule.
>
> EFC number: 24-A538
> Date: 2024-01-19
> Intake method: E-mail
> Referral entity name, if applicable: Pasco County SOE
> Entity point of contact, if applicable: Naomi Tawney



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

'23 JUL 28  2:38pm

### 1. YOUR INFORMATION

Name _____
    (First)        (Middle or Initial)     *V* (Last)

Address _____    City _____

County _____    State _____    Zip Code _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
### (limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____    City _____

County _____    State _____    Zip Code _____

Other contact information _____

Petition Serial Number    *2205*    Sponsoring Committee    *SMART & SAFE FLORIDA*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                  Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

received letter from SoE

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

Middle name on petition not correct.

☑ Check here if additional pages or documents are attached

4. SIGNATURE

████████████████                              7/28/23

Signature of complainant                       Date Signed

████████████████
Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

330

COPY    Signature Differs

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR 39

## Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    — Sumter

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

### *See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or** **Date of Birth** _____

**Signature** _____ **Date Signed** 0 5 / 0 9 / 2 0 2 2

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perj[...] [...]ing Petition Circulator's Affidavit and the facts stated in it are true.

**Sig** _____ **Date Signed** 0 5 / 0 9 / 2 0 2 2

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)

R1S-2.009, Fla. Admin. Code

332

WILLIAM "BILL" KEEN
SUPERVISOR OF ELECTIONS
SUMTER COUNTY
7375 POWELL ROAD • SUITE 125
WILDWOOD, FL 34785

Florida Department of State
Division of Elections
R.A Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250



US POSTAGE
ZIP 34785
$ 000.87

Appendix C: Deceased Voter Submissions



*Craig Latimer*
**Supervisor** *of* **Elections**
Our Vision: To be the best place in America to vote

GOVERNOR'S
STERLING
AWARD
RECIPIENT

December 8, 2023

# Hillsborough County Hillsborough County
# Deceased Voter
# Amendment Initiative Petition Submissions

Amendment Title: **Amendment to Limit Government Interference with Abortion**

Serial#: **23-07**

Total Deceased Submissions: **13**

VoteHillsborough.gov    ⭐    (813) 744 - 5900

Fred B. Karl County Center                Robert L. Gilder Elections Service Center
601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602    |    2514 N. Falkenburg Rd., Tampa, FL 33619

*See website for regional office locations.*

334

✓

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Monday, December 11, 2023 3:47 PM |
| **To:** | The Office of Election Crimes and Security |
| **Cc:** | McVay, Brad R. |
| **Subject:** | ~~FW: Petitions signed by deceased voter~~ |
| **Attachments:** | |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

<mark>The attachments/links in this message have been scanned by Proofpoint.</mark>

Good afternoon,

Please find attached copies of initiative petitions (and accompanying voter information) received by our office involving voters who were indicated as deceased at the time they allegedly signed the petitions. Please let me know if you have any questions or need any additional information.

Thank you,

Colleen

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov** | **Connect with us!**

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Nathan Dodd <ndodd@votehillsborough.gov>
**Sent:** Friday, December 08, 2023 3:14 PM
**To:** Colleen O'Brien <cobrien@votehillsborough.gov>
**Cc:** Brett Edwards <Bedwards@votehillsborough.gov>; Eric McDade <mcdade@votehillsborough.gov>; Lilly Rodriguez <rodriguezll@votehillsborough.gov>; Valencia Harris <vharris@votehillsborough.gov>; Marisabel Gonzalez <mgonzalez@votehillsborough.gov>
**Subject:** Petitions signed by deceased voter

Colleen,

1

Attached are the PDF files of the signed petitions by deceased voters and the Excel file with their record information. Please let me know if there is anything more you need for these.

Thank you,

Nathan A Dodd
Vote By Mail And Data Manager
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote!*

Direct: (813)612-4190    Cell: (813) 613-6181    Email: ndodd@votehillsborough.gov
**VoteHillsborough.gov | Connect with us and be an informed voter!**

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

2



# Shirley Anderson

*Hernando County Supervisor of Elections*

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

August 16, 2023

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL. 34601

Re: ███████████████████████████

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator, ████████████

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ████
█████████ dated July 7, 2023. The voter, ████████████████ was marked deceased as of April 29, 2023. █████████████████████████ I have completed DS-DE 34 stating these facts.
As Supervisor of Elections, it is my duty to report potential criminal activity to the authorities.

Thank you for looking into this matter.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

P: 352.754.4125 • F: 352.754.4425 • E: elections@hernandovotes.gov • HernandoVotes.gov • Follow us on Facebook!

337

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

### Amendment Information

**Ballot Title:**  Amendment to Limit Government Interference with Abortion

*Deceased*

**Ballot Summary:**  No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  05/08/2023          Serial Number  2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co

Name - Last ▓▓▓▓▓▓▓▓▓▓

Address ▓▓▓▓▓▓

City  West PMM   Zip  32411   County  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. |___|___|___|___|___|___|  or  Date of Birth ▓▓▓▓▓▓

Signature ▓▓▓▓▓▓▓   Date Signed  08 / 20 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name ▓▓▓▓▓▓        Circulator's Number ▓▓▓

Address ▓▓▓▓▓▓

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature ▓▓▓▓▓▓        Date Signed  10 / 21 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Amendment to Limit Government Interference with Abortion

*Decease 6/3/22*

**Ballot Summary:**  No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  05/08/2023          **Serial Number**  2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C...

**Name - Last** _____    **Middle** _____

**Address** _____

**City**  U/94 (Jeln    **Zip**  33477    **County**  ABC

☑ Update my voter registration record to this address. (check box)

**Registratio**  _____    **te of Birth** _____

**Signature** _____    **te Signed**  70 / 28 / 2023

### ...formation

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed**  11 / 01 / 7023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:**   Amendment to Limit Government Interference with Abortion                    INE Deceased 6/11/21

**Ballot Summary:**   No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  05/08/2023          **Serial Number**  2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida ~~Constitution on the ballot in the general election.~~

**Name - La**                                                   **Middle** _____

**Address**

**City**  WPB          **Zip**  33401   **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth**

**Signature**                              **Date Signed**  M M / P 8 / 2 0 2 3

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                                                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de~~clare~~ ~~tor's~~ Affidavit and the facts stated in it are true.

**Signature**                              **Date Signed**  M M / 1 8 / 2 0 2 3

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                           R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:**   Amendment to Limit Government Interference with Abortion

*Deceased*
*3/30/23*

**Ballot Summary:**   No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   05/08/2023          **Serial Number**   2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Floridians Protecting Freedom, Inc.

**Address:**   Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C

**Name - Last** ████████████████              **Middle** _____

**Address** _____

**City** Lake Worth   **Zip** 33465   **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration** ███████████    or   **Date of Birth** ████████████████

**Signature** ██████████    **Date Signed**  M M / 0 9 / 2 0 2 3

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ████████████████              **Circulator's Number** ████████████

**Address** _____

By my signa ... tor, I verify that the petition was signed in my presence. Under penalties of perjury, I de ... oing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ██████████    **Date Signed**  M M / D 9 / 2 0 2 3

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                                        R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion    ineligible - deceased

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  05/08/2023          Serial Number  2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co

Name - Last

Address

City  ___BB___  Zip  ___33(3)___  County  ___Palmbeau___

☐ Update my voter registration record to this address. (check box)

Registration No. [ | | | | | | | ]  or  Date of Birth

Signature                          Date Signed  [1|1] / [2|5] / [2|0|2|3]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

Name                                Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature                          Date Signed  [1|1] / [2|5] / [2|0|2|3]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information** _Deceased_

**Ballot Title:** Amendment to Limit Government Interference with Abortion

_Ineligible_

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023        **Serial Number** 2307

---

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

---

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ le _____

**Address** _____

**City** _____ zip 33446 _____ **County** US Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ | | | | | | | | ]  or  **Date of Birth** _____

**Signature** _____    **Date Signed** 0 7 / 1 8 / 0 4 3

---

**Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 07 / 23 / 2025

---

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

_Ineligible_
_Deceased_

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** Vero Beach    **Zip** 32962    **County** Indian River

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]    or    **Date of Birth** _____

**Signature** _____    **Date Signed** [ 01 / 29 / 2025 ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** [ 02 / 24 / 2023 ]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

*/25#2010+ Signed by deceased*

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** Kissimmee **Zip** 34758 **County** Osceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** 09 / 27 / 2043

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 09 / 27 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion be~~~~ ~~~~to protect the patient's health, as determined by the patient's ~~~~ ~~~~ment does not change the Legislature's constitutional authority t~~~~ ~~~~or guardian before a minor has an abortion.

