# EXHIBIT C
# DX 3 – Part 2 (pp. 425–943)

Appendix E: Arrest Reports

DIN: 4

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO.: 2024 CF 000485 CFAXES
         Plaintiff,

v.

GEORGE EDWARD ANDREWS III,
         Defendant.
_____/

### AFFIDAVIT FOR ARREST WARRANT

COUNT 1:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 17

COUNT 9:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 11:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 12:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 13:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 14:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 15:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 16:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 17:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 18:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

Page 2 of 17

COUNT 19: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1


COUNT 20: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1


Before me, _____, Judge of the Sixth Judicial Circuit in and for Pasco County, Florida, personally appeared, Inspector Leslie Pulling of the Florida Department of Law Enforcement, who, being first sworn, deposes and says:


Your Affiant, Leslie Pulling, has been a member of the Florida Department of Law Enforcement (FDLE) since 2001. Your Affiant was a sworn special agent for 14 years and has been a sworn inspector for 1 year. Your Affiant has worked in various divisions within FDLE to include, The Florida Fusion Center, Evidence Division, Public Assistance Fraud (PAF), Economic Crimes Squad, Major Case squad, Organized Crime squad, Cyber and High-Tech Crimes Squad, and is currently assigned to the Election Crime Unit. Your Affiant has attended several seminars, conferences, and schools providing training for conducting investigations of fraud-related offenses. Your Affiant has attended several seminars providing training for conducting election crime investigations. The following is a list of courses where your Affiant has received training and gained a level of proficiency: International Money Laundering Investigations; Federal & State Approaches to

Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as GEORGE EDWARD ANDREWS III (DOB: 09/20/1993) who was a Paid Petition Circulator (PPC).

Page 4 of 17

Your Affiant learned that ANDREWS had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State, Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523

voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states: "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator's registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

Page 7 of 17

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about June 25, 2021, PPC GEORGE EDWARD ANDREWS' application was approved to become a paid petition circulator. ANDREWS used the email address of andrewsiiigeorge@gmail.com. The application also included ANDREWS' personal information including his name, address, and phone number which was self-reported as (352) 458-8862. GEORGE EDWARD ANDREWS III was assigned Circulator ID # 23753.

Your Affiant reviewed the information noted above that was provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC GEORGE EDWARD ANDREWS III (hereinafter "ANDREWS") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Page 8 of 17

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of twenty-nine (29) alleged fraudulent petitions submitted by ANDREWS were submitted to Supervisor of Elections offices in Pasco, Sumter, and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of ten (10) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by ANDREWS and that they did not consent to the use of their personal identification information. The below voters were identified:

<u>Voter # 1</u>
Name: ███████████████
County of Residence: St. Petersburg, Pinellas County, Florida
Date on petition: 07/07/2023

Your Affiant interviewed ████ on November 17, 2023, and ███████ advised that she did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that her date of birth was incorrect on the petition. ████████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 7, 2023, a petition was signed using ████ s husband's name (█████████). Your Affiant conducted an interview with ██████████ who reviewed the petition and confirmed that he did not complete or sign the

petition.   This petition was submitted by a paid petition circulator identified as Jamie Johnson (DOB: 12/11/1976).

**Voter # 2**

Name: ███████████████

County of Residence: San Antonio, Pasco County, Florida

Date on petition: 06/19/2023

Your Affiant interviewed ████████ on November 2, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers.  In addition, she indicated that the address listed on the petition was her former residence that she had previously sold in September 2022.  Foxworth told Your Affiant that she had moved to her current residence on December 30, 2022 and updated the address on her voter record.  Foxworth further advised that she did not live at the address listed on the petition on June 19, 2023, which was the date the petition was allegedly signed by Foxworth.  Foxworth confirmed the other personal information included on the petition was correct. Foxworth advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 3**

Name: ███████████████

County of Residence: The Villages, Sumter County, Florida

Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 1, 2023, and ████████ advised that she did not complete the petition that had been submitted to the Supervisor of Elections. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers.  In addition, she indicated that the initials on the petition were also not hers. ████████ added that she had attended medical

Page 10 of 17

431

appointments on June 5, 2023, and subsequently could not have signed the petition on that date. ▇▇▇▇▇ confirmed the other personal information included on the petition was correct. ▇▇▇▇▇ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 4

Name: ▇▇▇▇▇▇▇▇▇▇▇▇
County of Residence: Webster, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ▇▇▇▇▇ on November 7, 2023, and was advised by ▇▇▇▇▇ that she did not complete the petition. ▇▇▇▇▇ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that the address listed on the petition may have been her previous residence. ▇▇▇▇▇ added that the address on the petition was not her current address where she had resided for approximately eight (8) years. ▇▇▇▇▇ told Your Affiant that her current address is listed on her voter's registration. ▇▇▇▇▇ confirmed the other personal information included on the petition was correct. ▇▇▇▇▇ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 5

Name: ▇▇▇▇▇▇▇▇▇▇▇▇
County of Residence: Webster, Sumter County, Florida
Date Petition Signed: 06/21/2023

Your Affiant interviewed ▇▇▇▇▇ on November 3, 2023, and ▇▇▇▇▇ advised that she did not complete the petition. ▇▇▇▇▇ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she told Your Affiant that that her date

of birth on the petition was incorrect. ████████ added that her last name was also misspelled on the petition ("████████"). ████████ confirmed the other personal information included on the petition was correct. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 6
**Name:** ████████████████████
**County of Residence:** Bushnell, Sumter County, Florida
**Date Petition Signed:** 06/20/2023

Your Affiant interviewed ████████ on December 11, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ████████ confirmed the personal information included on the petition was correct. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 7
**Name:** ████████████████
**County of Residence:** Sumterville, Sumter County, Florida
**Date Petition Signed:** 06/29/2023

Your Affiant interviewed ████████ on November 3, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ████████ confirmed the personal information included on the petition was correct. ████████ advised that she was in the state of New York on June 29, 2023 and therefore could not have signed the petition. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 5, 2023, a second petition was submitted in ██████'s name by a paid petition circulator identified as Jamie Johnson. ██████ reviewed this petition with Your Affiant and confirmed she did not complete it. She further confirmed her signature was forged.

## Voter # 8

Name: ████████████████████
County of Residence: Webster, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed █████ on October 31, 2023, and ████████ advised that she did not complete the petition. █████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. █████ confirmed the personal information included on the petition was correct. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 5, 2023, a second petition was submitted in █████'s name by a paid petition circulator identified as Jamie Johnson. ████████ also confirmed she did not complete this petition. She further confirmed her signature was forged.

## Voter # 9

Name: ████████████████
County of Residence: Bushnell, Sumter County, Florida
Date Petition Signed: 07/08/2023

Your Affiant interviewed █████ on November 2, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In

addition, she indicated that her date of birth was incorrect on the petition. ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that she is physically handicapped and can no longer write, and therefore, would not have been able to complete and sign the petition. ████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 10

Name: ████
County of Address: Bushnell, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ████ on November 2, 2023, and ████ advised that he did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that his last name was mispelled on the petition ("████"). ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

On November 30, 2023, your Affiant conducted a sworn recorded interview with ANDREWS at his residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Pasco County, Florida. Andrews confirmed that he was a paid petition circulator for Amendment Title 23-07. ANDREWS advised that he had collected petitions throughout the state of Florida. Your Affiant provided copies of the aforementioned voter petitions submitted by ANDREWS for his review. ANDREWS reviewed the petitions and advised he signed each of the petitions affirming that the petitions were

Page 14 of 17

completed in his presence by the named individual. ANDREWS confirmed that his signature was on each of the petitions.

ANDREWS advised that his roommate, Jamie Johnson, was also a paid petition circulator for Amendment Title 23-07. It should be noted that Johnson submitted two (2) fraudulent petitions using the same victim information as ANDREWS (Voter # 7 and Voter # 8 noted above). It should also be noted that Johnson submitted a fraudulent petition using the name of the husband of one of ANDREWS' victims (Voter # 1 noted above).

On December 21, 2023, Your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) that indicated that during the period of June 21, 2023 through November 21, 2023, a total of one thousand nine hundred and six (1,906) petitions that were submitted by ANDREWS went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions ANDREWS submitted, nine hundred sixty-four (964) were determined to be invalid by the respective counties' Supervisor of Elections offices. ANDREWS had an invalid petition rate of approximately 50.6% during this period.

Your Affiant believes, based upon this investigation in its entirety, and evidence gathered during this investigation, that probable cause exists to that GEORGE EDWARD ANDREWS III violated Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal Identification Information and Section 104.185(2), Florida Statutes, Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

Page 15 of 17

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter GEORGE EDWARD ANDREWS III and bring him before the Court so that he may be dealt with according to law.

_____
Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this __1__ day of February 2024 by _Inspector Leslie Pulling_ who has produced identification and who did take an oath.

_____
CIRCUIT JUDGE
Pasco County, Florida
Gregory G. Groger, Circuit Judge

**ORIGINAL**

Page 16 of 17

i

437

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

have reviewed this affidavit and
do find there is probable cause
to hold and bind over for trial
the defendant named in this
affidavit.

CIRCUIT JUDGE
Pasco County, Florida

February 1, 2024
DATE

| Clerk of this Court is hereby directed to ISSUE CAPIAS for arrest of Defendant |
|---|
| GEORGE EDWARD ANDREWS III |

Defendant is to be admitted to Bail in the sum of

$ 10,000 on Ct. 1, including surcharge

$ 10,000 on Ct. 2, including surcharge

$ 10,000 on Ct. 3, including surcharge

$ 10,000 on Ct. 4, including surcharge

$ 10,000 on Ct. 5, including surcharge

$ 10,000 on Ct. 6, including surcharge

$ 10,000 on Ct. 7, including surcharge

$ 10,000 on Ct. 8, including surcharge

$ 10,000 on Ct. 9, including surcharge

$ 10,000 on Ct. 10, including surcharge

$ 5,000 on Ct. 11, including surcharge

$ 5,000 on Ct. 12, including surcharge

$ 5,000 on Ct. 13, including surcharge

$ 5,000 on Ct. 14, including surcharge

$ 5,000 on Ct. 15, including surcharge

$ 5,000 on Ct. 16, including surcharge

$ 5,000 on Ct. 17, including surcharge

$ 5,000 on Ct. 18, including surcharge

$ 5,000 on Ct. 19, including surcharge

$ 5,000 on Ct. 20, including surcharge

$ 150,000          Total

Other conditions of release: No participation
in petition circulation

Gregory G. Groger, Circuit Judge
Circuit Judge

Page 17 of 17

438

## PERSONAL DATA INFORMATION SHEET

**ALL INFORMATION MUST BE PROVIDED BY THE INVESTIGATING OFFICER !**

*Note: Starred lines are required for computer warrant entries. *FCIC System (local) **NCIC System

**\* Defendant's Full Name:** George Edward Andrews III

**\* Alias:** N/A

**\* SSN:** ▮▮▮▮▮▮▮

FL DL# ▮▮▮▮▮▮▮▮▮

**\* SID #:** 07965325

**Last Known Address:** 12748 Stately Oak Street, Apartment 202, Dade City, Florida

**Place of Employment:**
(company) Bartlett Roofing    (business address) 38408 3rd Avenue, Zephyrhills, Florida

| *DOB: | *SEX: | *RACE: | |
|---|---|---|---|
| 09/20/1993 | Male | White | FINGERPRINTS AVAILABLE:  YES ⦿    NO ◯ |

**\*\*HT:** 5' 8"     **\*\*WT:** 175     **\*\*HAIR:** Blonde     **I EYES:** Blue

**OTHER FEATURES: (BEARD, MARKS, SCARS, TATTOOS)** Beard

Per FLCF Rule 3.121 attach photo •FacesNXT preferred!
Originating Source of PHOTO:

◯ FacesNXT Record #

  Data Source:

⦻ FL DL # DAVID Photo confirmed
  accurate by: 12/07/2021

◯ Other State DL #
  State

◯ Other Photo Source #

◯ NO PHOTO AVAILABLE — Explanation For No Photo:



**\*AGENCY:** FDLE

**OFFENSE NUMBER:** EI-32-0239

**\*INVESTIGATING OFFICER:** Inspector Leslie Pulling

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO.:

                                     FDLE Case #: EI-32-0244

v.                                   2024 CF 00216 NC

ANDRES FELIPE SALAZAR,

        Defendant.
_____/

### AFFIDAVIT FOR ARREST WARRANT

COUNT 1:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 15

COUNT 9:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 11:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 12:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COMES NOW, your Affiant, Inspector Gary Negrinelli of the
Florida Department of Law Enforcement, who, being duly sworn
makes application for an arrest warrant, and in support of this
application makes the following statements under oath:


BACKGROUND

Your Affiant, Inspector (Ins.) Gary Negrinelli, has been a
member of the Florida Department of Law Enforcement (FDLE) since
2015. Your Affiant was a Sworn Special Agent for 6 years and
has been a Sworn Inspector for 3 years. Your Affiant has worked
in various divisions within FDLE to include, Major Case squad,
Organized Crime squad, Counter Terrorism squad, Protective
Operations squad, The Office of Statewide Intelligence and is
currently assigned to the Election Crime Unit. Your Affiant has
attended several seminars, conferences, and schools providing
training for conducting investigations of fraud related
offenses. Your Affiant has attended several seminars providing
training for conducting election crime investigations.

Page 2 of 15

441

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapter 817.568(2)(a), Criminal Use of Personal Identification Information.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

Your Affiant has probable cause to believe and does believe that the laws of the State of Florida relative to: Criminal Use of Personal Identification Information Section 817.568(2)(a), Florida Statutes, Third Degree Felony (12 Counts) have been violated by the above-named suspect. Your Affiant's reasons for so believing are as follows:

### STATEMENT OF PROBABLE CAUSE

During the period of December 11, 2023 through December 20, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as Andres Felipe Salazar (DOB: 07/31/1986) who was a Paid Petition Circulator (PPC) and submitted numerous invalid petitions related to the Florida amendment initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged

signatures. The petitions were submitted to the Supervisor of Elections offices in Sarasota County. Your Affiant was provided copies of the alleged fraudulent petitions.

Your Affiant knows that PPC's work for numerous citizen's initiative groups that collect and submit petitions to amend the Florida constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen's initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Page 4 of 15

443

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The Form also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

Page 5 of 15

444

CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title:

Ballot Summary:

# SAMPLE

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved _____    Serial Number _____

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:

Address:

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ]   or   Date of Birth [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

Signature _____ Date Signed [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____    Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____    Date Signed [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

**Attention**

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign this same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

Page 6 of 15

445

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 13, 2023, ANDRES FELIPE SALAZAR's (hereinafter "SALAZAR") application was approved to become a paid petition circulator.

SALAZAR used the email jasmina.virualservices@gmail.com. The application also included SALAZAR'S personal information including his name, address, and phone number. SALAZAR was assigned Circulator ID # 66250.

Your Affiant reviewed the information noted above that was provided to the FDLE. This information was specifically provided to the FDLE by the Sarasota County Supervisor of Election (SOE); and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by SALAZAR revealed numerous petitions that appeared to be fraudulently signed and submitted. The Supervisor of Elections suspected these petitions were fraudulently completed due to the signatures on the submitted petitions not matching the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of thirty-two (32) alleged fraudulent petitions submitted by SALAZAR were provided to your Affiant. These petitions were submitted to the Supervisor of Elections offices in Sarasota County. Each of these petitions included a voter's name, address, date of birth, and alleged signature. Your Affiant was also made aware of another fraudulent petition submitted by SALAZAR in Lee County, Florida. This petition was provided to your Affiant by the Lee County Supervisor of Elections.

Your Affiant conducted interviews of twelve (12) of these voters who did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by SALAZAR and that they did not consent to the use of their personal identification information. The below voters were identified:

<u>Voter 1</u>
Name: ███████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ███████ on December 13, 2023, and ███████ advised that she did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ███████ confirmed the address on the petition was correct, but the date of birth on the petition was the incorrect day and month. ███████ advised Your Affiant that she did not give

Page 8 of 15

anyone permission to complete and submit this petition on her behalf.

## Voter 2

Name: ████████████████

County of Residence: Rotonda West, Charlotte County, Florida

Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 13, 2023, and ██████ advised that he did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ██████ said the address on the petition was from a previous residence and the date of birth on the petition was the incorrect month. ██████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

## Voter 3

Name: ████████████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 13, 2023, and ██████ advised that he did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ██████ confirmed the address on the petition was correct but the date of birth on the petition was incorrect. ██████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Page 9 of 15

448

<u>Voter 4</u>

Name: ████████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

    Your Affiant interviewed ████████ on December 20, 2023, and ████████ advised that he did not complete the petition. ████████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ████████ confirmed the address on the petition was correct but the date of birth was incorrect. ████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter 5</u>

Name: ████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

    Your Affiant interviewed ████ on December 20, 2023, and ████ advised that he did not complete the petition. ████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ████ confirmed the address on the petition was correct but the date of birth on the petition was the wrong day and month. ████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter 6</u>

Name: ████████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/07/2023

    Your Affiant interviewed ████████ on December 20, 2023, and ████████ advised that he did not complete the petition. ████ reviewed the petition and indicated that the handwriting and

Page 10 of 15

signature on the petition were not his. ▮▮ confirmed the address on the petition was correct, but the date of birth on the petition was the wrong month and day. ▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

## Voter 7

Name: ▮▮▮▮▮
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08//2023

Your Affiant interviewed ▮▮ on December 20, 2023, and ▮▮ advised that she did not complete the petition. ▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ▮▮ confirmed the address on the petition was correct but the date of birth was incorrect. ▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter 8

Name: ▮▮▮▮▮
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▮▮ on December 20, 2023, and ▮▮ advised that she did not complete the petition. ▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ▮▮ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ▮▮ also advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 9

Name: █████████████
County of Residence: Nokomis, Sarasota County, Florida
DOB: 12/14/1984
Date on Petition: 11/07/2023

Your Affiant interviewed ██████ on December 20, 2023, and
██████ advised that he did not complete the petition. ██████
reviewed the petition and indicated that the handwriting and
signature on the petition were not his. ██████ said the city
address (█████████) on the petition was incorrect and the
date of birth on the petition was also incorrect. ██████
advised Your Affiant that he did not give anyone permission
to complete and submit this petition on his behalf.

Voter 10

Name: ████████████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ███████ on December 20, 2023, and
██████ advised that she did not complete the petition.
██████ reviewed the petition and indicated that the
handwriting and signature on the petition were not hers.
██████ confirmed the address on the petition was correct but
informed Your Affiant that the date of birth was incorrect.
██████ advised that she did not give anyone permission to
complete and submit this petition on her behalf.

Voter 11

Name: ██████████████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/07/2023

Your Affiant interviewed ███████████ on December 20, 2023, and ██████████ advised that he did not complete the petition. ██████████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ██████████ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ██████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 12

Name: ██████████████
County of Residence: Estero, Lee County, Florida
Date on Petition: 10/20/2023

Your Affiant interviewed ███████████ on February 18, 2024, and ██████████ advised that she did not complete the petition. ██████████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. Your Affiant asked ██████████ about the petition having only the last name of ██████████. ██████████ said she used to go by just ██████████ but now uses her married name of ████████████ confirmed the address on the petition was from a previous residence and informed Your Affiant that the date of birth was incorrect. ██████████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

On December 21, 2023, your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) that indicated that during the period of November 29, 2023 through January 8, 2024, a total of one

thousand five hundred eighty-five (1,585) petitions that were submitted by SALAZAR went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, seven hundred eighteen (718) were determined to be invalid by the respective Supervisors of Elections offices.

On January 25, 2024, your Affiant conducted a recorded interview with SALAZAR at his residence located at 6314 S. Lois Avenue, Tampa, Hillsborough County, Florida. It should be noted that this was the address reported on SALAZAR'S Florida Driver's License (DL #: ███████████████). SALAZAR confirmed that he was a paid petition circulator for Amendment Title 23-07. Your Affiant showed Salazar the petitions that were fraudulently completed based on interviews with the actual voters on said petitions. Your Affiant asked SALAZAR if he physically went to Sarasota County to collect those signatures. SALAZAR admitted he would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence. SALAZAR said when he turned the petitions in to the guy he was working for, who he only knew as "Eddie," he was questioned as to the validity of the petitions. SALAZAR said he was told by Eddie what he was doing was illegal and no more of his petitions were accepted. SALAZAR said he then quit collecting petitions.

Your Affiant believes that based upon the investigation in its entirety, and evidence gathered during the investigation, probable cause exists that ANDRES FELIPE SALAZAR violated Section 817.568(2)(q), Florida Statutes Criminal Use of Personal Identification Information.

Page 14 of 15

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter ANDRES FELIPE SALAZAR and bring him before the Court so that he may be dealt with according to law.

Gary Negrinelli, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this ___ day of March 2024 by Inspector Gary Negrinelli who has produced identification and who did take an oath.

CIRCUIT JUDGE
Sarasota County, Florida

Page 15 of 15

454

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,                          CASE NO.:

v.

JAMIE L. JOHNSON,
            Defendant.
_____/

## AFFIDAVIT FOR ARREST WARRANT

COUNT 1:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 17

COUNT 9:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           OF A DECEASED INDIVIDUAL
           FLA. STAT. §817.568(8)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 11:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 12:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 13:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 14:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 15:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 16:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 17:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)
           THIRD DEGREE FELONY/ LEVEL 1

COUNT 18:  (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
           FICTITIOUS NAME
           FLA. STAT. §104.185(2)

THIRD DEGREE FELONY/ LEVEL 1

COUNT 19: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

COUNT 20: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

Before me, _____, Judge of the Sixth Judicial
Circuit in and for Pasco County, Florida, personally appeared,
Inspector Leslie Pulling of the Florida Department of Law
Enforcement, who, being first sworn, deposes and says:

Your Affiant, Inspector Leslie Pulling, has been a member
of the Florida Department of Law Enforcement (FDLE) since
2001. Your Affiant was a sworn special agent for 14 years
and has been a sworn inspector for 1 year. Your Affiant has
worked in various divisions within FDLE to include, The
Florida Fusion Center, Evidence Division, Public Assistance
Fraud (PAF), Economic Crimes Squad, Major Case squad,
Organized Crime squad, Cyber and High-Tech Crimes Squad,
and is currently assigned to the Election Crime Unit. Your
Affiant has attended several seminars, conferences, and
schools providing training for conducting investigations of
fraud related offenses. Your Affiant has attended several
seminars providing training for conducting election crime
investigations. The following is a list of courses where
your Affiant has received training and gained a level of
proficiency: International Money Laundering Investigations;

Page 3 of 17

457

Federal & State Approaches to Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements, and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as JAMIE JOHNSON (DOB: 12/11/1976) who was a Paid Petition Circulator (PPC).

Page 4 of 17

458

Your Affiant learned that JOHNSON had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by a citizens' initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election

Page 5 of 17

cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

.



**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

Page 7 of 17

461

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 2, 2019, JOHNSON'S application was approved to become a paid petition circulator. JOHNSON used the email jamiemcnabbjohnson@gmail.com. The application also included JOHNSON'S personal information including her name, address, and phone number which was self-reported by Johnson as (352) 807-1309. JOHNSON was assigned Circulator ID # 13152.

Your Affiant reviewed the information noted above provided to the FDLE. This information was specifically provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC JAMIE JOHNSON (hereinafter "JOHNSON") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. In addition, one petition was suspected of being fraudulently completed due to the voter being deceased at the time the petition was allegedly signed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion". The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require

notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of one hundred and two (102) alleged fraudulent petitions submitted by JOHNSON were submitted to the Supervisor of Elections offices in Pasco, Sumter, Hernando and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of nine (9) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by JOHNSON and that they did not consent to the use of their personal identification information. The below voters were identified:

<u>Voter # 1</u>
Name: ███████████
County of Residence: St. Petersburg, Pinellas County, Florida
Date on petition: 07/07/2023

Your Affiant interviewed ██████ on November 17, 2023 and he advised that he did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. ████████ confirmed the other personal information included on the petition was correct. ███████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

It should be noted that on July 7, 2023, a petition was submitted using ██████ s wife's name (███████████). Your

Affiant conducted an interview with ▮▮▮▮▮ who reviewed the petition and confirmed she did not complete or sign the petition. This petition was submitted by a paid petition circulator identified as George Andrews.

### Voter # 2

Name: ▮▮▮▮▮
Address: Sumterville, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ▮▮▮▮▮ on November 3, 2023 and she advised that she did not complete the petition. ▮▮▮▮▮ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ▮▮▮▮▮ advised that her first name was misspelled on the petition ('▮▮▮▮. ▮▮▮▮▮ confirmed the other personal information included on the petition was correct. ▮▮▮▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 29, 2023, a second petition was submitted in ▮▮▮▮▮ name by a paid petition circulator identified as George Andrews (DOB: 09/20/1993). ▮▮▮▮▮ also reviewed this petition with Your Affiant and confirmed she did not complete it. She further confirmed her signature was forged.

### Voter # 3

Name: ▮▮▮▮▮
County of Residence: Webster, Sumter County Florida
Date on petition: 07/05/2023

Your Affiant interviewed ▮▮▮▮▮ on October 31, 2023 and she advised that she did not complete the petition. ▮▮▮▮▮ reviewed the petition with your Affiant and indicated that

Page 10 of 17

the handwriting and signature on the petition were not hers. ▮▮▮▮ confirmed the personal information included on the petition was correct. ▮▮▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 20, 2023, a second petition was submitted in ▮▮▮▮ name by a paid petition circulator identified as George Andrews. ▮▮▮▮ also confirmed to Your Affiant that she did not complete this petition. She further confirmed her signature was forged.

## Voter # 4

Name: ▮▮▮▮▮▮▮▮
Address: Webster, Sumter County, Florida
Date on petition: 06/21/2023

Your Affiant interviewed ▮▮▮▮ on November 1, 2023 and she advised that she did not complete the petition. ▮▮▮▮ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▮▮▮▮ confirmed the personal information included on the petition was correct. ▮▮▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 5

Name: ▮▮▮▮▮▮▮▮
County of residence: Wildwood, Sumter County Florida
Date on petition: 06/20/2023

Your Affiant interviewed ▮▮▮▮ on October 30, 2023 and she advised that she did not complete the petition. ▮▮▮▮ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▮▮▮▮ confirmed the personal information included on the

petition was correct. ████advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 6**

Name: ████████████████
County of residence: Bushnell, Sumter County, Florida
Date on petition: 06/15/2023

Your Affiant interviewed ████ on November 1, 2023 and she advised that she did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████ advised that her first name was misspelled on the petition (████████ ████ further advised Your Affiant that she was recalled that she was working from home all June 15, 2022 and therefore it was impossible for her to have signed the petition on that date. ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 7**

Name: ████████████████
County of residence: Webster, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ████ on November 3, 2023 and she advised that she did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████ advised that her date of birth was incorrect on the petition ("████████). ████ confirmed the other personal information included on the petition was correct. ████ advised Your Affiant that she did not give

Page 12 of 17

anyone permission to complete and submit this petition on her behalf.

**Voter # 8**

Name: ████████████████████████

County of Residence: The Villages, Sumter County, Florida

Date on petition: 06/20/2023

Your Affiant interviewed ████████ on November 8, 2023 and he advised that he did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, ████████ advised that his first name was misspelled (████████) and his date of birth was incorrect on the petition. ████████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

**Voter # 9**

Name: ████████████████████

County of Address: Bushnell, Sumter County, Florida

Date on petition: 06/21/2023

Your Affiant interviewed ████████ on November 1, 2023 and he advised that he did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that first name was misspelled on the petition ("████████"). ████████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Page 13 of 17

Your Affiant identified one (1) voter who was deceased at the time that the petition was allegedly signed. The below voter was identified:

<u>Voter # 10</u>

Name: ███████████████████

Date of Death: 04/29/2023

Date on petition signature: 07/07/2023

A petition for Amendment Title 23-07 was submitted by JOHNSON to the Hernando County Supervisor of Elections. This petition was allegedly signed by Amanda Burkey on July 7, 2023. The Hernando County Supervisor of Elections Office discovered ██████ was allegedly deceased on April 29, 2023. On November 13, 2023, your Affiant requested an official copy of the death certificate for an individual identified as ████████████ from the Florida Department of Health (DOH), Bureau of Vital Statistics. On November 20, 2023, your Affiant received a copy of █████s Certification of Death from the DOH Bureau of Vital Statistics which confirmed that ███████ died on April 29, 2023.

On November 30, 2023, your Affiant conducted a sworn recorded interview with JOHNSONS'S roommate, George Edward Andrews III, at their shared residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Florida. It should be noted that this was the address reported on Johnson's Florida Driver's License. Andrews advised Your Affiant that JOHNSON currently resided at the aforementioned residence with him. Andrews confirmed that JOHNSON was a paid petition circulator for ballot initiative 23-07. Andrews further confirmed that he and JOHNSON have collected petition signatures together. It should be noted that according to Andrews, JOHNSON was not home at the time Andrews was

interviewed. Multiple attempts were made to contact and/or interview JOHNSON but all were met with negative results.

Through this investigation, Your Affiant discovered that Andrews submitted two (2) fraudulent petitions using the same voter information as JOHNSON (Voter # 2 and Voter # 3 noted above). Your Affiant also discovered that Andrews submitted a fraudulent petition using the name of the wife of one of the voters that Johnson had submitted (Voter 1 noted above).

On December 21, 2023, your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) indicated that during the period of June 21, 2023 through October 31, 2023, a total of one thousand six hundred forty-seven (1,647) petitions that were submitted by JOHNSON went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, eight hundred fourteen (814) were determined to be invalid by the respective counties' Supervisor of Elections office. JOHNSON had an invalid petition rate of approximately 49.9% during this period.

Your Affiant believes that based upon this investigation in its entirety, and evidence gathered during this investigation, probable cause exists that JAMIE L. JOHNSON with violated Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal Identification Information and Section 104.185(2), Florida Statutes, Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner,

Page 15 of 17

Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter JAMIE L. JOHNSON and bring her before the Court so that she may be dealt with according to law.

_____
Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

_The foregoing instrument was acknowledged before me by means of physical presence this ___ day of February 2024 by Inspector Leslie Pulling who has produced identification and who did take an oath._

Original Signed

FEB 0 1 2024

GREGORY G. GROGER
CIRCUIT JUDGE

COPY

_____
CIRCUIT JUDGE
Pasco County, Florida

Page 16 of 17

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

_____

have reviewed this affidavit
and do find there is probable
cause to hold and bind over for
trial the defendant named in
this affidavit.

_____
JUDGE

_____
DATE
February 1, 2024

---

Clerk of this Court is hereby directed to
ISSUE CAPIAS for arrest of Defendant

JAMIE L. JOHNSON

Defendant is to be admitted to Bail in the sum of

$ _10,000_ on Ct. 1, including surcharge
$ _10,000_ on Ct. 2, including surcharge
$ _10,000_ on Ct. 3, including surcharge
$ _10,000_ on Ct. 4, including surcharge
$ _15,000_ on Ct. 5, including surcharge
$ _10,000_ on Ct. 6, including surcharge
$ _10,000_ on Ct. 7, including surcharge
$ _10,000_ on Ct. 8, including surcharge
$ _10,000_ on Ct. 9, including surcharge
$ _10,000_ on Ct. 10, including surcharge
$ _5,000_ on Ct. 11, including surcharge
$ _5,000_ on Ct. 12, including surcharge
$ _5,000_ on Ct. 13, including surcharge
$ _5,000_ on Ct. 14, including surcharge
$ _5,000_ on Ct. 15, including surcharge
$ _5,000_ on Ct. 16, including surcharge
$ _5,000_ on Ct. 17, including surcharge
$ _5,000_ on Ct. 18, including surcharge
$ _5,000_ on Ct. 19, including surcharge
$ _5,000_ on Ct. 20, including surcharge

$ _150,000_ Total

Other conditions of release: _No participation_
_in Petition Circulation_

_____
Circuit Judge

Gregory G. Groger, Circuit Judge

Page 17 of 17

471

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

24-424 CFA

## AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA

AGENCY CASE NUMBER EI-32-0247

V.

DONELLA MARIE HARRIEL
R/S:    B/F
DOB:   10/13/1977
FL DL:
SSN:
ADDRESS: 361 SE Atlas Terrace, Port St Lucie, Florida 34983

1. **CRIMINAL USE OF PERSONAL
   IDENTIFICATION INFORMATION**
   Section 817.568(2)(A), Florida Statutes
   (2020)
2. **PETITION; KNOWINGLY SIGNING
   MORE THAN ONCE; SIGNING
   ANOTHER PERSON'S NAME OR
   FICTITIOUS NAME**
   Section 104.185(2) Florida Statutes
   (2022)

BEFORE ME; Ryan Bliss                , a sworn law enforcement officer, personally

came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being

duly sworn, deposes and says:

Inspector Ryan Bliss is a sworn law enforcement officer of the State of Florida, and as

such is empowered to conduct investigations of and make arrests for violations of the criminal

laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes,

pertaining to election code violations and in Chapter 817, Florida Statutes pertaining to Criminal

Use of Personal Identification Information. Inspector Ryan Bliss believes that the laws of the

State of Florida, including those enumerated in Chapters 104 and 817, have been violated and

that the person violating those laws is DONELLA MARIE HARRIEL, as identified above.

472

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience in conducting investigations involving public integrity, election crimes, violent crimes, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has a Bachelor's Degree from Florida State University's School of Criminology and has since successfully completed training classes provided by FDLE. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On December 22, 2023, the Florida Department of State, Office of Election Crime and Security provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Harriel had submitted a total of 314 invalid petitions from different voter districts throughout the state of Florida.

2. Section 100.371(3), Florida Statutes (2022) requires that any person who is or will be paid to collect initiative petitions first register with the Department of State. PPC registration information becomes public record, subject to any applicable exemptions under Florida law. Each PPC is assigned a specific circulator number that is recorded with the Division of Elections.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be

Page 2 of 10

signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

5. The petition circulator's information section begins with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, circulator number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following, "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

6. According to records provided to FDLE by the Florida Department of State Office (DOS) of Election Crime and Security, on or about October 5, 2023, Harriel's application was approved to become a PPC for "Floridians Protecting Freedom, Inc," a group proposing constitutional amendment serial number 23-07, titled "Amendment to Limit Government Interference with Abortion." Harriel used the email

Donella477@gmail.com as a point of contact in her application. The application also included Harriel's personal information including her name, permanent address, and phone number. Harriel was assigned Circulator ID #65792.

7. On December 22, 2023, Your Affiant reviewed documents provided by the DOS, which contained a cover letter from Progressive Campaigns, Inc. (PCI). The cover letter was sent to the Escambia County Supervisor of Elections (ESSOE) referencing nineteen suspicious signatures on CAIPFs submitted by Harriel for the "Amendment to Limit Government Interference with Abortion." A review of the signatures from the ECSOE determined that one hundred fifty-one (174) signatures in Martin County and one (1) signature in Brevard County on CAIPFs for "Amendment to Limit Government Interference with Abortion" did not match the signature images available on file for registered voters.

8. Your Affiant contacted Chief Deputy Debbie Dent of the Martin County Supervisor of Elections (MCSOE) and requested the invalid petitions submitted by Harriel that contained registered voters who had been deemed deceased and the petitions that have been submitted with different signatures. Dent provided Your Affiant with 151 petitions with invalid signatures.

9. On January 25, 2024, Your Affiant contacted the following individuals in Martin County.



   a. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jensen Beach, Florida 34957
   b. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jensen Beach, Florida 34957

10. On January 25, 2024, Your Affiant traveled to ▮▮▮▮ residence for an interview. ▮▮▮▮ was not home and a business card was left at the door. ▮▮▮▮ called on January 26, 2024, at approximately 1500 hours and Your Affiant advised that a petition endorsing to limit government interference with abortion contained her name,

Page 4 of 10

475

address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. ▓▓ advised she was never approached by anyone circulating said petition. Your Affiant electronically sent a copy of the petition to ▓▓ who reviewed the petition and advised that the petition and signature were not completed by ▓▓ ▓▓ did not permit anyone to use her personal information. ▓▓ did not know ▓▓ And she affirmed that everything she said was true and accurate to the best of her knowledge. ▓▓ also attached a copy of her signature.

11. On January 25, 2024, Your Affiant made contact with Martin County residents ▓▓ ▓▓ at the address listed on the petition. Your Affiant spoke with ▓▓ on the telephone at the neighborhood entrance call box and subsequently on the FDLE-issued cellular telephone. Your Affiant informed ▓▓ that a petition endorsing to limit government interference with abortion contained his and his wife, ▓▓ name, address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. Your Affiant sent an electronic copy of ▓▓ ▓▓ petition to ▓▓ cellular telephone. ▓▓ and ▓▓ reviewed the petitions and confirmed that their personal information was correct, but that the signatures were not completed by either ▓▓ ▓▓. Neither ▓▓ permitted anyone to use their personal information and did not know Harriel. ▓▓ ▓▓ affirmed that the information provided via text message was true and accurate to the best of their knowledge.

12. On January 31, 2024, Your Affiant contacted Chief Deputy Karen Graham of the Brevard County Supervisor of Elections (BCSOE) and requested the invalid petitions submitted by Harriel. On February 1, 2024, Graham provided Your Affiant with sixteen petitions with invalid signatures.

Page 5 of 10

13. On February 1, 2024, Your Affiant contacted the following individuals in Brevard County.

   a. ██████████████████████ Melbourne, Florida 32934

14. On February 1, 2024, Your Affiant traveled to Brevard County to speak with Melbourne residents ████████████████ at the address listed on the petition. Your Affiant told ████████████ that a petition endorsing to limit government interference with abortion contained both ████████████ name, address, date of birth, and signature and that the petition was reportedly completed on October 31, 2023. ████████ reviewed the petition and confirmed that his personal information was correct but that the signature was not completed by ████. ████████████ reviewed the petition and advised that her personal information was correct but that ████████ did not complete or sign the petition.

15. After speaking with the named Martin County residents, Your Affiant and Special Agent (SA) Mark Mynheir of the FDLE Ft. Pierce Field Office traveled to Harriel's residence located at 361 SE Atlas Terrace, Port St. Lucie, Florida 34983, on January 29, 2024, to conduct a sworn interview of Harriel. The following is a summary of the sworn audio-recorded interview:

16. Upon arrival at the residence, Your Affiant observed Harriel seated on the front porch of the residence. Your Affiant and SA Mynheir approached the residence and identified ourselves with our FDLE-assigned credentials. Your Affiant asked how Harriel became a PPC employed with Five Star Petitioners and if Harriel was still employed with Five Star Petitioners. Harriel advised a friend who worked for Five Star Petitioners named ████ asked her to become a PPC. Harriel did not complete an application and only spoke with the owner of the company, Richard ██llen, via telephone conversations and text messages. As a registered PPC, Harriel was able to work in every county in the State of Florida. Harriel was employed as a PPC at

Page 6 of 10

Five Star Petitions for approximately four weeks; her employment ended on November 15, 2023.

17. Your Affiant asked Harriel what the duties of a PPC involved. Harriel advised, "sign petitions." Your Affiant asked if Harriel signed the petitions and Harriel explained that she sat in front of the Dollar Tree store on US1 in St. Lucie County and at the Planned Parenthood in St. Lucie County and asked people to sign the petition. Harriel reportedly traveled to several different counties with her cousin who has a food truck and would attend different outdoor concerts to get signatures for the petition(s).

18. After getting the signatures, Harriel would drop the signed petitions in a mailbox at Five Star Petitioners, as directed by ███████████ who worked at the Five Star Petitioners office. Harriel traveled to a jazz concert in Pensacola, Escambia County with the food truck to get signatures on petitions. Harriel could not remember the name of the jazz show or the date when she was in Pensacola. Harriel traveled with the food truck to Pompano Beach, Broward County to get signatures, St. Lucie County, and Palm Beach County but could not name the concerts or give the specific dates of when she was at the concerts getting the signatures on the petitions.

19. ████ old Harriel that she would be paid $10.00 per signature. Hariel was paid $10.00 per signature via direct deposit. Harriel was not paid for every submitted petition. Some of the petitions were not completed correctly and Harriel was not paid for the invalid petitions. Harriel was paid "up front" for fifty percent of the submitted petitions. After the petitions were reviewed by staff, and the invalid petitions were not included, Harriel was paid for the remaining valid petitions.

20. Harriel did not believe that the payment for the submitted petitions was fair and, she felt cheated. During a conversation with Guillen about her payment for the submitted petitions, Guillen advised that Harriel was committing fraud and was subsequently

Page 7 of 10

fired. Harriel explained that if she had an elderly person and the person needed help with the signature on the petition, Harriel would complete the personal information and have the elderly person sign their name. Harriel did not understand how that was fraud. Harriel never personally met Guillen, and Guillen reportedly did not train Harriel on getting the signatures and "threw her out there with these papers."

21. Your Affiant asked if all of the petitions submitted by Harriel were signed by the qualified elector on the petition. Harriel affirmed that the person named on the petition signed the petition. Your Affiant told Harriel about petitions that were declared invalid because of fraudulent signatures and showed Harriel the invalid petitions with the fraudulent signatures. Harriel denied fraudulently completing the petitions and forging the signatures and never forced anyone to sign a petition.

22. After interviewing Harriel, Your Affiant conducted a sworn interview with Guillen and learned the following:

23. Guillen started the Limited Liability Corporation (LLC) Five Star Petitioners, LLC on October 24, 2022, in St Lucie County, Florida. According to Guillen a company that was hired by Progressive Campaigns, Inc. (PCI) hired Five Star Petitioners to hire registered PPCs to circulate petitions endorsing the "Amendment to Limit Government Interference with Abortion." 25. Harriel was an independent contractor, PPC, and was referred to Guillen by ███████████████ who are also independent contractor PPCs employed by Guillen. Harriel was hired electronically while Guillen was working on a separate petition campaign in another state. Guillen never met Harriel in person.

24. ███████████rained Harriel on how to collect signatures. Harriell turned the signed petitions into ███████ would then turn the signed petitions into Gullien, who subsequently sent the petitions to PCI to be validated. Due to the large number of petitions that were being turned in by Harriel, PCI checked the signatures

on several petitions and determined that the signatures appeared to be fraudulent. Guillen told Harriel about the fraudulent petitions and Harriel advised that spouses would sign for each other and there would be family fill-ins. Guillen advised there was more to it than that and Harriel apologized. Guillen paid Harriel approximately $5,000 via direct deposit for the petitions submitted during that time. Harriel was fired and placed on the "do not buy" list that is maintained by PCI. PCI sent the fraudulent petitions back to Guillen, and Guillen was charged by PCI for the fraudulent petitions.

25. Your Affiant asked Guillen how the petitioners obtained the personal information of the individuals' information that was fraudulently used on the petitions. Guillen advised that many petitioners use Facebook, Instagram, and Yellow Pages. The internet has websites that allow the petitioners to find out if a name they are using has already been listed as signing the petition being circulated. Your Affiant asked Guillen if Harriel went to Escambia County to get signatures. Guillen advised that Harriel stayed in St. Lucie County and Martin County to get signatures.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Donella Marie Harriel did unlawfully, intentionally, and knowingly submit fraudulent Constitutional Amendment Initiative Petition Forms in two Florida Counties, and therefore in violation of the following Florida State Statutes:

Count 1:  Personal Identification Information, § 817.568(2)(a), Fla. Stat.
          3rd Degree Felony (5 counts)
Count 2:  Petition; knowingly signing more than once; signing another person's name or
          fictitious name, § 104.185(2) Fla Stat.
          3rd Degree Felony (5 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter DONELLA MARIE HARRIEL, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Page 9 of 10

Inspector Ryan Bliss
Florida Department of Law Enforcement

SWORN AND SUBSCRIBED before me, the undersigned authority this __16__ day of April, 2024.

_____
(LEO/NOTARY)
Personally Known

PRINT NAME _Judge Darren Steele_
_marion county_

ID#: 26140
2614 1

'24 APR 17 PM 5:12
LEON CO. CLERK/COURT

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.

Jill President
B/F, DOB:
SSN:
___ Defendant ___ /

2024CF 1123 A

CASE NO.    EI-32-0240 ___

CRIMINAL INVESTIGATION
FDLE AGENCY CASE # EI-32-0240

### *Affidavit in Support of Arrest Warrant*

COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

Subject:        Jill President
Race:           Black
Gender:         Female
Date of Birth:
Social Security Number:
Florida Driver License:
Last Known Address:

Offense(s):    Eleven (11) counts - Criminal Use of Personal Identification Information Concerning a Deceased Individual § 817.568(8)(a), Fla. Stat.

ID#: 26140 +41

**Eleven (11) counts - False Swearing, Submission of False Voter Registration Information**
**§ 104.011(1), Fla. Stat.**

## FACTS

1. In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was alleged to have submitted petitions to amend the state constitution and many of those petitions were identified as potentially being submitted fraudulently by the LCSOE.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's

ID#: 26140 + 41

Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida including the Leon County Supervisor of Elections verified millions of initiative petitions signed by voters. Sponsors of these initiatives must secure the required number of valid signatures in order for their initiative to be placed on the General Election ballot.

7. After communicating with LCSOE, Your Affiant reviewed a comprehensive list of initiatives containing invalid names, addresses, and dates of births that were submitted to the LCSOE on CAIPFs. More than 36, 543 CAIPFs for Initiative 21-16 (Limited Authorization of Casino Gaming) that were submitted to the LCSOE were deemed ineligible by the LCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms. Your Affiant's review of the CAIPFs revealed that one particular PPC, Jill President, DOB: ████████ ("PPC President") appeared to have collected CAIPFs from more than one deceased individual, as records available to the LCSOE indicated these individuals were deceased on the date that PPC President purportedly gathered and submitted these signatures under Sponsor "Grassfire LLC".

8. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the individual's signature and PPC President's signature verifying that each petition showed "signed in my presence" under penalties of perjury.

9. Additionally, the "Attention" section of the CPAIF stated the following:

   • This form becomes a public record upon its filing with the Supervisor of Elections
   • It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   • Failure to complete the form as required may invalidate the form

10. According to records provided to FDLE by Grassfire LLC, on or about 12-16-2021, PPC President was hired to become a PPC for the initiative sponsored by "Grassfire LLC" a group proposing constitutional amendment serial number 21-16, titled "Limited Authorization of Casino Gaming." PPC President used the email ████████████████████ and as a point of contact in her application. The application also contained PPC President's personal information including her name, permanent address, and phone number. Your Affiant confirmed that the information PPC President provided on her application matched her Florida Driver and Vehicle Information Database (DAVID) record. PPC President was assigned Circulator ID #46989. Your Affiant later learned through the Florida Department of State that PPC President submitted numerous

ID#: 26140+41

invalid CAIPFs for Limited Authorization of Casino Gaming throughout the State of Florida Supervisor of Election offices. PPC President submitted a total of one thousand two hundred twelve (1,212) CAIPFs to LCSOE under initiative serial number 21-16. Of the 1,212 CAIPFs, seventy-four (74) were valid, one thousand one hundred thirty-eight (1,138) were invalid. Of the invalid CAIPFS, your Affiant discovered that twenty-two (22) CAIPFs bore information for individuals whom were deceased. Some of those twenty-two (22) CAIPFs were discovered to be duplicates and some were discovered to have been dated as completed before some of the individuals were deceased. In total, your Affiant confirmed at least eleven of the CAIPFs were submitted by PPC President that were invalid and possibly submitted fraudulently.

11. Your Affiant further documented that PPC President submitted the eleven (11) deceased individuals' Personal Identification Information (PII) to the LCSOE under Amendment (Initiative) Title 21-16- "Limited Authorization of Casino Gaming". These CAIPFs were dated to have been completed by the deceased individuals after the dates in which they were deceased. The following CAIPFs containing the deceased individual's information were submitted to the LCSOE by PPC President:

12. Leon County Supervisor of Elections identified the deceased individuals as follows:



13. Your Affiant determined that the individuals mentioned in # 11 (Leon County) were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated that ▮▮▮ died on 08-13-2020, before the CAIPF was allegedly signed on 12-14-2021.

ID#: 26140←41



b.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ███ died on 02-13-2021, before the CAIPF was allegedly signed on 12-14-2021.

c.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 10-19-2021, before the CAIPF was allegedly signed on 01-06-2022.

d.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that █ died on 12-09-2020, before the CAIPF was allegedly signed on 01-06-2022.

e.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated █████ died on 31-2016, before the CAIPF was allegedly signed on 01-02-2022.

f.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 01-21-2019, before the CAIPF was allegedly signed on 01-08-2022.

g.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 02-03-2021, before the CAIPF was allegedly signed on 01-08-2022.

h.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that █████ died on 09-06-2015, before the CAIPF was allegedly signed on 01-08-2022.

i.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that █████ died on 09-08-2021, before the CAIPF was allegedly signed on 01-08-2022.



ID#: 26140+41

j.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ was found deceased on 11-20-2021, before the CAIPF was allegedly signed on 01-08-2022.

k.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 09-25-2021, before the CAIPF was allegedly signed on 12-27-2021.

14. Your Affiant noted that PPC President's signature as it appeared on the CAIPFs and other documentation was consistent with each of the CAIPFs and her Florida Driver and Vehicle Information Database signature record.

15. On Tuesday, March 26, 2024, Your Affiant contacted PPC President via telephone and briefly spoke with her. During the call, PPC President identified herself, but disconnected the line a short moment later when Your Affiant identified as an Inspector with the Florida Department of Law Enforcement. Your Affiant sent a subsequent text message to PPC President's contact number ████████ that read the following:

> "Good morning Ms. President. I am pretty certain I don't have the wrong number. I need to speak with you about a previous employer of yours named Florida Voter's in Charge. Could you please return my call?"

On Wednesday, March 27, 2024, PPC President contacted Your Affiant from number ████ ████████ and expressed that she was cautious of being scammed by Your Affiant on March 26, 2024 (the previous aforementioned date). PPC President requested to know why Your Affiant wanted to speak with her, in which, Your Affiant explained to PPC President that an investigation was on-going regarding petitions that were submitted by her to the LCSOE. Your Affiant requested PPC President provide her location for an in-person interview, however, she was unwilling to do so. PPC President agreed to being interviewed telephonically at the number ████████ at a later scheduled time and advised Your Affiant that number ████████ was a free "Wi-Fi" calling number.

On Thursday, March 28, 2024, Your Affiant conducted a telephonic interview with PPC President who admitted that she had worked between the dates of December 2021 and January of 2022 circulating CAIPFs. PPC President advised that she worked for a company she knew as Grassfire, LLC. PPC President recalled that she was hired and paid on an hourly basis. PPC President advised that she was not provided any employee documents

ID#: 26140 ↓41

when she was hired, however; she was provided a clip board with blank CAIPFs and given the guidance to circulate the CAIPFs to obtain signatures from registered "Floridians".

PPC President advised that she circulated numerous CAIPFs specifically related to Title 21-16- "Limited Authorization of Casino Gaming," throughout many different areas of Leon County, Florida. While circulating the CAIPFs, PPC President claimed to have only gathered signatures from those that could sign the CAIPFs, which she later submitted.

During the interview, PPC President was questioned regarding the LCSOE complaint that detailed she had submitted a total of one thousand two hundred twelve (1,212) CAIPFs to their office, of which, one thousand one hundred thirty-eight (1,138) were invalid. PPC President's response was that she did not know how that happened.

PPC President was questioned regarding the CAIPFs that were completed by the aforementioned individuals detailed in #11 and #12. PPC President response was that she did not know how that happened. PPC President was questioned, regarding the petitions that had been submitted by her for the deceased individuals detailed in #11, #12, and #13. PPC President admitted to signing the CAIPFs, however; she claimed that she did not know how the information for deceased individuals were put on the CAIPFS and did not know how it happened. When asked of PPC President by Your Affiant how one thousand one hundred thirty-eight (1,138) CAIPFs were invalid and twenty-two (22) bore personal information and signatures from deceased individuals, PPC President suggested that she did not know. PPC President advised that she submitted to the LCSOE what was provided to her by individuals regarding the CAIPFs. Due to Your Affiant's findings throughout the course of the investigation that was determined to be improbable as detailed within this affidavit.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, Your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Jill President with:

Count 1:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

ID#: 26140 + 41

3rd Degree Felony

Count 2:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 6:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 7:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 8:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 9:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

ID#: 26140 ᒍᄇᐱ

3rd Degree Felony

Count 10:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 11:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 12:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 13:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 14:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 15:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 16:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 17:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 18:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

ID#: 26140

Count 19:     False Swearing, Submission of False Voter Registration Information
              § 104.011(1), Fla. Stat.
              3rd Degree Felony

Count 20:     False Swearing, Submission of False Voter Registration Information
              § 104.011(1), Fla. Stat.
              3rd Degree Felony

Count 21:     False Swearing, Submission of False Voter Registration Information
              § 104.011(1), Fla. Stat.
              3rd Degree Felony

Count 22:     False Swearing, Submission of False Voter Registration Information
              § 104.011(1), Fla. Stat.
              3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____ #1380
Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

Sworn to and subscribed before me this _____ day of _____ 2024.

**4/16/2024**

_____
Leon County Judge Ashunell Richardson
The Honorable
Leon County, Second Judicial Circuit

ID#: 25916

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.                                                CASE NO.    EI-32-0241

Krisharia Williams
B/F, DOB:
SSN:
Defendant.                    /

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0241**

### *Affidavit in Support of Arrest Warrant*

COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Krisharia Williams** |
| Race: | Black |
| Gender: | Female |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**   **Eight (8) counts - Criminal Use of Personal Identification Information § 817.568(2)(a), Fla. Stat.**

**Two (2) counts - Criminal Use of Personal Identification Information**

ID#: 25916

**Concerning a Deceased Individual**
§ 817.568(8)(a), Fla. Stat.

**Ten (10) counts - False Swearing, Submission of False Voter Registration Information**
§ 104.011(1), Fla. Stat.

## FACTS

1. In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was alleged to have submitted petitions to amend the state constitution and many of those petitions were identified as potentially being submitted fraudulently by the LCSOE.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. The Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name,

ID#: 25916

circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6.  Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida including the Leon County Supervisor of Elections verified millions of initiative petitions signed by voters. Sponsors of these initiatives must secure the required number of valid signatures in order for their initiative to be placed on the General Election ballot.

7.  After communicating with LCSOE, Your Affiant reviewed a comprehensive list of initiatives containing invalid names, addresses, and dates of births that were submitted to the LCSOE on CAIPFs regarding paid petition circulator, Krisharia Williams, DOB: 01/02/1998 ("PPC Krisharia"). Those CAIPFs were for Initiative 21-16 "Limited Authorization of Casino Gaming" that had been submitted to the LCSOE. Your Affiant's review of the CAIPFs revealed that PPC Krisharia submitted CAIPFs for numerous individuals whose signatures did not match, numerous individuals whom were not registered to vote in Leon County, Florida, as well as for deceased individuals. Based upon records available to the LCSOE, those records indicated that the CAIPFs in question were possibly submitted fraudulently by PPC Krishaira. Especially, due to PPC Krishaira submitting CAIPFs for individuals whom were determined to have been deceased on the signature date on the CAIPFs. PPC Krishaira purportedly gathered and submitted these signatures under Sponsor "Grassfire LLC".

8.  Upon closer examination of these CAIPFs, Your Affiant noted that each form included the individual's signature and PPC Krishaira's signature verifying that each petition showed "signed in my presence" under penalties of perjury.

9.  Additionally, the "Attention" section of the CPAIF stated the following:

    •  This form becomes a public record upon its filing with the Supervisor of Elections
    •  It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
    •  Failure to complete the form as required may invalidate the form

10. According to records provided to FDLE by Grassfire LLC, on or about 12-16-2021, PPC Krisharia's was hired to become a PPC for the initiative sponsored by "Grassfire LLC" a group proposing constitutional amendment serial number 21-16, titled "Limited Authorization of Casino Gaming." PPC Krisharia used the email ███████████████████ and as a point of contact in her application. The application

494

ID#: 25916

also contained PPC Krisharia's personal information including her name, permanent address, and phone number. PPC Krisharia was assigned Circulator ID #46362. Your Affiant later learned through the Florida Department of State that PPC Krisharia submitted a total of nine hundred and seventy (970) invalid CAIPFs for Limited Authorization of Casino Gaming throughout the State of Florida. PPC Krisharia submitted a total of eight hundred and thirty-five (835) CAIPFs to LCSOE under initiative serial number 21-16. Of the 835 CAIPFs, one hundred and twenty-six (126) were valid and seven hundred and nine (709) were invalid.

11. Your Affiant conducted further investigation and discovered that PPC Krisharia submitted at least eight (8) CAIPFs for individuals she was not provided consent, permission, nor authorization to do so for and two (2) CAIPFs with deceased individuals' Personal Identification Information (PII) to the LCSOE under Amendment (Initiative) Title 21-16- "Limited Authorization of Casino Gaming". The following CAIPFs containing the 8 individuals PPC Krisharia was not given consent, permission, nor authorization for and the 2 deceased individuals' information that were submitted to the LCSOE by PPC Krisharia is as follows:



12. Your Affiant obtained voluntary, sworn, audio recorded statement from the eight aforementioned living individuals as well as obtained the death certificates for the aforementioned deceased individuals. Based on the statements provided and certificates obtained, the following information was discovered:

a. An interview was conducted with ▮▮▮▮▮▮ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ▮▮▮▮ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ▮▮▮ advised that the signature on the petition was not his and that he did not give PPC Krisharia consent, permission, nor authorization to complete any petition on his behalf.

ID#: 25916

b. An interview was conducted with ████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ████ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ████ advised that the birthdate on the petition was incorrect and that the signature on the petition was not his. ████ further advised that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

c. An interview was conducted with ████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ████ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ████ advised that the birthdate on the petition was incorrect and that the signature on the petition was not his. ████ further advised that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

d. An interview was conducted with ████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████ was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature. ████ advised that she had not lived at the address on the petition since approximately 10 years prior, which was several years prior to December 23, 2021, which was the date the petition was dated as completed. In addition, ████ advised that the signature on the petition was not hers' and that she did not give PPC Williams consent, permission, nor authorization to complete any petition on her behalf.

e. An interview was conducted with ████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ████ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ████ advised that he did not live at the address listed on the CAIPF on the date December 29, 2021, which was the date the CAIPF was dated as completed. ████ further advised that he was incarcerated in Leon County Jail at the time in which the CAIPF was dated as completed and indicated that he would had been unavailable to PPC Krisharia. ████ advised that the signature on the petition was not his and that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

ID#: 25916



f.  An interview was conducted with J████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████ was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature ████████ dvised that the birthdate on the petition was incorrect and the signature on the petition was not hers'. ████████ dvised that she did not give PPC Krisahria consent, permission, nor authorization to complete any petition on her behalf.

g.  An interview was conducted with ████████ egarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████ was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature. ████████ advised that the address was not an address that she had resided at, the birthdate was incorrect, and the signature on the petition was not hers'. ████████ advised she did not give PPC Krisharia consent, permission, nor authorization to complete any petition on her behalf.

h.  Your Affiant interviewed and obtained a notarized "Voluntary Affidavit" from ████████ ████████ egarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████ was provided a copy of the petition that was shown to have been completed by her and dated as December 23, 2021, as being completed ████████ wrote in the notarized "Voluntary Affidavit" the following information:

    *"I never filled out the Constitutional Amendment Initiative Petition form that has been provided for my review. I can confirm without a shadow of a doubt that this petition was not filled out by me and that is confirmed because the hand writing & signature are undoubtedly not mine. Moreover in December of 2021 I was in the process of moving and I know for a fact that a petition regarding casino taxation wouldn't have been enough of a priority for me at the time to spend time completing. It's disheartening to learn that my information was used & my signature was forged without my knowledge. I'm happy to provide any other information to see to it that justice is served so that no one else has to experience this theft of personal information."*

i.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████ A certified copy obtained from the Bureau of Vital Statistics indicated that J████ died on 02-07-21, before the CAIPF was allegedly signed on 01-04-2022.

ID#: 25916

    j.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-04-2021, before the CAIPF was allegedly signed on 12-24-2021.

13. Your Affiant noted that PPC Krisharia's signature as it appeared on the CAIPFs and other documentation was consistent with each of the CAIPFs and Florida her Driver and Vehicle Information Database signature record.

14. On Wednesday, March 13, 2024, Your Affiant interviewed PPC Krisharia at 2331 Phillips Road, Tallahassee, Florida (Florida Department of Law Enforcement Headquarters). Post Miranda, PPC Krisharia provided the following information:

PPC Krisharia admitted that she had worked for Grassfire LLC between the dates of December 2021 and November of 2022. PPC Krisharia advised that while working for Grassfire LLC she completed documentation related to Grassfire LLC's Code of Integrity & Standards of Practice, other policy documents, and documents related to payment arrangements. PPC Krisharia recalled being paid approximately eighteen dollars ($18.00) on an hourly basis.

PPC Williams advised that when she was hired to gather and submit the signatures on CAIPFs, she circulated hundreds of the CAIPF specifically related to Title 21-16- "Limited Authorization of Casino Gaming," throughout many different areas of Leon County, Florida. While circulating the CAIPFs, PPC Krisharia claimed to often stop groups of individuals that were entering or exiting the business or location she was at, at the time of her circulating, and further explain to the groups of individuals who she was and what the CAIPFs were for.

While PPC Krisharia explained what the CAIPFs were for, she alleged to have simultaneously handed out blank CAIPFs to said individuals and subsequently collect the completed CAIPFs from those said individuals. PPC Krisharia claimed that the CAIPFs that she collected were signed by the individuals and she in-turn signed the CAIPFs as the circulator and submitted them to the LCSOE. During the interview, PPC Krisharia was questioned regarding the LCSOE complaint that detailed she had submitted a total of the eight hundred and thirty-five (835) CAIPFs to their office, of which, seven hundred and nine (709) were invalid. PPC Krisharia's response was that she did not know how that happened.

PPC Krisharia was questioned regarding the CAIPFs that were attested to have not been completed by the aforementioned individuals detailed in #11 and #12. PPC Krisharia response was that she did not know how that happened. PPC Krisharia was questioned,

ID#: 25916

regarding the petitions that had been submitted by her for the deceased individuals also detailed in #11 and #12, regarding that both of which had been confirmed and identified as deceased prior to the dates the CAIPFs were dated as completed. PPC Krisharia's response was that she did not know how that happened. PPC Krisharia was shown copies of the CAIPFs that bore her signature, in which; PPC Krisharia admitted that the signature as the circulator was hers'. When asked of PPC Krisharia by your Affiant if she was duped by seven hundred and nine (709) individuals; her response was that she did not know and that she submitted to the LCSOE what was provided to her by individuals regarding the CAIPFs. Due to Your Affiant's findings throughout the course of the investigation that was determined to be improbable as detailed within this affidavit.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Krisharia Williams with:

Count 1:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 2:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 3:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 4:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 5:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

ID#: 25916

Count 6:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 7:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 8:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 9:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 10:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 11:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 12:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 13:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 14:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 15:    False Swearing, Submission of False Voter Registration Information

ID#: 25916

§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 16:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 17:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 18:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 19:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 20:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

#1380
Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

Sworn to and subscribed before me this _____ day of _____ 2024.

_____
The Honorable
Leon County, Second Judicial Circuit

ID#: 31741

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.                                          CASE NO. _____ )

Colton Brady
W/M, DOB:
SSN:
    Defendant. _____ /

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0243**

### *Affidavit in Support of Arrest Warrant*

COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):



| | |
|---|---|
| **Subject:** | **Colton Brady** |
| Race: | White |
| Gender: | Male |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**    **Three (3) counts - Criminal Use of Personal Identification Information § 817.568(2)(a), Fla. Stat.**

                **One (1) count - Criminal Use of Personal Identification Information**

ID#: 31741

Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

Four (4) counts - False Swearing, Submission of False Voter
Registration Information
§ 104.011(1), Fla. Stat.

## FACTS

1   In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your
Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was
alleged to have submitted petitions to amend the state constitution and many of those
petitions were identified as potentially being submitted fraudulently by the LCSOE.

2.  According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative
petitions must first register with the Department of State before collecting petitions.
Information submitted to register as a paid petition circulator (PPC) becomes public record,
subject to any applicable exemptions under Florida law.

3.  Proposed amendments to the Florida Constitution may be made by a joint resolution of the
Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision
Commission, or a proposal from the Taxation and Budget Reform Commission. A
proposed amendment requires at least 60% approval from voters to pass. A citizen's
initiative for a constitutional amendment requires petitions to be signed by Florida voters
before the proposed amendment can appear on the ballot. Each election cycle, the Florida
Department of State Division of Elections determines the number of voter signatures that
must be gathered for an amendment proposed by citizen initiative to appear on the ballot.
For the 2024 election cycle, a petition must be signed by 891,523, with additional
requirements as to where those electors must be located.

4.  Voter signatures must be gathered via use of a Constitutional Amendment Initiative
Petition Form (CAIPF), which lists the voter's name, address, voter registration number,
or date of birth, and has a place for the voter's signature and date signed. The CAIPF also
requires that the circulator or PPC include their name, circulator number, address,
signature, and date signed. Each circulator and PPC is assigned a specific circulator
number that is recorded with the Division of Elections.

5.  The fourth section of the CAIPF states, "This petition form is only to be circulated and
collected by a paid petition circulator. After the voter signs the form, the circulator must
complete the affidavit below." The PPC's affidavit has a space for the circulator's name,

ID#: 31741

circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida, including the Leon County Supervisor of Elections, verified millions of initiative petitions signed by voters. Sponsors of these initiatives must secure the required number of valid signatures for their initiative to be placed on the General Election ballot.

7. After communicating with LCSOE, Your Affiant reviewed a comprehensive list of initiatives containing invalid names, addresses, and dates of births that were submitted to the LCSOE on CAIPFs regarding paid petition circulator, Colton Brady ▇▇▇▇▇▇▇ ("PPC Brady"). Those CAIPFs were for Initiative 21-17 "Legalizes Personal Use of Marijuana" that had been submitted to the LCSOE. Your Affiant's review of the CAIPFs revealed that PPC Brady submitted CAIPFs for numerous individuals whose signatures did not match, numerous individuals who were not registered to vote in Leon County, Florida, as well as for a deceased individual. Based upon records available to the LCSOE, those records indicated that the CAIPFs in question were possibly submitted fraudulently by PPC Brady, including a CAIPF for an individual who was determined to have been deceased on the signature date on the CAIPF. PPC Brady purportedly gathered and submitted these signatures under Sponsor "Sensible Florida, Inc".

8. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the individual's signature and PPC Brady's signature verifying that each petition showed "signed in my presence" under penalties of perjury.

9. Additionally, the "Attention" section of the CAIPF stated the following:

   • This form becomes a public record upon its filing with the Supervisor of Elections
   • It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   • Failure to complete the form as required may invalidate the form.

10. According to records provided to FDLE by the Florida Department of State, on or about 02-06-2022, PPC Brady was hired to become a PPC for the initiative sponsored by "Sensible Florida, Inc." a group proposing constitutional amendment serial number 21-17, titled "Legalizes Personal Use of Marijuana". The application contained PPC Brady's personal information including his name, permanent address, and phone number. PPC Brady was assigned Circulator ID #52548. Your Affiant later learned through the Florida

ID#: 31741

Department of State that PPC Brady submitted a total of seventy- one (71) invalid CAIPFs for "Legalizes Personal Use of Marijuana" throughout the State of Florida to Supervisor of Election offices. PPC Brady submitted a total of sixty-six (66) CAIPFs specifically to the LCSOE under initiative serial number 21-17, of which, forty-nine (49) were determined invalid and rejected while only seventeen (17) were determined valid and accepted. The LCSOE and your Affiant determined that the amount of invalid and rejected CAIPFs for PPC Brady produced over a 50% rejection rate, which typically is just over 3.5% for the LCSOE.

11. Your Affiant conducted further investigation and discovered that PPC Brady submitted at least eight (3) CAIPFs for individuals who had not provided consent, permission, nor authorization to do so for and one (1) CAIPF with a deceased individuals' Personal Identification Information (PII) on it to the LCSOE under Amendment (Initiative) Title 21-17- "Legalizes Personal Use of Marijuana". The following CAIPFs containing the 3 individuals PPC Brady was not given consent, permission, nor authorization for and the 1 deceased individuals' information that were submitted to the LCSOE by PPC Brady is as follows:

   ○ ███████ - (did not give consent, permission, nor authorization)
   ○ ███████ (did not give consent, permission, nor authorization)
   ○ ███████ - (did not give consent, permission, nor authorization)
   ○ ███████ (identified as deceased prior to the date the CAIPF was completed)

12. Your Affiant obtained voluntary, sworn, audio recorded statement from the three living individuals as well as obtained the death certificates for the deceased individual as listed in number "11" above. Based on the statements provided and certificates obtained, the following information was discovered:

   a. An interview was conducted with ███████ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on his behalf by PPC Brady. ███████ was shown the petition that her personal identification information had been used to complete, including her name, address, birthdate, and signature. ███████ advised that she had never completed any petition (CAIPF) for any Constitutional Amendment Initiative and that the signature on the petition was not hers and that she did not give PPC Brady consent, permission, nor authorization to complete any petition (CAIPF) on her behalf.

   b. An interview was conducted with ███████ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on her behalf by PPC Brady. During the initial part of the interview ███████ advised that she was a convicted felon and had been since becoming an adult and had never been authorized to vote, therefore there was "no way" she would have completed any petition (CAIPF)

ID#: 31741

jeopardizing herself legally. ▉▉▉▉ was shown the petition that her personal identification information had been used to complete, including her name, address, birthdate, and signature. ▉▉▉ advised that she did not complete the petition (CAIPF) though it bore accurate information for her. ▉▉▉ further advised that she did not give PPC Brady consent, permission, nor authorization to complete any petition on her behalf.

c.  An interview was conducted with ▉▉▉▉▉▉▉ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on her behalf by PPC Brady. ▉▉▉ was shown the petition that her personal identification information had been used to complete including her name, address, birthdate, and signature. ▉▉▉ advised that the handwriting on the petition was not hers. ▉▉▉ advised that she did not give PPC Brady consent, permission, nor authorization to complete any petition on her behalf.

d.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▉▉▉▉▉▉▉▉▉. A certified copy obtained from the Bureau of Vital Statistics indicated that ▉▉▉ died on 09-30-2020, before the CAIPF was allegedly signed on 02-13-2022.

13. Your Affiant noted that PPC Brady's signature as it appeared on the CAIPFs, and other documentation was consistent with each of the CAIPFs and his Florida Driver and Vehicle Information Database signature record.

14. On Wednesday, May 16, 2024, Your Affiant interviewed PPC Brady at the Florida Department of Corrections Northwest Florida Reception Center. Post Miranda, PPC Brady provided the following information:

Brady began as a PPC for the CAIPFs related to "Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana" through Sensible Florida, Inc. When hired, Brady recalled providing his personal identification information to include, his named, dob, permanent address, and his contact information on his application that was provided to the Florida Department of State. Brady advised that after completing the application package and being approved to become a PPC, he attended trainings and was

ID#: 31741

shown how to complete the CAIPFs and was directed that he needed to obtain signatures in-person from the respective individuals he solicited signatures from.

After attending trainings, PPC Brady traveled to several different locations throughout Leon County, Florida to solicit for signatures from Leon County citizens. PPC Brady recalled going to establishments such as grocery stores, retail stores, and the FSU campus to solicit for signatures. PPC Brady advised that he was not obtaining many signatures and described himself as becoming envious of other PPCs when noticing they were obtaining more signatures than him.

As PPC Brady continued to solicit for signatures he began experimenting with other ways that he could obtain more signatures effectively and efficiently. PPC Brady advised that additional trainings that he began attending allowed him to discover how to access an open-source internet website that housed personal identification information for Leon County voters. PPC Brady admitted that he used this open-source internet website to access the personal identification information for individuals and used the information to complete CAIPFs fraudulently himself. PPC Brady advised that he subsequently submitted the fraudulent CAIPFs to the LCSOE.

After PPC Brady's admittance of fraudulent acts, your Affiant showed him copies of the CAIPFs that were determined to be fraudulent as described in number "11" above. PPC Brady advised that he completed those CAIPFs knowing and intentionally with the intent to commit fraud against those individuals for his own personal gain. PPC Brady specifically pointed out that the CAIPFs bore his handwriting and that he specifically tried to impersonate how he believed those individuals would write. When questioned specifically about the CAIPF that pertained to the deceased, ████████ PPC Brady advised that though he used the open-source website information he was able to obtain, he was not able to ascertain if the person was deceased or not.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not

ID#: 31741

included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Colton Brady with:

Count 1:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 2:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 3:    Criminal Use of Personal Identification Information
§ 817.568(2)(a), Fla. Stat.
3rd Degree Felony

Count 4:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 6:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 7:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 8:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

ID#: 31741

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

**SWORN AND SUBSRCIBED** before me by Inspector Richard Gibbs who is personally known to me, and upon being duly placed under oath by me, a person authorized by law to administer oaths, does swear, or affirm, under penalty or perjury, that the Probable Cause recited herein, is true and correct and has subscribed his or her signature above, this 29 day of August 2024.

FDLE # 1143

Special Agent Supervisor
Jonathon Feltgen

Sworn to and subscribed before me this _____ day of __8/29/2024__ 2024.

The Honorable
Leon County, Second Judicial Circuit

STATE OF FLORIDA

V.

ZACHARY PAUL DWORSKY

R/S:  W/M
DOB:
FL DL:
SSN:

1.  CRIMINAL USE OF PERSONAL
    IDENTIFICATION INFORMATION
    Section 817.568(2)(A), Florida Statutes
    (2020)
2.  PETITION; KNOWINGLY SIGNING
    MORE THAN ONCE; SIGNING
    ANOTHER PERSON'S NAME OR
    FICTITIOUS NAME
    Section104.185(2) Florida Statutes
    (2022)

BEFORE ME, _Chris Shepherd_ a sworn law enforcement officer, personally came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being duly sworn, deposes and says:

Inspector Bliss is a sworn law enforcement officer of the State of Florida, and as such is empowered to conduct investigations of and make arrests for violations of the criminal laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes, pertaining to election code violations and believes that laws of the State of Florida have been violated, specifically, those laws enumerated in Chapter 817.568 pertaining to Criminal Use of Personal Identification Information; and the person violating those laws is ZACHARY PAUL DWORSKY, as identified above.

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience, in conducting investigations involving public integrity, election crimes, violent crime, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has successfully completed training classes provided by FDLE and also has a Bachelor's Degree from Florida State University's School of Criminology. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes, and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On September 08, 2023, the Florida Department of State, Divison of Elections provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Dworski had submitted a total of 2,438 invalid petitions from different voter districts throughout the state of Florida.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.

Page 2 of 13

Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. According to records provided to FDLE by the Florida Department of State Division of Elections, on or about November 15, 2022, Dworsky's application was approved to become a PPC for 3PVRO "Smart and Safe Florida" (Serial Number 22-05, Adult Personal Use of Marijuana) and for Floridian's Protecting Freedom, Inc. (Serial Number 23-07, Amendment to Limit Government Interference with Abortion), two

Page 3 of 13

committees seeking to have amendments to the Florida Constitution placed on the ballot for the 2024 election cycle. Dworsky was a PPC for these initiatives and listed the email address ████████████ n his application. The application also included Dworksky's name, address, and phone number. Dworsky was assigned Circulator ID #56091.

The reasons for your Affiant's belief that the above-listed laws have been violated and that ZACHARY PAUL DWORSKY, hereinafter Dworsky is the person who violated said laws are as follows:

On March 03, 2023, the FDLE, Election Crime Unit (ECU) received information from the Florida Department of State (DOS), Office of Election Crimes and Security regarding allegations of fraud involving Zachary Paul Dworsky hereinafter Dworsky, a paid petition circulator (PPC) for Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana".

On March 6, 2023, Your Affiant reviewed documents provided by the DOS, which contained an Elections Fraud Complaint form from Candidate & Election Support Coordinator Katrina Hall of the Sumter County Supervisor of Elections (SCSOE) office and the DOS, and one petition form with one corresponding SCSOE voter information printout. The DOS letter outlines the complaint from the SCSOE, alleging that Dworsky, a PPC, submitted one petition receiving a disposition of "Signature Different" due to a signature mismatch. In addition to the signature on the petition not matching the signature images available on file for registered voter, ████████████████████████ the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar and resemble the Paid Petition Circulator's handwriting.

1. On April 14, 2023, Your Affiant conducted a sworn interview of ████ and learned the following. On an undetermined date in January of 2023 ████ ceived a letter from the SCSOE that stated, ████ name may have been forged on a petition. ████ traveled to the SCSOE and a representative showed ████ a copy of the

Page 4 of 13

513

petition with her signature. ████ advised that was not her signature on the petition. Your Affiant asked ████ if a circulator ever approached her at home or in public and requested her to sign the petition. According to ████ no one has ever approached her and asked her to sign a petition. ████ has never heard of the petition for the adult use of personal marijuana and ████ would not endorse or sign the petition. ████ does not know Dworsky.

On August 28, 2023, Your Affiant contacted the Department of State and requested information on the number of invalid petitions with the names of the circulators for the Smart and Safe initiative to determine if Dworsky has submitted petitions in other voting districts receiving a disposition of "Signature Different" or submitting petitions that a registered voter has been deemed deceased prior to the filing of the Constitutional Amendment Initiative Petition Form being turned in.

Your Affiant reviewed the spreadsheet and saw that there were thirty-two invalid petitions submitted to the Volusia County Supervisor of Elections (VCSOE) by Dworsky. Your Affiant contacted the VCSOE, requested a copy of the invalid petitions, and reviewed the comprehensive list of invalid signatures that were submitted to the VCSOE on CAIPFs by Dworsky. The CAIPFs submitted to the VCSOE were deemed ineligible by the VCSOE due to various anomalies.

On September 28, 2023, Your Affiant contacted the following individual(s).

2. ████████████████████████████

At approximately 1100 hours, Your Affiant met with ████████, hereinafter ████████ at the listed residential address on the petition. Your Affiant informed ████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed him a copy of the petition with ████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ id not give anyone permission to use

his personal information or sign his name on the petition. ████ was never approached by a petitioner endorsing the adult personal use of marijuana.

3. ████████████████████████████████

At approximately 1100 hours, Your Affiant attempted to meet with ████████ hereinafter ██████ at his residence but learned that his brother, ████████████ was not home. Your Affiant left a business card with instructions to have ██████ contact Your Affiant. At approximately 1400 hours, ██████ called and was told that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and electronically sent a copy of the petition to ██████ via text message that contained ████████ name, residential address, date of birth, and signature. ██████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ██████ did not give anyone permission to use his personal information or sign his name on the petition. ██████ was never approached by a petitioner endorsing the adult personal use of marijuana.

4. ████████████████████████████████████

At approximately 1200 hours, Your Affiant met with ████████ hereinafter ██████ at the listed residential address. Your Affiant informed ██████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ████ a copy of the petition with ██████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ did not give anyone permission to use his personal information or sign his name on the petition. ████ was never approached by a petitioner endorsing the adult personal use of marijuana.

5. ████████████████████████████████

At approximately 1120 hours, Your Affiant met with ████████ hereinafter ██████ at the listed residential address. Your Affiant informed ████████ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud

Page 6 of 13

515

and showed ▮▮▮▮▮ a copy of the petition with ▮▮▮▮▮ name, residential address, date of birth, and signature. ▮▮▮▮▮ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▮▮▮▮▮ did not give anyone permission to use her personal information or sign her name on the petition. ▮▮▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1120 hours, Your Affiant met with ▮▮▮▮▮ hereinafter ▮▮▮▮▮, at her employment address, located at ▮▮▮▮▮ Your affiant informed ▮▮▮▮▮ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▮▮▮▮▮ a copy of the petition with ▮▮▮▮▮ name, residential address, date of birth, and signature. ▮▮▮▮▮ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▮▮▮▮▮ did not give anyone permission to use her personal information or sign her name on the petition. ▮▮▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1130 hours, Your Affiant made telephonic contact with ▮▮▮▮▮ hereinafter ▮▮▮▮▮ Your Affiant explained the possible identity fraud and petition fraud and told ▮▮▮▮▮ that according to the petition, ▮▮▮▮▮ completed the petition on April 14, 2023, with his name, address, date of birth, and signature. ▮▮▮▮▮ informed Your Affiant that he was never approached by anyone to complete the petition and ▮▮▮▮▮ was in Anderson, South Carolina during the month of April. Your Affiant sent a copy of the petition electronically to ▮▮▮▮▮ who reviewed the petition and advised that was not his signature or handwriting. ▮▮▮▮▮ never granted anyone permission to complete the petition on his behalf.

On October 03, 2023, Your Affiant contacted the following individual(s):

Page 7 of 13

8. 

Your Affiant attempted to make contact with              hereinafter      at the listed address on the petition.      wife,        advised that     was not home. Your affiant provided a business card to        with instructions to have      contact Your Affiant.       contacted Your affiant and advised that he did not recall ever being approached and asked to sign a petition endorsing the adult personal use of marijuana. Your affiant provided      with a copy of the petition electronically to       cellular telephone.      reviewed the petition and advised that "neither the handwriting nor signature are anything close to mine. I've also never seen a piece of paper like that."

9. 

At approximately 1500 hours, Your Affiant met with          hereinafter      at the listed address on the petition. Your Affiant informed      that she could be a victim of identity fraud. Your Affiant showed       a copy of the petition with       name address, date of birth, and signature on the petition.       immediately stated that was not her handwriting or signature on the petition      advised that her last name was spelled incorrectly and she was in Miami on March 22, 2023, when the petition was reportedly signed.       signed the back of the petition and swore the information provided to Your Affiant was true and accurate.

On October 04, 2023, Your Affiant contacted or attempted to contact the following individual(s).

10. 

Your affiant attempted to speak to ,       hereinafter    at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023,     contacted Your Affiant and informed    that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on January 23, 2023.     advised he



Page 8 of 13

was never approached by anyone circulating a petition and he tries to avoid circulators and panhandlers. Your Affiant electronically sent a copy of the petition to ██████ reviewed the petition and advised that the petition and signature were not completed by ██ and ██ did not give permission to anyone to use his personal information and everything he said was true and accurate.

11. ████████████████████████████████████████

Your Affiant made contact with ████████ hereinafter ██████, at the residential address listed on the petition. Your Affiant told ██████ that she could be a victim of identity fraud and petition fraud and showed ██████ a copy of the petition with ██████ name, address, date of birth, and signature. ██████ reviewed the petition and advised that she did not complete the petition and the signature was not her signature. ██████ did not give anyone permission to complete the petition on ██████ behalf. ██████ was never approached by anyone asking ██████ to sign the petition. ██████ signed the back of the petition for comparison.

12. ██████████████████████████████████████

Your Affiant attempted to speak to ██████████ hereinafter ██ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ██████ contacted Your affiant and was informed that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ██████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ██████ reviewed the petition and advised the signature was not ██████ signature and ██████ did not give permission to anyone to use his personal information and everything he said was true and accurate.

13. ████████████████████████████████████

Your Affiant attempted to speak to ██████████ hereinafter ██████ at the

Page 9 of 13

residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████████ contacted Your Affiant and was told ████████ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ████████ reviewed the petition and advised the signature was not ████████ signature that ████████ did not give permission to anyone to use his personal information and that everything he said was true and accurate.

14. ████████████████████

Your Affiant made contact with ████████ hereinafter ████████ at the residential address listed on the petition. Your affiant told ████ that he could be a victim of identity fraud and petition fraud and showed ████ a copy of the petition with ████ name, address, date of birth, and signature. ████ reviewed the petition and advised that he did not complete the petition and the signature was not his signature. ████ did not give anyone permission to complete the petition on ████ behalf. ████ was never approached by anyone asking ████ to sign the petition and everything he said was true and accurate.

On October 05, 2023, Your Affiant contacted or attempted to contact the following individual(s).

15. ████████████████████

Your Affiant attempted to speak with ████████ hereinafter ████████ at the residential address listed on the petition. ████ was not home and Your Affiant left a business card at the gate to the property with instructions for ████ to contact Your Affiant. On October 08, 2023, ████ called and Your Affiant informed ████ that she could be a victim of identity fraud and petition fraud explained the possible petition fraud and subsequently sent an electronic copy of the petition to ████ with ████ name, residential address, date of birth, and signature. ████

Page 10 of 13

advised that she did not complete the petition or sign the petition. ███████ had never seen the petition and was never approached by anyone to complete the petition. ███████ did not give anyone permission to use her personal information to complete the petition and everything she said was true and accurate.

Subsequent to speaking with the Sumter and Volusia County residents who were victims of identity fraud, Your Affiant traveled to Dworsky's residence located at ████████████████ ████████████████ in an effort to conduct a sworn interview of Dworsky. On November 16, 2023, Your Affiant met with Dworsky in front of his home. Your Affiant asked Dworsky about his employment as a PPC for Smart and Safe Florida. The following is a summary of the sworn audio-recorded interview.

Dworsky responded to a job posting for Smart and Safe Florida that required Dworsky to collect signatures for certain petitions from registered Florida voters. Dworsky would solicit signatures in parking lots of shopping centers on the streets, and rest areas on the turnpike.

Dworsky was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." Dworsky was paid $400.00 per week for 0 to 100 signatures and the pay increased for 100 to 150 signatures and 150 to 200 signatures, etc. Dworsky would have the individual complete the petition with their personal information and sign the petition. The information would be checked through Third Party Verification (TPV) to determine if the individual was a registered voter.

Your Affiant asked Dworsky if he ever completed the personal information and signature of registered voters who were not present and did not give him consent to complete the petition on their behalf. Dworsky advised that the individual named on the petition completed and signed the petition. Your Affiant asked if he did not have enough signatures during the week and if he ever completed a petition and signed the petition without having the registered voter present. Dworsky said he never did that and every petition and signature was completed by the person named on the petition. Your Affiant told Dworsky about the investigation of petitions that were

Page 11 of 13

submitted on behalf of people who were deceased or petitions that were fraudulently completed and signed for registered voters, some of which included petitions submitted by Dworsky. Your Affiant asked Dworsky if he traveled to Port Orange, Florida. Dworsky never traveled to Port Orange but did "hang out at the rest stop gas stations on the turnpike and stuff like that and would get signatures from people all over the state of Florida."

Your Affiant showed Dworsky a petition that was reportedly completed by Port Orange registered voter ████████ that was completed on April 14, 2023, and asked if he remembered that petition. Dworsky did not remember anything specific but affirmed all of the petitions were completed by the registered voter on the petition and that was why the verification service was used. Your Affiant told Dworsky that ████ was interviewed and reviewed the petition and advised that he never saw that petition and did not sign the petition.

Your Affiant showed Dworsky the application with ████████ name and advised that ████████ id not sign the petition. Dworsky advised that he never checked identification but entered the first and last name with the date of birth in the TPV and if it returned valid, Dworsky would know it would be a good petition. Your Affiant asked Dworsky if he may have completed a few of the petitions in an effort to make the money. Dworsky advised that he "did not intentionally fraudulently complete any of the papers." Your Affiant asked again if a few petitions were fraudulently completed to make the money to support his family. Dworsky advised, "It is possible that over the course of the couple months that I did it but off the top of my head it can't say yes or no but out of all of the ones I did it is possible."

Dworsky continued and advised that if the individual was unable to complete the petition, he would write the personal information on the petition and the individual would sign the petition. Dworsky changed his statement and advised that he would sometimes sign the petition for the individual. Your Affiant told Dworsky that there are over nine hundred fraudulently signed petitions that have Dworsky as the PPC that he was paid for by the LLC. Dworsky agreed that he was paid for the submitted petitions but could not explain the fraudulently signed petitions.

Page 12 of 13

Your Affiant asked Dworsky where he traveled to get signatures on the petitions. Dworsky traveled as far as Jupiter, Florida to get signatures in the parking lots of WaWa gas stations, Costco, Walmart, Sams, Publix parking lots, and other areas with high foot traffic. Dworsky never traveled to the Central Florida area.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Zachary Paul Dworsky did unlawfully, intentionally, and knowingly commit:

Count 1: Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (15 counts)
Count 2: Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (15 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter ZACHARY PAUL DWORSKY, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Inspector Ryan Bliss
Florida Department of Law Enforcement


SWORN AND SUBSCRIBED before me, the undersigned authority this __11__ day of December, 2023.

_____          sA Chris Shepherd
(LEO/NOTARY)                                      PRINT NAME
Personally Known

Page 13 of 13

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

STATE OF FLORIDA

v.                                    **FDLE AGENCY CASE # EI-32-0216**

Haggi Kibwe Amirally
B/M,
SSN:
_____Defendant._____ /

**CRIMINAL INVESTIGATION**

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

    **COMES NOW** your Affiant, Inspector Antonio Mathews of the Florida Department of Law Enforcement (FDLE), and makes this affidavit in support of probable cause to support the arrest of the Subject described below. Based on Your Affiant's personal knowledge, a review of the relevant records, materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Haggi Kibwe Amirally** |
| Race: | Black |
| Gender: | Male |
| Date of Birth: | |
| Social Security Number | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):** **Personal Identification Information Concerning a Deceased Individual § 817.568(8)(a), Fla. Stat.**

**FACTS**

1. Your Affiant has been a member of FDLE since December of 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit, and has received training in investigating election crimes.

2. In February of 2023, the Palm Beach County Supervisor of Elections ("PBCSOE") provided Your Affiant a list of paid petition circulators ("PPC") who had been identified after having submitted various invalid petitions. PPC Haggi Kibwe Amirally ("PPC Amirally") was identified on the list.

3. Pursuant to section 100.371, Florida Statutes (2022), any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Each PPC is assigned a specific circulator number that is recorded with the Department of State, Division of Elections. PPC registration information becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizen's initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For example, in the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located.

5. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("CAIPF"). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

6. The petition circulator's information sections begin with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, registration number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

7. Each year, the Supervisor of Elections ("SOE") in sixty-seven (67) counties in Florida, including the PBCSOE, verify millions of initiative petitions signed by voters. The verification process utilized by the SOE offices involves comparing the voter's information and signature on the CAIPF to the voter's information and signature on the voter's registration form.

8. After communicating with PBCSOE, Your Affiant reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the PBCSOE on CAIPFs. More than 4,500 CAIPFs submitted to the PBCSOE were deemed ineligible by

the PBCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms.

9. Your Affiant's review of the CAIPFs revealed that PPC Amirally DOB: 10/30/1994 appeared to have collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that PPC Amirally purportedly gathered their signatures.

10. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and PPC Amirally's signature verifying that each petition showed "signed in my presence" under penalty of perjury.

11. Additionally, the CAIPF advised of the following:
    - This form becomes a public record upon its filing with the Supervisor of Elections
    - It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
    - Failure to complete the form as required may invalidate the form

12. Initiative sponsors must secure the required number of valid signatures for their initiative to be placed on the General Election ballot According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about January 14, 2022, PPC Amirally's application was approved for the initiative sponsored by "Florida Voters in Charge" a group proposing constitutional amendment serial number 21-16, titled "Limited Authorization of Casino Gaming." PPC Amirally used the email ███████████████████ as a point of contact in his application. The application also included PPC Amirally's personal information including his name, permanent address, and phone number. PPC Amirally was assigned Circulator ID #50449.

13. Your Affiant later learned that PPC Amirally submitted a total of one thousand eleven hundred sixty (1160) invalid CAIPFs for "Limited Authorization of Casino Gaming" throughout various SOE offices. For the PBCSOE, PPC Amirally submitted a total of one hundred sixty-two (162) CAIPFs under initiative serial number 21-16, "Limited Authorization of Casino Gaming." Of the 162 CAIPFs only six (6) were valid and one hundred fifty-six (156) were invalid.

14. Based on Your Affiant's investigation through the PBCSOE it was learned that PPC Amirally submitted seven (7) deceased individuals' Personal Identification Information (PII) to the PBCSOE under proposed amendment 21-16, "Limited Authorization of Casino Gaming." The following CAIPFs containing the deceased individual's information were submitted to the PBCSOE by PPC Amirally and all were purportedly signed by the deceased on January 20, 2022. PBCSOE identified the deceased individuals as follows:

    o
    o
    o
    o
    o
    o
    o



15. Your Affiant determined that the individuals mentioned above were deceased through the following information:

   a. Your Affiant requested information from the New York Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ ██████ New York Department of Health was unable to find any death record for ████████ although ███████ last address was listed in New York. Through investigative means, Your Affiant documented that ████████ died on August 13, 2002, before the CAIPF was allegedly signed on January 20, 2022.

   b. Your Affiant requested information from the Georgia Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████████ The certified death record obtained from the Georgia Bureau of Vital Statistics indicated that ████████ died on December 12, 2000, before the CAIPF was allegedly signed on January 20, 2022.

   c. Your Affiant requested information from the Georgia Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ ████████ The certified death record obtained from the Georgia Bureau of Vital Statistics indicated that ████████ died on May 23, 2007, before the CAIPF was allegedly signed on January 20, 2022.

   d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████████ The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ████████ died on November 18, 2010, before the CAIPF was allegedly signed on January 20, 2022.

   e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ████ died on November 25, 2010, before the CAIPF was allegedly signed on January 20, 2022.

   f. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ████████ died on January 24, 2002, before the CAIPF was allegedly signed on January 20, 2022.

   g. Your Affiant requested information from the Vital Statistics section of the Pennsylvania Department of Health related to a death record search for ████████ ███████████████████████ Although a death record could not be obtained, Your Affiant documented that ████████ had been inactive in the PBCSOE system for more

than two (2) years before the CAIPF was submitted by PPC Amirally. ███ died on October 23, 2010, before the CAIPF was allegedly signed on January 20, 2022.

16. Your Affiant reviewed signatures from the Florida Driver and Vehicle Information Database ("DAVID") to compare to the signatures that were obtained by PPC Amirally for the CAIPFs and submitted to the PBCSEO on behalf of sponsor Florida Voters in Charge.

17. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on August 13, 2002.

18. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on December 12, 2000.

19. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on May 23, 2007.

20. The signature for ███ documented in DAVID appeared to be different from the signature on the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, before ███ died on November 18, 2010.

21. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on November 5, 2010.

22. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on January 24, 2002.

23. ███ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ███ showed the date supposedly signed on January 20, 2022, after ███ died on October 23, 2010.

24. Your Affiant noted that PPC Amirally's signature as it appears on the CAIPFs and other documentation is consistent with each of the CAIPFs submitted to the PBCSOE and his DAVID record.

25. Your Affiant learned that the PBCSOE office used their "voter roll" to determine that the individual voters listed on each CAIPF submitted by PPC Amirally were deceased.

26. On Monday, February 12, 2024, Your Affiant contacted PPC Amirally who declined to provide a statement.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Haggi Amirally with:

Count 1:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 2:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 6:   Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

Affiant
Inspector Antonio Mathews #913
Florida Department of Law Enforcement

Sworn to and subscribed before me this _19th_ day of March 2024.

The Honorable
Palm Beach County, Fifteenth Judicial Circuit

Maxine D. Cheesman
Circuit Judge

528

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA

v.                                    **FDLE AGENCY CASE # EI-32-0231**

Henos Joseph
B/M, ▮▮▮▮▮▮▮▮▮▮
SSN: ▮▮▮▮▮▮▮▮▮▮
_____ Defendant. _____/

**CRIMINAL INVESTIGATION**

### _Affidavit in Support of Arrest Warrant_

**COMES NOW** Your Affiant, Inspector Antonio Mathews of the Florida Department of Law Enforcement ("FDLE"), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

**Subject:** **Henos Joseph**
**Race:** Black
**Gender:** Male
**Date of Birth:** ▮▮▮▮▮▮▮
**Social Security Number:** ▮▮▮▮▮▮▮▮▮▮
**Florida Driver License:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Last Known Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Offense(s):** **Personal Identification Information Concerning a Deceased Individual § 817.568(8)(a), Fla. Stat.**

### FACTS

1. Your Affiant has been a member of FDLE since December of 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit, and has received training in investigating election crimes.

2. In February of 2023, the Palm Beach County Supervisor of Elections ("PBCSOE") provided Your Affiant a list of paid petition circulators ("PPC") who had been identified after having submitted various invalid petitions. PPC Henos Joseph ("PPC Joseph") was identified on the list.

3. Pursuant to section 100.371(3), Florida Statutes (2022), any person who is or will be paid to collect initiative petitions must register with the Department of State before collecting petitions. Each PPC is assigned a specific circulator number that is recorded with the Department of State, Division of Elections. PPC registration information becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

5. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("CAIPF"). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

6. The petition circulator's information sections begins with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, registration number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

7. Each year, the Supervisor of Elections ("SOE") in sixty-seven (67) counties in Florida, including the PBCSOE, verify millions of initiative petitions signed by voters. The verification process utilized by the SOE offices involves comparing the voter's information and signature on the CAIPF to the voter's information and signature on the voter's registration form.

8. After communicating with PBCSOE, Your Affiant reviewed the comprehensive list of initiatives containing invalid names, addresses, and birth dates that were submitted to the PBCSOE on CAIPFs. More than 105,760 CAIPFs for Initiative 21-16, "Limited Authorization of Casino Gaming," submitted to the PBCSOE were deemed ineligible by

the PBCSOE due to various anomalies, including personal information written on the CAIPFs of unwitting individuals.

9. Your Affiant's review of the CAIPFs submitted by PPC Joseph, ███████████ "PPC Joseph") reveal that PPC Joseph collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that PPC Joseph purportedly gathered submitted these signatures under sponsor "Florida Voters in Charge." PPC Joseph was assigned Circulator ID #47818.

10. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and PPC Joseph's signature verifying that each petition was "signed in my presence" under penalty of perjury.

11. Additionally, the CAIPFs stated the following:
    a. This form becomes a public record upon its filing with the Supervisor of Elections
    b. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
    c. Failure to complete the form as required may invalidate the form

12. According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about December 17, 2021, PPC Joseph became a PPC for sponsored by "Florida Voters in Charge," a group proposing constitutional amendment serial number 21-16, "Limited Authorization of Casino Gaming." PPC Joseph used the email ████████████████████ as a point of contact in his application. The application also included PPC Joseph's personal information including his name, permanent address, and phone number. Your Affiant later learned through the Florida Department of State that PPC Joseph submitted a total of three thousand seven hundred and nineteen (3,719) invalid CAIPFs for "Limited Authorization of Casino Gaming" throughout the State of Florida (Supervisor of Election) offices. PPC Joseph submitted a total of one thousand three hundred fifty-eight (1,358) CAIPFs to PBCSOE under initiative 21-16, "Limited Authorization of Casino Gaming." Of the 1,358 CAIPFs, four hundred fifty-four (454) were valid and nine hundred four (904) were invalid.

13. Your Affiant further documented that PPC Joseph submitted at least ten (10) deceased individuals' Personal Identification Information (PII) to the PBCSOE under initiative 21-16, "Limited Authorization of Casino Gaming" -to the PBCSOE and three (3) deceased individual's PII to the Miami-Dade County Supervisor of Elections ("MDCSEO").

14. PBCSOE identified the deceased individuals as follows:
    o
    o
    o
    o
    o
    o
    o
    o
    o



o ███████████████████████████████

15. MDCSOE identified the deceased individuals as follows:

o ███████████████████████████████

o ███████████████████████████████

o ███████████████████████████████

16. Your Affiant determined that the PBCSOE victims were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ███ died on 11-11-2021 before the CAIPF was allegedly signed on 01-19-2022.

b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 01-10-2022 before the CAIPF was allegedly signed on 01-19-2022.

c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 08-02-2021 before the CAIPF was allegedly signed on 01-14-2022.

d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 06-11-2021 before the CAIPF was allegedly signed on 01-14-2022.

e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████████ ███ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 12-12-2021 before the CAIPF was allegedly signed on 01-19-2022.

f. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 10-20-2021 before the CAIPF was allegedly signed on 01-14-2022.

g. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that █████ died on 10-03-2021 before the CAIPF was allegedly signed on 01-22-2022.

h. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-21-2018 before the CAIPF was allegedly signed on 01-14-2022.

i. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A

certified copy obtained from the Bureau of Vital Statistics indicated that ███ died on 11-08-2012 before the CAIPF was allegedly signed on 01-14-2022.

17. Your Affiant determined that MDCSOE victims were deceased as follows:

    a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 09-27-2021 before the CAIPF was allegedly signed on 01-05-2022.

    b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 05-31-2017 before the CAIPF was allegedly signed on 01-15-2022.

    c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-08-2012 before the CAIPF was allegedly signed on 12-25-2021.

18. Your Affiant noted that PPC Joseph's signature as it appears on the CAIPFs and other documentation is consistent with all of his signed CAIPFs and his DAVID record.

19. PPC Joseph submitted at least thirteen (13) deceased individuals CAIPFs in two (2) counties: Palm Beach and Miami-Dade. Your Affiant learned that each county SOE office used their respective "voter roll" to determine that the individual voters listed on each CAIPF submitted by Joseph were deceased.

20. On Thursday, February 22, 2024, Your Affiant attempted to interview PPC Joseph at ████ ██████████████ The address listed on the application to become a PPC and also on his Florida Driver's License. Your Affiant left an FDLE business card with the owner of the residence ██████████ for PPC Joseph to contact. ████ advised that Joseph did live at the address. PPC Joseph never contacted Your Affiant.



## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Henos Joseph with:

    Count 1:    Personal Identification Information Concerning a Deceased Individual
                  § 817.568(8)(a), Fla. Stat.
                  3rd Degree Felony

Count 2:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 6:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 7:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 8:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 9:          Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 10:        Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 11:        Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 12:    Personal Identification Information Concerning a Deceased Individual
             § 817.568(8)(a), Fla. Stat.
             3rd Degree Felony

Count 13:    Personal Identification Information Concerning a Deceased Individual
             § 817.568(8)(a), Fla. Stat.
             3rd Degree Felony

## **AFFIRMATION**

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____
Affiant
Inspector Antonio Mathews #913
Florida Department of Law Enforcement

Sworn to and subscribed before me this _19_ day of 2024.

_____
The Honorable
Palm Beach County, Fifteenth Judicial Circuit


Maxine D. Cheesman
Circuit Judge

535

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF JACKSON, STATE OF FLORIDA

## AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA
JACKSON COUNTY

      BEFORE ME, Special Agent Michael Milstead, a law enforcement officer with the

Florida Department of Law Enforcement, personally appeared Inspector Heather Kinnard,

a law enforcement officer with the Florida Department of Law Enforcement, Affiant herein,

who, being duly sworn by me, deposes as follows and requests that an arrest warrant be

issued for:

> **Natalie Marie Marrero**
> DOB: ▮▮▮▮▮▮▮▮
> SSN: ▮▮▮▮▮▮▮▮
> L/K/A: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> FDLE case#: EI-32-0208



Charging the felony violations of,

**Charge #1: (16 counts)**, *Criminal use of personal identification information*; Section 817.568(2)(a) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (16 counts)**, *False swearing; submission of false voter registration information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

Page 1 of 4

FDLE CASE #EI-32-0208

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the FDLE and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement and documents provided by public officials, your Affiant believes **Natalie Marie Marrero** committed the above-listed offenses to wit:

## PROBABLE CAUSE

1. Between January and February 2023, the Jackson County Supervisor of Elections Office (JCSOE) received several fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana, in the names of ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮▮ A total of seven fraudulent petitions were submitted in ▮▮▮▮ name and a total of five fraudulent petitions were submitted in ▮▮▮▮ name. Both of the ▮▮▮▮ are residents of Jackson County Florida. All of the petitions were submitted by petition circulator Natalie Marrero. A member of the JCSOE, advised all of the petitions were suspicious because the signatures on the petitions did not appear to match the signatures the JCSOE had on file for the ▮▮▮▮ The JCSOE notified ▮▮▮▮ and ▮▮▮▮▮▮▮ that their personal identification information had been used on the petitions. Both ▮▮▮▮ and ▮▮▮▮ denied they completed and signed any of the petitions.

2. On March 13, 2023, Inspector Mark Brown conducted a phone interview with ▮▮▮▮ and ▮▮▮▮▮▮▮ Both confirmed they did not complete or sign the petitions. Both also confirmed that neither one of them had traveled outside the Marianna area during the timeframe when the petitions were signed.

3. On March 31, 2023, FDLE Inspector Daryl McCormick conducted an initial interview with Marrero. Marrero was shown all 12 petitions that were completed in the names of ████ and ████ Marrero stated she did not specifically remember meeting the ████ however, Marrero stated she remembered their last name because it reminded her of ████ On all 12 petitions, Marrero confirmed that was her signature which appeared under the *Paid Petition Circulator's Affidavit* which stated, *"By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true."*

4. On April 6, 2023, Inspector Brown conducted a phone interview with ████ ████ who was a former co-worker of Marrero. ████ stated that Marrero told her there were times when she (Marrero) would find people on Facebook and fill out petitions using their information.

5. On April 18, 2023, Inspector Brown interviewed Marrero. During the interview, Marrero acknowledged she had been collecting petitions since November 2022. Marrero stated she was paid based on the number of petitions she collected. Marrero stated she mainly worked in the Orlando area, however, she had collected petitions as far north as Gainesville. Marrero acknowledged she had never been to the Florida panhandle, where the ████ were located.

During the interview, Marrero admitted that she completed the petitions in the ████ name because she needed the money. Marrero admitted she was the only one who completed the petitions. According to Marrero, she filled out the petitions bearing the ████ names in Orlando Florida where she resides. Marrero admitted that she found the ████ names on a friend's Facebook page. One of the primary reasons she chose the ████ individuals was because their dates of birth were displayed on their Facebook profiles which was a piece of information that Marrero needed to complete the petitions in their names.

6. On September 8, 2023, Inspector (Insp.) Heather Kinnard received additional petitions submitted by Natalie Marrero with ████ and ████ name. The petitions were provided by Vickie Godwin, the Voter Services Director of Jackson County. There were two (2) additional petitions for ████ and two (2) additional petitions for ████

**WHEREFORE,** your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Natalie Marie Marrero**, identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement


SWORN TO AND SUBSCRIBED before me this **31st day** of **October, 2023**.

LAW ENFORCEMENT OFFICER
Michael Milstead, Special Agent
Florida Department of Law Enforcement

Page 4 of 4

FDLE CASE #EI-32-0208

ID#: 17742

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF ESCAMBIA, STATE OF FLORIDA

### AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA
ESCAMBIA COUNTY

BEFORE ME, Special Agent Mark Zagar, a law enforcement officer with the Florida

Department of Law Enforcement, personally appeared Inspector Heather Kinnard, a law

enforcement officer with the Florida Department of Law Enforcement, Affiant herein, who,

being duly sworn by me, deposes as follows and requests that an arrest warrant be issued

for:

**Jessica Sonia Humphreys**
DOB: ▮▮▮▮▮▮▮▮
SSN: ▮▮▮▮▮▮▮
L/K/A: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FDLE case#: EI-32-0211



Charging the felony violations of,

**Charge #1: (38 counts)**, *Petition; knowingly signing another person's name or a fictitious name*; Section 104.185(2) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (38 counts)**, *False swearing; submission of false voter registration information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

Page 1 of 16

FDLE CASE #EI-32-0211

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the Florida Department of Law Enforcement (FDLE) and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement, and documents provided by public officials, your Affiant believes **Jessica Sonia Humphreys** committed the above-listed offenses to wit:

**PROBABLE CAUSE**

In January 2023, Inspector (Insp.) Mark Brown was notified by the Escambia County Supervisor of Elections (ECSOE) about numerous possible fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana. The petitions in question were purportedly submitted by petition circulator Jessica Humphreys, circulator ID 53566, on behalf of Smart and Safe Florida. Keelie Sekerka, Elections Coordinator with the ECSOE, provided Insp. Brown with petitions that were marked as questionable. Thirty-eight (38) of the petitions were completed in the names of individuals who were not registered voters in the state of Florida. Those petitions were marked with an "NR", for not registered voters, in the top right corner of the form. Sekerka also provided a petition that was rejected by the ECSOE because the date indicating when the circulator signed the petition was not completed. Someone wrote "11" for the month, but did not write anything for the day and year.

According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

ID#: 17742

Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

The Department of State provided Insp. Brown with Jessica Humphreys circulator application information. The information included Jessica Humphreys' name, her date of birth of ████████ a phone number of ████████ and an address of ████████ The date of the application was August 16, 2022, at 18:24:17, and had an approved status. Jessica Humphreys was assigned with circulator ID 53566. Using the circulator information, Insp. Brown was able to identify circulator ID 53566 as Jessica Sonia Humphreys.

On May 3, 2023, Insp. Mark Brown contacted ████████ at her residence located at ████████ in Pensacola. The contact between Insp. Brown and ████████ was not recorded. Insp. Brown showed ████████ a petition that contained her name, address, date of birth, and signature which was dated November 17, 2022. This petition was the one that contained the month in the date section but did not have anything written down for the day or year. ████████ erified that she completed and signed the petition at Liberty Health Sciences on Davis Hwy. in Pensacola. It should be noted that Liberty Health Sciences is a cannabis dispensary located at 7152 N Davis Hwy. in Pensacola. ████████ did not remember the name of the circulator but identified her as a black female. Insp. Brown showed ████████ a photo of Jessica Humphreys, using a photograph from Florida's Driver and Vehicle Information Database (DAVID), who ████████ immediately identified as the circulator. According to ████████ Humphreys was at the business alone. Humphreys had a clipboard with several copies of the petitions.

Initial analytical searches by Insp. Brown indicated that thirty-eight (38) of the individuals listed on the petitions were possibly fictitious.

Page 3 of 16

ID#: 17742

1. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▇▇▇ with date of birth of ▇▇▇ and an address of ▇▇▇ ▇▇▇ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ▇▇▇ in Pensacola and contacted ▇▇▇ who stated she had lived at the residence for five weeks. Harward thought the previous owner's name was ▇▇▇. Insp. Heather Kinnard confirmed that ▇▇▇ with a date of birth of ▇▇▇ ▇▇▇ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▇▇▇ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▇▇▇ with the above date of birth. The above individual appeared to be fictitious.

2. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▇▇▇ with the date of birth of ▇▇▇ and an address of ▇▇▇ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ▇▇▇ in Pensacola and determined the address did not exist. Insp. Kinnard confirmed that ▇▇▇ with a date of birth of ▇▇▇ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▇▇▇ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▇▇▇ with the above date of birth. The above individual appeared to be fictitious.

3. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▇▇▇ with the date of birth of ▇▇▇ and an address of ▇▇▇ ▇▇▇ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ▇▇▇ and determined the address did not exist. Insp. Kinnard confirmed that ▇▇▇ with a date of birth of ▇▇▇ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▇▇▇ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▇▇▇ with the above date of birth. The above individual appeared to be fictitious.

4. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▇▇▇ with the date of birth of ▇▇▇ and an address of ▇▇▇ ▇▇▇ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ▇▇▇ and determined the address did not exist. Insp. Kinnard confirmed that ▇▇▇ with a date of birth of ▇▇▇ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▇▇▇ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was



FDLE CASE #EI-32-0211

ID#: 17742

unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

5. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████, and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and contacted ███████ who stated he closed on the residence on January 31, 2023. ███████ thought the previous owner's name was ███████ not ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

6. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████, and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and there was no answer at the residence. Insp. Brown contacted the neighbor, ███████ who had lived in the complex for seven years. ███████ stated a new person just moved into the unit, no more than two months prior. ███████ stated neither his name nor the previous owner's name was ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

7. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and contacted ███████ who was renting the property and had only been there less than two weeks. ███████ thought the previous owner of the property was ███████ who lived there 30 years before him. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

Page 5 of 16

ID#: 17742



8.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████ and an address of ████ ████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ████████ n Pensacola and contacted ████████, who had lived at the residence since March 13, 2023. ████ thought the previous owner's name was ████████ who had lived at the residence a couple of years before him. Insp. Kinnard confirmed that ████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

9.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████ and an address of ████ ████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 1, 2023, Insp. Brown visited ████████ in Milton and contacted ████████ who stated she closed on the residence in January 2023. ████ thought the previous owner's name was ████████ not ████████. Insp. Kinnard confirmed that ████████ with a date of birth of ████████, was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

10. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████, and an address of ████ ████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ████████ in Cantonment and the residence appeared to be vacant and was being renovated. Insp. Brown spoke with a female neighbor at ████████ through her Ring doorbell camera. The neighbor indicated the residence had been vacant since the start of Covid, around 2019-2020, and had recently sold approximately two months prior. The neighbor didn't know the name of the new owner. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17742



11. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with the date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮▮ in Cantonment and Insp. Brown contacted ▮▮▮▮▮ who moved into the residence in February 2023. According to ▮▮▮▮▮ the residence was built in the 1980s by the ▮▮▮▮▮ family and had been lived in by ▮▮▮▮▮ family members until it was purchased by him. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

12. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of December 6, 1974, and an address of ▮▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮▮ n Cantonment and Insp. Brown noticed the house was for sale and appeared vacant. Insp. Brown spoke with a neighbor who stated the house had been vacant for over a year. The neighbor stated the owner was ▮▮▮▮▮ who had lived in the residence since he was a child. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

13. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and address of ▮▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown attempted to visit ▮▮▮▮▮ in Cantonment and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

14. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮▮ in Cantonment and Insp. Brown

Page 7 of 16

ID#: 17742



contacted ████████ who purchased the residence in January 2023. ████ stated it was a rental property before he bought it, but the property had been vacant for two to three months before he purchased it. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████ ████ with the above date of birth. The above individual appeared to be fictitious.

15. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with date of birth of ████████ and an address of ████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ████████ in Cantonment and Insp. Brown contacted ████████ who closed on the property in April 2023. However, ████ thought the property had been for sale since November 2022. ████ thought the previous owner's last name was ████ Insp. Kinnard confirmed that ████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

16. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with date of birth of ████████ and an address of ████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown attempted to visit ████████ in Cantonment and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

17. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████ and an address of ████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, Special Agent (SA) Michael Milstead and Insp. Kinnard attempted to visit ████████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17742



18. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████ and an address of ████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ████████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.



19. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████ and an address of ████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ████████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

20. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with the date of birth of ████████, and an address of ████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ████████ n Molino and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

21. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with date of birth of ████████, and an address of ████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp Kinnard visited ████████ n Molino and contacted ████████ who closed on the house in March 2023. ████████ stated the previous owners were ████████ who lived there for three years. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate

FDLE CASE #Ei-32-0211

ID#: 17742



anyone by the name of ▆▆▆▆▆ with the above date of birth.  The above individual appeared to be fictitious.

22. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with date of birth of ▆▆▆▆▆ and an address of ▆▆▆▆▆ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida.  In May 2023, SA Milstead and Insp. Kinnard visited ▆▆▆▆▆ in Molino and contacted ▆▆▆▆▆ who had lived at the residence for 15 years. ▆▆▆ did not know anyone named ▆▆▆▆ Insp. Kinnard confirmed that ▆▆▆▆ with a date of birth of ▆▆▆▆ was not registered to vote in the state of Florida.  Insp. Kinnard confirmed ▆▆▆▆ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

23. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with date of birth of ▆▆▆▆▆ and an address of ▆▆▆▆▆ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ▆▆▆▆▆ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ▆▆▆▆ with a date of birth of ▆▆▆▆ was not registered to vote in the state of Florida.  Insp. Kinnard confirmed ▆▆▆ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

24. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with date of birth of ▆▆▆▆▆ and an address of ▆▆▆▆▆ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ▆▆▆▆▆ in Molino and contacted ▆▆▆▆▆ who had moved in two weeks prior. ▆▆▆▆ grandmother, ▆▆▆▆ was the owner of the residence but it had been vacant for around four to five years. Insp. Kinnard confirmed that ▆▆▆▆ with a date of birth of ▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ with the above date of birth.  The above individual appeared to be fictitious.

25. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with date of birth of ▆▆▆▆▆, and an address of ▆▆▆▆▆ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ▆▆▆▆▆ in Molino and contacted ▆▆

FDLE CASE #EI-32-0211

ID#: 17742



and ███████████ who had lived at the residence since November 2017. Neither knew anyone named ███████████ ████ said ███████████ has been vacant for years. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

26. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ███████████ and an address of ███████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ███████████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

27. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ███████████ and an address of ███████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ███████████ in Molino and contacted ███████████ who closed on the residence in April 2023. According to ███████████ the previous owner was ███████████ who lived there since 2019. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

28. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ███████████ and an address of ███████████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ███████████ in Cantonment and Insp. Kinnard spoke with ███████████ who has owned the residence since 2018 when his father ███████████ passed away. ████ advised the residence has been vacant for approximately one (1) year due to renovations. ███████████ did not know anyone named ███████████ Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and

ID#: 17742

was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

29. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ ███████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ███████ in Cantonment and Insp. Kinnard spoke with the owner ███████ who purchased the residence in February of 2023. ███████ advised the previous owner was ███████ and she only allowed her son ███ to live in the residence. ███████ did not know anyone named ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ ███ with the above date of birth. The above individual appeared to be fictitious.

30. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████, and an address of ███████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ███████ in Cantonment and Insp. Kinnard spoke with ███████ who purchased the residence in February of 2023. ███ advised that the house was in foreclosure before he purchased it and the previous owner was ███████ did not know anyone named ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

31. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███ ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Kinnard spoke with ███████ via telephone. ███████ advised that she grew up in the residence and has been the owner for the last thirty (30) years. ███████ stated that she used the home as a vacation house but no one has resided in it since 2020. ███████ did not know anyone named ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742

32. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ████ and an address of ███ ███, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Kinnard spoke with ████████ via telephone. ████ advised that she grew up in the residence and has been the owner for the last thirty (30) years. ████ stated that she used the home as a vacation house but no one has resided in it since 2020. ████ did not know anyone named ████ Insp. Kinnard confirmed that ██████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████████ with the above date of birth. The above individual appeared to be fictitious.

33. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ██████████ and an address of ███, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ██████████ in Pensacola and Insp. Kinnard spoke with ██████████ who purchased the residence in May of 2023. ████████ said the residence was listed for sale in 2022 and in December of 2022 it was under contract but the deal fell through. ████ said she did not know anyone named ████ and did not think she was the previous owner. Insp. Kinnard confirmed that ████ with a date of birth of ██████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████ ████ with the above date of birth. The above individual appeared to be fictitious.

34. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with date of birth of ██████████ and an address of ███, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ██████████ in Pensacola and Insp. Kinnard spoke with ██████████ who said she purchased the residence in May of 2023. ████ advised the residence was empty for approximately 6 months before she purchased it. ████ said the previous owner was ██████████ ████ stated she did not know anyone named ████ Insp. Kinnard confirmed that ████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742

35. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida.  On September 12, 2023, Insp. Kinnard visited ▮▮▮▮▮ in Molino and Insp. Kinnard observed this property and the residence appeared to be inhabitable.  All the windows and doors were boarded up and the roof was damaged.  The residence appeared to have been vacant for a long period of time.  Per the Escambia County Property Appraiser site, the deed for the property was purchased on August 3, 2022 by ▮▮▮▮▮ The property was last purchased in 1996 by ▮▮▮▮▮ Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida.  Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth.  The above individual appeared to be fictitious.

36. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida.  On September 12, 2023, Insp. Kinnard visited ▮▮▮▮▮ in Molino and Insp. Kinnard observed this property and it did not appear that anyone was living at the residence.  The yard was overgrown and some of the windows were boarded up.  Per law enforcement reports, the residence has been in probate since 1998 and no one has lived in the residence since 2000.  The deed to the residence was placed in ▮▮▮▮▮ and ▮▮▮▮▮ name on June 7, 2022 per the Escambia County Property Appraisers site. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida.  Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth.  The above individual appeared to be fictitious.

37. On December 02, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and a possible address of ▮▮▮▮▮ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida.  On September 12, 2023, Insp. Kinnard attempted to visit ▮▮▮▮▮ in Pensacola and Insp. Kinnard found the following numerics on ▮▮▮▮▮ Insp. Kinnard could not find any record of anyone by the name of ▮▮▮▮▮ owning or renting from any of the addresses. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida.  Insp. Kinnard confirmed ▮▮▮▮▮ did not have a Florida driver's license.  Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth.  The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17742



38. On December 02, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███████, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard attempted to visit ███████ in Pensacola and Insp. Kinnard found that the address belonged to an apartment complex. No one by the name of ███████ listed this address on their driver's license. Insp. Kinnard was unable to locate anyone by the name of ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ ███████ with the above date of birth. The above individual appeared to be fictitious.

On October 16, 2023, Inspector (Insp.) Heather Kinnard searched social media for Humphreys. Insp. Kinnard located a Facebook account with the name Jessica Humphreys, https://www.facebook.com/███████ The pictures throughout the Facebook account matched the picture on Florida ID ███████ Jessica Sonia Humphreys, from the DAVID. Insp. Kinnard observed a video uploaded to the account on October 9, 2022. The video started with a male mentioning a campaign with Vanguard and then discussing "Jess" being promoted to "leadership". Then a female, identified as Jessica Humphreys, comes into the video frame and starts discussing her background and then she speaks about what has helped her with her petitions.

Insp. Kinnard reviewed a report written by Panama City Beach Police Department (PCBPD), Incident # ███████ which was a traffic stop in PCBPD's jurisdiction. The report indicated that when pulled over, Humphreys was a passenger in the vehicle. Also in the vehicle were ███████ ███████ and ███████ Records indicated that all the above individuals were circulators with Imperial International, which is the company Humphreys worked for. All the above subjects had access to their own petitions and were given their own circulator numbers.

On October 19, 2023, Insp. Kinnard served a subpoena to T-Mobile for phone number ███████ which was used on Humphreys' circulator application. On November 10, 2023, Insp. Kinnard received the results from T-Mobile. The records indicated the account was active and under the name Jessica Humphreys.

On November 16, 2023, Insp. Michelle Cabrera and Miles Sonn interviewed Jessica Humphreys at her residence, ███████ Florida. According to Humphreys, she worked for Imperial Services from September 2022 to March 2023. Humphreys stated that she had posted her resume online with Indeed and was contacted by Imperial Services who asked if she was interested in a position with their company. Upon being hired, Humphreys applied for a petition circulator number via a State of Florida website. Humphreys stated that she received her circulator number within a few hours after applying. Humphreys stated that she was initially hired to work the Marijuana initiative. Humphreys was offered a position as a petition circulator, working out of numerous cities and counties in North Florida, from Pensacola, Milton, Pace, Destin, Panama City, Tallahassee, Jacksonville and Orlando. Humphreys stated she along with numerous other petition circulators traveled to North Florida via a petition circulator's

Page 15 of 16

FDLE CASE #EI-32-0211

ID#: 17742

vehicle. Humphreys advised that sometimes she would be dropped off by herself for the entire day to collect signatures.

Humphreys stated that they worked 6 days per week anywhere from 10-12 hours per day. Initially, Humphreys was a "lead circulator" and was responsible for training "new team members." According to Humphreys, the new circulators who did not receive their circulator numbers, would use Humphreys' petitions with Humphreys' circulator number listed on the petition and give Humphreys the petitions at the end of their shift. Humphreys said the trainees would be within eyeshot of her while they were getting petitions signed and she did not witness them fill out the voter's information portion of the petition. Humphreys would then go back to the office and sign the petitions. Humphreys would then turn the petitions into ▓▓▓▓ the supervisor. Humphreys further stated that she would be paid for the petitions filled out by the trainees. Humphreys stated that Van Guard, a quality control company working for Imperial Services would check the "veracity" of the petitions submitted by the circulators. However, Humphreys stated that she was never advised how many petitions were valid or invalid. Humphreys said she could not explain how people and addresses that did not exist ended up on the petitions that she admitted to signing.

**WHEREFORE,** your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Jessica Sonia Humphreys**, identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement

SWORN TO AND SUBSCRIBED before me this 28th day of November, 2023.

LAW ENFORCEMENT OFFICER
Mark Zagar, Special Agent
Florida Department of Law Enforcement

Page 16 of 16

FDLE CASE #EI-32-0211

ID#: 17744

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF SANTA ROSA, STATE OF FLORIDA

**AFFIDAVIT FOR ARREST WARRANT**

STATE OF FLORIDA
SANTA ROSA COUNTY

BEFORE ME, Special Agent Mark Zagar, a law enforcement officer with the Florida Department of Law Enforcement, personally appeared Inspector Heather Kinnard, a law enforcement officer with the Florida Department of Law Enforcement, Affiant herein, who, being duly sworn by me, deposes as follows and requests that an arrest warrant be issued for:

**Jessica Sonia Humphreys**
DOB: 
SSN: 
L/K/A: 
FDLE case#: EI-32-0211



Charging the felony violations of,

**Charge #1: (34 counts)**, *Petition; knowingly signing another person's name or a factitious name*; Section 104.185(2) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (34 counts)**, *False swearing; submission of false voter registration information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

FDLE CASE #EI-32-0211

ID#: 17744

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the Florida Department of Law Enforcement (FDLE) and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement and documents provided by public officials, your Affiant believes **Jessica Sonia Humphreys** committed the above-listed offenses to wit:

<u>**PROBABLE CAUSE**</u>

On May 3, 2023, Inspector (Insp.) Mark Brown contacted ▉▉▉▉▉▉▉▉, with the Santa Rosa County Supervisor of Elections (SRCSOE), to inquire about any petitions that had been submitted to the SRCSOE by petition circulator Jessica Humphreys. ▉▉▉▉▉▉▉ verified the SRCSOE had received numerous petitions from Humphreys. According to ▉▉▉▉ the petitions from Humphreys were delivered in different batches by the US mail. All of the petitions had been mailed from a location with a return address of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Included with the petitions was a cover letter that displayed the above-listed return address and the phrase "For any questions, please contact ▉▉▉▉▉ at ▉▉▉▉▉▉▉▉▉ or ▉▉▉▉▉▉▉". According to ▉▉▉▉ the checks that ▉▉▉▉ sent to process the petitions were from Smart and Safe Florida.

On May 16, 2023, ▉▉▉▉▉ provided Insp. Brown with a total of 183 petitions from Humphreys that were marked as invalid. 151 petitions were flagged as unknown voters and 32 petitions were flagged as having bad signatures.

According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions.

FDLE CASE #EI-32-0211

ID#: 17744

Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

The Department of State provided Insp. Brown with Jessica Humphreys circulator application information. The information included Jessica Humphreys' name, her date of birth of ███████ a phone number of ███████ and an address of ███████ The date of the application was August 16, 2022, at 18:24:17, and had an approved status. Jessica Humphreys was assigned with circulator ID 53566. Using the circulator information, Insp. Brown was able to identify circulator ID 53566 as Jessica Sonia Humphreys.

In September of 2023, Special Agent Supervisor (SAS) Brown provided Insp. Heather Kinnard with the invalid petitions, due to SAS Brown being promoted. Insp. Kinnard observed numerous possible fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana.

Initial analytical searches by Insp. Kinnard indicated that forty-two (42) of the individuals listed on the petitions were possibly fictitious. Below are the results of thirty-four (34) of the petitions:

1. On October 24, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Santa Rosa Beach, Florida. The petition was submitted by



ID#: 17744

circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ in Santa Rosa Beach and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

2.  On December 13, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

3.  On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida and signed with a date of September 30, 1969. Insp. Kinnard attempted to locate ███████████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote In the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

4.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

5.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of

ID#: 17744

███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and determined the address did not exist. There was a piece of land for sale, per Zillow, with the address ███████ n Milton which was listed around the time the petition was signed. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

6.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and discovered that it was not a residence but a piece of land that was listed for sale, per Zillow, around the time the petition was signed. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

7.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

8.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Pace and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17744

9.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ██████████ and an address of █████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

10. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ██████████ and an address of █████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████ with the above date of birth. The above individual appeared to be fictitious.

11. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████████ with a date of birth of ██████████ and an address of █████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████ with the above date of birth. The above individual appeared to be fictitious.

12. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ██████████ and an address of ████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of █████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17744

13. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

14. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ in Milton and discovered that it was not a residence but a piece of land that was listed for sale, per Zillow, around the time the petition was signed. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

15. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

16. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of May 24, 1967, and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate

ID#: 17744

anyone by the name of ▮▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

17. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ and an address of ▮▮▮▮▮▮ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▮▮▮▮▮▮ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

18. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ and an address of ▮▮▮▮▮▮ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▮▮▮▮▮▮ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

19. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ and an address of ▮▮▮▮▮▮ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▮▮▮▮▮▮ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

20. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ and an address of ▮▮▮▮▮▮ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▮▮▮▮▮▮ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮▮▮ with a date of birth of ▮▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law

FDLE CASE #EI-32-0211

ID#: 17744

enforcement databases and was unable to locate anyone by the name of ████████ ████ with the above date of birth. The above individual appeared to be fictitious.

21. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

22. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

23. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and contacted ████████ who purchased the residence in March of 2023. ████████ advised that he purchased the residence from ████████ did not know anyone named ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

24. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October

ID#: 17744

17, 2023, Insp. Kinnard visited ▮▮▮▮ in Pace and contacted ▮▮▮▮ who purchased the residence in March of 2023. ▮▮▮ advised that he purchased the residence from ▮▮▮▮ did not know anyone named ▮▮▮▮ ▮▮▮ denied signing the petition. Insp. Kinnard confirmed that ▮▮▮ with a date of birth of ▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

25. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with a date of birth of ▮▮▮ and an address of ▮▮▮ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▮▮▮▮ in Pace and Insp. Kinnard spoke with ▮▮▮▮ who purchased the residence in April of 2023. ▮▮▮ advised the previous owner was ▮▮▮ ▮▮▮ advised the previous renter's name was ▮▮▮ but he did not know anyone named ▮▮▮ ▮▮▮ said he had not received any mail with their name on it. ▮▮▮ denied signing the petition. Insp. Kinnard confirmed that ▮▮▮ with a date of birth of ▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

26. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with a date of birth of ▮▮▮ and an address of ▮▮▮ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▮▮▮▮ in Pace and Insp. Kinnard spoke with ▮▮▮▮ who purchased the residence in April of 2023. ▮▮▮ advised the previous owner was ▮▮▮ ▮▮▮ advised the previous renter's name was ▮▮▮ but he did not know anyone named ▮▮▮ ▮▮▮ said he had not received any mail with their name on it. ▮▮▮ denied signing the petition. Insp. Kinnard confirmed that ▮▮▮ with a date of birth of ▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

27. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with a date of birth of ▮▮▮ and an address of ▮▮▮

Page 10 of 15

ID#: 17744

▆▆▆▆ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▆▆▆▆ n Pace and Insp. Kinnard spoke with ▆▆▆▆ who has owned the residence since 2007. ▆▆▆▆ stated that she and her husband were going through a divorce in 2022 and they listed the house for sale. ▆▆▆▆ advised the house did not sell so she moved back into the residence in April 2023. ▆▆▆▆ advised no one else has lived at the residence and she did not know ▆▆▆▆ denied signing the petition. Insp. Kinnard confirmed that ▆▆▆▆ with a date of birth of ▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

28. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with a date of birth of ▆▆▆▆ and an address of ▆▆▆▆ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▆▆▆▆ in Pace and Insp. Kinnard spoke with ▆▆▆▆ who has owned the residence since 2007. ▆▆▆▆ stated that she and her husband were going through a divorce in 2022 and they listed the house for sale. ▆▆▆▆ advised the house did not sell so she moved back into the residence in April 2023. ▆▆▆▆ advised no one else has lived at the residence and she did not know ▆▆▆▆ denied signing the petition. Insp. Kinnard confirmed that ▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

29. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆ with a date of birth of ▆▆▆▆ and an address of ▆▆▆▆ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▆▆▆▆ in Pace and Insp. Kinnard spoke with ▆▆▆▆ who purchased the residence in March of 2023. ▆▆▆▆ said he purchased the residence from ▆▆▆▆ did not know anyone named ▆▆▆▆ and he has not received any mail with that name on it. ▆▆▆▆ denied signing the petition. Insp. Kinnard confirmed that ▆▆▆▆ with a date of birth of ▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious. This address was listed for

FDLE CASE #EI-32-0211

ID#: 17744

sale, per Zillow, around the time the voter's information section of the petition was signed.

30. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ██████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and Insp. Kinnard spoke with ████████ who purchased the residence in March of 2023. ████████ said he purchased the residence from ████████ did not know anyone named ████████ and he has not received any mail with that name on it. ████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

31. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and Insp. Kinnard spoke with ████████ who advised she purchased the property in January of 2023. ████████ said she purchased the property from ████████ stated she did not know anyone named ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

32. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and Insp. Kinnard spoke with ████████ who advised she purchased the property in January of 2023. ████ said she purchased the property from ████████ stated she did not know anyone named ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name

FDLE CASE #EI-32-0211

ID#: 17744

of █████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

33. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name █████████ with a date of birth of █████████ and an address of █████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited █████████ n Milton and Insp. Kinnard spoke with █████████ who advised she purchased the residence in August of 2023. █████████ said she bought the residence from Investors and a male named █████████ stated she does not know anyone named █████████ and she has not received mail with that name on it. Insp. Kinnard confirmed that █████████ with a date of birth of █████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of █████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

34. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name █████████ with a date of birth of █████████ and an address of █████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited █████████ in Milton, █████████ does not exist, and Insp. Kinnard spoke with █████████ who advised she purchased the residence in August of 2023. █████████ said she bought the residence from Investors and a male named █████████ stated she does not know anyone named █████████ and she has not received mail with that name on it. Insp. Kinnard confirmed that █████████ with a date of birth of █████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed █████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of █████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

On October 16, 2023, Insp. Kinnard searched social media for Humphreys. Insp. Kinnard located a Facebook account with the name Jessica Humphreys, https://www.facebook.com █████████ The pictures throughout the Facebook account matched the picture on Florida ID █████████ Jessica Sonia Humphreys, from the DAVID. Insp. Kinnard observed a video uploaded to the account on October 9, 2022. The video started with a male mentioning a campaign with Vanguard and then discussing "Jess" being promoted to "leadership". Then a female, identified as Jessica Humphreys, comes into the video frame and starts discussing her background and then she speaks about what has helped her with her petitions.

ID#: 17744

Insp. Kinnard reviewed a report written by Panama City Beach Police Department (PCBPD), Incident # ███████ which was a traffic stop in PCBPD's jurisdiction. The report indicated that when pulled over, Humphreys was a passenger in the vehicle. Also in the vehicle were ████████                ███████████████ and ██████████ Records indicated that all the above individuals were circulators with Imperial International, which is the company Humphreys worked for. All the above subjects had access to their own petitions and were given their own circulator numbers.

On October 19, 2023, Insp. Kinnard served a subpoena to T-Mobile for phone number ██████████ which was used on Humphrey's circulator application. On November 10, 2023, Insp. Kinnard received the results from T-Mobile. The records indicated the account was active and under the name Jessica Humphreys.

On November 16, 2023, Insp. Michelle Cabrera and Miles Sonn interviewed Jessica Humphreys at her residence, ██████████████████████ According to Humphreys, she worked for Imperial Services from September 2022 to March 2023. Humphreys stated that she had posted her resume online with Indeed and was contacted by Imperial Services who asked if she was interested in a position with their company. Upon being hired, Humphreys applied for a petition circulator number via a State of Florida website. Humphreys stated that she received her circulator number within a few hours after applying. Humphreys stated that she was initially hired to work the Marijuana initiative. Humphreys was offered a position as a petition circulator, working out of numerous cities and counties in North Florida, from Pensacola, Milton, Pace, Destin, Panama City, Tallahassee, Jacksonville and Orlando. Humphreys stated she along with numerous other petition circulators traveled to North Florida via a petition circulator's vehicle. Humphreys advised that sometimes she would be dropped off by herself for the entire day to collect signatures.

Humphreys stated that they worked 6 days per week anywhere from 10-12 hours per day. Initially, Humphreys was a "lead circulator" and was responsible for training "new team members." According to Humphreys, the new circulators who did not receive their circulator numbers, would use Humphreys' petitions with Humphreys' circulator number listed on the petition and give Humphreys the petitions at the end of their shift. Humphreys said the trainees would be within eyeshot of her while they were getting petitions signed and she did not witness them fill out the voter's information portion of the petition. Humphreys would then go back to the office and sign the petitions. Humphreys would then turn the petitions into ██████ the supervisor. Humphreys further stated that she would be paid for the petitions filled out by the trainees. Humphreys stated that Van Guard, a quality control company working for Imperial Services would check the "veracity" of the petitions submitted by the circulators. However, Humphreys stated that she was never advised how many petitions were valid or invalid. Humphreys said she could not explain how people and addresses that did not exist ended up on the petitions that she admitted to signing.

WHEREFORE, your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Jessica Sonia Humphreys**, identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement

SWORN TO AND SUBSCRIBED before me this 28<u>th</u> day of <u>November, 2023</u>.

SA

LAW ENFORCEMENT OFFICER
Mark Zagar, Special Agent
Florida Department of Law Enforcement

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

WFS-23-014345                                                            R

STATE OF FLORIDA

v.                                          CASE NO.: 502023CF008916A YYLNB

Nelson Judah Stone
B/M, DOB:
SSN:
____Defendant.____ /

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0215**

### *Affidavit in Support of Arrest Warrant*

     **COMES NOW** Your Affiant, Inspector Antonio Mathews of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of FDLE since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit and has received training in Elections Crime investigation. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Nelson Judah Stone** |
| Race: | Black |
| Gender: | Male |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**  **Personal Identification Information concerning a deceased individual § 817.568(8)(a), Fla. Stat.**

## FACTS

1. In February 2023, The Palm Beach County Supervisor of Elections (PBCSOE) provided Your Affiant a list of Paid Petition Circulators (PPC) from citizen's initiative groups who submitted petitions to amend the state constitution containing the names and signatures of deceased individuals.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. After communicating with PBSOE, Your Affiant reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the PBCSOE on CAIPFs. More than 4500 CAIPFs submitted to the PBCSOE were deemed ineligible by the PBCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms. Your Affiant's review of the CAIPFs revealed

that one particular PPC, Nelson Judah Stone, DOB: ███████ "Stone") appeared to have collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that Stone purportedly gathered their signatures.

7. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and Stone's signature verifying that the petition was "signed in my presence" under penalties of perjury.

8. Additionally, the "Attention" section of the CPAIF stated the following:

- This form becomes a public record upon its filing with the Supervisor of Elections
- It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
- Failure to complete the form as required may invalidate the form

9. According to records provided to FDLE by the Florida Department of State Division of Elections, on or about 10-26-2021, Stone's application was approved to become a PPC for 3PVRO "Sensible Florida," a group proposing constitutional amendment serial number 21-17, titled "Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana." Stone used the email ████████████ as a point of contact in his application. The application also included Stone's personal information including his name, permanent address, and phone number. Stone was assigned Circulator ID #34330.

10. Stone submitted five (5) deceased individuals' Personal Identification Information (PII) to the PBCSOE under Amendment Title 2117 and one (1) deceased individual's PII under Amendment Title 2116, Limited Authorization of Casino Gaming. The following CAIPFs containing the deceased individual's information were submitted to the PBCSOE by PPC Stone:



11. Your Affiant determined that the individuals mentioned in # 10 were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███████ died on ██████

b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on ████████

c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on ██████████

d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███ died on ██████ ████████

e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on ██████████

12. Your Affiant reviewed signatures from the Florida Driver and Vehicle Information Database (DAVID) to compare to the signatures that were obtained by Stone for the CAIPFs and submitted to the PBCSEO on behalf of 3PVRO "Sponsor" Sensible Florida.

13. There is no signature for ████████ documented in DAVID to compare. However, the CAIPF for ██████████ showed the date supposedly signed by ████████ on 02-06-2022, which is six (6) years after ████████ death.

14. The signature on the CAIPF appeared to be different from the signature captured on DAVID. The CAIPF for ████████ showed the date supposedly signed by ███ as 02-07-2020, which is eight (8) years after ██████ death.

15. There is no signature for ████████ documented in DAVID to compare. However, the CAIPF for ████████ showed the date supposedly signed by ████████ as 02-08-2022, which is eight (8) years after ████████ death.

16. There is no signature for ██████ documented in DAVID to compare. However, the CAIPF for ██████████ showed the date supposedly signed by ██████ on 02-03-2022, which is nine (9) years after ████████ death.

574

17. There is no signature for ████████ documented in DAVID to compare. However, the CAIPF for ████████ showed the date supposedly signed by ████████ as 02-05-2022, which is five (5) years after ████████ death.

18. Your Affiant noted that Stone's signature as it appears on the CAIPFs and other documentation is consistent with each of the CAIPFs and his DAVID record.

19. On Wednesday, August 16, 2023, the Miami-Dade County Supervisor of Elections (MDCSOE) revealed that PPC Stone had submitted thirty-three (33) CAIPFs that were deemed invalid. Of the 33, there were five (5) petitions with a deceased individual's PII. Each of these 5 petitions were submitted for Serial 2116 titled "Limited Authorization of Casino Gaming," sponsored by "Florida Voters in Charge." For each of the 5 petitions, Stone is listed as the Paid Petition Circulator and signed swearing that each "petition was signed in my presence," Again, Your Affiant reviewed signatures from DAVID to compare to the signatures that were obtained by Stone for each CAIPF submitted. The following CAIPFs containing the deceased individual's information were submitted to the MDCSOE by PPC Stone:



- o ████████
- o ████████ (2 CAIPFs submitted on different dates)
- o ████████
- o ████████

20. There is no signature for ████ documented in DAVID to compare. The CAIPF for ████████ showed the date supposedly signed by ████ (01-24-2022) is well after Ball's date of death on ████████.

21. ████ signature appeared to be different on both CAIPFs signed two (2) days apart and in DAVID. The CAIPFs for ████████ (there were two (2) CAIPFs for Limited Authorization of Casino Gaming supposedly signed by ████ on 01-23-2022 and 01-25-2022) showed dates well after ████ date of death in ████.

22. ████ signature on the CAIPF appeared to be different from the DAVID signature. The CAIPF for ████████ showed the date supposedly signed by ████ (01-22-2022) is after ████ died on ████████.

23. ████ signature on the CAIPF appeared to be different from the DAVID signature. The CAIPF for ████████ showed the date supposedly signed by ████ 01-25-2022) is after ████ died on ████████.

24. On Monday, August 28, 2023, Your Affiant received documentation from the Broward County SOE (BCSOE) related to Stone. Stone submitted eighteen (18) invalid CAIPFs

related to Serial 2117 in Broward County, of which three (3) were for deceased voters. Your Affiant noted the following deceased individuals from Serial 2117:



(2 CAIPFs under Serial 2117)

25. For ███████████ there were two (2) CAIPFs for Serial 2117 processed by the BCSOE. ███████████ first CAIPF was supposedly signed on 02-07-2022 using ████████ first name ██████ and middle name ██████ second CAIPF under Serial 2117 was supposedly signed on 02-09-2022 utilizing the first name of ██████ and the middle name of ██████ DAVID indicates that ██████ died on ██████

26. The CAIPF for ███████ showed the date supposedly signed by ██████ (02-05-2022) after ██████ died on ██████ signature on the CAIPF appeared to be different from the DAVID signature.

27. The CAIPF for ███████ showed the date supposedly signed by ██████ (01-25-2022) after ██████ died on ██████ signature on the CAIPF appeared to be different from the DAVID signature.

28. Additionally, the BCSOE provided information that PPC Stone submitted thirty-four (34) invalid CAIPFs for Serial 2116 of which eight (8) alleged signors were identified as deceased. Your Affiant noted the following deceased individuals from Serial 2116 CAIPFs submitted by Stone:



29. The CAIPF for ███████ showed the date supposedly signed by ██████ (01-24-2022) after ██████ died in ██████ signature on the CAIPF appeared to be different from the DAVID signature on file.

30. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ (01-24-2022) after ▮▮▮▮ died in ▮ ▮▮▮▮ signature on the CAIPF appeared to be different from the DAVID signature.

31. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ (01-08-2022) after ▮▮▮▮ died in ▮▮▮▮ There is no signature in DAVID to compare with the signature on the CAIPF.

32. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ (01-25-2022) after ▮▮▮ died on 07-14-2020. ▮▮▮▮ signature on the CAIPF appeared to be different from the signature on file in DAVID.

33. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ (01-24-2022) after ▮▮▮ died on ▮▮▮▮ There is no signature available in DAVID to compare to the CAIPF.

34. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ (01-20-2022) after ▮▮▮ died on ▮ ▮▮▮▮ signature on the CAIPF appeared to be different from the signature on file in DAVID.

35. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ (01-25-2022) after ▮▮▮ died on ▮▮▮▮ Palmer's signature on the CAIPF appeared to be different from the signature on file in DAVID.

36. The CAIPF for ▮▮▮▮▮ the date supposedly signed by ▮▮▮ (01-25-2022) is after ▮▮▮ died on ▮▮▮▮ ▮▮▮ signature on the CAIPF appeared to be different from the DAVID signature.

37. On September 18, 2023, the Orange County Supervisor of Elections (OCSOE) provided information that Stone submitted invalid petitions for three (3) deceased individuals from Serial 2117:

   o ▮▮▮▮▮▮▮▮▮▮
   o ▮▮▮▮▮▮▮▮▮▮
   o ▮▮▮▮▮▮▮▮▮▮

38. The CAIPF for ▮▮▮▮ the date supposedly signed by ▮▮▮ (02-11-2022) is well after ▮▮▮ died on ▮▮▮▮ There is no signature for Ralls on DAVID to compare.

577

39. The CAIPF for ▮▮▮▮▮▮ the date supposedly signed by ▮▮▮ (02-11-2022) is after ▮▮▮ died on ▮ ▮▮▮ signature on the CAIPF appeared to be different from the DAVID signature.

40. The CAIPF for ▮▮▮▮▮▮ the date supposedly signed by ▮▮▮ 02-09-2022) is after ▮▮▮ died on ▮▮▮ signature on the CAIPF appeared to be different from the DAVID signature.

41. Your Affiant notes there were four (4) CAIPFs submitted to the OCSOE under ▮▮▮ name. Three (3) CAIPFs were submitted under 2117-Legalizes Personal Use Marijuana For Adults and one (1) under 2116-Limited Authorization of Casino Gaming. Paid Petition Circulators ▮▮▮ (1 CAIPF) and ▮▮▮ submitted two CAIPFs that were supposedly signed on 02-09-2022 ▮▮▮ 02-11-2022 and 02-14-2022 respectively. Based on Your Affiant's training and experience, this indicates that a list containing the PII of deceased individuals such as ▮▮▮ is being circulated among several PPCs and that the unlawful use of ▮▮▮ PII is intentional.

42. Your Affiant documented that Stone submitted a total of two thousand three hundred thirty-three (2333) invalid CAIPFs for Limited Authorization of Casino Gaming (Serial 2116) and five hundred eighty-two (582) CAIPFs for Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (Serial 2117) throughout the State of Florida (Supervisor of Election) offices.

43. PPC Stone submitted a total of one hundred sixty-eight (168) CAIPFs in Palm Beach County of which twenty-three (23) were valid and one hundred forty-five (145) were invalid for Serial 2116. In Miami Dade County PPC Stone submitted thirty-three (33) invalid CAIPFs for Serial 2116. In Broward County PPC Stone submitted eighteen (18) invalid CAIPFs for Serial 2117 and thirty-four (34) invalid CAIPFs for Serial 2116. In Orange County PPC Stone submitted three (3) invalid CAIPFs for Serial 2117.

44. PPC Stone submitted a total of *twenty-three (23) deceased individuals* CAIPFs in at least four (4) counties: Orange, Palm Beach, Broward and Miami-Dade. Of the 23 *at least three (3) individual's information was submitted more than once* on CAIPFs for Serial 2116 and 2117. Your Affiant learned that each county SOE office used their respective "voter roll" to determine that the individual voters listed on each CAIPF submitted by Stone was deceased.

45. On Wednesday, August 9, 2023, Your Affiant conducted a non-custodial interview with Stone at his residence ▮▮▮ regarding Constitutional Amendment Initiative Petition Forms (CAIPFs) turned in to the Supervisor of Elections

offices in multiple counties throughout the State of Florida.  The following synopsis outlines Stone's interview:

Stone did not recall which company he worked for while gathering petitions. Stone was presented a copy of the Petition Request submitted to the Florida Department of State with Stone's personal information from October 2021. Stone acknowledged that he applied for this request and within a minute stated "I don't recall" Sensible Florida. Stone stated that he did "Grassfire about Native Americans" and stated that ▇▇▇▇ introduced him to "marijuana ones." Stone was paid for two (2) initiatives. Casino Gaming was one of the two. When asked if he knew the contact person ▇▇▇▇▇▇▇▇ for Sensible Florida, Stone asked if ▇▇▇▇ was an attorney and advised that if he is then "Yes, that name sounds familiar." Stone collected signatures in the Central Florida area and traveled around Florida. Stone had visited Palm Beach County and collected signatures for petitions. Stone explained the process of collecting signatures, and in particular the CAIPFs, in Palm Beach County. Stone began by stating "It's been so long." Stone then stated he would approach unknown individuals and ask if they were registered voters. If a person is willing to sign the petition they would complete the CAIPF in front of Stone. Stone was paid hourly and not by how many petitions he turned in. Stone agreed that his signature on the form was verification that the person signed the document in his presence. Your affiant presented the four (4) CAIPF forms that contained deceased individuals' information. Stone first acknowledged the forms and agreed that these were forms that he would have completed. When asked if the signature on the form belonged to him, Stone stated "I believe so." Stone was asked if he obtained the signatures in person and how each person was identified. Stone stated PPCs "hit large groups going to concerts," and other large crowds and get groups to sign the petitions. Stone paused and advised, "When I tell you like sir I can't be in any trouble right now and I don't want to be part of no investigation." Stone again stated we hit large crowds and when "we mention marijuana people just sign." Stone did not know the exact number of people he signed up but stated, "People friends and moms would sign up." Stone received a base pay (salary) and had incentives "to do well."

Your affiant asked Stone how many employees he worked with when he collected signatures in Palm Beach County. Stone stated the reason why he came to Palm Beach was to collect documents from other petitioners but could not recall any names. Stone commented, "I wanna do my best, I don't want to be in any trouble at all cause my thing is how much involved I am if I am going to get in trouble." Your affiant explained to Stone that the individuals on the CAIPF forms that were presented to Stone were deceased. Stone was asked again how did he obtain the signatures and addresses of deceased individuals. Stone sighed and stated, "You are coming as a state official obviously you have the interest of the state probably don't have the best interest of me so I would like to have an attorney

present." Your affiant concluded the interview as Stone advised to give him twenty-four (24) hours to consult with someone and he would possibly call back with information.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Nelson Judah Stone with:

Count 1:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 2:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

A. MATHAS #913

Affiant

Inspector Antonio Mathews
Florida Department of Law Enforcement

Sworn to and subscribed before me this _18_ day of 2023.

_Reginald R. Corlew_

The Honorable
Palm Beach County, Fifteenth Judicial Circuit

STATE OF FLORIDA

V. ·

· ´ ZACHARY PAUL DWORSKY

R/S:  W/M
DOB:
FL DL:
SSN:

1. **CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION**
   Section 817.568(2)(A), Florida Statutes (2020)
2. **PETITION; KNOWINGLY SIGNING MORE THAN ONCE; SIGNING ANOTHER PERSON'S NAME OR FICTITIOUS NAME**
   Section 104.185(2) Florida Statutes (2022)

BEFORE ME,  a sworn law enforcement officer, personally came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being duly sworn, deposes and says:

Inspector Bliss is a sworn law enforcement officer of the State of Florida, and as such is empowered to conduct investigations of and make arrests for violations of the criminal laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes, pertaining to election code violations and believes that laws of the State of Florida have been violated, specifically, those laws enumerated in Chapter 817.568 pertaining to Criminal Use of Personal Identification Information; and the person violating those laws is ZACHARY PAUL DWORSKY, as identified above.

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience, in conducting investigations involving public integrity, election crimes, violent crime, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has successfully completed training classes provided by FDLE and also has a Bachelor's Degree from Florida State University's School of Criminology. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes, and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On September 08, 2023, the Florida Department of State, Divison of Elections provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Dworski had submitted a total of 2,438 invalid petitions from different voter districts throughout the state of Florida.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.

Page 2 of 13

Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4.  Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5.  The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6.  According to records provided to FDLE by the Florida Department of State Division of Elections, on or about November 15, 2022, Dworsky's application was approved to become a PPC for 3PVRO "Smart and Safe Florida" (Serial Number 22-05, Adult Personal Use of Marijuana) and for Floridian's Protecting Freedom, Inc. (Serial Number 23-07, Amendment to Limit Government Interference with Abortion), two

committees seeking to have amendments to the Florida Constitution placed on the ballot for the 2024 election cycle. Dworsky was a PPC for these initiatives and listed the email address ████████████████ in his application.  The application also included Dworksky's name, address, and phone number.  Dworsky was assigned Circulator ID #56091.

The reasons for your Affiant's belief that the above-listed laws have been violated and that ZACHARY PAUL DWORSKY, hereinafter Dworsky is the person who violated said laws are as follows:

On March 03, 2023, the FDLE, Election Crime Unit (ECU) received information from the Florida Department of State (DOS), Office of Election Crimes and Security regarding allegations of fraud involving Zachary Paul Dworsky hereinafter Dworsky, a paid petition circulator (PPC) for Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana".

On March 6, 2023, Your Affiant reviewed documents provided by the DOS, which contained an Elections Fraud Complaint form from Candidate & Election Support Coordinator Katrina Hall of the Sumter County Supervisor of Elections (SCSOE) office and the DOS, and one petition form with one corresponding SCSOE voter information printout. The DOS letter outlines the complaint from the SCSOE, alleging that Dworsky, a PPC, submitted one petition receiving a disposition of "Signature Different" due to a signature mismatch. In addition to the signature on the petition not matching the signature images available on file for registered voter, ████████████████ hereinafter ████████ the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar and resemble the Paid Petition Circulator's handwriting.

1. On April 14, 2023, Your Affiant conducted a sworn interview of ████████ and learned the following. On an undetermined date in January of 2023, ████████ received a letter from the SCSOE that stated, ████████ name may have been forged on a petition. ████████ traveled to the SCSOE and a representative showed ████████ a copy of the

petition with her signature. ███ advised that was not her signature on the petition. Your Affiant asked ████ if a circulator ever approached her at home or in public and requested her to sign the petition. According to ████ no one has ever approached her and asked her to sign a petition. ████ has never heard of the petition for the adult use of personal marijuana and ████ would not endorse or sign the petition. ████ does not know Dworsky.

On August 28, 2023, Your Affiant contacted the Department of State and requested information on the number of invalid petitions with the names of the circulators for the Smart and Safe initiative to determine if Dworsky has submitted petitions in other voting districts receiving a disposition of "Signature Different" or submitting petitions that a registered voter has been deemed deceased prior to the filing of the Constitutional Amendment Initiative Petition Form being turned in.

Your Affiant reviewed the spreadsheet and saw that there were thirty-two invalid petitions submitted to the Volusia County Supervisor of Elections (VCSOE) by Dworsky. Your Affiant contacted the VCSOE, requested a copy of the invalid petitions, and reviewed the comprehensive list of invalid signatures that were submitted to the VCSOE on CAIPFs by Dworsky. The CAIPFs submitted to the VCSOE were deemed ineligible by the VCSOE due to various anomalies.

On September 28, 2023, Your Affiant contacted the following individual(s).

2. ████████████████████████████████

At approximately 1100 hours, Your Affiant met with ████████ hereinafter ██████ at the listed residential address on the petition. Your Affiant informed ████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed him a copy of the petition with ████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ did not give anyone permission to use

his personal information or sign his name on the petition. ████ was never approached by a petitioner endorsing the adult personal use of marijuana.

3. ████████████████████████████

At approximately 1100 hours, Your Affiant attempted to meet with ████ hereinafter ████ at his residence but learned that his brother, ████ was not home. Your Affiant left a business card with instructions to have ████ contact Your Affiant. At approximately 1400 hours, ████ called and was told that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and electronically sent a copy of the petition to ████ via text message that contained ████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ did not give anyone permission to use his personal information or sign his name on the petition. ████ was never approached by a petitioner endorsing the adult personal use of marijuana.

4. ████████████████████████████

At approximately 1200 hours, Your Affiant met with ████ hereinafter ████ at the listed residential address. Your Affiant informed ████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ████ a copy of the petition with ████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ did not give anyone permission to use his personal information or sign his name on the petition. ████ was never approached by a petitioner endorsing the adult personal use of marijuana.

5. ████████████████████████████

At approximately 1120 hours, Your Affiant met with ████ hereinafter ████ at the listed residential address. Your Affiant informed ████ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud

Page 6 of 13

587

and showed ▇▇▇▇ a copy of the petition with ▇▇▇▇▇ name, residential address, date of birth, and signature. ▇▇▇▇▇ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▇▇▇▇▇ did not give anyone permission to use her personal information or sign her name on the petition. ▇▇▇▇▇ was never approached by a petitioner endorsing the adult personal use of marijuana.

6. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

At approximately 1120 hours, Your Affiant met with ▇▇▇▇▇ hereinafter ▇▇▇▇, at her employment address, located at ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ Your affiant informed ▇▇▇▇ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▇▇▇▇ a copy of the petition with ▇▇▇▇ name, residential address, date of birth, and signature. ▇▇▇▇ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▇▇▇▇ did not give anyone permission to use her personal information or sign her name on the petition. ▇▇▇▇ was never approached by a petitioner endorsing the adult personal use of marijuana.

7. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

At approximately 1130 hours, Your Affiant made telephonic contact with ▇▇▇▇▇ hereinafter ▇▇▇▇ Your Affiant explained the possible identity fraud and petition fraud and told ▇▇▇▇ that according to the petition, ▇▇▇▇ completed the petition on April 14, 2023, with his name, address, date of birth, and signature. ▇▇▇▇ informed Your Affiant that he was never approached by anyone to complete the petition and ▇▇▇▇ was in Anderson, South Carolina during the month of April. Your Affiant sent a copy of the petition electronically to ▇▇▇▇ who reviewed the petition and advised that was not his signature or handwriting. ▇▇▇▇ never granted anyone permission to complete the petition on his behalf.

On October 03, 2023, Your Affiant contacted the following individual(s).

8. ███████████████████████████████████████

Your Affiant attempted to make contact with ████████████, hereinafter ████████ at the listed address on the petition. ████████ wife, ████████████ advised that ████████ was not home. Your affiant provided a business card to ████████████ with instructions to have ████████ contact Your Affiant. ████████ contacted Your affiant and advised that he did not recall ever being approached and asked to sign a petition endorsing the adult personal use of marijuana. Your affiant provided ████████ with a copy of the petition electronically to ████████████ cellular telephone. ████████ reviewed the petition and advised that "neither the handwriting nor signature are anything close to mine. I've also never seen a piece of paper like that."

9. ████████████████████████████████████████

At approximately 1500 hours, Your Affiant met with ████████████████████ hereinafter ████████ at the listed address on the petition. Your Affiant informed ████████ that she could be a victim of identity fraud. Your Affiant showed ████████ a copy of the petition with ████████ name address, date of birth, and signature on the petition. ████████ immediately stated that was not her handwriting or signature on the petition. ████████ advised that her last name was spelled incorrectly and she was in Miami on March 22, 2023, when the petition was reportedly signed. ████████ signed the back of the petition and swore the information provided to Your Affiant was true and accurate.

On October 04, 2023, Your Affiant contacted or attempted to contact the following individual(s).

10. ████████████████████████████████

Your affiant attempted to speak to ████████ hereinafter ████ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████ contacted Your Affiant and informed ████ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on January 23, 2023. ████ advised he

Page 8 of 13

589

was never approached by anyone circulating a petition and he tries to avoid circulators and panhandlers. Your Affiant electronically sent a copy of the petition to ████ ██ reviewed the petition and advised that the petition and signature were not completed by ███ and ███ did not give permission to anyone to use his personal information and everything he said was true and accurate.

11. ████████████████████████████████

Your Affiant made contact with ████████ hereinafter █████ at the residential address listed on the petition. Your Affiant told █████ that she could be a victim of identity fraud and petition fraud and showed █████ a copy of the petition with ███████ name, address, date of birth, and signature. ███████ reviewed the petition and advised that she did not complete the petition and the signature was not her signature. ████ did not give anyone permission to complete the petition on ██████ behalf. ██████ was never approached by anyone asking ██████ to sign the petition. █████ signed the back of the petition for comparison.

12. ████████████████████████████████

Your Affiant attempted to speak to █████████ hereinafter ████ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████ contacted Your affiant and was informed that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ██████ reviewed the petition and advised the signature was not ██████ signature and ████ did not give permission to anyone to use his personal information and everything he said was true and accurate.

13. ████████████████████████████████

Your Affiant attempted to speak to ████████ hereinafter ████████ at the




residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ▮▮▮▮▮ contacted Your Affiant and was told ▮▮▮▮▮▮▮ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ▮▮▮▮▮ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ▮▮▮▮▮ ▮▮▮▮▮ reviewed the petition and advised the signature was not ▮▮▮▮▮ signature that ▮▮▮▮▮ did not give permission to anyone to use his personal information and that everything he said was true and accurate.

14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Affiant made contact with ▮▮▮▮▮ hereinafter ▮▮▮ at the residential address listed on the petition. Your affiant told ▮▮▮ that he could be a victim of identity fraud and petition fraud and showed ▮▮▮ a copy of the petition with ▮▮▮ name, address, date of birth, and signature. ▮▮▮ reviewed the petition and advised that he did not complete the petition and the signature was not his signature. ▮▮▮ did not give anyone permission to complete the petition on ▮▮▮ behalf. ▮▮▮ was never approached by anyone asking ▮▮▮ to sign the petition and everything he said was true and accurate.

On October 05, 2023, Your Affiant contacted or attempted to contact the following individual(s).

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Affiant attempted to speak with ▮▮▮▮▮ hereinafter ▮▮▮ at the residential address listed on the petition. ▮▮▮ was not home and Your Affiant left a business card at the gate to the property with instructions for ▮▮▮ to contact Your Affiant. On October 08, 2023, ▮▮▮ called and Your Affiant informed ▮▮▮ that she could be a victim of identity fraud and petition fraud explained the possible petition fraud and subsequently sent an electronic copy of the petition to ▮▮▮ with ▮▮▮ name, residential address, date of birth, and signature. ▮▮▮

advised that she did not complete the petition or sign the petition. ███ had never seen the petition and was never approached by anyone to complete the petition. ███ did not give anyone permission to use her personal information to complete the petition and everything she said was true and accurate.

Subsequent to speaking with the Sumter and Volusia County residents who were victims of identity fraud, Your Affiant traveled to Dworsky's residence located at ███████████ ██████████████ in an effort to conduct a sworn interview of Dworsky. On November 16, 2023, Your Affiant met with Dworsky in front of his home. Your Affiant asked Dworsky about his employment as a PPC for Smart and Safe Florida. The following is a summary of the sworn audio-recorded interview.

Dworsky responded to a job posting for Smart and Safe Florida that required Dworsky to collect signatures for certain petitions from registered Florida voters. Dworsky would solicit signatures in parking lots of shopping centers on the streets, and rest areas on the turnpike.

Dworsky was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." Dworsky was paid $ 400.00 per week for 0 to 100 signatures and the pay increased for 100 to 150 signatures and 150 to 200 signatures, etc. Dworsky would have the individual complete the petition with their personal information and sign the petition. The information would be checked through Third Party Verification (TPV) to determine if the individual was a registered voter.

Your Affiant asked Dworsky if he ever completed the personal information and signature of registered voters who were not present and did not give him consent to complete the petition on their behalf. Dworsky advised that the individual named on the petition completed and signed the petition. Your Affiant asked if he did not have enough signatures during the week and if he ever completed a petition and signed the petition without having the registered voter present. Dworsky said he never did that and every petition and signature was completed by the person named on the petition. Your Affiant told Dworsky about the investigation of petitions that were

Page 11 of 13

submitted on behalf of people who were deceased or petitions that were fraudulently completed and signed for registered voters, some of which included petitions submitted by Dworsky. Your Affiant asked Dworsky if he traveled to Port Orange, Florida. Dworsky never traveled to Port Orange but did "hang out at the rest stop gas stations on the turnpike and stuff like that and would get signatures from people all over the state of Florida."

Your Affiant showed Dworsky a petition that was reportedly completed by Port Orange registered voter ████████ that was completed on April 14, 2023, and asked if he remembered that petition. Dworsky did not remember anything specific but affirmed all of the petitions were completed by the registered voter on the petition and that was why the verification service was used. Your Affiant told Dworsky that ████ was interviewed and reviewed the petition and advised that he never saw that petition and did not sign the petition.

Your Affiant showed Dworsky the application with ██████████ name and advised that ████ did not sign the petition. Dworsky advised that he never checked identification but entered the first and last name with the date of birth in the TPV and if it returned valid, Dworsky would know it would be a good petition. Your Affiant asked Dworsky if he may have completed a few of the petitions in an effort to make the money. Dworsky advised that he "did not intentionally fraudulently complete any of the papers." Your Affiant asked again if a few petitions were fraudulently completed to make the money to support his family. Dworsky advised, "It is possible that over the course of the couple months that I did it but off the top of my head it can't say yes or no but out of all of the ones I did it is possible."

. Dworsky continued and advised that if the individual was unable to complete the petition, he would write the personal information on the petition and the individual would sign the petition. Dworsky changed his statement and advised that he would sometimes sign the petition for the individual. Your Affiant told Dworsky that there are over nine hundred fraudulently signed petitions that have Dworsky as the PPC that he was paid for by the LLC. Dworsky agreed that he was paid for the submitted petitions but could not explain the fraudulently signed petitions.

Page 12 of 13

Your Affiant asked Dworsky where he traveled to get signatures on the petitions. Dworsky traveled as far as Jupiter, Florida to get signatures in the parking lots of WaWa gas stations, Costco, Walmart, Sams, Publix parking lots, and other areas with high foot traffic. Dworsky never traveled to the Central Florida area.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Zachary Paul Dworsky did unlawfully, intentionally, and knowingly commit:

Count 1: Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (15 counts)

Count 2: Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (15 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter ZACHARY PAUL DWORSKY, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Inspector Ryan Bliss
Florida Department of Law Enforcement

SWORN AND SUBSCRIBED before me, the undersigned authority this ⟨11⟩ day of December, 2023.

_____          SA Chris Shepherd
(LEO/NOTARY)                       PRINT NAME
Personally Known

Page 13 of 13

CRIMINAL INVESTIGATION

AGENCY CASE # EI-32-0227

STATE OF FLORIDA

17th JUDICIAL CIRCUIT
COUNTY OF BROWARD

# AFFIDAVIT
## IN SUPPORT OF PROBABLE CAUSE

    **COMES NOW** your Affiants, Inspectors Miles Sonn and Michelle Cabrera of the Florida Department of Law Enforcement (FDLE), and make this Affidavit in support of probable cause to support the arrest of the Subject described below. Based on Affiants' personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Affiants avers the Subject has committed the following offense(s):

| | |
|---|---|
| Subject: | Yenay Ramos |
| DOB: | ████████████ |
| L/K/A: | ████████████ |
| Offense(s): | Personal Identification Information Concerning a Deceased Individual § 817.568(8)(b), Fla. Stat. |

## FACTS

1. On August 17, 2023, The Miami-Dade County Supervisor of Elections (SOE) provided Your Affiants a list of Constitutional Amendment Initiative Petition Forms (CAIPFs) from multiple Paid Petition Circulators (PPC). These PPCs worked for numerous citizen's initiative groups that submitted petitions to amend the state constitution. The petitions provided by the Miami-Dade SOE contained the names and signatures of deceased individuals.

2. On January 8, 2024, The Broward County Supervisor of Elections (SOE) provided Your Affiants a list of Constitutional Amendment Initiative Petition Forms (CAIPFs) from multiple Paid Petition Circulators (PPC). These PPCs worked for numerous citizen's initiative groups that submitted petitions to amend the state constitution. The petitions provided by the Broward SOE contained the names and signatures of deceased individuals.

3. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

5. Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

6. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

7. After communicating with Miami-Dade SOE, Your Affiants reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the Miami-Dade SOE on CAIPFs. The Miami-Dade SOE provided Your Affiants with numerous PPCs' information which reflected submitted CAIPFs of deceased individuals. Your Affiant's review of the CAIPFs revealed that one particular PPC, Yenay Ramos (hereinafter "Ramos"), appeared to have collected CAIPFs from more than one deceased individual, as records available to the Miami-Dade SOE indicated these individuals were deceased on the date that Ramos purportedly gathered their signatures.

8. The Broward SOE provided Your Affiants with numerous PPCs' information which reflected submitted CAIPFs of deceased individuals. Your Affiant's review of the CAIPFs revealed that one particular PPC, Yenay Ramos (hereinafter "Ramos"), appeared to have collected CAIPFs from more than one deceased individual, as records available to the Broward SOE indicated these individuals were deceased on the date that Ramos purportedly gathered their signatures

9. Upon closer examination of these CAIPFs, Your Affiants noted that each form included the deceased individual's signature and Ramos' signature verifying that the petition was "signed in my presence" under penalties of perjury.

10. Additionally, the "Attention" section of the CAIPF stated the following:

- This form becomes a public record upon its filing with the Supervisor of Elections
- It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
- Failure to complete the form as required may invalidate the form

11. According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about August 26, 2021, Ramos' application was approved to become a PPC. Ramos used the email yenayramostulecki@yahoo.com. The application also included Ramos' personal information including her name, address, and phone number. Ramos was assigned Circulator ID # 27053.

12. Ramos submitted ten (10) deceased individuals' Personal Identification Information (PII) to the Miami-Dade SOE under Amendment Title 2117, which included the person's name, address, date of birth, signature, and date signed on the petition. The following CAIPFs containing the deceased individual's information were submitted to the Miami-Dade SOE on behalf of Ramos:



13. Your Affiant determined that the individuals mentioned in # 10 were deceased as follows:

a. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 10/12/2013.

b. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ ██████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████████████ died on 10/28/2017.

c. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ Documents obtained from Riverside Gordon Memorial Chapels at Mount Nebo Kendall Memorial Gardens listed ██████ DOD as 5/5/2015. ████████████████████ ██████

d. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 11/29/2017.

e. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 03/02/2018.

f. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 01/10/2017.

g. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 02/04/2021.

h. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████████████ ████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████████ died on 01/02/2015.

i. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███████ died on 08/05/2020.

j. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on 07/13/2015.

14. Your Affiants reviewed signatures from the Florida Driver and Vehicle Information Database (DAVID) to compare to the signatures that were obtained by Ramos for the CAIPFs and submitted to the Miami-Dade SOE on behalf of the sponsor "Sensible Florida Inc."

a. The CAIPF for ██████████ showed the date supposedly signed by ████ on 2/19/2022 which is approximately eight years after ████ died on 10/12/2013. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

b. The CAIPF for ████████████████████ showed the date supposedly signed by ████ on 02/19/2022 which is approximately four (4) years after ██████████ died on 10/28/2017. The signature for ██████████ documented in DAVID appeared to be different from the signature on the CAIPF.

c. The CAIPF for ████████ showed the date supposedly signed by ████ on 02/19/2022 which is approximately six (6) years after ████ died on 05/05/2015. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

d. The CAIPF for ████████████ showed the date supposedly signed by ████ on 02/22/2022 which is approximately four (4) years after ████ died on 11/29/2017. The signature for ██████ documented in DAVID appeared to be different from the signature on the CAIPF.

e. The CAIPF for ████████ showed the date supposedly signed by ████ on 02/21/2022 which is approximately four (4) after ████ died on 03/02/2018. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

f. The CAIPF for ██████████ showed the date supposedly signed by ████████ on 02/22/2022 which is approximately five (5) years after ██████████ died on 01/10/2017. The

signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

g. The CAIPF for ▮▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately one (1) year after ▮▮▮▮ died on 02/04/2021. The signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

h. The CAIPF for ▮▮▮▮▮▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately seven (7) years after ▮▮▮▮ died on 01/02/2015. The signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

i. The CAIPF for ▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately one and a half (1.5) years after ▮▮▮▮ died on 08/05/2020. ▮▮▮▮ did not have a signature documented in DAVID.

j. The CAIPF for ▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/22/2022 which is approximately six and a half (6.5) years after ▮▮▮▮ died on 07/13/2015. ▮▮▮▮ did not have a signature documented in DAVID.

15. Ramos submitted four (4) deceased individuals' Personal Identification Information (PII) to the Broward SOE under Amendment Title 2117, which included the person's name, address, date of birth, signature, and date signed on the petition. The following CAIPFs containing the deceased individual's information were submitted to the Broward SOE on behalf of Ramos:

- o ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- o ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- o ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- o ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. Your Affiant determined that the individuals mentioned in # 15 were deceased as follows:

a. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮▮ died on 02/24/2021.

b. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A

certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮ died on 10/03/2013.

c. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮ died on 11/01/2017.

d. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮ died on 04/22/2021.

17. Your Affiants reviewed signatures from the Florida Driver and Vehicle Information

a. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/22/2022 which is approximately one (1) year after ▮▮▮ died on 02/24/2021. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

b. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately eight (8) years after ▮▮▮ died on 10/03/2013. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

c. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ on 02/20/2022 which is approximately four (4) years after ▮▮▮ died on 11/01/2017. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

d. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/22/2022 which is approximately one (1) year after ▮▮▮ died on 04/22/2021. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

18. Your Affiants documented through the Florida Department of State, Division of Elections, Ramos submitted a total of 301 invalid CAIPFs for "Legalizes Personal Use of Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (Serial 21-17)" throughout the State of Florida (Supervisor of Election) offices.

19. Ramos submitted a total of 10 CAIPFs to the Miami-Dade County SOE of deceased individuals of which 10 were confirmed deceased through the Florida Department of Health, Bureau of Vital Statistics.

20. Ramos submitted a total of 4 CAIPFs to the Broward County SOE of deceased individuals of which 4 were confirmed deceased through the Florida Department of Health, Bureau of Vital Statistics

21. Ramos submitted CAIPFs for Serial 21-17 utilizing her assigned State of Florida Paid Petition Circulator number of 27053. Your Affiants learned that the Miami-Dade County SOE office and Broward SOE office used their "voter roll" to determine that each voter CAIPFs form reviewed by their staff was deceased.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiants have not included every fact concerning this investigation. Rather, your Affiants have set forth the facts that they believe are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Yenay Ramos

Count 1:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 2:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 3:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 4:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 6:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 7:     Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 8:        Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 9:        Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 10:       Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 11:       Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 12:       Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 13:       Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

Count 14:       Personal Identification Information concerning a deceased individual
                § 817.568(8)(b), Fla. Stat.
                3rd Degree Felony

## AFFIRMATION

We hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____
Affiant
Michelle Cabrera
Florida Department of Law Enforcement

_____
Affiant
Miles Sonn
Florida Department of Law Enforcement

## CERTIFICATE OF NOTARY

STATE OF FLORIDA                          :
                                          :
                                          :
COUNTY OF _____ :

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared Affiants, being by me first duly sworn, has deposed and sworn that s/he is a sworn law enforcement officer of the Florida Department of Law Enforcement and that, as such, s/he is authorized to execute and has executed the above Application; and that s/he has read the allegations therein contained and the same are true and correct.

Sworn to and subscribed before me this _____ day of _____, 2024.

_____
NOTARY PUBLIC
State of Florida

604

Appendix F: News Reports of Arrests

Menu

*Tampa Bay Times*

Subscribe

ADVERTISEMENT

NEWS / CRIME

# Dade City man accused of election fraud in No Labels party petition in Kansas

George Andrews, 30, also submitted invalid petitions for an abortion rights ballot initiative in Florida, authorities say.

   



A Dade City man has been charged with two counts of election perjury and 28 counts of election forgery for allegedly forging signatures on petitions to make No Labels an officially recognized political party in Kansas, according to a news release.

By Joseph Hernandez *The Kansas City Star (TNS)*

> Donate

A Florida man accused of forging signatures on petitions to get a new political party officially recognized in Kansas has been arrested.

George Andrews, 30, of Dade City was arrested on Feb. 10 and has been charged with two counts of election perjury and 28 counts of election forgery for allegedly

Menu                    Tampa Bay Times                    Subscribe

"The arrested individual was part of a scheme to defraud Kansas voters by placing their forged signatures on petitions. In Kansas, we take election fraud seriously, and we will prosecute every case where the evidence indicates a crime has been committed beyond a reasonable doubt," Kansas Attorney General Kris Kobach said in a statement.

ADVERTISEMENT

Andrews will appear in Johnson County District Court if he is extradited to Kansas.

He is also facing legal troubles in Florida. The Florida Department of Law Enforcement said on Feb. 6 that Andrews and another person allegedly submitted 133 invalid petitions in multiple Florida counties, including Pasco and Pinellas, for an abortion rights ballot initiative.

No Labels is a bipartisan political party founded in 2009 and is similar in size to the Libertarian Party.

It was recognized as a political party in Kansas in January after submitting a petition containing the signatures of registered voters equal to 2% of the total votes cast in the 2022 statewide gubernatorial general election.

The arrest comes following an investigation by the state's attorney general's office.

©2024 The Kansas City Star. Visit at kansascity.com. Distributed by Tribune Content Agency LLC.

---

**MORE FOR YOU**

Campaign ad attacks, but distorts, Tampa prosecutor's handling of riots, protests

Oct. 4
· Elections



Florida banned public camping. Meet those trying to get into homeless shelters

Oct. 3
· Florida



ADVERTISEMENT



> Donate



*Remember Tiger Woods' Ex-Wife? This Is Her Now*

*This Tropical Weight Loss Method is Taking the United States by Storm*

*These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now*

Menu

# Tampa Bay Times

Subscribe



*Breakthrough Dark Spot Fix Costs Less and Works Better!*

Vibriance

*A 70-year-old Engineer Created This Nail Clipper for Seniors Worldwide*

Sherum

*Grandma Attacked Outside Store In Tallahassee*

SafeAlarm

**Pinellas boy who stabbed grandmother at 13 gets 22 years in prison**

Oct. 2

· Crime

**Former Florida state senator found guilty in 'ghost candidate' case**

Oct. 1

· Elections

**Here are the new laws taking effect Tuesday**

Sept. 29

· The Buzz on Florida Politics

**Wrong-way driver seen on Skyway hits, injures off-duty deputy, FHP says**

Sept. 26

· Pinellas

**Man who staked out Trump at Florida golf course charged with attempted assassination**

Sept. 24

· Elections

**Orlando police investigate officers' use of force on pro-Palestine protesters**

Sept. 23

· Florida

**Woman sentenced to 28 years in crash that killed 2 on Bayside Bridge**

Sept. 23

· Crime

**Driver crashes into home after being shot in East Tampa, police say**

Sept. 23

· Crime

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

# Tampa Bay Times

    

〉 Donate

Help Chat    Customer Service    Submit a News Tip    Contact

^

## Account

Digital access    Home delivery    Newsletters    Manage my account    Donate    Subscriber FAQ    e-Newspaper FAQ    e-Newspaper App FAQ

*Tampa Bay Times*

Menu

Subscribe

## Advertise

Times Total Media     Media Kit     Place an ad     Public Notices     Classifieds     Best of the Best     Local Ads



## Shop

Champa Bay Shop     Bucs Hardcover Book     Lightning Hardcover Book     Photo Reprints     Article Reprints     Article Licensing     Historic Front Pages

Meeting Backgrounds

## More

News in Education     Expos     Homes     Sponsored Content     Special Sections     Apps     Podcasts     Archives

© 2024 All Rights Reserved

**Times Publishing Company**

Privacy Policy

News (/News/News.aspx)

FDLE arrests Port St. Lucie woman for abortion petition fraud



**For Immediate Release**
June 28, 2024

TALLAHASSEE, Fla. – The Florida Department of Law Enforcement (FDLE) arrested Donella Harriel, 46, of Port St. Lucie, for knowingly submitting fraudulent constitutional amendment petitions for the abortion initiative, "Amendment to Limit Government Interference with Abortion." The arrest is the result of an investigation led by FDLE's Election Crime Unit (ECU) working with the Florida Department of State Office of Election Crimes and Security (OECS).

The investigation began after Harriel submitted 314 invalid abortion initiative petitions from different voter districts throughout Florida.

Harriel is charged with five felony counts of criminal use of personal identification information and five felony counts of knowingly signing another person's name to secure ballot position.

Harriel turned herself in on June 6 and was booked into the Martin County Jail. Attorney General Ashley Moody's Office of Statewide Prosecution will prosecute the case.

Since February, nine people have been charged with petition fraud following FDLE investigations, including four with fraud on the abortion initiative.

**For Further Information Contact:**

FDLE Office of Public Information
(850) 410-7001

Return to top

 (https://www.fdle.state.fl.us)  (https://www.myflorida.com/)

**An official website of the State of Florida (https://www.myflorida.com/)**

## Florida Department of Law Enforcement Priorities

FDLE is composed of five areas: Executive Direction and Business Support, Criminal Investigations and Forensic Science, Criminal Justice Information, Criminal Justice Professionalism and Florida Capitol Police. FDLE's duties, responsibilities and procedures are mandated through Chapter 943 (/CJSTC/Publications/Florida-Statute-943.aspx), FS, and Chapter 11 (/CJSTC/Publications/CJSTC-FAC-Rules.aspx), FAC. To learn more about these areas, read our Statement of Agency Organization and Operation (/About-Us/Documents/StatementofAgencyOrg.aspx) or visit our Open Government page. (/Open-Government/Open-Government.aspx)

(https://(https://(https://twitter.com/fdlenews?ref_src=twsrc%5Egoogle-collection)

About FDLE (/About-Us.aspx)

Accessibility support (/FAQ/FDLE-Internet-Web-Site-FAQ)

Office of the Inspector General (/OIG/OIG-Home.aspx)

Performance reports (/Open-Government.aspx)

Privacy policy (/Privacy-Policy.aspx)

CALEA Comments (https://cimrs2.calea.org/888)



Election 2024     Middle East wars     Remains found at Everest     Yom Kippur in Florida     Northern

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.     **DONATE**

U.S. NEWS

# Florida and Kansas are accusing 2 people of forging signatures for petition drives



Kansas Attorney General Kris Kobach participates in a ceremony honoring fallen law enforcement officers at the Statehouse, May 3, 2024, in Topeka, Kan. Kobach's office is accusing two Florida residents of forging signatures on petitions to allow the No Labels part to put its candidates on the ballot, and the two also are accused of doing the same in Florida during an effort to get an abortion rights measure on the ballot there. (AP F      Read More

BY JOHN HANNA AND MARGERY A. BECK

Updated 5:37 PM EDT, June 5, 2024

TOPEKA, Kan. (AP) — Florida and Kansas officials are accusing two petition circulators of forging voter signatures during campaigns to put an abortion rights measure to a vote in Florida and allow the No Labels party to put candidates on the Kansas ballot.

Jamie Johnson, 47, and George Andrews III, 30, both from Dade City, Florida, in the Tampa area, were in jail Wednesday, each on $150,000 bail. Johnson was being held in Sarpy County, Nebraska, south of Omaha, and Andrews in the Tampa area.

Each faces 20 felony charges in Florida, while in Kansas, Andrews faces 30 felony counts and Johnson, 19.

While Andrews has been in custody in Florida since February, authorities in both states couldn't find Johnson until she was arrested a week ago in Nebraska. Kansas Attorney General Kris Kobach announced the arrest Tuesday and said he is seeking to bring Johnson to Kansas for prosecution. She is scheduled to have a July 1 extradition hearing in Nebraska.

Kobach's office said Andrews and Johnson together forged at least 46 signatures on petitions to get the centrist No Labels group recognized as a political party in Kansas, which allows it to put nominees on the November ballot.

**RELATED STORIES**



**Nebraska will vote on pro-pot measures despite some invalid signatures**



**Police questioning Florida voters about signing abortion ballot petition**



**Suspicious packages were sent to election officials in at least 6 states**

Florida officials said Andrews and Johnson submitted a total of 133 invalid petitions in multiple counties during the effort to get the abortion rights measure on the November ballot.

Neither successful petition drive appears to have depended on the signatures the two submitted. In Kansas, No Labels needed more than 20,000, while in Florida, the figure was at least 891,500.

Still, Kobach said that with election fraud, "It doesn't matter how far you run."

"We will drag you back to Kansas and prosecute you," Kobach said in a statement.

No Labels chief strategist Ryan Clancy said Wednesday that the Kansas case involves a former vendor's subcontractor and that vendors are required to provide training for petition circulators and have a third party verify signatures.

"No Labels will fully cooperate with any inquiry," Clancy said in an emailed statement.

A public defender representing Andrews in Florida did not return a telephone message Wednesday seeking comment. Tom Strigenz, a public defender for Johnson in Nebraska, said she does not have an attorney in Kansas and that she will fight extradition to both Florida and Kansas.

Stringenz couldn't say whether Johnson was in Nebraska to circulate petitions for proposed ballot initiatives there. She has no ties the state, he said.

————

Beck reported from Omaha, Nebraska.



**JOHN HANNA**
Hanna covers politics and state government in Kansas for The Associated Press. He's worked for the AP in Topeka since 1986.

𝕏  ✉

Local governments begin issuing curfews ahead of Milton landfall

# Florida arrests petition gatherer accused of submitting fraudulent signatures for abortion measure

**The FDLE's state elections office investigated in concert with the Sarasota Supervisor of Elections.**

The Florida Department of Law Enforcement (**FDLE**) has arrested a Tampa man for allegedly committing petition fraud on an abortion initiative.

Investigators say **Andres Felipe Salazar**, a paid petition circulator for **Floridians Protecting Freedom**, submitted more than 30 fraudulent signatures in Sarasota County. Tampa police arrested Salazar on March 21.

The 37-year-old is being held on 12 charges of criminal use of personal identification information. He was released on a $5,000 bond.

The arrest by Tampa Police followed an investigation by FDLE's **election police force**, working with the Sarasota County Supervisor of Elections Office. Republican **Ron Turner** serves as Supervisor of Elections in the county.

Floridians Protecting Freedom **in January** passed the petition threshold to put a constitutional amendment enshrining the right to obtain an abortion in the state constitution. Election officials at that point had verified more than 911,000 legitimate signatures.

The organization had worked over eight months to secure the necessary signatures to qualify for the statewide ballot.

The Republican-dominated Legislature has **approved a measure** banning most abortions after six weeks of gestation. That limit is on hold, pending a Florida Supreme Court ruling over a ban after 15 weeks of pregnancy passed in Florida **in 2022**.

Republican Attorney General **Ashley Moody** has asked the state Supreme Court to **disqualify** the amendment question from the ballot, arguing its summary language will mislead voters. The Florida Supreme Court is expected to issue a decision this week on whether the amendment can appear on the ballot.

Floridians Protecting Freedom has already started campaigning for Amendment 4.

The FDLE **in October** arrested three paid petition circulators, that time working in concert with the Leon, Palm Beach, Miami-Dade and Broward County Supervisors of Elections Offices.



The state agency at that time did not identify the campaign for which the individuals were gathering petitions.



Andres Felipe Salazar. Image via Hillsborough County Sheriff's Office.

 Jacob Ogles

March 26, 2024

4 min

Andres Felipe Salazar

Ashley Moody

Broward

Florida Department Of
Law Enforcement

Leon    Miami-Dade

Palm Beach

## Related Articles

SOUTH FLORIDA

Ron Book nabs Nobel Peace Prize nomination for nonprofit leadership, advocacy

SOUTH FLORIDA

**Eric Trump is now a Deputy Sheriff in St. Lucie County**

STORM COVERAGE

**'Time to start over': Milton's disastrous slam on Florida's battered barrier islands**



# Jacob Ogles

Jacob Ogles has covered politics in Florida since 2000 for regional outlets including SRQ Magazine in Sarasota, The News-Press in Fort Myers and The Daily Commercial in Leesburg. His work has appeared nationally in The Advocate, Wired and other publications. Events like SRQ's Where The Votes Are workshops made Ogles one of Southwest Florida's most respected political analysts, and outlets like WWSB ABC 7 and WSRQ Sarasota have featured his insights. He can be reached at jacobogles@hotmail.com.

PREVIOUS
**Florida Retail Federation pushes for local spending during robust Easter shopping season**

NEXT
**Personnel note: Jacklyn Washington heads to CareerSource Florida**

 **3 comments**

 **Hung Wiil** 📅 March 26, 2024 at 11:44 am

Book 'em, Rono. The whole petition is misleading and should not be allowed on the ballot. No, the voters are not smart. In fact, they are rather stupid.

 **S. Wabbit** 📅 March 26, 2024 at 12:58 pm

Like you.

 **Tammy Ferguson** 📅 March 27, 2024 at 10:52 am

I did NOT AUTHORIZE MY NAME TO BE USED ON THIS MESS. PLEASE MAKE SURE IT'S NOT ON THERE

COMMENTS ARE CLOSED.

Florida Politics is a statewide, new media platform covering campaigns, elections, government, policy, and lobbying in Florida. This platform and all of its content are owned by Extensive Enterprises Media.

Publisher: Peter Schorsch @PeterSchorschFL

Contributors & reporters: Phil Ammann, Drew Dixon, Roseanne Dunkelberger, A.G. Gancarski, William March, Ryan Nicol, Jacob Ogles, Cole Pepper, Jesse Scheckner, Drew Wilson, and Mike Wright.

Email: Peterschorsch@floridapolitics.com
Twitter: @PeterSchorschFL
Phone: (727) 642-3162
Address: 204 37th Avenue North #182
St. Petersburg, Florida 33704

Home                                    Elections

Culture Wars                            Legislative

Communities                             Federal

Foreign Affairs                         Emails & Opinions

Subscribe

Appendix G: Contractor Referrals

RECEIVED
OCT 30 2023
SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

**PCI**

CONSULTANTS, INC

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800
Phone: 805-370-0200

Batch #12

### *SUSPICIOUS SIGS*
### *23-07 SIGNATURE SUBMISSION*

10/31/23
9:46

ATTN:  Coleen Padham

TO:  **HERNANDO** County Supervisor of Elections

RE:  Amendment to Limit Government Interference with Abortion
23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent.  We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
|  |  | 16 |
|  |  | 19 |
|  |  |  |
|  | TOTAL: | 35 |

RECEIVED
OCT 23 2023
SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us.  Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:  (805) 370-0200
Cell:  (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name:

Address:

County:

E-mail Address:

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name:                                                   Work
                                                        Phone:

Paid Pe

*Person's title of office or position held or sought if applicable*        *Name of Governmental Office or*
                                                        *Private Entity/Office*



Address:

County:

Have you filed this complaint with the (check all that apply):

"State Attorney's Office"

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Suspicious Signatures. Florida Statutes 626.9511 violation.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

/s/ STAFF PREPARED
_____          _____
Signature of complainant                      Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A515
Date: 2023-12-15
Intake method: E-mail
Referral entity name, if applicable:
Entity point of contact, if applicable:

DS-DE #34 (rev. 07/2016)                Page 2                Rule 1S-2.025, F.A.C.

Appendix H: Law Enforcement Referrals

**McVay, Brad R.**

| | |
|---|---|
| **From:** | McVay, Brad R. |
| **Sent:** | Thursday, February 29, 2024 6:43 PM |
| **To:** | Darlington, Andrew |
| **Subject:** | Re: Paid Petition Circulators (PPCs) |

Awesome. Thx

Get Outlook for iOS

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 6:35:31 PM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Subject:** Fwd: Paid Petition Circulators (PPCs)

Yes we always do. Just wanted to update you regarding a new organization

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 4:26:14 PM
**To:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Paid Petition Circulators (PPCs)



1

Attached is the information you requested for Morgan and Campo. Let me know if you need anything else from us.

Thank you!

# Leonor Linares

General & Operations Manager I
Office of Election Crimes & Security
R.A. Gray Building
500 South Bronough Street, Room 316
Tallahassee, Florida 32399
Office: (850) 245-6185
Cell: (850) 879-2733
Fax: (850) 245-6212

**From:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Sent:** Thursday, February 29, 2024 1:18 PM
**To:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Paid Petition Circulators (PPCs)

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Hello, I am conducting a PPC investigation of the Amendment to Limit Government Interference with Abortion PPC ███████ n St Lucie County. As the investigation continued, Inspector Bliss learned that ████ was employed with ████ owned by ████████████████ was trained by ██████████ Circulator's number ████, and ████ Circulator's number ████ A review of their fraudulent petition history revealed that ████ d 20 invalid petitions, ████ had 1000+ invalid petitions, and ████ had 799 invalid petitions. Inspector Bliss contacted The St Lucie County SOE and learned tha ████████████ as two Circulators numbers ████ and ████

Can you provide the following for each of the above-listed PPCs:
The list of amendments each is registered to endorse.
Initiative Petition Request
Spreadsheet of valid and invalid petitions for each PPC
The IP search

Thank you

Ryan

**Inspector Ryan Bliss**
Florida Department of Law Enforcement
Office of Executive Investigations
Election Crime Unit
6769 N. Wickham Road, Suite#104
Melbourne, FL 32940

2

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Tuesday, December 19, 2023 8:44 AM |
| **To:** | McVay, Brad R.; Darlington, Andrew |
| **Cc:** | Kinnard, Heather |
| **Subject:** | FW: Invalid petitions |
| **Attachments:** | 23-07 petition suspicious signature.pdf |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections. We will initiate an investigation.

Can you provide us with a list of all petitions submitted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119. F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

1

-------- Original message --------
From: Keelie Sekerka <ksekerka@escambiavotes.gov>
Date: 12/18/23 4:34 PM (GMT-06:00)
To: "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
Subject: Invalid petitions

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Hi Heather – attached are suspicious signature for circulat ████████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

From: Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
Sent: Monday, September 25, 2023 12:52 PM
To: Keelie Sekerka <ksekerka@escambiavotes.gov>
Subject: Invalid petitions

Good afternoon,

I am looking at circulator ████████████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia. Can you email me a copy of those?

Thank you

Heather Kinnard
Inspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center
5045 Commerce Park Circle
Pensacola, FL 32505
Office (850)-595-2097
Cell (850)-490-1705
Fax (850)-595-5478
heatherkinnard@fdle.state.fl.us

2



CONFIDENTIALITY NOTICE
The information contained in this e-mail transmission from is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information may constitute a violation of §119, F.S. and is strictly prohibited. If you have received this email in error, please contact the sender immediately.

3

**McVay, Brad R.**

| | |
|---|---|
| From: | McVay, Brad R. |
| Sent: | Tuesday, December 19, 2023 1:44 PM |
| To: | Mitchell, Mark; Darlington, Andrew |
| Cc: | Kinnard, Heather |
| Subject: | RE: Invalid petitions |

Mark,
We will provide you with what we have. I'm going to send you two more referrals I just received related to this circulator. One is from Indian River County and the other is from Martin County. 151 fraudulent petitions out of Martin and 12 out of Indian River.

Brad

**From:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 8:44 AM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Cc:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

EMAIL RECEIVED FROM EXTERNAL SOURCE

)                    The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections. We will initiate an investigation.

Can you provide us with a list of all petitions submitted by ████████████████████

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any issemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

1

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

-------- Original message --------
**From:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Date:** 12/18/23 4:34 PM (GMT-06:00)
**To:** "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
**Subject:** Invalid petitions

CAUTION: **This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.**

HI Heather – attached are suspicious signature for ████████████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Monday, September 25, 2023 12:52 PM
**To:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Subject:** Invalid petitions

Good afternoon,

I am looking at circulator ███████████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia.  Can you email me a copy of those?

Thank you

Heather Kinnard
Inspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center

2

635

Appendix I: Improper Delivery



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

October 11, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*VIA EMAIL and US MAIL*

Dear Mr. Coxe:

 The Department of State received information from a Floridians Protecting Freedom, Inc. ("FPF"), petition circulator ("the circulator") who appeared at the R.A. Gray building alleging that eight (8) FPF paid petition circulators employed and supervised by him were engaged in a scheme to defraud Florida voters by using Floridians' personal identification information without consent and forging voter signatures on FPF (Initiative 23-07) petitions. Based on a review of the information provided by the circulator, and as confirmed by the relevant supervisors of elections, we are imposing a *fine* in the amount of **$328,000.00** for violations of Florida's election laws.

 Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. More specifically, section 100.371(7)(a), Fla. Stat., states that "[a] sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that any petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." *Id.* The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

**Office of Election Crimes & Security**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**

637

In late 2023, the circulator appeared at the R.A. Gray building asking to speak to someone with the Office of Election Crimes & Security ("OECS"). The circulator wanted to report what he believed to be initiative petition fraud related to the proposed Abortion Amendment, 23-07. The circulator explained that he was the owner of a local petition circulator business working to collect signatures on petitions for the purpose of qualifying the Abortion Amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators. The circulator suspected these 8 employees were engaged in a fraudulent scheme to forge voter signatures on abortion petitions.

The circulator brought with him over 600 petitions from the eight (8) paid petition circulators. The circulator believed some of the petitions to be fraudulent for a number of reasons. Those reasons included inconsistent handwriting for dozens of individual voters, incorrect dates of birth of voters, names appearing to be in alphabetical order as if they were copied off a list, signatures appearing to be forged, etc. The circulator did not know, and could not identify specifically, which of the approximately 600 petitions were in fact fraudulent, only that he suspected a large number of them to be fraudulent in nature.

OECS made copies of the petitions, and returned the originals to the circulator so that FPF could comply with its statutory obligations under section 100.371(7)(a), Fla. Stat. ("A sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that *any* petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." (emphasis added) The circulator was reminded of the statutory obligations and that he should identify, as best as possible, the suspected fraudulent petitions, so that information gets conveyed to the relevant election official upon submission.[1] OECS also confirmed each of the eight (8) paid circulators in question were registered as paid FPF petition circulators for the proposed abortion amendment. The information and paid circulator names were immediately handed over to the Florida Department of Law Enforcement and the Office of Statewide Prosecution for criminal investigation.

The Department reviewed the copies OECS made of the 600 petitions brought in by the circulator and asked each relevant supervisor of elections whether they indeed received the petitions. Confirmation by the relevant supervisors of elections reflect that 328 of the petitions were not delivered by your committee to supervisors of elections office as required by law.[2] Based on the documents (attached hereto) provided to OECS, the information provided by the circulator[3] described above, who was identified as the owner of an entity whose sole purpose was

---

[1] We know FPF is familiar with this process because its main contractor, PCI Consultants, Inc., has done exactly that by submitting "Suspicious Signature Cover letters" identifying suspected fraudulent petitions for the election official to flag during review. See Exhibit "1."

[2] It is worth noting (and documented in the attached exhibits) that in a few counties, abortion petitions were received under the same voter name, but the petitions were different (dates, signatures, different petition circulator). We have forwarded these petitions to law enforcement for review, as it is likely one of the petitions was either fraudulent in nature, or the voter submitted multiple petitions, in violation of section 104.185(1), F.S.

[3] "Petition circulator" is defined in Florida law as "*an entity or individual* who collects signatures for compensation for the purpose of qualifying a proposed constitutional amendment for ballot placement." Section 97.021(28), Fla. Stat. (emphasis

to collect petitions on behalf of FPF for the abortion amendment, and the confirmation by each Supervisor of Election's office (also attached hereto as Exhibits 2-23),[4] the Department finds that FPF failed to deliver 328 petitions to the relevant Supervisor of Elections as required by Florida law, and that the failure was willful. Therefore, the Department is imposing a *$328,000.00 fine*.

Attached as Exhibits 2-23 are the copies of signed petition forms for Initiative 23-07 that were not submitted to the relevant Supervisor of Elections as required by Florida law. Also included are relevant communications and correspondence with those Supervisors of Elections.

Within 15 days of the date of this letter, you may either remit payment of this fine to the Florida Department of State or show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 15 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

You also have administrative rights outlined on next page of this letter.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

---

added). Thus, the circulators and the entity, are petition circulators for whom the sponsor is liable under section 100.371(7)(a), Florida Statutes.

[4] The relevant supervisors of elections are the Supervisors of: Duval, St. Johns, Clay, Indian River, Hernando, Brevard, Suwannee, Pasco, Nassau, Highlands, Osceola, Lee, Volusia, Flagler, Pinellas, Broward, Leon, Palm Beach, Miami, Hillsborough, and Orange Counties.

## NOTICE OF ADMINISTRATIVE RIGHTS

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice.  You have the right to be represented by counsel or other qualified representative at any hearing that occurs.  Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

<div align="center">
Office of the General Counsel<br>
Florida Department of State<br>
500 S. Bronough Street<br>
Tallahassee, FL | 32399
</div>

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure.  Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein.  Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 9, 2024

Floridians Protecting Freedom, Inc.
c/o Jennifer Blohm
Counsel for Floridians Protecting Freedom, Inc.
Meyer, Blohm and Powell, P.A.
Post Office Box 1547
Tallahassee, Florida 32302

*VIA EMAIL and US MAIL*

Dear Ms. Blohm:

The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Escambia County Supervisor of Elections, the Glades County Supervisor of Elections, the Highlands County Supervisor of Elections, the Leon County Supervisor of Elections, the Madison County Supervisor of Elections, the Orange County Supervisor of Elections, and the Santa Rosa County Supervisor of Elections reflect that your committee delivered **89** petition forms for initiative petition 23-07 to the Supervisor of Elections'

offices after the statutory deadline. Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. *See* attached petitions – Exhibits. Therefore, the Department is imposing a **$ 4,450.00 fine.**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisors of Elections. Exhibits 1-10.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

Ms. Blohm, I sent this letter to you because you were counsel of record on a similar matter earlier this year that related to Floridians Protecting Freedom, Inc. In addition to that, last week I sent a letter to Chairperson Latshaw to the address she has on file with the Division of Elections. The letter was returned to my office as undeliverable with a reason notated as "the individual moved." To ensure proper receipt, I have directed this letter to you. Please see to it that Chairperson Latshaw receives a copy of this letter and all attachments. Please also advise Chairperson Latshaw that if she has in fact moved, she is required by Florida law to update the Division of Elections of her new address within 10 days of the change. See section 106.03(4), Fla. Stat.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

November 8, 2023

Floridians Protecting Freedom, Inc.
c/o Raymer Maguire, Chairperson
223 Northeast 17th Avenue
Pompano Beach, Florida 33060

    *Re: Violations of Initiative Petition Law*

Dear Chairperson Maguire:

    The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

    Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

    Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Miami-Dade County Supervisor of Elections, the Volusia County Supervisor of Elections, the Hillsborough County Supervisor of Elections, and the Okeechobee County Supervisor of Elections reflect that your committee delivered **654** petition forms for initiative petition 23-07 to the Supervisor of Elections' offices after the statutory deadline. Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. *See* attached petitions – Exhibits 1-9. Therefore the Department is imposing a **$ 32,700.00 fine.**

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisor of Elections. Exhibits 1-9.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures

cc:     Andrew Darlington, Director, Office of Election Crimes & Security
        Joseph Van De Bogart, General Counsel, Florida Department of State
        Craig Latimer, Supervisor of Elections, Hillsborough County
        Christina White, Supervisor of Elections, Miami-Dade County
        Lisa Lewis, Supervisor of Elections, Volusia County
        Melissa Arnold, Supervisor of Elections, Okeechobee County
        Kim Barton, Supervisor of Elections, Alachua County
        Chris Chambless, Supervisor of Elections, Clay County

Appendix J: Demands for Accounting & FPF Response



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

June 24, 2024

Floridians Protecting Freedom, Inc.
c/o Sara Latshaw, Chairperson
3 West Garden Street
Suite 712
Pensacola, Florida 32502

*Re: Demand for an Accounting Due to Violations of Initiative Petition Law*

Dear Chairperson Latshaw:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your committee – Floridians Protecting Freedom, Inc. The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing. In the past few months, paid petition circulators associated with your committee have been arrested and charged with serious felonies. In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened nearly fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your committee. Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations. Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your contractors or subcontractors to your committee. Your committee then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your subcontractors paid individual circulators per petition collected, in violation of Florida law. One such organization, ███████████████ allegedly paid some of the circulators collecting on your behalf ten dollars per signed petition. *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on the number of petition forms gathered). We understand that ███████████████ around October 2024, was hired by ███████████████ one of your primary contractors, to circulate petitions for the

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

646

"Amendment to Limit Government Interference with Abortion." ▓▓▓▓▓▓▓ then hired and paid circulators to collect petitions on behalf of your initiative and submitted the signed petitions to ▓▓▓▓ would then submit the petitions to your committee. Your committee, pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions to the local supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process. The law is clear that you as the petition sponsor shall account for all petition forms turned in by your agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla. Stat. and Rule 1S-2.009(8), F.A.C. Accordingly, the Department requests that your committee provide the Division of Elections an immediate accounting of any and all petition forms and correspondence provided to your committee by ▓▓▓▓▓▓▓▓▓▓ The accounting should include petition forms and correspondence submitted to your committee between the dates of May 8, 2023 to May 8, 2024. In addition to the above, as part of the accounting, you shall, within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by you or your agents or contractors.

- Copies of any and all documents or correspondence received by your committee from ▓▓▓▓▓▓▓▓▓▓ between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your committee to ▓▓▓▓▓▓▓▓▓ between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your committee collected by contractors or agents working on behalf of ▓▓▓▓▓▓▓▓ including any petitions turned in to your committee by another organization or contractor, such as ▓▓▓ etween the dates of May 8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your organization and ▓▓▓▓▓▓▓

If you fail to provide an accounting as required, the Department may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of fraudulent initiative petitions undermines public confidence in the initiative petition process and will not be tolerated in the State of Florida. The Department, through the Division of Elections

and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 16, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*Re: Demand for an Accounting Due to Violations of Initiative Petition Law*

VIA: E-MAIL

Dear Mr. Coxe:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your client – Floridians Protecting Freedom, Inc. The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing. In the past few months, paid petition circulators associated with your client have been arrested and charged with serious felonies. In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened over fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your client.     Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations. Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your client's contractors or subcontractors to your client. Your client then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your client's subcontractors paid individual circulators per petition collected, in violation of Florida law. One such organization, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ allegedly paid circulators collecting on your client's behalf ten dollars per signed petition. *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

649

the number of petition forms gathered). We understand that ████████████████████ ████advertised this arrangement on Facebook between August 2023 up through December 2023. Based on information and belief, ████████████████████ was contracting with █████ ████████████one of your client's primary contractors, to circulate petitions for the "Amendment to Limit Government Interference with Abortion." ████████████████then hired and paid circulators to collect petitions on behalf of your client's initiative and submitted the signed petitions to ████████would then submit the petitions to your client. Your client, pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions to the local supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process. The law is clear that your client as the petition sponsor shall account for all petition forms turned in by its agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla. Stat. and Rule 1S-2.009(8), F.A.C. Accordingly, the Department requests that your client provide the Division of Elections an immediate accounting of any and all petition forms and correspondence provided to your client by ████████████████████ The accounting should include petition forms and correspondence submitted to your client between the dates of May 8, 2023 to May 8, 2024. In addition to the above, as part of the accounting, you shall, within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by your client or their agents or contractors.

- Copies of any and all documents or correspondence received by your client from █████ ████████████████████between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your client to ████████ ████████████████between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your client collected by contractors or agents working on behalf of ████████████████████including any petitions turned in to your client by another organization or contractor, such as ██████between the dates of May 8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your client and █████ ████████████████████

If you fail to provide an accounting as required, the Department may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of fraudulent initiative petitions undermines public confidence in the initiative petition process and will not be tolerated in the State of Florida. The Department, through the Division of Elections and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

John A. DeVault, III
Henry M. Coxe III
Allan F. Brooke II
R.H. Farnell II
O. David Barksdale
Brian T. Coughlin
Ashley Wells Cox
Michael E. Lockamy
John G. Woodlee
R. Troy Smith
Lidija I. Barauskas
Sarah R. Niss



**BEDELL**

Bedell, Dittmar, DeVault,
Pillans & Coxe, P.A.
Attorneys at Law

The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202

(904) 353-0211 phone
www.bedellfirm.com

July 30, 2024

Florida Department of State
c/o Brad McVay, Deputy Director of State for
Legal Affairs and Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

     Re:   Response to Accounting Requests

Dear Mr. McVay:

     This is in response to your letters of June 24, 2024, and July 16, 2024 to Floridians Protecting Freedom ("FPF"), which we represent.

     We share a mutual respect for doing whatever ensures the integrity of the petition gathering process. FPF has paid in excess of $1.12 million in fees in order to confirm that the petitions are valid and believe that this has been a sound investment in the preservation of a fair voting process.

     We are always concerned when any suggestion is made that our efforts do not carefully track the requirements of Chapter 100, Florida Statutes, and applicable regulations. We promptly undertook an internal inquiry related to your concerns regarding ████████████████████████████████ This also included investigating an individual, as you suggested, named ██

     We have no formal or informal relationship with ██████████████ ███████████████████████████ and we do not have custody, possession or control of any records related to them. FPF is unaware of any petition gathering efforts performed on behalf of FPF by either of them. Nevertheless I have detailed by bullet point a response to your requests in both the June 24 and July 16 letters:

Brad McVay, Deputy Director
July 30, 2024
Page 2

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by you or your agents or contractors.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of any and all documents or correspondence received by your committee from ███████████████████████ between May 8, 2023 to May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of any and all documents or correspondence sent by your committee to ███████████████████████ between May 8, 2023 to May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of all petitions submitted to your committee collected by contractors or agents working on behalf of ████████████ including any petitions turned in to your committee by another organization or contractor, such as ████ between the dates of May 8, 2023 and May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request, other than petition copies provided to us by the Secretary of State, which have been submitted to ████ I assume that you do not need copies of materials already provided to us by your office.

- Copies of any and all contractual documents or agreements between your organization and ████████████████████████

  FPF does not have possession, custody, or control of any records responsive to this request.

Brad McVay, Deputy Director
July 30, 2024
Page 3

    We remain willing to cooperate in any fashion with the Florida Department of State to the extent we have possession of the materials requested. We trust that this letter makes clear that FPF has not engaged in any behavior which will compromise the integrity of this process.

    I look forward to hearing from you if there is anything further we can do.

           Sincerely,

           Henry M. Coxe III

HMC:

Appendix K: Illegal Payment Investigations



# FLORIDA DEPARTMENT *of* STATE

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

    *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 7/17/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED: FLORIDIANS PROTECTING FREEDOM, ET. AL.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

    Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

    Enclosed are interview transcripts from three witnesses who have alleged a fraudulent scheme to pay petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, one witness provided our office with screen shots of text message conversations, pay scales per signature/petition collected, and other evidence of criminality in furtherance of fraudulently promoting Initiative Amendment 23-07, the "Amendment to Limit Government Interference with Abortion." Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

656

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: (1) Transcripts of three unsworn interviews, and
           (2) Screen shots and other images provided by one witness.

cc: Brad McVay, Deputy Secretary of State.



## FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

   *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 8/4/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:  Floridians Protecting Freedom and Charles French,**
 **et. al.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

  Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.  Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

  Our office received this complaint and supporting documentation from an anonymous complainant.  Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in violation of Florida Statute § 104.186. Of note, one of the pay charts that is included in this referral has the title of the sponsoring organization for Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.*  Additionally, enclosed we have provided a list of names and contact numbers of

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

658

individuals – these individuals, as explained further in the paragraphs below, are a mixture of potential targets and potential witnesses.

The list contains two groupings of names. The first set of names, under the heading, "Witnesses: Subs/Subs of Subs:" are subcontractors or subcontractors of a subcontractor who are in the business of gathering petitions for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.* It is alleged that these individuals are paying initiative circulators per petition gathered for the above referenced Ballot Initiative, in violation of Florida law. Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals listed under the heading, Witnesses: Subs/Subs of Subs," that you utilize a confidential source or other undercover measures.

The second set of names on the list under the heading, "Petitioners," are individual petition circulators who are alleged to have been paid per petition collected for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.* It is unknown whether any of these individuals would be cooperative if contacted; none of the individuals are aware their names have been provided to our Office. Not much is known about these individuals outside of what is alleged (their employer allegedly paid them per petition collected). Although it does not appear 104.186, Fla. Stat., would be implicated for this set of individuals, the individuals, if cooperative, could be used as witnesses or as an evidence source for your investigation into the illegal payment scheme that is being alleged.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints related to this same ballot initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information over to you for you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the Director of the Office of Election Crimes and Security, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Page 2 of 3

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc: Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:** ▮▮▮▮▮▮▮ **et al.**
**COMPLAINANT: Florida Department of State**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

661

Interference with Abortion. It is alleged that these individuals are paying initiative circulators per petition gathered to collection petitions for the above referenced ballot initiative, in violation of Florida law.   Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals contained herein that you utilize a confidential source or other undercover measures.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints to you regarding the same initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information and list over to you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc:  Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:** ███████████████
**COMPLAINANT:** ███████████

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

Office of Election Crimes & Security
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

663

OECS also received a complaint form where ███████ forged the signature of a voter. This complaint form was submitted by the voter and provided notice that the voter did not sign the petition form provided by ████████████ actions are in clear violation of several Florida Statutes, including § 100.371(5), Initiatives, procedure for placement on ballot; False swearing, § 104.185; § 837.012, Perjury when not in an official proceeding; and § 817.155, Matters within jurisdiction of Department of State.

OECS asks you to prioritize resolution of this investigation. OECS has referred many 23-07 cases to you. OECS remains concerned that some petition circulators for this Initiative have very high invalid rates, and victims across Florida are having their information stolen and signatures forged.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Petition forms, petition circulator data sheets, and incident report via email.

cc: Brad McVay, Deputy Secretary of State.

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6212 (Fax) • DOS.MyFlorida.com**

664

Appendix L: PCI Corporate Filing

 **RESTATED ARTICLES OF INCORPORATION**

For Office Use Only

**-FILED-**

File No.: BA20241289922
Date Filed: 7/8/2024

ANGELO PAPARELLA hereby certifies that:

1.     He is the President and Secretary of PCI Consultants, Inc., a California corporation, California Entity Number 2602969.

2.     The Articles of Incorporation of this corporation are hereby amended and restated to read as follows:

"I.

The name of the corporation is:

PCI CAMPAIGNS, INC.

II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which the corporation is authorized to issue is 1,000,000.

IV.

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Any repeal or modification of the provisions of this Article IV shall not adversely affect any rights or protections to which the corporation's directors were entitled prior to such repeal or modification.

V.

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to this corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California

1

B2831-5686 07/08/2024 5:00 PM Received by California Secretary of State

Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Any repeal or modification of this Article V shall not adversely affect any rights or protections to which the Corporation's agents were entitled prior to such repeal or modification."

3.     The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the Board of Directors of the corporation.

4.     The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the required vote of the shareholders of the corporation.  The total number of outstanding shares of all classes of the corporation is Fifty Thousand (50,000).  The total number of shares voting in favor of the amendment equaled or exceeded the vote required, which percentage vote required was more than fifty percent (50%).

The undersigned declares under penalty of perjury under the laws of the State of California that the matters set forth in the foregoing certificate are true and correct of his own knowledge.

Dated: July 8 , 2024

ANGELO PAPARELLA
President and Secretary

B2831-5687 07/08/2024 5:00 PM Received by California Secretary of State

2

Appendix M: FPF Payments to PCI

Florida Department of State
Division of Elections

# Campaign Expenditures

**Floridians Protecting Freedom, Inc.**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
*About the Campaign Finance Data Base*

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip | Purpose | Typ Relmb |
|---|---|---|---|---|---|---|---|---|
| 2023 | M4 | 04/27/2023 | 54.00 | SYNOVUS | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2023 | M4 | 05/01/2023 | 1,666.00 | JULIANA CASAS DESIGNS LLC | 28 GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | NON |
| 2023 | M4 | 05/02/2023 | 53.79 | PARAGON | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | M4 | 05/02/2023 | 6.00 | PARAGON | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | M5 | 05/03/2023 | 8,000.00 | SPOTLIGHT STRATEGIES LLC | 910 S. MILLS AVE | ORLANDO, FL 32806 | FINANCE CONSULTING | NON |
| 2023 | M5 | 05/03/2023 | 250,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M5 | 05/15/2023 | 9,731.80 | RICHARD J. ... | 103 EAST COLLEGE AVE | TALLAHASSEE, FL 32301 | LEGAL SERVICES | NON |
| 2023 | M5 | 05/15/2023 | 1,650.00 | JULIANA CASAS DESIGNS LLC | 28 GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | NON |
| 2023 | M5 | 05/17/2023 | 4,229.48 | ACCURATE BUSINESS SYSTEMS, INC | 15725 N 15TH AVE | MIAMI GARDENS, FL 33169 | PRINTING | NON |
| 2023 | M5 | 05/17/2023 | 5.50 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2023 | M5 | 05/19/2023 | 1,750,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD, STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M5 | 05/25/2023 | 10,000.00 | NGP VAN/EVERYACTION | 655 15TH ST NW, STE 650 | WASHINGTON, DC 20005 | ADVERTISING | NON |
| 2023 | M5 | 05/26/2023 | 1,866.66 | LFTIOFF CAMPAIGNS LLC | 910 MELBOURNE AVE | SILVER SPRING, MD 20901 | AD CONSULTANT | NON |
| 2023 | M5 | 05/26/2023 | 197.56 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2023 | M5 | 05/30/2023 | 34,994.00 | SEDGWICK LUCY | 200 RIVERSIDE INDUSTRIAL PARKING | PORTLAND, ME 04103 | CHECK ORDER/SUPPLIES | NON |
| 2023 | M6 | 06/05/2023 | 5,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW, STE 814 | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | NON |
| 2023 | M6 | 06/02/2023 | 2,550.00 | NGP VAN/EVERYACTION | 655 15TH ST NW, STE 650 | WASHINGTON, DC 20005 | STRATEGIC CONSULTING | NON |
| 2023 | M6 | 06/07/2023 | 8,909.98 | SPOTLIGHT STRATEGIES LLC | 910 S. MILLS AVE | ORLANDO, FL 32806 | DATABASE MGMT | NON |
| 2023 | M6 | 06/09/2023 | 900,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/12/2023 | 10,000.00 | ZOOM | 55 ALMADEN BLVD SUITE 600, | SAN JOSE, CA 95113 | TELECONFERENCE FEE | NON |
| 2023 | M6 | 06/13/2023 | 4.80 | LFTIOFF CAMPAIGNS LLC | 910 MELBOURNE AVE | SILVER SPRING, MD 20901 | AD CONSULTANT | NON |
| 2023 | M6 | 06/15/2023 | 464,528.15 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 06/16/2023 | 3,833.33 | BRENZEL, LAUREN | 5983 STONELEIGH RD | WEST PALM BEACH, FL 33415 | CAMPAIGN MANAGER | NON |
| 2023 | M6 | 06/21/2023 | 372.75 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/21/2023 | 392.61 | HERTZ RENTAL CAR | 248 S. MILITARY TRAIL | ESTERO, FL 34135 | TRANSPORTATION | NON |
| 2023 | M6 | 06/26/2023 | 158.12 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/27/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | NON |
| 2023 | M6 | 07/27/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | NON |
| 2023 | M6 | 07/12/2023 | 45.83 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | M6 | 07/13/2023 | 259,000.00 | JOTFORM INC | 111 PINE ST, STE 1815 | SAN FRANCISCO, CA 94111 | SOFTWARE SUBSCRIPTION | NON |
| 2023 | M6 | 06/21/2023 | 39.00 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/28/2023 | 289.29 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | BANK FEES | NON |
| 2023 | M6 | 06/28/2023 | 233.24 | CHECKERLESS | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/29/2023 | 65,000.00 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2023 | M6 | 06/30/2023 | 137.89 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | M6 | 06/30/2023 | 210,900.78 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 07/03/2023 | 227.01 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/03/2023 | 33.79 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 07/03/2023 | 7,665.00 | LFTIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | PETITION GATHERING | NON |
| 2023 | Q3 | 07/03/2023 | 7,000.00 | LFTIOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | PETITION GATHERING | NON |
| 2023 | Q3 | 07/03/2023 | 2,887.09 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q3 | 07/03/2023 | 8,167.32 | PARAGON | 2141 E BROADWAY RD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | Q3 | 07/05/2023 | 11,356.25 | SEDGWICK LUCY | 655 15TH ST NW STE 650 | SAINT PETERSBURG, FL 33701 | CONSULTING | NON |
| 2023 | Q3 | 07/05/2023 | 10.27 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |

| Year | Q | Date | Amount | Payee | Address | City/State/ZIP | Category | Fund |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/06/2023 | 449.31 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2023 | Q3 | 07/05/2023 | 286.64 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/06/2023 | 396.43 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | HON |
| 2023 | Q3 | 07/06/2023 | 335,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | HON |
| 2023 | Q3 | 07/07/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | HON |
| 2023 | Q3 | 07/07/2023 | 321.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/10/2023 | 8.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/10/2023 | 6.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 52.38 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 114.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 118.80 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 2,423.93 | ODP BUSINESS SOLUTIONS | | | SHIPPING | HON |
| 2023 | Q3 | 07/10/2023 | 9.40 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/10/2023 | 0.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/11/2023 | 11,402.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | HON |
| 2023 | Q3 | 07/11/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | HON |
| 2023 | Q3 | 07/12/2023 | 1.50 | DESOTO COUNTY SUPERVISOR OF ELECT | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/12/2023 | 105.00 | IDEALIST ORG | 389 5TH AVE | NEW YORK, NY | JOB POSTING | HON |
| 2023 | Q3 | 07/12/2023 | 105.69 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/12/2023 | 22.96 | COLUMBIA COUNTY SUPERVISOR OF | | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 42.38 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | HON |
| 2023 | Q3 | 07/13/2023 | 0.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 16.56 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 39.01 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 1.40 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 0.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 0.30 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 2.50 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 2.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | BUSHNELL, FL 33513 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | | OSCEOLA COUNTY SUPERVISOR OF EL | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 13,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | HON |
| 2023 | Q3 | 07/13/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | HON |
| 2023 | Q3 | 07/13/2023 | 728.15 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | HON |
| 2023 | Q3 | 07/13/2023 | 1.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | HON |
| 2023 | Q3 | 07/13/2023 | 9.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | 5.68 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/13/2023 | | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/14/2023 | | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/14/2023 | 11.35 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/14/2023 | 94.38 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/14/2023 | 1,349.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | HON |
| 2023 | Q3 | 07/17/2023 | | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/17/2023 | | HILLSBOROUGH COUNTY SUPERVISOR OF | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/17/2023 | | MICHELLE L. BLOWN AND POWELL, P.A. | | TALLAHASSEE, FL 32302 | LEGAL SERVICES | HON |
| 2023 | Q3 | 07/17/2023 | 139,148.41 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | HON |
| 2023 | Q3 | 07/18/2023 | 133.41 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/18/2023 | 1.28 | BREVARD COUNTY SOE | 2700 W 87TH? | MELBOURNE, FL 32901 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 216.48 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/19/2023 | 262.97 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/19/2023 | 94.38 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q3 | 07/19/2023 | 0.46 | HIGHLANDS COUNTY SOE | | SEBRING, FL | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 1.95 | HILLSBOROUGH COUNTY SOE | | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 0.94 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 43.86 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 116.66 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 1.62 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 169.20 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/19/2023 | 2.91 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | HON |
| 2023 | Q3 | 07/21/2023 | 90.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/21/2023 | 170,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | Q3 | 07/24/2023 | 154.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/24/2023 | 33.66 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/25/2023 | 8.57 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 6.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 2.82 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 65.96 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 12.30 | PASCO COUNTY SUPERVISOR OF ELE | 2300 JELD BRONSON MEMORIAL HWY | DADE CITY, FL 33525 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 188.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 1.94 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 1.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/26/2023 | 35.87 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/26/2023 | 45,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | FUNDRAISING | MON |
| 2023 | Q3 | 07/27/2023 | 485.88 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | Q3 | 07/27/2023 | 4,202.50 | JOTFORM INC | 111 PINE ST STE 1815 | SAN FRANCISCO, CA 94111 | MERCHANT FEES | MON |
| 2023 | Q3 | 07/27/2023 | 525.60 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02101 | MERCHANT FEES | MON |
| 2023 | Q3 | 07/31/2023 | 238.50 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE A | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 14.50 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 7.65 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 39.00 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,725.44 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4,743.30 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 2.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 274.41 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 54.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 311.88 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 87.89 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 89.70 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.25 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3.45 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4,988.50 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 345.48 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 82.56 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/31/2023 | 54.50 | FLAGLER COUNTY SOE | 1769 E MOODY BLVD | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 2.10 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 58.80 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 9.90 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3.60 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.98 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.98 | HARDEE COUNTY SOE | 311 N MILLS AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 214.79 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 12.30 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 18.30 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,575.65 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.35 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 24.00 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 74.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 16.25 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.60 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,375.18 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,094.48 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,929.48 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.00 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 310.40 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.99 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,808.72 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 121.60 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category |
|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/31/2023 | 42.25 | PUTNAM COUNTY SOE | 2589 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 133.30 | SANTA ROSA COUNTY SUP OF ELEC | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 1,275.80 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 1,534.54 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 310.75 | ST. JOHNS COUNTY SUP OF ELEC | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 618.80 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 893.60 | SUMTER COUNTY SOE | 7375 POWELL RD STE 142 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 86.60 | SUMTER COUNTY SUP OF ELEC | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 8.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 10.92 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 5.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 1,555.01 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 47.10 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT 2 | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 2023 | Q3 | 07/31/2023 | 8.50 | WASHINGTON COUNTY SOE | 571 E NELSON AVE | CHIPLEY, FL 32428 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 6,340.30 | BREVARD COUNTY SUPERVISOR OF EL | | MELBOURNE, FL 32901 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 2.56 | BROWARD COUNTY SUPERVISOR OF EL | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 3.88 | BROWARD COUNTY SUPERVISOR OF EL | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 0.20 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 88.77 | CHARLOTTE COUNTY SUPERVISOR OF E | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 0.78 | LAKE COUNTY SOE | | TAVARES, FL 32778 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 3.76 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 53.35 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 2.96 | OSCEOLA COUNTY SOE | E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 2,338.59 | PINELLAS COUNTY SOE | 13801 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 168.30 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/02/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE |
| 2023 | Q3 | 08/02/2023 | 10,427.81 | GA STRATEGIES | | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTING |
| 2023 | Q3 | 08/02/2023 | 225,000.00 | PCI CONSULTING, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | FUNDRAISING CONSULTING |
| 2023 | Q3 | 08/02/2023 | 0.94 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/04/2023 | 5,027.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING |
| 2023 | Q3 | 08/07/2023 | 371.77 | CHARLOTTE COUNTY SUPERVISOR OF EL | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 101.70 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 444.35 | COLLIER COUNTY SUPERVISOR OF | 3758 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 102.93 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 104 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 71.40 | COLUMBIA COUNTY SUPERVISOR OF EL | 971 W DUVAL ST STE 104 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 8.75 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 4.40 | DIXIE COUNTY SOE | 229 NE 351 HWY STE 1 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,292.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 150.59 | FEDEX | PO BOX 94515 | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/07/2023 | 26.07 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/07/2023 | 72.60 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 47.27 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/07/2023 | 42.98 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 2.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 4.50 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 3.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 3.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 12.98 | HENDRY COUNTY SOE | | LABELLE, FL 33975 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 187.53 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 37.53 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 4,804.10 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 128.15 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION |

| Year | Q | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/07/2023 | 63.60 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 17.00 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1.20 | LAFAYETTE COUNTY SOE | 120 N MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 702.55 | LEE COUNTY SOE | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,275.75 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 2,135.28 | LEON COUNTY SUPERVISOR OF ELEC | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 30.00 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 3.75 | LIBERTY COUNTY SOE | 10818 NW MAIN ST | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 29.27 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 902.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,191.24 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 89.80 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 4,099.71 | MEYER, BLOHM AND POWELL, P.A. | PO BOX 1547 | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2023 | Q3 | 08/07/2023 | 2.80 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 32.85 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 92.15 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 2,887.80 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q3 | 08/07/2023 | 14.40 | OKALOOSA COUNTY SUPERVISOR O | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 886.00 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 269.50 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 45.00 | OSCEOLA COUNTY SUPERVISOR OF | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 14.50 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 35.10 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 5,975.52 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,338.50 | PUTNAM COUNTY SOE | PO BOX 1843 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,985.40 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 49.40 | SARASOTA COUNTY SOE | 2500 CRILL AVE STE 900 | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/09/2023 | 208.12 | SEMINOLE COUNTY SOE | 101 S WASHINGTON BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/10/2023 | 1,263.50 | ST. JOHNS COUNTY SUPERVISOR | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/10/2023 | 1.20 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/11/2023 | 866.00 | SUMTER COUNTY SOE | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/14/2023 | 45.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/14/2023 | 14,000.00 | THE MATTSON GROUP | 415 N BYRON BUTLER PKWY | PERRY, FL 32347 | VOTER DATA | NON |
| 2023 | Q3 | 08/07/2023 | 35.10 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/07/2023 | 1,863.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 44.40 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 2.80 | WASHINGTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE C | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 47.93 | BREVARD COUNTY SOE | PO BOX 410810 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 3.84 | BREVARD COUNTY SOE | PO BOX 410810 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/10/2023 | 2.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/10/2023 | 250.26 | BREVARD COUNTY SOE | PO BOX 289 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/18/2023 | 58.20 | ORANGE COUNTY SOE | PO BOX 289 | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/18/2023 | 124.40 | OSCEOLA COUNTY SOE | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/18/2023 | 176.40 | POLK COUNTY SOE | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 3.75 | VOLUSIA COUNTY SOE | 1758 S WOODLAND BLVD | MIAMI, FL 33186 | PAYROLL | NON |
| 2023 | Q3 | 08/15/2023 | 11.25 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/15/2023 | 51.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 72.86 | FEDEX | 13380 SW 128TH ST | MEMPHIS, TN 38120 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/14/2023 | 46.00 | MIAMI PAYROLL CENTER | 13380 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q3 | 08/15/2023 | 2.56 | BREVARD COUNTY SOE | PO BOX 410810 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 0.25 | HIDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 0.25 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 1.08 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 13,607.52 | MIAMI PAYROLL CENTER | 13380 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | NON |
| 2023 | Q3 | 08/15/2023 | 497.25 | MIAMI PAYROLL CENTER | 13380 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q3 | 08/15/2023 | 8.94 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | SALARIES | NON |
| 2023 | Q3 | 08/15/2023 | 33.95 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/16/2023 | 136.00 | OSCEOLA COUNTY SOE | 2790 NW 87TH AVE | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/17/2023 | 138.60 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/18/2023 | 1.94 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/15/2023 | 1.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 51.50 | VOLUSIA COUNTY SOE | 1200 KLENE ST GATE 7 | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 165.15 | SLOPES.COM | 4948 S ROLLING GREEN AVE STE 102 | EAST SYRACUSE, NY 13057 | SUPPLIES | NON |
| 2023 | Q3 | 08/22/2023 | 40.81 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 1.08 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 45.59 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/18/2023 | **255,000.00** | **PCI CONSULTANTS, INC.** | 942 SHADY GROVE RD S | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 08/18/2023 | 10.37 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 08/22/2023 | 2.34 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 08/22/2023 | 72.59 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | PETITION GATHERING | NON |
| 2023 | Q3 | 08/22/2023 | 45.59 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |

| Year | Q | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/22/2023 | 130.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 11.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 52.37 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 37.47 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2023 | Q3 | 08/22/2023 | 37.47 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2023 | Q3 | 08/22/2023 | 21.49 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/23/2023 | 213.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/23/2023 | 29.57 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 08/25/2023 | 161.31 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 08/25/2023 | 3,500.00 | NRG CONSULTING GROUP | 62 CYPRESS ST | NEWTON CENTER, MA 02459 | CONSULTING | MON |
| 2023 | Q3 | 08/25/2023 | 50,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | Q3 | 08/28/2023 | 185.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/28/2023 | 39.00 | 3VYROWS INC | 2100 THOMPSON ST | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | MON |
| 2023 | Q3 | 08/28/2023 | 4930.29 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | Q3 | 08/29/2023 | 289.72 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/29/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 5.90 | NASSAU COUNTY SUPERVISOR OF ELECT | 96135 NASSAU PLACE | FERNANDINA BEACH, FL 32034 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 52.38 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 161.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 1.92 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 36.45 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 3.88 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 339.01 | VIRGIN HOTEL | 4455 PARADISE RD | LAS VEGAS, NV 89169 | LODGING | MON |
| 2023 | Q3 | 08/29/2023 | 1.50 | VOLUSIA COUNTY SOE | PO BOX 1479 | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/30/2023 | 29.50 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/30/2023 | 53.19 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEES | MON |
| 2023 | Q3 | 08/31/2023 | 13,222.07 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q3 | 08/31/2023 | 46.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q3 | 08/31/2023 | 497.25 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | MERCHANT FEES | MON |
| 2023 | Q3 | 08/31/2023 | 438.40 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2023 | Q3 | 09/01/2023 | 1.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/01/2023 | 1.58 | PASCO COUNTY SUPERVISOR OF ELE | | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/01/2023 | 1.34 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/01/2023 | 758.16 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q3 | 09/01/2023 | 11.10 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/05/2023 | 159,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 09/05/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2023 | Q3 | 09/05/2023 | 226.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/05/2023 | 23.51 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/05/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q3 | 09/06/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q3 | 09/06/2023 | 5,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2023 | Q3 | 09/06/2023 | 1.28 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | TITUSVILLE, FL 32781 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 0.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 145.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/06/2023 | 9.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 5,000.00 | LITFOFF CAMPAIGNS LLC | 660 E MELBOURNE AVE | MELBOURNE, FL 32941 | FUNDRAISING | MON |
| 2023 | Q3 | 09/06/2023 | 1.88 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 29.10 | ORANGE COUNTY SOE | 119 W KALEY ST | ORLANDO, FL 32801 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 132.30 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/07/2023 | 104.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/07/2023 | 6.97 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/08/2023 | 0.75 | VOLUSIA COUNTY SOE | PO BOX 1479 | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/08/2023 | 12.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/08/2023 | 10,000.00 | LITFOFF CAMPAIGNS LLC | 660 E MELBOURNE AVE | MELBOURNE, FL 32941 | FUNDRAISING | MON |
| 2023 | Q3 | 09/08/2023 | 7,740.94 | LITFOFF CAMPAIGNS LLC | 660 E MELBOURNE AVE | MELBOURNE, FL 32941 | FUNDRAISING | MON |
| 2023 | Q3 | 09/11/2023 | 3,541.13 | ODP BUSINESS SOLUTIONS | | SILVER SPRING, MD 20901 | PRINTING | MON |
| 2023 | Q3 | 09/11/2023 | 250,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 09/12/2023 | 10,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 09/12/2023 | 151.26 | SEDGWICK LUCY | 119 8TH AVE | SIOUX FALLS, SD 57117 | PETITION GATHERING | MON |
| 2023 | Q3 | 09/12/2023 | 115.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/13/2023 | 200,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 09/13/2023 | 218.70 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | SHIPPING | MON |
| 2023 | Q3 | 09/13/2023 | 169.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/13/2023 | 35.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | | 65.89 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |

| Year | Qtr | Date | Amount | Payee | Address | City/State ZIP | Category | Flag |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 09/14/2023 | 31.33 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/14/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q3 | 09/14/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEES | NON |
| 2023 | Q3 | 09/14/2023 | 497.12 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q3 | 09/15/2023 | 295,858.97 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | NON |
| 2023 | Q3 | 09/14/2023 | 10,000.99 | BERGER HIRSCHBERG STRATEGIES INC. | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q3 | 09/13/2023 | 76.22 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/13/2023 | 98,334.63 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/13/2023 | 2.16 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 3,240.06 | MEYER, BLUHM AND POWELL, P.A. | PO BOX 1547 | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2023 | Q3 | 09/13/2023 | 1.94 | BROWARD COUNTY SUPERVISOR OF ELE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 0.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 0.47 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 3.90 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 3.90 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 0.75 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2578 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 314.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 0.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/13/2023 | 400,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/13/2023 | 95.66 | ORANGE COUNTY SOE | PO BOX 1479 | ORLANDO, FL 32801 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/20/2023 | 159.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/19/2023 | 25.89 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/21/2023 | 101.30 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/21/2023 | 26.52 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/21/2023 | 19.62 | ARLO WYNWOOD MIAMI | 2217 NW MIAMI CT | MIAMI, FL 33127 | LODGING | NON |
| 2023 | Q3 | 09/22/2023 | 82.88 | ENTERPRISES RENT A CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q3 | 09/22/2023 | 24.91 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/22/2023 | 125.63 | HILTON | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | NON |
| 2023 | Q3 | 09/22/2023 | -56.89 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NON |
| 2023 | Q3 | 09/22/2023 | 35.00 | SOCIAL CHAMP | SUNSET LAKE RD | NEWARK, DE 19702 | SOCIAL MEDIA | NON |
| 2023 | Q3 | 09/22/2023 | 20.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/26/2023 | 4.85 | BROWARD COUNTY SUPERVISOR OF ELE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 0.96 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.55 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.88 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 65.96 | ORANGE COUNTY SOE | PO BOX 1479 | ORLANDO, FL 32801 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 213.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 2.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.75 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 178.93 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34237 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 11.76 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/27/2023 | 35.35 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/28/2023 | 39.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/28/2023 | 5,000.00 | JOTFORM INC. | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q3 | 09/28/2023 | 12,500.00 | LTTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | DELAND, FL 32720 | FUNDRAISING | NON |
| 2023 | Q3 | 09/28/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q3 | 09/28/2023 | | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q3 | 09/28/2023 | 493,465.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/30/2023 | 1,558.94 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | FUNDRAISING | NON |
| 2023 | Q3 | 09/30/2023 | 46.00 | LTTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | DELAND, FL 32720 | MERCHANT FEES | NON |
| 2023 | Q3 | 09/30/2023 | 134.96 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q4 | 10/02/2023 | 25.35 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/02/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/02/2023 | 7.77 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/03/2023 | 20,940.35 | NGP VAN, INC. | | TEMPE, AZ 85282 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/03/2023 | 3,000.94 | LTFTOFF CAMPAIGNS LLC | | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/04/2023 | 40.55 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/04/2023 | 39.05 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2023 | Q4 | 10/04/2023 | 151.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q4 | 10/05/2023 | 5.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE 300 | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 5.55 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 4.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 889.60 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2,452.65 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 32.90 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 144.44 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 31.95 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.20 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 5.00 | DESOTO COUNTY SUPERVISOR OF | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.50 | DIXIE COUNTY SOE | PO BOX 4198 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2,073.60 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST FL 2 | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.75 | ESCAMBIA COUNTY SUPERVISOR OF EL | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 25.13 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 32.55 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 8.30 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GILCHRIST COUNTY SOE | 112 S MAIN ST | TRENTON, FL 32693 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.35 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.00 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 5.70 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2.70 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 5.70 | HERNANDO COUNTY SUPERVISOR OF | 16260 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2.88 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 475.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.00 | HOLMES COUNTY SUP OF ELECTIONS | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 23.46 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2.20 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 226.98 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 97.20 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 530.46 | LEON COUNTY SUPERVISOR OF | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 4.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.26 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 101.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 459.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1.00 | MARTIN COUNTY SOE | 2799 NW MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 27.45 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 98.80 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 1,614.62 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 8.25 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | HON |
| 2023 | Q4 | 10/05/2023 | 5.17 | OKALOOSA COUNTY SUP OF ELECT | 1250 N EGLIN PKWY STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2,349.34 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 84.80 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 2,155.28 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 967.95 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 410.40 | PASCO COUNTY SUPERVISOR OF ELE | 13081 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 22.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 18.79 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 787.64 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 320.10 | SARASOTA COUNTY SOE | PO BOX 4194 | SARASOTA, FL 34230 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 178.40 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 66.50 | ST. JOHNS COUNTY SUPERVISOR | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.75 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 366.75 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 5.20 | TAYLOR COUNTY SOE | 433 PINE AVE SE | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 46.52 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 0.75 | VOLUSIA COUNTY SOE | PO BOX 1479 | DELAND, FL 32721 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 174.04 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/05/2023 | 55.65 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/06/2023 | 14,740.94 | LITTOFF CAMPAIGNS LLC | 1759 S WOODLAND BLVD | DELAND, FL 32720 | FUNDRAISING CONSULTING | HON |
| 2023 | Q4 | 10/06/2023 | 409,000.00 | PCI CONSULTANTS, INC. | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | PETITION GATHERING | HON |
| 2023 | Q4 | 10/09/2023 | 23.46 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | HON |
| 2023 | Q4 | 10/09/2023 | 24.36 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | HON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Method |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/09/2023 | 36.04 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q4 | 10/09/2023 | 86.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q4 | 10/11/2023 | 189.70 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | SHIPPING | MON |
| 2023 | Q4 | 10/11/2023 | 15.99 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q4 | 10/11/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q4 | 10/11/2023 | 46.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 10/11/2023 | 497.25 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 10/13/2023 | 734.40 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 11.60 | BAKER COUNTY SOE | 32 N 5TH ST | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 49.20 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 990.72 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 4,823.81 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 35.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 44.55 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 155.68 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 785.68 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 86.55 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 36.00 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 37.50 | COLUMBIA COUNTY SUPERVISOR OF EL | 971 W DUVAL ST STE 104 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 2.30 | DIXIE COUNTY SOE | PO BOX 2057 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 482.35 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 0.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 2.80 | GILCHRIST COUNTY SUPERVISOR OF EL | 112 S MAIN ST | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 2.25 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 6.80 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 0.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 158.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 3.60 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 61.50 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 7.00 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 1,837.60 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 32.75 | HOLMES COUNTY SUP OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 14.00 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 6.75 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 2.40 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 6.75 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 266.40 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 1,890.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 15.40 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 6.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 235.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 10.00 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 3.29 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 1,622.16 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 25.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 4,604.54 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 24.30 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 91.20 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 4,148.60 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 2,746.56 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 60,000.00 | PASCO COUNTY SUPERVISOR OF ELE | 14100 57TH ST | DADE CITY, FL 33523-3409 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 10/13/2023 | 2,941.92 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 1,253.85 | PUTNAM COUNTY SOE | PO BOX 1058 | PALATKA, FL 32178 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 191.36 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE 900 | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 139.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 1,312.41 | SEMINOLE COUNTY SUP OF ELECT | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 296.06 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 21.58 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 7.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 4.16 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/13/2023 | 3.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |

| Year | Q | Date | Amount | Name | Address | City, State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/13/2023 | 657.00 | GULF COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/13/2023 | 25.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/13/2023 | 2.76 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 1.20 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 6.40 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 45.59 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.90 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 528.56 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 1.80 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.50 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.25 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 2.34 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.45 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 47.04 | LEON COUNTY SOE | 2990 APALACHEE PKWY W 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 1.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.43 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 75.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.10 | OKALOOSA COUNTY SUPERVISOR OF E | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 54.32 | ORANGE COUNTY SOE | PO BOX 562005 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 2.08 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 10.56 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 3.80 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 1.30 | PUTNAM COUNTY SOE | PO BOX 1479 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.43 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 9.70 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.50 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 1.60 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 2.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/16/2023 | 0.40 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/17/2023 | 361.66 | APPLE | 1 APPLE PARK WAY | CUPERTINO, CA 95014 | SUPPLIES | MOM |
| 2023 | Q4 | 10/17/2023 | 530.00 | TATANGO | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | TEXT MESSAGING | MOM |
| 2023 | Q4 | 10/17/2023 | 2,500.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | VOTER DATA | MOM |
| 2023 | Q4 | 10/19/2023 | 900.90 | ALACHUA COUNTY SUPERVISOR | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | TOLLS | MOM |
| 2023 | Q4 | 10/19/2023 | 111.75 | BAY COUNTY SUPERVISOR OF E | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 29.60 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 2,234.88 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 7,237.84 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 4.99 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 54.00 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 553.84 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 158.87 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 3.20 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 59.30 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 1.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 3.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 6.20 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 87.42 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 10.80 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 3,440.43 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 78.75 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 44.50 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MOM |
| 2023 | Q4 | 10/19/2023 | 2.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MOM |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Flag |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/19/2023 | 854.80 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 325.80 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,407.80 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2.75 | LIBERTY COUNTY SUPERVISOR OF ELEC | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 4.68 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 332.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,593.36 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 13.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 6,607.26 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 148.60 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 15.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,556.00 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 74.50 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 332.00 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 365.60 | OSCEOLA COUNTY SUPERVISOR OF | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,892.26 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2,645.10 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,566.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 121.55 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 159.09 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 414.90 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2,684.60 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | SAINT AUGUSTINE, FL 32085 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 733.70 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 509.20 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 4.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 17.55 | TAYLOR COUNTY SOE | 433 N CLARK ST | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 6.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,378.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/20/2023 | 152.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/20/2023 | 49.20 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/20/2023 | 14.00 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 2 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/23/2023 | 94.90 | AMERICAN AIRLINES | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | AIRFARE | NON |
| 2023 | Q4 | 10/23/2023 | 50,000.00 | PCT CONSULTANTS, INC. | | SAN FRANCISCO, CA 94103 | CONSULTING | NON |
| 2023 | Q4 | 10/23/2023 | 15,198.00 | | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/24/2023 | 300,000.00 | PCT CONSULTANTS, INC. | | SAN FRANCISCO, CA 94103 | CONSULTING | NON |
| 2023 | Q4 | 10/24/2023 | 3,208.50 | | 1625 MASSACHUSETTS AVE NW STE A | WASHINGTON, DC 20036 | LEGAL SERVICES | NON |
| 2023 | Q4 | 10/24/2023 | 9,500.60 | THE MATTSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | VOTER DATA | NON |
| 2023 | Q4 | 10/24/2023 | 587.80 | | | | AIRFARE | NON |
| 2023 | Q4 | 10/24/2023 | 133.23 | | | | INSURANCE | NON |
| 2023 | Q4 | 10/24/2023 | 34.24 | AMERICAN AIRLINES | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | AIRFARE | NON |
| 2023 | Q4 | 10/24/2023 | 30.73 | ALLIANZ TRAVEL INSURANCE | | | INSURANCE | NON |
| 2023 | Q4 | 10/25/2023 | 652.20 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/25/2023 | 83.55 | BAY COUNTY SOE | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/25/2023 | 21.00 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/25/2023 | 2,538.56 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 7,856.03 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 82.72 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.75 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 641.24 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 212.44 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 87.60 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1.60 | DIXIE COUNTY SOE | PO BOX 2057 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 5,641.92 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 298.65 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 114.00 | FLAGLER COUNTY SOE | 1769 E MOODY BLVD BLDG 2 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 40.50 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.70 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 4.95 | GLADES COUNTY SOE | 401 LONG AVE | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 4.35 | GULF COUNTY SOE | PO BOX 668 | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 4.35 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.00 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 12.90 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 136.77 | HERNANDO COUNTY SOE | 16240 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 16.40 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Description | MON |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/26/2023 | 3,798.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 26.00 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 53.60 | RIVER COUNTY SOE | 4305 NE 2ND ST | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 76.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 13.50 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 1,012.44 | LAKE COUNTY SOE | 120 W MAIN ST # 129 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2.80 | LAFAYETTE COUNTY SOE | PO BOX 457 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2.25 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 3.90 | MADISON COUNTY SOE | 229 SW PINCKNEY ST FL 3 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2,037.84 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 25.40 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 3.90 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | ORLANDO, FL 32806 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2.25 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE MARTIN LUTHER KING JR BLVD | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2,673.60 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 334.50 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 71.55 | ORANGE COUNTY SOE | PO BOX 562003 | DORAL, FL 33172 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 10/26/2023 | 17.55 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 14.60 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 289 | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 21.15 | PINELLAS COUNTY SOE | 13601 STARKEY RD | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 7,788.50 | POLK COUNTY SOE | PO BOX 1460 | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 480.40 | PLANT CITY | 2309 NW 16TH AVE STE 900 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 2,573.60 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | PLANT CITY, FL 33563 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 1,100.25 | PASCO COUNTY SUPERVISOR OF ELE | 101 S WASHINGTON BLVD | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/26/2023 | 200,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | SARASOTA, FL 34236 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 10/27/2023 | 3,712.23 | PINELLAS COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/27/2023 | 2,359.00 | POLK COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/27/2023 | 102.77 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/27/2023 | 403.00 | SARASOTA COUNTY SOE | 7375 POWELL RD STE 125 | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 2,392.02 | SEMINOLE COUNTY SOE | 302 PINE AVE SW | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 608.30 | ST. JOHNS COUNTY SOE | 433 N BYRON BUTLER PKWY | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 149.00 | SUWANNEE COUNTY SUPERVISOR OF | 175 W MAIN ST | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 19.50 | SUWANNEE COUNTY SUPERVISOR OF | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 14.56 | TAYLOR COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/30/2023 | 8.75 | UNION COUNTY SOE | 1424 JACKSON AVE STE 5 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 225,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 10/31/2023 | 6.40 | WASHINGTON COUNTY SOE | PO BOX 548 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 32.50 | WALTON COUNTY SUPERVISOR OF EL | 571 US HIGHWAY 90 E | SEATTLE, WA 98101 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/27/2023 | 740.94 | TATANGO | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | TEXT MESSAGING | MON |
| 2023 | Q4 | 10/31/2023 | 122.22 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 26.88 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 20.00 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 10/30/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 10/30/2023 | 46.60 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q4 | 10/30/2023 | 185.60 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 10/31/2023 | 51.06 | FEDEX | 942 SHADY GROVE RD S | SOMERVILLE, TN 38134 | SHIPPING | MON |
| 2023 | Q4 | 10/31/2023 | 45.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q4 | 10/31/2023 | 94.40 | FEDEX | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | POSTAGE | MON |
| 2023 | Q4 | 10/31/2023 | 2,887.00 | NGP VAN/EVERYACTION | 265 FRANKLIN ST FL 3 | CALABASAS, CA 91302 | DATABASE MANAGEMENT | MON |
| 2023 | Q4 | 10/31/2023 | 1750.00 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q4 | 11/01/2023 | 95,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 11/01/2023 | 87.80 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 69.15 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 1,211.18 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q4 | 11/02/2023 | 1,060.00 | TATANGO | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | TEXT MESSAGING | MON |
| 2023 | Q4 | 11/02/2023 | 35.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 3,125.76 | BREVARD COUNTY SOE | PO BOX 410033 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 9,081.14 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 108.10 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 148.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 919.08 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 357.20 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/02/2023 | 34.20 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category |
|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/02/2023 | 4.50 | DESOTO COUNTY SOE | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 3.10 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 7,203.84 | DUVAL COUNTY SUPERVISOR OF EL | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 4,099.14 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 188.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 25.15 | FLORIDA BLUE | PO BOX 45296 | JACKSONVILLE, FL 32232 | INSURANCE |
| 2023 | Q4 | 11/02/2023 | 556.22 | FLORIDA BLUE | PO BOX 45296 | JACKSONVILLE, FL 32246 | INSURANCE |
| 2023 | Q4 | 11/02/2023 | 1.40 | FRANKLIN COUNTY SUPERVISOR OF EL | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 47.14 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2.80 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2.70 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 1.75 | GULF COUNTY SOE | 1000 5TH AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2.00 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 13.00 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 19.00 | HERNANDO COUNTY SOE | 401 LONG AVE | BROOKSVILLE, FL 34601 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 13.80 | HIGHLANDS COUNTY SOE | 1624 SPRING HILL DR | SEBRING, FL 33870 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 3,972.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 4.25 | LIBERTY COUNTY SOE | PO BOX 597 | BRISTOL, FL 32321 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 85.75 | INDIAN RIVER COUNTY SUPERVISOR | 2200 58TH AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 342.50 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 23.75 | JEFFERSON COUNTY SUPERVISOR | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 17.50 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 7.20 | LAFAYETTE COUNTY SOE | PO BOX 457 | MAYO, FL 32066 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 1,443.10 | LAKE COUNTY SUPERVISOR OF ELECT | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 839.20 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2,039.52 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 33.80 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 259.25 | NASSAU COUNTY SOE | 96135 NASSAU PL STE F | YULEE, FL 32097 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 47.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 6,305.52 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 231.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 1,115.64 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 15.90 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 19.10 | OKALOOSA COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 9,045.50 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 704.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 4,058.20 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 822.75 | PASCO COUNTY SUPERVISOR OF ELE | 14236 BROADWAY RD STE 202 | DADE CITY, FL 33526 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 5,385.15 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 4,216.86 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2,983.50 | PUTNAM COUNTY SOE | 2509 CROSBY AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 187.91 | SANTA ROSA COUNTY SUPERVISOR OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 334.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2,498.72 | SEMINOLE COUNTY SUPERVISOR OF ELECT | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 402.05 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 179.00 | ST. LUCIE COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 8.00 | SUMTER COUNTY SUPERVISOR OF EL | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 179.00 | SUWANNEE COUNTY SUPERVISOR OF ELE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 31.72 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 12.00 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 2,250.00 | VOLUSIA COUNTY SUPERVISOR OF ELE | 1750 S KEPLER RD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 55.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 33.00 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/02/2023 | 8.90 | WASHINGTON COUNTY SUPERVISOR OF ELE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/07/2023 | 18.70 | 3OFORM INC | 600 CORPORATE PARK DR | SAINT LOUIS, FL 63105 | PETITIONS VERIFICATION |
| 2023 | Q4 | 11/07/2023 | 39.00 | 3OFORM INC | 600 CORPORATE PARK DR | SAINT LOUIS, FL 63105 | SUBSCRIPTIONS |
| 2023 | Q4 | 11/06/2023 | **100,000.00** | **PCI CONSULTANTS, INC.** | 4 EMBARCADERO CTR STE 700 | SAN FRANCISCO, CA 94111 | PETITIONS GATHERING |
| 2023 | Q4 | 11/07/2023 | **100,000.00** | **PCI CONSULTANTS, INC.** | 4 EMBARCADERO CTR STE 700 | SAN FRANCISCO, CA 94111 | PETITIONS GATHERING |
| 2023 | Q4 | 11/09/2023 | 489.92 | ASHLEIGH HUFFMAN | 2025 PERZANCE ST | CALABASAS, CA 91302 | MILEAGE |
| 2023 | Q4 | 11/09/2023 | 234.06 | ENTERPRISE RENT-A-CAR | 2025 PERZANCE ST | CALABASAS, CA 91302 | TOLLS |
| 2023 | Q4 | 11/09/2023 | 2.75 | HERTZ | 226 TAYLOR ST STE 102 | | TOLLS |
| 2023 | Q4 | 11/09/2023 | 118.36 | CITRUS COUNTY SUPERVISOR OF EL | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/09/2023 | 458.16 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 388.32 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 283.50 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1.70 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 5,328.96 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 464.20 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 283.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 4.89 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 3.59 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 3.25 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 4.80 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 14.40 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 12.60 | HERNANDO COUNTY SOE | 16204 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 4,837.75 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 194.50 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 73.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 14.80 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 5,000.00 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 26.00 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 2,107.56 | LAFAYETTE COUNTY SOE | PO BOX 457 | MAYO, FL 32066 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,465.20 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD STE A | TAVARES, FL 32778 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,739.40 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32314 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 21.84 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 521.50 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 2,694.60 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | MDM |
| 2023 | Q4 | 11/09/2023 | 6,088.10 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 332.10 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 155.75 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 794.40 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 4,498.56 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 2,269.08 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 535.70 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 3,269.70 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 194.35 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,468.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 328.10 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,278.80 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 6.70 | PINELLAS COUNTY SOE. | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 2,288.25 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 194.35 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,468.00 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 328.10 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 535.70 | ST. JOHNS COUNTY SUPERVISOR OF | PO BOX 4479 | ST AUGUSTINE, FL 32085 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 1,278.80 | ST. LUCIE COUNTY SOE | 4455 AVENUE A STE 101 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 328.10 | SUMTER COUNTY SUPERVISOR OF EL | 4132 OKEECHOBEE RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 6.76 | TAYLOR COUNTY SOE | 7375 POWELL RD STE 125 | PERRY, FL 32348 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 2,288.25 | UNION COUNTY SOE | 433 W BYRON BUTLER PKWY | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 34.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 58.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 7.30 | WALTON COUNTY SUPERVISOR OF EL | 31 COASTAL CENTRE BLVD STE 200 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/09/2023 | 60,000.00 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/10/2023 | 95,000.00 | ASHLEIGH HOFFMAN | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MDM |
| 2023 | Q4 | 11/10/2023 | 396.06 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MDM |
| 2023 | Q4 | 11/10/2023 | 5,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MDM |
| 2023 | Q4 | 11/14/2023 | 13,250.00 | JETBLUE AIRWAYS | 2725 OCEKCHOBEE RD | LONG ISLAND CITY, NY 11101 | AIRFARE | MDM |
| 2023 | Q4 | 11/15/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | MDM |
| 2023 | Q4 | 11/15/2023 | 407.16 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MDM |
| 2023 | Q4 | 11/15/2023 | 100,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MDM |
| 2023 | Q4 | 11/18/2023 | 9,500.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MDM |
| 2023 | Q4 | 11/10/2023 | 461.70 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MDM |
| 2023 | Q4 | 11/16/2023 | 25.50 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | VOTER DATA | MDM |
| 2023 | Q4 | 11/16/2023 | | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MDM |
| 2023 | Q4 | 11/16/2023 | | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MDM |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|------|-----|------|--------|-------|---------|-----------------|----------|------|
| 2023 | Q4 | 11/16/2023 | 24.75 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 40.00 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2,883.20 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 19,391.83 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FORT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2.15 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 197.87 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 286.20 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 472.23 | CLAY COUNTY SUPERVISOR OF | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,426.25 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 127.80 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2.90 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2.90 | DIXIE COUNTY SOE | PO BOX 2057 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3.00 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,085.44 | ESCAMBIA COUNTY SUPERVISOR OF E | 213 S PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 155.60 | FLAGLER COUNTY SOE | 1769 E MOODY BLVD | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 16.10 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 77.70 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 5.50 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 14.70 | GLADES COUNTY SOE | PO BOX 1447 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 7.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 12.25 | HAMILTON COUNTY SUPERVISOR OF | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 5.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 370.40 | HERNANDO COUNTY SOE | PO BOX 13060 | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 15.60 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,745.95 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 28.50 | HOLMES COUNTY SUPERVISOR OF E | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 98.50 | INDIAN RIVER COUNTY SUP OF E | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 20.50 | JACKSON COUNTY SUPERVISOR OF E | 2864 MADISON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 4.80 | JEFFERSON COUNTY SOE | 1175 N JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 8.50 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2,425.02 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,644.20 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,951.64 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 175.95 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 8.50 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 15.60 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 566.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 370.40 | MARION COUNTY SOE | PO BOX 601 | OCALA, FL 34475 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 248.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,426.24 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 202.35 | MONROE COUNTY SOE | 530 WHITEHEAD ST | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 19.70 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 538.00 | OKALOOSA COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 19.70 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 144 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 4,050.00 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,950.00 | OSCEOLA COUNTY SOE | 2509 S IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 6,426.24 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 4,937.40 | PASCO COUNTY SOE | 14236 7TH ST | DADE CITY, FL 33525 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 210.60 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 208.12 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 2,599.00 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 208.12 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,065.20 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,065.20 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 625.35 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 756.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 318.50 | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 30.75 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 18.72 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 9.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 3,102.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 79.60 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32326 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 20.00 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/16/2023 | 1,720.00 | WASHINGTON COUNTY SOE | PO BOX 1547 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/17/2023 | 5,925.39 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 11/20/2023 | 467.54 | REIME'S TRAVEL EXPENSES | 25690 AGOURA RD STE 100 | CALABASAS, CA 91302 | REIME'S TRAVEL EXPENSES | NON |
| 2023 | Q4 | 11/20/2023 | 2,725.00 | ASHLEIGH HOFFMAN | 2725 PENZANCE ST | PALM HARBOR, FL 34684 | TRAVEL REIMBURSEMENT | NON |
| 2023 | Q4 | 11/21/2023 | 2,887.00 | MEYER, BLUME AND POWELL, P.A. | 2600 DOUGLAS RD STE 1100 | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2023 | Q4 | 11/21/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q4 | 11/21/2023 | 359,000.00 | PCT CONSULTANTS, INC | 515 N 5TH ST STE A | GAINESVILLE, FL 32601 | CONSULTING | NON |
| 2023 | Q4 | 11/22/2023 | 646.80 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 141.50 | BAKER COUNTY SUPERVISOR OF E | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 176.70 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |

683

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Freq |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/21/2023 | 10,189.93 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | MON |
| 2023 | Q4 | 11/22/2023 | 80.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 3,313.60 | BREVARD COUNTY SOE | PO BOX 410833 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 10,833.68 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 9.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 33424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 151.81 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 549.90 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 25.13 | CLAY COUNTY SOE | | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 388.23 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 222.30 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 5.75 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 2.30 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,578.60 | ESCAMBIA COUNTY SUPERVISOR OF ELE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 252.79 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 15.10 | FRANKLIN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 55.20 | GADSDEN COUNTY SUPERVISOR OF E | 47 JEANNE F | QUINCY, FL 32353 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 4.60 | GILCHRIST COUNTY SOE | | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 6.38 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 21.00 | GULF COUNTY SOE | 1000 5TH AVE STE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 46.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 25.15 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 153.69 | HERNANDO COUNTY SOE | 1623 16TH ST STE 102 | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 66.60 | HIGHLANDS COUNTY SUPERVISOR OF E | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 5,213.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 39.50 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 20.75 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 6.80 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 14.66 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # A129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,633.32 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 2,383.68 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 14.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 7.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 11.18 | MADISON COUNTY SOE | 229 SW PINCKNEY ST STE 102 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,064.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,999.60 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 307.60 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 7,465.48 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 538.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 6.40 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,633.32 | NASSAU COUNTY SUPERVISOR OF E | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 6.80 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 14.66 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 3,283.45 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 538.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 3,266.73 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 3,583.80 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 196.94 | PUTNAM COUNTY SOE | PO BOX 1479 | PALATKA, FL 32178 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 1,371.50 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 2,664.59 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 666.95 | SEMINOLE COUNTY SOE | 4455 AVENUE A STE 101 | SANFORD, FL 32771 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 333.80 | ST. JOHNS COUNTY SUPERVISOR OF | | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 54.50 | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 19.24 | SUWANNEE COUNTY SUPERVISOR OF EL | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 10.75 | TAYLOR COUNTY SOE | 433 N TROY BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 2,376.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 37.60 | VOLUSIA COUNTY SUPERVISOR OF EL | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 11.00 | WAKULLA COUNTY SUPERVISOR OF EL | | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/24/2023 | 30,000.00 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/27/2023 | 172.20 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 88.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 11/28/2023 | 30,000.00 | ALACHUA COUNTY SUPERVISOR OF EL | 515 N MAIN ST STE 100 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3.50 | BAY COUNTY SOE | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 20,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2023 | Q4 | 11/30/2023 | 538.88 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/30/2023 | 3,938.20 | BREVARD COUNTY SOE | PO BOX 410833 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/30/2023 | | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Purpose | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/28/2023 | 2.00 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 76.61 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 170.10 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 | CHECK SUPPLIES | HOH |
| 2023 | Q4 | 11/28/2023 | 95.71 | CITRUS COUNTY SUPERVISOR OF E | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 120.52 | CLAY COUNTY SOE | 500 N ORANGE AVE STE B | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 144.76 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 6.60 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 2.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 8.50 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 191.04 | DUVAL COUNTY SUPERVISOR OF E | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 174.35 | ESCAMBIA COUNTY SUPERVISOR OF ELE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 37.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 0.80 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 24.40 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 0.45 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 54.00 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HOH |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HOH |
| 2023 | Q4 | 11/28/2023 | 10,000.00 | GW STRATEGIES | 403 MAIN ST | DIGITAL ADS | FUNDRAISING CONSULTANT | HOH |
| 2023 | Q4 | 11/28/2023 | 3.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 3.60 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 3.60 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 39.80 | HIGHLANDS COUNTY SUPERVISOR | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1,899.30 | HILLSBOROUGH COUNTY SUP OF EL | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 9.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 34.10 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 0.80 | JEFFERSON COUNTY SOE | 1175 N JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 0.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 588.12 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 476.47 | LAUREN BRENZEL | 5983 STONELER RD | TALLAHASSEE, FL 32303 | REIMB TRAVEL EXPS | HOH |
| 2023 | Q4 | 11/28/2023 | 175.95 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 5 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1,294.69 | LEVY COUNTY SUPERVISOR OF ELEC | 2590 APMENEE PKWY # 1 | BRONSON, FL 32621 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1.00 | LIBERTY COUNTY SOE | PO BOX 597 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 59.44 | MADISON COUNTY SOE | 101A NW STATE ROAD 20 | MADISON, FL 32340 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 472.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 456.00 | MARION COUNTY SOE | PO BOX 6200 | OCALA, FL 34478 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 115.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 3,255.22 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 45.45 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 17.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 291.60 | OCEANBREEZE SOLUTIONS | 303 ROUX 7241 | DORAL, FL 33172 | PRINTING | HOH |
| 2023 | Q4 | 11/28/2023 | 1.80 | OKALOOSA COUNTY SOE | 302 WILSON ST N STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1,147.51 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST FL 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 417.60 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 2.50 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1,467.84 | PALM BEACH COUNTY SUP OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 949.32 | PASCO COUNTY SUPERVISOR OF ELE | 13081 STARKEY RD | DADE CITY, FL 33526 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 863.10 | PINELLAS COUNTY SOE | PO BOX 1460 | LARGO, FL 33771 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 17.55 | POLK COUNTY SOE | 2599 CRILL AVE STE 900 | BARTOW, FL 33831 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 33.97 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE F | PALATKA, FL 32177 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 587.30 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 1,842.03 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 71.50 | ST. JOHNS COUNTY SUP OF ELECT | PO BOX 3479 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 607.20 | ST. LUCIE COUNTY SOE | 4455 AVENUE A STE 101 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 88.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 2.50 | SUWANNEE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 43.60 | SYNONYMS | 302 PINE AVE SW | DALTON, GA 33992 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 866.25 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 71.60 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 101.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/28/2023 | 0.80 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE B | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | HOH |
| 2023 | Q4 | 11/29/2023 | 45.69 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | HOH |
| 2023 | Q4 | 11/29/2023 | 615.80 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | HOH |
| 2023 | Q4 | 11/29/2023 | 5,080.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | HOH |
| 2023 | Q4 | 11/29/2023 | 12,548.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST F3 | MIAMI, FL 33186 | SALARIES | HOH |
| 2023 | Q4 | 11/29/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST F3 | MIAMI, FL 33186 | PAYROLL TAXES | HOH |
| 2023 | Q4 | 11/29/2023 | 263.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST F3 | MIAMI, FL 33186 | INSURANCE | HOH |
| 2023 | Q4 | 11/29/2023 | 1,000,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | HOH |
| 2023 | Q4 | 11/30/2023 | 1,568.30 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | HOH |

| Year | Qtr | Date | Amount | Name | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/30/2023 | 2,663.48 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 11/30/2023 | 2,500.00 | THE WHITSON GROUP | 4616 PANAMA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | NON |
| 2023 | Q4 | 11/30/2023 | 506.10 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 49.00 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 9.45 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 15.40 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 367.16 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 6,595.79 | BROWARD COUNTY SUPERVISOR OF E | PO BOX 410819 | FT LAUDERDALE, FL 33341 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 9.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 33.37 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 50.96 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | INVERNESS, FL 34450 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.10 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 103.87 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34112 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 28.80 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.18 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.25 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 218.38 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 50.00 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 6.05 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.10 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 5.18 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 0.50 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 18.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2023 | Q4 | 12/01/2023 | 0.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 16.50 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 33.50 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 4.00 | HENDRY COUNTY SOE | 133 S BRIDGE ST | LABELLE, FL 33935 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 16.45 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/01/2023 | 427.27 | HERTZ | 8501 WILLIAMS RD | ESTERO, FL 33928 | TRANSPORTATION | NON |
| 2023 | Q4 | 12/01/2023 | 26.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,020.60 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 19.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 33.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 4.00 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 4.00 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 224.50 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,078.92 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 219.96 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 70.50 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 68.40 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 267.12 | MADISON COUNTY SOE | 229 SW PINCKNEY ST | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 12.40 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 12.22 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 4.20 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,994.68 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 16.15 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 908.82 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.94 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 36.40 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 331.20 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 136.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34741 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,851.84 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 366.75 | PASCO COUNTY SOE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 991.22 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 331.20 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 3.87 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 328.00 | SANTA ROSA COUNTY | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,189.22 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 152.00 | SEMINOLE COUNTY SOE | PO BOX 2479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 9.50 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 44.50 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FT. PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 5.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | BUSHNELL, FL 33513 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 5.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 2.68 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 2.25 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,000.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/04/2023 | 8.50 | WAKULLA COUNTY SOE | 3115-B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/04/2023 | 58.50 | WALTON COUNTY SOE | 571 E NELSON AVE UNIT B | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/04/2023 | 1.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/04/2023 | 50.00 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTION | MON |
| 2023 | Q4 | 12/04/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q4 | 12/04/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Category | Init. |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/04/2023 | 5,910.41 | GM STRATEGIES | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MOH |
| 2023 | Q4 | 12/05/2023 | 250,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | FUNDRAISING CONSULTANT | MOH |
| 2023 | Q4 | 12/05/2023 | 240.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/05/2023 | 39.60 | BAY COUNTY SUPERVISOR OF ELE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/05/2023 | 7.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 981.76 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 2,686.90 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 30.45 | CALHOUN COUNTY SOE | 226 TAYLOR ST | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 0.70 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 32.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.80 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.25 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.00 | COLUMBIA COUNTY SUPERVISOR OF | PO BOX 1529 | LAKE CITY, FL 32056 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 6.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.80 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 13.59 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 13.59 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 0.80 | FLAGLER COUNTY SOE | PO BOX 1383 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 0.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE E | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 32.50 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.80 | GILCHRIST COUNTY SOE | PO BOX 668 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.25 | GLADES COUNTY SOE | 401 SE 1ST AVE | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.00 | GULF COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 6.50 | HAMILTON COUNTY SOE | 311 N 6TH AVE | JASPER, FL 32052 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.80 | HARDEE COUNTY SOE | 16264 SPRING HILL DR | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 13.59 | HENDRY COUNTY SOE | 4375 43RD AVE | LABELLE, FL 33975 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 13.59 | HERNANDO COUNTY SOE | 2851 JEFFERSON ST | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 0.80 | HIGHLANDS COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 337.74 | HILLSBOROUGH COUNTY SOE | 201 N OKLAHOMA ST FL 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 64.35 | HOLMES COUNTY SOE | 2400 THOMPSON ST FL 3 | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1,195.32 | INDIAN RIVER COUNTY SUP OF EL | 2990 APALACHEE PKWY W 1 | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 263.33 | JACKSON COUNTY SUPERVISOR OF E | 10818 NW STATE ROAD 20 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.00 | JEFFERSON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | OCALA, FL 34478 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 6.76 | LAFAYETTE COUNTY SOE | 600 301 BLVD W STE 108 | STUART, FL 34994 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 20.00 | LAKE COUNTY SOE | PO BOX 289 | DORAL, FL 33178 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 240.00 | LEE COUNTY SUPERVISOR OF ELECT | 120 W MAIN ST | TAVARES, FL 32778 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 442.80 | LEON COUNTY SOE | 135 W MARTIN LUTHER KING JR BLVD | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 13.50 | LEVY COUNTY SUPERVISOR OF ELEC | 530 WHITEHEAD ST STE 101 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1,556.64 | LIBERTY COUNTY SOE | 96135 NASSAU PL STE 3 | BRONSON, FL 32621 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 10.35 | MADISON COUNTY SOE | 302 N NELSON ST STE 102 | MADISON, FL 32340 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 20.90 | MANATEE COUNTY SOE | 1293 JACKSON ST STE 114 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 3.50 | MARION COUNTY SOE | 2589 E IRLO BRONSON MEMORIAL HWY | YULEE, FL 32097 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 403.06 | MARTIN COUNTY SOE | PO BOX 300 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 173.20 | MIAMI-DADE COUNTY SOE | PO BOX 1046 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1,339.20 | MONROE COUNTY SOE | 2589 CRILL AVE STE 900 | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 156.00 | NASSAU COUNTY SOE | 6495 CAROLINE ST STE F | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 24.00 | OKALOOSA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 35.75 | ORANGE COUNTY SOE | 4455 AVENUE A STE 101 | LARGO, FL 33773 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1,469.70 | OSCEOLA COUNTY SOE | 4132 OKEECHOBEE RD | PALATKA, FL 32177 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 6.88 | PALM BEACH COUNTY SUPERVISOR | 7375 POWELL RD STE 125 | MILTON, FL 32570 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 294.50 | PASCO COUNTY SUPERVISOR OF ELE | 302 PINE AVE SW | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 913.74 | PINELLAS COUNTY SUPERVISOR OF | 431 W BYRON BUTLER PKWY | SANFORD, FL 32772 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 301.35 | PUTNAM COUNTY SOE | 1750 S WOODLAND BLVD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 370.60 | SANTA ROSA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 48.00 | ST JOHNS COUNTY SUPERVISOR OF | 571 E NELSON AVE STE 102 | LIVE OAK, FL 33064 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 3.25 | ST LUCIE COUNTY SOE | 1424 JACKSON AVE FL 1 | PERRY, FL 32347 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 749.25 | SUMTER COUNTY SUPERVISOR OF EL | 4 BROXSON ST STE 108 | DELAND, FL 32720 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 30.40 | SUWANNEE COUNTY SUPERVISOR OF | | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 3.50 | UNION COUNTY SOE | | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/06/2023 | 1.40 | WASHINGTON COUNTY SOE | | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MOH |
| 2023 | Q4 | 12/07/2023 | 208,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | SAN FRANCISCO, CA 94111 | PETITIONS GATHERING | MOH |
| 2023 | Q4 | 12/12/2023 | 735.26 | BROWARD COUNTY SUPERVISOR OF EL | 115 S ANDREWS AVE STE 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MOH |
| 2023 | Q4 | 12/12/2023 | 288.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MOH |

| Year | Qtr | Date | Date | Amount | Payee | Address | City, State | Category | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 462.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 350.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 559.00 | ORANGE COUNTY SOE | 2509 | ORLANDO, FL | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 655.28 | ORANGE COUNTY SOE | PO BOX 289 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 525.12 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 140.12 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 217.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 239.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 59.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 12/12/2023 | 496.50 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 15.50 | BAKER COUNTY SUPERVISOR OF | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 22.35 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 14.61 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,693.40 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 4,620.11 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2.15 | CALHOUN COUNTY SUPERVISOR OF | 20855 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 131.85 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 83.15 | CITRUS COUNTY SOE | PO BOX 357 | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 114.21 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 52.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 0.50 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2.80 | DESOTO COUNTY SUPERVISOR OF | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 456.56 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 323.40 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 54.31 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1.80 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 25.90 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1.99 | GILCHRIST COUNTY SUP OF ELE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1.35 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2.75 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 5.40 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 37.60 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 52.00 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2,377.70 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,186.92 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 12.60 | LEVY COUNTY SUPERVISOR OF ELEC | 10818 NW STATE ROAD 28 | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1.75 | LIBERTY COUNTY SOE | 421 S COURT ST | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 46.02 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,151.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,632.96 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,114.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 3,904.40 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 63.90 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 133.55 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 7.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 7.52 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,007.83 | ORANGE COUNTY SOE | PO BOX 289 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 524.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 4,766.40 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 300,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | AGOURA, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 842.80 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 2,935.80 | POLK COUNTY SOE | PO BOX 1460 | LAKE ALFRED, FL 33830 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 35.10 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 22.36 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 1,505.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 423.50 | ST JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 218.00 | ST LUCIE COUNTY SUPERVISOR | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 358.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 4.25 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/13/2023 | 12/13/2023 | 34.84 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/13/2023 | 3.08 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,607.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 17.08 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE UNIT B | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 0.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/14/2023 | 13,259.00 | MIAMI PAYROLL CENTER | | | PAYROLL FEE | NON |
| 2023 | Q4 | 12/14/2023 | 46.00 | MIAMI PAYROLL CENTER | | | PAYROLL TAXES | NON |
| 2023 | Q4 | 12/14/2023 | 40.79 | MIAMI PAYROLL CENTER | | | SALARIES | NON |
| 2023 | Q4 | 12/14/2023 | 103.79 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/14/2023 | 129.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/14/2023 | 119.00 | DUVAL COUNTY SUPERVISOR OF ELECT | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 113.40 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 68.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 63.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 58.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 307.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 125,000.00 | PCI CONSULTANTS, INC. | | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/15/2023 | 25.75 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 37.88 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 84.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 30.07 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 120.45 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 66.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 24.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 66.10 | SUMTER COUNTY SOE | 839 N 13TH ST | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 18.60 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 35.95 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 9.10 | DIXIE COUNTY SOE | 942 SHADY GROVE RD S | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 96.00 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 45.55 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 11.25 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.30 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 8.10 | FRANKLIN COUNTY SUPERVISOR OF E | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 8.59 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.68 | HARDEE COUNTY SOE | PO BOX 668 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.35 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.88 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.00 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 8.10 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.58 | INDIAN RIVER COUNTY SOE | 2850 N 8TH AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 12.15 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.40 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 53.82 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.84 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.08 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.20 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.04 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 308.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 75.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 17.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.30 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.47 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.82 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 31.59 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 6.65 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 3.44 | SANTA ROSA COUNTY SUP OF ELECT | 4132 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 22.40 | ST. LUCIE COUNTY SOE | 4495 CAROLINE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.52 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.70 | TAYLOR COUNTY SOE | 433 N JEFFERSON ST | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 9,500.00 | THE WHITSON GROUP | 4616 RAKMA BLVD | JACKSONVILLE, FL 32205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 16.00 | WALTON COUNTY SUPERVISOR OF E | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.30 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |

The following is a payment register. All rows are categorized as **PETITIONS VERIFICATION** and type **NON**, fiscal year **2023**, quarter **Q4**.

| Date | Amount | Payee | Address | City, State ZIP |
|---|---|---|---|---|
| 12/19/2023 | 68.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 12/19/2023 | 752.35 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 |
| 12/19/2023 | 392.00 | DUVAL COUNTY SUPERVISOR OF E | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 12/19/2023 | 67.86 | HILLSBOROUGH COUNTY SUPERVI | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 |
| 12/19/2023 | 350.00 | LAKE COUNTY SOE | | TAVARES, FL 32778 |
| 12/19/2023 | 136.08 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 12/19/2023 | 282.58 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 |
| 12/19/2023 | 350.00 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | MIAMI / DORAL, FL 33172 |
| 12/19/2023 | 287.12 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 |
| 12/19/2023 | 288.88 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 12/19/2023 | 1,537.92 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 |
| 12/19/2023 | 243.81 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 |
| 12/19/2023 | 7.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 |
| 12/19/2023 | 350.09 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 12/20/2023 | 3,635.20 | BREVARD COUNTY SOE | 2580 THOMPSON ST FL 3 | TITUSVILLE, FL 32780 |
| 12/20/2023 | 162.15 | CHARLOTTE COUNTY SUPERVISOR OF E | 226 TAYLOR ST | PUNTA GORDA, FL 33950 |
| 12/20/2023 | 4,451.10 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 |
| 12/20/2023 | 250.65 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | INVERNESS, FL 34450 |
| 12/20/2023 | 178.48 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 |
| 12/20/2023 | 35.50 | VOLUSIA COUNTY SUPERVISOR OF E | | DELAND, FL 32720 |
| 12/20/2023 | 4.75 | COLUMBIA COUNTY SUPERVISOR OF E | | LAKE CITY, FL 32055 |
| 12/20/2023 | 2.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 |
| 12/20/2023 | 389.76 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 |
| 12/20/2023 | 2.50 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 12/20/2023 | 114.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 |
| 12/20/2023 | 2.40 | FRANKLIN COUNTY SUPERVISOR OF EL | 47 AVENUE F | APALACHICOLA, FL 32320 |
| 12/20/2023 | 70.88 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 |
| 12/20/2023 | 1.80 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 |
| 12/20/2023 | 3.55 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 |
| 12/20/2023 | 3.50 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 |
| 12/20/2023 | 11.00 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 |
| 12/20/2023 | 6.90 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 |
| 12/20/2023 | 69.56 | HERNANDO COUNTY SUPERVISOR OF | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 |
| 12/20/2023 | 109.14 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 |
| 12/20/2023 | 7.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 |
| 12/20/2023 | 64.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 12/20/2023 | 30.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 12/20/2023 | 20.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 |
| 12/20/2023 | 2.03 | JEFFERSON COUNTY SOE | 1175 S JEFFERSON ST | MONTICELLO, FL 32344 |
| 12/20/2023 | 794.64 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 |
| 12/20/2023 | 274.05 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 |
| 12/20/2023 | 3,060.24 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 |
| 12/20/2023 | 129.20 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | FERNANDINA BEACH, FL 32034 |
| 12/20/2023 | 65.30 | OKALOOSA COUNTY SOE | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 |
| 12/20/2023 | 43.11 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 |
| 12/20/2023 | 11.75 | ORANGE COUNTY SOE | 10833 NW STATE ROAD 20 | ORLANDO, FL 32801 |
| 12/20/2023 | 25.74 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 12/20/2023 | 1,266.50 | PALM BEACH COUNTY SUPERVISOR | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 |
| 12/20/2023 | 1,512.00 | PASCO COUNTY SUPERVISOR OF ELE | 14236 6TH ST | DADE CITY, FL 33525 |
| 12/20/2023 | 6,074.28 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33830 |
| 12/20/2023 | 3,446.55 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 |
| 12/20/2023 | 963.21 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 |
| 12/20/2023 | 454.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 12/20/2023 | 453.84 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 |
| 12/20/2023 | 373.50 | | | |
| 12/20/2023 | 96.20 | | | |
| 12/20/2023 | 3,539.76 | | | |
| 12/20/2023 | 34.83 | | | |
| 12/20/2023 | 1,161.40 | | | |
| 12/20/2023 | 2,086.47 | | | |

| Year | Qtr | Date | Amount | Payee | Address | City/State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/20/2023 | 267.85 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 595.60 | ST. LUCIE COUNTY SUPERVISOR OF EL | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 280.00 | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE #M 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/21/2023 | 47.20 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 5,223.64 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 824 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2023 | Q4 | 12/20/2023 | 23.40 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 3.50 | UNION COUNTY SOE | 55 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 1,401.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 33.71 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32326 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 3.60 | WASHINGTON COUNTY SOE | 3421 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/20/2023 | 35.00 | FLAGLER COUNTY SOE | 1855 E MOODY BLVD | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/21/2023 | 837.20 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 18.75 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 44.46 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 338.53 | BROWARD COUNTY SUPERVISOR OF EL | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 141.94 | CHARLOTTE COUNTY SUPERVISOR OF E | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 47.84 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 67.68 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 25.00 | FLAGLER COUNTY SUPERVISOR OF ELECT | 2595 PALM COURT STE | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 425.88 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 159.57 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 91.80 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 44.90 | ORANGE COUNTY SOE | 119 W KALEY ST | ORLANDO, FL 32806 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 66.93 | SEMINOLE COUNTY SOE | 105 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 160.30 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 80.80 | ST. LUCIE COUNTY SUPERVISOR OF EL | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 150.00 | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/22/2023 | 92.16 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/26/2023 | 633.10 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/26/2023 | 44.46 | LAKE COUNTY SOE | 1759 S WOODLAND BLVD | DELAND, FL 32724 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 98.55 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 471.00 | BREVARD COUNTY SOE | PO BOX 1119 | TITUSVILLE, FL 32781 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 266.76 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 420.10 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 312.34 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 187.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 2,881.12 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 159.57 | PINELLAS COUNTY SOE | 101 S WASHINGTON BLVD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 303.59 | SARASOTA COUNTY SOE | PO BOX 4194 | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 125.13 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 54.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 33.60 | VOLUSIA COUNTY SUPERVISOR OF ELE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 119.04 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 644.08 | BREVARD COUNTY SOE | 2575 N COURTENAY PKWY | MERRITT ISLAND, FL 32953 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/27/2023 | 28.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 36.41 | CITRUS COUNTY SUPERVISOR OF | 1250 N LECANTO HWY | LECANTO, FL 34461 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 97.76 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/24/2023 | 74.88 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 35.75 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |

| Year | Q | Date | Amount | Payee | Address | City/State/ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/28/2023 | 59.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 181.35 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 31.49 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 65.52 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 33901 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 74.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 27.08 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q4 | 12/28/2023 | 1.35 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 12/28/2023 | 180.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 12/28/2023 | 497.25 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 157.92 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 61.75 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/29/2023 | 1.35 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 12/29/2023 | 180.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 12/28/2023 | 571.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 96.39 | PASCO COUNTY SUPERVISOR OF ELE | 13081 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 69.30 | POLK COUNTY SOE | PO BOX 1460 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 139.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 48.50 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 39.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 36.88 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 26.36 | SUMTER COUNTY SUPERVISOR OF EL | 7575 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/28/2023 | 72.60 | VOLUSIA COUNTY SOE | 123 W INDIANA AVE | DELAND, FL 32720 | PETITIONS VERIFICATION | MOV |
| 2023 | Q4 | 12/30/2023 | 3,426.01 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | Q4 | 12/31/2023 | 14,500.00 | THE WHITSON GROUP | 4516 RANOMA BLVD | GAINESVILLE, FL 32601 | CONSULTING | MON |
| 2023 | Q4 | 12/31/2023 | 1,350.72 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2023 | Q4 | 12/29/2023 | 2,400.35 | BAKER COUNTY SUPERVISOR OF ELE | PO BOX 3090 | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 6.30 | BAY COUNTY SOE | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 6.30 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 20.40 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 186.24 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 44.16 | CLAY COUNTY SOE | 303 N COMMERCE AVE & STE 117 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 17.36 | COLLIER COUNTY SOE | PO BOX 337 | NAPLES, FL 34104 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 6.30 | COLUMBIA COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 28.80 | DUVAL COUNTY SUPERVISOR OF ELE | 971 W DUVAL ST STE 102 | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 6.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 0.80 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 3.50 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 0.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST ST 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 1.00 | HAMILTON COUNTY SOE | PO BOX 174 | JASPER, FL 32052 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 1.00 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 2.10 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/02/2024 | 1.88 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 3.75 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 20.80 | HOLMES COUNTY SUPERVISOR OF ELE | 153 US HIGHWAY 41 NW STE 1 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 1.50 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 12.25 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 4.50 | JEFFERSON COUNTY SOE | 120 W WASHINGTON ST # 129 | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 3.75 | LAFAYETTE COUNTY SOE | PO BOX 457 | MAYO, FL 32066 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 0.89 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 23.40 | LEON COUNTY SUPERVISOR OF ELECT | 2480 THOMSON ST FL 3 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 19.35 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 39.48 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 2.34 | LIBERTY CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 8,000.00 | MADISON COUNTY SOE | 225 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 32.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 47.52 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 4.25 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 46.65 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 18.45 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MOV |
| 2024 | Q1 | 01/03/2024 | 1.90 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q1 | 01/03/2024 | 1,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q1 | 01/03/2024 | 34.94 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose |
|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/03/2024 | 34.94 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING |
| 2024 | Q1 | 01/03/2024 | 94.16 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING |
| 2024 | Q1 | 01/03/2024 | 0.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 3.20 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 70.81 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32853 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 77.28 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 113.28 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 6.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 29.16 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 22.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 19.78 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 79.50 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 7.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 13.26 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 4.50 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE BLVD | FORT PIERCE, FL 34954 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 1.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 9.50 | TAYLOR COUNTY SOE | 431 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 1.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 2.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 4.85 | WALTON COUNTY SUPERVISOR OF ELE | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/03/2024 | 1.50 | SYNOVUS | 1148 BROADWAY | COLUMBUS, GA 31902 | BANK FEE |
| 2024 | Q1 | 01/04/2024 | 5.52 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/04/2024 | 0.47 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/05/2024 | 2.90 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/05/2024 | 11.60 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/05/2024 | 10.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/05/2024 | 30.00 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES REFUND |
| 2024 | Q1 | 01/05/2024 | -222.66 | LRTFDFF CAMPAIGNS LLC | 3730 ENTERPRISE AVE | ST AUGUSTINE, FL 32091 | FUNDRAISING CONSULTING |
| 2024 | Q1 | 01/05/2024 | 5,000.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE |
| 2024 | Q1 | 01/08/2024 | 22.75 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30328 | AIRFARE |
| 2024 | Q1 | 01/08/2024 | 98.10 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE |
| 2024 | Q1 | 01/08/2024 | **113.10** | **JETBLUE AIRWAYS** | 27-01 QUEENS PLZ N STE PH 102 | LONG ISLAND CITY, NY 11101 | AIRFARE |
| 2024 | Q1 | 01/08/2024 | **60,000.00** | **ALCON CONSULTANTS, INC.** | 26580 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | FUNDRAISING CONSULTING |
| 2024 | Q1 | 01/08/2024 | 0.50 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 100 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 1.85 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32903 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.84 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 4.79 | BREVARD COUNTY SUPERVISOR OF ELE | 32 N HN ST STE A | MELBOURNE, FL 32941 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 5.83 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 8.73 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.40 | CLAY COUNTY SOE | 500 N ORANGE AVE STE 200 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.08 | COLLIER COUNTY SUPERVISOR OF ELE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 2.70 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 3.84 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/08/2024 | 52.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/08/2024 | 52.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | Q1 | 01/08/2024 | 52.00 | FLAGLER COUNTY SOE | 1601 WILLOW RD | BUNNELL, FL 32110 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 1.50 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 39.05 | INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS |
| 2024 | Q1 | 01/08/2024 | 1.35 | LEE COUNTY SOE | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 5.82 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.08 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 0.75 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/08/2024 | 42.23 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/09/2024 | 9,500.00 | LRTFDFF CAMPAIGNS LLC | 3730 ENTERPRISE AVE | ST AUGUSTINE, FL 32091 | FUNDRAISING CONSULTING |
| 2024 | Q1 | 01/09/2024 | 15.30 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32853 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 22.75 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 223.15 | PALM BEACH COUNTY SOE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 1.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 285.44 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 27.73 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 18.99 | STAPLES | 500 STAPLES DR | FRAMINGHAM, MA 01702 | SUPPLIES |
| 2024 | Q1 | 01/11/2024 | 39.61 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 0.60 | LRTFDFF CAMPAIGNS LLC | 8757 GEORGIA AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING |
| 2024 | Q1 | 01/11/2024 | 11.60 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 | 76.64 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE |
| 2024 | Q1 | 01/11/2024 |  | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE |
| 2024 | Q1 | 01/11/2024 |  | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE |
| 2024 | Q1 | 01/11/2024 |  | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32941 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | CHARLOTTE COUNTY SUPERVISOR | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | COLUMBIA COUNTY SOE | 971 W DUVAL ST STE 102 | LAKE CITY, FL 34304 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION |
| 2024 | Q1 | 01/11/2024 |  | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |

| Year | Q | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/11/2024 | 11.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 18,450.00 | FLORIDA DEPARTMENT OF STATE | C/O BRAD MCVAY | TALLAHASSEE, FL 32399 | LATE PETITION FEES | MON |
| 2024 | Q1 | 01/11/2024 | 0.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE E | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 9.40 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.20 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.90 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.25 | HERNANDO COUNTY SUPERVISOR OF EL | 16240 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 14.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 11.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 198.90 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 8.40 | JEFFERSON COUNTY SOE | 2851 JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 14.75 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 6.35 | LEON COUNTY SOE | 315 S CALHOUN ST | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 47.55 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 34.44 | MADISON COUNTY SOE | 229 SW PINCKNEY ST | MADISON, FL 34285 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 1.80 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 68.10 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q1 | 01/11/2024 | 42.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q1 | 01/11/2024 | 0.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 13,250.00 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | SALARIES | MON |
| 2024 | Q1 | 01/11/2024 | 62.50 | OKALOOSA COUNTY SOE | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.25 | ORANGE COUNTY SUPERVISOR OF | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 286.15 | OSCEOLA COUNTY SOE | 2509 CRILL AVE STE 900 | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.45 | PUTNAM COUNTY SUP OF ELECT | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 264.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 32.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 302.94 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 32.25 | SEMINOLE COUNTY SOE | 7375 POWELL RD | OVIEDO, FL 32765 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 99.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 64.02 | SEMINOLE COUNTY SOE | PO BOX 2479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 12.80 | SUMTER COUNTY SUPERVISOR OF EL | 315 CRAWFORDVILLE HWY UNIT B | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 12.80 | ... COUNTY SUPERVISOR OF EL | 1301 N MADISON ST PM 102 | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 02/19/2024 | 65,000.00 | PCT CONSULTANTS, INC. | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | CONSULTING | MON |
| 2024 | Q1 | 02/18/2024 | 355.95 | EXPEDIA | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | AIRFARE | MON |
| 2024 | Q1 | 02/16/2024 | 7,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2024 | Q1 | 02/18/2024 | 35.00 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q1 | 02/18/2024 | 156.00 | BERGER HIRSCHBERG STRATEGIES | 800 CONNECTICUT AVE NW | NORWALK, CT 06854 | CONSULTING | MON |
| 2024 | Q1 | 02/18/2024 | 5,000.00 | FRIENDLY | 1305 VINE ST | SAN FRANCISCO, CA 94103 | MARKETING | MON |
| 2024 | Q1 | 02/19/2024 | 130,000.00 | PCT CONSULTANTS, INC. | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2024 | Q1 | 02/24/2024 | 375.00 | AMERICA VOTES | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q1 | 02/24/2024 | 25.00 | AMERICA VOTES | 26590 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | AMERICA VOTES STATE SUMMIT 2024 | MON |
| 2024 | Q1 | 02/23/2024 | 7,000.00 | CREATIVE STRATEGIES | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | CONSULTING | MON |
| 2024 | Q1 | 01/23/2024 | 3.30 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 43.52 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 6.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 4.69 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.25 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 1.65 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 75.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/24/2024 | 0.30 | FLAGLER COUNTY SOE | PO BOX 174 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 2.00 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 32.50 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 76.05 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 4.50 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 29.40 | LEON COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 29.25 | LEVY COUNTY SUPERVISOR OF ELEC | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.20 | MIAMI-DADE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 16.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 66.74 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.55 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.90 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 44.62 | ORANGE COUNTY SUPERVISOR OF | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/24/2024 | 2.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 118.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 14.12 | PINELLAS COUNTY SUPERVISOR OF ELE | | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 19.44 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.30 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 3.01 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.99 | SARASOTA COUNTY SOE | 2001 ADAMS LN | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.77 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.20 | SUMTER COUNTY SUPERVISOR OF E | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 9.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.28 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.28 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/25/2024 | 20,000.00 | PCT CONSULTANTS, INC. | | MENLO PARK, CA 94025 | CONSULTING | NON |
| 2024 | Q1 | 01/25/2024 | 105.73 | ORANGE COUNTY SOE | | ORLANDO, FL 32835 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/25/2024 | 139.49 | TRAVELURO | 177 W PUTNAM AVE | GREENWICH, CT 06830 | LODGING | NON |
| 2024 | Q1 | 01/26/2024 | 105.73 | TRAVELURO | 177 W PUTNAM AVE | GREENWICH, CT 06830 | LODGING | NON |
| 2024 | Q1 | 01/26/2024 | 464.73 | SYNONYS | | COLUMBUS, GA 31902 | BANK FEE | NON |
| 2024 | Q1 | 01/29/2024 | 75.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/29/2024 | 259.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/29/2024 | 270.67 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 01/30/2024 | 73.59 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 01/30/2024 | 6,540.47 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 1,054.37 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 3,108.57 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 723.67 | HOTELS.COM | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | LODGING | NON |
| 2024 | Q1 | 01/30/2024 | 859.00 | HYDE RESIDENCES | 4111 S OCEAN DR | HOLLYWOOD, FL 33019 | LODGING | NON |
| 2024 | Q1 | 01/31/2024 | 31.22 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/31/2024 | 121.62 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | WEB DOMAINS | NON |
| 2024 | Q1 | 01/31/2024 | 7,000.00 | POLLO TROPICAL | 7255 NW 19TH ST STE C | MIAMI, FL 33126 | STAFF MEALS | NON |
| 2024 | Q1 | 02/01/2024 | 5,000.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | SILVER SPRING, MD 20901 | DATABASE MANAGEMENT | NON |
| 2024 | Q1 | 02/01/2024 | 2,500.00 | MEYER, BLOHM AND POWELL, P.A. | 403 E MELBOURNE AVE | TALLAHASSEE, FL 32302 | LEGAL SERVICES | NON |
| 2024 | Q1 | 02/02/2024 | 929.25 | TAYLOR AGUILERA | 4604 RANNOAN BLVD | LAKELAND, FL 33801 | REFUND FROM SUMTER COUNTY SOE | NON |
| 2024 | Q1 | 02/02/2024 | 1,767.89 | THE WHITSON GROUP | 366 SUMNER ST | JACKSONVILLE, FL 32205 | SALARIES | NON |
| 2024 | Q1 | 02/02/2024 | 20.93 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | ACTBLUE FEES | NON |
| 2024 | Q1 | 02/02/2024 | 2,500.00 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | Q1 | 02/05/2024 | 20.92 | ZONPAPERS.COM | | BOSTON, MA 02210 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 02/05/2024 | 340.00 | 200 PRINTING | | WASHINGTON, DC 20001 | PRINTING | NON |
| 2024 | Q1 | 02/05/2024 | 87.79 | DEMOCRACY ENGINE | 1455 NEW YORK AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | Q1 | 02/06/2024 | 675.38 | NAMECHEAP.COM | | SILVER SPRING, MD 20901 | PAYROLL FEES | NON |
| 2024 | Q1 | 02/07/2024 | 9.28 | ZOOM | | FT LAUDERDALE, FL 33301 | PRINTING | NON |
| 2024 | Q1 | 02/07/2024 | 16.00 | ZOOM | 115 S ANDREWS AVE STE 102 | JACKSONVILLE, FL 32246 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 02/07/2024 | 35.00 | BROWARD COUNTY SUPERVISOR OF E | 4400 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q1 | 02/09/2024 | 168.24 | LITTOFF CAMPAIGNS LLC | 4600 DEERWOOD CAMPUS PKWY | MOUNTAIN VIEW, CA 94043 | INSURANCE | NON |
| 2024 | Q1 | 02/09/2024 | 59.06 | FLORIDA BLUE | 1600 AMPHITHEATRE PKWY | BRONXVILLE, FL 34604 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/09/2024 | 787.48 | FLORIDA BLUE | 21 PONDFIELD RD | YONKERS, NY 10704 | EVENT FLOWERS | NON |
| 2024 | Q1 | 02/09/2024 | 302.84 | GOOGLE | 55 ALSHEDEN BLVD STE 600 | TALLAHASSEE, FL 32301 | LODGING | NON |
| 2024 | Q1 | 02/09/2024 | 10,800.00 | GW STRATEGIES | | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q1 | 02/12/2024 | 6,356.69 | LITTOFF CAMPAIGNS LLC | | TEMPE, AZ 85282 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/12/2024 | 259,000.00 | PCT CONSULTANTS, INC. | | CALABASAS, CA 91302 | CONSULTING | NON |
| 2024 | Q1 | 02/12/2024 | 400.00 | SEDGWICK LUCY | | MENLO PARK, CA 94025 | CONSULTING | NON |
| 2024 | Q1 | 02/12/2024 | 15.16 | NAMECHEAP.COM | 1601 WILLOW RD | PHOENIX, AZ 85024 | DIGITAL ADS | NON |

695

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 02/14/2024 | 18.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q1 | 02/14/2024 | -39.01 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS REFUND | MON |
| 2024 | Q1 | 02/14/2024 | 135.12 | BLUE AIRWAYS | 31-00 47TH AVE PLZ H | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q1 | 02/14/2024 | -15.32 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | REFUND PETITIONS | MON |
| 2024 | Q1 | 02/14/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q1 | 02/14/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q1 | 02/14/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q1 | 02/20/2024 | -25.00 | SARASOTA COUNTY SUP OF ELECT | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | VOIDED CHECK | MON |
| 2024 | Q1 | 02/20/2024 | -8.80 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | VOIDED CHECK | MON |
| 2024 | Q1 | 02/15/2024 | 25,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2024 | Q1 | 02/15/2024 | 700,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | MON |
| 2024 | Q1 | 02/20/2024 | 19.52 | AZ 858 WASHINGTON | 850 N WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DIGITAL ADS | MON |
| 2024 | Q1 | 02/20/2024 | 171.19 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q1 | 02/20/2024 | 13.52 | NAMECHEAP.COM | | | DOMAINS | MON |
| 2024 | Q1 | 02/20/2024 | 296.50 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q1 | 02/20/2024 | 83.49 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q1 | 02/20/2024 | 83.80 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q1 | 02/21/2024 | 9,835.49 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | MON |
| 2024 | Q1 | 02/21/2024 | 50.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 02/21/2024 | 734.29 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q1 | 02/22/2024 | 2,590.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2024 | Q1 | 02/22/2024 | 12.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q1 | 02/23/2024 | 453.20 | DELTA AIR | | ATLANTA, GA 30320 | AIRFARE | MON |
| 2024 | Q1 | 02/26/2024 | 200.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 02/27/2024 | 40,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | MON |
| 2024 | Q1 | 02/27/2024 | 350.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 02/27/2024 | 175.49 | MINUTEMAN PRESS | 104 RIDGE RD # 4 | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 2024 | Q1 | 02/27/2024 | 385.74 | STICKER MULE | 336 FOREST AVE | AMSTERDAM, NY 12010 | MARKETING | MON |
| 2024 | Q1 | 02/28/2024 | 114.92 | ENTERPRISE RENT-A-CAR | PO BOX 110 | SAINT LOUIS, MO 63105 | TRANSPORTATION | MON |
| 2024 | Q1 | 02/28/2024 | 3.00 | HOLLYWOOD TOWN PARKING | 321 N FORT LAUDERDALE BEACH BLVD | FORT LAUDERDALE, FL 33304 | PARKING | MON |
| 2024 | Q1 | 02/28/2024 | 12,500.00 | SYNOVUS | 1148 BROADWAY | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2024 | Q1 | 02/28/2024 | 441.60 | SYNOVUS | 1148 BROADWAY | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2024 | Q1 | 02/29/2024 | 610.30 | TALLAHASSEE AIRPORT PARKING | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MON |
| 2024 | Q1 | 02/29/2024 | 35.31 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | Q1 | 03/01/2024 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q1 | 03/01/2024 | 1,230.61 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | Q1 | 03/01/2024 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q1 | 03/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q1 | 03/01/2024 | 240.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/01/2024 | 72.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/01/2024 | 10,000.00 | LIFTOFF CAMPAIGNS LLC | 403 NE HOLBROOK ST | PORTLAND, OR 97211 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q1 | 03/01/2024 | 2,000.00 | STRATEGIES | 1048 BROADWAY | MOUNTAIN VIEW, CA 94043 | CONSULTING | MON |
| 2024 | Q1 | 03/01/2024 | 1,487.71 | PARAGON | 1E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2024 | Q1 | 03/01/2024 | 470,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | MON |
| 2024 | Q1 | 03/04/2024 | 5,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | ORGANIZING SERVICES | MON |
| 2024 | Q1 | 03/05/2024 | 5,000.00 | TAYLOR AGUILERA | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | PETITIONS | MON |
| 2024 | Q1 | 03/06/2024 | 30.00 | MAILCHIMP | 405 HOWARD ST | SAN FRANCISCO, CA 94105 | MARKETING | MON |
| 2024 | Q1 | 03/06/2024 | 600.00 | BREVARD GROUP | 1600 SE HWY 100 | PALM BAY, FL 32905 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/07/2024 | -27.73 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | VOIDED CHECK | MON |
| 2024 | Q1 | 03/07/2024 | -6.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | REFUND CHECK | MON |
| 2024 | Q1 | 03/08/2024 | -28.35 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | REFUND PETITIONS | MON |
| 2024 | Q1 | 03/11/2024 | -13.77 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | REFUND PETITIONS | MON |
| 2024 | Q1 | 03/12/2024 | 7,174.00 | STODDER & LUCY | 115 DEAN AVE | SAINT PETERSBURG, FL 33701 | CONSULTING | MON |
| 2024 | Q1 | 03/13/2024 | 589.50 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/14/2024 | 566.21 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q1 | 03/14/2024 | 39.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MARKETING | MON |
| 2024 | Q1 | 03/14/2024 | 39.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/14/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q1 | 03/14/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q1 | 03/14/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q1 | 03/15/2024 | 15,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | MON |

696

| Year | Q | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 03/18/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | Q1 | 03/19/2024 | 28.40 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MARKETING | HON |
| 2024 | Q1 | 03/19/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | Q1 | 03/21/2024 | 875.10 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL | HON |
| 2024 | Q1 | 03/21/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | Q1 | 03/22/2024 | 68.84 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | PETITIONS | HON |
| 2024 | Q1 | 03/22/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | Q1 | 03/22/2024 | 20,000.00 | PCL CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | HON |
| 2024 | Q1 | 03/26/2024 | 15.15 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | SUPPLIES | HON |
| 2024 | Q1 | 03/27/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | Q1 | 03/28/2024 | 12,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEES | HON |
| 2024 | Q1 | 03/28/2024 | 46.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | HON |
| 2024 | Q1 | 03/29/2024 | 497.25 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | HON |
| 2024 | Q1 | 03/29/2024 | 5,500.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2024 | Q1 | 03/29/2024 | 70.81 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2024 | Q2 | 04/01/2024 | 2,357.89 | GREENPOINT STRATEGIES, INC | 3600 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | CONSULTING | HON |
| 2024 | Q2 | 04/01/2024 | 10,000.00 | PCL CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | HON |
| 2024 | Q2 | 04/01/2024 | 2,500.00 | THE WHITSON GROUP | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | MANAGEMENT FEES | HON |
| 2024 | Q2 | 04/02/2024 | 435.37 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | HON |
| 2024 | Q2 | 04/02/2024 | 33.38 | DEMOCRACY ENGINE | 1875 CONNECTICUT AVE NW | WASHINGTON, DC 20009 | MERCHANT FEES | HON |
| 2024 | Q2 | 04/02/2024 | 874.67 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | HON |
| 2024 | Q2 | 04/02/2024 | 363.75 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2024 | Q2 | 04/02/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | HON |
| 2024 | Q2 | 04/02/2024 | 35.16 | TALLAHASSEE DEMOCRAT | 277 N MAGNOLIA DR | TALLAHASSEE, FL 32301 | SUBSCRIPTIONS | HON |
| 2024 | Q2 | 04/03/2024 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | HON |
| 2024 | Q2 | 04/03/2024 | 72.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | Q2 | 04/03/2024 | 92.22 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | Q2 | 04/03/2024 | 400,000.00 | PCL CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS | HON |
| 2024 | Q2 | 04/03/2024 | 50.00 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | HON |
| 2024 | Q2 | 04/03/2024 | 50,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | HON |
| 2024 | Q2 | 04/04/2024 | 55.74 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | HON |
| 2024 | Q2 | 04/04/2024 | 134.59 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2024 | Q2 | 04/04/2024 | 319.93 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | HON |
| 2024 | Q2 | 04/05/2024 | 479.99 | STICKER MULE | 336 FOREST AVE | AMSTERDAM, NY 12010 | PROMO ITEMS | HON |
| 2024 | Q2 | 04/05/2024 | 204.00 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | HON |
| 2024 | Q2 | 04/08/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1559 DESOTO AVE | SARASOTA, FL 34234 | DONATION | HON |
| 2024 | Q2 | 04/08/2024 | 1,574.50 | ZOO PRINTING | 2629 EASTERN AVE | BELL, CA 90201 | PRINTING | HON |
| 2024 | Q2 | 04/08/2024 | 399.82 | ZOO PRINTING | 2629 EASTERN AVE | BELL, CA 90201 | PRINTING | HON |
| 2024 | Q2 | 04/08/2024 | 200,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | HON |
| 2024 | Q2 | 04/08/2024 | 259.13 | PARAGON | 2702 LOVE FIELD DR | DALLAS, TX 75235 | PRINTING | HON |
| 2024 | Q2 | 04/08/2024 | 22.84 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | HON |
| 2024 | Q2 | 04/08/2024 | 39.00 | JOTFORM INC | 111 PINE ST STE 1600 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | HON |
| 2024 | Q2 | 04/08/2024 | 39.00 | JOTFORM INC | 111 PINE ST STE 1600 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | HON |
| 2024 | Q2 | 04/10/2024 | 105.58 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | Q2 | 04/10/2024 | 288.16 | BALLOT INITIATIVE STRATEGIES | 1133 19TH ST NW | WASHINGTON, DC 20036 | CONSULTING | HON |
| 2024 | Q2 | 04/10/2024 | 489.33 | MGM GRAND LAS VEGAS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | HON |
| 2024 | Q2 | 04/11/2024 | 22.84 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MARKETING | HON |
| 2024 | Q2 | 04/11/2024 | 39.00 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | HON |
| 2024 | Q2 | 04/12/2024 | 1,111.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | HON |
| 2024 | Q2 | 04/12/2024 | 15.69 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | Q2 | 04/12/2024 | 946.73 | HILTON HOTELS | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | HON |
| 2024 | Q2 | 04/12/2024 | 138.65 | HILTON HOTELS | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | HON |
| 2024 | Q2 | 04/12/2024 | 39.03 | TARGET | 1000 NICOLLET MALL | MINNEAPOLIS, MN 55403 | EVENT SUPPLIES | HON |
| 2024 | Q2 | 04/15/2024 | 107.42 | ZOO PRINTING | 2629 EASTERN AVE | BELL, CA 90201 | PRINTING | HON |
| 2024 | Q2 | 04/15/2024 | 2,765.52 | FLASH-RITE INC | 115 ATLANTIC DR | MAITLAND, FL 32751 | PRINTING | HON |
| 2024 | Q2 | 04/15/2024 | 101.43 | ZOO PRINTING | 2629 EASTERN AVE | BELL, CA 90201 | PRINTING | HON |
| 2024 | Q2 | 04/15/2024 | 4,729.00 | HILTON HOTELS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | HON |
| 2024 | Q2 | 04/12/2024 | 202.88 | LUCHINI ITALIAN RESTAURANT | 39 E 58TH ST | NEW YORK, NY 10022 | STAFF MEALS | HON |
| 2024 | Q2 | 04/12/2024 | 1,999.50 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | Q2 | 04/12/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | HON |
| 2024 | Q2 | 04/12/2024 | 49.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | HON |
| 2024 | Q2 | 04/12/2024 | 6.77 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | Q2 | 04/12/2024 | 1,099.50 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | Q2 | 04/15/2024 | 8,008.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | MEDIA/ADVERTISING | HON |
| 2024 | Q2 | 04/15/2024 | 792.36 | MGM GRAND LAS VEGAS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | HON |
| 2024 | Q2 | 04/15/2024 | 1,138.63 | MGM GRAND LAS VEGAS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | HON |
| 2024 | Q2 | 04/16/2024 | 34.63 | PUBLIX ORLANDO | 1400 E COLONIAL DR | ORLANDO, FL 32803 | STAFF MEALS | HON |
| 2024 | Q2 | 04/16/2024 | -34.42 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES FOR EVENT | HON |
| 2024 | Q2 | 04/16/2024 | 69.91 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | HON |
| 2024 | Q2 | 04/16/2024 | 11.76 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | HON |
| 2024 | Q2 | 04/17/2024 | 196.67 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | HON |
| 2024 | Q2 | 04/17/2024 | 352.97 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | HON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Code |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 04/17/2024 | 481.67 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | MON |
| 2024 | Q2 | 04/17/2024 | 5,065.14 | ELIAS LAW GROUP | 259 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | MON |
| 2024 | Q2 | 04/17/2024 | 13,741.86 | SEARCHLIGHT | 11720 ... | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 04/17/2024 | 350.00 | THE AV GUYS | 9408 AMERICAN EAGLE WAY | ORLANDO, FL 32837 | RENTAL EQUIPMENT | MON |
| 2024 | Q2 | 04/17/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/16/2024 | 1,125.00 | IDEALIST ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | DONATION | MON |
| 2024 | Q2 | 04/19/2024 | 113.10 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/19/2024 | 159.16 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/19/2024 | 800.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/22/2024 | 19.85 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/22/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/23/2024 | 168.10 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 04/23/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/23/2024 | 168.10 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 04/23/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/23/2024 | 13.20 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DOMAINS | MON |
| 2024 | Q2 | 04/23/2024 | 120.86 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | Q2 | 04/23/2024 | 2,730.00 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |
| 2024 | Q2 | 04/23/2024 | 2,887.00 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |
| 2024 | Q2 | 04/24/2024 | -375.00 | AMERICA VOTES | PO BOX 128 | WASHINGTON, DC 20038 | REFUND VOTES STATE SUMMIT 2024 | REF |
| 2024 | Q2 | 04/24/2024 | 1,799.30 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 04/25/2024 | 14,000.00 | NGP VAN/EVERYACTION | 1155 CONNECTICUT AVE NW | WASHINGTON, DC 20036 | DATABASE MANAGEMENT | MON |
| 2024 | Q2 | 04/25/2024 | 238.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 04/25/2024 | 211.95 | SYNOVUS | PO BOX ... | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | Q2 | 04/25/2024 | 360.00 | MONDAY.COM | 225 PARK AVE S | NEW YORK, NY 10003 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 04/25/2024 | 376.67 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | MON |
| 2024 | Q2 | 04/25/2024 | 21.08 | DELTA AIR | ... | ... | TRAVEL | MON |
| 2024 | Q2 | 04/26/2024 | 2,500.00 | DELTA AIR | ... | ... | TRAVEL | MON |
| 2024 | Q2 | 04/26/2024 | 27.40 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/29/2024 | 900.00 | LIFTOFF CAMPAIGNS LLC | PO BOX 20706 | ATLANTA, GA 30320 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/29/2024 | 682.20 | LAUREN BRENZEL | ... | ... | OUTREACH | MON |
| 2024 | Q2 | 04/29/2024 | 900.00 | LIFTOFF CAMPAIGNS LLC | PO BOX 20706 | ATLANTA, GA 30320 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 04/29/2024 | 122.01 | TOTALLYPROMOTIONAL | ... | ... | PROMO ITEMS | MON |
| 2024 | Q2 | 04/29/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | ... | ... | DONATION | MON |
| 2024 | Q2 | 04/29/2024 | 4,354.14 | ACTBLUE | ... | SAN FRANCISCO, CA 94103 | MERCHANT FEES | MON |
| 2024 | Q2 | 04/29/2024 | 19.85 | AIRBNB | ... | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | Q2 | 04/29/2024 | 165.29 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/29/2024 | 1,900.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | Q2 | 04/29/2024 | 4,750.00 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 04/29/2024 | 5,192.28 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 04/29/2024 | 58.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 04/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 900,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS | MON |
| 2024 | Q2 | 04/30/2024 | 293.54 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 293.54 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 484.40 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 215.20 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 05/01/2024 | 355.00 | DEMOCRACY ENGINE | ... | WASHINGTON, DC 20001 | MERCHANT FEE | MON |
| 2024 | Q2 | 05/01/2024 | 393.25 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 05/01/2024 | 205.42 | LAPRENSA | ... | ORLANDO, FL 32827 | TRANSLATION SRVS | MON |
| 2024 | Q2 | 05/01/2024 | 1,111.01 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 05/01/2024 | 3,162.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 05/01/2024 | 2,055.00 | CALIFANO COLLECTIVE | 354 OYSTER POINT BLVD | SOUTH SAN FRAN, CA 94080 | CONSULTING | MON |
| 2024 | Q2 | 04/30/2024 | 8,433.03 | BFF COMPLIANCE | ... | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | MON |
| 2024 | Q2 | 04/30/2024 | 7,127.95 | STRIPE | 6619 S DIXIE HWY | SAN FRANCISCO, CA | MERCHANT FEES | MON |
| 2024 | Q2 | 05/01/2024 | 900.00 | FLORIDA BLUE | 4880 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | 05/01/2024 | 610.42 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/01/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/30/2024 | 900.00 | LIFTOFF CAMPAIGNS LLC | PO BOX 20706 | ATLANTA, GA 30320 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 05/02/2024 | 450.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS | MON |
| 2024 | Q2 | 05/02/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/02/2024 | 113.40 | FLORIDA BLUE | 4880 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | 05/02/2024 | 25.35 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |

| 2024 | Q2 | Date | Amount | Payee | Address | City, State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 05/02/2024 | 1,600.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/02/2024 | 500.00 | IDEALIST ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | DONATION | MON |
| 2024 | Q2 | 05/02/2024 | 14,396.22 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2024 | Q2 | 05/03/2024 | 88.00 | BONMAN | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | Q2 | 05/03/2024 | 900.00 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | Q2 | 05/03/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/03/2024 | 10,000.00 | RAYMER MAGUIRE | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 05/03/2024 | 5,645.00 | RAYMER MAGUIRE | PO BOX 531341 | MIAMI SHORES, FL 33153 | CAMPAIGN CONSULTING | MON |
| 2024 | Q2 | 05/03/2024 | -27.00 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/03/2024 | 68.79 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/03/2024 | 68.79 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/03/2024 | 79.99 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/06/2024 | 307.10 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/06/2024 | 311.04 | BOOKING.COM | 28 LIBERTY ST FL 29 | NEW YORK, NY 10005 | TRAVEL | MON |
| 2024 | Q2 | 05/06/2024 | 232.24 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/06/2024 | 555.20 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/06/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/06/2024 | 300.60 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 05/07/2024 | 39.00 | JOTFORM INC | 111 N MARKET ST STE 488 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/07/2024 | 16.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/07/2024 | 300.60 | COMPASS HOTEL NAPLES | 1090 5TH AVE S | NAPLES, FL 34102 | LODGING | MON |
| 2024 | Q2 | 05/08/2024 | 1,750.00 | DANIELA FERNANDEZ | | | CONSULTING | MON |
| 2024 | Q2 | 05/08/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/09/2024 | 39.00 | JOTFORM INC | 111 N MARKET ST STE 488 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/09/2024 | 2,443.88 | ALLIANZ TRAVEL INSURANCE | | BURNLEY | INSURANCE | MON |
| 2024 | Q2 | 05/09/2024 | 17,944.80 | GLOBAL STRATEGY GROUP, LLC | 590 MADISON AVE | NEW YORK, NY 10022 | FOCUS GROUPS | MON |
| 2024 | Q2 | 05/09/2024 | 227,000.00 | LUCY SEDGWICK | | AUSTIN, TX 78757 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 05/10/2024 | 1,800.65 | STICKER MULE | 336 FOREST AVE | ST PETERSBURG, FL 33701 | PROMO ITEMS | MON |
| 2024 | Q2 | 05/10/2024 | 25.97 | ALLIANZ TRAVEL INSURANCE | | | INSURANCE | MON |
| 2024 | Q2 | 05/10/2024 | 9.38 | FEDEX | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 05/10/2024 | 2.95 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 31.38 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 562.48 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 11.38 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/10/2024 | 11.38 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 153.01 | FEDEX | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | POSTAGE | MON |
| 2024 | Q2 | 05/10/2024 | 10.00 | HAMPTON INN | 755 CROSSOVER LN | MEMPHIS, TN 38117 | LODGING | MON |
| 2024 | Q2 | 05/13/2024 | 72.80 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/13/2024 | 900.00 | AIRPORT PARKING TALLAHASSEE | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MON |
| 2024 | Q2 | 05/13/2024 | 1,800.65 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/13/2024 | 19.20 | REACH PROGRESS PAC | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/14/2024 | 8,258.00 | GOOGLE | | | HELP EXPENSES | MON |
| 2024 | Q2 | 05/14/2024 | 599.74 | ASHLEIGH HOFFMAN | | | TRAVEL | MON |
| 2024 | Q2 | 05/14/2024 | 3,255.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | CONSULTING | MON |
| 2024 | Q2 | 05/14/2024 | 11,000.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | Q2 | 05/14/2024 | 1,705.83 | EZ CATERING | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CATERING FOR EVENT | MON |
| 2024 | Q2 | 05/14/2024 | 3,250.00 | MS STRATEGIES LLC | 1831 UPPER ELGIN RIVER RD | ELGIN, TX 78621 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | CONSULTING | MON |
| 2024 | Q2 | 05/14/2024 | 5,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 05/14/2024 | 5,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 58.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 1,725.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 05/14/2024 | 15.00 | ASHLEIGH HOFFMAN | | | SALARIES | MON |
| 2024 | Q2 | 05/15/2024 | 355.68 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 05/15/2024 | 900.00 | EZ CATERING | | LONG ISLAND CITY, NY 11101 | CATERING FOR EVENT | MON |
| 2024 | Q2 | 05/15/2024 | 59.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/15/2024 | 4.70 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | Q2 | 05/15/2024 | 38.16 | PANTHER COFFEE | NE 2ND AVE | MIAMI, FL 33137 | COFFEE | MON |
| 2024 | Q2 | 05/15/2024 | 38.16 | RESIDENCE INN | 7750 WISCONSIN AVE | BETHESDA, MD 20814 | LODGING | MON |
| 2024 | Q2 | 05/16/2024 | 38.64 | RESIDENCE INN | 7750 WISCONSIN AVE | BETHESDA, MD 20814 | MEALS | MON |
| 2024 | Q2 | 05/16/2024 | 3.87 | THREE PALM CUBAN CAFE | 2308 N DIXIE HWY | MIAMI, FL 33020 | MEALS | MON |
| 2024 | Q2 | 05/16/2024 | 33.99 | THREE PALM CUBAN CAFE | 2308 N DIXIE HWY | HOLLYWOOD, FL 33020 | MEALS | MON |
| 2024 | Q2 | 05/16/2024 | 16.20 | GRAMPS BAR | 176 NW 24TH ST | MIAMI, FL 33127 | MEALS | MON |
| 2024 | Q2 | 05/16/2024 | 6,424.55 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q2 | 05/16/2024 | 688.47 | THE MARQUETTE HOTEL | 414 S BALDWIN ST | MADISON, WI 53703 | LODGING | MON |
| 2024 | Q2 | 05/16/2024 | 23.59 | CENTURY STORAGE | 233 S BALDWIN ST | LAKELAND, FL 33810 | MILEAGE | MON |
| 2024 | Q2 | 05/17/2024 | 207.59 | USPS | 900 BRICKELL AVE | MIAMI, FL 33810 | STORAGE | MON |
| 2024 | Q2 | 05/16/2024 | 48.51 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | POSTAGE | MON |
| 2024 | Q2 | 05/20/2024 | 48.00 | ABM ORLANDO | 9400 AIRPORT BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | Q2 | 05/20/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Code |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 05/20/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MXN |
| 2024 | Q2 | 05/20/2024 | 9.77 | GRAY FOX COFFEE | 801 MARQUETTE AVE | MINNEAPOLIS, MN 55402 | MEALS | MXN |
| 2024 | Q2 | 05/28/2024 | 12.96 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MXN |
| 2024 | Q2 | 05/28/2024 | 26.00 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MXN |
| 2024 | Q2 | 05/29/2024 | 27.99 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MXN |
| 2024 | Q2 | 05/20/2024 | 337.83 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MXN |
| 2024 | Q2 | 05/22/2024 | 34.08 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MXN |
| 2024 | Q2 | 05/21/2024 | 30.00 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MXN |
| 2024 | Q2 | 05/22/2024 | 7.66 | BEST BUY | 5903 STONELER RD | BROOKLYN, NY 11217 | SUPPLIES | MXN |
| 2024 | Q2 | 05/21/2024 | 12.00 | DEEPLY CAFE | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | MEALS | MXN |
| 2024 | Q2 | 05/22/2024 | 14.34 | ONE ELEVEN | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | MEALS | MXN |
| 2024 | Q2 | 05/22/2024 | 300.00 | CFX VES | 1111 N MAGNOLIA AVE STE 50 | ORLANDO, FL 32801 | PARKING | MXN |
| 2024 | Q2 | 05/27/2024 | 266.00 | DKCFL | 999 PONCE DE LEON BLVD STE 730 | CORAL GABLES, FL 33134 | TOLLS | MXN |
| 2024 | Q2 | 05/22/2024 | 143.78 | FACEBOOK | 525 S MAGNOLIA AVE | ORLANDO, FL 32801 | DONATION | MXN |
| 2024 | Q2 | 05/24/2024 | 360.00 | FEDEX | PO BOX 2754 | FORT WALTON BEACH, FL 32549 | DIGITAL ADS | MXN |
| 2024 | Q2 | 05/24/2024 | 1,725.00 | MONDAY.COM | 1111 EXPEDIA GROUP WAY W | MENLO PARK, CA 94025 | POSTAGE | MXN |
| 2024 | Q2 | 05/24/2024 | 598.00 | NYC REACH ORG | 225 PARK AVE S | NEW YORK, NY 10003 | SUBSCRIPTIONS | MXN |
| 2024 | Q2 | 05/29/2024 | 28.00 | SPROUT SOCIAL INC | 4209 28TH ST STE 6 | CHICAGO, IL 60693 | DONATION | MXN |
| 2024 | Q2 | 05/29/2024 | 321.43 | BEST BUY | 131 S DEARBORN ST | LONG ISLAND CITY, NY 11101 | SOFTWARE | MXN |
| 2024 | Q2 | 05/29/2024 | 319.59 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MXN |
| 2024 | Q2 | 05/29/2024 | 520.20 | SYNOVUS | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MXN |
| 2024 | Q2 | 05/30/2024 | 485.83 | ELIAS LAW GROUP | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MXN |
| 2024 | Q2 | 05/30/2024 | 563.09 | HOTELS.COM | 1111 EXPEDIA GROUP WAY W | WASHINGTON, DC 20037 | LEGAL SERVICES | MXN |
| 2024 | Q2 | 05/30/2024 | 335.51 | EXPEDIA | 250 MASSACHUSETTS AVE NW | SEATTLE, WA 98119 | LODGING | RH0 |
| 2024 | Q2 | 05/30/2024 | 882.23 | MARGARET GOOD | 5110 OAKMONT PL | SARASOTA, FL 34242 | TRAVEL | RH0 |
| 2024 | Q2 | 05/30/2024 | 963.05 | COURTNEY BECKER | 3300 ... | TALLAHASSEE, FL 32312 | REIMB TRAVEL EXPS | MXN |
| 2024 | Q2 | 05/30/2024 | 1,580.77 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | TRAVEL | MXN |
| 2024 | Q2 | 05/30/2024 | 2,881.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 1,879.51 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/31/2024 | 5,000.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/31/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MXN |
| 2024 | Q2 | 05/31/2024 | 70.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 976.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MXN |
| 2024 | Q2 | 05/30/2024 | 1,200.00 | THE METTSON GROUP | 4614 BANANA DR | JACKSONVILLE, FL 32205 | CONSULTING | MXN |
| 2024 | Q2 | 05/30/2024 | 2,500.00 | WOMEN'S VOICES OF SW FL FUND | 1943 17TH ST | SARASOTA, FL 34234 | DONATION | MXN |
| 2024 | Q2 | 05/30/2024 | 7,500.00 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MXN |
| 2024 | Q2 | 06/03/2024 | 2,590.02 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MXN |
| 2024 | Q2 | 06/03/2024 | 147.48 | DEMOCRACY ENGINE | 1201 ... | WASHINGTON, DC 20001 | MERCHANT FEES | MXN |
| 2024 | Q2 | 06/03/2024 | 157.25 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MXN |
| 2024 | Q2 | 06/03/2024 | 89.78 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | POSTAGE | MXN |
| 2024 | Q2 | 06/03/2024 | 4,886.75 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MXN |
| 2024 | Q2 | 06/03/2024 | 15.26 | CIRCA 39 HOTEL | 3900 COLLINS AVE | MIAMI BEACH, FL 33140 | LODGING | MXN |
| 2024 | Q2 | 06/03/2024 | 153.90 | CIRCA 39 HOTEL | 3900 COLLINS AVE | MIAMI BEACH, FL 33140 | LODGING | MXN |
| 2024 | Q2 | 06/03/2024 | 145.78 | EMBASSY SUITES | 1111 EXPEDIA GROUP WAY W | SARASOTA, FL 34236 | LODGING | MXN |
| 2024 | Q2 | 06/03/2024 | 107.83 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MXN |
| 2024 | Q2 | 06/04/2024 | 25.35 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MXN |
| 2024 | Q2 | 06/04/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MXN |
| 2024 | Q2 | 06/05/2024 | 233.55 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MXN |
| 2024 | Q2 | 06/05/2024 | 520.09 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MXN |
| 2024 | Q2 | 06/06/2024 | 10,000.00 | GW STRATEGIES | PO BOX 531341 | MOUNTAIN VIEW, CA 94043 | FUNDRAISING CONSULTANT | MXN |
| 2024 | Q2 | 06/06/2024 | 238.58 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MXN |
| 2024 | Q2 | 06/06/2024 | 18.30 | TALLAHASSEE AIRPORT PARKING | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MXN |
| 2024 | Q2 | 06/06/2024 | 13,483.00 | SIDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MXN |
| 2024 | Q2 | 06/04/2024 | 25,080.00 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MXN |
| 2024 | Q2 | 06/04/2024 | 3,829.55 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MXN |
| 2024 | Q2 | 06/06/2024 | 66.45 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MXN |
| 2024 | Q2 | PI | 980.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MXN |
| 2024 | PI | | 712.72 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MXN |
| 2024 | PI | | 1,358.67 | LAWTON CONNECT | 649 TRIUMPH CT | ORLANDO, FL 32805 | PRINTING | MXN |
| 2024 | PI | | 2.27 | LAWTON CONNECT | 649 TRIUMPH CT | ORLANDO, FL 32805 | PRINTING | MXN |
| 2024 | PI | | 7,500.00 | LAWTON CONNECT | 649 TRIUMPH CT | ORLANDO, FL 32805 | CONSULTING | MXN |
| 2024 | PI | | 35.00 | N ARMENIA AVE | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | SUBSCRIPTIONS | MXN |
| 2024 | PI | | 2,350.00 | SPIROS CONSULTING | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | RESEARCH | MXN |

| Year | Type | Date | Amount | Payee | Address | City/State | Category | Recur |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1 | 06/07/2024 | 39.00 | 3OTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | MON |
| 2024 | P1 | 06/07/2024 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | CONSULTING | MON |
| 2024 | P1 | 06/07/2024 | 16.00 | YOUTUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | DIGITAL ADS | MON |
| 2024 | P1 | 06/07/2024 | 88.62 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P1 | 06/07/2024 | 3.11 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P1A | 06/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/10/2024 | 38.67 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1A | 06/10/2024 | 48.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1A | 06/11/2024 | 401.22 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P1A | 06/11/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P1A | 06/11/2024 | 48.51 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/11/2024 | 1,395.36 | MOXIE MEDIA | PO BOX 30082 | SEATTLE, WA 98111 | DIGITAL ADS | MON |
| 2024 | P1A | 06/11/2024 | 235.18 | MOXIE MEDIA | PO BOX 30082 | SEATTLE, WA 98111 | DIGITAL ADS | MON |
| 2024 | P1A | 06/11/2024 | 4,072.50 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | P1A | 06/11/2024 | 95.00 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | MON |
| 2024 | P1A | 06/11/2024 | 594.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P1A | 06/12/2024 | 192.96 | TAYLOR AGUILERA | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | REIMB TRAVEL EXPS | MON |
| 2024 | P1A | 06/12/2024 | 371.95 | ALLIANZ TRAVEL INSURANCE | 2 AVALON PARK S STE 200 | ORLANDO, FL 32828 | INSURANCE | MON |
| 2024 | P1A | 06/12/2024 | 8,250.00 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1A | 06/12/2024 | 87.50 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | P1A | 06/12/2024 | 203.97 | FOR THE RECORD REPORTING INC | 1509 MAHAN DR STE 140 | TALLAHASSEE, FL 32308 | TRANSCRIPT | MON |
| 2024 | P1A | 06/13/2024 | 132.10 | LEGAL STRATEGY GROUP, LLC | | NEW YORK, NY 10003 | LEGAL SERVICES | MON |
| 2024 | P1A | 06/13/2024 | 85.00 | MEYER, BLUM AND POWELL, P.A. | | TALLAHASSEE, FL 32301 | LEGAL SERVICES | MON |
| 2024 | P1A | 06/13/2024 | 340.00 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1A | 06/13/2024 | 53.06 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33132 | TRAVEL | MON |
| 2024 | P1A | 06/13/2024 | 3,063.45 | HIPPODROME STATE THEATRE | 25 SE 2ND AVE | GAINESVILLE, FL 32601 | DONATIONS | MON |
| 2024 | P1A | 06/13/2024 | 445.57 | MINUTEMAN PRESS | 104 RIDGE RD W | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 2024 | P1A | 06/13/2024 | 285.53 | NATIONAL COURT REPORTER | 5904 E FOWLER AVE | TAMPA, FL 33617 | TRANSCRIPT | MON |
| 2024 | P1A | 06/13/2024 | 545.25 | 51R SPEEDY | 26722 PLAZA | MISSION VIEJO, CA 92691 | PRINTING | MON |
| 2024 | P1A | 06/13/2024 | 268.75 | TARGET PRINT & MAIL | 2843 INDUSTRIAL PLAZA DR | TALLAHASSEE, FL 32301 | PRINTING | MON |
| 2024 | P1A | 06/13/2024 | 15.89 | TARGET PRINT & MAIL | 2843 INDUSTRIAL PLAZA DR | TALLAHASSEE, FL 32301 | PRINTING | MON |
| 2024 | P1A | 06/13/2024 | 407.95 | THE UPS STORE | | TALLAHASSEE, FL 32308 | SHIPPING | MON |
| 2024 | P1A | 06/13/2024 | 407.55 | ZOO PRINTING | | BELL, CA 90201 | PRINTING | MON |
| 2024 | P1A | 06/13/2024 | 721.81 | ZOO PRINTING | | BELL, CA 90201 | PRINTING | MON |
| 2024 | P1A | 06/14/2024 | 108.00 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P1A | 06/14/2024 | 204.51 | DEMOCRACY ENGINE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P1A | 06/14/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/14/2024 | 2,134.62 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | MON |
| 2024 | P1A | 06/14/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 18.12 | THE UPS STORE | | TALLAHASSEE, FL 32308 | SHIPPING | MON |
| 2024 | P1A | 06/14/2024 | 629.03 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | MON |
| 2024 | P1A | 06/14/2024 | 27.13 | ZOO PRINTING | | BELL, CA 90201 | PRINTING | MON |
| 2024 | P1A | 06/17/2024 | 34.81 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1A | 06/17/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/17/2024 | 43.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1A | 06/17/2024 | 1,305.40 | MINUTEMAN PRESS | 104 RIDGE RD W | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 2024 | P1A | 06/17/2024 | 411.95 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | MON |
| 2024 | P1A | 06/17/2024 | 103.84 | TOTALLY PROMOTIONAL | | COLDWATER, OH 45828 | MARKETING | MON |
| 2024 | P1A | 06/17/2024 | 48.15 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1A | 06/18/2024 | 196.47 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1A | 06/18/2024 | 21.80 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1A | 06/18/2024 | 49.55 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P1A | 06/18/2024 | 346.96 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1A | 06/19/2024 | 7,338.20 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | MARKETING | MON |
| 2024 | P1A | 06/19/2024 | 787.95 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | MON |
| 2024 | P1A | 06/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |

| Year | Committee | Date | Amount | Payee | Address | City/State | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1A | 06/19/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P1A | 06/19/2024 | 84.00 | TWITTER | 1355 MARKET ST STE 900 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |
| 2024 | P2 | 06/19/2024 | 583.89 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P1A | 06/21/2024 | 63.00 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P1A | 06/21/2024 | 13.51 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 33.53 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P1A | 06/21/2024 | 162.72 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 30.40 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 39.60 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 446.20 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | P1A | 06/21/2024 | 1,217.28 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P2 | 06/24/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2 | 06/24/2024 | 750.00 | FLORIDA AFL-CIO | 135 S MONROE ST | TALLAHASSEE, FL 32301 | DONATION | MON |
| 2024 | P2 | 06/24/2024 | 34.00 | WALGREENS | | CHICAGO, IL 60606 | OUTREACH | MON |
| 2024 | P2 | 06/24/2024 | 42.03 | HYATT | | ORLANDO, FL 32827 | LODGING | MON |
| 2024 | P2 | 06/24/2024 | 28.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | LODGING | MON |
| 2024 | P1A | 06/24/2024 | 1,725.00 | REACH PROGRESS PBC | | | CAMPAIGN VERIFY | MON |
| 2024 | P1A | 06/24/2024 | 3,500.00 | THE WHITSON GROUP | | | CONSULTING | MON |
| 2024 | P2 | 06/25/2024 | 359.93 | WALGREENS | | CHICAGO, IL 60606 | SUPPLIES | MON |
| 2024 | P2 | 06/25/2024 | 200.30 | DIGRESS WINE | | | STAFF MEALS | MON |
| 2024 | P2 | 06/25/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/25/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/25/2024 | 2,981.55 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX | MON |
| 2024 | P2 | 06/26/2024 | 95.00 | MONDAY.COM | | NEW YORK, NY 10003 | SOFTWARE | MON |
| 2024 | P2 | 06/26/2024 | 400.00 | SPROUT SOCIAL | | CHICAGO, IL 60603 | SOFTWARE | MON |
| 2024 | P2 | 06/27/2024 | 5,950.00 | STERILT SOCIAL | | | SOFTWARE | MON |
| 2024 | P2 | 06/27/2024 | 202.61 | SYNDNVS | | | SOFTWARE | MON |
| 2024 | P2 | 06/27/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/27/2024 | 20.75 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | MON |
| 2024 | P2 | 06/27/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | P2A | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2A | 06/27/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13300 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | P2A | 06/28/2024 | 15.77 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SOFTWARE | MON |
| 2024 | P3 | 06/28/2024 | 342.14 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P3 | 06/28/2024 | 80.59 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P3 | 06/28/2024 | 35.67 | FEDEX | | MEMPHIS, TN 38120 | POSTAGE | MON |
| 2024 | P2A | 06/28/2024 | 77.91 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P2A | 06/28/2024 | 83.07 | WENDOR.COM | | NEW YORK, NY 10022 | SOFTWARE | MON |
| 2024 | P3 | 07/01/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 20,000.00 | FELDMAN STRATEGIES | | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | P2A | 07/01/2024 | 16,504.00 | MOXIE MEDIA | | JACKSONVILLE, FL 32246 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 10,360.00 | STEVENSON LEGAL, PLLC | | MOUNTAIN VIEW, CA 94043 | LEGAL SERVICES | MON |
| 2024 | P2A | 07/01/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 25.15 | FLORIDA BLUE | | PENSACOLA BEACH, FL 32561 | INSURANCE | MON |
| 2024 | P3 | 07/03/2024 | 5.99 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P3 | 07/03/2024 | 10,000.00 | GW STRATEGIES | | | DIGITAL ADS | MON |
| 2024 | P2A | 07/03/2024 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2024 | P2A | 07/03/2024 | 63,719.24 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | DIRECT MAIL | MON |
| 2024 | P2 | 07/03/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P3 | 07/03/2024 | 3,678.00 | NGP VAN/EVERACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | P2A | 07/03/2024 | 7,982.04 | NGP VAN/EVERACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | P2A | 07/05/2024 | 398.87 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | MON |
| 2024 | P2A | 07/05/2024 | 34.51 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | MON |
| 2024 | P2A | 07/05/2024 | 148.51 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/05/2024 | 369.67 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/05/2024 | 815.46 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | MON |
| 2024 | P3 | 07/08/2024 | 354.24 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MON |
| 2024 | P3 | 07/08/2024 | 39.00 | REDHANDLY | 1355 MARKET AVE STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |

| Year | Period | Date | Amount | Payee | Address | City, State ZIP | Category | Committee |
|---|---|---|---|---|---|---|---|---|
| 2024 | P5 | 07/08/2024 | 16.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | HON |
| 2024 | P5 | 07/09/2024 | 4,112.50 | MOXIE MEDIA | PO BOX 30084 | SEATTLE, WA 98113 | PROMOTIONAL MERCHANDISE | HON |
| 2024 | P5 | 07/09/2024 | 192.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | HON |
| 2024 | P4 | 07/09/2024 | 201.33 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | HON |
| 2024 | P4 | 07/10/2024 | 20.45 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | HON |
| 2024 | P4 | 07/10/2024 | 13.19 | HUDSON NEWS | 1601 WILLOW RD | MENLO PARK, CA 94025 | TRAVEL/MEALS | HON |
| 2024 | P4 | 07/10/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | HON |
| 2024 | P4 | 07/10/2024 | 900.00 | FACEBOOK | 1 AIRPORT BLVD | ORLANDO, FL 32827 | DIGITAL ADS | HON |
| 2024 | P4 | 07/10/2024 | 190.03 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | HON |
| 2024 | P3 | 07/11/2024 | 1,455.84 | ZOO PRINTING | 4729 EASTERN AVE | WASHINGTON, DC 20002 | PRINTING | HON |
| 2024 | P3 | 07/11/2024 | 1,310.57 | ZOO PRINTING | 4729 EASTERN AVE | WASHINGTON, DC 20002 | PRINTING | HON |
| 2024 | P3 | 07/11/2024 | 4,897.46 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMOTIONAL MERCHANDISE | HON |
| 2024 | P3 | 07/10/2024 | 1,455.84 | DANIELA FERNANDEZ | 1814 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | HON |
| 2024 | P3 | 07/10/2024 | 1,310.57 | DANIELA FERNANDEZ | 1814 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | HON |
| 2024 | P3 | 07/10/2024 | 310.50 | MB STRATEGIES | 4013 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | HON |
| 2024 | P3 | 07/11/2024 | 7,500.00 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | HON |
| 2024 | P3 | 07/11/2024 | 21.20 | BALTIMORE CONVENTION | 1 W PRATT ST | BALTIMORE, MD 21202 | EVENT TICKETS | HON |
| 2024 | P3 | 07/12/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33801 | STORAGE | HON |
| 2024 | P3 | 07/11/2024 | 27.77 | DEMOCRACY ENGINE | 227 TUXEDO AVE NW | WASHINGTON, DC 20001 | DIGITAL ADS | HON |
| 2024 | P3 | 07/12/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | PARK CITY, UT 84098 | MERCHANT FEES | HON |
| 2024 | P3 | 07/12/2024 | 398.57 | BROWN KOLYN | 712 MAXWELL ST | ORLANDO, FL 32884 | MILEAGE | HON |
| 2024 | P3 | 07/12/2024 | 1,384.62 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 3,638.59 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | HON |
| 2024 | P3 | 07/12/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 3,600.72 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 79.79 | OPTERY.COM | 3209 SW 128TH ST STE F3 | MIAMI, FL 33186 | SOFTWARE | HON |
| 2024 | P3 | 07/12/2024 | 85.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2024 | P3 | 07/12/2024 | 168.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | HON |
| 2024 | P3 | 07/12/2024 | 10,500.00 | OPTERY.COM | 3209 SW 128TH ST STE F3 | MIAMI, FL 33186 | SOFTWARE | HON |
| 2024 | P3 | 07/15/2024 | 653.01 | RAYNER MAGUIRE | 223 NE 17TH AVE | POMPANO BEACH, FL 33060 | CAMPAIGN CONSULTING | HON |
| 2024 | P3 | 07/15/2024 | — | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | HON |
| 2024 | P3 | 07/15/2024 | 72.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | P3 | 07/16/2024 | 124.47 | FEDEX | 366 SUMNER ST | ORLANDO, FL 32801 | PARKING | HON |
| 2024 | P3 | 07/16/2024 | 54,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SHIPPING | HON |
| 2024 | P3 | 07/16/2024 | 25.96 | OPTERY.COM | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SURVEY & FOCUS GROUPS | HON |
| 2024 | P3 | 07/16/2024 | 123.50 | BRIGHTLINE | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SOFTWARE | HON |
| 2024 | P3 | 07/18/2024 | 26.42 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | HON |
| 2024 | P3 | 07/18/2024 | 900.00 | FLORIDA WATCH | 1601 WILLOW RD | MENLO PARK, CA 94025 | TRANSPORTATION | HON |
| 2024 | P3 | 07/18/2024 | 3,530.00 | MEYER, BLOOM AND POWELL, P.A. | 1601 WILLOW RD | SEATTLE, WA 98119 | TRAVEL | HON |
| 2024 | P3 | 07/18/2024 | 2,160.00 | ZOOM | 2623 FORBES ST | JACKSONVILLE, FL 32204 | DIGITAL ADS | HON |
| 2024 | P3 | 07/18/2024 | 35.49 | ACTBLUE | 1607 MELROSE AVE NW | TALLAHASSEE, FL 32302 | CONSULTING | HON |
| 2024 | P3 | 07/18/2024 | 427.34 | DEMOCRACY ENGINE | 366 SUMNER ST | SAN JOSE, CA 95113 | LEGAL SERVICES | HON |
| 2024 | P3 | 07/12/2024 | 53.86 | FACEBOOK | 1601 WILLOW RD | SOMERVILLE, MA 02144 | SUBSCRIPTIONS | HON |
| 2024 | P3 | 07/12/2024 | 900.00 | INSTACART | 50 BEALE ST STE 600 | WASHINGTON, DC 20001 | MERCHANT FEES | HON |
| 2024 | P3 | 07/12/2024 | 16.99 | STRIPE | 1601 WILLOW RD | MENLO PARK, CA 94025 | MERCHANT FEES | HON |
| 2024 | P3 | 07/12/2024 | 877.13 | EXPEDIA | 354 OYSTER POINT BLVD | MENLO PARK, CA 94025 | DIGITAL ADS | HON |
| 2024 | P3 | 07/12/2024 | 183.37 | AGUILERA TAYLOR | 4804 WILLIAMSTOWN BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | HON |
| 2024 | P3 | 07/19/2024 | 200.33 | WILLIAMSTOWN BAND | 354 OYSTER POINT BLVD | LAKELAND, FL 33810 | MILEAGE | HON |
| 2024 | P3 | 07/19/2024 | 17.34 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | HON |
| 2024 | P3 | 07/19/2024 | 908.00 | GOOGLE | 1601 WILLOW RD | SAN FRANCISCO, CA 94105 | DIGITAL ADS | HON |
| 2024 | P3 | 07/19/2024 | 908.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | SEATTLE, WA 98119 | DIGITAL ADS | HON |
| 2024 | P3 | 07/22/2024 | 17.34 | INSTACART | 50 BEALE ST STE 600 | CHICAGO, IL 60677 | STAFFING | HON |
| 2024 | P5 | 07/23/2024 | 69,970.00 | CHANGE MEDIA GROUP | PO BOX 776850 | SEATTLE, WA 98119 | MEDIA PRODUCTION | HON |
| 2024 | P5 | 07/23/2024 | 342.37 | CHANGE MEDIA GROUP | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | HON |

| Year | PG | Date | Amount | Name | Address | City/State | Category |
|---|---|---|---|---|---|---|---|
| 2024 | P5 | 07/23/2024 | 47,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | MERCHANT FEES |
| 2024 | P5 | 07/23/2024 | 5.50 | SYNDUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES |
| 2024 | P5 | 07/23/2024 | 2,632.23 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/23/2024 | 2,632.23 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/23/2024 | 1,508.06 | IMPRINT.COM | 14550 BEECHNUT ST | HOUSTON, TX 77083 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/24/2024 | 18.66 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING |
| 2024 | PG | 07/24/2024 | 2,436.39 | STICKERAPP INC | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/24/2024 | 9,667.78 | STICKERAPP INC | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/24/2024 | 83.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS |
| 2024 | PG | 07/25/2024 | 37.28 | HILTON HOTELS | 7930 JONES BRANCH DR STE 1100 | MCLEAN, VA 22102 | LODGING |
| 2024 | PG | 07/25/2024 | 2.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING |
| 2024 | PG | 07/25/2024 | 2,848.22 | PUREBUTTONS.COM | 2991 INTERSTATE PKWY | BRUNSWICK, OH 44212 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/25/2024 | 612.88 | REACH PROGRESS INC | 793 E COMMERCIAL BLVD STE 44 | OAKLAND PARK, FL 33334 | MERCHANT FEES |
| 2024 | PG | 07/25/2024 | 965.98 | THE GREAT GREEK MEDITERRANEAN | 366 SUMMER ST | TAMPA, FL 33607 | STAFF MEALS |
| 2024 | PG | 07/26/2024 | 300.00 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES |
| 2024 | PG | 07/26/2024 | 70.46 | MY MAMA'S BOOKS RECORDS CAFE | 218 E DANIA BEACH BLVD | DANIA BEACH, FL 33004 | STAFF MEALS |
| 2024 | PG | 07/29/2024 | 2,003.24 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES |
| 2024 | PG | 07/29/2024 | 22.40 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES |
| 2024 | PG | 07/29/2024 | 2,795.00 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS |
| 2024 | PG | 07/29/2024 | 50,000.00 | EQUAL GROUND EDUCATION FUND | PO BOX 2702 | DALLAS, TX 75225 | GRANT |
| 2024 | PG | 07/29/2024 | 19.81 | FEDEX | 2702 LOVE FIELD DR | DALLAS, TX 75235 | SHIPPING |
| 2024 | PG | 07/29/2024 | 13,500.00 | CHANGE MEDIA GROUP | 100 SE 2ND ST | MIAMI, FL 33131 | MEDIA CONSULTING |
| 2024 | PG | 07/29/2024 | 905.66 | FACEBOOK | 1600 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | PG | 07/30/2024 | 27,400.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES |
| 2024 | PG | 07/30/2024 | 28,400.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | SARASOTA, FL 34236 | STAFF TIME/SALARIES |
| 2024 | PG | 07/30/2024 | 538.00 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | SUBSCRIPTIONS |
| 2024 | PG | 07/30/2024 | 7,500.00 | THE WHITSON GROUP | 4616 RAYKOWA BLVD | JACKSONVILLE, FL 34234 | DATA CONSULTING |
| 2024 | PG | 07/30/2024 | 315.13 | FEDEX | 2702 LOVE FIELD DR | DALLAS, TX 75235 | SHIPPING |
| 2024 | PG | 07/30/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION |
| 2024 | PG | 07/31/2024 | 2,838.46 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES |
| 2024 | PG | 07/31/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 4,303.69 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | PG | 07/31/2024 | 410.74 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | PG | 07/31/2024 | 4,659.36 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | PG | 08/01/2024 | 10,000.00 | EXPEDIA GROUP NAV N | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | PG | 08/01/2024 | 70,000.00 | FELDMAN STRATEGIES | 33 BRYANT ST STE 2 | WASHINGTON, DC 20001 | CONSULTING |
| 2024 | PG | 08/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE |
| 2024 | PG | 08/01/2024 | 100,000.00 | FLORIDA ALLIANCE FOR ALL | 10800 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | GRANT |

| Year | Per | Date | Amount | Payee | Address | City / State / Zip | Category |
|---|---|---|---|---|---|---|---|
| 2024 | P5 | 08/01/2024 | 451.15 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS |
| 2024 | P5 | 08/01/2024 | 520.14 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS |
| 2024 | P5 | 08/01/2024 | 10,234.38 | GW STRATEGIES | | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT |
| 2024 | P5 | 08/01/2024 | 111.53 | BROWN KOLYN | 712 MAXWELL ST | ST PETERSBURG, FL 33701 | MILEAGE |
| 2024 | P5 | 08/01/2024 | 15.34 | HAMMONS MARKITTA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB EXPS - PRINTING/LITERATURE |
| 2024 | P6 | 08/02/2024 | 139.43 | HAMMONS MARKITTA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | MILEAGE |
| 2024 | P6 | 08/02/2024 | 8.98 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MGNT |
| 2024 | P6 | 08/01/2024 | 304.00 | MURAD NICOLE | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | REIMB SUPPLIES EXPENSE |
| 2024 | P6 | 08/01/2024 | 285.42 | AGUILERA TAYLOR | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | MILEAGE |
| 2024 | P6 | 08/01/2024 | 539.00 | AGUILERA TAYLOR | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | TRAVEL REIMB |
| 2024 | P6 | 08/01/2024 | 164.95 | AGUILERA TAYLOR | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | TRAVEL REIMB |
| 2024 | P6 | 08/01/2024 | 231.82 | AGUILERA TAYLOR | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | MILEAGE |
| 2024 | P6 | 08/01/2024 | 290.38 | TIKI TAXI & CRUISE | 735 CASA LOMA BLVD | BOYNTON BEACH, FL 33435 | TRANSPORTATION |
| 2024 | P6 | 08/01/2024 | 97.05 | TOTALLY PROMOTIONAL | 450 S 2ND ST | COLDWATER, OH 45828 | MERCHANDISE PROMO ITEMS |
| 2024 | P6 | 08/02/2024 | 723.08 | YOUTH ACTION FUND | 1229 PARTRIDGE CLOSE | POMPANO BEACH, FL 33064 | MERCHANT FEES |
| 2024 | P6 | 08/02/2024 | 37.28 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | P6 | 08/02/2024 | 60.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING |
| 2024 | P6 | 08/02/2024 | 100.54 | DEMOCRACY ENGINE | 1600 AMPHITHEATRE PKWY | WASHINGTON, DC 20003 | MERCHANT FEES |
| 2024 | P6 | 08/02/2024 | 13.19 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS |
| 2024 | P6 | 08/02/2024 | 295.11 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES |
| 2024 | P6 | 08/02/2024 | 36.92 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES |
| 2024 | P6 | 08/02/2024 | 169.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES |
| 2024 | P6 | 08/05/2024 | 1,429.44 | BRIGHTLINE | 161 NW 6TH ST | MIAMI, FL 33136 | TRANSPORTATION |
| 2024 | P6 | 08/05/2024 | 149.91 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES |
| 2024 | P6 | 08/05/2024 | 168.61 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | P6 | 08/05/2024 | 900.80 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS |
| 2024 | P6 | 08/05/2024 | 11,572.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT |
| 2024 | P6 | 08/05/2024 | 3,200.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | OUTREACH |
| 2024 | P6 | 08/05/2024 | 940.17 | SCALE TO WIN | 13742 HARPER ST | SANTA ANA, CA 92705 | OUTREACH |
| 2024 | P6 | 08/05/2024 | 6.00 | SYNQUS | PO BOX 128 | COLUMBUS, GA 31902 | BANK FEE |
| 2024 | P6 | 08/05/2024 | 900.00 | FLORIDA DEPARTMENT OF STATE | PO BOX 30004 | WASHINGTON, DC 20066 | FTHR PAYMENT |
| 2024 | P6 | 08/06/2024 | 4,458.40 | PEOPLE POWER FOR FLORIDA | 5S ALMADEN BLVD STE 600 | TALLAHASSEE, FL 32308 | PRINTING/MERCHANDISE |
| 2024 | P6 | 08/06/2024 | 6,750.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SAN FRANCISCO, CA 94103 | AIRFARE |
| 2024 | P6 | 08/07/2024 | 169.23 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS |
| 2024 | P6 | 08/07/2024 | 39.00 | CHERRY AVE | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS |
| 2024 | P6 | 08/07/2024 | 175.83 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | OFFICE SUPPLIES |
| 2024 | P6 | 08/09/2024 | 360.57 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | P6 | 08/09/2024 | 587.81 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | P6 | 08/09/2024 | 64.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | P6 | 08/12/2024 | 900.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | P6 | 08/12/2024 | 250,000.00 | HARD KNOCKS STRATEGIES LLC | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | CANVASSING |
| 2024 | P6 | 08/09/2024 | 170.24 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE |
| 2024 | P6 | 08/12/2024 | 159.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES |
| 2024 | P6 | 08/12/2024 | 159.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES |
| 2024 | P6 | 08/12/2024 | 508.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS |
| 2024 | P7 | 08/12/2024 | 16,492.00 | MESSAGE AUDIENCE | 2408 S 4TH ST | AUSTIN, TX 78704 | TV SHOOT |
| 2024 | P7 | 08/12/2024 | 17,647.09 | MOXIE MEDIA | PO BOX 30084 | SEATTLE, WA 98113 | PHOTO SHOOT |
| 2024 | P7 | 08/12/2024 | 150.37 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SOFTWARE |
| 2024 | P7 | 08/13/2024 | 3,993.00 | SPIROS CONSULTING | 6135 NEW HAMPSHIRE AV NW | WASHINGTON, DC 20011 | RESEARCH |
| 2024 | P7 | 08/13/2024 | 3,708.00 | BEGGS & LANE RLLP | 501 COMMENDENCIA ST | PENSACOLA, FL 32502 | LEGAL SERVICES |
| 2024 | P7 | 08/13/2024 | 17,000.00 | BFF COMPLIANCE | 6629 5 DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE |
| 2024 | P7 | 08/13/2024 | 427.77 | MB STATEGIES LLC | 4921 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | SUBSCRIPTIONS |
| 2024 | P7 | 08/13/2024 | 47.77 | MB STATEGIES LLC | 4921 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | SUBSCRIPTIONS |
| 2024 | P7 | 08/13/2024 | 402.87 | WOMEN'S VOICES OF SW FL FUND | 450 S 4TH AVE | SARASOTA, FL 34234 | OFFICE SUPPLIES |
| 2024 | P7 | 08/14/2024 | 319.59 | BEST BUY | 1945 17TH ST | RICHFIELD, MN 55423 | OFFICE SUPPLIES |
| 2024 | P7 | 08/14/2024 | 6,190.87 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | MERCHANDISE |
| 2024 | P7 | 08/14/2024 | 8,350.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PI NE # 6 | WASHINGTON, DC 20002 | CONSULTING |
| 2024 | P7 | 08/14/2024 | 3,500.00 | DELTA AIR | 1285 AVENUE OF THE AMERICAS | ATLANTA, GA 30354 | AIRFARE |
| 2024 | P7 | 08/14/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING |

| Year | Acct | Date | Amount | Payee | Address | City / State / ZIP | Purpose | Fund |
|---|---|---|---|---|---|---|---|---|
| 2024 | P7 | 08/15/2024 | 1,982.06 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | MON |
| 2024 | P7 | 08/15/2024 | 120.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | MON |
| 2024 | P7A | 08/15/2024 | | SOHO HOUSE | | SAN FRANCISCO, CA 94107 | | MON |
| 2024 | P7A | 08/15/2024 | 12.83 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | MON |
| 2024 | P7A | 08/15/2024 | 81.21 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | MON |
| 2024 | P7 | 08/15/2024 | 59.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | P7 | 08/15/2024 | 3,500.00 | FLORIDA WATCH | 2623 FORBES ST | JACKSONVILLE, FL 32204 | COMMUNICATION CONSULTING | MON |
| 2024 | P7 | 08/15/2024 | 59.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 4,724.59 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | PAYROLL TAX EXPENSES | MON |
| 2024 | P7 | 08/15/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P7 | 08/15/2024 | 244.99 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | MON |
| 2024 | P7 | 08/15/2024 | 8,459.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | P7A | 08/16/2024 | 465.41 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | NON |
| 2024 | P7A | 08/16/2024 | 85.13 | CENTURY STORAGE | 2359 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | NON |
| 2024 | P7A | 08/16/2024 | | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | P7A | 08/16/2024 | 64.15 | DOMINO'S | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | NON |
| 2024 | P7A | 08/16/2024 | 744.27 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | P7A | 08/16/2024 | 2,504.33 | SUTHERLAND NATASHA | 607 TALAFLO ST | TALLAHASSEE, FL 32308 | TRANSPORTATION | NON |
| 2024 | G1 | 08/16/2024 | 60.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | NON |
| 2024 | G1 | 08/16/2024 | 226.95 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | NON |
| 2024 | G1 | 08/19/2024 | 393.70 | DRURY PLAZA HOTEL TALLAHASSEE | 1699 RAYMOND DIEHL RD | TALLAHASSEE, FL 32308 | LODGING | NON |
| 2024 | G1 | 08/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | G1 | 08/19/2024 | 35,000.00 | MENACHOICE ADVOCACY | 3428 WHIRLAWAY DR | NORTHBROOK, IL 60062 | GRANT | NON |
| 2024 | G1 | 08/20/2024 | 1,520.00 | MEYER BLOHM AND POWELL P.A. | 3047 MADISON RD | CINCINNATI, OH 45209 | LEGAL SERVICES | NON |
| 2024 | G1 | 08/20/2024 | 62,000.00 | SPROUT INSIGHT LLC | PO BOX 120 | COLUMBUS, GA 31902 | OUTREACH | NON |
| 2024 | G1 | 08/20/2024 | 5.49 | SYNDUOS | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | DIGITAL ADS | RBM |
| 2024 | G1 | 08/21/2024 | 151.22 | FIDELX | PO BOX 1547 | | BANK FEE | RBM |
| 2024 | G1 | 08/21/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | SHIPPING | RBM |
| 2024 | G1 | 08/21/2024 | 52.22 | PUBLIX | 701 WESTERN AVE | GLENDALE, CA 91201 | DIGITAL ADS | RBM |
| 2024 | G1 | 08/22/2024 | 9.00 | ALLIANZ TRAVEL INSURANCE | 2 PLZ | | STORAGE | RBM |
| 2024 | G1 | 08/22/2024 | 52.00 | AMTRAK | 2 MASSACHUSETTS AVE NE | WASHINGTON, DC 20002 | INSURANCE | RBM |
| 2024 | G1 | 08/22/2024 | 109.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | RBM |
| 2024 | G1 | 08/22/2024 | 123.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | RBM |
| 2024 | G1 | 08/22/2024 | 25.07 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | TRANSPORTATION | RBM |
| 2024 | G1 | 08/22/2024 | 25.93 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RBM |
| 2024 | G1 | 08/22/2024 | 1,042.26 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | STAFF MEALS | RBM |
| 2024 | G1 | 08/22/2024 | 574.16 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | RBM |
| 2024 | G1 | 08/23/2024 | 1,141.33 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | RBM |
| 2024 | G1 | 08/23/2024 | 148.91 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | RBM |

| Year | Fund | Date | Amount | Payee | Address | City/State | Purpose | Code |
|---|---|---|---|---|---|---|---|---|
| 2024 | G1 | 08/23/2024 | 23.18 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/23/2024 | 29.16 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/23/2024 | 30.29 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 1,515.00 | SWEDLA | | SWEDEN | AIRFARE | MON |
| 2024 | G1A | 08/23/2024 | 1,013.80 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/23/2024 | 613.40 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/23/2024 | 2,247.09 | STRIPE | | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G1 | 08/23/2024 | 120.00 | ARENA ACADEMY | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | TRAINING | MON |
| 2024 | G1 | 08/26/2024 | 106.15 | DOMINOS | | | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 53.08 | DOMINOS | | | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 102.26 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 15.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 15.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 21.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 33.45 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/26/2024 | 48.40 | FACEBOOK | | | STAFF MEALS | MON |
| 2024 | G1A | 08/26/2024 | 40.45 | DOORDASH | 1601 WILLOW RD | MENLO PARK, CA 94025 | STAFF MEALS | MON |
| 2024 | G1A | 08/26/2024 | 158.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 356.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 1,800,000.00 | REACH PROGRESS PBC | | MIAMI, FL 33161 | ORGANIZING COSTS | MON |
| 2024 | G1A | 08/26/2024 | 774.00 | SPROUT SOCIAL | | | CANVASSING/OUTREACH | MON |
| 2024 | G1A | 08/27/2024 | 5,134.84 | GREENPRINT STRATEGIES INC | 10800 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | RESEARCH | MON |
| 2024 | G1A | 08/27/2024 | 1,983.76 | LAUREN BRENZEL | 4112 NW 5TH ST STE 207 | PLANTATION, FL 33317 | SOFTWARE | MON |
| 2024 | G1A | 08/27/2024 | 37,500.00 | HART RESEARCH | 1250 CONNECTICUT AVE NW STE 530 | WASHINGTON, DC 20036 | SOFTWARE | MON |
| 2024 | G1A | 08/26/2024 | 103.11 | PUBLIX | | LAKELAND, FL 33882 | STAFF MEALS | PMB |
| 2024 | G1 | 08/27/2024 | 35.93 | AMAZON | 4021 40TH ST | SUNNYVALE, NY 11104 | SUPPLIES | RMB |
| 2024 | G1 | 08/27/2024 | 35.93 | AMAZON | 4021 40TH ST | SUNNYVALE, NY 11104 | SUPPLIES | RMB |
| 2024 | G1 | 08/27/2024 | 71.86 | AMAZON | 4021 40TH ST | SUNNYVALE, NY 11104 | RETMB | RMB |
| 2024 | G1A | 08/28/2024 | 123.00 | BRIGHTLINE | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | TRANSPORTATION | MON |
| 2024 | G1 | 08/28/2024 | 24.62 | DOORDASH | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | STAFF MEALS | MON |
| 2024 | G1 | 08/28/2024 | 25.00 | DOORDASH | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | STAFF MEALS | MON |
| 2024 | G1A | 08/28/2024 | 42.38 | DOORDASH | 593 STONELEIGH RD | | STAFF MEALS | MON |
| 2024 | G1A | 08/28/2024 | 78.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1 | 08/28/2024 | 83.24 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G1 | 08/29/2024 | 0.38 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/29/2024 | 180.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | G1A | 08/29/2024 | 2,259.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,259.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 270.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 270.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 4,598.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 460.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 509.70 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 517.20 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | MON |
| 2024 | G1A | 08/29/2024 | 560.40 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 369.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 611.40 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 65.70 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 6,580.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 720.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 759.00 | MIAMI PAYROLL CENTER | 12200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |

| Year | Q | Fund | Date | Amount | Payee | Address | City, State ZIP | Category | Cmte |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | GIA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | RON |
| 2024 | Q2 | GIA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | RON |
| 2024 | Q2 | GIA | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 1,745.55 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 94.63 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 26.95 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 28.43 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 28.43 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 31.07 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 31.87 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 32.33 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 13.72 | SPOTIFY | 150 GREENWICH ST FL 62 | NEW YORK, NY 10007 | SUBSCRIPTIONS | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 160.84 | FEDEX | 2 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | SHIPPING | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 18.23 | FEDEX | 2 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | SHIPPING | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 435.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 635.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 85.22 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 96.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 515.63 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 515.63 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 520.01 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 2,004.86 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 2,000.00 | ASHLEIGH CANTU | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 655.00 | ASHLEIGH CANTU | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 12,508.00 | FELDMAN STRATEGIES | 352 LITTLE SOUND DR | ORLANDO, FL 32827 | CONSULTING | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 25.33 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 355.77 | GABRIEL GOMEZ | 9392 DUBOIS BLVD | ORLANDO, FL 32825 | MILEAGE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 638.46 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 519.02 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 10,000.00 | GW STRATEGIES | 33 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 14,000.00 | MESSAGE AUDIENCE | 2408 S 4TH ST | AUSTIN, TX 78704 | TEXT MESSAGING | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 16,975.00 | MSP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 29.15 | MARCITTA HAWKINS | 6975 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB. TRAVEL EXPENSES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 9,807.74 | PARAGON | 1314 E LAS OLAS BLVD STE 202 | TEMPE, AZ 85281 | MERCHANT FEES | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 12.63 | PUBLIC STORAGE | 701 WESTERN AVE | GLENDALE, CA 91201 | PUBLIC STORAGE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 3,000.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 2,500.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | DATA CONSULTING | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 105.36 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 380.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | RON |
| 2024 | Q2 | GIA | 08/30/2024 | 127.82 | DOMINOS | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 220.07 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 26.22 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 444.60 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | RON |
| 2024 | Q2 | GIA | 09/03/2024 | 37.28 | HILTON HOTELS | 7939 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 37.28 | HILTON HOTELS | 7939 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 3.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 1,665.93 | THRIVE COCKTAIL LOUNGE | 13 S ORANGE AVE | ORLANDO, FL 32801 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 3,622.16 | SCALE TO WIN | 200 E BROADWAY # 400 | SAN FRANCISCO, CA 94103 | DIGITAL | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 30.16 | RELAX GRILL ORLANDO | 211 EOLA PKWY | ORLANDO, FL 32801 | STAFF MEALS | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 11,572.04 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 769.48 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 67.28 | ALISSA SCHUTZ | 13742 HARPER ST | VALPARAISO, IN 46385 | MILEAGE | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 211.33 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 203.21 | GABRIEL GOMEZ | 9392 DUBOIS BLVD | ORLANDO, FL 32825 | MILEAGE | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 109.15 | GABRIEL GOMEZ | 9392 DUBOIS BLVD | ORLANDO, FL 32825 | MILEAGE | RON |
| 2024 | Q2 | GIA | 09/05/2024 | 89,882.51 | GWEB INC. | 3859 K ST NW | WASHINGTON, DC 20007 | MERCHANT FEES | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 14.79 | HILTON HOTELS | 7939 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 9.33 | HILTON HOTELS | 7939 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 92.44 | MARCITTA HAWKINS | 4418 NW 27TH TER | MIAMI, FL 33186 | REIMB. MILEAGE | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 316.20 | NICOLE MURAD | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | REIMB. MILEAGE | RON |
| 2024 | Q2 | GIA | 09/06/2024 | 39.00 | RESHANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | RNB |
| 2024 | Q2 | GIA | 09/06/2024 | 1,568.64 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | RN9 |
| 2024 | Q2 | GIA | 09/06/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION | RN9 |

| Year | Committee | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/09/2024 | 164.92 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 93.15 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 91.76 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 643,523.19 | CHANGE MEDIA GROUP | PO BOX 776050 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G2A | 09/09/2024 | 21.20 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 26.08 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 3.07 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 42.63 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 170.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 251.07 | FEDEX | 10800 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 156,248.23 | FLORIDA FOR ALL | 3950 N 35TH AVE | MIAMI, FL 33142 | ORGANIZING COSTS | NON |
| 2024 | G2A | 09/09/2024 | 3,187,911.50 | GREENPRINT STRATEGIES, INC | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | MEDIA BUY | NON |
| 2024 | G2A | 09/09/2024 | 5,689.62 | GREENPRINT STRATEGIES, INC | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | FUNDRAISING EVENTS | NON |
| 2024 | G2A | 09/09/2024 | 380,000.00 | HARD KNOCKS STRATEGIES LLC | 4121 NW 5TH ST STE 307 | PLANTATION, FL 33317 | DIRECT MAIL | NON |
| 2024 | G2A | 09/09/2024 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | CANVASSING | NON |
| 2024 | G2A | 09/10/2024 | 33.83 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 23.77 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 19.34 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 36.22 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 7,848.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/10/2024 | 1,806.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/10/2024 | 862.32 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/10/2024 | 1,405,437.00 | CHANGE MEDIA GROUP | PO BOX 776050 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G2A | 09/10/2024 | 327.43 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 174.15 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 324.55 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 325.89 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 328.95 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 524.60 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 578.73 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 242.90 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/11/2024 | 11.76 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/11/2024 | 17.75 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/11/2024 | 5,717.26 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,481.12 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,878.86 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,966.76 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,103.09 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,182.82 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,467.65 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,151.11 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Category |
|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/11/2024 | 3,234.13 | 2CO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | G2A | 09/11/2024 | 3,234.13 | 2CO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | G2A | 09/11/2024 | 3,462.50 | 2CO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | G2A | 09/11/2024 | 4,751.50 | 2CO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | G2A | 09/12/2024 | 1,514,486.81 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | ADVERTISING |
| 2024 | G2A | 09/12/2024 | 8,638.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING |
| 2024 | G2A | 09/12/2024 | 25.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS |
| 2024 | G2A | 09/12/2024 | -218.59 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | REFUND TRAVEL |
| 2024 | G2A | 09/12/2024 | -55.57 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | REFUND TRAVEL |
| 2024 | G2A | 09/12/2024 | 461.17 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2024 | G2A | 09/12/2024 | 5,500.00 | FELDMAN STRATEGIES | 33 BRYANT ST RM # 2 | TAMPA, FL 33607 | CONSULTING |
| 2024 | G2A | 09/12/2024 | 7,500.00 | MB STRATEGIES LLC | 6159 SUMMER ST UNIT 121 | CLAYTON, MO 63105 | CONSULTING |
| 2024 | G2A | 09/13/2024 | 4,358.50 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES |
| 2024 | G2A | 09/13/2024 | 168.34 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 75.17 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2024 | G2A | 09/13/2024 | 9.40 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 3.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 20.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 12.61 | AMAZON.COM | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 209.40 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES |
| 2024 | G2A | 09/13/2024 | 3,806,840.00 | GPWS INC. | 3959 K ST NW | WASHINGTON, DC 20007 | MEDIA BUY |
| 2024 | G2A | 09/13/2024 | 179.00 | DEMOCRACY ENGINE | 237 FLORIDA AVE NE | WASHINGTON, DC 20002 | MERCHANT FEES |
| 2024 | G2A | 09/13/2024 | 387.50 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE |
| 2024 | G2A | 09/13/2024 | 3,350.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE |
| 2024 | G2A | 09/13/2024 | 3,358.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES |
| 2024 | G2A | 09/13/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 3,922.80 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 4,270.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 487.20 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 488.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 495.80 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 649.55 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 700.10 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 2,999.97 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 254.59 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 265.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G2A | 09/13/2024 | 294.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G | 09/13/2024 | 88.50 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G | 09/13/2024 | 95.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES |
| 2024 | G | 09/16/2024 | 165.36 | 2CO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING |
| 2024 | G | 09/16/2024 | 152.45 | ASANA INC | 633 FOLSOM ST STE 100 | SAN FRANCISCO, CA 94107 | SOFTWARE |
| 2024 | G | 09/16/2024 | 63.51 | CUBE SMART | 5 OLD LANCASTER RD | MALVERN, PA 19355 | STORAGE |
| 2024 | G | 09/16/2024 | 277.72 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2024 | G | 09/16/2024 | 457.05 | FLORIDA WATCH | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2024 | G | 09/16/2024 | 12,000.00 | GLOBAL STRATEGY GROUP LLC | 215 PARK AVE S | NEW YORK, NY 10003 | CONSULTING |
| 2024 | G | 09/16/2024 | 6,600.00 | GLOBAL STRATEGY GROUP LLC | 215 PARK AVE S | NEW YORK, NY 10003 | CONSULTING |
| 2024 | G | 09/16/2024 | 486.67 | HOLIDAY | 215 PARK AVE S | NEW YORK, NY 10003 | RETMD POSTAGE & FOCUS GROUPS |
| 2024 | G | 09/16/2024 | 4,230.00 | MOXIE MEDIA | 3601 N OCONNOR CT | ARLINGTON, TX 34691 | SURVEY & FOCUS GROUPS |
| 2024 | G | 09/16/2024 | 163,420.00 | SAWMARCO JARED | PO BOX 30804 | SEATTLE, WA 98113 | MAILERS |
| 2024 | G | 09/16/2024 | 1,966.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE |



| Year | | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | G3 | 09/16/2024 | 2,130.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G3 | 09/16/2024 | 2,802.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G3 | 09/17/2024 | 15.32 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | MON |
| 2024 | G3 | 09/17/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | G3 | 09/18/2024 | 462.95 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | G3 | 09/18/2024 | 43,720.80 | ANDREWS PLUS | 759 LUPINE LN | TALLAHASSEE, FL 32308 | NEWSPAPER ADS | MON |
| 2024 | G3 | 09/18/2024 | 1,779,037.80 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | DIGITAL ADS / VIDEO PRODUCTION | MON |
| 2024 | G3 | 09/18/2024 | 29.80 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 35.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 36.28 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 48.25 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/18/2024 | 67.28 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/18/2024 | 4,500.00 | FELDMAN STRATEGIES | 33 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | G3 | 09/18/2024 | 29,400.00 | FLORIDA ALLIANCE OF PP AFFILA | 732 CENTRAL AVE | SARASOTA, FL 34236 | STAFFING | MON |
| 2024 | G3 | 09/18/2024 | 287.23 | FLORIDA RISING TOGETHER | 10800 BISCAYNE BLVD | MIAMI, FL 33161 | REIMB EVENT FOOD EXPENSE | MON |
| 2024 | G3 | 09/18/2024 | 137,264.85 | MAIL MARKETING SERVICES | 12405 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G3 | 09/18/2024 | 164,934.70 | MAIL MARKETING SERVICES | 12405 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G3 | 09/18/2024 | 2,560.00 | MEYER BLOOM AND POWELL P.A. | 223 NE 17TH AVE | POMPANO BEACH, FL 33060 | LEGAL SERVICES | MON |
| 2024 | G3 | 09/18/2024 | 7,000.00 | NGALLE RAYNER | PO BOX 1547 | TALLAHASSEE, FL 32302 | CAMPAIGN CONSULTING | MON |
| 2024 | G3 | 09/18/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/19/2024 | 761.14 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | G3 | 09/19/2024 | 44.04 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 34.39 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 35.99 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 105.06 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 23.35 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/20/2024 | 386.32 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 61.63 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 5,326,916.00 | GMV9 INC. | 3058 N ST NW | WASHINGTON, DC 20007 | SHOOT | MON |
| 2024 | G3 | 09/20/2024 | 1,900.00 | MOXIE MEDIA | PO BOX 300004 | SEATTLE, WA 98113 | MAILERS | MON |
| 2024 | G3 | 09/20/2024 | 1,743.30 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 335.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |

1133 Expenditure(s) Selected     45,582,101.95

Appendix N: Proffer

IN THE CIRCUIT COURT OF THE TWELFTH
JUDICIAL CIRCUIT OF THE STATE OF FLORIDA
IN AND FOR SARASOTA COUNTY,

Case No.  2024-CF-002716

STATE OF FLORIDA,
      Plaintiff,

     -vs-

ANDRES FELIPE SALAZAR,
      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROFFER STATEMENT UNDER OATH OF
ANDRES FELIPE SALAZAR

DATE TAKEN:   August 15, 2024

TIME:         Commencing at 10:20 a.m.

PLACE:       Office of the State Attorney
              2017 Ringling Blvd., Suite 500
              Sarasota, FL 34237

Examination of the witness taken before:
Beverly Foor, RMR
Executive Reporting Service
4699 Central Avenue, Suite 200
St. Petersburg, FL 33713
(727) 823-4155
production@executivereporting.com

```
 1                          APPEARANCES:

 2
       PANAGIOTA PAPAKOS, ESQUIRE,
 3     SOPHIA BIRRIEL-SANCHEZ, ESQUIRE
       Office of the Attorney General
 4     Statewide Prosecution
       Concourse Center IV
 5     3507 Frontage Road, Suite 350
       Tampa, FL 33607
 6        On behalf of the State of Florida

 7

 8     ROSEMARY VELASQUEZ, ESQUIRE,
       Assistant Public Defender
 9     3072 Ringling Blvd.
       Sarasota, FL 34237
10        On behalf of the Defendant

11
       ALSO PRESENT:
12
       Inspector Gary Negrinelli
13     Florida Department of Law Enforcement
       Fort Myers Regional Operations Center
14     4700 Terminal Drive, Suite 1
       Fort Myers, FL 33907
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    ANDRES FELIPE SALAZAR

 2   was adduced as the witness herein, and first being duly sworn,

 3   was questioned and testified as follows:

 4           MS. PAPAKOS:  Mr. Salazar, my name is Panagiota

 5       Papakos, I'm the prosecutor assigned to this case.  I

 6       appreciate you coming here today.

 7           I understand that you've had conversations with your

 8       attorney about possibly offering some information

 9       regarding your activities as a Petition Circulator, so we

10       are here for that reason.

11           Have you had an opportunity to go over the agreement

12       or the proffer letter with your attorney?

13           THE WITNESS:  Yes, ma'am, that's what we spoke about

14       this morning.

15           MS. PAPAKOS:  Okay, and is that a letter from my

16       office dated August 15th of 2024?

17           THE WITNESS:  Yes, ma'am, I believe so.

18           MS. PAPAKOS:  And so do you have any questions or

19       anything that you would want to discuss with your attorney

20       before we get started?  You can have an opportunity to do

21       that, that's okay.

22           THE WITNESS:  No.  I only say that because I don't

23       have anything to hide.  I don't have any reason to ask

24       many questions in regards to, you know, just being honest

25       and telling you what I know; what I believe we've already
```

Page 4

1    spoken about, but I guess to a further extent.

2         MS. PAPAKOS:  So you understand that probably one of

3    the most if not the most important thing about our meeting

4    here today is that you're truthful.

5         THE WITNESS:  Of course, yes, ma'am.

6         MS. PAPAKOS:  And also we're not necessarily making

7    any promises regarding your sentence or your case.  That's

8    something we can discuss with your attorney after the

9    meeting here today, but this meeting is not predicated on

10   any promises of leniency or any particular sentence; do

11   you understand that as well?

12        THE WITNESS:  Yes, ma'am.

13        MS. PAPAKOS:  Okay.  So I will pass it over to

14   Inspector Gary Negrinelli, and he will sort of get it

15   started as far as what you know, 'cause I understand that

16   you all had conversations about this previously.

17        THE WITNESS:  Yes.

18                        EXAMINATION

19   BY INSPECTOR NEGRINELLI:

20        Q   All right, Andres, we're just going to talk about

21   when you first signed up to become a Petition Circulator.

22        A.  Yes, sir.

23        Q   So who did you first, how did you first become aware

24   of it, or who signed you up?

25        A.  To not backtrack a little bit, to--

Page 5

```
 1      Q   When you initially got into it?

 2      A.  It's because I was already a Petitioner.

 3      Q   Okay.

 4      A.  I was ██████████████████ almost every day.  Not

 5  every day, because I did have a full-time job at Life

 6  Support--

 7      Q   Right.

 8      A.  --over in ████.  So maybe two days a week, three

 9  days a week, I was ████████████ and I was helping -- if you

10  don't mind me grabbing my phone and showing you?

11      Q   Oh, yeah.

12      A.  I don't know if I had sent you this?

13      Q   You had sent me some stuff.

14  ████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████

18          But originally what happened is I was on ████████

19  and ██████████████████████████, and it's on here, me

20  talking to ███.

21      Q   So that was when you first signed up, and you

22  registered as a Petition Circulator?

23      A.  No.  No, that's how I found out about how to sign up

24  and doing it, --

25      Q   Right, yeah.
```

Page 6

1      A.  --is I found ████████████.  I reached out to

2  ████, it didn't say anything about petitioning; I have the

3  text, you can read it.  This is something I don't believe you

4  had, because I'm pretty sure my fiancee found it this morning.

5  Do you mind if I -- do you want me to read it, or--



15  BY INSPECTOR NEGRINELLI:

16      Q   Uh-huh.

17      A.

25      Q   Okay.

1        A.   ███ phone number is there, I can provide that to

2   you.

3        Q   Okay.

4        A.   I got this ██████████████████████ that said

5   something about we need greeters for the weekend--

6        Q   All right.

7        A.   --to bring to our tent or something, to sign up for

8   a free prize or something.

9        Q   Okay, so you met with ███?

10       A.   No, just ███████████████

11       Q   Okay.

12       A.   And then ███ █████████

13       Q   Uh-huh.

14       A.   We had a ████████████.

15       Q   Yeah.

16       A.   And ██ said, ████████████████ --

17   ████████████████████████████████████████████

18   ████

19            The very next day -- I don't know if I sent you

20   this, if that looks familiar at all?

21       Q   I don't know if I got that.

22       A.   I can resend everything, I just don't know what I

23   had--

24       Q   So ███ set you up with ██████?

25       A.   Yes, yes, sir.



Page 8

```
 1     Q   Okay.

 2     A.  So then the next day--

 3     Q   Do you have ▓▓▓▓▓▓ last name?

 4     A.  No, sir, but I do have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 5     ▓▓▓▓▓▓▓▓ between ▓▓▓▓▓▓▓

 6     Q   What's ▓▓▓▓▓▓▓▓▓▓▓▓▓?

 7     A.  And I will send it to you.  ▓▓▓▓▓▓▓▓▓▓▓▓.

 8  And I have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 9     Q   That's all right.  Okay.

10     A.  Okay.

11     Q   So ▓▓▓▓ is the one that got you set up?

12     A.  Yes, sir.  Hi, Andre, ▓▓▓▓▓▓▓ with ▓▓▓▓▓▓▓.

13         And so this is where I originally was like, okay,

14  these guys are official, right.

15         MS. PAPAKOS:  When you say ▓▓▓, is it ▓▓▓▓▓?

16         THE WITNESS:  I think ▓▓▓▓▓

17         MS. PAPAKOS:  ▓▓▓▓▓▓▓▓?

18         THE WITNESS:  Yes, ma'am.  And I'll send -- again,

19     you can have all this.

20     A.  So that's when I originally -- well, okay.  Well,

21  first of all, I had an interview over the phone, and second of

22  all, now this guy is reaching out to me and it looks

23  professional, right?

24         ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

1          That's basically all I ever really talked to ████

2    about.

3          Sure thing, give me a call when you're ready.

4          We had the conversation, Meet me ████.  And every

5    day was just, Okay, meet me here at this time, or, We're going

6    to meet there tomorrow.

7    BY INSPECTOR NEGRINELLI:

8        Q   Okay --

9        A.  I didn't work with them -- sorry, go ahead.

10       Q   So when you first met, ████ was there?

11       A.  Yes, sir, ████ ████████████████████████████.

12       Q   Okay.

13       A.  Yes, sir.

14       Q   Was other people with you?

15       A.  Yes, sir.

16       Q   There was other people that were signing up that

17   wanted to do --

18       A.  Yeah, from ████████.

19       Q   Like how many?

20       A.  So, for my group alone, for that ████ group, I

21   believe there's about six to maybe 10 of us a day.

22       Q   Okay.

23       A.  However, ████████████████████, I even met,

24   you know, ████████████ and we just started talking,

25   'cause I talk to everyone and we're both trying to get

```
                                                    Page 10
1    petitions. ███████████████████████████████
2    the ████████████████████████████. So speaking ████████,
3    I said, Oh, you weren't with our group. ████like, No, dude,
4    there's tons of us.
5             So it just gave me more of an example of people are
6    really taking advantage of this petitions, or whatever,
7    government-funded, I don't know who funds these things, but.
8        Q   Tell me about when you first ██████ █████ --
9        A.  Yes, sir.
10       Q   --and what did █ tell you and everything that
11   happened?
12       A.  ███████ was professional and smart and outgoing,
13   and █ definitely knew what █ was doing in regards to kind of
14   grooming people and telling them what to say and how to get
15   people's attention to sign.
16       Q   Now, you had you ever been familiar with petitions
17   before this?
18       A.  No, sir.
19       Q   Okay, so what kind of things, ██████ █ ██, like
20   exactly what you'd be doing--
21       A.  So guys, you just want to get as many petitions as
22   you can, and they get reviewed in the back-end or something,
23   you know, so a lot of people are probably going to give you
24   bullshit, people are just going to, you know, sign a fake name
25   or whatever a lot of times, just to get you out of their face,
```

Page 11

1   right.  But at the same time, there's going to be people that

2   are going to be willing to do it and wanting to do it.

3          I mean, �— just kind of -- it was more of grooming

4   you into like, Hey, can I get you to talk to me for a quick

5   minute -- 'cause ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and nobody

6   wants to stop and talk to you.

7          Q   Did ▓ explain what the petitions were going to be

8   for?

9          A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10         Q   So what was it?

11         A.   So ▓ said that the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and that--

13         Q   And that's what the petitions were for?

14         A.   And the petitions were simply that they didn't want

15   the State of Florida to take away women's rights.

16         Q   Okay.

17         A.   So that's what ▓▓▓ telling me.  Whoever you're

18   talking to, this petition is for you guys to keep the State of

19   Florida from taking away women's rights; that's exactly what

20   ▓▓ told us to tell people.  Not necessarily abortion.

21         Q   Do you know if ▓▓▓▓ was local or was ▓ from

22   somewhere else?

23         A.   ▓▓▓ travels, from what ▓ told me, ▓ travels the

24   states.  ▓ liked me, ▓ was trying to get me to travel with

25   ▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓   That was the next state that

723



Page 12

1    they were going to.

2        Q    ████████████████?

3        A.    No, ███ plates I believe were -- it's one of the

4    two, either ███████ - no, I think ████, the ████████, was

5    ██████, ████████ that collected the petitions is from

6    ███████.  I think ████ was from ████████, I think?

7        Q    ██████, you mean?

8        A.    Yeah, sorry.  I want to say ████████, ████████

9    ██, ████████████████████████,

10   ████████

11       Q    Did ██ explain to you how you were going to get

12   paid?

13       A.    Yes, sir, ██ did.

14       Q    And what did ██ say?

15       A.    One dollar per petition, a hundred petitions a day.

16   We couldn't leave until we got a hundred.

17       Q    So a dollar a petition?

18       A.    Yes, sir.

19       Q    And I'm sorry, a hundred--

20       A.    Per day.  And we couldn't leave until, you know,

21   everyone had a hundred.  And again, 10 people, six to 10

22   people, six hundred, a thousand a day, right?

23       Q    Yea, okay.

24       A.    And what I didn't know, sir -- oh, sorry, go ahead.

25       Q    How did ██ pay you?



Page 13

1    A.    ▮▮▮▮▮.

2    Q    Okay.

3    A.    Through ▮▮▮▮▮ that apparently, which is what I

4    didn't know -- of course we're going to get further into this,

5    and when I started realizing what I was doing wasn't right,

6    right, 'cause I told you I know why we're here, I never was

7    trying to hide anything.  I just didn't know it was to this

8    extent of the law, but--

9            I have another thing.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, by

10   the way.  My fiancee found this literally just this morning.

11   Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12   A.    So the ▮▮▮that paid me, I thought ▮▮▮▮▮▮▮

13   ▮▮▮.  I believe I sent you that ▮▮▮▮▮▮▮▮.

14   Q    Yeah?

15   A.    ▮▮ name is ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮

▮▮▮▮▮▮▮ when you're ready.  ▮▮▮▮▮▮▮.  So I

17   thought ▮▮▮▮▮▮▮ was ▮▮▮.  And I was surprised--

18   Q    Go ahead.

19   A.    Yes, sir, ▮▮▮▮▮▮.

20   Q    So did this ▮▮▮▮▮▮, ▮ worked with--

21   A.    Never met ▮▮.

22   Q    --▮▮▮▮?

23   A.    Yes, sir.

24   Q    And what, did ▮▮▮▮ just say you're going to get

25   ▮▮▮▮▮▮▮▮?

Page 14

1    A.  Yes, sir.

2    Q   Okay.

3    A.  So basically ▌▌▌ was like ▌▌▌▌▌▌.  I guess

4    ▌▌ was the ▌▌▌▌▌▌, ▌▌▌ was the ▌▌▌▌, and

5    ▌▌▌▌▌▌▌ was the ▌▌, you know, ▌▌▌▌▌▌

▌▌▌▌▌▌, I guess.

7    Q   Do you know how ▌▌▌ knows ▌▌▌?

8    A.  No, sir, I don't.

9    Q   What's ▌▌▌▌▌▌

10   A.  Yes, sir.

11   MS. PAPAKOS:  And just so the transcript is clear,

12   ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

13   ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

14   ▌▌▌▌▌▌▌▌▌▌▌▌

15   THE WITNESS:  Yes, ma'am.  ▌▌▌▌▌▌▌▌

16   ▌▌▌▌▌▌▌

17   MS. PAPAKOS:  Okay.

18   A.  ▌▌▌ is ▌▌▌▌▌▌▌▌▌.

19   BY INSPECTOR NEGRINELLI:

20   Q   And did you think that ▌▌ was local?

21   A.  I -- I don't know that ▌▌▌▌▌▌▌I apologize.

22   Q   I didn't know from just talking with ▌▌ or anything

23   if you knew ▌▌ was local?

24   A.  ▌▌▌▌▌  From what I get is ▌▌▌▌▌▌▌

▌▌▌▌▌▌▌▌▌▌▌▌.  That's the



Page 15

```
 1    same, even with ███ --

 2         Q    Was ███ involved with petitions?

 3         A.   Never met ██, no, never seen ██, never met ███

 4         Q    ████ just █████████ and shot you over to

 5    ████?

 6         A.   Yes, sir.  Yes, sir.  And █████ was the ██ on the

 7    ground.  And I guess if I could imagine that I'm correct,

 8    ████████████ ███████████, if you look ██ up,

 9    and that's, those thousands that were being collected a day

10    would, I would imagine, ██████ ███████

11         Q    All right.

12         A.   Which I don't remember, I'm being honest, because I

13    never thought that -- once you showed me, when you came to my

14    home and you showed me, Andre, is this your petition, did you

15    sign this, right?  And I really took a look at it and really,

16    you know, put two together.

17              And after meeting with ██ and ██ ██████, which

18    I told you, what I was doing was illegal, because I didn't

19    know, because I just didn't know better.  They're on

20    ████████, they're these people out there with official tents

21    and organizations and I just, in my head was like, Okay,

22    that's a thing, you know.  But what I didn't know is that you

23    actually had to be there, it had to be you, right?

24         Q    Yeah.

25         A.   But everything else pointed to that wasn't it, that
```



Page 16

1   wasn't the case.

2        Q   All right.  So ██████ setting it up.  ██████
████████████████████████████████████?

4        A.  Yes, sir.

5        Q   Who do you turn the petitions in to?

6        A.  ████.

7        Q   So basically ██████ collecting the petitions, and

8   I guess ████████████████████--

9        A.  I got a thousand--

10       Q   --Andre's got whatever--

11       A.  A hundred, yes sir.

12       Q   --pay him this much?

13       A.  Yes, sir, yes, sir.

14       Q   Okay.  All right.  All right, so how long did that

15  go on for, that particular method?

16       A.  Maybe three, four days at most, because that one

17  ████████ is the only time ██████████████████.  The next

18  time ████████████, and I think there was two more days

19  and that's it.

20       Q   It was only like for three days?

21       A.  Yeah, I believe so.  'Cause I could only do it on

22  the weekends because of my other job.

23       Q   Yeah.

24       A.  Mostly.

25       Q   And where did you turn them in ████████?

728

Page 17

1    A. ██████████████ or whatever we were for

2  the day.

3        Q  It was always ████████████?

4        A. With ███ it was, yeah. ████████████████

5  ████████████████████████████████████████████

6  ████████████████████████████████████████████

7        Q  And then you said ████, I got the one where ████████

8  you 200.

9        A. Yes, sir.

10       Q  And so that was for 200 petitions?

11       A. Yes, sir, that was for two days in a row, I believe,

12  if I recall correctly.

13       Q  And then what did you say, then ██ just paid you

14  ████?

15       A. Yeah, for like the last day.  I think there was one

16  more day that ████████████ and that's it.

17       Q  So you actually met physically with ████?

18       A. No, █████, ████████.

19       Q  █████ paid ███?

20       A. Yeah.  I think one day -- yeah, one last day and

21  that's it.  Because what happened was -- now we're there, so

22  that's where we get into how I'm in trouble now.  While we're

23  there and I'm doing this, one of the other Petitioners is

24  like, Hey, you're from -- you know, just talking to people,

25  being stuck there for eight hours a day, right.

```
                                                    Page 18
 1              Told me, said, Am I from Florida?  I said, Yeah.
 2   You're a Florida resident, why don't you sign up yourself, you
 3   know they pay $10 a petition.  And I was like, What?  Get out
 4   of here, I'm being paid $1 a petition.
 5         Q   So you weren't registered at the time --
 6         A.  No.
 7         Q   --as a Petition Circulator --
 8         A.  No.
 9         Q   --that you were doing this?
10         A.  No, that's how I find out about doing it for myself.
11         Q   Gotcha.
12         A.  And that's the only reason why I did it.  I'm like,
13   Why the fuck am I -- you know, excuse my language, right?  I'm
14   trying to provide for my family, but I'm not trying to fraud
15   anyone, I'm not trying to do any illegal activities.  I just
16   signed up, I thought that's what--
17         Q   All right, hold on.  Let me ask you then, when you
18   were doing those petitions and those were getting turned in,
19   didn't you have to put a Circulator number on them?
20         A.  I apologize, sir, which petitions?
21         Q   These ones that we just talked about.
22         A.  Yes, sir.
23         Q   You know, you had--
24         A.  That's what I'm saying, I would imagine it's ████
     ███████ , ███████████ .
```

```
                                                    Page 19
 1        Q   Oh, okay.

 2        A.  That's what I'm saying, that ███████--

 3        Q   █████████████--

 4        A.  ███████████

 5        Q   --███████████████████████████████████

   ██ ███████ ████████████

 7        A.  I don't know--

 8        Q   █████████████████?

 9        A.  I would imagine.

10        Q   And then you were taking those and getting people to

11   sign them?

12        A.  Yes, sir, yes, sir.

13        Q   All right.

14        A.  So that why I thought that this is like, you know,

15   this is how groups or whoever is the Circulator does it.

16            MS. PAPAKOS:  So I'm going to interrupt for a second

17        so I make sure this is clear.

18            THE WITNESS:  Yes, ma'am.

19            MS. PAPAKOS:  Where were you getting the formes that

20        you were using?

21            THE WITNESS:  ███████ .  ████████ had a box full of

22        forms, thousands of them, and ████████████████ each a

23        hundred as we got there.  Here's a hundred for you, a

24        hundred for you, a hundred for you.

25            MS. PAPAKOS:  For those forms that you were doing
```

Page 20

```
1      for the $1, before you signed up and started doing it on
2      your own,--
3              THE WITNESS:  Yes, ma'am, yes, ma'am.
4              MS. PAPAKOS:  --did you ever see anybody sign those
5      in your presence?  Not people that were signing the
6      petitions, but the people that are Registered Circulators,
7      whatever was at the bottom of the form--
8              INSPECTOR NEGRINELLI:  In other words, █████
9              MS. PAPAKOS:  Did you see who was signing those?
10             MS. BIRRIEL-SANCHEZ:  Or did you sign them?
11             THE WITNESS:  No, I didn't sign them.  Because I
12     don't remember if it was ████████████████, but ████████
       ████████████████████, so that's why I'm saying, like if you put
14     two together in my head.
15             MS. PAPAKOS:  Do you recall if they were pre-signed?
16             THE WITNESS:  No, ma'am, I don't.
17             MS. PAPAKOS:  Okay, that's okay.
18             THE WITNESS:  I apologize.
19             MS. PAPAKOS:  No, I just wanted to make sure.
20             THE WITNESS:  I don't think that █████ was signing
21     them though, at least not in front of me.
22     BY INSPECTOR NEGRINELLI:
23     Q    But you think it was ████████████  ████████
24     ████████████
25     A.  ████████████████████████████████████████
```

732



Page 21

1

2

3       Q   Okay.

4       A.  And that's, the ▓▓▓▓ says ▓▓▓ on it.

5       Q   Yeah, yeah.

6       A.  So in my head, right--

7       Q   But you don't recall looking at those petitions?

8       A.  No, I wish I had an extra one.  I don't know if I do

9   or don't.

10      Q   Okay.

11      A.  But I would imagine you can look, you know, you

12  being you can probably look that up, right?

13      Q   Yeah.

14      A.  So that's just kind of my idea behind it. ▓▓▓▓

15  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16      Q   Okay.  So you did those couple hundred while you

17  weren't a Registered--

18      A.  Yes, sir.  And working with--

19      Q   --Petition Circulator with them.

20      A.  Yes, sir.

21      Q   Then you meet this other Petitioner, and you said

22  you started talking about, Yeah, you're a resident here in

23  Florida.

24      A.  Yeah.

25      Q   So that person got you--

Page 22

```
 1      A.  Yeah, told me to go to the website.

 2      Q   Sign up at the website.

 3      A.  ████████, You go do it, you get paid $10 a

 4  petition -- I don't know any of this stuff, ██ was the one

 5  telling me.  You get paid $10 a petition.  Whenever you're

 6  here and I'm here with these guys, I'll just rock with you.

 7      Q   Now, who is that?

 8      A.  I told you, the ████████████████.  But I never

 9  like actually talked to ███ or like ████████████████ or

10  ████████████.  It was just, ████████████████████

11  ██████ and ████████████████████████████

12          And that's, I think, is the ones that you have, the

13  ones that you came to the home with the fraud.

14      Q   And ████████████████?

15      A.  ████████████████████████, and that's all I knew ███

16  ████████████████████████.  ████████████████████████

17  ████████████████████████████████████████

18  ████████.

19      Q   And you don't have any of ████████████████

20      A.  No, I swear to God I don't, man.  I would give it to

21  you.  And I think that's what I was trying to tell you at my

22  house, because --

23      Q   Okay.

24      A.  --I wouldn't go to jail, I have a baby, have a

25  family, I'm a realtor.  I'm not trying, for $10 a petition,
```

Page 23

```
 1   like I'm 40 years old, I've never gotten in any type of

 2   trouble like this and I wouldn't start now.  So I would gladly

 3   tell you.  But it was just--

 4        Q   So ████ just basically said, Hey -- ██ just told you

 5   how to do it -- go to the website--

 6        A.  Yes, sir.

 7        Q   --register?

 8        A.  Yes, sir.

 9        Q   And then how did you get your petitions?

10        A.  On ██████████, the -- I don't know what to call

11   it, Petitioner's -- I don't know, ██████████████████

     ██████████.  I guess ██████████████████████

     ████████████████████████████.

14        Q   Is it the Supervisor of Elections office?

15        A.  I don't know.  I don't -- it was just a ████████

     ██████████ so I don't want to say yes.  It was just ████████

     ██████████████████████.

18        Q   How did you find it, how did you get to --

19        A.  How did I find that.  That's a good question.

20            MS. BIRRIEL-SANCHEZ:  Like after you signed up,

21   right?

22            THE WITNESS:  Yes, ma'am, yes, ma'am.

23            MS. BIRRIEL-SANCHEZ:  How did you know ████████

24   ████?

25            THE WITNESS:  Yeah, yeah, yeah, I'm trying to think.
```

Page 24

```
 1          MS. BIRRIEL-SANCHEZ:  Okay.

 2          THE WITNESS:  That's a good question, I'm just

 3     trying to recall.  I don't know if maybe -- I don't know.

 4     I'd have to -- I really don't know.  ███████████████

       █ ████████████████████████████  ████████████.

 6  BY INSPECTOR NEGRINELLI:

 7          Q   So it was a ██████████████

 8          A.  I have a ███████████ with ██████.

 9          Q   --off of ███████████?

10          A.  Yes, sir.  And they just give you the petitions in

11     your name and collect them and pay you.  So if I went there

12     with a hundred, they give you 50 percent of what you had.  So

13     if I had a hundred petitions, they'd pay me 500 bucks, right?

14     Within a week, they were sent to you guys to get reviewed and

15     checked off, I come back and ████pay me the remainder, as

16     long as they all went through.

17             ████████████████████████████████████████

18     ███████████ --

19          Q   So that's where you got, that's where--

20          A.  ██████████████

21          Q   -███ printed off the petitions for you there?

22          A.  Yes, sir, ██████████████ █ ████████████████ █

    █ ███████████ ████ ████████

24          Q   Do you have ████████████?

25          A.  I'm looking right now, sir.
```

```
                                                        Page 25
 1        Q    Maybe I got it here.  ████████████████?

 2        A.   I apologize, I don't know.  I think I -- do you mind

 3   if I get████████████████?  ████████████████████████

 4   ██████

 5        Q    We can get it afterwards.

 6        MS. PAPAKOS:  Yeah, we can get it later.

 7        A.   Okay.  But yeah, ████████████ that collected from

 8   me, and everything was going well ████████.  And I was getting

 9   better, like ████ would tell your percentages, and where we need

10   petitions signed, from what areas.

11   BY INSPECTOR NEGRINELLI:

12        Q    And I'm sorry, what was ████ paying you again?

13        A.   10.

14        Q    $10 per petition?

15        A.   Yes, sir.  50 percent up front, 50 percent when they

16   were reviewed.

17        MS. PAPAKOS:  Okay, so when you said the remainder,

18      let's say you had a hundred--

19        THE WITNESS:  Yes, ma'am.

20        MS. PAPAKOS:  You would turn them in, get 500 --

21        THE WITNESS:  Yes, ma'am, exactly.

22        MS. PAPAKOS:  They would submit them to the

23      Supervisor of Elections, and if everything was fine, you'd

24      get your second 500?

25        THE WITNESS:  Yes, ma'am, exactly.  That's exactly
```



1          how it worked.  And I never got over 50 percent.

2      BY INSPECTOR NEGRINELLI:

3          Q   How _____ paying you?

4          A.  _____   And I _____   _____
_____ .

6          Q   Do you remember, was there _____
__ _____?

8          A.  _____ .

9          Q   _____ ?

10         A.  I -- I think so, yes, sir. _____
_____

12         Q   Where did you _____

13         A.  _____
_____   I don't know if

15     I --

16         Q   _____ __
__ _____?

18         A.  _____
__ _____

20         Q   And how long did that go on for?

21         A.  I think I turned in _____ three times, and that

22     was it.

23         Q   Uh-huh.

24         A.  I believe.

25         Q   Okay.

Page 27

1       A.  Maybe there was a fourth, maybe it was only two

2   times, but it wasn't much.  Because, again, this was on the

3   weekends.  I was just trying to -- supplemental income.

4       Q   Right.

5       A.  I think my fiancee just had a baby or was pregnant,

6   I don't remember.  But I was the only one bringing money in at

7   the time, I believe.  Or she just started--

8       Q   And then why did that end?

9       A.  So I started at like, I don't know, 30 percent, then

10  it got better, like 40, 50 percent of like validity of what I

11  was handing in.

12      Q   Yeah.

13      A.  And then I think it went back down maybe pretty

14  badly.

15      Q   Yeah?

16      A.  And then ▮ was kind of upset with me, ▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮ was like, Are you watching these people, blah,

18  blah, blah.  I don't know, it was just weird.  It kind of like

19  threw me off.  And that's when I told, 'cause I originally --

20          So this is what happened.  I think the second time,

21  ▮▮▮was kind of trying to groom me too, and trying to get me

22  better.  And was telling me, 'cause people are handing ▮▮▮

23  stacks and stacks, and I'm like, This is real?  I'm like, it's

24  hard to get a hundred, ▮▮▮ if you were bringing thousands,

25  how the fuck?  Excuse my language.

Page 28

1    But that's when I told ▓▓▓▓▓▓ seemed

2    like ▓ was upset because I wasn't having good validity.  And

3    ▓ was like, Have you ever done this before, just like you

4    asked.  And I say, Yeah.  And ▓ was like, Are you sure?  Kind

5    of like questioning me.  I was like, Yeah, ▓▓▓ I do it for

6    ▓▓▓▓▓▓▓▓, whatever.  ▓ was like, Who?  And I showed

7    ▓▓.  And ▓ was like, Well, what do you mean?  You can't do

8    that.  And I'm like, Well, what do you mean, I can't do that?

9    ▓▓ like, ▓▓▓▓▓▓ -- 'cause I told ▓ the whole thing

10   I just told you.

11         And ▓ like, Well, ▓▓ had to be there, ▓▓

12   had to be there, that's illegal, ▓ can't do that.  And I even

13   gave ▓▓▓▓▓▓▓.  ▓ ▓▓▓▓▓▓▓▓

14   ▓▓▓▓▓▓▓

15         I didn't realize what ▓ was saying, that it was

16   illegal because ▓▓ wasn't there.

17    Q   Uh-huh.

18    A   It was illegal in general, whether ▓▓ was there,

19   right, and you're there with me, and you're ▓, right.  Even

20   if you got one from her and gave it to me, that's where I

21   didn't realize it was still illegal, right.  The way ▓ said

22   it, ▓▓ wasn't there, so I figured, Okay, ▓ the one that

23   is the Petitioner, ▓ has to be there--

24    Q   Right.

25    A   --collecting with these people, these other people

```
                                                      Page 29
1    that ███ hiring or whatever.

2         Q   So basically ████ was questioning your validity of

3    the petitions that you were turning in to ███?

4         A.  Yeah.  And ███ like, Have you ever done this, and I

5    told ███ about that, and that's when █ told me no. Because I

6    told ███ I never met ███, █ wasn't there, ████████████.

7    I got paid through ████████, 'cause -- ████, What do you mean,

8    that's illegal, ██████ can't do that, blah, blah, blah, you

9    know, like don't -- you know, Don't do what █████ did, kind of

10   thing.  That's it.

11        Q   Okay.

12        A.  So then--

13        MS. PAPAKOS:  You said earlier that ██████was,

14   that's when ██started to trying to -- you used the word

15   groom.  So what was ███telling you exactly to do about

16   your validity rates?

17        THE WITNESS:  No, it was just, Are you watching

18   people, are you making sure they're getting signed, like

19   do you see people signing them in front of you.  And when

20   I was with ██████████, you know, and other petitioners

21   are doing them for themselves, but we just kind of grouped

22   up because the more you're grouped up, the more people are

23   willing to talk to you, versus just one single person

24   going up to someone, it's a little fucking weird, right,

25   people are just like, Who are you, what do you want.
```

Page 30

1    But when it's three or four of us, and we got one person
2    to sign, and then you're signing --it's almost like an
3    attention grabber, where people do start speaking to you,
4    which is nice.

5         But no, ▓ was just like, and I told ▓, I was like
6    -- so then the third, when my stuff starting to get
7    better, ▓, Oh, you're doing great, da-da-da, I was like
8    yeah.  But I was still sometimes missing signatures or
9    birth dates, people would leave out just the birth date or
10   just the signature. ▓▓▓▓▓▓▓▓
11   ▓▓▓▓▓▓▓▓▓▓▓▓
12   ▓▓▓▓▓▓▓▓▓▓▓▓
13   ▓▓▓▓▓▓▓▓▓▓▓▓
14   ▓▓▓▓▓▓▓▓▓▓▓▓
15   ▓▓▓▓▓▓▓▓▓▓▓▓
16   ▓▓▓

17        I don't think in a negative way, because ▓ seemed
18   very professional.  But -- I guess maybe groom wasn't the
19   best word to use.

20        MS. PAPAKOS:  Did ▓ ever give you any names to use
21   on petitions to fill out?

22        THE WITNESS:  What do you mean, I'm sorry?

23        MS. PAPAKOS:  Did ▓ ever give you any names of
24   voters?  Did ▓ have a list or anything that ▓ gave to
25   you?

Page 31

1          THE WITNESS:  No, no.  It's just like if I would

2     hand it in and if it was missing like a birth date, or it

3     would say 32 Rolling, ███████  Well, Rolling what, Rolling

4     Ave., Rolling Street, and ████████, I don't know how or

5     what database ██████, Oh, okay, yeah, this one's good.

6          MS. PAPAKOS:  So after you had handed them in and

7     they were all signed, ███ would add things to them?

8          THE WITNESS:  Sometimes, yes, like a street, ave.,

9     or a birth date, yes, or what date that, Oh, it wasn't

10    signed, what day was it that you were collecting these?

11    Well, they all say that I was collecting them on the 10th

12    that day, so it was the 10th.

13         But yeah, I don't think ███ ever did a signature, by

14    any means.  ███ was definitely very professional and like

15    seemed like enthusiastic about what ███ was doing.  Which,

16    I guess maybe I shouldn't have used the word groomed.  But

17    kind of just like, Yo, are you watching people sign them?

18         And so the last conversation I had with ███, when

19    this all ended, 'cause you said when did this stop, right,

20    that's what we're getting to -- is when I told ███, when I

21    was doing better, ███ like, Oh, you're doing a lot

22    better, your validity went up, like, So you're watching

23    them like.  And that's when I told ███ Yeah, I have, you

24    know, people working with me and helping me.  That's when

25    ███ told me, Well, what do you mean, you can't do that,

743

Page 32

1   that's illegal, I can't take any more from you.  I told
2   you that ▓▓▓▓▓▓▓
3          I was like, Hey, you know, the fact that ▓▓▓▓
4   wasn't there, is what I thought.  Like he was the
5   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓ wasn't even there, right.
6   So ▓▓▓▓ can't go in front of you guys and say, Yeah, I
7   was there, yeah, I saw people signing them.  I thought
8   that was like the take-or-break thing, you know what I
9   mean.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓  ▓▓▓▓▓▓▓
12         So I really, I just, in my head I was just ignorant
13   to what was the fine line here, right, because the way I
14   was pulled into it to begin with, it looked all very
15   professional and very normal; this is what we do.
16  BY INSPECTOR NEGRINELLI:
17      Q   And that's when ▓▓▓▓▓ said ▓▓ couldn't take any more
18  from you?
19      A.  And I never did it again, yeah, and ▓▓ told me, I'm
20  not taking -- and I went there with more to get paid, and I
21  told you that conversation, Thank you for telling me that, but
22  we're done here.
23         MS. PAPAKOS:  When you say you had people helping
24   you, what do you mean?
25         THE WITNESS:  Well, like ▓▓▓▓▓▓▓▓▓, that, that's

744

Page 33

1    it.

2        MS. PAPAKOS:  Yeah, I don't know what conversation

3    you had previous.

4        THE WITNESS:  I apologize.

5        MS. PAPAKOS:  So when you say that ████ was kind of

6    getting upset and you were having people helping you, what

7    do you mean, what was that?

8        THE WITNESS:  Because when I had the better

9    validity, when I was getting better, ██ was like, Okay,

10   you're doing great, you know, what's, what different did

11   you make, and you're making sure people are signing

12   clearly in front of you.  I said, Yeah, I had ████████

     ██████ helping me, you know, because I was getting more, you

14   know, I was going from like 50 or 60 to like a hundred or

15   120.

16       MS. PAPAKOS:  But how was ██ helping you?

17       THE WITNESS:  Who?

18       MS. PAPAKOS:  ████

19       THE WITNESS:  Oh, by getting petitioners, or

20   signatures.

21       MS. PAPAKOS:  Okay, and you guys were not together

22   though?

23       THE WITNESS:  Yeah, we're together, yeah.  ██████

24   ████████████████████████████████ ████

     ████████████████████████████.

745

Page 34

1    BY INSPECTOR NEGRINELLI:

2        Q   So ▮ -- but the way you explained to me before, if

3    I'm right, you had other Circulators sign your petitions with

4    your name on it, right?

5        A.  Other Circulators?

6        Q   Yeah, the people working with you?

7        A.  Yeah, I'm sorry, when you use that word--

8        Q   You were a Circulator, that's what--

9        A.  'Cause I signed up.

10       Q   Yeah, you're the Circulator.

11       A.  Yeah, yeah, yeah.  So these were Petitioners, I want

12   to say.

13       Q   Petition Circulators.

14       A.  Yes, sir, okay.  Yeah, they were working for this

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮, that we were working hand-in-hand for

16   ▮▮▮▮ and just, you know, ▮▮▮▮▮▮▮▮▮▮.  It would be

17   like, You work on that side, I'll work on this side of the,

18   right, ▮▮▮▮▮  Like you work ▮▮▮▮▮▮▮, I'll work ▮▮▮▮▮

▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I don't know,

20   right.  So yeah, that was all.

21       When ▮▮▮told me about it, and just randomly if I saw

22   ▮▮▮there, 'cause I would go on my own, I have a family to

23   feed, I don't need anyone, I didn't need help.  I knew that

24   that was the best place to go, 'cause everywhere else I went

25   to I got kicked out of.

746

Page 35

```
 1             I called ████, I spoke to the manager there, they
 2   said no. ████████████  ██████████
 3   ██ ████████████████████████████████     You
 4   know, like a lot of places didn't want anything to do with
 5   Petitioners.  So I knew ████ was my best bet, and maybe two or
 6   three times ██████████.  Hey, what's up, you want me to help
 7   you, you going to pay me cash?  And that's what I did.
 8        Q   Now, remember when I mentioned that there were a
 9   bunch from ██████████?
10        A   Yeah, I do, yeah.
11        Q   So were those some of the people that you worked
12   with going over there and getting people signed up?
13        A   ████████████████████████████
14   ██████████████████████████████████████
15   ██████████████████████  ████████
16             MS. PAPAKOS:  ████████████████
17        ████████████
18             THE WITNESS:  ████████
19   BY INSPECTOR NEGRINELLI:
20        Q   Because there was a lot in ████ County.
21        A   And I don't even know where--
22        Q   ████████.
23        A   I know that I went ████████████████
24   that's from ████████, I'm from ████████.
25        Q   Yeah.
```



Page 36

1    A.  And ███████████████████████████ area.

2    Q   Yeah.

3    A.  And I maybe collected ██████████.

4    Q   Yeah.

5    A.  I know it was more like, ████████████

██████████████████████████ just hadn't ████████ in

7    a while.

8        Q   I think there was even more there than you did in

9    ██████.  So--

10       A.  ████████████████████████████████

11   ████████████████████████████████████████

12   ████████████████████████████████████████████

13   ████████████████████

14       Q   ████████████████████████

15       A.  ████████████████████████████████

16       Q   ████████████████

17       A.  Yes, sir.

18       Q   Yeah.

19       A.  Because I would tell ███ that we're getting

20   horrible, I'm getting horrible validity, right, I'm not doing

21   well, right.  'Cause ██████████ me and they were coming

22   back trash.

23       Q   Did you know if ████ turned in petitions to █████?

24       A.  No, ██ definitely didn't, 'cause ████████████

25   ██████.  So, from what I know, you have to be a Florida

748



Page 37

1    resident --

2        Q   Okay.

3        A   --to be a Petitioner.

4        Q   Okay, and for sure ▇▇▇▇▇ ▇▇▇▇▇▇?

5        A   Yeah, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

6        Q   Right, okay.

7        A   And again, ▇▇▇▇▇▇▇.  If you look these guys

8    up, and they didn't get shut down ▇▇▇▇, right, because

9    remember I told you, I told ▇▇ before I told you ▇▇▇▇▇▇

10   and all that.

11       Q   Yeah.

12       A   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13   ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14   ▇▇▇▇▇

15       Q   Okay.

16       A   And ▇▇ was saying that ▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇

17   ▇▇▇▇

18       Q   Do you know any other peoples' names ▇▇▇▇▇▇

▇▇▇▇▇▇▇ were working with?

20       A   No, man, and I'm just being honest with you.  It's

21   just me showing up, walking, Oh, what's up, bro, how many did

22   you do today.  It's just like -- no one really took it

23   seriously, they were just there to make their money and go

24   home, as far as the ones that were getting it signed.  Because

25   they weren't the Circulators, it wasn't in their name, so they

Page 38

1  didn't give a shit, no offense.

2          And I just -- I didn't know any of this would turn

3  into this, man.  Again, I've been a realtor for almost ten

4  years now, I've sold houses to doctors, lawyers. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  If you look in my phone, I have ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in there.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10         But I just -- it's not my MO.  It's $10 a fucking --

11  I'm sorry for cursing, because you have to type it.

12      Q   Did ▮▮▮▮ say what company he worked for?

13      A.  No, I have, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16      Q   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17      A.  Yeah, I think so.

18      Q   Okay.

19      A.  Can I ask you a question?  If I were to go to

20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ 'cause I imagine that's how you could find

22  it, or no?

23      Q   I'm not sure.

24      A.  Yeah, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

Page 39

```
 1        Q   Yeah, we can figure it out.

 2        A.  Whatever you need, man.  I just want to stay out of

 3   trouble, bro.

 4            MS. PAPAKOS:  Did you ever fill out any forms for

 5       taxes or anything, or was all this in cash and checks?

 6            THE WITNESS:  No, no forms.  Yeah.  It was either,

 7       the one time █████████████████████████████████████

     ██████████████  ████████████████████.  ████████

██       like, I'll help you, but I want cash, and I want $5.  You

10       know, and that was ████ kind of way of I was the one that

11       told you about making $10 versus one, and I'm helping you.

12       Almost like you need me, I don't need you kind of thing.

13   BY INSPECTOR NEGRINELLI:

14        Q   Okay.

15        A.  Yeah.  But yeah, I just can't remember the name of

16   ████████████████████████, or how I even got in

17   contact with -- I know that was the question, ████████████

██   ████████

19            MS. PAPAKOS:  When ██████████████ was helping you get

20       some petitions signed --

21            THE WITNESS:  Yes, ma'am.

22            MS. PAPAKOS:  Do you know at the bottom of the form

23       you have to sign and date it, did you do that after ██

██       gave them back to you or before?

25            THE WITNESS:  I did that as ██ gave them back to me.
```

751

Page 40

1   Like, you know, so ███████████████████. Say

2   you ██████, and she's just, you know, ████████████.

3   You know, I'd see it, we went everywhere together to do

4   it.

5        So the only time is, again, when I left early that

6   ██ would say I'm going to stay, I have like 30 left, you

7   know, and I just, I didn't know better. So I'm being

8   honest with you guys. That's where clearly I was doing

9   something illegal.

10       MS. PAPAKOS: So those 30 that were left, right, and

11  you were gone and ██ was getting them signed or so you

12  thought, did you pre-sign those or did you--

13       THE WITNESS: No, I'd wait for ███ to give them

14  back.

15       MS. PAPAKOS: Did ██ ever tell you where ██ was

16  getting those signatures from?

17       THE WITNESS: No, ma'am. All I know is that the

18  reason why██████████████ ███ ██████████████████████

██ ██████████████████████████████████████████████████

██ ██████████████████████████████████████████

21  ████████████████████████, right, and I wasn't getting

22  the results, so it was almost like I was either losing

23  money or breaking even; it just didn't make sense, you

24  know. Once I like expressed that ██████████████████, Oh,

25  yeah, don't worry, there's a website where you can kind

Page 41

```
 1        of -- I don't -- like verify it or something.
 2                And in my head I'm like, I'm sure that's right,
 3        ████████████████████████, I've seen ████████████████
 4        with, you know, all of my stuff.
 5                So I don't know.  I don't know.  In my head it's
 6        just like ███████████ the areas that we needed them, right?
 7        And now--
 8    BY INSPECTOR NEGRINELLI:
 9        Q       ████████████ there was a website that you can go to
10    verify people's information?
11        A.  Yeah.
12        Q   Yeah.  Okay.
13        A.  Or maybe I was telling ████████████████ was going --
14    I'm sorry, I'm just trying to remember, to be honest, 'cause
15    it was a year ago.  Or maybe it was me telling ████████████████
16    was checking them, and ██████████ like, Yeah, I know, or
17    something; something along the lines -- I just know that ██
18    knows that there's a place where you can check them.  Whether
19    it was me saying it and ████████████████ ██████ ████████████████
██    ████████████████ ████████████████
21                But I'm pretty sure it was me saying ██████████, like,
22    Dude, I'm getting pissed off 'cause I'm paying you and we're
23    not getting the results.  You know, I'm here to make money and
24    now I'm losing money, right, kind of thing.  And ████████████████
25    like, Dude, this guy checks them right in front of me when I
```

Page 42

```
 1    hand them in, and a lot of them are coming back just garbage,

 2    it's not a real person or real address, or whatever the case

 3    may be.

 4          So ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  'Cause

 6    I'm sure ▓ didn't want to lose out on the five per petition

 7    versus one.

 8          MS. PAPAKOS:  Did you deal with any validity issues

 9    for ▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓?

10          THE WITNESS:  I don't know, because they weren't

11    mine to hand in.

12          MS. PAPAKOS:  But nobody ever told you ▓▓▓▓▓▓

      ▓▓▓▓▓▓▓▓, like--

14          THE WITNESS:  No, no.

15          MS. PAPAKOS:  Okay.

16          THE WITNESS:  '▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

      ▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓

      ▓     ▓▓▓▓▓▓▓and I'm telling you, they had to be

19    collecting a thousand a day, which is insane to me.  It's

20    crazy.

21          So I feel horrible about all this.  I would never

22    fraud anyone.  And I told him jokingly, like, If I was

23    going to do some fraud, I would -- you know, I'd make it

24    worthwhile.  There's no point in going and collecting fake

25    signatures and potentially going to jail or anything,
```

Page 43

```
 1      probation, I don't want any type of trouble, period, for
 2      $10 a signature, or any amount of money for that point, or
 3      for that matter.
 4          It's just, I'm sorry, I am sorry.  I just, I was
 5      ignorant to what was going on.  I had a full-time job.
 6          MS. VELASQUEZ:  Hold on.  Wait for a question.
 7  BY INSPECTOR NEGRINELLI:
 8      Q   Anything else that you can think of that we didn't
 9  ask?
10      A   Anything I can think of that you didn't ask.
11          MS. BIRRIEL-SANCHEZ:  Do you have any photos of any
12      of these people?
13          THE WITNESS:  No.  I'm telling you, it wasn't
14      something taken very seriously, as like--
15          MS. PAPAKOS:  You said there might be some ▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮         THE WITNESS:  Yes, ma'am.
19          MS. PAPAKOS:  ▮▮▮▮▮▮▮▮▮▮▮
20          THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮  BY INSPECTOR NEGRINELLI:
23      Q   That's on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
24      A   If I have it, yeah.
25          MS. PAPAKOS:  Can you get us those if you do have
```



Page 44

1      them?

2          THE WITNESS:  Of course, I can get you whatever you

3      want.  I'm more than willing to help you guys out.  I hope

4      those ▓▓▓▓▓▓ -- I'm going to be honest, when we

5      were finding ▓▓▓▓▓▓▓▓▓▓▓▓▓

6      ▓▓▓▓▓▓▓▓ I'm like, What the hell, which I'm

7      so happy, 'cause that's ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓

9      'cause -- and I didn't, 'cause I just -- you know.

10         MS. PAPAKOS: ▓▓▓▓▓▓

11     ▓▓▓▓▓▓▓▓▓▓▓▓

12         THE WITNESS: ▓▓▓▓

13         MS. PAPAKOS: ▓▓▓▓

14     ▓▓▓

15         THE WITNESS: ▓▓▓▓▓

16         MS. BIRRIEL-SANCHEZ: ▓▓▓▓▓▓

17     ▓▓▓

18         THE WITNESS:  No, I don't have any of their info, ▓

19     ▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓

23     ▓▓▓▓

24     BY INSPECTOR NEGRINELLI:

25         Q   And when did, when did it end around?

Page 45

1        A.  I'm sorry, sir, I think it was -- I want to say

2  before Thanksgiving.  And I think I started October.

3        Q    Right.

4        A.  So it was about a month.  So I wasn't out there

5  trying to fraud, man, and trying to--

6        Q    So like the last contact you had with ██████████

   ████████████████████████████

8        A.  Yes, sir, yes, sir.  I never ever talked to those

9  people ever again in my life.

10       Q    All right.

11       A.  ██████████████████████████████████████

██  ████████████████████████████████████████████,

13  ████████████████████    ████████████████████████

████████████████████████████████████████████████

██████████

██  ████████████████████████████████████████

██████████████████████  I hope some of this will help you.  If you

18  guys come in contact ██████████ and I have to go testify, I

19  don't care, man, I'll do anything I have to do to clear my

20  name.

21            MS. PAPAKOS:  So while you were working with these

22       people and kind of hanging out with them for all that time

23       you were working, did anyone ever talk about using names

24       of other people that they found online, or filling out the

25       forms with just like fake names, anything like that, did

```
                                                    Page 46
1       you see any of that while you were --

2            THE WITNESS:  People did that a lot.  They would

3       just fill out, people would just -- fake, fake, fake,

4       because they didn't care.

5            MS. PAPAKOS:  And so when did you see that?

6            THE WITNESS:  All the time.  All the time.  People

7       would just fill it out.  And, you know, ████████████,

8       Okay, I'm going to get lunch, guys, I'll be back in an

9       hour.  And then two or three of them would just start

10      writing shit.  And like not, I don't think looking stuff

11      up, I don't know what kind of data bases are out there, I

12      don't get it, that part of it.  But, you know, just fake

13      shit.  Because at the end of the day, ████████████████
   ████████████████████████████████████wasn't going to go get it

15      verified right then and there, right, they knew that--

16  BY INSPECTOR NEGRINELLI:

17      Q   They were just getting that money up front.

18      A.  Yeah.  When I say that people didn't really care,

19  and I hate to treat this like a joke, this whole scenario, but

20  like that's how everyone did treat it, you know, when they

21  were there.  And I mean, even myself, I didn't take it very

22  seriously, I just thought, you know?

23           And people were like, Oh, man, you should have been

24  here for the last one, it was for weed, everyone was lining up

25  to sign it.  And I'm like, you know what I mean, you could
```

```
1   just tell that these people did it, and they did it almost

2   like for a living, I want to say.

3          Q   Yeah.

4          A.  I was naive to all of it, I was stupid.  I didn't

5   think I was doing anything wrong.  If I did, I wouldn't have

6   done it, man.

7          Q   Okay.  You got anything else?

8          A.  Wouldn't do this to my family, more than anyone.

9   But I hope that --

10             MS. VELASQUEZ:  Just wait for a question.

11             MS. PAPAKOS:  Any information you have that we

12         talked about, ██████████████████████████████████

    ████████████████  I want you to send over to Inspector Negrinelli, if

14         you have them.

15             THE WITNESS:  Yes, ma'am.

16             MS. PAPAKOS:  ██████████████████████████████████

    █████████████████████████████████████████████████

    █████████████████████████████████

    ████       THE WITNESS:  Yeah, with ████████████████████████

    ███████████████████████████████████████████████

    ████████████████████████████████████████████████

    ███████████████████

    ████   BY INSPECTOR NEGRINELLI:

24         Q   Yeah, you can try.

25             MS. PAPAKOS:  That would be helpful if you're able
```



Page 48

1   to.

2       THE WITNESS:  Yes, ma'am.

3       MS. PAPAKOS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓   THE WITNESS:  Yes, ma'am. ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓

11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15      MS. BIRRIEL-SANCHEZ: ▓▓▓▓▓▓▓▓

16      THE WITNESS: ▓▓▓▓▓▓▓

17      MS. BIRRIEL-SANCHEZ: ▓▓▓▓▓▓▓▓▓?

18      THE WITNESS: ▓▓▓▓▓▓

19      MS. BIRRIEL-SANCHEZ: ▓▓▓▓▓▓▓?

20      THE WITNESS: ▓▓▓▓▓▓

21      MS. BIRRIEL-SANCHEZ:  Okay. ▓▓▓▓▓▓

22  ▓▓▓▓▓ .

23      THE WITNESS: ▓▓▓ ▓▓▓▓▓▓▓▓▓▓

24  ▓▓▓▓▓▓▓▓ .

25      Man, if I knew any of this, I would a never did any

Page 49

1  of this.  This is -- I was just trying to make--

2       MS. VELASQUEZ:  Just wait for--

3       THE WITNESS:  Yeah.

4       INSPECTOR NEGRINELLI:  All right.

5       MS. PAPAKOS:  Oh, another really quick.  When you

6  signed up for your Petition Circulator number, ██████

7  ████████████████████████████████████████

8       THE WITNESS:  ██████████.

9       MS. PAPAKOS:  And did you ever see any of the

10  affirmations that you have to swear to when you sign up,

11  or any of the training, you didn't look at that?

12       THE WITNESS:  To be honest, no.  There was no

13  training, it was just going online, put in your

14  information, that was literally it.  Literally the same

15  day, I didn't even -- Okay, go show your local office

16  this.  ████████████████████████████████.

17       So that's why I thought it was a very leisurely

18  thing.  It's like, okay, here, now you're a Petitioner.

19  You know, I went, if not a hundred of us, not just that

20  group, but, you know, throughout all of the other people,

21  probably a hundred Petitioners ████████████ you know,

22  and none of these people are the actual Circulator.  It's

23  just a Circulator getting people to get signatures.  So I

24  never thought what I was doing was wrong.  And here I am.

25       INSPECTOR NEGRINELLI:  All right.  Good?

1          MS. PAPAKOS:  Yeah, I think that's it.  I don't have

2     any other questions.

3    (THERE WAS A DISCUSSION OFF THE RECORD.)

4          THE REPORTER:  Are you ordering this?

5          MS. PAPAKOS:  Yeah, I think so.

6          THE REPORTER:  You think so, or yes?

7          MS. PAPAKOS:  Yeah, we'll order.

8    (END OF STATEMENT AT APPROXIMATELY 11:08 A.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF OATH**

STATE OF FLORIDA)
COUNTY OF SARASOTA)

 I, Beverly Foor, RMR, Notary Public, State of Florida, certify that ANDRES FELIPE SALAZAR personally appeared before me on this 15th day of August, 2024, and was duly sworn.

 WITNESS my hand and official seal this 28th day of August 2024.

Beverly Foor, RMR
Notary Public – State of Florida
My Commission No: GG 038733
Expires: October 24, 2024

Produced Identification  X

Type of Identification Produced  Florida Drivers License

Appeared physically X

# R E P O R T E R ' S   C E R T I F I C A T E

STATE OF FLORIDA  )

COUNTY OF MANATEE )


        I, BEVERLY FOOR, Registered Merit Reporter, do hereby

certify that I was authorized to and did stenographically

report the proffer/interview of ANDRES FELIPE SALAZAR; that a

review of the transcript was not requested; and that the

foregoing transcript, Pages 1 - 50, is a true record of my

stenographic notes.


        I FURTHER CERTIFY that I am not a relative, employee,

or attorney or counsel of any of the parties, nor am I a

relative or employee of any of the parties' attorney or

counsel connected with the action, nor am I financially

interested in the action.


        DATED this 28th day of August 2024, at Bradenton,

Manatee County, Florida.


_____

BEVERLY FOOR, RMR

Appendix O: Letter from Deceased Voter's Mother



B: 849 PBCSOE 03/2023

**Deceased**

### Wendy Sartory Link
Palm Beach County Supervisor of Elections

December 22, 2022

*Dear Wendy,*
*My beautiful son,*

Ryan N. Smith       PSU
21443 Sweetwater Ln S
Boca Raton FL 33428

*passed tragically + unexpectedly*
*on 10/11/2016*

Voter Registration Number: [114554659]      *He was a ___ Graduate*
*+ the love of our life.*

Dear Ryan N. Smith :

Our office recently received a petition submitted in your name. We noted that your signature on the petition was different than the one we currently have on file for you and therefore the petition was rejected as invalid. No changes have been made to your voter registration record as a result. If you signed this petition and would like to update your current signature on your voter registration record, please fill out, and sign, the enclosed Voter Registration Application. We have included a return envelope for your convenience. We use your most recent signature on record to verify your identity on petitions, provisional ballots, Vote-by-Mail ballots, and other incoming correspondence.

If you did not sign this petition and would like to file a complaint, please fill out the enclosed Petition Complaint Form and return it to our office. Please include your contact information in case we need to reach out to you for any additional information.

Thank you in advance for your response to this notification. If you have any questions, please contact our office at (561) 656-6200. We look forward to serving you!

Respectfully,

*Wendy Sartory Link*

Wendy Sartory Link
Supervisor of Elections Palm Beach County

Enclosures                                                                    Petition Signature Update

*This petition that you*
*Said was recently Submitted was*
*Fraud.*
*mom of ___*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

766

B: 980

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name – Last** ▮▮▮▮  **First** ▮▮▮▮  **Middle** ▮▮▮▮

**Address** ▮▮▮▮

**City** ▮▮▮▮  **Zip** ▮▮▮▮  **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▯▯▯▯▯▯▯▯▯  **or  Date of Birth** ▮▮▮▮

**Signature** ▮▮▮▮  **Date Signed** 1 1 / 0 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮  **Circulator's Number** ▮▮▮▮

**Address** ▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de▮▮▮▮ ▮▮▮ ▮▮▮ Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮  **Date Signed** 1 1 / 0 9 / 2 0 2 2

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                 R1S-2.009, Fla. Admin. Code



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title: Adult Personal Use of Marijuana

Ballot Summary: Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved   06/23/2022         Serial Number      2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name:   Smart & Safe Florida

Address: 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____   County Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. _____ or Date of Birth _____

Signature _____ Date Signed [M][N] / [5][Q] / [2][2][2][2]

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____ Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare _____ Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____ Date Signed [N][Z] / [5][Q] / [4][4][2][2]

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                               R1S-2.009, Fla. Admin. Code

Appendix P: Harriel Proffer

1

2                     AUDIO TRANSCRIPTION
                    OF PROFFER STATEMENT
3                     OF DONELLA HARRIEL

4

5

6           DATE OF STATEMENT: AUGUST 20, 2024

7

8

9

10

11       Stenographically Transcribed Audio Recording by

12                     Carmel M. Street

13

14

15

16

17

18

19

20    Job No: 378469

21

22

23

24

25

Page 2

```
 1                    PROFFER STATEMENT NO. 1
 2              The following proceeding was transcribed from
 3      an audio file as follows:
 4              MS. BIRRIEL-SANCHEZ:  Here for a Proffer
 5      statement of Donella Marie Harriel.
 6              Parties to put their names on the record.  I
 7      will begin.  And then we will go counterclockwise.
 8              My name is Sophia Birriel-Sanchez and I am
 9      here on behalf of the Office of Statewide Prosecution.
10              MS. PAPAKOS:  Pota Papakos with the Office of
11          Statewide Prosecution in Tampa.
12              MR. BERTISCH:  Flynn Bertisch on behalf of
13          Donella Harriel.
14              MS. HARRIEL:  Donella Marie Harriel.
15              INSPECTOR SHEPHARD:  Inspector Chris Shephard
16          with the Florida Law Enforcement Department.
17              INSPECTOR RATLIFF:  Inspector Scott Ratliff
18          with the Florida Department of Law Enforcement.
19      BY MS. BIRRIEL-SANCHEZ:
20          Q.   Today is August 30, 2024, and it is 10:24 a.m.
21      So, before we begin, Ms. Harriel, your attorney handed
22      me here a document that has two pages.  It's dated
23      August 20, 2024.  And it is -- it is addressed to your
24      attorney.  Did you go over these two pages with your
25      attorney?
```

Page 3

1      A.   Yes, I did.

2      Q.   And the letter has a subject that reads, "Re:

3   Proffer of Donella Marie Harriel."?

4      A.   Yes.

5      Q.   I actually want to confirm that that is the

6   same letter.  It looks like it's signed by both you and

7   your attorney on today, August 30, 2024.  Is that

8   correct?

9      A.   That is correct.

10      Q.   And do you understand that what you are

11   receiving today is Use Immunity?

12      A.   Yes.

13      Q.   So, that means that we, as the State will not

14   introduce any of these statements against you as

15   substantive evidence during any trial or any hearing as

16   it pertains to this case.  But that if we can however

17   use these statements as impeachment evidence.

18      A.   Yes, ma'am.

19      Q.   Do you also understand that you are not

20   receiving Derivative Use immunity or Transactional

21   Immunity for these statements?

22      A.   Yes, ma'am.

23      Q.   And has your attorney explained all of this to

24   you?

25      A.   Yes, he has.

Donella Harriel
August 20, 2024

Page 4

1    Q.   Do you have any questions before we begin

2    about what any of this means?

3         A.   No, ma'am.

4         Q.   Okay.  Do you want -- do you need any

5    additional time to speak with your attorney?

6         A.   No.

7         Q.   Okay.  Perfect.  So, the way that this is

8    going to work is that I expect that the inspectors will

9    be asking you some questions.

10        I may jump in just because I know -- I'm an

11   elections prosecutor, and I may have my own questions.

12   And then Ms. Papakos may also jump in because she has

13   separate investigations that maybe you have information

14   about.  Okay.  Thank you so much.

15        A.   Yes, ma'am.

16   BY INSPECTOR RATLIFF:

17        Q.   Okay.  Raise your right hand for me.  Do you

18   swear the statement you're about to give will be true

19   and correct to the best of your knowledge so help you

20   God?

21        A.   Yes, sir.

22        Q.   Okay.  So --

23        A.   Can you --

24        Q.   No.  You can put your hand down.

25        A.   Okay.   www.lexitaslegal.com
                        (800) 676-2401

1    Sorry.  Just want to make sure that you're

2    under oath now.  Like I said before, it's just -- all we

3    ask is just be straight with us and just tell us the

4    truth.

5         A.   Okay.

6         Q.   Okay?

7         A.   Yes, sir.

8         Q.   That's all anybody's asking today.

9         A.   Yes.

10        Q.   With that said, we'll just kind of give you

11   the floor and if you can kind of explain the process and

12   how you got started.  And how -- and just kind of lead

13   us through that.  And then we'll just fill in the gaps

14   along the way.

15        A.   Yes, sir.

16        Q.   And just remember you're being audio-recorded

17   so pointing and that kind of -- because I talk with my

18   hands also, or just names him, her -- just like, to use

19   the names, that kind of stuff, okay?

20        A.   Yes, sir.

21        Q.   Thank you.

22   BY MS. BIRRIEL-SANCHEZ:

23        Q.   So, how did you get started working in

24   Petitioning?

25        A.   Well, I didn't know anything about Petitioning

Page 6

1    at first.  However, I know  .  So,

2

3

4

5

6

7

8

9

10

11

12

13

14

15                    INSPECTOR RATLIFF:  Uh-huh.

16

17

18

19

20

21

22

23

24

25











1

2

3    A.    Uh-huh.  We had to look up the names to help

4    out but we had to sign our signatures.

5    Q.    Okay.

6    A.    That's what -- that's what the deal was.  $5.

7    We will only get five even though it's $10 per

8    signature.  And she had to get the other.  We only get

9    five off each signature that we did.

10    Q.    Okay.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
15        Q.   So, what do you -- okay.  What do you mean by
16   the computer stuff?
17        A.   Well, how they you know, get the information.
18        Q.   Uh-huh.
19        A.   She would give -- she tell us to get the names
20   -- to look it up.  We have to look it up to see who's
21   registered to vote.
22        Q.   Okay.
23        A.   And they would do the rest.  They had their
24   little organization where they will fill out all the
25   stuff.
```

Donella Harriel
August 20, 2024                                                      Page 13

1          Was it like a website?

2     A.    What do you mean?

3     Q.    Okay.  How would they get the names?

4     A.    Off the websites.

5     Q.    What websites?

6     A.    Clustrmaps.  What else is it?  She told me

7     about, you have to go to the State of Florida voter

8     thing.  She showed me the State of Florida voter thing

9     that you have to go to.

10    Q.    Okay.  What other website did she show you?

11    A.    No, that was it.

12    Q.    Okay.

13    A.    As far as I -- what she told me, was

14    Clustrmaps.

15    Q.    So, as far -- how would you -- so, I just want

16    your own words to describe, just walk me from beginning

17    to end --

18    A.    Hm-mm.

19    Q.    -- how they would get a name and then how the

20    petitions were filled out.

21    A.    Oh, I don't know how they filled them out.

22    Q.    Okay.

23    A.    I just -- my responsibility was to sign my

24    name.  Put my signature.

25    Q.    Got it.

Page 14

1          A.    Anything else, I wasn't responsible for that

2    part.

3          Q.    Okay.

4          A.    I just had to sign my name.  I got $5 per

5    every paper I signed.

6          Q.    Okay.  So, I'm going to show you some

7    petitions.  Your attorney hasn't seen these yet because

8    I just got these yesterday from Miami.  But just so

9    we're clear, these are just some petitions from Miami,

10   okay.  And I'm just -- I'm going to show them to you.

11   I'm going to just pass you one.

12              MS. PAPAKOS:  So, for purposes of the

13         recording, we are showing Ms. Harriel and petition

14         with voter information for a last name of ████████

15         ████████████.  And first name ████████████████

16         And we're showing this to counsel first.  Okay.

17              MS. BIRRIEL-SANCHEZ:  So, do you recognize

18         that form generally?

19              THE WITNESS:  Yes.

20              (Thereafter, the audio ended)

21

22

23

24

25

Donella Harriel
August 20, 2024          REPORTER'S CERTIFICATE.                    Page 15

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14   _____

15                 CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25







1                    PROFFER STATEMENT NO. 2.





```
17        Q.    Okay.  So, all you would do to clarify, is
18   sign your name on that form?
19        A.    Yes.  That's all I would have to do.
20        Q.    So, you never met                    ?
21        A.    I don't know who that is.
22        Q.    Okay.
23        A.    I don't have a clue who              is.
24        Q.    And you don't know -- okay.  I'm sorry, where
25   would you sign the forms?  No, I'm sorry, but where were
```

1    you physically?  Like, right now --

2         A.   Oh, home.  In my house.

3         Q.   You were in your house?

4         A.   Yes.

5         Q.   You never went for example to Miami-Dade

6    County to have this form signed?

7         A.   Oh no.  No, ma'am.

8         Q.   Okay.

9         A.   No, ma'am.

10         Q.   So, you have -- I'm just using this as an

11    example so that I --

12         A.   Uh-huh.

13         Q.   -- because I'm a visual person.

14         A.   Yes, ma'am.

15         Q.   So, all you would do is sign a blank form?

16    So, you never even saw who wrote ████████████ on the

17    form?

18         A.   I can't tell you.

19         Q.   Okay.

20         A.   No.  I have no clue as far as that.  I'm

21    admitting what I did which was sign my name on it.

22         Q.   Okay.

23         A.   And the agreement was to give me $5 per each

24    one I signed.

25         Q.   Okay.  Does anybody have any problems in

Donella  Harriel 2
August 20, 2024

Page 4

1    reference to that?

2    BY INSPECTOR RATLIFF:

3        Q.    Let's go back a little bit.  You said finding

4    names.  Were you responsible at any point in time for

5    just looking like you said at the Clustrmaps or the

6    State of Florida --

7        A.    Oh yes.

8        Q.    So you --

9        A.    Yes, sir.

10       Q.    So, what would you do as far as when you would

11   get on the -- I'm assuming it's on a computer.

12       A.    Yeah, I would look and get the names.

13       Q.    So like, what would you do?  Like, walk us

14   through that.  Like once you get a name --

15       A.    Uh-huh.

16       Q.    -- what is your responsibility?

17       A.    I would write them all out --

18       Q.    Okay.

19       A.    -- on the papers.

20       Q.    Uh-huh.

21       A.    -- and give them to her.

22   BY MS. BIRRIEL-SANCHEZ:

23       Q.    But not on this paper?

24       A.    No.  Not on that paper.  No, ma'am.  Not on

25   that paper.  I wrote them on paper, straight out.  Any

Page 5

1   one that I seen that was registered --

2        Q.   Okay.

3        A.   -- I gave them to her.







10    Q.    So, to get anymore so, what kind of

11  information would you provide other than a name?

12    A.    Just people who's registered to vote.

13    Q.    So, if you go on there and you see Joe Smith

14  is registered to vote --

15    A.    Right.

16    Q.    -- what information do you get for Joe

17  Smith?

18    A.    His name and address.  They have his name

19  and address on there.





7    Q.    Okay.  And again, just to reiterate, none of

8    the voter information of the person who would have

9    signed the petition or purported to sign it --

10    A.    Uh-huh.

11    Q.    -- none of this was filled out when you got

12    the forms?

13    A.    Oh no.  Blank forms.  Five hundred at a

14    time.

15    Q.    Okay.

16    A.    They bring five hundred at a time.  Blank

17    forms.













22

23

24

25

Donella  Harriel 2
August 20, 2024

Page 17

1                    REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 16, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12                        *C Street*

13

14             _____

15                    CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25



























15    INSPECTOR RATFLIFF:  And what did the process

16  look like for you?  What were you told that you

17  were supposed to do and contribute?  Was it the

18  signing of these forms?

19    THE WITNESS:  And the names.

20    INSPECTOR RATLIFF:  And the names?

21    THE WITNESS:  Yeah.

22    INSPECTOR RATLIFF:  That you conducted the

23  research on in Clustrmaps.

24    THE WITNESS:  Yes.

25    INSPECTOR RATLIFF:  To the State of Florida

Page 12

```
 1   voter information?

 2        THE WITNESS:  Yes, sir.

 3        INSPECTOR RATLIFF:  Do you remember

 4   specifically what that State of Florida voter or

 5   website or page that you went to?  Would you have

 6   that on your phone for the actual address?

 7        THE WITNESS:  I will see.

 8        (Thereafter the audio ended.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Donnela Harriel_3
August 20, 2024

Page 13

```
 1                    REPORTER'S CERTIFICATE.

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ORANGE

 5

 6            I, Carmel M. Street, do hereby certify

 7    that I was authorized to and did stenographically

 8    transcribed the foregoing audio proceedings, and that

 9    the transcript, pages 1 through 13, is a true and

10    complete record of my stenographic notes.

11            Dated this 19th day of September, 2024.

12

13

14    _____

                  CARMEL M. STREET

15

16

17

18

19

20

21

22

23

24

25
```







```
 1                    PROFFER STATEMENT 4
 2            The following proceeding was transcribed from
 3    an audio file as follows:
 4            INSPECTOR RATLIFF:  So, was the voter
 5    information look up?
 6            THE WITNESS:  Yes, sir.
 7            INSPECTOR RATLIFF:  On the Florida Department
 8       of State Website.  Florida.
 9            MS. PAPAKOS:  Okay, question for you.
10            THE WITNESS:  Yes.
11            MS. PAPAKOS:  On this form -- and again, for
12       the record, we're looking at Ms. Harriel's phone.
13       In order to determine if someone is a registered
14       voter, you have to provide three things?
15            THE WITNESS:  Hm-mm.
16            MS. PAPAKOS:  The first name, their last name
17       and their date of birth.
18            THE WITNESS:  Hm-mm.
19            MS. PAPAKOS:  How would you get that
20       information?
21            THE WITNESS:  I would get it from Clustrmaps.
22            MS. PAPAKOS:  Can you pull up Clustrmaps on
23       your phone?
24            THE WITNESS:  It's taking a second, but it's
25       coming up. (Inaudible)
```

Page 2

```
 1        MS. PAPAKOS:  So can you walk us through how
 2   -- and for the record, we're looking at the
 3   Clustrmaps site.
 4        And inspector, if you could read the website
 5   out loud?
 6        INSPECTOR RATLIFF:  It's says, "free website
 7   Clustrmaps, C-L-U-S-T-R Maps, M-A-P-S, all one word
 8   dat com.
 9        MS. PAPAKOS:  Thank you.
10        So, Ms. Harriel, can you just walk us through
11   from that, the home page of Clustrmaps,
12   Clustrmaps.com, how you would find someone first
13   name, last name and date of birth?
14        THE WITNESS:  Okay.  Okay.  See how it says
15   public records encyclopedia?
16        MS. PAPAKOS:  Okay.
17        THE WITNESS:  Like say for instance if you
18   doing the State of Florida, so you're going to
19   put --
20        MS. PAPAKOS:  I'm sorry.  How did you get to
21   that page?  That one with -- with that on the home
22   page, you just scroll down?
23        THE WITNESS:  No, you know, how you have the
24   bars on the side.
25        MS. PAPAKOS:  Okay.
```

Page 3

1        THE WITNESS:  Yes.  So where it says search
2    the name or address or whatever.
3        INSPECTOR RATLIFF:  Florida?
4        THE WITNESS:  Yeah, I put Florida right there.
5        INSPECTOR RATLIFF:  Got it.  14/19?
6        THE WITNESS:  Yes, yes, sir.  There it is.
7    Address, people.
8        MS PAPAKOS:  So what would you put, people?
9        THE WITNESS:  Yes, ma'am.
10       INSPECTOR SHEPHARD:  And I assume this process
11   didn't take place on your phone.  You had a
12   computer.  Was it your personal computer, or did
13   they supply you with one?
14       THE WITNESS:  No, mine.
15       INSPECTOR SHEPHARD:  So you had a personal
16   computer.  Was it a laptop or?
17       THE WITNESS:  Yes, sir, laptop.
18       INSPECTOR SHEPHARD:  And then you would sit at
19   home?
20       THE WITNESS:  Yes.
21       INSPECTOR SHEPHARD:  And do this?
22       THE WITNESS:  Yes.
23       MS. PAPAKOS:  Okay, I want to clarify.  Had
24   you ever been to Clustrmaps.com before you started
25   petitioning?

Page 4

```
1          THE WITNESS:  I have never even heard of
2    Clustrmaps.
```





```
7        INSPECTOR RATLIFF:  Okay.  And how did you
8   narrow it down when you were in Clustrmaps?  So
9   you're sitting at your computer.  You just type in
10  Florida, and then I would assume you would work
11  down.  How would you work down to get the
12  information that you forward about?
13       THE WITNESS:  Well, it went by wherever she
14  say we have to work at the time.
15       INSPECTOR RATLIFF:  By ZIP Code?
16       THE WITNESS:  No, she would say by County.
17       INSPECTOR RATLIFF:  So by County.
18       THE WITNESS:  It goes by County.  I need this
19  amount for this County.
```



24          INSPECTOR RATLIFF:  And then what would you do

25    from there once you were in Clustrmaps in a

Page 7

1    particular County?  Can you walk us through that?

2         THE WITNESS:  When -- okay, you're in that

Donnela Harris-Lyod 4
August 20, 2024

3    County, it's going to look like -- it's going to

4    say, do you like basically want college graduates,

5    or basically like poor area.  It's broken down like

6    that.

7         INSPECTOR RATLIFF:  What's broken down like

8    that?

9         THE WITNESS:  The way they --

10        INSPECTOR RATLIFF:  In Clustrmaps?

11        THE WITNESS:  Yeah.

12        INSPECTOR RATLIFF:  Okay, so then it breaks

13   down different categories.

14        THE WITNESS:  Hm-mm.

15        INSPECTOR RATLIFF:  Showing college students?

16        THE WITNESS:  Hm-mm.

17        INSPECTOR RATLIFF:  Minorities?

18        THE WITNESS:  Yes.

19        INSPECTOR RATLIFF:  What else does it break

20   down in there?

21        THE WITNESS:  What else was it?  Oh,

22   apartments.  Mainly if it was apartment, if you

23   wanted the apartment sections or if you wanted a

24   home, just home sections or whatever and then ZIP

www.lexitaslegal.com
(800) 676-2401

25   Codes.

Page 8

Donnelle Harwick
August 20, 2024

1          INSPECTOR RATLIFF:  Then ZIP Codes.  And then

2     what would you do to get to the information that

3     you would provide?  Would you pick one of those

4     particular subjects out of there?

5          THE WITNESS:  The ones that I honestly went

6     for were the ones that had the most populated

7     areas.

8          INSPECTOR RATLIFF:  Okay.  And what did that

9     generally fall under as far as those categories?

10          THE WITNESS:  Mainly, the people that was

11     college graduates and stuff.

12          INSPECTOR RATLIFF:  So college graduates?

13          THE WITNESS:  Yes, mainly the college, college

14     graduates.

15          INSPECTOR RATLIFF:  Was there any other reason

16     why you were targeting just college graduates other

17     than that was the most?

18          THE WITNESS:  You know why?  Because majority

19     of them when I was looking were registered to vote.

20          INSPECTOR RATLIFF:  And out of those

21     demographics that you talked about --

22          THE WITNESS:  Uh-huh.

23          INSPECTOR RATLIFF:  Did they have more

24     information under their whatever their name?

25          THE WITNESS:  It led to -- I notice it led to

www.lexitaslegal.com
(800) 676-2401

Page 9

 1   other people.

 2        INSPECTOR RATLIFF:  So it led to other people,

 3   but you were getting the information as far as the

 4   date of birth and complete names and everything?

 5        THE WITNESS:  Hm-mm.

 6        INSPECTOR RATLIFF:  Out of that college

 7   demographic?

 8        THE WITNESS:  Oh, yeah.

 9        INSPECTOR RATLIFF:  -- when you're in

10   Clustrmaps?

11        THE WITNESS:  All of that would come up.

12        INSPECTOR RATLIFF:  Okay.

13        THE WITNESS:  And it would lead to other

14   people that was in like similar.  It just had links

15   right up under the other.

16        INSPECTOR RATLIFF:  And then you would what,

17   go down --

18        THE WITNESS:  Just click it.

19        INSPECTOR RATLIFF:  Get the information?

20        THE WITNESS:  Just keep clicking.

21        INSPECTOR RATLIFF:  And each time you click,

22   would you always find their names and other

23   personal information like their date of birth?  Or

24   was it a name and address, or was it just a name

25   and age?  What did that look like?

Donnela Harris
August 20, 2024

www.lexitaslegal.com
(800) 676-2401

Page 10

1        THE WITNESS:  All of those that you just said.

2        INSPECTOR RATLIFF:  All of them?

Donnela Harden
August 20, 2024

3        THE WITNESS:  Hm-mm.

4        INSPECTOR RATLIFF:  And then after you

5   retrieve that information from Clustrmaps, walk me

6   through the process that happened after.

7        THE WITNESS:  After you retrieve this

8   information from Clustrmaps that's when you have to

9   go to that voter registration and look up things

10  for the State of Florida.

11       INSPECTOR RATLIFF:  And you're still utilizing

12  the same computer, your personal computer at home

13  when you're doing this?

14       THE WITNESS:  Yes.

15       INSPECTOR RATLIFF:  What does that look like

16  when you go to that?

17       THE WITNESS:  Well, you have to put in the

18  information that they ask for the voter

19  registration.

20       INSPECTOR RATLIFF:  And you already had that?

21       THE WITNESS:  And the only stuff that I have

22  to put on the paper is the ones that are registered

23  to vote.

24       INSPECTOR RATLIFF:  And you were able to

25  decipher through Clustrmaps whether or not they're

www.lexitaslegal.com
(800) 676-2401

833

Page 11

1    registered to vote once you put their information

2    in and confirmed that they're a voter?

3        THE WITNESS:  In the State of Florida

4    registration lookup.

5        INSPECTOR RATLIFF:  And then that name after

6    that process, you put on a sheet or a register or

7    something that you then --

8        THE WITNESS:  Paper.  I have to -- the only

9    names that I give her were the ones that were

10   registered to vote.

11       INSPECTOR RATLIFF:  Now, on that paper, did

12   you also include their personal information like

13   their date of birth or anything?

14       THE WITNESS:  Yeah, I had to write their name.

15       INSPECTOR RATLIFF:  Okay.

16       THE WITNESS:  And their date of birth.

17       INSPECTOR RATLIFF:  Any other information,

18   personal information?

19       THE WITNESS:  No, it's just whatever needed to

20   go on the form.

21       THE WITNESS:  And what did that form look

22   like?  Was a just a sheet of paper?

23       THE WITNESS:  It's this.

24       INSPECTOR RATLIFF:  you're putting that

25   information on here or you're putting them

www.lexitaslegal.com
(800) 676-2401

1    separately?

2    THE WITNESS:  No, no, sir.  On a regular sheet

Donnela Hartidge 4
August 20, 2024

3    of paper, I'm going straight down the road with all

4    the ones that are registered to vote.

5        INSPECTOR RATLIFF:  Okay, that's what I was

6    asking.

7        THE WITNESS:  Oh, okay.

8        INSPECTOR RATLIFF:  And then you take that

9    information.  You make a list.  So I assume you

10    would probably maybe have two lists or you have one

11    running list after you -- you go in the Clustrmaps.

12        THE WITNESS:  Hm-mm.

13        INSPECTOR RATLIFF:  You're making one list of

14    people?

15        THE WITNESS:  Hm-mm.

16        INSPECTOR RATLIFF:  Correct me if I'm wrong.

17        THE WITNESS:  Yeah.

18        INSPECTOR RATLIFF:  So you're putting that

19    information down, right?

20        THE WITNESS:  Right.

21        INSPECTOR RATLIFF:  And then the next stage in

22    the process is, you're then taking that --

23        THE WITNESS:  Right.

24        INSPECTOR RATLIFF:  Using the same computer

www.lexitaslegal.com
(800) 676-2401

25    and then plugging that information in to find out

1    who's the voter.

2         THE WITNESS:  And who's ever registered to

3    vote that's who's going on this page.

4         INSPECTOR RATLIFF:   That's going on the next

5    page?

6         THE WITNESS:  Yes.

7         INSPECTOR RATLIFF:  And then that final

8    page --

9         THE WITNESS:  Hm-mm.

10        INSPECTOR RATLIFF: -- is the information

11   that's forwarded out to Kelly or who do you give

12   that to?

13        THE WITNESS:  Because they're already checked

14   out and they're registered to vote.



24        INSPECTOR RATLIFF:  And that was your task in

25   this particular process, right?





10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 REPORTER'S CERTIFICATE.

2    Donnela Harriel_4
     August 20, 2024
3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11             Dated this 18th day of September, 2024.

12                       _C Street_

13

14   _____

15                 CARMEL M. STREET

16

17

18

19

20

21

22

23

24                 www.lexitaslegal.com
                      (800) 676-2401
25





1                    PROFFER STATEMENT 5.

2               The following proceeding was transcribed from

3     an audio file as follows:































4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donella Harriel_5
August 20, 2024

Page 16

```
 1                    REPORTER'S CERTIFICATE

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ORANGE

 5

 6              I, Carmel M. Street, do hereby certify

 7    that I was authorized to and did stenographically

 8    transcribed the foregoing telephonic proceedings, and

 9    that the transcript, pages 1 through 14, is a true and

10    complete record of my stenographic notes.

11              Dated this 19th day of September, 2024.

12

13

14              _____
                      CARMEL M. STREET
15

16

17

18

19

20

21

22

23

24

25
```





Appendix Q: Settlement Agreement

## SETTLEMENT AGREEMENT

This **SETTLEMENT AGREEMENT** ("Agreement") is entered into by and between **FLORIDIANS PROTECTING FLORIDA, INC.,** ("FPF"), the sponsoring committee for Ballot Initiative 23-07, and the **FLORIDA DEPARTMENT OF STATE** ("Department").  Throughout this Agreement, the FPF and the Department shall be referred to collectively as the "Parties."

**WHEREAS,** there currently exists a dispute between the Parties at the Division of Administrative Hearings ("DOAH"), which includes the facts and circumstances related to, or arising out of, an administrative fine imposed by the Department on FPF for an alleged violation of section 100.371(7)(a)2, Florida Statutes; and

**WHEREAS,** there currently exists a dispute between FPF and Joseph Ladapo, in his official capacity as the State Surgeon General and head of the Department of Health, in the U.S. District Court for the Northern District of Florida; and

**WHEREAS,** the Parties desire to settle and resolve their disputes in an amicable fashion and without additional delay or further litigation;

**NOW THEREFORE,** in consideration of the mutual covenants and promises contained herein, the Parties stipulate and agree as follows:

## PROMISES OF FPF

In consideration of the Department's obligations set forth in this Agreement, FPF agrees to the following terms:

(1) FPF neither admits nor denies it violated section 100.371(7)(a)2, Florida Statutes, but will pay **$164,000** to the Department, within two days of the execution of this agreement, to resolve Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

(2) FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

(3) FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Ladapo, Northern District of Florida Case No. 4:24-cv-419,

(4) FPF will not seek attorney's fees or costs in the federal lawsuit, Floridians Protecting Freedom, Inc. v. Ladapo, Case No. 4:24-cv-00419 (N.D. Fla. 2024), contingent on the defendants in that case also not seeking attorney's fees or costs; and

(5)  FPF will not pursue any further litigation against the State of Florida, its agencies, officers, and employees for any alleged violations of state or federal law affecting FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement) contingent on the Department, its divisions, officers, and employees not pursuing

Page **1** of **3**

863

any further litigation against FPF, its directors, officers, and employees for any alleged violations of state or federal law by FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement).

## PROMISES OF THE DEPARTMENT

In consideration of FPF's obligations set forth in this Agreement, the Department agrees to the following terms:

**(1)** the Department will accept the amount of **$164,000** to resolve with finality DOAH Case No. 24-4289, i.e., the full amount for alleged violations of section 100.371(7)(a)2, Florida Statutes, absent the willfulness enhancement;

**(2)** the Department will not impose, assess, levy or seek any past, current or future administrative fines against FPF for any alleged violations of section 100.371(7)(a)1-2, Florida Statutes, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement), nor will the Department investigate, or refer any such alleged violations, from the 2024 election cycle, of section 100.371(7)(a)1-2, Florida Statutes, to the Attorney General for enforcement under section 100.371(8), Florida Statutes; and,

## MUTUAL PROMISES

In consideration of the obligations set forth in this Agreement, the Parties mutually agree to the following terms:

**(1)** this settlement and any term of this Agreement shall neither set any precedent nor serve as an admission of any liability for any other purpose by the Parties, including resolution of any future DOAH or federal proceedings;

**(2)** each party shall be responsible for payment of their own attorneys' fees and costs related to the DOAH proceeding; and

**(3)** the Parties represent and warrant that they are authorized to enter into this Agreement and that they have the authority to perform the terms of this Agreement.

## GENERAL AGREEMENT TERMS

**1.    Complete Integration of Agreement.** This Agreement is made without reliance upon any statement or representation of any party hereby released except those contained in this Agreement. This Agreement contains the entire understanding of the Parties and may not be modified except by writing which is signed by all the parties to this Agreement. Any oral or written promises or assurances not contained in this Agreement are waived, abandoned, withdrawn, and without legal effect.

**2.    Construction of Agreement.**  The language of all parts of this Agreement shall be construed as a whole, according to its plain meaning, and not for or against the drafter.

**3.    Enforcement and Venue.**  Any breach of any term, provision, or obligation of this Agreement by any party shall entitle the other party to seek enforcement of such term, provision, or obligation, in a court of law or administrative tribunal of competent jurisdiction.  It is expressly understood and agreed that this Agreement shall be governed by the laws of the State of Florida, with exclusive venue for any action upon an alleged breach of any term, provision, or obligation of this Agreement in the Second Judicial Circuit in and for Leon County, Florida.

**4.    Performance.**  Should either party default in any material manner with respect to any term, provision, or obligation set forth in this Agreement, the available remedies for the non-defaulting party shall include, but are not limited to, a suit for specific performance with the prevailing party receiving attorneys' fees and costs resulting therefrom.

**5.    Execution.**  This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement and may be consummated by facsimile, email, or electronically transmitted signatures.

**6.    Acknowledgment.**  The Parties, as signatories to this Agreement, acknowledge that they have read this Agreement, that they fully know, understand, and appreciate its contents, that they have been advised by or have had an opportunity to consult with their respective counsel regarding its contents, and that they execute the same and make promises provided herein voluntarily, with authority, and of their own free will.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement, consisting of three (3) pages, including the signature page, as of the dates hereinafter appearing.

**ON BEHALF OF FPF**

_____          ____12/16/2024_____
Signature                                                            Date

____Sara Latshaw_____          ____Chairperson_____
Printed Name                                                     Title

**ON BEHALF OF DOS**

_____          _12/16/2024_____
Signature                                                            Date

_Bradley R. McVay_____          Title _Deputy Secretary of State for_
Printed Name                                                        _Legal Affairs & Election Integrity_

**Page 3 of 3**

# Appendix R: Denial of Appeal / Demand for Payment to Tides-Advocacy Poder LatinX



# FLORIDA DEPARTMENT *of* STATE

July 19, 2024

Meyer, Blohm, and Powell, P.A.
c/o Jennifer Blohm, Esq.
P.O. Box 1547
Tallahassee, FL  32302

IN RE: DENIAL OF APPEAL / DEMAND FOR PAYMENT
*Tides-Advocacy Poder LatinX*

Case No. OECS-3PVRO-24-11

_____/

Dear Ms. Blohm:

This letter is being sent in response to your client's (Tides-Advocacy Poder LatinX) appeal of the Third-Party Voter Organization (3PVRO) fine that was levied by the Office of Election Crimes & Security (OECS).

Under Florida law, fines may be waived "upon a showing that the failure to deliver the voter registration application[s] promptly is based upon force majeure or impossibility of performance." § 97.0575(5)(b), Fla Stat.

You state in your letter that OECS's enforcement of section 97.0575(5)(a), Fla. Stat., creates impossibility of performance and therefore the fine levied against your organization should be waived or reduced. For the reasons that follow, we disagree. Your appeal fails to make the requisite showing and does not justify a waiver or reduction in fine against Tides-Advocacy Poder LatinX. We, therefore, demand payment in full within 21 days of this letter.

You begin by acknowledging that you do not dispute that 13 forms were erroneously filed in Polk County. As an initial matter, we note that the fine associated with the initial 13 forms should have been remitted immediately as it is not currently being disputed or appealed.

Addressing the merits of your appeal, you claim OECS's enforcement of section 97.0575(5)(a), Fla. Stat., creates an impossibility of performance, yet your assertion ignores the plain language of the statute. The statute provides that your client may send applications to either the county in which the applicant resides *or to the Division of Elections. See* 97.0575(3)(a). (emphasis added). This additional recipient allows your client to fulfill its fiduciary obligation,

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com

867

*see id.*, by providing an alternative if there is any doubt as to the county in which the applicant resides, including for those applications where the county was left blank.

Here, your organization chose to deliver the 52 at-issue voter registration applications to the Polk County Supervisor of Elections instead of the Florida Division of Elections (or the actual Supervisor of Elections office where those voters reside). Because the 52 at-issue voter registration applications were delivered to the wrong Supervisor of Elections, your organization violated the plain language of the statute. On this record, there is no basis to conclude impossibility of performance. To avoid this potential issue in the future, your organization may choose to deliver some or all of the voter registration applications it collects to the Florida Division of Elections, as expressly authorized under the statute.

For the reasons set forth above, your appeal is **denied**.

This decision to enforce the **$26,000.00** fine constitutes **final agency action**. You may either remit payment of this $26,000.00 fine to the Florida Department of State within 21 days, or you may seek to have this matter reviewed by an administrative judge in the Florida Division of Administrative Hearings in accordance with your Notice of Rights below within 21 days of the date of this letter. Should you elect to pay within 21 days of the date of this letter, the check should be made out to the Florida Department of State and addressed as stated below. If you fail to remit payment and have not elected for Administrative Review, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(8), Fla. Stat.

Payment should be mailed to:

Florida Department of State
ATTN: Brad McVay, Deputy Secretary of State
for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, FL 32399

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity

cc:  Andrew Darlington, Director, Office of Election Crimes & Security
     Joseph Van de Bogart, General Counsel, Florida Department of State

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com**

868

## NOTICE OF ADMINISTRATIVE RIGHTS

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice. You have the right to be represented by counsel or other qualified representative at any hearing that occurs. Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

<div align="center">

Office of the General Counsel
Florida Department of State
500 S. Bronough Street
Tallahassee, FL | 32399

</div>

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure. Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein. Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.

<div align="center">

[THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK]

</div>

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com

869

Appendix S: McVay Demand Letter USCIS



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

September 9, 2024

Tammy Meckley
Associate Director
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20746

*Via E-MAIL & U.S. MAIL*

*Re:*    *Demand for Information under 8 U.S.C. § 1373 and 8 U.S.C. § 1644*

Dear Associate Director Meckley:

  Noncitizens cannot vote in Florida elections. *See* Fla. Const., art. VI, § II; § 97.041(1)(a)2., Fla. Stat. Those who do expose themselves to criminal liability.[1] Accurate and up-to-date voter registration rolls help ensure that noncitizens cannot vote and do not violate Florida law. *See* Fla. Stat. § 98.0575(6). And, under both Florida and federal law, the Florida Department of State ("FDOS") is responsible for maintaining these accurate and up-to-date rolls.[2] *See, e.g.*, 42 U.S.C. § 15483(a) (requiring Department to "ensure that voter registration records" "are accurate and are updated regularly"); 42 U.S.C. § 1973gg(b)(4) (establishing procedures to "protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records."); Fla. Stat. § 98.075(1) ("The department shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records.").

  FDOS must also take affirmative steps to "remove registrants who are ineligible to vote." 42 U.S.C. § 15483(a); *see also* Fla. Stat. § 98.075(4)-(6). Any credible and reliable information of ineligibility obtained by FDOS triggers a notice of removal and opportunity for a hearing and can

---

[1] https://www.fdle.state.fl.us/News/2024/April/FDLE-arrests-non-citizen,-felon-for-voter-fraud
https://www.fdle.state.fl.us/News/2022/October/FDLE-arrests-Jamaican-citizen-for-voting-in-U-S-el
*See, e.g.*, 18 U.S.C. § 611; 18 U.S.C. § 911; 18 U.S.C. § 1015(f); 52 U.S.C. § 21144(b); § 104.15, Fla. Stat.; § 104.011(1), (2), Fla. Stat.

[2] In Florida we take this responsibility seriously. Due to recent updates to our voter list maintenance laws, in the last month alone, nearly 26,000 individuals have been removed from Florida voter rolls for ineligibility (e.g., adjudication of mental incapacity without voting rights restored, felony conviction without voting rights restored, death, not a U.S. citizen, did not list a valid Florida residence, determined to be fictitious person), voter request, duplicate record, moved out of state, etc.

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

871

result in a "final determination that a voter is ineligible to vote."[3] Fla. Stat. § 98.075(7). To perform its responsibilities and ensure accurate voter rolls, FDOS must have access to up-to-date citizenship information that can only be obtained from the federal government.

To that end, 8 U.S.C. § 1373 and 8 U.S.C. § 1644 provide a mechanism for FDOS to obtain pertinent information from your office. Section 1373 states:

> Notwithstanding any other provision of Federal, State, or local law, a Federal, State, or local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the [Department of Homeland Security] ("DHS") information regarding the citizenship or immigration status, lawful or unlawful, of any individual.

8 U.S.C. § 1373(a). It goes on to say that "[DHS] *shall* respond to an inquiry by a federal, state, or local government agency seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law." *Id.* § 1373(c) (emphasis added). Section 1644 reaffirms FDOS's right to obtain citizenship-related information from your office, as does the United States Supreme Court. *See Arizona v. United States*, 567 U.S. 387 (2012) ("Congress has obligated [DHS] to respond to any request made by state officials for verification of a person's citizenship or immigration status."); *Chamber of Commerce of United States v. Whiting*, 563 U.S. 582 (2011) ("[Section 1373(c)] requires the Federal Government to 'verify or ascertain' an individual's 'citizenship or immigration status' in response to a state request.").

Indeed, FDOS's successful federal lawsuit in 2012 against your office reaffirmed FDOS's right to pertinent, citizenship-related information.[4] More specifically, that case resulted in FDOS obtaining access to the Systematic Alien Verification for Entitlements Program or SAVE database. *See* **Exhibit 1** (Memorandum of Agreement for SAVE).

Although the SAVE database can be helpful,[5] it is nevertheless insufficient. The database requires FDOS to have at least one of the following, specific numeric identifiers: "Alien/USCIS Number (A-Number)," "Form I-94, Arrival/Departure Record Number," "Student and Exchange Visitor Information System (SEVIS) ID number," "Naturalization/Citizenship Certificate Number," "Card/I-797 Receipt Number," "VISA Number," or "Foreign Passport Number (if entered along with a U.S. immigration enumerator)."[6] Florida does not always have access to this information.

---

[3] The individual also has a right to appeal a determination of ineligibility pursuant to § 98.0755, Fla. Stat.

[4] https://dos.fl.gov/communications/press-releases/2012/florida-department-of-state-receives-commitment-from-us-department-of-homeland-security-to-provide-access-to-citizenship-database/

[5] Last month FDOS sent 144 individualized non-citizen files to local Supervisors of Elections for removal from the state voter roll. The SAVE database confirmed that all 144 individuals were non-citizens, validating the state's information. Upon receipt of the state's non-citizen removal file, the Supervisor of Election must begin, within 7 days, the list maintenance process outlined in § 98.075(7), Fla. Stat.

[6] *Tutorial: Introduction to SAVE and the Verification Process for SAVE Users.* DEPARTMENT OF HOMELAND SECURITY. ET AL. (Mar. 2024) (available at https://tinyurl.com/msek795k).

Under Florida law, the Florida Department of Highway Safety and Motor Vehicles ("DHSMV") notifies FDOS of persons who self-identified as non-U.S. citizens upon being issued a new or renewed Florida driver's license,[7] Florida identification card, or updated DHSMV record. *See* § 98.093(8)(b), Fla. Stat. This information is highly credible but in some instances lacks the kind of identifiers needed to obtain confirmation through the SAVE database.

I thus include as **Exhibit 2-9**, the names of specific individuals for whom FDOS has information of non-citizenship but for whom FDOS cannot run a search on the SAVE database. All 7 of these individuals are currently on Florida's voter rolls. For these seven individuals, pursuant to 8 U.S.C. § 1373 and 8 U.S.C. § 1644, I ask for verification of citizenship status **within fourteen days of your receipt of this letter**.

FDOS understands that your office has the ability to determine an individual's immigration or citizenship status very quickly and without the numeric-identifiers required by the SAVE database. We further understand that the Person Centric Query System allows for verification of immigration or citizenship status with a very limited amount of basic information such as name, date of birth, and address. For each of the seven individuals included in Exhibits 2-9, I have provided you the name, date of birth, address, and any other identifiers or pertinent information FDOS has in its possession.

The immediate need for accurate citizenship information is critical as we are less than ninety days from the next general election. Given that the law is clear and USCIS's obligations are mandatory, any delay in fulfilling FDOS's (very reasonable) request for 7 individual determinations will undoubtably undermine FDOS's ability to fulfill its statutory obligations to protect the integrity of Florida's election and maintain current and accurate voter registration rolls. We appreciate your expeditious assistance on this matter. If verification is not provided within the time requested, Florida will pursue other remedies, including potential litigation.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity/
Chief Legal Counsel
Florida Department of State
brad.mcvay@dos.fl.gov

cc:
Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services
Jennifer B. Higgins, Deputy Director, U.S. Citizenship and Immigration Services
Felicia Escobar Carrillo, Chief of Staff, Office of the Director
A. Ashley Tabaddor, Chief Counsel, Office of Chief Counsel

---

[7] Florida does not allow illegal aliens to obtain driver's licenses and does not recognize driver's licenses issued in other states to illegal aliens. *See* § 322.033, Fla. Stat.

Appendix T: McVay Referral to Campbell 2022



**FLORIDA DEPARTMENT of STATE**

| | |
|---|---|
| **RON DESANTIS**<br>Governor | **CORD BYRD**<br>Secretary of State |

June 28, 2022

The Honorable Jack Campbell
State Attorney, 2nd Judicial Circuit
301 South Monroe Street, Suite #475
Tallahassee, Florida 32301

*Re: Submission of Fraudulent Voter Registration Applications*

Dear State Attorney Campbell:

We are referring the enclosed Elections Fraud Complaint to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

The Leon County Supervisor of Elections office provided records (Composite Exhibit A) to the Department which reflect that fraudulent voter registration applications were collected and submitted by a third-party voter registration agent, ███████████ collecting on behalf of two third-party voter registration organizations: ████████████████████████████ and ███████ ████████████

As described in the complaint, many of the over 1,400 Voter Registration Applications (VRA's) that ███████████ submitted to the Leon County Supervisor of Elections office this year were for fictitious people. Others were for existing voters, but the applications contained a significant amount of irregularities in signatures and personal information, leading the supervisor's office to believe many of the applications to be fraudulent.

Notably, the complaint indicates that ████████████ previously submitted VRAs with third-party voter registration organization ████████████████████████████████████████, which group was the ████████████████████████ subject of other Election Fraud Complaints submitted in 2019 and 2020. The supervisor's office prepared a chart in connection with the instant complaint summarizing the numerous issues with the suspected fraudulent VRA's. The chart reflects a significant overlap of the same voters who previously had forms submitted on their behalf by ████████████████████

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

875

We understand your office to have declined warrants and/or prosecution of the earlier referral(s) from the supervisor's office regarding a large volume of fraudulent VRA's submitted by ████ ████████████████████ Please see attached warrants, probable cause affidavits, and declination email for reference (Composite Exhibit C). We also attach again herein the prior complaints (Composite Exhibit B) themselves to the extent there is significant overlap with the new ongoing issues -- both in terms of the registration agent (per the supervisor of elections office) and the particular voters affected.

The issue appears to have merit and warrant further investigation to determine whether ████ ████████████ and/or anyone else operating on behalf of the three above-mentioned third-party voter registration organizations violated section 104.011(2), Florida Statutes as to the willful submission of false voter registration information. Other criminal statutes such as the criminal use of personal identification information under section 817.568, Florida Statutes, may be applicable as well.

Please find enclosed April 19, 2022, Elections Fraud Complaint[1] against ████████████ from the Leon County Supervisor of Elections, as well as the prior complaints and investigatory materials against New Florida Majority in 2019 and 2020. Contact information for each third-party voter registration organization is available through the following link: https://tpvr.elections.myflorida.com/Default.aspx.

We appreciate your review of this matter and are happy to assist you in any further investigation.


Sincerely,

Bradley R. McVay
General Counsel, Florida Department of State



Enclosures

cc:
The Honorable Mark Earley
Leon County Supervisor of Elections (*via email*)

---

[1] These records include voter registration information that has not been redacted for this purpose. For example, certain voter registration information such as driver license and social security numbers are confidential and exempt from public records disclosure, and voter signatures may be inspected but not copied by members of the public. *See* § 97.0585, Fla. Stat. (2021).


Page 2 of 2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name  **Mark S. Earley**

Address  **2990-1 Apalachee Pkwy**

County  **Leon**

E-mail Address  **vote@leonvotes.gov**

Day Phone  850-606-8683

Evening Phone

City  **Tallahassee**

State  **FL**

Zip Code  **32301**

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name ████████████████

Work Phone

11-89 (Florida Democratic Party); 21-9 (Florida Rising)

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address

City

County

State

Zip Code

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☑ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)                     Page 1                     Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

███████████ has submitted more than 1400 Florida Voter Registration Applications (FVRAs) to our office this calendar year. Some applications submitted were for fictitious people. Others were for existing voters containing information that differs significantly from the information previously provided by the voter in question. Signatures, identifying numbers, and addresses were the most common sources of inconsistencies.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

This individual has submitted 1,460 forms to us between 01/18/2022 and 04/07/2022. These applications have been submitted under the third parties ██████████ The rate of incomplete applications and unverified applications is significantly higher than the normal registration rate. This individual has previously submitted forms with 16-65, which were the subject of another Election Fraud Complaint submitted by our office in 2020. Please see the attached documents for details and documentation.

The attached records are just a handful of the suspicious applications received. For more information, please contact our office.

---

☑ Check here if additional pages or documents are attached.

_Signature of complainant_ _____     _Date Signed_ 4/19/22

**Mark S. Earley**

Print or type name of complainant

---

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

Appendix U: Mark Earley 3PVRO Report

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:     *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **MARK S. EARLEY**     Day Phone **850-606-8683**     Evening Phone _____

Address **2990 APALACHEE PARKWAY**     City **TALLAHASSEE**

County **LEON**     State **FL**     Zip Code **32301**

E-mail Address **VOTE@LEONVOTES.GOV**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ███████████████     Work Phone ███████████

████████████████████

*Person's title of office or position held or sought if applicable*     Name of Governmental Office or Private Entity/Office

Address ██████████     City ███████████

County ████████     State ████     Zip Code ████████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☒ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☒ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☐ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |
| Office of Election Crimes and Security | ☒ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)     Page 1     Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

LCSOE suspects that registration agent canvassers working on behalf of ████████ a third-party voter registration organization, may have altered voter information without consent, possibly using third-party data, which violates state law. Specific agents with initials ████ or ████ are linked to a higher number of suspicious applications. These concerns also potentially involve agents ████████ ████████████ and ████████████████ LCSOE has previously reported both individuals.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

The Leon County Supervisor of Elections (LCSOE) has ongoing concerns about the voter registration forms submitted by ████████ also known as ████████████ This third-party voter registration organization (3PVRO) has a history of interacting with LCSOE through its representative, ████████████ ████████ has delivered applications on behalf of ████████ and responds to feedback regarding training and quality improvement efforts. ████████ has also been associated with other 3PVROs, including ████████████ where a previous fraud complaint was filed against another representative, ████████ in April 2022. ████████ has worked with multiple 3PVROs over the years, and LCSOE has consistently suspected fraudulent activity in the voter registration applications he delivered. In the past, ████████ work with 3PVROs resulted in numerous fraud complaints, including the submission of duplicate forms and forms for deceased individuals. These issues have led to several formal complaints and meetings between LCSOE and affected 3PVROs. Now, LCSOE has similar concerns with ████████ he voter registration forms they submit frequently contain errors, making them incomplete and potentially harming voters. More troubling, there are cases where it seems information for existing voters may have been altered without their knowledge or consent. LCSOE suspects that agents might be using third-party data or previously collected forms to fill out applications, a violation of state law.

One specific registration agents with initials ████ or ████ is linked to more suspicious applications than others.

Notably, in 2024 the Department of State Division of Elections revised the Florida Voter Registration Application to provide designated space for the 3PVRO registration agent canvassers to initial the form and provide the collection date. Consistently having this information on the forms makes identifying potentially problematic canvassers much easier.

☑ Check here if additional pages or documents are attached.

_Signature of complainant_ _____  _10/7/24_
_Date Signed_

**Mark S. Earley**

_Print or type name of complainant_

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*



**MARK S. EARLEY**
SUPERVISOR OF ELECTIONS
LEON COUNTY, FLORIDA

| | |
|---|---|
| Date: | October 07, 2024 |
| To: | Florida Department of Law Enforcement |
| | Office of Election Crimes and Security |
| | Department of State, Division of Elections |
| From: | Leon County Supervisor of Elections |
| RE: | ██████████████████ Potential Fraudulent Applications |

## Summary

1. **This report:** We prepared the following report for law enforcement partners regarding the potentially fraudulent activities of third-party voter registration organization registration agents working for the organization ████████████████████

2. ████████████ We identified that one of the individuals involved, ███████████ has been a consistent contact person involved with different third-party voter registration organizations over the years.

3. **Suspected fraud:** We suspect that ███████████ is working with a group of canvassers, some of whom we suspect may be crafting fraudulent Florida Voter Registrations Applications to defraud the parent organization, ██████ and its partners. Our suspicion is that the canvassers are forging applications to increase the number of applications they are collecting on paper or in their own organizational reporting, potentially with the goal of increasing their pay for work collecting registration forms.

4. **Evidence:** the following pages detail the evidence we collected which we underlie our suspicions of potentially fraudulent activity, and we request further investigation by our law enforcement partners.

5. **Improved FVRA Design:** In 2024 the Division of Elections redesigned the Florida Voter Registration Application to provide space on the form for the initials and collection date of the 3PVRO registration agents. This improvement in design facilitated superior reporting in this complaint.

 Complaint by LCSOE

# Contents

Summary ................................................................................................................................. 1

1. Interactions between SOE, ███████████████████████ ............ 3

2. LCSOE concerns with ████████ Registration Forms ................................................ 5

3. Examples of incorrect Florida Driver License number ................................................ 6

    Table 1: Examples of incorrect Florida Driver License number ................................ 6

4. Examples of incorrect Security number ..................................................................... 7

    Table 2: Examples of incorrect Social Security number ......................................... 8

5. Examples of missing required identification numbers ................................................. 9

    Table 3: Examples of missing identification numbers ............................................. 9

6. Examples of incorrect DOB ..................................................................................... 10

    Table 4: Examples of incorrect dates of birth ....................................................... 10

7. Statistical Evidence: Incomplete Applications ........................................................... 11

    Table 5: Number and statuses of FVRAs by source June 2024 – August 2024 ........... 11

    Table 6: Examples of incomplete applications ...................................................... 12

    Table 6: Examples of incomplete applications (CONT.) .......................................... 13

8. Statistical Evidence: Unverified Applications ............................................................ 14

    Table 7: Examples of unverifiable applications ..................................................... 15

    Table 7: Examples of unverifiable applications (CONT.) ......................................... 16

    Table 7: Examples of unverifiable applications (CONT.) ......................................... 17

    Table 7: Examples of unverifiable applications (CONT.) ......................................... 18

9. Exhibits ................................................................................................................. 18

2

█████████████ Complaint by LCSOE

**1. Interactions between SOE,** ███████████████████████████████████

The Leon County Supervisor of Elections Office (LCSOE) began receiving Florida Voter Registration Applications (FVRAs) from ████████████████████████████████████ ███████████ s a third-party voter registration organization (3PVRO) registered to vote with the Department of State Division of Elections (DOE).

██████████ filed to become a 3PVRO with the Division of Elections on ____████████. They filed to operate in all counties in Florida. Agents working with ████████ confirmed in communication with LCSOE that they operate in several counties in Northwest Florida, including but not limited to Bay County, Escambia County, and Leon County. The contact information for ████████ is:

Phone:
Address:
Email:
Registered Agent:

█████████ frequently interacts with LCSOE through a voter registration agent named ███ ████████████████████████████████ delivers applications in person to LCSOE and responds to feedback the office provides to 3PVROs for quality improvement and training purposes. LCSOE offers training and resources to 3PVROs and LCSOE communicates through ████████████████████████ regarding those efforts. The contact information our office has for █████████████████████████ has been previously involved with other 3PVROs which delivered applications to our office. She was mentioned in an Elections Fraud Complaint form that our office filed against ████████████████ in April of 2022. At the time both ██████████ and ████████████████████ worked with a 3PVRO named █████████████████████████ ██████████████ has previously collected registration forms for other 3PVROs. ██████ ██████████ has typically delivered completed applications collected on behalf of other 3PVRO

3

Complaint by LCSOE

registration agents, however our office has consistently suspected agents collecting with organizations working with ████████ of submitting fraudulent FVRA forms. While ██ ████████ works with different 3PVROs each election year, he consistently has delivered applications which our office suspected were fraudulently created.

In April 2022, LCSOE filed an Election Fraud Complaint form against ████████ who at the time was working with 3PVRO ████████████████ After contacting ██████ and filing the complaint LCSOE was notified that ████████ had been fired and was no longer collecting with their 3PVRO. ████████ identified herself as the new contact, but the organization stopped collecting registration forms shortly after ████████ was dismissed.

Previously, starting in the summer of 2019, LCSOE received FVRAs from 3PVRO ███ ████████████████ which also were delivered by ████████████ 3PVRO registration agents collecting on behalf of ██████ urned in duplicated forms, forms for deceased individuals, and forms for existing forms who filed sworn affidavits that they did not complete the forms and accused ██████ registration agents of fraudulently submitting the forms on their behalf. During the 2020 election, LCSOE submitted numerous fraud complaints in cooperation with affected voters. These include ████████ complaint dated August 2020), ████████ (complaint dated March 2020), ████████ (complaint dated March 2020), and ██████ (complaint dated March 2020). On March 9, 2020, LCSOE met with representatives of ██████ to notify the leaders of the organization that 3PVRO registration agents acting under their 3PVRO number had submitted fraudulent registration forms. LCSOE met with:

Shortly after the meeting the office stopped receiving registration forms from ██████ The individuals in the March 9th meeting were extremely cooperative with LCSOE and determined to stop any potentially fraudulent activity.

*4*

Complaint by LCSOE

Between 2019 and 2020 ████████████ersonally submitted 7,530 voter registration applications collected by other 3PVRO registration agents with which he worked.

## 2. LCSOE concerns with ████ Registration Forms

LCSOE found that FVRAs submitted by ████ registration agents frequently contained errors. These errors in many cases made voter registration applications incomplete, which disadvantages voters. But more worryingly, LCSOE identified cases where information for existing voters was possibly modified without the voter's knowledge or consent.

LCSOE is concerned that registration agents are using data to complete application forms without the knowledge or consent of the voters. They may be utilizing a third-party database of information or other publicly available information. They may be utilizing copies of previously collected registration forms, which is prohibited in state law (see: 97.0575(7), Florida Statutes).

The next few pages list examples of specific concerns. Each example has a noted exhibit number, which is the document image of the corresponding FVRA.

The new version of the FVRA contains a space for a 3PVRO canvasser to provide their initials. This allows LCSOE to identify specific 3PVRO registration agent canvassers who we suspect potentially submitted fraudulent applications. In particular a circulator(s) with initials ████ or possibly ████ seems to collect more erroneous or suspicious applications than other canvassers.

This is an example of these initials:



It is worth noting that the FVRA was redesigned in 2024 to provide a designated space for 3PVRO registration agent canvassers to provide their initials and collection date. This new redesigned form was very helpful in the preparation of this report and should make it easier to identify potentially problematic canvassers in the future.

*5*


 Complaint by LCSOE

### 3. Examples of incorrect Florida Driver License number

State law requires voters to provide either their Florida Driver License number, the last four digits of their social security number, or indicate that they have neither number on their application. If the voter fails to provide this information, or if voter provides incorrect information, the application is incomplete. For new registrants, the voter's status is "unverified" if the Division of Elections is unable to verify a voter's record based on the name, date of birth, and last four digits of social security number provided. Unverified voters have an additional burden of providing proof of ID when attempting to vote in the future. This is a disservice of the voters but is also potentially indicative of 3PVRO canvassers fabricating otherwise secure information.

The following list are examples of registration forms collected by ▉▉▉ which have driver license number errors. It is rare for voters to registering by other means to make this mistake on their application, because most voters will have ID in hand and copy from their license as they are registering.

*Table 1: Examples of incorrect Florida Driver License number*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/14/2024 | A1, E3 |
| | | | 06/06/2024 | A2, B7 |
| | | | 06/08/2024 | A3 |
| | | | 05/03/2024 | A4 |
| | | | 08/10/2024 | A5 |
| | | | 08/06/2024 | A6, E29 |
| | | | 08/07/2024 | A7, E34 |
| | | | 08/10/2024 | A8, E33 |

*6*

Complaint by LCSOE

### 4. Examples of incorrect Security number

Florida law requires voters to provide their Florida Driver License number, the last four digits of their Social Security number, or indicate they have neither on their application. If this information is missing or incorrect, the application is incomplete. New registrants are marked "unverified" if the Division of Elections can't match the name, date of birth, and Social Security number provided. Unverified voters face extra steps to prove their identity when they vote. This hurts voters and raises concerns that ████ canvassers might be submitting false information.

The next table lists examples of registration forms from ████ with incorrect Social Security numbers. This issue makes the applications incomplete. It's uncommon for voters to make this mistake on their own. However, it is possible. Some registrants, like college students, might not have their numbers memorized.

*7*

888

 Complaint by LCSOE

*Table 2: Examples of incorrect Social Security number*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/19/2024 | B1 |
| | | | 05/03/2024 | B2 |
| | | | 07/12/2024 | B3, E11 |
| | | | 07/12/2024 | B5, E5 |
| | | | 07/17/2024 | B6, E13 |
| | | | 06/06/2024 | A2, B7 |
| | | | 08/03/2024 | B8, E23 |
| | | | 07/11/2024 | B9 |
| | | | 07/11/2024 | B10 |
| | | | 07/25/2024 | B11 |
| | | | 07/06/2024 | B12 |
| | | | 08/03/2024 | B13 |
| | | | 08/01/2024 | B14, E26 |
| | | | 08/03/2024 | B15, E20 |
| | | | 08/15/2024 | B16, E30 |
| | | | 08/10/2024 | B17, E36 |
| | | | 08/14/2024 | B18, E37 |
| | | | 08/10/2024 | B19 |
| | | | 08/16/2024 | B20 |
| | | | 08/14/2024 | B21 |
| | | | 08/29/2024 | B22, D10 |
| | | | 08/23/2024 | B23, E44 |
| | | | 08/24/2024 | B24, E45 |
| | | | 08/28/2024 | B25 |
| | | | 08/16/2024 | B26 |
| | | | 08/23/2024 | B27 |

*8*

Complaint by LCSOE

**5. Examples of missing required identification numbers**

State law requires voters to provide either their Florida Driver License number, the last four digits of their social security number, or indicate that they have neither number on their application. If the voter fails to provide this information, the application is incomplete. If the voter provides incorrect information, the application is incomplete. The following examples of registration forms collected by ▮▮▮ do not have any ID# provided, which makes the applications incomplete. This is a further concern because the other information asked for on the application is public record: date of birth, name, and address is all information that can be requested. Providing an identifying number validates that the voter submitted the form and prevents fraud.

*Table 3: Examples of missing identification numbers*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/30/2024 | C1, D12, E47 |
| | | | 07/19/2024 | C2, E1 |
| | | | 07/11/2024 | C3, E17 |
| | | | 07/13/2024 | C4, E8 |
| | | | 06/29/2024 | C5 |
| | | | 06/14/2024 | C6 |
| | | | 06/12/2024 | C7 |
| | | | 06/09/2024 | C8 |
| | | | 06/09/2024 | C9 |
| | | | 06/01/2024 | C10 |
| | | | 06/01/2024 | C11 |
| | | | 06/01/2024 | C12 |

9

Complaint by LCSOE

**6. Examples of incorrect DOB**

State law requires voters to provide their date of birth on the FVRA. If the voter fails to provide this information, the application is incomplete. If the voter provides incorrect information, the application is incomplete. The following examples of registration forms collected by ██████ have incorrect or incomplete or blank DOBs. It is rare for voters to registering by other means to make this mistake on their application.

*Table 4: Examples of incorrect dates of birth*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/04/2024 | D1, E18 |
| | | | 07/16/2024 | D2, E7 |
| | | | 06/13/2024 | D3 |
| | | | 06/12/2024 | D4 |
| | | | 07/27/2024 | D5 |
| | | | 08/15/2024 | D6 |
| | | | 08/03/2024 | D7 |
| | | | 08/03/2024 | D8 |
| | | | 08/07/2024 | D9 |
| | | | 08/29/2024 | D10, B22 |
| | | | 08/30/2024 | D11, E48 |
| | | | 08/30/2024 | D12, C1, E47 |
| | | | 08/23/2024 | D13 |

*10*

Complaint by LCSOE

## 7. Statistical Evidence: Incomplete Applications

███████ collected 716 applications between June and August 2024. During that same period LCSOE received 10,421 FVRAs from all sources, including ███████ This means that ███████ collected about 6.9% of all the applications our office processed in June, July, and the August.

Between June and August, LCSOE processed 44 incomplete applications from all sources, representing a 0.4% incomplete rate overall. Of those, 27 came from ███████ giving them a 3.8% incomplete rate. This is 10 times the incomplete rate of other sources. Despite submitting only 6.9% of all applications, ███████ accounted for 61.4% of the incomplete ones in the period. This means ███████ was 10 times more likely to submit incomplete applications, and their errors made up two-thirds of the total. Our office suspects this could point to either misconduct or poor handling by ███████

*Table 5: Number and statuses of FVRAs by source June 2024 – August 2024*

| Source | Incomplete | New Registration | Other | Pre-Registration | Replacement Card | Unverified | Update | Total |
|---|---|---|---|---|---|---|---|---|
| OVR | 2 (0.0%) | 1820 (35.1%) | 1157 (23.1%) | 51 (1.0%) | 405 (7.8%) | 0 (0.0%) | 1717 (33.1%) | 5192 |
| Library | 0 (0.0%) | 6 (42.9%) | 4 (28.6%) | 0 (0.0%) | 3 (21.4%) | 1 (7.1%) | 0 (0.0%) | 14 |
| Public Assistance | 0 (0.0%) | 1 (50.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (50.0%) | 2 |
| Library | 0 (0.0%) | 8 (44.4%) | 6 (33.3%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (22.2%) | 18 |
| DMV | 5 (0.1%) | 1203 (36.1%) | 371 (11.1%) | 178 (5.3%) | 342 (10.3%) | 1 (0.0%) | 1234 (37.0%) | 3334 |
| Mail | 4 (1.1%) | 100 (26.8%) | 36 (9.7%) | 2 (0.5%) | 127 (34.0%) | 5 (1.3%) | 99 (26.5%) | 373 |
| SOE | 3 (0.5%) | 125 (21.6%) | 82 (14.1%) | 3 (0.5%) | 269 (46.4%) | 7 (1.2%) | 91 (15.7%) | 580 |
| 0115 | 0 (0.0%) | 8 (42.1%) | 3 (15.8%) | 0 (0.0%) | 3 (15.8%) | 1 (5.3%) | 4 (21.1%) | 19 |
| 1266 | 0 (0.0%) | 1 (100.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 |
| 1837 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (50.0%) | 1 (25.0%) | 1 (25.0%) | 4 |
| 1991 | 27 (3.8%) | 161 (22.5%) | 47 (6.6%) | 15 (2.1%) | 166 (23.2%) | 41 (5.7%) | 259 (36.2%) | 716 |
| 213 | 0 (0.0%) | 14 (73.7%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (21.1%) | 1 (5.3%) | 19 |
| 219 | 1 (50.0%) | 1 (50.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 |
| 2344 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (100.0%) | 0 (0.0%) | 0 (0.0%) | 1 |
| 2428 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (50.0%) | 1 (50.0%) | 2 |
| FPCA | 1 (0.9%) | 6 (5.4%) | 23 (20.5%) | 0 (0.0%) | 15 (13.4%) | 0 (0.0%) | 67 (59.8%) | 112 |
| VPC | 1 (3.1%) | 11 (34.4%) | 0 (0.0%) | 0 (0.0%) | 13 (40.6%) | 2 (6.3%) | 5 (15.6%) | 32 |
| **Total** | **44 0.4%** | **3465 33.3%** | **1769 17.0%** | **249 2.4%** | **1346 12.9%** | **64 0.6%** | **3484 33.4%** | **10421** |

11

 Complaint by LCSOE

*Table 6: Examples of incomplete applications*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/19/2024 | E1, C2 |
| | | | 07/13/2024 | E2 |
| | | | 07/14/2024 | E3, A1 |
| | | | 07/15/2024 | E4 |
| | | | 07/12/2024 | E5, B5 |
| | | | 07/12/2024 | E6 |
| | | | 07/16/2024 | E7, D2 |
| | | | 07/13/2024 | E8, C4 |
| | | | 07/24/2024 | E9 |
| | | | 07/25/2024 | E10 |
| | | | 07/12/2024 | E11, B3 |
| | | | 07/25/2024 | E12 |
| | | | 07/17/2024 | E13, B6 |
| | | | 07/19/2024 | E14 |
| | | | 07/17/2024 | E15 |
| | | | 07/20/2024 | E16 |
| | | | 07/11/2024 | E17 |
| | | | 07/24/2024 | E18, D1 |
| | | | 07/26/2024 | E19 |
| | | | 08/03/2024 | E20, B15 |
| | | | 08/14/2024 | E21 |
| | | | 08/03/2024 | E22 |
| | | | 08/03/2024 | E23, B8 |
| | | | 07/02/2024 | E24 |
| | | | 08/03/2024 | E25 |
| | | | 08/01/2024 | E26, B14 |

*12*

 Complaint by LCSOE

*Table 6: Examples of incomplete applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/11/2024 | E27 |
| | | | 08/17/2024 | E28 |
| | | | 08/06/2024 | E29, A6 |
| | | | 08/15/2024 | E30, B16 |
| | | | 08/08/2024 | E31 |
| | | | 08/10/2024 | E32 |
| | | | 08/10/2024 | E33, A8 |
| | | | 08/07/2024 | E34, A7 |
| | | | 08/08/2024 | E35 |
| | | | 08/10/2024 | E36, B17 |
| | | | 08/14/2024 | E37, B18 |
| | | | 08/08/2024 | E38 |
| | | | 08/18/2024 | E39 |
| | | | 08/16/2024 | E40 |
| | | | 08/17/2024 | E41 |
| | | | 08/22/2024 | E42 |
| | | | 08/17/2024 | E43 |
| | | | 08/23/2024 | E44, B23 |
| | | | 08/24/2024 | E45, B24 |
| | | | 08/30/2024 | E46, C1, D12 |
| | | | 09/04/2024 | E47 |
| | | | 08/30/2024 | E48, D11 |
| | | | 09/03/2024 | E49 |
| | | | 09/05/2024 | E50 |
| | | | 09/04/2024 | E51 |
| | | | 08/30/2024 | E52 |

*13*

Complaint by LCSOE

**8. Statistical Evidence: Unverified Applications**

When someone registers to vote for the first time, our office (LCSOE) enters their info into the statewide voter registration database. This info is then verified by the Florida Department of State Division of Elections (DOE), checking the name, birthdate, and ID numbers. If everything matches, the voter is registered. If not, the registration is marked as "unverified," and the voter must provide proof of their ID number or correct errors on their form. We send a letter explaining this and how to fix it. This verification process helps prevent fraudulent registrations.

Unverified registrations aren't proof of fraud by themselves. They can happen because of mistakes like writing the wrong number or bad handwriting. Sometimes, we might even make an error when entering data. If the DOE can't match the info on the form, the application becomes unverified.

However, if one source of registrations has a lot more unverified forms than others, it could potentially point to fraud. For example, if canvassers were using fake information for names, dates of birth, or secure identifiers like social security number, that would lead to more unverified applications. We think honest canvassers should in theory submit no more unverified applications than anyone else. If a group submits far more, it could mean they're falsifying information. It could also mean uniquely poor handling of applications.

Between June and August, LCSOE received 67 unverified applications out of 10,421 total submissions, which means about 0.6% of applications were unverified, or 1 in 200. This is the average rate we'd expect from any source. A higher rate begs the question, why is this source collecting more unverified applications than other sources on average?

But of those 67 unverified applications, 44 came from ████ even though they only submitted 716 applications during this time. That gives ████tself an unverified rate of 6.1%—10 times higher than the average. For ████ 1 in 20 of their applications had unverified Social Security or driver's license numbers compared to 1 in 200 for all other sources. While ████ submitted just 6.9% of all applications we received in the period, they were responsible for 65.7% of the unverified ones in this period. This suggests ████ may be involved in either systemic mishandling of applications, or if not, fraud.

*14*

 Complaint by LCSOE

*Table 7: Examples of unverifiable applications*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 05/24/2024 | F1 |
| | | | 05/25/2024 | F2 |
| | | | 05/21/2024 | F3 |
| | | | 06/01/2024 | F4 |
| | | | 05/31/2024 | F5 |
| | | | 06/01/2024 | F6 |
| | | | 06/01/2024 | F7 |
| | | | 05/31/2024 | F8 |
| | | | 06/02/2024 | F9 |
| | | | 08/31/2024 | F10 |
| | | | 06/06/2024 | F11 |
| | | | 06/19/2024 | F12 |
| | | | 06/20/2024 | F13 |
| | | | 07/02/2024 | F14 |
| | | | 06/29/2024 | F15 |
| | | | 07/07/2024 | F16 |
| | | | 06/29/2024 | F17 |
| | | | 07/03/2024 | F18 |
| | | | 06/26/2024 | F19 |
| | | | 07/04/2024 | F20 |
| | | | 07/06/2024 | F21 |
| | | | N/A | F22 |
| | | | 07/06/2024 | F23 |
| | | | 07/06/2024 | F24 |
| | | | 07/11/2024 | F25 |
| | | | 07/17/2024 | F26 |

*15*

Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/11/2024 | F27 |
| | | | 07/11/2024 | F28 |
| | | | 07/16/2024 | F29 |
| | | | 07/24/2024 | F30 |
| | | | 07/24/2024 | F31 |
| | | | 07/12/2024 | F32 |
| | | | 07/16/2024 | F33 |
| | | | 07/25/2024 | F34 |
| | | | 07/12/2024 | F35 |
| | | | 07/21/2024 | F36 |
| | | | 07/12/2024 | F37 |
| | | | 07/17/2024 | F38 |
| | | | 07/19/2024 | F39 |
| | | | 07/18/2024 | F40 |
| | | | 07/11/2024 | F41 |
| | | | 07/18/2024 | F42 |
| | | | 07/25/2024 | F43 |
| | | | 07/27/2024 | F44 |
| | | | 07/19/2024 | F45 |
| | | | 07/18/2024 | F46 |
| | | | 07/24/2024 | F47 |
| | | | 08/08/2024 | F48 |
| | | | 08/10/2024 | F49 |
| | | | 08/10/2024 | F50 |
| | | | 08/03/2024 | F51 |
| | | | 08/03/2024 | F52 |

*16*

 Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/14/2024 | F57 |
| | | | 08/08/2024 | F58 |
| | | | 08/07/2024 | F59 |
| | | | 08/14/2024 | F60 |
| | | | 08/08/2024 | F61 |
| | | | 08/09/2024 | F62 |
| | | | 08/15/2024 | F63 |
| | | | 08/15/2024 | F64 |
| | | | 08/08/2024 | F65 |
| | | | 08/19/2024 | F66 |
| | | | 08/15/2024 | F67 |
| | | | 08/18/2024 | F68 |
| | | | 08/17/2024 | F69 |
| | | | 08/21/2024 | F70 |
| | | | 08/22/2024 | F71 |
| | | | 08/21/2024 | F72 |
| | | | 08/21/2024 | F73 |
| | | | 08/16/2024 | F74 |
| | | | 08/21/2024 | F75 |
| | | | 08/21/2024 | F76 |
| | | | 08/28/2024 | F77 |
| | | | 08/27/2024 | F78 |
| | | | 09/02/2024 | F79 |
| | | | 09/04/2024 | F80 |
| | | | 08/28/2024 | F81 |
| | | | 08/28/2024 | F82 |

17

Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/26/2024 | F83 |
| | | | 08/27/2024 | F84 |
| | | | 08/24/2024 | F85 |
| | | | 08/29/2024 | F86 |
| | | | 08/23/2024 | F87 |
| | | | 09/05/2024 | F88 |
| | | | 09/04/2024 | F89 |
| | | | 08/21/2024 | F90 |
| | | | 08/28/2024 | F91 |
| | | | 08/23/2024 | F92 |
| | | | 08/24/2024 | F93 |
| | | | 08/27/2024 | F94 |
| | | | 08/31/2024 | F95 |
| | | | 09/05/2024 | F96 |
| | | | 09/13/2024 | F97 |
| | | | 08/31/2024 | F98 |

## 9. Exhibits

The last section of this report includes scans of applications which correspond to the proceeding tables. The scans will show the affected voter registration records. 3PVRO registration agents are required to provide their initials in the bottom right corner. This information indicates who allegedly collected the form. Because the 3PVRO canvassers only provide their initials on the forms, it would be necessary to work with the parent 3PVRO organization ▮▮▮ to determine identities from the initials.

The forms are labeled with an exhibit number which corresponds to the tables of identified cases on the previous pages.

*18*

Appendix V: Darlington Declaration

**DECLARATION OF ANDREW DARLINGTON
IN SUPPORT OF RESPONSE IN OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION**



I, Andrew Darlington, consistent with 28 U.S.C. § 1746, hereby state:

## Background

1.    I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.    I have served as the Director of the Office of Election Crimes and Security since March 2023. As Director, my role includes, but is not limited to, overseeing the Office's: (a) receiving and reviewing of notices and reports generated by concerned citizens, government officials, or other Florida agency partners regarding alleged occurrences of election law violations by third-party voter registration organizations or their agents ("3PVROs"); (b) initiating independent inquiries and conducting preliminary investigations into allegations of election law violations by 3PVROs; (c) assessing fines for election law violations by 3PVROs; and (d) referring complaints regarding 3PVROs to other agencies for further criminal investigation or prosecution.

3.    Prior to becoming Director, I served as an Assistant General Counsel in the Florida Department of State where I handled election-related matters. Before that, I served as a prosecutor, worked in several federal and state agencies, served as a civil litigator in several law firms, and was an infantry officer in the United States Marine Corps where I served twice in Afghanistan.

4.    In my current role as Director, I am familiar with Florida's Election Code. I am also familiar with the claims brought by the Plaintiff in the three federal district court cases challenging various provisions of Senate Bill 7050 ("SB 7050"), Florida's most recent set of revisions to the Florida Election Code, which was codified as chapter 2023-120, Laws of Florida ("2023 Law").



1

App. 0089

5.      A 3PVRO that collects voter registration applications serves as a fiduciary to applicants under Florida law. § 97.0575(3)(a), Fla. Stat. I am providing this declaration to explain some of the ways and instances in which 3PVROs have failed to abide by their fiduciary duties in recent years, and the State's interests in the provisions that the Plaintiff groups are seeking to preliminarily enjoin.

**3PVRO Complaints**

6.      Our Office regularly receives complaints of 3PVROs violating Florida's election laws via a variety of sources, including election fraud complaints (Form DS-DE 34 – Fla. Admin. Code R. 1S-2.025), 3PVRO complaints (Form DS-DE 121 – Fla. Admin Code R. 1S-2.042), and complaints from supervisors of elections or their staff (which are submitted via the previous two forms). *See, e.g.*, Fla. Admin. Code. R. 1S-2.042(8). We investigate complaints and assess civil penalties, refer civil complaints to the Florida Attorney General's Office, or refer criminal complaints to law enforcement, as appropriate.

7.      Florida law requires the Office to submit an annual report to the President of the Senate, the Speaker of the House of Representatives, and the Governor detailing information on investigations of alleged election law violations or election irregularities conducted during the prior calendar year. § 97.022(7), Fla. Stat. The Office submitted its most recent report on January 15, 2023, for the 2022 calendar year—well before the proposed initial legislation for SB 7050 was submitted for consideration to the Florida Senate Committee on Ethics and Elections on March 30, 2023. The report is a statutory requirement and is incorporated by reference as an attachment to this declaration. As evidenced in the report, during 2022, the Office reviewed a large number of complaints involving 3PVROs. A number of these 3PVROs were reported by election officials for failing to timely comply with statutory obligations—most significantly, failing to timely turn in

2

App. 0090

voter registration applications. The Office reviewed approximately 3,077 voter registration applications that were collected and submitted untimely by 3PVROs, in violation of section 97.0575, Florida Statutes. The Office assessed statutory fines in the amount of $41,600.00 against those 3PVROs that did not comply with the statutory requirements. *See* § 97.0575(3)(a), Fla. Stat.

8.    Incorporated by reference as an attachment to this declaration is a sampling of 3PVRO complaints received, 3PVRO fine letters issued, and 3PVRO referrals made by the Department of State between the years 2016 and 2021. Our Office is concerned with the quantity and types of violations of Florida's election laws by 3PVROs alleged in or evidenced by these documents (especially those that resulted in the assessment of fines, referrals to other agencies for further investigation, and criminal prosecution). The types of violations alleged in or evidenced by these documents include, among other things:

        a.  3PVROs failing to deliver voter registration applications to election officials before the book closing deadline for federal or state elections. (Whenever a new applicant's voter registration application is not delivered by a 3PVRO prior to the book closing deadline, that voter is deprived of the right to vote in the next election.)

        b.  3PVROs failing to deliver voter registration applications to the division or the supervisor of elections in the county in which the applicant resides within 14 days after applications are completed by applicants.

        c.  3PVROs failing to deliver voter registration applications to the correct supervisor of elections in the county in which the applicant resides.

        d.  3PVRO agents charged or alleged with violation of a criminal statute.

9.    Also incorporated by reference as an attachment to this declaration are news articles, a press release, and a letter that discuss various 3PVRO-related issues.

3

App. 0091

**State Interests**

10.    The 2023 Law promotes the State's interests in safeguarding election integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and promoting uniformity, efficiency, and confidence in the election system as a whole. The 2023 Law reflects the State's continuing efforts to protect the right to vote by ensuring that 3PVROs are abiding by their fiduciary duties under Florida law. When 3PVROs conduct themselves in a criminal or fraudulent manner, or otherwise in disregard of their fiduciary duties, their actions may disenfranchise voters by delaying or preventing timely voter registration.

11.    In furtherance of those interests, the 2023 Law amended, among other things: (1) section 97.0575(1)(e), Florida Statutes ("**Felon Volunteer Restriction**"); (2) section 97.0575(1)(f), Florida Statutes ("**Non-U.S. Citizen Volunteer Restriction**"); (3) section 97.0575(4), Florida Statutes ("**Receipt Requirement**"); and (4) section 97.0575(7), Florida Statutes ("**Voter Information Retention Restriction**"). Each of these provisions furthers important State interests.[1]

1. Felon Volunteer Restriction

12.    Under the Felon Volunteer Restriction, 3PVROs must "affirm[] that each person collecting or handling voter registration applications on behalf of the [3PVRO] has not been convicted of a felony violation of the Election Code" or "a felony violation of an offense specified in" section "98.0751(2)(c)" (murder), section "98.0751(2)(b)" (sexual offenses), section "825.103" (exploitation of an elderly person or disabled adult), chapter "817" (fraudulent

---

[1] Other provisions the 2023 Law amended (but the Plaintiff groups do not seek to preliminarily enjoin) include: (1) section 97.0575(5)(a), Florida Statutes ("**Late/Incorrectly Returned Application Fines Provision**"); (2) section 101.62(1)(a), Florida Statutes ("**Mail-In Ballot Request Restriction**"); and (3) section 97.0575(1)(d), Florida Statutes ("**Re-Registration Requirement**").

4

App. 0092

practices), chapter "831" (forgery and counterfeiting), or chapter "837" (perjury). § 97.0575(1)(e), Fla. Stat.

13.    An individual who collects and handles a completed voter-registration application acts as a fiduciary for the applicant. § 97.0575(3)(a), Fla. Stat. This is a position of trust and the Florida Legislature has determined that that position of trust should only be occupied by those who have not committed Election-Code felonies or serious or trust-related felonies. *See* § 97.0575(1)(e), Fla. Stat.

14.    It is my understanding that keeping the above classes of convicted felons from collecting or handling completed voter-registration applications furthers the State's interests in safeguarding election integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and promoting confidence in the election system as a whole.

## 2. Non-U.S. Citizen Volunteer Restriction

15.    Under the Non-U.S. Citizen Volunteer Restriction, 3PVROs must "affirm[] that each person collecting or handling voter registration applications on behalf of the [3PVRO] is a citizen of the United States of America." § 97.0575(1)(f), Fla. Stat.

16.    As stated above, an individual who collects and handles a completed voter-registration application acts as a fiduciary for the applicant. The Florida Legislature determined that only those individuals who are U.S. citizens can occupy that position of trust. *See* § 97.0575(1)(f), Fla. Stat.

17.    With non-citizens, there is an issue of whether collected and handled applications will be submitted to election officials on time. Non-citizens include illegal aliens, who are actively breaking the law and are subject to deportation at any time. Even those here on a temporary basis, such as those on student visas, pose similar risks; the temporary visitors might leave the country

5

App. 0093

(or the State) without first delivering the completed voter registration applications in their custody..
For resident aliens, the Florida Legislature made the determination that only U.S. citizens—those
who can vote—can conduct the most critical aspect of the voter-registration process: ensuring that
a completed application gets properly submitted on time. *See id.* In other words, citizens have the
most direct stake in the results of elections, and the Florida Legislature determined that they should
be entrusted with that position. *See id.*

18.     It is my understanding that keeping non-U.S. Citizens from collecting or handling
completed voter-registration applications furthers the State's interests in safeguarding election
integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and
promoting confidence in the election system as a whole.

### 3. Receipt Requirement

19.     Under the Receipt Requirement, 3PVROs that collect voter-registration
applications must provide a receipt to an applicant upon accepting his or her application. §
97.0575(4), Fla. Stat. The receipt must include the name of the applicant, the date the application
is received, the name of the 3PVRO, the name of the 3PVRO agent, the applicant's political party
affiliation, and the county in which the applicant resides.

20.     The Division of Elections will provide a uniform receipt form by October 1, 2023.

21.     The Receipt Requirement ensures that, if the 3PVRO fails to perform its fiduciary
duty to collect or submit applications, the applicants can contact the 3PVRO about any issues, even
those concerning the specific 3PVRO agents responsible for interacting with applicants. It also
provides applicants with the necessary information to report potential violations of Florida's
election laws by 3PVROs, which will enable election officials to identify issues with specific
3PVRO volunteers. More documentation of crucial aspects of voter registration is better.

6

App. 0094

22.    The Receipt Requirement thus ensures 3PVRO accountability in upholding their fiduciary duty and the proper administration of the third-party voter registration process.

4. <u>Voter Information Retention Restriction</u>

23.    Under the Voter Information Retention Restriction, a 3PVRO agent is prohibited from collecting a voter's application (which includes a voter's personal information) for any reason other than to provide such application to the 3PVRO in compliance with this section. § 97.0575(7), Fla. Stat.

24.    A voter's personal information includes a voter's Florida driver license number, Florida identification card number, social security number, or signature.

25.    The Voter Information Retention Restriction protects the applicant: a 3PVRO agent should not be able to retain a voter's private information that is not generally available to the public.

26.    The Voter Information Retention Restriction thus ensures that a voter's application (including the voter's personal information contained therein) is protected from misuse by a 3PVRO agent.

I say nothing further.

On June 23, 2023, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

/s/ Andrew Darlington
Andrew Darlington

7

App. 0095

Appendix W: Mark Earley Notification Fall 2024

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Mark Earley <Mark.Earley@leonvotes.gov> |
| **Sent:** | Friday, October 25, 2024 5:31 PM |
| **To:** | Mitchell, Mark; McVay, Brad R. |
| **Cc:** | Matthews, Maria I.; Alessandra Shurina; Stephen Usztok |
| **Subject:** | FW: Addendum to Earlier Fraud Complaint |
| **Attachments:** | IMG_5446.jpg |

**Importance:**     High

<hr>

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

<hr>

Please see below. We have submitted instances of likely fraud on 3PVRO ███████ efore. This is additional information indicating either failure to perform their duties properly, or possibly fraud.

This voter was required to vote provisionally since they were not listed on the rolls. Since they have their legally required receipt from the 3PVRO, and assuming they complete a provisional ballot cure, I will likely advocate on their behalf to the rest of the Canvassing Board that we accept the provisional ballot as this was an administrative error on the part of the 3PVRO that should not disenfranchise the voter from voting. This is supported, in my view, by Title 52, Section (a)(2)(B).

*Mark S. Earley*
Certified Elections/Registration Administrator
Master Florida Certified Elections Professional
**Supervisor of Elections**
*Leon County, Florida USA*

850.606.8683

Leon County Election Center
2990-1 Apalachee Pkwy
Tallahassee FL 32301

Check Your Registration Status and Details Online:
https://www.LeonVotes.Gov/YourVoterInfo

*Voting is the most important expression of our collective wisdom.*

*"Those who can make you believe absurdities can make you commit atrocities."*
*~ Voltaire*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076

Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076

1

**From:** Alessandra Shurina <ShurinaA@leonvotes.gov>
**Sent:** Friday, October 25, 2024 1:51 PM
**To:** Mark Earley <Mark.Earley@leonvotes.gov>
**Cc:** Maribel Rivera <RiveraM@leonvotes.gov>; Georgia Summerville <SummerG@leonvotes.gov>; Stephen Usztok <UsztokS@leonvotes.gov>
**Subject:** Addendum to Earlier Fraud Complaint

Trying to keep it short and sweet since we're all a little starved for time around here 😀 See below.

Voter showed up to Early Voting site at FAMU on 10/23/2024. Voter's record could not be located and was advised she was not registered to vote and would have to vote by Provisional Ballot. Voter provided receipt from 3rd party ▮▮▮▮ (attached) as proof that she submitted a Florida Voter Registration Application to registration agent ▮▮▮▮▮▮▮▮ working on behalf of 3PVRO ▮▮▮▮ on 08/30/2024. Our office never received this application. We contacted the group on 10/24/2024 and advised them there is at least one form collected on behalf of their organization we never received. They told us they submit all forms to us.

**Alessandra Shurina**
Director of Voter Services
Leon County Supervisor of Elections

850-606-VOTE (8683)
Alessandra@LeonVotes.gov

2

910

Appendix X: Palm Beach Smart & Safe Referral Letter to FDLE



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

October 29, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

     *Re: Palm Beach County Paid Petition Circulators / Initiative Petition 22-05, Adult Personal Use of Marijuana*

Dear Andrew Watts, Special Agent Supervisor:

     Over the past several months, we have received some alarming information from the Palm Beach County Supervisor of Elections Office regarding fraudulent constitutional initiative petitions received in their office from Smart & Safe Florida (the sponsoring political committee for Initiative Petition 23-05, Adult Personal Use of Marijuana). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) appear(s) to have occurred warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

     OECS has received credible information that the following petition circulators for Initiative Petition 22-05, Adult Personal Use of Marijuana, have submitted suspected illegal petition form(s), in clear violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**



As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Smart & Safe Florida (the sponsoring political committee) from voters who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate the above-listed individuals as the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 22-05, Adult Personal Use of Marijuana.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties OECS has previously referred to your Department, OECS asks you prioritize the resolution of this investigation.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

Page 2 of 2

Appendix Y: Copy of Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA and the
FLORIDA DEPARTMENT OF STATE,

    *Plaintiffs,*

    v.                                 Case No. 24-cv-509

The DEPARTMENT OF HOMELAND
SECURITY; and ALEJANDRO
MAYORKAS, in his official capacity
as Secretary of the United States
Department of Homeland Security,

    *Defendants.*

    _____/

## COMPLAINT FOR
## PERMANENT INJUNCTIVE RELIEF

1.    Since taking office, the Biden-Harris Administration has "effectively turned the Southwest Border into a meaningless line in the sand and little more than a speedbump for aliens flooding into the country." *Florida v. United States*, 660 F. Supp. 3d 1239, 1249 (N.D. Fla. 2023).

2.    While estimates vary on the impact of the border crisis, there are at a minimum millions of new unauthorized aliens present in our country.

3.    States have limited power to enforce federal law and deport these individuals when the federal government cannot or will not do so. *See Arizona v. United States*, 567 U.S. 387, 401–02 (2012) (observing that "a *single* sovereign" is "responsible

for maintaining a comprehensive and unified system to keep track of aliens within the Nation's borders" (emphasis added)). But States can at a minimum ensure state laws are followed, including laws prohibiting non-citizens from voting in Florida elections. *See* Art. VI, § 2, Fla. Const.; *see also* Matthew Tragesser, *Illegal Aliens Are Still Voting in Our Elections*, Heritage Found. (July 10, 2024) (providing examples of non-citizen voting).[1]

4.      As part of preventing voter fraud, including non-citizen voting, the State of Florida has an obligation to maintain accurate and current voter registration records. *See* § 98.075(1), Fla. Stat.

5.      And as part of "the prerogatives and responsibilities of the States and the National Government vis-à-vis one another," *Bond v. United States*, 564 U.S. 211, 221 (2011), the federal government has an obligation to cooperate with the States in ensuring only citizens vote in their elections.

6.      That cooperation mandate is based in two provisions of federal law. First, 8 U.S.C. § 1373(c) requires the federal government to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency. . . ." Second, 8 U.S.C. § 1644 states that "no State or local government entity may be prohibited, or in any way restricted, from sending to or receiving from [federal

---

[1]   Available at https://www.heritage.org/election-integrity/commentary/illegal-aliens-are-still-voting-our-elections.

2

immigration authorities] information regarding the immigration status, lawful or unlawful, of an alien in the United States."

7.    Because the federal government is refusing to comply with these obligations and frustrating Florida's ability to maintain the integrity of its elections, Florida files this suit.

## PARTIES

8.    Plaintiff State of Florida is a sovereign State and has the authority and responsibility to protect its public fisc and the health, safety, and welfare of its citizens. As the State's Chief Legal Officer, Attorney General Ashley Moody is authorized to represent the interests of the State in civil suits. *See* § 16.01(4), (5), Fla. Stat.

9.    Plaintiff, the Florida Department of State (FDOS), is an agency of the State of Florida.[2] *See* § 20.10, Fla. Stat. FDOS has responsibility under both state and federal law to ensure that Florida's voter registration rolls are current and accurate. *See* § 98.075(1), Fla. Stat. (providing that FDOS "shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records"); § 98.093(1), Fla. Stat. (requiring FDOS to access information from state and federal officials "[i]n order to identify ineligible registered voters and maintain accurate and current voter registration records in the statewide voter registration system"); 52 U.S.C. § 21083(a)(1)(A)(4) (requiring states to "ensure that voter registration records in the State are accurate and updated regularly").

---

[2] Plaintiffs, State of Florida and the Florida Department of State, are collectively referred throughout as "Florida."

3

10.    Defendant Department of Homeland Security (DHS) is an agency of the United States Government. DHS is responsible for providing immigration status information to States under 8 U.S.C. § 1373(c). *See also* 8 U.S.C. § 1551 note; 6 U.S.C. § 291; 6 U.S.C. § 542 note.

11.    Defendant Alejandro Mayorkas is the Secretary of DHS. DHS is the federal agency principally responsible for immigration enforcement. Florida sues Secretary Mayorkas in his official capacity.

## JURISDICTION AND VENUE

12.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1346, 1361, and 2201–02, and 5 U.S.C. §§ 702–06.

13.    The Court is authorized to award the requested declaratory and injunctive relief under 5 U.S.C. §§ 705–06, 28 U.S.C. §§ 1361 and 2201–02, the Constitution, and the Court's equitable powers.

14.    Venue lies in this district pursuant to 28 U.S.C. § 1391(e)(1) because Florida sues the federal government and the State is a resident of every judicial district in its sovereign territory, including this judicial district (and division). *Florida v. United States*, No. 3:21-cv-1066, 2022 WL 2431443, at *2 (N.D. Fla. Jan. 18, 2022).

## BACKGROUND

### Legal Background

15.    The Constitution primarily charges the States with safeguarding and administering the electoral process, subject to certain federal limits. *See, e.g., Arizona v.*

4

*Inter Tribal Council of Arizona, Inc.*, 570 U.S. 1, 7–9 (2013) (discussing the state and federal balance struck by the Framers in the Elections Clause, U.S. Const. Art. I, § 4, cl. 1).

16.    Under federal and Florida law, the State of Florida has an obligation to ensure the integrity of elections conducted within the State by maintaining accurate voter registration records. *See, e.g.*, 52 U.S.C. § 21083(a) (requiring States to maintain accurate voter registration records and make reasonable efforts to remove ineligible registrants); 52 U.S.C. § 20501(b)(4) (similar); § 98.075(1), Fla. Stat. ("The [Florida Department of State] shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records.").

17.    One facet of that duty is ensuring that ineligible voters have not registered to vote in Florida elections. *See* § 98.075, Fla. Stat. (requiring Florida supervisors of elections to remove ineligible voters from voter rolls).

18.    Under Florida law, only U.S. citizens are eligible to vote in Florida elections. Art. VI, § 2, Fla. Const.; § 97.041(1)(a)(2), Fla. Stat. Federal law mirrors this limit. *See* 18 U.S.C. §§ 611, 1015.

19.    As part of its duty to maintain voter registration rolls, FDOS must verify that non-citizens have not been registered to vote in Florida. *See* § 98.075(1), Fla. Stat. (providing that FDOS "shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records"); § 98.093(1), Fla. Stat. (requiring FDOS to access information from state and federal officials "[i]n order

5

to identify ineligible registered voters and maintain accurate and current voter registration records in the statewide voter registration system").

20.    Under Florida law, the Florida Department of Highway Safety and Motor Vehicles notifies FDOS when a person presents evidence of non-citizenship while seeking a new or renewed Florida driver's license, Florida identification card, or other updated record. *See* § 98.093(8)(b), Fla. Stat.

21.    Other state agencies also routinely report evidence of non-citizenship, such as when a person indicates non-citizen status in response to a jury notice or when a law enforcement investigation discovers that a non-citizen is registered to vote.

22.    FDOS is then responsible for investigating citizenship status and reporting that information to the relevant supervisor of elections who makes a final determination about voter roll removal in accordance with procedures set by Florida law. *See* § 98.075(7), Fla. Stat.

23.    While the information FDOS receives from state agencies is reasonably reliable, frequently such data is not sufficiently conclusive for FDOS to report it to a supervisor of elections.

24.    Further, Florida cannot track and maintain immigration and citizenship information on its own. *See Arizona*, 567 U.S. at 401–02 (observing that "a *single* sovereign" is "responsible for maintaining a comprehensive and unified system to keep track of aliens within the Nation's borders" (emphasis added)). That responsibility lies with the federal government, namely DHS. *See id.* (describing the federal regime of alien registration).

6

25.     Recognizing this asymmetry in information, Congress enacted the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208 (IIRIRA). Through IIRIRA, Congress mandated that the Immigration and Naturalization Service (INS) "shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law, by providing the requested verification or status information." 8 U.S.C. § 1373(c); *see also* 8 U.S.C. § 1644 (prohibiting any restrictions on communication between state and local governments and the INS regarding immigration status of aliens).

26.     In 2003, with the creation of DHS, the INS was transferred from the Department of Justice to DHS. *See* 8 U.S.C. § 1551 note; 6 U.S.C. § 291; 6 U.S.C. § 542 note. Three DHS components, U.S. Citizenship and Immigration Services (USCIS), Immigration and Customs Enforcement, and Customs and Border Protection now perform the functions of the INS, including implementation of 8 U.S.C. § 1373(c).

## Factual Background

27.     The primary way DHS seeks to comply with § 1373(c) is through a program created by USCIS called the Systematic Alien Verification for Entitlements (SAVE) program. *See* 76 Fed. Reg. 58,525, 58,526 (Sept. 21, 2011) (noting that the SAVE program "include[s] the implementation of [8 U.S.C. § 1373(c)]"); *see also* Immigration Reform and Control Act, Pub. L. 99-603 (1986) (requiring the INS to establish a system to make immigration status information available to state agencies).

7

28.    SAVE is an "online service for [government agencies] to verify immigration status."[3]

29.    The SAVE program is available to federal, state, and local benefit-issuing agencies, including state or local governments, who upon request "use SAVE for any legal purpose, such as credentials, background investigations, and voter registration." 76 Fed. Reg. at 58,527.

30.    Initially, the federal government refused to make the SAVE program available to the State of Florida to protect the integrity of its elections. In 2012, however, FDOS sued DHS to compel it to grant FDOS access to the SAVE program to verify voter immigration status. *See* Compl., Doc. 1, *Fla. Dep't of State v. DHS*, No. 1:12-cv-960 (D.D.C. June 11, 2012).

31.    As a result of that lawsuit, FDOS and DHS entered into a memorandum of agreement (the MOA) that allowed FDOS to access the SAVE program to verify citizenship and immigration status information for persons on Florida's voter registration rolls. Ex. 1.

32.    SAVE is a useful but inadequate tool that the State of Florida now uses to protect the integrity of its elections, with notable limitations.

33.    To conduct a SAVE inquiry, a state agency must submit both biographic information and a unique immigration identifier from the person in question.[4] A

---

[3] https://www.uscis.gov/save.

[4] Verification Process, SAVE, U.S. Citizenship & Immigration Servs. (July 29, 2024), https://www.uscis.gov/save/about-save/save-verification-process.

8

unique immigration identifier may include a USCIS/Alien remigration number (A-number), an arrival/departure record number (Form I-94), a student exchange ID number, a naturalization or citizenship certificate number, or another identifier assigned to an alien by the federal government.[5] But, "SAVE cannot verify a benefit applicant's status using a Social Security Number, driver's license number, U.S. Passport number, foreign passport number, Consular Report of Birth Abroad or other non-DHS documentation."[6]

34.    Thus, in situations where a state agency does not have a unique immigration identifier for an individual, it cannot conduct a SAVE inquiry.

35.    In the months preceding the filing of this complaint, FDOS identified a number of individuals[7] for whom FDOS had evidence of non-citizenship but could not run a search on the SAVE database because FDOS does not have unique immigration identifiers for these individuals. All of the individuals identified by FDOS are currently registered to vote in Florida.

36.    On September 10, 2024, FDOS sent a letter to Tammy Meckley, Associate Director, Immigration Records and Identity Services Directorate, U.S.

---

[5] *Id.*

[6] *Id.*

[7] Florida law restricts the personal information FDOS may publicly disclose regarding these individuals. *See* § 97.0585(1), Fla. Stat. Should it be necessary to the resolution of this case, Florida is willing to file redacted information in an amended complaint or to provide the information to Defendants and the Court under a protective order.

9

Citizenship and Immigration Services, requesting verification of citizenship status for several identified individuals. Ex. 2.[8]

37.    On October 10, 2024, FDOS received a response from Ur Jaddou, Director of USCIS. Ex. 3. In that letter, USCIS denied FDOS's request for further information about the specific individuals in question and refused to offer any means of identifying immigration status beyond the SAVE program. Ex. 3 at 2–3.

38.    Separately, FDOS officials attempted to submit inquiries regarding these individuals to the Immigration Records & Identity Services division of USCIS. Ex. 4 at 2. A USCIS official confirmed that there is no other method of verifying the immigration or citizenship status of an individual available to state agencies apart from SAVE. Ex. 4 at 2. The USCIS official also verified that SAVE cannot verify status without at least one enumerator from a U.S. issued immigration document. Ex. 4 at 2.

39.    Since then, FDOS has identified several more individuals for whom it cannot conduct a SAVE inquiry due to a lack of unique immigration identifier.

40.    Thus, Florida has identified a subset of individuals for whom it cannot verify citizenship or immigration status through SAVE and for whom DHS refuses to verify citizenship or immigration status through other means. And even assuming Florida were able to verify citizenship or immigration status without DHS cooperation, such efforts would certainly expend significant state resources.

_____

[8] A September 9, 2024 version of this letter contained a minor error. Florida attaches the corrected version as its exhibit.

41.    On information and belief, Defendants have readily accessible information apart from the SAVE program that is responsive to Florida's inquiries. Defendants are obligated under 8 U.S.C. § 1373(c) to provide that information to Florida.

42.    Without further information from DHS, Florida is unable to fulfill its statutory duties to ensure the integrity of its elections and maintain accurate voter registration records. Florida's inability to carry out its statutory obligations inflicts sovereign injury upon the state. *See Abbott v. Perez*, 585 U.S. 579, 602 n.17 (2018) ("[T]he inability to enforce its duly enacted plans clearly inflicts irreparable harm on the State."); *Maryland v. King*, 567 U.S. 1301, 1303 (2012) (Roberts, C.J., in chambers) ("[A]ny time a State is enjoined by a court from effectuating statutes enacted by representatives of its people, it suffers a form of irreparable injury." (quotation omitted)), *quoted with approval*, *Alabama v. U.S. Sec'y of Educ.*, No. 24-12444, 2024 WL 3981994, at *7 (11th Cir. Aug. 22, 2024).

## CLAIMS

### COUNT 1

**Agency action unlawfully withheld or unreasonably delayed**

43.    Florida repeats and incorporates by reference ¶¶ 1–42.

44.    Under the Administrative Procedure Act (APA), a court shall "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1). The

11

APA further requires that an agency "proceed to conclude a matter presented to it" within "a reasonable time." 5 U.S.C. § 555(b).

45.    Under 8 U.S.C. § 1373(c), Defendants are required to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual . . . by providing the requested verification or status information."

46.    Defendants' failure to timely provide information in response to FDOS's inquiry to verify or ascertain the citizenship or immigration status of the individuals within its jurisdiction for verification of voter eligibility amounts to agency action unreasonably delayed or unlawfully withheld within the meaning of 5 U.S.C. § 706.

## COUNT 2

### Mandamus

47.    Florida repeats and incorporates by reference ¶¶ 1–42.

48.    Under the Mandamus Act, the court may "compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361.

49.    Defendants owe Florida a clear nondiscretionary duty to respond to the State's inquiry to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law. *See* 8 U.S.C. § 1373(c).

12

50.    As a direct and proximate cause of Defendants' failure to provide access, Florida has been irreparably harmed and continues to suffer ongoing irreparable harm.

51.    Because Florida has "a clear right to the relief sought," Defendants have "a clear duty to act," and "no other adequate remedy is available,"[9] mandamus relief is warranted. *See Cash v. Barnhart*, 327 F.3d 1252, 1258 (11th Cir. 2003); *see also Heckler v. Ringer*, 466 U.S. 602, 616 (1984) (holding that the "common-law writ of mandamus, as codified in 28 U.S.C. § 1361," is appropriate where plaintiff "has exhausted all other avenues of relief" and "the defendant owes him a clear nondiscretionary duty").

52.    A writ of mandamus should issue compelling Defendants to provide verification of the citizenship or immigration status of individuals identified in FDOS's September 10, 2024 letter, Ex. 2, pursuant to 8 U.S.C. § 1373(c).

## COUNT 3

### Agency action not in accordance with law
### and in excess of authority in violation of the APA

53.    Florida repeats and incorporates by reference ¶¶ 1–42.

54.    Under the APA, a court shall hold unlawful and set aside agency action—including the "failure to act"—when it is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right" or is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. §§ 551(13), 701(b)(2), 706(2)(A), (C).

---

[9] Florida agrees that complete relief under Count 1 would obviate the need for mandamus relief.

55.    Defendants' decision to use only the SAVE program to respond to inquiries under § 1373(c)—even though they possess additional information not available through that program—is contrary to their statutory obligations.

56.    Section 1373(c) requires Defendants to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual . . . *by providing the requested verification or status information.*" 8 U.S.C. § 1373(c) (emphasis added); *see also* 8 U.S.C. § 1644 (prohibiting any restrictions on communication between state and local governments and DHS regarding immigration status of aliens).

57.    These requirements apply to Florida's request to verify immigration or citizenship status of a person who cannot be verified through the SAVE program. Defendants' decision to limit their responses to inquiries that can be made via the SAVE program violates § 1373(c).

## COUNT 4

### Declaratory Judgment

58.    Florida repeats and incorporates by reference ¶¶ 1–42.

59.    Under the Declaratory Judgment Act, the court "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." 28 U.S.C. § 2201(a).

60.    Section 1373(c) states that Defendants "shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the

14

agency for any purpose authorized by law, by providing the requested verification or status information." 8 U.S.C. § 1373(c).

61.    When a state agency requests verification of an individual's citizenship or immigration status because the State cannot conduct a SAVE inquiry or a SAVE inquiry is inconclusive, Defendants owe a nondiscretionary duty to respond to that inquiry with any and all reasonably available information in Defendants' custody under § 1373(c).

62.    Because Defendants have received an inquiry from Florida to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law, Florida is entitled to a declaration that Defendants must "respond" to the inquiry "by providing the requested verification or status information." 8 U.S.C. § 1373(c).

## PRAYER FOR RELIEF

For these reasons, Florida asks the Court to enter judgment in favor of the Florida and award the following relief:

a) An order holding unlawful Defendants' failure to provide Florida with a response to its inquiry to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law, 8 U.S.C. § 1373(c), and compelling Defendants to provide a response;

b) A declaration that Florida is entitled to a response to its inquiries under 8 U.S.C. § 1373(c);

15

c) Permanent injunctive relief, or the issuance of a writ of mandamus, ordering Defendants and their officers, employees, and agents to respond to inquiries made by Florida under 8 U.S.C. § 1373(c);

d) An award of Florida's costs and reasonable attorneys' fees, as appropriate; and

e) An award of any further relief to Florida that this Court deems, just, proper, and equitable.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
SENIOR COUNSELOR

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Plaintiffs*

16

Appendix Z: Duval Smart & Safe Referral Letter to FDLE



## FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE:** 9/8/2023
**EFCID:** N/A
**ECID:** N/A
**INDIVIDUAL/ENTITY ALLEGED:** █████████
**COMPLAINANT:** Duval County Supervisor of Elections

To Whom It May Concern,

      Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office.

      Pursuant to the statements of the victim, ████████ an employee of the Duval County Office of the Supervisor of Elections,  and accompanying documentation and statements from the Duval County Supervisor of Elections, Mr. Jerry Holland, it is alleged that ████████ petition circulator █████ fraudulently, on a Department of State Constitutional Amendment Initiative Petition form, signed for ████████ without ████████ consent or knowledge in support of petition 22-05, Adult Personal Use of Marijuana. This is a felony in violation of § 104.185(2), signing another person's name. Additionally, ████████ appears to have committed numerous violations of Chapter 817, Fla. Stat. -- Fraudulent Practices, and also signed the Petition Circulator

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

932

affidavit in violation of § 104.011(1), False Swearing, since she falsely affirmed the legality of the petition.  See also § 100.371(5), Fla. Stat.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Illegal Petition and Petition Circulator information registered with the Department of State.

cc:  Brad McVay, Deputy Secretary of State.

# Appendix AA: Illegal Payment Advertisements

##  Organizer

Huntington Park, CA 90255
$20 - $50 an hour  - Full-time, Part-time, Temporary, Contract

⚡ Responded to 75% or more applications in the past 30 days, typically within 8 days.

**Apply now**    ♡    ⊘

## Full Job Description

LIMITED POSITIONS APPLY NOW!! $20-$50 AN HOUR + BONUS! HIRING NOW!

*  works hand in hand with some of the most affluent organizations in order to gain support and political awareness for causes or reformations to laws in the state of Florida.
* The overall mission at  is to enhance community engagement while investing in the success of individual entrepreneurs
* We aim to reach a common goal and spread awareness for the causes in which we choose to work with in hopes to benefit our communities and future generations.
* Currently, the state of Florida is authorizing petitioning efforts for recreational cannabis use among Florida residents and visitors to be put on the ballot.
* On a state level, we are in dire need of further petitioning efforts for signatures.
* As a result, we are currently seeking a petitioner **already residing in Florida** and can start immediately. **Hours are flexible, and both full time and part time are available.**
* Pay is hourly wage with tiered incentives after the base salary.
* Responsibilities Will Include: a) Collecting signatures in favor of the bill from registered Florida voters b) Go through verification process before submitting a signature c) Hit minimum weekly quota d) Manual signature administrative assistance e*) Help fellow colleagues f) Friendly and respectful conversations with registered voters about the benefits of the bill g) Tolerate difference of opinion h)
* Although prior experience in political canvassing is valued and recommended, it is not required.
* Paid training is guaranteed and provided

## Job Description:

* Collect signatures in Florida to qualify a particular issue for our state ballot
* Be confident to approach people and engage in conversations on important matters;
* $8-$10 per signature

## Requirements:

* Clear and effective communication skills (bilingual is a plus);
* Be responsible and reliable;
* Be clean cut and professional;
* Complete in-house training courses.
* 8 Hour Shift
* Must Pass Background Check
* Must meet petition signing quota
* Must be 18 or older and authorized to work in the US
* Must be willing to travel
* MUST HAVE RELIABLE TRANSPORTATION (REQUIRED)

✕

## Petition Circulator



Doral, FL 33178 · Hybrid remote

$11.00 - $47.51 an hour · Full-time, Part-time, Temporary

**Apply now**      

## Job details

No matching job preferences ✎

### Salary

$11.00 - $47.51 an hour

### Job Type

Full-time   Part-time   Temporary

### Shift and Schedule

12 hour shift   8 hour shift   4 hour shift   10 hour shift   Night shift   Day shift

Job Title: Petition Collector

Job Description:

We are seeking motivated individuals to work as Petition Collectors in the state of Florida. As a Petition Collector, your primary responsibility will be to gather signatures for specific petitions related to various causes and initiatives. This is a position that offers a compensation of $5 per petition.

Responsibilities:

1. Collect signatures: Approach individuals in public spaces, such as parks, shopping centers, to request folks signatures on petitions.

2. Educate and inform: Clearly explain the purpose, goals, and significance of the petition to potential signees.

3. Answer inquiries: Address any questions or concerns raised by individuals interested in the petition, ensuring accurate and concise responses.

4. Maintain documentation: Accurately record the necessary information, such as the signee's name, contact details, and any other required information on the petition form.

▼

936

Appendix AB: Loss of Voter Registrations on Public Bus



3P# 21

Dear Supervisor White,

We hope that this letter finds you well. We're writing to notify you that on
Thursday, September 12, one of our team members misplaced a clipboard while
registering voters on the bus (route 62). This occurred at the end of their shift at
about 3PM. The clipboard contained 12 completed forms and 3 blank applications.
We have since called the Lost and Found Office for the Miami-Dade Department
of Transportation and Public Works four times. We also emailed Lost and Found
and personally visited the bus terminal to search for the missing clipboard. We will
continue searching for this clipboard and will call the Lost and Found Office twice
weekly for the remainder of the cycle. We are sharing this memo to document our
efforts to comply with all voter-registration obligations and deadlines.

If you have any questions, please contact me. My information is provided below.


Best,

Teresa Guzman Pagan
Cell phone: 347-282-7313
teresa@floridarising.org

RECEIVED

2024 OCT -7 AM 9: 22

DIVISION OF ELECTIONS
TALLAHASSEE, FL

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 4 FLAT-RATE ENVELOPE
Commercial

# USPS PRIORITY MAIL ®

FLorida Rising Together
10880 Biscayne Blvd
Miami FL 33161-7482

SHIP
TO:    Florida Division of Elections
       R.A. Gray Building
       500 S Bronough St Rm 316
       Tallahassee FL 32399-0250

USPS TRACKING #

9405 5112 0620 5830 8801 51

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE ®    |    PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.





USPS.COM/PICKUP

how2recycle.info

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.

939