# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 17, 2026

Alan M. Hurst
Idaho Office of the Attorney General
Civil Litigation Division
700 W JEFFERSON ST RM C210
PO BOX 83720
BOISE, ID 83720-0010

Appeal Number: 25-12370-EE
Case Style: Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:25-cv-00211-MW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12370

_____

FLORIDA DECIDES HEALTHCARE INC,
MITCHELL EMERSON,
JORDAN SIMMONS,

                                    *Plaintiffs-Appellees*
                                    *Cross Appellants,*

SMART & SAFE FLORIDA,
   Registered Florida Political Committee,
PODER LATINX,
YIVIAN LOPEZ GARCIA,
HUMBERTO ORJUELA PRIETO,

                                    *Intervenor Plaintiffs-Appellees,*

LEAGUE OF WOMEN VOTERS OF FLORIDA,
LEAGUE OF WOMEN VOTERS OF FLORIDA
EDUCATION FUND INC,
LEAGUE OF UNITED LATIN AMERICAN CITIZENS,
CECILE SCOON
DEBRA CHANDLER, et al.,

                                    *Intervenor Plaintiffs-Appellees*
                                    *Cross Appellants,*

2                  Order of the Court                  25-12370

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                         *Defendants-Appellants*
                         *Cross Appellees,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et al.,

                         *Defendants,*

REPUBLICAN PARTY OF FLORIDA,

                         *Intervenor Defendant-Appellant*
                         *Cross Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00211-MW-MAF

_____

ORDER:

The motion to withdraw Alan M. Hurst as counsel for Amicus Curiae State of Idaho is GRANTED.

                         /s/ Elizabeth L. Branch
                         UNITED STATES CIRCUIT JUDGE