UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                      No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants/Intervenor-Defendant.*
_____/

## THE SECRETARY, ATTORNEY GENERAL, AND REPUBLICAN PARTY OF FLORIDA'S NOTICE OF FILING DEFENSE EXHIBITS 2, 3, AND 4

Defendants Secretary Byrd and the Attorney General, and Intervenor-Defendant Republican Party of Florida, pursuant to the Court's direction and for the reasons stated on the record during trial on February 19, 2026, file Defense Exhibits 2, 3, and 4, which were admitted into evidence.

| Exhibit No. | Description |
|---|---|
| DX 2 | OECS Report to the Legislature, January 15, 2024 |
| DX 3 | OECS Report to the Legislature, January 15, 2025 |
| DX 4 | OECS Report to the Legislature, Interim Report December 20, 2024 |

1

Dated: February 19, 2026

JAMES UTHMEIER
  *Attorney General*

William H. Stafford III
  SPECIAL COUNSEL
Sara E. Spears
  ASSISTANT ATTORNEY GENERAL
Complex Litigation Division
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3785
william.stafford@myfloridalegal.com
sara.spears@myfloridalegal.com
complexlitigation@myfloridalegal.com

*Counsel for Florida Attorney General*

/s/ Tara R. Price
Benjamin J. Gibson (FBN 58661)
Daniel E. Nordby (FBN 14588)
Tara R. Price (FBN 98073)
Nicholas J.P. Meros (FBN 120270)
Kassandra S. Reardon (FBN 1033220)
Shutts & Bowen LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com

*Counsel for Intervenor-Defendant
Republican Party of Florida*

Respectfully submitted,

Ashley Davis (FBN 48032)
  General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6511
ashley.davis@dos.fl.gov

/s/ Randall M. Raban
Mohammad O. Jazil (FBN 72556)
Randall M. Raban (FBN 1055100)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
rraban@holtzmanvogel.com
mwolk@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

2

## Certificate of Service

I certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Randall M. Raban
Randall M. Raban