*Deceased 5/24/2023 Per info from State*

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co~~~~ ~~~~lot in the general election.

**Name - Last** ▓▓▓▓  **First** ▓▓▓▓   **Middle** _____

**Address** ▓▓▓▓

**City** Kissimmee   **Zip** 34744   **County** Osceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  **or  Date of Birth** ▓▓▓▓

**Signature** ▓▓▓▓   **Date Signed** 07 / 05 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▓▓▓▓   **Circulator's Number** ▓▓▓▓

**Address** ▓▓▓▓

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.



**Signature** ▓▓▓▓   **Date Signed** 07 / 05 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana *Deceased/Sig Dif*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constit_____ ballot in the general elec_____

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration N____** _____ **or** **Date of Birth** _____

**Signature** _____ **Date Signed** 01 / 16 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 01 / 16 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

347

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:**     Adult Personal Use of Marijuana    *Ineligible Deceased*

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**    2205

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**     Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮▮      **First** ▮▮▮      **Middle** _____

**Address** ▮▮▮▮▮

**City** _____  **Zip** ▮▮▮▮  **County** ~~Monroe~~ Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮▮▮   **or**   **Date of Birth** ▮▮▮▮

**Signature** ▮▮▮▮▮      **Date Signed**  [ ] [ ] / [7] [4] / [2] [0] [5] [2]

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮▮        **Circulator's Number** ▮▮▮▮

**Address** ▮▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮▮     **Date Signed**  [9] [ ] / [7] [4] / [2] [0] [2] [2]

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                          R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

*Deceased*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

December 22, 2022

*Dear Wendy,*
*My beautiful son,* ▮▮▮▮▮▮
*passed tragically + unexpectedly*
*on 10/11/2016* ▮▮▮▮▮ *Graduate*
*He was a* ▮▮▮▮▮▮
*+ the love of our life.*

Ryan N. Smith        PSU
21443 Sweetwater Ln S
Boca Raton FL 33428

Voter Registration Number: [114554659]

Dear Ryan N. Smith :

Our office recently received a petition submitted in your name. We noted that your signature on the petition was different than the one we currently have on file for you and therefore the petition was rejected as invalid. No changes have been made to your voter registration record as a result. If you signed this petition and would like to update your current signature on your voter registration record, please fill out, and sign, the enclosed Voter Registration Application. We have included a return envelope for your convenience. We use your most recent signature on record to verify your identity on petitions, provisional ballots, Vote-by-Mail ballots, and other incoming correspondence.

If you did not sign this petition and would like to file a complaint, please fill out the enclosed Petition Complaint Form and return it to our office. Please include your contact information in case we need to reach out to you for any additional information.

Thank you in advance for your response to this notification. If you have any questions, please contact our office at (561) 656-6200. We look forward to serving you!

Respectfully,

*Wendy Sartory Link*

Wendy Sartory Link
Supervisor of Elections Palm Beach County

Enclosures

*Petition Signature Update*

*Said was recently This petition that you*
*submitted was*
*Fraud.* ▮▮▮▮▮ *mom of* ▮▮▮▮▮

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 980

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022       **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   or   **Date of Birth** _____

**Signature** _____   **Date Signed** [ 1 ][ 1 ] / [ 0 ][ 9 ] / [ 2 ][ 0 ][ 2 ][ 2 ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed** [ 1 ][ 1 ] / [ 0 ][ 9 ] / [ 2 ][ 0 ][ 2 ][ 2 ]

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                      R1S-2.009, Fla. Admin. Code



**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR**

*Amendment Information*

Ballot Title: Adult Personal Use of Marijuana

Ballot Summary: Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  06/23/2022          Serial Number          2205

*Sponsor's Information (Return all completed petition forms to the address below.)*

Name:  Smart & Safe Florida

Address:  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

*Voter's Information*

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last          First          Middle

Address

City          Zip          County  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No.          or   Date of Birth

Signature          Date Signed  M N / 0 9 / 2 0 2 2

*Petition Circulator's Information*

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

*Paid Petition Circulator's Affidavit*

Name          Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare _____ Petition Circulator's Affidavit and the facts stated in it are true.

Signature          Date Signed  M M / 0 9 / 2 0 2 2

*Attention*

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

351





GOVERNOR'S
STERLING
AWARD
RECIPIENT

# Hillsborough County
# Deceased Voter
# Amendment Initiative Petition  Submissions

Amendment Title:  **Adult Personal Use of Marijuana**

Serial#:  **22-05**

Total Deceased Submissions: _____

VoteHillsborough.gov  ★  (813) 744 - 5900

Fred B. Karl County Center          |     Robert L. Gilder Elections Service Center
601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602     |     2514 N. Falkenburg Rd., Tampa, FL 33619

See website for regional office locations.

352





355

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR**

RECEIVED 2/7/2024

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Hillborg

☐ Update my voter registration record to this address.

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** M M / F C / 2 6 9 3

### Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 0 M / 7 4 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code



HCSOE Received 4/3/2023



# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

## Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address:** _____

**City/** _____ **Zip** _____ **County** _Hillsborough_

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** 01 / 06 / 1963

**Signature** _____ **Date Signed** 03 / 10 / 2023

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 03 / 10 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 1956 (10-2021)                R18-2.009, Fla. Admin. Code

357

HCSOE Received 5/4/2023



# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022        **Serial Number** 2205

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Sponsor's Information** (Return all completed petition forms to the address below.)

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address (check box)

Registration No. _____ or Date of Birth _____

Signature _____ Date Signed 0 4 / 1 7 / 2 0 2 3

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____ Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____ Date Signed 0 4 / 1 7 / 2 0 2 5

## Attention

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

358



359

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** hillsborough

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____    or    **Date of Birth** _____

**Signature** _____    **Date Signed** 0̶4̶ / 1̶0̶ / 2̶0̶2̶3̶

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit form.

### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 0̶4̶ / 1̶8̶ / 2̶0̶2̶3̶

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                        R1S-2.009, Fla. Admin. Code

Appendix D: Sampling of Supervisors of Elections Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
                                                    1st Floor, R.A. Gray Building
                                                    500 S. Bronough Street
                                                    Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

---

PERSON BRINGING COMPLAINT

Name _William "Bill" Keen, Sumter Supervisor of Elections_     Day Phone _352-569-1540_     Evening Phone __

Address _7375 Powell Road, Suite 125_     City _Wildwood_

County _Sumter_     State _Florida_     Zip Code _34785_

E-mail Address _electioninfo@sumtercountyfl.gov_

PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▮▮▮▮▮▮     Work Phone __

_Paid Petition Circulator #_ ▮▮▮▮     Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*     Name of Governmental Office or Private Entity/Office

Address ▮▮▮▮▮▮     City ▮▮▮▮

County ▮▮▮▮     State ▮▮     Zip Code ▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ | |
| Office of Statewide Prosecution | | ✓ |
| Florida Department of Law Enforcement | | ✓ |
| Florida Elections Commission | | ✓ |
| Florida Commission on Ethics | | ✓ |

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Circulator # ███████ serving as a Paid Petition Circulator, presented 114 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ███████ or these 114 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ███████.

☑ Check here if additional pages or documents are attached.

Signature of complainant _____     Date Signed 8-14-2023

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name William "Bill" Keen, Sumter Supervisor of Elections    Day Phone 352-569-1540    Evening Phone

Address 7375 Powell Road, Suite 125    City Wildwood    Zip Code 34785

County Sumter    State Florida

E-mail Address electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▮▮▮▮▮▮▮    Work Phone

Paid Petition Circulator # ▮▮▮▮▮    Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address ▮▮▮▮▮▮▮▮    City ▮▮▮

County ▮▮▮▮    State ▮▮    Zip Code ▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☐ Yes | ☑ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

▮▮▮▮▮▮. Circulator # ▮▮▮▮, serving as a Paid Petition Circulator, presented 26 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ▮▮▮▮▮▮ for these 26 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ▮▮▮▮▮▮. Please note that ▮▮▮▮▮▮ (Paid) Petition Circulator # ▮▮▮▮ signed two times as the circulator on ▮▮▮▮▮▮ petitions.

☑ Check here if additional pages or documents are attached.

_____    11-16-2023
Signature of complainant                  Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)                  Page 2                  Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name William "Bill" Keen Sumter Supervisor of Elections     Day Phone 352-569-1540     Evening Phone

Address 7375 Powell Rd., Suite 125     City Wildwood

County Sumter     State Florida     Zip Code 34785

E-mail Address electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮     Work Phone

**Paid Petition Circulator#** ▮▮▮▮     Initiative Sponsor: Floridians Protectin Freedom, Inc

*Person's title of office or position held or sought if applicable*     *Name of Governmental Office or Private Entity/Office*

Address ▮▮▮▮▮▮     City ▮▮

County ▮▮     State ▮▮     Zip Code ▮▮▮▮

Have you filed this complaint with the (check all that apply):

|  |  | Yes | No |
|---|---|---|---|
| State Attorney's Office | | ☐ | ☑ |
| Office of Statewide Prosecution | | ☐ | ☑ |
| Florida Department of Law Enforcement | | ☐ | ☑ |
| Florida Elections Commission | | ☐ | ☑ |
| Florida Commission on Ethics | | ☐ | ☑ |

DS-DE #34 (rev. 07/2016)                Page 1                Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 F.S. Knowingly signing more than once; signing another persons name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

While verifying petitions, the signatures on several forms submitted did not match. We believe the petitions were not signed by the voters.  These were completed by a paid petition cirulator.

☑ Check here if additional pages or documents are attached.

_____        *12-14-2023*
Signature of complainant          Date Signed

William "Bill" Keen
Print or type name of complainant

---

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name: William "Bill" Keen, Sumter Supervisor of Elections    Day Phone: 352-569-1540    Evening Phone: 

Address: 7375 Powell Road, Suite 125    City: Wildwood

County: Sumter    State: Florida    Zip Code: 34785

E-mail Address: electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: ▮▮▮▮▮▮▮▮    Work Phone: 

Paid Petition Circulator # ▮▮▮▮▮    Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address: ▮▮▮▮▮▮▮    City: ▮▮▮▮

County: ▮▮▮▮    State: ▮▮    Zip Code: ▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ | ☐ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

▇▇▇▇▇▇▇▇▇, Circulator # ▇▇▇▇ serving as a Paid Petition Circulator, presented 11 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ▇▇▇▇▇▇▇ for these 11 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ▇▇▇▇▇▇▇▇▇▇

[✓] Check here if additional pages or documents are attached.

_____    11-16-2023
Signature of complainant              Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                Page 2                Rule 1S-2.025, F.A.C.



**Shirley Anderson**

*Hernando County Supervisor of Elections*

16264 Spring Hill Drive
Brooksville, FL 34604
P: 352.754.4125 • F: 352.754.4425

November 1, 2023

William Gladson
Office of State Attorney
Fifth Judicial Circuit
110 NW First Avenue, Suite 5000
Ocala, FL 34475

RE: Suspicious Signatures 23-07, Petition Circulator # ████████

Dear Mr. Gladson:

Please see enclosed documentation from PCI Consultants regarding sixteen initiative petitions that were forwarded to my office as suspicious. All petitions were collected by ████████, circulator # ████ PCI Consultants informed us they had fired this individual. In addition, we are enclosing another nineteen petitions from my office that were processed as "Bad".

We have handled these petitions with a glove to avoid corrupting any forensic evidence you may need to pull. We are placing them in a protective sleeve to further protect the integrity of these original documents.

Please contact me if you need additional information.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

**PCI**

CONSULTANTS, INC

RECEIVED
OCT 3 0 2023
SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Batch #12

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800

Phone: 805-370-0200

## _SUSPICIOUS SIGS_
## _23-07 SIGNATURE SUBMISSION_

10/31/23
9:46

ATTN: Coleen Padham

TO:    **HERNANDO** County Supervisor of Elections

RE:    Amendment to Limit Government Interference with Abortion
       23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent. We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
| ███████ | ████ | 16 |
| ███████ | ████ | 19 |
| | | |
| | TOTAL: | 35 |

RECEIVED
OCT 2 3 2023
SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us. Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:   (805) 370-0200
Cell: (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

**PERSON BRINGING COMPLAINT**

Name: Dixie County Supervisor of Elections Office

Day Phone:

Evening Phone:

Address:

City:

County: Dixie

State: Florida

Zip Code:

E-mail Address:

---

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name:

Work Phone:

Paid Petition Circulator
*Person's title of office or position held or sought if applicable*

Floridians Protecting Freedom, Inc.
*Name of Governmental Office or Private Entity/Office*

Address:

City:

County:

State:

Zip Code:

Have you filed this complaint with the (check all that apply):

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Fraudulent Signatures on Initiative Petitions

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

☐ Check here if additional pages or documents are attached:

/s/ STAFF PREPARED
_____                          _____
Signature of complainant                                 Date Signed

_____
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A547
Date: 2024-01-30
Intake method: E-mail
Referral entity name, if applicable: Dixie County Supervisor of Elections Office
Entity point of contact, if applicable:

## McVay, Brad R.

| | |
|---|---|
| **From:** | Darlington, Andrew |
| **Sent:** | Thursday, November 16, 2023 10:49 AM |
| **To:** | McVay, Brad R. |
| **Subject:** | FW: Initiative Petition 2307 |
| **Attachments:** | Circulator ▬.pdf; Circulator ▬.pdf; Circulator ▬.pdf |

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Maureen Baird <MBaird@votecitrus.gov>
**Sent:** Wednesday, November 15, 2023 5:32 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Initiative Petition 2307

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Andrew,

Below is an email from my staff concerning potential fraudulent initiative petitions. Please take a look at the email below and the attachments. Can you give me a call at your earliest convenience? As always, thank you for your help.

Attached are three PDF files, one for each circulator, for Petition 2307 (Amendment to Limit Government Interference with Abortion) that contain invalid voter signatures. These three circulators were first identified by the Sponsor as having potentially fraudulent petitions. Upon validation of the petitions, they were all found to be invalid. Some of these circulators had petitions in several batches and the petitions from all the batches are included.

Summary:

| Circulator | Valid | Invalid | Totals by Circulator |
|---|---|---|---|
| ▬ | 0 | 8 | 8 |
| ▬ | 0 | 16 | 16 |
| ▬ | 0 | 11 | 11 |

1

373

*Thank you,*
*God Bless America 2023,*

*Mo*

**Maureen 'Mo' Baird, CERA, MFCEP**
**Supervisor of Elections**
**Citrus County**
**Supervisor of Elections Office**

<u>*BE AN INFORMED VOTER!*</u>

**Physical Address:** 1500 N Meadowcrest Blvd Crystal River, FL 34429
**Mailing Address:** PO Box 1870 Lecanto, FL 34460
**Phone:** 352-564-7120
**Fax:** 352-564-7121
**Website:** www.votecitrus.gov
**Email:** mbaird@votecitrus.gov



*The Citrus County Supervisor of Elections Office is a public entity subject to Chapter 119 of the Florida Statutes concerning public records. E-mail messages are covered under such laws and thus subject to disclosure. Under Florida law, **e-mail addresses are public records**. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076*

*La Oficina de la Supervisora Electoral del Condado de Citrus es una entidad pública sujeta al Capítulo 119 de los Estatutos de Florida sobre registros públicos. Los mensajes de correo electrónico están contemplados conforme a estas leyes y, por lo tanto, están sujetos a su divulgación. De acuerdo con la ley de Florida, **las direcciones de correo electrónico son registros públicos**. Si no quiere que su dirección de correo electrónico se divulgue en respuesta a una solicitud de registros públicos, no envíe correos electrónicos a esta entidad. En lugar de eso, comuníquese con esta oficina por teléfono o por escrito. -- Estatuto de Florida (Florida Statute, F.S.) 668.6076*

2

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Smith, Matt <masmith@votepinellas.gov> |
| **Sent:** | Wednesday, September 27, 2023 2:56 PM |
| **To:** | White, Jewel; The Office of Election Crimes and Security; Darlington, Andrew; Renney, Brooke; Chance, Betsy H. |
| **Cc:** | Matthews, Maria I.; McVay, Brad R.; Van de Bogart, Joseph; Marcus, Julie; Gillette, Marc; Chase, Dustin; Pena-Rosado, Alex |
| **Subject:** | OECS / State Attorney referral: ████████████ and ████████████ potential circulator fraud - Initiative Petition - Floridians Protecting Freedom - Amendment to Limit Government Interference with Abortion |
| **Attachments:** | SKM_C450i23092714421.pdf |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Ms. Renney and Mr. Van de Bogart –

On August 9 and 11, 2023, our staff processed the attached petitions submitted by ████████████ (Circulator Registration Number ████) and ████████████ (Circulator Registration Number ██████). Our records indicate ████████████ and ████████████ are paid petition circulators with Floridians Protecting Freedom, Inc. – Amendment to Limit Government Interference with Abortion 23-07.

We have reason to believe there is potential fraud with the attached petitions. The two petitions received a disposition of "Signature Different" due to signature mismatch. The petitions were purportedly signed by ████████████ were sent signature update letters. Upon receiving her letter, ████████ called our office to inquire why the letter was sent. It was explained that we received a petition that she purportedly signed that was rejected due to the signature not matching our records. ████████ stated that she did not remember signing the petition, and stated that ████████ avoid signing petitions. ████████ asked if ████████ could view the petitions in person. On September 8, 2023, at approximately 11 a.m., ████████████ came to our office and identified themselves by presenting their Florida Driver Licenses. After viewing the petitions, ████████████ affirmatively stated neither the signatures nor handwriting was theirs, and the petitions were completed without their knowledge.

Attached are copies of the initiative petition forms and the Circulator Batch Rollup for ████████████ and ████████████. For petition 23-07, over half of each circulator's petitions were deemed invalid by staff.

Today, September 27, 2023, we left a phone message for Mr. Raymer Maguire, Chairperson, and Gloria Maggiolo, registered agent / treasurer for Floridians Protecting Freedom, Inc., to notify them of the potential fraud. We informed both that we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at (727) 464-5751. If you have any legal questions, please contact Ms. White at (727) 464-3354.

Thanks,

Matt Smith
General Counsel

1

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

Florida has a comprehensive public records law.  Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request.  Therefore, this email and any you sent that generated this response may be subject to public disclosure.

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Wednesday, December 27, 2023 2:31 PM |
| **To:** | McVay, Brad R. |
| **Subject:** | FW: Potentially Fraudulent Petitions |
| **Attachments:** | Petitions - Mismatched Signatures.pdf; Excel Detail - Mismatched Signatures.xlsx |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

fyi

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
VoteHillsborough.gov  |  Connect with us!

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Colleen O'Brien
**Sent:** Wednesday, December 27, 2023 2:29 PM
**To:** oecs@dos.myflorida.com
**Subject:** Potentially Fraudulent Petitions

Good afternoon,

Please find attached copies of potentially fraudulent initiative petitions submitted to our office, along with a corresponding Excel spreadsheet containing additional details.

Column L in the spreadsheet contains an office-originated reason code for having pulled these particular petitions. The column contains either a "1" or a "2." A "1" in the L column indicates that the circulator was identified by the organization as potentially having submitted fraudulent petitions and that the signature in question did not match the voter signature on file. A "2" in the L column indicates that our office reviewed the signature in question (without receipt of information pertaining to the circulator from the organization) and it clearly did not match the voter signature on file.

Thank you for your assistance. If you have any questions or need any additional information, please let me know.

1

Sincerely,

Colleen O'Brien
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov  |  Connect with us!**

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

2

**Lukacs, Cheyenne K.**

| | |
|---|---|
| **From:** | Lucy Melendez <Lucy.Melendez@ocfelections.gov> |
| **Sent:** | Wednesday, August 2, 2023 5:32 PM |
| **To:** | The Office of Election Crimes and Security; McCormick, Daryl |
| **Cc:** | Matthews, Maria I.; Marconnet, Amber; Cowles, Bill; Donna Coffee-Clark; Marisa Crispell |
| **Subject:** | Petition - Possible Fraud-Late Submissions |
| | |
| **Categories:** | Pending |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Inspector McCormick,

Please find on the link below 32 petition signatures received for Initiative 23-07 by Circulator ███████ where all **had issues with signatures.** You will find the copy of the signature of record following each petition submitted.

⊠ IP23-07.13_BADSIG ██████ 32.pdf

Please find on the link below 5 petition signatures received for Initiative 23-05 by Circulator ██████ where all **had issues with signatures.** You will find the copy of the signature of record following each petition submitted.

⊠ IP22-05.20_BADSIG █████ 5.pdf

22-05 - Petitions received on 5/03/2023 **electronic signatures** for the voter and circulator. Petitions not processed as valid.

⊠ 22-05ElectronicallySignedPetitions ██████ 30.pdf

Petitions received **after 30 days of voter signing -**

⊠ 22-01Over30Days_Rcvd_2023.06.20.pdf

⊠ 22-02Over30Days_Rcvd_2023.06.14.pdf

⊠ 22-02Over30Days_Rcvd_2023.07.24_211.pdf

⊠ 23-07Over30Days_Rcvd_July 10.pdf - Some signed by circulator after voter signature date

Please let me know if you may need any additional information or if I may need to send this information to another department.

Kind Regards,

Lucy

**Lucy Melendez**
**Voter Registration Systems Manager**
**Orange County Supervisor of Elections**
o: 407-836-2070 | d: 407-254-6531
w: www.ocfelections.gov

1

Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov
*Find us on Facebook ~ Follow us @VotePinellas*

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076*
*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076*

2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

---

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:     *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

**PERSON BRINGING COMPLAINT**

Name: Flagler County SOE                                Day Phone:              Evening Phone:

Address:                                City:

County: Flagler                         State: Florida           Zip Code:

E-mail Address:

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name: █████████                         Work Phone:

Paid Petition Circulator                Floridians Protecting Freedom, Inc.
*Person's title of office or position held or sought if applicable*      *Name of Governmental Office or Private Entity/Office*

Address: █████████                      City: █████████

County:          State: █████           Zip Code: 32174

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Fraudulent Signatures

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

☐ Check here if additional pages or documents are attached:

/s/ STAFF PREPARED
_____                    _____
Signature of complainant                                    Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A553
Date: 2024-01-31
Intake method: E-mail
Referral entity name, if applicable: Flagler County Supervisor of Elections
Entity point of contact, if applicable:

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.



# Shirley Anderson

*Hernando County Supervisor of Elections*

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

January 22, 2024

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL. 34601

Re: ███████████ Paid Circulator # ███████

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator. ███████████

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ████ ████. The voter, ███████████, filed a DS-DE 153 a complaint against ███████████

Thank you for looking into this matter.

Sincerely,

*Shirley Anderson*

Shirley Anderson
Hernando County Supervisor of Elections

P: 352.754.4125 • F: 352.754.4425 • E: elections@hernandovotes.gov • HernandoVotes.gov • Follow us on Facebook!

383

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Vicki Davis <vdavis@martinvotes.gov> |
| **Sent:** | Thursday, June 6, 2024 10:31 AM |
| **To:** | McVay, Brad R.; Bliss, Ryan |
| **Cc:** | Dent, Debbie |
| **Subject:** | RE: Follow-up re: initiative fraud |

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Thanks, Brad for the follow-up email and Congratulations Ryan on your recent promotion. Debbie Dent, Chief Deputy, and I look forward to working with you on this case. One of my employees and her husband confirmed they know who is the circulator is, however, they did not fill out or sign the petitions in question.

Please feel free to contact me or Debbie at any time. For your records, my direct number is ▓▓▓▓▓ and my cell is ▓▓▓▓▓.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
   Certified Election Registration Administrator (CERA)
   Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.          **Important Dates to Remember:**
Stuart, FL 34994                              **Primary Election – August 20, 2024**
772-288-5637 office                           **General Election – November 5, 2024**
772-288-5765 fax
www.MartinVotes.gov



Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Thursday, June 6, 2024 10:22 AM
**To:** Vicki Davis <vdavis@martinvotes.gov>; Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Debbie Dent <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

Thanks, Vicki. Appreciate your efforts and I look forward to working with you and FDLE on this matter.

1

I heard back from the Chief of Investigations this AM and he confirmed the subject has not yet been arrested but the warrant is active. ████████ is the case agent assigned to the file, but I understand he was just recently promoted so he may be moving off the case in the near future at which time a new case agent will be assigned. In the meantime, ████████ is the point of contact on the case and his number is ████████. I have also included him on this email.

████ SOE Davis is the referral source for the Martin County allegations. I believe at least one of her staff members was victimized by this individual. SOE Davis asked me for an update on the case and I spoke to ████████ and he provided your contact information to pass along to the Supervisor.

As always, feel free to reach out to me with any questions or concerns.

Thanks,
Brad

**From:** Vicki Davis <vdavis@martinvotes.gov>
**Sent:** Thursday, June 6, 2024 7:40 AM
**To:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Cc:** Dent, Debbie <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Good Morning Brad,

Thank you for the for the update on the initiative petition investigation. I appreciate it and look forward to working with you and the investigator from FDLE.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
 Certified Election Registration Administrator (CERA)
 Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.         **Important Dates to Remember:**
Stuart, FL 34994                               **Primary Election – August 20, 2024**
772-288-5637 office                            **General Election – November 5, 2024**
772-288-5765 fax
www.MartinVotes.gov



2

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Wednesday, June 5, 2024 10:49 PM
**To:** Vicki Davis <vdavis@martinvotes.gov>
**Subject:** Follow-up re: initiative fraud

SOE Davis,

It was nice to see you at the FSE Conference. An arrest warrant has been issued for the petition circulator you referred us who was forging abortion petitions in your county. I don't believe the subject has been located/arrested yet, but there is an active felony warrant outstanding. I believe the initial warrant is based on five felony counts and my understanding is that some, possibly all, of those individual victims are Martin County residents. I know you had hundreds of potential fraudulent petitions, so I don't know whether they plan to add more charges as investigation unfolds or what the plan is. I do have an email out to the head of investigations at FDLE requesting the contact info for the agent running point on the case. I told him that you reached out to me and may have some questions about the case. I will forward you the FDLE case agent contact info as soon as I receive and you can get the most up to date information from him. I will forward you any additional updates i receive on the case as well. I will be in touch soon.

Brad

Get Outlook for iOS

3

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Monday, December 11, 2023 8:37 AM |
| **To:** | Darlington, Andrew; McVay, Brad R. |
| **Subject:** | FW: Another Petition Circulator |
| **Attachments:** | ██████ #██████ - signed by circulator.pdf |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Can one of you send me a copy of ███████████ petition circulator application? Circulator number ██████.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Elections Crime Unit Complaints
**Sent:** Friday, December 8, 2023 10:50 AM
**To:** Graff, Adam <AdamGraff@fdle.state.fl.us>
**Cc:** Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Another Petition Circulator

Adam,
Please initiate a case on the attached complaint and call me to discuss on Monday.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations

1

Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kemie Mahan <Kemie.Mahan@ClayElections.gov>
**Sent:** Wednesday, November 15, 2023 8:17 AM
**To:** Bisplinghoff, Dave <Bispling@coj.net>
**Cc:** Elections Crime Unit Complaints <ECUComplaints@fdle.state.fl.us>
**Subject:** Another Petition Circulator

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Dave,

I have another petition circulator that we suspect has submitted fraudulent petitions. I have attached scans of the petitions we found. Please let me know if I can provide additional information.

Circulator ███████ ▓ - 31 petitions. We suspect the petitioner entered most, if not all, of the information. Petition signatures are not a match with signatures in the voter record.

Thank you,
*Kemie Mahan*, CERA, MFCEP
Voter Services Manager/Candidate Qualifying Officer
Clay County Elections Office
P.O. Box 337 | 500 North Orange Ave.
Green Cove Springs, FL 32043
(904)269-6350 Phone
(904)284-0935 Fax

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. The information contained in this email and/or attachment(s) may be confidential and intended solely for the use of the individual or entity to whom it is addressed. This email and/or attachment(s) may contain material that is privileged or protected from disclosure under applicable law. If you are not the intended recipient or the individual responsible for delivering to the intended recipient, please notify sender immediately by telephone to obtain instructions as to whether information in this email and/or attachment(s) is confidential and privileged or protected from disclosure under applicable law.

2

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Darlington, Andrew |
| **Sent:** | Wednesday, December 6, 2023 2:44 PM |
| **To:** | Sousa, Karen |
| **Subject:** | RE: Questionable Signatures Petition 23-07 |

Please send us all petitions where you at least get confirmation that the voter did not sign them. Feel free to call me to discuss further if you want.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 2:43 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Questionable Signatures Petition 23-07

EMAIL RECEIVED FROM EXTERNAL SOURCE

I had one voter who called but did not want to complete the form from the state. These are petitions that when we are verifying do not match the signature on file but they have some of the same characteristics within the signatures submitted by the petitioner. A lot of times voters do not want to file a complaint as long as the petition does not count. I was sending these to you as we noticed similarities in signatures by petitioner.

Let me know if you would like me to continue to send these or hold them until a voter files a complaint.

Thank you,

Karen Sousa
MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

1

Florida has a comprehensive public records law. Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request. Therefore, this email and any you sent that generated this response may be subject to public disclosure.

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Wednesday, December 6, 2023 1:05 PM
**To:** Sousa, Karen <ksousa@flaglerelections.gov>
**Cc:** Office of Election Crimes and Security <OECSComplaints@dos.myflorida.com>
**Subject:** Re: Questionable Signatures Petition 23-07

Hello,

Do you have documentation? Have you received notices from voters that they didn't sign petitions? Please help me identifying the actual allegation in any way you can. Please feel free to email all complaints to the CC'd email address.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

---

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 12:05:24 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Questionable Signatures Petition 23-07

EMAIL RECEIVED FROM EXTERNAL SOURCE

Mr. Darlington,

Flagler County has come across some additional petitions and circulators that are questionable.



Thank you,

Karen Sousa
MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

2

390



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

     *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**Send Date:** 3/3/2023
**EFCID:** 23-08
**ECID:** 3094
**INDIVIDUAL ALLEGED:** ███████████
**COMPLAINANT:** Katrina Hall, Sumter County Supervisor of Elections Office

To Whom It May Concern,

     Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 23-08) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.

     Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C:

     The complainant alleges that ███████████ paid petition circulator number ███████ sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana," submitted a fraudulent petition for Sumter County voter, ███████████ In the referral e-mail, Katrina Hall stated:

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

391

"When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign[ed] any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter)."

I spoke with Katrina Hall via phone call. She identified ████████████ as being one of the four voters who appeared in-office to report that she did not complete the filed petition ████████ ████ has not since returned a completed DS-DE 153 "Complaint Against Petition Circulator" form to the Supervisor of Elections office as recommended and provided by Katrina Hall.

Additional records supplied by the Florida Division of Elections currently show a total of 1,074 "valid" or verified submitted petitions to 431 "invalid" or unverified submitted petitions recorded for the alleged. Further preliminary investigation revealed that the alleged, ████████████ is not a registered voter in the state, nor does the alleged have a record under this name or the self-reported permanent address in the Driver and Vehicle Information Database.

Upon further investigation, the OECS has reason to believe, per the evidence provided in the enclosed "complete preliminary investigation case file" (ECID 3094) that the following violation(s) appear(s) to have occurred:

- 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155-- Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568-- Criminal use of personal identification information.
- 817.569-- Criminal use of a public record or public records information; providing false information; penalties.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com appraised of further action, assignment, and outcomes associated with this referral (ECID 3094), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Sincerely,

Page 2 of 3

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State


With Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete preliminary investigation case file packet.

cc:  Brady McVay, Counsel to OECS; Kalen Mercer, Inspector Specialist, OECS; Mark Mitchell, Special Agent Supervisor, FDLE

# ELECTIONS FRAUD COMPLAINT
*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
  *1st Floor, R.A. Gray Building*
  *500 S. Bronough Street*
  *Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name   Katrina Hall

Day Phone   352-569-1540   Evening Phone _____

Address   7375 Powell Rd. #125

City   Wildwood

County   Sumter County

State   FL   Zip Code   34785

E-mail Address   Katrina.Hall@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name   Vs. Multiple

Work Phone _____

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address _____

City _____

County _____   State _____

Zip Code _____

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☐ |
| Office of Statewide Prosecution | ☐ | ☐ |
| Florida Department of Law Enforcement | ☐ | ☐ |
| Florida Elections Commission | ☐ | ☐ |
| Florida Commission on Ethics | ☐ | ☐ |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

_____
_____
_____
_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you argued or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter. The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex. ▮▮▮▮▮ listed as the Paid Petition Circulator and it is signed by ▮▮▮▮▮.

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

5. We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6. Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,    Katrina Hall, MFCEP          ☐ Check here if additional pages or documents are attached.

Prepared by: Cheyenne.L                2/14/2023
_____        _____
Signature of complainant               Date Signed

_____
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.

**Lukacs, Cheyenne K.**

| | |
|---|---|
| **From:** | McVay, Brad R. |
| **Sent:** | Friday, February 10, 2023 10:26 PM |
| **To:** | Hall, Katrina; Matthews, Maria I. |
| **Subject:** | Re: 22-05 ADULT USE OF MARIJUANA Initiative |

Katrina,
That is fine with me re: file transfer utility. A detailed email would be very helpful.

Maria, is it possible for someone at Division to pull these documents down off of the file utility or get me access to the utility?

Thx

Sent from my iPhone

On Feb 10, 2023, at 2:23 PM, Hall, Katrina <Katrina.Hall@sumtercountyfl.gov> wrote:

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Brad –

Yes, we would love to provide you copies of the petitions in question; would it be okay to upload through the File Transfer Utility? Also, if we upload through the File Transfer Utility would it be helpful to send a detailed email explaining the petitions? We want to be as helpful as possible.

Thank you for your quick response,



**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records re do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 9:41 AM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I.
<Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; Marconnet, Amber
<Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of
Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
Thank you for following-up. Good timing. I called FDLE Supervisor yesterday evening and this was one of the topics on my list to discuss. I left voicemail, but expect to hear back from FDLE this morning and I also have a meeting scheduled with them next week on 2/14. It would be helpful if we (OECS) had copies of the petitions before that meeting. Whatever is the easiest in terms of delivery – works for me. Maria, I don't know if you also want copies or have any suggestions?

1

To answer your other question – yes, moving forward, please continue to report this type of activity to OECS. We will make sure it gets assigned to the correct FDLE agent and we will also work closely with the Statewide Prosecutors to see to it they have the documentation and information they need to bring formal charges. And again, as it relates to the uploading of petitions – whatever works best for you, works for us.

As soon as I get a name of the FDLE agent assigned to the matter – I will introduce the two of you through email so that if they have additional questions or need additional documentation, they have a contact at the SOE office.

**Brad McVay**
General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone: 850-245-6511

Note: This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State. Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law. Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption. Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Friday, February 10, 2023 9:12 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Morning –

I was looking to see if we have an update to my email below from February 1.

Thank you,



**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax: 352-569-1541
https://Elections.SumterCountyFL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques
not send electronic mail to this entity. Instead, contact this office by phone or in writing.

2

397

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Wednesday, February 1, 2023 4:48 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercounty.gov>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,

I am looping in the Office of Election Crimes and Security.

They will provide you the guidance you need to submit complaints about fraudulent activity.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State

**From:** Initiatives <Initiatives@dos.myflorida.com>
**Sent:** Wednesday, February 1, 2023 4:27 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercounty.gov>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Amber/Maria,

Please advise on below request.

Thank you,

Susan E. Bush
Regulatory Specialist III
Division of Elections DOS
850-245-6219 Phone
850-245-6218 Fax

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Wednesday, February 1, 2023 3:29 PM
**To:** Initiatives <initiatives@dos.myflorida.com>
**Subject:** 22-05 ADULT USE OF MARIJUANA Initiative
**Importance:** High

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA Initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the

3

signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter - The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex. ████████ is listed as the Paid Petition Circulator and it is signed by ████████.

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

5. We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6. Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,

**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCounty.FL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security

4

awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Lukacs, Cheyenne K.**

| | |
|---|---|
| **From:** | Marconnet, Amber |
| **Sent:** | Monday, February 13, 2023 12:09 PM |
| **To:** | Matthews, Maria I. |
| **Cc:** | McVay, Brad R.; Brown, Toshia |
| **Subject:** | RE: 22-05 ADULT USE OF MARIJUANA Initiative |

Brad,

The Sumter files have been placed in the OEC folder here.

Thank you,

*Amber Marconnet*
Division of Elections, Assistant Director
R.A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6224

**From:** Marconnet, Amber
**Sent:** Monday, February 13, 2023 11:39 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Leonor doesn't have access to the file transfer utility.

I will get these pulled down.

Thank you,

*Amber Marconnet*
Division of Elections, Assistant Director
R.A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6224

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Sunday, February 12, 2023 3:22 PM
**To:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>
**Subject:** FW: 22-05 ADULT USE OF MARIJUANA Initiative

Please pull these documents for Brad and place them in a shared drive folder. Thanks.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 10:26 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** Re: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
That is fine with me re: file transfer utility. A detailed email would be very helpful.

Maria, is it possible for someone at Division to pull these documents down off of the file utility or get me access to the utility?

Thx

Sent from my iPhone

1

401

On Feb 10, 2023, at 2:23 PM, Hall, Katrina <Katrina.Hall@sumtercountyfl.gov> wrote:

EMAIL RECEIVED FROM EXTERNAL SOURCE

Brad –

Yes, we would love to provide you copies of the petitions in question; would it be okay to upload through the File Transfer Utility? Also, if we upload through the File Transfer Utility would it be helpful to send a detailed email explaining the petitions? We want to be as helpful as possible.

Thank you for your quick response,

**Katrina Hall**, MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCounty-Fl.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail released in response to a public records reques
send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 9:41 AM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I.
<Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; Marconnet, Amber
<Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of
Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
Thank you for following-up. Good timing. I called FDLE Supervisor yesterday evening and this was one of the topics on my list to discuss. I left voicemail, but expect to hear back from FDLE this morning and I also have a meeting scheduled with them next week on 2/14. It would be helpful if we (OECS) had copies of the petitions before that meeting. Whatever is the easiest in terms of delivery – works for me. Maria, I don't know if you also want copies or have any suggestions?

To answer your other question – yes, moving forward, please continue to report this type of activity to OECS. We will make sure it gets assigned to the correct FDLE agent and we will also work closely with the Statewide Prosecutors to see it they have the documentation and information they need to bring formal charges. And again, as it relates to the uploading of petitions – whatever works best for you, works for us.

As soon as I get a name of the FDLE agent assigned to the matter – I will introduce the two of you through email so that if they have additional questions or need additional documentation, they have a contact at the SOE office.

**Brad McVay**
General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone: 850-245-6511

Note: This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State. Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law. Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption. Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Friday, February 10, 2023 9:12 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Morning –

I was looking to see if we have an update to my email below from February 1.

Thank you,

**Katrina Hall**, MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCounty.FL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Wednesday, February 1, 2023 4:48 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,

I am looping in the Office of Election Crimes and Security.

They will provide you the guidance you need to submit complaints about fraudulent activity.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director

3

Florida Department of State

**From:** Initiatives <Initiatives@dos.myflorida.com>
**Sent:** Wednesday, February 1, 2023 4:27 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Amber/Maria,

Please advise on below request.

Thank you,

Susan E. Bush
Regulatory Specialist III
Division of Elections DOS
850-245-6219 Phone
850-245-6218 Fax

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Wednesday, February 1, 2023 3:29 PM
**To:** Initiatives <Initiatives@dos.myflorida.com>
**Subject:** 22-05 ADULT USE OF MARIJUANA Initiative
**Importance:** High

---

EMAIL RECEIVED FROM EXTERNAL SOURCE

---

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA Initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter - The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex. ▮▮▮▮▮▮▮▮▮▮ is listed as the Paid Petition Circulator and it is signed by ▮▮▮▮▮▮▮▮).

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

4

5. We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6. Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,

**Katrina Hall**, MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFL..gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

5

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

6



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@fdle.state.fl.us

       *Re:  Office of Election Crimes and Security Referral for Criminal Investigation, Prior or
       Additionally Referred*

**SEND DATE: 3/2/2022**
**EFCID: 23-09**
**ECID: 3090**
**INDIVIDUAL ALLEGED:** ███████████████
**COMPLAINANT: Julie Marcus, Pinellas County Supervisor of Elections**
**PRIOR/ADDITIONALLY REFERRED: State Attorney's Office, 6th Judicial Circuit**

To Whom It May Concern,

       Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 23-09) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.

       Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

       The complainant alleges that ███████████ paid petition circulator number ██████ sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana," submitted "21 petitions receiv[ing] a disposition of "Signature Different" due to signature mismatch". Matt Smith, General Counsel representing Julie Marcus, Supervisor of Elections

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

407

claims in the referral email, "we have reason to believe there is potential fraud with the attached petitions."

The batch of petitions submitted by the alleged and processed by the Pinellas County Supervisor of Elections Office range in "date signed" from 11/02/2022-11/04/2022. In addition to the signatures on the petitions not matching when compared to the signature images available on file for each voter, the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar.

Finally, the Pinellas County Supervisor of Elections Office supplied valid-to-invalid petition batch processing data revealing that out of 113 total petitions collected by ███████ it appears that only 20 petitions processed in total were deemed "valid". Additional records supplied by the Florida Division of Elections currently show a total of 122 "valid" or verified submitted petitions to 208 "invalid" or unverified submitted petitions.

**According to information we have obtained regarding this EFC, it is our understanding that this complaint has been prior or additionally referred to the following state agency (or agencies): State Attorney's Office, 6th Judicial Circuit.**
- Primary point of contact for SAO case correspondence has been Jim Lenas, ███████ ███████ Additionally, Adam McGill Ross has been in contact regarding the case.

To ensure case work is not duplicative, we encourage FDLE to work with the additional referral agency (or agencies) directly to investigate and resolve the case. As a courtesy, we have enclosed our "complete preliminary investigation case file" (ECID 3090) regarding this matter. Per the evidence provided, we believe that the following violation(s) appear(s) to have occurred:

- 104.011  False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185  Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155  Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568  Criminal use of personal identification information.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral (ECID 3090), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Page 2 of 3

Sincerely,

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State

With Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete preliminary investigation case file packet.

cc: Brad McVay, Counsel to OECS, Office of the Secretary; Kalen Mercer, Inspector Specialist, OECS; Mark Mitchell, Special Agent Supervisor, FDLE

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name    Julie Marcus

Day Phone    (727) 464-5751    Evening Phone

Address    13001 Starkey Rd

City    Largo

County    Pinellas

State    FL    Zip Code    33773

E-mail Address    masmith@votepinellas.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name    ▮▮▮▮▮▮▮

Work Phone

Person's title of office or position held or sought if applicable

Name of Governmental Office or Private Entity/Office

Address

City

County    State    Zip Code

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Prepared by: Cheyenne.L

_____

_____

_____

_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Director Strauss,

On January 4, 2023, our staff processed the attached petitions submitted by Ms. ████████ ████ Circulator Registration Number ████. Our records indicate ████ is a paid petition circulator with Smart and Safe Florida – Adult Use of Marijuana 22-05.

We have reason to believe there is potential fraud with the attached petitions. The 21 petitions received a disposition of "Signature Different" due to signature mismatch.

Attached are copies of the initiative petition forms and the corresponding voter maintenance screen.

Today, January 9, 2023, we left a phone message for ████████ Chairperson, Smart and Safe Florida PC, to notify him of the potential fraud. Today, January 9, 2023, we spoke with ████████ from Smart and Safe Florida who was responsible for delivering this particular batch of petitions. We informed ████ that we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at (727) 464-5751. If you have any legal questions, please contact Ms. White at (727) 464-3354.

Thanks,

Matt Smith
General Counsel
Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov

[ ] Check here if additional pages or documents are attached.

Prepared by: Cheyenne.L                                    2/14/2023
Signature of complainant                    Date Signed

_____
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2 025, F.A.C.

the County Attorney, AG, FDLE, or any other law enforcement agency. We will follow up with you If you have any other questions.

---

**From:** Smith, Matt <masmith@votepinellas.gov>
**Sent:** Monday, January 9, 2023 1:01 PM
**To:** Strauss, Scott <Scott.Strauss@dos.myflorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; White, Jewel <jwhite@pinellas.gov>
**Cc:** Marcus, Julie <jmarcus@votepinellas.gov>; Gillette, Marc <mgillette@votepinellas.gov>; Chase, Dustin <dchase@votepinellas.gov>
**Subject:** Initiative Petition - Smart and Safe Florida - Adult Personal Use of Marijuana 22-05

---

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

---

Director Strauss,

On January 4, 2023, our staff processed the attached petitions submitted by ████████ Circulator Registration Number ████ Our records indicate ███████ s a paid petition circulator with Smart and Safe Florida – Adult Use of Marijuana 22-05.

We have reason to believe there is potential fraud with the attached petitions. The 21 petitions received a disposition of "Signature Different" due to signature mismatch.

Attached are copies of the initiative petition forms and the corresponding voter maintenance screen.

Today, January 9, 2023, we left a phone message for ██████████ Chairperson, Smart and Safe Florida PC, to notify him of the potential fraud. Today, January 9, 2023, we spoke with ████████ from Smart and Safe Florida who was responsible for delivering this particular batch of petitions. W informed ████████ hat we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at ████████ If you have any legal questions, please contact Ms. White at ████████

Thanks,

Matt Smith
General Counsel
Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov
*Find us on Facebook ~ Follow us @VotePinellas*

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. – F.S. 668.6076*
*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. – F.S. 668.6076*

2



# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**Send Date: 2/17/2023**
**EFCID: 23-06**
**ECID: 3088**
**INDIVIDUAL ALLEGED:** ▮▮▮▮▮▮▮▮▮▮▮ ✔
**COMPLAINANT:** Mark S. Earley, Leon County Supervisor of
**Elections**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 23-06) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.

Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C:

The complainant alleges that ▮▮▮▮▮▮▮▮▮▮▮ paid petition circulator number 53562 sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana," submitted a petition for a deceased voter, ▮▮▮▮▮▮▮▮▮ The signed date on the petition form is signed after the date the voter was deceased. Administrative records provided by the Florida Division of Elections from the Florida Voter Registration System (FVRS) were utilized by the Leon County Supervisor of Elections (LCSOE) office for standard list maintenance procedures

Office of Election Crimes & Security
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

413

to administratively remove ▮▮▮▮▮▮▮▮▮ on August 12th, 2022. The petition allegedly signed by ▮▮▮▮▮▮ was received by LCSOE office on October 26th, 2022, however, the date of "signature" was September 29th, 2022, over one month after the date of death, reported as ▮▮▮▮▮▮▮.

Mr. Earley alleges that ▮▮▮▮▮▮▮ misrepresented the information on the petition form. Further, after conducting an internal investigation into all petitions submitted by ▮▮ ▮▮▮▮▮ to the LCSOE office, Mr. Earley alleges that those petitions have a "higher than average" rejection rate.

Upon further investigation, the OECS has reason to believe, per the evidence provided in the enclosed "complete preliminary investigation case file" (ECID 3088) that the following violation(s) appear(s) to have occurred:

- 104.011    False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185    Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155    Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568    Criminal use of personal identification information.
- 817.569    Criminal use of a public record or public records information; providing false information; penalties.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral (ECID 3088), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *"Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Sincerely,

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State

Page 2 of 3

With General Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete preliminary investigation case file packet.

cc:  Kalen Mercer, Inspector Specialist, OECS; Mark Mitchell, Special Agent Supervisor, FDLE

Page 3 of 3

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name __MARK S. EARLEY__    Day Phone __850-606-8683__    Evening Phone _____

Address __2990-1 APALACHEE PKWY__    City __TALLAHASSEE__

County __LEON__    State __FLORIDA__    Zip Code __32301__

E-mail Address __VOTE@LEONVOTES.GOV__

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ██████████████████    Work Phone _____

__PETITION CIRCULATOR NUMBER__ ██████████

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address ██████████    City ███████

County ██████████  State ███    Zip Code ██████████

Have you filed this complaint with the (check all that apply):

|  | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☐ |
| Office of Statewide Prosecution | ☐ | ☐ |
| Florida Department of Law Enforcement | ☑ | ☐ |
| Florida Elections Commission | ☐ | ☐ |
| Florida Commission on Ethics | ☐ | ☐ |

**RECEIVED**

FEB 0 1 2023

Office of the General Counsel

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

On October 26, 2022 the Leon County Supervisor of Elections (LCSOE) received a submission of petitions collected for Smart & Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana." This submission contained a petition for a deceased voter. The signed date on the petition form is signed after the date the voter was deceased.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

███████████ voter registration number ███████ is deceased as of ████████ On August 12, 2022, the Leon County Supervisor of Elections (LCSOE) was notified by the Division of Elections of the following: "Voter Deceased per Information from FVRS - Date of Decease: ███████ Certificate Number: ████████ was removed from the Florida Voter Registration System on August 12, 2022. On October 26, 2022 the LCSOE received a submission of constitutional initiative petitions for amendment 22-05 "Adult Personal Use of Marijuana" sponsored by Smart & Safe Florida. Within that submission was a petition allegedly signed by ███████ however the signed date was September 29, 2022, a full month after ████████ had passed away. All of the information on the petition form matches ███████ recod in the Florida Voter Registration System. The petition in question was collected by a paid petition circulator, ███████ Circulator's Number ███ The LCSOE rejected the petition as invalid on October 31, 2022 because ████ s no longer eligible to vote due to being deceased. LCSOE now refers this incident to the Division of Elections and law enforcement agencies to investigate the possibility that the paid petition circulator ████████ misrepresented the information on the petition form. Initial investigation by LCSOE shows that ███████ has a higher than average rejection rate, and in at least 28 other cases collected petitions from ineligible voters, though not all of those were deceased. Supporting documentation is attached.

☑ Check here if additional pages or documents are attached.

_Signature of complainant_          Date Signed 1/31/23

MARK S. EARLEY
_Print or type name of complainant_

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information                                                              1194

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮▮  **First** ▮▮▮▮▮  **Middle** ▮▮▮▮▮

**Address** ▮▮▮▮▮

**City** ▮▮▮▮▮  **Zip** ▮▮▮▮▮  **County** ▮▮▮▮▮

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  **or**  **Date of Birth** ▮▮▮▮▮

**Signature** ▮▮▮▮▮  **Date Signed** 0 4 / 2 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮▮  **Circulator's Number** ▮▮▮▮▮

**Address** ▮▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮▮  **Date Signed** 0 4 / 3 0 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

(Doc Images)



Scan Date = 1  06/20 P(



**MARK S. EARLEY**
SUPERVISOR OF ELECTIONS
LEON COUNTY, FLORIDA

**Mark S. Earley**
Supervisor of Elections
**Voter Registration Receipt**

LEON COUNTY, FLORIDA

Date                    01/30/2023
Time                    11:34 AM
Regn Number
Voter Name
Residence

Mailing Address

Voter Status
Birth Date
Birth Place
Sex
Race
Party
Precinct



Registration Date
Assistance Required

*Witness my hand and official seal at LEON COUNTY, FLORIDA,*
*on Jan/30/2023*

**Mark S. Earley**
Supervisor of Elections
LEON COUNTY, FLORIDA

By: _____    _____

P.O. BO    57    T P I    11   AL Y   (850)606   C H    FA  C    W   INVOTES.GOV
*Solicite recursos en español en persona, por teléfono, o por correo electrónico.*

420