

## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

January 15, 2025

The Honorable Ron DeSantis
Governor of Florida
PL 05 The Capitol
400 South Monroe Street
Tallahassee, FL 32399

The Honorable Ben Albritton
President of the Florida Senate
409 The Capitol
404 South Monroe Street
Tallahassee, FL 32399

The Honorable Daniel Perez
Speaker of the Florida House of Representatives
420 The Capitol
402 South Monroe Street
Tallahassee, FL 32399

Dear Governor DeSantis, President Albritton, and Speaker Perez,

Consistent with its statutory obligations, the Office of Election Crimes and Security (OECS) provides this annual report to update you on OECS's work. This annual report builds on the most recent interim report submitted on December 20, 2024. That interim report addressed fraud-related concerns specific to signature gathering efforts for proposed amendments to the Florida Constitution.

To be sure, the State of Florida remains a leader in election administration. The State makes it easy to register and to vote but makes it hard to cheat. Among other things, since 2018, the State has enacted and defended in the courts several omnibus election reform bills, such as SB 7066, SB 90, SB 524, and SB 7050, that ban ballot harvesting, strengthen safeguards for vote-by-mail voting, enhance transparency, add monitoring requirements for ballot intake stations, clean the voter rolls, and penalize bad actors whose efforts would otherwise undermine confidence in our elections. The results have been timely tabulation and reporting of election

4:25-cv-211
Defendant's Exhibit
**DX 3**

results and, during the most recent general election, a turnout of 78.9%, which is the highest turnout in thirty years.

Secretary Byrd testified about Florida's success before the United States Congress on multiple occasions this past year. The Heritage Foundation and other states have similarly recognized Florida's efforts in recent years. *See, e.g.*, Heritage Foundation's Election Integrity Scorecard, https://www.heritage.org/electionscorecard/pages/all-state-scores.html; Mackenzie LaPorte, *Election efficiency: Comparing Florida & Arizona's vote count process*, https://www.wfla.com/news/florida/election-efficiency-florida-vs-arizona-vote-count-process/ (Nov. 11, 2024) (quoting an Arizona representative who hopes to "fix" that state's election process "Florida style").

Created through SB 524 in 2022, OECS plays an integral role in the State's election integrity efforts. OECS investigates allegations of election irregularities, complaints, and crimes. To date, OECS has made thousands of criminal referrals to law enforcement, resulting in at least 25 felony election-related convictions; just this year more than a thousand referrals were made to law enforcement and other election officials. In addition, OECS has issued more than $325,000 in civil election related fines since its inception; it collected more than $200,000 this past year alone. Of note, Floridians Protecting Freedom, the proponents of proposed constitutional Amendment 4 during the 2024 election cycle, paid over $186,000 in civil penalties for violations of Florida election laws. More fines for other proponents of ballot initiatives are expected as OECS continues to identify bad actors among the ranks of petition-gathering companies, some of which operate outside the State of Florida and thus make it difficult for OECS to investigate them.

Most recently, leading up to election day, OECS partnered with FDLE to form an "Elections Partners" group consisting of state agencies, federal agencies and state and federal law enforcement officials.[1] The group held multiple virtual planning and strategy meetings leading up to the 2024 general election. The group was able to coordinate and plan responses to potential election-day issues before election day. This coordination included a cyber-security component. On election-day, once an issue was identified, it was resolved through one of two OECS-maintained war rooms housed at the Florida Department of State, in Tallahassee, or through FDLE field offices located throughout the State. The result was timely communication and response to stakeholder concerns and a smooth election day and election night.

On election day, OECS also maintained a voter fraud hotline where members of the public could call with complaints or to seek assistance.

Finally, as the Legislature intended, OECS continues to play its part in improving election administration and election integrity. OECS has worked with five other states on memoranda of understanding to compare voter rolls so that it can better identify individuals who may have voted in more than one state during the same election. OECS also continues to seek

---

[1] The group consisted of representatives from the following organizations: Florida Department of Law Enforcement, Office of Election Crimes & Security, Florida Department of State, the Office of Statewide Prosecution, Federal Bureau of Investigation, U.S. Postal Inspectors, Homeland Security, Florida Sheriff's Association, Florida Police Chief Association, Supervisors of Elections Association, Florida Digital Service, and Cybersecurity and Infrastructure Security Agency.

from the federal government access to databases that can help it better identify non-citizens on the voter rolls. The Florida Department of State, together with the Attorney General, has sued the U.S. Department of Homeland Security for access to these databases. And, as noted in the interim report, OECS has identified for the Legislature an area that needs legislative action: the collection and verification process for initiative petitions.

OECS looks forward to working with you to build on the State's success and addressing the challenges ahead.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity



**FLORIDA DEPARTMENT *of* STATE**

**Florida Department of State**
**Office of Election Crimes and Security**

Annual Report to Legislature

January 15, 2025

## EXECUTIVE SUMMARY

Legislation creating the Office of Election Crimes & Security ("OECS") (Chapter 2022-73, Laws of Florida) requires OECS to submit a report by January 15 of each year to the Governor, the President of the Senate, and the Speaker of the House of Representatives, detailing information on investigations of alleged election law violations or irregularities. *See* § 97.022(7)(a)-(e), Fla Stat. More broadly, that legislation also makes a commitment of technology, infrastructure, and resources to OECS to help conduct efficient and secure elections. OECS submits this Annual Report consistent with its obligations. This report builds on OECS's last two reports,[1] which focused heavily on the issue of constitutional initiative petition fraud.

Specifically, the 2023 Annual Report noted that the last quarter of 2023 saw criminal allegations against more than 30 paid circulators associated with Floridians Protecting Freedom, Inc. ("FPF"), the organization sponsoring Initiative Petition 23-07 (Amendment to Limit Government Interference with Abortion). At the time, the allegations contained in the 2023 Annual Report affected over 1,500 electors in 35 counties. *See* 2023 Annual Report at 9-10. Since that time, OECS has continued to be inundated with allegations of fraud and other illegality on the part of FPF's agents. These allegations were made by electors, Supervisors of Elections, and even FPF contractors, subcontractors and paid circulators, and have been corroborated by law enforcement. *See* 2024 Supplemental Interim Report at 3-12.

OECS therefore undertook its own investigation of the issue, as required by Florida law. *See* § 97.022(1)(b), Fla. Stat. (tasking OECS with "[i]nitiating independent inquiries and conducting preliminary investigations into allegations of election law violations or election irregularities in this state"). Based on the preliminary results of that investigation, the number of FPF paid circulators who have committed criminal activity in connection with Initiative Petition 23-07 has now grown to well over 100, affecting many thousands of Floridians. Unfortunately, the investigation also revealed that the procedures established by current law allowed thousands of fraudulent and otherwise invalid petition forms to be erroneously validated for Initiative Petition 23-07.

Although the abortion initiative was by far the most prolific in terms of the number and volume of complaints OECS received alleging fraud or illegal conduct during 2023 and 2024, it was not alone. The agents of political committees sponsoring other initiative petitions also engaged in petition fraud throughout Florida in the leadup to the 2024 general election. Since OECS's creation in the middle of 2022, FDLE has made at least 17 arrests of Florida paid initiative petition circulators collecting on behalf of four different initiative petitions.[2] Hundreds of criminal investigations remain open and pending with law enforcement, and additional arrests are expected in 2025.

OECS submits this 2024 Annual Report to policymakers in the legislative and executive branches in advance of the upcoming legislative special and regular sessions to summarize its

---

[1] *See* 2023 Annual Report (Jan. 15, 2024); Supplemental Interim Report (Dec. 20, 2024)
[2] Petitions: 23-07, 21-16, 22-05, and 21-17

preliminary findings and reemphasize the need for more effective regulation of petition circulation, verification of initiative petition forms, and enforcement mechanisms. OECS also highlights other areas of focus and provides a breakdown of cases it has received and investigated during 2024.

## I.    INITIATIVE PETITION FRAUD

### A. OECS INVESTIGATIONS OF ILLEGAL PETITION CIRCULATION ACTIVITY

During late 2023 and throughout 2024, OECS received an unusually high volume of complaints from Supervisors of Elections and individual Florida electors concerning Initiative Petition 23-07. The allegations included reports of paid FPF petition circulators signing petition forms on behalf of deceased individuals, forging or misrepresenting elector signatures on petition forms, using electors' personal identifying information without consent, and perjury/false swearing. In the early months of 2024, several FPF paid circulators were arrested and charged with serious felonies. *See* App. E and F. In addition to the arrests, OECS opened hundreds of preliminary investigations into individual FPF paid circulators and several business entities involved in the collection of petitions on behalf of FPF. In Palm Beach County alone, between June 2024 and September 2024, OECS referred 60 FPF paid circulators to law enforcement for fraudulent petition gathering activity. *See* App. A. This unusually high-volume sparked concern and further action. As a result, in 2024, OECS devoted significant resources to fighting petition fraud, including a multi-county audit of verified signatures related to Initiative Petition 23-07. *See* 2024 Supplemental Interim Report at section III.

Although FPF and Initiative Petition 23-07 stood out in terms of volume and severity of complaints received by OECS, petition fraud was not isolated to the abortion initiative. In fact, to date, at least four initiatives have had at least one of their paid petition circulators arrested and charged with defrauding Florida voters. *See* App. E. As an example, OECS has identified at least 35 individual paid circulators who likely committed fraud against Florida voters while working for the Smart & Safe Florida, the political committee sponsoring the most recent recreational marijuana initiative petition (22-05). These suspected fraudsters submitted petitions across more than a dozen counties. Across the state, over 35,000 validated petitions came from the 35 suspected Smart & Safe fraudsters numbered over 35,000. In Palm Beach County alone, 23 fraudsters were identified by Supervisor of Elections Wendy Link. Supervisor Link was able to obtain voter declarations from many of her voters confirming the fraud, and that information was passed on to OECS and eventually referred to FDLE to open criminal investigations into each of the 23 circulators. *See* App. X. OECS has also received a number of credible fraud complaints resulting in arrests of individuals who circulated petitions on behalf of the Limited Authorization of Casino Gaming initiative (21-16) and the Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (21-17) ("first marijuana initiative") in 2021 and 2022.

Below is a summary of the illegal petition circulation activity OECS has investigated and referred for prosecution.

### 1. Illegal Compensation Scheme

Petition fraud has bedeviled legislators, Supervisors of Elections, and Florida electors since the Florida Constitution was revised to allow for constitutional amendment by initiative petition in 1968. Article XI, section 3, provides that this power "may be invoked by filing with the custodian of state records a petition containing a copy of the proposed revision or amendment, signed by a number of electors in each of one half of the congressional districts of the state, and of the state as a whole, equal to eight percent of the votes cast in each of such districts respectively and in the state as a whole in the last preceding election in which presidential electors were chosen." Section 100.371, Florida Statutes, has regulated the petition circulation process since the 1970s, and the Florida Supreme Court has confirmed that "the legislature, in its legislative capacity, and the secretary of state, in his executive capacity, have the duty and obligation to ensure ballot integrity and a valid election process. Ballot integrity is necessary to ensure the effectiveness of the constitutionally provided initiative process." *State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566-67 (Fla. 1980).

However, bad actors in the petition circulation industry have consistently resisted Florida's efforts to deter, detect, and punish fraud. As recently as 2010, justices on the Florida Supreme Court observed that there were "numerous examples of fraudulent practices on the part of initiative proponents." *Browning v. Fla. Hometown Democracy, Inc.*, 29 So. 3d 1053, 1083 (Fla. 2010) (Polston, J., dissenting with an opinion in which Canaday, J., concurred). In 2019, the Legislature recognized that such fraud is strongly incentivized by sponsors paying circulators on a per-signature basis. It therefore enacted section 104.186, Florida Statutes, which made it a first-degree misdemeanor to compensate a petition circulator based on the number of petition forms gathered. Ch. 2019-64, § 4, Laws of Fla. The practice of paying per signature continued, however, so the Legislature increased the offense to a third-degree felony in 2022. Ch. 2022-73, § 28, Laws of Fla.

Unfortunately, Florida law was still insufficient to deter certain sponsoring political committees (or agents thereof) from compensating petition circulators based on the number of forms gathered. Take Initiative Petition 23-07, the petition circulation campaign for it was primarily, if not solely, conducted and overseen by PCI Consultants, Inc., a California-based corporation specializing in petition collection for ballot initiatives. Campaign finance reports show that FPF paid PCI Consultants over $27 million in 2023 and 2024. *See* App. M. Criminal intelligence gathered by OECS, law enforcement, and the Office of Statewide Prosecutor strongly indicates that multiple subcontractors engaged by PCI Consultants paid individual circulators per petition collected, in gross violation of Florida law. At least one of these subcontractors advertised the illegal payment scheme on social media websites. *See* App. J and K. Similar illegal payment schemes were advertised related to the other initiatives. *See* App. AA. Other subcontractors better concealed the illegal payment scheme but have been accused of paying per signature by industry witnesses or petition circulators prosecuted for fraud. *See* App. N at 12, 18, 24; App. E. Competing petition circulation companies also reported credible evidence of FPF subcontractors paying per signature. *See* App. K. Subcontractors paid as high as $10 per signature. *See* App. N at 18, 24; App. E (Harriel 1 at 7); App. J and K.

4

Accordingly, earlier in 2024, the Department made a demand for an immediate accounting of any and all petition forms and correspondence provided to FPF from subcontractors believed by OECS to have compensated FPF circulators per petition. *See* App. J; *see also* § 100.371(9), Fla. Stat. (requiring sponsors to "account for all petition forms used by their agents"); Rule 1S-2.009(8), F.A.C. FPF responded to the Department's demand by claiming, among other things, that it does not have custody or control of *any* of the requested documents. *See* App. J. Ostensibly, all petition forms collected by FPF paid circulators and volunteers were submitted to PCI Consultants, not FPF, and then submitted by PCI Consultants to the Supervisors of Elections on behalf of FPF.

Florida law does not require sponsors' contractors and subcontractors to comply with demands for accounting made by the Department of State, and PCI Consultants appears to have been less than helpful to Florida law enforcement agencies,[3] even when faced with a subpoena. The State's ability to execute the subpoena has been hampered by the fact that PCI Consultants is not a registered business entity in Florida. Many of the subcontractors PCI Consultants worked with are not registered to do business in Florida, either. And unlike other states where constitutional amendments can be proposed by initiative petition, Florida has no state residency requirement for paid petition circulators. Consequently, many FPF paid circulators have few if any ties to Florida and list addresses in other, sometimes faraway, states. Some appear to be transient, going from state to state to do similar work. In fact, two paid circulators arrested for petition fraud in furtherance of Initiative Petition 23-07 also face charges for petition fraud in Kansas after leaving Florida. *See* App. F. The out-of-state residency of key suspects and witnesses has made for significant investigative challenges. FPF was able to delegate key aspects of its petition initiative activities to out-of-state entities, who then subcontracted with other individuals who were even further outside the reach of Florida authorities. These challenges made it incredibly difficult for investigators and law enforcement to investigate and prosecute subcontractors perpetuating petition fraud, let alone before the petition was certified for ballot placement.

**2. Petition Circulator Fraud**

Despite these challenges, investigations have yielded a substantial amount of criminal intelligence. Law enforcement agencies acted on OECS referrals and developed additional criminal targets based on interviews of witnesses and defendants, and returns of documents, subpoenas, and search warrants. These investigations continue to demonstrate widespread petition fraud in connection with a number of initiative petitions. Fraud was incentivized by the illegal compensation scheme described above and came in various forms.

First, paid circulators submitted petition forms bearing the personal identifying information of deceased individuals in several counties. Supervisors have provided evidence to OECS that petition sponsors submitted petitions on behalf of more than 50 deceased Floridians. *See* App. C and E. One of the deceased had two petitions submitted by two different circulators on his behalf, as indicated by a letter from the deceased voter's mother. App. O.

---

[3] It is OECS's understanding that PCI Consultants has just recently begun turning over documents to Florida law enforcement officials. The matter remains ongoing.

Second, information received from multiple Supervisors of Elections and individual Florida electors also shows paid petition circulators committing perjury/false swearing. Under section 100.371(3)(a), Florida Statutes, a person may not collect signatures or initiative petitions for compensation unless the person is registered as a petition circulator with the Secretary of State. Section 100.371(5), Florida Statutes, requires paid petition circulators to attest that the petition was signed in their presence. However, investigations show a widespread practice of registered paid petition circulators distributing petition forms with pre-signed attestations to groups of unregistered circulators, who then obtain signatures outside the paid circulator's presence. *See* App. N (Salazar) at 18, 49; App. E (Humphreys). Both the unregistered circulators who circulated petitions for compensation and the registered petition circulators who hired them committed crimes, and petition forms collected in this manner are invalid. *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

Third, investigations have revealed that petition circulators tampered with petition forms after they were signed and submitted by electors. Statements given under oath by at least one FPF circulator reveal that, prior to submitting completed forms, the subcontractor he worked for would use a website to verify personal identifying information. *See* App. N at 40-41. If the elector could be located but the petition form was incomplete (e.g., no address, date of birth, signature date), the subcontractor would fill in the missing information. *Id.* at 31.

Fourth, investigations indicate that some otherwise valid petition forms were obtained by fraud. According to the proffer of a circulator convicted of committing petition fraud in furtherance of Initiative Petition 23-07, at least one subcontractor instructed circulators to tell prospective signatories that the petition was "to keep the State of Florida from taking away women's rights; that's exactly what [the subcontractor] told us to tell people. Not necessarily abortion." *See* App. N. This practice was corroborated by voter complaints. For instance, one Supervisor told the press that "[v]oters have contacted us and said, 'You know, I signed something, but they [FPF petition circulators] didn't really tell me that's what it was for. They didn't show them all the verbiage, you know, that was on the ballot.' And so some were upset for that. We even investigated some, but the people weren't still at that location."[4]

The fifth and perhaps most concerning discovery is evidence of bulk identity theft— circulators using electors' publicly available personal identifying information to complete dozens, hundreds, or even thousands of petition forms without ever circulating the petition. Section 100.371(11), Florida Statutes, requires Supervisors of Elections to verify electors' identities based on four pieces of information: (1) name, (2) address, (3) voter registration number or date of birth, and (4) signature match. Outside of limited exceptions for domestic violence victims and "high-risk professionals," each voter's name, address, date of birth, and voter registration number are available in the voter extract file provided by the Division of Elections. This information can often

---

[4] Anne Maxwell, *State alleges petition fraud amid political battle over Amendment 4*, News 4 Jax (Oct. 15, 2024), https://www.news4jax.com/news/local/2024/10/15/state-alleges-petition-fraud-amid-political-battle-over-amendment-4/.

6

be found on the internet as well. OECS and FDLE investigations display a pattern where enterprising circulators obtain lists of personal identifying information, copy this information onto petition forms in bulk, and then forge signatures based on the electors' names. *See* App. E. In fact, a proffer from one FPF paid circulator indicates that an FPF subcontractor instructed and directed her to engage in bulk identity theft. *See* App. P. The only safeguard against bulk identity theft is the signature verification process, which is seriously flawed. *See* 2024 Supplemental Interim Report at section II; *infra* at section I.B. The pay-per-petition compensation model incentivizes this type of fraud by encouraging paid signature gatherers to turn in as many forms as possible.

OECS has received complaints from many Florida electors whose information was fraudulently submitted on forms for Initiative Petitions 23-07, 22-05, 21-16 and 21-17. Many complaints arose because some Supervisors of Elections notified electors when a petition form bearing their information was rejected. This in turn led electors to contact the Supervisor's office or OECS to report potential fraud. Understandably, many were angry, upset, and confused. *See* App. B.[5]

Supervisors of Elections have also provided a large number of credible complaints. *See* App. C and D. In fact, Supervisors of Elections in Martin County and Osceola County reported that members of their elections staff had their personal information misappropriated, and their signatures forged, on petition forms submitted by FPF paid circulators. *See* App. D. Similarly, the Duval County Supervisor of Elections reported to OECS that a member of his elections staff had her personal identification information misappropriated, and signature forged on petition forms submitted by a Smart & Safe circulator. *See* App. Z. Some of these fraudulent petitions accurately recorded aspects of the staff members' personal identifying information, indicating that the fraudsters may have copied this information onto the petition forms from the state voter file or another database.

These reports are corroborated by members of the petition circulation industry, including one of FPF's own agents. In late 2023, a circulator appeared at the R.A. Gray building in Tallahassee asking to speak with OECS. The circulator wanted to report what he believed to be petition fraud related to Initiative Petition 23-07. The circulator explained that he was the owner of a petition circulator business working to collect signatures for the purpose of qualifying the abortion amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators, who the circulator suspected were engaged in a scheme to forge elector signatures on petition forms. The circulator brought over 600 petitions from eight different paid FPF circulators. The circulator believed some of the petitions to be fraudulent for several reasons. Those reasons included: at least one admission from an employee, the same handwriting for dozens of individual electors, incorrect dates of birth, names appearing to be in alphabetical order as if they were copied off a list, and signatures appearing to be forged, among other reasons. The circulator did not know which of the approximately 600 petitions were in fact fraudulent but suspected some to be so. OECS confirmed that each of the eight paid circulators in question were registered to circulate Initiative Petition 23-07. The information and paid circulator

---

[5] This represents only a sampling of complaints received from Florida electors.

names were immediately handed over to FDLE and the Office of Statewide Prosecution for criminal investigation. *See* App. I.

Investigations revealed that FPF's agents were aware of fraud perpetrated by their circulators. For instance, PCI Consultants, Inc., the main entity hired to collect petitions on behalf of FPF, flagged 35 petitions submitted by one of its circulators as forgeries. *See* App. G. Despite appearing on the "Do Not Buy" list described in the next paragraph, this circulator was used by FPF in nine Florida counites and had at least six other credible complaints filed against her by electors and other election officials. PCI Consultants reported this circulator to the Supervisor of Election for Hernando County, but petition forms submitted by the circulator were validated in five other Florida counties, leading OECS to believe that PCI Consultants did not give the same notice to those counties. On another occasion, the owner of one of PCI Consultants' subcontractors advised law enforcement that "many petitioners use Facebook, Instagram, and Yellow Pages" to obtain personal identifying information and commit bulk identity theft. *See* App. E.

Through the investigative work of its law enforcement partners, OECS has also learned of, and confirmed, the existence of a "Do Not Buy" list circulated in the petition gathering community. Based on information and belief, PCI Consultants maintains a copy of the list. Florida, unlike other states, has not made felons ineligible for paid petition circulation. The "Do Not Buy" list serves to give notice to entities or individuals that a particular circulator has either actively engaged in fraudulent petition gathering activities or has in the past been implicated in submitting fraudulent petitions. OECS was given access to a version of the list and confirmed that more than 55 paid circulators who submitted petitions for FPF were among those listed. These individuals accounted for over 8,800 validated abortion petition forms across the state. At least 18 paid circulators who submitted petitions for Smart & Safe were also among those listed.

Investigators have also uncovered the scope and methods of fraud in the course of prosecuting paid circulators who violated Florida election law. Four paid circulators who submitted abortion petitions on behalf of FPF have been arrested for petition fraud in connection with Initiative Petition 23-07 thus far. All four appear on the "Do Not Buy" list. Despite this, these four, and many others who are currently under active criminal investigation, were widely utilized by FPF in its petition gathering and submission operations. Three defendants have been convicted—one of whom was sentenced to a term of 25.8 months in the Florida Department of Corrections for petition fraud related to the abortion amendment. At least two defendants have indicated that many of the petitions they submitted were fraudulent or otherwise illegal. *See* App. E (Harriel 1); App. N (Salazar); App. P (Harriel 2). One of these defendants explained to prosecutors that it was "hard to get a hundred" petitions for Initiative Petition 23-07 in a day, yet the noticed that other circulators were "handing [in] stacks and stacks" and "collecting a thousand a day." App. N at 27, 42, 47. When asked if other circulators ever talked about using names of other people they found online, the defendant stated: "People did that a lot. They would just fill out, people would just--fake, fake, fake, because they didn't care." *Id.* at 45-46.

Another of these circulators testified that she was trained to commit bulk identity theft in furtherance of Initiative Petition 23-07, presumably by one of FPF's subcontractors. Her

8

instructions were to sign her name to petition forms, "[f]ive hundred at a time." App. P (Harriel 2). Next, she would compile a list of registered voters using a website called Clustrmaps and the Department of State's online voter information lookup portal. The circulator recorded electors' first and last names, addresses, and dates of birth—"whatever needed to go on the form." The circulator would then provide the signed forms and the list to her employer, presumably an FPF subcontractor. "And they would do the rest. They had their little organization where they would fill out all the stuff." The circulator was compensated at a rate of $5 per petition form in violation of Florida law. The circulator admitted that she did all this from the comfort of her home, without ever circulating the petition. *Id.* Nevertheless, Supervisors validated 37.5% of the petitions submitted under her name. While the proffer is heavily redacted, OECS anticipates investigations will reveal that additional circulators hired and trained by the same FPF subcontractor engaged in the same method of bulk identity theft in furtherance of Initiative Petition 23-07.

FDLE has arrested at least six paid circulators who submitted marijuana petitions on behalf of the two marijuana initiatives Sensible Florida (21-17) and Smart & Safe (22-05). Eighteen Smart & Safe circulators appear on the "Do Not Buy" list. Despite this, some of these individuals, and many others who are currently under active criminal investigation were widely utilized by Smart & Safe in its petition gathering and submission operations. App. E. One of these defendants explained to law enforcement investigators that he was paid $400 per week for 0 to 100 signatures, with pay increasing every 50 additional signatures after 100. *See* App. E (Dworsky). Another Sensible Florida paid circulator testified that he attended trainings that taught him how to access opensource personal identification information. App. E (Brady). This defendant went on to say that he used this information to complete petitions fraudulently himself. *Id.* He was later located and arrested in Georgia for the bulk identity theft committed against Florida voters. *Id.*

Another Smart & Safe paid circulator told law enforcement that she found electors' information, including their dates of birth, through their Facebook profiles. App. E. (Marrero). Another defendant explained that she allowed other people to use her circulator number and was paid for the petitions they completed. App. E. (Humphreys). That same defendant submitted a number of petitions that were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. *Id.* Another circulator submitted petitions on behalf of 23 deceased individuals in at least four counties. App. E. (Stone). That same circulator submitted petitions multiple times for at least three deceased individuals. *Id.*

Additional information about some paid petition circulators who have been arrested[6] for petition fraud is provided below:

### *George Andrews - Pasco County case 2024CF000485*

OECS began investigating George Andrews, a paid circulator for the abortion petition (23-07), in the fall of 2023. He was arrested in early 2024. Initially, three Supervisors of Elections reported receiving a total of 29 fraudulent petition forms signed by George Andrews, an FPF paid

---

[6] This represents only a sampling of arrests of paid petition circulators.

circulator.[7] Law enforcement interviewed and confirmed with 10 Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Andrews submitted a total of 1,906 abortion petitions across the state; 964 were invalidated. Following the tenth elector victim interview, law enforcement made the decision to bring charges against Andrews. He was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictitious Name under section 104.185(2), Florida Statutes. All 20 felony counts were based on invalidated signatures on petitions related to Initiative Petition 23-07. Following Andrews' arrest, investigation into his fraud continued. Not long after his arrest, Andrews entered a guilty plea to all 20 felony counts. The Court sentenced Andrews to 25.8 months in the Florida Department of Corrections, where he remains as of the time of this report.

In addition to his Florida criminal case, Andrews has also been charged with 30 counts of felony petition fraud in the state of Kansas. *See* App. F. The Kansas charges remain pending.

OECS confirmed that in addition to 964 invalidated petition forms, Andrews also submitted 942 abortion petitions across 27 Florida counties that were validated. As part of its ongoing audit of validated petition, OECS has referred an additional 46 validated petitions to law enforcement to review for potential criminal investigation. As the OECS audit continues, OECS expects to identify additional victims of Andrews' petition fraud and make additional criminal referrals to FDLE in the coming months. OECS also learned that Andrews was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc. It is highly suspect that a person like Andrews was utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,900 petition forms across the State of Florida.

### *Jamie Johnson - Pasco County case 2024CF000487*

OECS began investigating Jamie Johnson, a paid circulators for the abortion petition (23-07), in the fall of 2023. She was arrested in the fall of 2024. Initially, four Supervisors of Elections reported receiving approximately 102 fraudulent abortion petitions signed by Johnson. During the investigation, Hillsborough County submitted another complaint against Johnson, alleging she submitted petitions in the name of at least five deceased Floridians. *See* App. C.

Law enforcement interviewed and confirmed with nine Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. During the investigation, it was learned that Johnson and Andrews were roommates at the time they were FPF paid circulators. Johnson submitted two fraudulent petitions using the same victim information used by George Andrews. Johnson also submitted a fraudulent petition using the name of the husband of one of Andrews's victims. Following the ninth victim interview, law

---

[7] OECS later learned that an employee of the Osceola County Supervisor of Elections Office had a fraudulent abortion petition submitted in her name. George Andrews was the circulator listed on that petition.

enforcement decided to bring charges against Johnson for submitting fraudulent petitions on behalf of the Florida initiative sponsored by FPF, 23-07. Based on information and belief, the actual number of fraud victims was much higher. Johnson submitted a total of 1,647 abortion petitions across the state; 814 were invalidated. Johnson was charged with 20 felony counts: 10 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 10 counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. The initial investigation focused on invalidated petitions, and all 20 felony counts were based on invalidated signatures for Initiative Petition 23-07. Johnson was unable to be located in Florida but was eventually arrested in Nebraska. *See* App. F. At that time, Florida officials learned that Johnson was also wanted in Kansas for 19 felony petition fraud charges. The Kansas Attorney General has announced his intention to bring Johnson to Kansas for prosecution. *See* App. F. Johnson's Florida case is ongoing.

OECS confirmed that in addition to the 814 invalidated abortion petitions, Johnson also had 833 abortion petitions validated across 22 Florida counties. As part of its ongoing audit of validated petitions, OECS has referred an additional 56 of Johnson's petitions to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Johnson's petition fraud and make additional criminal referrals to FDLE.

OECS also learned that Johnson was listed on the "Do Not Buy" list that, based upon information and belief, is maintained by PCI Consultants, Inc. It is highly suspect that a person like Johnson was utilized by FPF and its contractor as a paid circulator and allowed to submit over 1,600 petition forms across the State of Florida.

### *Andre Salazar - Sarasota County case 2024CF002716*

OECS began investigating Andre Salazar, a paid circulator for the abortion petition (23-07), in late 2023. He was arrested in early 2024. Initially, two Supervisors of Elections reported receiving a total of 33 fraudulent abortion petitions signed by Salazar. Law enforcement interviewed and confirmed with 12 Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that some of the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Salazar submitted a total of 1,585 abortion petitions across the state; 718 were invalidated. Law enforcement interviewed Salazar. Among other things, Salazar stated to law enforcement during his interview that he was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions, was paid $10 per abortion petition submitted, and circulated the petition for compensation prior to registering as a paid FPF petition circulator. *See* App. E and N. Salazar also admitted that, after he became registered, he "would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence." This calls into question the validity of all validated petition forms submitted under Salazar's paid petition circulator number. *See* § 100.371(11)(a)5., Fla. Stat. ("The supervisor may verify that the signature on a form is valid only if . . . [t]he signature was obtained legally, including that if a paid petition circulator was used, the circulator was validly registered . . . when the signature was obtained.").

11

Following the interviews, law enforcement brought charges against Salazar. He was charged with 12 felony counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes. All 12 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07. Salazar entered a plea agreement and provided a proffer to the Office of Statewide Prosecution as part of the agreement.

### _Donella Harriel - Martin County case 2024CF000424_

OECS began investigating Donella Harriel, a paid circulator for the abortion petition (23-07), in late 2023. She was arrested in 2024. Initially, three Supervisors of Elections reported receiving a total of 186 fraudulent abortion petitions signed by Harriel. Law enforcement interviewed and confirmed with six Florida electors that they did not complete forms for Initiative Petition 23-07. Notably, electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of fraud victims is much higher. Harriel submitted a total of 526 abortion petitions across the state; 314 were invalidated. Law enforcement interviewed Harriel. Among other things, Harriel stated to law enforcement during her interview that she was employed for a period of time at a petition gathering company tasked with gathering and submitting abortion petitions, was paid $10 per abortion petition submitted, and was fired from the company for committing fraud. _See_ App. E.

Following Harriel's interview, law enforcement interviewed the owner of the FPF subcontractor that fired her. He advised law enforcement of the following (_See_ App. E):

- A company subcontracting with PCI Consultants, Inc., engaged his company to hire paid petition circulators to collect abortion petitions for the Amendment sponsored by FPF;

- PCI Consultants would review and validate the petition forms before submitting them to the Supervisors of Elections;

- Harriel was at one time an employee of his company, but "Harriel was fired and placed on Do Not Buy List that is maintained by PCI"; and

- He is aware that paid petition circulators engaged in fraud, often using Facebook, Instagram, Yellow Pages, and other internet sources to obtain personal identifying information of potential victims.

Following the interviews, law enforcement brought charges against Harriel. She was arrested for 10 felony counts: five counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes and five counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. All 10 felony counts were based on invalidated signatures on petition forms related to Initiative Petition 23-07. Harriel pleaded guilty to five counts of Criminal Use of Personal Identification Information.

OECS confirmed that in addition to 314 invalidated abortion petitions, Harriel also submitted 212 abortion petitions across 18 Florida counties that were validated. As part of its

ongoing audit, OECS has referred an additional 31 validated abortion petitions to law enforcement to review for potential criminal investigation. OECS expects to identify additional victims of Harriel's petition fraud and make additional criminal referrals to FDLE.

### *Natalie Marrero – Jackson County case 2023CF000614*

OECS began investigating Natalie Marrero, a paid circulator for the 2022 marijuana petition (22-05). She was arrested in 2023. Initially, the Jackson County Supervisor of Elections reported receiving a total of 12 fraudulent petition forms signed by Marrero. Law enforcement interviewed and confirmed with two Florida electors that they did not complete or sign any of the 12 petitions submitted in their names for Initiative Petition 22-05. Based on information and belief, the actual number of fraud victims is much higher. Marrero submitted a total of 2,111 marijuana petitions across the state; 967 were invalidated. Law enforcement interviewed Marrero's former coworker, who recalled Marrero saying that there were times when she (Marrero) would find people on Facebook and fill out petitions using their information. Law enforcement interviewed Marrero. App. E. Among other things, Marrero stated to law enforcement that she completed the petitions in the two electors' names because she needed the money, she was the only person who completed the petitions, she found the two electors' names on a friend's Facebook page, and she chose the two electors because their dates of birth were displayed on their Facebook profiles. Following the interview, law enforcement received four more petitions submitted by Marrero in the same two electors' names.

Following the interviews, law enforcement brought charges against Marrero. She was initially charged with 32 felony counts: 16 felony counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 16 felony counts of False Swearing/Submission of False Voter Registration Information under section 104.011(1), Florida Statutes. In April 2024, Marrero pleaded no contest to three felony counts of Criminal Use of Personal Identification Information and all 16 counts of False Swearing/Submission of False Voter Registration Information.

### *Jessica Humphreys – Santa Rosa County case 2024CF000156*

OECS began investigating Jessica Humphreys, a paid circulator for the 2022 marijuana petition (22-05), in early 2023. She was arrested in early 2024. Initially, the Escambia County Supervisor of Elections reported receiving a total of 39 potentially fraudulent petition forms signed by Jessica Humphreys, a Smart & Safe paid circulator. Law enforcement verified that 38 of those petitions were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. Later, the Santa Rosa County Supervisor of Elections provided law enforcement with a total of 183 petitions from Humphreys for Initiative Petition 22-05 that were marked as invalid for having non-voters or mismatched signatures. Law enforcement verified that at least 34 of those petitions were completed in the names of individuals who were not registered Florida voters and appeared to be fictitious. Based on information and belief, the actual number of fraud victims is much higher. Humphreys submitted a total of 3,980 marijuana petitions across the state; 2,064 were invalidated. Law enforcement interviewed Humphreys. Among other things, Humphreys stated to law enforcement that she was employed as a "lead" petition circulator working on the marijuana initiative, she was responsible for training new team members, she allowed team members not registered with the Department of State to distribute petitions under

13

her circulator number, she would then sign the petitions and turn them into her supervisor, and she was paid for the petitions filled out by the new team members.

Following the interviews, arrest warrants were obtained for Humphreys in Escambia and Santa Rosa Counties. In February 2024, Humphreys was charged in Santa Rosa County with 68 felony counts: 34 felony counts of Willfully Submitting False Voter Registration Information under section 104.011(2), Florida Statutes, and 34 felony counts of Signing Another Person's Name/Fictious Name under section 104.185(2), Florida Statutes. The case is ongoing.

### *Nelson Stone – Palm Beach County case 2023CF008916*

OECS began investigating Nelson Stone, a paid circulator for the first marijuana petition (21-17) and the casino gambling petition (21-16), in 2023. He was arrested in 2023. Initially, Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted petitions containing the names and signatures of deceased individuals. In investigating the petition circulators on that list, law enforcement verified that Stone submitted five marijuana petitions and one casino petition containing the information of five individuals who were deceased on the date Stone purportedly gathered their signatures. The individuals had been deceased anywhere from five to nine years before the petitions were supposedly signed. Law enforcement subsequently confirmed that Stone submitted more petitions containing the information of deceased individuals in additional counties. In total, law enforcement verified that Stone submitted petitions on behalf of 23 deceased individuals in at least four counties (Palm Beach, Orange, Broward, and Miami-Dade), and that Stone submitted petitions multiple times for at least three of those deceased individuals. Based on information and belief, the actual number of fraud victims is much higher. Stone submitted a total of 582 marijuana petitions and 2,333 casino gambling petitions across the state. Law enforcement interviewed Stone. Among other things, Stone stated that he was employed as a petition circulator with a base salary and incentives "to do well."

Following the interview, Stone was arrested in Palm Beach County on five felony counts of Fraudulent Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes. On September 4, 2024, Stone pleaded guilty to all charges and agreed to cooperate with the state of Florida in any follow-up investigations.

### *Yenay Ramos – Broward County case 2024CF001438*

OECS began investigating Yenay Ramos, a paid circulator for the first marijuana petition (21-17), in 2023. Initially, the Miami-Dade County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted petitions containing the names and signatures of deceased individuals. The Broward County Supervisor of Elections subsequently gave law enforcement a similar list of petition circulators who submitted petitions containing the names and signatures of deceased individuals. In investigating the petition circulators on those two lists, law enforcement verified that Ramos submitted a total of 14 marijuana petitions containing the information of individuals who were deceased on the date Ramos purportedly gathered their signatures. Ten of those petitions were submitted to the Miami-Dade County Supervisor of Elections; four were submitted to the Broward County Supervisor of Elections. Based on information and belief, the actual number of fraud victims is much higher.

14

Ramos was charged with 14 felony counts of Fraudulent Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. On June 18, 2024, Stone pleaded no contest to all charges.

### *Haggi Amirally – Palm Beach County case 2024CF002332*

OECS began investigating Haggi Amirally, a paid circulator for the casino gambling petition (21-16), in early 2023. He was arrested in early 2024. Initially, the Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted various invalid petitions. In investigating the petition circulators on that list, law enforcement verified that Amirally submitted to the Palm Beach County Supervisor at least seven casino gambling petitions containing the information of individuals who were deceased on the date he purportedly gathered their signatures. Based on information and belief, the actual number of fraud victims is much higher. Of the 162 petitions Amirally submitted in Palm Beach County, 156 were deemed invalid.

Amirally was charged with seven felony counts of Fraudulent Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. On August 1, 2024, Amirally pleaded guilty to all charges.

### *Henos Joseph – Palm Beach County case 2024CF002334*

OECS began investigating Henos Joseph, a paid circulator for the casino gambling petition (21-16), in early 2023. He was arrested in 2024. Initially, the Palm Beach County Supervisor of Elections gave law enforcement a list of paid petition circulators who submitted various invalid petitions. In investigating the petition circulators on that list, law enforcement verified that Joseph submitted to Palm Beach County Supervisor at least 10 casino gambling petitions containing the information of individuals who were deceased on the date he purportedly gathered their signatures. Further investigation by law enforcement revealed that Joseph submitted to the Miami-Dade County Supervisor at least three casino gambling petitions containing the information of deceased individuals. Based on information and belief, the actual number of fraud victims is much higher. Joseph submitted a total of 1,358 casino gambling petitions across the state; 904 were invalidated.

Joseph was charged with 13 counts of Criminal Use of Personal Identification Information of a Deceased Individual under section 817.568(8)(a), Florida Statutes. Joseph recently entered a plea agreement on all counts

### *Zachary Dworsky – Volusia County case 2023CF305624*

OECS began investigating Zachary Dworsky, a paid circulator for the FPF abortion petition (23-07) and Smart & Safe marijuana petition (22-05), in 2023. He was arrested in 2023. Initially, the Sumter County Supervisor of Elections reported one fraudulent marijuana petition submitted by Dworsky. Law enforcement interviewed and confirmed with the elector that she had not completed a form for Initiative Petition 22-05. The elector confirmed that it was not her signature on the petition and that no one had ever approached her to sign a petition for Initiative Petition 22-05. Following this interview, law enforcement contacted the OECS to determine whether Dworsky submitted petitions in other voter districts that were considered invalid. Law enforcement reviewed a spreadsheet showing that there were 32 invalid petitions submitted to the Volusia County Supervisor of Elections by Dworsky. Following interviews with these Florida

electors, law enforcement confirmed that 14 voters were victims of identity theft in Volusia County. The electors confirmed that the personal identifying information was accurate, indicating use of a database and bulk identity fraud. Based on information and belief, the actual number of identity fraud victims is much larger. Dworsky submitted a total of 3,984 petitions across the state; 2,438 were invalidated.

Following this discovery, law enforcement conducted a sworn interview of Dworsky. Dworsky stated that he was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." App. E. He was paid $400.00 per week for 0 to 100 signatures, with pay increasing every 50 additional signatures after 100. Dworsky also stated that after an individual completed a petition, the information was checked through Third Party Verification to determine if the individual was a registered voter. This suggests that contrary to Florida law, Dworsky may not have turned in all signed petitions. Though Dworsky had petitions signed by Volusia and Sumter County electors, Dworsky is located in Miami and stated that he traveled only as far as Jupiter to get signatures. *Id.*

Following the investigation, Dworsky was charged with 15 counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes, and 15 counts of Signing Another Person's Name/Fictious Name under section 104.185(2). Dworsky's case is still pending.

### *Colton Brady – Leon County case 2024CF002558*

OECS began investigating Colton Brady, a paid circulator for the first marijuana petition (21-17). In the fall of 2024, Brady was arrested in Fayette County, Georgia. Following communication with the Leon County Supervisor of Elections, law enforcement reviewed a list of petitions containing invalid names, addresses, and dates of births that were submitted to the Leon County Supervisor of Elections by Brady. Brady submitted numerous petitions for individuals whose signatures did not match and for deceased individuals. He submitted a total of 66 marijuana petitions to the Leon County Supervisor of Elections office under initiative petition 21-17, of which 49 were determined invalid. Law enforcement conducted investigations and interviews and concluded that Brady submitted at least four petitions for individuals who had not provided consent, permission, or authorization. This included one individual who died prior to the date the petition was completed.

Brady told law enforcement that he attended trainings that allowed him to discover how to access an opensource internet website housing personal identification information for Leon County electors. App. E. Brady admitted that he used this open-source internet website to access his victims' personal identification information and complete fraudulent petitions. Brady was shown the petitions determined to be fraudulent and admitted that he completed them with the intent to commit fraud against those individuals for his own personal gain. *Id.*

Brady was charged with three counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes; one count of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a)), Florida Statutes; and four counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1), Florida Statutes. Brady's case is still pending.

Brady has previously been convicted of several other felonies, including Grand Theft of a Motor Vehicle, Possession of Counterfeited Bank Bill, Burglary of a Dwelling, and Grand Theft ($300-$5,000).

### ***Krisharia Williams* – *Leon County case 2024CF000939***

OECS began investigating Williams, a paid circulator for the casino gambling petition (21-16), in 2023. She was arrested in April 2024. In the fall of 2023, the Leon County Supervisor of Elections provided law enforcement with a voter fraud complaint against Williams for submitting fraudulent petitions for Initiative Petition 21-16. Williams submitted 835 casino gambling petitions in Leon County alone; 709 were invalidated. Following this complaint, law enforcement reviewed a comprehensive list of petitions submitted by Williams containing invalid names, addresses, and dates of births. Williams submitted petitions for numerous individuals whose signatures did not match and deceased individuals. Upon further investigation, law enforcement determined that Williams submitted at least eight petitions for individuals without their consent, permission, or authorization. Williams also submitted two petitions with deceased individuals. Several of the electors interviewed stated that the birthdate provided on the petition was incorrect, several electors also stated that the address on the petition was incorrect. One of the electors whose identity was used submitted a notarized "Voluntary Affidavit" stating:

> I never filled out the Constitutional Amendment Initiative Petition form that has been provided for my review. I can confirm without a shadow of a doubt that this petition was not filled out by me and that is confirmed because the handwriting & signature are undoubtedly not mine. Moreover in December of 2021 I was in the process of moving and I know for a fact that a petition regarding casino taxation wouldn't have been enough of a priority for me at the time to spend time completing. It's disheartening to learn that my information was used & my signature was forged without my knowledge. I'm happy to provide any other information to see to it that justice is served so that no one else has to experience this theft of personal information.

Williams was charged with eight counts of Criminal Use of Personal Identification Information under section 817.568(2)(a), Florida Statutes; two counts of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes; and 10 counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1), Florida Statutes. Williams's case is still pending.

### **Jill President** – Leon County case 2024CF001123

OECS began investigating Jill President, a paid circulator for the casino gambling petition (21-16), in 2023. She was arrested in April 2024. In the fall of 2023, the Leon County Supervisor of Elections provided law enforcement with a voter fraud complaint against President. President appeared to have collected petitions from more than one deceased individual for Initiative Petition 21-16. President submitted 1,212 petitions in Leon County alone; 1,138 were invalidated. President submitted at least 11 petitions for individuals who were deceased at the time the petition was signed. President was charged with 11 counts of Criminal Use of Personal Identification Information Concerning a Deceased Individual under section 817.568(8)(a), Florida Statutes and 11 counts of False Swearing, Submission of False Voter Registration Information under section 104.11(1). Florida Statutes. President's case is still pending.

17

## B. OECS Audit of Validated Petitions

As OECS began investigating complaints of bulk identity theft associated with the abortion petition (23-07) in 2023, OECS became concerned that a substantial number of forged or otherwise invalid signatures submitted by FPF were mistakenly validated by Supervisors of Elections. This concern grew as evidence and testimony was gathered by OECS and law enforcement agencies in the first two quarters of 2024. Evidence in some cases indicated that the arrested circulator did not submit any actual elector signatures, but rather forged or procured through fraud all of the signatures submitted. Yet when data was analyzed at the state level, OECS discovered that many forms submitted by these circulators were validated in multiple counties.

Consider the four arrested FPF petition circulators discussed in the previous section. Collectively, OECS received more than 25 complaints from electors and election officials about these four paid circulators. The allegations spanned 15 different counties. The complaints alleged that approximately 370 petitions were fraudulent and included at least 7 deceased individuals. At least two of these individuals confessed that they engaged in bulk identify theft and that most or all of the forms they submitted were fraudulent. Several of these individuals were listed on the "Do Not Buy" list discussed in the previous section. Yet, statewide data reveals that 2,854 petitions submitted by these four individuals were verified as valid and counted toward the total number and distribution of signatures required for ballot placement.

OECS therefore decided to conduct a multi-county audit of validated petition forms for the abortion amendment (23-07). See § 97.022(1)(b), Fla. Stat. (tasking OECS with "initiating independent inquires and conducting preliminary investigations into . . . election irregularities in this state").

The preliminary results of the audit are contained in section II of the Supplemental Interim Report, filed on December 20, 2024, and hereby incorporated by reference into this Final Report. Some key figures:

- Thus far, OECS has reviewed and analyzed a total of 13,059 validated petition forms. OECS has determined that, at a minimum, 2,650 (20.3%) should not have been validated due to statutory deficiencies or a clear mismatch between the signature on the petition and any signature on file.

- While there is a wide range of invalidity rates between the three audited counties and sample sizes vary, on average, 25.4% of petition forms that were submitted by known or suspected fraudsters and validated by the Supervisor of Elections should have been rejected due to statutory deficiencies or a clear signature mismatch.

- In the one county where the audit was not limited to known or suspected fraudsters, OECS determined that 20.9% of petition forms that were validated by the Supervisor of

Elections should have been rejected due to statutory deficiencies or a clear signature mismatch.[8]

The audit is ongoing and has since expanded to petition forms validated for the 2022 marijuana petition (22-05) in addition to forms validated for the abortion petition (23-07).

OECS plans to analyze petition forms[9] in a variety of counties over the coming months, utilizing experts in the fields of statistics and forensic document examination. Audits of Alachua and Palm Beach Counties are scheduled for January 2025, with more counties to follow. To allocate resources efficiently auditors will review (1) all petition forms submitted by known or suspected fraudsters and (2) statistically significant samples of all petition forms submitted. Results will likely be published in supplemental reports on a rolling basis.

## II. LEGAL UPDATE

Protecting the vote has not come without battles. This section highlights some of the legal victories claimed by OECS and its partners during 2024.

### A. Appellate Update

The Office Statewide Prosecutor ("OSP") has continued prosecuting convicted murderers and felony sexual offenders for registering and voting illegally in Florida elections using the State's election system. When those prosecutions began, many defendants argued that OSP lacked jurisdiction to do so. Some South Florida trial courts credited those arguments and dismissed the charges. Other trial courts allowed the cases to proceed. The State appealed the trial court dismissals.[10]  Meanwhile, the Legislature amended OSP's enabling statute to clarify the circumstances under which it could prosecute voting crimes. Ch. 2023-2, § 1, at 1-3, Laws of Fla. In the appeals, the Attorney General's Office argued that the change to the enabling statute applies in all pending cases. To date, all district appellate courts to consider the issue have agreed that the

---

[8] These results featured prominently in a series of lawsuits filed against the Secretary of State, multiple Supervisors of Elections, FPF, and others in October 2024. Plaintiffs argued that the abortion petition (23-07) failed to obtain the requisite number and distribution of signatures to qualify for the 2024 general election ballot. *See, e.g., Hoffman v. Barton*, No. 2024-CA-001745 (Fla. 2d Cir. Ct. Oct. 29, 2024). The lawsuits were voluntarily dismissed following the defeat of Amendment 4. Precedent from the First District Court of Appeal holds that such lawsuits are not rendered moot by the passage of the proposed constitutional amendment. *Floridians Against Expanded Gambling v. Floridians for a Level Playing Field*, 945 So. 2d 553, 556 (Fla. 1st DCA 2006); *see also Browning v. Fla. Hometown Democracy, Inc., PAC*, 29 So. 3d 1053, 1065 (Fla. 2010). Had Amendment 4 passed, the actual number and distribution of valid signatures likely would have been the subject of costly, protracted, and potentially embarrassing litigation for the Department of State and many Supervisors of Elections.

[9] These two initiatives were chosen to audit due to the number and volume of criminal complaints OECS received in 2023-2024. OECS continues to review and investigate any criminal allegations, related to the Gambling Initiative 21-16, and numerous arrests have been made. However, that initiative pre-dated the formation of OECS and, as a result limitations periods have run in some cases, or relevant records have been destroyed, making it a much more difficult initiative to audit. *See* §100.371(3), Fla. Stat. ("The supervisor shall retain the signature forms for at least 1 year following the election in which the issue appeared on the ballot or until the Division of Elections notifies the supervisors of elections that the committee that circulated the petition is no longer seeking to obtain ballot position.") (emphasis added).

[10] One defendant also appealed a conviction following a jury verdict. *See Hart v. State of Florida*, 2D2023-0493 (Fla. 2d DCA March 7, 2023).

Statewide Prosecutor properly charged those voting crimes, and reversed trial courts that found otherwise. *State v. Miller*, 394 So. 3d 164 (Fla. 3d DCA 2024); *State v. Hubbard*, 392 So. 3d 1067 (Fla. 4th DCA 2024); *see also State v. Wood*, No. 3D22-1925, 2024 WL 4280618 (Fla. 3d DCA Sept. 25, 2024).[11]

OECS and its partners continue to investigate and prosecute voter ineligibility cases. To date, nearly all of the OECS ineligibility cases that have been filed have ended with a felony conviction, or are currently actively being litigated.[12]  In addition to that, since inception, OECS has seen an increase of successful voter ineligibility prosecutions across the state by state attorney offices. OECS will continue to investigate these cases and hold ineligible voters and registrants accountable.

## B. Administrative Litigation and Civil Fines

Where authority exists, OECS has continued to investigate and hold accountable any groups or individuals violating Florida election laws. This includes issuing and defending the issuance of election related civil fines in administrative forums.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the Supervisor of Elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the Supervisor of Elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

Similarly, under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(5)(a), Fla. Stat. The law requires each third-party voter registration organization that collects voter registration applications to deliver those applications to the Division of Elections or to the supervisor of elections in the county in which the applicant resides within ten days or be liable for a fine. *See* § 97.0575, Fla. Stat. For each application that is delivered untimely, the statute provides for a fine of $50 "per each day late up to $2,500, for each application." § 97.0575(5)(a)1., Fla. Stat. For each application that is collected before book closing but delivered after book closing, the fine is $100 "per each day late, up to $5,000, for each application." § 97.0575(5)(a)2., Fla. Stat. For each application not delivered to the Division of Elections or to the supervisor of elections in the county in which the applicant resides, the fine is $500 per violation. § 97.0575(5)(a)3., Fla. Stat.

---

[11] Two defendants have invoked the jurisdiction of the Florida Supreme Court. The Attorney General's Office is opposing discretionary review in those cases. Similar cases are pending in the Second and Sixth Districts. *Hart v. State*, No. 2D23-0493 (fully briefed); *State v. Washington*, No. 6D23-2104 (argument held July 25, 2024).

[12] As mentioned earlier on, so far, trial court dismissals have resulted in reversals in favor of the State, at the appellate level.

As mentioned in the 2023 Annual Report, OECS successfully resolved multiple challenges brought by Hard Knocks Strategies, a third-party voter registration organization ("3PVRO"). *See* 2023 Annual Report at 8. The cases were referred to the Division of Administrative Hearings ("DOAH"). *Hard Knocks Strategies, LLC v. Florida Department of State*, 23-764 (Fla. DOAH Feb. 24, 2023; *Hard Knocks Strategies, LLC v. Florida Department of State*, 23-1088 (Fla. DOAH March 20, 2023). Shortly after the cases were referred to DOAH, Hard Knocks elected to pay the full amount of fines and voluntarily dismiss both cases against OECS. In similar fashion, in July of 2024, OECS denied an appeal of a $26,000 fine issued to 3PVRO, Tides Advocacy – Poder Latinx. *See* App. R. After receiving the denial and notice of its DOAH rights, Tides Advocacy paid the $26,000 fine in full to OECS. OECS has also this month recently issued multiple 3PVRO fine letters totaling more than $50,000. Those fines will become due by February 2025.

Most recently, in November 2024, Floridians Protecting Freedom, Inc. (the sponsoring political committee to the Abortion Amendment 23-07), challenged a fine brought by OECS. The fine was based on information received from Supervisors of Elections and an FPF petition circulator, indicating that FPF violated section 100.371(7)(a), Florida Statutes, by failing to timely deliver petition forms in some cases and by failing to deliver the forms at all in others. The case was referred to DOAH in November 2024. *See Floridians Protecting Freedom, Inc. v. Department of State*, 24-4289 (Fla. DOAH Dec. 2, 2024). Shortly after the referral, FPF agreed to a favorable settlement with OECS, in which FPF agreed, among other things, to dismiss the DOAH action and pay $164,000 to OECS. App. Q. In total for 2024, OECS issued three letters fining FPF for violations of Florida election laws. *See* App. I and Q. In 2024, alone, FPF paid OECS $186,000 in civil fines for these election law violations. *See id.*

### C. Criminal Convictions

During 2024, OECS conducted preliminary investigations that uncovered hundreds of cases of election fraud related to the constitutional initiative process. *See supra.* Many investigations related to petition fraud are ongoing, but at least 17 paid petition circulators, working on behalf of four different initiatives have been arrested by FDLE since the creation of OECS. The Office of Statewide Prosecution has obtained convictions on a number of these individuals, and in some cases secured cooperation agreements[13] with criminal defendants. Although OECS devoted a large portion of resources in 2024 to constitutional initiative petition fraud, progress was made in other areas of the election code as well. In addition to the cases outlined in the above paragraphs, some of the 2024 highlights in other areas include:

- In April 2024, the State Attorney's Office for the 11th Circuit (Miami-Dade) and FDLE announced the arrest of a noncitizen, charged with four voter-related felonies.

- In May 2024, FDLE announced the arrest of an ineligible sex offender who voted without having his voting rights restored.

---

[13] Law enforcement is obtaining valuable criminal investigative information from several of the defendants and in some cases agreements have been reached to testify truthfully against other co-conspirators or individuals higher up in organization that were involved in fraudulent schemes.

- In July 2024, FDLE announced the arrest of an ineligible sex offender who voted without having his voting rights restored.

- In August 2024, the State Attorney's Office for the 18th Circuit (Brevard & Seminole) announced a no contest plea had been entered by a defendant for campaign finance violations related to the 2020 Florida Senate District 9 race.

- In fall of 2024, officials announced a guilty plea of a defendant who double voted in Alaska and Florida for several election cycles.

- Days before this report, OSP announced two illegal voting convictions, both cases originated from OECS.

- By the end of 2024 at least 10 OECS referred paid petition circulators had been convicted; at least 3 of those individuals entered into cooperation agreements with prosecutors and are providing the state information.

Overall, OECS investigations have assisted in more than 65 arrests for various Florida election crimes to date. At least 25 cases have resulted in criminal conviction. Of the known cases that have gone to a jury trial, all have resulted in guilty verdicts. OECS has also held political committees and 3PVROs accountable by issuing more than $325,000.00 in civil fines for violations of the Florida Election Code. OECS has collected more than $200,000.00 in civil fines in 2024 alone.

### D. Important Election Integrity Contributions

Senate Bill 7050 was passed during the 2023 legislative session, and later codified as Chapter 2023-120, Laws of Florida. SB 7050 focused heavily on election integrity issues, and was a collaborative endeavor by Governor DeSantis, the Florida Legislature, the Florida Department of State and the Florida Supervisors of Elections. Among other things, the law added mandatory list maintenance deadlines, implemented signature matching training for election personnel, created "voting seasons," and strengthened laws governing 3PVROs. Parts of SB 7050 were immediately challenged in federal court. OECS Director Andrew Darlington testified by way of written declaration in the federal trial, articulating the state interests behind certain provisions of the bill. *See* App. V (Darlington Declaration). In addition to Director Darlington, a number of state attorneys testified in defense of SB 7050.

The Department of State has also gone on the offensive. Florida has robust voter roll maintenance procedures to identify registered voters who are not U.S. citizens. In September the Department of State sent a letter to the Biden Administration demanding access to certain citizenship data needed for list maintenance and investigative activities. *See* App. S. (McVay Demand Letter). When the federal government refused the demand, Secretary Byrd authorized a lawsuit to be filed against the Secretary of Homeland Security, Alejandro Mayorkas. Attorney General Moody filed suit on behalf of Secretary Byrd in November of 2024, and the suit is currently pending in the U.S. District Court for the Northern District of Florida. *See State of*

*Florida et al v. Department of Homeland Security et al*, 24-cv-509 (N.D. Fla. Oct. 16, 2024); *see* App. Y (Copy of Complaint).

Florida has continued to investigate and make criminal referrals through OECS for instances of non-citizen voting. Two non-citizens have been arrested, and many others are under active criminal investigation. The Department updated its administrative rules to increase reporting requirements to deter and detect noncitizens attempting to vote. The rules were also updated to make it clear that federal agencies purporting to operate as voter registration agencies shall not do so without express approval from the Florida Secretary of State.

Additionally, Secretary Byrd provided testimony to the United States Congress multiple times in 2024 about Florida's election integrity efforts and issues surrounding noncitizen voting. In May, Secretary Byrd testified in front of the United States Committee on House Administration regarding American Confidence in Elections: Preventing Noncitizen Voting and Other Foreign Interference. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=VeAZknNm7Fw  Then in September 2024, Secretary Byrd was invited back in front of the United States Committee on House Administration to provide testimony regarding American Confidence in Elections, previewing the 2024 General Election. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=Eif2zfII1X8 Also in September, Secretary Byrd testified before the United States House of Representatives Judiciary Committee regarding noncitizen voting. The full testimony can be viewed at the following link: https://www.youtube.com/watch?v=fsp2gG73aZQ Secretary Byrd and his team have also met with other states interested in adopting Florida's model for successful election administration.

## III. Third-Party Voter Registration Organizations (3PVROs)

In the 2023 Annual Report, OECS highlighted issues related to 3PVROs. The 2023 Annual Report noted:

> OECS ended 2022 and began 2023 with large numbers of complaints relating to fraud and other issues surrounding third-party voter registration organizations – these complaints included allegations that third-party voter registration agents, without consent, altered the political affiliation or voter registration information of a Florida voter; submitted voter registration applications in the name of deceased or fake individuals; filled out and submitted voter registration applications without consent of the voter; turned in large numbers of voter registration applications untimely (including some after book-closing deadlines); turned in voter registration applications to the wrong supervisor of elections; and forged voter registration applications in an attempt to avoid fines for late submissions.

2023 Annual Report at 7.

The passage of Senate Bill 7050 and its commonsense reforms, along with the litigation victory in the defense of Senate Bill 90,[14] has undoubtedly helped address some of the issues outlined in the 2023 Annual Report. The work, however, is not complete. OECS continues to receive reports of fraud and election law violations against 3PVROs.

For instance, one of the very individuals who was highlighted in the 2023 Annual Report, has re-emerged with allegations of an almost identical scheme in 2024. *See* App. U (Mark Earley report); *Cf* App. T (McVay referral to Campbell 2022). The 2024 allegations center on a 3PVRO collection agent (or agents) who allegedly submitted a large number forged or altered voter registration applications to Leon County Supervisor of Elections Mark Earley's office. Supervisor Earley suspected the voter applications were fraudulent based on a comparison of voter information on the forms with that on file with his office. Supervisor Earley suspects that the bad actors might be using third-party data or previously collected forms to fill out fraudulent applications. *See* App. U at 2. Earlier in 2024, a similar scheme was uncovered by a Supervisor of Elections. The allegations there centered on a significant number of voter registrations being submitted on behalf of what appear to be fictious individuals. That investigation was forwarded to state and federal law enforcement and is under active investigation. OECS has also opened several investigations against 3PVROs that appear to have modified the dates on completed voter registration forms in attempt to avoid being issued a civil fine by OECS.[15]

Unfortunately, Supervisors of Elections and the Division of Elections continue to refer cases to OECS involving sloppy and negligent business practices by 3PVROs. These cases include instances of 3PVROs collecting voter registrations but failing to turn the registrations into election officials in a timely fashion as required by section 97.0575, Florida Statutes. In one instance, a 3PVRO agent lost 12 completed voter registrations on a public bus, subjecting a number of voters to potential disenfranchisement and identity theft. *See* App. AB.

During the fall of 2024, Supervisor Mark Earley notified OECS that a woman who showed up to vote was informed she was not on the voting rolls. The voter explained that she had registered with a 3PVRO several weeks prior. The voter was able to produce a receipt, a change that came about as part of SB 7050's 3PVRO reforms, to show the registration agent and 3PVRO that accepted the voter's application but did not turn it into election officials. That case remains under investigation. *See* App. W. A number of 3PVROs continue to turn voter registrations in late and violate other Department of State regulations.

Floridians place a great deal of trust in third-party voter registration organizations to collect their personal information and submit their voter registration in a timely manner. OECS will continue to vigorously penalize 3PVROs that violate Florida's election laws. Voter confidence is

---

[14] The SB 90 litigation was resolved with an order from the Northern District of Florida. *League of Women Voters of Florida Inc. v. Florida Secretary of State*, 716 F. Supp. 3d 1236 (N.D. Fla. Feb. 8, 2024). This case was decided on remand from the 11th Circuit. *See League of Women Voters of Florida Inc. v. Florida Secretary of State*, 66 F. 4th 905 (April 27, 2023).
[15] At least three such investigations for these allegations against 3PVROs and their agents are ongoing and in preliminary investigative stage.

damaged when 3PVROs and their collection agents show blatant disregard for the state laws. This cannot and will not be tolerated.

## IV. Report Detailing Information on Investigations of Alleged Election Law Violations or Irregularities

Pursuant to requirements of section 97.022(7), Florida Statutes, this report must include the total number of complaints received and independent investigations initiated, and the number of complaints referred to another agency for further investigation or prosecution, including the total number of those matters sent to a special officer pursuant to section 102.091, Florida Statutes. The following tables summarizes these complaints:

| | |
|---|---|
| Complaints Received | 1918 |
| Independent Investigations Initiated | 512 |
| Cases Referred to Another Agency | 720 |
| Cases Referred to Special Agents | 509 |

For each alleged violation or irregularity investigated, this report must include the following details for each individual case: (a) source of alleged violation of irregularity; (b) the law allegedly violated or the nature of the irregularity reported; (c) the county in which the alleged violation or irregularity occurred; (d) whether the alleged violation or irregularity was referred to another agency for further investigation or prosecution and if so, to which agency; and (e) the current status of the investigation or resulting criminal case.

The following three tables (which precede the chart with case details) contain reference codes, descriptions and county codes used in the Detail Individual Case Report Chart

### Case Status Code

| Status Code | Status Description |
|---|---|
| | |
| Closed by OECS | Complaint closed by OECS due to either a) facially insufficient; or b) OECS conducted preliminary investigation and determined insufficient evidence exists for referral to law enforcement. |
| Closed/Declined by FDLE/SAO/SWP | The case was referred by OECS to law enforcement; however, law enforcement declined to pursue for any number of reasons including, but not limited to: insufficient evidence; unable to locate target; statute of limitations issue; target deceased. |
| Pending | OECS conducted preliminary investigation and referred the case to law enforcement for criminal investigation/prosecution. Law enforcement is doing one of the following: reviewing case, |

| | investigating case, has made arrest, or the case is awaiting charging decision. |
|---|---|
| Preliminary | OECS is in the process of conducting a preliminary investigation and will soon make a decision on whether to close the case or make a criminal referral. |
| Referred to DOE for list maintenance | OECS reviewed allegations and determined an election official should be notified to review the information to determine whether list maintenance activity should be conducted on the voter.[16] Law enforcement also notified if statute of limitations, not at issue. |
| Civil fine assessed | OECS reviewed and referred case to Supervisor of Elections and ultimately issued a civil fine to either a 3PVRO or political committee for a violation of Florida election law |

## Agency Abbreviation Code Table

| Agency Code | Agency |
|---|---|
| AG | Office of the Attorney General |
| DOE | Division of Elections |
| FDLE | Florida Department of Law Enforcement |
| FLE | Federal Law Enforcement |
| FLHSMV | Florida Highway Safety and Motor Vehicles |
| LSO | Local Sheriff's Office |
| OECS | Office of Election Crimes and Security |
| SAO | State Attorney's Office |
| SOE | Supervisor of Elections |
| SWP | Office of the Statewide Prosecutor |

---

[16] Most cases with this status are 2020 or 2022 multi-state double voting cases, commingled with residency allegations. Some cases with this status may have statute of limitations issues, others may have insufficient documentation to support a criminal referral; however, based on the information OECS has been able to review it is prudent to have DOE provide the information to an election official so that residency can be confirmed on the voter to ensure appropriate list maintenance actions can be taken if the voter is no longer a resident of Florida. This helps to ensure Florida's rolls are as accurate as possible and serves as a preventative measure in case the individual does plan to vote multiple times in any future election.

**Election Code Table**

| Election Code | Election |
|---|---|
| GE | General Election |
| PE | Primary Election |
| PPP | Presidential Preference Primary |
| SP | Special Election |

## A. Case Breakdown

| ECID | Election and/or year of the alleged violation | a) The source of the alleged violation or irregularity | (b) The law allegedly violated or the nature of the irregularity reported | c) The county in which the alleged violation or irregularity occurred | (d) Whether the alleged violation or irregularity was referred to another agency for further investigation or prosecution and, if so, to which agency | (e) The current status of the investigation or resulting criminal case |
|---|---|---|---|---|---|---|
| 1 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 2 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. 104.17-- Voting in person after casting vote-by-mail ballot. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 3 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |
| 4 | 2022 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 5 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 6 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 7 | 2022 GE | OECS | 104.15-- Unqualified electors willfully voting. | PUT | Not Referred | Closed by OECS |
| 8 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |

| 9 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PUT | Not Referred | Closed by OECS |
|---|---------|------|------|-----|--------------|----------------|
| 10 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. 104.041-- Fraud in connection with casting vote. | HIL | Referred to FDLE | Pending |
| 11 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 12 | 2022 GE | OECS | 104.0616-- Vote-by-mail ballots and voting; violations. 104.15-- Unqualified electors willfully voting. 104.047-- Vote-by-mail ballots and voting; violations. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Not Referred | Preliminary |
| 13 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 14 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Preliminary |
| 15 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

| 16 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
|----|---------|------|---|-----|-----|-----|
| 17 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Referred to FDLE | Pending |
| 18 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 19 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 20 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. 104.047-- Vote-by-mail ballots and voting; violations. 104.17-- Voting in person after casting vote-by-mail ballot. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 21 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 22 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. 104.17-- Voting in person after casting vote-by-mail ballot. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 23 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | LAK | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 24 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 25 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 26 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 27 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 28 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 29 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | BRE | Referred to DOE | Referred to DOE for list maintenance |
| 30 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 31 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |

| 32 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | SAN | Referred to DOE | Referred to DOE for list maintenance |
| 33 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | CHA | Referred to DOE | Referred to DOE for list maintenance |
| 34 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 35 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 36 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | VOL | Referred to DOE | Referred to DOE for list maintenance |
| 37 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 38 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 39 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 40 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 41 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |

| 42 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | LAK | Referred to DOE | Referred to DOE for list maintenance |
|----|---------|-------------------|-------|-----|---------|---------|
| 43 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | WAL | Referred to DOE | Referred to DOE for list maintenance |
| 44 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 45 | 2022 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | HIL | Not Referred | Preliminary |
| 46 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 47 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LAK | Referred to DOE | Referred to DOE for list maintenance |
| 48 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 49 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 50 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 51 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 52 | 2022 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 53 | 2022 PE | Civilian Referral | 104.0616-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |

| 54 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
|----|---------|------|---------|-----|---------|---------|
| 55 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 56 | 2022 PE | Civilian Referral | 104.0616-- Vote-by-mail ballots and voting; violations. 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 57 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAK | Not Referred | Closed by OECS |
| 58 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 59 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 60 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 61 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 62 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 63 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |

| 64 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |
| 65 | 2024 PE | SOE | 104.17-- Voting in person after casting vote-by-mail ballot. 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 66 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 67 | 2022 GE | SOE | 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 68 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 69 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 70 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |
| 71 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Referred to FDLE | Pending |
| 72 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. | HIL | Not Referred | Preliminary |
| 73 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | ESC | Referred to FDLE | Pending |

| 74 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 75 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 76 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Multiple | Not Referred | Closed by OECS |
| 77 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEO | Not Referred | Closed by OECS |
| 78 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 79 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 80 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 81 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 82 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 83 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 84 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ALA | Referred to DOE | Referred to DOE for list maintenance |
| 85 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 86 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 87 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 88 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 89 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 90 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 91 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 92 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 93 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 94 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 95 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 96 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | ALA | Referred to FDLE | Pending |

37

| 97 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
|----|---------|-------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------|-----|------------------|-------------------------------------|
| 98 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 99 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 100 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 101 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 102 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 103 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | BAY | Referred to DOE | Referred to DOE for list maintenance |
| 104 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | WAL | Not Referred | Preliminary |
| 105 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Not Referred | Preliminary |
| 106 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Preliminary |

| 107 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 108 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 109 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 110 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 111 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Closed by OECS |
| 112 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |
| 113 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Preliminary |
| 114 | 2024 GE | Civilian Referral | 104.041-- Fraud in connection with casting vote. | DUV | Not Referred | Preliminary |
| 115 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Preliminary |
| 116 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 117 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | ESC | Not Referred | Closed by OECS |
| 118 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Preliminary |
| 119 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 120 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 121 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 122 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | SUM | Not Referred | Preliminary |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 123 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 124 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 125 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | SUM | Referred to DOE | Referred to DOE for list maintenance |
| 126 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 127 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 128 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 129 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | LEE | Not Referred | Closed by OECS |
| 130 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 131 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Not Referred | Preliminary |
| 132 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | OKE | Referred to DOE | Referred to DOE for list maintenance |
| 133 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference | DAD | Not Referred | Closed by OECS |

| | | | with, prohibited; penalty. | | | |
|---|---|---|---|---|---|---|
| 134 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 135 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Preliminary |
| 136 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 137 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 138 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Closed by OECS |
| 139 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | SEM | Not Referred | Closed by OECS |
| 140 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 141 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 142 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Closed by OECS |
| 143 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 144 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 145 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 146 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 147 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 148 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 149 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 150 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 151 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 152 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 153 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 154 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 155 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 156 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Closed by OECS |
| 157 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 158 | 2024 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | PIN | Referred to SOE | Closed by OECS |
| 159 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 160 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 161 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 162 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | STJ | Not Referred | Preliminary |

| 163 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 164 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 165 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 166 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 167 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 168 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | MAN | Not Referred | Closed by OECS |
| 169 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 170 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 171 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 172 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEE | Not Referred | Closed by OECS |
| 173 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Closed by OECS |
| 174 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 175 | 2024 PE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | ORA | Not Referred | Closed by OECS |
| 176 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DUV | Not Referred | Closed by OECS |
| 177 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | CHA | Not Referred | Closed by OECS |

| 178 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 179 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 180 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 181 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 182 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PIN | Not Referred | Closed by OECS |
| 183 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Closed by OECS |
| 184 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | LAK | Not Referred | Preliminary |
| 185 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 186 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | MRN | Not Referred | Closed by OECS |
| 187 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 188 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | BRO | Referred to SOE | Closed by OECS |
| 189 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 190 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 191 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 192 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | PAL | Not Referred | Closed by OECS |
| 193 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 194 | 2020 PE | Civilian Referral | 104.081-- Threats of employers to control votes of employees. | PAL | Not Referred | Closed by OECS |

| 195 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 196 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 197 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 198 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 199 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 200 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 201 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 202 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 203 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to SOE | Closed by OECS |
| 204 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Closed by OECS |
| 205 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Closed by OECS |
| 206 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 207 | 2024 GE | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | ORA | Not Referred | Closed by OECS |
| 208 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Unknown | Not Referred | Closed by OECS |
| 209 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than | DAD | Referred to DOE | Referred to DOE for list maintenance |

| | | | one ballot at any election. | | | |
|---|---|---|---|---|---|---|
| 210 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | SUM | Referred to DOE | Referred to DOE for list maintenance |
| 211 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 212 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 213 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 214 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 215 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 216 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HER | Referred to FDLE | Pending |
| 217 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 218 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Closed by OECS |
| 219 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | DAD | Not Referred | Preliminary |

| 220 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 221 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | Unknown | Not Referred | Closed by OECS |
| 222 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 223 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 224 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
| 225 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SEM | Not Referred | Preliminary |
| 226 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 227 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FDLE | Pending |
| 228 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 229 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 230 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 231 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 232 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | JEF | Not Referred | Preliminary |
| 233 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 234 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Closed by OECS |

| 235 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 236 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 237 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 238 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 239 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Closed by OECS |
| 240 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 241 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 242 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 243 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 244 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 245 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 246 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 247 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |

48

| 248 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 249 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 250 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 251 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 252 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 253 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 254 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 255 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 256 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Closed by OECS |
| 257 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | OSC | Not Referred | Closed by OECS |
| 258 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 259 | 2024 GE | Civilian | 104.061-- Corruptly | MAN | Not Referred | Closed by OECS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Referral | influencing voting. | | | |
| 260 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 261 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 262 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Closed by OECS |
| 263 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 264 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 265 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 266 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | Unknown | Not Referred | Closed by OECS |
| 267 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 268 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FDLE | Pending |
| 269 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 270 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 271 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | LEE | Not Referred | Closed by OECS |
| 272 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | HEN | Not Referred | Closed by OECS |
| 273 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 274 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 275 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 276 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 277 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 278 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | VOL | Not Referred | Closed by OECS |
| 279 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 280 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Closed by OECS |
| 281 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Closed by OECS |
| 282 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 283 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 284 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 285 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 286 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 287 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 288 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 289 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 290 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 291 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 292 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Closed by OECS |
| 293 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Closed by OECS |
| 294 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | NAS | Not Referred | Closed by OECS |
| 295 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 296 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 297 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MRN | Not Referred | Closed by OECS |
| 298 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MRN | Not Referred | Closed by OECS |
| 299 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Closed by OECS |
| 300 | 2020 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Preliminary |
| 301 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 302 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 303 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Referred to FDLE | Pending |
|-----|---------|-------------------|------------------------------------------|-----|------------------|---------|
| 304 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 305 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 306 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 307 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Closed by OECS |
| 308 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Closed by OECS |
| 309 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BAY | Not Referred | Closed by OECS |
| 310 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 311 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 312 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 313 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Closed by OECS |
| 314 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 315 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |

| 316 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 317 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | JAC | Not Referred | Closed by OECS |
| 318 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 319 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | IND | Not Referred | Closed by OECS |
| 320 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 321 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | WAK | Not Referred | Closed by OECS |
| 322 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRT | Not Referred | Closed by OECS |
| 323 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 324 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |
| 325 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 326 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 327 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 328 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |

| 329 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
|-----|---------|------|------|-----|--------------|----------------|
| 330 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 331 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Preliminary |
| 332 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 333 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ESC | Not Referred | Preliminary |
| 334 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | GAD | Not Referred | Preliminary |
| 335 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Preliminary |
| 336 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 337 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 338 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 339 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 340 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; | LEO | Not Referred | Closed by OECS |

|  |  |  | prosecution prohibited. |  |  |  |
|---|---|---|---|---|---|---|
| 341 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 342 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 343 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 344 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Closed by OECS |
| 345 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 346 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 347 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MAN | Not Referred | Closed by OECS |
| 348 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Preliminary |
| 349 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 350 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DIX | Not Referred | Closed by OECS |
| 351 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors | HIL | Not Referred | Preliminary |

| | | | willfully voting. | | | |
|---|---|---|---|---|---|---|
| 352 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLA | Not Referred | Closed by OECS |
| 353 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 354 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Closed by OECS |
| 355 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 356 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 357 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Closed by OECS |
| 358 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 359 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CIT | Not Referred | Preliminary |
| 360 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |

| 361 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 362 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Closed by OECS |
| 363 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 364 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 365 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 366 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 367 | 2018 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 368 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | TAY | Not Referred | Closed by OECS |
| 369 | 2022 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 370 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 371 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLA | Not Referred | Preliminary |
| 372 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Closed by OECS |
| 373 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
| 374 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 375 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Closed by OECS |
| 376 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 377 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Closed by OECS |
| 378 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 379 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |
| 380 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; | PAS | Not Referred | Closed by OECS |

| | | | prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 381 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 382 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 383 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 384 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | MON | Not Referred | Closed by OECS |
| 385 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 386 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 387 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 388 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 389 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.<br>104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |

| 390 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | UNI | Not Referred | Closed by OECS |
| 391 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Preliminary |
| 392 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 393 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 394 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 395 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAK | Not Referred | Closed by OECS |
| 396 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 397 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 398 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |
| 399 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 400 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
|---|---|---|---|---|---|---|
| 401 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 402 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 403 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 404 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | GAD | Not Referred | Preliminary |
| 405 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 406 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | FRA | Not Referred | Closed by OECS |
| 407 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAK | Not Referred | Closed by OECS |
| 408 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 409 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Referred to DOE | Referred to DOE for list maintenance |
| 410 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; | PAL | Referred to DOE | Referred to DOE for list maintenance |

| | | | prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 411 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Referred to DOE | Referred to DOE for list maintenance |
| 412 | 2022 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 413 | 2020 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Referred to DOE | Referred to DOE for list maintenance |
| 414 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 415 | 2020 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 416 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Referred to DOE | Referred to DOE for list maintenance |
| 417 | 2024 GE | OECS | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 418 | 2020 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 419 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 420 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
|-----|---------|-------------------|---|-----|-------------|----------------|
| 421 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 422 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 423 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 424 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 425 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 426 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 427 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 428 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 429 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 430 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 431 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 432 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Referred to SOE | Closed by OECS |
| 433 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| 434 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 435 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 436 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 437 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 438 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 439 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 440 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HAR | Not Referred | Closed by OECS |
| 441 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 442 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 443 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 444 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Closed by OECS |
| 445 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 446 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 447 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; | MRN | Not Referred | Closed by OECS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | prosecution prohibited. | | | |
| 448 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 449 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 450 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 451 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 452 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Referred to SOE | Closed by OECS |
| 453 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 454 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information under violation. . | PIN | Referred to FDLE | Pending |
| 455 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Unknown | Not Referred | Closed by OECS |
| 456 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 457 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Referred to DOE | Referred to DOE for list maintenance |

| 458 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 459 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 460 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 461 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 462 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 463 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 464 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Referred to DOE | Referred to DOE for list maintenance |
| 465 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ALA | Referred to DOE | Referred to DOE for list maintenance |

| 466 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 467 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 468 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 469 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Referred to DOE | Referred to DOE for list maintenance |
| 470 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 471 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 472 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 473 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 474 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 475 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |

| 476 | 2024 PE | SOE | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Closed by OECS |
| 477 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 478 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 479 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 480 | 2022 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 481 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 482 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Closed by OECS |
| 483 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | SUM | Referred to FDLE | Pending |
| 484 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 485 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 486 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 487 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MAN | Not Referred | Preliminary |
| 488 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | MAN | Not Referred | Preliminary |

| 489 | 2024 GE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | DAD | Not Referred | Preliminary |
| 490 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 491 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | STJ | Referred to DOE | Referred to DOE for list maintenance |
| 492 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 493 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | GIL | Not Referred | Preliminary |
| 494 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | GIL | Not Referred | Preliminary |
| 495 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | POL | Referred to DOE | Referred to DOE for list maintenance |
| 496 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | SAN | Referred to DOE | Referred to DOE for list maintenance |
| 497 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DUV | Referred to DOE | Referred to DOE for list maintenance |
| 498 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 499 | 2024 PE | SOE | 104.061-- Corruptly influencing voting. | SAN | Not Referred | Preliminary |
| 500 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | STJ | Not Referred | Preliminary |
| 501 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Preliminary |
| 502 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 503 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
| 504 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |

| 505 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
|-----|---------|-------------------|------------------------------------------|-----|--------------|-------------|
| 506 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | VOL | Not Referred | Preliminary |
| 507 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLM | Not Referred | Preliminary |
| 508 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | PAL | Not Referred | Preliminary |
| 509 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 510 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 511 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 512 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 513 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 514 | 2024 GE | SOE | 104.047-- Vote-by-mail ballots and voting; violations. | BRO | Not Referred | Preliminary |
| 515 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Preliminary |
| 516 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEO | Not Referred | Preliminary |
| 517 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAS | Not Referred | Preliminary |
| 518 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAS | Not Referred | Preliminary |
| 519 | 2022 GE | Civilian Referral | 104.15-- Unqualified electors willfully voting. | CLL | Referred to FDLE | Pending |
| 520 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression | ALA | Not Referred | Preliminary |

| | | | prohibited; criminal penalties. | | | |
|---|---|---|---|---|---|---|
| 521 | 2024 GE | Civilian Referral | 104.11-- Neglect of duty by sheriff or other officer. | OSC | Not Referred | Preliminary |
| 522 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Preliminary |
| 523 | 2024 PE | SOE | 104.061-- Corruptly influencing voting. | CIT | Not Referred | Preliminary |
| 524 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | SAR | Not Referred | Preliminary |
| 525 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | LEO | Not Referred | Preliminary |
| 526 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLL | Not Referred | Preliminary |
| 527 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PAL | Not Referred | Preliminary |
| 528 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Preliminary |
| 529 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | ORA | Referred to FDLE | Pending |
| 530 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAL | Not Referred | Preliminary |
| 531 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | WAL | Not Referred | Preliminary |
| 532 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | STJ | Not Referred | Preliminary |
| 533 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 534 | 2024 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. . | FLA | Not Referred | Preliminary |

72

| 535 | 2024 GE | Civilian Referral | 97.0575-- Third-party voter registration organizations. | PAL | Not Referred | Preliminary |
| 536 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 537 | 2024 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 538 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | DAD | Not Referred | Preliminary |
| 539 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | DUV | Not Referred | Preliminary |
| 540 | 2024 PE | Civilian Referral | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |
| 541 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Preliminary |
| 542 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 543 | 2024 PE | OECS | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Preliminary |
| 544 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 545 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | FLA | Not Referred | Preliminary |
| 546 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | DAD | Not Referred | Preliminary |
| 547 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 548 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 549 | 2024 GE | SOE | 104.186-- Initiative petitions; | HIL | Referred to FDLE | Pending |

| | | | violations. | | | |
|---|---|---|---|---|---|---|
| 550 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 551 | 2024 GE | Civilian Referral | 106.11-- Expenses of and expenditures by candidates and political committees. | HIL | Not Referred | Preliminary |
| 552 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | PAL | Not Referred | Preliminary |
| 553 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | Unknown | Not Referred | Preliminary |
| 554 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | PAL | Not Referred | Preliminary |
| 555 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | CHA | Not Referred | Preliminary |
| 556 | 2024 GE | Other Agency | 106.113-- Expenditures by local governments. | BRO | Not Referred | Preliminary |
| 557 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | ESC | Not Referred | Preliminary |
| 558 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | CHA | Not Referred | Preliminary |
| 559 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | CIT | Not Referred | Preliminary |
| 560 | 2024 PE | Civilian Referral | 106.113-- Expenditures by local governments. | POL | Not Referred | Closed by OECS |
| 561 | 2024 PE | Civilian Referral | 106.113-- Expenditures by local governments. | POL | Not Referred | Closed by OECS |
| 562 | 2024 GE | Civilian Referral | 105.09-- Political activity in behalf of a candidate for judicial office limited. | SEM | Not Referred | Preliminary |
| 563 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 564 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | HIL | Not Referred | Preliminary |
| 565 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter | ALA | Not Referred | Preliminary |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | | |
| 566 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRO | Not Referred | Preliminary |
| 567 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LAK | Not Referred | Preliminary |
| 568 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 569 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 570 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PIN | Not Referred | Preliminary |
| 571 | 2022 GE | SOE | 104.041-- Fraud in connection with casting vote. 104.18-- Casting more than one ballot at any election. | FLA | Referred to DOE | Referred to DOE for list maintenance |
| 572 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 573 | 2024 GE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | MAN | Not Referred | Preliminary |
| 574 | 2024 GE | Civilian Referral | 106.03-- Registration of political committees and electioneering communications organizations. | WAL | Not Referred | Preliminary |
| 575 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 576 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |

75

| 577 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
|-----|---------|-------------------|---------------------------------------------------------------------------------------------------|-----|--------------|----------------|
| 578 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 579 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 580 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 581 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 582 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 583 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 584 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | SAR | Not Referred | Preliminary |
| 585 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | STJ | Not Referred | Preliminary |
| 586 | 2023 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Closed by OECS |
| 587 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | IND | Not Referred | Preliminary |
| 588 | 2024 GE | SOE | 97.0575-- Third-party voter registration organizations. | LEO | Not Referred | Preliminary |
| 589 | 2024 GE | SOE | 97.0575-- Third-party voter | LEO | Not Referred | Preliminary |

| | | | registration organizations. | | | |
|---|---|---|---|---|---|---|
| 590 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 591 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Closed by OECS |
| 592 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | HIL | Referred to FDLE | Pending |
| 593 | 2024 GE | Civilian Referral | 104.041-- Fraud in connection with casting vote. | PAL | Not Referred | Closed by OECS |
| 594 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Multiple | Not Referred | Closed by OECS |
| 595 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |
| 596 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 597 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 598 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 599 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 600 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 601 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Preliminary |
| 602 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | PIN | Not Referred | Preliminary |
| 603 | 2024 GE | OECS | 104.0615-- Voter intimidation or suppression | STL | Referred to FDLE | Pending |

|  |  |  |  | prohibited; criminal penalties. |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 604 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Not Referred | Preliminary |
| 605 | 2024 PE | Law Enforcement | 104.061-- Corruptly influencing voting. | VOL | Not Referred | Preliminary |
| 606 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | FLA | Not Referred | Preliminary |
| 607 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEE | Not Referred | Preliminary |
| 608 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SAR | Not Referred | Preliminary |
| 609 | 2024 GE | Civilian Referral | 104.186-- Initiative petitions; violations. | BRO | Not Referred | Preliminary |
| 610 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 611 | 2024 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 612 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |
| 613 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 614 | 2022 PE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | BRO | Not Referred | Preliminary |
| 615 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STJ | Not Referred | Preliminary |
| 616 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; | MAN | Not Referred | Preliminary |

78

| | | | unlawful solicitation of voters. | | | |
|---|---|---|---|---|---|---|
| 617 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 618 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Not Referred | Preliminary |
| 619 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 620 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 621 | 2022 PE | OECS | 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 622 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Not Referred | Preliminary |
| 623 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | SAN | Referred to FDLE | Pending |
| 624 | 2024 GE | Civilian Referral | 104.061-- Corruptly influencing voting. | ORA | Not Referred | Preliminary |
| 625 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Preliminary |
| 626 | 2022 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAS | Referred to DOE | Referred to DOE for list maintenance |
| 627 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 628 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |

| 629 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 630 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 631 | 2024GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 632 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 633 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Not Referred | Preliminary |
| 634 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 635 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | PIN | Not Referred | Preliminary |
| 636 | 2024 GE | Civilian Referral | 97.0575-- Third-party voter registration organizations. | DUV | Not Referred | Closed by OECS |
| 637 | 2024 GE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | PAL | Not Referred | Preliminary |
| 638 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | MRN | Not Referred | Preliminary |
| 639 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LEE | Not Referred | Preliminary |

| 640 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Not Referred | Preliminary |
| 641 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | SEM | Not Referred | Preliminary |
| 642 | 2024 GE | Civilian Referral | 104.051-- Violations; neglect of duty; corrupt practices. | DAD | Not Referred | Preliminary |
| 643 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRE | Not Referred | Preliminary |
| 644 | 2024 GE | OECS | 106.1436-- Voter guide; disclaimers; violations. | ORA | Not Referred | Preliminary |
| 645 | 2024 GE | Other Agency | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | SEM | Not Referred | Preliminary |
| 646 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HIL | Referred to FDLE | Pending |
| 647 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | HIL | Referred to FDLE | Pending |
| 648 | 2024 PE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | LAK | Not Referred | Preliminary |
| 649 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 650 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | BRO | Not Referred | Preliminary |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | | |
| 651 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 652 | 2024 PE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | IND | Not Referred | Preliminary |
| 653 | 2024 GE | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | WAL | Not Referred | Preliminary |
| 654 | 2024 PE | Civilian Referral | 106.1436-- Voter guide; disclaimers; violations. | SAR | Not Referred | Preliminary |
| 655 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Preliminary |
| 656 | 2024 PE | Civilian Referral | 106.1435-- Usage and removal of political campaign advertisements. | PAL | Not Referred | Preliminary |
| 657 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 658 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 659 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | OKA | Referred to DOE | Referred to DOE for list maintenance |
| 660 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MON | Referred to DOE | Referred to DOE for list maintenance |
| 661 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 662 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 663 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | CLL | Referred to DOE | Referred to DOE for list maintenance |

| 664 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 665 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | DAD | Referred to DOE | Referred to DOE for list maintenance |
| 666 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 667 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRE | Referred to DOE | Referred to DOE for list maintenance |
| 668 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | HIL | Referred to DOE | Referred to DOE for list maintenance |
| 669 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 670 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 671 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | ESC | Referred to DOE | Referred to DOE for list maintenance |
| 672 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | CIT | Referred to DOE | Referred to DOE for list maintenance |
| 673 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | BRO | Referred to DOE | Referred to DOE for list maintenance |
| 674 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
| 675 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MAN | Referred to DOE | Referred to DOE for list maintenance |
| 676 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRN | Referred to DOE | Referred to DOE for list maintenance |
| 677 | 2020 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. | MRT | Referred to DOE | Referred to DOE for list maintenance |
| 678 | 2024 GE | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ALA | Not Referred | Preliminary |
| 679 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |

| 680 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
|-----|---------|-------------------|-------------------------------------------------------------------------------------------------------|-----|--------------|-------------|
| 681 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 682 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 683 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 684 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 685 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 686 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 687 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 688 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 689 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 690 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 691 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 692 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter | DAD | Not Referred | Preliminary |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | |
| 693 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 694 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 695 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 696 | 2024 PE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | ORA | Not Referred | Closed by OECS |
| 697 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Preliminary |
| 698 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 699 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 700 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | MRN | Referred to FDLE | Pending |
| 701 | 2024 GE | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | Unknown | Not Referred | Preliminary |
| 702 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PUT | Not Referred | Closed by OECS |
| 703 | 2024 PE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEE | Not Referred | Closed by OECS |

| 704 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
|-----|------|-----|----|-----|------|------|
| 705 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 706 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 707 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | NAS | Not Referred | Preliminary |
| 708 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 709 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 710 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |
| 711 | 2022 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 712 | 2020 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 713 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Preliminary |
| 714 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRA | Not Referred | Closed by OECS |

| 715 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
|-----|------|------|------|------|------|------|
| 716 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 717 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | TAY | Not Referred | Closed by OECS |
| 718 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 719 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 720 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 721 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 722 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 723 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 724 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 725 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 726 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Preliminary |
| 727 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 728 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 729 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Preliminary |
| 730 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 731 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIG | Not Referred | Preliminary |
| 732 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 733 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 734 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |

| 735 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CHA | Not Referred | Preliminary |
|-----|------|------|------|------|------|------|
| 736 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Preliminary |
| 737 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 738 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 739 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 740 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HAM | Not Referred | Preliminary |
| 741 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 742 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 743 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Preliminary |
| 744 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 745 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 746 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 747 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAS | Not Referred | Closed by OECS |
| 748 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MRN | Not Referred | Closed by OECS |
| 749 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 750 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | IND | Not Referred | Closed by OECS |
| 751 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LAK | Not Referred | Closed by OECS |
| 752 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Closed by OECS |
| 753 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 754 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |

| 755 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 756 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 757 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BAK | Not Referred | Closed by OECS |
| 758 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | FLA | Not Referred | Closed by OECS |
| 759 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 760 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Closed by OECS |
| 761 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 762 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 763 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OKA | Not Referred | Closed by OECS |

91

| 764 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 765 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAN | Not Referred | Closed by OECS |
| 766 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 767 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 768 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 769 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 770 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Closed by OECS |
| 771 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 772 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 773 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | WAK | Not Referred | Closed by OECS |
| 774 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 775 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 776 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 777 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 778 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 779 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Closed by OECS |
| 780 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Closed by OECS |

| 781 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 782 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 783 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Closed by OECS |
| 784 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 785 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 786 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | MRN | Not Referred | Closed by OECS |
| 787 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 788 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 789 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |

| 790 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SEM | Not Referred | Closed by OECS |
|-----|------|------|------|-----|------|------|
| 791 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 792 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIG | Not Referred | Closed by OECS |
| 793 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 794 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | JAC | Not Referred | Closed by OECS |
| 795 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Not Referred | Closed by OECS |
| 796 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 797 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
| 798 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 799 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |
| 800 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

| 801 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SEM | Not Referred | Closed by OECS |
|-----|------|------|------|-----|------|------|
| 802 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 803 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 804 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | LAF | Not Referred | Closed by OECS |
| 805 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Closed by OECS |
| 806 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Closed by OECS |
| 807 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SEM | Not Referred | Closed by OECS |
| 808 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OKA | Not Referred | Closed by OECS |
| 809 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEO | Not Referred | Closed by OECS |
| 810 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 811 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAR | Not Referred | Closed by OECS |
| 812 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAR | Not Referred | Closed by OECS |
| 813 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DUV | Not Referred | Closed by OECS |
| 814 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 815 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CIT | Not Referred | Closed by OECS |
| 816 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Closed by OECS |
| 817 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 818 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Closed by OECS |
| 819 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Closed by OECS |

| 820 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Closed by OECS |
| 821 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Closed by OECS |
| 822 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Closed by OECS |
| 823 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 824 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 825 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Closed by OECS |
| 826 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Closed by OECS |
| 827 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |
| 828 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | FLA | Not Referred | Closed by OECS |
| 829 | 2024 | OECS | 104.011-- False swearing; submission of false voter | VOL | Not Referred | Closed by OECS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | registration information; prosecution prohibited. | | | |
| 830 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 831 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | GAD | Not Referred | Closed by OECS |
| 832 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HER | Not Referred | Closed by OECS |
| 833 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Closed by OECS |
| 834 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Preliminary |
| 835 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 836 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | POL | Referred to SOE | Closed by OECS |
| 837 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to SOE | Closed by OECS |
| 838 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | PAL | Not Referred | Closed by OECS |
| 839 | 2020 GE | Other Agency | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter | PAL | Referred to DOE | Closed by OECS |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 840 | 2020 GE | SOE | 104.051-- Violations; neglect of duty; corrupt practices. . | SUM | Not Referred | Closed by OECS |
| 841 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Closed by OECS |
| 842 | 2024 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 843 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | ORA | Not Referred | Closed by OECS |
| 844 | 2022 GE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | VOL | Referred to DOE | Referred to DOE for list maintenance |
| 845 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | WAL | Not Referred | Closed by OECS |
| 846 | 2024 | Civilian Referral | No election crime articulated. | PIN | Not Referred | Closed by OECS |
| 847 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Closed by OECS |
| 848 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLA | Not Referred | Closed by OECS |
| 849 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 850 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Closed by OECS |

| 851 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 852 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 853 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Closed by OECS |
| 854 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Closed by OECS |
| 855 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRE | Not Referred | Closed by OECS |
| 856 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Closed by OECS |
| 857 | 2024 | Civilian Referral | 104.047-- Vote-by-mail ballots and voting; violations. | DAD | Not Referred | Closed by OECS |
| 858 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to SOE | Closed by OECS |
| 859 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 860 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 861 | 2022 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified | SUM | Not Referred | Preliminary |

| | | | electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 862 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 863 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | LEV | Not Referred | Preliminary |
| 864 | 2024 | Civilian Referral | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEO | Not Referred | Closed by OECS |
| 865 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 866 | 2024 PE | Civilian Referral | 104.061-- Corruptly influencing voting. | FLA | Not Referred | Preliminary |
| 867 | 2022 PE | Civilian Referral | 104.18-- Casting more than one ballot at any election. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Referred to DOE | Referred to DOE for list maintenance |
| 868 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 869 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 870 | 2024 | Civilian Referral | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | DAD | Not Referred | Closed by OECS |
| 871 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MAN | Not Referred | Closed by OECS |

| 872 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | Out of state | Not Referred | Closed by OECS |
|---|---|---|---|---|---|---|
| 873 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STJ | Not Referred | Preliminary |
| 874 | 2022 GE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 875 | 2022 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Preliminary |
| 876 | 2024 PE | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 877 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 878 | 2024 PPP | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
| 879 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.18-- Casting more than one ballot at any election. | LEE | Referred to DOE | Referred to DOE for list maintenance |
| 880 | 2024 PPP | Civilian Referral | 104.061-- Corruptly influencing voting. | NAS | Not Referred | Closed by OECS |
| 881 | 2022 PE | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 882 | 2024 | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |
| 883 | 2024 | Civilian Referral | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a | PAL | Referred to FDLE | Closed/Declined by FDLE/SAO/SWP |

| | | | fictitious name. | | | |
|---|---|---|---|---|---|---|
| 884 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 885 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 886 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 887 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Preliminary |
| 888 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Preliminary |
| 889 | 2024 | Civilian Referral | 104.24-- Penalty for assuming name. 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Not Referred | Preliminary |
| 890 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | OSC | Not Referred | Preliminary |
| 891 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 892 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | MRN | Not Referred | Preliminary |
| 893 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |

| | | | 104.15-- Unqualified electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 894 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 895 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Preliminary |
| 896 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 897 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 898 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | SAW | Not Referred | Preliminary |
| 899 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ESC | Not Referred | Preliminary |
| 900 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 901 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | HOL | Not Referred | Preliminary |
| 902 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PUT | Not Referred | Preliminary |

| 903 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Not Referred | Preliminary |
|---|---|---|---|---|---|---|
| 904 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 905 | 2024 PPP | SOE | 104.0515-- Voting rights; deprivation of, or interference with, prohibited; penalty. | PIN | Not Referred | Preliminary |
| 906 | 2024 GE | SOE | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | DIX | Referred to FDLE | Pending |
| 907 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 908 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 909 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.15-- Unqualified electors willfully voting. | SUM | Not Referred | Closed by OECS |
| 910 | 2022 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 911 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Referred to SAO | Pending |
| 912 | 2022 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | ORA | Not Referred | Closed by OECS |
| 913 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |

| 914 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.17-- Voting in person after casting vote-by-mail ballot. 104.18-- Casting more than one ballot at any election. | PIN | Referred to DOE | Referred to DOE for list maintenance |
|---|---|---|---|---|---|---|
| 915 | 2024 PPP | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. | LEO | Not Referred | Preliminary |
| 916 | 2024 | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SUM | Not Referred | Closed by OECS |
| 917 | 2024 PPP | Civilian Referral | 102.031-- Maintenance of good order at polls; authorities; persons allowed in polling rooms and early voting areas; unlawful solicitation of voters. | BRE | Not Referred | Preliminary |
| 918 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.041-- Fraud in connection with casting vote. 104.16-- Voting fraudulent ballot. . | CLL | Not Referred | Preliminary |
| 919 | 2024 | Civilian Referral | No election crime articulated. | ORA | Not Referred | Closed by OECS |
| 920 | 2024 PPP | Civilian Referral | 104.18-- Casting more than one ballot at any election. | PAL | Referred to DOE | Referred to DOE for list maintenance |
| 921 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | FLA | Referred to FDLE | Pending |
| 922 | 2024 | Civilian Referral | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Not Referred | Preliminary |
| 923 | 2024 | OECS | 104.15-- Unqualified | JAC | Not Referred | Closed by OECS |

| | | | electors willfully voting. | | | |
|---|---|---|---|---|---|---|
| 924 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 925 | 2024 | OECS | 104.15-- Unqualified electors willfully voting. | POL | Not Referred | Preliminary |
| 926 | 2024 | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 927 | 2024 | SOE | 104.18-- Casting more than one ballot at any election. | PIN | Referred to FDLE | Pending |
| 928 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 929 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HER | Not Referred | Preliminary |
| 930 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | CLL | Not Referred | Preliminary |
| 931 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 932 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | GAD | Not Referred | Preliminary |
| 933 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 934 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |
| 935 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 936 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 937 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 938 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |

| 939 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | STL | Not Referred | Preliminary |
| 940 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Not Referred | Preliminary |
| 941 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 942 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 943 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAS | Not Referred | Preliminary |
| 944 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 945 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 946 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Not Referred | Preliminary |
| 947 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIG | Not Referred | Preliminary |
| 948 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Not Referred | Preliminary |
| 949 | 2024 | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | SAN | Not Referred | Preliminary |
| 950 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 951 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | STL | Not Referred | Preliminary |
| 952 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | DAD | Not Referred | Preliminary |

| 953 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 954 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | BAY | Not Referred | Preliminary |
| 955 | 2024 PE | OECS | 104.15-- Unqualified electors willfully voting. | WAL | Not Referred | Preliminary |
| 956 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | LEO | Not Referred | Preliminary |
| 957 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 958 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 959 | 2024 PE | OECS | 104.15-- Unqualified electors willfully voting. | CLM | Not Referred | Preliminary |
| 960 | 2024 PPP | OECS | 104.15-- Unqualified electors willfully voting. | ORA | Not Referred | Preliminary |
| 961 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |
| 962 | 2024 GE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 963 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 964 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | VOL | Not Referred | Preliminary |
| 965 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PIN | Not Referred | Preliminary |
| 966 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 967 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | BRO | Not Referred | Preliminary |
| 968 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 969 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | WAS | Not Referred | Preliminary |
| 970 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Preliminary |
| 971 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | OSC | Not Referred | Preliminary |

| 972 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | HIL | Not Referred | Preliminary |
| 973 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | DUV | Not Referred | Preliminary |
| 974 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | PAL | Not Referred | Closed by OECS |
| 975 | 2024 GE | SOE | 97.0575-- Third-party voter registration organizations. | DAD | Not Referred | Closed by OECS |
| 976 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 977 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 978 | 2024 GE | Civilian | 100.371-- Initiatives; procedure for placement on ballot. | PUT | Referred to FDLE | Pending |
| 979 | 2024 GE | Civilian | 104.047-- Vote-by-mail ballots and voting; violations. | HIL | Referred to SOE | Pending |
| 980 | 2024 PE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | DAD | Not Referred | Preliminary |
| 981 | 2024 GE | FDLE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. 104.15-- Unqualified electors willfully voting. | DAD | Referred to DOE | Pending |
| 982 | 2024 PE | SOE | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | LEE | Referred to FDLE | Pending |
| 983 | 2024 PE | OECS | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FDLE | Pending |
| 984 | 2024 GE | SOE | 104.186-- Initiative petitions; violations. | OSC | Referred to FDLE | Pending |
| 985 | 2024 GE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FDLE | Pending |
| 986 | 2024 GE | Civilian | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Not Referred | Preliminary |
| 987 | 2024 PE | SOE | 104.186-- Initiative petitions; violations. | LEO | Referred to FDLE | Pending |

| 988 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 989 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 990 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 991 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 992 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 993 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 994 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 995 | 2024 GE | OECS | 104.15-- Unqualified electors willfully voting. | Unknown | Not Referred | Closed by OECS |
| 996 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRE | Referred to FDLE | Pending |
| 997 | 2024 GE | Civilian | 104.0615-- Voter intimidation or suppression prohibited; criminal penalties. | BRO | Referred to DOE | Closed by OECS |
| 998 | 2024 GE | Civilian | 104.061-- Corruptly influencing voting. | STJ | Referred to FDLE | Pending |
| 999 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | BRO | Referred to FLE | Pending |
| 1000 | 2024 GE | Civilian | 104.186-- Initiative petitions; violations. | FLA | Referred to FDLE | Pending |
| 1001 | 2024 GE | OECS | 104.061-- Corruptly influencing voting. | DAD | Referred to FDLE | Pending |
| 1002 | 2024 GE | SOE | 104.15-- Unqualified electors willfully voting. | HIL | Referred to FDLE | Pending |
| 1003 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1004 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1005 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1006 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |

| 1007 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
|------|---------|-----|-----|-----|-----|-----|
| 1008 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1009 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1010 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | BRO | Referred to FLE | Pending |
| 1011 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1012 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1013 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | HIL | Referred to FLE | Pending |
| 1014 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1015 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1016 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1017 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1018 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1019 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

| | | | registration information; prosecution prohibited | | | |
|---|---|---|---|---|---|---|
| 1020 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1021 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1022 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1023 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1024 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1025 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1026 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1027 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1028 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1029 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1030 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1031 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |

| 1032 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
|---|---|---|---|---|---|---|
| 1033 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1034 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1035 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1036 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1037 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1038 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1039 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1040 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1041 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1042 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1043 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1044 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

|  |  |  | registration information; prosecution prohibited. |  |  |  |
|------|---------|-----|---------------------------------------------------------------------------------------------|-----|--------------------|---------|
| 1045 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1046 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1047 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1048 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1049 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1050 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1051 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1052 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1053 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1054 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1055 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PIN | Referred to FLE | Pending |
| 1056 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |

| 1057 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1058 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1059 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1060 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1061 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1062 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | OSC | Referred to FLE | Pending |
| 1063 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1064 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1065 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1066 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1067 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1068 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1069 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter | POL | Referred to FLE | Pending |

| | | | registration information; prosecution prohibited. | | | |
|---|---|---|---|---|---|---|
| 1070 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1071 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1072 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1073 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1074 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1075 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1076 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1077 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1078 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1079 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1080 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1081 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |

| 1082 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1083 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | POL | Referred to FLE | Pending |
| 1084 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1085 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1086 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1087 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1088 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1089 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1090 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1091 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1092 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1093 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1094 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1095 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1096 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1097 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |

| 1098 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1099 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1100 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1101 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1102 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1103 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1104 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1105 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1106 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1107 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1108 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1109 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1110 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1111 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1112 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1113 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1114 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | CLA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1115 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | CLA | Referred to SOE | Civil fines assessed |
| 1116 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | HIG | Referred to SOE | Civil fines assessed |
| 1117 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1118 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1119 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1120 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1121 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1122 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1123 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1124 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1125 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1126 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1127 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1128 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1129 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1130 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1131 | 2024 GE | SOE | 100.371-- Initiatives; | LEO | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1132 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1133 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1134 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1135 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1136 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1137 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1138 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1139 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1140 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1141 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1142 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1143 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1144 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1145 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1146 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1147 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |

| 1148 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1149 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1150 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1151 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1152 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1153 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1154 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1155 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | LEO | Referred to SOE | Civil fines assessed |
| 1156 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | MAD | Referred to SOE | Civil fines assessed |
| 1157 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1158 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1159 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1160 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1161 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | SAN | Referred to SOE | Civil fines assessed |
| 1162 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1163 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1164 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ESC | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1165 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ESC | Referred to SOE | Civil fines assessed |
| 1166 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ECS | Referred to SOE | Civil fines assessed |
| 1167 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ECS | Referred to SOE | Civil fines assessed |
| 1168 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1169 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1170 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1171 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1172 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1173 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1174 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1175 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1176 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1177 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1178 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1179 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1180 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1181 | 2024 GE | SOE | 100.371-- Initiatives; | DUV | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1182 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1183 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1184 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1185 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1186 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1187 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1188 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1189 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1190 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1191 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1192 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1193 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1194 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1195 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1196 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1197 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |

| 1198 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
|------|---------|-----|-----------------------------------------------------------|-----|------------------|---------------------|
| 1199 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1200 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1201 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1202 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1203 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1204 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1205 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1206 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1207 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1208 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1209 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1210 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1211 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1212 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1213 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1214 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | DUV | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1215 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1216 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1217 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1218 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1219 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1220 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1221 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1222 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1223 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | DUV | Referred to SOE | Civil fines assessed |
| 1224 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1225 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1226 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1227 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1228 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1229 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1230 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1231 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1232 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1233 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1234 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1235 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1236 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1237 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1238 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1239 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1240 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1241 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1242 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1243 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1244 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1245 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1246 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1247 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1248 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|-----------------------------------------------------------|-----|-----------------|----------------------|
| 1249 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1250 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1251 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1252 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1253 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1254 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1255 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1256 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1257 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1258 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1259 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1260 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1261 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1262 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1263 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1264 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1265 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1266 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1267 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1268 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1269 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1270 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1271 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1272 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1273 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1274 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1275 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1276 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1277 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1278 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1279 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1280 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1281 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1282 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1283 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1284 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1285 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1286 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1287 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1288 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1289 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1290 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1291 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1292 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1293 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1294 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1295 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1296 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1297 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1298 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|------------------------------------------------------------|-----|-----------------|----------------------|
| 1299 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1300 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1301 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1302 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1303 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1304 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1305 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1306 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1307 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1308 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1309 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1310 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1311 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1312 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1313 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1314 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1315 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1316 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1317 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1318 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1319 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1320 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1321 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1322 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1323 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1324 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1325 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1326 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1327 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1328 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1329 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1330 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1331 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1332 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1333 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1334 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1335 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1336 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1337 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1338 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1339 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1340 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1341 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1342 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1343 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1344 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1345 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1346 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1347 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1348 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|-----------------------------------------------------------|-----|-----------------|----------------------|
| 1349 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1350 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1351 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1352 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1353 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1354 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1355 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1356 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1357 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1358 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1359 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1360 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1361 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1362 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1363 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1364 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1365 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1366 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1367 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1368 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1369 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1370 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1371 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1372 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1373 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1374 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1375 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1376 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1377 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1378 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1379 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1380 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1381 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1382 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1383 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1384 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1385 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1386 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1387 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1388 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1389 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1390 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1391 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1392 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1393 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1394 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1395 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1396 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1397 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1398 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1399 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1400 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1401 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1402 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1403 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1404 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1405 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1406 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1407 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1408 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1409 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1410 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1411 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1412 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1413 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1414 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1415 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1416 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1417 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1418 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1419 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1420 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1421 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1422 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1423 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1424 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1425 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1426 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1427 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1428 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1429 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1430 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1431 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1432 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1433 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1434 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1435 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1436 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1437 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1438 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1439 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1440 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1441 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1442 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1443 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1444 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1445 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1446 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1447 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1448 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|---|---|---|---|---|---|---|
| 1449 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1450 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1451 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1452 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1453 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1454 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1455 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1456 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1457 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1458 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1459 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1460 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1461 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1462 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1463 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1464 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1465 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1466 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1467 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1468 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1469 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1470 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1471 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1472 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1473 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1474 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1475 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1476 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1477 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1478 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1479 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1480 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1481 | 2024 GE | SOE | 100.371-- Initiatives; | ORA | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1482 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1483 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1484 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1485 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1486 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1487 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1488 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1489 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1490 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1491 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1492 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1493 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1494 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1495 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1496 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1497 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |

| 1498 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
|------|---------|-----|----------------------------------------------------------|-----|-----------------|----------------------|
| 1499 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1500 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1501 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1502 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1503 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1504 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1505 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1506 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1507 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1508 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1509 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1510 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1511 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1512 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1513 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1514 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | ORA | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|---|---|---|---|---|---|---|
| 1515 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1516 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1517 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1518 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1519 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1520 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | ORA | Referred to SOE | Civil fines assessed |
| 1521 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1522 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1523 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1524 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1525 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1526 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1527 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1528 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1529 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1530 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1531 | 2024 GE | SOE | 100.371-- Initiatives; | BRO | Referred to | Civil fines |

| | | | procedure for placement on ballot. | | SOE | assessed |
|---|---|---|---|---|---|---|
| 1532 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1533 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1534 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1535 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1536 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1537 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1538 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1539 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1540 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1541 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1542 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1543 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1544 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1545 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1546 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1547 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |

| 1548 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
|------|---------|-----|----------------------------------------------------------|-----|-----------------|----------------------|
| 1549 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1550 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1551 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1552 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1553 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1554 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1555 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1556 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1557 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1558 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1559 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1560 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1561 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1562 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1563 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1564 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on | BRO | Referred to SOE | Civil fines assessed |

| | | | ballot. | | | |
|------|---------|-----|-------------------------------------------------|-----|--------------------|--------------------------|
| 1565 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1566 | 2024 GE | SOE | 100.371-- Initiatives; procedure for placement on ballot. | BRO | Referred to SOE | Civil fines assessed |
| 1567 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1568 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1569 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1570 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1571 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1572 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1573 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1574 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1575 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1576 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1577 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1578 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1579 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1580 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1581 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1582 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1583 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1584 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1585 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1586 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1587 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1588 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|----------------------------------------------------------|-----|----------------------|---------|
| 1589 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1590 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1591 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1592 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1593 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1594 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1595 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1596 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1597 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1598 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1599 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1600 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1601 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1602 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1603 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1604 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1605 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1606 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1607 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1608 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1609 | 2024 GE | SOE | No election crime articulated. | PAL | Not Referred | Closed by OECS |
| 1610 | 2024 GE | SOE | No election crime articulated. | PAL | Not Referred | Closed by OECS |
| 1611 | 2024 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |

| 1612 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution. 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|-----|-----|-----|-----|
| 1613 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1614 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1615 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1616 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1617 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1618 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1619 | 2020 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1620 | 2020 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1621 | 2022 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1622 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1623 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1624 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1625 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1626 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1627 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1628 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1629 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1630 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1631 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1632 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1633 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1634 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1635 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|----------|-----|------|-----|------|------|
| 1636 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1637 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1638 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1639 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1640 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1641 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1642 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1643 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1644 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1645 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1646 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1647 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1648 | 2024 PPP | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1649 | 2024 PE | SOE | 101.111-- Voter challenges. | PAL | Referred to SAO/FDLE | Pending |
| 1650 | 2024 PE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1651 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1652 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1653 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1654 | 2024 PE | SOE | 101.111-- Voter challenges. | PAL | Referred to SAO/FDLE | Pending |
| 1655 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1656 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1657 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1658 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1659 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1660 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|-----------------------------------------------------|-----|---------------------|---------|
| 1661 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1662 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1663 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1664 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1665 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1666 | 2024 PE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1667 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1668 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1669 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1670 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1671 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1672 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1673 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1674 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1675 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1676 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1677 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1678 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1679 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1680 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1681 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1682 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1683 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1684 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1685 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|---------|-----|------|---------|
| 1686 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1687 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1688 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1689 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1690 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1691 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1692 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1693 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1694 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1695 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1696 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1697 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1698 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1699 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1700 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1701 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1702 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1703 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1704 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1705 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1706 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1707 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1708 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1709 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
|------|---------|-----|---------------------------------------------------------|-----|----------------------|---------|
| 1710 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1711 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1712 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1713 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1714 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1715 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1716 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1717 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1718 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1719 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1720 | 2024 GE | SOE | 104.15-- Unqualified electors wilfully voting. | PAL | Referred to SAO/FDLE | Pending |
| 1721 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1722 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1723 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1724 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1725 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1726 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1727 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1728 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1729 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1730 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |

| 1731 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1732 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1733 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1734 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1735 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1736 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1737 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1738 | 2024 GE | SOE | 104.011-- False swearing; submission of false voter registration information; prosecution prohibited. | PAL | Referred to SAO/FDLE | Pending |
| 1739 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1740 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1741 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1742 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1743 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1744 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1745 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1746 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1747 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1748 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1749 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1750 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1751 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1752 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1753 | 2024 GE | SOE | 104.041-- Fraud in connection with casting vote. | PAL | Referred to SAO/FDLE | Pending |
| 1754 | 2024 GE | SOE | 104.18-- Casting more than | PAL | Referred to | Pending |

| | | | one ballot at any election. | | SAO/FDLE | |
|---|---|---|---|---|---|---|
| 1755 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1756 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1757 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1758 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1759 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1760 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1761 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1762 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1763 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1764 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1765 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1766 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1767 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1768 | 2024 GE | SOE | 104.18-- Casting more than one ballot at any election. | PAL | Referred to SAO/FDLE | Pending |
| 1769 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1770 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1771 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1772 | 2024 GE | OECS | 104.185--Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1773 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
|------|---------|------|------|-----|------|---------|
| 1774 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1775 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1776 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1777 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1778 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1779 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1780 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1781 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1782 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1783 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1784 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1785 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1786 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1787 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1788 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1789 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1790 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1791 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1792 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1793 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1794 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1795 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1796 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1797 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1798 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1799 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1800 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1801 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1802 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1803 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1804 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1805 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1806 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1807 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1808 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1809 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1810 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1811 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1812 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1813 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1814 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1815 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1816 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1817 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1818 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1819 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1820 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1821 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1822 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1823 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1824 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1825 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1826 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1827 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1828 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1829 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1830 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1831 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1832 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1833 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1834 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1835 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1836 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1837 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1838 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1839 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1840 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1841 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1842 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |

| 1843 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1844 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1845 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1846 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1847 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1848 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1849 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | ORA | Referred to FDLE | Pending |
| 1850 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1851 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1852 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1853 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1854 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1855 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1856 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1857 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1858 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1859 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1860 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1861 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1862 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1863 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1864 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1865 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1866 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1867 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1868 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1869 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1870 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1871 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1872 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1873 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1874 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1875 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1876 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1877 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1878 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1879 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1880 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1881 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1882 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |

| 1883 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1884 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | OSC | Referred to FDLE | Pending |
| 1885 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1886 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1887 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1888 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1889 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1890 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1891 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1892 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 1893 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1894 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1895 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1896 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1897 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1898 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1899 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1900 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1901 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1902 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |

| 1903 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1904 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1905 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1906 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1907 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1908 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1909 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | PAL | Referred to FDLE | Pending |
| 1910 | 2024 GE | Citizen | 101.69 (3) -- Ballot intake station unsecured. | OSC | Not Referred | Preliminary |
| 1911 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1912 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1913 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another | Multiple | Referred to FDLE | Pending |

| | | | person's name or a fictitious name. | | | |
|---|---|---|---|---|---|---|
| 1914 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1915 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1916 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1917 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |
| 1918 | 2024 GE | OECS | 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name. | Multiple | Referred to FDLE | Pending |

## CONCLUSION

In sum, OECS has built on previous success and continues to grow. OECS thanks the Governor and Legislature for their continued support. Going into the 2024 presidential election, OECS was nearly fully staffed with only one vacancy. Given the fast growth and volume of complaints OECS handles, OECS began the year in need of a case management software solution. Thankfully, using funding provided by the Legislature, OECS was recently able to contract with a vendor to provide that much needed case management solution. OECS is expecting the case management system to be in place by early 2025. This will allow OECS to more efficiently and effectively process and track election related complaints.

Looking ahead in 2025, OECS expects to continue its work in the area of ineligible registrants and voters with a focus on murders, sex offenders, and noncitizens; continue to hold 3PVROs and their agents accountable for criminal acts or incompetence which subject Florida voters to disenfranchisement, continue to enter into additional memoranda of agreement[1] with more states to exchange publicly available voting data in order to penalize double voting and identify potential list maintenance action, and continue to build and develop relationships with law enforcement partners around the state.

Perhaps most importantly, OECS will also continue its efforts to counter initiative petition fraud by facilitating criminal investigations, conducting the professional audit described above, and making legislative recommendations. The Florida Constitution serves as the State's organic law. Altering that fundamental charter is a serious matter, and members of the executive and legislative branches of state government have a duty to ensure that the amendment procedures established thereby are strictly followed. *See State ex rel. Citizens Proposition for Tax Relief v. Firestone*, 386 So. 2d 561, 566- 67 (Fla. 1980). As the Florida Supreme Court has long held, "The people of the state have a right to amend their Constitution, and they also have a right to require proposed amendments to be agreed to and submitted for adoption in the manner prescribed by the existing Constitution, which is the fundamental law. If essential mandatory provisions of the organic law are ignored in amending the Constitution of the state, and vital elements of a valid amendment are omitted, it violates the right of all the people of the state to government regulated by law." *Crawford v. Gilchrist*, 59 So. 963, 967-68 (1912). All should agree that there is no room for fraud when it comes to changing the Florida Constitution.

---

[1] The Department is currently contracting with five states to exchange information. The Department is in communication with additional states to increase the number by the end of 2025.

Appendices

Appendix A: Palm Beach County Referrals



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

September 10, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

> Re: *Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the Abortion Amendment (supplement to July 11, 2024 letter)*

Dear Andrew Watts. Special Agent Supervisor:

This letter is a supplement to the referral letter (attached hereto as Exhibit "1") submitted to you on July 11, 2024. As indicated in the July 11, 2024, letter, we have received some alarming information from the Palm Beach County Supervisor of Elections Office over the past several months regarding fraudulent constitutional initiative petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) warrant a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

OECS has received credible information that the following petition circulators for Initiative Petition 23-07, have submitted suspected illegal petition form(s), in violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com



   As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

   The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to your office, OECS respectfully asks you to prioritize the resolution of this investigation.

---

[1] OECS has previously opened over seventy-five (75) investigations (and referred nearly all to FDLE) into individual paid petition circulators involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

Of the twenty-seven (27) individuals listed above, they account for 36,889 submitted petitions around the state, of which 26,089 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Page 2 of 3

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

Page 3 of 3



*Exh. "I"*

# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 11, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

     Re: *Palm Beach County Paid Petition Circulators / Initiative Petition 23-07, the Abortion Amendment*

Dear Andrew Watts, Special Agent Supervisor:

     Over the past several months, we have received some alarming information from the Palm Beach County Supervisor of Elections Office regarding fraudulent constitutional initiative petitions received from Floridians Protecting Freedom, Inc. (the sponsoring political committee for Initiative Petition 23-07, the Abortion Amendment). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) warrant a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

     OECS has received credible information that the following petition circulators for Initiative Petition 23-07, have submitted suspected illegal petition form(s), in violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com



As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Floridians Protecting Freedom, Inc. (the sponsoring political committee) who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate that the above-listed individuals are the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 23-07.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties[1] OECS has previously referred to

---

[1] OECS has previously opened over forty (40) investigations (and referred nearly all to FDLE) into individual paid petition circulators from counties other than Palm Beach involved in the collection of petitions on behalf of Floridians Protecting Freedom, Inc.

Page 2 of 3

your office, OECS respectfully asks you to prioritize the resolution of this investigation. In addition to the allegations and circulators listed above, the Palm Beach County Supervisor has identified more petition circulators collecting petitions for Floridians for Protecting Freedom, Inc. who appear to have engaged in fraud, and OECS plans to supplement this letter with additional criminal referrals in the coming weeks.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

cc: Andrew Darlington, Director, Office of Election Crimes & Security

---

Of the thirty-five (35) individuals listed above, they account for nearly 37,000 submitted petitions around the state, of which 23,018 were verified as valid. OECS is concerned that a substantial number of voter signature forgeries were submitted by Floridians Protecting Freedom, Inc. and verified as valid by the Supervisors of Elections.

Page 3 of 3

Appendix B: Sampling of Voter Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSO**

Name

Addre

County

E-mail Address

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Na                                        Work
                                          Phone

*Person's title of office or position held or sought if applicable*      *Name of Governmental Office or*

Addre

Count

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☐ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)                    Page 1                    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

forged signature

STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

did not sign any type of document.

Prepared by. Cheyenne. L.
09/12/2023

☑ Check here if additional pages or documents are attached.

_____         _____
Signature of complainant              Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                     Page 2                     Rule 1S-2.025, F.A.C.



Please submit to: **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**



Office Use Only

'24 JAN 3 9:06a

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
　　(First)　　　　(Middle or Initial)　　　　(Last)

Address ▮▮▮▮▮▮▮▮　City ▮▮▮▮▮

County ▮▮▮▮　State ▮▮▮　Zip Code ▮▮▮▮

Other contact information ▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮

Address ▮▮▮▮▮▮　City ▮▮▮

County ▮▮▮▮　State ▮▮▮　Zip Code ▮▮▮

Other contact information ▮▮▮

Petition Serial Number _2307_　　　Sponsoring Committee _Floridians Protecting Freedom Inc_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:　　☐ Signature misrepresented on petition
　　　　　　　　　　　　☑ Signature forged on petition
　　　　　　　　　　　　☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Recieved a letter from the SOE office   Dec 26, 2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

He Forged 2 Documents    12/05/2023

11/28/2023
21st

☐ Check here if additional pages or documents are attached

_____          Dec 27 2023
Signature of complainant                          Date Signed

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                          Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR DEC 27  9:39AM

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Address ▪▪▪▪▪▪▪▪▪▪▪▪▪▪  City ▪▪▪▪

County ▪▪▪▪▪▪▪▪▪▪  State ▪▪▪▪  Zip Code ▪▪▪▪

Other contact information ▪▪▪▪▪▪▪▪▪▪

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▪▪▪▪▪▪▪▪▪▪

Petition Circulator Registration Number (if known or applicable) ▪▪▪▪▪▪

Address ▪▪▪▪▪▪▪▪  City ▪▪▪▪

County _____  State _____  Zip Code ▪▪▪▪

Other contact information _____

Petition Serial Number  _2307_              Sponsoring Committee _Floridans Protecting Freedom, Inc._

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- ☐ Signature misrepresented on petition
- ☑ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Sumter County Supervisor of Election letter dated December 13.23

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

███████████████                    12-21-2023

Signature of complainant                Date Signed

███████████████

~~Print or type name of complainant~~

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.



**FLORIDA ELECTIONS**

Please submit to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

| Office Use Only |
| --- |
| '23 DEC 29 12 23 PM |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████████████████
        (First)                    (Middle or Initial)              (Last)

Address ████████████████████ City ████████

County ████████         State ███    Zip Code ████████

Other contact information ██████████████████████

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name ███████████████

Petition Circulator Registration Number (if known or applicable) ███████████

Address ████████████    City _____

County _____    State ████    Zip Code ████████

Other contact information _____

Petition Serial Number _2307_    Sponsoring Committee _Floridians Protecting Freedom, Inc._

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [✓] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_No one_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_Did not receive it_

c. When did you sign the initiative petition form?

_Did not sign it_

d. To whom did you submit the initiative petition form?

_Did not submit it_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_Did not_

f. When did you submit your initiative petition form (include time and date)?

_Did not_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_letter from Sumter County Supervisor of Elections Office_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

| 4. | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓ | _12/29/23_ |
| Signature of complainant | Date Signed |
| ▓▓▓▓▓▓▓▓▓ | |
| Print or type name of complainant | |

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                           Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|---|
| '24 JAN 31 11:23 AM |

# FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

## 1. YOUR INFORMATION

Name _____
       (First)                (Middle or Initial)                (Last)

Address _____    City _____

County _____    State _____    Zip Code _____

Other contact information _____

## 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
   (limit one person/entity per form)

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____    City _____

County _____    State _____    Zip Code _____

Other contact information _____

Petition Serial Number ___2307___    Sponsoring Committee _Florians Protecting Freedom Inc_

## 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [x] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

190

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

By mailed letter by Sumter County

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

| SIGNATURE | 03 JAN 2024 |
|---|---|
| Signature of complainant | Date Signed |
| Print or type name of complainant | |

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

Office Use Only

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

**1. YOUR INFORMATION**

Name _____

      (First)           (Middle or Initial)         (Last)

Address _____    City _____

County _____    State _____

Other contact information _____

**2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION**
**(limit one person/entity per form)**

Name _____

Petition Circulator Registration Number (if known or applicable) _____

Address _____    City _____

County _____    State _____

Other contact information _____

Petition Serial Number ___2307___    Sponsoring Committee _Floridians Protecting Freedom Inc._

**3. SPECIFIC FACTS OF ALLEGED VIOLATION**

Check applicable one:

☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)    Rule 1S-2.0091, F.A.C.

192

a. To whom did you speak (petition circulator's name and others, if applicable)

No knowledge of this petition at all

b. Where did you get the initiative petition form (date and location including address and/or event)?

No knowledge of this petition at all

c. When did you sign the initiative petition form?

I did not sign

d. To whom did you submit the initiative petition form?

I did not sign the petition

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I did not provide signature at all

f. When did you submit your initiative petition form (include time and date)?

NA

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

I got a letter from Sumter County asking me to provide an updated signature but I had not signed any petition

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

4. ██████████

██████████                                          8/16/2023

Signature of complainant                              Date Signed

██████████

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                              Rule 1S-2.0091, F.A.C.



Please submit to:   Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name _____

Address _____

County _____

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name _____

Petition _____

Address _____

County _____

Other contact information _____

Petition Serial Number  23-07          Sponsoring Committee Floridians Protecting Freedom. Inc.

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- ☐ Signature misrepresented on petition
- ☒ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                                    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

_NA_

b. Where did you get the initiative petition form (date and location including address and/or event)?

_NA_

c. When did you sign the initiative petition form?

_NA_

d. To whom did you submit the initiative petition form?

_NA_

e. How did you give the initiative petition form (in-person, by mail, etc.)?

_NA_

f. When did you submit your initiative petition form (include time and date)?

_NA_

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

_Recieved notice in mail that my_
_signature did not match a petition signature_

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_I did not sign any petitions_

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

S ████████████████

Print or type name of complainant

_11-2-2023_

Date Signed

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                    Rule 1S-2.0091, F.A.C.



**FLORIDA ELECTIONS**

Please submit to:  **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    (First)         (Middle or Initial)        (Last)

Address ▮▮▮▮▮▮▮▮▮▮▮  City ▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮  State ▮▮▮▮▮▮▮

Other contact information _____

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

(limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮_____

Address ▮▮▮▮▮▮▮▮  City ▮▮▮▮▮▮▮▮▮▮

County _____  State ▮▮▮▮▮▮▮▮

Other contact information _____

Petition Serial Number **2307** _____  Sponsoring Committee ^(Floridians Protecting Freedom INC.)_____

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☑ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                             Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

No one

b. Where did you get the initiative petition form (date and location including address and/or event)?

Never did

c. When did you sign the initiative petition form?

Never did

d. To whom did you submit the initiative petition form?

Never received one

e. How did you give the initiative petition form (in-person, by mail, etc.)?

Never received one

f. When did you submit your initiative petition form (include time and date)?

Never submitted one

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

By the Bay County Supervisor of Election's Office on July 28th, 2023

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

The address listed on the petition was where I lived for a brief time back in 2006 and was destroyed by Hurricane Michael in 2018 so it doesn't even exist now.

☐ Check here if additional pages or documents are attached

4. SIGNATURE

7 - 2 8 - 2 3

Signature of complainant                              Date Signed

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                              Rule 1S-2.0091, F.A.C.



Please submit to: **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮
      (First)                  (Middle or Initial)            (Last)

Address ▮▮▮▮▮▮▮▮▮▮  City ▮▮▮▮▮▮

County ▮▮▮▮▮  Sta▮▮▮

Other contact information ▮▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

(limi▮▮▮

Nam▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) _____

Addres▮▮▮▮▮▮▮  City ▮▮▮▮▮▮

County _____  State ▮▮▮▮

Other contact information _____

Petition Serial Number _23-07_____  Sponsoring Committee _Floridians Protecting Freedom Inc_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one: ☒ Signature misrepresented on petition
                        ☐ Signature forged on petition
                        ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                        Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

NA

b. Where did you get the initiative petition form (date and location including address and/or event)?

I never saw the petition

c. When did you sign the initiative petition form?

I never signed the petition

d. To whom did you submit the initiative petition form?

I never submitted the petition

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I never gave it

f. When did you submit your initiative petition form (include time and date)?

I never submitted the petition

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

I found out on December 22nd, 2023 when I went by the Flagler County Supervisor of Elections

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I received a letter in early December 2023 from the Flagler County Supervisor of Elections about a signature discrepancy from a petition I had signed compared to the signature they had on file. When I went to the office I was shown a petition that I have never seen and it was filled out the handwriting was not mine, nor was the signature mine.

☐ Check here if additional pages or documents are attached

4. SIGNATURE

Signature of complainant

12/26/2023

Date Signed

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.



Please submit to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250



Office Use Only    RECEIVED
JAN 18 2024
SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    (First)      (Middle or Initial)      (Last)

Address ▉▉▉▉▉▉▉▉▉    City ▉▉▉▉▉▉▉▉

County ▉▉▉▉    State ▉▉▉▉

Other contact information ▉▉▉▉▉▉▉▉

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION

(limit one person/entity per form)

Name ▉▉▉▉▉▉▉▉

Petition Circulator Registration Number (if known or applicable) ▉▉▉▉

Address ▉▉▉▉▉▉▉    City ▉▉▉▉▉▉▉▉

County ▉▉▉▉    State ▉▉▉▉

Other con▉▉▉▉

Petition Serial Number    2307      Sponsoring Committee   Floridians Protecting Freedom, INC.

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:     \_\_\_\_ Signature misrepresented on petition
     X   Signature forged on petition
    \_\_\_\_ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (eff. xx/20xx)

Page 1 of 2
Rule 1S-2.009, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

*I did NOT speak to the PERSON on 12/01/23 ·*

b. Where did you get the initiative petition form (date and location including address and/or event)?

*I did NOT · b*

c. When did you sign the initiative petition form?

*I did NOT SIGN the petition FORM b*

d. To whom did you submit the initiative petition form?

*I did NOT · -*

e. How did you give the initiative petition form (in-person, by mail, etc.)?

*I did NOT ·*

f. When did you submit your initiative petition form (include time and date)?

*I did NOT ·*

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not-delivered to your supervisor of elections?

*when I received a Letter from the SuperVisor of elections b I called the Supervisor of elections and found out why,*

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

*THE Last petition I signed was for Recreation marijuana. That petition person made me feel veRY uneasy, he Kept trying to Look at my ceLL phone to get information, he also tryed to send me a Link to open. I did NoT. The signature on that petition IS NoT MiNE b This is veRY scaRY · ALSO, I never signed a petition IN December, 2023 I am veRY upset by This, who is this group? FloridA Protecting FreeDom*

☐ Check here if additional pages or documents are attached

[signature redacted]                          1/16/2024
                                              Date Signed
Signature of complainant

[name redacted]

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)



**FLORIDA DIVISION OF ELECTIONS**

Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Other contact information ▮▮▮▮▮▮▮▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION (limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮    City ▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮    State ▮▮▮▮▮▮▮▮

Other contact information ▮▮▮▮▮▮▮▮▮▮

Petition Serial Number _2307_    Sponsoring Committee _Floridians Protecting Freedom_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- ☐ Signature misrepresented on petition
- ☒ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

This woman got my information + forged my Signa... I never signed the petition + do not support it.

b. Where did you get the initiative petition form (date and location including address and/or event)?

Never got it - she forged all the info.

c. When did you sign the initiative petition form?

never signed it - don't support it - she forged

d. To whom did you submit the initiative petition form?

never submitted - because I never signed it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

I didn't - she forged my information.

f. When did you submit your initiative petition form (include time and date)?

I didn't - she forged my information.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections Saying my signature didn't match my D.L.

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never received a petition signed a petition, don't Support the ~~~~~~~ petition, + she fraudulently got my information and forged my signature. + would like to be contacted about my rights & I would like for her to be prosecuted.

☐ Check here if additional pages or documents are attached

4.

[signature redacted]                                         01/17/2024

Signature of complainant                                     Date Signed

[redacted]

Print or type name of complainant

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

DS-DE 153 (Eff.10/2021)                                      Rule 1S-2.0091, F.A.C.



Please submit to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### 1. YOUR INFORMATION

Name ███████████████████████████████

Address ██████████████████████████████

County ██████████████████████████████

Other contact information ██████████████

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ████████████

Petition Circulator Registration Number (if known or applicable) ████████

Address ████████████    City ████████████

County _____    State ████████

Other contact information _____

Petition Serial Number 23-07    Sponsoring Committee Floridians Protecting Freedom

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- ☐ Signature misrepresented on petition
- ☒ Signature forged on petition
- ☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)    Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

Letter from County Elections Board

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

☐ Check here if additional pages or documents are attached

**4. SIGNATURE**

▨▨▨▨▨                                   10/28/23

Signature of complainant                    Date Signed

▨▨▨▨▨

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                     Rule 1S-2.0091, F.A.C.



**FLORIDA** DIVISION OF ELECTIONS

Please submit to: Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

```
┌─────────────────────────────┐
│        Office Use Only      │
│                             │
│                             │
└─────────────────────────────┘
```

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition or your signed petition was not delivered to a Supervisor...

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

### YOUR INFORMATION

Name

Address

County

Other c

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
(limit one person/entity per form)

Name

Petition

Address

County

Other contact information _____

Petition Serial Number  2307          Sponsoring Committee  *Floridians Protecting Freedom*

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
- [ ] Signature misrepresented on petition
- [X] Signature forged on petition
- [ ] Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                     Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

I never spoke to anyone because she got my information and forged my signature on a petition that I did not sign or support.

b. Where did you get the initiative petition form (date and location including address and/or event)?

I never got it. She forged my info.

c. When did you sign the initiative petition form?

I never signed it. never got it + do not support it.

d. To whom did you submit the initiative petition form?

I never submitted it. Never got it. Didn't sign it.

e. How did you give the initiative petition form (in-person, by mail, etc.)?

She did it all - forged - fraud #///

f. When did you submit your initiative petition form (include time and date)?

See above - it was never submitted by me. She committed fraud.

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

When I got a letter from the supervisor of elections saying my signature didn't match my DL. Fraud!!!!

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

I never got a petition never signed a petition, don't support the petition and she fraudulently got my information and forged my signature. I would like to be contacted about my rights and I would her to be prosecuted.

☐ Check here if additional pages or documents are attached

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)                                          Rule 1S-2.0091, F.A.C.

207



sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -4 PM 12: 38

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____   City DELRAY BEACH

County PALM BEACH COUNTY   State FL   Zip Code 33446

Email Address _____   Number _____

Additional information you'd like to provide with the complaint _____

_I NEVER ISSUED OR SIGNED A PETITION_
_PER LETTER RECEIVED BY WENDY SARTORY LINK,_
_SUPERVISOR OF ELECTIONS PALM BEACH COUNTY,_
_DATED: DECEMBER 28, 2023._

By signing below, I attest that I did not sign or submit a petition.



Print Name

Signature

Date Signed  1·1·2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office
Telephone: 561.656.6200 | Fax Number: 561.656.62



B-132 FBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 22 PH 1:06

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
[First]          [Middle or Initial]          [Last]

Address _____          West PALM BEACH

County PALM BEACH          State FL          Zip Code 33401

Email Address _____          Number _____

Additional information you'd like to provide with the complaint

I have NOT SiGNED any Petitions

Thank you for the notification.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 12/21/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post O
Telephone: 561.656.6200 | Fax Number: 561 656



B: 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 16  AM 8: 19

PALM  ...  ...

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address _____  City West palm beach.

County palm brach          State Fla.   Zip Code 33470

Email Address          Phone Number

Additional information you'd like to provide with the complaint  No my Signelure.

_____

_____

By signing below, I attest that I did not sign or submit a petition.

P

S

Date Signed  Jan 11, 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

210



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

Address _____ Delray Bch

County 008 Palm Beach    State FL    Zip Code 33445

Email Address

Additional information you'd like to provide with the complaint _____
I did not fill out any petition
or ask for any changes

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed   1-21-2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office B
Telephone: 561.656.6200 | Fax Number: 561.656.6287 |

B: 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -3 AM 11: 41

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ City Boca Raton

County Palm Beach          State FL   Zip Code 33496

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _____

I never Submitted a petition.

_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.



Print Name _____

Signature _____

Date Signed 12/31/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office
Telephone: 561.656.6200 | Fax Number: 561.656.626



212

B: 301 PBCSOE 02/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 FEB -8 PH 12: 43

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)                 (Middle or Initial)                 (Last)

Address _____ City _Royal PALM BcH_

County _PALM BcH_ State _El_ Zip Code _334 11_

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_Could not answer earlier, I was out_
_of state and mail was not forwarded_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _2/4/24_

240 South Military Trail, West Palm Beach, FL 33415 | Post Offic
Telephone. 561.656.5200 | Fax Number: 561-650-621

213



B: 132 PBCSOE 01/2024

*Sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUBMITTED:
2023 DEC 28  PH 12: 25

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle of Initial)          (Last)

Address _____   City *Boynton Beach*

County *Palm Beach*   State *FL*   Zip Code *33426*

Email _____   Number _____

Additional information you'd like to provide with the complaint

*PLEASE NoTe : I AM RePUBLicAN !*
*would ONLY Vote AuT*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *12-27-2023*

240 South Military Trail, West Palm Beach, FL 33415  Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

214



sigdif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 22 PM 1: 33

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
[First]                [Middle or Initial]              [Last]

Address _____ City _Jupiter_

County _Palm Beach_           State _FL_   Zip Code _33458_

Email Address                     Phone Number

Additional information you'd like to provide with the complaint _____
_____ Thank you for checking _____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name __

Signature __

Date Signed _____ 1/19/2024 _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 132 PBCSOE 01/2024

215



B: 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2024 JAN 29 PM 12: 01

PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

Address

County  Palm Beach County    State FL    Zip Code 33433

Email Address                    Phone Number

Additional information you'd like to provide with the complaint

It is incredible to have such corruption.
To misrepresent an individual without
their permission. Whoever did this forging
of my signature needs to go to jail!

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1/5/2024

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

216



B: 132 PBCSOE 01/2024

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -2 PH 12: 56

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter

Name _____
(First)    (Middle or Initial)    (Last)

Address _____ City Delray Beach

County Palm Beach    State FL    Zip Code 33445

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint __I did not Sign__
__any Petition.__

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed December 27th 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post C
Telephone: 561.656.6200   Fax Number: 561 653

217



E: 465 PBCSOE 12/2023

sigdie

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 12 AM 11: 46

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter II

Name
(First)          (Middle or Initial)          (Last)

Address                              City DE LRAY BEACH

County PALM BEACH          State FL   Zip Code 33445

Email Address                    Phone Number

Additional information you'd like to provide with the complaint _____
RECEIVED A LETTER FRUM YOUR OFFICE
STATING A PETITION WAS FILED WITH
INVALID SIGNATURE. I DID NOT TRY
TO SEND A PETITION. IT WASNT ME.

By signing below, I attest that I did not sign or submit a petition

Print Nam

Signature

Date Signed   1:2/9/2-3

240 South Military Trail, West Palm Beach, FL 33415
Telephone: 561 656.6200 / Fax Number:



B: 132 PBCSOE 01/2024

Sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 17 PM 1:05

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or used on a petition.

Voter ID

Name
(First)     (Middle or Initial)     (Last)

Address _____ North Palm Beach

County _Palm Beach_     State _FL_     Zip Code _33408_

Email Address

Additional information you'd like to provide with the complaint: _I did not sign any petition_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _1-10-24_

240 South Military Trail, West Palm Beach, FL 33415 | Po
Telephone: 561.656.6200 | Fax Number: 561



sig dif

B: 132 PBCSOE 01/2024

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -8 PM 12: 06

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter

Name
(First)        (Middle or Initial)        (Last)

Address                                    City West Palm Beach

County Palm Beach        State FL    Zip Code 33406

Email Address                            Phone Number

Additional information you'd like to provide with the complaint  I do not have any
recollection of signing any petition.

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  12/27/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.659.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



B-132 PBCSOE 01/2024

*sig dif*

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN 19  PM 12: 18

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ City Jupiter

County Palm Beach          State Florida Zip Code 33469

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint _____

I am a newly registered voter and have not
submitted anything other than initial voter registration
and to receive mail in ballot as I am a college
student.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 01/08/2024

240 South Military Trail, West Palm Beach, FL 33415  Po
Telephone: 561.656.6200 | Fax Number: 561.

221

sig dir

B-132 PBCSOE 01/2024

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2024 JAN -9 PM 12: 09

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

(First)                                        (Last)
Address _____ City _Bora Raton_

County _Palm Beach_     State _FL_     33433

Email Address                            Number

Additional information you'd like to provide with the complaint  _I did not_
_Submit any petitions_

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _1-5-24_

240 South Military Trail, West Palm Beach, FL 33415 | F
Telephone: 561.656.6200 | Fax Number: 56

B. 465 PBCSOE 12/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC -6 PM 12: 20
PALM [illegible]

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▓▓▓▓▓▓▓▓▓▓▓▓▓

Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
　　　(First)　　　　(Middle or Initial)　　　(Last)

Address ▓▓▓▓▓▓▓　　City _LAKE WORTH_

County _PALM BEACH_　　State _FL_　Zip Code _33467_

Email Address _____　Phone Number ▓▓▓▓▓▓▓▓

Additional information you'd like to provide with the complaint _I DID NOT SIGN THIS PETITION_

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ▓▓▓▓▓▓▓▓▓▓▓

Signature ▓▓▓▓▓▓▓▓▓▓▓

Date Signed _12·4·2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B. 465 PBCSOE 12/2023

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC -8 AM 11: 46
PALM ... FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____    City _Boca Raton_

County _Palm Beach County_    State _FL_  Zip Code _33496_

Email Address _____    Phone Number _____

Additional Information you'd like to provide with the complaint _____
_I don't recall signing any petition._
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12/7/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number 561.656.6287 | www.votepalmbeach.gov

✓



B. 159 PBCSOE 09/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 SEP 13 PM 12: 26

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                          City  DELRAY BEACH

County  PALM BEACH          State  FL    Zip Code  33446

Email Address                    Phone Number

Additional information you'd like to provide with the complaint  I DID NOT SUBMIT MY
PETITION OR REQUEST TO THE SOE  W/IN THE LAST
MONTHS OF YEAR

By signing below, I attest that I did not sign or submit a petition

Print Name

Signature

Date Signed  9/11/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

225



B 632 PBCSOE 11/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 OCT -6 AM 11: 51
Re: ... ... ... FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante _____

Nombre _____
_(Primero)(Primero)_    _(Segunda e inicial/Nombre e inicial)_    _(Última)(Último)_

Habla a _____  Ciudad _Jupiter_

condado _Palm Beach County_    Estado _FL_  Código postal _33458_

Dirección de correo electrónico _____ ro de teléfono _____

Información adicional que le gustaría proporcionar con la queja _____
_____
_____

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nomb _____

Firma _____

Fecha de firma _10-5-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6267 | www.votepalmbeach.gov

226



B-632 PBCSOE 12/2023

Sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 21 PM 12: 11

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name

Address                                           City Boca Raton

County Palm Beach                    State FL    Zip Code 33498

Email Address                                    Number

Additional information you'd like to provide with the complaint

Received a letter that a petition was submitted in
my name. I never submitted a petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed 12/12/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

227



B: 465 PBCSOE 12/2023

*big diff*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 15 PH 12: 21
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

...gnature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)                          (Last)

Address _____  City Port Saint Lucie

County Saint Lucie          State FL  Zip Code 34986

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
I DID NOT FILE A PETITION. THE ONLY CHANGE
MADE RECENTLY WAS A CHANGE OF
ADDRESS COMPLETED THROUGH Tax Collector/DMV.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 12/12/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number 561.656.6287 | www.votepalmbeach.gov



B: 707 PBCSOE 01/2024

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 DEC 27 PH 12: 29

**PETITION COMPLAINT FORM**

...your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
        (First)        (Mid)        (Last)

Address _____ City *Palm Springs*

County *Palm Beach* State *FL* Zip Code *33461*

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint *I do not know of any*
*petition or request to change my party. The only*
*form I sent in was a request for mail in ballots*
*Since I cannot walk or stand without pain*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed *12/21/23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



sig duf

ID: 728 PBCSOE 08/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 AUG -7 PM 12: 19

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)        (Middle or Initial)        (Last)

Address _____ City _West Palm Beach_

County _Palm Beach_  State _FL_  Zip Code _33401_

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint  _I HAVE NOT REQUEST OR_
_SUBMITTED ANY PETITION_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  _AUG 3, 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33415
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B : 849 PBCSOE 03/2023

Sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 23 PM 1:42
WEST BEACH, SOUTH FILE

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)     (Middle or Initial)     (Last)

Address _____

County PALM BEACH     State FL     Zip Code

Email Address _____     Phone Number

Additional information you'd like to provide with the complaint _____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _____     JAN. 15 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 34

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana *Sign diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise, allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law, does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▓▓▓▓▓▓▓▓▓  **First** ▓▓▓▓  **Middle** ▓▓▓▓

**Address** ▓▓▓▓▓▓▓▓▓

**City** ▓▓▓▓  **Zip** ▓▓▓▓  **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▓▓▓▓▓▓▓  **or** **Date of Birth** ▓▓▓▓▓

**Signature** ▓▓▓▓  **Date Signed** 1̶6 / 0 8 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** ▓▓▓▓▓▓  **Circulator's Number** ▓▓▓

**Address** ▓▓▓▓▓▓

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▓▓▓▓  **Date Signed** 9 / 8 8 / 3 8 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code



sig diff.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1:11
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)         (Middle or Initial)         (Last)

Address _____   City _____

County  Palm Beach          State  FL   Zip Code _____

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _____
It has been years (5-6) since I have signed a petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  1/17/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6297 | www.votepalmbeach.gov

B:-849 PBCSOE 03/2023



**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

### Amendment Information

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**    Smart & Safe Florida

**Address:**    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                **First**                **Middle**

**Address**

**City**                **Zip**                County  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**                or  **Date of Birth**

**Signature**                **Date Signed**  [  ] / [  ] / [    ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                **Date Signed**  [  ] / [  ] / [    ]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code



sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1:54

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                                      City

County _Palm Beach_                State _FL_   Zip Code

Email Address                                Phone Number

Additional information you'd like to provide with the complaint   _I did not
recently sign any petition and would
like to know the specifics of the
petition that someone tried to forge
my name to_

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed   _1/17/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 849 PBCSOE 03/2023

235

B: 123

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

*Sig Diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information {Return all completed petition forms to the address below}

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▬▬▬▬▬ **First** ▬▬▬▬▬ **Middle** ▬▬▬▬▬

**Address** ▬▬▬▬▬

**City** ▬▬▬▬▬ **Zip** ▬▬▬▬▬ **County** *Palm Beach*

☐ Update my voter registration record to this address. (check box)

**Registration No** ▬▬▬▬▬ or **Date of Birth** ▬▬▬▬▬

**Signature** ▬▬▬▬▬ **Date Signed** [M][M] / [F][2] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▬▬▬▬▬ **Circulator's Number** ▬▬▬▬▬

**Address** ▬▬▬▬▬

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the Invalid Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▬▬▬▬▬ **Date Signed** [M][M] / [D][D] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

236



## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 24  PM 1:23
PALM BEACH COUNTY, FL

*sig diff*

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)

Address _____  City _____

County  *Palm Beach*  State  *FL*  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  *1/22/23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 849 PBCSOE 03/2023

237

B: 120

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

*Sig Diff.*

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information {Return all completed petition forms to the address below}

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ] **or** **Date of Birth** _____

**Signature** _____ **Date Signed** [1][1] / [1][1] / [2][0][2][0]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** [1][1] / [2][9] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 09/2023

*Sig diff*     /

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 24  PH 1: 26
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____ _____ _____
                          (Middle or Initial)      (Last)

Address _____ City _____

County *Palm Beach*     State *FL*   Zip Code

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  *1/22/2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

R-12A

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana   Sig. Diff.

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   06/23/2022          **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____   **First** _____   **Middle** _____

**Address** _____

**City** _____   **Zip** _____   **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____   **or   Date of Birth** _____

**Signature** _____   **Date Signed**  [1][1] / [2][p] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed**  [M][M] / [5][5] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                          R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

*Sig diff*

SUPERVISOR OF ELECTIONS
2023 JAN 27 PM 2: 01
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____     _____     _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County _Palm Beach_     State _F_     Zip Code _____

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint

I have No idea about Any Petition ??
The last time I used my voter Card was to vote
in Nov /22

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _/ 17/22_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

241

B: 120

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

Amendment Information *Sig Diff*

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No** _____ **Date of Birth** _____

**Signature** _____ **Date Signed** 4 4 / 2 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 4 1 / 2 9 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

242



B: 969 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB -1 PH 12: 42
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____   City _____

County  Palm Beach          State  FL    Zip Code _____

Email Address _____ Number _____

Additional information you'd like to provide with the complaint I received letter from SOE dated 1/25/23. I do not Know what "petition" was submitted in my name. I don't Recall signing any petitions. I did vote by mail in the November 2022 election. I called SOE on 1/30/23 and they could not provide me with any information about the Referendal petition. Therefore, this complaint is based on my recollection. If you provide me with copy of the petition or the signature, I will then be able to say more certainly if it was me or not.

By signing below, I attest that I did not sign or submit a petition to the best of my recollection.

Print Name _____

Signature _____

Date Signed  1/30/2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 241

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** __ / __ / __

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** __ / __ / __

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                                    R1S-2.009, Fla. Admin. Code



B-150

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** ___ 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** [_____]  or  **Date of Birth** _____

**Signature** _____  **Date Signed** [M M / D D / Y Y Y Y]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below _____ the petition was signed in my presence. Under penalties of perjury, I declare that _____ culator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** [M M / D D / Y Y Y Y]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                     R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

sig diff

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 1: 32
PALM BEACH COUNTY FL.

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)               (Middle or Initial)             (Last)

Address _____ City _____

County _____ State _____ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _01 / 23 / 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

247

B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**     Adult Personal Use of Marijuana

**Ballot Summary:**     Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**     Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

| Name - Last | First | Middle |
|---|---|---|

**Address**

| City | Zip | County  Palm Beach |
|---|---|---|

☐ Update my voter registration record to this address. (check box)

**Registration No.**                          or    **Date of Birth**

**Signature**                          **Date Signed**  M M / D D / Y Y Y Y

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**                          **Circulator's Number**

**Address**

By my signature below, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I am a Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                          **Date Signed**  M M / D D / Y Y Y Y

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                          R1S-2.009, Fla. Admin. Code

B. 849 PBCSOE 03/2023



_Sig diff_ ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUP[...] [...] [...]
2023 JAN 11 AM 11: 52

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____

County  _Palm Beach_          State  _FL_   Zip Code _____

Email Address _____   ~~one~~ Number _____

Additional information you'd like to provide with the complaint _____

_I did not sign the petition_

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  _1-9-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



ID: 80

Sign diff

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** PALM Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** |1,2|/|1,4|/|2,0,2,2|

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature, I verify that the petition was signed in my presence. Under penalties of perjury, I declare ... Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** |1,1|/|1,1|/|2,0,2,2|

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

B : 849 PBCSOE 03/2023

sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 31 PH 12: 20

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ███████████

Name ████████████████████
     (First)          (Middle or initial)          (Last)

Address ████████████ City ██████████████

County  *Palm Beach*          State *FL*     Zip Code ████████

Email Address ██████████████ Phone Number ████████████

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ████████████████

Signatu ████████████████

Date Signed  *1/29/23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

D: 150

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana                    S.g D.f

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮▮▮  **First** ▮▮▮▮  **Middle** ▮▮▮

**Address** ▮▮▮▮▮▮

**City** ▮▮▮▮  **Zip** ▮▮▮  **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮▮  **or  Date of Birth** ▮▮▮▮

**Signature** ▮▮▮▮  **Date Signed** |0|4| / |0|4| / |2|0|2|2|

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮  **Circulator's Number** ▮▮▮▮

**Address** ▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮  **Date Signed** |0|4| / |0|4| / |2|0|2|2|

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155R (10-2021)                    R1S-2.009, Fla. Admin. Code

B: 969 PBCSOE 03/2023

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

2023 FEB 13 PH 3: 23

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)            (Middle or Initial)            (Last)

Address _____ City _____

County  Palm Beach  State  FL  Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  February 9, 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

253

B. 241

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮▮         Fi▮▮▮         **Middle** ▮▮▮▮▮

**Address** ▮▮▮▮▮

**City** ▮▮▮▮▮                                   **County**  Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮▮▮▮▮    **or**    **Date of Birth** ▮▮▮▮▮

**Signature** ▮▮▮▮▮          **Date Signed**  10 / 10 / 2022

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮▮                    **Circulator's Number** ▮▮▮▮▮

**Address** ▮▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮▮          **Date Signed**  10 / 10 / 2022

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                              R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

Sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2022 DEC 22 PM 1:41
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)          (Middle or Initial)        (Last)

Address _____ City _____

County PALM BEACH      State FL    Zip Code _____

Email Address _____ Phone Number _____

Additional Information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 12/21/22

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana   *Sign off*

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** _08/23/2022_    **Serial Number** _2205_

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** _Palm beach_

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or** **Date of Birth** _____

**Signature** _____ **Date Signed** _M N_ / _0 0_ / _2 0 2 8_

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** _M N_ / _0 0_ / _2 0 2 2_

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                          R1S-2.009, Fla. Admin. Code

256



B: 969 PBCSOE 03/2023

sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPER... ...ECTIONS
2023 MAR -3 PH 1: 25
...FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante

Nombre
(Primera)/(Primero)    (Media o inicial)/(Medio o inicial)    (Última)/(Último)

Habla a Español                    Ciudad

condado West Palm Beach    Estado fl    Código postal

Dirección de correo electrónico                    mero de teléfono

Información adicional que le gustaría proporcionar con la queja _Quiero saver_
_en que fecha hicieron esa_
_petición por que no recuerdo_
_aver firmado dicho formulario_

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nombre

Firma

Fecha de firma _3-1-23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

257

B: 727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana.

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number**     2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** *Palm Beach*

☑ Update my voter registration record to this address. (check box)

**Registration No.** [_____]  **or  Date of Birth** _____

**Signature** _____  **Date Signed** 0 8 / 0 4 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 0 8 / 2 9 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                    R1S-2.009, Fla. Admin. Code



*sig diff* ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)         (Middle or Initial)         (Last)

Address _____ City _____

County  Palm Beach _____ State FL ___ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  12 - 28 - 22

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 849 PBCSOE 03/2023

B: 2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

*Sign diff*

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - La**                          **Middle**

**Address**

**City**                    **Zip**              **County** *Palm beach*

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]   or   **Date of Birth**

**Signature**                          **Date Signed** [M][M] / [4][5] / [2][0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                              **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                          **Date Signed** [M][M] / [4][5] / [2][0][2][2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code

260

B: 849 PBCSOE 03/2023

sig diff

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2022 DEC 30  PM 1: 20

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)                (Middle or Initial)              (Last)

Address _____    City _____

County _Palm Beach_____    State _Fl__  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _12/22/22_____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

261

B: 2

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Bch

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** 0 6 / 2 4 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 0 0 / 0 8 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)        R1S-2.009, Fla. Admin. Code



B: 129 PBCSOE 06/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 MAY 26 PM 3:55

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____

(First)          (Middle or Initial)          (Last)

Address _____  City _____

County  *Palm Beach*          State *FL*  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint  *Regarding the letter dated*
*5/23/23 from your office. I have not completed or signed any petition.*

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  *5/26/2023*

240 South Military Trail, West Palm Beach, FL 13415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.5200 | Fax Number. 561.656.6287 | www.votepalmbeach.gov

B: 772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ___      **First** ___      **Middle** ___

**Addre** ___

**City** ___      **Zip** ___      **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ___      **Date of Birth** ___

**Signature** ___      **Date Signed** 8 31 / 2 0 / Y 2 6 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ___      **Circulator's Number** ___

**Address** ___

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signat** ___      **Date Signed** 8 31 / 3 9 / 2 0 2 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)      R1S-2.009, Fla. Admin. Code



B: 129 PBCSOE 06/2023

*Sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 MAY 30  AM II: 46

PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
  (First)          (Middle or initial)          (Last)

Address _____    City _____

County  *Palm Beach*    State  *FL*    Zip Code _____

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  *May 25, 2023*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

265



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above amendment to the Florida Con____ ____ ____neral e____

**Name - L**____                                        **Middle**

**Address**

**City**                    **Zip**                    **County** ____ Beses

☐ Update my voter registration record to this address. (check box)

**Registration** ____                    ____ te of Birth

**Signature** ____                    ____ te Signed  0 8 / 2 3 / 2 0 2 0

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**                                        Circulator's Number

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I ____ ____lator's Affidavit and the facts stated in it are true.

**Signature** ____              Date Signed  0 5 / 0 8 / 2 0 2 3

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                        R1S-2.009, Fla. Admin. Code



Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAY 30 AM 11: 44
PALM BEACH COUNTY FL

sig dif

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address _____ City _____

County _PALM BEACH_ State _FL_ Zip Code _____

Email Address _____ Phone Number _____

Additional Information you'd like to provide with the complaint _I DID NOT SIGN A PETITION OR REQUEST OF ANY KIND IN RELATIONSHIP TO MY VOTING STATUS._

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _25 MAY 23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 129 PBCSOE 06/2023

267

B-772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C██████████llot in the general election.

**Name – Last** ████████ **First** ████████ **Middle** ████████

**Address** ████████

**City** ████████ **Zip** ████████ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]  or  **Date of Birth** ████████

**Signature** ████████ **Date Signed** [0][9] / [0][3] / [2][0][2][3]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** ████████ **Circulator's Number** ████████

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ████████ **Date Signed** [0][9] / [1][3] / [2][0][2][3]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Admin. Code



B: 129 PBCSOE 06/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM I: 13
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)          (Middle or Initial)          (Last)

Address                    City

County _Palm Beach_          State _FL_    Zip Code

Email Address                    Phone Number

Additional information you'd like to provide with the complaint

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed _5/31/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▇▇▇    **First** ▇▇▇    **Middle** ▇▇▇

**Address** ▇▇▇

**City** ▇▇▇    **Zip** ▇▇▇    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration** ▇▇▇    or   **Date of Birth** ▇▇▇

**Signature** ▇▇▇    **Date Signed** 0 4 / 0 6 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▇▇▇    **Circulator's Number** ▇▇▇

**Address** ▇▇▇

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare ▇▇▇ Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▇▇▇    **Date Signed** 0 4 / 0 6 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code



sig dif.

**B: 869 PBCSOE 03/2023**

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 MAR 17 PM 12: 00

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County PALM BEACH _____ State FL ____ Zip Code _____

Email Address _____     Phone Number _____

Additional Information you'd like to provide with the complaint _____

I WOULD LIKE TO SEE THE PETITION I ALLEGEDLY
SIGNED. I WOULD LIKE TO PROVIDE EVIDENCE
AGAINST THE PERPETRAITORS

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed 14 MARCH 2023

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 928

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment** ~~*Big Diff*~~

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022         **Serial Number**   2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C___ e general eli___

**Name - Last** _____   **First** _____   **Middle** _____

**Addre___**

**City** _____   **___P** _____   **County** Palm Beach

☐ Upda___ my voter registra___ record is this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth** _____

**Signature** _____   **Date Signed**  [0][8] / [2][8] / [2][0][2][3]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, ___ Petition Circulator's Affidavit and the facts stated in it are true.

**Signatu___** _____   **___igned**  [0][M] / [2][0] / [2][0][2][3]

---

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                          R1S-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

sig dif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____  City _____

County  Palm Beach  State  FL  Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  3-15-23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

*sig differs*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment on the Florida Constitution on the ballot in the general e...

**Name - Last** Tossa Venicola    **First** Ln    **Middle**

**Address**

**City** Lake Worth    **Zip** 33467    **County** Pam Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**    or    **Date of Birth**

**Signature**    **Date Signed** 0 M / 2 0 / 2 0 2 8

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**    **Date Signed** 0 M / 2 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

B: 069 PBCSOE 03/2023

*sig dif*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUP~~~~ ~ ~ ELECTIONS
2023 MAR 17 AM 11: 57
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____   _____   _____
          (Middle or Initial)                      (Last)

Address _____   City _____

County _Palm Beach_   State _FL_   Zip Code _____

Email Address _____   Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _3-15-23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

275

B-727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise, allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**    Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____ on the general _____

**Name · Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____    or    **Date of Birth** _____

**Signature** _____    **Date Signed** [ ] / [ ] / [ ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 0[ ] / [20] / [2023]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 165B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 989 PBCSOE 03/2023

*sig dif*

## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -3 PM 1: 24
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ ity _____

County ___PBC___          State ___FL___     Zip Code _____

Email Address _____ Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed ___3-2-23___

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

277



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2206

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                    First                    Middle

Address

City                    Zip                    County *Palm Beach*

☐ Update my voter registration record to this address. (check box)

Registration No.                    or    Date of Birth

Si                    Signed  0 4 / 0 4 / 2 0 2 3

### Paid Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name                    Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature                    Date Signed  0 4 / 2 4 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code



ID: 969 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB 28 PM 12: 12

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
    (First)      (Middle or Initial)      (Last)

Address _____    City _____

County _____    State _FL_    Zip Code _____

Email Address _____    e Number _____

Additional Information you'd like to provide with the complaint _____
I don't remember filing a petition for any
Reason, please explain.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed ___ 2/26/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

279

B: 672 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                    **First**                    **Middle**

**Address**

**City**                    **Zip**                    **County** PELM Beach

☐ Update my voter registration record to this address (check box)

**Registration No.** |   |   |   |   |   |   |   |   |   | **or** **Date of Birth**

**Signature**                    **Date Signed** 0 M / 0 6 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                    **Date Signed** 0 M / 0 6 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

B: 989 PBCSOE 03/2023

_Sig dif_

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 FEB -1 PM 12: 35

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____

(First)        (Middle or Initial)

Address _____    City/ _____

County _Palm Beach_____    State _Fl._    Zip Code _____

Email Address _____    Number _____

Additional information you'd like to provide with the complaint _Mint CD_
They were doing a petition in my
neighborhood. I did not sign it.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/31/23_____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

281

Ex. 308

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general

**Name - Last** ▮▮▮▮    **First** ▮▮▮▮    **Middle** ▮▮▮▮

**Address** ▮▮▮▮

**City** ▮▮▮▮    **Zip** ▮▮▮▮    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▮▮▮▮    or    **Date of Birth** ▮▮▮▮

**Signature** ▮▮▮▮    **Date Signed** M 2 / D 6 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮    **Circulator's Number** ▮▮▮▮

**Address** ▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮    **Date Signed** 0 7 / 0 0 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

B: 129 PBCSOE 06/2023

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

*sig dif*

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM 12: 50
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this ~~form~~ if ~~your~~ signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____    City _____

County __Palm Beach__    State _Fl_    Zip Code _____

Email Address _____    ~~Number~~ _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed __5/30/2023__

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B.772

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ First _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _Fl-_    **County** _Palm Beach_

☐ Update my voter registration record to this address (check box)

**Registration No.** _____    or  **Date of Birth** M M / D D / Y Y Y Y

**Signature** _____    **Date Signed** 3 0 / 0 8 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 0 4 / 0 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

284



*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PM 12: 20

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
(First)            (Middle or Initial)            (Last)

Address _____ City _____

County _Palm Beach_ State _FL_ Zip Code ___

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____

_I did Not Sign a Petition._

_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _____

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.5200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 969 PBCSOE 03/20/23



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** M M / D D / Y Y Y Y

**Signature** _____ **Date Signed** 0 1 / 0 3 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulators Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 0 1 / 0 3 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 670 PETITION BATCH: 21 REC: 01/24/2023



R-849 PBCSOF 03/2023

Sig diff ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 11 AM 11: 53
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____ City _____

County _____ State _FL_ Zip Code _33436_

Email Address _____ Phone Number _____

Additional Information you'd like to provide with the complaint _I do not recall signing for any petition. If so, my signature would be/ signed correctly_

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/10/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

287

B-66

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    *Sign diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general ele...

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ☐☐☐☐☐☐ **or Date of Birth** _____

**Signature** _____ **Date Signed** 0 8 / 1 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 1 1 / 1 4 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155S (10-2021)    R1S-2.009, Fla. Admin. Code

288



*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERV~~~ ~~~ ~~ELECTIONS
2023 MAR -3 PM 1:29
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮▮▮▮▮
　(First)　　　　(Middle or Initial)　　　　(Last)

Address ▮▮▮▮▮▮▮▮　City ▮▮▮▮▮▮

County _Palm Beach_　State _FL_　Zip Code ▮▮▮▮▮

Email Address ▮▮▮▮▮　Phone Number ▮▮▮▮▮

Additional information you'd like to provide with the complaint

I have not signed any petitions. The signature & submition you recived was a forgery.

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮▮

Signature ▮▮▮▮▮

Date Signed _3-1-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 989 PBCSOE 03/2023

289

B: 712

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana  *Sig Diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** Palm Beach

☐ Update my voter registration record to this address (check box)

**Registration No.** _____  **or  Date of Birth** M M / D D / Y Y Y Y

**Signature** _____  **Date Signed** 0 4 / 0 6 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 0 4 / 0 6 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R18-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPE... ...ECTIONS
2023 MAR -3 PH 1:30
PALM B... ...CITY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____ City _____

County  Palm Beach          State  FL.          Zip Code _____

Email Address _____ ...ne Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  3/2/23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

### Amendment Information

| | |
|---|---|
| Ballot Title: | Adult Personal Use of Marijuana |
| Ballot Summary: | Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date. |

*See separate document for the full text of the proposed constitutional amendment.*

| Date Approved | 08/23/2022 | Serial Number | 2205 |
|---|---|---|---|

### Sponsor's Information (Return all completed petition forms to the address below.)

Name: Smart & Safe Florida

Address: 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co[...] the ballot in the general

Name - Last _____  First _____  Middle _____

Address _____

City _____  Zip _____  County *Palm Beach*

☐ Update my voter registration record to this address. (check box)

Registration No. _____  or  Date of Birth _____

Signature _____  Date Signed ☐ / ☐ ☐ / ☐ ☐ ☐ ☐

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____  Circulator's Number _____

Address _____

By my signature b[...] hat the petition was signed in my presence. Under penalties of perjury, I declare t[...] Circulator's Affidavit and the facts stated in it are true.

Signature _____  Date Signed ☐ M / ☐ ☐ / ☐ ☐ ☐ ☐

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)  R1S-2.009, Fla. Admin. Code



B: 989 PBCSOE 03/2023

Sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPER... ... OF ELECTIONS
2023 FEB 13 PM 3: 25
... ... COUNT ... FL

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____        City _____

County _Palm Beach_        State _FL_        Zip Code _____

Email Address _____        Phone Number _____

Additional information you'd like to provide with the complaint _I have not recently_
_signed or filed any petitions. I appreciate this office_
_noticing the discrepancy in signatures and notifying_
_me._

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _2/9/2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

293

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

B: 480 PETITION BATCH: 19 REC: 01/09/2023

## Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana                        *Sig diff*

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**   2205

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                          **First**                    **Middle**

**Address**

**City**                          **Zip**                    **County** *Palm Beach*

☐ Update my voter registration record to this address (check box)

**Registration No.**                          or   **Date of Birth**

**Signature**                          **Date Signed**  4 2 / 2 6 / 2 0 2 2

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                          **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                          **Date Signed**  1 2 / 2 6 / 2 0 2 2

## Attention

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

*Sig diff* ✓

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 1:26
PALM BEACH COUNTY FL

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮   ▮▮▮▮▮▮

County _Palm Beach_    State _Fl._    Zip Code ▮▮▮▮

Email Address ▮▮▮▮▮▮    Phone Number ▮▮▮▮▮▮

Additional Information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮▮▮

Signature ▮▮▮▮▮▮

Date Signed _1_ / _13_ / _23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 80

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    *Sign off*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____    **or**    **Date of Birth** _____

**Signature** _____    **Date Signed** M M / 1 2 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de_____ _____ _____ulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** M M / D D / F X 2 0 2 8

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)        R1S-2.009, Fla. Admin. Code



## Wendy Sartory Link
### Palm Beach County Supervisor of Elections

### PETITION COMPLAINT FORM

SUPERVISOR OF ELECTIONS
2023 MAR -1 PM 1:00
PALM BEACH COUNTY, FL

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____    City _____

County _WeB___    State _FL_    Zip Code _____

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _02-2A-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 672 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    *D g Diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Con‗‗‗‗‗‗‗‗‗ the genera‗‗‗‗‗‗‗

**Name - Last** ‗‗‗‗‗‗    **First** ‗‗‗‗‗‗    **Middle** ‗‗‗‗‗‗

**Address** ‗‗‗‗‗‗

**City** ‗‗‗‗‗‗    **Zip** ‗‗‗‗‗‗    **County** *Palm Beach*

☐ Update my voter registration record to this address. (check box)

**Registration No.** ‗‗‗‗‗‗    or    **Date of Birth** ‗‗‗‗‗‗

**Signature** ‗‗‗‗‗‗    **Date Signed** 0 M / 0 6 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ‗‗‗‗‗‗    **Circulator's Number** ‗‗‗‗‗‗

**Address** ‗‗‗‗‗‗

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ‗‗‗‗‗‗    **Date Signed** 0 M / 0 8 / 2 8 2 8

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2,009, Fla. Admin. Code



B: 849 PBCSOE 03/2023

sig diff ✓

**Wendy Sartory Link**
SUPERVISOR OF ELECTIONS
Palm Beach County Supervisor of Elections   2023 NOV -1 PM 12: 53

PETITION COMPLAINT FORM PALM COUNTY, FL

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
      (First)          (Middle or Initial)          (Last)

Address _____                    City _____

County _Palm Beach County_   State _FL_   Zip Code _____

Email Address _____         Phone Number _____

Additional information you'd like to provide with the complaint _____
I sent in a Mail in ballot. My signature
may look different because I recently had
hand surgery. Please count my ballot!
I didn't sign a Petition, just a mail in ballot

By signing below, I attest that I did not sign or submit a petition. mail in ballot

Print Name _____

Signature _____

Date Signed _10\30\22_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

### Amendment Information

*Sign off.*

Ballot Title:    Adult Personal Use of Marijuana

Ballot Summary:    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    08/23/2022    Serial Number    2205

### Sponsor's Information (Return all completed petition forms to the address below.)

Name:    Smart & Safe Florida

Address:    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                          First                          Middle

Address

City                          Zip                          County  PBC  Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No.                          or    Date of Birth

Signature                          Date Signed  0 9 / 1 9 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name                          Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature                          Date Signed  0 9 / 1 9 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code

300



sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -1 PM 1: 00
PALM BEACH COUNTY, FL

**PETITION COMPLAINT FORM**

B: 969 PBCSOE 03/2023

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____          City _____

County  *Palm Beach*          State  *Fl*          Zip Code _____

Email Address _____          Phone Number _____

Additional information you'd like to provide with the complaint _____
*I did not now of signing any petitions*
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed  *2-27-23*

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

301

B: 672 PETITION BATCH: 21 REC: 01/24/2023

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**      Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022      **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:**    Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** PALM BEACH

☐ Update my voter registration record to this address. (check box)

**Registration No** _____   **Date of Birth** _____

**Signature** _____   **Date Signed**  JAN / 0 7 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed** _____

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

302



B: 869 PBCSOE 03/2023

*sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PM 12: 18
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County __Palm Beach__     State __FL__    Zip Code _____

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed __3/3/2023__

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 712

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

**Amendment Information**

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution _____ in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** _Palm Beach_

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____  **or  Date of Birth** _____

**Signature** _____  **Date Signed** `0 1` / `1 3` / `2 0 2 3`

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** `01` / `13` / `2023`

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 156B (10-2021)                          R1S-2.009, Fla. Admin. Code

B: 969 PBCSOE 03/2023

*sig dif.*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 MAR -8 PM 12: 45
PALM BEACH COUNTY, FL

### FORMULARIO DE QUEJA DE PETICIÓN

Utilice este formulario si cree que su firma ha sido tergiversada o falsificada en una petición.

ID de votante _____

Nombre _____
(Primera)/(Primero)     (Media o inicial)/(Medio o inicial)     (Última)/(Último)

Habla a _____ ciudad _____

condado _Palm Bench_ Estado _fln_ Código postal _____

Dirección de correo electrónico _____ Número de teléfono _____

Información adicional que le gustaría proporcionar con la queja _Verificar si es_
_posible fuera un fraude_
_____
_____
_____

Al firmar a continuación, doy fe de que no firmé ni presenté una petición.

Imprimir nombre _____

Firma _____

Fecha de firma _3-6-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B-727

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or Date of Birth** _____

**Signature** _____ **Date Signed** 0 2 / 1 7 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** _____

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code

PETITION BATCH: 23 REC: 02/08/2023

B: 969 PBCSOE 03/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 FEB -2 PM 1: 17

**PETITION COMPLAINT FORM**

Use this form if you believe your signature has been misrepresented or forged on a petition

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____  City _____

County _____  State _____ Zip Code _____

Email Address _____  Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed ___01 - 31 - 2023___

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 244

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

**Amendment Information –**

**Ballot Title:** Adult Personal Use of Marijuana    *Sig Difft*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____    or    **Date of Birth** _____

**Signature** _____    **Date Signed** 11 / 29 / 2022

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____    **Circulator's Number:** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 11 / 29 / 2022

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

308

B-724 PBCSOE 08/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 AUG 10  AM 11:45
WEST PALM BEACH, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ___ ████████

Name _____
     (First)              (Middle or Initial)          (Last)

Address _____ City _____

County _____ State _____ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name  ████████████████

Signature  ████████████████

Date Signed  8/25/23

246 South Military Trail, West Palm Beach, FL 13415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓

B: 744

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022        **Serial Number** 2205

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  **or  Date of Birth** [_____]

**Signature** _____ **Date Signed** 0 8 / 2 0 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 0 8 / 2 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code



B: 969 PBCSOE 03/2023

Sigdif

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR ELECTIONS
2023 FEB 22 AM 11: 04
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID ▮▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮▮
(First)              (Middle or Initial)              (Last)

Address ▮▮▮▮▮▮    City ▮▮▮▮▮▮

County _Palm Beach_    State _FL_    Zip Code ▮▮▮▮

Email Address ▮▮▮▮▮▮    Phone Number ▮▮▮▮▮▮

Additional information you'd like to provide with the complaint: _I will like to_
_Know What Petition my name was forged_
_on._

By signing below, I attest that I did not sign or submit a petition.

Print Name ▮▮▮▮▮▮▮

Signature ▮▮▮▮▮▮▮

Date Signed _02-18-2023_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B- 308

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____ _____ general _____

**Name - Last** _____  First _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____  or  **Date of Birth** _____

**Signature** _____  **Date Signed** 4 / 2 / P 2 / 2 2 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____  Circulator's Number _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I c_____ _____ _____ _____rculator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 12 / 12 / 2024

_____tention

- This form becomes a public record once it is filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

312



B: 849 PBCSOE 03/2023

sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 1: 28
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name
(First)        (Middle or initial)

Address                    City

County  PALM BEACH      State  FL    Zip Code

Email Address                    Phone Number

Additional information you'd like to provide with the complaint

By signing below, I attest that I did not sign or submit a petition.

Print Name

Signature

Date Signed  1 / 15 / 23

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana  *SIG DIF*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022     **Serial Number** ____ 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co_____ _____ general _____

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my vote_____ (check box)

**Registration No.** _____ **or** **Date of Birth** _____

**Signature** _____ **Date Signed** |M|M| / |G|R| / |Y|Z|Z|Z|

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** |M|M| / |D|D| / |2|Y|Z|Y|

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                               R1S-2.009, Fla. Admin. Code



IB: 849 PBCSOE 03/2023

Sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 1: 57
PALM BEACH COUNTY, FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County _Palm Beach_     State _FL_     Zip Code _____

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint _____
_I didn't Sign a petition_
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _1/14/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

315



B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

**Sponsor's Information.** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above ____ amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ____    **First** ____    **Middle** ____

**Address** ____

**City** ____    **Zip** ____    **County** ____

☐ Update my voter registration record to this address. (check box)

**Registration N** ____    or    **Date of Birth** ____

**Signature** ____    **Date Signed** M M / D D / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** ____    **Circulator's Number** ____

**Address** ____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ____    **Date Signed** M M / 0 7 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

Sig dif.

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or initial)          (Last)

Address _____ City _____

County _Palm Beach_____ State _FL_ Zip Code _____

Email Address _____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_I did not submit petition_
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _2/9/2023_

SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FL.
2023 FEB 15 PM 3:49

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

P-849 PBCSOE 03/2023

317



B.14

sig differs

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information [Return all completed petition forms to the address below.]

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name – L**                                            **Middle**

**Addr**

**City**                          **Zip**          **County**  *Palm Beach*

☐ Update my voter registration record to this address. (check box)

**Registration No.**                        or  **Date of Birth**

**Signatur**                **Date Signed**  M M / 0 6 / Y C 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**                                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de_____ Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                **Date Signed**  M M / 0 6 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023

Sig diff ✓

## Wendy Sartory Link
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PM 12: 46
PALM BEACH COUNTY FL

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____     City _____

County  Palm Beach     State  FL     Zip Code _____

Email Address _____     Phone Number _____

Additional information you'd like to provide with the complaint _____

Received notice that petition was filed in my
name. I did not submit that petition.

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _____ 1/13/23

240 South Military Trail. West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

319

B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana   *SiG DiF*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022      **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                **First**                **Middle**

**Address**

**City**                **Zip**                **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.**                **or   Date of Birth**

**Signature**                **Date Signed** [ M M / R 8 / 2 0 2 7 ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name**                **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                **Date Signed** [ M M / 4 8 / 2 0 2 2 ]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 19ZZ (10/2001)      R1S-2.009, Fla. Admin. Code

320



**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JAN 19 PH 12: 44
PALM BEACH COUNTY, FL

Sig dFRP

B: 849 PBCSOE 03/2023

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)          (Middle or Initial)          (Last)

Address _____    City _____

County _____    State _FL_    Zip Code _____

Email Address _____    Phone Number _____

Additional information you'd like to provide with the complaint _____

Received notice that petition was filed in my name. I did not submit that petition.

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed __1/13/23__

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov



B: 119

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                    **First**                    **Middle**

**Address**

**City**                    **Zip**                    **County** Palm beach

☐ Update my voter registration record to this address (check box)

**Registration No.**          or          **Date of Birth**

**Sig**          **Date Signed** N N / 7 8 / 2 0 2 2

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name**                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**          **Date Signed** M N / 0 8 / 2 0 2 2

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

R1S-2.009, Fla. Admin. Code

B: 703 PBCSOE 08/2023

Sig dif

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

2023 AUG -7 PM 12: 17

### PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID

Name _____
       (First)        (Middle or Initial)        (Last)

Address _____ City _____

County _Palm Beach_ State _Fl_ Zip Code _____

Email Addr_____ Phone Number _____

Additional information you'd like to provide with the complaint _____
_____
_____
_____
_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _7/28/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

✓



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration** _____  or  **Date of Birth** _____

**Signature** _____  **Date Signed** [ ] / [ ] / [ ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** [10] [1] / [0] [3] / [2] [0] [2] [2]

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 129 PBCSOE 06/2023

*sig dif*

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

SUPERVISOR OF ELECTIONS
2023 JUN -2 PM 12: 55
PALM BEACH COUNTY, FL

## PETITION COMPLAINT FORM

Use this form if you believe your signature has been misrepresented or forged on a petition.

Voter ID _____

Name _____
(First)        (Middle or Initial)        (Last)

Address _____ City _____

County _Palm Beach_ State _Fl_ Zip Code _____

Email Address _____ ___ Number _____

Additional information you'd like to provide with the complaint _____

_____

_____

_____

_____

By signing below, I attest that I did not sign or submit a petition.

Print Name _____

Signature _____

Date Signed _5/29/23_

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

J



### CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**Amendment Information**

Ballot Title: Adult Personal Use of Marijuana

Ballot Summary: Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved 08/23/2022          Serial Number  2205

**Sponsor's Information** (Return all completed petition forms to the address below.)

Name: Smart & Safe Florida

Address: 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last                          First                          Middle

Address

City                          Zip                          County Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No.                          Date of Birth

Signature                          Date Signed  02 / 24 / 2023

**Petition Circulator's Information**

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name                          Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature                          Date Signed  02 / 28 / 2023

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                          R1S-2.009, Fla. Admin. Code

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name:

Address:

County: Pasco

E-mail Address:

Day Phone:

City:

State: Florida

Evening Phone:

Zip Code: 34639

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name:

Paid Petition Circulator
*Person's title of office or position held or sought if applicable*

Address:

County:        State: Florida

Work Phone:

Floridian's Protecting Freedom, Inc.
*Name of Governmental Office or Private Entity/Office*

City:

Zip Code: 33510

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

I had a lady call this morning, ▇▇▇▇▇▇▇▇▇▇▇▇▇ She received a petition signature letter because the signature did not match on her petition. I did pull up her record and I do not think it is her signature either. I think it shows the petition was signed November 27th, and if so she said she definitely did not sign the petition. She was very sick and did not leave her house at any time during that period.
I told her I would pass this along to our supervisors.
Her phone number is ▇▇▇▇▇▇▇▇ in case you need it.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

[ ]  Check here if additional pages or documents are attached:

_/s/ STAFF PREPARED_
Signature of complainant                                        Date Signed

Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

**OECS STAFF INPUT ONLY**
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A538
Date: 2024-01-19
Intake method: E-mail
Referral entity name, if applicable: Pasco County SOE
Entity point of contact, if applicable: Naomi Tawney



**Please submit to:** **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
| |

## FORM FOR COMPLAINT AGAINST PETITION CIRCULATOR

Use this form if you believe your signature has been misrepresented or forged on a petition, or your signed petition was not delivered to a supervisor.

This complaint becomes a public record upon filing which includes email addresses. Email address is not required to file a complaint.

'23 JUL 28  2:38PM

### 1. YOUR INFORMATION

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    (First)           (Middle or Initial)        *V* (Last)

Address ▮▮▮▮▮▮▮▮▮▮▮▮   City ▮▮▮▮▮▮▮▮▮▮

County ▮▮▮▮▮▮▮▮   State ▮▮▮▮▮▮   Zip Code ▮▮▮▮▮

Other contact information ▮▮▮▮▮▮▮▮▮▮

### 2. INFORMATION ABOUT THE PERSON OR ENTITY WHO COMMITTED THE ALLEGED VIOLATION
**(limit one person/entity per form)**

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮

Petition Circulator Registration Number (if known or applicable) ▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮   City ▮▮▮▮▮▮

County _____   State ▮▮▮   Zip Code _____

Other contact information_____

Petition Serial Number ___2205___   Sponsoring Committee _SMART & SAFE FLORIDA_

### 3. SPECIFIC FACTS OF ALLEGED VIOLATION

Check applicable one:
☐ Signature misrepresented on petition
☒ Signature forged on petition
☐ Signed petition not delivered to Supervisor of Elections

DS-DE 153 (Eff.10/2021)                   Rule 1S-2.0091, F.A.C.

a. To whom did you speak (petition circulator's name and others, if applicable)

N/A

b. Where did you get the initiative petition form (date and location including address and/or event)?

N/A

c. When did you sign the initiative petition form?

N/A

d. To whom did you submit the initiative petition form?

N/A

e. How did you give the initiative petition form (in-person, by mail, etc.)?

N/A

f. When did you submit your initiative petition form (include time and date)?

N/A

g. How and when did you learn that your signature on an initiative petition form was misrepresented or forged, or signed petition not delivered to your supervisor of elections?

received letter from SoE

h. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

Middle name on petition not correct.

☑ Check here if additional pages or documents are attached

4. SIGNATURE

Date Signed   7/28/23

Signature of complainant

Print or type name of complainant

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

DS-DE 153 (Eff.10/2021)

Rule 1S-2.0091, F.A.C.

*COPY*  Signature Differs

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR 39

## Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana — Sumter

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____  or  **Date of Birth** _____

**Signature** _____  **Date Signed**  0 5 / 0 7 / 2 0 2 2

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perj[...]ing Petition Circulator's Affidavit and the facts stated in it are true.

**Sig** _____  **Date Signed**  0 5 / 0 6 / 2 0 2 2

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

331



US POSTAGE $ 000.87°
ZIP 34785
02 4W
0000399106 AUG 02 2023

3C055355525    C0C04

**Florida Department of State**
Division of Elections
R.A Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

WILLIAM "BILL" KEEN
SUPERVISOR OF ELECTIONS
SUMTER COUNTY
7375 POWELL ROAD • SUITE 125
WILDWOOD, FL 34785

RECEIVED
THE DEPARTMENT OF STATE
2023 AUG -8 AM 8: 38
DIV OF ELECTIONS
TALASSEE, FL

Appendix C: Deceased Voter Submissions



*Craig Latimer*
**Supervisor** *of* **Elections**
Our Vision: To be the best place in America to vote

GOVERNOR'S
STERLING
AWARD
RECIPIENT

December 8, 2023

# Hillsborough County Hillsborough County
# Deceased Voter
# Amendment Initiative Petition Submissions

Amendment Title: **Amendment to Limit Government Interference with Abortion**

Serial#: **23-07**

Total Deceased Submissions: **13**

VoteHillsborough.gov ⭐ (813) 744 - 5900

Fred B. Karl County Center          Robert L. Gilder Elections Service Center
601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602          2514 N. Falkenburg Rd., Tampa, FL 33619
*See website for regional office locations.*

334

✓

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Monday, December 11, 2023 3:47 PM |
| **To:** | The Office of Election Crimes and Security |
| **Cc:** | McVay, Brad R. |
| **Subject:** | FW: Petitions signed by deceased voter |
| **Attachments:** | |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good afternoon,

Please find attached copies of initiative petitions (and accompanying voter information) received by our office involving voters who were indicated as deceased at the time they allegedly signed the petitions. Please let me know if you have any questions or need any additional information.

Thank you,

Colleen

**Colleen O'Brien**
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285   Cell: (813) 765-0529   Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov** | **Connect with us!**

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Nathan Dodd <ndodd@votehillsborough.gov>
**Sent:** Friday, December 08, 2023 3:14 PM
**To:** Colleen O'Brien <cobrien@votehillsborough.gov>
**Cc:** Brett Edwards <Bedwards@votehillsborough.gov>; Eric McDade <mcdade@votehillsborough.gov>; Lilly Rodriguez <rodriguezll@votehillsborough.gov>; Valencia Harris <vharris@votehillsborough.gov>; Marisabel Gonzalez <mgonzalez@votehillsborough.gov>
**Subject:** Petitions signed by deceased voter

Colleen,

1

Attached are the PDF files of the signed petitions by deceased voters and the Excel file with their record information. Please let me know if there is anything more you need for these.

Thank you,

Nathan A Dodd
Vote By Mail And Data Manager
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote!*

Direct: (813)612-4190    Cell: (813) 613-6181    Email: ndodd@votehillsborough.gov
**VoteHillsborough.gov** | **Connect with us and be an informed voter!**

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

2



# Shirley Anderson

*Hernando County Supervisor of Elections*

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

August 16, 2023

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL. 34601

Re: ██████████████████████

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator, ████████████

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ████
████████ dated July 7, 2023. The voter, ████████████ was marked deceased as of April 29,
2023. ███████████████████████ I have completed DS-DE 34 stating these facts.
As Supervisor of Elections, it is my duty to report potential criminal activity to the authorities.

Thank you for looking into this matter.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

P: 352.754.4125 • F: 352.754.4425 • E: elections@hernandovotes.gov • HernandoVotes.gov • Follow us on Facebook!

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**    Amendment to Limit Government Interference with Abortion

*Deceased*

**Ballot Summary:**    No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved    05/08/2023                 Serial Number    2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**    Floridians Protecting Freedom, Inc.

**Address:**    Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co

Name - Last ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Address ▇▇▇▇▇▇

City    West PMM    Zip    32411    County    Palm Beach

☐ Update my voter registration record to this address. (check box)

Registration No. ▇▇▇▇▇▇▇▇    or    Date of Birth ▇▇▇▇▇▇▇▇

Signature ▇▇▇▇▇▇▇▇    Date Signed    ▇▇ / 10 / 9 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name ▇▇▇▇▇▇▇▇    Circulator's Number ▇▇▇▇▇▇

Address ▇▇▇▇▇▇

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature ▇▇▇▇▇▇▇▇    Date Signed    1 0 / 2 1 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                 R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

Decease 6/3/22

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C...

**Name - Last** ▮▮▮▮▮▮▮▮▮▮          **Middle** _____

**Address** ▮▮▮▮▮▮▮▮

**City** U 94t (Joln  **Zip** 33477          **County** PBC

☑ Update my voter registration record to this address. (check box)

**Registratio** ▮▮▮▮▮▮▮▮▮▮▮  **te of Birth** ▮▮▮▮▮▮▮

**Signature** ▮▮▮▮▮▮▮▮  **te Signed** 7 0 / 2 8 / 2 0 2 3

...formation

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮▮▮▮          Circulator's Number ▮▮▮▮▮

**Address** ▮▮▮▮▮▮▮

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮▮▮▮          **Date Signed** 1 1 / 0 1 / 7 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:**   Amendment to Limit Government Interference with Abortion    INE Deceased 6/11/21

**Ballot Summary:**   No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  05/08/2023         **Serial Number**  2307

## Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**   Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Flori~~da~~ _____

**Name - La** _____   **Middle** _____

**Address** _____

**City** WPB        **Zip** 33401   **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]   **or**   **Date of Birth** _____

**Signature** _____   **Date Signed** [M][M] / [1][8] / [2][0][2][3]

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____   **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de_____tor's Affidavit and the facts stated in it are true.

**Signature** _____   **Date Signed** [M][M] / [1][8] / [2][0][2][3]

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

~~Deceased~~
~~3/30/23~~

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida C

**Name - Last** [redacted]     **Middle** _____

**Address** _____

**City** Lake Worth     **Zip** 33465     **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration** [redacted]     **or**   **Date of Birth** [redacted]

**Signature** [redacted]     **Date Signed** M M / 0 7 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** [redacted]     **Circulator's Number** [redacted]

**Address** _____

By my signa... tor, I verify that the petition was signed in my presence. Under penalties of perjury, I d... oing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** [redacted]     **Date Signed** M M / D 0 / 2 0 2 3

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion    *ineligible - deceased*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  05/08/2023        Serial Number  2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co

Name - Last

Address

City  BB        Zip  33631        County  21 P
                                          Palmbeach

☐ Update my voter registration record to this address. (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ]    or    Date of Birth

Signature                    Date Signed  11 / 25 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name                        Circulator's Number

Address

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature                    Date Signed  11 / 25 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

342



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

*Deceased*

**Ballot Title:** Amendment to Limit Government Interference with Abortion

*Ineligible*

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election

**Name - Last** _____ **First** _____ **le** _____

**Address** _____

**City** _____ **Zip** 33446     **County** US Palm beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ][ ]  **or  Date of Birth** _____

**Signature** _____  **Date Signed** 0 7 / 1 8 / 0 4 3

### Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 07 / 23 / 2025

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

343

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Amendment to Limit Government Interference with Abortion

*Ineligible Deceased*

**Ballot Summary:**  No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  05/08/2023          **Serial Number**  2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Floridians Protecting Freedom, Inc.

**Address:**  Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** ▮▮▮▮     **First** ▮▮▮▮     **Middle** ▮▮

**Address**

**City** VCro Beach     **Zip** 32962     **County** Indian River

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]  or  **Date of Birth**

**Signature** ▮▮▮▮     **Date Signed** 01 / 29 / 2025

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▮▮▮▮     **Circulator's Number** ▮▮

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** ▮▮▮▮     **Date Signed** 02 / 24 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

344

*/'25#2*0101-Signed by deceased*

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent or guardian before a minor has an abortion.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** Kissimmee    **Zip** 34758    **County** Osceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ] **or** **Date of Birth** _____

**Signature** _____  **Date Signed** 09 / 27 / 2043

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____          **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 09 / 27 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Amendment to Limit Government Interference with Abortion

**Ballot Summary:** No law shall prohibit, penalize, delay, or restrict abortion be~~~~ ~~~~ to protect the patient's health, as determined by the patient's ~~~~ ~~~~ment does not change the Legislature's constitutional authority t~~~~ ~~~~or guardian before a minor has an abortion.

*Deceased 5/24/2023 Per info from State*

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 05/08/2023          **Serial Number** 2307

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Floridians Protecting Freedom, Inc.

**Address:** Post Office Box 4068 Sarasota, FL 34230

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Co~~~~ ~~~~lot in the general election.

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** Kissimmee    **Zip** 34744    **County** Osceola

☐ Update my voter registration record to this address. (check box)

**Registration No.** ☐☐☐☐☐☐☐    **or    Date of Birth** _____

**Signature** _____    **Date Signed** 07 / 05 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

**Name** _____    **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** 07 / 05 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)          R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana    *Deceased/Sig Dif*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  08/23/2022          **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constit‌_____ ballot in the general elec‌_____

**Name - Last** _____  **First** _____  **Middle** _____

**Address** _____

**City** _____  **Zip** _____  **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No‌** _____  **or**  **Date of Birth** _____

**Signature** _____  **Date Signed** 01 / 16 / 2023

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____  **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____  **Date Signed** 01 / 16 / 2023

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana *Ineligible Depose*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022    **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** ~~Dade~~ Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ **or** **Date of Birth** _____

**Signature** _____ **Date Signed** 　/ 　/ 　

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** 　/ 　/ 　

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)    R1S-2.009, Fla. Admin. Code

B: 849 PBCSOE 03/2023



***Deceased***

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

December 22, 2022

*Dear Wendy,*
*My beautiful son,* ████████████

Ryan N. Smith        PSU
21443 Sweetwater Ln S
Boca Raton FL 33428

*passed tragically + unexpectedly*
*on 10/11/2016* ████ *Graduate*
Voter Registration Number: [114554659]   *He was a*
*+ the love of our life.*
Dear Ryan N. Smith :

Our office recently received a petition submitted in your name. We noted that your signature on the petition was different than the one we currently have on file for you and therefore the petition was rejected as invalid. No changes have been made to your voter registration record as a result. If you signed this petition and would like to update your current signature on your voter registration record, please fill out, and sign, the enclosed Voter Registration Application. We have included a return envelope for your convenience. We use your most recent signature on record to verify your identity on petitions, provisional ballots, Vote-by-Mail ballots, and other incoming correspondence.

If you did not sign this petition and would like to file a complaint, please fill out the enclosed Petition Complaint Form and return it to our office. Please include your contact information in case we need to reach out to you for any additional information.

Thank you in advance for your response to this notification. If you have any questions, please contact our office at (561) 656-6200. We look forward to serving you!

Respectfully,

*Wendy Sartory Link*

Wendy Sartory Link
Supervisor of Elections Palm Beach County

Enclosures
Petition Signature Update

*This petition that you*
*said was recently Submitted was*
*Fraud.* ████████ *mom of* ████████

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B: 980

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 08/23/2022          **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election

**Name - Last** ▇▇▇   **First** ▇▇▇   **Middle** ▇▇▇

**Address** ▇▇▇

**City** ▇▇▇   **Zip** ▇▇▇   **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** ▢▢▢▢▢▢▢▢▢   or   **Date of Birth** ▇▇▇

**Signature** ▇▇▇   **Date Signed** [ 1 1 ] / [ 0 9 ] / [ 2 0 2 2 ]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** ▇▇▇   **Circulator's Number** ▇▇▇

**Address** ▇▇▇

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I de▇▇▇ ▇▇▇ Affidavit and the facts stated in it are true.

**Signature** ▇▇▇   **Date Signed** [ 1 1 ] / [ 0 9 ] / [ 2 0 2 2 ]

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.186, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code

E: 34

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**  Adult Personal Use of Marijuana    *sign diff*

**Ballot Summary:**  Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**  06/23/2022          **Serial Number**  2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** | M | N | / | 0 | 9 | / | 2 | 0 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declar[...] Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** | N | 9 | / | 0 | 9 | / | 2 | 0 | 2 | 2 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                   R1S-2.009, Fla. Admin. Code

351



*Craig Latimer*
**Supervisor** *of* **Elections**
Our Vision: To be the best place in America to vote

GOVERNOR'S
STERLING
AWARD
RECIPIENT

# Hillsborough County
# Deceased Voter
# Amendment Initiative Petition  Submissions

Amendment Title:   **Adult Personal Use of Marijuana**

Serial#:  **22-05**

Total Deceased Submissions: _____

VoteHillsborough.gov ★ (813) 744 - 5900
Fred B. Karl County Center    |    Robert L. Gilder Elections Service Center
601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602    2514 N. Falkenburg Rd., Tampa, FL 33619
See website for regional office locations.

352



HCSOE Received 2/6/2023

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

| Date Approved | 08/23/2022 | Serial Number | 2205 |
|---|---|---|---|

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312          *813*

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name – Last _____  First _____  Middle _____

Address _____

City _____  Zip _____  County  **Hillsbrough**

☐ Update my voter registration record to this address. (check box)

Registration No. _____  or  Date of Birth _____

Signature _____  Date Signed  |8|4| / |1|5| / |8|6|2|5|

## Paid Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

### Paid Petition Circulator's Affidavit

Name _____  Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____  Date Signed  |0|4| / |1|7| / |2|0|2|3|

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 19SB (10-2021)                                      R1S-2.009, Fla. Admin. Code





HCSOE Received 4/3/2023

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

## Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

| Date Approved | 08/23/2022 | Serial Number | 2205 |

## Sponsor's Information (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

| Name - Last | First | Middle |
| --- | --- | --- |

| Address |
| --- |

| City/ | Zip | County | or | Date of Birth |

☐ Update my voter registration record to this address. (check box)

| Registration No. | | Date Signed | M M / D D / 2 0 2 3 |

| Signature |

## Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

| Name | Circulator's Number |

| Address |

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

| Signature | Date Signed | 0 4 / 0 0 / 2 0 2 3 |

## Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign this same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 1956 (10-2021)    R1S-2.009, Fla. Admin. Code

357

HCSOE Received 5/4/2023



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022    **Serial Number** 2205

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

*(Return all completed petition forms to the address below.)*

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____

☐ Update my voter registration record to this address. *(check box)*

Registration No. _____ or _____ Date of Birth _____

Signature _____ Date Signed 0 4 / 1 7 / 2 0 2 3

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____ Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____ Date Signed 0 4 / 1 7 / 2 0 2 5

### Attention

• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. (§104.185, F.S.)
• An improperly completed form will not be validated.

DS-DE 15SB (10-2021)    R1S-2.009, Fla. Admin. Code

358



## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

HCSOE Received 5/15/2023

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved  08/23/2022        Serial Number  2205

**Sponsor's Information** (Return all completed petition forms to the address below)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

Name - Last _____  First _____  Middle _____

Address _____

City _____  Zip _____  County _bilbborough_

☐ Update my voter registration record to this address. (check box)

Registration No. _____   or   Date of Birth _____

Signature _____   Date Signed  [0][4] / [0][0] / [2][0][2][3]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

Name _____         Circulator's Number _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____         Date Signed  [0][4] / [1][8] / [2][0][2][3]

**Attention:**

A petition that does not contain the original signature of the voter will not be valid and will not be submitted to the Supervisor of Elections. It is a first degree misdemeanor for knowingly signing the same petition more than once. [104.185, F.S.]. An improperly completed form will not be validated.

DS-DE 19SB (10-2021)                    R19-2.009, Fla. Admin. Code

359

Appendix D: Sampling of Supervisors of Elections Complaints

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

PERSON BRINGING COMPLAINT

Name  William "Bill" Keen, Sumter Supervisor of Elections    Day Phone 352-569-1540    Evening Phone ___

Address 7375 Powell Road, Suite 125    City Wildwood

County Sumter    State Florida    Zip Code 34785

E-mail Address electioninfo@sumtercountyfl.gov

PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ███████████████    Work Phone _____

Paid Petition Circulator # ███████    Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address ████████████████    City ██████████

County ███████████    State ████    Zip Code ████████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☐ Yes | ☑ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

▓▓▓▓▓▓▓ Circulator # ▓▓▓▓▓▓▓ serving as a Paid Petition Circulator, presented 114 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by ▓▓▓▓▓▓▓ or these 114 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by ▓▓▓▓▓▓▓▓

☑ Check here if additional pages or documents are attached.

_____    8-14-2023
Signature of complainant              Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name William "Bill" Keen, Sumter Supervisor of Elections    Day Phone 352-569-1540    Evening Phone _____

Address 7375 Powell Road, Suite 125    City Wildwood    Zip Code 34785

County Sumter    State Florida

E-mail Address electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ███████████    Work Phone _____

Paid Petition Circulator # ███████    Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address ████████████████    City ███████

County ██████    State ████    Zip Code ███████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ | |
| Office of Statewide Prosecution | | ✓ |
| Florida Department of Law Enforcement | | ✓ |
| Florida Elections Commission | | ✓ |
| Florida Commission on Ethics | | ✓ |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

_____, Circulator # _____ serving as a Paid Petition Circulator, presented 26 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by _____ for these 26 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by _____. Please note that _____ (Paid) Petition Circulator # _____ signed two times as the circulator on _____ petitions.

✓ Check here if additional pages or documents are attached.

_____          11-16-2023
Signature of complainant          Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:     Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name: William "Bill" Keen Sumter Supervisor of Elections     Day Phone: 352-569-1540     Evening Phone:

Address: 7375 Powell Rd., Suite 125     City: Wildwood

County: Sumter     State: Florida     Zip Code: 34785

E-mail Address: electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: ▮▮▮▮▮▮▮▮▮▮▮▮     Work Phone:

**Paid Petition Circulator#** ▮▮▮▮▮     Initiative Sponsor: Floridians Protectin Freedom, Inc

*Person's title of office or position held or sought if applicable*     Name of Governmental Office or Private Entity/Office

Address: ▮▮▮▮▮▮▮▮▮     City: ▮▮▮

County: ▮▮▮     State: ▮▮     Zip Code: ▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

DS-DE #34 (rev. 07/2016)     Page 1     Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 F.S. Knowingly signing more than once; signing another persons name or a

fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

While verifying petitions, the signatures on several forms submitted did not match. We

believe the petitions were not signed by the voters.  These were completed by a paid petition

cirulator.

☑ Check here if additional pages or documents are attached.

_____    *12-14-2023*
Signature of complainant         Date Signed

**William "Bill" Keen**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name   William "Bill" Keen, Sumter Supervisor of Elections    Day Phone   352-569-1540    Evening Phone _____

Address   7375 Powell Road, Suite 125    City   Wildwood    Zip Code   34785

County   Sumter    State   Florida

E-mail Address   electioninfo@sumtercountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name   ███████████    Work Phone _____

Paid Petition Circulator # ██████    Initiative Sponsor: Floridians Protecting Freedom, Inc.

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address ███████████    City ██████

County ███████    State ████    Zip Code ██████

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ✓ No |
| Florida Department of Law Enforcement | ☐ Yes | ✓ No |
| Florida Elections Commission | ☐ Yes | ✓ No |
| Florida Commission on Ethics | ☐ Yes | ✓ No |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Section 104.185 Fla. Stat.: Knowingly signing more than once; signing another person's name or a fictitious name.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

_____, Circulator # _____ serving as a Paid Petition Circulator, presented 11 petitions for a proposed Constitutional Amendment titled "Amendment to Limit Government Interference with Abortion." This initiative is sponsored by Floridians Protecting Freedom, Inc., located at Post Office Box 4068, Sarasota, FL 34230. However, upon review, it was discovered that the petition signatures provided by _____ for these 11 voters differ from the signatures on record for these individuals at the Sumter County Supervisor of Elections office.

Moreover, a number of these petitions contain misspelled names, incorrect Date of Birth entries, and address numbers that have been inadvertently transposed. The execution of the Paid Petition Circulators Affidavit was carried out by _____

☑ Check here if additional pages or documents are attached.

Signature of complainant _____     11-16-2023
Date Signed

William "Bill" Keen, Sumter Supervisor of Elections
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                     Page 2                     Rule 1S-2.025, F.A.C.



# Shirley Anderson

*Hernando County Supervisor of Elections*

16264 Spring Hill Drive
Brooksville, FL 34604
P: 352.754.4125 • F: 352.754.4425

November 1, 2023

William Gladson
Office of State Attorney
Fifth Judicial Circuit
110 NW First Avenue, Suite 5000
Ocala, FL 34475

RE: Suspicious Signatures 23-07, Petition Circulator # █████████

Dear Mr. Gladson:

Please see enclosed documentation from PCI Consultants regarding sixteen initiative petitions that were forwarded to my office as suspicious. All petitions were collected by █████████, circulator # ██████ PCI Consultants informed us they had fired this individual. In addition, we are enclosing another nineteen petitions from my office that were processed as "Bad".

We have handled these petitions with a glove to avoid corrupting any forensic evidence you may need to pull. We are placing them in a protective sleeve to further protect the integrity of these original documents.

Please contact me if you need additional information.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

**PCI**

CONSULTANTS, INC

RECEIVED

OCT 3 0 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Batch#12

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800

Phone: 805-370-0200

## *SUSPICIOUS SIGS*
## *23-07 SIGNATURE SUBMISSION*

10/31/23
9:46

ATTN: Coleen Padham

TO: **HERNANDO** County Supervisor of Elections

RE: Amendment to Limit Government Interference with Abortion
23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent. We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
| ████ | ████ | 16 |
| ████ | ████ | 19 |
| | | |
| | TOTAL: | 16 35 |

RECEIVED

OCT 2 3 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us. Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:  (805) 370-0200
Cell: (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name: Dixie County Supervisor of Elections Office

Day Phone:

Evening Phone:

Address:

City:

County: Dixie

State: Florida

Zip Code:

E-mail Address:

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: [redacted]

Work Phone:

Paid Petition Circulator
*Person's title of office or position held or sought if applicable*

Floridians Protecting Freedom, Inc.
*Name of Governmental Office or Private Entity/Office*

Address: [redacted]

City: [redacted]

County:

State: [redacted]

Zip Code: [redacted]

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Fraudulent Signatures on Initiative Petitions

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

☐ Check here if additional pages or documents are attached:

/s/ STAFF PREPARED
_____
Signature of complainant                          Date Signed

_____
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A547
Date: 2024-01-30
Intake method: E-mail
Referral entity name, if applicable: Dixie County Supervisor of Elections Office
Entity point of contact, if applicable:

DS-DE #34 (rev. 07/2016)                          Page 2                          Rule 1S-2.025, F.A.C.

**McVay, Brad R.**

| | |
|---|---|
| From: | Darlington, Andrew |
| Sent: | Thursday, November 16, 2023 10:49 AM |
| To: | McVay, Brad R. |
| Subject: | FW: Initiative Petition 2307 |
| Attachments: | Circulator ███ .pdf; Circulator ███ .pdf; Circulator ███ .pdf |

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Maureen Baird <MBaird@votecitrus.gov>
**Sent:** Wednesday, November 15, 2023 5:32 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Initiative Petition 2307

---

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

---

Andrew,

Below is an email from my staff concerning potential fraudulent initiative petitions. Please take a look at the email below and the attachments. Can you give me a call at your earliest convenience? As always, thank you for your help.

Attached are three PDF files, one for each circulator, for Petition 2307 (Amendment to Limit Government Interference with Abortion) that contain invalid voter signatures. These three circulators were first identified by the Sponsor as having potentially fraudulent petitions. Upon validation of the petitions, they were all found to be invalid. Some of these circulators had petitions in several batches and the petitions from all the batches are included.

Summary:

| Circulator | Valid | Invalid | Totals by Circulator |
|---|---|---|---|
| ███ | 0 | 8 | 8 |
| ███ | 0 | 16 | 16 |
| ███ | 0 | 11 | 11 |

1

*Thank you,*
*God Bless America 2023,*

*Mo*

**Maureen 'Mo' Baird, CERA, MFCEP**
**Supervisor of Elections**
**Citrus County**
**Supervisor of Elections Office**

*BE AN INFORMED VOTER!*

**Physical Address:** 1500 N Meadowcrest Blvd Crystal River, FL 34429
**Mailing Address:** PO Box 1870 Lecanto, FL 34460
**Phone:** 352-564-7120
**Fax:** 352-564-7121
**Website**: www.votecitrus.gov
**Email:** mbaird@votecitrus.gov



*The Citrus County Supervisor of Elections Office is a public entity subject to Chapter 119 of the Florida Statutes concerning public records. E-mail messages are covered under such laws and thus subject to disclosure.  Under Florida law, **e-mail addresses are public records**.  If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing. – F.S. 668.6076*

*La Oficina de la Supervisora Electoral del Condado de Citrus es una entidad pública sujeta al Capítulo 119 de los Estatutos de Florida sobre registros públicos. Los mensajes de correo electrónico están contemplados conforme a estas leyes y, por lo tanto, están sujetos a su divulgación.  De acuerdo con la ley de Florida, **las direcciones de correo electrónico son registros públicos**.  Si no quiere que su dirección de correo electrónico se divulgue en respuesta a una solicitud de registros públicos, no envíe correos electrónicos a esta entidad.  En lugar de eso, comuníquese con esta oficina por teléfono o por escrito. – Estatuto de Florida (Florida Statute, F.S.) 668.6076*

2

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Smith, Matt <masmith@votepinellas.gov> |
| **Sent:** | Wednesday, September 27, 2023 2:56 PM |
| **To:** | White, Jewel; The Office of Election Crimes and Security; Darlington, Andrew; Renney, Brooke; Chance, Betsy H. |
| **Cc:** | Matthews, Maria I.; McVay, Brad R.; Van de Bogart, Joseph; Marcus, Julie; Gillette, Marc; Chase, Dustin; Pena-Rosado, Alex |
| **Subject:** | OECS / State Attorney referral: ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ potential circulator fraud - Initiative Petition - Floridians Protecting Freedom - Amendment to Limit Government Interference with Abortion |
| **Attachments:** | SKM_C450i23092714421.pdf |

---

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

---

Ms. Renney and Mr. Van de Bogart —

On August 9 and 11, 2023, our staff processed the attached petitions submitted by ▮▮▮▮▮▮▮▮▮ (Circulator Registration Number ▮▮▮) and ▮▮▮▮▮▮ (Circulator Registration Number ▮▮▮). Our records indicate ▮▮▮▮▮▮▮ and ▮▮▮▮▮ are paid petition circulators with Floridians Protecting Freedom, Inc. – Amendment to Limit Government Interference with Abortion 23-07.

We have reason to believe there is potential fraud with the attached petitions. The two petitions received a disposition of "Signature Different" due to signature mismatch. The petitions were purportedly signed by ▮▮▮▮▮▮▮▮▮▮ were sent signature update letters. Upon receiving her letter, ▮▮▮▮ called our office to inquire why the letter was sent. It was explained that we received a petition that she purportedly signed that was rejected due to the signature not matching our records. ▮▮▮ stated that she did not remember signing the petition, and stated that ▮▮▮ avoid signing petitions. ▮▮▮ asked if ▮▮▮ could view the petitions in person. On September 8, 2023, at approximately 11 a.m., ▮▮▮▮▮ came to our office and identified themselves by presenting their Florida Driver Licenses. After viewing the petitions, ▮▮▮▮▮ affirmatively stated neither the signatures nor handwriting was theirs, and the petitions were completed without their knowledge.

Attached are copies of the initiative petition forms and the Circulator Batch Rollup for ▮▮▮▮▮▮▮ and ▮▮▮▮▮. For petition 23-07, over half of each circulator's petitions were deemed invalid by staff.

Today, September 27, 2023, we left a phone message for Mr. Raymer Maguire, Chairperson, and Gloria Maggiolo, registered agent / treasurer for Floridians Protecting Freedom, Inc., to notify them of the potential fraud. We informed both that we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at (727) 464-5751. If you have any legal questions, please contact Ms. White at (727) 464-3354.

Thanks,

Matt Smith
General Counsel

1

375

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

Florida has a comprehensive public records law.  Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request.  Therefore, this email and any you sent that generated this response may be subject to public disclosure.

3

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Colleen O'Brien <cobrien@votehillsborough.gov> |
| **Sent:** | Wednesday, December 27, 2023 2:31 PM |
| **To:** | McVay, Brad R. |
| **Subject:** | FW: Potentially Fraudulent Petitions |
| **Attachments:** | Petitions - Mismatched Signatures.pdf; Excel Detail - Mismatched Signatures.xlsx |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

fyi

Colleen O'Brien
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285     Cell: (813) 765-0529     Email: cobrien@votehillsborough.gov
VoteHillsborough.gov | Connect with us!

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

**From:** Colleen O'Brien
**Sent:** Wednesday, December 27, 2023 2:29 PM
**To:** oecs@dos.myflorida.com
**Subject:** Potentially Fraudulent Petitions

Good afternoon,

Please find attached copies of potentially fraudulent initiative petitions submitted to our office, along with a corresponding Excel spreadsheet containing additional details.

Column L in the spreadsheet contains an office-originated reason code for having pulled these particular petitions. The column contains either a "1" or a "2." A "1" in the L column indicates that the circulator was identified by the organization as potentially having submitted fraudulent petitions and that the signature in question did not match the voter signature on file. A "2" in the L column indicates that our office reviewed the signature in question (without receipt of information pertaining to the circulator from the organization) and it clearly did not match the voter signature on file.

Thank you for your assistance. If you have any questions or need any additional information, please let me know.

1

Sincerely,

Colleen O'Brien
General Counsel
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote*

Direct: (813) 574-1285    Cell: (813) 765-0529    Email: cobrien@votehillsborough.gov
**VoteHillsborough.gov  |  Connect with us!**

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

---

Please note: Florida has a very broad public records law. Written communications to or from the Supervisor of Elections regarding business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail address and message may be subject to public disclosure.

2

**Lukacs, Cheyenne K.**

| | |
|---|---|
| From: | Lucy Melendez <Lucy.Melendez@ocfelections.gov> |
| Sent: | Wednesday, August 2, 2023 5:32 PM |
| To: | The Office of Election Crimes and Security; McCormick, Daryl |
| Cc: | Matthews, Maria I.; Marconnet, Amber; Cowles, Bill; Donna Coffee-Clark; Marisa Crispell |
| Subject: | Petition - Possible Fraud-Late Submissions |
| | |
| Categories: | Pending |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Inspector McCormick,

Please find on the link below 32 petition signatures received for Initiative 23-07 by Circulator ▮▮▮ where all **had issues with signatures**. You will find the copy of the signature of record following each petition submitted.

☒ IP23-07.13_BADSIG ▮▮▮ 32.pdf

Please find on the link below 5 petition signatures received for Initiative 23-05 by Circulator ▮▮▮ where all **had issues with signatures**. You will find the copy of the signature of record following each petition submitted.

☒ IP22-05.20_BADSIG ▮▮▮ 5.pdf

22-05 - Petitions received on 5/03/2023 **electronic signatures** for the voter and circulator.  Petitions not processed as valid.

☒ 22-05ElectronicallySignedPetitions ▮▮▮ 30.pdf

Petitions received **after 30 days of voter signing** -

☒ 22-01Over30Days_Rcvd_2023.06.20.pdf

☒ 22-02Over30Days_Rcvd_2023.06.14.pdf

☒ 22-02Over30Days_Rcvd_2023.07.24_211.pdf

☒ 23-07Over30Days_Rcvd_July 10.pdf - Some signed by circulator after voter signature date

Please let me know if you may need any additional information or if I may need to send this information to another department.

Kind Regards,

Lucy

**Lucy Melendez**
**Voter Registration Systems Manager**
**Orange County Supervisor of Elections**
o: 407-836-2070 | d: 407-254-6531
w: www.ocfelections.gov

1

Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov
Find us on *Facebook* ~ Follow us *@VotePinellas*

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076*
*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076*

2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name: Flagler County SOE    *remove redact*

Day Phone:    Evening Phone:

Address:    City:

County: Flagler    State: Florida    Zip Code:

E-mail Address:

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT** (limit one person/entity per form)

Name: ███████████    Work Phone:

Paid Petition Circulator    Floridians Protecting Freedom, Inc.
*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address: ███████████    City: ███████

County:    State: ███████    Zip Code: 32174

Have you filed this complaint with the (check all that apply):

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint.

Fraudulent Signatures

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Check here if additional pages or documents are attached: ☐

/s/ STAFF PREPARED
_____
Signature of complainant                    Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A553
Date: 2024-01-31
Intake method: E-mail
Referral entity name, if applicable: Flagler County Supervisor of Elections
Entity point of contact, if applicable:

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.



# Shirley Anderson
## *Hernando County Supervisor of Elections*

20 N. Main St. • Rm. 165
Brooksville, FL 34601
352-754-4125

January 22, 2024

William Gladson
State Attorney
20 N. Main St, Room 400
Brooksville, FL 34601

Re: ▮▮▮▮▮▮▮, Paid Circulator # ▮▮▮▮

Dear Mr. Gladson:

Please see enclosed documentation regarding the above-named paid circulator, ▮▮▮▮▮▮▮

Floridians Protecting Freedom, Inc. submitted an initiative petition that was gathered by ▮▮▮
▮▮. The voter, ▮▮▮▮▮▮▮, filed a DS-DE 153, a complaint against ▮▮▮▮▮▮

Thank you for looking into this matter.

Sincerely,

Shirley Anderson
Hernando County Supervisor of Elections

P: 352.754.4125 • F: 352.754.4425 • E: elections@hernandovotes.gov • HernandoVotes.gov • Follow us on Facebook!

383

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Vicki Davis <vdavis@martinvotes.gov> |
| **Sent:** | Thursday, June 6, 2024 10:31 AM |
| **To:** | McVay, Brad R.; Bliss, Ryan |
| **Cc:** | Dent, Debbie |
| **Subject:** | RE: Follow-up re: initiative fraud |

## EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Thanks, Brad for the follow-up email and Congratulations Ryan on your recent promotion. Debbie Dent, Chief Deputy, and I look forward to working with you on this case. One of my employees and her husband confirmed they know who is the circulator is, however, they did not fill out or sign the petitions in question.

Please feel free to contact me or Debbie at any time. For your records, my direct number is ████████ and my cell is ██████████.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
    Certified Election Registration Administrator (CERA)
    Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.        **Important Dates to Remember:**
Stuart, FL 34994                            **Primary Election – August 20, 2024**
772-288-5637 office                         **General Election – November 5, 2024**
772-288-5765 fax
www.MartinVotes.gov



*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Thursday, June 6, 2024 10:22 AM
**To:** Vicki Davis <vdavis@martinvotes.gov>; Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Debbie Dent <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

Thanks, Vicki. Appreciate your efforts and I look forward to working with you and FDLE on this matter.

1

I heard back from the Chief of Investigations this AM and he confirmed the subject has not yet been arrested but the warrant is active. ████████ is the case agent assigned to the file, but I understand he was just recently promoted so he may be moving off the case in the near future at which time a new case agent will be assigned. In the meantime, ████████ is the point of contact on the case and his number is ████████. I have also included him on this email.

████ SOE Davis is the referral source for the Martin County allegations. I believe at least one of her staff members was victimized by this individual. SOE Davis asked me for an update on the case and I spoke to ████████ and he provided your contact information to pass along to the Supervisor.

As always, feel free to reach out to me with any questions or concerns.

Thanks,
Brad

**From:** Vicki Davis <vdavis@martinvotes.gov>
**Sent:** Thursday, June 6, 2024 7:40 AM
**To:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Cc:** Dent, Debbie <debbied@martinvotes.gov>
**Subject:** RE: Follow-up re: initiative fraud

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Good Morning Brad,

Thank you for the for the update on the initiative petition investigation. I appreciate it and look forward to working with you and the investigator from FDLE.

Best,
Vicki

*Vicki Davis*
Martin County Supervisor of Elections
 Certified Election Registration Administrator (CERA)
 Master Florida Certified Election Professional (MFCEP)

135 SE Martin Luther King, Jr. Blvd.          **Important Dates to Remember:**
Stuart, FL 34994                              **Primary Election – August 20, 2024**
772-288-5637 office                           **General Election – November 5, 2024**
772-288-5765 fax
www.MartinVotes.gov



2

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.fl.gov>
**Sent:** Wednesday, June 5, 2024 10:49 PM
**To:** Vicki Davis <vdavis@martinvotes.gov>
**Subject:** Follow-up re: initiative fraud

SOE Davis,
It was nice to see you at the FSE Conference. An arrest warrant has been issued for the petition circulator you referred us who was forging abortion petitions in your county. I don't believe the subject has been located/arrested yet, but there is an active felony warrant outstanding. I believe the initial warrant is based on five felony counts and my understanding is that some, possibly all, of those individual victims are Martin County residents. I know you had hundreds of potential fraudulent petitions, so I don't know whether they plan to add more charges as investigation unfolds or what the plan is. I do have an email out to the head of investigations at FDLE requesting the contact info for the agent running point on the case. I told him that you reached out to me and may have some questions about the case. I will forward you the FDLE case agent contact info as soon as I receive and you can get the most up to date information from him. I will forward you any additional updates i receive on the case as well. I will be in touch soon.


Brad


Get Outlook for iOS

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Monday, December 11, 2023 8:37 AM |
| **To:** | Darlington, Andrew; McVay, Brad R. |
| **Subject:** | FW: Another Petition Circulator |
| **Attachments:** | ▮▮▮▮ #▮▮▮▮ - signed by circulator.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Can one of you send me a copy of ▮▮▮▮▮▮ petition circulator application? Circulator number ▮▮▮▮.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Elections Crime Unit Complaints
**Sent:** Friday, December 8, 2023 10:50 AM
**To:** Graff, Adam <AdamGraff@fdle.state.fl.us>
**Cc:** Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Another Petition Circulator

Adam,
Please initiate a case on the attached complaint and call me to discuss on Monday.

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations

1

387

Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119. F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kemie Mahan <Kemie.Mahan@ClayElections.gov>
**Sent:** Wednesday, November 15, 2023 8:17 AM
**To:** Bisplinghoff, Dave <Bispling@coj.net>
**Cc:** Elections Crime Unit Complaints <ECUComplaints@fdle.state.fl.us>
**Subject:** Another Petition Circulator

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Dave,

I have another petition circulator that we suspect has submitted fraudulent petitions. I have attached scans of the petitions we found. Please let me know if I can provide additional information.

Circulator ███████ ║ - 31 petitions. We suspect the petitioner entered most, if not all, of the information. Petition signatures are not a match with signatures in the voter record.

Thank you,
*Kemie Mahan, CERA, MFCEP*
Voter Services Manager/Candidate Qualifying Officer
Clay County Elections Office
P.O. Box 337 | 500 North Orange Ave.
Green Cove Springs, FL 32043
(904)269-6350 Phone
(904)284-0935 Fax

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. The information contained in this email and/or attachment(s) may be confidential and intended solely for the use of the individual or entity to whom it is addressed. This email and/or attachment(s) may contain material that is privileged or protected from disclosure under applicable law. If you are not the intended recipient or the individual responsible for delivering to the intended recipient, please notify sender immediately by telephone to obtain instructions as to whether information in this email and/or attachment(s) is confidential and privileged or protected from disclosure under applicable law.

2

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Darlington, Andrew |
| **Sent:** | Wednesday, December 6, 2023 2:44 PM |
| **To:** | Sousa, Karen |
| **Subject:** | RE: Questionable Signatures Petition 23-07 |

Please send us all petitions where you at least get confirmation that the voter did not sign them. Feel free to call me to discuss further if you want.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 2:43 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Questionable Signatures Petition 23-07

---

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

I had one voter who called but did not want to complete the form from the state. These are petitions that when we are verifying do not match the signature on file but they have some of the same characteristics within the signatures submitted by the petitioner. A lot of times voters do not want to file a complaint as long as the petition does not count. I was sending these to you as we noticed similarities in signatures by petitioner.

Let me know if you would like me to continue to send these or hold them until a voter files a complaint.

Thank you,

Karen Sousa

MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

Flagler County Elections Office
1769 E. Moody Blvd., Bldg. 2, Ste. 101
PO Box 901
Bunnell, FL 32136
(386) 313-4170

1

Florida has a comprehensive public records law. Unless the information is subject to a specific statutory exemption, written communications to or from county officials constitute public records and are available to the public and media upon request. Therefore, this email and any you sent that generated this response may be subject to public disclosure.

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Wednesday, December 6, 2023 1:05 PM
**To:** Sousa, Karen <ksousa@flaglerelections.gov>
**Cc:** Office of Election Crimes and Security <OECSComplaints@dos.myflorida.com>
**Subject:** Re: Questionable Signatures Petition 23-07

Hello,

Do you have documentation? Have you received notices from voters that they didn't sign petitions? Please help me identifying the actual allegation in any way you can. Please feel free to email all complaints to the CC'd email address.

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** ksousa@flaglerelections.gov <ksousa@flaglerelections.gov>
**Sent:** Wednesday, December 6, 2023 12:05:24 PM
**To:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Questionable Signatures Petition 23-07

EMAIL RECEIVED FROM EXTERNAL SOURCE

Mr. Darlington,

Flagler County has come across some additional petitions and circulators that are questionable.



Thank you,

Karen Sousa
MFCEP
Candidate Coordinator, Deputy Supervisor of Elections

2



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

    *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**Send Date: 3/3/2023**
**EFCID: 23-08**
**ECID: 3094**
**INDIVIDUAL ALLEGED:** ████████
**COMPLAINANT: Katrina Hall, Sumter County Supervisor of Elections Office**

To Whom It May Concern,

    Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 23-08) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.

    Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C:

    The complainant alleges that ████████ paid petition circulator number ████ sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana," submitted a fraudulent petition for Sumter County voter, ████████ In the referral e-mail, Katrina Hall stated:

Office of Election Crimes & Security
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

391

"When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign[ed] any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter)."

I spoke with Katrina Hall via phone call. She identified ██████████████ as being one of the four voters who appeared in-office to report that she did not complete the filed petition. ██████ █████ has not since returned a completed DS-DE 153 "Complaint Against Petition Circulator" form to the Supervisor of Elections office as recommended and provided by Katrina Hall.

Additional records supplied by the Florida Division of Elections currently show a total of 1,074 "valid" or verified submitted petitions to 431 "invalid" or unverified submitted petitions recorded for the alleged. Further preliminary investigation revealed that the alleged, ████████████ is not a registered voter in the state, nor does the alleged have a record under this name or the self-reported permanent address in the Driver and Vehicle Information Database.

Upon further investigation, the OECS has reason to believe, per the evidence provided in the enclosed "complete preliminary investigation case file" (ECID 3094) that the following violation(s) appear(s) to have occurred:

- 104.011-- False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185-- Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155-- Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568-- Criminal use of personal identification information.
- 817.569-- Criminal use of a public record or public records information; providing false information; penalties.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com appraised of further action, assignment, and outcomes associated with this referral (ECID 3094), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Sincerely,

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State

With Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete preliminary investigation case file packet.

cc: Brady McVay, Counsel to OECS; Kalen Mercer, Inspector Specialist, OECS; Mark Mitchell, Special Agent Supervisor, FDLE

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

---

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

## PERSON BRINGING COMPLAINT

Name    Katrina Hall

Address    7375 Powell Rd. #125

County    Sumter County

E-mail Address    Katrina.Hall@sumtercountyfl.gov

Day Phone    352-569-1540       Evening Phone

City    Wildwood

State    FL       Zip Code    34785

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name    Vs. Multiple

Work Phone

*Person's title of office or position held or sought if applicable*

Address

County                            State

*Name of Governmental Office or Private Entity/Office*

City

Zip Code

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ☐ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☐ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)                Page 1                Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

_____

_____

_____

_____

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter – The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex: ██████████ listed as the Paid Petition Circulator and it is signed by ██████████

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

5. We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6. Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,

Katrina Hall, MFCEP

☐ Check here if additional pages or documents are attached.

Prepared by: Cheyenne.L                              2/14/2023

_____          _____
Signature of complainant               Date Signed

_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

**Lukacs, Cheyenne K.**

| | |
|---|---|
| **From:** | McVay, Brad R. |
| **Sent:** | Friday, February 10, 2023 10:26 PM |
| **To:** | Hall, Katrina; Matthews, Maria I. |
| **Subject:** | Re: 22-05 ADULT USE OF MARIJUANA Initiative |

Katrina,
That is fine with me re: file transfer utility. A detailed email would be very helpful.

Maria, is it possible for someone at Division to pull these documents down off of the file utility or get me access to the utility?

Thx

Sent from my iPhone

On Feb 10, 2023, at 2:23 PM, Hall, Katrina <Katrina.Hall@sumtercountyfl.gov> wrote:

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Brad –

Yes, we would love to provide you copies of the petitions in question; would it be okay to upload through the File Transfer Utility? Also, if we upload through the File Transfer Utility would it be helpful to send a detailed email explaining the petitions? We want to be as helpful as possible.

Thank you for your quick response,



**Katrina Hall, MFCEP**
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records re do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 9:41 AM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
Thank you for following-up. Good timing. I called FDLE Supervisor yesterday evening and this was one of the topics on my list to discuss. I left voicemail, but expect to hear back from FDLE this morning and I also have a meeting scheduled with them next week on 2/14. It would be helpful if we (OECS) had copies of the petitions before that meeting. Whatever is the easiest in terms of delivery – works for me. Maria, I don't know if you also want copies or have any suggestions?

1

To answer your other question – yes, moving forward, please continue to report this type of activity to OECS. We will make sure it gets assigned to the correct FDLE agent and we will also work closely with the Statewide Prosecutors to see to it they have the documentation and information they need to bring formal charges. And again, as it relates to the uploading of petitions – whatever works best for you, works for us.

As soon as I get a name of the FDLE agent assigned to the matter – I will introduce the two of you through email so that if they have additional questions or need additional documentation, they have a contact at the SOE office.

**Brad McVay**
General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone: 850-245-6511

Note: This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State. Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law. Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption. Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Friday, February 10, 2023 9:12 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Good Morning –

I was looking to see if we have an update to my email below from February 1.

Thank you,



**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax: 352-569-1541
https://Elections.SumterCountyFl.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques not send electronic mail to this entity. Instead, contact this office by phone or in writing.

2

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Wednesday, February 1, 2023 4:48 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,

I am looping in the Office of Election Crimes and Security.

They will provide you the guidance you need to submit complaints about fraudulent activity.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State

**From:** Initiatives <Initiatives@dos.myflorida.com>
**Sent:** Wednesday, February 1, 2023 4:27 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Amber/Maria,

Please advise on below request.

Thank you,

Susan E. Bush
Regulatory Specialist III
Division of Elections DOS
850-245-6219 Phone
850-245-6218 Fax

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Wednesday, February 1, 2023 3:29 PM
**To:** Initiatives <Initiatives@dos.myflorida.com>
**Subject:** 22-05 ADULT USE OF MARIJUANA Initiative
**Importance:** High

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA Initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the

3

398

signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter - The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex. ███████ is listed as the Paid Petition Circulator and it is signed by ███████.

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

5. We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6. Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,

**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCounty.FL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security

4

awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Lukacs, Cheyenne K.**

| | |
|---|---|
| **From:** | Marconnet, Amber |
| **Sent:** | Monday, February 13, 2023 12:09 PM |
| **To:** | Matthews, Maria I. |
| **Cc:** | McVay, Brad R.; Brown, Toshia |
| **Subject:** | RE: 22-05 ADULT USE OF MARIJUANA Initiative |

Brad,

The Sumter files have been placed in the OEC folder here.

Thank you,

*Amber Marconnet*
Division of Elections, Assistant Director
R.A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6224

**From:** Marconnet, Amber
**Sent:** Monday, February 13, 2023 11:39 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Leonor doesn't have access to the file transfer utility.

I will get these pulled down.

Thank you,

*Amber Marconnet*
Division of Elections, Assistant Director
R.A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6224

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Sunday, February 12, 2023 3:22 PM
**To:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>
**Subject:** FW: 22-05 ADULT USE OF MARIJUANA Initiative

Please pull these documents for Brad and place them in a shared drive folder. Thanks.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 10:26 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** Re: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
That is fine with me re: file transfer utility. A detailed email would be very helpful.

Maria, is it possible for someone at Division to pull these documents down off of the file utility or get me access to the utility?

Thx

Sent from my iPhone

1

**401**

On Feb 10, 2023, at 2:23 PM, Hall, Katrina <Katrina.Hall@sumtercountyfl.gov> wrote:

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Brad –

Yes, we would love to provide you copies of the petitions in question; would it be okay to upload through the File Transfer Utility? Also, if we upload through the File Transfer Utility would it be helpful to send a detailed email explaining the petitions? We want to be as helpful as possible.

Thank you for your quick response,

**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFl.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques
send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Sent:** Friday, February 10, 2023 9:41 AM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>; Matthews, Maria I.
<Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; Marconnet, Amber
<Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <Initiatives@dos.myflorida.com>; Office of
Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,
Thank you for following-up. Good timing. I called FDLE Supervisor yesterday evening and this was one of the topics on my list to discuss. I left voicemail, but expect to hear back from FDLE this morning and I also have a meeting scheduled with them next week on 2/14. It would be helpful if we (OECS) had copies of the petitions before that meeting. Whatever is the easiest in terms of delivery – works for me. Maria, I don't know if you also want copies or have any suggestions?

To answer your other question – yes, moving forward, please continue to report this type of activity to OECS. We will make sure it gets assigned to the correct FDLE agent and we will also work closely with the Statewide Prosecutors to see it they have the documentation and information they need to bring formal charges. And again, as it relates to the uploading of petitions – whatever works best for you, works for us.

As soon as I get a name of the FDLE agent assigned to the matter – I will introduce the two of you through email so that if they have additional questions or need additional documentation, they have a contact at the SOE office.

**Brad McVay**
General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone: 850-245-6511

2

Note: This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State. Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law. Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption. Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Friday, February 10, 2023 9:12 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Morning –

I was looking to see if we have an update to my email below from February 1.

Thank you,

**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFL.gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Wednesday, February 1, 2023 4:48 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Renney, Brooke <Brooke.Renney@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Initiatives <initiatives@dos.myflorida.com>; Office of Election Crimes and Security <OECS@dos.myflorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Katrina,

I am looping in the Office of Election Crimes and Security.

They will provide you the guidance you need to submit complaints about fraudulent activity.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director

3

Florida Department of State

**From:** Initiatives <Initiatives@dos.myflorida.com>
**Sent:** Wednesday, February 1, 2023 4:27 PM
**To:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Matthews, Maria I.
<Maria.Matthews@DOS.MyFlorida.com>
**Subject:** RE: 22-05 ADULT USE OF MARIJUANA Initiative

Amber/Maria,

Please advise on below request.

Thank you,

Susan E. Bush
Regulatory Specialist III
Division of Elections DOS
850-245-6219 Phone
850-245-6218 Fax

**From:** Hall, Katrina <Katrina.Hall@sumtercountyfl.gov>
**Sent:** Wednesday, February 1, 2023 3:29 PM
**To:** Initiatives <Initiatives@dos.myflorida.com>
**Subject:** 22-05 ADULT USE OF MARIJUANA Initiative
**Importance:** High

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Afternoon –

I wanted to send an email to express some concerns we have regarding the 22-05 ADULT USE OF MARIJUANA Initiative. Please see below:

1. When a petition is rejected because the signature does not match the voters record, a letter is sent to the voter; this past month we have had four Sumter County voters come in questioning the letters they received, and each voter insisted they have not sign any petitions. When the voters were in the office, I pulled the petitions in question from retention, and all four voters confirmed that the signature on the petition was not signed by them (the voter). Each voter was given the DS-DE 153 complaint form.

2. We had one petition that was signed by a deceased voter - The voter was marked as deceased in our system on 12.08.2016, and the petition was signed 11.18.2022.

3. On Three petitions our office received, the Circulator Oath was signed by the wrong circulator (ex. ███████████ is listed as the Paid Petition Circulator and it is signed by ████████).

4. Two petitions were submitted for one voter in the same batch – Petitions were signed two days apart, and the signatures on both petitions are very different (same circulator).

5.  We have had numerous petitions rejected due to the signature of the voter being different. Several of these signatures and signature dates resemble the Paid Petition Circulators handwriting.

6.  Out of 753 petitions that have been submitted for initiative 22-05 to Sumter County – 105 petitions are for voters we cannot find registered in the state of Florida, and 51 petitions have been rejected for their signature being different. To date we have had 227 petitions that have been rejected for the 22-05 initiative. We have had 10 petitions alone that were signed by voters in other states.

Moving forward, we would like to know how you would like us to document / report this information to the Division. Do we need to upload these petitions to the Division?

Any guidance you can provide would be greatly appreciated.

Kind Regards,

**Katrina Hall,** MFCEP
Candidate & Election Support Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
https://Elections.SumterCountyFL..gov
7375 Powell Rd. #125 Wildwood, FL 34785

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records reques send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

5

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

**SENT VIA E-MAIL**

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@fdle.state.fl.us

      Re:  *Office of Election Crimes and Security Referral for Criminal Investigation, Prior or
      Additionally Referred*

**SEND DATE:** 3/2/2022
**EFCID:** 23-09
**ECID:** 3090
**INDIVIDUAL ALLEGED:** ▇▇▇▇▇▇▇
**COMPLAINANT:** Julie Marcus, Pinellas County Supervisor of Elections
**PRIOR/ADDITIONALLY REFERRED:** State Attorney's Office, 6th Judicial Circuit

To Whom It May Concern,

      Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida
Administrative Code, the Department of State, Office of Election Crimes and Security (OECS),
has reviewed the enclosed Election Fraud Complaint (EFC 23-09) for facial legal sufficiency. The
OECS has determined this complaint to be "facially sufficient" and "there is reason to believe
elections fraud has occurred." Rule 1S-2.025, F.A.C.

      Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the
OECS has conducted a preliminary investigation into the following allegation to determine if the
alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your
office, as established by Rule 1S-2.025, F.A.C.

      The complainant alleges that ▇▇▇▇▇▇▇ paid petition circulator number ▇▇▇▇
sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana,"
submitted "21 petitions receiv[ing] a disposition of "Signature Different" due to signature
mismatch". Matt Smith, General Counsel representing Julie Marcus, Supervisor of Elections

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

407

claims in the referral email, "we have reason to believe there is potential fraud with the attached petitions."

The batch of petitions submitted by the alleged and processed by the Pinellas County Supervisor of Elections Office range in "date signed" from 11/02/2022-11/04/2022. In addition to the signatures on the petitions not matching when compared to the signature images available on file for each voter, the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar.

Finally, the Pinellas County Supervisor of Elections Office supplied valid-to-invalid petition batch processing data revealing that out of 113 total petitions collected by ████████████ it appears that only 20 petitions processed in total were deemed "valid". Additional records supplied by the Florida Division of Elections currently show a total of 122 "valid" or verified submitted petitions to 208 "invalid" or unverified submitted petitions.

**According to information we have obtained regarding this EFC, it is our understanding this complaint has been prior or additionally referred to the following state agency (or agencies): State Attorney's Office, 6th Judicial Circuit.**
- Primary point of contact for SAO case correspondence has been Jim Lenas, ██████ ████████ Additionally, Adam McGill Ross has been in contact regarding the case.

To ensure case work is not duplicative, we encourage FDLE to work with the additional referral agency (or agencies) directly to investigate and resolve the case. As a courtesy, we have enclosed our "complete preliminary investigation case file" (ECID 3090) regarding this matter. Per the evidence provided, we believe that the following violation(s) appear(s) to have occurred:

- 104.011    False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185    Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155    Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568    Criminal use of personal identification information.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral (ECID 3090), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Page 2 of 3

Sincerely,

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State


With Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete
preliminary investigation case file packet.

cc:  Brad McVay, Counsel to OECS, Office of the Secretary; Kalen Mercer, Inspector Specialist,
OECS; Mark Mitchell, Special Agent Supervisor, FDLE


Page 3 of 3

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

| | | |
|---|---|---|
| Name Julie Marcus | Day Phone (727) 464-5751 | Evening Phone |
| Address 13001 Starkey Rd | City Largo | |
| County Pinellas | State FL | Zip Code 33773 |

E-mail Address masmith@votepinellas.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▓▓▓▓▓▓▓    Work Phone

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address _____    City _____

County _____ State ____    Zip Code _____

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☐ No |
| Florida Department of Law Enforcement | ☐ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☐ No |

DS-DE #34 (rev. 07/2016)        Page 1        Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint.

Prepared by: Cheyenne.L

_____

_____

_____

_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Director Strauss,

On January 4, 2023, our staff processed the attached petitions submitted by Ms. ▉▉▉▉▉▉▉▉▉ Circulator Registration Number ▉▉ Our records indicate ▉▉▉▉ is a paid petition circulator with Smart and Safe Florida – Adult Use of Marijuana 22-05.

We have reason to believe there is potential fraud with the attached petitions. The 21 petitions received a disposition of "Signature Different" due to signature mismatch.

Attached are copies of the initiative petition forms and the corresponding voter maintenance screen.

Today, January 9, 2023, we left a phone message for ▉▉▉▉▉▉▉▉ Chairperson, Smart and Safe Florida PC, to notify him of the potential fraud. Today, January 9, 2023, we spoke with ▉▉▉▉▉▉▉ from Smart and Safe Florida who was responsible for delivering this particular batch of petitions.  We informed ▉▉▉▉ that we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at (727) 464-5751. If you have any legal questions, please contact Ms. White at (727) 464-3354.

Thanks,

Matt Smith
General Counsel
Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov

☐ Check here if additional pages or documents are attached.

Prepared by: Cheyenne.L                    2/14/2023

Signature of complainant                    Date Signed

Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2 025, F.A.C.

the County Attorney, AG, FDLE, or any other law enforcement agency. We will follow up with you if you have any other questions.

**From:** Smith, Matt <masmith@votepinellas.gov>
**Sent:** Monday, January 9, 2023 1:01 PM
**To:** Strauss, Scott <Scott.Strauss@dos.myflorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; White, Jewel <jwhite@pinellas.gov>
**Cc:** Marcus, Julie <jmarcus@votepinellas.gov>; Gillette, Marc <mgillette@votepinellas.gov>; Chase, Dustin <dchase@votepinellas.gov>
**Subject:** Initiative Petition - Smart and Safe Florida - Adult Personal Use of Marijuana 22-05

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Director Strauss,

On January 4, 2023, our staff processed the attached petitions submitted by ████████████ Circulator Registration Number █████ Our records indicate ████████ s a paid petition circulator with Smart and Safe Florida – Adult Use of Marijuana 22-05.

We have reason to believe there is potential fraud with the attached petitions. The 21 petitions received a disposition of "Signature Different" due to signature mismatch.

Attached are copies of the initiative petition forms and the corresponding voter maintenance screen.

Today, January 9, 2023, we left a phone message for ████████████ Chairperson, Smart and Safe Florida PC, to notify him of the potential fraud. Today, January 9, 2023, we spoke with ████████ from Smart and Safe Florida who was responsible for delivering this particular batch of petitions. W informed ████████ hat we are submitting this information to you and our County Attorney, Jewel White, for referral to the State Attorney of the Sixth Judicial Circuit.

If you have any questions regarding the petitions, please contact me at ████████████ If you have any legal questions, please contact Ms. White at ████████████

Thanks,

Matt Smith
General Counsel
Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-5751
masmith@votepinellas.gov
*Find us on Facebook ~ Follow us @VotePinellas*

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. – F.S. 668.6076*
*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. – F.S. 668.6076*

2



**FLORIDA DEPARTMENT of STATE**

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

      *Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**Send Date: 2/17/2023**
**EFCID: 23-06**
**ECID: 3088**
**INDIVIDUAL ALLEGED:** ▇▇▇▇▇▇▇▇▇▇▇▇▇
**COMPLAINANT: Mark S. Earley, Leon County Supervisor of Elections**

To Whom It May Concern,

      Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 23-06) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.

      Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C:

      The complainant alleges that ▇▇▇▇▇▇▇▇▇▇ paid petition circulator number 53562 sponsored by Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana," submitted a petition for a deceased voter, ▇▇▇▇▇▇▇▇▇ The signed date on the petition form is signed after the date the voter was deceased. Administrative records provided by the Florida Division of Elections from the Florida Voter Registration System (FVRS) were utilized by the Leon County Supervisor of Elections (LCSOE) office for standard list maintenance procedures

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

to administratively remove ████████████ on August 12th, 2022. The petition allegedly signed by ████████ was received by LCSOE office on October 26th, 2022, however, the date of "signature" was September 29th, 2022, over one month after the date of death, reported as ████████.

Mr. Earley alleges that ████████ misrepresented the information on the petition form. Further, after conducting an internal investigation into all petitions submitted by ████ ████████ to the LCSOE office, Mr. Earley alleges that those petitions have a "higher than average" rejection rate.

Upon further investigation, the OECS has reason to believe, per the evidence provided in the enclosed "complete preliminary investigation case file" (ECID 3088) that the following violation(s) appear(s) to have occurred:

- 104.011   False swearing; submission of false voter registration information; prosecution prohibited.
- 104.185   Petitions; knowingly signing more than once; signing another person's name or a fictitious name.
- 817.155   Matters within jurisdiction of Department of State; false, fictitious, or fraudulent acts, statements, and representations prohibited; penalty; statute of limitations.
- 817.568   Criminal use of personal identification information.
- 817.569   Criminal use of a public record or public records information; providing false information; penalties.

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral (ECID 3088), as the OECS has a statutory obligation under section 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Thank you for your help to improve election integrity in Florida. "The best way to maintain ballot integrity is to investigate all credible allegations of election fraud and otherwise prevent fraud before it can affect an election." *"Building Confidence in U.S. Elections § 5.1 (Sept.2005), (Carter-Baker Report)."*

Sincerely,

/s/Brooke Renney

Assistant Director
Office of Election Crimes and Security
Florida Department of State

With General Counsel approval, referral prepared and sent by: Brooke Renney, assisted by Kalen Mercer

Enclosures: Original corresponding EFC copy and any submitted attachments, complete preliminary investigation case file packet.

cc: Kalen Mercer, Inspector Specialist, OECS; Mark Mitchell, Special Agent Supervisor, FDLE

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **MARK S. EARLEY**

Day Phone **850-606-8683**    Evening Phone

Address **2990-1 APALACHEE PKWY**    City **TALLAHASSEE**

County **LEON**    State **FLORIDA**    Zip Code **32301**

E-mail Address **VOTE@LEONVOTES.GOV**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    Work Phone

**PETITION CIRCULATOR NUMBER** ▇▇▇▇▇

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address ▇▇▇▇▇▇▇▇    City ▇▇▇▇

County ▇▇▇▇    State ▇▇    Zip Code ▇▇▇▇

Have you filed this complaint with the (check all that apply):

|  | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☐ |
| Office of Statewide Prosecution | ☐ | ☐ |
| Florida Department of Law Enforcement | ☑ | ☐ |
| Florida Elections Commission | ☐ | ☐ |
| Florida Commission on Ethics | ☐ | ☐ |

## RECEIVED

### FEB 0 1 2023

Office of the General Counsel

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

On October 26, 2022 the Leon County Supervisor of Elections (LCSOE) received a submission of petitions collected for Smart & Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana." This submission contained a petition for a deceased voter. The signed date on the petition form is signed after the date the voter was deceased.

---

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

████████████████ voter registration number ██████████ is deceased as of On August 12, 2022, the Leon County Supervisor of Elections (LCSOE) was notified by the Division of Elections of the following: "Voter Deceased per Information from FVRS - Date of Decease: ███████ Certificate Number: ███████ was removed from the Florida Voter Registration System on August 12, 2022. On October 26, 2022 the LCSOE received a submission of constitutional initiative petitions for amendment 22-05 "Adult Personal Use of Marijuana" sponsored by Smart & Safe Florida. Within that submission was a petition allegedly signed by ████████████ however the signed date was September 29, 2022, a full month after ████████ had passed away. All of the information on the petition form matches ███████████ recod in the Florida Voter Registration System. The petition in question was collected by a paid petition circulator, ████████ Circulator's Number ████ The LCSOE rejected the petition as invalid on October 31, 2022 because ██████ s no longer eligible to vote due to being deceased. LCSOE now refers this incident to the Division of Elections and law enforcement agencies to investigate the possibility that the paid petition circulator ██████████ misrepresented the information on the petition form. Initial investigation by LCSOE shows that ████████ has a higher than average rejection rate, and in at least 28 other cases collected petitions from ineligible voters, though not all of those were deceased. Supporting documentation is attached.

---

☑ Check here if additional pages or documents are attached.

_(signature)_ _____    1/31/23

Signature of complainant    Date Signed

**MARK S. EARLEY**

Print or type name of complainant

---

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**    Adult Personal Use of Marijuana

**Ballot Summary:**    Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**    08/23/2022            **Serial Number**    2205

---

**Sponsor's Information** (Return all completed petition forms to the address below.)

**Name:**    Smart & Safe Florida

**Address:**    1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

---

### Voter's Information                1194

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____    **First** _____    **Middle** _____

**Address** _____

**City** _____    **Zip** _____    **County** _____

☐ Update my voter registration record to this address. (check box)

**Registration No.** [ ][ ][ ][ ][ ][ ][ ][ ]    or    **Date of Birth** _____

**Signature** _____    **Date Signed** [0][4] / [2][9] / [2][0][2][2]

---

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

#### Paid Petition Circulator's Affidavit

**Name** _____    Circulator's Number _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____    **Date Signed** [0][9] / [2][9] / [2][0][2][2]

---

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                R1S-2.009, Fla. Admin. Code

(Doc Images)





**MARK S. EARLEY**
SUPERVISOR OF ELECTIONS
LEON COUNTY, FLORIDA

**Mark S. Earley**
Supervisor of Elections
**Voter Registration Receipt**

LEON COUNTY, FLORIDA



| | |
|---|---|
| Date | 01/30/2023 |
| Time | 11:34 AM |
| Regn Number | |
| Voter Name | |
| Residence | |
| | |
| Mailing Address | |
| | |
| Voter Status | |
| Birth Date | |
| Birth Place | |
| Sex | |
| Race | |
| Party | |
| Precinct | |
| | |
| Registration Date | |
| Assistance Required | |

*Witness my hand and official seal at LEON COUNTY, FLORIDA,*
on Jan/30/2023

**Mark S. Earley**
Supervisor of Elections
LEON COUNTY, FLORIDA

By: _____

P O  BO   57   T I  I     I I    I I  V    (850)  06  C  I I       FA  C        I   V       FLVOTES.GOV
*Solicite recursos en español en persona, por teléfono, o por correo electrónico.*

420

Appendix E: Arrest Reports

DIN: 4

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,
        Plaintiff,
                    CASE NO.: 2024 CF 000485 CFAXES

v.

GEORGE EDWARD ANDREWS III,
        Defendant.
_____/

<u>AFFIDAVIT FOR ARREST WARRANT</u>

COUNT 1:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 17

COUNT 9:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 10: CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 11: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 12: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 13: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 14: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 15: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 16: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 17: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

COUNT 18: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1

Page 2 of 17

COUNT 19: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1


COUNT 20: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
          FICTITIOUS NAME
          FLA. STAT. §104.185(2)
          THIRD DEGREE FELONY/ LEVEL 1


Before me, _____, Judge of the Sixth Judicial Circuit in and for Pasco County, Florida, personally appeared, Inspector Leslie Pulling of the Florida Department of Law Enforcement, who, being first sworn, deposes and says:


Your Affiant, Leslie Pulling, has been a member of the Florida Department of Law Enforcement (FDLE) since 2001. Your Affiant was a sworn special agent for 14 years and has been a sworn inspector for 1 year. Your Affiant has worked in various divisions within FDLE to include, The Florida Fusion Center, Evidence Division, Public Assistance Fraud (PAF), Economic Crimes Squad, Major Case squad, Organized Crime squad, Cyber and High-Tech Crimes Squad, and is currently assigned to the Election Crime Unit. Your Affiant has attended several seminars, conferences, and schools providing training for conducting investigations of fraud-related offenses. Your Affiant has attended several seminars providing training for conducting election crime investigations. The following is a list of courses where your Affiant has received training and gained a level of proficiency: International Money Laundering Investigations; Federal & State Approaches to

Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as GEORGE EDWARD ANDREWS III (DOB: 09/20/1993) who was a Paid Petition Circulator (PPC).

Page 4 of 17

Your Affiant learned that ANDREWS had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State, Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523

voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states: "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator's registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

Page 6 of 17

CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

**SAMPLE**

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

Page 7 of 17

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about June 25, 2021, PPC GEORGE EDWARD ANDREWS' application was approved to become a paid petition circulator. ANDREWS used the email address of andrewsiiigeorge@gmail.com. The application also included ANDREWS' personal information including his name, address, and phone number which was self-reported as (352) 458-8862. GEORGE EDWARD ANDREWS III was assigned Circulator ID # 23753.

Your Affiant reviewed the information noted above that was provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC GEORGE EDWARD ANDREWS III (hereinafter "ANDREWS") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Page 8 of 17

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of twenty-nine (29) alleged fraudulent petitions submitted by ANDREWS were submitted to Supervisor of Elections offices in Pasco, Sumter, and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of ten (10) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by ANDREWS and that they did not consent to the use of their personal identification information. The below voters were identified:

<u>Voter # 1</u>

Name: ███████████████

County of Residence: St. Petersburg, Pinellas County, Florida

Date on petition: 07/07/2023

Your Affiant interviewed ████ on November 17, 2023, and ███████ advised that she did not complete the petition. ████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that her date of birth was incorrect on the petition. ███████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 7, 2023, a petition was signed using ████ s husband's name (███████████). Your Affiant conducted an interview with █████████ who reviewed the petition and confirmed that he did not complete or sign the

Page 9 of 17

petition.   This petition was submitted by a paid petition circulator identified as Jamie Johnson (DOB: 12/11/1976).

**Voter # 2**

Name: ███████████████████

County of Residence: San Antonio, Pasco County, Florida

Date on petition: 06/19/2023

Your Affiant interviewed ██████ on November 2, 2023, and ██████ advised that she did not complete the petition. ██████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers.  In addition, she indicated that the address listed on the petition was her former residence that she had previously sold in September 2022.  Foxworth told Your Affiant that she had moved to her current residence on December 30, 2022 and updated the address on her voter record.  Foxworth further advised that she did not live at the address listed on the petition on June 19, 2023, which was the date the petition was allegedly signed by Foxworth.  Foxworth confirmed the other personal information included on the petition was correct. Foxworth advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 3**

Name: ████████████████

County of Residence: The Villages, Sumter County, Florida

Date on petition: 06/05/2023

Your Affiant interviewed ██████ on November 1, 2023, and ██████ advised that she did not complete the petition that had been submitted to the Supervisor of Elections. ██████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers.  In addition, she indicated that the initials on the petition were also not hers. ██████ added that she had attended medical

Page 10 of 17

431

appointments on June 5, 2023, and subsequently could not have signed the petition on that date. ████████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 4

Name: ██████████████████████
County of Residence: Webster, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 7, 2023, and was advised by ████████ that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she indicated that the address listed on the petition may have been her previous residence. ████████ added that the address on the petition was not her current address where she had resided for approximately eight (8) years. ████████ told Your Affiant that her current address is listed on her voter's registration. ████████ confirmed the other personal information included on the petition was correct. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 5

Name: ████████████████
County of Residence: Webster, Sumter County, Florida
Date Petition Signed: 06/21/2023

Your Affiant interviewed ████████ on November 3, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, she told Your Affiant that that her date

Page 11 of 17

of birth on the petition was incorrect. ▓▓▓▓ added that her last name was also misspelled on the petition ("▓▓▓▓"). ▓▓▓▓ confirmed the other personal information included on the petition was correct. ▓▓▓▓ advised that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 6**

Name: ▓▓▓▓▓▓▓▓▓▓
County of Residence: Bushnell, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ▓▓▓▓ on December 11, 2023, and ▓▓▓▓ advised that she did not complete the petition. ▓▓▓▓ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▓▓▓▓ confirmed the personal information included on the petition was correct. ▓▓▓▓ advised that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 7**

Name: ▓▓▓▓▓▓▓▓
County of Residence: Sumterville, Sumter County, Florida
Date Petition Signed: 06/29/2023

Your Affiant interviewed ▓▓▓▓ on November 3, 2023, and ▓▓▓▓ advised that she did not complete the petition. ▓▓▓▓ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ▓▓▓▓ confirmed the personal information included on the petition was correct. ▓▓▓▓ advised that she was in the state of New York on June 29, 2023 and therefore could not have signed the petition. ▓▓▓▓ advised that she did not give anyone permission to complete and submit this petition on her behalf.

Page 12 of 17

433

It should be noted that on June 5, 2023, a second petition was submitted in ████████'s name by a paid petition circulator identified as Jamie Johnson. ████████ reviewed this petition with Your Affiant and confirmed she did not complete it. She further confirmed her signature was was forged.

## Voter # 8

Name: ████████████████████
County of Residence: Webster, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ████████ on October 31, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ████████ confirmed the personal information included on the petition was correct. ████████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on July 5, 2023, a second petition was submitted in ████████'s name by a paid petition circulator identified as Jamie Johnson. ████████ also confirmed she did not complete this petition. She further confirmed her signature was forged.

## Voter # 9

Name: ████████████████████
County of Residence: Bushnell, Sumter County, Florida
Date Petition Signed: 07/08/2023

Your Affiant interviewed ████████ on November 2, 2023, and ████████ advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In

addition, she indicated that her date of birth was incorrect on the petition. ▮▮▮ confirmed the other personal information included on the petition was correct. ▮▮▮ advised Your Affiant that she is physically handicapped and can no longer write, and therefore, would not have been able to complete and sign the petition. ▮▮▮ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

## Voter # 10

Name: ▮▮▮
County of Address: Bushnell, Sumter County, Florida
Date Petition Signed: 06/20/2023

Your Affiant interviewed ▮▮▮ on November 2, 2023, and ▮▮▮ advised that he did not complete the petition. ▮▮▮ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that his last name was mispelled on the petition ("▮▮▮"). ▮▮▮ confirmed the other personal information included on the petition was correct. ▮▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

On November 30, 2023, your Affiant conducted a sworn recorded interview with ANDREWS at his residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Pasco County, Florida. Andrews confirmed that he was a paid petition circulator for Amendment Title 23-07. ANDREWS advised that he had collected petitions throughout the state of Florida. Your Affiant provided copies of the aforementioned voter petitions submitted by ANDREWS for his review. ANDREWS reviewed the petitions and advised he signed each of the petitions affirming that the petitions were

Page 14 of 17

completed in his presence by the named individual. ANDREWS confirmed that his signature was on each of the petitions.

ANDREWS advised that his roommate, Jamie Johnson, was also a paid petition circulator for Amendment Title 23-07. It should be noted that Johnson submitted two (2) fraudulent petitions using the same victim information as ANDREWS (Voter # 7 and Voter # 8 noted above). It should also be noted that Johnson submitted a fraudulent petition using the name of the husband of one of ANDREWS' victims (Voter # 1 noted above).

On December 21, 2023, Your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) that indicated that during the period of June 21, 2023 through November 21, 2023, a total of one thousand nine hundred and six (1,906) petitions that were submitted by ANDREWS went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions ANDREWS submitted, nine hundred sixty-four (964) were determined to be invalid by the respective counties' Supervisor of Elections offices. ANDREWS had an invalid petition rate of approximately 50.6% during this period.

Your Affiant believes, based upon this investigation in its entirety, and evidence gathered during this investigation, that probable cause exists to that GEORGE EDWARD ANDREWS III violated Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal Identification Information and Section 104.185(2), Florida Statutes, Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

Page 15 of 17

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter GEORGE EDWARD ANDREWS III and bring him before the Court so that he may be dealt with according to law.

_____
Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this __1__ day of February 2024 by Inspector Leslie Pulling who has produced identification and who did take an oath.

_____
CIRCUIT JUDGE
Pasco County, Florida
Gregory G. Groger, Circuit Judge

**ORIGINAL**

Page 16 of 17

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

have reviewed this affidavit and do find there is probable cause to hold and bind over for trial the defendant named in this affidavit.

CIRCUIT JUDGE
Pasco County, Florida

February 1, 2024
DATE

Clerk of this Court is hereby directed to
ISSUE CAPIAS for arrest of Defendant

GEORGE EDWARD ANDREWS III

Defendant is to be admitted to Bail in the sum of

$ 10,000 on Ct. 1, including surcharge
$ 10,000 on Ct. 2, including surcharge
$ 10,000 on Ct. 3, including surcharge
$ 10,000 on Ct. 4, including surcharge
$ 10,000 on Ct. 5, including surcharge
$ 10,000 on Ct. 6, including surcharge
$ 10,000 on Ct. 7, including surcharge
$ 10,000 on Ct. 8, including surcharge
$ 10,000 on Ct. 9, including surcharge
$ 10,000 on Ct. 10, including surcharge
$ 5,000 on Ct. 11, including surcharge
$ 5,000 on Ct. 12, including surcharge
$ 5,000 on Ct. 13, including surcharge
$ 5,000 on Ct. 14, including surcharge
$ 5,000 on Ct. 15, including surcharge
$ 5,000 on Ct. 16, including surcharge
$ 5,000 on Ct. 17, including surcharge
$ 5,000 on Ct. 18, including surcharge
$ 5,000 on Ct. 19, including surcharge
$ 5,000 on Ct. 20, including surcharge

$ 150,000 Total

Other conditions of release: No participation in petition circulation

Gregory G. Groger, Circuit Judge
Circuit Judge

Page 17 of 17

438

## PERSONAL DATA INFORMATION SHEET

**ALL INFORMATION MUST BE PROVIDED BY THE INVESTIGATING OFFICER !**

*Note: Starred lines are required for computer warrant entries. *FCIC System (local) **NCIC System

**\* Defendant's Full Name:** George Edward Andrews III

| **\* Alias:** N/A | **\* SSN:** ▓▓▓▓▓▓ |
|---|---|
| FL DL # ▓▓▓▓▓▓▓ | **\* SID #:** 07965325 |

**Last Known Address:** 12748 Stately Oak Street, Apartment 202, Dade City, Florida

**Place of Employment:** (company) Bartlett Roofing    (business address) 38408 3rd Avenue, Zephyrhills, Florida

| **\*DOB:** 09/20/1993 | **\*SEX:** Male | **\*RACE:** White | **FINGERPRINTS AVAILABLE:** YES ⊙   NO ○ |
|---|---|---|---|

| **\*\*HT:** 5'8" | **\*\*WT:** 175 | **\*\*HAIR:** Blonde | **I EYES:** Blue |
|---|---|---|---|

**OTHER FEATURES: (BEARD, MARKS, SCARS, TATTOOS)** Beard

Per FLCFRule 3.121 attach photo *FacesNXT preferred!
Originating Source of PHOTO:

○ FacesNXT Record #

  Data Source:

⊗ FL DL # DAVID Photo confirmed
  accurate by: 12/07/2021

○ Other State DL #
  State

○ Other Photo Source #

○ NO PHOTO AVAILABLE — Explanation For No Photo:



| **\*AGENCY:** FDLE | **OFFENSE NUMBER:** EI-32-0239 |
|---|---|

**\*INVESTIGATING OFFICER:** Inspector Leslie Pulling

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO.:

                                     FDLE Case #: EI-32-0244

v.                                   2024 CF 002716 NC

ANDRES FELIPE SALAZAR,

        Defendant.
_____/


### AFFIDAVIT FOR ARREST WARRANT

COUNT 1:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
          FLA. STAT. §817.568(2)(a)
          THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 15

COUNT 9:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 11:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COUNT 12:  CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
           FLA. STAT. §817.568(2)(a)
           THIRD DEGREE FELONY/ LEVEL 4

COMES NOW, your Affiant, Inspector Gary Negrinelli of the Florida Department of Law Enforcement, who, being duly sworn makes application for an arrest warrant, and in support of this application makes the following statements under oath:

## BACKGROUND

Your Affiant, Inspector (Ins.) Gary Negrinelli, has been a member of the Florida Department of Law Enforcement (FDLE) since 2015. Your Affiant was a Sworn Special Agent for 6 years and has been a Sworn Inspector for 3 years. Your Affiant has worked in various divisions within FDLE to include, Major Case squad, Organized Crime squad, Counter Terrorism squad, Protective Operations squad, The Office of Statewide Intelligence and is currently assigned to the Election Crime Unit. Your Affiant has attended several seminars, conferences, and schools providing training for conducting investigations of fraud related offenses. Your Affiant has attended several seminars providing training for conducting election crime investigations.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapter 817.568(2)(a), Criminal Use of Personal Identification Information.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

Your Affiant has probable cause to believe and does believe that the laws of the State of Florida relative to: Criminal Use of Personal Identification Information Section 817.568(2)(a), Florida Statutes, Third Degree Felony (12 Counts) have been violated by the above-named suspect. Your Affiant's reasons for so believing are as follows:

<u>STATEMENT OF PROBABLE CAUSE</u>

During the period of December 11, 2023 through December 20, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as Andres Felipe Salazar (DOB: 07/31/1986) who was a Paid Petition Circulator (PPC) and submitted numerous invalid petitions related to the Florida amendment initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged

signatures.  The petitions were submitted to the Supervisor of Elections offices in Sarasota County.  Your Affiant was provided copies of the alleged fraudulent petitions.

Your Affiant knows that PPC's work for numerous citizen's initiative groups that collect and submit petitions to amend the Florida constitution.  According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions.  Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass.  A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.  Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen's initiative to appear on the ballot.  Your Affiant is aware that, for the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Page 4 of 15

443

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The Form also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address.

There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

Page 5 of 15

444

```
CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR
                              Amendment Information
Ballot Title:
Ballot Summary:        SAMPLE

              See separate document for the full text of the proposed constitutional amendment.

Date Approved _____     Serial Number _____   |||||||||||||||||

              Sponsor's Information (Return all completed petition forms to the address below.)
Name:
Address:
                                Voter's Information
I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to
the Florida Constitution on the ballot in the general election.

Name - Last _____ First _____ Middle _____

Address _____

City _____ Zip _____ County _____
☐ Update my voter registration record to this address  (check box)

Registration No. [ ][ ][ ][ ][ ][ ][ ]  or  Date of Birth [ ][_] / [ ][_] / [ ][ ][ ][ ]

Signature _____  Date Signed [ ][_] / [ ][_] / [ ][ ][ ][ ]

                          Petition Circulator's Information         |||||||||||||||||||
This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.
                      Paid Petition Circulator's Affidavit
Name _____  Circulator's Number _____

Address _____
By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of
perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

Signature _____  Date Signed [ ][_] / [ ][_] / [ ][ ][ ][ ]

                                  Attention
• This form becomes a public record once filed with the Supervisor of Elections.
• It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
• An improperly completed form will not be validated.
DS-DE 155B (10-2021)                                    R1S-2.009, Fla. Admin. Code
```

*Sample from the Online User Guide for Paid and
Volunteer Petition Circulators for Constitutional
Initiatives from the Florida Division of Elections*

The "Attention" section of the form states "This form becomes a
public record upon its filing with the Supervisor of Elections.
It is a first-degree misdemeanor to knowingly sign the same
petition more than once (F.S.S. 104.185).  Failure to complete
the form as required may invalidate the form."

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 13, 2023, ANDRES FELIPE SALAZAR's (hereinafter "SALAZAR") application was approved to become a paid petition circulator.

SALAZAR used the email jasmina.virualservices@gmail.com. The application also included SALAZAR'S personal information including his name, address, and phone number. SALAZAR was assigned Circulator ID # 66250.

Your Affiant reviewed the information noted above that was provided to the FDLE. This information was specifically provided to the FDLE by the Sarasota County Supervisor of Election (SOE); and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by SALAZAR revealed numerous petitions that appeared to be fraudulently signed and submitted. The Supervisor of Elections suspected these petitions were fraudulently completed due to the signatures on the submitted petitions not matching the signature on file for the voter listed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion".

The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require notification to a parent of guardian before a minor has an abortion."

Page 7 of 15

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of thirty-two (32) alleged fraudulent petitions submitted by SALAZAR were provided to your Affiant. These petitions were submitted to the Supervisor of Elections offices in Sarasota County. Each of these petitions included a voter's name, address, date of birth, and alleged signature. Your Affiant was also made aware of another fraudulent petition submitted by SALAZAR in Lee County, Florida. This petition was provided to your Affiant by the Lee County Supervisor of Elections.

Your Affiant conducted interviews of twelve (12) of these voters who did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by SALAZAR and that they did not consent to the use of their personal identification information. The below voters were identified:

Voter 1

Name: ▇▇▇▇▇▇▇▇▇▇▇
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▇▇▇▇▇ on December 13, 2023, and ▇▇▇▇▇ advised that she did not complete the petition. ▇▇▇▇▇ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ▇▇▇▇▇ confirmed the address on the petition was correct, but the date of birth on the petition was the incorrect day and month. ▇▇▇▇▇ advised Your Affiant that she did not give

anyone permission to complete and submit this petition on her behalf.

## Voter 2

Name: ▮▮▮▮▮▮▮▮▮▮▮
County of Residence: Rotonda West, Charlotte County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▮▮▮▮▮ on December 13, 2023, and ▮▮▮▮▮ advised that he did not complete the petition. ▮▮▮▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ▮▮▮▮▮ said the address on the petition was from a previous residence and the date of birth on the petition was the incorrect month. ▮▮▮▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

## Voter 3

Name: ▮▮▮▮▮▮▮▮▮▮▮▮
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▮▮▮▮▮ on December 13, 2023, and ▮▮▮▮▮ advised that he did not complete the petition. ▮▮▮▮▮ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ▮▮▮▮▮ confirmed the address on the petition was correct but the date of birth on the petition was incorrect. ▮▮▮▮▮ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Page 9 of 15

Voter 4

Name: ▓▓▓▓▓▓▓▓▓▓
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▓▓▓▓▓▓ on December 20, 2023, and ▓▓▓▓▓▓ advised that he did not complete the petition. ▓▓▓▓▓ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ▓▓▓▓▓▓ confirmed the address on the petition was correct but the date of birth was incorrect. ▓▓▓▓▓▓ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Voter 5

Name: ▓▓▓▓▓▓▓▓
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed ▓▓▓ on December 20, 2023, and ▓▓▓ advised that he did not complete the petition. ▓▓▓ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ▓▓▓ confirmed the address on the petition was correct but the date of birth on the petition was the wrong day and month. ▓▓▓ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Voter 6

Name: ▓▓▓▓▓▓▓▓
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/07/2023

Your Affiant interviewed ▓▓▓▓ on December 20, 2023, and ▓▓▓▓ advised that he did not complete the petition. ▓▓▓ reviewed the petition and indicated that the handwriting and

Page 10 of 15

449

signature on the petition were not his. ███ confirmed the address on the petition was correct, but the date of birth on the petition was the wrong month and day. ███ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

**Voter 7**
Name: ████████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08//2023

Your Affiant interviewed ███ on December 20, 2023, and ███ advised that she did not complete the petition. ███ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ███ confirmed the address on the petition was correct but the date of birth was incorrect. ███ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter 8**
Name: ████████████
County of Residence: Venice, Sarasota County, Florida
Date on Petition: 11/08/2023

Your Affiant interviewed █████ on December 20, 2023, and ███ advised that she did not complete the petition. ███ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ███ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ███ also advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 9

Name: ██████████

County of Residence: Nokomis, Sarasota County, Florida

DOB: 12/14/1984

Date on Petition: 11/07/2023

Your Affiant interviewed ██████ on December 20, 2023, and ██████ advised that he did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not his. ██████ said the city address (██████████) on the petition was incorrect and the date of birth on the petition was also incorrect. ██████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Voter 10

Name: ██████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/08/2023

Your Affiant interviewed ██████ on December 20, 2023, and ██████ advised that she did not complete the petition. ██████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ██████ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ██████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 11

Name: ██████████

County of Residence: Venice, Sarasota County, Florida

Date on Petition: 11/07/2023

Page 12 of 15

Your Affiant interviewed ███████ on December 20, 2023, and ███████ advised that he did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. ███████ confirmed the address on the petition was correct but informed Your Affiant that the date of birth was incorrect. ███████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

Voter 12

Name: ███████
County of Residence: Estero, Lee County, Florida
Date on Petition: 10/20/2023

Your Affiant interviewed ███████ on February 18, 2024, and ███████ advised that she did not complete the petition. ███████ reviewed the petition and indicated that the handwriting and signature on the petition were not hers. Your Affiant asked ███████ about the petition having only the last name of ███████. ███████ said she used to go by just ███████ but now uses her married name of ███████ confirmed the address on the petition was from a previous residence and informed Your Affiant that the date of birth was incorrect. ███████ advised that she did not give anyone permission to complete and submit this petition on her behalf.

On December 21, 2023, your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) that indicated that during the period of November 29, 2023 through January 8, 2024, a total of one

Page 13 of 15

452

thousand five hundred eighty-five (1,585) petitions that were submitted by SALAZAR went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, seven hundred eighteen (718) were determined to be invalid by the respective Supervisors of Elections offices.

On January 25, 2024, your Affiant conducted a recorded interview with SALAZAR at his residence located at 6314 S. Lois Avenue, Tampa, Hillsborough County, Florida. It should be noted that this was the address reported on SALAZAR'S Florida Driver's License (DL #: ███████████████. SALAZAR confirmed that he was a paid petition circulator for Amendment Title 23-07. Your Affiant showed Salazar the petitions that were fraudulently completed based on interviews with the actual voters on said petitions. Your Affiant asked SALAZAR if he physically went to Sarasota County to collect those signatures. SALAZAR admitted he would have other circulators get the petitions completed for him, but he would sign them, attesting that the petition was signed in his presence. SALAZAR said when he turned the petitions in to the guy he was working for, who he only knew as "Eddie," he was questioned as to the validity of the petitions. SALAZAR said he was told by Eddie what he was doing was illegal and no more of his petitions were accepted. SALAZAR said he then quit collecting petitions.

Your Affiant believes that based upon the investigation in its entirety, and evidence gathered during the investigation, probable cause exists that ANDRES FELIPE SALAZAR violated Section 817.568(2)(q), Florida Statutes Criminal Use of Personal Identification Information.

Page 14 of 15

453

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner, Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter ANDRES FELIPE SALAZAR and bring him before the Court so that he may be dealt with according to law.

Gary Negrinelli, Inspector
Florida Department of Law Enforcement

The foregoing instrument was acknowledged before me by means of physical presence this ___ day of March 2024 by Inspector Gary Negrinelli who has produced identification and who did take an oath.

CIRCUIT JUDGE
Sarasota County, Florida

Page 15 of 15

454

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA,                          CASE NO.:

v.

JAMIE L. JOHNSON,
            Defendant.
_____/

## AFFIDAVIT FOR ARREST WARRANT

COUNT 1:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 2:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 3:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 4:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 5:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 6:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 7:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 8:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

Page 1 of 17

COUNT 9:    CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            FLA. STAT. §817.568(2)(a)
            THIRD DEGREE FELONY/ LEVEL 4

COUNT 10:   CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION
            OF A DECEASED INDIVIDUAL
            FLA. STAT. §817.568(8)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 11:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 12:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 13:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 14:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 15:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 16:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 17:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)
            THIRD DEGREE FELONY/ LEVEL 1

COUNT 18:   (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
            FICTITIOUS NAME
            FLA. STAT. §104.185(2)

THIRD DEGREE FELONY/ LEVEL 1

COUNT 19: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

COUNT 20: (PETITIONS) SIGNING ANOTHER PERSON'S NAME OR
FICTITIOUS NAME
FLA. STAT. §104.185(2)
THIRD DEGREE FELONY/ LEVEL 1

Before me, _____, Judge of the Sixth Judicial
Circuit in and for Pasco County, Florida, personally appeared,
Inspector Leslie Pulling of the Florida Department of Law
Enforcement, who, being first sworn, deposes and says:

Your Affiant, Inspector Leslie Pulling, has been a member
of the Florida Department of Law Enforcement (FDLE) since
2001. Your Affiant was a sworn special agent for 14 years
and has been a sworn inspector for 1 year. Your Affiant has
worked in various divisions within FDLE to include, The
Florida Fusion Center, Evidence Division, Public Assistance
Fraud (PAF), Economic Crimes Squad, Major Case squad,
Organized Crime squad, Cyber and High-Tech Crimes Squad,
and is currently assigned to the Election Crime Unit. Your
Affiant has attended several seminars, conferences, and
schools providing training for conducting investigations of
fraud related offenses. Your Affiant has attended several
seminars providing training for conducting election crime
investigations. The following is a list of courses where
your Affiant has received training and gained a level of
proficiency: International Money Laundering Investigations;

Page 3 of 17

Federal & State Approaches to Fraud, Schemes, and Other Financial Crimes; Conspiracy Investigations; and the FBI-LEEDA Identity Theft Summit.

Your Affiant is empowered to conduct investigations of violations of the criminal laws of the State of Florida, including those enumerated in Chapters 104 and 817, pertaining to petition fraud and criminal use of personal identification information. Your Affiant believes that the laws of the State of Florida have been violated, specifically those laws enumerated in Chapters 817.568(2)(a), Criminal Use of Personal Identification Information, and 104.185(2) Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

In investigating this case, Your Affiant reviewed records provided by the supervisors of elections, collected witness statements, and conducted interviews, and your Affiant has also conducted follow-up investigation. This case is being prosecuted by the Florida Attorney General's Office, Office of Statewide Prosecution.

The investigation is aggregated and summarized as follows:

During the period of August 10, 2023, through October 5, 2023, the Florida Department of Law Enforcement (FDLE), Office of Executive Investigations (OEI), Elections Crime Unit (ECU), received information related to an individual identified as JAMIE JOHNSON (DOB: 12/11/1976) who was a Paid Petition Circulator (PPC).

Your Affiant learned that JOHNSON had submitted numerous invalid signatures on petitions related to the Florida ballot initiative sponsored by Floridians Protecting Freedom (23-07). These petitions were believed to be fraudulently completed and submitted with forged signatures. The petitions were submitted to the Supervisor of Elections offices in Pasco County, Sumter County, Hernando County, and Pinellas County. Your Affiant was provided copies of the alleged fraudulent petitions.

In Your Affiant's training and experience, Your Affiant is aware that PPC's work for numerous citizen's initiative groups that collect and submit signatures for petitions to amend the Florida Constitution. According to Section 100.371, Florida Statutes, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Your Affiant is aware that proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by a citizens' initiative to appear on the ballot. Your Affiant is aware that, for the 2024 election

Page 5 of 17

cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located. (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("Form"), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. Your Affiant is aware that the Form also requires that the circulator or PPC include their name, circulator number, address, signature, and must contain the date of signature. Your Affiant is aware that each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the Form states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

.

---

**CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR**

**Amendment Information**

Ballot Title:

Ballot Summary:

# SAMPLE

*See separate document for the full text of the proposed constitutional amendment.*

Date Approved _____     Serial Number _____     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Sponsor's Information [Return all completed petition forms to the address below.]

Name:

Address:

**Voter's Information**

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election

Name - Last_____ First_____ Middle_____

Address_____

City_____ Zip_____ County_____

☐ Update my voter registration record to this address [check box]

Registration No. [ | | | | | | | ] or Date of Birth [ _ ] / [ _ ] / [ | | | ]

Signature_____ Date Signed [ _ ] / [ _ ] / [ | | | ]

**Petition Circulator's Information**     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

This petition form is only to be circulated and collected by a paid petition circulator
After the voter signs the form, the circulator must complete the affidavit below

**Paid Petition Circulator's Affidavit**

Name _____     Circulator's Number _____

Address _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true

Signature_____ Date Signed [ _ ] / [ _ ] / [ | | | ]

**Attention**

- This form becomes a public record once filed with the Supervisor of Elections
- It is a first degree misdemeanor to knowingly sign the same petition more than once  [§104.185 F.S.]
- An improperly completed form will not be validated

DS-DE 155B (10-2021)                        R1S-2 009, Fla  Admin  Code

---

*Sample from the Online User Guide for Paid and Volunteer Petition Circulators for Constitutional Initiatives from the Florida Division of Elections*

The "Attention" section of the Form states "This form becomes a public record upon its filing with the Supervisor of Elections. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185). Failure to complete the form as required may invalidate the form."

According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about October 2, 2019, JOHNSON'S application was approved to become a paid petition circulator. JOHNSON used the email jamiemcnabbjohnson@gmail.com. The application also included JOHNSON'S personal information including her name, address, and phone number which was self-reported by Johnson as (352) 807-1309. JOHNSON was assigned Circulator ID # 13152.

Your Affiant reviewed the information noted above provided to the FDLE. This information was specifically provided to the FDLE by the Pasco County Supervisor of Elections; the Sumter County Supervisor of Elections; and the Florida Department of State (DOS), Office of Election Crime and Security (OECS). According to each of the reporting agencies, a review of the petitions submitted by PPC JAMIE JOHNSON (hereinafter "JOHNSON") revealed numerous petitions that appeared to be fraudulently signed and submitted. The supervisors of elections suspected these petitions were fraudulently completed because the signatures on the submitted petitions did not appear to match the signature on file for the voter listed. In addition, one petition was suspected of being fraudulently completed due to the voter being deceased at the time the petition was allegedly signed. These petitions were all related to Amendment Title 23-07, which was sponsored by Floridians Protecting Freedom, Inc. and titled "Amendment to Limit Government Interference with Abortion". The Ballot Summary was listed as "No law shall prohibit, penalize, delay, or restrict abortion before viability or when necessary to protect the patient's health, as determined by the patient's healthcare provider. This amendment does not change the Legislature's constitutional authority to require

Page 8 of 17

notification to a parent of guardian before a minor has an abortion."

Your Affiant reviewed copies of these alleged fraudulent petitions. A total of one hundred and two (102) alleged fraudulent petitions submitted by JOHNSON were submitted to the Supervisor of Elections offices in Pasco, Sumter, Hernando and Pinellas counties. Each of these petitions included a voter's name, address, date of birth, and alleged signature.

Your Affiant conducted interviews of nine (9) of these voters that did not complete the petitions that were submitted using their personal identifying information (PII). Your Affiant learned that these voters did not sign the petitions submitted by JOHNSON and that they did not consent to the use of their personal identification information. The below voters were identified:

Voter # 1
Name: ███████████
County of Residence: St. Petersburg, Pinellas County, Florida
Date on petition: 07/07/2023

Your Affiant interviewed ██████ on November 17, 2023 and he advised that he did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. ██████ confirmed the other personal information included on the petition was correct. ███████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

It should be noted that on July 7, 2023, a petition was submitted using ██████ s wife's name (██████████). Your

Affiant conducted an interview with ████████ who reviewed the petition and confirmed she did not complete or sign the petition. This petition was submitted by a paid petition circulator identified as George Andrews.

## Voter # 2

Name: ████████
Address: Sumterville, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ████████ on November 3, 2023 and she advised that she did not complete the petition. ████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ████████ advised that her first name was misspelled on the petition ('████. ████████ confirmed the other personal information included on the petition was correct. ████████ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 29, 2023, a second petition was submitted in ████████ name by a paid petition circulator identified as George Andrews (DOB: 09/20/1993). ████████ also reviewed this petition with Your Affiant and confirmed she did not complete it. She further confirmed her signature was forged.

## Voter # 3

Name: ████████
County of Residence: Webster, Sumter County Florida
Date on petition: 07/05/2023

Your Affiant interviewed ████ on October 31, 2023 and she advised that she did not complete the petition. ████████ reviewed the petition with your Affiant and indicated that

the handwriting and signature on the petition were not hers. ███ confirmed the personal information included on the petition was correct. ███ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

It should be noted that on June 20, 2023, a second petition was submitted in ███ name by a paid petition circulator identified as George Andrews. ███ also confirmed to Your Affiant that she did not complete this petition. She further confirmed her signature was forged.

**Voter # 4**

Name: ███
Address: Webster, Sumter County, Florida
Date on petition: 06/21/2023

Your Affiant interviewed ███ on November 1, 2023 and she advised that she did not complete the petition. ███ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ███ confirmed the personal information included on the petition was correct. ███ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 5**

Name: ███
County of residence: Wildwood, Sumter County Florida
Date on petition: 06/20/2023

Your Affiant interviewed ███ on October 30, 2023 and she advised that she did not complete the petition. ███ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. ███ confirmed the personal information included on the

Page 11 of 17

petition was correct. ▆▆▆▆ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 6**
Name: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
County of residence: Bushnell, Sumter County, Florida
Date on petition: 06/15/2023

Your Affiant interviewed ▆▆▆ on November 1, 2023 and she advised that she did not complete the petition. ▆▆▆▆ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ▆▆▆▆ advised that her first name was misspelled on the petition (▆▆▆▆▆▆). ▆▆▆▆ further advised Your Affiant that she was recalled that she was working from home all June 15, 2022 and therefore it was impossible for her to have signed the petition on that date. ▆▆▆▆ onfirmed the other personal information included on the petition was correct. ▆▆▆▆ advised Your Affiant that she did not give anyone permission to complete and submit this petition on her behalf.

**Voter # 7**
Name: ▆▆▆▆▆▆▆▆▆▆
County of residence: Webster, Sumter County, Florida
Date on petition: 06/05/2023

Your Affiant interviewed ▆▆▆ on November 3, 2023 and she advised that she did not complete the petition. ▆▆▆▆ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not hers. In addition, ▆▆▆▆ advised that her date of birth was incorrect on the petition ("▆▆▆▆▆▆"). ▆▆▆▆ confirmed the other personal information included on the petition was correct. ▆▆▆▆ advised Your Affiant that she did not give

anyone permission to complete and submit this petition on her behalf.

<u>Voter # 8</u>

Name: ███████████████████

County of Residence: The Villages, Sumter County, Florida

Date on petition: 06/20/2023

Your Affiant interviewed ██████████ on November 8, 2023 and he advised that he did not complete the petition. ██████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, ██████████ advised that his first name was misspelled (██████████) and his date of birth was incorrect on the petition. ██████████ confirmed the other personal information included on the petition was correct. ██████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

<u>Voter # 9</u>

Name: ████████████████

County of Address: Bushnell, Sumter County, Florida

Date on petition: 06/21/2023

Your Affiant interviewed ██████████ on November 1, 2023 and he advised that he did not complete the petition. ██████████ reviewed the petition with Your Affiant and indicated that the handwriting and signature on the petition were not his. In addition, he indicated that first name was misspelled on the petition ("██████"). ██████████ confirmed the other personal information included on the petition was correct. ██████████ advised Your Affiant that he did not give anyone permission to complete and submit this petition on his behalf.

Page 13 of 17

467

Your Affiant identified one (1) voter who was deceased at the time that the petition was allegedly signed. The below voter was identified:

Voter # 10

Name: ████████████████████████

Date of Death: 04/29/2023

Date on petition signature: 07/07/2023

A petition for Amendment Title 23-07 was submitted by JOHNSON to the Hernando County Supervisor of Elections. This petition was allegedly signed by Amanda Burkey on July 7, 2023. The Hernando County Supervisor of Elections Office discovered ████████ was allegedly deceased on April 29, 2023. On November 13, 2023, your Affiant requested an official copy of the death certificate for an individual identified as ████████████ from the Florida Department of Health (DOH), Bureau of Vital Statistics. On November 20, 2023, your Affiant received a copy of ██████s Certification of Death from the DOH Bureau of Vital Statistics which confirmed that ██████ died on April 29, 2023.

On November 30, 2023, your Affiant conducted a sworn recorded interview with JOHNSONS'S roommate, George Edward Andrews III, at their shared residence located at 12748 Stately Oak Street, Apartment 202, Dade City, Florida. It should be noted that this was the address reported on Johnson's Florida Driver's License. Andrews advised Your Affiant that JOHNSON currently resided at the aforementioned residence with him. Andrews confirmed that JOHNSON was a paid petition circulator for ballot initiative 23-07. Andrews further confirmed that he and JOHNSON have collected petition signatures together. It should be noted that according to Andrews, JOHNSON was not home at the time Andrews was

interviewed. Multiple attempts were made to contact and/or interview JOHNSON but all were met with negative results.

Through this investigation, Your Affiant discovered that Andrews submitted two (2) fraudulent petitions using the same voter information as JOHNSON (Voter # 2 and Voter # 3 noted above). Your Affiant also discovered that Andrews submitted a fraudulent petition using the name of the wife of one of the voters that Johnson had submitted (Voter 1 noted above).

On December 21, 2023, your Affiant received information from the Florida Department of State (DOS), Office of Election Crimes and Security (OECS) indicated that during the period of June 21, 2023 through October 31, 2023, a total of one thousand six hundred forty-seven (1,647) petitions that were submitted by JOHNSON went through the verification process by Supervisor of Elections offices throughout the state of Florida. Of these petitions, eight hundred fourteen (814) were determined to be invalid by the respective counties' Supervisor of Elections office. JOHNSON had an invalid petition rate of approximately 49.9% during this period.

Your Affiant believes that based upon this investigation in its entirety, and evidence gathered during this investigation, probable cause exists that JAMIE L. JOHNSON with violated Section 817.568(2)(a), Florida Statutes, Criminal Use of Personal Identification Information and Section 104.185(2), Florida Statutes, Knowingly Signing Another Person's Name or a Fictitious Name on a Petition.

WHEREFORE, your Affiant prays that an arrest warrant will be issued commanding all and singular, Mark Glass, Commissioner,

Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers to arrest instanter JAMIE L. JOHNSON and bring her before the Court so that she may be dealt with according to law.

Affiant
Leslie Pulling, Inspector
Florida Department of Law Enforcement

*The foregoing instrument was acknowledged before me by means of physical presence this ___ day of February 2024 by Inspector Leslie Pulling who has produced identification and who did take an oath.*

Original Signed

FEB 0 1 2024

GREGORY G. GROGER
CIRCUIT JUDGE

COPY

CIRCUIT JUDGE
Pasco County, Florida

Page 16 of 17

470

## FINDING OF PROBABLE CAUSE

I,

Gregory G. Groger, Circuit Judge

_____

have reviewed this affidavit
and do find there is probable
cause to hold and bind over for
trial the defendant named in
this affidavit.

_____
JUDGE

_____
DATE

February 1, 2024

Clerk of this Court is hereby directed to
ISSUE CAPIAS for arrest of Defendant

JAMIE L. JOHNSON

Defendant is to be admitted to Bail in the sum of

$ 10,000 on Ct. 1, including surcharge
$ 10,000 on Ct. 2, including surcharge
$ 10,000 on Ct. 3, including surcharge
$ 10,000 on Ct. 4, including surcharge
$ 15,000 on Ct. 5, including surcharge
$ 10,000 on Ct. 6, including surcharge
$ 10,000 on Ct. 7, including surcharge
$ 10,000 on Ct. 8, including surcharge
$ 10,000 on Ct. 9, including surcharge
$ 10,000 on Ct. 10, including surcharge
$ 5,000 on Ct. 11, including surcharge
$ 5,000 on Ct. 12, including surcharge
$ 5,000 on Ct. 13, including surcharge
$ 5,000 on Ct. 14, including surcharge
$ 5,000 on Ct. 15, including surcharge
$ 5,000 on Ct. 16, including surcharge
$ 5,000 on Ct. 17, including surcharge
$ 5,000 on Ct. 18, including surcharge
$ 5,000 on Ct. 19, including surcharge
$ 5,000 on Ct. 20, including surcharge

$ 150,000 Total

Other conditions of release: No participation
in Petition Circulation

_____
Circuit Judge

Gregory G. Groger, Circuit Judge

Page 17 of 17

471

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

**AFFIDAVIT FOR ARREST WARRANT**    24-424 CFA

STATE OF FLORIDA                    AGENCY CASE NUMBER EI-32-0247

V.

DONELLA MARIE HARRIEL
R/S:    B/F
DOB:   10/13/1977
FL DL:
SSN:
ADDRESS: 361 SE Atlas Terrace, Port St Lucie, Florida 34983

1. **CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION**
   Section 817.568(2)(A), Florida Statutes (2020)
2. **PETITION; KNOWINGLY SIGNING MORE THAN ONCE; SIGNING ANOTHER PERSON'S NAME OR FICTITIOUS NAME**
   Section 104.185(2) Florida Statutes (2022)

BEFORE ME; Ryan Bliss _____, a sworn law enforcement officer, personally came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being duly sworn, deposes and says:

Inspector Ryan Bliss is a sworn law enforcement officer of the State of Florida, and as such is empowered to conduct investigations of and make arrests for violations of the criminal laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes, pertaining to election code violations and in Chapter 817, Florida Statutes pertaining to Criminal Use of Personal Identification Information. Inspector Ryan Bliss believes that the laws of the State of Florida, including those enumerated in Chapters 104 and 817, have been violated and that the person violating those laws is DONELLA MARIE HARRIEL, as identified above.

472

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience in conducting investigations involving public integrity, election crimes, violent crimes, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has a Bachelor's Degree from Florida State University's School of Criminology and has since successfully completed training classes provided by FDLE. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On December 22, 2023, the Florida Department of State, Office of Election Crime and Security provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Harriel had submitted a total of 314 invalid petitions from different voter districts throughout the state of Florida.

2. Section 100.371(3), Florida Statutes (2022) requires that any person who is or will be paid to collect initiative petitions first register with the Department of State. PPC registration information becomes public record, subject to any applicable exemptions under Florida law. Each PPC is assigned a specific circulator number that is recorded with the Division of Elections.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be

Page 2 of 10

signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

5. The petition circulator's information section begins with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, circulator number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following, "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

6. According to records provided to FDLE by the Florida Department of State Office (DOS) of Election Crime and Security, on or about October 5, 2023, Harriel's application was approved to become a PPC for "Floridians Protecting Freedom, Inc," a group proposing constitutional amendment serial number 23-07, titled "Amendment to Limit Government Interference with Abortion." Harriel used the email

Page 3 of 10

Donella477@gmail.com as a point of contact in her application.  The application also included Harriel's personal information including her name, permanent address, and phone number. Harriel was assigned Circulator ID #65792.

7.  On December 22, 2023, Your Affiant reviewed documents provided by the DOS, which contained a cover letter from Progressive Campaigns, Inc. (PCI). The cover letter was sent to the Escambia County Supervisor of Elections (ESSOE) referencing nineteen suspicious signatures on CAIPFs submitted by Harriel for the "Amendment to Limit Government Interference with Abortion." A review of the signatures from the ECSOE determined that one hundred fifty-one (174) signatures in Martin County and one (1) signature in Brevard County on CAIPFs for "Amendment to Limit Government Interference with Abortion" did not match the signature images available on file for registered voters.

8.  Your Affiant contacted Chief Deputy Debbie Dent of the Martin County Supervisor of Elections (MCSOE) and requested the invalid petitions submitted by Harriel that contained registered voters who had been deemed deceased and the petitions that have been submitted with different signatures. Dent provided Your Affiant with 151 petitions with invalid signatures.

9.  On January 25, 2024, Your Affiant contacted the following individuals in Martin County.



   a. ███████████████████████ Jensen Beach, Florida 34957
   b. ████████████████████████ Jensen Beach, Florida 34957

10. On January 25, 2024, Your Affiant traveled to ██████ residence for an interview. ██████ was not home and a business card was left at the door. ██████ called on January 26, 2024, at approximately 1500 hours and Your Affiant advised that a petition endorsing to limit government interference with abortion contained her name,

Page 4 of 10

475

address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. ▮▮▮▮ advised she was never approached by anyone circulating said petition. Your Affiant electronically sent a copy of the petition to ▮▮▮▮ who reviewed the petition and advised that the petition and signature were not completed by ▮▮▮ ▮▮▮ did not permit anyone to use her personal information. ▮▮▮▮ did not know ▮▮▮ And she affirmed that everything she said was true and accurate to the best of her knowledge. ▮▮▮ also attached a copy of her signature.

11. On January 25, 2024, Your Affiant made contact with Martin County residents ▮▮▮▮ ▮▮▮▮▮▮▮ at the address listed on the petition. Your Affiant spoke with ▮▮▮▮▮ on the telephone at the neighborhood entrance call box and subsequently on the FDLE-issued cellular telephone. Your Affiant informed ▮▮▮▮▮▮ that a petition endorsing to limit government interference with abortion contained his and his wife, ▮▮▮▮▮▮ name, address, date of birth, and signature and that the petition was reportedly completed on November 2, 2023. Your Affiant sent an electronic copy of ▮▮▮▮▮▮▮▮ ▮▮▮▮ petition to ▮▮▮▮▮ cellular telephone. ▮▮▮▮▮ and ▮▮▮▮▮ reviewed the petitions and confirmed that their personal information was correct, but that the signatures were not completed by either ▮▮▮▮ ▮▮▮▮▮. Neither ▮▮▮▮▮▮▮▮ permitted anyone to use their personal information and did not know Harriel. ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ affirmed that the information provided via text message was true and accurate to the best of their knowledge.

12. On January 31, 2024, Your Affiant contacted Chief Deputy Karen Graham of the Brevard County Supervisor of Elections (BCSOE) and requested the invalid petitions submitted by Harriel. On February 1, 2024, Graham provided Your Affiant with sixteen petitions with invalid signatures.

Page 5 of 10

13. On February 1, 2024, Your Affiant contacted the following individuals in Brevard County.

    a.  Melbourne, Florida 32934

14. On February 1, 2024, Your Affiant traveled to Brevard County to speak with Melbourne residents ███████████ at the address listed on the petition. Your Affiant told ███████████ that a petition endorsing to limit government interference with abortion contained both ███████████ name, address, date of birth, and signature and that the petition was reportedly completed on October 31, 2023. ███████ reviewed the petition and confirmed that his personal information was correct but that the signature was not completed by ███. ███████████ reviewed the petition and advised that her personal information was correct but that ███████ did not complete or sign the petition.

15. After speaking with the named Martin County residents, Your Affiant and Special Agent (SA) Mark Mynheir of the FDLE Ft. Pierce Field Office traveled to Harriel's residence located at 361 SE Atlas Terrace, Port St. Lucie, Florida 34983, on January 29, 2024, to conduct a sworn interview of Harriel. The following is a summary of the sworn audio-recorded interview:

16. Upon arrival at the residence, Your Affiant observed Harriel seated on the front porch of the residence. Your Affiant and SA Mynheir approached the residence and identified ourselves with our FDLE-assigned credentials. Your Affiant asked how Harriel became a PPC employed with Five Star Petitioners and if Harriel was still employed with Five Star Petitioners. Harriel advised a friend who worked for Five Star Petitioners named ████ asked her to become a PPC. Harriel did not complete an application and only spoke with the owner of the company, Richard ██llen, via telephone conversations and text messages. As a registered PPC, Harriel was able to work in every county in the State of Florida. Harriel was employed as a PPC at



Page 6 of 10

Five Star Petitions for approximately four weeks; her employment ended on November 15, 2023.

17. Your Affiant asked Harriel what the duties of a PPC involved. Harriel advised, "sign petitions." Your Affiant asked if Harriel signed the petitions and Harriel explained that she sat in front of the Dollar Tree store on US1 in St. Lucie County and at the Planned Parenthood in St. Lucie County and asked people to sign the petition. Harriel reportedly traveled to several different counties with her cousin who has a food truck and would attend different outdoor concerts to get signatures for the petition(s).

18. After getting the signatures, Harriel would drop the signed petitions in a mailbox at Five Star Petitioners, as directed by ████████████ who worked at the Five Star Petitioners office. Harriel traveled to a jazz concert in Pensacola, Escambia County with the food truck to get signatures on petitions. Harriel could not remember the name of the jazz show or the date when she was in Pensacola. Harriel traveled with the food truck to Pompano Beach, Broward County to get signatures, St. Lucie County, and Palm Beach County but could not name the concerts or give the specific dates of when she was at the concerts getting the signatures on the petitions.

19. ████████ told Harriel that she would be paid $10.00 per signature. Harriel was paid $10.00 per signature via direct deposit. Harriel was not paid for every submitted petition. Some of the petitions were not completed correctly and Harriel was not paid for the invalid petitions. Harriel was paid "up front" for fifty percent of the submitted petitions. After the petitions were reviewed by staff, and the invalid petitions were not included, Harriel was paid for the remaining valid petitions.

20. Harriel did not believe that the payment for the submitted petitions was fair and, she felt cheated. During a conversation with Guillen about her payment for the submitted petitions, Guillen advised that Harriel was committing fraud and was subsequently

Page 7 of 10

fired. Harriel explained that if she had an elderly person and the person needed help with the signature on the petition, Harriel would complete the personal information and have the elderly person sign their name. Harriel did not understand how that was fraud. Harriel never personally met Guillen, and Guillen reportedly did not train Harriel on getting the signatures and "threw her out there with these papers."

21. Your Affiant asked if all of the petitions submitted by Harriel were signed by the qualified elector on the petition. Harriel affirmed that the person named on the petition signed the petition. Your Affiant told Harriel about petitions that were declared invalid because of fraudulent signatures and showed Harriel the invalid petitions with the fraudulent signatures. Harriel denied fraudulently completing the petitions and forging the signatures and never forced anyone to sign a petition.

22. After interviewing Harriel, Your Affiant conducted a sworn interview with Guillen and learned the following:

23. Guillen started the Limited Liability Corporation (LLC) Five Star Petitioners, LLC on October 24, 2022, in St Lucie County, Florida. According to Guillen a company that was hired by Progressive Campaigns, Inc. (PCI) hired Five Star Petitioners to hire registered PPCs to circulate petitions endorsing the "Amendment to Limit Government Interference with Abortion." 25. Harriel was an independent contractor, PPC, and was referred to Guillen by ███████████████ who are also independent contractor PPCs employed by Guillen. Harriel was hired electronically while Guillen was working on a separate petition campaign in another state. Guillen never met Harriel in person.

24. ███████████████ rained Harriel on how to collect signatures. Harriell turned the signed petitions into ███████ would then turn the signed petitions into Gullien, who subsequently sent the petitions to PCI to be validated. Due to the large number of petitions that were being turned in by Harriel, PCI checked the signatures

Page 8 of 10

on several petitions and determined that the signatures appeared to be fraudulent. Guillen told Harriel about the fraudulent petitions and Harriel advised that spouses would sign for each other and there would be family fill-ins. Guillen advised there was more to it than that and Harriel apologized. Guillen paid Harriel approximately $5,000 via direct deposit for the petitions submitted during that time. Harriel was fired and placed on the "do not buy" list that is maintained by PCI. PCI sent the fraudulent petitions back to Guillen, and Guillen was charged by PCI for the fraudulent petitions.

25. Your Affiant asked Guillen how the petitioners obtained the personal information of the individuals' information that was fraudulently used on the petitions. Guillen advised that many petitioners use Facebook, Instagram, and Yellow Pages. The internet has websites that allow the petitioners to find out if a name they are using has already been listed as signing the petition being circulated. Your Affiant asked Guillen if Harriel went to Escambia County to get signatures. Guillen advised that Harriel stayed in St. Lucie County and Martin County to get signatures.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Donella Marie Harriel did unlawfully, intentionally, and knowingly submit fraudulent Constitutional Amendment Initiative Petition Forms in two Florida Counties, and therefore in violation of the following Florida State Statutes:

Count 1:  Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (5 counts)
Count 2:  Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (5 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter DONELLA MARIE HARRIEL, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Page 9 of 10

_Inspector Ryan Bliss_
Florida Department of Law Enforcement

SWORN AND SUBSCRIBED before me, the undersigned authority this __16__ day of April, 2024.

_____
(LEO/NOTARY)
Personally Known

PRINT NAME _Judge Darren Steele_
_Marion county_

Page 10 of 10

481

ID#: 26140
2G14l

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.

*2024CF1123 A*

CASE NO.   EI-32-0240

Jill President
B/F, DOB:
SSN:
⎯⎯⎯ Defendant. ⎯⎯⎯ /

CRIMINAL INVESTIGATION
FDLE AGENCY CASE # EI-32-0240

### *Affidavit in Support of Arrest Warrant*

COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Jill President** |
| **Race:** | **Black** |
| **Gender:** | **Female** |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**   **Eleven (11) counts - Criminal Use of Personal Identification Information Concerning a Deceased Individual**
§ 817.568(8)(a), Fla. Stat.

ID#: 26140 +41

Eleven (11) counts – False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.

## FACTS

1. In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was alleged to have submitted petitions to amend the state constitution and many of those petitions were identified as potentially being submitted fraudulently by the LCSOE.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's

ID#: 26140 +41

Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida including the Leon County Supervisor of Elections verified millions of initiative petitions signed by voters. Sponsors of these initiatives must secure the required number of valid signatures in order for their initiative to be placed on the General Election ballot.

7. After communicating with LCSOE, Your Affiant reviewed a comprehensive list of initiatives containing invalid names, addresses, and dates of births that were submitted to the LCSOE on CAIPFs. More than 36, 543 CAIPFs for Initiative 21-16 (Limited Authorization of Casino Gaming) that were submitted to the LCSOE were deemed ineligible by the LCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms. Your Affiant's review of the CAIPFs revealed that one particular PPC, Jill President, DOB: _____ ("PPC President") appeared to have collected CAIPFs from more than one deceased individual, as records available to the LCSOE indicated these individuals were deceased on the date that PPC President purportedly gathered and submitted these signatures under Sponsor "Grassfire LLC".

8. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the individual's signature and PPC President's signature verifying that each petition showed "signed in my presence" under penalties of perjury.

9. Additionally, the "Attention" section of the CPAIF stated the following:

   - This form becomes a public record upon its filing with the Supervisor of Elections
   - It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   - Failure to complete the form as required may invalidate the form

10. According to records provided to FDLE by Grassfire LLC, on or about 12-16-2021, PPC President was hired to become a PPC for the initiative sponsored by "Grassfire LLC" a group proposing constitutional amendment serial number 21-16, titled "Limited Authorization of Casino Gaming." PPC President used the email _____ nd as a point of contact in her application. The application also contained PPC President's personal information including her name, permanent address, and phone number. Your Affiant confirmed that the information PPC President provided on her application matched her Florida Driver and Vehicle Information Database (DAVID) record. PPC President was assigned Circulator ID #46989. Your Affiant later learned through the Florida Department of State that PPC President submitted numerous

ID#: 26140+41

invalid CAIPFs for Limited Authorization of Casino Gaming throughout the State of Florida Supervisor of Election offices. PPC President submitted a total of one thousand two hundred twelve (1,212) CAIPFs to LCSOE under initiative serial number 21-16. Of the 1,212 CAIPFs, seventy-four (74) were valid, one thousand one hundred thirty-eight (1,138) were invalid. Of the invalid CAIPFS, your Affiant discovered that twenty-two (22) CAIPFs bore information for individuals whom were deceased. Some of those twenty-two (22) CAIPFs were discovered to be duplicates and some were discovered to have been dated as completed before some of the individuals were deceased. In total, your Affiant confirmed at least eleven of the CAIPFs were submitted by PPC President that were invalid and possibly submitted fraudulently.

11. Your Affiant further documented that PPC President submitted the eleven (11) deceased individuals' Personal Identification Information (PII) to the LCSOE under Amendment (Initiative) Title 21-16- "Limited Authorization of Casino Gaming". These CAIPFs were dated to have been completed by the deceased individuals after the dates in which they were deceased. The following CAIPFs containing the deceased individual's information were submitted to the LCSOE by PPC President:

12. Leon County Supervisor of Elections identified the deceased individuals as follows:



13. Your Affiant determined that the individuals mentioned in # 11 (Leon County) were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████████ died on 08-13-2020, before the CAIPF was allegedly signed on 12-14-2021.

ID#: 26140←41



b.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 02-13-2021, before the CAIPF was allegedly signed on 12-14-2021.

c.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 10-19-2021, before the CAIPF was allegedly signed on 01-06-2022.

d.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 12-09-2020, before the CAIPF was allegedly signed on 01-06-2022.

e.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██ died on 31-2016, before the CAIPF was allegedly signed on 01-02-2022.

f.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 01-21-2019, before the CAIPF was allegedly signed on 01-08-2022.

g.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 02-03-2021, before the CAIPF was allegedly signed on 01-08-2022.

h.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 09-06-2015, before the CAIPF was allegedly signed on 01-08-2022.

i.  Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ██ died on 09-08-2021, before the CAIPF was allegedly signed on 01-08-2022.

ID#: 26140+41



j.  Your Affiant requested information from the Florida Department of Health, Bureau of
    Vital Statistics related to a death record search for ████████████████ A
    certified copy obtained from the Bureau of Vital Statistics indicated that ████ was
    found deceased on 11-20-2021, before the CAIPF was allegedly signed on 01-08-2022.

k.  Your Affiant requested information from the Florida Department of Health, Bureau of
    Vital Statistics related to a death record search for ████████████████
    ████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████
    died on 09-25-2021, before the CAIPF was allegedly signed on 12-27-2021.

14. Your Affiant noted that PPC President's signature as it appeared on the CAIPFs and other
    documentation was consistent with each of the CAIPFs and her Florida Driver and Vehicle
    Information Database signature record.

15. On Tuesday, March 26, 2024, Your Affiant contacted PPC President via telephone and
    briefly spoke with her. During the call, PPC President identified herself, but disconnected
    the line a short moment later when Your Affiant identified as an Inspector with the Florida
    Department of Law Enforcement. Your Affiant sent a subsequent text message to PPC
    President's contact number ████████████ that read the following:

    "Good morning Ms. President. I am pretty certain I don't have the wrong number.
    I need to speak with you about a previous employer of yours named Florida Voter's
    in Charge. Could you please return my call?"

    On Wednesday, March 27, 2024, PPC President contacted Your Affiant from number ████
    ████████ and expressed that she was cautious of being scammed by Your Affiant on March
    26, 2024 (the previous aforementioned date). PPC President requested to know why Your
    Affiant wanted to speak with her, in which, Your Affiant explained to PPC President that
    an investigation was on-going regarding petitions that were submitted by her to the
    LCSOE. Your Affiant requested PPC President provide her location for an in-person
    interview, however, she was unwilling to do so. PPC President agreed to being interviewed
    telephonically at the number ████████████ at a later scheduled time and advised Your
    Affiant that number ████████ was a free "Wi-Fi" calling number.

    On Thursday, March 28, 2024, Your Affiant conducted a telephonic interview with PPC
    President who admitted that she had worked between the dates of December 2021 and
    January of 2022 circulating CAIPFs. PPC President advised that she worked for a company
    she knew as Grassfire, LLC. PPC President recalled that she was hired and paid on an
    hourly basis. PPC President advised that she was not provided any employee documents

ID#: 26140 ↓41

when she was hired, however; she was provided a clip board with blank CAIPFs and given the guidance to circulate the CAIPFs to obtain signatures from registered "Floridians".

PPC President advised that she circulated numerous CAIPFs specifically related to Title 21-16- "Limited Authorization of Casino Gaming," throughout many different areas of Leon County, Florida. While circulating the CAIPFs, PPC President claimed to have only gathered signatures from those that could sign the CAIPFs, which she later submitted.

During the interview, PPC President was questioned regarding the LCSOE complaint that detailed she had submitted a total of one thousand two hundred twelve (1,212) CAIPFs to their office, of which, one thousand one hundred thirty-eight (1,138) were invalid. PPC President's response was that she did not know how that happened.

PPC President was questioned regarding the CAIPFs that were completed by the aforementioned individuals detailed in #11 and #12. PPC President response was that she did not know how that happened. PPC President was questioned, regarding the petitions that had been submitted by her for the deceased individuals detailed in #11, #12, and #13. PPC President admitted to signing the CAIPFs, however; she claimed that she did not know how the information for deceased individuals were put on the CAIPFS and did not know how it happened. When asked of PPC President by Your Affiant how one thousand one hundred thirty-eight (1,138) CAIPFs were invalid and twenty-two (22) bore personal information and signatures from deceased individuals, PPC President suggested that she did not know. PPC President advised that she submitted to the LCSOE what was provided to her by individuals regarding the CAIPFs. Due to Your Affiant's findings throughout the course of the investigation that was determined to be improbable as detailed within this affidavit.

<u>CONCLUSION</u>

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, Your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Jill President with:

Count 1:    Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

3rd Degree Felony

Count 2:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 6:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 7:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 8:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 9:  Criminal Use of Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

ID#: 26140 ᵈᵘ¹

3ʳᵈ Degree Felony

Count 10:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3ʳᵈ Degree Felony

Count 11:    Criminal Use of Personal Identification Information Concerning a Deceased
Individual
§ 817.568(8)(a), Fla. Stat.
3ʳᵈ Degree Felony

Count 12:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 13:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 14:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 15:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 16:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 17:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

Count 18:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3ʳᵈ Degree Felony

ID#: 26140

| | |
|---|---|
| Count 19: | False Swearing, Submission of False Voter Registration Information<br>§ 104.011(1), Fla. Stat.<br>3rd Degree Felony |
| Count 20: | False Swearing, Submission of False Voter Registration Information<br>§ 104.011(1), Fla. Stat.<br>3rd Degree Felony |
| Count 21: | False Swearing, Submission of False Voter Registration Information<br>§ 104.011(1), Fla. Stat.<br>3rd Degree Felony |
| Count 22: | False Swearing, Submission of False Voter Registration Information<br>§ 104.011(1), Fla. Stat.<br>3rd Degree Felony |

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____ #1380

Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

Sworn to and subscribed before me this ___ **4/16/2024** day of _____ 2024.

_____

Leon County Judge Ashunall Richardson

The Honorable
Leon County, Second Judicial Circuit

ID#: 25916

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.                                          CASE NO.    EI-32-0241

Krisharia Williams
B/F, DOB:
SSN:
_____Defendant.            /

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0241**

### *Affidavit In Support of Arrest Warrant*

      COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

|  |  |
|---|---|
| **Subject:** | **Krisharia Williams** |
| Race: | Black |
| Gender: | Female |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**    **Eight (8) counts - Criminal Use of Personal Identification Information § 817.568(2)(a), Fla. Stat.**

               **Two (2) counts - Criminal Use of Personal Identification Information**

ID#: 25916

**Concerning a Deceased Individual**
§ 817.568(8)(a), Fla. Stat.

**Ten (10) counts - False Swearing, Submission of False Voter Registration Information**
§ 104.011(1), Fla. Stat.

### FACTS

1. In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was alleged to have submitted petitions to amend the state constitution and many of those petitions were identified as potentially being submitted fraudulently by the LCSOE.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. The Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name,

493

ID#: 25916

circulator registration number, and circulator's address. There is also a disclaimer: "By my
signature below, as petition circulator, I verify that the petition was signed in my presence.
Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's
Affidavit and the facts stated in it are true." Below is a space for the circulator's signature
and the date attesting that the voter was present.

6. Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida
including the Leon County Supervisor of Elections verified millions of initiative petitions
signed by voters. Sponsors of these initiatives must secure the required number of valid
signatures in order for their initiative to be placed on the General Election ballot.

7. After communicating with LCSOE, Your Affiant reviewed a comprehensive list of
initiatives containing invalid names, addresses, and dates of births that were submitted to
the LCSOE on CAIPFs regarding paid petition circulator, Krisharia Williams, DOB:
01/02/1998 ("PPC Krisharia"). Those CAIPFs were for Initiative 21-16
"Limited Authorization of Casino Gaming" that had been submitted to the LCSOE. Your
Affiant's review of the CAIPFs revealed that PPC Krisharia submitted CAIPFs for
numerous individuals whose signatures did not match, numerous individuals whom were
not registered to vote in Leon County, Florida, as well as for deceased individuals. Based
upon records available to the LCSOE, those records indicated that the CAIPFs in question
were possibly submitted fraudulently by PPC Krishaira. Especially, due to PPC Krishaira
submitting CAIPFs for individuals whom were determined to have been deceased on the
signature date on the CAIPFs. PPC Krishaira purportedly gathered and submitted these
signatures under Sponsor "Grassfire LLC".

8. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the
individual's signature and PPC Krishaira's signature verifying that each petition showed
"signed in my presence" under penalties of perjury.

9. Additionally, the "Attention" section of the CPAIF stated the following:

   • This form becomes a public record upon its filing with the Supervisor of Elections
   • It is a first-degree misdemeanor to knowingly sign the same petition more than once
     (F.S.S. 104.185)
   • Failure to complete the form as required may invalidate the form

10. According to records provided to FDLE by Grassfire LLC, on or about 12-16-2021, PPC
Krisharia's was hired to become a PPC for the initiative sponsored by "Grassfire LLC" a
group proposing constitutional amendment serial number 21-16, titled "Limited
Authorization of Casino Gaming." PPC Krisharia used the email
██████████████████ and as a point of contact in her application. The application

494

ID#: 25916

also contained PPC Krisharia's personal information including her name, permanent address, and phone number. PPC Krisharia was assigned Circulator ID #46362. Your Affiant later learned through the Florida Department of State that PPC Krisharia submitted a total of nine hundred and seventy (970) invalid CAIPFs for Limited Authorization of Casino Gaming throughout the State of Florida Supervisor of Election offices. PPC Krisharia submitted a total of eight hundred and thirty-five (835) CAIPFs to LCSOE under initiative serial number 21-16. Of the 835 CAIPFs, one hundred and twenty-six (126) were valid and seven hundred and nine (709) were invalid.

11. Your Affiant conducted further investigation and discovered that PPC Krisharia submitted at least eight (8) CAIPFs for individuals she was not provided consent, permission, nor authorization to do so for and two (2) CAIPFs with deceased individuals' Personal Identification Information (PII) to the LCSOE under Amendment (Initiative) Title 21-16-"Limited Authorization of Casino Gaming". The following CAIPFs containing the 8 individuals PPC Krisharia was not given consent, permission, nor authorization for and the 2 deceased individuals' information that were submitted to the LCSOE by PPC Krisharia is as follows:



- o
- o
- o
- o
- o
- o
- o
- o
- o
- o

12. Your Affiant obtained voluntary, sworn, audio recorded statement from the eight aforementioned living individuals as well as obtained the death certificates for the aforementioned deceased individuals. Based on the statements provided and certificates obtained, the following information was discovered:

a. An interview was conducted with ███████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ███████ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ███████ advised that the signature on the petition was not his and that he did not give PPC Krisharia consent, permission, nor authorization to complete any petition on his behalf.

ID#: 25916

b.  An interview was conducted with ▮▮▮▮▮ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ▮▮▮ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ▮▮▮ advised that the birthdate on the petition was incorrect and that the signature on the petition was not his. ▮▮▮ further advised that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

c.  An interview was conducted with ▮▮▮▮▮ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ▮▮▮ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ▮▮▮ advised that the birthdate on the petition was incorrect and that the signature on the petition was not his. ▮▮▮ further advised that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

d.  An interview was conducted with ▮▮▮▮▮ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ▮▮▮ was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature. ▮▮▮ advised that she had not lived at the address on the petition since approximately 10 years prior, which was several years prior to December 23, 2021, which was the date the petition was dated as completed. In addition, ▮▮▮ advised that the signature on the petition was not hers' and that she did not give PPC Williams consent, permission, nor authorization to complete any petition on her behalf.

e.  An interview was conducted with ▮▮▮▮▮ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on his behalf by PPC Krisharia. ▮▮▮ was shown the petition that his personal identification information had been used to complete, including; his name, address, birthdate, and signature. ▮▮▮ advised that he did not live at the address listed on the CAIPF on the date December 29, 2021, which was the date the CAIPF was dated as completed. ▮▮▮ further advised that he was incarcerated in Leon County Jail at the time in which the CAIPF was dated as completed and indicated that he would had been unavailable to PPC Krisharia. ▮▮▮ advised that the signature on the petition was not his and that he did not give PPC Krisahria consent, permission, nor authorization to complete any petition on his behalf.

ID#: 25916



f.   An interview was conducted with J███████████ regarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████ was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature.████████dvised that the birthdate on the petition was incorrect and the signature on the petition was not hers'. ████████dvised that she did not give PPC Krisahria consent, permission, nor authorization to complete any petition on her behalf.

g.   An interview was conducted with ████████████ egarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████was shown the petition that her personal identification information had been used to complete, including; her name, address, birthdate, and signature. ████████advised that the address was not an address that she had resided at, the birthdate was incorrect, and the signature on the petition was not hers'. ████████ advised she did not give PPC Krisharia consent, permission, nor authorization to complete any petition on her behalf.

h.   Your Affiant interviewed and obtained a notarized "Voluntary Affidavit" from ███████████ egarding the CAIPF for "Limited Authorization of Casino Gaming Initiative" that was submitted to the LCSOE on her behalf by PPC Krisharia. ████████was provided a copy of the petition that was shown to have been completed by her and dated as December 23, 2021, as being completed ████████wrote in the notarized "Voluntary Affidavit" the following information:

   *"I never filled out the Constitutional Amendment Initiative Petition form that has been provided for my review. I can confirm without a shadow of a doubt that this petition was not filled out by me and that is confirmed because the hand writing & signature are undoubtedly not mine. Moreover in December of 2021 I was in the process of moving and I know for a fact that a petition regarding casino taxation wouldn't have been enough of a priority for me at the time to spend time completing. It's disheartening to learn that my information was used & my signature was forged without my knowledge. I'm happy to provide any other information to see to it that justice is served so that no one else has to experience this theft of personal information."*

i.   Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that J███████died on 02-07-21, before the CAIPF was allegedly signed on 01-04-2022.

ID#: 25916

     j.   Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-04-2021, before the CAIPF was allegedly signed on 12-24-2021.

13. Your Affiant noted that PPC Krisharia's signature as it appeared on the CAIPFs and other documentation was consistent with each of the CAIPFs and Florida her Driver and Vehicle Information Database signature record.

14. On Wednesday, March 13, 2024, Your Affiant interviewed PPC Krisharia at 2331 Phillips Road, Tallahassee, Florida (Florida Department of Law Enforcement Headquarters). Post Miranda, PPC Krisharia provided the following information:

PPC Krisharia admitted that she had worked for Grassfire LLC between the dates of December 2021 and November of 2022. PPC Krisharia advised that while working for Grassfire LLC she completed documentation related to Grassfire LLC's Code of Integrity & Standards of Practice, other policy documents, and documents related to payment arrangements. PPC Krisharia recalled being paid approximately eighteen dollars ($18.00) on an hourly basis.

PPC Williams advised that when she was hired to gather and submit the signatures on CAIPFs, she circulated hundreds of the CAIPF specifically related to Title 21-16- "Limited Authorization of Casino Gaming," throughout many different areas of Leon County, Florida. While circulating the CAIPFs, PPC Krisharia claimed to often stop groups of individuals that were entering or exiting the business or location she was at, at the time of her circulating, and further explain to the groups of individuals who she was and what the CAIPFs were for.

While PPC Krisharia explained what the CAIPFs were for, she alleged to have simultaneously handed out blank CAIPFs to said individuals and subsequently collect the completed CAIPFs from those said individuals. PPC Krisharia claimed that the CAIPFs that she collected were signed by the individuals and she in-turn signed the CAIFPs as the circulator and submitted them to the LCSOE. During the interview, PPC Krisharia was questioned regarding the LCSOE complaint that detailed she had submitted a total of the eight hundred and thirty-five (835) CAIPFs to their office, of which, seven hundred and nine (709) were invalid. PPC Krisharia's response was that she did not know how that happened.

PPC Krisharia was questioned regarding the CAIPFs that were attested to have not been completed by the aforementioned individuals detailed in #11 and #12. PPC Krisharia response was that she did not know how that happened. PPC Krisharia was questioned,

ID#: 25916

regarding the petitions that had been submitted by her for the deceased individuals also detailed in #11 and #12, regarding that both of which had been confirmed and identified as deceased prior to the dates the CAIPFs were dated as completed. PPC Krisharia's response was that she did not know how that happened. PPC Krisharia was shown copies of the CAIPFs that bore her signature, in which; PPC Krisharia admitted that the signature as the circulator was hers'. When asked of PPC Krisharia by your Affiant if she was duped by seven hundred and nine (709) individuals; her response was that she did not know and that she submitted to the LCSOE what was provided to her by individuals regarding the CAIPFs. Due to Your Affiant's findings throughout the course of the investigation that was determined to be improbable as detailed within this affidavit.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Krisharia Williams with:

Count 1:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 2:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 3:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 4:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 5:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

ID#: 25916

Count 6:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 7:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 8:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 9:     Criminal Use of Personal Identification Information Concerning a Deceased
             Individual
             § 817.568(8)(a), Fla. Stat.
             3rd Degree Felony

Count 10:    Criminal Use of Personal Identification Information Concerning a Deceased
             Individual
             § 817.568(8)(a), Fla. Stat.
             3rd Degree Felony

Count 11:    False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 12:    False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 13:    False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 14:    False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 15:    False Swearing, Submission of False Voter Registration Information

ID#: 25916

§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 16:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 17:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 18:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 19:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

Count 20:    False Swearing, Submission of False Voter Registration Information
§ 104.011(1), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described

in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____ #1380

Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

Sworn to and subscribed before me this _____ day of _____ 2024.

_____

The Honorable
Leon County, Second Judicial Circuit

501

ID#: 31741

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

v.                                    CASE NO. _____ }

Colton Brady
W/M, DOB: ▮▮▮▮▮▮
SSN: ▮▮▮▮▮▮
    Defendant.

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0243**

### *Affidavit in Support of Arrest Warrant*

COMES NOW Your Affiant, Inspector Richard Gibbs of the Florida Department of Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Your Affiant has been a member of the FDLE since October 2019. Prior to the FDLE, Your Affiant was a member of the Bay County Sheriff's Office from November 2012 to September 2019. Your Affiant is currently assigned to the FDLE Office of Executive Investigations, Election Crime Unit, and has received training in Elections Crime investigations. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):



| Subject: | **Colton Brady** |
|---|---|
| Race: | White |
| Gender: | Male |
| Date of Birth: | ▮▮▮▮ |
| Social Security Number: | ▮▮▮▮ |
| Florida Driver License: | ▮▮▮▮ |
| Last Known Address: | ▮▮▮▮ |

**Offense(s):** **Three (3) counts – Criminal Use of Personal Identification Information § 817.568(2)(a), Fla. Stat.**

**One (1) count – Criminal Use of Personal Identification Information**

ID#: 31741

Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.

Four (4) counts - False Swearing, Submission of False Voter
Registration Information
§ 104.011(1), Fla. Stat.

## FACTS

1. In November 2023, the Leon County Supervisor of Elections (LCSOE) provided Your Affiant with a voter fraud complaint against a Paid Petition Circulator (PPC) that was alleged to have submitted petitions to amend the state constitution and many of those petitions were identified as potentially being submitted fraudulently by the LCSOE.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name,

ID#: 31741

circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. Each year, all sixty-seven (67) counties (Supervisor of Elections) in the State of Florida, including the Leon County Supervisor of Elections, verified millions of initiative petitions signed by voters. Sponsors of these initiatives must secure the required number of valid signatures for their initiative to be placed on the General Election ballot.

7. After communicating with LCSOE, Your Affiant reviewed a comprehensive list of initiatives containing invalid names, addresses, and dates of births that were submitted to the LCSOE on CAIPFs regarding paid petition circulator, Colton Brady ████████ ("PPC Brady"). Those CAIPFs were for Initiative 21-17 "Legalizes Personal Use of Marijuana" that had been submitted to the LCSOE. Your Affiant's review of the CAIPFs revealed that PPC Brady submitted CAIPFs for numerous individuals whose signatures did not match, numerous individuals who were not registered to vote in Leon County, Florida, as well as for a deceased individual. Based upon records available to the LCSOE, those records indicated that the CAIPFs in question were possibly submitted fraudulently by PPC Brady, including a CAIPF for an individual who was determined to have been deceased on the signature date on the CAIPF. PPC Brady purportedly gathered and submitted these signatures under Sponsor "Sensible Florida, Inc".

8. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the individual's signature and PPC Brady's signature verifying that each petition showed "signed in my presence" under penalties of perjury.

9. Additionally, the "Attention" section of the CAIPF stated the following:

   • This form becomes a public record upon its filing with the Supervisor of Elections
   • It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   • Failure to complete the form as required may invalidate the form.

10. According to records provided to FDLE by the Florida Department of State, on or about 02-06-2022, PPC Brady was hired to become a PPC for the initiative sponsored by "Sensible Florida, Inc." a group proposing constitutional amendment serial number 21-17, titled "Legalizes Personal Use of Marijuana". The application contained PPC Brady's personal information including his name, permanent address, and phone number. PPC Brady was assigned Circulator ID #52548. Your Affiant later learned through the Florida

ID#: 31741

Department of State that PPC Brady submitted a total of seventy- one (71) invalid CAIPFs for "Legalizes Personal Use of Marijuana" throughout the State of Florida to Supervisor of Election offices. PPC Brady submitted a total of sixty-six (66) CAIPFs specifically to the LCSOE under initiative serial number 21-17, of which, forty-nine (49) were determined invalid and rejected while only seventeen (17) were determined valid and accepted. The LCSOE and your Affiant determined that the amount of invalid and rejected CAIPFs for PPC Brady produced over a 50% rejection rate, which typically is just over 3.5% for the LCSOE.

11. Your Affiant conducted further investigation and discovered that PPC Brady submitted at least eight (3) CAIPFs for individuals who had not provided consent, permission, nor authorization to do so for and one (1) CAIPF with a deceased individuals' Personal Identification Information (PII) on it to the LCSOE under Amendment (Initiative) Title 21-17- "Legalizes Personal Use of Marijuana". The following CAIPFs containing the 3 individuals PPC Brady was not given consent, permission, nor authorization for and the 1 deceased individuals' information that were submitted to the LCSOE by PPC Brady is as follows:

    ○  ██████████ - (did not give consent, permission, nor authorization)
    ○  ██████████ (did not give consent, permission, nor authorization)
    ○  ██████████ - (did not give consent, permission, nor authorization)
    ○  ██████████ (identified as deceased prior to the date the CAIPF was completed)

12. Your Affiant obtained voluntary, sworn, audio recorded statement from the three living individuals as well as obtained the death certificates for the deceased individual as listed in number "11" above. Based on the statements provided and certificates obtained, the following information was discovered:

    a.  An interview was conducted with ████████ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on his behalf by PPC Brady. ████ was shown the petition that her personal identification information had been used to complete, including her name, address, birthdate, and signature. ████ advised that she had never completed any petition (CAIPF) for any Constitutional Amendment Initiative and that the signature on the petition was not hers and that she did not give PPC Brady consent, permission, nor authorization to complete any petition (CAIPF) on her behalf.

    b.  An interview was conducted with ████████████ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on her behalf by PPC Brady. During the initial part of the interview ████ advised that she was a convicted felon and had been since becoming an adult and had never been authorized to vote, therefore there was "no way" she would have completed any petition (CAIPF)

ID#: 31741

jeopardizing herself legally. ████ was shown the petition that her personal identification information had been used to complete, including her name, address, birthdate, and signature. ████ advised that she did not complete the petition (CAIPF) though it bore accurate information for her.████ further advised that she did not give PPC Brady consent, permission, nor authorization to complete any petition on her behalf.

c. An interview was conducted with ████████ regarding the CAIPF for "Legalizes Personal Use of Marijuana" that was submitted to the LCSOE on her behalf by PPC Brady. ████ was shown the petition that her personal identification information had been used to complete including her name, address, birthdate, and signature.████ advised that the handwriting on the petition was not hers.████ advised that she did not give PPC Brady consent, permission, nor authorization to complete any petition on her behalf.

d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 09-30-2020, before the CAIPF was allegedly signed on 02-13-2022.

13. Your Affiant noted that PPC Brady's signature as it appeared on the CAIPFs, and other documentation was consistent with each of the CAIPFs and his Florida Driver and Vehicle Information Database signature record.

14. On Wednesday, May 16, 2024, Your Affiant interviewed PPC Brady at the Florida Department of Corrections Northwest Florida Reception Center. Post Miranda, PPC Brady provided the following information:

Brady began as a PPC for the CAIPFs related to "Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana" through Sensible Florida, Inc. When hired, Brady recalled providing his personal identification information to include, his named, dob, permanent address, and his contact information on his application that was provided to the Florida Department of State. Brady advised that after completing the application package and being approved to become a PPC, he attended trainings and was

ID#: 31741

shown how to complete the CAIPFs and was directed that he needed to obtain signatures in-person from the respective individuals he solicited signatures from.

After attending trainings, PPC Brady traveled to several different locations throughout Leon County, Florida to solicit for signatures from Leon County citizens. PPC Brady recalled going to establishments such as grocery stores, retail stores, and the FSU campus to solicit for signatures. PPC Brady advised that he was not obtaining many signatures and described himself as becoming envious of other PPCs when noticing they were obtaining more signatures than him.

As PPC Brady continued to solicit for signatures he began experimenting with other ways that he could obtain more signatures effectively and efficiently. PPC Brady advised that additional trainings that he began attending allowed him to discover how to access an open-source internet website that housed personal identification information for Leon County voters. PPC Brady admitted that he used this open-source internet website to access the personal identification information for individuals and used the information to complete CAIPFs fraudulently himself. PPC Brady advised that he subsequently submitted the fraudulent CAIPFs to the LCSOE.

After PPC Brady's admittance of fraudulent acts, your Affiant showed him copies of the CAIPFs that were determined to be fraudulent as described in number "11" above. PPC Brady advised that he completed those CAIPFs knowing and intentionally with the intent to commit fraud against those individuals for his own personal gain. PPC Brady specifically pointed out that the CAIPFs bore his handwriting and that he specifically tried to impersonate how he believed those individuals would write. When questioned specifically about the CAIPF that pertained to the deceased, ████████ PPC Brady advised that though he used the open-source website information he was able to obtain, he was not able to ascertain if the person was deceased or not.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not

included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Colton Brady with:

Count 1:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 2:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 3:     Criminal Use of Personal Identification Information
             § 817.568(2)(a), Fla. Stat.
             3rd Degree Felony

Count 4:     Criminal Use of Personal Identification Information Concerning a Deceased
             Individual
             § 817.568(8)(a), Fla. Stat.
             3rd Degree Felony

Count 5:     False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 6:     False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 7:     False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

Count 8:     False Swearing, Submission of False Voter Registration Information
             § 104.011(1), Fla. Stat.
             3rd Degree Felony

508

ID#: 31741

**AFFIRMATION**

I hereby affirm that the events constituting probable cause to arrest the subjects described

in this Affidavit are true based on my information, belief, and/or personal knowledge.

Affiant
Inspector Richard Gibbs #1380
Florida Department of Law Enforcement

**SWORN AND SUBSRCIBED** before me by Inspector Richard Gibbs who is personally known
to me, and upon being duly placed under oath by me, a person authorized by law to administer
oaths, does swear, or affirm, under penalty or perjury, that the Probable Cause recited herein, is
true and correct and has subscribed his or her signature above, this 29 day of August 2024.

FDLE # 1143

Special Agent Supervisor
Jonathon Feltgen

Sworn to and subscribed before me this _____ day of __8/29/2024__ 2024.

The Honorable
Leon County, Second Judicial Circuit

509

STATE OF FLORIDA

V. .

ZACHARY PAUL DWORSKY

R/S:   W/M
DOB:   ███████
FL DL: ███████████
SSN:   ███████████

1. **CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION** Section 817.568(2)(A), Florida Statutes (2020)
2. **PETITION; KNOWINGLY SIGNING MORE THAN ONCE; SIGNING ANOTHER PERSON'S NAME OR FICTITIOUS NAME** Section104.185(2) Florida Statutes (2022)

BEFORE ME, _Chris Shepard_ a sworn law enforcement officer, personally came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being duly sworn, deposes and says:

Inspector Bliss is a sworn law enforcement officer of the State of Florida, and as such is empowered to conduct investigations of and make arrests for violations of the criminal laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes, pertaining to election code violations and believes that laws of the State of Florida have been violated, specifically, those laws enumerated in Chapter 817.568 pertaining to Criminal Use of Personal Identification Information; and the person violating those laws is ZACHARY PAUL DWORSKY, as identified above.

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience, in conducting investigations involving public integrity, election crimes, violent crime, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has successfully completed training classes provided by FDLE and also has a Bachelor's Degree from Florida State University's School of Criminology. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes, and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On September 08, 2023, the Florida Department of State, Divison of Elections provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Dworski had submitted a total of 2,438 invalid petitions from different voter districts throughout the state of Florida.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.

Page 2 of 13

Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. According to records provided to FDLE by the Florida Department of State Division of Elections, on or about November 15, 2022, Dworsky's application was approved to become a PPC for 3PVRO "Smart and Safe Florida" (Serial Number 22-05, Adult Personal Use of Marijuana) and for Floridian's Protecting Freedom, Inc. (Serial Number 23-07, Amendment to Limit Government Interference with Abortion), two

Page 3 of 13

512

committees seeking to have amendments to the Florida Constitution placed on the ballot for the 2024 election cycle. Dworsky was a PPC for these initiatives and listed the email address ███████████████ n his application. The application also included Dworksky's name, address, and phone number. Dworsky was assigned Circulator ID #56091.

The reasons for your Affiant's belief that the above-listed laws have been violated and that ZACHARY PAUL DWORSKY, hereinafter Dworsky is the person who violated said laws are as follows:

On March 03, 2023, the FDLE, Election Crime Unit (ECU) received information from the Florida Department of State (DOS), Office of Election Crimes and Security regarding allegations of fraud involving Zachary Paul Dworsky hereinafter Dworsky, a paid petition circulator (PPC) for Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana".

On March 6, 2023, Your Affiant reviewed documents provided by the DOS, which contained an Elections Fraud Complaint form from Candidate & Election Support Coordinator Katrina Hall of the Sumter County Supervisor of Elections (SCSOE) office and the DOS, and one petition form with one corresponding SCSOE voter information printout. The DOS letter outlines the complaint from the SCSOE, alleging that Dworsky, a PPC, submitted one petition receiving a disposition of "Signature Different" due to a signature mismatch. In addition to the signature on the petition not matching the signature images available on file for registered voter, ██████████████████████████ the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar and resemble the Paid Petition Circulator's handwriting.

1. On April 14, 2023, Your Affiant conducted a sworn interview of ████ and learned the following. On an undetermined date in January of 2023 ████ ceived a letter from the SCSOE that stated, ██████ name may have been forged on a petition. ██████ traveled to the SCSOE and a representative showed ████ a copy of the

petition with her signature. ████ advised that was not her signature on the petition. Your Affiant asked ████ if a circulator ever approached her at home or in public and requested her to sign the petition. According to ████ no one has ever approached her and asked her to sign a petition. ████ has never heard of the petition for the adult use of personal marijuana and ████ would not endorse or sign the petition. ████ does not know Dworsky.

On August 28, 2023, Your Affiant contacted the Department of State and requested information on the number of invalid petitions with the names of the circulators for the Smart and Safe initiative to determine if Dworsky has submitted petitions in other voting districts receiving a disposition of "Signature Different" or submitting petitions that a registered voter has been deemed deceased prior to the filing of the Constitutional Amendment Initiative Petition Form being turned in.

Your Affiant reviewed the spreadsheet and saw that there were thirty-two invalid petitions submitted to the Volusia County Supervisor of Elections (VCSOE) by Dworsky. Your Affiant contacted the VCSOE, requested a copy of the invalid petitions, and reviewed the comprehensive list of invalid signatures that were submitted to the VCSOE on CAIPFs by Dworsky. The CAIPFs submitted to the VCSOE were deemed ineligible by the VCSOE due to various anomalies.

On September 28, 2023, Your Affiant contacted the following individual(s).

2. ████████████████████████████████

At approximately 1100 hours, Your Affiant met with ████████, hereinafter ████ at the listed residential address on the petition. Your Affiant informed ████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed him a copy of the petition with ████ name, residential address, date of birth, and signature. ████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ████ did not give anyone permission to use

Page 5 of 13

his personal information or sign his name on the petition. ▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1100 hours, Your Affiant attempted to meet with ▮▮▮▮ hereinafter ▮▮▮▮ at his residence but learned that his brother, ▮▮▮▮▮▮ was not home. Your Affiant left a business card with instructions to have ▮▮▮▮ contact Your Affiant. At approximately 1400 hours, ▮▮▮▮ called and was told that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and electronically sent a copy of the petition to ▮▮▮ via text message that contained ▮▮▮▮ name, residential address, date of birth, and signature. ▮▮▮ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ▮▮▮ did not give anyone permission to use his personal information or sign his name on the petition. ▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1200 hours, Your Affiant met with ▮▮▮▮ hereinafter ▮▮▮ at the listed residential address. Your Affiant informed ▮▮▮ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▮▮▮ a copy of the petition with ▮▮▮ name, residential address, date of birth, and signature. ▮▮▮ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ▮▮▮ did not give anyone permission to use his personal information or sign his name on the petition. ▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1120 hours, Your Affiant met with ▮▮▮▮ hereinafter ▮▮▮ at the listed residential address. Your Affiant informed ▮▮▮▮ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud

Page 6 of 13

515

and showed ▓▓▓▓ a copy of the petition with ▓▓▓▓ name, residential address, date of birth, and signature. ▓▓▓▓ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▓▓▓▓ did not give anyone permission to use her personal information or sign her name on the petition. ▓▓▓▓ was never approached by a petitioner endorsing the adult personal use of marijuana.

6. At approximately 1120 hours, Your Affiant met with ▓▓▓▓ hereinafter ▓▓▓▓, at her employment address, located at ▓▓▓▓ Your affiant informed ▓▓▓▓ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▓▓▓▓ a copy of the petition with ▓▓▓▓ name, residential address, date of birth, and signature. ▓▓▓▓ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▓▓▓▓ did not give anyone permission to use her personal information or sign her name on the petition. ▓▓▓▓ was never approached by a petitioner endorsing the adult personal use of marijuana.

7. At approximately 1130 hours, Your Affiant made telephonic contact with ▓▓▓▓ hereinafter ▓▓▓▓ Your Affiant explained the possible identity fraud and petition fraud and told ▓▓▓▓ that according to the petition, ▓▓▓▓ completed the petition on April 14, 2023, with his name, address, date of birth, and signature. ▓▓▓▓ informed Your Affiant that he was never approached by anyone to complete the petition and ▓▓▓▓ was in Anderson, South Carolina during the month of April. Your Affiant sent a copy of the petition electronically to ▓▓▓▓ who reviewed the petition and advised that was not his signature or handwriting. ▓▓▓▓ never granted anyone permission to complete the petition on his behalf.

On October 03, 2023, Your Affiant contacted the following individual(s):

Page 7 of 13



8.

Your Affiant attempted to make contact with ███████ hereinafter ████ at the listed address on the petition. ██████ wife, █████ advised that ████ was not home. Your affiant provided a business card to ███████ with instructions to have ████ contact Your Affiant. █████ contacted Your affiant and advised that he did not recall ever being approached and asked to sign a petition endorsing the adult personal use of marijuana. Your affiant provided ██████ with a copy of the petition electronically to ████████ cellular telephone. █████ reviewed the petition and advised that "neither the handwriting nor signature are anything close to mine. I've also never seen a piece of paper like that."

9.

At approximately 1500 hours, Your Affiant met with ███████ hereinafter █████ at the listed address on the petition. Your Affiant informed █████ that she could be a victim of identity fraud. Your Affiant showed ██████ a copy of the petition with ██████ name address, date of birth, and signature on the petition. █████ immediately stated that was not her handwriting or signature on the petition █████ advised that her last name was spelled incorrectly and she was in Miami on March 22, 2023, when the petition was reportedly signed. ████████ signed the back of the petition and swore the information provided to Your Affiant was true and accurate.

On October 04, 2023, Your Affiant contacted or attempted to contact the following individual(s).

10.

Your affiant attempted to speak to , █████ hereinafter ████ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, █████ contacted Your Affiant and informed ████ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on January 23, 2023. █████ advised he

Page 8 of 13

was never approached by anyone circulating a petition and he tries to avoid circulators and panhandlers. Your Affiant electronically sent a copy of the petition to ████████ reviewed the petition and advised that the petition and signature were not completed by ████ and ████ did not give permission to anyone to use his personal information and everything he said was true and accurate.



11.

Your Affiant made contact with ████████ hereinafter ████████, at the residential address listed on the petition. Your Affiant told ████ that she could be a victim of identity fraud and petition fraud and showed ████ a copy of the petition with ████ name, address, date of birth, and signature. ████ reviewed the petition and advised that she did not complete the petition and the signature was not her signature. ████ did not give anyone permission to complete the petition on ████ behalf. ████ was never approached by anyone asking ████ to sign the petition. ████ signed the back of the petition for comparison.



12.

Your Affiant attempted to speak to ████████ hereinafter ████ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████ contacted Your affiant and was informed that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ████ reviewed the petition and advised the signature was not ████ signature and ████ did not give permission to anyone to use his personal information and everything he said was true and accurate.



13.

Your Affiant attempted to speak to ████████ hereinafter ████ at the

residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████████ contacted Your Affiant and was told ████████ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ████████ reviewed the petition and advised the signature was not ████████ signature that ████████ did not give permission to anyone to use his personal information and that everything he said was true and accurate.

14. ██████████████

Your Affiant made contact with ████████ hereinafter ████████ at the residential address listed on the petition. Your affiant told ████ that he could be a victim of identity fraud and petition fraud and showed ████ a copy of the petition with ████ name, address, date of birth, and signature. ████ reviewed the petition and advised that he did not complete the petition and the signature was not his signature. ████ did not give anyone permission to complete the petition on ████ behalf. ████ was never approached by anyone asking ████ to sign the petition and everything he said was true and accurate.

On October 05, 2023, Your Affiant contacted or attempted to contact the following individual(s).

15. ██████████████

Your Affiant attempted to speak with ████████ hereinafter ████████ at the residential address listed on the petition. ████ was not home and Your Affiant left a business card at the gate to the property with instructions for ████ to contact Your Affiant. On October 08, 2023, ████ called and Your Affiant informed ████ that she could be a victim of identity fraud and petition fraud explained the possible petition fraud and subsequently sent an electronic copy of the petition to ████ with ████ name, residential address, date of birth, and signature. ████

Page 10 of 13

advised that she did not complete the petition or sign the petition. ▮▮▮▮ had never seen the petition and was never approached by anyone to complete the petition. ▮▮▮▮ did not give anyone permission to use her personal information to complete the petition and everything she said was true and accurate.

Subsequent to speaking with the Sumter and Volusia County residents who were victims of identity fraud, Your Affiant traveled to Dworsky's residence located at ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ in an effort to conduct a sworn interview of Dworsky. On November 16, 2023, Your Affiant met with Dworsky in front of his home. Your Affiant asked Dworsky about his employment as a PPC for Smart and Safe Florida. The following is a summary of the sworn audio-recorded interview.

Dworsky responded to a job posting for Smart and Safe Florida that required Dworsky to collect signatures for certain petitions from registered Florida voters. Dworsky would solicit signatures in parking lots of shopping centers on the streets, and rest areas on the turnpike.

Dworsky was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." Dworsky was paid $ 400.00 per week for 0 to 100 signatures and the pay increased for 100 to 150 signatures and 150 to 200 signatures, etc. Dworsky would have the individual complete the petition with their personal information and sign the petition. The information would be checked through Third Party Verification (TPV) to determine if the individual was a registered voter.

Your Affiant asked Dworsky if he ever completed the personal information and signature of registered voters who were not present and did not give him consent to complete the petition on their behalf. Dworsky advised that the individual named on the petition completed and signed the petition. Your Affiant asked if he did not have enough signatures during the week and if he ever completed a petition and signed the petition without having the registered voter present. Dworsky said he never did that and every petition and signature was completed by the person named on the petition. Your Affiant told Dworsky about the investigation of petitions that were

Page 11 of 13

submitted on behalf of people who were deceased or petitions that were fraudulently completed and signed for registered voters, some of which included petitions submitted by Dworsky. Your Affiant asked Dworsky if he traveled to Port Orange, Florida. Dworsky never traveled to Port Orange but did "hang out at the rest stop gas stations on the turnpike and stuff like that and would get signatures from people all over the state of Florida."

Your Affiant showed Dworsky a petition that was reportedly completed by Port Orange registered voter ▮▮▮▮▮ that was completed on April 14, 2023, and asked if he remembered that petition. Dworsky did not remember anything specific but affirmed all of the petitions were completed by the registered voter on the petition and that was why the verification service was used. Your Affiant told Dworsky that ▮▮▮▮ was interviewed and reviewed the petition and advised that he never saw that petition and did not sign the petition.

Your Affiant showed Dworsky the application with ▮▮▮▮▮ name and advised that ▮▮▮▮ id not sign the petition. Dworsky advised that he never checked identification but entered the first and last name with the date of birth in the TPV and if it returned valid, Dworsky would know it would be a good petition. Your Affiant asked Dworsky if he may have completed a few of the petitions in an effort to make the money. Dworsky advised that he "did not intentionally fraudulently complete any of the papers." Your Affiant asked again if a few petitions were fraudulently completed to make the money to support his family. Dworsky advised, "It is possible that over the course of the couple months that I did it but off the top of my head it can't say yes or no but out of all of the ones I did it is possible."

Dworsky continued and advised that if the individual was unable to complete the petition, he would write the personal information on the petition and the individual would sign the petition. Dworsky changed his statement and advised that he would sometimes sign the petition for the individual. Your Affiant told Dworsky that there are over nine hundred fraudulently signed petitions that have Dworsky as the PPC that he was paid for by the LLC. Dworsky agreed that he was paid for the submitted petitions but could not explain the fraudulently signed petitions.

Page 12 of 13

Your Affiant asked Dworsky where he traveled to get signatures on the petitions. Dworsky traveled as far as Jupiter, Florida to get signatures in the parking lots of WaWa gas stations, Costco, Walmart, Sams, Publix parking lots, and other areas with high foot traffic. Dworsky never traveled to the Central Florida area.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Zachary Paul Dworsky did unlawfully, intentionally, and knowingly commit:

Count 1:  Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (15 counts)
Count 2:  Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (15 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter ZACHARY PAUL DWORSKY, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.


Inspector Ryan Bliss
Florida Department of Law Enforcement


SWORN AND SUBSCRIBED before me, the undersigned authority this _11_ day of December, 2023.

_____          sA Chris Shepherd
(LEO/NOTARY)                       PRINT NAME
Personally Known

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

STATE OF FLORIDA

     v.                             **FDLE AGENCY CASE # EI-32-0216**

Haggi Kibwe Amirally
B/M, █████████
SSN: █████████
Defendant.        /

**CRIMINAL INVESTIGATION**

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

    **COMES NOW** your Affiant, Inspector Antonio Mathews of the Florida Department of Law Enforcement (FDLE), and makes this affidavit in support of probable cause to support the arrest of the Subject described below. Based on Your Affiant's personal knowledge, a review of the relevant records, materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Haggi Kibwe Amirally** |
| Race: | Black |
| Gender: | Male |
| Date of Birth: | ███████ |
| Social Security Number | ███████████ |
| Florida Driver License: | ███████████ |
| Last Known Address: | ███████████████████ |

**Offense(s):**  **Personal Identification Information Concerning a Deceased Individual § 817.568(8)(a), Fla. Stat.**

## FACTS

1. Your Affiant has been a member of FDLE since December of 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit, and has received training in investigating election crimes.

2. In February of 2023, the Palm Beach County Supervisor of Elections ("PBCSOE") provided Your Affiant a list of paid petition circulators ("PPC") who had been identified after having submitted various invalid petitions. PPC Haggi Kibwe Amirally ("PPC Amirally") was identified on the list.

3. Pursuant to section 100.371, Florida Statutes (2022), any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Each PPC is assigned a specific circulator number that is recorded with the Department of State, Division of Elections. PPC registration information becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizen's initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizens' initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For example, in the 2024 election cycle, a petition must be signed by 891,523 voters, with additional requirements as to where those electors must be located.

5. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("CAIPF"). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

6. The petition circulator's information sections begin with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, registration number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

7. Each year, the Supervisor of Elections ("SOE") in sixty-seven (67) counties in Florida, including the PBCSOE, verify millions of initiative petitions signed by voters. The verification process utilized by the SOE offices involves comparing the voter's information and signature on the CAIPF to the voter's information and signature on the voter's registration form.

8. After communicating with PBCSOE, Your Affiant reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the PBCSOE on CAIPFs. More than 4,500 CAIPFs submitted to the PBCSOE were deemed ineligible by

the PBCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms.

9. Your Affiant's review of the CAIPFs revealed that PPC Amirally DOB: 10/30/1994 appeared to have collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that PPC Amirally purportedly gathered their signatures.

10. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and PPC Amirally's signature verifying that each petition showed "signed in my presence" under penalty of perjury.

11. Additionally, the CAIPF advised of the following:
   - This form becomes a public record upon its filing with the Supervisor of Elections
   - It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   - Failure to complete the form as required may invalidate the form

12. Initiative sponsors must secure the required number of valid signatures for their initiative to be placed on the General Election ballot According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about January 14, 2022, PPC Amirally's application was approved for the initiative sponsored by "Florida Voters in Charge" a group proposing constitutional amendment serial number 21-16, titled "Limited Authorization of Casino Gaming." PPC Amirally used the email ████████████████████ as a point of contact in his application. The application also included PPC Amirally's personal information including his name, permanent address, and phone number. PPC Amirally was assigned Circulator ID #50449.

13. Your Affiant later learned that PPC Amirally submitted a total of one thousand eleven hundred sixty (1160) invalid CAIPFs for "Limited Authorization of Casino Gaming" throughout various SOE offices. For the PBCSOE, PPC Amirally submitted a total of one hundred sixty-two (162) CAIPFs under initiative serial number 21-16, "Limited Authorization of Casino Gaming." Of the 162 CAIPFs only six (6) were valid and one hundred fifty-six (156) were invalid.

14. Based on Your Affiant's investigation through the PBCSOE it was learned that PPC Amirally submitted seven (7) deceased individuals' Personal Identification Information (PII) to the PBCSOE under proposed amendment 21-16, "Limited Authorization of Casino Gaming." The following CAIPFs containing the deceased individual's information were submitted to the PBCSOE by PPC Amirally and all were purportedly signed by the deceased on January 20, 2022. PBCSOE identified the deceased individuals as follows:
   - o
   - o
   - o
   - o
   - o
   - o
   - o



15. Your Affiant determined that the individuals mentioned above were deceased through the following information:

    a. Your Affiant requested information from the New York Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████. New York Department of Health was unable to find any death record for ████████ although █████████ last address was listed in New York. Through investigative means, Your Affiant documented that ████ died on August 13, 2002, before the CAIPF was allegedly signed on January 20, 2022.

    b. Your Affiant requested information from the Georgia Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████████. The certified death record obtained from the Georgia Bureau of Vital Statistics indicated that ████████ died on December 12, 2000, before the CAIPF was allegedly signed on January 20, 2022.

    c. Your Affiant requested information from the Georgia Department of Health, Bureau of Vital Statistics related to a death record search for ███████████. The certified death record obtained from the Georgia Bureau of Vital Statistics indicated that ████████ died on May 23, 2007, before the CAIPF was allegedly signed on January 20, 2022.

    d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████. The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ████████ died on November 18, 2010, before the CAIPF was allegedly signed on January 20, 2022.

    e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████. The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ███ died on November 25, 2010, before the CAIPF was allegedly signed on January 20, 2022.

    f. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████. The certified death record obtained from the Florida Bureau of Vital Statistics indicated that ███████ died on January 24, 2002, before the CAIPF was allegedly signed on January 20, 2022.

    g. Your Affiant requested information from the Vital Statistics section of the Pennsylvania Department of Health related to a death record search for ████████ ██████████████████████. Although a death record could not be obtained, Your Affiant documented that █████████ had been inactive in the PBCSOE system for more

526

than two (2) years before the CAIPF was submitted by PPC Amirally. ████ died on October 23, 2010, before the CAIPF was allegedly signed on January 20, 2022.

16. Your Affiant reviewed signatures from the Florida Driver and Vehicle Information Database ("DAVID") to compare to the signatures that were obtained by PPC Amirally for the CAIPFs and submitted to the PBCSEO on behalf of sponsor Florida Voters in Charge.

17. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on August 13, 2002.

18. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on December 12, 2000.

19. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on May 23, 2007.

20. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, before ████ died on November 18, 2010.

21. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on November 5, 2010.

22. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on January 24, 2002.

23. ████ did not have a documented signature in DAVID to compare to the CAIPF. The CAIPF for ████ showed the date supposedly signed on January 20, 2022, after ████ died on October 23, 2010.

24. Your Affiant noted that PPC Amirally's signature as it appears on the CAIPFs and other documentation is consistent with each of the CAIPFs submitted to the PBCSOE and his DAVID record.

25. Your Affiant learned that the PBCSOE office used their "voter roll" to determine that the individual voters listed on each CAIPF submitted by PPC Amirally were deceased.

26. On Monday, February 12, 2024, Your Affiant contacted PPC Amirally who declined to provide a statement.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Haggi Amirally with:

Count 1:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 2:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 6:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

Affiant
Inspector Antonio Mathews #913
Florida Department of Law Enforcement

Sworn to and subscribed before me this 19th day of March 2024.

The Honorable
Palm Beach County, Fifteenth Judicial Circuit

Maxine D. Cheesman
Circuit Judge

528

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA

v.                                               **FDLE AGENCY CASE # EI-32-0231**

Henos Joseph
B/M,
SSN:
　　　　Defendant.　　　　　/

## CRIMINAL INVESTIGATION

### *Affidavit in Support of Arrest Warrant*

    **COMES NOW** Your Affiant, Inspector Antonio Mathews of the Florida Department of Law Enforcement ("FDLE"), makes this Affidavit in support of probable cause to support the arrest of the Subject described below. Based on Your Affiant's personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Your Affiant avers the Subject identified below has committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Henos Joseph** |
| Race: | Black |
| Gender: | Male |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**　　**Personal Identification Information Concerning a Deceased Individual § 817.568(8)(a), Fla. Stat.**

## FACTS

1. Your Affiant has been a member of FDLE since December of 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit, and has received training in investigating election crimes.

2. In February of 2023, the Palm Beach County Supervisor of Elections ("PBCSOE") provided Your Affiant a list of paid petition circulators ("PPC") who had been identified after having submitted various invalid petitions. PPC Henos Joseph ("PPC Joseph") was identified on the list.

3. Pursuant to section 100.371(3), Florida Statutes (2022), any person who is or will be paid to collect initiative petitions must register with the Department of State before collecting petitions. Each PPC is assigned a specific circulator number that is recorded with the Department of State, Division of Elections. PPC registration information becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

5. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Form ("CAIPF"). A CAIPF contains four sections: amendment information, sponsor's information, voter's information, and petition circulator's information. Typically, the amendment information and sponsor's information sections are pre-filled. In the voter's information section, the voter must provide their name, address, and either their voter registration number or date of birth. The voter must then sign and date the CAIPF.

6. The petition circulator's information sections begins with the following instruction, "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The affidavit requires that the PPC provide their name, registration number, and address. A PPC must also sign and date the CAIPF. By signing, the PPC verifies the following: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true."

7. Each year, the Supervisor of Elections ("SOE") in sixty-seven (67) counties in Florida, including the PBCSOE, verify millions of initiative petitions signed by voters. The verification process utilized by the SOE offices involves comparing the voter's information and signature on the CAIPF to the voter's information and signature on the voter's registration form.

8. After communicating with PBCSOE, Your Affiant reviewed the comprehensive list of initiatives containing invalid names, addresses, and birth dates that were submitted to the PBCSOE on CAIPFs. More than 105,760 CAIPFs for Initiative 21-16, "Limited Authorization of Casino Gaming," submitted to the PBCSOE were deemed ineligible by

the PBCSOE due to various anomalies, including personal information written on the CAIPFs of unwitting individuals.

9. Your Affiant's review of the CAIPFs submitted by PPC Joseph, ▓▓▓▓▓▓ "PPC Joseph") reveal that PPC Joseph collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that PPC Joseph purportedly gathered submitted these signatures under sponsor "Florida Voters in Charge." PPC Joseph was assigned Circulator ID #47818.

10. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and PPC Joseph's signature verifying that each petition was "signed in my presence" under penalty of perjury.

11. Additionally, the CAIPFs stated the following:
    a. This form becomes a public record upon its filing with the Supervisor of Elections
    b. It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
    c. Failure to complete the form as required may invalidate the form

12. According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about December 17, 2021, PPC Joseph became a PPC for sponsored by "Florida Voters in Charge," a group proposing constitutional amendment serial number 21-16, "Limited Authorization of Casino Gaming." PPC Joseph used the email ▓▓▓▓▓▓ as a point of contact in his application. The application also included PPC Joseph's personal information including his name, permanent address, and phone number. Your Affiant later learned through the Florida Department of State that PPC Joseph submitted a total of three thousand seven hundred and nineteen (3,719) invalid CAIPFs for "Limited Authorization of Casino Gaming" throughout the State of Florida (Supervisor of Election) offices. PPC Joseph submitted a total of one thousand three hundred fifty-eight (1,358) CAIPFs to PBCSOE under initiative 21-16, "Limited Authorization of Casino Gaming." Of the 1,358 CAIPFs, four hundred fifty-four (454) were valid and nine hundred four (904) were invalid.

13. Your Affiant further documented that PPC Joseph submitted at least ten (10) deceased individuals' Personal Identification Information (PII) to the PBCSOE under initiative 21-16, "Limited Authorization of Casino Gaming" -to the PBCSOE and three (3) deceased individual's PII to the Miami-Dade County Supervisor of Elections ("MDCSEO").

14. PBCSOE identified the deceased individuals as follows:
    

o ██████████████████████████████

15. MDCSOE identified the deceased individuals as follows:

o ████████████████████████████

o ████████████████████████████

o ████████████████████████████

16. Your Affiant determined that the PBCSOE victims were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-11-2021 before the CAIPF was allegedly signed on 01-19-2022.

b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 01-10-2022 before the CAIPF was allegedly signed on 01-19-2022.

c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 08-02-2021 before the CAIPF was allegedly signed on 01-14-2022.

d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 06-11-2021 before the CAIPF was allegedly signed on 01-14-2022.

e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ ████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 12-12-2021 before the CAIPF was allegedly signed on 01-19-2022.

f. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ ied on 10-20-2021 before the CAIPF was allegedly signed on 01-14-2022.

g. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 10-03-2021 before the CAIPF was allegedly signed on 01-22-2022.

h. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated that ████ died on 11-21-2018 before the CAIPF was allegedly signed on 01-14-2022.

i. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A

certified copy obtained from the Bureau of Vital Statistics indicated that ▮▮▮ died on 11-08-2012 before the CAIPF was allegedly signed on 01-14-2022.

17. Your Affiant determined that MDCSOE victims were deceased as follows:

a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated that ▮▮▮ died on 09-27-2021 before the CAIPF was allegedly signed on 01-05-2022.

b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated that ▮▮▮ died on 05-31-2017 before the CAIPF was allegedly signed on 01-15-2022.

c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated that ▮▮▮ died on 11-08-2012 before the CAIPF was allegedly signed on 12-25-2021.

18. Your Affiant noted that PPC Joseph's signature as it appears on the CAIPFs and other documentation is consistent with all of his signed CAIPFs and his DAVID record.

19. PPC Joseph submitted at least thirteen (13) deceased individuals CAIPFs in two (2) counties: Palm Beach and Miami-Dade. Your Affiant learned that each county SOE office used their respective "voter roll" to determine that the individual voters listed on each CAIPF submitted by Joseph were deceased.

20. On Thursday, February 22, 2024, Your Affiant attempted to interview PPC Joseph at ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ The address listed on the application to become a PPC and also on his Florida Driver's License. Your Affiant left an FDLE business card with the owner of the residence ▮▮▮▮▮▮ for PPC Joseph to contact. ▮▮▮▮ advised that Joseph did live at the address. PPC Joseph never contacted Your Affiant.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Henos Joseph with:

Count 1:    Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 2: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 3: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 4: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 5: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 6: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 7: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 8: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 9: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 10: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 11: Personal Identification Information Concerning a Deceased Individual
   § 817.568(8)(a), Fla. Stat.
   3rd Degree Felony

Count 12:    Personal Identification Information Concerning a Deceased Individual
                § 817.568(8)(a), Fla. Stat.
                3rd Degree Felony

Count 13:    Personal Identification Information Concerning a Deceased Individual
                § 817.568(8)(a), Fla. Stat.
                3rd Degree Felony

## **AFFIRMATION**

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____
Affiant
Inspector Antonio Mathews #913
Florida Department of Law Enforcement

Sworn to and subscribed before me this _19_ day of 2024.

_____
The Honorable
Palm Beach County, Fifteenth Judicial Circuit


Maxine D. Cheesman
Circuit Judge

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF JACKSON, STATE OF FLORIDA

### AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA
JACKSON COUNTY

      BEFORE ME, Special Agent Michael Milstead, a law enforcement officer with the

Florida Department of Law Enforcement, personally appeared Inspector Heather Kinnard,

a law enforcement officer with the Florida Department of Law Enforcement, Affiant herein,

who, being duly sworn by me, deposes as follows and requests that an arrest warrant be

issued for:

      **Natalie Marie Marrero**
      DOB: ▮▮▮▮▮▮▮
      SSN: ▮▮▮▮▮▮▮▮
      L/K/A: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      FDLE case#: EI-32-0208



Charging the felony violations of,

**Charge #1: (16 counts)**, *Criminal use of personal identification information*; Section
817.568(2)(a) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (16 counts)**, *False swearing; submission of false voter registration
information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the FDLE and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement and documents provided by public officials, your Affiant believes **Natalie Marie Marrero** committed the above-listed offenses to wit:

## PROBABLE CAUSE

1. Between January and February 2023, the Jackson County Supervisor of Elections Office (JCSOE) received several fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana, in the names of ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮▮▮ A total of seven fraudulent petitions were submitted in ▮▮▮▮ name and a total of five fraudulent petitions were submitted in ▮▮▮▮ name. Both of the ▮▮▮▮ are residents of Jackson County Florida. All of the petitions were submitted by petition circulator Natalie Marrero. A member of the JCSOE, advised all of the petitions were suspicious because the signatures on the petitions did not appear to match the signatures the JCSOE had on file for the ▮▮▮▮ The JCSOE notified ▮▮▮▮ and ▮▮▮▮▮▮▮ that their personal identification information had been used on the petitions. Both ▮▮▮▮ and ▮▮▮ ▮▮▮ denied they completed and signed any of the petitions.

2. On March 13, 2023, Inspector Mark Brown conducted a phone interview with ▮▮▮▮ and ▮▮▮▮▮▮▮ Both confirmed they did not complete or sign the petitions. Both also confirmed that neither one of them had traveled outside the Marianna area during the timeframe when the petitions were signed.

3. On March 31, 2023, FDLE Inspector Daryl McCormick conducted an initial interview with Marrero. Marrero was shown all 12 petitions that were completed in the names of ████ and ████ Marrero stated she did not specifically remember meeting the ████ however, Marrero stated she remembered their last name because it reminded her of ████ On all 12 petitions, Marrero confirmed that was her signature which appeared under the *Paid Petition Circulator's Affidavit* which stated, *"By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true."*

4. On April 6, 2023, Inspector Brown conducted a phone interview with ████ ████ who was a former co-worker of Marrero. ████ stated that Marrero told her there were times when she (Marrero) would find people on Facebook and fill out petitions using their information.

5. On April 18, 2023, Inspector Brown interviewed Marrero. During the interview, Marrero acknowledged she had been collecting petitions since November 2022. Marrero stated she was paid based on the number of petitions she collected. Marrero stated she mainly worked in the Orlando area, however, she had collected petitions as far north as Gainesville. Marrero acknowledged she had never been to the Florida panhandle, where the ████ were located.

   During the interview, Marrero admitted that she completed the petitions in the ████ name because she needed the money. Marrero admitted she was the only one who completed the petitions. According to Marrero, she filled out the petitions bearing the ████ names in Orlando Florida where she resides. Marrero admitted that she found the ████ names on a friend's Facebook page. One of the primary reasons she chose the ████ individuals was because their dates of birth were displayed on their Facebook profiles which was a piece of information that Marrero needed to complete the petitions in their names.

6. On September 8, 2023, Inspector (Insp.) Heather Kinnard received additional petitions submitted by Natalie Marrero with ████ and ████ name. The petitions were provided by Vickie Godwin, the Voter Services Director of Jackson County. There were two (2) additional petitions for ████ and two (2) additional petitions for ████

**WHEREFORE,** your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Natalie Marie Marrero,** identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement


SWORN TO AND SUBSCRIBED before me this **31st day** of **October, 2023.**

LAW ENFORCEMENT OFFICER
Michael Milstead, Special Agent
Florida Department of Law Enforcement

Page 4 of 4

FDLE CASE #EI-32-0208

ID#: 17742

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF ESCAMBIA, STATE OF FLORIDA

### AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA
ESCAMBIA COUNTY

BEFORE ME, Special Agent Mark Zagar, a law enforcement officer with the Florida

Department of Law Enforcement, personally appeared Inspector Heather Kinnard, a law

enforcement officer with the Florida Department of Law Enforcement, Affiant herein, who,

being duly sworn by me, deposes as follows and requests that an arrest warrant be issued

for:

**Jessica Sonia Humphreys**
DOB: ▮▮▮▮▮▮▮
SSN: ▮▮▮▮▮▮▮
L/K/A: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FDLE case#: EI-32-0211



Charging the felony violations of,

**Charge #1: (38 counts)**, *Petition; knowingly signing another person's name or a fictitious name*; Section 104.185(2) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (38 counts)**, *False swearing; submission of false voter registration information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the Florida Department of Law Enforcement (FDLE) and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement, and documents provided by public officials, your Affiant believes **Jessica Sonia Humphreys** committed the above-listed offenses to wit:

## PROBABLE CAUSE

In January 2023, Inspector (Insp.) Mark Brown was notified by the Escambia County Supervisor of Elections (ECSOE) about numerous possible fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana. The petitions in question were purportedly submitted by petition circulator Jessica Humphreys, circulator ID 53566, on behalf of Smart and Safe Florida. Keelie Sekerka, Elections Coordinator with the ECSOE, provided Insp. Brown with petitions that were marked as questionable. Thirty-eight (38) of the petitions were completed in the names of individuals who were not registered voters in the state of Florida. Those petitions were marked with an "NR", for not registered voters, in the top right corner of the form. Sekerka also provided a petition that was rejected by the ECSOE because the date indicating when the circulator signed the petition was not completed. Someone wrote "11" for the month, but did not write anything for the day and year.

According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

ID#: 17742

Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

The Department of State provided Insp. Brown with Jessica Humphreys circulator application information. The information included Jessica Humphreys' name, her date of birth of ███████████ a phone number of ████████ and an address of ████████ ███████████████. The date of the application was August 16, 2022, at 18:24:17, and had an approved status. Jessica Humphreys was assigned with circulator ID 53566. Using the circulator information, Insp. Brown was able to identify circulator ID 53566 as Jessica Sonia Humphreys.

On May 3, 2023, Insp. Mark Brown contacted ████████████ at her residence located at ███████████████████████ in Pensacola. The contact between Insp. Brown and ████████ was not recorded. Insp. Brown showed ████████ a petition that contained her name, address, date of birth, and signature which was dated November 17, 2022. This petition was the one that contained the month in the date section but did not have anything written down for the day or year. ████████ verified that she completed and signed the petition at Liberty Health Sciences on Davis Hwy. in Pensacola. It should be noted that Liberty Health Sciences is a cannabis dispensary located at 7152 N Davis Hwy. in Pensacola. ████████ did not remember the name of the circulator but identified her as a black female. Insp. Brown showed ████████ a photo of Jessica Humphreys, using a photograph from Florida's Driver and Vehicle Information Database (DAVID), who ████████ immediately identified as the circulator. According to ████████ Humphreys was at the business alone. Humphreys had a clipboard with several copies of the petitions.

Initial analytical searches by Insp. Brown indicated that thirty-eight (38) of the individuals listed on the petitions were possibly fictitious.

ID#: 17742



1.  On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███ ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and contacted ███████ who stated she had lived at the residence for five weeks. Harward thought the previous owner's name was ███████. Insp. Heather Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

2.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ███████ in Pensacola and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

3.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ███████ and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

4.  On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown attempted to visit ███████ and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was

FDLE CASE #EI-32-0211

ID#: 17742

unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

5. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████, and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and contacted ███████ who stated he closed on the residence on January 31, 2023. ███████ thought the previous owner's name was ███████ not ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

6. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████, and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and there was no answer at the residence. Insp. Brown contacted the neighbor, ███████ who had lived in the complex for seven years. ███████ stated a new person just moved into the unit, no more than two months prior. ███████ stated neither his name nor the previous owner's name was ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

7. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ███████ in Pensacola and contacted ███████ who was renting the property and had only been there less than two weeks. ███████ thought the previous owner of the property was ███████ who lived there 30 years before him. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742



8. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with the date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On April 28, 2023, Insp. Brown visited ▮▮▮▮ n Pensacola and contacted ▮▮▮▮ who had lived at the residence since March 13, 2023. ▮▮▮ thought the previous owner's name was ▮▮▮▮▮ who had lived at the residence a couple of years before him. Insp. Kinnard confirmed that ▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

9. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with the date of birth of ▮▮▮▮ and an address of ▮▮▮▮ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 1, 2023, Insp. Brown visited ▮▮▮▮ in Milton and contacted ▮▮▮▮ who stated she closed on the residence in January 2023. ▮▮▮ thought the previous owner's name was ▮▮▮▮ not ▮▮▮. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮, was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

10. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with the date of birth of ▮▮▮▮, and an address of ▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮ in Cantonment and the residence appeared to be vacant and was being renovated. Insp. Brown spoke with a female neighbor at ▮▮▮▮ through her Ring doorbell camera. The neighbor indicated the residence had been vacant since the start of Covid, around 2019-2020, and had recently sold approximately two months prior. The neighbor didn't know the name of the new owner. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742



11. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with the date of birth of ▮▮▮▮ and an address of ▮▮▮▮ ▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮ in Cantonment and Insp. Brown contacted ▮▮▮▮ who moved into the residence in February 2023. According to ▮▮▮▮ the residence was built in the 1980s by the ▮▮▮▮ family and had been lived in by ▮▮▮▮ family members until it was purchased by him. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

12. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with date of birth of December 6, 1974, and an address of ▮▮▮▮ ▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮ in Cantonment and Insp. Brown noticed the house was for sale and appeared vacant. Insp. Brown spoke with a neighbor who stated the house had been vacant for over a year. The neighbor stated the owner was ▮▮▮▮ who had lived in the residence since he was a child. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

13. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with date of birth of ▮▮▮▮ and address of ▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown attempted to visit ▮▮▮▮ in Cantonment and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

14. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮ with date of birth of ▮▮▮▮ and an address of ▮▮▮▮ ▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▮▮▮▮ in Cantonment and Insp. Brown

ID#: 17742

contacted ▆▆▆▆▆▆ who purchased the residence in January 2023. ▆▆▆ stated it was a rental property before he bought it, but the property had been vacant for two to three months before he purchased it. Insp. Kinnard confirmed that ▆▆▆▆▆▆ with a date of birth of ▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆ ▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

15. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆▆▆ with date of birth of ▆▆▆▆▆▆ and an address of ▆▆▆▆ ▆▆▆▆ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown visited ▆▆▆▆▆▆ in Cantonment and Insp. Brown contacted ▆▆▆▆▆▆ who closed on the property in April 2023. However, ▆▆▆▆▆ thought the property had been for sale since November 2022. ▆▆▆▆▆ thought the previous owner's last name was ▆▆▆▆▆▆ Insp. Kinnard confirmed that ▆▆▆▆▆▆ with a date of birth of ▆▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

16. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆▆▆ with date of birth of ▆▆▆▆▆▆ and an address of ▆▆▆▆▆▆ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On May 5, 2023, Insp. Brown attempted to visit ▆▆▆▆▆▆ in Cantonment and determined the address did not exist. Insp. Kinnard confirmed that ▆▆▆▆▆▆ with a date of birth of ▆▆▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

17. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▆▆▆▆▆▆ with the date of birth of ▆▆▆▆▆▆ and an address of ▆▆▆▆▆▆ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, Special Agent (SA) Michael Milstead and Insp. Kinnard attempted to visit ▆▆▆▆▆▆ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ▆▆▆▆▆▆ with a date of birth of ▆▆▆▆▆ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▆▆▆▆▆ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▆▆▆▆▆▆ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17742

18. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ███████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

19. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████ and an address of ███ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ███████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

20. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with the date of birth of ███████, and an address of ███ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ███████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

21. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████, and an address of ███████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp Kinnard visited ███████ in Molino and contacted ███████ who closed on the house in March 2023. ███████ stated the previous owners were ███████ who lived there for three years. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate

FDLE CASE #EI-32-0211

ID#: 17742



anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

22. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with date of birth of ██████████ and an address of ████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ████████████ in Molino and contacted ████████ who had lived at the residence for 15 years. ████████ did not know anyone named ████████ Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

23. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with date of birth of ████████ and an address of ████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ████████ in Molino and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

24. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with date of birth of ████████ and an address of ████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ████████████ in Molino and contacted ████████ who had moved in two weeks prior. ████████ grandmother, ████████ was the owner of the residence but it had been vacant for around four to five years. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

25. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with date of birth of ████████, and an address of ████████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ████████████ in Molino and contacted ████

FDLE CASE #EI-32-0211

ID#: 17742



and ▮▮▮▮▮▮▮▮ who had lived at the residence since November 2017. Neither knew anyone named ▮▮▮▮▮▮▮▮ ▮▮▮ said ▮▮▮▮▮ has been vacant for years. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

26. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮▮ with date of birth of ▮▮▮▮▮▮ and an address of ▮▮▮▮▮ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard attempted to visit ▮▮▮▮▮▮ n Molino and determined the address did not exist. Insp. Kinnard confirmed that ▮▮▮▮ with a date of birth of ▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

27. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. In May 2023, SA Milstead and Insp. Kinnard visited ▮▮▮▮▮ in Molino and contacted ▮▮▮▮▮▮ who closed on the residence in April 2023. According to ▮▮▮▮ the previous owner was ▮▮▮▮ who lived there since 2019. Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▮▮▮▮▮ with the above date of birth. The above individual appeared to be fictitious.

28. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▮▮▮▮▮ with date of birth of ▮▮▮▮▮ and an address of ▮▮▮▮▮ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ▮▮▮▮▮ in Cantonment and Insp. Kinnard spoke with ▮▮▮▮ who has owned the residence since 2018 when his father ▮▮▮▮ passed away. ▮▮▮ advised the residence has been vacant for approximately one (1) year due to renovations. ▮▮▮ did not know anyone named ▮▮▮▮ Insp. Kinnard confirmed that ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▮▮▮▮ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and

FDLE CASE #EI-32-0211

ID#: 17742

was unable to locate anyone by the name of ████████████ with the above date of birth. The above individual appeared to be fictitious.

29. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████████ with the date of birth of ████████████ and an address of ███ ████████ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ████████████ in Cantonment and Insp. Kinnard spoke with the owner ████████████ who purchased the residence in February of 2023. ████████ advised the previous owner was ████████ and she only allowed her son ████████ to live in the residence. ████████ did not know anyone named ████████. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ ████ with the above date of birth. The above individual appeared to be fictitious.

30. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████ with date of birth of ████████████, and an address of ████████ ███ Cantonment, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Heather Kinnard visited ████████ in Cantonment and Insp. Kinnard spoke with ████████ who purchased the residence in February of 2023. ████ advised that the house was in foreclosure before he purchased it and the previous owner was ████████ did not know anyone named ████. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████████ with the above date of birth. The above individual appeared to be fictitious.

31. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████████ with date of birth of ████████████ and an address of ████ ████████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Kinnard spoke with ████████████ via telephone. ████████ advised that she grew up in the residence and has been the owner for the last thirty (30) years. ████████ stated that she used the home as a vacation house but no one has resided in it since 2020. ████████ did not know anyone named ████████. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████████ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742

32. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████████ with date of birth of ███████ and an address of ████████, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 11, 2023, Insp. Kinnard spoke with ███████ via telephone. ███████ advised that she grew up in the residence and has been the owner for the last thirty (30) years. ███████ stated that she used the home as a vacation house but no one has resided in it since 2020. ███████ did not know anyone named ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

33. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███████, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ███████ in Pensacola and Insp. Kinnard spoke with ███████ who purchased the residence in May of 2023. ███████ said the residence was listed for sale in 2022 and in December of 2022 it was under contract but the deal fell through. ███████ said she did not know anyone named ███████ and did not think she was the previous owner. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

34. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███████, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ███████ in Pensacola and Insp. Kinnard spoke with ███████ who said she purchased the residence in May of 2023. ███████ advised the residence was empty for approximately 6 months before she purchased it. ███████ said the previous owner was ███████ stated she did not know anyone named ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

ID#: 17742

35. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ███████ in Molino and Insp. Kinnard observed this property and the residence appeared to be inhabitable. All the windows and doors were boarded up and the roof was damaged. The residence appeared to have been vacant for a long period of time. Per the Escambia County Property Appraiser site, the deed for the property was purchased on August 3, 2022 by ███████ The property was last purchased in 1996 by ███████ Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

36. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and an address of ███████ Molino, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard visited ███████ in Molino and Insp. Kinnard observed this property and it did not appear that anyone was living at the residence. The yard was overgrown and some of the windows were boarded up. Per law enforcement reports, the residence has been in probate since 1998 and no one has lived in the residence since 2000. The deed to the residence was placed in ███████ and ███████ name on June 7, 2022 per the Escambia County Property Appraisers site. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

37. On December 02, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with date of birth of ███████ and a possible address of ███████ Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard attempted to visit ███████ n Pensacola and Insp. Kinnard found the following numerics on ███████ Insp. Kinnard could not find any record of anyone by the name of ███████ owning or renting from any of the addresses. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17742



38. On December 02, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓▓ with date of birth of ▓▓▓▓▓ and an address of ▓▓▓▓▓, Pensacola, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On September 12, 2023, Insp. Kinnard attempted to visit ▓▓▓▓▓ in Pensacola and Insp. Kinnard found that the address belonged to an apartment complex. No one by the name of ▓▓▓▓▓ listed this address on their driver's license. Insp. Kinnard was unable to locate anyone by the name of ▓▓▓▓▓ Insp. Kinnard confirmed that ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious.

On October 16, 2023, Inspector (Insp.) Heather Kinnard searched social media for Humphreys. Insp. Kinnard located a Facebook account with the name Jessica Humphreys, https://www.facebook.com/▓▓▓▓▓ The pictures throughout the Facebook account matched the picture on Florida ID ▓▓▓▓▓ Jessica Sonia Humphreys, from the DAVID. Insp. Kinnard observed a video uploaded to the account on October 9, 2022. The video started with a male mentioning a campaign with Vanguard and then discussing "Jess" being promoted to "leadership". Then a female, identified as Jessica Humphreys, comes into the video frame and starts discussing her background and then she speaks about what has helped her with her petitions.

Insp. Kinnard reviewed a report written by Panama City Beach Police Department (PCBPD), Incident # ▓▓▓▓▓ which was a traffic stop in PCBPD's jurisdiction. The report indicated that when pulled over, Humphreys was a passenger in the vehicle. Also in the vehicle were ▓▓▓▓▓ ▓▓▓▓▓ and ▓▓▓▓▓ Records indicated that all the above individuals were circulators with Imperial International, which is the company Humphreys worked for. All the above subjects had access to their own petitions and were given their own circulator numbers.

On October 19, 2023, Insp. Kinnard served a subpoena to T-Mobile for phone number ▓▓▓▓▓ which was used on Humphreys' circulator application. On November 10, 2023, Insp. Kinnard received the results from T-Mobile. The records indicated the account was active and under the name Jessica Humphreys.

On November 16, 2023, Insp. Michelle Cabrera and Miles Sonn interviewed Jessica Humphreys at her residence, ▓▓▓▓▓ Florida. According to Humphreys, she worked for Imperial Services from September 2022 to March 2023. Humphreys stated that she had posted her resume online with Indeed and was contacted by Imperial Services who asked if she was interested in a position with their company. Upon being hired, Humphreys applied for a petition circulator number via a State of Florida website. Humphreys stated that she received her circulator number within a few hours after applying. Humphreys stated that she was initially hired to work the Marijuana initiative. Humphreys was offered a position as a petition circulator, working out of numerous cities and counties in North Florida, from Pensacola, Milton, Pace, Destin, Panama City, Tallahassee, Jacksonville and Orlando. Humphreys stated she along with numerous other petition circulators traveled to North Florida via a petition circulator's

FDLE CASE #EI-32-0211

ID#: 17742

vehicle. Humphreys advised that sometimes she would be dropped off by herself for the entire day to collect signatures.

Humphreys stated that they worked 6 days per week anywhere from 10-12 hours per day. Initially, Humphreys was a "lead circulator" and was responsible for training "new team members." According to Humphreys, the new circulators who did not receive their circulator numbers, would use Humphreys' petitions with Humphreys' circulator number listed on the petition and give Humphreys the petitions at the end of their shift. Humphreys said the trainees would be within eyeshot of her while they were getting petitions signed and she did not witness them fill out the voter's information portion of the petition. Humphreys would then go back to the office and sign the petitions. Humphreys would then turn the petitions into ████ the supervisor. Humphreys further stated that she would be paid for the petitions filled out by the trainees. Humphreys stated that Van Guard, a quality control company working for Imperial Services would check the "veracity" of the petitions submitted by the circulators. However, Humphreys stated that she was never advised how many petitions were valid or invalid. Humphreys said she could not explain how people and addresses that did not exist ended up on the petitions that she admitted to signing.

**WHEREFORE,** your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Jessica Sonia Humphreys**, identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement

SWORN TO AND SUBSCRIBED before me this <u>28th</u> day of <u>November, 2023</u>.

LAW ENFORCEMENT OFFICER
Mark Zagar, Special Agent
Florida Department of Law Enforcement

Page 16 of 16

FDLE CASE #EI-32-0211

ID#: 17744

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF SANTA ROSA, STATE OF FLORIDA

## AFFIDAVIT FOR ARREST WARRANT

STATE OF FLORIDA
SANTA ROSA COUNTY

BEFORE ME, Special Agent Mark Zagar, a law enforcement officer with the Florida Department of Law Enforcement, personally appeared Inspector Heather Kinnard, a law enforcement officer with the Florida Department of Law Enforcement, Affiant herein, who, being duly sworn by me, deposes as follows and requests that an arrest warrant be issued for:

**Jessica Sonia Humphreys**
DOB:
SSN:
L/K/A:
FDLE case#: EI-32-0211



Charging the felony violations of,

**Charge #1: (34 counts),** *Petition; knowingly signing another person's name or a factitious name*; Section 104.185(2) Florida Statutes to wit: a 3rd degree felony

**Charge #2: (34 counts),** *False swearing; submission of false voter registration information*; Section 104.011(1) Florida Statutes to wit: a 3rd degree felony

Page 1 of 15

FDLE CASE #EI-32-0211

556

ID#: 17744

Except where otherwise noted, the information outlined in this affidavit has been provided to your Affiant directly or indirectly by investigators of the Florida Department of Law Enforcement (FDLE) and/or other law enforcement officers. Unless otherwise noted, wherever in this affidavit your Affiant asserts that a particular statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report(s) your Affiant has read and reviewed. Such statements are stated in substance unless otherwise indicated.

Based on your Affiant's knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of individuals, conversations with other members of law enforcement and documents provided by public officials, your Affiant believes **Jessica Sonia Humphreys** committed the above-listed offenses to wit:

**PROBABLE CAUSE**

On May 3, 2023, Inspector (Insp.) Mark Brown contacted ███████████, with the Santa Rosa County Supervisor of Elections (SRCSOE), to inquire about any petitions that had been submitted to the SRCSOE by petition circulator Jessica Humphreys. ███████████ verified the SRCSOE had received numerous petitions from Humphreys. According to ███████████ the petitions from Humphreys were delivered in different batches by the US mail. All of the petitions had been mailed from a location with a return address of ███████████ ███████████ Included with the petitions was a cover letter that displayed the above-listed return address and the phrase "For any questions, please contact ████████ at ████████████ or ████████████". According to ████████ the checks that ████████ sent to process the petitions were from Smart and Safe Florida.

On May 16, 2023, ████████ provided Insp. Brown with a total of 183 petitions from Humphreys that were marked as invalid. 151 petitions were flagged as unknown voters and 32 petitions were flagged as having bad signatures.

According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions.

ID#: 17744

Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

The Department of State provided Insp. Brown with Jessica Humphreys circulator application information. The information included Jessica Humphreys' name, her date of birth of ███████ a phone number of ███████ and an address of ███████ The date of the application was August 16, 2022, at 18:24:17, and had an approved status. Jessica Humphreys was assigned with circulator ID 53566. Using the circulator information, Insp. Brown was able to identify circulator ID 53566 as Jessica Sonia Humphreys.

In September of 2023, Special Agent Supervisor (SAS) Brown provided Insp. Heather Kinnard with the invalid petitions, due to SAS Brown being promoted. Insp. Kinnard observed numerous possible fraudulent Constitutional Amendment petitions, related to the Adult Personal Use of Marijuana.

Initial analytical searches by Insp. Kinnard indicated that forty-two (42) of the individuals listed on the petitions were possibly fictitious. Below are the results of thirty-four (34) of the petitions:

1. On October 24, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Santa Rosa Beach, Florida. The petition was submitted by



FDLE CASE #EI-32-0211

ID#: 17744

circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ████████ in Santa Rosa Beach and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

2. On December 13, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ████████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

3. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida and signed with a date of September 30, 1969. Insp. Kinnard attempted to locate ████████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

4. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious.

5. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of

FDLE CASE #EI-32-0211

ID#: 17744

███████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ n Milton and determined the address did not exist. There was a piece of land for sale, per Zillow, with the address ███████ in Milton which was listed around the time the petition was signed. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

6. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ In Milton and discovered that it was not a residence but a piece of land that was listed for sale, per Zillow, around the time the petition was signed. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

7. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ n Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

8. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████████ with a date of birth of ███████████ and an address of ███████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ███████████ with a date of birth of ███████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17744

9. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████████ with a date of birth of ██████████ and an address of ██████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ██████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████████ with the above date of birth. The above individual appeared to be fictitious.

10. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with a date of birth of ██████ and an address of ██████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ██████████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious.

11. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████████ with a date of birth of ██████ and an address of ██████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ██████████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious.

12. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with a date of birth of ██████████ and an address of ██████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ██████████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ██████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious.

FDLE CASE #EI-32-0211

ID#: 17744

13. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ██████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

14. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ in Milton and discovered that it was not a residence but a piece of land that was listed for sale, per Zillow, around the time the petition was signed. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

15. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious.

16. On December 31, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of May 24, 1967, and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ███████ in Milton and determined the address did not exist. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate

FDLE CASE #EI-32-0211

ID#: 17744

anyone by the name of [redacted] with the above date of birth. The above individual appeared to be fictitious.

17. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name [redacted] with a date of birth of [redacted] and an address of [redacted] Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate [redacted] in Milton and determined the address did not exist. Insp. Kinnard confirmed that [redacted] with a date of birth of [redacted] was not registered to vote in the state of Florida. Insp. Kinnard confirmed [redacted] did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of [redacted] with the above date of birth. The above individual appeared to be fictitious.

18. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name [redacted] with a date of birth of [redacted] and an address of [redacted] Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate [redacted] in Milton and determined the address did not exist. Insp. Kinnard confirmed that [redacted] with a date of birth of [redacted] was not registered to vote in the state of Florida. Insp. Kinnard confirmed [redacted] did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of [redacted] with the above date of birth. The above individual appeared to be fictitious.

19. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name [redacted] with a date of birth of [redacted] and an address of [redacted] Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate [redacted] in Milton and determined the address did not exist. Insp. Kinnard confirmed that [redacted] with a date of birth of [redacted] was not registered to vote in the state of Florida. Insp. Kinnard confirmed [redacted] did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of [redacted] with the above date of birth. The above individual appeared to be fictitious.

20. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name [redacted] with a date of birth of [redacted] and an address of [redacted] Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate [redacted] in Pace and determined the address did not exist. Insp. Kinnard confirmed that [redacted] with a date of birth of [redacted] was not registered to vote in the state of Florida. Insp. Kinnard confirmed [redacted] did not have a Florida driver's license. Insp. Kinnard checked multiple law

ID#: 17744

enforcement databases and was unable to locate anyone by the name of ▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious.

21. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓ with a date of birth of ▓▓▓▓ and an address of ▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▓▓▓▓ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ▓▓▓▓ with a date of birth of ▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious.

22. On January 4, 2023, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓ with a date of birth of ▓▓▓▓ and an address of ▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. Insp. Kinnard attempted to locate ▓▓▓▓ in Pace and determined the address did not exist. Insp. Kinnard confirmed that ▓▓▓▓ with a date of birth of ▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious.

23. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓ with a date of birth of ▓▓▓▓ and an address of ▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▓▓▓▓ in Pace and contacted ▓▓▓▓ who purchased the residence in March of 2023. ▓▓▓▓ advised that he purchased the residence from ▓▓▓▓ did not know anyone named ▓▓▓▓ denied signing the petition. Insp. Kinnard confirmed that ▓▓▓▓ with a date of birth of ▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

24. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓ with a date of birth of ▓▓▓▓ and an address of ▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October

ID#: 17744



17, 2023, Insp. Kinnard visited ██████ in Pace and contacted ██████ who purchased the residence in March of 2023. ██████ advised that he purchased the residence from ██████ did not know anyone named ██████ denied signing the petition. Insp. Kinnard confirmed that ██████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

25. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with a date of birth of ██████ and an address of ██████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ██████ in Pace and Insp. Kinnard spoke with ██████ who purchased the residence in April of 2023. ██████ advised the previous owner was ██████ advised the previous renter's name was ██████ but he did not know anyone named ██████ said he had not received any mail with their name on it. ██████ denied signing the petition. Insp. Kinnard confirmed that ██████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

26. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with a date of birth of ██████, and an address of ██████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ██████ in Pace and Insp. Kinnard spoke with ██████ who purchased the residence in April of 2023. ██████ advised the previous owner was ██████ advised the previous renter's name was ██████ but he did not know anyone named ██████ said he had not received any mail with their name on it. Insp. Kinnard confirmed that ██████ with a date of birth of ██████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ██████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ██████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

27. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ██████ with a date of birth of ██████ and an address of ██████

FDLE CASE #EI-32-0211

ID#: 17744

████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ n Pace and Insp. Kinnard spoke with ████████ who has owned the residence since 2007. ████████ stated that she and her husband were going through a divorce in 2022 and they listed the house for sale. ████████ advised the house did not sell so she moved back into the residence in April 2023. ████████ advised no one else has lived at the residence and she did not know ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

28. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and Insp. Kinnard spoke with ████████ who has owned the residence since 2007. ████████ stated that she and her husband were going through a divorce in 2022 and they listed the house for sale. ████████ advised the house did not sell so she moved back into the residence in April 2023. ████████ advised no one else has lived at the residence and she did not know ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

29. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ████████ with a date of birth of ████████ and an address of ████████ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ████████ in Pace and Insp. Kinnard spoke with ████████ who purchased the residence in March of 2023. ████████ said he purchased the residence from ████████ did not know anyone named ████████ and he has not received any mail with that name on it. ████████ denied signing the petition. Insp. Kinnard confirmed that ████████ with a date of birth of ████████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ████████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ████████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for

ID#: 17744

sale, per Zillow, around the time the voter's information section of the petition was signed.

30. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ and an address of ▓▓▓▓▓ ▓▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▓▓▓▓▓ in Pace and Insp. Kinnard spoke with ▓▓▓▓▓ who purchased the residence in March of 2023. ▓▓▓▓▓ said he purchased the residence from ▓▓▓▓▓ did not know anyone named ▓▓▓▓▓ and he has not received any mail with that name on it. ▓▓▓▓▓ denied signing the petition. Insp. Kinnard confirmed that ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

31. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ and an address of ▓▓▓▓▓ ▓▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▓▓▓▓▓ in Pace and Insp. Kinnard spoke with ▓▓▓▓▓ who advised she purchased the property in January of 2023. ▓▓▓▓▓ said she purchased the property from ▓▓▓▓▓ stated she did not know anyone named ▓▓▓▓▓ denied signing the petition. Insp. Kinnard confirmed that ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ▓▓▓▓▓ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

32. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ and an address of ▓▓▓▓▓ ▓▓▓▓▓ Pace, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ▓▓▓▓▓ in Pace and Insp. Kinnard spoke with ▓▓▓▓▓ who advised she purchased the property in January of 2023. ▓▓▓▓▓ said she purchased the property from ▓▓▓▓▓ stated she did not know anyone named ▓▓▓▓▓ denied signing the petition. Insp. Kinnard confirmed that ▓▓▓▓▓ with a date of birth of ▓▓▓▓▓ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ▓▓▓▓▓ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name

FDLE CASE #EI-32-0211

ID#: 17744

of ███████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

33. On December 29, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ███████ in Milton and Insp. Kinnard spoke with ███████ who advised she purchased the residence in August of 2023. ███████ said she bought the residence from Investors and a male named ███████ ███████ stated she does not know anyone named ███████ and she has not received mail with that name on it. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

34. On December 30, 2022, a Constitutional Amendment Petition for Adult Personal Use of Marijuana (serial number 2205) was completed and signed with the name ███████ with a date of birth of ███████ and an address of ███████ Milton, Florida. The petition was submitted by circulator Jessica Sonia Humphreys (Circulator #53566) on behalf of Smart & Safe Florida. On October 17, 2023, Insp. Kinnard visited ███████ in Milton. ███████ does not exist, and Insp. Kinnard spoke with ███████ who advised she purchased the residence in August of 2023. ███████ said she bought the residence from Investors and a male named ███████ ███████ stated she does not know anyone named ███████ and she has not received mail with that name on it. Insp. Kinnard confirmed that ███████ with a date of birth of ███████ was not registered to vote in the state of Florida. Insp. Kinnard confirmed ███████ did not have a Florida driver's license. Insp. Kinnard checked multiple law enforcement databases and was unable to locate anyone by the name of ███████ with the above date of birth. The above individual appeared to be fictitious. This address was listed for sale, per Zillow, around the time the voter's information section of the petition was signed.

On October 16, 2023, Insp. Kinnard searched social media for Humphreys. Insp. Kinnard located a Facebook account with the name Jessica Humphreys, https://www.facebook.com.███████ The pictures throughout the Facebook account matched the picture on Florida ID ███████ Jessica Sonia Humphreys, from the DAVID. Insp. Kinnard observed a video uploaded to the account on October 9, 2022. The video started with a male mentioning a campaign with Vanguard and then discussing "Jess" being promoted to "leadership". Then a female, identified as Jessica Humphreys, comes into the video frame and starts discussing her background and then she speaks about what has helped her with her petitions.

FDLE CASE #EI-32-0211

ID#: 17744

Insp. Kinnard reviewed a report written by Panama City Beach Police Department (PCBPD), Incident # ▮▮▮▮ which was a traffic stop in PCBPD's jurisdiction. The report indicated that when pulled over, Humphreys was a passenger in the vehicle. Also in the vehicle were ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮. Records indicated that all the above individuals were circulators with Imperial International, which is the company Humphreys worked for. All the above subjects had access to their own petitions and were given their own circulator numbers.

On October 19, 2023, Insp. Kinnard served a subpoena to T-Mobile for phone number ▮▮▮▮▮▮▮▮ which was used on Humphrey's circulator application. On November 10, 2023, Insp. Kinnard received the results from T-Mobile. The records indicated the account was active and under the name Jessica Humphreys.

On November 16, 2023, Insp. Michelle Cabrera and Miles Sonn interviewed Jessica Humphreys at her residence, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. According to Humphreys, she worked for Imperial Services from September 2022 to March 2023. Humphreys stated that she had posted her resume online with Indeed and was contacted by Imperial Services who asked if she was interested in a position with their company. Upon being hired, Humphreys applied for a petition circulator number via a State of Florida website. Humphreys stated that she received her circulator number within a few hours after applying. Humphreys stated that she was initially hired to work the Marijuana initiative. Humphreys was offered a position as a petition circulator, working out of numerous cities and counties in North Florida, from Pensacola, Milton, Pace, Destin, Panama City, Tallahassee, Jacksonville and Orlando. Humphreys stated she along with numerous other petition circulators traveled to North Florida via a petition circulator's vehicle. Humphreys advised that sometimes she would be dropped off by herself for the entire day to collect signatures.

Humphreys stated that they worked 6 days per week anywhere from 10-12 hours per day. Initially, Humphreys was a "lead circulator" and was responsible for training "new team members." According to Humphreys, the new circulators who did not receive their circulator numbers, would use Humphreys' petitions with Humphreys' circulator number listed on the petition and give Humphreys the petitions at the end of their shift. Humphreys said the trainees would be within eyeshot of her while they were getting petitions signed and she did not witness them fill out the voter's information portion of the petition. Humphreys would then go back to the office and sign the petitions. Humphreys would then turn the petitions into ▮▮▮▮ the supervisor. Humphreys further stated that she would be paid for the petitions filled out by the trainees. Humphreys stated that Van Guard, a quality control company working for Imperial Services would check the "veracity" of the petitions submitted by the circulators. However, Humphreys stated that she was never advised how many petitions were valid or invalid. Humphreys said she could not explain how people and addresses that did not exist ended up on the petitions that she admitted to signing.

FDLE CASE #EI-32-0211

ID#: 17744

WHEREFORE, your Affiant prays that a warrant be issued commanding the Executive Director of the Florida Department of Law Enforcement or any of his duly authorized Special Agents and all Sheriffs or any of their duly appointed deputies, or any law enforcement officers acting within their jurisdiction, to arrest **Jessica Sonia Humphreys**, identified herein above, for the criminal charges listed above, and bring her before the Court so that she may be dealt with according to law.

Heather Kinnard, Inspector
Florida Department of Law Enforcement

SWORN TO AND SUBSCRIBED before me this 28th day of **November, 2023**.

LAW ENFORCEMENT OFFICER
Mark Zagar, Special Agent
Florida Department of Law Enforcement

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WTS-23-014345

STATE OF FLORIDA

v.                                              CASE NO.: 502023CF008916A XXXMB

Nelson Judah Stone
B/M, DOB:
SSN:
___Defendant.___ /

**CRIMINAL INVESTIGATION**
**FDLE AGENCY CASE # EI-32-0215**

*Affidavit in Support of Arrest Warrant*

**COMES NOW** Your Affiant, Inspector Antonio Mathews of the Florida Department of
Law Enforcement (FDLE), makes this Affidavit in support of probable cause to support the arrest
of the Subject described below. Your Affiant has been a member of FDLE since December 2002.
Your Affiant is currently assigned to the Office of Executive Investigations, Election Crime Unit
and has received training in Elections Crime investigation. Based on Your Affiant's personal
knowledge, a review of the relevant records and other materials obtained during the course of this
investigation, interviews of witnesses, conversations with other members of law enforcement, and
documents provided by public officials, Your Affiant avers the Subject identified below has
committed the following offense(s):

| | |
|---|---|
| **Subject:** | **Nelson Judah Stone** |
| Race: | Black |
| Gender: | Male |
| Date of Birth: | |
| Social Security Number: | |
| Florida Driver License: | |
| Last Known Address: | |

**Offense(s):**   **Personal Identification Information concerning a deceased individual**
**§ 817.568(8)(a), Fla. Stat.**

**FACTS**

571

1. In February 2023, The Palm Beach County Supervisor of Elections (PBCSOE) provided Your Affiant a list of Paid Petition Circulators (PPC) from citizen's initiative groups who submitted petitions to amend the state constitution containing the names and signatures of deceased individuals.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. After communicating with PBSOE, Your Affiant reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the PBCSOE on CAIPFs. More than 4500 CAIPFs submitted to the PBCSOE were deemed ineligible by the PBCSOE due to various anomalies, including deceased individuals' identities and personal information written on the forms. Your Affiant's review of the CAIPFs revealed

that one particular PPC, Nelson Judah Stone, DOB: ▆▆▆▆▆ "Stone") appeared to have collected CAIPFs from more than one deceased individual, as records available to the PBCSOE indicated these individuals were deceased on the date that Stone purportedly gathered their signatures.

7. Upon closer examination of these CAIPFs, Your Affiant noted that each form included the deceased individual's signature and Stone's signature verifying that the petition was "signed in my presence" under penalties of perjury.

8. Additionally, the "Attention" section of the CPAIF stated the following:

- This form becomes a public record upon its filing with the Supervisor of Elections
- It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
- Failure to complete the form as required may invalidate the form

9. According to records provided to FDLE by the Florida Department of State Division of Elections, on or about 10-26-2021, Stone's application was approved to become a PPC for 3PVRO "Sensible Florida," a group proposing constitutional amendment serial number 21-17, titled "Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana." Stone used the email ▆▆▆▆▆▆▆ as a point of contact in his application. The application also included Stone's personal information including his name, permanent address, and phone number. Stone was assigned Circulator ID #34330.

10. Stone submitted five (5) deceased individuals' Personal Identification Information (PII) to the PBCSOE under Amendment Title 2117 and one (1) deceased individual's PII under Amendment Title 2116, Limited Authorization of Casino Gaming. The following CAIPFs containing the deceased individual's information were submitted to the PBCSOE by PPC Stone:



- o
- o
- o
- o
- o

11. Your Affiant determined that the individuals mentioned in # 10 were deceased as follows:

   a. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▆▆▆▆▆▆▆▆▆▆ A certified copy obtained from the Bureau of Vital Statistics indicated ▆▆▆▆ died on ▆▆▆▆▆

    b. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███ died on ███████

    c. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on ██████████

    d. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███████ died on ██████ ████

    e. Your Affiant requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on ██████

12. Your Affiant reviewed signatures from the Florida Driver and Vehicle Information Database (DAVID) to compare to the signatures that were obtained by Stone for the CAIPFs and submitted to the PBCSEO on behalf of 3PVRO "Sponsor" Sensible Florida.

13. There is no signature for ████████ documented in DAVID to compare. However, the CAIPF for ████████ showed the date supposedly signed by ████████ on 02-06-2022, which is six (6) years after ████████ death.

14. The signature on the CAIPF appeared to be different from the signature captured on DAVID. The CAIPF for ████████ showed the date supposedly signed by ██████ as 02-07-2020, which is eight (8) years after ██████ death.

15. There is no signature for ████████ documented in DAVID to compare. However, the CAIPF for ████████ showed the date supposedly signed by ████████ as 02-08-2022, which is eight (8) years after ████████ death.

16. There is no signature for █████ documented in DAVID to compare. However, the CAIPF for ████████ showed the date supposedly signed by ██████ on 02-03-2022, which is nine (9) years after ██████ death.

17. There is no signature for ▓▓▓▓ documented in DAVID to compare. However, the CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓▓▓ as 02-05-2022, which is five (5) years after ▓▓▓▓ death.

18. Your Affiant noted that Stone's signature as it appears on the CAIPFs and other documentation is consistent with each of the CAIPFs and his DAVID record.

19. On Wednesday, August 16, 2023, the Miami-Dade County Supervisor of Elections (MDCSOE) revealed that PPC Stone had submitted thirty-three (33) CAIPFs that were deemed invalid. Of the 33, there were five (5) petitions with a deceased individual's PII. Each of these 5 petitions were submitted for Serial 2116 titled "Limited Authorization of Casino Gaming," sponsored by "Florida Voters in Charge." For each of the 5 petitions, Stone is listed as the Paid Petition Circulator and signed swearing that each "petition was signed in my presence." Again, Your Affiant reviewed signatures from DAVID to compare to the signatures that were obtained by Stone for each CAIPF submitted. The following CAIPFs containing the deceased individual's information were submitted to the MDCSOE by PPC Stone:



- ▓▓▓▓
- ▓▓▓▓ (2 CAIPFs submitted on different dates)
- ▓▓▓▓
- ▓▓▓▓

20. There is no signature for ▓▓ documented in DAVID to compare. The CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓▓▓ (01-24-2022) is well after Ball's date of death on ▓▓▓▓

21. ▓▓ signature appeared to be different on both CAIPFs signed two (2) days apart and in DAVID. The CAIPFs for ▓▓▓▓ (there were two (2) CAIPFs for Limited Authorization of Casino Gaming supposedly signed by ▓▓ on 01-23-2022 and 01-25-2022) showed dates well after ▓▓ date of death in ▓▓

22. ▓▓ signature on the CAIPF appeared to be different from the DAVID signature. The CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓ (01-22-2022) is after ▓▓ died on ▓▓▓▓

23. ▓▓ signature on the CAIPF appeared to be different from the DAVID signature. The CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓ 01-25-2022) is after ▓▓ died on ▓▓▓▓

24. On Monday, August 28, 2023, Your Affiant received documentation from the Broward County SOE (BCSOE) related to Stone. Stone submitted eighteen (18) invalid CAIPFs

575

related to Serial 2117 in Broward County, of which three (3) were for deceased voters. Your Affiant noted the following deceased individuals from Serial 2117:



       o
       o
       o (2 CAIPFs under Serial 2117)

25. For ███████████ there were two (2) CAIPFs for Serial 2117 processed by the BCSOE. ██████████ first CAIPF was supposedly signed on 02-07-2022 using ██████ first name ████ and middle name ██████ second CAIPF under Serial 2117 was supposedly signed on 02-09-2022 utilizing the first name of ███ and the middle name of ████ DAVID indicates that ████████ died on ████

26. The CAIPF for ████████ showed the date supposedly signed by ████ (02-05-2022) after ████ died on ████████ signature on the CAIPF appeared to be different from the DAVID signature.

27. The CAIPF for ████████ showed the date supposedly signed by ████ (01-25-2022) after ████ died on ████████ signature on the CAIPF appeared to be different from the DAVID signature.

28. Additionally, the BCSOE provided information that PPC Stone submitted thirty-four (34) invalid CAIPFs for Serial 2116 of which eight (8) alleged signors were identified as deceased. Your Affiant noted the following deceased individuals from Serial 2116 CAIPFs submitted by Stone:



       o
       o
       o
       o
       o
       o
       o
       o

29. The CAIPF for ████████ showed the date supposedly signed by ██████ 01-24-2022) after ████ died in ████ ████ signature on the CAIPF appeared to be different from the DAVID signature on file.

30. The CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓ (01-24-2022) after ▓▓▓ died in ▓ ▓▓▓ signature on the CAIPF appeared to be different from the DAVID signature.

31. The CAIPF for ▓▓▓▓ showed the date supposedly signed by ▓▓▓ (01-08-2022) after ▓▓▓ died in ▓▓ There is no signature in DAVID to compare with the signature on the CAIPF.

32. The CAIPF for ▓▓▓ showed the date supposedly signed by ▓▓ 01-25-2022) after ▓▓▓ died on 07-14-2020. ▓▓ signature on the CAIPF appeared to be different from the signature on file in DAVID.

33. The CAIPF for ▓▓▓ showed the date supposedly signed by ▓▓ (01-24-2022) after ▓▓▓ died on ▓▓▓ There is no signature available in DAVID to compare to the CAIPF.

34. The CAIPF for ▓▓▓ showed the date supposedly signed by ▓▓ 01-20-2022) after ▓▓ died on ▓▓ signature on the CAIPF appeared to be different from the signature on file in DAVID.

35. The CAIPF for ▓▓▓ showed the date supposedly signed by ▓▓ 01-25-2022) after ▓▓ died on ▓▓ Palmer's signature on the CAIPF appeared to be different from the signature on file in DAVID.

36. The CAIPF for ▓▓▓▓ the date supposedly signed by ▓▓ (01-25-2022) is after ▓▓ died on ▓▓▓ signature on the CAIPF appeared to be different from the DAVID signature.

37. On September 18, 2023, the Orange County Supervisor of Elections (OCSOE) provided information that Stone submitted invalid petitions for three (3) deceased individuals from Serial 2117:

    

    - ○
    - ○
    - ○

38. The CAIPF for ▓▓▓ the date supposedly signed by ▓▓ (02-11-2022) is well after ▓▓ died on ▓▓▓ There is no signature for Ralls on DAVID to compare.

39. The CAIPF for ███████████ the date supposedly signed by ██████ (02-11-2022) is after ████ died on ██ ████ signature on the CAIPF appeared to be different from the DAVID signature.

40. The CAIPF for ██████████ the date supposedly signed by ████ (02-09-2022) is after ████ died on ████ signature on the CAIPF appeared to be different from the DAVID signature.

41. Your Affiant notes there were four (4) CAIPFs submitted to the OCSOE under ███████ name. Three (3) CAIPFs were submitted under 2117-Legalizes Personal Use Marijuana For Adults and one (1) under 2116-Limited Authorization of Casino Gaming. Paid Petition Circulators ███████ (1 CAIPF) and ██████ submitted two CAIPFs that were supposedly signed on 02-09-2022 ████ 02-11-2022 and 02-14-2022 respectively. Based on Your Affiant's training and experience, this indicates that a list containing the PII of deceased individuals such as ██████ is being circulated among several PPCs and that the unlawful use of ████ PII is intentional.

42. Your Affiant documented that Stone submitted a total of two thousand three hundred thirty-three (2333) invalid CAIPFs for Limited Authorization of Casino Gaming (Serial 2116) and five hundred eighty-two (582) CAIPFs for Legalizes Personal Use Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (Serial 2117) throughout the State of Florida (Supervisor of Election) offices.

43. PPC Stone submitted a total of one hundred sixty-eight (168) CAIPFs in Palm Beach County of which twenty-three (23) were valid and one hundred forty-five (145) were invalid for Serial 2116. In Miami Dade County PPC Stone submitted thirty-three (33) invalid CAIPFs for Serial 2116. In Broward County PPC Stone submitted eighteen (18) invalid CAIPFs for Serial 2117 and thirty-four (34) invalid CAIPFs for Serial 2116. In Orange County PPC Stone submitted three (3) invalid CAIPFs for Serial 2117.

44. PPC Stone submitted a total of *twenty-three (23) deceased individuals* CAIPFs in at least four (4) counties: Orange, Palm Beach, Broward and Miami-Dade. Of the 23 *at least three (3) individual's information was submitted more than once* on CAIPFs for Serial 2116 and 2117. Your Affiant learned that each county SOE office used their respective "voter roll" to determine that the individual voters listed on each CAIPF submitted by Stone was deceased.

45. On Wednesday, August 9, 2023, Your Affiant conducted a non-custodial interview with Stone at his residence ██████████████ regarding Constitutional Amendment Initiative Petition Forms (CAIPFs) turned in to the Supervisor of Elections

offices in multiple counties throughout the State of Florida. The following synopsis outlines Stone's interview:

Stone did not recall which company he worked for while gathering petitions. Stone was presented a copy of the Petition Request submitted to the Florida Department of State with Stone's personal information from October 2021. Stone acknowledged that he applied for this request and within a minute stated "I don't recall" Sensible Florida. Stone stated that he did "Grassfire about Native Americans" and stated that ▇▇▇▇▇ introduced him to "marijuana ones." Stone was paid for two (2) initiatives. Casino Gaming was one of the two. When asked if he knew the contact person ▇▇▇▇▇▇▇▇▇▇ for Sensible Florida, Stone asked if ▇▇▇▇▇ was an attorney and advised that if he is then "Yes, that name sounds familiar." Stone collected signatures in the Central Florida area and traveled around Florida. Stone had visited Palm Beach County and collected signatures for petitions. Stone explained the process of collecting signatures, and in particular the CAIPFs, in Palm Beach County. Stone began by stating "It's been so long." Stone then stated he would approach unknown individuals and ask if they were registered voters. If a person is willing to sign the petition they would complete the CAIPF in front of Stone. Stone was paid hourly and not by how many petitions he turned in. Stone agreed that his signature on the form was verification that the person signed the document in his presence. Your affiant presented the four (4) CAIPF forms that contained deceased individuals' information. Stone first acknowledged the forms and agreed that these were forms that he would have completed. When asked if the signature on the form belonged to him, Stone stated "I believe so." Stone was asked if he obtained the signatures in person and how each person was identified. Stone stated PPCs "hit large groups going to concerts," and other large crowds and get groups to sign the petitions. Stone paused and advised, "When I tell you like sir I can't be in any trouble right now and I don't want to be part of no investigation." Stone again stated we hit large crowds and when "we mention marijuana people just sign." Stone did not know the exact number of people he signed up but stated, "People friends and moms would sign up." Stone received a base pay (salary) and had incentives "to do well."

Your affiant asked Stone how many employees he worked with when he collected signatures in Palm Beach County. Stone stated the reason why he came to Palm Beach was to collect documents from other petitioners but could not recall any names. Stone commented, "I wanna do my best, I don't want to be in any trouble at all cause my thing is how much involved I am if I am going to get in trouble." Your affiant explained to Stone that the individuals on the CAIPF forms that were presented to Stone were deceased. Stone was asked again how did he obtain the signatures and addresses of deceased individuals. Stone sighed and stated, "You are coming as a state official obviously you have the interest of the state probably don't have the best interest of me so I would like to have an attorney

present." Your affiant concluded the interview as Stone advised to give him twenty-four (24) hours to consult with someone and he would possibly call back with information.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiant has not included every fact concerning this investigation. Rather, your Affiant has set forth the facts that he believes are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Nelson Judah Stone with:

Count 1:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 2:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 3:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 4:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

Count 5:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(a), Fla. Stat.
3rd Degree Felony

## AFFIRMATION

I hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____
Affiant

580

Inspector Antonio Mathews
Florida Department of Law Enforcement

Sworn to and subscribed before me this _18_ day of 2023.

The Honorable
Palm Beach County, Fifteenth Judicial Circuit

STATE OF FLORIDA

V. ·

· ´ ZACHARY PAUL DWORSKY

R/S:   W/M
DOB:
FL DL:
SSN:

1. **CRIMINAL USE OF PERSONAL IDENTIFICATION INFORMATION** Section 817.568(2)(A), Florida Statutes (2020)
2. **PETITION; KNOWINGLY SIGNING MORE THAN ONCE; SIGNING ANOTHER PERSON'S NAME OR FICTITIOUS NAME** Section 104.185(2) Florida Statutes (2022)

BEFORE ME, ⟨Chris Shepherd⟩ a sworn law enforcement officer, personally came Inspector Ryan Bliss of the Florida Department of Law Enforcement (FDLE) who, being duly sworn, deposes and says:

Inspector Bliss is a sworn law enforcement officer of the State of Florida, and as such is empowered to conduct investigations of and make arrests for violations of the criminal laws of the State of Florida, including those enumerated in Chapter 104, Florida Statutes, pertaining to election code violations and believes that laws of the State of Florida have been violated, specifically, those laws enumerated in Chapter 817.568 pertaining to Criminal Use of Personal Identification Information; and the person violating those laws is ZACHARY PAUL DWORSKY, as identified above.

Inspector Ryan Bliss, Your Affiant is a lawfully sworn Inspector of the Florida Department of Law Enforcement (FDLE) and has been employed since December 2002. Your Affiant is currently assigned to the Office of Executive Investigations, Elections Crime Unit with over twenty-eight years of law enforcement experience, in conducting investigations involving public integrity, election crimes, violent crime, sex crimes, narcotics, property crimes, and financial crimes. Your Affiant has successfully completed training classes provided by FDLE and also has a Bachelor's Degree from Florida State University's School of Criminology. As an Inspector with FDLE, your affiant is authorized to investigate all crimes involving election crimes, and public integrity.

This case is being prosecuted by the Florida Attorney General's Office (Office of Statewide Prosecution). The investigation is aggregated and summarized as follows:

1. On September 08, 2023, the Florida Department of State, Divison of Elections provided Your Affiant with a list of Paid Petition Circulators (PPC) who reportedly submitted invalid petitions through invalid signatures or with deceased individual's identities. The spreadsheet indicated that Dworski had submitted a total of 2,438 invalid petitions from different voter districts throughout the state of Florida.

2. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

3. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot.

Page 2 of 13

Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered in order for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located.

4. Voter signatures must be gathered via use of a Constitutional Amendment Initiative Petition Forms (CAIPF), which lists the voter's name, address, voter registration number or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

5. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

6. According to records provided to FDLE by the Florida Department of State Division of Elections, on or about November 15, 2022, Dworsky's application was approved to become a PPC for 3PVRO "Smart and Safe Florida" (Serial Number 22-05, Adult Personal Use of Marijuana) and for Floridian's Protecting Freedom, Inc. (Serial Number 23-07, Amendment to Limit Government Interference with Abortion), two

Page 3 of 13

committees seeking to have amendments to the Florida Constitution placed on the ballot for the 2024 election cycle. Dworsky was a PPC for these initiatives and listed the email address ███████████████ in his application. The application also included Dworksky's name, address, and phone number. Dworsky was assigned Circulator ID #56091.

The reasons for your Affiant's belief that the above-listed laws have been violated and that ZACHARY PAUL DWORSKY, hereinafter Dworsky is the person who violated said laws are as follows:

On March 03, 2023, the FDLE, Election Crime Unit (ECU) received information from the Florida Department of State (DOS), Office of Election Crimes and Security regarding allegations of fraud involving Zachary Paul Dworsky hereinafter Dworsky, a paid petition circulator (PPC) for Smart and Safe Florida's initiative 22-05 "Adult Personal Use of Marijuana".

On March 6, 2023, Your Affiant reviewed documents provided by the DOS, which contained an Elections Fraud Complaint form from Candidate & Election Support Coordinator Katrina Hall of the Sumter County Supervisor of Elections (SCSOE) office and the DOS, and one petition form with one corresponding SCSOE voter information printout. The DOS letter outlines the complaint from the SCSOE, alleging that Dworsky, a PPC, submitted one petition receiving a disposition of "Signature Different" due to a signature mismatch. In addition to the signature on the petition not matching the signature images available on file for registered voter, █████████████ hereinafter ████████ the handwriting supplied in the "date signed" fields on both the "Voter's Information" and "Petition Circulator's Information" portions of the petition form appear to be similar and resemble the Paid Petition Circulator's handwriting.

1. On April 14, 2023, Your Affiant conducted a sworn interview of ████████ and learned the following. On an undetermined date in January of 2023, ████████ received a letter from the SCSOE that stated, ████████ name may have been forged on a petition. ████████ traveled to the SCSOE and a representative showed ████████ a copy of the

petition with her signature. █████ advised that was not her signature on the petition. Your Affiant asked █████ if a circulator ever approached her at home or in public and requested her to sign the petition. According to █████ no one has ever approached her and asked her to sign a petition. █████ has never heard of the petition for the adult use of personal marijuana and █████ would not endorse or sign the petition. █████ does not know Dworsky.

On August 28, 2023, Your Affiant contacted the Department of State and requested information on the number of invalid petitions with the names of the circulators for the Smart and Safe initiative to determine if Dworsky has submitted petitions in other voting districts receiving a disposition of "Signature Different" or submitting petitions that a registered voter has been deemed deceased prior to the filing of the Constitutional Amendment Initiative Petition Form being turned in.

Your Affiant reviewed the spreadsheet and saw that there were thirty-two invalid petitions submitted to the Volusia County Supervisor of Elections (VCSOE) by Dworsky. Your Affiant contacted the VCSOE, requested a copy of the invalid petitions, and reviewed the comprehensive list of invalid signatures that were submitted to the VCSOE on CAIPFs by Dworsky. The CAIPFs submitted to the VCSOE were deemed ineligible by the VCSOE due to various anomalies.

On September 28, 2023, Your Affiant contacted the following individual(s).

2. ██████████████████████████████████████

At approximately 1100 hours, Your Affiant met with ██████████ hereinafter ████████ at the listed residential address on the petition. Your Affiant informed █████ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed him a copy of the petition with █████ name, residential address, date of birth, and signature. █████ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. █████ did not give anyone permission to use

his personal information or sign his name on the petition. ▓▓▓▓ was never approached by a petitioner endorsing the adult personal use of marijuana.

   3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

At approximately 1100 hours, Your Affiant attempted to meet with ▓▓▓▓ hereinafter ▓▓▓▓ at his residence but learned that his brother, ▓▓▓▓▓ was not home. Your Affiant left a business card with instructions to have ▓▓▓▓ contact Your Affiant. At approximately 1400 hours, ▓▓▓▓ called and was told that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and electronically sent a copy of the petition to ▓▓▓▓ via text message that contained ▓▓▓▓ name, residential address, date of birth, and signature. ▓▓▓▓ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ▓▓▓▓ did not give anyone permission to use his personal information or sign his name on the petition. ▓▓▓▓ was never approached by a petitioner endorsing the adult personal use of marijuana.

   4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

At approximately 1200 hours, Your Affiant met with ▓▓▓▓ hereinafter ▓▓▓▓ at the listed residential address. Your Affiant informed ▓▓▓▓ that he could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▓▓▓▓ a copy of the petition with ▓▓▓▓ name, residential address, date of birth, and signature. ▓▓▓▓ advised that the information was correct but that was not his handwriting or signature, and he did not complete the petition. ▓▓▓▓ did not give anyone permission to use his personal information or sign his name on the petition. ▓▓▓▓ was never approached by a petitioner endorsing the adult personal use of marijuana.

   5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

At approximately 1120 hours, Your Affiant met with ▓▓▓▓▓▓▓ hereinafter ▓▓▓▓▓▓▓ at the listed residential address. Your Affiant informed ▓▓▓▓▓▓ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud

and showed ▮▮▮▮▮ a copy of the petition with ▮▮▮▮▮▮ name, residential address, date of birth, and signature. ▮▮▮▮▮▮ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▮▮▮▮▮ did not give anyone permission to use her personal information or sign her name on the petition. ▮▮▮▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1120 hours, Your Affiant met with ▮▮▮▮▮▮ hereinafter ▮▮▮▮▮, at her employment address, located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Your affiant informed ▮▮▮▮ that she could be a victim of identity fraud and petition fraud. Your Affiant explained the possible petition fraud and showed ▮▮▮▮ a copy of the petition with ▮▮▮▮ name, residential address, date of birth, and signature. ▮▮▮▮ advised that the information was correct but that was not her handwriting or signature, and she did not complete the petition. ▮▮▮▮ did not give anyone permission to use her personal information or sign her name on the petition. ▮▮▮▮ was never approached by a petitioner endorsing the adult personal use of marijuana.

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1130 hours, Your Affiant made telephonic contact with ▮▮▮▮▮ hereinafter ▮▮▮▮ Your Affiant explained the possible identity fraud and petition fraud and told ▮▮▮▮ that according to the petition, ▮▮▮▮ completed the petition on April 14, 2023, with his name, address, date of birth, and signature. ▮▮▮▮ informed Your Affiant that he was never approached by anyone to complete the petition and ▮▮▮▮ was in Anderson, South Carolina during the month of April. Your Affiant sent a copy of the petition electronically to ▮▮▮▮ who reviewed the petition and advised that was not his signature or handwriting. ▮▮▮▮ never granted anyone permission to complete the petition on his behalf.

On October 03, 2023, Your Affiant contacted the following individual(s).

8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Affiant attempted to make contact with ▮▮▮▮▮▮, hereinafter ▮▮▮▮ at the listed address on the petition. ▮▮▮▮ wife, ▮▮▮▮▮▮ advised that ▮▮▮ was not home. Your affiant provided a business card to ▮▮▮▮▮▮ with instructions to have ▮▮▮▮ contact Your Affiant. ▮▮▮▮ contacted Your affiant and advised that he did not recall ever being approached and asked to sign a petition endorsing the adult personal use of marijuana. Your affiant provided ▮▮▮▮ with a copy of the petition electronically to ▮▮▮▮▮ cellular telephone. ▮▮▮▮ reviewed the petition and advised that "neither the handwriting nor signature are anything close to mine. I've also never seen a piece of paper like that."

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approximately 1500 hours, Your Affiant met with ▮▮▮▮▮▮▮▮▮ hereinafter ▮▮▮▮▮ at the listed address on the petition. Your Affiant informed ▮▮▮▮ that she could be a victim of identity fraud. Your Affiant showed ▮▮▮▮ a copy of the petition with ▮▮▮▮▮ name address, date of birth, and signature on the petition. ▮▮▮▮ immediately stated that was not her handwriting or signature on the petition. ▮▮▮▮ advised that her last name was spelled incorrectly and she was in Miami on March 22, 2023, when the petition was reportedly signed. ▮▮▮▮ signed the back of the petition and swore the information provided to Your Affiant was true and accurate.

On October 04, 2023, Your Affiant contacted or attempted to contact the following individual(s).

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your affiant attempted to speak to ▮▮▮▮▮ hereinafter ▮▮▮ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ▮▮▮ contacted Your Affiant and informed ▮▮▮ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on January 23, 2023. ▮▮▮ advised he

was never approached by anyone circulating a petition and he tries to avoid circulators and panhandlers. Your Affiant electronically sent a copy of the petition to ██████ ██ reviewed the petition and advised that the petition and signature were not completed by ███ and ███ did not give permission to anyone to use his personal information and everything he said was true and accurate.

11. ████████████████████████████████████

Your Affiant made contact with ████████ hereinafter ██████ at the residential address listed on the petition. Your Affiant told ██████ that she could be a victim of identity fraud and petition fraud and showed ██████ a copy of the petition with ███████ name, address, date of birth, and signature. ████████ reviewed the petition and advised that she did not complete the petition and the signature was not her signature. ██████ did not give anyone permission to complete the petition on ████████ behalf. ██████ was never approached by anyone asking ██████ to sign the petition. ██████ signed the back of the petition for comparison.

12. ████████████████████████████████████

Your Affiant attempted to speak to ████████ hereinafter ████ at the residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████ contacted Your affiant and was informed that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ██████ reviewed the petition and advised the signature was not ████████ signature and ████ did not give permission to anyone to use his personal information and everything he said was true and accurate.

13. ████████████████████████████████████

Your Affiant attempted to speak to ████████████ hereinafter ████████ at the

residential address listed on the petition. No one answered the door, and a business card was left at the door. On October 05, 2023, ████████ contacted Your Affiant and was told ████████ that a petition endorsing the adult use of personal marijuana contained his name, address, date of birth, and signature and that the petition was reportedly completed on April 14, 2023. ████████ advised he was never approached by anyone circulating a petition. Your Affiant electronically sent a copy of the petition to ████████ ████████ reviewed the petition and advised the signature was not ████████ signature that ████████ did not give permission to anyone to use his personal information and that everything he said was true and accurate.

14. ████████████████████████

Your Affiant made contact with ████████ hereinafter ████ at the residential address listed on the petition. Your affiant told ████ that he could be a victim of identity fraud and petition fraud and showed ████ a copy of the petition with ████ name, address, date of birth, and signature. ████ reviewed the petition and advised that he did not complete the petition and the signature was not his signature. ████ did not give anyone permission to complete the petition on ████ behalf. ████ was never approached by anyone asking ████ to sign the petition and everything he said was true and accurate.

On October 05, 2023, Your Affiant contacted or attempted to contact the following individual(s).

15. ████████████████████████

Your Affiant attempted to speak with ████████ hereinafter ████ at the residential address listed on the petition. ████ was not home and Your Affiant left a business card at the gate to the property with instructions for ████ to contact Your Affiant. On October 08, 2023, ████ called and Your Affiant informed ████ that she could be a victim of identity fraud and petition fraud explained the possible petition fraud and subsequently sent an electronic copy of the petition to ████ with ████ name, residential address, date of birth, and signature. ████

advised that she did not complete the petition or sign the petition. ▮▮▮▮ had never seen the petition and was never approached by anyone to complete the petition. ▮▮▮▮ did not give anyone permission to use her personal information to complete the petition and everything she said was true and accurate.

Subsequent to speaking with the Sumter and Volusia County residents who were victims of identity fraud, Your Affiant traveled to Dworsky's residence located at ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ in an effort to conduct a sworn interview of Dworsky. On November 16, 2023, Your Affiant met with Dworsky in front of his home. Your Affiant asked Dworsky about his employment as a PPC for Smart and Safe Florida. The following is a summary of the sworn audio-recorded interview.

Dworsky responded to a job posting for Smart and Safe Florida that required Dworsky to collect signatures for certain petitions from registered Florida voters. Dworsky would solicit signatures in parking lots of shopping centers on the streets, and rest areas on the turnpike.

Dworsky was paid $11.00 per hour "but technically on a sliding basis based on how many signatures were collected during the week." Dworsky was paid $ 400.00 per week for 0 to 100 signatures and the pay increased for 100 to 150 signatures and 150 to 200 signatures, etc. Dworsky would have the individual complete the petition with their personal information and sign the petition. The information would be checked through Third Party Verification (TPV) to determine if the individual was a registered voter.

Your Affiant asked Dworsky if he ever completed the personal information and signature of registered voters who were not present and did not give him consent to complete the petition on their behalf. Dworsky advised that the individual named on the petition completed and signed the petition. Your Affiant asked if he did not have enough signatures during the week and if he ever completed a petition and signed the petition without having the registered voter present. Dworsky said he never did that and every petition and signature was completed by the person named on the petition. Your Affiant told Dworsky about the investigation of petitions that were

submitted on behalf of people who were deceased or petitions that were fraudulently completed and signed for registered voters, some of which included petitions submitted by Dworsky. Your Affiant asked Dworsky if he traveled to Port Orange, Florida. Dworsky never traveled to Port Orange but did "hang out at the rest stop gas stations on the turnpike and stuff like that and would get signatures from people all over the state of Florida."

Your Affiant showed Dworsky a petition that was reportedly completed by Port Orange registered voter ██████████that was completed on April 14, 2023, and asked if he remembered that petition. Dworsky did not remember anything specific but affirmed all of the petitions were completed by the registered voter on the petition and that was why the verification service was used. Your Affiant told Dworsky that ████was interviewed and reviewed the petition and advised that he never saw that petition and did not sign the petition.

Your Affiant showed Dworsky the application with ██████████name and advised that ██████did not sign the petition. Dworsky advised that he never checked identification but entered the first and last name with the date of birth in the TPV and if it returned valid, Dworsky would know it would be a good petition. Your Affiant asked Dworsky if he may have completed a few of the petitions in an effort to make the money. Dworsky advised that he "did not intentionally fraudulently complete any of the papers." Your Affiant asked again if a few petitions were fraudulently completed to make the money to support his family. Dworsky advised, "It is possible that over the course of the couple months that I did it but off the top of my head it can't say yes or no but out of all of the ones I did it is possible."

Dworsky continued and advised that if the individual was unable to complete the petition, he would write the personal information on the petition and the individual would sign the petition. Dworsky changed his statement and advised that he would sometimes sign the petition for the individual. Your Affiant told Dworsky that there are over nine hundred fraudulently signed petitions that have Dworsky as the PPC that he was paid for by the LLC. Dworsky agreed that he was paid for the submitted petitions but could not explain the fraudulently signed petitions.

Page 12 of 13

593

Your Affiant asked Dworsky where he traveled to get signatures on the petitions. Dworsky traveled as far as Jupiter, Florida to get signatures in the parking lots of WaWa gas stations, Costco, Walmart, Sams, Publix parking lots, and other areas with high foot traffic. Dworsky never traveled to the Central Florida area.

Based on the information outlined above, it is the belief of Your Affiant that probable cause exists that, Zachary Paul Dworsky did unlawfully, intentionally, and knowingly commit:

Count 1:  Personal Identification Information, § 817.568(2)(a), Fla. Stat.
3rd Degree Felony (15 counts)

Count 2:  Petition; knowingly signing more than once; signing another person's name or fictitious name, § 104.185(2) Fla Stat.
3rd Degree Felony (15 counts)

WHEREFORE, Your Affiant prays that an arrest warrant will be issued commanding all and singular, the Commissioner of the Florida Department of Law Enforcement or any of his duly authorized Special Agents; all Sheriffs and Police Chiefs of the State of Florida or any of their duly authorized deputies or officers acting within their respective jurisdictions to arrest instanter ZACHARY PAUL DWORSKY, further described hereinabove on the charges set forth herein and bring him before the Court so that she may be dealt with according to law.

Inspector Ryan Bliss
Florida Department of Law Enforcement

SWORN AND SUBSCRIBED before me, the undersigned authority this _11_ day of December, 2023.

(LEO/NOTARY)                    PRINT NAME    SA Chris Shepherd
Personally Known

Page 13 of 13

CRIMINAL INVESTIGATION

AGENCY CASE # EI-32-0227

STATE OF FLORIDA

17th JUDICIAL CIRCUIT
COUNTY OF BROWARD

# AFFIDAVIT
## IN SUPPORT OF PROBABLE CAUSE

**COMES NOW** your Affiants, Inspectors Miles Sonn and Michelle Cabrera of the Florida Department of Law Enforcement (FDLE), and make this Affidavit in support of probable cause to support the arrest of the Subject described below. Based on Affiants' personal knowledge, a review of the relevant records and other materials obtained during the course of this investigation, interviews of witnesses, conversations with other members of law enforcement, and documents provided by public officials, Affiants avers the Subject has committed the following offense(s):

Subject: Yenay Ramos
DOB:
L/K/A:
Offense(s): Personal Identification Information Concerning a Deceased Individual
§ 817.568(8)(b), Fla. Stat.

### FACTS

1. On August 17, 2023, The Miami-Dade County Supervisor of Elections (SOE) provided Your Affiants a list of Constitutional Amendment Initiative Petition Forms (CAIPFs) from multiple Paid Petition Circulators (PPC). These PPCs worked for numerous citizen's initiative groups that submitted petitions to amend the state constitution. The petitions provided by the Miami-Dade SOE contained the names and signatures of deceased individuals.

2. On January 8, 2024, The Broward County Supervisor of Elections (SOE) provided Your Affiants a list of Constitutional Amendment Initiative Petition Forms (CAIPFs) from multiple Paid Petition Circulators (PPC). These PPCs worked for numerous citizen's initiative groups that submitted petitions to amend the state constitution. The petitions provided by the Broward SOE contained the names and signatures of deceased individuals.

3. According to Fla Stat. section 100.371, any person who is or will be paid to collect initiative petitions must first register with the Department of State before collecting petitions. Information submitted to register as a paid petition circulator (PPC) becomes public record, subject to any applicable exemptions under Florida law.

4. Proposed amendments to the Florida Constitution may be made by a joint resolution of the Florida Legislature, a citizens' initiative, a proposal from the Constitution Revision Commission, or a proposal from the Taxation and Budget Reform Commission. A proposed amendment requires at least 60% approval from voters to pass. A citizen's initiative for a constitutional amendment requires petitions to be signed by Florida voters before the proposed amendment can appear on the ballot. Each election cycle, the Florida Department of State Division of Elections determines the number of voter signatures that must be gathered for an amendment proposed by citizen initiative to appear on the ballot. For the 2024 election cycle, a petition must be signed by 891,523, with additional requirements as to where those electors must be located (Per the Florida Constitution, the number of signatures needed is based on 8% of the voters who cast votes in the last Presidential election).

5. Voter signatures must be gathered via the use of a Constitutional Amendment Initiative Petition Form (CAIPF), which lists the voter's name, address, voter registration number, or date of birth, and has a place for the voter's signature and date signed. The CAIPF also requires that the circulator or PPC include their name, circulator number, address, signature, and date signed. Each circulator and PPC is assigned a specific circulator number that is recorded with the Division of Elections.

6. The fourth section of the CAIPF states "This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below." The PPC's affidavit has a space for the circulator's name, circulator registration number, and circulator's address. There is also a disclaimer: "By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the forgoing Petition Circulator's Affidavit and the facts stated in it are true." Below is a space for the circulator's signature and the date attesting that the voter was present.

7. After communicating with Miami-Dade SOE, Your Affiants reviewed the comprehensive list of invalid names, addresses, and dates of births that were submitted to the Miami-Dade SOE on CAIPFs. The Miami-Dade SOE provided Your Affiants with numerous PPCs' information which reflected submitted CAIPFs of deceased individuals. Your Affiant's review of the CAIPFs revealed that one particular PPC, Yenay Ramos (hereinafter "Ramos"), appeared to have collected CAIPFs from more than one deceased individual, as records available to the Miami-Dade SOE indicated these individuals were deceased on the date that Ramos purportedly gathered their signatures.

8. The Broward SOE provided Your Affiants with numerous PPCs' information which reflected submitted CAIPFs of deceased individuals. Your Affiant's review of the CAIPFs revealed that one particular PPC, Yenay Ramos (hereinafter "Ramos"), appeared to have collected CAIPFs from more than one deceased individual, as records available to the Broward SOE indicated these individuals were deceased on the date that Ramos purportedly gathered their signatures

9. Upon closer examination of these CAIPFs, Your Affiants noted that each form included the deceased individual's signature and Ramos' signature verifying that the petition was "signed in my presence" under penalties of perjury.

10. Additionally, the "Attention" section of the CAIPF stated the following:

   • This form becomes a public record upon its filing with the Supervisor of Elections
   • It is a first-degree misdemeanor to knowingly sign the same petition more than once (F.S.S. 104.185)
   • Failure to complete the form as required may invalidate the form

11. According to records provided to FDLE by the Florida Department of State, Division of Elections, on or about August 26, 2021, Ramos' application was approved to become a PPC. Ramos used the email yenayramostulecki@yahoo.com. The application also included Ramos' personal information including her name, address, and phone number. Ramos was assigned Circulator ID # 27053.

12. Ramos submitted ten (10) deceased individuals' Personal Identification Information (PII) to the Miami-Dade SOE under Amendment Title 2117, which included the person's name, address, date of birth, signature, and date signed on the petition. The following CAIPFs containing the deceased individual's information were submitted to the Miami-Dade SOE on behalf of Ramos:



13. Your Affiant determined that the individuals mentioned in # 10 were deceased as follows:

a. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on 10/12/2013.

b. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████████ ██████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated █████████ died on 10/28/2017.

c. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ███████████ Documents obtained from Riverside Gordon Memorial Chapels at Mount Nebo Kendall Memorial Gardens listed ██████ DOD as 5/5/2015. ████████████ ███████

d. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████████ A certified copy obtained from the Bureau of Vital Statistics indicated █████ died on 11/29/2017.

e. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ██████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 03/02/2018.

f. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ███ died on 01/10/2017.

g. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████ A certified copy obtained from the Bureau of Vital Statistics indicated █████ died on 02/04/2021.

h. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for █████████████ ███████████ A certified copy obtained from the Bureau of Vital Statistics indicated ██████ died on 01/02/2015.

i.  Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████████ died on 08/05/2020.

j.  Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ████████████████████ A certified copy obtained from the Bureau of Vital Statistics indicated ████ died on 07/13/2015.

14. Your Affiants reviewed signatures from the Florida Driver and Vehicle Information Database (DAVID) to compare to the signatures that were obtained by Ramos for the CAIPFs and submitted to the Miami-Dade SOE on behalf of the sponsor "Sensible Florida Inc."

a.  The CAIPF for ██████████ showed the date supposedly signed by ████ on 2/19/2022 which is approximately eight years after ████ died on 10/12/2013. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

b.  The CAIPF for ████████████████████ showed the date supposedly signed by ████████ on 02/19/2022 which is approximately four (4) years after ██████████ died on 10/28/2017. The signature for ██████████ documented in DAVID appeared to be different from the signature on the CAIPF.

c.  The CAIPF for ████████ showed the date supposedly signed by ████ on 02/19/2022 which is approximately six (6) years after ████ died on 05/05/2015. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

d.  The CAIPF for ██████████ showed the date supposedly signed by ████ on 02/22/2022 which is approximately four (4) years after ████ died on 11/29/2017. The signature for ██████ documented in DAVID appeared to be different from the signature on the CAIPF.

e.  The CAIPF for ██████ showed the date supposedly signed by ████ on 02/21/2022 which is approximately four (4) after ████ died on 03/02/2018. The signature for ████ documented in DAVID appeared to be different from the signature on the CAIPF.

f.  The CAIPF for ██████████ showed the date supposedly signed by ████████ on 02/22/2022 which is approximately five (5) years after ████████ died on 01/10/2017. The

signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

g. The CAIPF for ▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately one (1) year after ▮▮▮▮ died on 02/04/2021. The signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

h. The CAIPF for ▮▮▮▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately seven (7) years after ▮▮▮▮ died on 01/02/2015. The signature for ▮▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

i. The CAIPF for ▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately one and a half (1.5) years after ▮▮▮▮ died on 08/05/2020. ▮▮▮▮ did not have a signature documented in DAVID.

j. The CAIPF for ▮▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/22/2022 which is approximately six and a half (6.5) years after ▮▮▮▮ died on 07/13/2015. ▮▮▮▮ did not have a signature documented in DAVID.

15. Ramos submitted four (4) deceased individuals' Personal Identification Information (PII) to the Broward SOE under Amendment Title 2117, which included the person's name, address, date of birth, signature, and date signed on the petition. The following CAIPFs containing the deceased individual's information were submitted to the Broward SOE on behalf of Ramos:



16. Your Affiant determined that the individuals mentioned in # 15 were deceased as follows:

a. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮▮ died on 02/24/2021.

b. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮▮ A

certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮ died on 10/03/2013.

c. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮ died on 11/01/2017.

d. Your Affiants requested information from the Florida Department of Health, Bureau of Vital Statistics related to a death record search for ▮▮▮▮▮▮▮▮ A certified copy obtained from the Bureau of Vital Statistics indicated ▮▮▮ died on 04/22/2021.

17. Your Affiants reviewed signatures from the Florida Driver and Vehicle Information

a. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/22/2022 which is approximately one (1) year after ▮▮▮ died on 02/24/2021. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

b. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮▮ on 02/20/2022 which is approximately eight (8) years after ▮▮▮ died on 10/03/2013. The signature for ▮▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

c. The CAIPF for ▮▮▮▮ showed the date supposedly signed by ▮▮ on 02/20/2022 which is approximately four (4) years after ▮▮ died on 11/01/2017. The signature for ▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

d. The CAIPF for ▮▮▮▮▮ showed the date supposedly signed by ▮▮▮ on 02/22/2022 which is approximately one (1) year after ▮▮▮ died on 04/22/2021. The signature for ▮▮ documented in DAVID appeared to be different from the signature on the CAIPF.

18. Your Affiants documented through the Florida Department of State, Division of Elections, Ramos submitted a total of 301 invalid CAIPFs for "Legalizes Personal Use of Marijuana for Adults Twenty-One or Older, Permits Adults to Cultivate Marijuana (Serial 21-17)" throughout the State of Florida (Supervisor of Election) offices.

19. Ramos submitted a total of 10 CAIPFs to the Miami-Dade County SOE of deceased individuals of which 10 were confirmed deceased through the Florida Department of Health, Bureau of Vital Statistics.

20. Ramos submitted a total of 4 CAIPFs to the Broward County SOE of deceased individuals of which 4 were confirmed deceased through the Florida Department of Health, Bureau of Vital Statistics

21. Ramos submitted CAIPFs for Serial 21-17 utilizing her assigned State of Florida Paid Petition Circulator number of 27053. Your Affiants learned that the Miami-Dade County SOE office and Broward SOE office used their "voter roll" to determine that each voter CAIPFs form reviewed by their staff was deceased.

## CONCLUSION

This affidavit is submitted for the limited purpose of establishing probable cause to believe that the subject named above has committed the offenses described above. Your Affiants have not included every fact concerning this investigation. Rather, your Affiants have set forth the facts that they believe are necessary for a fair determination of probable cause.

**WHEREFORE** based on the above-stated facts, probable cause exists to charge Yenay Ramos

Count 1:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 2:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 3:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 4:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 6:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 7:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 8:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 9:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 10:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 11:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 12:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 13:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

Count 14:    Personal Identification Information concerning a deceased individual
§ 817.568(8)(b), Fla. Stat.
3rd Degree Felony

**AFFIRMATION**

We hereby affirm that the events constituting probable cause to arrest the subjects described in this Affidavit are true based on my information, belief, and/or personal knowledge.

_____

Affiant
Michelle Cabrera
Florida Department of Law Enforcement

_____

Affiant
Miles Sonn
Florida Department of Law Enforcement

**CERTIFICATE OF NOTARY**

STATE OF FLORIDA                :

                                             :

COUNTY OF _____ :

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared Affiants, being by me first duly sworn, has deposed and sworn that s/he is a sworn law enforcement officer of the Florida Department of Law Enforcement and that, as such, s/he is authorized to execute and has executed the above Application; and that s/he has read the allegations therein contained and the same are true and correct.

Sworn to and subscribed before me this _____ day of _____, 2024.

_____

NOTARY PUBLIC
State of Florida

Appendix F: News Reports of Arrests



*Tampa Bay Times*

Menu                                                                    Subscribe

ADVERTISEMENT

NEWS / CRIME

# Dade City man accused of election fraud in No Labels party petition in Kansas

George Andrews, 30, also submitted invalid petitions for an abortion rights ballot initiative in Florida, authorities say.

   

A Dade City man has been charged with two counts of election perjury and 28 counts of election forgery for allegedly forging signatures on petitions to make No Labels an officially recognized political party in Kansas, according to a news release.

By Joseph Hernandez *The Kansas City Star (TNS)*

› Donate

A Florida man accused of forging signatures on petitions to get a new political party officially recognized in Kansas has been arrested.

George Andrews, 30, of Dade City was arrested on Feb. 10 and has been charged with two counts of election perjury and 28 counts of election forgery for allegedly

"The arrested individual was part of a scheme to defraud Kansas voters by placing their forged signatures on petitions. In Kansas, we take election fraud seriously, and we will prosecute every case where the evidence indicates a crime has been committed beyond a reasonable doubt," Kansas Attorney General Kris Kobach said in a statement.

ADVERTISEMENT

Andrews will appear in Johnson County District Court if he is extradited to Kansas.

He is also facing legal troubles in Florida. The Florida Department of Law Enforcement said on Feb. 6 that Andrews and another person allegedly submitted 133 invalid petitions in multiple Florida counties, including Pasco and Pinellas, for an abortion rights ballot initiative.

No Labels is a bipartisan political party founded in 2009 and is similar in size to the Libertarian Party.

It was recognized as a political party in Kansas in January after submitting a petition containing the signatures of registered voters equal to 2% of the total votes cast in the 2022 statewide gubernatorial general election.

The arrest comes following an investigation by the state's attorney general's office.

©2024 The Kansas City Star. Visit at kansascity.com. Distributed by Tribune Content Agency LLC.

---

**MORE FOR YOU**

Campaign ad attacks, but distorts, Tampa prosecutor's handling of riots, protests

Oct. 4
· Elections



Florida banned public camping. Meet those trying to get into homeless shelters

Oct. 3
· Florida



ADVERTISEMENT



> Donate

Remember Tiger Woods' Ex-Wife? This Is Her Now



*This Tropical Weight Loss Method is Taking the United States by Storm*

*These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now*

Menu

*Tampa Bay Times*

Subscribe



**Breakthrough Dark Spot Fix Costs Less and Works Better!**
Vibriance

**A 70-year-old Engineer Created This Nail Clipper for Seniors Worldwide**
Sherum

**Grandma Attacked Outside Store In Tallahassee**
SafeAlarm

**Pinellas boy who stabbed grandmother at 13 gets 22 years in prison**

Oct. 2
· Crime

**Former Florida state senator found guilty in 'ghost candidate' case**

Oct. 1
· Elections

**Here are the new laws taking effect Tuesday**

Sept. 29
· The Buzz on Florida Politics

**Wrong-way driver seen on Skyway hits, injures off-duty deputy, FHP says**

Sept. 26
· Pinellas

**Man who staked out Trump at Florida golf course charged with attempted assassination**

Sept. 24
· Elections

**Orlando police investigate officers' use of force on pro-Palestine protesters**

Sept. 23
· Florida

**Woman sentenced to 28 years in crash that killed 2 on Bayside Bridge**

Sept. 23
· Crime

**Driver crashes into home after being shot in East Tampa, police say**

Sept. 23
· Crime

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

*Tampa Bay Times*

    

> Donate

Help Chat    Customer Service    Submit a News Tip    Contact

**Account**

Digital access    Home delivery    Newsletters    Manage my account    Donate    Subscriber FAQ    e-Newspaper FAQ    e-Newspaper App FAQ

Menu

# Tampa Bay Times

Subscribe

## Advertise

Times Total Media    Media Kit    Place an ad    Public Notices    Classifieds    Best of the Best    Local Ads



## Shop

Champa Bay Shop    Bucs Hardcover Book    Lightning Hardcover Book    Photo Reprints    Article Reprints    Article Licensing    Historic Front Pages

Meeting Backgrounds

## More

News in Education    Expos    Homes    Sponsored Content    Special Sections    Apps    Podcasts    Archives

© 2024 All Rights Reserved

**Times Publishing Company**

Privacy Policy

News (/News/News.aspx)

FDLE arrests Port St. Lucie woman for abortion petition fraud



**For Immediate Release**
June 28, 2024

TALLAHASSEE, Fla. – The Florida Department of Law Enforcement (FDLE) arrested Donella Harriel, 46, of Port St. Lucie, for knowingly submitting fraudulent constitutional amendment petitions for the abortion initiative, "Amendment to Limit Government Interference with Abortion." The arrest is the result of an investigation led by FDLE's Election Crime Unit (ECU) working with the Florida Department of State Office of Election Crimes and Security (OECS).

The investigation began after Harriel submitted 314 invalid abortion initiative petitions from different voter districts throughout Florida.

Harriel is charged with five felony counts of criminal use of personal identification information and five felony counts of knowingly signing another person's name to secure ballot position.

Harriel turned herself in on June 6 and was booked into the Martin County Jail. Attorney General Ashley Moody's Office of Statewide Prosecution will prosecute the case.

Since February, nine people have been charged with petition fraud following FDLE investigations, including four with fraud on the abortion initiative.

**For Further Information Contact:**

FDLE Office of Public Information
(850) 410-7001

Return to top

 (https://www.fdle.state.fl.us)  (https://www.myflorida.com/)

**An official website of the State of Florida (https://www.myflorida.com/)**

## Florida Department of Law Enforcement Priorities

FDLE is composed of five areas: Executive Direction and Business Support, Criminal Investigations and Forensic Science, Criminal Justice Information, Criminal Justice Professionalism and Florida Capitol Police. FDLE's duties, responsibilities and procedures are mandated through Chapter 943 (/CJSTC/Publications/Florida-Statute-943.aspx), FS, and Chapter 11 (/CJSTC/Publications/CJSTC-FAC-Rules.aspx), FAC. To learn more about these areas, read our Statement of Agency Organization and Operation (/About-Us/Documents/StatementofAgencyOrg.aspx) or visit our Open Government page. (/Open-Government/Open-Government.aspx)

(https://www.facebook.com/... (https://twitter.com/fdlenews?ref_src=twsrc%5Egoogle... collection)

About FDLE (/About-Us.aspx)

Accessibility support (/FAQ/FDLE-Internet-Web-Site-FAQ)

Office of the Inspector General (/OIG/OIG-Home.aspx)

Performance reports (/Open-Government.aspx)

Privacy policy (/Privacy-Policy.aspx)

CALEA Comments (https://cimrs2.calea.org/888)

611



Election 2024    Middle East wars    Remains found at Everest    Yom Kippur in Florida    Northern

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    **DONATE**

U.S. NEWS

# Florida and Kansas are accusing 2 people of forging signatures for petition drives



Kansas Attorney General Kris Kobach participates in a ceremony honoring fallen law enforcement officers at the Statehouse, May 3, 2024, in Topeka, Kan. Kobach's office is accusing two Florida residents of forging signatures on petitions to allow the No Labels part to put its candidates on the ballot, and the two also are accused of doing the same in Florida during an effort to get an abortion rights measure on the ballot there. (AP F          Read More

BY JOHN HANNA AND MARGERY A. BECK

Updated 5:37 PM EDT, June 5, 2024

612

TOPEKA, Kan. (AP) — Florida and Kansas officials are accusing two petition circulators of forging voter signatures during campaigns to put an abortion rights measure to a vote in Florida and allow the No Labels party to put candidates on the Kansas ballot.

Jamie Johnson, 47, and George Andrews III, 30, both from Dade City, Florida, in the Tampa area, were in jail Wednesday, each on $150,000 bail. Johnson was being held in Sarpy County, Nebraska, south of Omaha, and Andrews in the Tampa area.

Each faces 20 felony charges in Florida, while in Kansas, Andrews faces 30 felony counts and Johnson, 19.

While Andrews has been in custody in Florida since February, authorities in both states couldn't find Johnson until she was arrested a week ago in Nebraska. Kansas Attorney General Kris Kobach announced the arrest Tuesday and said he is seeking to bring Johnson to Kansas for prosecution. She is scheduled to have a July 1 extradition hearing in Nebraska.


Kobach's office said Andrews and Johnson together forged at least 46 signatures on petitions to get the centrist No Labels group recognized as a political party in Kansas, which allows it to put nominees on the November ballot.

**RELATED STORIES**



**Nebraska will vote on pro-pot measures despite some invalid signatures**



**Police questioning Florida voters about signing abortion ballot petition**



**Suspicious packages were sent to election officials in at least 6 states**

Florida officials said Andrews and Johnson submitted a total of 133 invalid petitions in multiple counties during the effort to get the abortion rights measure on the November ballot.

Neither successful petition drive appears to have depended on the signatures the two submitted. In Kansas, No Labels needed more than 20,000, while in Florida, the figure was at least 891,500.

Still, Kobach said that with election fraud, "It doesn't matter how far you run."

"We will drag you back to Kansas and prosecute you," Kobach said in a statement.

No Labels chief strategist Ryan Clancy said Wednesday that the Kansas case involves a former vendor's subcontractor and that vendors are required to provide training for petition circulators and have a third party verify signatures.

"No Labels will fully cooperate with any inquiry," Clancy said in an emailed statement.

A public defender representing Andrews in Florida did not return a telephone message Wednesday seeking comment. Tom Strigenz, a public defender for Johnson in Nebraska, said she does not have an attorney in Kansas and that she will fight extradition to both Florida and Kansas.

Stringenz couldn't say whether Johnson was in Nebraska to circulate petitions for proposed ballot initiatives there. She has no ties the state, he said.

———

Beck reported from Omaha, Nebraska.

 **JOHN HANNA**
Hanna covers politics and state government in Kansas for The Associated Press. He's worked for the AP in Topeka since 1986.

𝕏 ✉

Local governments begin issuing curfews ahead of Milton landfall

# Florida arrests petition gatherer accused of submitting fraudulent signatures for abortion measure

**The FDLE's state elections office investigated in concert with the Sarasota Supervisor of Elections.**

The Florida Department of Law Enforcement (**FDLE**) has arrested a Tampa man for allegedly committing petition fraud on an abortion initiative.

Investigators say **Andres Felipe Salazar**, a paid petition circulator for **Floridians Protecting Freedom**, submitted more than 30 fraudulent signatures in Sarasota County. Tampa police arrested Salazar on March 21.

The 37-year-old is being held on 12 charges of criminal use of personal identification information. He was released on a $5,000 bond.

The arrest by Tampa Police followed an investigation by FDLE's **election police force**, working with the Sarasota County Supervisor of Elections Office. Republican **Ron Turner** serves as Supervisor of Elections in the county.

Floridians Protecting Freedom **in January** passed the petition threshold to put a constitutional amendment enshrining the right to obtain an abortion in the state constitution. Election officials at that point had verified more than 911,000 legitimate signatures.

**ECONOMY AND ENVIRONMENT**

The organization had worked over eight months to secure the necessary signatures to qualify for the statewide ballot.

The Republican-dominated Legislature has **approved a measure** banning most abortions after six weeks of gestation. That limit is on hold, pending a Florida Supreme Court ruling over a ban after 15 weeks of pregnancy passed in Florida **in 2022**.

Republican Attorney General **Ashley Moody** has asked the state Supreme Court to **disqualify** the amendment question from the ballot, arguing its summary language will mislead voters. The Florida Supreme Court is expected to issue a decision this week on whether the amendment can appear on the ballot.

Floridians Protecting Freedom has already started campaigning for Amendment 4.

The FDLE **in October** arrested three paid petition circulators, that time working in concert with the Leon, Palm Beach, Miami-Dade and Broward County Supervisors of Elections Offices.



The state agency at that time did not identify the campaign for which the individuals were gathering petitions.



Andres Felipe Salazar. Image via Hillsborough County Sheriff's Office.

 Jacob Ogles

📅 March 26, 2024

🕐 4 min

Andres Felipe Salazar

Ashley Moody

Broward

Florida Department Of
Law Enforcement

Leon    Miami-Dade

Palm Beach

## Related Articles

SOUTH FLORIDA

Ron Book nabs Nobel Peace Prize nomination for nonprofit leadership, advocacy

SOUTH FLORIDA

**Eric Trump is now a Deputy Sheriff in St. Lucie County**

STORM COVERAGE

**'Time to start over': Milton's disastrous slam on Florida's battered barrier islands**



# Jacob Ogles

Jacob Ogles has covered politics in Florida since 2000 for regional outlets including SRQ Magazine in Sarasota, The News-Press in Fort Myers and The Daily Commercial in Leesburg. His work has appeared nationally in The Advocate, Wired and other publications. Events like SRQ's Where The Votes Are workshops made Ogles one of Southwest Florida's most respected political analysts, and outlets like WWSB ABC 7 and WSRQ Sarasota have featured his insights. He can be reached at jacobogles@hotmail.com.

PREVIOUS
**Florida Retail Federation pushes for local spending during robust Easter shopping season**

NEXT
**Personnel note: Jacklyn Washington heads to CareerSource Florida**

 **3 comments**

 **Hung Wiil**  📅 March 26, 2024 at 11:44 am

Book 'em, Rono. The whole petition is misleading and should not be allowed on the ballot. No, the voters are not smart. In fact, they are rather stupid.

 **S. Wabbit**  📅 March 26, 2024 at 12:58 pm

Like you.

 **Tammy Ferguson**  📅 March 27, 2024 at 10:52 am

I did NOT AUTHORIZE MY NAME TO BE USED ON THIS MESS. PLEASE MAKE SURE IT'S NOT ON THERE

COMMENTS ARE CLOSED.

Florida Politics is a statewide, new media platform covering campaigns, elections, government, policy, and lobbying in Florida. This platform and all of its content are owned by Extensive Enterprises Media.

Publisher: Peter Schorsch @PeterSchorschFL

Contributors & reporters: Phil Ammann, Drew Dixon, Roseanne Dunkelberger, A.G. Gancarski, William March, Ryan Nicol, Jacob Ogles, Cole Pepper, Jesse Scheckner, Drew Wilson, and Mike Wright.

Email: Peterschorsch@floridapolitics.com
Twitter: @PeterSchorschFL
Phone: (727) 642-3162
Address: 204 37th Avenue North #182
St. Petersburg, Florida 33704

Home

Culture Wars

Communities

Foreign Affairs

Subscribe

Elections

Legislative

Federal

Emails & Opinions

Appendix G: Contractor Referrals

RECEIVED

OCT 30 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

**PCI**

CONSULTANTS, INC

Batch#12

26500 W. Agoura Road
Suite 102-146
Calabasas, CA 91302
Phone:818-879-5800

Phone: 805-370-0200

## SUSPICIOUS SIGS
## 23-07 SIGNATURE SUBMISSION

10/31/23
9:46

ATTN:  Coleen Padham

TO:  **HERNANDO** County Supervisor of Elections

RE:  Amendment to Limit Government Interference with Abortion
23-07 **Suspicious Signature Submission**

Unfortunately, we have found signatures we believe could be
fraudulent.  We are submitting signatures with corresponding payment
for your review as follows:

SOE

| CIRCULATOR: | ID: | # OF SIGS: |
|---|---|---|
|  |  | 16 |
|  |  | 19 |
|  |  |  |
|  | TOTAL: | 35 |

RECEIVED

OCT 23 2023

SUPERVISOR OF ELECTIONS
HERNANDO COUNTY, FLORIDA

Please let me know the results of your review and if you need further
information from us.  Thank you for your assistance.

Sincerely,
Dana Gonzalez-Aplin
Office:  (805) 370-0200
Cell:  (805) 390-4879

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name:

Address:

County:

E-mail Address:

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name:

Work Phone:

Paid Pe

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address:

County:



Have you filed this complaint with the (check all that apply):

"State Attorney's Office"

DS-DE #34 (rev. 07/2016)                    Page 1                    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Suspicious Signatures. Florida Statutes 626.9511 violation.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

/s/ STAFF PREPARED

Signature of complainant                                   Date Signed

Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

OECS STAFF INPUT ONLY
Unofficial additional information for administrative processing and record keeping, not adopted by rule.

EFC number: 24-A515
Date: 2023-12-15
Intake method: E-mail
Referral entity name, if applicable:
Entity point of contact, if applicable:

DS-DE #31 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

Appendix H: Law Enforcement Referrals

**McVay, Brad R.**

| | |
|---|---|
| **From:** | McVay, Brad R. |
| **Sent:** | Thursday, February 29, 2024 6:43 PM |
| **To:** | Darlington, Andrew |
| **Subject:** | Re: Paid Petition Circulators (PPCs) |

Awesome. Thx

Get Outlook for iOS

**From:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 6:35:31 PM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Subject:** Fwd: Paid Petition Circulators (PPCs)

Yes we always do. Just wanted to update you regarding a new organization

Thanks,

Andrew M. Darlington
Director – Office of Election Crimes and Security
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
Office: (850) 245-6586
Cell: (850) 943-4294
Fax: (850) 245-6127

**From:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Sent:** Thursday, February 29, 2024 4:26:14 PM
**To:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** RE: Paid Petition Circulators (PPCs)



qryRptCirculatorTotals

| IP_CIRCULAT | CirculatorName | SERIAL_NUM | INIT_STATUS | TotalVerifie | TotalInvalid |
|---|---|---|---|---|---|
| | | | ACT | 17 | 7 |
| | | | ACT | 3347 | 799 |

qryRptCirculatorTotals

| IP_CIRCULAT | CirculatorName | SERIAL_NUM | INIT_STATUS | TotalVerifie | TotalInvalid |
|---|---|---|---|---|---|
| | | | ACT | 70 | 11 |
| | | | ACT | 3518 | 1011 |

1

Attached is the information you requested for Morgan and Campo. Let me know if you need anything else from us.

Thank you!

# Leonor Linares

General & Operations Manager I
Office of Election Crimes & Security
R.A. Gray Building
500 South Bronough Street, Room 316
Tallahassee, Florida 32399
Office: (850) 245-6185
Cell: (850) 879-2733
Fax: (850) 245-6212

**From:** Bliss, Ryan <RyanBliss@fdle.state.fl.us>
**Sent:** Thursday, February 29, 2024 1:18 PM
**To:** Linares, Leonor Y. <Leonor.Linares@dos.myflorida.com>
**Cc:** Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Subject:** Paid Petition Circulators (PPCs)

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Hello, I am conducting a PPC investigation of the Amendment to Limit Government Interference with Abortion PPC ███ n St Lucie County. As the investigation continued, Inspector Bliss learned that ███ was employed with ███ owned by ███ was trained by ███ Circulator's number ███, and ███ Circulator's number ███ A review of their fraudulent petition history revealed that ███ d 20 invalid petitions, ███ had 1000+ invalid petitions, and ███ had 799 invalid petitions. Inspector Bliss contacted The St Lucie County SOE and learned that ███ as two Circulators numbers ███ and ███

Can you provide the following for each of the above-listed PPCs:
The list of amendments each is registered to endorse.
Initiative Petition Request
Spreadsheet of valid and invalid petitions for each PPC
The IP search

Thank you

Ryan

**Inspector Ryan Bliss**
Florida Department of Law Enforcement
Office of Executive Investigations
Election Crime Unit
6769 N. Wickham Road, Suite#104
Melbourne, FL 32940

2

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mitchell, Mark <MarkMitchell@fdle.state.fl.us> |
| **Sent:** | Tuesday, December 19, 2023 8:44 AM |
| **To:** | McVay, Brad R.; Darlington, Andrew |
| **Cc:** | Kinnard, Heather |
| **Subject:** | FW: Invalid petitions |
| **Attachments:** | 23-07 petition suspicious signature.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections.  We will initiate an investigation.

Can you provide us with a list of all petitions submitted ██████████████████████████████

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119. F.S.. If you have received this e-mail in error. please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

1

-------- Original message --------
From: Keelie Sekerka <ksekerka@escambiavotes.gov>
Date: 12/18/23 4:34 PM (GMT-06:00)
To: "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
Subject: Invalid petitions

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

Hi Heather – attached are suspicious signature for circulate ████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

From: Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
Sent: Monday, September 25, 2023 12:52 PM
To: Keelie Sekerka <ksekerka@escambiavotes.gov>
Subject: Invalid petitions

Good afternoon,

I am looking at circulator ████████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia. Can you email me a copy of those?

Thank you

Heather Kinnard
Inspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center
5045 Commerce Park Circle
Pensacola, FL 32505
Office (850)-595-2097
Cell (850)-490-1705
Fax (850)-595-5478
heatherkinnard@fdle.state.fl.us

2



CONFIDENTIALITY NOTICE
The information contained in this e-mail transmission from is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information may constitute a violation of §119, F.S. and is strictly prohibited. If you have received this email in error, please contact the sender immediately.

3

**McVay, Brad R.**

| | |
|---|---|
| From: | McVay, Brad R. |
| Sent: | Tuesday, December 19, 2023 1:44 PM |
| To: | Mitchell, Mark; Darlington, Andrew |
| Cc: | Kinnard, Heather |
| Subject: | RE: Invalid petitions |

Mark,
We will provide you with what we have. I'm going to send you two more referrals I just received related to this circulator. One is from Indian River County and the other is from Martin County. 151 fraudulent petitions out of Martin and 12 out of Indian River.

Brad

**From:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 8:44 AM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Darlington, Andrew <Andrew.Darlington@dos.myflorida.com>
**Cc:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good morning,
Inspector Kinnard from Pensacola was sent the attached information regarding potentially fraudulent 23-07 petitions from the Escambia County Supervisor of Elections. We will initiate an investigation.

Can you provide us with a list of all petitions submitted by ██████████████████████

Thanks,
Mark

Mark S. Mitchell
Special Agent Supervisor
Florida Department of Law Enforcement
Office Of Executive Investigations
Election Crime Unit
P.O. Box 1489
Tallahassee, Florida 32302-1489
Cell: (850) 251-7338
Work: (850) 410-8256
markmitchell@fdle.state.fl.us

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination of this e-mail or any of it's attachments or components may constitute a violation of §119, F.S.. If you have received this e-mail in error, please contact the FLORIDA DEPT. of LAW ENFORCEMENT immediately at (800) 342-0820.

1

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Tuesday, December 19, 2023 7:07 AM
**To:** Mitchell, Mark <MarkMitchell@fdle.state.fl.us>; Craig, Jennifer <JenniferCraig@fdle.state.fl.us>
**Subject:** FW: Invalid petitions

FYI I was Sent this to look into.

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone

-------- Original message --------
**From:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Date:** 12/18/23 4:34 PM (GMT-06:00)
**To:** "Kinnard, Heather" <HeatherKinnard@fdle.state.fl.us>
**Subject:** Invalid petitions

CAUTION: This email originated outside of FDLE. Please use caution when opening attachments, clicking links, or responding to this email.

HI Heather – attached are suspicious signature for █████████████████

Thank You,
Keelie Sekerka
Escambia County Elections Office
Candidate & VBM Coordinator
850-595-3900

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Kinnard, Heather <HeatherKinnard@fdle.state.fl.us>
**Sent:** Monday, September 25, 2023 12:52 PM
**To:** Keelie Sekerka <ksekerka@escambiavotes.gov>
**Subject:** Invalid petitions

Good afternoon,

I am looking at circulator █████████████ I have a spreadsheet that shows he has 21 invalid petitions in Escambia. Can you email me a copy of those?

Thank you

Heather Kinnard
 nspector
Florida Department of Law Enforcement
Election Crime Unit
Pensacola Regional Operations Center

2

Appendix I: Improper Delivery



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

October 11, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*VIA EMAIL and US MAIL*

Dear Mr. Coxe:

The Department of State received information from a Floridians Protecting Freedom, Inc. ("FPF"), petition circulator ("the circulator") who appeared at the R.A. Gray building alleging that eight (8) FPF paid petition circulators employed and supervised by him were engaged in a scheme to defraud Florida voters by using Floridians' personal identification information without consent and forging voter signatures on FPF (Initiative 23-07) petitions. Based on a review of the information provided by the circulator, and as confirmed by the relevant supervisors of elections, we are imposing a *fine* in the amount of **$328,000.00** for violations of Florida's election laws.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. More specifically, section 100.371(7)(a), Fla. Stat., states that "[a] sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that any petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." *Id.* The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

**Office of Election Crimes & Security**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**

637

In late 2023, the circulator appeared at the R.A. Gray building asking to speak to someone with the Office of Election Crimes & Security ("OECS"). The circulator wanted to report what he believed to be initiative petition fraud related to the proposed Abortion Amendment, 23-07. The circulator explained that he was the owner of a local petition circulator business working to collect signatures on petitions for the purpose of qualifying the Abortion Amendment for ballot placement. The circulator's employees included eight FPF paid petition circulators. The circulator suspected these 8 employees were engaged in a fraudulent scheme to forge voter signatures on abortion petitions.

The circulator brought with him over 600 petitions from the eight (8) paid petition circulators. The circulator believed some of the petitions to be fraudulent for a number of reasons. Those reasons included inconsistent handwriting for dozens of individual voters, incorrect dates of birth of voters, names appearing to be in alphabetical order as if they were copied off a list, signatures appearing to be forged, etc. The circulator did not know, and could not identify specifically, which of the approximately 600 petitions were in fact fraudulent, only that he suspected a large number of them to be fraudulent in nature.

OECS made copies of the petitions, and returned the originals to the circulator so that FPF could comply with its statutory obligations under section 100.371(7)(a), Fla. Stat. ("A sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form, ensuring that *any* petition form entrusted to the petition circulator shall be promptly delivered to the supervisor of elections within 30 days after the elector signs the form." (emphasis added) The circulator was reminded of the statutory obligations and that he should identify, as best as possible, the suspected fraudulent petitions, so that information gets conveyed to the relevant election official upon submission.[1] OECS also confirmed each of the eight (8) paid circulators in question were registered as paid FPF petition circulators for the proposed abortion amendment. The information and paid circulator names were immediately handed over to the Florida Department of Law Enforcement and the Office of Statewide Prosecution for criminal investigation.

The Department reviewed the copies OECS made of the 600 petitions brought in by the circulator and asked each relevant supervisor of elections whether they indeed received the petitions. Confirmation by the relevant supervisors of elections reflect that 328 of the petitions were not delivered by your committee to supervisors of elections office as required by law.[2] Based on the documents (attached hereto) provided to OECS, the information provided by the circulator[3] described above, who was identified as the owner of an entity whose sole purpose was

---

[1] We know FPF is familiar with this process because its main contractor, PCI Consultants, Inc., has done exactly that by submitting "Suspicious Signature Cover letters" identifying suspected fraudulent petitions for the election official to flag during review. See Exhibit "1."

[2] It is worth noting (and documented in the attached exhibits) that in a few counties, abortion petitions were received under the same voter name, but the petitions were different (dates, signatures, different petition circulator). We have forwarded these petitions to law enforcement for review, as it is likely one of the petitions was either fraudulent in nature, or the voter submitted multiple petitions, in violation of section 104.185(1), F.S.

[3] "Petition circulator" is defined in Florida law as "*an entity or individual* who collects signatures for compensation for the purpose of qualifying a proposed constitutional amendment for ballot placement." Section 97.021(28), Fla. Stat. (emphasis

to collect petitions on behalf of FPF for the abortion amendment, and the confirmation by each Supervisor of Election's office (also attached hereto as Exhibits 2-23),[4] the Department finds that FPF failed to deliver 328 petitions to the relevant Supervisor of Elections as required by Florida law, and that the failure was willful. Therefore, the Department is imposing a ***$328,000.00 fine***.

Attached as Exhibits 2-23 are the copies of signed petition forms for Initiative 23-07 that were not submitted to the relevant Supervisor of Elections as required by Florida law. Also included are relevant communications and correspondence with those Supervisors of Elections.

Within 15 days of the date of this letter, you may either remit payment of this fine to the Florida Department of State or show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 15 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> c/o Brad McVay, Deputy Secretary of State
> for Legal Affairs & Election Integrity
> 500 South Bronough Street
> Tallahassee, Florida 32399

You also have administrative rights outlined on next page of this letter.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

---

added). Thus, the circulators and the entity, are petition circulators for whom the sponsor is liable under section 100.371(7)(a), Florida Statutes.

[4] The relevant supervisors of elections are the Supervisors of: Duval, St. Johns, Clay, Indian River, Hernando, Brevard, Suwannee, Pasco, Nassau, Highlands, Osceola, Lee, Volusia, Flagler, Pinellas, Broward, Leon, Palm Beach, Miami, Hillsborough, and Orange Counties.

## <u>NOTICE OF ADMINISTRATIVE RIGHTS</u>

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice.  You have the right to be represented by counsel or other qualified representative at any hearing that occurs.  Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

Office of the General Counsel
Florida Department of State
500 S. Bronough Street
Tallahassee, FL | 32399

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure.  Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein.  Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 9, 2024

Floridians Protecting Freedom, Inc.
c/o Jennifer Blohm
Counsel for Floridians Protecting Freedom, Inc.
Meyer, Blohm and Powell, P.A.
Post Office Box 1547
Tallahassee, Florida 32302

*VIA EMAIL and US MAIL*

Dear Ms. Blohm:

The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Escambia County Supervisor of Elections, the Glades County Supervisor of Elections, the Highlands County Supervisor of Elections, the Leon County Supervisor of Elections, the Madison County Supervisor of Elections, the Orange County Supervisor of Elections, and the Santa Rosa County Supervisor of Elections reflect that your committee delivered **89** petition forms for initiative petition 23-07 to the Supervisor of Elections'

offices after the statutory deadline. Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. *See* attached petitions – Exhibits. Therefore, the Department is imposing a **$ 4,450.00 fine.**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisors of Elections. Exhibits 1-10.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State
for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Ms. Blohm, I sent this letter to you because you were counsel of record on a similar matter earlier this year that related to Floridians Protecting Freedom, Inc. In addition to that, last week I sent a letter to Chairperson Latshaw to the address she has on file with the Division of Elections. The letter was returned to my office as undeliverable with a reason notated as "the individual moved." To ensure proper receipt, I have directed this letter to you. Please see to it that Chairperson Latshaw receives a copy of this letter and all attachments. Please also advise Chairperson Latshaw that if she has in fact moved, she is required by Florida law to update the Division of Elections of her new address within 10 days of the change. See section 106.03(4), Fla. Stat.

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures

642



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

November 8, 2023

Floridians Protecting Freedom, Inc.
c/o Raymer Maguire, Chairperson
223 Northeast 17th Avenue
Pompano Beach, Florida 33060

    *Re: Violations of Initiative Petition Law*

Dear Chairperson Maguire:

    The Department of State received information from several Supervisor of Elections' offices indicating that Floridians Protecting Freedom, Inc., the sponsoring committee for initiative petition number 23-07 (Amendment to Limit Government Interference with Abortion), violated Florida law.

    Under Florida law, a sponsor that collects petition forms or uses a petition circulator to collect petition forms serves as a fiduciary to the elector signing the petition form. *See* § 100.371(7)(a), Fla. Stat. The law requires each sponsor that collects petition forms to "promptly deliver[]" those petitions to the supervisor of elections within 30 days after the elector signs the form or be liable for a fine. *Id.*; Rule 1S-2.0091(2)(b), F.A.C. For each petition form that is delivered later than 30 days from the date the elector signed the form, the fine is $50, or $250 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)1, Fla. Stat. For each petition form that is not submitted to the supervisor of elections, the fine is $500, or $1,000 if the sponsor or petition circulator acted willfully. *See* § 100.371(7)(a)2, Fla. Stat.

    Records received by the Division of Elections and Office of Election Crimes and Security from the Clay County Supervisor of Elections, the Miami-Dade County Supervisor of Elections, the Volusia County Supervisor of Elections, the Hillsborough County Supervisor of Elections, and the Okeechobee County Supervisor of Elections reflect that your committee delivered **654** petition forms for initiative petition 23-07 to the Supervisor of Elections' offices after the statutory deadline. Based on information provided by the respective Supervisors of Elections, the Department finds you in violation of section 100.371(7)(a)1. *See* attached petitions – Exhibits 1-9. Therefore the Department is imposing a **$ 32,700.00 fine.**

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**

Attached herein are the signed petition forms for initiative 23-07 that were submitted to the Department of State from the Supervisor of Elections. Exhibits 1-9.

You may either remit payment of this fine to the Florida Department of State within 30 days, or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See* § 100.371(7)(b), Fla. Stat. (stating that the fines may be waived "upon a showing that the failure to deliver the petition form promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. Payment should be mailed to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

Enclosures

cc:    Andrew Darlington, Director, Office of Election Crimes & Security
       Joseph Van De Bogart, General Counsel, Florida Department of State
       Craig Latimer, Supervisor of Elections, Hillsborough County
       Christina White, Supervisor of Elections, Miami-Dade County
       Lisa Lewis, Supervisor of Elections, Volusia County
       Melissa Arnold, Supervisor of Elections, Okeechobee County
       Kim Barton, Supervisor of Elections, Alachua County
       Chris Chambless, Supervisor of Elections, Clay County

Appendix J: Demands for Accounting & FPF Response

**FLORIDA DEPARTMENT *of* STATE**

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

June 24, 2024

Floridians Protecting Freedom, Inc.
c/o Sara Latshaw, Chairperson
3 West Garden Street
Suite 712
Pensacola, Florida 32502

*Re: Demand for an Accounting Due to Violations of Initiative Petition Law*

Dear Chairperson Latshaw:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your committee – Floridians Protecting Freedom, Inc. The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing. In the past few months, paid petition circulators associated with your committee have been arrested and charged with serious felonies. In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened nearly fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your committee. Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations. Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your contractors or subcontractors to your committee. Your committee then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your subcontractors paid individual circulators per petition collected, in violation of Florida law. One such organization, ██████████████ allegedly paid some of the circulators collecting on your behalf ten dollars per signed petition. *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on the number of petition forms gathered). We understand that ████████████████ around October 2024, was hired by ████████████████ one of your primary contractors, to circulate petitions for the

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

"Amendment to Limit Government Interference with Abortion." ▮▮▮▮▮▮▮▮ then hired and paid circulators to collect petitions on behalf of your initiative and submitted the signed petitions to ▮▮▮▮▮ would then submit the petitions to your committee. Your committee, pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions to the local supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process. The law is clear that you as the petition sponsor shall account for all petition forms turned in by your agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla. Stat. and Rule 1S-2.009(8), F.A.C. Accordingly, the Department requests that your committee provide the Division of Elections an immediate accounting of any and all petition forms and correspondence provided to your committee by ▮▮▮▮▮▮▮▮ The accounting should include petition forms and correspondence submitted to your committee between the dates of May 8, 2023 to May 8, 2024. In addition to the above, as part of the accounting, you shall, within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by you or your agents or contractors.

- Copies of any and all documents or correspondence received by your committee from ▮▮▮▮▮▮▮▮ between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your committee to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your committee collected by contractors or agents working on behalf of ▮▮▮▮▮▮▮▮ including any petitions turned in to your committee by another organization or contractor, such as ▮▮▮▮ etween the dates of May 8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your organization and ▮▮▮▮▮▮▮▮

If you fail to provide an accounting as required, the Department may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of fraudulent initiative petitions undermines public confidence in the initiative petition process and will not be tolerated in the State of Florida. The Department, through the Division of Elections

and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity



### FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

July 16, 2024

Floridians Protecting Freedom, Inc.
c/o Hank Coxe, III, Counsel of Record
Bedell, Dittmar, Devault, Pillans, & Coxe, P.A.
101 East Adams Street
Jacksonville, Florida 32202

*Re:  Demand for an Accounting Due to Violations of Initiative Petition Law*

VIA: E-MAIL

Dear Mr. Coxe:

Over the past several months, the Department has received information from multiple supervisors of elections offices and individual Florida voters concerning violations of Florida law involving your client – Floridians Protecting Freedom, Inc.  The allegations are concerning and include reports of your paid petition circulators signing petitions on behalf of deceased individuals, forging or misrepresenting voter signatures on petitions, using voters' personal identifying information without consent, and perjury/false swearing.  In the past few months, paid petition circulators associated with your client have been arrested and charged with serious felonies.  In addition to the arrests, the Office of Election Crimes and Security (OECS) has opened over fifty (50) criminal investigations into individual paid petition circulators and organizations involved in the collection of petitions on behalf of your client.     Given the credibility of the allegations, many cases have been referred to law enforcement and are now active criminal investigations.  Given the volume of the allegations, OECS is concerned that a large numbers of voter signature forgeries have been submitted by your client's contractors or subcontractors to your client.  Your client then delivered these potentially fraudulent signatures to supervisors of elections offices around the state to be verified as valid.

In addition to the above, OECS has received credible allegations that some of your client's subcontractors paid individual circulators per petition collected, in violation of Florida law.  One such organization, ███████████████████████████ allegedly paid circulators collecting on your client's behalf ten dollars per signed petition.  *See* § 104.186, Fla. Stat. (making it a felony of the third degree for a person to compensate a petition circulator based on

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

649

the number of petition forms gathered). We understand that ████████████████ ████ advertised this arrangement on Facebook between August 2023 up through December 2023. Based on information and belief, ████████████████████████ was contracting with ████ ████████████████ one of your client's primary contractors, to circulate petitions for the "Amendment to Limit Government Interference with Abortion." ████████████████ then hired and paid circulators to collect petitions on behalf of your client's initiative and submitted the signed petitions to ████████ would then submit the petitions to your client. Your client, pursuant to section 100.371(7)(a), Fla. Stat., would then submit the petitions to the local supervisors of elections offices for validation.

The Secretary is responsible for ensuring the integrity of the petition gathering process. The law is clear that your client as the petition sponsor shall account for all petition forms turned in by its agents and that the Secretary has authority to conduct audits. *See* § 100.371(9), Fla. Stat. and Rule 1S-2.009(8), F.A.C. Accordingly, the Department requests that your client provide the Division of Elections an immediate accounting of any and all petition forms and correspondence provided to your client by ████████████████████████ The accounting should include petition forms and correspondence submitted to your client between the dates of May 8, 2023 to May 8, 2024. In addition to the above, as part of the accounting, you shall, within 20 days, provide the following information to the Division of Elections:

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by your client or their agents or contractors.

- Copies of any and all documents or correspondence received by your client from ████ ████████████████ between May 8, 2023 to May 8, 2024.

- Copies of any and all documents or correspondence sent by your client to ████████ ████████████████ between May 8, 2023 to May 8, 2024.

- Copies of all petitions submitted to your client collected by contractors or agents working on behalf of ████████████████████████ including any petitions turned in to your client by another organization or contractor, such as ████ between the dates of May 8, 2023 and May 8, 2024.

- Copies of any and all contractual documents or agreements between your client and ████ ████████████████

If you fail to provide an accounting as required, the Department may refer the matter to the Attorney General for enforcement. *See* § 100.371(8), Fla. Stat. The requested information should be provided to:

Florida Department of State
c/o Brad McVay, Deputy Secretary of State for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Initiative petition efforts must be undertaken in compliance with the law. The filing of fraudulent initiative petitions undermines public confidence in the initiative petition process and will not be tolerated in the State of Florida. The Department, through the Division of Elections and Office of Election Crimes and Security, will continue working closely with its law enforcement partners to investigate these alleged crimes and bring those responsible to justice.

If you have questions about this letter, please contact me at (850) 245-5611.

Sincerely,

Brad McVay
Florida Deputy Secretary of State
for Legal Affairs & Election Integrity

John A. DeVault, III
Henry M. Coxe III
Allan F. Brooke II
R.H. Farnell II
O. David Barksdale
Brian T. Coughlin
Ashley Wells Cox
Michael E. Lockamy
John G. Woodlee
R. Troy Smith
Lidija I. Barauskas
Sarah R. Niss



**BEDELL**

Bedell, Dittmar, DeVault,
Pillans & Coxe, P.A.
Attorneys at Law

The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202

(904) 353-0211 phone
www.bedellfirm.com

July 30, 2024

Florida Department of State
c/o Brad McVay, Deputy Director of State for
Legal Affairs and Election Integrity
500 South Bronough Street
Tallahassee, Florida 32399

Re:    Response to Accounting Requests

Dear Mr. McVay:

This is in response to your letters of June 24, 2024, and July 16, 2024 to
Floridians Protecting Freedom ("FPF"), which we represent.

We share a mutual respect for doing whatever ensures the integrity of the
petition gathering process. FPF has paid in excess of $1.12 million in fees in order
to confirm that the petitions are valid and believe that this has been a sound investment
in the preservation of a fair voting process.

We are always concerned when any suggestion is made that our efforts do not
carefully track the requirements of Chapter 100, Florida Statutes, and applicable
regulations. We promptly undertook an internal inquiry related to your concerns
regarding ██████████████████████████████████████████ This
also included investigating an individual, as you suggested, named ▌

We have no formal or informal relationship with ████████████████
████████████████████████████████████ and we do not have custody,
possession or control of any records related to them. FPF is unaware of any petition
gathering efforts performed on behalf of FPF by either of them. Nevertheless I have
detailed by bullet point a response to your requests in both the June 24 and July 16
letters:

Brad McVay, Deputy Director
July 30, 2024
Page 2

- Any and all copies of any "do not buy" list (a list of paid circulators who had been fired or accused of fraud) maintained by you or your agents or contractors.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of any and all documents or correspondence received by your committee from █████████████████████████ between May 8, 2023 to May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of any and all documents or correspondence sent by your committee to █████████████████████████ between May 8, 2023 to May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request.

- Copies of all petitions submitted to your committee collected by contractors or agents working on behalf of ███████████████ including any petitions turned in to your committee by another organization or contractor, such as ███ between the dates of May 8, 2023 and May 8, 2024.

  FPF does not have possession, custody, or control of any records responsive to this request, other than petition copies provided to us by the Secretary of State, which have been submitted to ███ I assume that you do not need copies of materials already provided to us by your office.

- Copies of any and all contractual documents or agreements between your organization and ████████████████████████

  FPF does not have possession, custody, or control of any records responsive to this request.

Brad McVay, Deputy Director
July 30, 2024
Page 3

We remain willing to cooperate in any fashion with the Florida Department of State to the extent we have possession of the materials requested. We trust that this letter makes clear that FPF has not engaged in any behavior which will compromise the integrity of this process.

I look forward to hearing from you if there is anything further we can do.

Sincerely,

Henry M. Coxe III

HMC:

Appendix K: Illegal Payment Investigations



## FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

     *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 7/17/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED: FLORIDIANS PROTECTING FREEDOM, ET. AL.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

     Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C. the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

     Enclosed are interview transcripts from three witnesses who have alleged a fraudulent scheme to pay petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, one witness provided our office with screen shots of text message conversations, pay scales per signature/petition collected, and other evidence of criminality in furtherance of fraudulently promoting Initiative Amendment 23-07, the "Amendment to Limit Government Interference with Abortion." Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

656

Please keep the OECS Case Manager assigned to this case, Kalen Mercer, e-mail: Kalen.Mercer@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: (1)  Transcripts of three unsworn interviews, and
                     (2)  Screen shots and other images provided by one witness.

cc:  Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

    *Re:  Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 8/4/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:  Floridians Protecting Freedom and Charles French,
    et. al.**
**COMPLAINANT: Florida Department of State, Office of Election Crimes and Security**

To Whom It May Concern,

    Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C.  Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

    Our office received this complaint and supporting documentation from an anonymous complainant.  Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in violation of Florida Statute § 104.186. Of note, one of the pay charts that is included in this referral has the title of the sponsoring organization for Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion*.  Additionally, enclosed we have provided a list of names and contact numbers of

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

658

individuals – these individuals, as explained further in the paragraphs below, are a mixture of potential targets and potential witnesses.

The list contains two groupings of names. The first set of names, under the heading, "Witnesses: Subs/Subs of Subs:" are subcontractors or subcontractors of a subcontractor who are in the business of gathering petitions for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.* It is alleged that these individuals are paying initiative circulators per petition gathered for the above referenced Ballot Initiative, in violation of Florida law. Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals listed under the heading, Witnesses: Subs/Subs of Subs," that you utilize a confidential source or other undercover measures.

The second set of names on the list under the heading, "Petitioners," are individual petition circulators who are alleged to have been paid per petition collected for the Ballot Initiative 23-07, *Amendment to Limit Government Interference with Abortion.* It is unknown whether any of these individuals would be cooperative if contacted; none of the individuals are aware their names have been provided to our Office. Not much is known about these individuals outside of what is alleged (their employer allegedly paid them per petition collected). Although it does not appear 104.186, Fla. Stat., would be implicated for this set of individuals, the individuals, if cooperative, could be used as witnesses or as an evidence source for your investigation into the illegal payment scheme that is being alleged.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints related to this same ballot initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information over to you for you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the Director of the Office of Election Crimes and Security, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral, as the OECS has a statutory obligation under Florida Statute § 97.022(7)(e), Florida Statutes, to report the current status of the investigation or resulting criminal case for this referral.


[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]


Page 2 of 3

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc: Brad McVay, Deputy Secretary of State.



# FLORIDA DEPARTMENT *of* STATE

<u>**SENT VIA E-MAIL**</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:** ▮▮▮▮▮▮ **et al.**
**COMPLAINANT: Florida Department of State**

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

661

Interference with Abortion. It is alleged that these individuals are paying initiative circulators per petition gathered to collection petitions for the above referenced ballot initiative, in violation of Florida law. Given the allegations, and that these individuals would be potential targets of an investigation if the allegations turn out to be true, we recommend that if you attempt to make contact during the investigative stage with any individuals contained herein that you utilize a confidential source or other undercover measures.

Given the sensitivity of the investigation and the fact the Office of Election Crimes and Security has referred similar complaints to you regarding the same initiative in recent weeks, the Office of Election Crimes and Security has made the decision not to contact or attempt to make contact with any of these individuals on the list and instead turn the information and list over to you to determine the most appropriate and effective way to investigate the matter. Please let us know if you have questions about anything we have provided.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Screen shots and other scanned documents.

cc: Brad McVay, Deputy Secretary of State.



## FLORIDA DEPARTMENT of STATE

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/25/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:** ▮▮▮▮▮▮▮▮▮▮
**COMPLAINANT:** ▮▮▮▮▮▮▮▮▮▮

To Whom It May Concern,

Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, F.A.C.

Our office received this complaint and supporting documentation from an anonymous complainant. Enclosed are pictures from social media and elsewhere demonstrating a scheme to compensate petition circulators per petition collected, in clear violation of Florida Statute § 104.186. Additionally, we are providing a list of names and contact numbers of individuals (explained below).

The pages contain different advertisements across social media pages detailing pay per petition schemes in furtherance of the ballot initiative 23-07, Amendment to Limit Government

Office of Election Crimes & Security
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

663

OECS also received a complaint form where ███████ forged the signature of a voter. This complaint form was submitted by the voter and provided notice that the voter did not sign the petition form provided by ███████████ actions are in clear violation of several Florida Statutes, including § 100.371(5), Initiatives, procedure for placement on ballot; False swearing, § 104.185; § 837.012, Perjury when not in an official proceeding; and § 817.155, Matters within jurisdiction of Department of State.

OECS asks you to prioritize resolution of this investigation. OECS has referred many 23-07 cases to you. OECS remains concerned that some petition circulators for this Initiative have very high invalid rates, and victims across Florida are having their information stolen and signatures forged.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Petition forms, petition circulator data sheets, and incident report via email.

cc: Brad McVay, Deputy Secretary of State.

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6212 (Fax) • DOS.MyFlorida.com

664

Appendix L: PCI Corporate Filing

B2831-5686 07/08/2024 5:00 PM Received by California Secretary of State

 **RESTATED ARTICLES OF INCORPORATION**

| | |
|---|---|
| For Office Use Only | |
| **-FILED-** | |
| File No.: BA20241289922 | |
| Date Filed: 7/8/2024 | |

ANGELO PAPARELLA hereby certifies that:

1.    He is the President and Secretary of PCI Consultants, Inc., a California corporation, California Entity Number 2602969.

2.    The Articles of Incorporation of this corporation are hereby amended and restated to read as follows:

"I.

The name of the corporation is:

PCI CAMPAIGNS, INC.

II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which the corporation is authorized to issue is 1,000,000.

IV.

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Any repeal or modification of the provisions of this Article IV shall not adversely affect any rights or protections to which the corporation's directors were entitled prior to such repeal or modification.

V.

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to this corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California

1

B2831-5687 07/08/2024 5:00 PM Received by California Secretary of State

Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Any repeal or modification of this Article V shall not adversely affect any rights or protections to which the Corporation's agents were entitled prior to such repeal or modification."

3.  The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the Board of Directors of the corporation.

4.  The foregoing amendment and restatement of the Articles of Incorporation has been duly approved by the required vote of the shareholders of the corporation. The total number of outstanding shares of all classes of the corporation is Fifty Thousand (50,000). The total number of shares voting in favor of the amendment equaled or exceeded the vote required, which percentage vote required was more than fifty percent (50%).

The undersigned declares under penalty of perjury under the laws of the State of California that the matters set forth in the foregoing certificate are true and correct of his own knowledge.

Dated: July 8 , 2024

ANGELO PAPARELLA
President and Secretary

2

Appendix M: FPF Payments to PCI

# Campaign Expenditures

**Floridians Protecting Freedom, Inc.**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*

*About the Campaign Finance Data Base*



Florida Department of State
Division of Elections

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip | Purpose | Typ Relmb |
|---|---|---|---|---|---|---|---|---|
| 2023 | M4 | 04/27/2023 | 54.00 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | M4 | 05/01/2023 | 1,660.90 | JULIANA CASAS DESIGNS LLC | 28 GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | MON |
| 2023 | M5 | 05/02/2023 | 53.79 | PARAGON | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | M5 | 05/02/2023 | 6.00 | PARAGON | 2141 EAST BROADWAY ROAD, STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | M5 | 05/03/2023 | 8,000.00 | SPOTLIGHT STRATEGIES LLC | 910 S. MILLS AVE | ORLANDO, FL 32806 | FINANCE CONSULTING | MON |
| 2023 | M5 | 05/03/2023 | 250,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | M5 | 05/15/2023 | 9,731.00 | BRENT RICHARD P.A. | 101 EAST COLLEGE AVE | TALLAHASSEE, FL 32301 | LEGAL SERVICES | MON |
| 2023 | M5 | 05/15/2023 | 1,650.00 | ACCURATE BUSINESS SYSTEMS, INC | 15725 NW 15TH AVE | MIAMI GARDENS, FL 33169 | PRINTING | MON |
| 2023 | M5 | 05/15/2023 | 1,650.00 | JULIANA CASAS DESIGNS LLC | 28 GRACE STREET FL 2 | JERSEY CITY, NJ 07307 | WEB DESIGN | MON |
| 2023 | M5 | 05/17/2023 | 4,229.48 | ACCURATE BUSINESS SYSTEMS, INC | 15725 NW 15TH AVE | MIAMI GARDENS, FL 33169 | PRINTING | MON |
| 2023 | M5 | 05/19/2023 | 5.50 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2023 | M5 | 05/19/2023 | 1,750,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M5 | 05/25/2023 | 10,000.00 | PCI CONSULTANTS INC | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2023 | M5 | 05/25/2023 | 10,000.00 | NGP VAN/EVERYACTION | 1445 NEW YORK AVE NW, STE 200 | WASHINGTON, DC 20005 | ADVERTISING | MON |
| 2023 | M5 | 05/26/2023 | 1,866.66 | LIFTOFF CAMPAIGNS LLC | 403 MELBOURNE AVE | SILVER SPRING, MD 20901 | AD CONSULTANT | MON |
| 2023 | M5 | 05/26/2023 | 197.56 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2023 | M5 | 05/28/2023 | 343.79 | CHECKPRICESS | 200 RIVERSIDE INDUSTRIAL PARKING | PORTLAND, ME 04103 | CHECK ORDER/SUPPLIES | MON |
| 2023 | M6 | 06/02/2023 | 34,994.00 | SEDGWICK LUCY | 15 8TH AVE NE | ST PETERSBURG, FL 33701 | PETITION GATHERING | MON |
| 2023 | M6 | 06/03/2023 | 11,750.00 | BENGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW, STE 814 | WASHINGTON, DC 20005 | STRATEGIC CONSULTING | MON |
| 2023 | M6 | 06/05/2023 | 5,000.00 | NGP VAN/EVERYACTION | 655 15TH ST., NW SUITE 650 | WASHINGTON, DC 20005 | DATABASE MGMT | MON |
| 2023 | M6 | 06/05/2023 | 2,550.00 | SPOTLIGHT STRATEGIES LLC | 910 S. MILLS AVE | ORLANDO, FL 32806 | FINANCE CONSULTING | MON |
| 2023 | M6 | 06/07/2023 | 830.98 | ZOOM | 55 ALMADEN BLVD, SUITE 600, | SAN JOSE, CA 95113 | TELECONFERENCE FEE | MON |
| 2023 | M6 | 06/08/2023 | 10,000.00 | LIFTOFF CAMPAIGNS LLC | 403 MELBOURNE AVE | SILVER SPRING, MD 20901 | AD CONSULTANT | MON |
| 2023 | M6 | 06/09/2023 | 900,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M6 | 06/09/2023 | 120,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M6 | 06/12/2023 | 400,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M6 | 06/12/2023 | 464,528.15 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M6 | 06/12/2023 | 3,833.33 | BRENZEL, LAUREN | 5983 STONELEB RD | TALLAHASSEE, FL 32309 | SHIPPING | MON |
| 2023 | M6 | 06/12/2023 | 372.75 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | M6 | 06/13/2023 | 25.35 | FLORIDA BLUE | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | HEALTH INSURANCE | MON |
| 2023 | M6 | 06/14/2023 | 392.64 | HERTZ RENTAL CAR | 8501 PEENA BLVD | ESTERO, FL 33928 | TRANSPORTATION | MON |
| 2023 | M6 | 06/26/2023 | 4.88 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 | PETITION VERIFICATION | MON |
| 2023 | M6 | 06/26/2023 | 150.12 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | M6 | 06/27/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | MON |
| 2023 | M6 | 06/27/2023 | 45.83 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | HEALTH INSURANCE | MON |
| 2023 | M6 | 06/28/2023 | 259,000.00 | PCI CONSULTANTS INC | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | M6 | 06/28/2023 | 238.15 | CHECKPRICESS | 4 EMBARCADERO CENTER, SUITE 700 | SAN FRANCISCO, CA 94111 | SOFTWARE SUBSCRIPTION | MON |
| 2023 | M6 | 06/28/2023 | 39.00 | JOTFORM INC | 942 SHADY GROVE ROAD | MEMPHIS, TN 38120 | SOFTWARE | MON |
| 2023 | M6 | 06/30/2023 | 65,000.00 | SYNOVUS BANK | P.O. BOX 120 | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | M6 | 06/30/2023 | 289.29 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/03/2023 | 137.89 | FEDEX | 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/03/2023 | 1,917.00 | BRENZEL LAUREN MILLER | 26500 W. AGOURA ROAD STE 102-146 | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 07/03/2023 | 227.01 | FEDEX | 2650 SOUTH LEWIS ROAD | CALABASAS, CA 91302 | BANK FEES | MON |
| 2023 | Q3 | 07/03/2023 | 33.79 | FEDEX | PO BOX 371941 | TALLAHASSEE, FL 32303 | SHIPPING | MON |
| 2023 | Q3 | 07/03/2023 | 7,005.00 | GW STRATEGIES | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | PETITION CONSULTING | MON |
| 2023 | Q3 | 07/03/2023 | 7,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | MON |
| 2023 | Q3 | 07/03/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2023 | Q3 | 07/03/2023 | 8,167.32 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | Q3 | 07/03/2023 | 11,356.25 | SEDGWICK LUCY | 655 15TH ST NE | SAINT PETERSBURG, FL 33701 | CONSULTING | MON |
| 2023 | Q3 | 07/05/2023 | 10.27 | AMERICAN AIRLINES | 113 8TH AVE NE | ATHFARE | MON |
| 2023 | Q3 | 07/05/2023 | 10.27 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | ATHFARE | MON |

669

| Year | | Date | Amount | Payee | Address | City/State | Category | Party |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/05/2023 | 449.31 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q3 | 07/05/2023 | | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/05/2023 | 286.64 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/06/2023 | | FEDEX | 26500 AGOURA RD | CALABASAS, CA 91302 | SHIPPING | MON |
| 2023 | Q3 | 07/06/2023 | 396.43 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2023 | Q3 | 07/07/2023 | 335,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/07/2023 | 321.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/07/2023 | 8.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/10/2023 | 6.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 1.56 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/10/2023 | 52.38 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 2,423.93 | ODP BUSINESS SOLUTIONS | PO BOX 1468 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 114.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 118.80 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/10/2023 | 0.40 | VOLUSIA COUNTY SOE | PO BOX 1750 | DELAND, FL 32721 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/11/2023 | 0.75 | VOLUSIA COUNTY SOE | PO BOX 1750 | DELAND, FL 32721 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/11/2023 | 11,402.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | MON |
| 2023 | Q3 | 07/12/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/12/2023 | 185.00 | IDEALIST ORG | 389 5TH AVE | NEW YORK, NY 10016 | JOB POSTING | MON |
| 2023 | Q3 | 07/12/2023 | 105.00 | IDEALIST ORG | 389 5TH AVE | NEW YORK, NY 10016 | JOB POSTING | MON |
| 2023 | Q3 | 07/13/2023 | 42.38 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 40,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/13/2023 | 0.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 16.60 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 39.01 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 9.50 | HIGHLANDS COUNTY SUPERVISOR OF EL | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 0.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 1.00 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 105.69 | DUVAL COUNTY SUPERVISOR OF ELEC | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 22.50 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE A | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 2.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 0.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 13,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q3 | 07/13/2023 | 8.30 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q3 | 07/13/2023 | 1.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q3 | 07/13/2023 | 9.50 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2023 | Q3 | 07/13/2023 | 2.50 | HOLMES COUNTY SUPERVISOR OF EL | 302 N WILSON ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 1.00 | JACKSON COUNTY SUPERVISOR OF EL | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 15.00 | LEE COUNTY SUPERVISOR OF ELE | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/13/2023 | 1.80 | SUWANNEE COUNTY SUPERVISOR OF EL | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/14/2023 | 11.43 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/14/2023 | 94.38 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/14/2023 | 1,349.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | MON |
| 2023 | Q3 | 07/14/2023 | 335,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/17/2023 | 1.95 | HILLSBOROUGH COUNTY SUPERVISOR OF | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/17/2023 | 0.78 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/17/2023 | 133.41 | MENT, BLOWN AND POWELL, P.A. | 201 E KENNEDY BLVD | TALLAHASSEE, FL 32302 | LEGAL SERVICES | MON |
| 2023 | Q3 | 07/18/2023 | 1.28 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/18/2023 | 216.48 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/19/2023 | 262.57 | BREVARD COUNTY SOE | PO BOX 1119 | MELBOURNE, FL 32901 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 0.40 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/19/2023 | 0.46 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/19/2023 | 1.55 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 169.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 1.62 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 116.66 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 43.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 2.91 | SEMINOLE COUNTY SOE | PO BOX 1468 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/19/2023 | 2.33 | VOLUSIA COUNTY SOE | PO BOX 1750 | DELAND, FL 32721 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/21/2023 | 90.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/21/2023 | 170,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 07/24/2023 | 154.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/25/2023 | 33.06 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/25/2023 | 8.97 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 2.82 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 65.96 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 12.20 | PASCO COUNTY SUPERVISOR OF ELE | 38053 LIVE OAK AVE | DADE CITY, FL 33525 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 188.10 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 1.94 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/25/2023 | 1.58 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/26/2023 | 12.92 | FRANKLIN COUNTY SOE | PO BOX 1479 | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/26/2023 | 35.87 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 07/27/2023 | 45,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | Q3 | 07/27/2023 | 485.88 | SYNONMS |  | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | Q3 | 07/27/2023 | 525.60 | JOTFORM INC. |  | SAN FRANCISCO, CA 94111 | MERCHANT FEES | MON |
| 2023 | Q3 | 07/27/2023 | 238.50 | ACTBLUE |  | SOMERVILLE, MA 02144 | FUNDRAISING | MON |
| 2023 | Q3 | 07/31/2023 | 14.50 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE A | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 7.05 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,725.44 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.25 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 2.25 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4,743.30 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 274.40 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 55.73 | CLAY COUNTY SOE | 500 N PARK AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 311.88 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 87.89 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.23 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.35 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4,988.90 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 345.40 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 82.56 | FLAGLER COUNTY SOE | 1769 E MOODY BLVD BLDG 2 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 54.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 52.80 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 0.90 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3.60 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.50 | HARDEE COUNTY SOE | 115 US HIGHWAY 41 NW STE 1 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.98 | HENDRY COUNTY SOE |  | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.35 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 214.79 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 12.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,575.65 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 12.80 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 24.00 | JEFFERSON COUNTY SOE | 1125 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 16.25 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1.60 | LAKE COUNTY SUPERVISOR OF ELECT | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 2,375.18 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,094.46 | LEON COUNTY SOE | 3990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,929.48 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.00 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 10.40 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3.75 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,000.72 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 121.60 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,742.14 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,564.00 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | FERNANDINA BEACH, FL 34072 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 109.25 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 4.99 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST STE 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5,970.35 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,337.25 | OSCEOLA COUNTY SUPERVISOR OF ELE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 3,458.70 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 2,178.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee / Name | Address | City, State ZIP | Purpose | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 07/31/2023 | 42.25 | PUTNAM COUNTY SOE | 2599 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 133.00 | SANTA ROSA COUNTY SUP OF ELEC | 6495 CAROLINE ST | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/20/2023 | 1,275.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,534.54 | SEMINOLE COUNTY SOE | PO BOX 3479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 310.75 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 618.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 86.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 8.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 10.92 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 1,555.50 | BFF COMPLIANCE | 2519 DIXIE HWY NO 148 | WILTON MANORS, FL 33305 | ACCOUNTING & COMPLIANCE | MON |
| 2023 | Q3 | 07/31/2023 | 47.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 5.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 07/31/2023 | 8.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 6,340.38 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 8.20 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 10,427.83 | IN STRATEGIES | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | CONSULTING | MON |
| 2023 | Q3 | 08/02/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q3 | 08/02/2023 | 88.77 | HOFFMAN ASHLEIGH | 3741 TAMIAMI TRL | PUNTA GORDA, FL 33950 | REIMB- EXPENSES | MON |
| 2023 | Q3 | 08/02/2023 | 3.76 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 0.78 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 53.35 | ORANGE COUNTY SOE | PO BOX 562081 | ORLANDO, FL 32804 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 168.30 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 2,338.59 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | Q3 | 08/02/2023 | 1.62 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 3.26 | VOLUSIA COUNTY SOE | PO BOX 1750 | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/02/2023 | 55.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/02/2023 | 55.57 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/02/2023 | 51.57 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/04/2023 | 225,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q3 | 08/04/2023 | 115.00 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 117 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 371.77 | CHARLOTTE COUNTY SUPERVISOR OF EL | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 101.70 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 444.98 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 102.93 | COLUMBIA COUNTY SUPERVISOR OF EL | 971 W DUVAL ST STE 104 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 71.40 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 8.75 | DIXIE COUNTY SOE | 229 NE 351 HWY | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4.40 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 5,027.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | MON |
| 2023 | Q3 | 08/07/2023 | 15.50 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/07/2023 | 2,283.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 8,283.00 | CALHOUN COUNTY SUPERVISOR OF | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 113.00 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 11.85 | BAKER COUNTY SUPERVISOR OF EL | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 1,292.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 159.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/07/2023 | 26.07 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/07/2023 | 72.60 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 47.70 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 2.90 | GADSDEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 42.50 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4.50 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 3.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 3.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 12.98 | HENDRY COUNTY SOE | 25 E HICKPOCHEE AVE | VALRICO, FL 33875 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 187.53 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | LABELLE, FL 33935 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 4,884.10 | HILLSBOROUGH COUNTY SUPERVISOR OF | 601 E KENNEDY BLVD FL 16 | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 17.90 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/07/2023 | 128.15 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category |
|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/07/2023 | 63.60 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 17.00 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1.20 | LAFAYETTE COUNTY SOE | 120 N MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 702.15 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33902 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,275.75 | LEE COUNTY SUPERVISOR OF ELEC | PO BOX 2545 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 2,135.28 | LEON COUNTY SOE | 3990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32311 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 30.00 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 3.25 | LIBERTY COUNTY SOE | 10818 NW SR ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 229.38 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 902.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,151.24 | MARTIN COUNTY SOE | PO BOX 289 | STUART, FL 34995 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 89.00 | MARION COUNTY SOE | PO BOX 1547 | OCALA, FL 34478 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 4,099.71 | MEYER, BLOHM AND POWELL, P.A. | 2700 PARK AVE | TALLAHASSEE, FL 32301 | LEGAL SERVICES |
| 2023 | Q3 | 08/07/2023 | 2.50 | MIAMI-DADE COUNTY SOE | PO BOX 521801 | MIAMI, FL 33152 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 32.85 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 92.15 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT |
| 2023 | Q3 | 08/07/2023 | 12.40 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST # 302 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 269.50 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 886.00 | ORANGE COUNTY SUPERVISOR OF EL | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 45.00 | OSCEOLA COUNTY SUPERVISOR OF EL | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 14.50 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 35.00 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 518.00 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 5,975.52 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,330.50 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,985.40 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 49.40 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 208.12 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 1,263.50 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 269.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 58.20 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/09/2023 | 10,000.00 | THE MATTSON GROUP | 4311 E | PERRY, FL 32347 | CONSULTING |
| 2023 | Q3 | 08/07/2023 | 1,863.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 44.40 | VOLUSIA COUNTY SOE | PO BOX 1810 | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 2.80 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/07/2023 | 250.26 | WASHINGTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/09/2023 | 47.93 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/09/2023 | 3.84 | BREVARD COUNTY SOE | PO BOX 410810 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/10/2023 | 8.94 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/10/2023 | 58.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/10/2023 | 124.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/10/2023 | 176.40 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/11/2023 | 14.50 | VOLUSIA COUNTY SOE | PO BOX 1810 | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/11/2023 | 3.75 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/14/2023 | 51.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/14/2023 | 72.86 | MIAMI PAYROLL CENTER | 3311 N W 6TH AVE | MIAMI, FL 33186 | PAYROLL |
| 2023 | Q3 | 08/15/2023 | 46.00 | BREVARD COUNTY SOE | PO BOX 410810 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 2.56 | HILLSBOROUGH COUNTY | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 0.25 | MARION COUNTY SOE | PO BOX 1547 | OCALA, FL 34478 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 1.08 | MIAMI PAYROLL CENTER | 3311 N W 6TH AVE | MIAMI, FL 33186 | PAYROLL TAXES |
| 2023 | Q3 | 08/15/2023 | 13,607.52 | MIAMI PAYROLL CENTER | 3311 N W 6TH AVE | MIAMI, FL 33186 | SALARIES |
| 2023 | Q3 | 08/15/2023 | 497.25 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 33.95 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 136.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 138.60 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/15/2023 | 1.94 | VOLUSIA COUNTY SOE | PO BOX 1810 | DELAND, FL 32720 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/16/2023 | 1.50 | SCANLOPES.COM | 1288 KLINE ST GATE 7 | | SUPPLIES |
| 2023 | Q3 | 08/17/2023 | 51.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/18/2023 | 72.59 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING |
| 2023 | Q3 | 08/22/2023 | 40.81 | MARION COUNTY SOE | PO BOX 1547 | OCALA, FL 34478 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/22/2023 | 1.08 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION |
| 2023 | Q3 | 08/22/2023 | 45.59 | **PCI CONSULTANTS, INC.** | 26580 AGOURA RD S | CALABASAS, CA 91302 | PETITIONS GATHERING |
| 2023 | Q3 | 08/18/2023 | **255,000.00** | **PCI CONSULTANTS, INC.** | 26580 AGOURA RD S | CALABASAS, CA 91302 | PETITIONS GATHERING |

| Year | Q | Date | Amount | Payee | Address | City/State | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 08/22/2023 | 130.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 11.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 19.40 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/22/2023 | 37.47 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2023 | Q3 | 08/22/2023 | 37.47 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2023 | Q3 | 08/23/2023 | 21.49 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/23/2023 | 213.93 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/25/2023 | 160.00 | PCI CONSULTANTS, INC. | 4333 ANON CARTER BLVD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 08/25/2023 | 105.54 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/28/2023 | 30.00 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2023 | Q3 | 08/28/2023 | 4930.29 | 3DVPROS INC | 3DVPROS | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | MON |
| 2023 | Q3 | 08/28/2023 | 289.72 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/29/2023 | 1.28 | BREVARD COUNTY SOE | PO BOX 410833 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 1.56 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 5.90 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 52.38 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 161.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 1.92 | PALM BEACH COUNTY SUPERVISOR OF ELECT | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 36.45 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 3.88 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/29/2023 | 339.01 | VIRGIN HOTEL | 4455 PARADISE RD | LAS VEGAS, NV 89169 | LODGING | MON |
| 2023 | Q3 | 08/29/2023 | 1.50 | VOLUSIA COUNTY SOE | PO BOX 1958 | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/30/2023 | 29.50 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/31/2023 | 3,500.00 | NRG CONSULTING GROUP | 61 K KENNEDY BLVD FL 16 | TAMPA, FL 33602 | DATABASE MANAGEMENT | MON |
| 2023 | Q3 | 08/31/2023 | 18.10 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 08/31/2023 | 1.30 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 08/31/2023 | 1.58 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q3 | 08/31/2023 | 1.34 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q3 | 08/31/2023 | 798.16 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/01/2023 | 438.40 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q3 | 09/01/2023 | 11.18 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2023 | Q3 | 09/05/2023 | 226.93 | FEDEX | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/05/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2023 | Q3 | 09/05/2023 | 23.51 | FLORIDA BLUE | PO BOX 660481 | MEMPHIS, TN 38120 | INSURANCE | MON |
| 2023 | Q3 | 09/05/2023 | 25.35 | FLORIDA BLUE | 1010 VERMONT AVE NW | WASHINGTON, DC 20002 | INSURANCE | MON |
| 2023 | Q3 | 09/06/2023 | 556.22 | BERGER HIRSCHBERG STRATEGIES | 108 E MONROE ST | JACKSONVILLE, FL 32246 | CONSULTING | MON |
| 2023 | Q3 | 09/06/2023 | 5,000.00 | BREVARD COUNTY SOE | PO BOX 410833 | MELBOURNE, FL 32941 | CONSULTING | MON |
| 2023 | Q3 | 09/06/2023 | 1.88 | DUVAL COUNTY SUPERVISOR OF EL | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 29.10 | FEDERAL... | 1010 VERMONT AVE NW | WASHINGTON, DC 20002 | FUNDRAISING | MON |
| 2023 | Q3 | 09/06/2023 | 132.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 184.40 | LITTOFF CAMPAIGNS LLC | 8910 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | MON |
| 2023 | Q3 | 09/06/2023 | 0.97 | LITTOFF CAMPAIGNS LLC | 8910 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING | MON |
| 2023 | Q3 | 09/06/2023 | 0.75 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/06/2023 | 12.55 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/07/2023 | 10,000.00 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL TRL | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/07/2023 | 7,740.94 | POLK COUNTY SUPERVISOR O | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/07/2023 | 3,541.13 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/08/2023 | 250,000.00 | ODP BUSINESS SOLUTIONS | PO BOX 1958 | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/08/2023 | 10,000.00 | PCI CONSULTANTS, INC. | PO BOX 660481 | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/11/2023 | 3.00 | SEDGWICK LUCY | 115 8TH AVE NE | MEMPHIS, TN 38120 | PETITIONS VERIFICATION | MON |
| 2023 | Q3 | 09/12/2023 | 200,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD | CALABASAS, CA 91302 | CONSULTING | MON |
| 2023 | Q3 | 09/12/2023 | 218.70 | AMERICAN AIRLINES | 4333 ANON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q3 | 09/13/2023 | 169.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/13/2023 | 35.55 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2023 | Q3 | 09/13/2023 | 65.89 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Flag |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q3 | 09/14/2023 | 31.33 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/14/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q3 | 09/14/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q3 | 09/14/2023 | 497.12 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q3 | 09/14/2023 | 295,858.97 | PCI CONSULTANTS, INC. | 20580 AGOURA RD | CALABASAS, CA 91302 | PETITIONS | NON |
| 2023 | Q3 | 09/15/2023 | 10,060.99 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q3 | 09/13/2023 | 76.22 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/13/2023 | 98,224.63 | PCI CONSULTANTS, INC. | 20580 AGOURA RD | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/19/2023 | 2.16 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 3,240.00 | MEYER, BLOHM AND POWELL, P.A. | 2500 E THOMPSON ST | MELBOURNE, FL 32935 | LEGAL SERVICES | NON |
| 2023 | Q3 | 09/19/2023 | 0.50 | BREVARD COUNTY SOE | PO BOX 1119 | TITUSVILLE, FL 32781 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 0.47 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 3.90 | HERNANDO COUNTY SOE | 20 N MAIN ST | BROOKSVILLE, FL 34601 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 1.94 | BROWARD COUNTY SUPERVISOR OF ELE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 0.50 | HILLSBOROUGH COUNTY SOE | PO BOX 1110 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/19/2023 | 0.75 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/20/2023 | 159.65 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/20/2023 | 25.89 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/20/2023 | 167.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/21/2023 | 101.30 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/21/2023 | 26.52 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q3 | 09/22/2023 | 19.62 | ARLO WYNWOOD MIAMI | 2217 NW MIAMI CT | MIAMI, FL 33127 | LODGING | NON |
| 2023 | Q3 | 09/22/2023 | 82.88 | ENTERPRISES RENT A CAR | 600 CORPORATE PARK DR | ST. LOUIS, MO 63105 | TRANSPORTATION | NON |
| 2023 | Q3 | 09/22/2023 | 1.75 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/22/2023 | 24.91 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q3 | 09/22/2023 | 125.63 | HILTON | 7930 JONES BRANCH DR | MCLEAN, VA 22102 | LODGING | NON |
| 2023 | Q3 | 09/25/2023 | -56.89 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | NON |
| 2023 | Q3 | 09/25/2023 | 25.00 | SOCIAL CHAMP | 13001 STARKEY RD | NEWARK, NJ 07102 | SOCIAL MEDIA | NON |
| 2023 | Q3 | 09/26/2023 | 400.00 | SUNSET LAKE RD 19702 | | COLUMBUS, GA 31902 | BANK FEES | NON |
| 2023 | Q3 | 09/26/2023 | 4,006.00 | PCI CONSULTANTS, INC. | 20580 AGOURA RD | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 4.85 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 0.96 | OSCEOLA COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.55 | SEMINOLE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.56 | LAKE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 1.88 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 0.40 | ST. LUCIE COUNTY SOE | PO BOX 1479 | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/26/2023 | 65.96 | ORANGE COUNTY SOE | 119 W WASHINGTON BLVD | ORLANDO, FL 32801 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/27/2023 | 213.20 | OSCEOLA COUNTY SOE | 1750 S WOODLAND BLVD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/28/2023 | 2.25 | PASCO COUNTY SUPERVISOR OF ELE | 2599 E IRLO BRONSON MEMORIAL HWY | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q3 | 09/28/2023 | 39.00 | FEDEX | 942 SHADY GROVE RD S | KISSIMMEE, FL 34744 | SHIPPING | NON |
| 2023 | Q3 | 09/28/2023 | 5,000.00 | JOTFORM INC | 111 PINE ST | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2023 | Q3 | 09/28/2023 | 12,500.00 | LIFTOFF CAMPAIGNS LLC | | SILVER SPRING, MD 20901 | FUNDRAISING | NON |
| 2023 | Q3 | 09/28/2023 | 1,536.94 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q3 | 09/28/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q3 | 09/28/2023 | 493,465.60 | PCI CONSULTANTS, INC. | 20580 AGOURA RD | CALABASAS, CA 91302 | PETITIONS | NON |
| 2023 | Q3 | 09/29/2023 | 538.94 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | PETITION GATHERING | NON |
| 2023 | Q3 | 09/30/2023 | 46.00 | MIAMI PAYROLL CENTER | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q3 | 09/30/2023 | 1,558.56 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | ST. LOUIS, MO 63195 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/02/2023 | 134.96 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | TOLL / SHIPPING | NON |
| 2023 | Q4 | 10/02/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/02/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2023 | Q4 | 10/02/2023 | 7,782.62 | NMI | 1711 W BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | NON |
| 2023 | Q4 | 10/03/2023 | 3,000.94 | MERCHANT/CONSULTANT | 95 NE 103RD ST | MIAMI SHORES, FL 33153 | MERCHANT / CONSULTANT | NON |
| 2023 | Q4 | 10/03/2023 | 20,940.36 | GW STRATEGIES | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/04/2023 | 40.55 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/04/2023 | 39.65 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/04/2023 | 151.14 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/05/2023 | 5.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE 300 | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.55 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.50 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 889.60 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,449.82 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 32.98 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 31.95 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 144.44 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.40 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.20 | DIXIE COUNTY SOE | PO BOX 2057 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,073.60 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST FL 2 | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 1 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 33.21 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/05/2023 | 32.55 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 8.30 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.35 | GILCHRIST COUNTY SOE | 112 S MAIN ST | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.35 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.70 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.35 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.80 | HERNANDO COUNTY SOE | 16240 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2.88 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 475.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1.00 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 23.46 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2.75 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 226.98 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 97.20 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 530.66 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.26 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 101.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 459.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 27.45 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 98.80 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,226.06 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 1,614.62 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | NON |
| 2023 | Q4 | 10/05/2023 | 5.17 | OKALOOSA COUNTY SUPERVISOR OF | 302 WILSON ST N STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,349.34 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 84.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 2,155.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 967.95 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 410.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 22.10 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 18.79 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 787.64 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 320.10 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 178.40 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 66.50 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 0.75 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 366.75 | SUWANNEE COUNTY SOE | 303 PINE AVE SE | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 5.20 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 4.52 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 174.04 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/05/2023 | 55.65 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/06/2023 | | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2023 | Q4 | 10/06/2023 | 14,740.94 | LITFOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 10/06/2023 | 400,000.00 | PCI CONSULTANTS, INC. | 26580 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/09/2023 | 23.46 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2023 | Q4 | 10/09/2023 | 243.36 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Sub |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/09/2023 | 36.04 | AMERICAN | CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2023 | Q4 | 10/09/2023 | 86.93 | FEDEX | | MEMPHIS, TN 38120 | SHIPPING | HON |
| 2023 | Q4 | 10/11/2023 | 18.70 | AMERICAN AIRLINES | | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2023 | Q4 | 10/11/2023 | 15.99 | AMERICAN AIRLINES | | FORT WORTH, TX 76155 | AIRFARE | HON |
| 2023 | Q4 | 10/11/2023 | 13,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | HON |
| 2023 | Q4 | 10/11/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | HON |
| 2023 | Q4 | 10/11/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | HON |
| 2023 | Q4 | 10/11/2023 | **400 000.00** | **PCI CONSULTANTS, INC.** | 26600 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | HON |
| 2023 | Q4 | 10/13/2023 | 11.60 | BAKER COUNTY SOE | 339 E MACCLENNY AVE STE 102 | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 734.40 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 49.20 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 22.80 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 990.72 | BREVARD COUNTY SOE | PO BOX 410035 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 4,823.81 | BROWARD COUNTY SUPERVISOR OF ELE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 1.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 35.25 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 44.55 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 785.68 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 86.55 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 30.00 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 3,356.16 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 37.50 | DUVAL COUNTY SUPERVISOR OF EL | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 482.35 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 2.30 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 0.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 2.25 | GADSDEN COUNTY SOE | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 6.00 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 0.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 158.25 | HARDEE COUNTY SOE | 311 N MILLS AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 3.60 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 61.50 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 7.80 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 1,837.05 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 32.75 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 14.00 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 6.75 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 6.75 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 2.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST | MAYO, FL 32066 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 266.40 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 1,890.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 15.40 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 6.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 62.25 | MADISON COUNTY SOE | 229 SW PINCKNEY ST STE 101 | MADISON, FL 32340 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 235.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 1,622.16 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 25.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 4,594.54 | MIAMI-DADE COUNTY SUPERVISOR | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 2.30 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 91.20 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 10.80 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 3.29 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 4,148.69 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 230.80 | OSCEOLA COUNTY SUPERVISOR OF EL | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 2,746.56 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | **60,000.00** | **PCI CONSULTANTS, INC.** | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | HON |
| 2023 | Q4 | 10/13/2023 | 1,215.85 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 191.35 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 139.00 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE 1 | MILTON, FL 32570 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 1,312.41 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 296.00 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 21.50 | ST. LUCIE COUNTY SUPERVISOR | 4455 AVENUE A STE 101 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 7.50 | SUMTER COUNTY SUPERVISOR OF ELE | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 4.16 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 7.50 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 10/13/2023 | 4.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | HON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/13/2023 | 657.00 | GULF COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/13/2023 | 25.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/13/2023 | 24.20 | WAKULLA COUNTY SUPERVISOR OF EL | 3424 JACKSON AVE W STE 102 | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 2.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE W STE 300 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 1.20 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 6.40 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 45.59 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 5.40 | BREVARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.40 | BREVARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 528.56 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 1.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.50 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.50 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 2.34 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.45 | LEE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 47.04 | LEON COUNTY SOE | 2990 APALACHEE PKWY W 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 1.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.43 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 75.20 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 54.16 | ORANGE COUNTY SUPERVISOR OF EL | PO BOX 562686 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 2.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.50 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 10.56 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 8.10 | PUTNAM COUNTY SOE | PO BOX 1028 | PALATKA, FL 32178 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 1.30 | SANTA ROSA COUNTY SOE | 2590 CRILL AVE STE 900 | MILTON, FL 32570 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.43 | SANTA ROSA COUNTY SUP OF ELECT | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 9.70 | SEMINOLE COUNTY SOE | 830 W 11TH ST STE A | SANFORD, FL 32772 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 18.75 | ST. LUCIE COUNTY SOE | PO BOX 1479 | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 1.60 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 2.25 | VOLUSIA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 0.40 | WAKULLA COUNTY SOE | 410 TERRY AVE N | SEATTLE, WA 98109 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/16/2023 | 20.04 | AMAZON | 1 APPLE PARK WAY | CUPERTINO, CA 95014 | SUPPLIES | POR |
| 2023 | Q4 | 10/17/2023 | 361.66 | APPLE | 600 STEWART ST STE 400 | SEATTLE, WA 98101 | SUPPLIES | POR |
| 2023 | Q4 | 10/17/2023 | 530.00 | TATANGO | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | TEXT MESSAGING | POR |
| 2023 | Q4 | 10/19/2023 | 2,500.00 | THE WHITSON GROUP | 901 BLVD S | JACKSONVILLE, FL 32205 | VOTER DATA | POR |
| 2023 | Q4 | 10/19/2023 | 900.98 | ALACHUA COUNTY SUPERVISOR OF EL | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 1.80 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 0.43 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 1.30 | PUTNAM COUNTY SOE | PO BOX 1028 | PALATKA, FL 32178 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 0.95 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 29.00 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE A | STARKE, FL 32091 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 4.75 | BRADFORD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 2,234.88 | BREVARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 7,327.84 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 117 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 6,324.64 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 11.75 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | TOLLS | POR |
| 2023 | Q4 | 10/19/2023 | 172.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 1.90 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 59.30 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 3.20 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 1.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 3.25 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 6.20 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 87.42 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 10.80 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 3,442.50 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 78.75 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 47.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 44.50 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 17.75 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | POR |
| 2023 | Q4 | 10/19/2023 | 2.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | POR |

| Year | Qtr | Date | Amount | Payee | Address | City / State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/19/2023 | 854.80 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 325.80 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,407.80 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2.75 | LIBERTY COUNTY SUPERVISOR OF ELEC | | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 4.68 | MADISON COUNTY SOE | 10818 NW STATE ROAD 20 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 332.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,503.36 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 15.30 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 6,607.26 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 140.60 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 15.10 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 7,565.00 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 8,565.00 | ORANGE COUNTY SOE | 119 W KALEY ST | ORLANDO, FL 32806 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 365.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2,645.10 | PALM BEACH COUNTY SUPERVISOR OF ELE | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,692.25 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 3,566.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 692.25 | PUTNAM COUNTY SOE | PO BOX 1028 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,121.55 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 159.09 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 414.90 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 2,064.92 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 733.70 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 569.20 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 74.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 8.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 1,378.50 | VOLUSIA COUNTY SOE | 125 W NEW YORK AVE | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 49.20 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/19/2023 | 14.00 | WALTON COUNTY SOE | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/23/2023 | 94.90 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/24/2023 | 133.23 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | NON |
| 2023 | Q4 | 10/24/2023 | 207.80 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | NON |
| 2023 | Q4 | 10/23/2023 | 34.24 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/23/2023 | 30.73 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | NON |
| 2023 | Q4 | 10/25/2023 | 300,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/25/2023 | 150,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/25/2023 | 50,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/25/2023 | 15,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/24/2023 | 198.00 | SINGER ASSOCIATES, INC. | | SAN FRANCISCO, CA 94104 | CONSULTING | NON |
| 2023 | Q4 | 10/24/2023 | 3,208.56 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 10/25/2023 | 9,500.00 | THE WHITSON GROUP | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 10/26/2023 | 652.20 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 83.55 | BAY COUNTY SUPERVISOR OF EL | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 21.00 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,538.56 | BREVARD COUNTY SOE | PO BOX 410839 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 7,856.80 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 83.72 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 212.44 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 87.60 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 641.24 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1.63 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 298.65 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 114.00 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 5,641.92 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 40.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.70 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 4.95 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 9.59 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1.92 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 136.77 | HAMILTON COUNTY SOE | 1153 US 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 12.90 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.00 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 16.40 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |

| Year | Q | Date | Amount | Payee | Address | City, State ZIP | Category | Party |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 10/26/2023 | 3,798.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 26.00 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 53.56 | HENDRY COUNTY SUP OF EL | 25 E HICKPOCHEE AVE | LABELLE, FL 33935 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 76.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 13.50 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1,012.44 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.90 | LEE COUNTY SOE | PO BOX 2545 | FORT MYERS, FL 33902 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,037.04 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 25.40 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.25 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.90 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 480.40 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,673.00 | MARION COUNTY SUPERVISOR OF EL | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 334.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 8,485.30 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 71.55 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 14.60 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 21.15 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 708.59 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 980.40 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 6,740.60 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 1,180.25 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 200,000.00 | PCT CONSULTANTS, INC. | PO BOX 1469 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,712.23 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,259.00 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 3.00 | PUTNAM COUNTY SOE | 2509 CROSBY AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 182.77 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 403.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,392.02 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 608.30 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2.70 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 149.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 19.50 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 14.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 8.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 2,160.70 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/26/2023 | 32.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 225,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 10/27/2023 | 6.40 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 32.50 | NASSAU COUNTY SOE | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/27/2023 | 740.94 | TATANGO | PO BOX 91081 | SEATTLE, WA 98111 | TEXT MESSAGING | NON |
| 2023 | Q4 | 10/30/2023 | 122.22 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 26.88 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 20.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/30/2023 | 12,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL | NON |
| 2023 | Q4 | 10/30/2023 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 10/30/2023 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 10/30/2023 | 105.60 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 10/31/2023 | 51.66 | FEDEX | PO BOX 660481 | DALLAS, TX 75266 | SHIPPING | NON |
| 2023 | Q4 | 10/31/2023 | 94.40 | FEDEX | PO BOX 660481 | DALLAS, TX 75266 | SHIPPING | NON |
| 2023 | Q4 | 10/31/2023 | 45.15 | FEDEX | PO BOX 660481 | DALLAS, TX 75266 | SHIPPING | NON |
| 2023 | Q4 | 10/31/2023 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2023 | Q4 | 10/31/2023 | 175.00 | USPS | 265 COLORADO AVE | SOUTH SAN FRANCISCO, CA 94080 | POSTAGE | NON |
| 2023 | Q4 | 10/31/2023 | 32.50 | SEATTLE, WA 98101 | 310 3RD AVE STE 5 | SEATTLE, WA 98101 | BANK FEES | NON |
| 2023 | Q4 | 10/31/2023 | 1,060.00 | TATANGO | PO BOX 91081 | SEATTLE, WA 98111 | TEXT MESSAGING | NON |
| 2023 | Q4 | 10/31/2023 | 1,211.18 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2023 | Q4 | 11/01/2023 | 95,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 11/01/2023 | 89.00 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 60.15 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE 3 | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 35.50 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 3,125.76 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 9,081.14 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 180.18 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST STE 117 | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 148.50 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 919.08 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 357.20 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/02/2023 | 34.20 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |

Financial transaction register — all rows Year 2023, Quarter Q4. Dense tabular exhibit; best-effort transcription.

| Date | Amount | Payee | Address | City, State ZIP | Category | Code |
|---|---|---|---|---|---|---|
| 11/02/2023 | 4.50 | DESOTO COUNTY SOE | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 3.10 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 7,203.84 | DUVAL COUNTY SUPERVISOR OF EL | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 188.50 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 180.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 25.15 | FLORIDA BLUE | PO BOX 45296 | JACKSONVILLE, FL 32232 | INSURANCE | KDM |
| 11/02/2023 | 556.12 | FLORIDA BLUE | PO BOX 45296 | JACKSONVILLE, FL 32232 | INSURANCE | KDM |
| 11/02/2023 | 1.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 47.20 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2.80 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2.70 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 1.75 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2.00 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 1.80 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 13.80 | HERNANDO COUNTY SOE | 1624A SPRING HILL DR | SPRING HILL, FL 34606 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 13.80 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 3,972.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 85.75 | INDIAN RIVER COUNTY SUPERVISO | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 4.25 | JACKSON COUNTY SUPERVISOR | 2864 MADISON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 342.50 | JEFFERSON COUNTY SOE | 2851 JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 1,115.64 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 231.00 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 457 | FORT MYERS, FL 33902 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 6,305.52 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 259.35 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 53.00 | LIBERTY COUNTY SOE | PO BOX 597 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 19.10 | MADISON COUNTY SUPERVISOR OF E | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 15.98 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 9,045.50 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 704.20 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 4,850.00 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 5,385.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 822.75 | OKALOOSA COUNTY SUPERVISOR O | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 4,216.86 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 187.91 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 334.50 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2,498.72 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 422.05 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | KDM |
| 11/02/2023 | 179.00 | PASCO COUNTY SUPERVISOR OF ELE | 14236 N BROADWAY RD STE 202 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 8.00 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 31.72 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 12.00 | SANTA ROSA COUNTY SUPERVISOR | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2,250.95 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 57.20 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 33.00 | ST. JOHNS COUNTY SUPERVISOR O | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 8.90 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 39.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 33.00 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 12.00 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 2,250.95 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 57.20 | WAKULLA COUNTY SUPERVISOR OF E | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 33.00 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | KDM |
| 11/02/2023 | 8.90 | WASHINGTON COUNTY SUPERVISOR O | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | KDM |
| 11/07/2023 | 39.00 | 3DFORM INC | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | SUBSCRIPTIONS | KDM |
| 11/05/2023 | 100,000.00 | **PCI CONSULTANTS, INC.** | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | KDM |
| 11/05/2023 | 100,000.00 | **PCI CONSULTANTS, INC.** | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | KDM |
| 11/06/2023 | 18.76 | **ENTERPRISE RENT-A-CAR, INC.** | | | TOLLS | KDM |
| 11/06/2023 | 469.92 | ASHLEIGH HUFFMAN | | | MILEAGE | KDM |
| 11/07/2023 | 30.00 | HERTZ | | | TRANSPORTATION | KDM |
| 11/09/2023 | 348.80 | ENTERPRISE RENT-A-CAR | | | TRANSPORTATION | KDM |
| 11/09/2023 | 836.70 | ALTERIA LLC | | | SUBSCRIPTIONS | KDM |
| 11/09/2023 | 24.00 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 54.75 | BAY COUNTY SOE | PO BOX 1382 | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 32.50 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 3,056.26 | BROWARD COUNTY SOE | PO BOX 029015 | FORT LAUDERDALE, FL 33302 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 7,686.28 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 2.75 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | KDM |
| 11/09/2023 | 234.06 | CITRUS COUNTY SUPERVISOR OF EL | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | KDM |
| | 118.36 | | | | | |

| Year | Q | Date | Amount | Payee | Address | City/State/ZIP | Purpose | MOW |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/09/2023 | 458.16 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 388.32 | COLLIER COUNTY SOE | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 6.00 | COLUMBIA COUNTY SUPERVISOR OF EL | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 1.70 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 5,328.96 | DUVAL COUNTY SOE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 464.20 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 283.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 3.59 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 4.00 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 3.25 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 14.00 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 14.40 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 12.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 4,897.76 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 5,000.00 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 73.00 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 14.00 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 1,465.20 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 2,107.56 | LEE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 1,739.40 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 26.80 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | FUNDRAISING CONSULTING | MOW |
| 2023 | Q4 | 11/09/2023 | 21.84 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 521.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 6,688.10 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 332.10 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 156.75 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 96.35 | NASSAU COUNTY SUPERVISOR OF | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 794.40 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 4,498.56 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 7,640.69 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 194.35 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 328.50 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 32415 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 1,278.80 | PASCO COUNTY SUPERVISOR OF EL | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 535.70 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 4,582.17 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 3,269.70 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 6.76 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 4.75 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 2,288.25 | ST. JOHNS COUNTY SUPERVISOR OF EL | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 34.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 58.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 7.30 | TAYLOR COUNTY SOE | 433 N JEFFERSON ST | PERRY, FL 32347 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 6.75 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 95,000.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 396.06 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 60,000.00 | WALTON COUNTY SOE | 571 US HIGHWAY 90 E | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/09/2023 | 328.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MOW |
| 2023 | Q4 | 11/10/2023 | 2,269.00 | ASHLEIGH HOFFMAN | | PALM HARBOR, FL 34684 | MILEAGE | MOW |
| 2023 | Q4 | 11/10/2023 | 5,080.00 | PCI CONSULTANTS, INC. | 26508 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MOW |
| 2023 | Q4 | 11/10/2023 | 13,250.00 | MIAMI PAYROLL CENTER | SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL | MOW |
| 2023 | Q4 | 11/10/2023 | 407.15 | PCI CONSULTANTS, INC. | 26508 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MOW |
| 2023 | Q4 | 11/14/2023 | 1,000.00 | MIAMI PAYROLL CENTER | SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL | MOW |
| 2023 | Q4 | 11/15/2023 | 9,500.00 | PCI CONSULTANTS, INC. | 26508 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION GATHERING | MOW |
| 2023 | Q4 | 11/14/2023 | 461.70 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MOW |
| 2023 | Q4 | 11/09/2023 | 25.50 | LIFTOFF CAMPAIGNS LLC | 8701 GEORGIA AVE STE 300 | SILVER SPRING, MD 20901 | PETITION GATHERING | MOW |
| 2023 | Q4 | 11/15/2023 | 750,000.00 | MIAMI PAYROLL CENTER | SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL | MOW |
| 2023 | Q4 | 11/15/2023 | | PCI CONSULTANTS, INC. | 26508 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITION SALES | MOW |
| 2023 | Q4 | 11/15/2023 | | PCI CONSULTANTS, INC. | 26508 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | FUNDRAISING CONSULTING | MOW |
| 2023 | Q4 | 11/18/2023 | | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE A | GAINESVILLE, FL 32601 | SALARIES | MOW |
| 2023 | Q4 | 11/15/2023 | | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | VOTER DATA | MOW |
| 2023 | Q4 | 11/16/2023 | 25.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE 300 | MACCLENNY, FL 32063 | PETITION GATHERING | MOW |

| Year | Qtr | Date | Amount | Payee | Address | City/State/ZIP | Description | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/16/2023 | 24.75 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 40.00 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 2,803.20 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 10,340.00 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 197.87 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 286.20 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 472.23 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 3,426.25 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 127.80 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 2.90 | DESOTO COUNTY SUPERVISOR OF E | 229 NE 351 HWY STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 3.90 | DIXIE COUNTY SOE | 108 N JARVIS ST | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 6,045.44 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 155.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 16.10 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 77.20 | GADSEN COUNTY SUPERVISOR OF | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 34.70 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 5.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 7.50 | HERNANDO COUNTY SOE | 1624 COWARD AVE RM A201 | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 12.25 | GULF COUNTY SOE | 1000 CECIL G COSTIN SR BLVD | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 98.50 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 20.59 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 8.50 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 4.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 2,425.02 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 1,644.70 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 25.40 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 202.35 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 6,951.64 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 175.95 | LAKE COUNTY SUPERVISOR OF ELECT | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 19.70 | LEE COUNTY SUPERVISOR OF | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 7,846.33 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 506.00 | LIBERTY COUNTY SOE | 10818 NW MAIN ST | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 370.40 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 1,952.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 6,426.24 | MARION COUNTY SUPERVISOR OF | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 4,050.00 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 4,937.40 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 210.60 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 208.12 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 625.35 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST STE 102 | OKEECHOBEE, FL 34973 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 756.00 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 318.50 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 30.75 | PALM BEACH COUNTY SUPERVISOR OF E | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 18.72 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33779 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 9.75 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 3,102.00 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 79.60 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 20.80 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 1,720.00 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 5,025.39 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 2,887.00 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 467.54 | TAYLOR COUNTY SOE | 433 N BYRD ST | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 350.00 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 646.80 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 141.50 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32326 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 176.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/16/2023 | 1,720.00 | MEYERS, BLUMA AND POWELL, P.A. | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | LEGAL SERVICES | MON |
| 2023 | Q4 | 11/17/2023 | 5,025.39 | NGP VAN/EVERYACTION | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2023 | Q4 | 11/20/2023 | 2,887.00 | ASHKLESH HOFFMAN | 2725 PENZANCE ST | PALM HARBOR, FL 34684 | REINE'S TRAVEL EXPENSES | MON |
| 2023 | Q4 | 11/21/2023 | 467.54 | BERGER HIRSCHBERG STRATEGIES, INC | 3656 MOTOR AVE | LOS ANGELES, CA 90034 | CONSULTING | MON |
| 2023 | Q4 | 11/21/2023 | 350.00 | PCT CONSULTANTS, INC. | 26590 AGOURA RD STE 200 #102 | CALABASAS, CA 91302 | TRAVEL REIMBURSEMENT | MON |
| 2023 | Q4 | 11/22/2023 | 646.80 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 141.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/22/2023 | 176.70 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Description | |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/22/2023 | 10,189.93 | BFF COMPLIANCE | 6619 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | NON |
| 2023 | Q4 | 11/22/2023 | 80.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,110.00 | BAKER COUNTY SOE | 32 N 5TH ST | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 10,033.68 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 9.25 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 151.81 | CHARLOTTE COUNTY SOE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 549.90 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 380.23 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 222.30 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 5.75 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2.30 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,578.60 | ESCAMBIA COUNTY SUPERVISOR OF ELE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 252.79 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 5.75 | FRANKLIN COUNTY SUPERVISOR OF ELE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 43.70 | GADSEN COUNTY SUPERVISOR OF ELE | 16 S MADISON ST | QUINCY, FL 32353 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 25.18 | GILCHRIST COUNTY SOE | 214 SW 2ND AVE | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 6.30 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 21.00 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 46.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 153.69 | HENDRY COUNTY SUPERVISOR OF EL | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 66.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 5,213.65 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 30.50 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 25.18 | INDIAN RIVER COUNTY SUPERVISOR OF E | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 54.00 | HERNANDO COUNTY SUPERVISOR OF ELE | 1651 BLAISE DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 20.75 | JACKSON COUNTY SUPERVISOR OF ELE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 6.80 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,633.32 | LAFAYETTE COUNTY SOE | 120 W MAIN ST STE 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 48.00 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,383.68 | LEON COUNTY SUPERVISOR OF ELECT | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 14.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 7.75 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 11.18 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,064.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,959.68 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 307.60 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 7,465.48 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 538.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 40.60 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 14.60 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 21.15 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,283.45 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 538.40 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,949.25 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 120,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/22/2023 | 3,266.73 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,583.80 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 196.94 | PLANT CITY SOE | 302 E PINE ST STE 900 | PLANT CITY, FL 33563 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,664.59 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 1,371.50 | SEMINOLE COUNTY SOE | PO BOX 3479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 666.95 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 54.50 | SUMTER COUNTY SUPERVISOR OF ELE | 7375 POWELL RD STE 125 | PALATKA, FL 32178 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 3,386.00 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 10.75 | TAYLOR COUNTY SOE | 433 N THIRD BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 19.24 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 2,376.75 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 37.40 | WAKULLA COUNTY SUPERVISOR OF ELE | 3115-B CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/22/2023 | 11.00 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/24/2023 | 30,000.00 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITION GATHERING | NON |
| 2023 | Q4 | 11/27/2023 | 172.20 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 11/28/2023 | 37.80 | ALACHUA COUNTY SUPERVISOR OF ELE | 515 N MAIN ST STE A | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 20,000.00 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/28/2023 | 3.50 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2023 | Q4 | 11/30/2023 | 538.88 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/30/2023 | 3,930.26 | BREVARD COUNTY SOE | PO BOX 410833 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 11/30/2023 | | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | Code |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/28/2023 | 2.00 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 76.61 | CHARLOTTE COUNTY SUPERVISOR OF ELE | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 170.10 | CHECKS FOR LESS | 208 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 | CHECK SUPPLIES | MON |
| 2023 | Q4 | 11/28/2023 | 9.71 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 120.92 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 144.76 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 6.60 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 2.50 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 8.80 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 191.04 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST STE A | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 174.35 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 37.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.80 | FRANKLIN COUNTY SOE | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 24.85 | GADSDEN COUNTY SOE | PO BOX 1799 | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.45 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.45 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 54.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 83.63 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 11/28/2023 | 10,000.00 | GW STRATEGIES | 403 S MAIN ST | PORT ST LUCIE, FL 34952 | FUNDRAISING CONSULTANT | MON |
| 2023 | Q4 | 11/28/2023 | 3.75 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3.60 | HARDEE COUNTY SOE | PO BOX 174 | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1.00 | HENDRY COUNTY SOE | 311 N 6TH AVE | LABELLE, FL 33935 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 472.00 | HIGHLANDS COUNTY SUPERVISOR O | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,899.30 | HILLSBOROUGH COUNTY SUP OF ELE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 35.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 9.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 14.40 | JEFFERSON COUNTY SOE | 1175 N JEFFERSON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 0.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 588.12 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 476.47 | LAUREN BRENZEL | 5983 STONELER RD | TALLAHASSEE, FL 32303 | REIMB TRAVEL EXPS | MON |
| 2023 | Q4 | 11/28/2023 | 175.55 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,294.69 | LEVY COUNTY SUPERVISOR OF ELEC | 2200 APACHEE PKWY # 1 | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 12.10 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 291.60 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 3,255.22 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 45.45 | MARION COUNTY SOE | 981 NE 16TH ST | OCALA, FL 34475 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 17.10 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 115.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 17.55 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | FERNANDINA BEACH, FL 32034 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 949.32 | OKALOOSA COUNTY SOLUTIONS | 302 WILSON ST N STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 33.97 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 417.60 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,147.51 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,262.36 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,842.03 | PINELLAS COUNTY SUPERVISOR OF ELE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 863.10 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PRINTING | MON |
| 2023 | Q4 | 11/28/2023 | 17.55 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 33.97 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 1,842.03 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 71.50 | ST. JOHNS COUNTY SUP OF ELECT | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 607.20 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 88.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 2.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 43.68 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2023 | Q4 | 11/28/2023 | 866.25 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 71.60 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 108.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/28/2023 | 45.60 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE B | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 11/29/2023 | 45.60 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2023 | Q4 | 11/29/2023 | 615.80 | AMERICAN AIRLINES | 4255 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2023 | Q4 | 11/29/2023 | 5,080.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | MON |
| 2023 | Q4 | 11/29/2023 | 12,540.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q4 | 11/29/2023 | 497.25 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 11/29/2023 | 1,000,000.00 | PCI CONSULTANTS, INC. | 26580 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITION GATHERING | MON |
| 2023 | Q4 | 11/30/2023 | 1,568.30 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |

| Year | Qtr | Date | Amount | Payee | Address | City/State/Zip | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 11/30/2023 | 2,663.68 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2023 | Q4 | 11/30/2023 | 2,500.00 | THE WHITSON GROUP | 4616 PANAMA BLVD | JACKSONVILLE, FL 32205 | CONSULTING | MON |
| 2023 | Q4 | 11/30/2023 | 506.10 | ALACHUA COUNTY SOE | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 49.00 | BAKER COUNTY SOE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 9.45 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 15.60 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE B | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 367.16 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 6,595.79 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 9.50 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 33.37 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 15.30 | CITRUS COUNTY SUPERVISOR OF E | 1250 N SUNCOAST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 103.87 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 28.80 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 168.08 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.25 | DESOTO COUNTY SUPERVISOR OF E | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 218.38 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 6.05 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 50.88 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 5.10 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.25 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.90 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 18.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2023 | Q4 | 12/01/2023 | 0.50 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 10.50 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.70 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 33.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1.48 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 16.45 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 427.27 | HERTZ | 8501 WILLIAMS RD | ESTERO, FL 33928 | TRANSPORTATION | MON |
| 2023 | Q4 | 12/01/2023 | 20.60 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,020.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 19.08 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 33.50 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 4.00 | JACKSON COUNTY SUPERVISOR OF | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 4.00 | JEFFERSON COUNTY SOE | 175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.70 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 224.50 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,978.92 | MANATEE COUNTY SOE | PO BOX 1000 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 70.50 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 68.40 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 219.96 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 267.12 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE STE 2 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 12.40 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 16.15 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 12.22 | MADISON COUNTY SOE | 10818 SW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 0.94 | OKALOOSA COUNTY SUPERVISOR OF | 302 N NILSSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 30.60 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 136.60 | OSCEOLA COUNTY SOE | PO BOX 562003 | KISSIMMEE, FL 34741 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,851.04 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 366.75 | PASCO COUNTY SOE | 13061 STARKEY RD | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 908.82 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 331.20 | PUTNAM COUNTY SOE | PO BOX 1460 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 3.87 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 328.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,189.22 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 152.90 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 44.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | BUSHNELL, FL 33513 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 5.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 2.08 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 2.25 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1,000.00 | VOLUSIA COUNTY SOE | 1750 S DELAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 8.50 | WAKULLA COUNTY SOE | 3115-B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 8.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE UNIT B | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/01/2023 | 1.50 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE 102 | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/04/2023 | 33.00 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTION | MON |
| 2023 | Q4 | 12/04/2023 | 50.00 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q4 | 12/04/2023 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2023 | Q4 | 12/04/2023 | 556.22 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |

| Year | Q | Date | Amount | Payee | Address | City/State | Category | By |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/04/2023 | 5,910.41 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2023 | Q4 | 12/05/2023 | 10,000.00 | GM STRATEGIES | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2023 | Q4 | 12/05/2023 | 250,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 240.00 | BAKER COUNTY SUPERVISOR OF E | 315 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 39.60 | BAY COUNTY SUPERVISOR OF ELE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 7.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 981.76 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 2,686.90 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 30.45 | CALHOUN COUNTY SOE | 20729 CENTRAL AVE W STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 14.10 | CHARLOTTE COUNTY SUPERVISOR O | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 14.85 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 128.80 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 11.62 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.50 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 11.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 0.10 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 129.60 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 10.45 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 0.70 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 0.70 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 32.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.25 | GILCHRIST COUNTY SOE | PO BOX 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.25 | GLADE COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.00 | GULF COUNTY SOE | 401 LONG AVE | PORT ST. JOE, FL 32456 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.00 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 6.50 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.80 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 15.00 | HERNANDO COUNTY SOE | 16240 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 65.00 | HIGHLANDS COUNTY SOE | 4375 430D AVE | SEBRING, FL 33872 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1,200.55 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.00 | HOLMES COUNTY SOE | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 31.25 | INDIAN RIVER COUNTY SUP OF EL | 2851 JEFFERSON ST | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 13.50 | JACKSON COUNTY SUPERVISOR OF | 4375 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 13.50 | JEFFERSON COUNTY SOE | 435 W WALNUT ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 0.80 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 337.74 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 64.35 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1,195.32 | LEON COUNTY SOE | 2990 APALACHEE PKWY W 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 203.33 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.59 | LIBERTY COUNTY SOE | 10818 NW CENTRAL AVE STE B | BRISTOL, FL 32321 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 6.76 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 240.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 442.30 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 30.45 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1,556.64 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 173.20 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1,339.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 156.00 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 10.35 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 20.90 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 3.50 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 43.86 | ORANGE COUNTY SOE | 119 W KALEY ST RM 114 | ORLANDO, FL 32806 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1,469.70 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 35.75 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 6.88 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 294.50 | SARASOTA COUNTY SUP OF ELECT | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 913.74 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 361.35 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 370.60 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 48.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 3.25 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 749.25 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 38.40 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 3.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/06/2023 | 1.40 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/07/2023 | 39.40 | JACKSON COUNTY SOE, INC. | 4 BAYFRONT PLZ STE 100 | SAN FRANCISCO, CA 94111 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 12/07/2023 | 200,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | MON |
| 2023 | Q4 | 12/12/2023 | 735.26 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/12/2023 | 288.60 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |

| Year | Quarter | Date | Amount | Payee | Address | City/State | Description | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/12/2023 | 462.00 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 350.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 359.00 | ORANGE COUNTY SOE | 2769 4TH AVE | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 655.20 | PALM BEACH COUNTY SOE | 248 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 525.12 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 140.13 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 237.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 239.15 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 139.50 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 496.50 | BAKER COUNTY SUPERVISOR OF | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 15.50 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/12/2023 | 22.35 | BREVARD COUNTY SOE | PO BOX 41819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 14.61 | BROWARD COUNTY SOE | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,693.40 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 4,620.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.15 | CITRUS COUNTY SOE | PO BOX 337 | CRYSTAL RIVER, FL 34423 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 131.85 | CLAY COUNTY SOE | 3750 ENTERPRISE AVE | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 83.75 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 114.21 | COLUMBIA COUNTY SUPERVISOR OF E | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.80 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 0.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST STE A | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 456.96 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 323.40 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 54.31 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.80 | GILCHRIST COUNTY SUPERVISOR OF EL | 112 S MAIN ST | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 25.99 | GLADES COUNTY SOE | 10 SE 1ST ST STE 137 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.99 | GULF COUNTY SOE | 401 LONG AVE | PORT ST JOE, FL 32456 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.35 | HAMILTON COUNTY SOE | US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.75 | HENDRY COUNTY SOE | PO BOX 668 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.75 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 5.40 | HIGHLANDS COUNTY SUPERVISOR OF EL | 508 S COMMERCE AVE NW A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 37.60 | HILLSBOROUGH COUNTY SUPERVISOR OF EL | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 52.00 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 26.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 40.00 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 19.75 | LAFAYETTE COUNTY SOE | 120 N MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2.80 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 289 | FT MYERS, FL 33902 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,079.55 | LEVY COUNTY SOE | 2480 THOMPSON ST FL 3 | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 17.95 | LEON COUNTY SUPERVISOR OF ELEC | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,186.92 | LEVY COUNTY SUPERVISOR OF ELE | 10818 NW STATE ROAD 20 | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 12.60 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1.75 | LITTOFF CAMPAIGNS LLC | 421 S COURT ST | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 12/13/2023 | 5,000.00 | LITTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTING | NON |
| 2023 | Q4 | 12/13/2023 | 46.02 | MADISON COUNTY SOE | 229 SW PINCKNEY ST | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,151.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,632.96 | MARION COUNTY SOE | 110 NW 8TH ST | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,914.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 524.40 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 4,766.40 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 300,000.00 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/13/2023 | 842.80 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 2,935.80 | ORANGE COUNTY SOE | 2990 APALACHEE PKWY # 1 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 35.10 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 22.36 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,505.00 | PCT CONSULTANTS, INC. | 2500 AGOURA RD STE PH 102 | LAKE SHERWOOD, CA 91302 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 423.55 | POLK COUNTY SOE | 2509 CRILL AVE STE 900 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 218.00 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 358.00 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 4.25 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 34.84 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | | ST. LUCIE COUNTY SUPERVISOR | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SE | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |

| Year | Q | Date | Amount | Payee | Address | City/State/ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/13/2023 | 3.08 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 1,607.25 | VOLUSIA COUNTY SOE | 3750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 17.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 17.08 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE STE 102 | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/13/2023 | 0.70 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/14/2023 | 13,250.00 | MIAMI PAYROLL CENTER | | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2023 | Q4 | 12/14/2023 | 46.00 | MIAMI PAYROLL CENTER | | MIAMI, FL 33186 | PAYROLL TAXES | NON |
| 2023 | Q4 | 12/14/2023 | 40.00 | MIAMI PAYROLL CENTER | | MIAMI, FL 33186 | SALARIES | NON |
| 2023 | Q4 | 12/15/2023 | 103.79 | ALACHUA COUNTY SUPERVISOR OF EL | 515 N MAIN ST STE F3 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 103.79 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 129.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 119.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 113.40 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 63.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 68.75 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 58.20 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 30.07 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 84.50 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 37.88 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/15/2023 | 125,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/15/2023 | 307.20 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 120.45 | ST. JOHNS COUNTY SUPERVISOR OF EL | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 66.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 24.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.30 | DIXIE COUNTY SOE | 229 NE 351 HWY STE 4 | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 9.10 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 35.95 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 96.00 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY BLDG | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 45.55 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 11.25 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 84.55 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.88 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.75 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.60 | GADSDEN COUNTY SOE | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.10 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.35 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.88 | HIGHLANDS COUNTY SUPERVISOR OF | 580 S COMMERCE AVE RM A201 | SEBRING, FL 33870 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.00 | HOLMES COUNTY SUPERVISOR OF E | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.00 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32446 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 12.15 | JEFFERSON COUNTY SOE | 1175 N WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.40 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 53.82 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.25 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.08 | LEVY COUNTY SOE | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.20 | LIBERTY COUNTY SOE | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.04 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 300.00 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 75.20 | MIAMI-DADE COUNTY | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 4.50 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 17.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 1.30 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.47 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 31.59 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.65 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 3.44 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 22.40 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 2.52 | SUWANNEE COUNTY SOE | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.53 | TAYLOR COUNTY SOE | 433 N CLARK ST | PERRY, FL 32347 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 9,500.00 | THE WHITSON GROUP | 4616 RAKNOB BLVD | JACKSONVILLE, FL 32225 | PETITIONS GATHERING | NON |
| 2023 | Q4 | 12/18/2023 | 16.00 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/18/2023 | 0.30 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | NON |

689

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/19/2023 | 68.80 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 732.35 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT. LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 392.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 67.86 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 350.00 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 136.08 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 332.58 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 350.00 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 287.12 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 275.00 | ST. JOHNS COUNTY SUPERVISOR O | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/19/2023 | 286.25 | VOLUSIA COUNTY SUPERVISOR OF E | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 482.40 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 146.10 | BAY COUNTY SUPERVISOR OF ELE | 830 W 11TH ST STE A | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1,537.92 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE STE 5 | STARKE, FL 32091 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 7.50 | BREVARD COUNTY SUPERVISOR OF E | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3,635.20 | CALHOUN COUNTY SOE | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 6,451.10 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 178.48 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | INVERNESS, FL 34450 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 258.65 | COLUMBIA COUNTY SUPERVISOR OF | PO BOX 337 | LAKE CITY, FL 34055 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 35.50 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 4.75 | DIXIE COUNTY SOE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2.50 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 389.76 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2.50 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 114.00 | GADSDEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2.40 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 70.80 | GLADES COUNTY SUPERVISOR OF EL | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1.80 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3.15 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3.50 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 11.00 | HERNANDO COUNTY SUPERVISOR OF | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 6.90 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 45.20 | HOLMES COUNTY SUPERVISOR OF ELE | 201 N OKLAHOMA ST STE A201 | BONIFAY, FL 32425 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 169.00 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 7.80 | JACKSON COUNTY SUPERVISOR OF E | PO BOX 337 | MARIANNA, FL 32448 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 64.50 | JEFFERSON COUNTY SOE | 435 W WALNUT ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 30.00 | LAFAYETTE COUNTY SOE | 120 W MAIN ST # 129 | MAYO, FL 32066 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 20.00 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1,266.50 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1,512.60 | MADISON COUNTY SOE | 229 SW PINCKNEY ST RM 114 | MADISON, FL 32340 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2.80 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 794.64 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 274.05 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3,068.10 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 6,074.28 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 129.20 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 963.21 | ORANGE COUNTY SOE | 119 W KALEY ST | ORLANDO, FL 32806 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 454.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 363.84 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 373.58 | PASCO COUNTY SUPERVISOR OF ELE | 14236 6TH ST | DADE CITY, FL 33526 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 96.20 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33830 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 3,539.70 | PUTNAM COUNTY SOE | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 34.83 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 1,161.40 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2023 | Q4 | 12/20/2023 | 2,086.47 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/28/2023 | 267.85 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 595.60 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 280.00 | SUMTER COUNTY SUPERVISOR OF | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 3.60 | WASHINGTON COUNTY SUPERVISOR OF | 3421 JACKSON ST | CHIPLEY, FL 32428 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/21/2023 | 100,000.00 | PCI CONSULTANTS, INC. | 26500 AGOURA RD STE 102 | CALABASAS, CA 91302 | CONSULTING | HON |
| 2023 | Q4 | 12/20/2023 | 47.70 | ALACHUA COUNTY SUPERVISOR OF | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 5,223.64 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 824 | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | HON |
| 2023 | Q4 | 12/20/2023 | 18.73 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 3.50 | TAYLOR COUNTY SOE | 433 N BYRON BUTLER PKWY | PERRY, FL 32348 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 3.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 3.50 | UNION COUNTY SOE | 175 W MAIN ST | LAKE BUTLER, FL 32054 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 75.28 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 1,401.00 | WALTON COUNTY SUPERVISOR OF EL | 571 US HIGHWAY 90 E | DEFUNIAK SPRINGS, FL 32433 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 75.28 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 141.94 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 338.53 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 47.84 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 67.68 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 25.00 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32314 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 5,000.00 | LIFTOFF CAMPAIGNS LLC | PO BOX 181 | TALLAHASSEE, FL 32302 | FUNDRAISING CONSULTING | HON |
| 2023 | Q4 | 12/22/2023 | 425.08 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/21/2023 | 35.00 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 837.20 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 316.50 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 55.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 59.75 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 1,346.80 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 45.00 | ORANGE COUNTY SOE | PO BOX 562000 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 188.18 | OSCEOLA COUNTY SUPERVISOR OF | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/20/2023 | 840.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 159.57 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 72.75 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 91.80 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 159.88 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 98.55 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 44.46 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/22/2023 | 269.21 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/06/2023 | 272.40 | SUWANNEE COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/26/2023 | 91.23 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | HON |
| 2023 | Q4 | 12/27/2023 | 94.72 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | HON |
| 2023 | Q4 | 12/27/2023 | 687.73 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 92.16 | BREVARD COUNTY SOE | 2959 APALACHEE PKWY # 1 | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 633.10 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 471.08 | BREVARD COUNTY SOE | 2959 APALACHEE PKWY # 1 | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 266.76 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 420.18 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 312.24 | LEE COUNTY SOE | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 17.60 | ORANGE COUNTY SOE | PO BOX 562000 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 2,181.12 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | DORAL, FL 33172 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 159.57 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 303.59 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 125.13 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 54.00 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD STE 125 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 33.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/27/2023 | 119.04 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 644.08 | OKALOOSA COUNTY SUPERVISOR OF | 1250 N EGLIN PKWY STE 101 | SHALIMAR, FL 32579 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 20.04 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32314 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 36.45 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 97.76 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 74.88 | SEMINOLE COUNTY SOE | PO BOX 1479 | SANFORD, FL 32772 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 26.40 | CITRUS COUNTY SUPERVISOR OF EL | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 35.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 35.75 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | HON |
| 2023 | Q4 | 12/28/2023 | 35.75 | ESCAMBIA COUNTY SUPERVISOR OF E | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | HON |

| Year | Qtr | Date | Amount | Payee | Address | City/State | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2023 | Q4 | 12/28/2023 | 59.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 181.35 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 31.49 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 65.52 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 74.60 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 27.00 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 72,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2023 | Q4 | 12/28/2023 | 61.75 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 168.75 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2023 | Q4 | 12/28/2023 | 96.39 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2023 | Q4 | 12/28/2023 | 69.30 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 131.50 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 48.50 | ST. JOHNS COUNTY SUPERVISOR OF EL | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 39.60 | SUMTER COUNTY SUPERVISOR OF EL | 7525 POWELL RD STE 120 | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 36.80 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 0.80 | PASCO COUNTY SUPERVISOR O | 13081 STARKEY RD | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 25.30 | PINELLAS COUNTY SUPERVISOR | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/28/2023 | 780.71 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/29/2023 | 168.75 | HIGHLANDS COUNTY SOE | PO BOX 3496 | SEBRING, FL 33870 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/29/2023 | 96.39 | SEMINOLE COUNTY SOE | 1500 E AIRPORT BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | MON |
| 2023 | Q4 | 12/30/2023 | 14,500.00 | THE WHITSON GROUP | 4516 RANDOM BLVD | JACKSONVILLE, FL 32205 | CONSULTING | MON |
| 2023 | Q4 | 12/31/2023 | 7.50 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | Q1 | 01/02/2024 | 3,426.01 | PARAGON | 366 SAN FRANCISCO CA | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | Q1 | 01/02/2024 | 72.60 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/02/2024 | 6.30 | BREVARD COUNTY SUPERVISOR OF E | 2725 JUDGE FRAN JAMIESON WAY STE A | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 2,400.85 | BAKER COUNTY SUPERVISOR OF E | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 8.90 | BAY COUNTY SOE | 830 W 11TH ST | PANAMA CITY, FL 32401 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 20.48 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 186.24 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 44.16 | CLAY COUNTY SOE | PO BOX 337 | GREEN COVE SPRINGS, FL 32043 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 17.86 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 6.30 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 28.80 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/02/2024 | 6.50 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 0.80 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 3.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON ST | QUINCY, FL 32351 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 0.90 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.00 | HAMILTON COUNTY SOE | 207 NE 1ST ST | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.88 | HARDEE COUNTY SOE | 311 N 6TH AVE | WAUCHULA, FL 33873 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 2.10 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.00 | HERNANDO COUNTY SOE | 16264 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 20.80 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.50 | HOLMES COUNTY SUPERVISOR OF ELE | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 12.25 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 4.50 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 3.75 | JEFFERSON COUNTY SOE | 435 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 0.09 | LAFAYETTE COUNTY SOE | 120 W MAIN ST | MAYO, FL 32066 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 23.40 | LAKE COUNTY SOE | PO BOX 457 | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 19.35 | LEON COUNTY SOE | 2480 THOMASON ST FL 3 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 39.40 | LEON COUNTY SOE | 2990 APALACHEE PKWY # 1 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 5,000.00 | LEE COUNTY CAMPAIGNS LLC | 485 E MELBOURNE AVE | SILVER SPRINGS, FL 20901 | GATHERING | MON |
| 2024 | Q1 | 01/03/2024 | 2.34 | LEVY COUNTY SOE | 225 SW PINCKNEY ST RM 113 | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 32.50 | MADISON COUNTY SOE | 600 301 BLVD W STE 108 | MADISON, FL 32340 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 47.52 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 4.05 | MARION COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | OCALA, FL 34478 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 46.05 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 18.45 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.90 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 34.94 | ODP BUSINESS SOLUTIONS | 6855 15TH ST NW STE 650 | WASHINGTON, DC 20001 | DATABASE MANAGEMENT PRINTING | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/03/2024 | 34.94 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | MON |
| 2024 | Q1 | 01/03/2024 | 94.16 | ODP BUSINESS SOLUTIONS | PO BOX 7241 | SIOUX FALLS, SD 57117 | PRINTING | MON |
| 2024 | Q1 | 01/03/2024 | 0.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 70.31 | OKEECHOBEE COUNTY SOE | 304 NW 2ND ST RM 114 | OKEECHOBEE, FL 34972 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 77.28 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 113.28 | PALM BEACH COUNTY SUPERVISOR OF EL | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 6.75 | PASCO COUNTY SUPERVISOR OF ELE | PO BOX 300 | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 25.16 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 22.10 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 19.78 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 79.50 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 7.26 | PUTNAM COUNTY SOE | PO BOX 1479 | PALATKA, FL 32177 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 13.20 | ST. JOHNS COUNTY SOE | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 4.50 | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 4.50 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.50 | SUWANNEE COUNTY SUPERVISOR OF | 302 PINE AVE SW | LIVE OAK, FL 32064 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 2.50 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 4.85 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 1.50 | WALTON COUNTY SUPERVISOR OF EL | 571 E NELSON AVE UNIT B | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 5.52 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 34043 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 11.60 | COLLIER COUNTY SUPERVISOR OF | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/03/2024 | 10.80 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/04/2024 | 30.80 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | Q1 | 01/04/2024 | -222.80 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/04/2024 | 5,000.10 | LRTFOFF CAMPAIGNS LLC | | | FUNDRAISING CONSULTING | MON |
| 2024 | Q1 | 01/05/2024 | 22.75 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q1 | 01/05/2024 | 98.10 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | AIRFARE | MON |
| 2024 | Q1 | 01/05/2024 | 113.10 | JETBLUE AIRWAYS | 27-01 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q1 | 01/08/2024 | 60,000.00 | ALAN CONSULTANTS, INC. | 26500 ACQUIA RD STE PM 102 | CALABASAS, CA 91302 | CONSULTING | MON |
| 2024 | Q1 | 01/08/2024 | 0.90 | BAKER COUNTY SUPERVISOR OF E | 32 N 5TH ST STE A | MACCLENNY, FL 32063 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 1.50 | BRADFORD COUNTY SOE | PO BOX 58 | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 4.95 | BREVARD COUNTY SOE | PO BOX 410819 | MELBOURNE, FL 32941 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 39.15 | BROWARD COUNTY SUPERVISOR OF | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 5.85 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 0.84 | LEON COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 4.79 | MARTIN COUNTY SOE | 2990 APALACHEE PKWY # 1 | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 0.48 | ORANGE COUNTY SOE | PO BOX 562001 | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 0.40 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 8.88 | PALM BEACH COUNTY SUPERVISOR OF | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 3.04 | POLK COUNTY SOE | PO BOX 1460 | BARTOW, FL 33831 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 2.70 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/08/2024 | 3.84 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/08/2024 | 2.65 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 01/08/2024 | 0.85 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 5.82 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 0.08 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 42.23 | LEE COUNTY SUPERVISOR OF ELECT | 4 CORPORATE DR STE 780 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | 0.75 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33172 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | | ORANGE COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | | SEMINOLE COUNTY SOE | PO BOX 5606003 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | | ST. LUCIE COUNTY SOE | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/08/2024 | | STAPLES | 500 STAPLES DR | FRAMINGHAM, MA 01702 | SUPPLIES | MON |
| 2024 | Q1 | 01/08/2024 | | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/09/2024 | 9,500.00 | LRTFOFF CAMPAIGNS LLC | | | FUNDRAISING CONSULTING | MON |
| 2024 | Q1 | 01/11/2024 | 15.30 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 223.15 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q1 | 01/11/2024 | 285.44 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q1 | 01/11/2024 | 1.00 | BRADFORD COUNTY SOE | 945 N TEMPLE AVE | STARKE, FL 32091 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 27.73 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 18.99 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 39.41 | CITRUS COUNTY SOE | 1500 N MEADOWCREST BLVD | CRYSTAL RIVER, FL 34429 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.60 | CLAY COUNTY SOE | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 34043 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 11.60 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 22.75 | COLUMBIA COUNTY SOE | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 76.64 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | DIGITAL ADS | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/11/2024 | 11.00 | FLAGLER COUNTY SOE | PO BOX 901 | BUNNELL, FL 32110 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 18,450.00 | FLORIDA DEPARTMENT OF STATE | C/O BRAD MCVAY | TALLAHASSEE, FL 32399 | LATE PETITION FEES | MON |
| 2024 | Q1 | 01/11/2024 | 8.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE N | APALACHICOLA, FL 32320 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.50 | GILCHRIST COUNTY SOE | 112 S MAIN ST STE 137 | TRENTON, FL 32693 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.20 | GLADES COUNTY SOE | PO BOX 668 | MOORE HAVEN, FL 33471 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.25 | HAMILTON COUNTY SOE | 1153 US HIGHWAY 41 NW STE 1 | JASPER, FL 32052 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 14.00 | HERNANDO COUNTY SOE | 16240 SPRING HILL DR | BROOKSVILLE, FL 34604 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 11.00 | HIGHLANDS COUNTY SOE | 580 S COMMERCE AVE | SEBRING, FL 33872 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 198.90 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.25 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST | BONIFAY, FL 32425 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 14.75 | INDIAN RIVER COUNTY SUP OF EL | 4375 43RD AVE | VERO BEACH, FL 32967 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 6.50 | JACKSON COUNTY SOE | 2851 JEFFERSON ST | MARIANNA, FL 32448 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.25 | JEFFERSON COUNTY SOE | 1175 W WASHINGTON ST | MONTICELLO, FL 32344 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 47.50 | LAKE COUNTY SOE | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 34.44 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 1.80 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 68.80 | MANATEE COUNTY SOE | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 42.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34470 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 0.50 | MARTIN COUNTY SOE | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 13,250.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q1 | 01/11/2024 | 62.50 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q1 | 01/11/2024 | 305.16 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q1 | 01/11/2024 | 11.70 | MONROE COUNTY SOE | 530 WHITEHEAD ST STE 101 | KEY WEST, FL 33040 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 19.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 1.10 | OKALOOSA COUNTY SOE | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 286.15 | ORANGE COUNTY SOE | PO BOX 562003 | ORLANDO, FL 32857 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 3.20 | OSCEOLA COUNTY SOE | 2509 STANREY RD | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 9.27 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 264.00 | PASCO COUNTY SUPERVISOR OF ELE | 14236 16TH ST | DADE CITY, FL 33526 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 302.94 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 32.25 | SANTA ROSA COUNTY SOE | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 99.00 | SARASOTA COUNTY SOE | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 64.02 | SEMINOLE COUNTY SOE | PO BOX 4470 | SANFORD, FL 32772 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/11/2024 | 12.80 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL RD | WILDWOOD, FL 34785 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 02/19/2024 | 65,900.00 | PCT CONSULTANTS, INC. | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | CONSULTING | NON |
| 2024 | Q1 | 02/19/2024 | 130,000.00 | PCT CONSULTANTS, INC. | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | CONSULTING | NON |
| 2024 | Q1 | 02/19/2024 | 375.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | NON |
| 2024 | Q1 | 02/23/2024 | 25.00 | AMERICA VOTES | 1155 CONNECTICUT AVE NW | WASHINGTON, DC 20005 | AMERICA VOTES STATE SUMMIT 2024 | NON |
| 2024 | Q1 | 02/23/2024 | 7,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 03/23/2024 | 35.00 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | NON |
| 2024 | Q1 | 03/28/2024 | 156.00 | UBER | 1515 3RD ST | SAN FRANCISCO, CA 94103 | LODGING | NON |
| 2024 | Q1 | 03/18/2024 | 5,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | NON |
| 2024 | Q1 | 03/15/2024 | 10,000.00 | GW STRATEGIES | 1133 19TH ST NW | WASHINGTON, DC 20005 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q1 | 01/24/2024 | 6.11 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 43.52 | BREVARD COUNTY SOE | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 6.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/23/2024 | 2.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 01/24/2024 | 75.00 | ESCAMBIA COUNTY SOE | 213 PALAFOX PL FL 2 | PENSACOLA, FL 32502 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.30 | HENDRY COUNTY SOE | PO BOX 174 | LABELLE, FL 33975 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 32.50 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 76.05 | HILLSBOROUGH COUNTY SOE | 601 E KENNEDY BLVD FL 16 | TAMPA, FL 33602 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 4.58 | INDIAN RIVER COUNTY SOE | 4375 43RD AVE | VERO BEACH, FL 32960 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 29.25 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST FL 3 | FORT MYERS, FL 33901 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 29.40 | LEON COUNTY SOE | PO BOX 7357 | TALLAHASSEE, FL 32301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.20 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 16.00 | LEVY COUNTY SUPERVISOR OF | 421 S COURT ST | BRONSON, FL 32621 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 66.74 | MIAMI-DADE COUNTY SOE | 2700 NW 87TH AVE | MIAMI, FL 33128 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.95 | NASSAU COUNTY SOE | 96135 NASSAU PL STE 3 | YULEE, FL 32097 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 0.90 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST | CRESTVIEW, FL 32536 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 01/24/2024 | 44.62 | ORANGE COUNTY SUPERVISOR OF | 302 N WILSON ST | ORLANDO, FL 32856 | PETITIONS VERIFICATION | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 01/24/2024 | 2.80 | OSCEOLA COUNTY SOE | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 118.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 14.12 | PINELLAS COUNTY SUPERVISOR OF ELE | | LARGO, FL 33779-3526 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 19.44 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.30 | PUTNAM COUNTY SOE | | PALATKA, FL 32177 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 3.01 | SANTA ROSA COUNTY SUP OF ELECT | 6495 CAROLINE ST STE F | MILTON, FL 32570 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.77 | SARASOTA COUNTY SOE | 2509 CRILL AVE STE 900 | SARASOTA, FL 34236 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 39.99 | SUMTER COUNTY SUP OF ELECT | 101 S WASHINGTON BLVD | SANFORD, FL 32771 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 2.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 9.75 | WAKULLA COUNTY SOE | 3115 CRAWFORDVILLE HWY UNIT B | CRAWFORDVILLE, FL 32327 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/24/2024 | 1.20 | WALTON COUNTY SOE | 571 E NELSON AVE | DEFUNIAK SPRING, FL 32433 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/26/2024 | 20,000.00 | ORANGE COUNTY SOE | | ORLANDO, FL 32856 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/25/2024 | 73.59 | WILLOCK | 177 W PUTNAM AVE | GREENWICH, CT | LODGING | NON |
| 2024 | Q1 | 01/25/2024 | 850.00 | HYDE RESIDENCES | 4111 S OCEAN DR | HOLLYWOOD, FL 33019 | LODGING | NON |
| 2024 | Q1 | 01/25/2024 | 723.67 | BUMPERACTIVE.COM | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/25/2024 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | NON |
| 2024 | Q1 | 01/26/2024 | 121.82 | TRAVELURO | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | LODGING | NON |
| 2024 | Q1 | 01/26/2024 | -7.50 | SUMTER COUNTY SUPERVISOR OF EL | 7335 POWELL RD | BUSHNELL, FL 33513 | REFUND FROM SUMTER COUNTY SOE | NON |
| 2024 | Q1 | 01/29/2024 | 7,400.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/29/2024 | 3,796.03 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | FUNDRAISING CONSULTING | NON |
| 2024 | Q1 | 01/29/2024 | 12,500.00 | BUMPERACTIVE.COM | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 513.75 | BUMPERACTIVE.COM | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/30/2024 | 20.93 | NAMECHEAP.COM | | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 01/30/2024 | 31.22 | NAMECHEAP.COM | | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 01/30/2024 | 26.92 | NAMECHEAP.COM | | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 01/30/2024 | 929.25 | ACTBLUE | | WASHINGTON, DC 20005 | ACTBLUE FEES | NON |
| 2024 | Q1 | 01/30/2024 | 1,767.89 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | NON |
| 2024 | Q1 | 01/30/2024 | 2,500.00 | LITTOFF CAMPAIGNS LLC | 36 SUMNER ST | BOSTON, MA 02114 | PROMO ITEMS/APPAREL | NON |
| 2024 | Q1 | 01/31/2024 | -1,201.01 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | NON |
| 2024 | Q1 | 01/31/2024 | 20.93 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | NON |
| 2024 | Q1 | 01/31/2024 | 340.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/01/2024 | 87.73 | ZOOM | | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | Q1 | 02/01/2024 | 72.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/02/2024 | -8.08 | BLOSSOM FLOWER | 1355 PARKET ST STE 438 | YONKERS, NY 10704 | EVENT FLOWERS | NON |
| 2024 | Q1 | 02/02/2024 | 3,646.48 | PARAGON | 999 PEACHTREE ST | | STAFF MEALS | NON |
| 2024 | Q1 | 02/02/2024 | 100,000.00 | PCT CONSULTANTS, INC. | 101 S MONROE ST | TALLAHASSEE, FL 32301 | VOTER PETITIONING SERVICES | NON |
| 2024 | Q1 | 02/02/2024 | 11.66 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/05/2024 | 20.92 | NAMECHEAP.COM | | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 02/05/2024 | 340.00 | ZOOM | | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | Q1 | 02/06/2024 | 675.38 | DOUBLETREE TALLAHASSEE | 101 S ADAMS ST | TALLAHASSEE, FL 32301 | LODGING | NON |
| 2024 | Q1 | 02/06/2024 | 9.28 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | Q1 | 02/07/2024 | 16.60 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/07/2024 | 35.00 | JOTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | NON |
| 2024 | Q1 | 02/07/2024 | 168.00 | INDUSTRIOUS | 245 PEACHTREE PLAZA DR | ATLANTA, FL 32901 | PRINTING | NON |
| 2024 | Q1 | 02/07/2024 | 59.06 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |
| 2024 | Q1 | 02/09/2024 | 302.84 | NAMECHEAP.COM | | PHOENIX, AZ 85034 | WEB DOMAINS | NON |
| 2024 | Q1 | 02/09/2024 | 10,000.00 | ASHLEIGH HOFFMAN | 2725 PENZANCE ST | FORT WORTH, TX 76155 | MILEAGE | NON |
| 2024 | Q1 | 02/09/2024 | 6,356.69 | GW STRATEGIES | 4333 AMON CARTER BLVD | PALM HARBOR, FL 34684 | FUNDRAISING CONSULTANT | NON |
| 2024 | Q1 | 02/09/2024 | 302.84 | LITTOFF CAMPAIGNS LLC | 463 E MELBOURNE AVE | MIAMI SHORES, FL 33153 | CONSULTING | NON |
| 2024 | Q1 | 02/09/2024 | 250,000.00 | MEYER, BLOHM AND POWELL, P.A. | 463 E MELBOURNE AVE | SILVER SPRING, MD 20901 | LEGAL SERVICES | NON |
| 2024 | Q1 | 02/12/2024 | 400.00 | SEDGWICK LUCY | 115 8TH AVE NE | SILVER SPRING, MD 20901 | CONSULTING | NON |
| 2024 | Q1 | 02/12/2024 | 15.16 | NAMECHEAP.COM | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | NON |

| Date | Q | Amount | Payee | Address | City, State | Category | Type |
|---|---|---|---|---|---|---|---|
| 02/14/2024 | Q1 | 18.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 02/14/2024 | Q1 | -39.01 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | PETITIONS REFUND | MON |
| 02/14/2024 | Q1 | 135.32 | TRUE AIRWAYS | 15 SLADE CT FL 3 | LONG ISLAND CITY, NY 11101 | REFUND PETITIONS | MON |
| 02/14/2024 | Q1 | 13,250.00 | MARION COUNTY SOE | PO BOX 289 | OCALA, FL 34478 | SALARIES | MON |
| 02/14/2024 | Q1 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 02/14/2024 | Q1 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 02/14/2024 | Q1 | -25.90 | SARASOTA COUNTY SUP OF ELECT | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 | VOIDED CHECK | MON |
| 02/14/2024 | Q1 | -0.88 | WASHINGTON COUNTY SOE | 1424 JACKSON AVE STE C | CHIPLEY, FL 32428 | VOIDED CHECK | MON |
| 02/15/2024 | Q1 | 25,000.00 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 02/15/2024 | Q1 | 700,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS | MON |
| 02/21/2024 | Q1 | 18.00 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DOMAINS | MON |
| 02/20/2024 | Q1 | 171.19 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 02/20/2024 | Q1 | 296.50 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 02/20/2024 | Q1 | 83.49 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 02/21/2024 | Q1 | 83.89 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 02/21/2024 | Q1 | 9,835.49 | BFF COMPLIANCE | 6615 S DIXIE HWY NO 148 | MIAMI, FL 33143 | ACCOUNTING & COMPLIANCE | MON |
| 02/21/2024 | Q1 | 50.00 | MGM GRAND LAS VEGAS | 3799 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | DIGITAL ADS | MON |
| 02/22/2024 | Q1 | 734.29 | BERGER HIRSCHBERG STRATEGIES | 1010 VERMONT AVE NW STE 814 | WASHINGTON, DC 20005 | CONSULTING | MON |
| 02/28/2024 | Q1 | 12.00 | DELTA AIR | 1030 DELTA BLVD | ATLANTA, GA 30320 | LODGING | MON |
| 02/23/2024 | Q1 | 453.20 | DELTA AIR | 1030 DELTA BLVD | ATLANTA, GA 30320 | AIRFARE | MON |
| 02/27/2024 | Q1 | 200.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 02/27/2024 | Q1 | 114.92 | ENTERPRISE RENT-A-CAR | 600 CORPORATE PARK DR | SAINT LOUIS, MO 63105 | PETITIONS | MON |
| 02/27/2024 | Q1 | 3.80 | HOLLYWOOD TOWN PARKING | 321 N FORT LAUDERDALE BEACH BLVD | FORT LAUDERDALE, FL 33304 | PARKING | MON |
| 02/28/2024 | Q1 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 02/28/2024 | Q1 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 02/28/2024 | Q1 | 298.82 | MINUTEMAN PRESS | 104 RIDGE RD # A | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 02/28/2024 | Q1 | 441.60 | SYNONYS | 100 RIDGE RD # A | NORTH ARLINGTON, NJ 07031 | MARKETING | MON |
| 02/29/2024 | Q1 | 25.35 | TALLAHASSEE AIRPORT PARKING | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MON |
| 02/29/2024 | Q1 | 610.00 | ALLIANT | 365 CANTON ST | SOMERVILLE, MA 02144 | INSURANCE | MON |
| 02/29/2024 | Q1 | 35.31 | DEMOCRACY ENGINE | 137 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 02/29/2024 | Q1 | 2,887.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | MERCHANT FEES | MON |
| 02/29/2024 | Q1 | 1,230.61 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 03/01/2024 | Q1 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 03/01/2024 | Q1 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 03/01/2024 | Q1 | 240.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/01/2024 | Q1 | 72.80 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/01/2024 | Q1 | -0.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/01/2024 | Q1 | 10,000.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/01/2024 | Q1 | 1,487.71 | LIFTOFF CAMPAIGNS LLC | 403 THE MEADOWS | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTANT | MON |
| 03/01/2024 | Q1 | 470,000.00 | PARAGON | 141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | FUNDRAISING CONSULTING | MON |
| 03/04/2024 | Q1 | 5,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | MERCHANT FEES | MON |
| 03/04/2024 | Q1 | 5,000.00 | TAYLOR AGUILERA | | LAKELAND, FL 33810 | PETITIONS | MON |
| 03/04/2024 | Q1 | -5.11 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | ORGANIZING SERVICES | MON |
| 03/05/2024 | Q1 | -27.73 | BREVARD GROUP | PO BOX 410180 | MELBOURNE, FL 32941 | PETITIONS | MON |
| 03/05/2024 | Q1 | -6.11 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | REFUND | MON |
| 03/06/2024 | Q1 | -28.35 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR ST | PUNTA GORDA, FL 33950 | VOIDED CHECK | MON |
| 03/06/2024 | Q1 | -13.77 | LEE COUNTY SUPERVISOR OF ELECT | PO BOX 2545 | FORT MYERS, FL 33901 | VOIDED CHECK | MON |
| 03/07/2024 | Q1 | 7,174.00 | PINELLAS COUNTY SOE | 13001 STARKEY RD | LARGO, FL 33773 | REFUND PETITIONS | MON |
| 03/07/2024 | Q1 | 509.98 | AMERICAN AIRLINES | 1 SKYVIEW DR | FORT WORTH, TX 76155 | AIRFARE | MON |
| 03/08/2024 | Q1 | 566.21 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | MARKETING | MON |
| 03/11/2024 | Q1 | 39.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | DIGITAL ADS | MON |
| 03/12/2024 | Q1 | 39.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/12/2024 | Q1 | 39.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/12/2024 | Q1 | 25,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | CONSULTING | MON |
| 03/13/2024 | Q1 | -6.00 | VOLUSIA COUNTY SOE | 1750 S WOODLAND BLVD | DELAND, FL 32720 | DIGITAL ADS | MON |
| 03/14/2024 | Q1 | 600.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 03/14/2024 | Q1 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | MARKETING | MON |
| 03/15/2024 | Q1 | 463.20 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 03/14/2024 | Q1 | 13,250.00 | DELTA AIR | 1030 DELTA BLVD | ATLANTA, GA 30320 | AIRFARE | MON |
| 03/14/2024 | Q1 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 03/14/2024 | Q1 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 03/15/2024 | Q1 | 15,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PH 102 | CALABASAS, CA 91302 | PETITIONS | MON |

| Year | Q | Date | Amount | Payee | Address | City / State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q1 | 03/18/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/19/2024 | 28.40 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | MARKETING | MON |
| 2024 | Q1 | 03/19/2024 | 600.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/21/2024 | 875.15 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL | MON |
| 2024 | Q1 | 03/21/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/22/2024 | 68.84 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q1 | 03/22/2024 | 20,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 03/26/2024 | 15.16 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | MERCHANT FEES | MON |
| 2024 | Q1 | 03/27/2024 | 660.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q1 | 03/27/2024 | 46.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEES | MON |
| 2024 | Q1 | 03/28/2024 | 497.25 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q1 | 03/28/2024 | 78.81 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 03/29/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q1 | 03/29/2024 | 2,357.89 | GREENPOINT STRATEGIES, INC | 3607 MOSSY CREEK LN | TALLAHASSEE, FL 32311 | ORGANIZING SERVICES | MON |
| 2024 | Q1 | 03/31/2024 | 10,000.00 | PCT CONSULTANTS, INC. | 26500 AGOURA RD STE PM 102 | CALABASAS, CA 91302 | PETITIONS VERIFICATION | MON |
| 2024 | Q1 | 03/31/2024 | 2,500.00 | THE WHITSON GROUP | 366 SUMNER ST | JACKSONVILLE, FL 32204 | TRAVEL REIMBURSEMENT | MON |
| 2024 | Q1 | 03/31/2024 | 435.37 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | Q1 | 03/31/2024 | 92.22 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | VOTER DATA | MON |
| 2024 | Q2 | 04/01/2024 | 874.67 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | Q2 | 04/01/2024 | 363.75 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 | PETITIONS VERIFICATION | MON |
| 2024 | Q2 | 04/01/2024 | 59,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 04/01/2024 | 50.00 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 04/02/2024 | 7,500.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 04/02/2024 | 1,574.50 | WOMEN'S VOICES OF SW FL FUND | 1680 APHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DONATION | MON |
| 2024 | Q2 | 04/02/2024 | 399.82 | ZOO PRINTING | 4329 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | Q2 | 04/02/2024 | 208,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 04/02/2024 | 15.74 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | Q2 | 04/02/2024 | 134.50 | AMERICAN AIRLINES | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | MON |
| 2024 | Q2 | 04/02/2024 | 70.00 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MON |
| 2024 | Q2 | 04/02/2024 | 319.93 | NGP VAN/EVERYACTION | 655 15TH ST NW | WASHINGTON, DC 20005 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 04/02/2024 | 479.99 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | SUPPLIES | MON |
| 2024 | Q2 | 04/02/2024 | 204.00 | STICKER MULE | 26500 AGOURA RD | CALABASAS, CA 91302 | PROMO ITEMS | MON |
| 2024 | Q2 | 04/03/2024 | 39.00 | USPS | 475 L'ENFANT PLZ SW | WASHINGTON, DC 20260 | POSTAGE | MON |
| 2024 | Q2 | 04/03/2024 | 288.16 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/03/2024 | 489.83 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/03/2024 | 22.84 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES | MON |
| 2024 | Q2 | 04/03/2024 | 101.46 | EXPEDIA GROUP MAY W | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/04/2024 | 2,765.52 | HILTON HOTELS | 1600 APHITHEATRE PKWY | MCLEAN, VA 22102 | PRINTING | MON |
| 2024 | Q2 | 04/04/2024 | 138.65 | LUCHINI ITALIAN RESTAURANT | 30 E 58TH ST | NEW YORK, NY 10022 | EVENT SUPPLIES | MON |
| 2024 | Q2 | 04/05/2024 | 946.73 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | LODGING | MON |
| 2024 | Q2 | 04/05/2024 | 202.08 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | STAFF MEALS | MON |
| 2024 | Q2 | 04/08/2024 | 1,099.59 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/08/2024 | 500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 04/08/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 04/08/2024 | 5,500.00 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SALARIES | MON |
| 2024 | Q2 | 04/08/2024 | 49.00 | PUBLIX ORLANDO | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/09/2024 | 6.77 | AMAZON | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SUPPLIES FOR EVENT | MON |
| 2024 | Q2 | 04/10/2024 | 400,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | MELBOURNE, FL 32901 | SUPPLIES | MON |
| 2024 | Q2 | 04/10/2024 | 1,138.63 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | STORAGE | MON |
| 2024 | Q2 | 04/10/2024 | 792.36 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/11/2024 | 500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 04/11/2024 | 3,778.55 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/12/2024 | 1,480.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | LODGING | MON |
| 2024 | Q2 | 04/12/2024 | 3,778.55 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | PAYROLL FEE | MON |
| 2024 | Q2 | 04/12/2024 | 403.16 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 04/12/2024 | 188.55 | PUBLIX ORLANDO | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SALARIES | MON |
| 2024 | Q2 | 04/12/2024 | 6.77 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SALARIES | MON |
| 2024 | Q2 | 04/12/2024 | 34.42 | CENTURY STORAGE | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/15/2024 | 792.36 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/15/2024 | 500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | LODGING | MON |
| 2024 | Q2 | 04/15/2024 | 5,500.00 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | LODGING | MON |
| 2024 | Q2 | 04/15/2024 | 1,138.63 | MGM GRAND LAS VEGAS | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SUPPLIES FOR EVENT | MON |
| 2024 | Q2 | 04/16/2024 | 188.55 | PUBLIX ORLANDO | 3770 LAS VEGAS BLVD S | LAS VEGAS, NV 89109 | SUPPLIES | MON |
| 2024 | Q2 | 04/16/2024 | 6.77 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | STORAGE | MON |
| 2024 | Q2 | 04/16/2024 | 34.42 | CENTURY STORAGE | 1400 E COLONIAL DR | ORLANDO, FL 32803 | STORAGE | MON |
| 2024 | Q2 | 04/16/2024 | 69.91 | CENTURY STORAGE | 1400 E COLONIAL DR | ORLANDO, FL 32803 | STORAGE | MON |
| 2024 | Q2 | 04/17/2024 | 196.67 | BUMPERACTIVE.COM | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | PROMO ITEMS | MON |
| 2024 | Q2 | 04/17/2024 | 352.97 | BUMPERACTIVE.COM | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | PROMO ITEMS | MON |

Case 4:25-cv-00211-MW-MAF    Document 653-2    Filed 02/19/26    Page 701 of 942

| Year | Qtr | Date | Amount | Payee | Address | City/State | Category | Source |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 04/17/2024 | 481.67 | BUMPERACTIVE.COM | 5987 BURNET RD | AUSTIN, TX 78757 | PROMO ITEMS | MON |
| 2024 | Q2 | 04/17/2024 | 5,005.14 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | MON |
| 2024 | Q2 | 04/17/2024 | 13,128.00 | TRULY SOCIAL | 260 1ST AVE S STE 300 | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 04/17/2024 | 350.00 | THE AV GUYS | 9406 AMERICAN EAGLE WAY STE 200 | ORLANDO, FL 32837 | RENTAL EQUIPMENT | MON |
| 2024 | Q2 | 04/19/2024 | 1,125.00 | IDEALIST ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | DONATION | MON |
| 2024 | Q2 | 04/19/2024 | 24.50 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/19/2024 | 113.10 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/22/2024 | 159.01 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 04/22/2024 | 800.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/23/2024 | 19.85 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/23/2024 | 24.50 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/23/2024 | 168.10 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 04/23/2024 | 24.59 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 04/23/2024 | 800.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/23/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/23/2024 | 13.20 | NAMECHEAP.COM | 4600 E WASHINGTON ST STE 305 | PHOENIX, AZ 85034 | DOMAINS | MON |
| 2024 | Q2 | 04/23/2024 | 120.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | Q2 | 04/23/2024 | 224.28 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |
| 2024 | Q2 | 04/24/2024 | 12.99 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |
| 2024 | Q2 | 04/24/2024 | 156.09 | SPIRIT AIR | 2800 EXECUTIVE WAY | MIRAMAR, FL 33025 | AIRFARE | MON |
| 2024 | Q2 | 04/25/2024 | 376.67 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | Q2 | 04/25/2024 | 218.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 04/25/2024 | 183.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 04/25/2024 | 21.88 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/25/2024 | 273.80 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 04/25/2024 | 2,887.80 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/25/2024 | -375.00 | AMERICA VOTES | 1155 CONNECTICUT AVE NW | WASHINGTON, DC 20036 | REFUND VOTES STATE SUMMIT 2024 | REF |
| 2024 | Q2 | 04/25/2024 | 13.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 04/25/2024 | 1,669.77 | GREENPOINT STRATEGIES, INC | 3607 MOSSY CREEK LN | OAKBROOK TERRAC., IL 60181 | OUTREACH | MON |
| 2024 | Q2 | 04/25/2024 | 35,000.00 | GM STRATEGIES | PO BOX 531341 | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 04/26/2024 | 1,790.39 | LAUREN BRENZEL | 5903 STONELER RD | TALLAHASSEE, FL 32303 | REIMB TRAVEL EXPS | RPB |
| 2024 | Q2 | 04/26/2024 | 14,000.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MO 20901 | MEDIA/ADVERTISING | MON |
| 2024 | Q2 | 04/26/2024 | 211.95 | HIGH CONGRESS EDUCATION | PO BOX 530124 | DENVER, CO 80203 | REIMB | RPB |
| 2024 | Q2 | 04/29/2024 | 360.00 | TAYLOR AGUILERA | 4884 MILLSTONE BLVD | LAKELAND, FL 33810 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 04/29/2024 | 2,500.00 | MONDAY.COM | 225 PARK AVE S | NEW YORK, NY 10003 | CONSULTING | MON |
| 2024 | Q2 | 04/29/2024 | 27.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | JACKSONVILLE, FL 32205 | INSURANCE | MON |
| 2024 | Q2 | 04/29/2024 | 37.00 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/29/2024 | 682.20 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | TRAVEL | MON |
| 2024 | Q2 | 04/29/2024 | 900.00 | DELTA AIR | PO BOX 20706 | ATLANTA, GA 30320 | TRAVEL | MON |
| 2024 | Q2 | 04/29/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/29/2024 | 122.01 | TOTALLYPROMOTIONAL | 1945 17TH ST | COLDWATER, OH 45828 | PROMO ITEMS | MON |
| 2024 | Q2 | 04/29/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 459 S 2ND ST | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | Q2 | 04/29/2024 | 4,391.34 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | Q2 | 04/29/2024 | 103.99 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | Q2 | 04/29/2024 | 19.85 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRAC., IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 04/29/2024 | 5,192.28 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 04/30/2024 | 53.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 04/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 1,900.25 | MIAMI PAYROLL CENTER | 13280 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | SALARIES | MON |
| 2024 | Q2 | 04/30/2024 | 400,000.00 | PCI CONSULTANTS, INC. | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 04/30/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/01/2024 | 100.00 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | DONATION | MON |
| 2024 | Q2 | 05/01/2024 | 7,127.95 | BFF COMPLIANCE | 1601 WILLOW RD | MENLO PARK, CA 94025 | MERCHANT FEES | MON |
| 2024 | Q2 | 05/01/2024 | 8,433.03 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRAN., CA 94080 | ACCOUNTING & COMPLIANCE | MON |
| 2024 | Q2 | 05/01/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | 05/01/2024 | 22.14 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/01/2024 | 335.00 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/01/2024 | 393.25 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | MON |
| 2024 | Q2 | 04/30/2024 | 205.42 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 293.54 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 293.25 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 04/30/2024 | 484.40 | LANTANA | 3182 LITTLE SOUND DR | ORLANDO, FL 32827 | TRANSLATION SRVS | MON |
| 2024 | Q2 | 04/29/2024 | 900.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | Q2 | 05/02/2024 | 25.35 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | Q2 | 05/02/2024 | 113.40 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |

698

| Year | Qtr | Date | Amount | Payee | Address | City / State | Category | Acct |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 05/02/2024 | 448.34 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/02/2024 | 500.00 | IDEALIST ORG | 389 5TH AVE FL 9 | NEW YORK, NY 10016 | DONATION | MON |
| 2024 | Q2 | 05/02/2024 | 14,396.22 | PARAGON | 2141 E BROADWAY RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2024 | Q2 | 05/01/2024 | 888.00 | | 888 BONHAM ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | Q2 | 05/02/2024 | 900.00 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/03/2024 | 10,000.00 | RAYMER MAGUIRE | PO BOX 551341 | POMPANO BEACH, FL 33060 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 05/03/2024 | 5,645.00 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/03/2024 | -27.00 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/03/2024 | 68.79 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/03/2024 | 68.79 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/06/2024 | 307.10 | AMERICAN AIRLINES | 1 NE 17TH AVE | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/06/2024 | 311.84 | BOOKING.COM | 28 LIBERTY ST FL 29 | NORWALK, CT 06851 | TRAVEL | MON |
| 2024 | Q2 | 05/06/2024 | 232.10 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/06/2024 | 555.10 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/06/2024 | 900.00 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/07/2024 | 300.60 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 05/07/2024 | 39.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/07/2024 | 16.00 | JOTFORM INC | | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/08/2024 | 1,750.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | Q2 | 05/08/2024 | 164.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/09/2024 | 17,944.00 | COMPASS HOTEL NAPLES | | NAPLES, FL 34103 | LODGING | MON |
| 2024 | Q2 | 05/09/2024 | 227,000.00 | PERSPECTIVE.COM | | SUNNYVALE, CA 94086 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/09/2024 | 2,443.38 | STICKER MULE | 336 FOREST AVE | AMSTERDAM, NY 12010 | PROMO ITEMS | MON |
| 2024 | Q2 | 05/10/2024 | 25.97 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 05/10/2024 | 9.38 | ALLIANZ TRAVEL INSURANCE | 2 MID AMERICA PLZ STE 200 | OAKBROOK TERRACE, IL 60181 | INSURANCE | MON |
| 2024 | Q2 | 05/10/2024 | 31.38 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 562.48 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 2,600.00 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 900.00 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/10/2024 | 153.01 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/13/2024 | 10.00 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/13/2024 | 72.80 | HAMPTON INN | 1694 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | LODGING | MON |
| 2024 | Q2 | 05/13/2024 | 900.00 | AIRPORT PARKING TALLAHASSEE | | TALLAHASSEE, FL 32310 | PARKING | MON |
| 2024 | Q2 | 05/13/2024 | 1,800.65 | FACEBOOK | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/14/2024 | 19.20 | ASHLEIGH HOFFMAN | | | CONSULTING | MON |
| 2024 | Q2 | 05/14/2024 | 8,250.00 | BRIGHTLINE | | | TRAVEL | MON |
| 2024 | Q2 | 05/14/2024 | 599.74 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | Q2 | 05/14/2024 | 5.28 | EZ CATERING | | | CATERING FOR EVENT | MON |
| 2024 | Q2 | 05/14/2024 | 58.60 | M9 STRATEGIES LLC | | | CONSULTING FOR EVENT | MON |
| 2024 | Q2 | 05/14/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAXES | MON |
| 2024 | Q2 | 05/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 1,705.83 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 4,200.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 5,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/14/2024 | 11,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 05/14/2024 | 1,705.83 | ASHLEIGH HOFFMAN | 1831 UPPER ELGIN RIVER RD | ELGIN, TX 78621 | SALARIES | MON |
| 2024 | Q2 | 05/15/2024 | 3.87 | BRIGHTLINE | | | TRAVEL | MON |
| 2024 | Q2 | 05/15/2024 | 33.99 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/15/2024 | 16.20 | EZ CATERING | | | CATERING FOR EVENT | MON |
| 2024 | Q2 | 05/15/2024 | 6,424.59 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | TRAVEL | MON |
| 2024 | Q2 | 05/16/2024 | 688.47 | PANTHER COFFEE | 2390 NW 2ND AVE | MIAMI, FL 33127 | COFFEE | MON |
| 2024 | Q2 | 05/16/2024 | 23.59 | RESIDENCE INN | 7335 WISCONSIN AVE | BETHESDA, MD 20814 | LODGING | MON |
| 2024 | Q2 | 05/16/2024 | 207.59 | RESIDENCE INN | 7335 WISCONSIN AVE | BETHESDA, MD 20814 | LODGING | MON |
| 2024 | Q2 | 05/16/2024 | 48.51 | THREE PALM CUBAN CAFE | 2388 N DIXIE HWY | WILTON MANORS, FL 33305 | MEALS | MON |
| 2024 | Q2 | 05/17/2024 | 48.00 | THREE PALM CUBAN CAFE | 2388 N DIXIE HWY | WILTON MANORS, FL 33305 | MEALS | MON |
| 2024 | Q2 | 05/20/2024 | 900.00 | GRAMPS BAR | 176 NW 24TH ST | MIAMI, FL 33127 | MEALS | MON |
| 2024 | Q2 | 05/20/2024 | | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q2 | | | THE MARQUETTE HOTEL | | MINNEAPOLIS, MN 55402 | LODGING | MON |
| 2024 | Q2 | | | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | | | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | Q2 | | | ABM ORLANDO | 9400 AIRPORT BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | Q2 | | | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |

| Year | Qtr | Date | Amount | Payee | Address | City, State | Category | Code |
|---|---|---|---|---|---|---|---|---|
| 2024 | Q2 | 05/28/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/28/2024 | 9.77 | GRAY FOX COFFEE | 801 MARQUETTE AVE | MINNEAPOLIS, MN 55402 | MEALS | MON |
| 2024 | Q2 | 05/28/2024 | 12.00 | FACEBOOK | 1201 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 05/28/2024 | 14.14 | JETBLUE AIRWAYS | 2708 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 05/28/2024 | 300.00 | JETBLUE AIRWAYS | 2708 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | Q2 | 05/28/2024 | 143.78 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/29/2024 | 360.00 | MONDAY.COM | 233 S WACKER DR | CHICAGO, IL 60606 | SUBSCRIPTIONS | MON |
| 2024 | Q2 | 05/29/2024 | 337.43 | UNITED | 233 S WACKER DR | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/28/2024 | 34.08 | UNITED | 233 S WACKER DR STE 600 | CHICAGO, IL 60606 | AIRFARE | MON |
| 2024 | Q2 | 05/28/2024 | 30.00 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | Q2 | 05/28/2024 | 7.66 | DEEPLY CAFE | 5993 STONELER RD | RICHMOND, VA 23228 | MEALS | MON |
| 2024 | Q2 | 05/22/2024 | 12.00 | ONE ELEVEN | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | MEALS | MON |
| 2024 | Q2 | 05/21/2024 | 578.28 | ACE HOTEL BROOKLYN | 252 SCHERMERHORN ST | BROOKLYN, NY 11217 | LODGING | MON |
| 2024 | Q2 | 05/22/2024 | 989.31 | LAUREN BRENZEL | | BROOKLYN, NY 11217 | REIMB TRAVEL EXPS | MON |
| 2024 | Q2 | 05/22/2024 | 900.00 | NYC REACH ORG | | NEW YORK, NY 10003 | POSTAGE | MON |
| 2024 | Q2 | 05/22/2024 | 1,725.00 | SPROUT SOCIAL INC | 131 S DEARBORN ST | CHICAGO, IL 60603 | SUPPLIES | MON |
| 2024 | Q2 | 05/22/2024 | 598.00 | BEST BUY | | | SUPPLIES | MON |
| 2024 | Q2 | 05/27/2024 | 319.59 | BEST BUY | | | SUPPLIES | MON |
| 2024 | Q2 | 05/27/2024 | 321.43 | BEST BUY | | | LODGING | MON |
| 2024 | Q2 | 05/28/2024 | 485.83 | HOTELS.COM | PO BOX 2754 | | LODGING | MON |
| 2024 | Q2 | 05/29/2024 | 520.20 | SYNOVUS | PO BOX 120 | | BANK FEE | MON |
| 2024 | Q2 | 05/29/2024 | 563.09 | COURTNEY BECKER | | | SUPPLIES | MON |
| 2024 | Q2 | 05/29/2024 | 335.91 | ELIAS LAW GROUP | 250 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | LEGAL SERVICES | MON |
| 2024 | Q2 | 05/28/2024 | 882.23 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 05/28/2024 | 598.00 | MARGARET GOOD | | SARASOTA, FL 34242 | SALARIES | MON |
| 2024 | Q2 | 05/28/2024 | 1,580.77 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 1,879.51 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 1,871.51 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 6,800.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/30/2024 | 70.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | Q2 | 05/31/2024 | 970.00 | MIAMI PAYROLL CENTER | 12300 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | Q2 | 05/31/2024 | 2,500.00 | THE MATTSON GROUP | | | TAXES | MON |
| 2024 | Q2 | 05/31/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | | | DONATION | MON |
| 2024 | Q2 | 05/31/2024 | 2,590.02 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | PROCESSING | MON |
| 2024 | Q2 | 05/30/2024 | 147.48 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | Q2 | 05/30/2024 | 313.25 | DEMOCRACY ENGINE | 1011 ARLINGTON BLVD | ARLINGTON, VA 22209 | MERCHANT FEES | MON |
| 2024 | Q2 | 05/31/2024 | 145.78 | FEDEX | 3900 FLORIDA AVE NW | WASHINGTON, DC 20001 | SHIPPING | MON |
| 2024 | Q2 | 05/31/2024 | 107.83 | FEDEX | 100 WILLOW AVE | | SHIPPING | MON |
| 2024 | Q2 | 05/31/2024 | 25.35 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANC., CA 94080 | POSTAGE | MON |
| 2024 | Q2 | 05/31/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | RHB |
| 2024 | Q2 | 06/02/2024 | 223.55 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | RHB |
| 2024 | Q2 | 06/02/2024 | 520.09 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | Q2 | 06/07/2024 | 10,000.00 | GW STRATEGIES | PO BOX 531341 | MOUNTAIN VIEW, CA 94043 | CONSULTING | MON |
| 2024 | Q2 | 06/03/2024 | 10,238.58 | PARAGON | 2141 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 06/03/2024 | 16.00 | TALLAHASSEE AIRPORT PARKING | 3300 CAPITAL CIR SW | TALLAHASSEE, FL 32310 | PARKING | MON |
| 2024 | Q2 | 06/03/2024 | 13,483.80 | SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 06/04/2024 | 25,000.00 | LUCY SEDGWICK | 115 8TH AVE NE | ST PETERSBURG, FL 33701 | FUNDRAISING CONSULTANT | MON |
| 2024 | Q2 | 06/04/2024 | 3,829.55 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | Q2 | 06/04/2024 | 66.65 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 06/04/2024 | 980.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | Q2 | 06/04/2024 | 717.72 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | Q2 | 06/05/2024 | 1,358.97 | LAWTON CONNECT | 649 TRIUMPH CT | ORLANDO, FL 32805 | PRINTING | MON |
| 2024 | Q2 | 06/05/2024 | 2.27 | LAWTON CONNECT | 649 TRIUMPH CT | ORLANDO, FL 32805 | PRINTING | MON |
| 2024 | Q2 | 06/06/2024 | 649.00 | | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | PL |
| 2024 | Q2 | 06/06/2024 | 4021.00 | REBRANDLY | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | PL |
| 2024 | Q2 | 06/06/2024 | 35.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | PL |
| 2024 | Q2 | 06/06/2024 | 2,508.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | PL |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1 | 06/07/2024 | 39.00 | 3DTFORM INC | 4 EMBARCADERO CTR STE 780 | SAN FRANCISCO, CA 94111 | SUBSCRIPTIONS | MON |
| 2024 | P1 | 06/07/2024 | 7,600.00 | LIFTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | CONSULTING | MON |
| 2024 | P1 | 06/07/2024 | 16.00 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | DIGITAL ADS | MON |
| 2024 | P1A | 06/07/2024 | 3.11 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P1A | 06/07/2024 | 88.62 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P1A | 06/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/10/2024 | 38.67 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1A | 06/10/2024 | 63.67 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1A | 06/10/2024 | 48.51 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P1 | 06/11/2024 | 401.22 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/11/2024 | 508.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P1 | 06/11/2024 | 235.14 | MAKE IT GOOD | PO BOX 30084 | SARASOTA, FL 34242 | REJM TRAVEL EXPS | MON |
| 2024 | P1 | 06/11/2024 | 1,395.36 | MOXIE MEDIA | 4729 EASTERN AVE | BALTIMORE, MD 21224 | MARKETING | MON |
| 2024 | P1 | 06/11/2024 | 235.07 | MOXIE MEDIA PL | 4729 EASTERN AVE | BALTIMORE, MD 21224 | MERCHANT FEES | MON |
| 2024 | P1 | 06/11/2024 | 1,072.50 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | P1 | 06/11/2024 | 95.00 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | MON |
| 2024 | P1 | 06/11/2024 | 594.96 | TAYLOR AGUILERA | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | MILEAGE | MON |
| 2024 | P1 | 06/12/2024 | 152.36 | ALLIANZ TRAVEL INSURANCE | 55 ALMADEN BLVD STE 200 | SAN JOSE, CA 95113 | INSURANCE | MON |
| 2024 | P1 | 06/12/2024 | 3,063.45 | ALLIANZ TRAVEL INSURANCE | 2 AVMV | SAN JOSE, CA 95113 | INSURANCE | MON |
| 2024 | P1 | 06/12/2024 | 371.95 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1 | 06/12/2024 | 8,250.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | P1 | 06/12/2024 | 87.50 | FOR THE RECORD REPORTING INC. | 1500 MAHAN DR STE 140 | TALLAHASSEE, FL 32308 | TRANSCRIPT | MON |
| 2024 | P1 | 06/13/2024 | 203.97 | MEYER, BLOOM AND POWELL, P.A. | 1529 NEW YORK AVE | NEW YORK, NY 10003 | LEGAL SERVICES | MON |
| 2024 | P1 | 06/13/2024 | 132.10 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1 | 06/13/2024 | 85.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | P1 | 06/13/2024 | 340.00 | HIPPODROME STATE THEATRE | 25 SE 2ND AVE | GAINESVILLE, FL 32601 | DONATIONS | MON |
| 2024 | P1 | 06/13/2024 | 53.78 | MOUNTAIN PRESS | 1041 RESOURCE DR | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 2024 | P1 | 06/13/2024 | 445.57 | NATIONAL COURT REPORTER | 1285 SUNRISE VALLEY DR STE 610 | RESTON, VA 20191 | VOTER MEDIA | MON |
| 2024 | P1 | 06/13/2024 | 285.53 | SIR SPEEDY | 26722 PLAZA | MISSION VIEJO, CA 92691 | PRINTING | MON |
| 2024 | P1 | 06/13/2024 | 545.25 | TARGET PRINT & MATL | 2843 INDUSTRIAL PLAZA DR | TALLAHASSEE, FL 32301 | PRINTING | MON |
| 2024 | P1 | 06/13/2024 | 268.14 | BOOK TALLAHASSEE | 2843 INDUSTRIAL PLAZA DR | TALLAHASSEE, FL 32301 | PAYROLL TAX | MON |
| 2024 | P1 | 06/13/2024 | 18.38 | THE UPS STORE | 504 ALL SAINTS ST | TALLAHASSEE, FL 32301 | STAFF MEALS | MON |
| 2024 | P1 | 06/13/2024 | 407.55 | ZOO PRINTING | 5647 E FIRESTONE BLVD | SOUTH GATE, CA 90280 | PRINTING | MON |
| 2024 | P1 | 06/13/2024 | 407.55 | ZOO PRINTING | 5647 E FIRESTONE BLVD | SOUTH GATE, CA 90280 | PRINTING | MON |
| 2024 | P1 | 06/14/2024 | 721.81 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P1 | 06/14/2024 | 109.00 | DEMOCRACY ENGINE | 151 NW 6TH ST | MIAMI, FL 33136 | MERCHANT FEES | MON |
| 2024 | P1 | 06/14/2024 | 204.51 | DEMOCRACY ENGINE | 2720 ONTARIO RD NW | WASHINGTON, DC 20009 | MERCHANT FEES | MON |
| 2024 | P1A | 06/14/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/14/2024 | 2,134.62 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 4,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 5,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 6,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P1A | 06/14/2024 | 1,437.53 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | PAYROLL FEE | MON |
| 2024 | P1 | 06/14/2024 | 18.12 | THE UPS STORE | 5004 E FOWLER AVE | TAMPA, FL 33617 | SHIPPING | MON |
| 2024 | P1 | 06/14/2024 | 629.03 | ZOO PRINTING | 5647 E FIRESTONE BLVD | SOUTH GATE, CA 90280 | PRINTING | MON |
| 2024 | P1 | 06/17/2024 | 27.13 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1 | 06/17/2024 | 30.81 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1A | 06/17/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P1A | 06/17/2024 | 43.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | P1 | 06/17/2024 | 1,305.40 | MINUTEMAN PRESS | 104 RIDGE RD # A | NORTH ARLINGTON, NJ 07031 | PRINTING | MON |
| 2024 | P1 | 06/17/2024 | 411.95 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | MON |
| 2024 | P1 | 06/17/2024 | 103.84 | TOTALLY PROMOTIONAL | 450 S 2ND ST | COLDWATER, OH 45828 | MARKETING | MON |
| 2024 | P1 | 06/17/2024 | 103.04 | TOTALLY PROMOTIONAL | 450 S 2ND ST | COLDWATER, OH 45828 | MARKETING | MON |
| 2024 | P1 | 06/18/2024 | 48.15 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P1 | 06/18/2024 | 196.47 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1 | 06/18/2024 | 21.80 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | P1A | 06/18/2024 | 49.55 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P1 | 06/18/2024 | 408.07 | TOTALLY PROMOTIONAL | 450 S 2ND ST | COLDWATER, OH 45828 | MARKETING | MON |
| 2024 | P1 | 06/19/2024 | 4,333.00 | AMON CARTER BLVD | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | MARKETING | MON |
| 2024 | P1 | 06/19/2024 | 5,907.00 | BURNET RD | 5907 BURNET RD | AUSTIN, TX 78757 | STORAGE | MON |
| 2024 | P1 | 06/19/2024 | 7,330.20 | BUMPERACTIVE.COM | 259 MASSACHUSETTS AVE NW | WASHINGTON, DC 20001 | MARKETING | MON |
| 2024 | P1A | 06/19/2024 | 787.95 | ELIAS LAW GROUP | 1601 WILLOW RD | MENLO PARK, CA 94025 | LEGAL SERVICES | MON |
| 2024 | P1A | 06/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |

| Year | Code | Date | Amount | Payee | Address | City/State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | P1A | 06/19/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P1A | 06/19/2024 | 84.00 | TWITTER | 1355 MARKET ST STE 900 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |
| 2024 | P2 | 06/19/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P1A | 06/21/2024 | 583.89 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P1A | 06/21/2024 | 63.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 33.53 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P1A | 06/21/2024 | 162.72 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 30.40 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 39.61 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P1A | 06/21/2024 | 446.20 | JETBLUE AIRWAYS | 2701 QUEENS PLZ N | LONG ISLAND CITY, NY 11101 | AIRFARE | MON |
| 2024 | P1A | 06/21/2024 | 1,217.28 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P2 | 06/21/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2 | 06/24/2024 | 750.00 | FLORIDA AFL-CIO | 135 S MONROE ST | TALLAHASSEE, FL 32301 | DONATION | MON |
| 2024 | P2 | 06/24/2024 | 39.34 | WALGREENS | 200 WILMOT RD | DEERFIELD, IL 60015 | SUPPLIES | MON |
| 2024 | P2 | 06/24/2024 | 42.03 | HYATT | 150 N RIVERSIDE PLZ FL 8 | CHICAGO, IL 60606 | LODGING | MON |
| 2024 | P1A | 06/24/2024 | 28.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | P2 | 06/24/2024 | 1,725.00 | REACH PROGRESS PAC | 4821 40TH ST | SUNNYSIDE, NY 11104 | OUTREACH | MON |
| 2024 | P2 | 06/24/2024 | 2,500.00 | THE WHITSON GROUP | 1215 31ST ST NW | WASHINGTON, DC 20007 | DATA CONSULTING | MON |
| 2024 | P2 | 06/25/2024 | 95.00 | MONDAY.COM | 225 PARK AVE S | NEW YORK, NY 10003 | SUBSCRIPTIONS | MON |
| 2024 | P2 | 06/25/2024 | 400.00 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | CAMPAIGN VERIFY | MON |
| 2024 | P2 | 06/25/2024 | 5,500.00 | SPROUT SOCIAL | 1130 W ADAMS ST STE 700 | CHICAGO, IL 60603 | SOFTWARE | MON |
| 2024 | P2 | 06/25/2024 | 2,981.55 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | SOFTWARE | MON |
| 2024 | P2 | 06/25/2024 | 202.63 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | P2 | 06/26/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2 | 06/26/2024 | 20.75 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | MON |
| 2024 | P2A | 06/27/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | P2A | 06/27/2024 | 350.00 | ASTROTURF OF ORLANDO | 875 N MICHIGAN AVE | SARASOTA, FL 34234 | SUPPLIES | MON |
| 2024 | P2A | 06/27/2024 | 319.93 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MON |
| 2024 | P2 | 06/27/2024 | 200.30 | DIGRESS WINE | 1940 HILLVIEW ST | SARASOTA, FL 34239 | STAFF MEALS | MON |
| 2024 | P2 | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX | MON |
| 2024 | P2 | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,000.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P2 | 06/27/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 1200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | P2A | 06/27/2024 | 15.77 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SUBSCRIPTIONS | MON |
| 2024 | P2A | 06/28/2024 | 342.14 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P2 | 06/28/2024 | 80.59 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P2 | 06/28/2024 | 35.67 | FEDEX | 942 SOUTH SHADY GROVE RD | MEMPHIS, TN 38101 | POSTAGE | MON |
| 2024 | P2 | 06/28/2024 | 77.63 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P2A | 06/28/2024 | 83.07 | WEWORK.COM | 575 LEXINGTON AVE FL 16 | NEW YORK, NY 10022 | SOFTWARE | MON |
| 2024 | P2 | 06/28/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 908.40 | FELDMAN STRATEGIES | 3 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | P2A | 07/01/2024 | 16,504.00 | MOXIE MEDIA | 516.70 | SEATTLE, WA 98119 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 16,350.00 | STEVENSON LEGAL, PLLC | 919 PANFERIO DR | PENSACOLA BEACH, FL 32561 | LEGAL SERVICES | MON |
| 2024 | P2 | 07/01/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/01/2024 | 25.15 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | P2 | 07/03/2024 | 5.90 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P2A | 07/03/2024 | 10,000.00 | GW STRATEGIES | 403 E MELBOURNE AVE | MIAMI SHORES, FL 33153 | CONSULTING | MON |
| 2024 | P2A | 07/03/2024 | 63,719.24 | LIFTOFF CAMPAIGNS LLC | 8757 GEORGIA AVE | SILVER SPRING, MD 20901 | DIGITAL ADS | MON |
| 2024 | P2A | 07/03/2024 | 7,800.00 | LIFTOFF CAMPAIGNS LLC | 8757 GEORGIA AVE | SILVER SPRING, MD 20901 | FUNDRAISING CONSULTANT | MON |
| 2024 | P2A | 07/03/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P2A | 07/03/2024 | 3,678.00 | NGP VAN/EVERACTION | 1101 15TH ST NW STE 500 | WASHINGTON, DC 20005 | DIRECT MAIL | MON |
| 2024 | P2A | 07/03/2024 | 3,902.04 | NGP VAN/EVERACTION | 1101 15TH ST NW STE 500 | WASHINGTON, DC 20005 | SOFTWARE | MON |
| 2024 | P2A | 07/05/2024 | 398.87 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P2A | 07/05/2024 | 148.51 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P2A | 07/05/2024 | 369.67 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P2A | 07/05/2024 | 815.46 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/08/2024 | 354.28 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P3 | 07/08/2024 | 39.60 | REBRANDLY | 1355 MARKET AVE S STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |

| Year | Per | Date | Amount | Payee | Address | City / State | Purpose | Fund |
|---|---|---|---|---|---|---|---|---|
| 2024 | P5 | 07/08/2024 | 16.08 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | MON |
| 2024 | P5 | 07/09/2024 | 4,112.50 | MOXIE MEDIA | PO BOX 30804 | SEATTLE, WA 98113 | PROMOTIONAL MERCHANDISE | MON |
| 2024 | P5 | 07/09/2024 | 192.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | MON |
| 2024 | P4 | 07/10/2024 | 201.33 | AIRBNB | 888 BRANNAN ST | SAN FRANCISCO, CA 94103 | LODGING | MON |
| 2024 | P4 | 07/10/2024 | 200.55 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P4 | 07/10/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P4 | 07/10/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P3 | 07/10/2024 | 13.19 | HUDSON NEWS | 1 AIRPORT BLVD | ORLANDO, FL 32827 | TRAVEL/MEALS | MON |
| 2024 | P3 | 07/10/2024 | 190.03 | SOUTHWEST AIRLINE | 2702 LOVE FIELD DR | DALLAS, TX 75235 | AIRFARE | MON |
| 2024 | P3 | 07/10/2024 | 1,310.57 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | P3 | 07/10/2024 | 4,897.46 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | PROMOTIONAL MERCHANDISE | MON |
| 2024 | P3 | 07/11/2024 | 1,465.84 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | P3 | 07/11/2024 | 1,465.84 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | MON |
| 2024 | P3 | 07/11/2024 | 7,500.00 | M5 STRATEGIES LLC | 363 N ANGELA AVE STE 101 | SOMERVILLE, MA 02144 | EVENT TICKETS | MON |
| 2024 | P3 | 07/12/2024 | 310.50 | ACTBLUE | PO BOX 890 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P3 | 07/12/2024 | 21.20 | BALTIMORE CONVENTION | 1 W PRATT ST | BALTIMORE, MD 21201 | STORAGE | MON |
| 2024 | P3 | 07/12/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | P3 | 07/12/2024 | 220.77 | DEMOCRACY ENGINE | 1601 WILLOW RD | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | P3 | 07/12/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P3 | 07/12/2024 | 398.57 | BROWN KOLYN | 712 MAXWELL ST | ORLANDO, FL 32804 | MILEAGE | MON |
| 2024 | P3 | 07/12/2024 | 1,384.62 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,630.59 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 3,600.72 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 750.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 85.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL TAX | MON |
| 2024 | P3 | 07/12/2024 | 160.00 | MIAMI PAYROLL CENTER | 13208 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | P3 | 07/12/2024 | 10,500.00 | RAYNER MAGUIRE | 222 NE 17TH AVE | POMPANO BEACH, FL 33060 | CAMPAIGN CONSULTING | MON |
| 2024 | P4 | 07/15/2024 | 653.01 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | P4 | 07/15/2024 | 72.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P4 | 07/15/2024 | 124.47 | FEDEX | 1 DEE FUQUA BLVD | ORLANDO, FL 32801 | PARKING | MON |
| 2024 | P4 | 07/16/2024 | 54,400.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | SURVEY & FOCUS GROUPS | MON |
| 2024 | P4 | 07/16/2024 | 25.36 | OPTERY.COM | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | SOFTWARE | MON |
| 2024 | P4 | 07/16/2024 | 123.50 | BRIGHTLINE | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRANSPORTATION | MON |
| 2024 | P4 | 07/17/2024 | 26.42 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P4 | 07/18/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P4 | 07/18/2024 | 3,500.00 | FLORIDA WATCH | 4804 WILLIAMSTOWN BLVD | LAKELAND, FL 33810 | CONSULTING | MON |
| 2024 | P4 | 07/18/2024 | 2,160.00 | MEYER, BLOOM AND POWELL, P.A. | 2623 FORBES ST | JACKSONVILLE, FL 32204 | LEGAL SERVICES | MON |
| 2024 | P4 | 07/19/2024 | 35.49 | ZOOM | 55 ALMADEN BLVD STE 600 | TALLAHASSEE, FL 32302 | SUBSCRIPTIONS | MON |
| 2024 | P4 | 07/19/2024 | 427.84 | ACTBLUE | PO BOX 890 | SAN JOSE, CA 95113 | MERCHANT FEES | MON |
| 2024 | P4 | 07/19/2024 | 53.86 | DEMOCRACY ENGINE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | P4 | 07/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | WASHINGTON, DC 20001 | DIGITAL ADS | MON |
| 2024 | P4 | 07/19/2024 | 18.99 | INSTACART | 50 BEALE ST | MEMPHIS, TN 38120 | STAFF MEALS | MON |
| 2024 | P4 | 07/22/2024 | 877.13 | STRIPE | 354 OYSTER POINT BLVD | NEW YORK, NY 10003 | MERCHANT FEES | MON |
| 2024 | P4 | 07/22/2024 | 200.33 | TALLASSEES LESLIE | 6150 CENTER ST UNIT 121 | CLAYTON, CA 94517 | MILEAGE | MON |
| 2024 | P5 | 07/22/2024 | 183.37 | AGUILERA TAYLOR | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | MILEAGE | MON |
| 2024 | P5 | 07/22/2024 | 908.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL | MON |
| 2024 | P5 | 07/23/2024 | 17.34 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P5 | 07/23/2024 | 69,970.00 | CHANGE MEDIA GROUP | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P5 | 07/23/2024 | 342.37 | INSTACART | 50 BEALE ST | SAN FRANCISCO, CA 94105 | STAFF MEALS | MON |

| Year | Type | Date | Amount | Payee | Address | City / State | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | PS | 07/23/2024 | 47,000.00 | GLOBAL STRATEGY GROUP, LLC | 215 PARK AVE S | NEW YORK, NY 10003 | MERCHANT FEES | MON |
| 2024 | PS | 07/23/2024 | 5.50 | SYNOVUS | | COLUMBUS, GA 31902 | BANK FEES | MON |
| 2024 | PG | 07/23/2024 | 2,632.23 | ZOO PRINTING | PO BOX 120 | BELL, CA 90201 | MERCHANDISE PRODUCTS | MON |
| 2024 | PG | 07/23/2024 | 2,632.23 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANDISE PRODUCTS | MON |
| 2024 | PS | 07/24/2024 | 1,588.06 | IMPRINT.COM | 14550 BEECHNUT ST | HOUSTON, TX 77083 | MERCHANDISE PRODUCTS | MON |
| 2024 | PG | 07/24/2024 | 10.66 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | PS | 07/24/2024 | 2,436.39 | STICKERAPP INC | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | MON |
| 2024 | PS | 07/24/2024 | 9,667.78 | STICKERAPP INC | 40 WEST ST FL 8 | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | MON |
| 2024 | PS | 07/25/2024 | 83.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | PS | 07/25/2024 | 82.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | PS | 07/25/2024 | 37.28 | HILTON HOTELS | 7930 JONES BRANCH DR STE 1100 | MCLEAN, VA 22102 | LODGING | MON |
| 2024 | PS | 07/25/2024 | 2.00 | ORLANDO INTERNATIONAL AIRPORT | 1 JEFF FUQUA BLVD | ORLANDO, FL 32827 | PARKING | MON |
| 2024 | PS | 07/25/2024 | 2,848.22 | PUREBUTTONS.COM | 2991 INTERSTATE PKWY | BRUNSWICK, OH 44212 | MERCHANDISE PRODUCTS | MON |
| 2024 | PS | 07/26/2024 | 1,108.23 | REACH PROGRESS INC | 753 E COMMERCIAL BLVD STE 44 | OAKLAND PARK, FL 33334 | OUTREACH PRODUCTS | MON |
| 2024 | PS | 07/26/2024 | 613.88 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | PS | 07/29/2024 | 965.98 | THE GREAT GREEK MEDITERRANEAN | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | STAFF MEALS | MON |
| 2024 | PS | 07/29/2024 | 70.45 | DEMOCRACY ENGINE | | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | PS | 07/29/2024 | 2,003.24 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | PG | 07/29/2024 | 22.40 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | MERCHANT FEES | MON |
| 2024 | PS | 07/29/2024 | 2,795.00 | EQUAL GROUND EDUCATION FUND | PO BOX 775850 | CHICAGO, IL 60677 | GRANT | MON |
| 2024 | PS | 07/29/2024 | 50,000.00 | CHANGE MEDIA GROUP | 100 SE 2ND ST | MIAMI, FL 33131 | GRANT | MON |
| 2024 | PS | 07/29/2024 | 19.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | PS | 07/30/2024 | 30,000.00 | OPMB INC | 3999 K ST NW | WASHINGTON, DC 20007 | VIDEO SHOOT | MON |
| 2024 | PS | 07/30/2024 | 13,500.00 | DANIEL LAUREN | | TALLAHASSEE, FL 32303 | DIGITAL ADS | MON |
| 2024 | PS | 07/30/2024 | 27,400.00 | MS STRATEGIES LLC | 4021 N ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | MON |
| 2024 | PS | 07/30/2024 | 28,400.00 | MY MAMA'S BOOKS RECORDS CAFE | 218 E DANIA BEACH BLVD | DANIA BEACH, FL 33004 | STAFF TIME/SALARIES | MON |
| 2024 | PS | 07/30/2024 | 538.00 | OKALOOSA COUNTY BRANCH, NAACP | 2702 LOVE FIELD DR | FORT WALTON BEACH, FL 32549 | STAFF TIME/SALARIES | MON |
| 2024 | PS | 07/30/2024 | 7,500.00 | SOUTHWEST FLORIDA AIRLINE | | DALLAS, TX 75235 | SUBSCRIPTIONS | MON |
| 2024 | PS | 07/30/2024 | 315.13 | SPROUT SOCIAL | 131 S DEARBORN ST STE 700 | CHICAGO, IL 60603 | SUBSCRIPTIONS | MON |
| 2024 | PS | 07/30/2024 | 1,000.00 | THE WHITSON GROUP | 4616 RAKOWA BLVD | SARASOTA, FL 34234 | DATA CONSULTING | MON |
| 2024 | PS | 07/30/2024 | 7,500.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | PS | 07/31/2024 | 19.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | PS | 07/31/2024 | 2,818.46 | HIGH PACKAGES INC | | MEMPHIS, TN 38120 | PAYROLL | MON |
| 2024 | PS | 07/31/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 7,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 4,303.69 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 4,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PS | 07/31/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | PG | 07/31/2024 | 410.74 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | PG | 07/31/2024 | 4,659.36 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |
| 2024 | PG | 08/01/2024 | 10,000.00 | FELDMAN STRATEGIES | 33 BRYANT PL #2 | | PRINTING | MON |
| 2024 | PG | 08/01/2024 | 70,000.00 | FLORIDA ALLIANCE OF PP AFFILIA | 736 CENTRAL AVE | | SALARIES | MON |
| 2024 | PG | 08/01/2024 | 610.42 | FLORIDA BLUE | 4800 DEERWOOD CAMPUS PKWY STE 1050 | JACKSONVILLE, FL 32246 | INSURANCE | MON |
| 2024 | PG | 08/01/2024 | 100,000.00 | FLORIDA FOR ALL | 10800 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | GRANT | MON |

| Year | Pg | Date | Amount | Payee | Address | City/State | Description | |
|---|---|---|---|---|---|---|---|---|
| 2024 | P6 | 08/01/2024 | 451.15 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P6 | 08/01/2024 | 520.14 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | P6 | 08/01/2024 | 10,234.38 | GW STRATEGIES | 712 MAXWELL ST | MIAMI SHORES, FL 33153 | FUNDRAISING CONSULTANT | MON |
| 2024 | P6 | 08/01/2024 | 131.53 | BROWN KOLYN | 1125 ST | ST PETERSBURG, FL 33701 | PRINTING CONSULTANT | MON |
| 2024 | P6 | 08/01/2024 | 15,888.98 | HAMMONS MARKITTA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB EXPS - PRINTING/LITERATURE | MON |
| 2024 | P6 | 08/01/2024 | 8.98 | HAMMONS MARKITTA | 6875 BROADWATER LN | LAKE WORTH, FL 33467 | REIMB SUPPLIES EXPENSE | MON |
| 2024 | P6 | 08/01/2024 | 304.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20003 | DATABASE MGMT | MON |
| 2024 | P6 | 08/01/2024 | 285.42 | MURAD NICOLE | 575 NE 15TH TER APT 531 | FT LAUDERDALE, FL 33301 | MILEAGE | MON |
| 2024 | P6 | 08/01/2024 | 523.76 | MURAD NICOLE | 575 NE 15TH TER APT 531 | FT LAUDERDALE, FL 33301 | REIMB TRAVEL | MON |
| 2024 | P6 | 08/01/2024 | 164.91 | AGUILERA TAYLOR | 231.82 AGUILERA TAYLOR | LAKELAND, FL 33810 | MILEAGE | MON |
| 2024 | P6 | 08/01/2024 | 331.82 | AGUILERA TAYLOR | | LAKELAND, FL 33810 | REIMB TRAVEL | MON |
| 2024 | P6 | 08/01/2024 | 290.38 | TIKI TAXI & CRUISE | 735 CASA LOMA BLVD | BOYNTON BEACH, FL 33435 | TRANSPORTATION | MON |
| 2024 | P6 | 08/01/2024 | 97.05 | TOTALLY PROMOTIONAL | 450 S 2ND ST | COLDWATER, OH 45828 | MERCHANDISE PROMO ITEMS | MON |
| 2024 | P6 | 08/01/2024 | 723.88 | YOUTH ACTION FUND | 1227 PARTRIDGE CLOSE | POMPANO BEACH, FL 33064 | MERCHANT FEES | MON |
| 2024 | P6 | 08/02/2024 | 37.28 | AMAZON | 366 SUMNER ST | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | P6 | 08/02/2024 | 60.00 | ARENA ACADEMY | 410 TERRY AVE N | SEATTLE, WA 98109 | TRAINING | MON |
| 2024 | P6 | 08/02/2024 | 100.54 | DEMOCRACY ENGINE | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | MERCHANT FEES | MON |
| 2024 | P6 | 08/02/2024 | 13.19 | GOOGLE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | DIGITAL ADS | MON |
| 2024 | P6 | 08/02/2024 | 295.11 | AMAZON | 8100 SAN FERNANDO RD | SUN VALLEY, CA 91352 | SUPPLIES | MON |
| 2024 | P6 | 08/02/2024 | 36.92 | AMAZON | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | SUPPLIES | MON |
| 2024 | P6 | 08/02/2024 | 169.00 | BEST BUY | 410 TERRY AVE N | SEATTLE, WA 98109 | OFFICE SUPPLIES | MON |
| 2024 | P6 | 08/02/2024 | 7,080.00 | LIFTOFF CAMPAIGNS LLC | 7601 PENN AVE S | RICHFIELD, MN 55423 | DIGITAL ADS | MON |
| 2024 | P6 | 08/02/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1600 APPHITHEATRE PKWY | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P6 | 08/02/2024 | 2,000.00 | PARAGON | 483 E MELBOURNE AVE | SILVER SPRING, MD 20901 | DIRECT MAIL | MON |
| 2024 | P6 | 08/02/2024 | 1,429.44 | STRIPE | 1375 PULLEN RD | TEMPE, AZ 85282 | MERCHANT FEES | MON |
| 2024 | P6 | 08/02/2024 | 144.00 | VILLEGAS LESLIE | 128 AVENUE OF THE AMERICAS | JACKSONVILLE, FL 32246 | CONSULTING | MON |
| 2024 | P6 | 08/02/2024 | 168.01 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P6 | 08/05/2024 | 900.80 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P6 | 08/05/2024 | 3,200.00 | GIANT MEDIA | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | P6 | 08/05/2024 | 11,572.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | MON |
| 2024 | P6 | 08/05/2024 | 940.17 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MGMT/PRINTING | MON |
| 2024 | P6 | 08/05/2024 | 6.00 | SCALE TO WIN | 13742 HARPER ST | SANTA ANA, CA 92707 | OUTREACH | MON |
| 2024 | P6 | 08/05/2024 | 4,458.40 | SYNOVUS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | P6 | 08/05/2024 | 6,750.00 | FLORIDA DEPARTMENT OF STATE | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | FINE PAYMENT | MON |
| 2024 | P6 | 08/05/2024 | 169.23 | PEOPLE POWER FOR FLORIDA | 903 S BROADWAY ST | TALLAHASSEE, FL 32388 | PRINTING/MERCHANDISE | MON |
| 2024 | P6 | 08/07/2024 | 39.00 | EXPEDIA | 1842 ASHLEY HALL WAY | TALLAHASSEE, FL 32308 | AIRFARE | MON |
| 2024 | P6 | 08/07/2024 | 175.83 | REBRANDLY | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | SUBSCRIPTIONS | MON |
| 2024 | P6 | 08/07/2024 | 360.57 | NEW TUBE PREMIUM | 1355 MARKET ST STE 488 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | MON |
| 2024 | P6 | 08/07/2024 | 587.81 | EXPEDIA | 901 CHERRY AVE | SAN BRUNO, CA 94066 | AIRFARE | MON |
| 2024 | P6 | 08/09/2024 | 64.05 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | P6 | 08/09/2024 | 600.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | P6 | 08/09/2024 | 159.00 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | P6 | 08/09/2024 | 250,000.00 | HARD KNOCKS STRATEGIES LLC | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | DIGITAL ADS | MON |
| 2024 | P6 | 08/09/2024 | 170.24 | EXPEDIA | 1601 WILLOW RD | MENLO PARK, CA 94025 | CANVASSING | MON |
| 2024 | P7 | 08/12/2024 | 59,579.32 | CHANGE MEDIA GROUP | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | AIRFARE | MON |
| 2024 | P7 | 08/12/2024 | 17.72 | EXPEDIA | PS 606 5TH AVE | PLANTATION, FL 33317 | VIDEO PRODUCTION | MON |
| 2024 | P7 | 08/12/2024 | 47.77 | MB STRATEGIES LLC | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | AIRFARE | MON |
| 2024 | P7 | 08/12/2024 | 3,760.00 | MB STRATEGIES LLC | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | SUBSCRIPTIONS | MON |
| 2024 | P7 | 08/13/2024 | 17,000.00 | WB COMPLIANCE | 2400 S 4TH ST | MIAMI, FL 33292 | CONSULTING | MON |
| 2024 | P7 | 08/13/2024 | 3,993.00 | SPFBOS CONSULTING | PO BOX 30804 | MIAMI, FL 33492 | LEGAL SERVICES | MON |
| 2024 | P7 | 08/13/2024 | 650.13 | BEGGS & LANE RLLP | 6158 CENTER ST UNIT 121 | PENSACOLA, FL 32502 | ACCOUNTING & COMPLIANCE | MON |
| 2024 | P7 | 08/13/2024 | 150.37 | MOXIE MEDIA | 6135 NEW HAMPSHIRE | WASHINGTON, DC 20009 | RESEARCH | MON |
| 2024 | P7 | 08/14/2024 | 16,492.00 | MESSAGE AUDIENCE | 6629 S DIXIE HWY NO 148 | AUSTIN, TX 78704 | TV SHOOT | MON |
| 2024 | P7 | 08/14/2024 | 17,647.09 | MOXIE MEDIA | 4921 N ARMENIA AVE | TAMPA, FL 33607 | PHOTO SHOOT | MON |
| 2024 | P7 | 08/14/2024 | | MOXIE.COM | 4921 N ARMENIA AVE | TAMPA, FL 33607 | SOFTWARE | MON |
| 2024 | P7 | 08/14/2024 | 487.27 | EXPEDIA | 4921 N ARMENIA AVE STE 101 | TAMPA, FL 33609 | SUBSCRIPTIONS | MON |
| 2024 | P7 | 08/14/2024 | 102.87 | WOMEN'S VOICES OF SW FL FUND | 458 S 5TH AVE STE 101 | SARASOTA, FL 34234 | DONATION | MON |
| 2024 | P7 | 08/14/2024 | 7,500.00 | TOTALLY PROMOTIONAL | 1945 17TH ST | RICHFIELD, MN 55423 | MERCHANDISE | MON |
| 2024 | P7 | 08/14/2024 | 319.93 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | MON |
| 2024 | P7 | 08/14/2024 | 6,190.87 | BUMPERACTIVE.COM | 5907 BURNET RD | AUSTIN, TX 78757 | MERCHANDISE | MON |
| 2024 | P7 | 08/14/2024 | 6,350.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | ATLANTA, GA 30318 | CONSULTING | MON |
| 2024 | P7 | 08/14/2024 | 3,500.00 | DELIA ARRIETA | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |
| 2024 | P7 | 08/14/2024 | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | MON |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | P7 | 08/15/2024 | 1,982.06 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | MON |
| 2024 | PP | 08/15/2024 | 120.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | MON |
| 2024 | PPA | 08/15/2024 | 12.83 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | OFFICE SUPPLIES | MON |
| 2024 | PPA | 08/15/2024 | 81.21 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | MON |
| 2024 | PPA | 08/15/2024 | 50.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | P7 | 08/15/2024 | 3,500.00 | FLORIDA WATCH | 2623 FORBES ST | JACKSONVILLE, FL 32204 | COMMUNICATION CONSULTING | MON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | PAYROLL FEE | WON |
| 2024 | P7 | 08/15/2024 | 2,590.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,590.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,590.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | PPA | 08/15/2024 | 4,724.59 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | PAYROLL TAX EXPENSES | RHB |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 594.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | P7 | 08/15/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST STE F3 | MIAMI, FL 33186 | SALARIES | WON |
| 2024 | PPA | 08/15/2024 | 244.99 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEE | MON |
| 2024 | G1 | 08/15/2024 | 8,459.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G1 | 08/16/2024 | 465.41 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | MON |
| 2024 | G1 | 08/16/2024 | 85.13 | CENTURY STORAGE | 2359 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | G1 | 08/16/2024 | 226.04 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | G1 | 08/16/2024 | 64.15 | DOMINO'S | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | MON |
| 2024 | G1 | 08/16/2024 | 744.27 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G1 | 08/16/2024 | 2,504.33 | SUTHERLAND NATASHA | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | STAFF MEALS | MON |
| 2024 | G1 | 08/19/2024 | 60.00 | ARENA ACADEMY | 611 PENNSYLVANIA AVE SE # 143 | WASHINGTON, DC 20003 | TRAINING | MON |
| 2024 | G1 | 08/19/2024 | 228.60 | BEST BUY | 7601 PENN AVE S | RICHFIELD, MN 55423 | SUPPLIES | MON |
| 2024 | G1 | 08/19/2024 | 393.70 | DRURY PLAZA HOTEL, TALLAHASSEE | 1698 RAYMOND DIEHL RD | TALLAHASSEE, FL 32308 | LODGING | MON |
| 2024 | G1 | 08/19/2024 | 900.00 | FACEBOOK | 1601 WILLOW RD | MENLO PARK, CA 94025 | DIGITAL ADS | MON |
| 2024 | G1 | 08/20/2024 | 35,000.00 | MEMACHOICE ADVOCACY | 3420 WHIRLAWAY DR | NORTHBROOK, FL 60062 | GRANT | MON |
| 2024 | G1 | 08/20/2024 | 1,520.00 | MEYER BLOHM AND POWELL P.A. | 2617 MADISON ST | TALLAHASSEE, FL 32302 | LEGAL SERVICES | MON |
| 2024 | G1 | 08/19/2024 | 62,600.00 | SPROUT INSIGHT LLC | PO BOX 1547 | CINCINNATI, OH 45209 | OUTREACH | MON |
| 2024 | G1 | 08/20/2024 | 5.49 | SYNDUOS | PO BOX 120 | COLUMBUS, GA 31902 | BANK FEE | MON |
| 2024 | G1 | 08/21/2024 | 151.22 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1 | 08/20/2024 | 500.00 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | MON |
| 2024 | G1 | 08/21/2024 | 52.22 | PUBLIC STORAGE | 701 WESTERN AVE | GLENDALE, CA 91201 | STORAGE | MON |
| 2024 | G1 | 08/22/2024 | 9.__ | AMTRAK | 2 MID AMERICA PLAZA, STE 200 | OAKBROOK TERRACE, IL 60181 | TRANSPORTATION | MON |
| 2024 | G1 | 08/22/2024 | 52.00 | ANYTIME TRAVEL INSURANCE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | INSURANCE | MON |
| 2024 | G1 | 08/22/2024 | 109.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | MON |
| 2024 | G1 | 08/22/2024 | 123.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | TRANSPORTATION | MON |
| 2024 | G1 | 08/22/2024 | 25.07 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/22/2024 | 25.93 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/22/2024 | 1,042.26 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | G1 | 08/23/2024 | 574.16 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | G1 | 08/23/2024 | 1,141.33 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | G1 | 08/23/2024 | 148.91 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | MON |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | G1 | 08/23/2024 | 23.18 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/23/2024 | 29.16 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/23/2024 | 30.29 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1 | 08/23/2024 | 151.50 | SWEDLA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | AIRFARE | MON |
| 2024 | G1 | 08/23/2024 | 1,013.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1 | 08/23/2024 | 61.06 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1 | 08/23/2024 | 2,247.09 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G1 | 08/23/2024 | 120.00 | ARENA ACADEMY | 30 FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | TRAINING | MON |
| 2024 | G1A | 08/23/2024 | 160.18 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 50.88 | DOMINOS | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 102.26 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 15.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 21.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 33.45 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 49.45 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/23/2024 | 48.48 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/26/2024 | 158.13 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 356.15 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 156.24 | FLORIDA FOR ALL | | | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 78.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/26/2024 | 113,335.62 | OMNI | 1808 BISCAYNE BLVD STE 1050 | MIAMI, FL 33137 | ORGANIZING COSTS | MON |
| 2024 | G1A | 08/26/2024 | 1,000,000.00 | REACH PROGRESS PBC | 4112 NE 5TH ST STE 207 | FORT LAUDERDALE, FL 33334 | CANVASSING/OUTREACH | MON |
| 2024 | G1A | 08/26/2024 | 1,723.00 | SPROUT SOCIAL | 131 S. DEARBORN ST STE 700 | CHICAGO, IL 60603 | SOFTWARE | MON |
| 2024 | G1A | 08/27/2024 | 794.08 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/27/2024 | 5,134.86 | GREENPRINT STRATEGIES INC | | TALLAHASSEE, FL 32311 | RESEARCH | MON |
| 2024 | G1A | 08/27/2024 | 1,983.76 | HARD KNOCKS STRATEGIES LLC | | WASHINGTON, DC 20036 | TRAVEL REIMBURSEMENT | MON |
| 2024 | G1A | 08/27/2024 | 37,500.00 | HART RESEARCH | 1258 CONNECTICUT AVE NW STE 530 | WASHINGTON, DC 20036 | RESEARCH | MON |
| 2024 | G1A | 08/26/2024 | 103.11 | PUBLIX | | | RESEARCH | MON |
| 2024 | G1A | 08/28/2024 | 35.93 | LAUREN BRENZEL | | | SUPPLIES | MON |
| 2024 | G1A | 08/28/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G1A | 08/28/2024 | 35.93 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G1A | 08/28/2024 | 71.86 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | TRANSPORTATION | MON |
| 2024 | G1A | 08/28/2024 | 123.00 | BRIGHTLINE | 161 NW 6TH ST STE 900 | MIAMI, FL 33136 | STAFF MEALS | MON |
| 2024 | G1A | 08/28/2024 | 24.62 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/28/2024 | 25.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G1A | 08/28/2024 | 42.18 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | SHIPPING | MON |
| 2024 | G1A | 08/28/2024 | 78.79 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SUPPLIES | MON |
| 2024 | G1A | 08/28/2024 | 83.24 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | STAFF MEALS | MON |
| 2024 | G1A | 08/29/2024 | 0.38 | DOORDASH | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G1A | 08/29/2024 | 180.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | MON |
| 2024 | G1A | 08/29/2024 | 180.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | MON |
| 2024 | G1A | 08/29/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 270.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 270.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 369.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 3,750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 4,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 4,598.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 468.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 509.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 517.20 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 5,250.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 560.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 6,000.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 611.40 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 65.70 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 720.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |
| 2024 | G1A | 08/29/2024 | 759.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | MON |

| Date | Year | Qtr | Entity | Amount | Payee | Address | City, State ZIP | Category | Code |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | 2024 | Q2 | GIA | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | KXN |
| 08/29/2024 | 2024 | Q2 | GIA | 750.00 | MIAMI PAYROLL CENTER | 13200 SW 128TH ST | MIAMI, FL 33186 | SALARIES | KXN |
| 08/29/2024 | 2024 | Q2 | GIA | 750.00 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 1,745.55 | ACTBLUE | 366 SUMNER ST | SOMERVILLE, MA 02144 | MERCHANT FEE | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 94.63 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEE | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 26.95 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 28.43 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 29.64 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 31.87 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 32.33 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 13.72 | SPOTIFY | 150 GREENWICH ST FL 62 | NEW YORK, NY 10007 | SUBSCRIPTIONS | KXN |
| 08/30/2024 | 2024 | Q2 | GIA | 2,804.04 | FEDEX | 1154 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | SHIPPING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 123.16 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 123.16 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 85.22 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 96.95 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | KXN |
| 09/03/2024 | 2024 | Q2 | GM | 657.04 | ASHLEIGH CANTU | 563 LAKEWOOD DR | OLDSMAR, FL 34677 | MILEAGE | KXN |
| 09/03/2024 | 2024 | Q2 | GM | 655.40 | ASHLEIGH CANTU | 563 LAKEWOOD DR | OLDSMAR, FL 34677 | MILEAGE | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 31.22 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 160.84 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 18.23 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 425.95 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 635.95 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 630.42 | FLORIDA BLUE | 532 RIVERSIDE AVE | JACKSONVILLE, FL 32202 | INSURANCE | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 25.33 | FLORIDA BLUE | 532 RIVERSIDE AVE | JACKSONVILLE, FL 32202 | INSURANCE | KXN |
| 09/03/2024 | 2024 | Q2 | GM | 353.77 | GABRIEL GOMEZ | 1081 DUBOIS BLVD | ORLANDO, FL 32825 | MILEAGE | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 618.47 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 515.61 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 520.03 | GOOGLE | 1600 AMPHITHEATRE PKWY | MOUNTAIN VIEW, CA 94043 | DIGITAL ADS | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 12,000.00 | FELDMAN STRATEGIES | PO BOX 531241 | MIAMI SHORES, FL 33153 | CONSULTING | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 10,000.00 | GW STRATEGIES | 352 LITTLE SOUND DR | ORLANDO, FL 32827 | FUNDRAISING CONSULTANT | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 16,575.00 | LANTANA COLLECTIVE | 1054 31ST ST NW | WASHINGTON, DC 20007 | TRANSLATION SRVS | KXN |
| 09/05/2024 | 2024 | Q2 | GM | 29.15 | MARIETTA HAMMONS | 3859 K ST NW | WASHINGTON, DC 20007 | FL SHOOT | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 14,000.00 | MESSAGE AUDIENCE | 7939 JONES BRANCH DR | MCLEAN, VA 22102 | TEXT MESSAGING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 3,200.00 | NGP VAN/EVERYACTION | 655 15TH ST NW STE 650 | WASHINGTON, DC 20005 | DATABASE MANAGEMENT | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 9,807.74 | PARAGON | 2411 E BROADWAY RD STE 202 | TEMPE, AZ 85282 | REIMB. TRAVEL EXPENSES | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 12.63 | PUBLIC STORAGE | 701 WESTERN AVE | GLENDALE, CA 91201 | PUBLIC STORAGE | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 2,500.00 | SPIROS CONSULTING | 1735 NEW HAMPSHIRE AVE NW | WASHINGTON, DC 20009 | RESEARCH | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 3,000.00 | THE WHITSON GROUP | 4616 RAMONA BLVD | BELL, CA 90201 | DATA CONSULTING | KXN |
| 09/03/2024 | 2024 | Q2 | GIA | 105.16 | ZOO PRINTING | 4729 EASTERN AVE | SAN FRANCISCO, CA 94105 | PRINTING | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 3.23 | MIAMI PAYROLL CENTER | 50 CALIFORNIA ST FL 600 | SAN FRANCISCO, CA 94111 | PAYROLL TAX | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 380.00 | MIAMI PAYROLL CENTER | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | SALARIES | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 37.28 | HILTON HOTELS | 3D FRANK LLOYD WRIGHT DR | ANN ARBOR, MI 48105 | STAFF MEALS | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 37.28 | HILTON HOTELS | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | STAFF MEALS | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 15.02 | UBER | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | TRAVEL EXPENSES | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 769.48 | ACTBLUE | 1 HACKER WAY | MENLO PARK, CA 94025 | DIGITAL ADS | KXN |
| 09/05/2024 | 2024 | Q2 | GM | 67.20 | ALISSA SCHUTZ | 6875 BROADWATER LN | AUSTIN, TX 78704 | LODGING | KXN |
| 09/05/2024 | 2024 | Q2 | GIA | 211.33 | DEMOCRACY ENGINE | 1345 6TH AVE | NEW YORK, NY 10105 | MERCHANT FEES | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 1,665.93 | THRIVE COCKTAIL LOUNGE | 13 S ORANGE AVE | ORLANDO, FL 32801 | STAFF MEALS | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 3,622.16 | SCALE TO WIN | 1 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | OUTREACH | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 30.36 | RELAX GRILL ORLANDO | 200 E ROBINSON ST | ORLANDO, FL 32801 | STAFF MEALS | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 11,572.04 | NGP VAN/EVERYACTION | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | DATABASE MANAGEMENT | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 89,882.51 | QWHB INC. | 366 SUMNER ST | SOMERVILLE, MA 02144 | TRANSPORTATION | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 14.79 | HILTON HOTELS | 7938 JONES BRANCH DR | MCLEAN, VA 22102 | MERCHANT FEES | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 9.33 | HILTON HOTELS | 7938 JONES BRANCH DR STE F3 | MCLEAN, VA 22102 | LODGING | KXN |
| 09/06/2024 | 2024 | Q2 | GM | 92.47 | MARIETTA HAMMONS | 7938 JONES BRANCH DR STE F3 | MCLEAN, VA 22102 | LODGING | KXN |
| 09/06/2024 | 2024 | Q2 | GM | 61.71 | WILLIAM CANTILLO | 4416 NW 27TH TER | GAINESVILLE, FL 32605 | MILEAGE | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 3,500.00 | MERCURY PUBLIC AFFAIRS | 1285 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 | CONSULTING | KXN |
| 09/06/2024 | 2024 | Q2 | GM | 316.20 | NICOLE MURAD | 575 NE 5TH TER APT 531 | FT LAUDERDALE, FL 33301 | REIMB. TRAVEL EXPENSES | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 39.00 | RESHANDLY | 1355 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | SUBSCRIPTIONS | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 1,568.84 | STRIPE | 1355 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | MERCHANT FEES | KXN |
| 09/06/2024 | 2024 | Q2 | GIA | 7,506.00 | WOMEN'S VOICES OF SW FL FUND | 1945 17TH ST | SARASOTA, FL 34234 | DONATION | KXN |

| Year | Code | Date | Amount | Payee | Address | City/State/ZIP | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/09/2024 | 164.92 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 35.93 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 93.95 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 91.79 | AMAZON | 418 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/09/2024 | 643,523.19 | CHANGE MEDIA GROUP | PO BOX 770850 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G2A | 09/09/2024 | 21.20 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 26.88 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 3.47 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 42.03 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/09/2024 | 176.81 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 251.07 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/09/2024 | 156,248.23 | FLORIDA FOR ALL | 10800 BISCAYNE BLVD STE 1050 | MIAMI, FL 33161 | MEDIA BUY | NON |
| 2024 | G2A | 09/09/2024 | 3,187,671.00 | GRASSROOT STRATEGIES, INC | 3050 K ST NW | WASHINGTON, DC 20007 | ORGANIZING COSTS | NON |
| 2024 | G2A | 09/09/2024 | 1,806.00 | GREENPRINT STRATEGIES, INC | | TALLAHASSEE, FL 32311 | FUNDRAISING EVENTS | RHS |
| 2024 | G2A | 09/09/2024 | 5,689.62 | GREENPRINT STRATEGIES LLC | | TALLAHASSEE, FL 32311 | REIMB NYC TRAVEL | RHS |
| 2024 | G2A | 09/09/2024 | 300,000.00 | HARD KNOCKS STRATEGIES LLC | 4121 NW 5TH ST STE 207 | PLANTATION, FL 33317 | CANVASSING | RHS |
| 2024 | G2A | 09/09/2024 | 7,000.00 | LITTOFF CAMPAIGNS LLC | 403 E MELBOURNE AVE | SILVER SPRING, MD 20901 | DIRECT MAIL | NON |
| 2024 | G2A | 09/10/2024 | 7,904.71 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 36.22 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 23.77 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 33.83 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 34.22 | UBER | 1455 MARKET ST STE 400 | SAN FRANCISCO, CA 94103 | TRANSPORTATION | NON |
| 2024 | G2A | 09/10/2024 | 862.31 | YOU TUBE PREMIUM | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/10/2024 | 9.75 | FEDEX | PO BOX 776850 | MEMPHIS, TN 38120 | POSTAGE | NON |
| 2024 | G2A | 09/10/2024 | 11.76 | FEDEX | PO BOX 776850 | MEMPHIS, TN 38120 | POSTAGE | NON |
| 2024 | G2A | 09/10/2024 | 241.96 | ZOOM | 55 ALMADEN BLVD STE 600 | SAN JOSE, CA 95113 | SUBSCRIPTIONS | NON |
| 2024 | G2A | 09/10/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 174.15 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 174.15 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 325.89 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 521.39 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 518.95 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 327.42 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 524.60 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 328.95 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/10/2024 | 451.50 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE PRODUCTS | NON |
| 2024 | G2A | 09/11/2024 | 3,151.11 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,467.63 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 2,103.09 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,966.76 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,878.06 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,869.64 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,764.42 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,481.12 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,255.80 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,825.14 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,821.83 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,766.35 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,766.35 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 1,766.35 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |

| Year | Code | Date | Amount | Payee | Address | City, State ZIP | Category | |
|---|---|---|---|---|---|---|---|---|
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZCO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,234.13 | ZCO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,462.50 | ZCO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/11/2024 | 3,462.50 | ZCO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G2A | 09/12/2024 | 1,514,480.81 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | ADVERTISING | NON |
| 2024 | G | 09/12/2024 | 8,638.00 | DANIELA FERNANDEZ | 1014 1/2 17TH PL NE # 6 | WASHINGTON, DC 20002 | CONSULTING | NON |
| 2024 | G2A | 09/12/2024 | 25.00 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | NON |
| 2024 | G2A | 09/12/2024 | -213.59 | EXPEDIA | 1111 EXPEDIA GROUP WAY W | SEATTLE, WA 98119 | REFUND TRAVEL | REF |
| 2024 | G2A | 09/12/2024 | 461.17 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/12/2024 | -25.00 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | REFUND SHIPPING | REF |
| 2024 | G2A | 09/12/2024 | 5,500.00 | FELDMAN STRATEGIES | 619 S ARMENIA AVE STE 101 | TAMPA, FL 33607 | CONSULTING | NON |
| 2024 | G2A | 09/12/2024 | 768.50 | MB STRATEGIES LLC | 619 SUMNER ST UNIT 121 | CLAYTON, NC 27520 | CONSULTING | NON |
| 2024 | G2A | 09/13/2024 | 4,356.50 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | NON |
| 2024 | G2A | 09/13/2024 | 12.61 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/13/2024 | 20.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/13/2024 | 3.83 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | NON |
| 2024 | G2A | 09/13/2024 | 108.34 | DEMOCRACY ENGINE | 237 FLORIDA AVE NW | WASHINGTON, DC 20001 | MERCHANT FEES | NON |
| 2024 | G2A | 09/13/2024 | 75.17 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G2A | 09/13/2024 | 179.86 | GPWB INC. | 3959 K ST NW | WASHINGTON, DC 20007 | MEDIA BUY | NON |
| 2024 | G2A | 09/13/2024 | 252.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | PAYROLL FEE | NON |
| 2024 | G2A | 09/13/2024 | 387.50 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | PAYROLL TAX EXPENSES | NON |
| 2024 | G2A | 09/13/2024 | 3,250.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 3,758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 3,922.80 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 4,080.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,500.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 487.20 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 488.40 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 495.80 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 649.50 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 6,500.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 704.10 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 758.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 88.50 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 95.70 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G2A | 09/13/2024 | 2,508.00 | MIAMI PAYROLL CENTER | 13209 SW 128TH ST | MIAMI, FL 33186 | SALARIES | NON |
| 2024 | G | 09/13/2024 | 165.36 | ZCO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | NON |
| 2024 | G | 09/15/2024 | 152.45 | ASANA INC. | G33 FOLSOM ST STE 100 | SAN FRANCISCO, CA 94107 | SOFTWARE | NON |
| 2024 | G | 09/16/2024 | 63.51 | CUBE SMART | 5 OLD LANCASTER RD | MALVERN, PA 19355 | STORAGE | NON |
| 2024 | G | 09/16/2024 | 277.72 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G | 09/16/2024 | 457.54 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | NON |
| 2024 | G | 09/16/2024 | 12,800.00 | FIDELIA WATCH | 240 JERICHO TPKE STE C204 | JERICHO, NY 11753 | MERCHANT FEES | NON |
| 2024 | G | 09/16/2024 | 6,600.00 | GLOBAL STRATEGY GROUP LLC | 215 PARK AVE S | NEW YORK, NY 10003 | CONSULTING | NON |
| 2024 | G | 09/16/2024 | 485.67 | MOXIE MEDIA | 3601 NOONVUSE CT | HOLIDAY, FL 34691 | MEDIA BUY | NON |
| 2024 | G3 | 09/16/2024 | 4,320.00 | SAMMARCO JARED | PO BOX 30084 | SEATTLE, WA 98113 | SURVEY & FOCUS GROUPS | RMB |
| 2024 | G3 | 09/16/2024 | 165,429.00 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | MAILERS | NON |
| 2024 | G | 09/16/2024 | 1,966.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | NON |

710

Query the Campaign Finance Data Base

[Department of State]  [Division of Elections]  [Candidates and Races]  [Campaign Finance Information]

| Year | Elec | Date | Amount | Payee | Address | City / State / ZIP | Purpose | Type |
|---|---|---|---|---|---|---|---|---|
| 2024 | G3 | 09/16/2024 | 2,130.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G3 | 09/16/2024 | 2,802.55 | USPS | 900 BRENTWOOD RD NE | WASHINGTON, DC 20066 | POSTAGE | MON |
| 2024 | G3 | 09/17/2024 | 15.32 | YOU TUBE PREMIUM | 901 CHERRY AVE | SAN BRUNO, CA 94066 | SUBSCRIPTIONS | MON |
| 2024 | G3 | 09/17/2024 | 85.19 | CENTURY STORAGE | 2350 SLEEPY HILL RD | LAKELAND, FL 33810 | STORAGE | MON |
| 2024 | G3 | 09/18/2024 | 462.95 | AMERICAN AIRLINES | 4333 AMON CARTER BLVD | FORT WORTH, TX 76155 | AIRFARE | MON |
| 2024 | G3 | 09/18/2024 | 43,720.00 | ANDREWS PLUS | 759 LUPINE LN | TALLAHASSEE, FL 32308 | NEWSPAPER ADS | MON |
| 2024 | G3 | 09/18/2024 | 1,779,037.00 | CHANGE MEDIA GROUP | PO BOX 776850 | CHICAGO, IL 60677 | DIGITAL ADS / VIDEO PRODUCTION | MON |
| 2024 | G3 | 09/18/2024 | 29.80 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 35.78 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 36.28 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/18/2024 | 48.25 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/18/2024 | 67.28 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/18/2024 | 4,500.00 | FELDMAN STRATEGIES | 33 BRYANT ST NW # 2 | WASHINGTON, DC 20001 | CONSULTING | MON |
| 2024 | G3 | 09/18/2024 | 29,400.00 | FLORIDA ALLIANCE OF PP AFFILA | 730 CENTRAL AVE | SARASOTA, FL 34236 | STAFFING | MON |
| 2024 | G3 | 09/18/2024 | 287.23 | FLORIDA RISING TOGETHER | 738 CENTRAL AVE | MIAMI, FL 33161 | REIMB EVENT FOOD EXPENSE | MON |
| 2024 | G3 | 09/18/2024 | 137,264.85 | MAIL MARKETING SERVICES | 12485 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G3 | 09/18/2024 | 164,934.70 | MAIL MARKETING SERVICES | 12485 73RD CT | LARGO, FL 33773 | POSTAGE & DISTRIBUTION | MON |
| 2024 | G3 | 09/18/2024 | 2,500.00 | MEYER BLOOM AND POWELL P.A. | 223 NE 17TH AVE | POMPANO BEACH, FL 33060 | LEGAL SERVICES | MON |
| 2024 | G3 | 09/18/2024 | 7,000.00 | NGP VAN | PO BOX 1547 | TALLAHASSEE, FL 32302 | CAMPAIGN CONSULTING | MON |
| 2024 | G3 | 09/18/2024 | 172.53 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 173.34 | STICKERAPP | 40 WEST ST | ANNAPOLIS, MD 21401 | MERCHANDISE | MON |
| 2024 | G3 | 09/18/2024 | 48.04 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 761.14 | ACTBLUE | 366 SUMMER ST | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 34.39 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 35.99 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 37.97 | AMAZON | 410 TERRY AVE N | SEATTLE, WA 98109 | SUPPLIES | MON |
| 2024 | G3 | 09/20/2024 | 237.00 | DEMOCRACY ENGINE | | SAN FRANCISCO, CA 94107 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 189.06 | DEMOCRACY ENGINE | | WASHINGTON, DC 20001 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 22.35 | DOORDASH | 303 2ND ST FL 8 | SAN FRANCISCO, CA 94107 | STAFF MEALS | MON |
| 2024 | G3 | 09/20/2024 | 386.32 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 61.63 | FEDEX | 942 SHADY GROVE RD S | MEMPHIS, TN 38120 | SHIPPING | MON |
| 2024 | G3 | 09/20/2024 | 5,326,916.00 | GMMB INC. | 3050 K ST NW | WASHINGTON, DC 20007 | SHOOT | MON |
| 2024 | G3 | 09/20/2024 | 1,900.00 | MOXIE MEDIA | PO BOX 30004 | SEATTLE, WA 98113 | MAILERS | MON |
| 2024 | G3 | 09/20/2024 | 1,742.90 | STRIPE | 354 OYSTER POINT BLVD | SOUTH SAN FRANCISCO, CA 94080 | MERCHANT FEES | MON |
| 2024 | G3 | 09/20/2024 | 335.13 | ZOO PRINTING | 4729 EASTERN AVE | BELL, CA 90201 | PRINTING | MON |

45,582,101.95

1133 Expenditure(s) Selected

Appendix N: Proffer

IN THE CIRCUIT COURT OF THE TWELFTH
JUDICIAL CIRCUIT OF THE STATE OF FLORIDA
IN AND FOR SARASOTA COUNTY,

Case No.  2024-CF-002716

STATE OF FLORIDA,
      Plaintiff,

     -vs-

ANDRES FELIPE SALAZAR,
      Defendant.

----------------------------------------------------------

PROFFER STATEMENT UNDER OATH OF
ANDRES FELIPE SALAZAR

DATE TAKEN:    August 15, 2024

TIME:         Commencing at 10:20 a.m.

PLACE:        Office of the State Attorney
               2017 Ringling Blvd., Suite 500
               Sarasota, FL 34237

Examination of the witness taken before:
Beverly Foor, RMR
Executive Reporting Service
4699 Central Avenue, Suite 200
St. Petersburg, FL 33713
(727) 823-4155
production@executivereporting.com

```
 1                          APPEARANCES:

 2

        PANAGIOTA PAPAKOS, ESQUIRE,
 3      SOPHIA BIRRIEL-SANCHEZ, ESQUIRE
        Office of the Attorney General
 4      Statewide Prosecution
        Concourse Center IV
 5      3507 Frontage Road, Suite 350
        Tampa, FL 33607
 6          On behalf of the State of Florida

 7

 8      ROSEMARY VELASQUEZ, ESQUIRE,
        Assistant Public Defender
 9      3072 Ringling Blvd.
        Sarasota, FL 34237
10          On behalf of the Defendant

11

        ALSO PRESENT:
12

        Inspector Gary Negrinelli
13      Florida Department of Law Enforcement
        Fort Myers Regional Operations Center
14      4700 Terminal Drive, Suite 1
        Fort Myers, FL 33907
15

16

17

18

19

20

21

22

23

24

25
```

```
                                                      Page 3
1                    ANDRES FELIPE SALAZAR

2    was adduced as the witness herein, and first being duly sworn,

3    was questioned and testified as follows:

4         MS. PAPAKOS:  Mr. Salazar, my name is Panagiota

5    Papakos, I'm the prosecutor assigned to this case.  I

6    appreciate you coming here today.

7         I understand that you've had conversations with your

8    attorney about possibly offering some information

9    regarding your activities as a Petition Circulator, so we

10   are here for that reason.

11        Have you had an opportunity to go over the agreement

12   or the proffer letter with your attorney?

13        THE WITNESS:  Yes, ma'am, that's what we spoke about

14   this morning.

15        MS. PAPAKOS:  Okay, and is that a letter from my

16   office dated August 15th of 2024?

17        THE WITNESS:  Yes, ma'am, I believe so.

18        MS. PAPAKOS:  And so do you have any questions or

19   anything that you would want to discuss with your attorney

20   before we get started?  You can have an opportunity to do

21   that, that's okay.

22        THE WITNESS:  No.  I only say that because I don't

23   have anything to hide.  I don't have any reason to ask

24   many questions in regards to, you know, just being honest

25   and telling you what I know; what I believe we've already
```

```
1     spoken about, but I guess to a further extent.

2          MS. PAPAKOS:  So you understand that probably one of

3     the most if not the most important thing about our meeting

4     here today is that you're truthful.

5          THE WITNESS:  Of course, yes, ma'am.

6          MS. PAPAKOS:  And also we're not necessarily making

7     any promises regarding your sentence or your case.  That's

8     something we can discuss with your attorney after the

9     meeting here today, but this meeting is not predicated on

10    any promises of leniency or any particular sentence; do

11    you understand that as well?

12         THE WITNESS:  Yes, ma'am.

13         MS. PAPAKOS:  Okay.  So I will pass it over to

14    Inspector Gary Negrinelli, and he will sort of get it

15    started as far as what you know, 'cause I understand that

16    you all had conversations about this previously.

17         THE WITNESS:  Yes.

18                         EXAMINATION

19  BY INSPECTOR NEGRINELLI:

20    Q    All right, Andres, we're just going to talk about

21  when you first signed up to become a Petition Circulator.

22    A.  Yes, sir.

23    Q    So who did you first, how did you first become aware

24  of it, or who signed you up?

25    A.  To not backtrack a little bit, to--
```

Page 5

```
 1       Q    When you initially got into it?

 2       A.   It's because I was already a Petitioner.

 3       Q    Okay.

 4       A.   I was ████████████████ almost every day.  Not

 5  every day, because I did have a full-time job at Life

 6  Support--

 7       Q    Right.

 8       A.   --over in ████.  So maybe two days a week, three

 9  days a week, I was ████████████ and I was helping -- if you

10  don't mind me grabbing my phone and showing you?

11       Q    Oh, yeah.

12       A.   I don't know if I had sent you this?

13       Q    You had sent me some stuff.

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18       But originally what happened is I was on ██████████

19  and ██████████████████████████████, and it's on here, me

20  talking to ████.

21       Q    So that was when you first signed up, and you

22  registered as a Petition Circulator?

23       A.   No.  No, that's how I found out about how to sign up

24  and doing it, --

25       Q    Right, yeah.
```

Page 6

```
 1        A.  --is I found ████████████.  I reached out to
 2  ████, it didn't say anything about petitioning; I have the
 3  text, you can read it.  This is something I don't believe you
 4  had, because I'm pretty sure my fiancee found it this morning.
 5  Do you mind if I -- do you want me to read it, or--
```



```
15  BY INSPECTOR NEGRINELLI:
16        Q   Uh-huh.
17        A.
25        Q   Okay.
```



1     A.   ████ phone number is there, I can provide that to

2  you.

3     Q   Okay.

4     A.   I got this ████████████████████ that said

5  something about we need greeters for the weekend--

6     Q   All right.

7     A.   --to bring to our tent or something, to sign up for

8  a free prize or something.

9     Q   Okay, so you met with ███?

10    A.   No, just █████████.

11    Q   Okay.

12    A.   And then ██ ████████

13    Q   Uh-huh.

14    A.   We had a █████████.

15    Q   Yeah.

16    A.   And ██ said, █████████████ --

17  ████████████████████████████████████

18  ████

19          The very next day -- I don't know if I sent you

20  this, if that looks familiar at all?

21    Q   I don't know if I got that.

22    A.   I can resend everything, I just don't know what I

23  had--

24    Q   So ██ set you up with ██████?

25    A.   Yes, yes, sir.

Page 8

```
 1      Q   Okay.

 2      A.  So then the next day--

 3      Q   Do you have ██████ last name?

 4      A.  No, sir, but I do have ████████████████████

 5   ██████████ between ██████████

 6      Q   What's ████████████████?

 7      A.  And I will send it to you.  █████████████████.

 8   And I have ████████████████████

 9      Q   That's all right.  Okay.

10      A.  Okay.

11      Q   So █████ is the one that got you set up?

12      A.  Yes, sir.  Hi, Andre, ██████████ with ████████.

13          And so this is where I originally was like, okay,

14   these guys are official, right.

15          MS. PAPAKOS:  When you say █████, is it ███████?

16          THE WITNESS:  I think ████████

17          MS. PAPAKOS:  ████████████?

18          THE WITNESS:  Yes, ma'am.  And I'll send -- again,

19       you can have all this.

20      A.  So that's when I originally -- well, okay.  Well,

21   first of all, I had an interview over the phone, and second of

22   all, now this guy is reaching out to me and it looks

23   professional, right?

24       ████ ████████████████████████████████

25   ████████████████████████████████████████
```

```
 1              That's basically all I ever really talked to ████
 2    about.
 3              Sure thing, give me a call when you're ready.
 4              We had the conversation, Meet me ████.  And every
 5    day was just, Okay, meet me here at this time, or, We're going
 6    to meet there tomorrow.
 7    BY INSPECTOR NEGRINELLI:
 8         Q   Okay --
 9         A   I didn't work with them -- sorry, go ahead.
10         Q   So when you first met, ████ was there?
11         A   Yes, sir, ████ ██████████████████████████.
12         Q   Okay.
13         A   Yes, sir.
14         Q   Was other people with you?
15         A   Yes, sir.
16         Q   There was other people that were signing up that
17    wanted to do --
18         A   Yeah, from ██████████.
19         Q   Like how many?
20         A   So, for my group alone, for that ████ group, I
21    believe there's about six to maybe 10 of us a day.
22         Q   Okay.
23         A   However, ████████████████████████, I even met,
24    you know, ███████████████ and we just started talking,
25    'cause I talk to everyone and we're both trying to get
```

Page 10

1    petitions. ██████████████████████████████

2    the ████████████████████████. So speaking ████████,

3    I said, Oh, you weren't with our group. ████like, No, dude,

4    there's tons of us.

5           So it just gave me more of an example of people are

6    really taking advantage of this petitions, or whatever,

7    government-funded, I don't know who funds these things, but.

8         Q   Tell me about when you first ████████ ████ --

9         A   Yes, sir.

10        Q   --and what did █ tell you and everything that

11   happened?

12        A   ████████ was professional and smart and outgoing,

13   and █ definitely knew what █ was doing in regards to kind of

14   grooming people and telling them what to say and how to get

15   people's attention to sign.

16        Q   Now, you had you ever been familiar with petitions

17   before this?

18        A   No, sir.

19        Q   Okay, so what kind of things, ████████ █ ███, like

20   exactly what you'd be doing--

21        A   So guys, you just want to get as many petitions as

22   you can, and they get reviewed in the back-end or something,

23   you know, so a lot of people are probably going to give you

24   bullshit, people are just going to, you know, sign a fake name

25   or whatever a lot of times, just to get you out of their face,

Page 11

```
 1   right.  But at the same time, there's going to be people that
 2   are going to be willing to do it and wanting to do it.
 3            I mean, ▉ just kind of -- it was more of grooming
 4   you into like, Hey, can I get you to talk to me for a quick
 5   minute -- 'cause ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, and nobody
 6   wants to stop and talk to you.
 7            Q   Did ▉ explain what the petitions were going to be
 8   for?
 9            A.   ▉▉▉▉▉▉▉▉▉▉▉▉
10            Q   So what was it?
11            A.   So ▉ said that the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, and that--
13            Q   And that's what the petitions were for?
14            A.   And the petitions were simply that they didn't want
15   the State of Florida to take away women's rights.
16            Q   Okay.
17            A.   So that's what ▉▉▉ telling me.  Whoever you're
18   talking to, this petition is for you guys to keep the State of
19   Florida from taking away women's rights; that's exactly what
20   ▉▉ told us to tell people.  Not necessarily abortion.
21            Q   Do you know if ▉▉▉ was local or was ▉ from
22   somewhere else?
23            A.   ▉▉ travels, from what ▉ told me, ▉ travels the
24   states.  ▉ liked me, ▉ was trying to get me to travel with
25   ▉▉▉ ▉▉▉▉▉ ▉▉▉▉▉    That was the next state that
```

Page 12

1    they were going to.

2        Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮?

3        A.   No, ▮▮▮ plates I believe were -- it's one of the

4    two, either ▮▮▮▮▮ - no, I think ▮▮▮, the ▮▮▮▮▮, was

5    ▮▮▮▮▮, ▮▮▮▮▮that collected the petitions is from

6    ▮▮▮▮▮.  I think ▮▮▮ was from ▮▮▮▮▮, I think?

7        Q    ▮▮▮▮, you mean?

8        A.   Yeah, sorry.  I want to say ▮▮▮▮▮▮, ▮▮▮▮▮▮▮

9    ▮▮,▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮

11       Q    Did ▮ explain to you how you were going to get

12   paid?

13       A.   Yes, sir, ▮did.

14       Q    And what did ▮ say?

15       A.   One dollar per petition, a hundred petitions a day.

16   We couldn't leave until we got a hundred.

17       Q    So a dollar a petition?

18       A.   Yes, sir.

19       Q    And I'm sorry, a hundred--

20       A.   Per day.  And we couldn't leave until, you know,

21   everyone had a hundred.  And again, 10 people, six to 10

22   people, six hundred, a thousand a day, right?

23       Q    Yea, okay.

24       A.   And what I didn't know, sir -- oh, sorry, go ahead.

25       Q    How did ▮ pay you?



Page 13

1    A.  ████.

2    Q   Okay.

3    A.  Through ████ that apparently, which is what I

4    didn't know -- of course we're going to get further into this,

5    and when I started realizing what I was doing wasn't right,

6    right, 'cause I told you I know why we're here, I never was

7    trying to hide anything.  I just didn't know it was to this

8    extent of the law, but--

9         I have another thing.  ████████████, by

10   the way.  My fiancee found this literally just this morning.

11   Q   ████████████████████

12   A.  So the ██ that paid me, I thought ████████

13   ██.  I believe I sent you that ████████.

14   Q   Yeah?

15   A.  ██ name is ████████ and ████

     ████████ when you're ready.  ████████.  So I

17   thought ████████ was ████.  And I was surprised--

18   Q   Go ahead.

19   A.  Yes, sir, ████████.

20   Q   So did this ████████, ██ worked with--

21   A.  Never met ██.

22   Q   --████?

23   A.  Yes, sir.

24   Q   And what, did ████ just say you're going to get

25   ████████?

Page 14

```
1        A.   Yes, sir.

2        Q    Okay.

3        A.   So basically ████ was like ████████.  I guess

4    ███ was the ███████████, ████ was the ███████, and

5    ██████████████ was the ███, you know, ████████
   █████████████, I guess.

7        Q    Do you know how ███ knows ███████?

8        A.   No, sir, I don't.

9        Q    What's ████████████

10       A.   Yes, sir.

11            MS. PAPAKOS:  And just so the transcript is clear,

12   ████████████████████████████████████████

13   ████████████████████████████████████████

14   ████████████████████

15            THE WITNESS:  Yes, ma'am.  ██████████████████

16   ████████████████

17            MS. PAPAKOS:  Okay.

18       A.   ████ is ████████████████████.

19   BY INSPECTOR NEGRINELLI:

20       Q    And did you think that ███ was local?

21       A.   I -- I don't know that ████████████ I apologize.

22       Q    I didn't know from just talking with ███ or anything

23   if you knew ███ was local?

24       A.   ██████    From what I get is ████████████████
   █████████████████████.  That's the
```

Page 15

```
 1   same, even with ████--
 2          Q   Was ███ involved with petitions?
 3          A.  Never met ███, no, never seen ███, never met ████
 4          Q   ████ just ████████ and shot you over to
 5   ████?
 6          A.  Yes, sir.  Yes, sir.  And █████ was the ███ on the
 7   ground.  And I guess if I could imagine that I'm correct,
 8   ████████████ ████████████, if you look ███up,
 9   and that's, those thousands that were being collected a day
10   would, I would imagine, █████ ███████
11          Q   All right.
12          A.  Which I don't remember, I'm being honest, because I
13   never thought that -- once you showed me, when you came to my
14   home and you showed me, Andre, is this your petition, did you
15   sign this, right?  And I really took a look at it and really,
16   you know, put two together.
17             And after meeting with ██ and ██ ███████, which
18   I told you, what I was doing was illegal, because I didn't
19   know, because I just didn't know better.  They're on
20   ████████, they're these people out there with official tents
21   and organizations and I just, in my head was like, Okay,
22   that's a thing, you know.  But what I didn't know is that you
23   actually had to be there, it had to be you, right?
24          Q   Yeah.
25          A.  But everything else pointed to that wasn't it, that
```



Page 16

1    wasn't the case.

2         Q   All right.  So ▓▓▓▓▓ setting it up.  ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

4         A.  Yes, sir.

5         Q   Who do you turn the petitions in to?

6         A.  ▓▓▓▓.

7         Q   So basically ▓▓▓▓▓ collecting the petitions, and

8    I guess ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓--

9         A.  I got a thousand--

10        Q   --Andre's got whatever--

11        A.  A hundred, yes sir.

12        Q   --pay him this much?

13        A.  Yes, sir, yes, sir.

14        Q   Okay.  All right.  All right, so how long did that

15   go on for, that particular method?

16        A.  Maybe three, four days at most, because that one

17   ▓▓▓▓▓▓ is the only time ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  The next

18   time ▓▓▓▓▓▓▓▓▓▓▓, and I think there was two more days

19   and that's it.

20        Q   It was only like for three days?

21        A.  Yeah, I believe so.  'Cause I could only do it on

22   the weekends because of my other job.

23        Q   Yeah.

24        A.  Mostly.

25        Q   And where did you turn them in ▓▓▓▓▓▓▓?

Page 17

```
 1     A. ████████████████ or whatever we were for
 2  the day.
 3     Q  It was always ████████████?
 4     A. With ██ it was, yeah. ████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7     Q  And then you said ████, I got the one where ████
 8  you 200.
 9     A. Yes, sir.
10     Q  And so that was for 200 petitions?
11     A. Yes, sir, that was for two days in a row, I believe,
12  if I recall correctly.
13     Q  And then what did you say, then ██ just paid you
14  ████?
15     A. Yeah, for like the last day.  I think there was one
16  more day that ████████████ and that's it.
17     Q  So you actually met physically with ████?
18     A. No, ████, ████████.
19     Q  ██████ paid ████?
20     A. Yeah.  I think one day -- yeah, one last day and
21  that's it.  Because what happened was -- now we're there, so
22  that's where we get into how I'm in trouble now.  While we're
23  there and I'm doing this, one of the other Petitioners is
24  like, Hey, you're from -- you know, just talking to people,
25  being stuck there for eight hours a day, right.
```

Page 18

1          Told me, said, Am I from Florida?  I said, Yeah.

2    You're a Florida resident, why don't you sign up yourself, you

3    know they pay $10 a petition.  And I was like, What?  Get out

4    of here, I'm being paid $1 a petition.

5          Q   So you weren't registered at the time --

6          A.  No.

7          Q   --as a Petition Circulator --

8          A.  No.

9          Q   --that you were doing this?

10         A.  No, that's how I find out about doing it for myself.

11         Q   Gotcha.

12         A.  And that's the only reason why I did it.  I'm like,

13   Why the fuck am I -- you know, excuse my language, right?  I'm

14   trying to provide for my family, but I'm not trying to fraud

15   anyone, I'm not trying to do any illegal activities.  I just

16   signed up, I thought that's what--

17         Q   All right, hold on.  Let me ask you then, when you

18   were doing those petitions and those were getting turned in,

19   didn't you have to put a Circulator number on them?

20         A.  I apologize, sir, which petitions?

21         Q   These ones that we just talked about.

22         A.  Yes, sir.

23         Q   You know, you had--

24         A.  That's what I'm saying, I would imagine it's ███████

   ███████████ , ███████████████ .

```
1       Q   Oh, okay.

2       A.  That's what I'm saying, that ████--

3       Q   ██████████--

4       A.  ██████

5       Q   --████████████████████████████
█  ███████  ████████

7       A.  I don't know--

8       Q   ██████████████?

9       A.  I would imagine.

10      Q   And then you were taking those and getting people to

11  sign them?

12      A.  Yes, sir, yes, sir.

13      Q   All right.

14      A.  So that why I thought that this is like, you know,

15  this is how groups or whoever is the Circulator does it.

16          MS. PAPAKOS:  So I'm going to interrupt for a second

17      so I make sure this is clear.

18          THE WITNESS:  Yes, ma'am.

19          MS. PAPAKOS:  Where were you getting the formes that

20      you were using?

21          THE WITNESS:  █████.  █████ had a box full of

22      forms, thousands of them, and █████████ each a

23      hundred as we got there.  Here's a hundred for you, a

24      hundred for you, a hundred for you.

25          MS. PAPAKOS:  For those forms that you were doing
```

Page 20

```
 1      for the $1, before you signed up and started doing it on

 2      your own,--

 3          THE WITNESS:  Yes, ma'am, yes, ma'am.

 4          MS. PAPAKOS:  --did you ever see anybody sign those

 5      in your presence?  Not people that were signing the

 6      petitions, but the people that are Registered Circulators,

 7      whatever was at the bottom of the form--

 8          INSPECTOR NEGRINELLI:  In other words, ▮▮▮▮▮

 9          MS. PAPAKOS:  Did you see who was signing those?

10          MS. BIRRIEL-SANCHEZ:  Or did you sign them?

11          THE WITNESS:  No, I didn't sign them.  Because I

12      don't remember if it was ▮▮▮▮▮▮▮▮▮▮▮▮, but ▮▮▮▮▮▮

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, so that's why I'm saying, like if you put

14      two together in my head.

15          MS. PAPAKOS:  Do you recall if they were pre-signed?

16          THE WITNESS:  No, ma'am, I don't.

17          MS. PAPAKOS:  Okay, that's okay.

18          THE WITNESS:  I apologize.

19          MS. PAPAKOS:  No, I just wanted to make sure.

20          THE WITNESS:  I don't think that ▮▮▮▮▮ was signing

21      them though, at least not in front of me.

22      BY INSPECTOR NEGRINELLI:

23          Q   But you think it was ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

24      ▮▮▮▮▮▮▮

25          A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Page 21

1   ████████████████████████████████████████

2   ████████████████████████████████████████

3        Q   Okay.

4        A.  And that's, the ████████ says ██████ on it.

5        Q   Yeah, yeah.

6        A.  So in my head, right--

7        Q   But you don't recall looking at those petitions?

8        A.  No, I wish I had an extra one.  I don't know if I do

9   or don't.

10       Q   Okay.

11       A.  But I would imagine you can look, you know, you

12  being you can probably look that up, right?

13       Q   Yeah.

14       A.  So that's just kind of my idea behind it. ████████

15  ████████████████████████████████████████

16       Q   Okay.  So you did those couple hundred while you

17  weren't a Registered--

18       A.  Yes, sir.  And working with--

19       Q   --Petition Circulator with them.

20       A.  Yes, sir.

21       Q   Then you meet this other Petitioner, and you said

22  you started talking about, Yeah, you're a resident here in

23  Florida.

24       A.  Yeah.

25       Q   So that person got you--

Page 22

```
 1        A.  Yeah, told me to go to the website.

 2        Q   Sign up at the website.

 3        A.  ███████████, You go do it, you get paid $10 a

 4   petition -- I don't know any of this stuff, ██ was the one

 5   telling me.  You get paid $10 a petition.  Whenever you're

 6   here and I'm here with these guys, I'll just rock with you.

 7        Q   Now, who is that?

 8        A.  I told you, the ██████████████.  But I never

 9   like actually talked to ██ or like ███████████████ or

10   ███████████.  It was just, ████████████████████

11   ██████ and ██████████████████████████████

12        And that's, I think, is the ones that you have, the

13   ones that you came to the home with the fraud.

14        Q   And ████████████████?

15        A.  ████████████████████, and that's all I knew ███

     ████████████████████████.  ████████████████████████

17   ████████████████████████████████████

18   ████████.

19        Q   And you don't have any of ████████████████

20        A.  No, I swear to God I don't, man.  I would give it to

21   you.  And I think that's what I was trying to tell you at my

22   house, because --

23        Q   Okay.

24        A.  --I wouldn't go to jail, I have a baby, have a

25   family, I'm a realtor.  I'm not trying, for $10 a petition,
```

Page 23

1    like I'm 40 years old, I've never gotten in any type of

2    trouble like this and I wouldn't start now.  So I would gladly

3    tell you.  But it was just--

4        Q   So ▮▮▮▮ just basically said, Hey -- ▮▮▮ just told you

5    how to do it -- go to the website--

6        A.  Yes, sir.

7        Q   --register?

8        A.  Yes, sir.

9        Q   And then how did you get your petitions?

10       A.  On ▮▮▮▮▮▮▮▮▮▮▮▮▮, the -- I don't know what to call

11   it, Petitioner's -- I don't know, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮.  I guess ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

14       Q   Is it the Supervisor of Elections office?

15       A.  I don't know.  I don't -- it was just a ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ so I don't want to say yes.  It was just ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

18       Q   How did you find it, how did you get to --

19       A.  How did I find that.  That's a good question.

20           MS. BIRRIEL-SANCHEZ:  Like after you signed up,

21   right?

22           THE WITNESS:  Yes, ma'am, yes, ma'am.

23           MS. BIRRIEL-SANCHEZ:  How did you know ▮▮▮▮▮▮▮

24   ▮▮▮▮?

25           THE WITNESS:  Yeah, yeah, yeah, I'm trying to think.

Page 24

1        MS. BIRRIEL-SANCHEZ:  Okay.

2        THE WITNESS:  That's a good question, I'm just

3    trying to recall.  I don't know if maybe -- I don't know.

4    I'd have to -- I really don't know. ████████████████

█  ████████████████████████  ████████████████.

6  BY INSPECTOR NEGRINELLI:

7        Q   So it was a ████████████████

8        A.  I have a ████████████ with ████████.

9        Q   --off of ████████████████?

10       A.  Yes, sir.  And they just give you the petitions in

11   your name and collect them and pay you.  So if I went there

12   with a hundred, they give you 50 percent of what you had.  So

13   if I had a hundred petitions, they'd pay me 500 bucks, right?

14   Within a week, they were sent to you guys to get reviewed and

15   checked off, I come back and ████ pay me the remainder, as

16   long as they all went through.

17           ████████████████████████████████████

18   ████████████ --

19       Q   So that's where you got, that's where--

20       A.  ████████████████████

21       Q   -████ printed off the petitions for you there?

22       A.  Yes, sir, ████████████████ ██ ████████████ ██

██  ████████ ████ ████████████

24       Q   Do you have ████████████████?

25       A.  I'm looking right now, sir.

Page 25

1    Q   Maybe I got it here. ██████████████?

2    A.  I apologize, I don't know.  I think I -- do you mind

3  if I get██████████████? ████████████████

4  ████

5    Q   We can get it afterwards.

6    MS. PAPAKOS:  Yeah, we can get it later.

7    A.  Okay.  But yeah, ███████████ that collected from

8  me, and everything was going well █████.  And I was getting

9  better, like ████would tell your percentages, and where we need

10  petitions signed, from what areas.

11  BY INSPECTOR NEGRINELLI:

12    Q   And I'm sorry, what was ███ paying you again?

13    A.  10.

14    Q   $10 per petition?

15    A.  Yes, sir.  50 percent up front, 50 percent when they

16  were reviewed.

17    MS. PAPAKOS:  Okay, so when you said the remainder,

18    let's say you had a hundred--

19    THE WITNESS:  Yes, ma'am.

20    MS. PAPAKOS:  You would turn them in, get 500 --

21    THE WITNESS:  Yes, ma'am, exactly.

22    MS. PAPAKOS:  They would submit them to the

23  Supervisor of Elections, and if everything was fine, you'd

24  get your second 500?

25    THE WITNESS:  Yes, ma'am, exactly.  That's exactly

Page 26

```
1        how it worked.  And I never got over 50 percent.

2    BY INSPECTOR NEGRINELLI:

3        Q   How ████████ paying you?

4        A.  ████████  And I ████████████████  ████████████

     ████████████████████████████████ .

6        Q   Do you remember, was there ████████████████

     ██  ██████ ?

8        A.  ████████████████████ .

9        Q   ████████████████████ ?

10       A.  I -- I think so, yes, sir. ████████████████

     ████████████ .

12       Q   Where did you ████████████ .

13       A.  ████████████████████████████

     ████████████████████████████   I don't know if

15   I --

16       Q   ████████████████████████ ██

     ██  ██████ ?

18       A.  ████████████████████████

     ██  ████████ .

20       Q   And how long did that go on for?

21       A.  I think I turned in ██████ three times, and that

22   was it.

23       Q   Uh-huh.

24       A.  I believe.

25       Q   Okay.
```

Page 27

1       A.  Maybe there was a fourth, maybe it was only two

2   times, but it wasn't much.  Because, again, this was on the

3   weekends.  I was just trying to -- supplemental income.

4       Q   Right.

5       A.  I think my fiancee just had a baby or was pregnant,

6   I don't remember.  But I was the only one bringing money in at

7   the time, I believe.  Or she just started--

8       Q   And then why did that end?

9       A.  So I started at like, I don't know, 30 percent, then

10  it got better, like 40, 50 percent of like validity of what I

11  was handing in.

12      Q   Yeah.

13      A.  And then I think it went back down maybe pretty

14  badly.

15      Q   Yeah?

16      A.  And then ▓▓ was kind of upset with me, ▓▓▓▓▓▓

    ▓▓▓▓▓▓▓▓▓▓▓▓ was like, Are you watching these people, blah,

18  blah, blah.  I don't know, it was just weird.  It kind of like

19  threw me off.  And that's when I told, 'cause I originally --

20          So this is what happened.  I think the second time,

21  ▓▓▓ was kind of trying to groom me too, and trying to get me

22  better.  And was telling me, 'cause people are handing ▓▓

23  stacks and stacks, and I'm like, This is real?  I'm like, it's

24  hard to get a hundred, ▓▓▓ if you were bringing thousands,

25  how the fuck?  Excuse my language.

Page 28

1          But that's when I told ▆▆▆▆▆▆ seemed

2    like ▆ was upset because I wasn't having good validity.  And

3    ▆ was like, Have you ever done this before, just like you

4    asked.  And I say, Yeah.  And ▆ was like, Are you sure?  Kind

5    of like questioning me.  I was like, Yeah, ▆▆ I do it for

6    ▆▆▆▆▆▆, whatever.  ▆ was like, Who?  And I showed

7    ▆▆.  And ▆ was like, Well, what do you mean?  You can't do

8    that.  And I'm like, Well, what do you mean, I can't do that?

9    ▆▆ like, ▆▆▆▆▆ -- 'cause I told ▆ the whole thing

10   I just told you.

11          And ▆▆ like, Well, ▆▆ had to be there, ▆▆

12   had to be there, that's illegal, ▆ can't do that.  And I even

13   gave ▆▆▆▆▆.  ▆ ▆▆▆▆▆▆▆

14   ▆▆▆▆▆

15          I didn't realize what ▆ was saying, that it was

16   illegal because ▆▆ wasn't there.

17       Q   Uh-huh.

18       A   It was illegal in general, whether ▆▆ was there,

19   right, and you're there with me, and you're ▆, right.  Even

20   if you got one from her and gave it to me, that's where I

21   didn't realize it was still illegal, right.  The way ▆ said

22   it, ▆▆ wasn't there, so I figured, Okay, ▆ the one that

23   is the Petitioner, ▆ has to be there--

24       Q   Right.

25       A   --collecting with these people, these other people

Page 29

1    that ███ hiring or whatever.

2        Q   So basically ████ was questioning your validity of

3    the petitions that you were turning in to ███?

4        A.  Yeah.  And ███ like, Have you ever done this, and I

5    told ██ about that, and that's when █ told me no. Because I

6    told ██ I never met ████, █ wasn't there, ██████████████.

7    I got paid through ███████, 'cause -- ████, What do you mean,

8    that's illegal, █████ can't do that, blah, blah, blah, you

9    know, like don't -- you know, Don't do what █████ did, kind of

10   thing.  That's it.

11       Q   Okay.

12       A.  So then--

13       MS. PAPAKOS:  You said earlier that ██████was,

14   that's when █started to trying to -- you used the word

15   groom.  So what was ██telling you exactly to do about

16   your validity rates?

17       THE WITNESS:  No, it was just, Are you watching

18   people, are you making sure they're getting signed, like

19   do you see people signing them in front of you.  And when

20   I was with █████████, you know, and other petitioners

21   are doing them for themselves, but we just kind of grouped

22   up because the more you're grouped up, the more people are

23   willing to talk to you, versus just one single person

24   going up to someone, it's a little fucking weird, right,

25   people are just like, Who are you, what do you want.

Page 30

1    But when it's three or four of us, and we got one person

2    to sign, and then you're signing --it's almost like an

3    attention grabber, where people do start speaking to you,

4    which is nice.

5          But no, ▮ was just like, and I told ▮, I was like

6    -- so then the third, when my stuff starting to get

7    better, ▮, Oh, you're doing great, da-da-da, I was like

8    yeah.  But I was still sometimes missing signatures or

9    birth dates, people would leave out just the birth date or

10   just the signature. ▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮▮▮▮▮▮▮▮▮

16   ▮▮▮▮▮

17         I don't think in a negative way, because ▮ seemed

18   very professional.  But -- I guess maybe groom wasn't the

19   best word to use.

20         MS. PAPAKOS:  Did ▮ ever give you any names to use

21   on petitions to fill out?

22         THE WITNESS:  What do you mean, I'm sorry?

23         MS. PAPAKOS:  Did ▮ ever give you any names of

24   voters?  Did ▮ have a list or anything that ▮ gave to

25   you?

Page 31

1     THE WITNESS:  No, no.  It's just like if I would

2     hand it in and if it was missing like a birth date, or it

3     would say 32 Rolling, ████████ Well, Rolling what, Rolling

4     Ave., Rolling Street, and ████████, I don't know how or

5     what database ████████, Oh, okay, yeah, this one's good.

6         MS. PAPAKOS:  So after you had handed them in and

7     they were all signed, ████would add things to them?

8         THE WITNESS:  Sometimes, yes, like a street, ave.,

9     or a birth date, yes, or what date that, Oh, it wasn't

10    signed, what day was it that you were collecting these?

11    Well, they all say that I was collecting them on the 10th

12    that day, so it was the 10th.

13        But yeah, I don't think ████ever did a signature, by

14    any means.  ████was definitely very professional and like

15    seemed like enthusiastic about what ████was doing.  Which,

16    I guess maybe I shouldn't have used the word groomed.  But

17    kind of just like, Yo, are you watching people sign them?

18        And so the last conversation I had with ████, when

19    this all ended, 'cause you said when did this stop, right,

20    that's what we're getting to -- is when I told ████, when I

21    was doing better, ████like, Oh, you're doing a lot

22    better, your validity went up, like, So you're watching

23    them like.  And that's when I told ████ Yeah, I have, you

24    know, people working with me and helping me.  That's when

25    ████told me, Well, what do you mean, you can't do that,

Page 32

```
 1    that's illegal, I can't take any more from you.  I told
 2    you that ▮▮▮▮▮▮▮▮
 3           I was like, Hey, you know, the fact that ▮▮▮▮
 4    wasn't there, is what I thought.  Like he was the
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮ wasn't even there, right.
 6    So ▮▮▮▮ can't go in front of you guys and say, Yeah, I
 7    was there, yeah, I saw people signing them.  I thought
 8    that was like the take-or-break thing, you know what I
 9    mean. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮
12           So I really, I just, in my head I was just ignorant
13    to what was the fine line here, right, because the way I
14    was pulled into it to begin with, it looked all very
15    professional and very normal; this is what we do.
16    BY INSPECTOR NEGRINELLI:
17      Q   And that's when ▮▮▮▮ said ▮▮ couldn't take any more
18    from you?
19      A.  And I never did it again, yeah, and ▮▮ told me, I'm
20    not taking -- and I went there with more to get paid, and I
21    told you that conversation, Thank you for telling me that, but
22    we're done here.
23           MS. PAPAKOS:  When you say you had people helping
24    you, what do you mean?
25           THE WITNESS:  Well, like ▮▮▮▮▮▮▮▮, that, that's
```

Page 33

1    it.

2        MS. PAPAKOS:  Yeah, I don't know what conversation

3    you had previous.

4        THE WITNESS:  I apologize.

5        MS. PAPAKOS:  So when you say that ███ was kind of

6    getting upset and you were having people helping you, what

7    do you mean, what was that?

8        THE WITNESS:  Because when I had the better

9    validity, when I was getting better, ██ was like, Okay,

10   you're doing great, you know, what's, what different did

11   you make, and you're making sure people are signing

12   clearly in front of you.  I said, Yeah, I had ████████

     ████████ helping me, you know, because I was getting more, you

14   know, I was going from like 50 or 60 to like a hundred or

15   120.

16       MS. PAPAKOS:  But how was ██ helping you?

17       THE WITNESS:  Who?

18       MS. PAPAKOS:  ████

19       THE WITNESS:  Oh, by getting petitioners, or

20   signatures.

21       MS. PAPAKOS:  Okay, and you guys were not together

22   though?

23       THE WITNESS:  Yeah, we're together, yeah. ██████

24   █████████████████████████████████ ██████

     █████████████████████████████ .

Page 34

```
 1   BY INSPECTOR NEGRINELLI:

 2        Q   So █ -- but the way you explained to me before, if

 3   I'm right, you had other Circulators sign your petitions with

 4   your name on it, right?

 5        A.  Other Circulators?

 6        Q   Yeah, the people working with you?

 7        A.  Yeah, I'm sorry, when you use that word--

 8        Q   You were a Circulator, that's what--

 9        A.  'Cause I signed up.

10        Q   Yeah, you're the Circulator.

11        A.  Yeah, yeah, yeah.  So these were Petitioners, I want

12   to say.

13        Q   Petition Circulators.

14        A.  Yes, sir, okay.  Yeah, they were working for this

15   ███████████████, that we were working hand-in-hand for

16   █████ and just, you know, ██████████████.  It would be

17   like, You work on that side, I'll work on this side of the,

18   right, ██████  Like you work ████████, I'll work ██████

██  ████████████████████████ I don't know,

20   right.  So yeah, that was all.

21        When █told me about it, and just randomly if I saw

22   ███there, 'cause I would go on my own, I have a family to

23   feed, I don't need anyone, I didn't need help.  I knew that

24   that was the best place to go, 'cause everywhere else I went

25   to I got kicked out of.
```

Page 35

1          I called ████, I spoke to the manager there, they

2    said no. ████████████    ████████████

█    ████████████████████████████    You

4    know, like a lot of places didn't want anything to do with

5    Petitioners.  So I knew ███ was my best bet, and maybe two or

6    three times ████████.  Hey, what's up, you want me to help

7    you, you going to pay me cash?  And that's what I did.

8          Q    Now, remember when I mentioned that there were a

9    bunch from ████████████?

10         A.   Yeah, I do, yeah.

11         Q    So were those some of the people that you worked

12   with going over there and getting people signed up?

13         A.   ████████████████████████████

████████████████████████████████████████

████████████████████████████  ████████████

16         MS. PAPAKOS:  ████████████████████

17   ████████████

18         THE WITNESS:  ████████████

19   BY INSPECTOR NEGRINELLI:

20         Q    Because there was a lot in ████████ County.

21         A.   And I don't even know where--

22         Q    ████████.

23         A.   I know that I went ████████████████████

24   that's from ████████, I'm from ████████.

25         Q    Yeah.

Page 36

```
 1    A.  And ████████████████████████ area.

 2    Q   Yeah.

 3    A.  And I maybe collected ████████.

 4    Q   Yeah.

 5    A.  I know it was more like, ██████████████

      ████████████████████████ just hadn't ████████ in

 7    a while.

 8        Q   I think there was even more there than you did in

 9    ██████.  So--

10        A.  ████████████████████████████████

11    ████████████████████████████████████████

12    ████████████████████████████████████████████

13    ██████████████████

14        Q   ████████████████████████

15        A.  ████████████████████████████

16        Q   ██████████████████

17    A.  Yes, sir.

18    Q   Yeah.

19        A.  Because I would tell ██ that we're getting

20    horrible, I'm getting horrible validity, right, I'm not doing

21    well, right.  'Cause ████████████ me and they were coming

22    back trash.

23        Q   Did you know if ████ turned in petitions to ████?

24    A.  No, ██ definitely didn't, 'cause ████████████████

25    ██████.  So, from what I know, you have to be a Florida
```



Page 37

1   resident --

2       Q   Okay.

3       A   --to be a Petitioner.

4       Q   Okay, and for sure ▓▓▓▓▓ ▓▓▓▓▓?

5       A   Yeah, ▓▓▓▓▓▓▓▓▓▓.

6       Q   Right, okay.

7       A   And again, ▓▓▓▓▓▓.  If you look these guys

8   up, and they didn't get shut down ▓▓▓▓, right, because

9   remember I told you, I told ▓ before I told you ▓▓▓▓▓

10  and all that.

11      Q   Yeah.

12      A   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13  ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓

14  ▓▓▓▓

15      Q   Okay.

16      A   And ▓ was saying that ▓▓▓▓▓▓▓, ▓▓▓▓

17  ▓▓▓

18      Q   Do you know any other peoples' names ▓▓▓▓▓

    ▓▓▓▓▓ were working with?

20      A   No, man, and I'm just being honest with you.  It's

21  just me showing up, walking, Oh, what's up, bro, how many did

22  you do today.  It's just like -- no one really took it

23  seriously, they were just there to make their money and go

24  home, as far as the ones that were getting it signed.  Because

25  they weren't the Circulators, it wasn't in their name, so they

Page 38

```
 1   didn't give a shit, no offense.

 2           And I just -- I didn't know any of this would turn

 3   into this, man.  Again, I've been a realtor for almost ten

 4   years now, I've sold houses to doctors, lawyers. ███████████
     ███████████████████████████.  If you look in my phone, I have ██
     ████████████████████████ in there. ████████████████████████████
     ███████████████████████   ██████████████████████████
     ████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████

10           But I just -- it's not my MO.  It's $10 a fucking --

11   I'm sorry for cursing, because you have to type it.

12       Q   Did ██████ say what company he worked for?

13       A   No, I have, ████████████████████████████████████
     ██ ████████████████████   ████████████████████████████████
     ████████████████████████████████

16       Q   ██████████████████████████████████████████

17       A   Yeah, I think so.

18       Q   Okay.

19       A   Can I ask you a question?  If I were to go to

20   ████████████████████████████████████████████████

     ████████████████████  'cause I imagine that's how you could find

22   it, or no?

23       Q   I'm not sure.

24       A   Yeah, ████████████████████████  ████████████████
     ████████████████████
```

Page 39

1          Q    Yeah, we can figure it out.

2          A.   Whatever you need, man.  I just want to stay out of

3     trouble, bro.

4               MS. PAPAKOS:  Did you ever fill out any forms for

5          taxes or anything, or was all this in cash and checks?

6               THE WITNESS:  No, no forms.  Yeah.  It was either,

7          the one time █████████████████████████████████

      ████████████  ███████████████  ·  ██████

██         like, I'll help you, but I want cash, and I want $5.  You

10         know, and that **was** ███ kind of way of I was the one that

11         told you about making $10 versus one, and I'm helping you.

12         Almost like you need me, I don't need you kind of thing.

13    BY INSPECTOR NEGRINELLI:

14         Q    Okay.

15         A.   Yeah.  But yeah, I just can't remember the name of

16    ████████████████████████, or how I even got in

17    contact with -- I know that was the question, ████████████

██    ██████

19              MS. PAPAKOS:  When ███████████ was helping you get

20         some petitions signed --

21              THE WITNESS:  Yes, ma'am.

22              MS. PAPAKOS:  Do you know at the bottom of the form

23         you have to sign and date it, did you do that after ██

██         gave them back to you or before?

25              THE WITNESS:  I did that as ██ gave them back to me.

Page 40

1  Like, you know, so █████████████████████. Say

2  you ████████, and she's just, you know, █████████████.

3  You know, I'd see it, we went everywhere together to do

4  it.

5      So the only time is, again, when I left early that

6  █ would say I'm going to stay, I have like 30 left, you

7  know, and I just, I didn't know better.  So I'm being

8  honest with you guys.  That's where clearly I was doing

9  something illegal.

10      MS. PAPAKOS:  So those 30 that were left, right, and

11  you were gone and █ was getting them signed or so you

12  thought, did you pre-sign those or did you--

13      THE WITNESS:  No, I'd wait for ███ to give them

14  back.

15      MS. PAPAKOS:  Did █ ever tell you where ███was

16  getting those signatures from?

17      THE WITNESS:  No, ma'am.  All I know is that the

18  reason why███████████ ███ ████████████████████

██ ████████████████████████████████████████████

██ ███████████████████████████████████

21  ██████████████████████, right, and I wasn't getting

22  the results, so it was almost like I was either losing

23  money or breaking even; it just didn't make sense, you

24  know.  Once I like expressed that █████████████, Oh,

25  yeah, don't worry, there's a website where you can kind

Page 41

1    of -- I don't -- like verify it or something.

2          And in my head I'm like, I'm sure that's right,

3    ████████████████████████████, I've seen ██████████████

4    with, you know, all of my stuff.

5          So I don't know.  I don't know.  In my head it's

6    just like ███████████ the areas that we needed them, right?

7    And now--

8    BY INSPECTOR NEGRINELLI:

9          Q    ███████████████ there was a website that you can go to

10   verify people's information?

11         A.  Yeah.

12         Q   Yeah.  Okay.

13         A.  Or maybe I was telling ████████████ was going --

14   I'm sorry, I'm just trying to remember, to be honest, 'cause

15   it was a year ago.  Or maybe it was me telling ██████████████

16   was checking them, and ███████████ like, Yeah, I know, or

17   something; something along the lines -- I just know that ██

18   knows that there's a place where you can check them.  Whether

19   it was me saying it and ████████████████ ██ ███████████████████

20   ██ ██████████████████ ████████████████

21         But I'm pretty sure it was me saying ██████, like,

22   Dude, I'm getting pissed off 'cause I paying you and we're

23   not getting the results.  You know, I'm here to make money and

24   now I'm losing money, right, kind of thing.  And ███████████████

25   like, Dude, this guy checks them right in front of me when I

Page 42

1    hand them in, and a lot of them are coming back just garbage,

2    it's not a real person or real address, or whatever the case

3    may be.

4           So ███ ███████████████████████████

     ████████████████████████████.  'Cause

6    I'm sure ███ didn't want to lose out on the five per petition

7    versus one.

8           MS. PAPAKOS:  Did you deal with any validity issues

9    for ██████████████, ███████████████?

10          THE WITNESS:  I don't know, because they weren't

11   mine to hand in.

12          MS. PAPAKOS:  But nobody ever told you █████████

     ███████████, like--

14          THE WITNESS:  No, no.

15          MS. PAPAKOS:  Okay.

16          THE WITNESS:  '██████████████████████

     ██ ████████████████████████ ████████████

     ██ ███████████and I'm telling you, they had to be

19   collecting a thousand a day, which is insane to me.  It's

20   crazy.

21          So I feel horrible about all this.  I would never

22   fraud anyone.  And I told him jokingly, like, If I was

23   going to do some fraud, I would -- you know, I'd make it

24   worthwhile.  There's no point in going and collecting fake

25   signatures and potentially going to jail or anything,

1    probation, I don't want any type of trouble, period, for

2    $10 a signature, or any amount of money for that point, or

3    for that matter.

4         It's just, I'm sorry, I am sorry.  I just, I was

5    ignorant to what was going on.  I had a full-time job.

6         MS. VELASQUEZ:  Hold on.  Wait for a question.

7    BY INSPECTOR NEGRINELLI:

8         Q    Anything else that you can think of that we didn't

9    ask?

10        A    Anything I can think of that you didn't ask.

11        MS. BIRRIEL-SANCHEZ:  Do you have any photos of any

12   of these people?

13        THE WITNESS:  No.  I'm telling you, it wasn't

14   something taken very seriously, as like--

15        MS. PAPAKOS:  You said there might be some █████

█████████████████████████████████████████████████

████████████████

███        THE WITNESS:  Yes, ma'am.

19        MS. PAPAKOS:  ██████████████

20        THE WITNESS:  █████████████████████

████████████████

███   BY INSPECTOR NEGRINELLI:

23        Q    That's on ████████████████████████?

24        A    If I have it, yeah.

25        MS. PAPAKOS:  Can you get us those if you do have

Page 44

1      them?

2          THE WITNESS:  Of course, I can get you whatever you

3      want.  I'm more than willing to help you guys out.  I hope

4      those [redacted] -- I'm going to be honest, when we

5      were finding [redacted]

6      [redacted] I'm like, What the hell, which I'm

7      so happy, 'cause that's [redacted]

       [redacted].

9      'cause -- and I didn't, 'cause I just -- you know.

10         MS. PAPAKOS: [redacted]

11     [redacted]

12         THE WITNESS: [redacted]

13         MS. PAPAKOS: [redacted]

14     [redacted]

15         THE WITNESS: [redacted]

16         MS. BIRRIEL-SANCHEZ: [redacted]

17     [redacted]

18         THE WITNESS:  No, I don't have any of their info, [redacted]

19     [redacted]

       [redacted]

       [redacted]

       [redacted]

23     [redacted]

24     BY INSPECTOR NEGRINELLI:

25         Q   And when did, when did it end around?

Page 45

1        A.  I'm sorry, sir, I think it was -- I want to say

2   before Thanksgiving.  And I think I started October.

3        Q   Right.

4        A.  So it was about a month.  So I wasn't out there

5   trying to fraud, man, and trying to--

6        Q   So like the last contact you had with ████████

████████████████████████████

8        A.  Yes, sir, yes, sir.  I never ever talked to those

9   people ever again in my life.

10       Q   All right.

11       A.  ██████████████████████████████████████

██  ███████████████████████████████████████,

13  ███████████████   ████████████████████████

██████████████████████████████████████████

██████████

██   ██████████████████████████████████

████████████████  I hope some of this will help you.  If you

18  guys come in contact ████████ and I have to go testify, I

19  don't care, man, I'll do anything I have to do to clear my

20  name.

21            MS. PAPAKOS:  So while you were working with these

22       people and kind of hanging out with them for all that time

23       you were working, did anyone ever talk about using names

24       of other people that they found online, or filling out the

25       forms with just like fake names, anything like that, did

Page 46

```
1        you see any of that while you were --
2              THE WITNESS:  People did that a lot.  They would
3        just fill out, people would just -- fake, fake, fake,
4        because they didn't care.
5              MS. PAPAKOS:  And so when did you see that?
6              THE WITNESS:  All the time.  All the time.  People
7        would just fill it out.  And, you know, ██████████████,
8        Okay, I'm going to get lunch, guys, I'll be back in an
9        hour.  And then two or three of them would just start
10       writing shit.  And like not, I don't think looking stuff
11       up, I don't know what kind of data bases are out there, I
12       don't get it, that part of it.  But, you know, just fake
13       shit.  Because at the end of the day, ████████████████
         ████████████████████████████ wasn't going to go get it
15       verified right then and there, right, they knew that--
16  BY INSPECTOR NEGRINELLI:
17       Q    They were just getting that money up front.
18       A.   Yeah.  When I say that people didn't really care,
19  and I hate to treat this like a joke, this whole scenario, but
20  like that's how everyone did treat it, you know, when they
21  were there.  And I mean, even myself, I didn't take it very
22  seriously, I just thought, you know?
23             And people were like, Oh, man, you should have been
24  here for the last one, it was for weed, everyone was lining up
25  to sign it.  And I'm like, you know what I mean, you could
```

Page 47

1    just tell that these people did it, and they did it almost

2    like for a living, I want to say.

3         Q    Yeah.

4         A.    I was naive to all of it, I was stupid.   I didn't

5    think I was doing anything wrong.   If I did, I wouldn't have

6    done it, man.

7         Q    Okay.   You got anything else?

8         A.    Wouldn't do this to my family, more than anyone.

9    But I hope that --

10            MS. VELASQUEZ:   Just wait for a question.

11            MS. PAPAKOS:   Any information you have that we

12       talked about, ███████████████████████████████████

     ██████████████ I want you to send over to Inspector Negrinelli, if

14       you have them.

15            THE WITNESS:   Yes, ma'am.

16            MS. PAPAKOS:   ████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████

     ████            THE WITNESS:   Yeah, with ███████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████

     ████    BY INSPECTOR NEGRINELLI:

24            Q    Yeah, you can try.

25            MS. PAPAKOS:   That would be helpful if you're able



1    to.

2        THE WITNESS:  Yes, ma'am.

3        MS. PAPAKOS:  ████████████████████

████████████████████████████████

███    THE WITNESS:  Yes, ma'am.  ████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████████████████

████████████████████████  █████████████

11   ████████████████████████████████████

12   ████████████████████████████████

███████████████████████████████████

████████████████████████████████

15       MS. BIRRIEL-SANCHEZ:  ██████████████

16       THE WITNESS:  █████████████

17       MS. BIRRIEL-SANCHEZ:  ██████████████████?

18       THE WITNESS:  █████████████

19       MS. BIRRIEL-SANCHEZ:  █████████████?

20       THE WITNESS:  █████████████

21       MS. BIRRIEL-SANCHEZ:  Okay.  █████████████

22   ███████.

23       THE WITNESS:  ████  █████████████████

24   ███████████.

25       Man, if I knew any of this, I would a never did any

Page 49

1   of this.  This is -- I was just trying to make--

2          MS. VELASQUEZ:  Just wait for--

3          THE WITNESS:  Yeah.

4          INSPECTOR NEGRINELLI:  All right.

5          MS. PAPAKOS:  Oh, another really quick.  When you

6   signed up for your Petition Circulator number, ███████

7   ████████████████████████████████████████████████

8          THE WITNESS:  ██████████.

9          MS. PAPAKOS:  And did you ever see any of the

10  affirmations that you have to swear to when you sign up,

11  or any of the training, you didn't look at that?

12         THE WITNESS:  To be honest, no.  There was no

13  training, it was just going online, put in your

14  information, that was literally it.  Literally the same

15  day, I didn't even -- Okay, go show your local office

16  this.  ████████████████████████████████████.

17         So that's why I thought it was a very leisurely

18  thing.  It's like, okay, here, now you're a Petitioner.

19  You know, I went, if not a hundred of us, not just that

20  group, but, you know, throughout all of the other people,

21  probably a hundred Petitioners ███████████ you know,

22  and none of these people are the actual Circulator.  It's

23  just a Circulator getting people to get signatures.  So I

24  never thought what I was doing was wrong.  And here I am.

25         INSPECTOR NEGRINELLI:  All right.  Good?

1          MS. PAPAKOS:  Yeah, I think that's it.  I don't have

2      any other questions.

3  (THERE WAS A DISCUSSION OFF THE RECORD.)

4          THE REPORTER:  Are you ordering this?

5          MS. PAPAKOS:  Yeah, I think so.

6          THE REPORTER:  You think so, or yes?

7          MS. PAPAKOS:  Yeah, we'll order.

8  (END OF STATEMENT AT APPROXIMATELY 11:08 A.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF OATH**

STATE OF FLORIDA)
COUNTY OF SARASOTA)

    I, Beverly Foor, RMR, Notary Public, State of Florida, certify that ANDRES FELIPE SALAZAR personally appeared before me on this 15th day of August, 2024, and was duly sworn.

    WITNESS my hand and official seal this 28th day of August 2024.

_____
Beverly Foor, RMR
Notary Public - State of Florida
My Commission No: GG 038733
Expires: October 24, 2024

Produced Identification  X

Type of Identification Produced  Florida Drivers License

Appeared physically X

52

<u>R E P O R T E R ' S   C E R T I F I C A T E</u>

STATE OF FLORIDA  )

COUNTY OF MANATEE )

    I, BEVERLY FOOR, Registered Merit Reporter, do hereby
certify that I was authorized to and did stenographically
report the proffer/interview of ANDRES FELIPE SALAZAR; that a
review of the transcript was not requested; and that the
foregoing transcript, Pages 1 - 50, is a true record of my
stenographic notes.

    I FURTHER CERTIFY that I am not a relative, employee,
or attorney or counsel of any of the parties, nor am I a
relative or employee of any of the parties' attorney or
counsel connected with the action, nor am I financially
interested in the action.

    DATED this 28th day of August 2024, at Bradenton,
Manatee County, Florida.

_____
BEVERLY FOOR, RMR

Appendix O: Letter from Deceased Voter's Mother



B: 849 PBCSOE 03/2023

Deceased

**Wendy Sartory Link**
Palm Beach County Supervisor of Elections

December 22, 2022

Dear Wendy,
My beautiful son,

Ryan N. Smith        PSU
21443 Sweetwater Ln S
Boca Raton FL 33428

passed tragically + unexpectedly
on 10/11/2016

Voter Registration Number: [114554659]

He was a ___ Graduate
+ the love of our life.

Dear Ryan N. Smith :

Our office recently received a petition submitted in your name. We noted that your signature on the petition was different than the one we currently have on file for you and therefore the petition was rejected as invalid. No changes have been made to your voter registration record as a result. If you signed this petition and would like to update your current signature on your voter registration record, please fill out, and sign, the enclosed Voter Registration Application. We have included a return envelope for your convenience. We use your most recent signature on record to verify your identity on petitions, provisional ballots, Vote-by-Mail ballots, and other incoming correspondence.

If you did not sign this petition and would like to file a complaint, please fill out the enclosed Petition Complaint Form and return it to our office. Please include your contact information in case we need to reach out to you for any additional information.

Thank you in advance for your response to this notification. If you have any questions, please contact our office at (561) 656-6200. We look forward to serving you!

Respectfully,

Wendy Sartory Link

Wendy Sartory Link
Supervisor of Elections Palm Beach County

Enclosures                                                    Petition Signature Update

This petition that you
said was recently submitted was
Fraud.

mom of ___

240 South Military Trail, West Palm Beach, FL 33415 | Post Office Box 22309, West Palm Beach, FL 33416
Telephone: 561.656.6200 | Fax Number: 561.656.6287 | www.votepalmbeach.gov

B. 980

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM - PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:**   Adult Personal Use of Marijuana

**Ballot Summary:**   Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved**   08/23/2022          **Serial Number**   2205

Sponsor's Information (Return all completed petition forms to the address below)

**Name:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last**                    **First**                    **Middle**

**Address**

**City**                    **Zip**                    **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** [  ][  ][  ][  ][  ][  ][  ][  ][  ]   or   **Date of Birth**

**Signature**                    **Date Signed**   [1][1] / [0][9] / [2]-[0][2][2]

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator. After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name**                    **Circulator's Number**

**Address**

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare that I have read the foregoing Petition Circulator's Affidavit and the facts stated in it are true.

**Signature**                    **Date Signed**   [1][1] / [0][9] / [2][0][2][2]

---

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                    R1S-2.009, Fla. Admin. Code

767

B: 34

## CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM – PAID PETITION CIRCULATOR

### Amendment Information

**Ballot Title:** Adult Personal Use of Marijuana

*sign diff*

**Ballot Summary:** Allows adults 21 years or older to possess, purchase, or use marijuana products and marijuana accessories for non-medical personal consumption by smoking, ingestion, or otherwise; allows Medical Marijuana Treatment Centers, and other state licensed entities, to acquire, cultivate, process, manufacture, sell, and distribute such products and accessories. Applies to Florida law; does not change, or immunize violations of, federal law. Establishes possession limits for personal use. Allows consistent legislation. Defines terms. Provides effective date.

*See separate document for the full text of the proposed constitutional amendment.*

**Date Approved** 06/23/2022       **Serial Number** 2205

### Sponsor's Information (Return all completed petition forms to the address below.)

**Name:** Smart & Safe Florida

**Address:** 1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

### Voter's Information

I am a registered voter of Florida and hereby petition the Secretary of State to place the above proposed amendment to the Florida Constitution on the ballot in the general election.

**Name - Last** _____ **First** _____ **Middle** _____

**Address** _____

**City** _____ **Zip** _____ **County** Palm Beach

☐ Update my voter registration record to this address. (check box)

**Registration No.** _____ or **Date of Birth** _____

**Signature** _____ **Date Signed** | M | N | / | 5 | 9 | / | 2 | 8 | 2 | 2 |

### Petition Circulator's Information

This petition form is only to be circulated and collected by a paid petition circulator.
After the voter signs the form, the circulator must complete the affidavit below.

**Paid Petition Circulator's Affidavit**

**Name** _____ **Circulator's Number** _____

**Address** _____

By my signature below, as petition circulator, I verify that the petition was signed in my presence. Under penalties of perjury, I declare _____ Petition Circulator's Affidavit and the facts stated in it are true.

**Signature** _____ **Date Signed** | N | 9 | / | 0 | 5 | / | 4 | 9 | 2 | 2 |

### Attention

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- An improperly completed form will not be validated.

DS-DE 155B (10-2021)                                R1S-2.009, Fla. Admin. Code

Appendix P: Harriel Proffer

1

2                    AUDIO TRANSCRIPTION
                   OF PROFFER STATEMENT
3                    OF DONELLA HARRIEL

4

5

6           DATE OF STATEMENT: AUGUST 20, 2024

7

8

9

10

11     Stenographically Transcribed Audio Recording by

12                Carmel M. Street

13

14

15

16

17

18

19

20  Job No: 378469

21

22

23

24

25

```
 1                    PROFFER STATEMENT NO. 1

 2            The following proceeding was transcribed from

 3   an audio file as follows:

 4            MS. BIRRIEL-SANCHEZ:  Here for a Proffer

 5   statement of Donella Marie Harriel.

 6            Parties to put their names on the record.  I

 7   will begin.  And then we will go counterclockwise.

 8             My name is Sophia Birriel-Sanchez and I am

 9   here on behalf of the Office of Statewide Prosecution.

10            MS. PAPAKOS:  Pota Papakos with the Office of

11       Statewide Prosecution in Tampa.

12            MR. BERTISCH:  Flynn Bertisch on behalf of

13       Donella Harriel.

14            MS. HARRIEL:  Donella Marie Harriel.

15            INSPECTOR SHEPHARD:  Inspector Chris Shephard

16       with the Florida Law Enforcement Department.

17            INSPECTOR RATLIFF:  Inspector Scott Ratliff

18       with the Florida Department of Law Enforcement.

19   BY MS. BIRRIEL-SANCHEZ:

20       Q.   Today is August 30, 2024, and it is 10:24 a.m.

21   So, before we begin, Ms. Harriel, your attorney handed

22   me here a document that has two pages.  It's dated

23   August 20, 2024.  And it is -- it is addressed to your

24   attorney.  Did you go over these two pages with your

25   attorney?
```

Page 3

1      A.   Yes, I did.

2      Q.   And the letter has a subject that reads, "Re:

3   Proffer of Donella Marie Harriel."?

4      A.   Yes.

5      Q.   I actually want to confirm that that is the

6   same letter.  It looks like it's signed by both you and

7   your attorney on today, August 30, 2024.  Is that

8   correct?

9      A.   That is correct.

10      Q.   And do you understand that what you are

11   receiving today is Use Immunity?

12      A.   Yes.

13      Q.   So, that means that we, as the State will not

14   introduce any of these statements against you as

15   substantive evidence during any trial or any hearing as

16   it pertains to this case.  But that if we can however

17   use these statements as impeachment evidence.

18      A.   Yes, ma'am.

19      Q.   Do you also understand that you are not

20   receiving Derivative Use immunity or Transactional

21   Immunity for these statements?

22      A.   Yes, ma'am.

23      Q.   And has your attorney explained all of this to

24   you?

25      A.   Yes, he has.

Donella Harriel
August 20, 2024

Page 4

1    Q.   Do you have any questions before we begin

2    about what any of this means?

3         A.   No, ma'am.

4         Q.   Okay.  Do you want -- do you need any

5    additional time to speak with your attorney?

6         A.   No.

7         Q.   Okay.  Perfect.  So, the way that this is

8    going to work is that I expect that the inspectors will

9    be asking you some questions.

10        I may jump in just because I know -- I'm an

11   elections prosecutor, and I may have my own questions.

12   And then Ms. Papakos may also jump in because she has

13   separate investigations that maybe you have information

14   about.  Okay.  Thank you so much.

15        A.   Yes, ma'am.

16   BY INSPECTOR RATLIFF:

17        Q.   Okay.  Raise your right hand for me.  Do you

18   swear the statement you're about to give will be true

19   and correct to the best of your knowledge so help you

20   God?

21        A.   Yes, sir.

22        Q.   Okay.  So --

23        A.   Can you --

24        Q.   No.  You can put your hand down.

25        A.   Okay.   www.lexitaslegal.com
                        (800) 676-2401

1    Sorry.  Just want to make sure that you're

2    under oath now.  Like I said before, it's just -- all we

3    ask is just be straight with us and just tell us the

4    truth.

5        A.   Okay.

6        Q.   Okay?

7        A.   Yes, sir.

8        Q.   That's all anybody's asking today.

9        A.   Yes.

10       Q.   With that said, we'll just kind of give you

11   the floor and if you can kind of explain the process and

12   how you got started.  And how -- and just kind of lead

13   us through that.  And then we'll just fill in the gaps

14   along the way.

15       A.   Yes, sir.

16       Q.   And just remember you're being audio-recorded

17   so pointing and that kind of -- because I talk with my

18   hands also, or just names him, her -- just like, to use

19   the names, that kind of stuff, okay?

20       A.   Yes, sir.

21       Q.   Thank you.

22   BY MS. BIRRIEL-SANCHEZ:

23       Q.   So, how did you get started working in

24   Petitioning?

25       A.   Well, I didn't know anything about Petitioning

Page 6

1     at first.  However, I know ▓▓▓▓▓▓▓▓▓▓▓▓ .  So,



15              INSPECTOR RATLIFF:   Uh-huh.











e 11

1

2

3      A.    Uh-huh.  We had to look up the names to help

4  out but we had to sign our signatures.

5      Q.    Okay.

6      A.    That's what -- that's what the deal was.  $5.

7  We will only get five even though it's $10 per

8  signature.  And she had to get the other.  We only get

9  five off each signature that we did.

10     Q.    Okay.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



15      Q.   So, what do you -- okay.  What do you mean by

16   the computer stuff?

17      A.   Well, how they you know, get the information.

18      Q.   Uh-huh.

19      A.   She would give -- she tell us to get the names

20   -- to look it up.  We have to look it up to see who's

21   registered to vote.

22      Q.   Okay.

23      A.   And they would do the rest.  They had their

24   little organization where they will fill out all the

25   stuff.

Donella Harriel
August 20, 2024

```
        Was it like a website?

2       A.    What do you mean?

3       Q.    Okay.  How would they get the names?

4       A.    Off the websites.

5       Q.    What websites?

6       A.    Clustrmaps.  What else is it?  She told me

7  about, you have to go to the State of Florida voter

8  thing.  She showed me the State of Florida voter thing

9  that you have to go to.

10      Q.    Okay.  What other website did she show you?

11      A.    No, that was it.

12      Q.    Okay.

13      A.    As far as I -- what she told me, was

14 Clustrmaps.

15      Q.    So, as far -- how would you -- so, I just want

16 your own words to describe, just walk me from beginning

17 to end --

18      A.    Hm-mm.

19      Q.    -- how they would get a name and then how the

20 petitions were filled out.

21      A.    Oh, I don't know how they filled them out.

22      Q.    Okay.

23      A.    I just -- my responsibility was to sign my

24 name.  Put my signature.

25      Q.    Got it.
```

Page 14

1      A.    Anything else, I wasn't responsible for that
2   part.
3      Q.    Okay.
4      A.    I just had to sign my name.  I got $5 per
5   every paper I signed.
6      Q.    Okay.  So, I'm going to show you some
7   petitions.  Your attorney hasn't seen these yet because
8   I just got these yesterday from Miami.  But just so
9   we're clear, these are just some petitions from Miami,
10   okay.  And I'm just -- I'm going to show them to you.
11   I'm going to just pass you one.
12          MS. PAPAKOS:  So, for purposes of the
13      recording, we are showing Ms. Harriel and petition
14      with voter information for a last name of ███████
15      ████████████.  And first name ███████████████
16      And we're showing this to counsel first.  Okay.
17          MS. BIRRIEL-SANCHEZ:  So, do you recognize
18      that form generally?
19          THE WITNESS:  Yes.
20          (Thereafter, the audio ended)
21
22
23
24
25

Donella Harriel
August 20, 2024          REPORTER'S CERTIFICATE.                Page 15

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing telephonic proceedings, and

9    that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14   _____

15             CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25







1                    PROFFER STATEMENT NO. 2.





```
17          Q.   Okay.  So, all you would do to clarify, is
18   sign your name on that form?
19          A.   Yes.  That's all I would have to do.
20          Q.   So, you never met ████████████?
21          A.   I don't know who that is.
22          Q.   Okay.
23          A.   I don't have a clue who ██████████ is.
24          Q.   And you don't know -- okay.  I'm sorry, where
25   would you sign the forms?  No, I'm sorry, but where were
```

Page 3

1     you physically?  Like, right now --

2          A.   Oh, home.  In my house.

3          Q.   You were in your house?

4          A.   Yes.

5          Q.   You never went for example to Miami-Dade

6     County to have this form signed?

7          A.   Oh no.  No, ma'am.

8          Q.   Okay.

9          A.   No, ma'am.

10         Q.   So, you have -- I'm just using this as an

11    example so that I --

12         A.   Uh-huh.

13         Q.   -- because I'm a visual person.

14         A.   Yes, ma'am.

15         Q.   So, all you would do is sign a blank form?

16    So, you never even saw who wrote ███████████ on the

17    form?

18         A.   I can't tell you.

19         Q.   Okay.

20         A.   No.  I have no clue as far as that.  I'm

21    admitting what I did which was sign my name on it.

22         Q.   Okay.

23         A.   And the agreement was to give me $5 per each

24    one I signed.

25         Q.   Okay.  Does anybody have any problems in

Donella  Harriel 2
August 20, 2024

Page 4

1    reference to that?

2    BY INSPECTOR RATLIFF:

3        Q.    Let's go back a little bit.  You said finding

4    names.  Were you responsible at any point in time for

5    just looking like you said at the Clustrmaps or the

6    State of Florida --

7        A.    Oh yes.

8        Q.    So you --

9        A.    Yes, sir.

10       Q.    So, what would you do as far as when you would

11   get on the -- I'm assuming it's on a computer.

12       A.    Yeah, I would look and get the names.

13       Q.    So like, what would you do?  Like, walk us

14   through that.  Like once you get a name --

15       A.    Uh-huh.

16       Q.    -- what is your responsibility?

17       A.    I would write them all out --

18       Q.    Okay.

19       A.    -- on the papers.

20       Q.    Uh-huh.

21       A.    -- and give them to her.

22   BY MS. BIRRIEL-SANCHEZ:

23       Q.    But not on this paper?

24       A.    No.  Not on that paper.  No, ma'am.  Not on

25   that paper.  I wrote them on paper, straight out.  Any

Page 5

1  one that I seen that was registered --

**2**        Q.    **Okay.**

3        A.    -- I gave them to her.







10    Q.    So, to get anymore so, what kind of

11    information would you provide other than a name?

12    A.    Just people who's registered to vote.

13    Q.    So, if you go on there and you see Joe Smith

14    is registered to vote --

15    A.    Right.

16    Q.    -- what information do you get for Joe

17    Smith?

18    A.    His name and address.  They have his name

19    and address on there.





```
 7        Q.      Okay.  And again, just to reiterate, none of

 8   the voter information of the person who would have

 9   signed the petition or purported to sign it --

10        A.      Uh-huh.

11        Q.      -- none of this was filled out when you got

12   the forms?

13        A.      Oh no.  Blank forms.  Five hundred at a

14   time.

15        Q.      Okay.

16        A.      They bring five hundred at a time.  Blank

17   forms.
```













22

23

24

25

Donella  Harriel_2
August 20, 2024

Page 17

```
 1                    REPORTER'S CERTIFICATE

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ORANGE

 5

 6              I, Carmel M. Street, do hereby certify

 7    that I was authorized to and did stenographically

 8    transcribed the foregoing telephonic proceedings, and

 9    that the transcript, pages 1 through 16, is a true and

10    complete record of my stenographic notes.

11              Dated this 19th day of September, 2024.

12

13

14              _____

15                    CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25
```

www.lexitaslegal.com
(800) 676-2401

804



























15      INSPECTOR RATFLIFF:  And what did the process

16  look like for you?  What were you told that you

17  were supposed to do and contribute?  Was it the

18  signing of these forms?

19      THE WITNESS:  And the names.

20      INSPECTOR RATLIFF:  And the names?

21      THE WITNESS:  Yeah.

22      INSPECTOR RATLIFF:  That you conducted the

23  research on in Clustrmaps.

24      THE WITNESS:  Yes.

25      INSPECTOR RATLIFF:  To the State of Florida

1   voter information?

2        THE WITNESS:   Yes, sir.

3        INSPECTOR RATLIFF:   Do you remember

4   specifically what that State of Florida voter or

5   website or page that you went to?   Would you have

6   that on your phone for the actual address?

7        THE WITNESS:   I will see.

8        (Thereafter the audio ended.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donnela Harriel_3
August 20, 2024

Page 13

1                    REPORTER'S CERTIFICATE.

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6              I, Carmel M. Street, do hereby certify

7    that I was authorized to and did stenographically

8    transcribed the foregoing audio proceedings, and that

9    the transcript, pages 1 through 13, is a true and

10   complete record of my stenographic notes.

11             Dated this 19th day of September, 2024.

12

13

14   _____

15             CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25





```
 1                        PROFFER STATEMENT 4
 2            The following proceeding was transcribed from
 3    an audio file as follows:
 4            INSPECTOR RATLIFF:  So, was the voter
 5    information look up?
 6            THE WITNESS:  Yes, sir.
 7            INSPECTOR RATLIFF:  On the Florida Department
 8       of State Website.  Florida.
 9            MS. PAPAKOS:  Okay, question for you.
10            THE WITNESS:  Yes.
11            MS. PAPAKOS:  On this form -- and again, for
12       the record, we're looking at Ms. Harriel's phone.
13       In order to determine if someone is a registered
14       voter, you have to provide three things?
15            THE WITNESS:  Hm-mm.
16            MS. PAPAKOS:  The first name, their last name
17       and their date of birth.
18            THE WITNESS:  Hm-mm.
19            MS. PAPAKOS:  How would you get that
20       information?
21            THE WITNESS:  I would get it from Clustrmaps.
22            MS. PAPAKOS:  Can you pull up Clustrmaps on
23       your phone?
24            THE WITNESS:  It's taking a second, but it's
25       coming up. (Inaudible)
```

Page 2

```
 1        MS. PAPAKOS:  So can you walk us through how
 2  -- and for the record, we're looking at the
 3  Clustrmaps site.
 4        And inspector, if you could read the website
 5  out loud?
 6        INSPECTOR RATLIFF:  It's says, "free website
 7  Clustrmaps, C-L-U-S-T-R Maps, M-A-P-S, all one word
 8  dat com.
 9        MS. PAPAKOS:  Thank you.
10        So, Ms. Harriel, can you just walk us through
11  from that, the home page of Clustrmaps,
12  Clustrmaps.com, how you would find someone first
13  name, last name and date of birth?
14        THE WITNESS:  Okay.  Okay.  See how it says
15  public records encyclopedia?
16        MS. PAPAKOS:  Okay.
17        THE WITNESS:  Like say for instance if you
18  doing the State of Florida, so you're going to
19  put --
20        MS. PAPAKOS:  I'm sorry.  How did you get to
21  that page?  That one with -- with that on the home
22  page, you just scroll down?
23        THE WITNESS:  No, you know, how you have the
24  bars on the side.
25        MS. PAPAKOS:  Okay.
```

1          THE WITNESS:  Yes.  So where it says search

2     the name or address or whatever.

3          INSPECTOR RATLIFF:  Florida?

4          THE WITNESS:  Yeah, I put Florida right there.

5          INSPECTOR RATLIFF:  Got it.  14/19?

6          THE WITNESS:  Yes, yes, sir.  There it is.

7     Address, people.

8          MS PAPAKOS:  So what would you put, people?

9          THE WITNESS:  Yes, ma'am.

10         INSPECTOR SHEPHARD:  And I assume this process

11    didn't take place on your phone.  You had a

12    computer.  Was it your personal computer, or did

13    they supply you with one?

14         THE WITNESS:  No, mine.

15         INSPECTOR SHEPHARD:  So you had a personal

16    computer.  Was it a laptop or?

17         THE WITNESS:  Yes, sir, laptop.

18         INSPECTOR SHEPHARD:  And then you would sit at

19    home?

20         THE WITNESS:  Yes.

21         INSPECTOR SHEPHARD:  And do this?

22         THE WITNESS:  Yes.

23         MS. PAPAKOS:  Okay, I want to clarify.  Had

24    you ever been to Clustrmaps.com before you started

25    petitioning?

Page 4

1          THE WITNESS:  I have never even heard of

2    Clustrmaps.





7        INSPECTOR RATLIFF:  Okay.  And how did you

8   narrow it down when you were in Clustrmaps?  So

9   you're sitting at your computer.  You just type in

10  Florida, and then I would assume you would work

11  down.  How would you work down to get the

12  information that you forward about?

13       THE WITNESS:  Well, it went by wherever she

14  say we have to work at the time.

15       INSPECTOR RATLIFF:  By ZIP Code?

16       THE WITNESS:  No, she would say by County.

17       INSPECTOR RATLIFF:  So by County.

18       THE WITNESS:  It goes by County.  I need this

19  amount for this County.



24          INSPECTOR RATLIFF:  And then what would you do

25    from there once you were in Clustrmaps in a

Page 7

1    particular County?  Can you walk us through that?

2    THE WITNESS:  When -- okay, you're in that

3    County, it's going to look like -- it's going to

4    say, do you like basically want college graduates,

5    or basically like poor area.  It's broken down like

6    that.

7        INSPECTOR RATLIFF:  What's broken down like

8    that?

9        THE WITNESS:  The way they --

10       INSPECTOR RATLIFF:  In Clustrmaps?

11       THE WITNESS:  Yeah.

12       INSPECTOR RATLIFF:  Okay, so then it breaks

13   down different categories.

14       THE WITNESS:  Hm-mm.

15       INSPECTOR RATLIFF:  Showing college students?

16       THE WITNESS:  Hm-mm.

17       INSPECTOR RATLIFF:  Minorities?

18       THE WITNESS:  Yes.

19       INSPECTOR RATLIFF:  What else does it break

20   down in there?

21       THE WITNESS:  What else was it?  Oh,

22   apartments.  Mainly if it was apartment, if you

23   wanted the apartment sections or if you wanted a

24   home, just home sections or whatever and then ZIP

25   Codes.

Page 8

Donnell Harwich
August 20, 2024

1    INSPECTOR RATLIFF:  Then ZIP Codes.  And then

2    what would you do to get to the information that

3    you would provide?  Would you pick one of those

4    particular subjects out of there?

5    THE WITNESS:  The ones that I honestly went

6    for were the ones that had the most populated

7    areas.

8    INSPECTOR RATLIFF:  Okay.  And what did that

9    generally fall under as far as those categories?

10    THE WITNESS:  Mainly, the people that was

11    college graduates and stuff.

12    INSPECTOR RATLIFF:  So college graduates?

13    THE WITNESS:  Yes, mainly the college, college

14    graduates.

15    INSPECTOR RATLIFF:  Was there any other reason

16    why you were targeting just college graduates other

17    than that was the most?

18    THE WITNESS:  You know why?  Because majority

19    of them when I was looking were registered to vote.

20    INSPECTOR RATLIFF:  And out of those

21    demographics that you talked about --

22    THE WITNESS:  Uh-huh.

23    INSPECTOR RATLIFF:  Did they have more

24    information under their -- under their name?

25    THE WITNESS:  It led to -- I notice it led to

www.lexitaslegal.com
(800) 676-2401

1    other people.

2         INSPECTOR RATLIFF:  So it led to other people,

3    but you were getting the information as far as the

4    date of birth and complete names and everything?

5         THE WITNESS:  Hm-mm.

6         INSPECTOR RATLIFF:  Out of that college

7    demographic?

8         THE WITNESS:  Oh, yeah.

9         INSPECTOR RATLIFF: -- when you're in

10   Clustrmaps?

11        THE WITNESS:  All of that would come up.

12        INSPECTOR RATLIFF:  Okay.

13        THE WITNESS:  And it would lead to other

14   people that was in like similar.  It just had links

15   right up under the other.

16        INSPECTOR RATLIFF:  And then you would what,

17   go down --

18        THE WITNESS:  Just click it.

19        INSPECTOR RATLIFF:  Get the information?

20        THE WITNESS:  Just keep clicking.

21        INSPECTOR RATLIFF:  And each time you click,

22   would you always find their names and other

23   personal information like their date of birth?  Or

24   was it a name and address, or was it just a name

25   and age?  What did that look like?

Page 10

1          THE WITNESS:  All of those that you just said.

2          INSPECTOR RATLIFF:  All of them?

Donnela Harkless
August 20, 2024

3          THE WITNESS:  Hm-mm.

4          INSPECTOR RATLIFF:  And then after you

5     retrieve that information from Clustrmaps, walk me

6     through the process that happened after.

7          THE WITNESS:  After you retrieve this

8     information from Clustrmaps that's when you have to

9     go to that voter registration and look up things

10    for the State of Florida.

11         INSPECTOR RATLIFF:  And you're still utilizing

12    the same computer, your personal computer at home

13    when you're doing this?

14         THE WITNESS:  Yes.

15         INSPECTOR RATLIFF:  What does that look like

16    when you go to that?

17         THE WITNESS:  Well, you have to put in the

18    information that they ask for the voter

19    registration.

20         INSPECTOR RATLIFF:  And you already had that?

21         THE WITNESS:  And the only stuff that I have

22    to put on the paper is the ones that are registered

23    to vote.

24         INSPECTOR RATLIFF:  And you were able to

25    decipher through Clustrmaps whether or not they're

Page 11

1    registered to vote once you put their information

2    in and confirmed that they're a voter?

Dominica Jackie C
August 20, 2024

3        THE WITNESS:  In the State of Florida

4    registration lookup.

5        INSPECTOR RATLIFF:  And then that name after

6    that process, you put on a sheet or a register or

7    something that you then --

8        THE WITNESS:  Paper.  I have to -- the only

9    names that I give her were the ones that were

10   registered to vote.

11       INSPECTOR RATLIFF:  Now, on that paper, did

12   you also include their personal information like

13   their date of birth or anything?

14       THE WITNESS:  Yeah, I had to write their name.

15       INSPECTOR RATLIFF:  Okay.

16       THE WITNESS:  And their date of birth.

17       INSPECTOR RATLIFF:  Any other information,

18   personal information?

19       THE WITNESS:  No, it's just whatever needed to

20   go on the form.

21       THE WITNESS:  And what did that form look

22   like?  Was a just a sheet of paper?

23       THE WITNESS:  It's this.

24       INSPECTOR RATLIFF:  So you're putting that

www.lexitaslegal.com
(800) 676-2401

25   information on here or you're putting them

Page 12

1  separately?

2  Donnela Hartsell  THE WITNESS:  No, no, sir.  On a regular sheet
   August 20, 2024

3  of paper, I'm going straight down the road with all

4  the ones that are registered to vote.

5      INSPECTOR RATLIFF:  Okay, that's what I was

6  asking.

7      THE WITNESS:  Oh, okay.

8      INSPECTOR RATLIFF:  And then you take that

9  information.  You make a list.  So I assume you

10  would probably maybe have two lists or you have one

11  running list after you -- you go in the Clustrmaps.

12      THE WITNESS:  Hm-mm.

13      INSPECTOR RATLIFF:  You're making one list of

14  people?

15      THE WITNESS:  Hm-mm.

16      INSPECTOR RATLIFF:  Correct me if I'm wrong.

17      THE WITNESS:  Yeah.

18      INSPECTOR RATLIFF:  So you're putting that

19  information down, right?

20      THE WITNESS:  Right.

21      INSPECTOR RATLIFF:  And then the next stage in

22  the process is, you're then taking that --

23      THE WITNESS:  Right.

24      INSPECTOR RATLIFF:  Using the same computer

25  and then plugging that information in to find out

Page 13

1   who's the voter.

2       THE WITNESS:  And who's ever registered to

3   vote that's who's going on this page.

4       INSPECTOR RATLIFF:  That's going on the next

5   page?

6       THE WITNESS:  Yes.

7       INSPECTOR RATLIFF:  And then that final

8   page --

9       THE WITNESS:  Hm-mm.

10      INSPECTOR RATLIFF: -- is the information

11  that's forwarded out to Kelly or who do you give

12  that to?

13      THE WITNESS:  Because they're already checked

14  out and they're registered to vote.



24      INSPECTOR RATLIFF:  And that was your task in

25  this particular process, right?





10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                        Page 16
 1                 REPORTER'S CERTIFICATE.

 2      Donnela Harriel_4
        August 20, 2024
 3      STATE OF FLORIDA

 4      COUNTY OF ORANGE

 5

 6              I, Carmel M. Street, do hereby certify

 7      that I was authorized to and did stenographically

 8      transcribed the foregoing telephonic proceedings, and

 9      that the transcript, pages 1 through 14, is a true and

10      complete record of my stenographic notes.

11              Dated this 18th day of September, 2024.

12

13

14      _____

15                  CARMEL M. STREET

16

17

18

19

20

21

22

23
                       www.lexitaslegal.com
24                       (800) 676-2401

25
```







1                    PROFFER STATEMENT 5.

2            The following proceeding was transcribed from

3    an audio file as follows:































4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donella Harriel_5
August 20, 2024

Page 16

```
 1                    REPORTER'S CERTIFICATE

 2

 3   STATE OF FLORIDA

 4   COUNTY OF ORANGE

 5

 6            I, Carmel M. Street, do hereby certify

 7   that I was authorized to and did stenographically

 8   transcribed the foregoing telephonic proceedings, and

 9   that the transcript, pages 1 through 14, is a true and

10   complete record of my stenographic notes.

11            Dated this 19th day of September, 2024.

12

13

14            _____

15                    CARMEL M. STREET

16

17

18

19

20

21

22

23

24

25
```





Appendix Q: Settlement Agreement

## SETTLEMENT AGREEMENT

This **SETTLEMENT AGREEMENT** ("Agreement") is entered into by and between **FLORIDIANS PROTECTING FLORIDA, INC.,** ("FPF"), the sponsoring committee for Ballot Initiative 23-07, and the **FLORIDA DEPARTMENT OF STATE** ("Department").  Throughout this Agreement, the FPF and the Department shall be referred to collectively as the "Parties."

**WHEREAS,** there currently exists a dispute between the Parties at the Division of Administrative Hearings ("DOAH"), which includes the facts and circumstances related to, or arising out of, an administrative fine imposed by the Department on FPF for an alleged violation of section 100.371(7)(a)2, Florida Statutes; and

**WHEREAS,** there currently exists a dispute between FPF and Joseph Ladapo, in his official capacity as the State Surgeon General and head of the Department of Health, in the U.S. District Court for the Northern District of Florida; and

**WHEREAS,** the Parties desire to settle and resolve their disputes in an amicable fashion and without additional delay or further litigation;

**NOW THEREFORE,** in consideration of the mutual covenants and promises contained herein, the Parties stipulate and agree as follows:

## PROMISES OF FPF

In consideration of the Department's obligations set forth in this Agreement, FPF agrees to the following terms:

(1) FPF neither admits nor denies it violated section 100.371(7)(a)2, Florida Statutes, but will pay **$164,000** to the Department, within two days of the execution of this agreement, to resolve  Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

(2) FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Department of State, Office of Election Crimes and Security, DOAH Case No. 24-4289;

(3) FPF will dismiss with prejudice, within two days of the execution of this agreement, Floridians Protecting Freedom, Inc. v. Ladapo, Northern District of Florida Case No. 4:24-cv-419,

(4) FPF will not seek attorney's fees or costs in the federal lawsuit, Floridians Protecting Freedom, Inc. v. Ladapo, Case No. 4:24-cv-00419 (N.D. Fla. 2024), contingent on the defendants in that case also not seeking attorney's fees or costs; and

(5)  FPF will not pursue any further litigation against the State of Florida, its agencies, officers, and employees for any alleged violations of state or federal law affecting FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement) contingent on the Department, its divisions, officers, and employees not pursuing

**Page 1 of 3**

any further litigation against FPF, its directors, officers, and employees for any alleged violations of state or federal law by FPF, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement).

### PROMISES OF THE DEPARTMENT

In consideration of FPF's obligations set forth in this Agreement, the Department agrees to the following terms:

(1) the Department will accept the amount of **$164,000** to resolve with finality DOAH Case No. 24-4289, i.e., the full amount for alleged violations of section 100.371(7)(a)2, Florida Statutes, absent the willfulness enhancement;

(2) the Department will not impose, assess, levy or seek any past, current or future administrative fines against FPF for any alleged violations of section 100.371(7)(a)1-2, Florida Statutes, known or unknown, that occurred or allegedly occurred during the 2024 election cycle (November 9, 2022 to the date of execution of this agreement), nor will the Department investigate, or refer any such alleged violations, from the 2024 election cycle, of section 100.371(7)(a)1-2, Florida Statutes, to the Attorney General for enforcement under section 100.371(8), Florida Statutes; and,

### MUTUAL PROMISES

In consideration of the obligations set forth in this Agreement, the Parties mutually agree to the following terms:

(1) this settlement and any term of this Agreement shall neither set any precedent nor serve as an admission of any liability for any other purpose by the Parties, including resolution of any future DOAH or federal proceedings;

(2) each party shall be responsible for payment of their own attorneys' fees and costs related to the DOAH proceeding; and

(3) the Parties represent and warrant that they are authorized to enter into this Agreement and that they have the authority to perform the terms of this Agreement.

### GENERAL AGREEMENT TERMS

1.    **Complete Integration of Agreement.** This Agreement is made without reliance upon any statement or representation of any party hereby released except those contained in this Agreement. This Agreement contains the entire understanding of the Parties and may not be modified except by writing which is signed by all the parties to this Agreement. Any oral or written promises or assurances not contained in this Agreement are waived, abandoned, withdrawn, and without legal effect.

**Page 2 of 3**

2.    **Construction of Agreement.**  The language of all parts of this Agreement shall be construed as a whole, according to its plain meaning, and not for or against the drafter.

3.    **Enforcement and Venue.**  Any breach of any term, provision, or obligation of this Agreement by any party shall entitle the other party to seek enforcement of such term, provision, or obligation, in a court of law or administrative tribunal of competent jurisdiction.  It is expressly understood and agreed that this Agreement shall be governed by the laws of the State of Florida, with exclusive venue for any action upon an alleged breach of any term, provision, or obligation of this Agreement in the Second Judicial Circuit in and for Leon County, Florida.

4.    **Performance.**  Should either party default in any material manner with respect to any term, provision, or obligation set forth in this Agreement, the available remedies for the non-defaulting party shall include, but are not limited to, a suit for specific performance with the prevailing party receiving attorneys' fees and costs resulting therefrom.

5.    **Execution.**  This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement and may be consummated by facsimile, email, or electronically transmitted signatures.

6.    **Acknowledgment.**  The Parties, as signatories to this Agreement, acknowledge that they have read this Agreement, that they fully know, understand, and appreciate its contents, that they have been advised by or have had an opportunity to consult with their respective counsel regarding its contents, and that they execute the same and make promises provided herein voluntarily, with authority, and of their own free will.

**IN WITNESS WHEREOF,** the Parties have executed this Agreement, consisting of three (3) pages, including the signature page, as of the dates hereinafter appearing.

**ON BEHALF OF FPF**

_____
Signature

_____
12/16/2024
Date

Sara Latshaw
_____
Printed Name

Chairperson
_____
Title

**ON BEHALF OF DOS**

_____
Signature

_____
12/16/2024
Date

Bradley R. McVay
_____
Printed Name

Deputy Secretary of State for
Title  Legal Affairs & Election Integrity

**Page 3 of 3**

Appendix R: Denial of Appeal / Demand for Payment to
Tides-Advocacy Poder LatinX



## FLORIDA DEPARTMENT *of* STATE

July 19, 2024

Meyer, Blohm, and Powell, P.A.
c/o Jennifer Blohm, Esq.
P.O. Box 1547
Tallahassee, FL 32302

IN RE: DENIAL OF APPEAL / DEMAND FOR PAYMENT
*Tides-Advocacy Poder LatinX*

Case No. OECS-3PVRO-24-11

_____/

Dear Ms. Blohm:

This letter is being sent in response to your client's (Tides-Advocacy Poder LatinX) appeal of the Third-Party Voter Organization (3PVRO) fine that was levied by the Office of Election Crimes & Security (OECS).

Under Florida law, fines may be waived "upon a showing that the failure to deliver the voter registration application[s] promptly is based upon force majeure or impossibility of performance." § 97.0575(5)(b), Fla Stat.

You state in your letter that OECS's enforcement of section 97.0575(5)(a), Fla. Stat., creates impossibility of performance and therefore the fine levied against your organization should be waived or reduced. For the reasons that follow, we disagree. Your appeal fails to make the requisite showing and does not justify a waiver or reduction in fine against Tides-Advocacy Poder LatinX. We, therefore, demand payment in full within 21 days of this letter.

You begin by acknowledging that you do not dispute that 13 forms were erroneously filed in Polk County. As an initial matter, we note that the fine associated with the initial 13 forms should have been remitted immediately as it is not currently being disputed or appealed.

Addressing the merits of your appeal, you claim OECS's enforcement of section 97.0575(5)(a), Fla. Stat., creates an impossibility of performance, yet your assertion ignores the plain language of the statute. The statute provides that your client may send applications to either the county in which the applicant resides *or to the Division of Elections. See* 97.0575(3)(a). (emphasis added). This additional recipient allows your client to fulfill its fiduciary obligation,

Office of Election Crimes & Security
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com

867

*see id.*, by providing an alternative if there is any doubt as to the county in which the applicant resides, including for those applications where the county was left blank.

Here, your organization chose to deliver the 52 at-issue voter registration applications to the Polk County Supervisor of Elections instead of the Florida Division of Elections (or the actual Supervisor of Elections office where those voters reside). Because the 52 at-issue voter registration applications were delivered to the wrong Supervisor of Elections, your organization violated the plain language of the statute. On this record, there is no basis to conclude impossibility of performance. To avoid this potential issue in the future, your organization may choose to deliver some or all of the voter registration applications it collects to the Florida Division of Elections, as expressly authorized under the statute.

For the reasons set forth above, your appeal is **denied**.

This decision to enforce the **$26,000.00** fine constitutes **final agency action**. You may either remit payment of this $26,000.00 fine to the Florida Department of State within 21 days, or you may seek to have this matter reviewed by an administrative judge in the Florida Division of Administrative Hearings in accordance with your Notice of Rights below within 21 days of the date of this letter. Should you elect to pay within 21 days of the date of this letter, the check should be made out to the Florida Department of State and addressed as stated below. If you fail to remit payment and have not elected for Administrative Review, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(8), Fla. Stat.

Payment should be mailed to:

Florida Department of State
ATTN: Brad McVay, Deputy Secretary of State
for Legal Affairs & Election Integrity
500 South Bronough Street
Tallahassee, FL 32399

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity

cc:  Andrew Darlington, Director, Office of Election Crimes & Security
     Joseph Van de Bogart, General Counsel, Florida Department of State

Office of Election Crimes & Security
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com

868

## NOTICE OF ADMINISTRATIVE RIGHTS

Pursuant to § 120.569, Fla. Stat., you may have the right to petition for a formal or informal administrative proceeding under §§ 120.57(1) or (2), Fla. Stat., by filing a request for an administrative hearing in compliance with Rules 28-106.201 or 28-106.2015, F.A.C., within twenty-one (21) days from the date of the receipt of this notice. You have the right to be represented by counsel or other qualified representative at any hearing that occurs. Any petition for an administrative hearing may be emailed to the Agency Clerk at: dos.generalcounsel@dos.myflorida.com or filed with the Agency Clerk at:

Office of the General Counsel
Florida Department of State
500 S. Bronough Street
Tallahassee, FL | 32399

Please refer to Chapter 28-106, Florida Administrative Code, which operates as the Department of State's rules of administrative procedure. Failure to adequately file or email with the Agency Clerk requesting an administrative hearing within the twenty-one (21) day period after receipt of this notice shall constitute waiver of any right to request a hearing on any matter set forth herein. Pursuant to § 120.573, Fla. Stat., please be advised that mediation is not available.

[THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK]

**Office of Election Crimes & Security**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6217 (Fax) • DOS.MyFlorida.com

869

Appendix S: McVay Demand Letter USCIS



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

September 9, 2024

Tammy Meckley
Associate Director
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20746

*Via E-MAIL & U.S. MAIL*

**Re:**    *Demand for Information under 8 U.S.C. § 1373 and 8 U.S.C. § 1644*

Dear Associate Director Meckley:

Noncitizens cannot vote in Florida elections. *See* Fla. Const., art. VI, § II; § 97.041(1)(a)2., Fla. Stat. Those who do expose themselves to criminal liability.[1] Accurate and up-to-date voter registration rolls help ensure that noncitizens cannot vote and do not violate Florida law. *See* Fla. Stat. § 98.0575(6). And, under both Florida and federal law, the Florida Department of State ("FDOS") is responsible for maintaining these accurate and up-to-date rolls.[2] *See, e.g.*, 42 U.S.C. § 15483(a) (requiring Department to "ensure that voter registration records" "are accurate and are updated regularly"); 42 U.S.C. § 1973gg(b)(4) (establishing procedures to "protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records."); Fla. Stat. § 98.075(1) ("The department shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records.").

FDOS must also take affirmative steps to "remove registrants who are ineligible to vote." 42 U.S.C. § 15483(a); *see also* Fla. Stat. § 98.075(4)-(6). Any credible and reliable information of ineligibility obtained by FDOS triggers a notice of removal and opportunity for a hearing and can

---

[1] https://www.fdle.state.fl.us/News/2024/April/FDLE-arrests-non-citizen,-felon-for-voter-fraud
https://www.fdle.state.fl.us/News/2022/October/FDLE-arrests-Jamaican-citizen-for-voting-in-U-S-el
*See, e.g.*, 18 U.S.C. § 611; 18 U.S.C. § 911; 18 U.S.C. § 1015(f); 52 U.S.C. § 21144(b); § 104.15, Fla. Stat.; § 104.011(1), (2), Fla. Stat.

[2] In Florida we take this responsibility seriously. Due to recent updates to our voter list maintenance laws, in the last month alone, nearly 26,000 individuals have been removed from Florida voter rolls for ineligibility (e.g., adjudication of mental incapacity without voting rights restored, felony conviction without voting rights restored, death, not a U.S. citizen, did not list a valid Florida residence, determined to be fictitious person), voter request, duplicate record, moved out of state, etc.

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com

871

result in a "final determination that a voter is ineligible to vote."[3] Fla. Stat. § 98.075(7). To perform its responsibilities and ensure accurate voter rolls, FDOS must have access to up-to-date citizenship information that can only be obtained from the federal government.

To that end, 8 U.S.C. § 1373 and 8 U.S.C. § 1644 provide a mechanism for FDOS to obtain pertinent information from your office. Section 1373 states:

> Notwithstanding any other provision of Federal, State, or local law, a Federal, State, or local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the [Department of Homeland Security] ("DHS") information regarding the citizenship or immigration status, lawful or unlawful, of any individual.

8 U.S.C. § 1373(a). It goes on to say that "[DHS] *shall* respond to an inquiry by a federal, state, or local government agency seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law." *Id.* § 1373(c) (emphasis added). Section 1644 reaffirms FDOS's right to obtain citizenship-related information from your office, as does the United States Supreme Court. *See Arizona v. United States*, 567 U.S. 387 (2012) ("Congress has obligated [DHS] to respond to any request made by state officials for verification of a person's citizenship or immigration status."); *Chamber of Commerce of United States v. Whiting*, 563 U.S. 582 (2011) ("[Section 1373(c)] requires the Federal Government to 'verify or ascertain' an individual's 'citizenship or immigration status' in response to a state request.").

Indeed, FDOS's successful federal lawsuit in 2012 against your office reaffirmed FDOS's right to pertinent, citizenship-related information.[4] More specifically, that case resulted in FDOS obtaining access to the Systematic Alien Verification for Entitlements Program or SAVE database. *See* **Exhibit 1** (Memorandum of Agreement for SAVE).

Although the SAVE database can be helpful,[5] it is nevertheless insufficient. The database requires FDOS to have at least one of the following, specific numeric identifiers: "Alien/USCIS Number (A-Number)," "Form I-94, Arrival/Departure Record Number," "Student and Exchange Visitor Information System (SEVIS) ID number," "Naturalization/Citizenship Certificate Number," "Card/I-797 Receipt Number," "VISA Number," or "Foreign Passport Number (if entered along with a U.S. immigration enumerator)."[6] Florida does not always have access to this information.

---

[3] The individual also has a right to appeal a determination of ineligibility pursuant to § 98.0755, Fla. Stat.

[4] https://dos.fl.gov/communications/press-releases/2012/florida-department-of-state-receives-commitment-from-us-department-of-homeland-security-to-provide-access-to-citizenship-database/

[5] Last month FDOS sent 144 individualized non-citizen files to local Supervisors of Elections for removal from the state voter roll. The SAVE database confirmed that all 144 individuals were non-citizens, validating the state's information. Upon receipt of the state's non-citizen removal file, the Supervisor of Election must begin, within 7 days, the list maintenance process outlined in § 98.075(7), Fla. Stat.

[6] *Tutorial: Introduction to SAVE and the Verification Process for SAVE Users.* DEPARTMENT OF HOMELAND SECURITY, ET AL. (Mar. 2024) (available at https://tinyurl.com/msek795k).

Under Florida law, the Florida Department of Highway Safety and Motor Vehicles ("DHSMV") notifies FDOS of persons who self-identified as non-U.S. citizens upon being issued a new or renewed Florida driver's license,[7] Florida identification card, or updated DHSMV record. *See* § 98.093(8)(b), Fla. Stat. This information is highly credible but in some instances lacks the kind of identifiers needed to obtain confirmation through the SAVE database.

I thus include as **Exhibit 2-9**, the names of specific individuals for whom FDOS has information of non-citizenship but for whom FDOS cannot run a search on the SAVE database. All 7 of these individuals are currently on Florida's voter rolls. For these seven individuals, pursuant to 8 U.S.C. § 1373 and 8 U.S.C. § 1644, I ask for verification of citizenship status **within fourteen days of your receipt of this letter**.

FDOS understands that your office has the ability to determine an individual's immigration or citizenship status very quickly and without the numeric-identifiers required by the SAVE database. We further understand that the Person Centric Query System allows for verification of immigration or citizenship status with a very limited amount of basic information such as name, date of birth, and address. For each of the seven individuals included in Exhibits 2-9, I have provided you the name, date of birth, address, and any other identifiers or pertinent information FDOS has in its possession.

The immediate need for accurate citizenship information is critical as we are less than ninety days from the next general election. Given that the law is clear and USCIS's obligations are mandatory, any delay in fulfilling FDOS's (very reasonable) request for 7 individual determinations will undoubtably undermine FDOS's ability to fulfill its statutory obligations to protect the integrity of Florida's election and maintain current and accurate voter registration rolls. We appreciate your expeditious assistance on this matter. If verification is not provided within the time requested, Florida will pursue other remedies, including potential litigation.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity/
Chief Legal Counsel
Florida Department of State
brad.mcvay@dos.fl.gov

cc:
Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services
Jennifer B. Higgins, Deputy Director, U.S. Citizenship and Immigration Services
Felicia Escobar Carrillo, Chief of Staff, Office of the Director
A. Ashley Tabaddor, Chief Counsel, Office of Chief Counsel

---

[7] Florida does not allow illegal aliens to obtain driver's licenses and does not recognize driver's licenses issued in other states to illegal aliens. *See* § 322.033, Fla. Stat.

Appendix T: McVay Referral to Campbell 2022



**FLORIDA DEPARTMENT *of* STATE**

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

June 28, 2022

The Honorable Jack Campbell
State Attorney, 2nd Judicial Circuit
301 South Monroe Street, Suite #475
Tallahassee, Florida 32301

    *Re: Submission of Fraudulent Voter Registration Applications*

Dear State Attorney Campbell:

We are referring the enclosed Elections Fraud Complaint to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

The Leon County Supervisor of Elections office provided records (Composite Exhibit A) to the Department which reflect that fraudulent voter registration applications were collected and submitted by a third-party voter registration agent, ▮▮▮▮▮▮▮▮ collecting on behalf of two third-party voter registration organizations: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

As described in the complaint, many of the over 1,400 Voter Registration Applications (VRA's) that ▮▮▮▮▮▮▮ submitted to the Leon County Supervisor of Elections office this year were for fictitious people. Others were for existing voters, but the applications contained a significant amount of irregularities in signatures and personal information, leading the supervisor's office to believe many of the applications to be fraudulent.

Notably, the complaint indicates that ▮▮▮▮▮▮▮▮▮ previously submitted VRAs with third-party voter registration organization ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which group was the subject of other Election Fraud Complaints submitted in 2019 and 2020. The supervisor's office prepared a chart in connection with the instant complaint summarizing the numerous issues with the suspected fraudulent VRA's. The chart reflects a significant overlap of the same voters who previously had forms submitted on their behalf by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

We understand your office to have declined warrants and/or prosecution of the earlier referral(s) from the supervisor's office regarding a large volume of fraudulent VRA's submitted by ██████ ████████████████████████████ Please see attached warrants, probable cause affidavits, and declination email for reference (Composite Exhibit C). We also attach again herein the prior complaints (Composite Exhibit B) themselves to the extent there is significant overlap with the new ongoing issues – both in terms of the registration agent (per the supervisor of elections office) and the particular voters affected.

The issue appears to have merit and warrant further investigation to determine whether ██████ ████████ and/or anyone else operating on behalf of the three above-mentioned third-party voter registration organizations violated section 104.011(2), Florida Statutes as to the willful submission of false voter registration information. Other criminal statutes such as the criminal use of personal identification information under section 817.568, Florida Statutes, may be applicable as well.

Please find enclosed April 19, 2022, Elections Fraud Complaint[1] against ████████████ from the Leon County Supervisor of Elections, as well as the prior complaints and investigatory materials against New Florida Majority in 2019 and 2020. Contact information for each third-party voter registration organization is available through the following link: https://tpvr.elections.myflorida.com/Default.aspx.

We appreciate your review of this matter and are happy to assist you in any further investigation.

Sincerely,

Bradley R. McVay
General Counsel, Florida Department of State

Enclosures

cc:
The Honorable Mark Earley
Leon County Supervisor of Elections (*via email*)

---

[1] These records include voter registration information that has not been redacted for this purpose. For example, certain voter registration information such as driver license and social security numbers are confidential and exempt from public records disclosure, and voter signatures may be inspected but not copied by members of the public. *See* § 97.0585, Fla. Stat. (2021).

Page 2 of 2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**

Address **2990-1 Apalachee Pkwy**

County **Leon**

E-mail Address **vote@leonvotes.gov**

Day Phone 850-606-8683

Evening Phone

City **Tallahassee**

State **FL**

Zip Code **32301**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Person's title of office or position held or sought if applicable*

Address

County _____ State

Work Phone

11-89 (Florida Democratic Party); 21-9 (Florida Rising)

*Name of Governmental Office or Private Entity/Office*

City

Zip Code

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☑ Yes | ☐ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

███████████ has submitted more than 1400 Florida Voter Registration Applications (FVRAs) to our office this calendar year. Some applications submitted were for fictitious people. Others were for existing voters containing information that differs significantly from the information previously provided by the voter in question. Signatures, identifying numbers, and addresses were the most common sources of inconsistencies.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

This individual has submitted 1,460 forms to us between 01/18/2022 and 04/07/2022. These applications have been submitted under the third parties ███████████ The rate of incomplete applications and unverified applications is significantly higher than the normal registration rate. This individual has previously submitted forms with 16-65, which were the subject of another Election Fraud Complaint submitted by our office in 2020. Please see the attached documents for details and documentation.

The attached records are just a handful of the suspicious applications received. For more information, please contact our office.

---

✔ Check here if additional pages or documents are attached.

_Signature of complainant_                    Date Signed  4/19/22

**Mark S. Earley**
Print or type name of complainant

> It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                    Page 2                    Rule 1S-2.025, F.A.C.

Appendix U: Mark Earley 3PVRO Report

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **MARK S. EARLEY**

Day Phone **850-606-8683**    Evening Phone

Address **2990 APALACHEE PARKWAY**    City **TALLAHASSEE**

County **LEON**    State **FL**    Zip Code **32301**

E-mail Address **VOTE@LEONVOTES.GOV**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name ▮▮▮▮▮▮▮▮▮▮▮▮    Work Phone ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address ▮▮▮▮▮▮▮    City ▮▮▮▮▮▮▮

County ▮▮▮▮▮▮    State ▮▮    Zip Code ▮▮▮▮

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☒ | ☐ |
| Office of Statewide Prosecution | ☐ | ☐ |
| Florida Department of Law Enforcement | ☒ | ☐ |
| Florida Elections Commission | ☐ | ☐ |
| Florida Commission on Ethics | ☐ | ☐ |
| Office of Election Crimes and Security | ☒ | ☐ |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

LCSOE suspects that registration agent canvassers working on behalf of ████ a third-party voter registration organization, may have altered voter information without consent, possibly using third-party data, which violates state law. Specific agents with initials ███ or ███ are linked to a higher number of suspicious applications. These concerns also potentially involve agents ████ ███████ and ██████████ LCSOE has previously reported both individuals.


**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

The Leon County Supervisor of Elections (LCSOE) has ongoing concerns about the voter registration forms submitted by ███ also known as ████████████ This third-party voter registration organization (3PVRO) has a history of interacting with LCSOE through its representative, ██████████ ██████ has delivered applications on behalf of ████████ and responds to feedback regarding training and quality improvement efforts. ████████ has also been associated with other 3PVROs, including ████████████ where a previous fraud complaint was filed against another representative, ████████ in April 2022. ██████ has worked with multiple 3PVROs over the years, and LCSOE has consistently suspected fraudulent activity in the voter registration applications he delivered. In the past, ████████ work with 3PVROs resulted in numerous fraud complaints, including the submission of duplicate forms and forms for deceased individuals. These issues have led to several formal complaints and meetings between LCSOE and affected 3PVROs. Now, LCSOE has similar concerns with ████████ he voter registration forms they submit frequently contain errors, making them incomplete and potentially harming voters. More troubling, there are cases where it seems information for existing voters may have been altered without their knowledge or consent. LCSOE suspects that agents might be using third-party data or previously collected forms to fill out applications, a violation of state law.

One specific registration agents with initials ███ or ███ is linked to more suspicious applications than others.

Notably, in 2024 the Department of State Division of Elections revised the Florida Voter Registration Application to provide designated space for the 3PVRO registration agent canvassers to initial the form and provide the collection date. Consistently having this information on the forms makes identifying potentially problematic canvassers much easier.


☑ Check here if additional pages or documents are attached.

_signature_                                    10/7/24
Signature of complainant          Date Signed

**Mark S. Earley**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.



**MARK S. EARLEY**
SUPERVISOR OF ELECTIONS
LEON COUNTY, FLORIDA

| | |
|---|---|
| Date: | October 07, 2024 |
| To: | Florida Department of Law Enforcement |
| | Office of Election Crimes and Security |
| | Department of State, Division of Elections |
| From: | Leon County Supervisor of Elections |
| RE: | ███████████████████ Potential Fraudulent Applications |

## Summary

1. **This report:** We prepared the following report for law enforcement partners regarding the potentially fraudulent activities of third-party voter registration organization registration agents working for the organization ███████████████████

2. ███████████ We identified that one of the individuals involved, ███████████ has been a consistent contact person involved with different third-party voter registration organizations over the years.

3. **Suspected fraud:** We suspect that ███████████ is working with a group of canvassers, some of whom we suspect may be crafting fraudulent Florida Voter Registrations Applications to defraud the parent organization, ██████ and its partners. Our suspicion is that the canvassers are forging applications to increase the number of applications they are collecting on paper or in their own organizational reporting, potentially with the goal of increasing their pay for work collecting registration forms.

4. **Evidence:** the following pages detail the evidence we collected which we underlie our suspicions of potentially fraudulent activity, and we request further investigation by our law enforcement partners.

5. **Improved FVRA Design:** In 2024 the Division of Elections redesigned the Florida Voter Registration Application to provide space on the form for the initials and collection date of the 3PVRO registration agents. This improvement in design facilitated superior reporting in this complaint.

 Complaint by LCSOE

# Contents

Summary ................................................................................................................................ 1

1. Interactions between SOE, ███████████████████████ ........... 3

2. LCSOE concerns with ██████ Registration Forms ...................................... 5

3. Examples of incorrect Florida Driver License number ........................................ 6

    Table 1: Examples of incorrect Florida Driver License number ............................ 6

4. Examples of incorrect Security number ................................................................ 7

    Table 2: Examples of incorrect Social Security number ...................................... 8

5. Examples of missing required identification numbers ........................................ 9

    Table 3: Examples of missing identification numbers ......................................... 9

6. Examples of incorrect DOB .................................................................................. 10

    Table 4: Examples of incorrect dates of birth .................................................... 10

7. Statistical Evidence: Incomplete Applications ................................................... 11

    Table 5: Number and statuses of FVRAs by source June 2024 – August 2024 .......... 11

    Table 6: Examples of incomplete applications ................................................... 12

    Table 6: Examples of incomplete applications (CONT.) ...................................... 13

8. Statistical Evidence: Unverified Applications .................................................... 14

    Table 7: Examples of unverifiable applications .................................................. 15

    Table 7: Examples of unverifiable applications (CONT.) ..................................... 16

    Table 7: Examples of unverifiable applications (CONT.) ..................................... 17

    Table 7: Examples of unverifiable applications (CONT.) ..................................... 18

9. Exhibits ................................................................................................................ 18

2

████████ Complaint by LCSOE

**1. Interactions between SOE,** ███████████████████████████████████████

The Leon County Supervisor of Elections Office (LCSOE) began receiving Florida Voter Registration Applications (FVRAs) from ███████████████████████████████████ s a third-party voter registration organization (3PVRO) registered to vote with the Department of State Division of Elections (DOE).

███████████ filed to become a 3PVRO with the Division of Elections on ████████████ They filed to operate in all counties in Florida. Agents working with ████████ confirmed in communication with LCSOE that they operate in several counties in Northwest Florida, including but not limited to Bay County, Escambia County, and Leon County. The contact information for ██████ is:

Phone:
Address:
Email:
Registered Agent:

████████ frequently interacts with LCSOE through a voter registration agent named ███ ████████████████████████████ delivers applications in person to LCSOE and responds to feedback the office provides to 3PVROs for quality improvement and training purposes. LCSOE offers training and resources to 3PVROs and LCSOE communicates through ████████████████████ regarding those efforts. The contact information our office has for ██ ██████████████████ has been previously involved with other 3PVROs which delivered applications to our office. She was mentioned in an Elections Fraud Complaint form that our office filed against ██████████████ in April of 2022.  At the time both ███████ and ████████████████ worked with a 3PVRO named ███████████████████ ██████████ has previously collected registration forms for other 3PVROs. ████ ████████ has typically delivered completed applications collected on behalf of other 3PVRO

3

 Complaint by LCSOE

registration agents, however our office has consistently suspected agents collecting with organizations working with ▮▮▮▮ of submitting fraudulent FVRA forms. While ▮▮ ▮▮▮▮ works with different 3PVROs each election year, he consistently has delivered applications which our office suspected were fraudulently created.

In April 2022, LCSOE filed an Election Fraud Complaint form against ▮▮▮▮ who at the time was working with 3PVRO ▮▮▮▮▮▮ After contacting ▮▮▮ and filing the complaint LCSOE was notified that ▮▮▮▮ had been fired and was no longer collecting with their 3PVRO. ▮▮▮ identified herself as the new contact, but the organization stopped collecting registration forms shortly after ▮▮▮▮ was dismissed.

Previously, starting in the summer of 2019, LCSOE received FVRAs from 3PVRO ▮▮▮ ▮▮▮▮▮ which also were delivered by ▮▮▮▮ 3PVRO registration agents collecting on behalf of ▮▮▮ urned in duplicated forms, forms for deceased individuals, and forms for existing forms who filed sworn affidavits that they did not complete the forms and accused ▮▮▮ registration agents of fraudulently submitting the forms on their behalf. During the 2020 election, LCSOE submitted numerous fraud complaints in cooperation with affected voters. These include ▮▮▮▮ complaint dated August 2020), ▮▮▮▮ (complaint dated March 2020), ▮▮▮▮ (complaint dated March 2020), and ▮▮▮▮ (complaint dated March 2020). On March 9, 2020, LCSOE met with representatives of ▮▮▮ to notify the leaders of the organization that 3PVRO registration agents acting under their 3PVRO number had submitted fraudulent registration forms. LCSOE met with:



Shortly after the meeting the office stopped receiving registration forms from ▮▮▮ The individuals in the March 9th meeting were extremely cooperative with LCSOE and determined to stop any potentially fraudulent activity.

*4*

 Complaint by LCSOE

Between 2019 and 2020 <span></span> ersonally submitted 7,530 voter registration applications collected by other 3PVRO registration agents with which he worked.

## 2. LCSOE concerns with ▮▮▮▮▮ Registration Forms

LCSOE found that FVRAs submitted by ▮▮▮▮ registration agents frequently contained errors. These errors in many cases made voter registration applications incomplete, which disadvantages voters. But more worryingly, LCSOE identified cases where information for existing voters was possibly modified without the voter's knowledge or consent.

LCSOE is concerned that registration agents are using data to complete application forms without the knowledge or consent of the voters. They may be utilizing a third-party database of information or other publicly available information. They may be utilizing copies of previously collected registration forms, which is prohibited in state law (see: 97.0575(7), Florida Statutes).

The next few pages list examples of specific concerns. Each example has a noted exhibit number, which is the document image of the corresponding FVRA.

The new version of the FVRA contains a space for a 3PVRO canvasser to provide their initials. This allows LCSOE to identify specific 3PVRO registration agent canvassers who we suspect potentially submitted fraudulent applications. In particular a circulator(s) with initials ▮▮▮ or possibly ▮▮▮ seems to collect more erroneous or suspicious applications than other canvassers.

This is an example of these initials:



It is worth noting that the FVRA was redesigned in 2024 to provide a designated space for 3PVRO registration agent canvassers to provide their initials and collection date. This new redesigned form was very helpful in the preparation of this report and should make it easier to identify potentially problematic canvassers in the future.

5

Complaint by LCSOE

### 3. Examples of incorrect Florida Driver License number

State law requires voters to provide either their Florida Driver License number, the last four digits of their social security number, or indicate that they have neither number on their application. If the voter fails to provide this information, or if voter provides incorrect information, the application is incomplete. For new registrants, the voter's status is "unverified" if the Division of Elections is unable to verify a voter's record based on the name, date of birth, and last four digits of social security number provided. Unverified voters have an additional burden of providing proof of ID when attempting to vote in the future. This is a disservice of the voters but is also potentially indicative of 3PVRO canvassers fabricating otherwise secure information.

The following list are examples of registration forms collected by ▓▓▓▓ which have driver license number errors. It is rare for voters to registering by other means to make this mistake on their application, because most voters will have ID in hand and copy from their license as they are registering.

*Table 1: Examples of incorrect Florida Driver License number*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/14/2024 | A1, E3 |
| | | | 06/06/2024 | A2, B7 |
| | | | 06/08/2024 | A3 |
| | | | 05/03/2024 | A4 |
| | | | 08/10/2024 | A5 |
| | | | 08/06/2024 | A6, E29 |
| | | | 08/07/2024 | A7, E34 |
| | | | 08/10/2024 | A8, E33 |

*6*

██████ Complaint by LCSOE

### 4. Examples of incorrect Security number

Florida law requires voters to provide their Florida Driver License number, the last four digits of their Social Security number, or indicate they have neither on their application. If this information is missing or incorrect, the application is incomplete. New registrants are marked "unverified" if the Division of Elections can't match the name, date of birth, and Social Security number provided. Unverified voters face extra steps to prove their identity when they vote. This hurts voters and raises concerns that ██████ canvassers might be submitting false information.

The next table lists examples of registration forms from ██████ with incorrect Social Security numbers. This issue makes the applications incomplete. It's uncommon for voters to make this mistake on their own. However, it is possible. Some registrants, like college students, might not have their numbers memorized.

*7*

 Complaint by LCSOE

*Table 2: Examples of incorrect Social Security number*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/19/2024 | B1 |
| | | | 05/03/2024 | B2 |
| | | | 07/12/2024 | B3, E11 |
| | | | 07/12/2024 | B5, E5 |
| | | | 07/17/2024 | B6, E13 |
| | | | 06/06/2024 | A2, B7 |
| | | | 08/03/2024 | B8, E23 |
| | | | 07/11/2024 | B9 |
| | | | 07/11/2024 | B10 |
| | | | 07/25/2024 | B11 |
| | | | 07/06/2024 | B12 |
| | | | 08/03/2024 | B13 |
| | | | 08/01/2024 | B14, E26 |
| | | | 08/03/2024 | B15, E20 |
| | | | 08/15/2024 | B16, E30 |
| | | | 08/10/2024 | B17, E36 |
| | | | 08/14/2024 | B18, E37 |
| | | | 08/10/2024 | B19 |
| | | | 08/16/2024 | B20 |
| | | | 08/14/2024 | B21 |
| | | | 08/29/2024 | B22, D10 |
| | | | 08/23/2024 | B23, E44 |
| | | | 08/24/2024 | B24, E45 |
| | | | 08/28/2024 | B25 |
| | | | 08/16/2024 | B26 |
| | | | 08/23/2024 | B27 |

*8*

Complaint by LCSOE

### 5. Examples of missing required identification numbers

State law requires voters to provide either their Florida Driver License number, the last four digits of their social security number, or indicate that they have neither number on their application. If the voter fails to provide this information, the application is incomplete. If the voter provides incorrect information, the application is incomplete. The following examples of registration forms collected by ▋▋▋ do not have any ID# provided, which makes the applications incomplete. This is a further concern because the other information asked for on the application is public record: date of birth, name, and address is all information that can be requested. Providing an identifying number validates that the voter submitted the form and prevents fraud.

*Table 3: Examples of missing identification numbers*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/30/2024 | C1, D12, E47 |
| | | | 07/19/2024 | C2, E1 |
| | | | 07/11/2024 | C3, E17 |
| | | | 07/13/2024 | C4, E8 |
| | | | 06/29/2024 | C5 |
| | | | 06/14/2024 | C6 |
| | | | 06/12/2024 | C7 |
| | | | 06/09/2024 | C8 |
| | | | 06/09/2024 | C9 |
| | | | 06/01/2024 | C10 |
| | | | 06/01/2024 | C11 |
| | | | 06/01/2024 | C12 |

9

 Complaint by LCSOE

### 6. Examples of incorrect DOB

State law requires voters to provide their date of birth on the FVRA. If the voter fails to provide this information, the application is incomplete. If the voter provides incorrect information, the application is incomplete. The following examples of registration forms collected by ▓▓▓▓ have incorrect or incomplete or blank DOBs. It is rare for voters to registering by other means to make this mistake on their application.

*Table 4: Examples of incorrect dates of birth*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|----------|-----------|-----------|-----------------|-------------|
|  |  |  | 07/04/2024 | D1, E18 |
|  |  |  | 07/16/2024 | D2, E7 |
|  |  |  | 06/13/2024 | D3 |
|  |  |  | 06/12/2024 | D4 |
|  |  |  | 07/27/2024 | D5 |
|  |  |  | 08/15/2024 | D6 |
|  |  |  | 08/03/2024 | D7 |
|  |  |  | 08/03/2024 | D8 |
|  |  |  | 08/07/2024 | D9 |
|  |  |  | 08/29/2024 | D10, B22 |
|  |  |  | 08/30/2024 | D11, E48 |
|  |  |  | 08/30/2024 | D12, C1, E47 |
|  |  |  | 08/23/2024 | D13 |

*10*

Complaint by LCSOE

## 7. Statistical Evidence: Incomplete Applications

███████ collected 716 applications between June and August 2024. During that same period LCSOE received 10,421 FVRAs from all sources, including ███████ This means that ███████ collected about 6.9% of all the applications our office processed in June, July, and the August.

Between June and August, LCSOE processed 44 incomplete applications from all sources, representing a 0.4% incomplete rate overall. Of those, 27 came from ███████ giving them a 3.8% incomplete rate. This is 10 times the incomplete rate of other sources. Despite submitting only 6.9% of all applications, ███████ accounted for 61.4% of the incomplete ones in the period. This means ███████ was 10 times more likely to submit incomplete applications, and their errors made up two-thirds of the total. Our office suspects this could point to either misconduct or poor handling by ███████

*Table 5: Number and statuses of FVRAs by source June 2024 – August 2024*

| Source | Incomplete | New Registration | Other | Pre-Registration | Replacement Card | Unverified | Update | Total |
|---|---|---|---|---|---|---|---|---|
| OVR | 2 (0.0%) | 1820 (35.1%) | 1157 (23.1%) | 51 (1.0%) | 405 (7.8%) | 0 (0.0%) | 1717 (33.1%) | 5192 |
| Library | 0 (0.0%) | 6 (42.9%) | 4 (28.6%) | 0 (0.0%) | 3 (21.4%) | 1 (7.1%) | 0 (0.0%) | 14 |
| Public Assistance | 0 (0.0%) | 1 (50.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (50.0%) | 2 |
| Library | 0 (0.0%) | 8 (44.4%) | 6 (33.3%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (22.2%) | 18 |
| DMV | 5 (0.1%) | 1203 (36.1%) | 371 (11.1%) | 178 (5.3%) | 342 (10.3%) | 1 (0.0%) | 1234 (37.0%) | 3334 |
| Mail | 4 (1.1%) | 100 (26.8%) | 36 (9.7%) | 2 (0.5%) | 127 (34.0%) | 5 (1.3%) | 99 (26.5%) | 373 |
| SOE | 3 (0.5%) | 125 (21.6%) | 82 (14.1%) | 3 (0.5%) | 269 (46.4%) | 7 (1.2%) | 91 (15.7%) | 580 |
| 0115 | 0 (0.0%) | 8 (42.1%) | 3 (15.8%) | 0 (0.0%) | 3 (15.8%) | 1 (5.3%) | 4 (21.1%) | 19 |
| 1266 | 0 (0.0%) | 1 (100.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 |
| 1837 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (50.0%) | 1 (25.0%) | 1 (25.0%) | 4 |
| 1991 | 27 (3.8%) | 161 (22.5%) | 47 (6.6%) | 15 (2.1%) | 166 (23.2%) | 41 (5.7%) | 259 (36.2%) | 716 |
| 213 | 0 (0.0%) | 14 (73.7%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (21.1%) | 1 (5.3%) | 19 |
| 219 | 1 (50.0%) | 1 (50.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 |
| 2344 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (100.0%) | 0 (0.0%) | 0 (0.0%) | 1 |
| 2428 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (50.0%) | 1 (50.0%) | 2 |
| FPCA | 1 (0.9%) | 6 (5.4%) | 23 (20.5%) | 0 (0.0%) | 15 (13.4%) | 0 (0.0%) | 67 (59.8%) | 112 |
| VPC | 1 (3.1%) | 11 (34.4%) | 0 (0.0%) | 0 (0.0%) | 13 (40.6%) | 2 (6.3%) | 5 (15.6%) | 32 |
| **Total** | 44 0.4% | 3465 33.3% | 1769 17.0% | 249 2.4% | 1346 12.9% | 64 0.6% | 3484 33.4% | 10421 |

11

Complaint by LCSOE

*Table 6: Examples of incomplete applications*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/19/2024 | E1, C2 |
| | | | 07/13/2024 | E2 |
| | | | 07/14/2024 | E3, A1 |
| | | | 07/15/2024 | E4 |
| | | | 07/12/2024 | E5, B5 |
| | | | 07/12/2024 | E6 |
| | | | 07/16/2024 | E7, D2 |
| | | | 07/13/2024 | E8, C4 |
| | | | 07/24/2024 | E9 |
| | | | 07/25/2024 | E10 |
| | | | 07/12/2024 | E11, B3 |
| | | | 07/25/2024 | E12 |
| | | | 07/17/2024 | E13, B6 |
| | | | 07/19/2024 | E14 |
| | | | 07/17/2024 | E15 |
| | | | 07/20/2024 | E16 |
| | | | 07/11/2024 | E17 |
| | | | 07/24/2024 | E18, D1 |
| | | | 07/26/2024 | E19 |
| | | | 08/03/2024 | E20, B15 |
| | | | 08/14/2024 | E21 |
| | | | 08/03/2024 | E22 |
| | | | 08/03/2024 | E23, B8 |
| | | | 07/02/2024 | E24 |
| | | | 08/03/2024 | E25 |
| | | | 08/01/2024 | E26, B14 |

*12*

 Complaint by LCSOE

*Table 6: Examples of incomplete applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/11/2024 | E27 |
| | | | 08/17/2024 | E28 |
| | | | 08/06/2024 | E29, A6 |
| | | | 08/15/2024 | E30, B16 |
| | | | 08/08/2024 | E31 |
| | | | 08/10/2024 | E32 |
| | | | 08/10/2024 | E33, A8 |
| | | | 08/07/2024 | E34, A7 |
| | | | 08/08/2024 | E35 |
| | | | 08/10/2024 | E36, B17 |
| | | | 08/14/2024 | E37, B18 |
| | | | 08/08/2024 | E38 |
| | | | 08/18/2024 | E39 |
| | | | 08/16/2024 | E40 |
| | | | 08/17/2024 | E41 |
| | | | 08/22/2024 | E42 |
| | | | 08/17/2024 | E43 |
| | | | 08/23/2024 | E44, B23 |
| | | | 08/24/2024 | E45, B24 |
| | | | 08/30/2024 | E46, C1, D12 |
| | | | 09/04/2024 | E47 |
| | | | 08/30/2024 | E48, D11 |
| | | | 09/03/2024 | E49 |
| | | | 09/05/2024 | E50 |
| | | | 09/04/2024 | E51 |
| | | | 08/30/2024 | E52 |

*13*

Complaint by LCSOE

### 8. Statistical Evidence: Unverified Applications

When someone registers to vote for the first time, our office (LCSOE) enters their info into the statewide voter registration database. This info is then verified by the Florida Department of State Division of Elections (DOE), checking the name, birthdate, and ID numbers. If everything matches, the voter is registered. If not, the registration is marked as "unverified," and the voter must provide proof of their ID number or correct errors on their form. We send a letter explaining this and how to fix it. This verification process helps prevent fraudulent registrations.

Unverified registrations aren't proof of fraud by themselves. They can happen because of mistakes like writing the wrong number or bad handwriting. Sometimes, we might even make an error when entering data. If the DOE can't match the info on the form, the application becomes unverified.

However, if one source of registrations has a lot more unverified forms than others, it could potentially point to fraud. For example, if canvassers were using fake information for names, dates of birth, or secure identifiers like social security number, that would lead to more unverified applications. We think honest canvassers should in theory submit no more unverified applications than anyone else. If a group submits far more, it could mean they're falsifying information. It could also mean uniquely poor handling of applications.

Between June and August, LCSOE received 67 unverified applications out of 10,421 total submissions, which means about 0.6% of applications were unverified, or 1 in 200. This is the average rate we'd expect from any source. A higher rate begs the question, why is this source collecting more unverified applications than other sources on average?

But of those 67 unverified applications, 44 came from ▓▓▓▓ even though they only submitted 716 applications during this time. That gives ▓▓▓▓ tself an unverified rate of 6.1%—10 times higher than the average. For ▓▓▓▓ 1 in 20 of their applications had unverified Social Security or driver's license numbers compared to 1 in 200 for all other sources. While ▓▓▓▓ submitted just 6.9% of all applications we received in the period, they were responsible for 65.7% of the unverified ones in this period. This suggests ▓▓▓▓ may be involved in either systemic mishandling of applications, or if not, fraud.

*14*

Complaint by LCSOE

*Table 7: Examples of unverifiable applications*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 05/24/2024 | F1 |
| | | | 05/25/2024 | F2 |
| | | | 05/21/2024 | F3 |
| | | | 06/01/2024 | F4 |
| | | | 05/31/2024 | F5 |
| | | | 06/01/2024 | F6 |
| | | | 06/01/2024 | F7 |
| | | | 05/31/2024 | F8 |
| | | | 06/02/2024 | F9 |
| | | | 08/31/2024 | F10 |
| | | | 06/06/2024 | F11 |
| | | | 06/19/2024 | F12 |
| | | | 06/20/2024 | F13 |
| | | | 07/02/2024 | F14 |
| | | | 06/29/2024 | F15 |
| | | | 07/07/2024 | F16 |
| | | | 06/29/2024 | F17 |
| | | | 07/03/2024 | F18 |
| | | | 06/26/2024 | F19 |
| | | | 07/04/2024 | F20 |
| | | | 07/06/2024 | F21 |
| | | | N/A | F22 |
| | | | 07/06/2024 | F23 |
| | | | 07/06/2024 | F24 |
| | | | 07/11/2024 | F25 |
| | | | 07/17/2024 | F26 |

*15*

 Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 07/11/2024 | F27 |
| | | | 07/11/2024 | F28 |
| | | | 07/16/2024 | F29 |
| | | | 07/24/2024 | F30 |
| | | | 07/24/2024 | F31 |
| | | | 07/12/2024 | F32 |
| | | | 07/16/2024 | F33 |
| | | | 07/25/2024 | F34 |
| | | | 07/12/2024 | F35 |
| | | | 07/21/2024 | F36 |
| | | | 07/12/2024 | F37 |
| | | | 07/17/2024 | F38 |
| | | | 07/19/2024 | F39 |
| | | | 07/18/2024 | F40 |
| | | | 07/11/2024 | F41 |
| | | | 07/18/2024 | F42 |
| | | | 07/25/2024 | F43 |
| | | | 07/27/2024 | F44 |
| | | | 07/19/2024 | F45 |
| | | | 07/18/2024 | F46 |
| | | | 07/24/2024 | F47 |
| | | | 08/08/2024 | F48 |
| | | | 08/10/2024 | F49 |
| | | | 08/10/2024 | F50 |
| | | | 08/03/2024 | F51 |
| | | | 08/03/2024 | F52 |

*16*

 Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/14/2024 | F57 |
| | | | 08/08/2024 | F58 |
| | | | 08/07/2024 | F59 |
| | | | 08/14/2024 | F60 |
| | | | 08/08/2024 | F61 |
| | | | 08/09/2024 | F62 |
| | | | 08/15/2024 | F63 |
| | | | 08/15/2024 | F64 |
| | | | 08/08/2024 | F65 |
| | | | 08/19/2024 | F66 |
| | | | 08/15/2024 | F67 |
| | | | 08/18/2024 | F68 |
| | | | 08/17/2024 | F69 |
| | | | 08/21/2024 | F70 |
| | | | 08/22/2024 | F71 |
| | | | 08/21/2024 | F72 |
| | | | 08/21/2024 | F73 |
| | | | 08/16/2024 | F74 |
| | | | 08/21/2024 | F75 |
| | | | 08/21/2024 | F76 |
| | | | 08/28/2024 | F77 |
| | | | 08/27/2024 | F78 |
| | | | 09/02/2024 | F79 |
| | | | 09/04/2024 | F80 |
| | | | 08/28/2024 | F81 |
| | | | 08/28/2024 | F82 |

*17*

Complaint by LCSOE

*Table 7: Examples of unverifiable applications (CONT.)*

| Reg. No. | Voter Name | Collector | Collection Date | Exhibit No. |
|---|---|---|---|---|
| | | | 08/26/2024 | F83 |
| | | | 08/27/2024 | F84 |
| | | | 08/24/2024 | F85 |
| | | | 08/29/2024 | F86 |
| | | | 08/23/2024 | F87 |
| | | | 09/05/2024 | F88 |
| | | | 09/04/2024 | F89 |
| | | | 08/21/2024 | F90 |
| | | | 08/28/2024 | F91 |
| | | | 08/23/2024 | F92 |
| | | | 08/24/2024 | F93 |
| | | | 08/27/2024 | F94 |
| | | | 08/31/2024 | F95 |
| | | | 09/05/2024 | F96 |
| | | | 09/13/2024 | F97 |
| | | | 08/31/2024 | F98 |

## 9. Exhibits

The last section of this report includes scans of applications which correspond to the proceeding tables. The scans will show the affected voter registration records. 3PVRO registration agents are required to provide their initials in the bottom right corner. This information indicates who allegedly collected the form. Because the 3PVRO canvassers only provide their initials on the forms, it would be necessary to work with the parent 3PVRO organization ▉▉▉▉ to determine identities from the initials.

The forms are labeled with an exhibit number which corresponds to the tables of identified cases on the previous pages.

*18*

Appendix V: Darlington Declaration

**DECLARATION OF ANDREW DARLINGTON
IN SUPPORT OF RESPONSE IN OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION**



I, Andrew Darlington, consistent with 28 U.S.C. § 1746, hereby state:

<u>**Background**</u>

1.    I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.    I have served as the Director of the Office of Election Crimes and Security since March 2023. As Director, my role includes, but is not limited to, overseeing the Office's: (a) receiving and reviewing of notices and reports generated by concerned citizens, government officials, or other Florida agency partners regarding alleged occurrences of election law violations by third-party voter registration organizations or their agents ("3PVROs"); (b) initiating independent inquiries and conducting preliminary investigations into allegations of election law violations by 3PVROs; (c) assessing fines for election law violations by 3PVROs; and (d) referring complaints regarding 3PVROs to other agencies for further criminal investigation or prosecution.

3.    Prior to becoming Director, I served as an Assistant General Counsel in the Florida Department of State where I handled election-related matters. Before that, I served as a prosecutor, worked in several federal and state agencies, served as a civil litigator in several law firms, and was an infantry officer in the United States Marine Corps where I served twice in Afghanistan.

4.    In my current role as Director, I am familiar with Florida's Election Code. I am also familiar with the claims brought by the Plaintiff in the three federal district court cases challenging various provisions of Senate Bill 7050 ("SB 7050"), Florida's most recent set of revisions to the Florida Election Code, which was codified as chapter 2023-120, Laws of Florida ("2023 Law").



1

App. 0089

5.      A 3PVRO that collects voter registration applications serves as a fiduciary to applicants under Florida law. § 97.0575(3)(a), Fla. Stat. I am providing this declaration to explain some of the ways and instances in which 3PVROs have failed to abide by their fiduciary duties in recent years, and the State's interests in the provisions that the Plaintiff groups are seeking to preliminarily enjoin.

### 3PVRO Complaints

6.      Our Office regularly receives complaints of 3PVROs violating Florida's election laws via a variety of sources, including election fraud complaints (Form DS-DE 34 – Fla. Admin. Code R. 1S-2.025), 3PVRO complaints (Form DS-DE 121 – Fla. Admin Code R. 1S-2.042), and complaints from supervisors of elections or their staff (which are submitted via the previous two forms). *See, e.g.*, Fla. Admin. Code. R. 1S-2.042(8). We investigate complaints and assess civil penalties, refer civil complaints to the Florida Attorney General's Office, or refer criminal complaints to law enforcement, as appropriate.

7.      Florida law requires the Office to submit an annual report to the President of the Senate, the Speaker of the House of Representatives, and the Governor detailing information on investigations of alleged election law violations or election irregularities conducted during the prior calendar year. § 97.022(7), Fla. Stat. The Office submitted its most recent report on January 15, 2023, for the 2022 calendar year—well before the proposed initial legislation for SB 7050 was submitted for consideration to the Florida Senate Committee on Ethics and Elections on March 30, 2023. The report is a statutory requirement and is incorporated by reference as an attachment to this declaration. As evidenced in the report, during 2022, the Office reviewed a large number of complaints involving 3PVROs. A number of these 3PVROs were reported by election officials for failing to timely comply with statutory obligations—most significantly, failing to timely turn in

2

App. 0090

voter registration applications. The Office reviewed approximately 3,077 voter registration applications that were collected and submitted untimely by 3PVROs, in violation of section 97.0575, Florida Statutes. The Office assessed statutory fines in the amount of $41,600.00 against those 3PVROs that did not comply with the statutory requirements. *See* § 97.0575(3)(a), Fla. Stat.

8.     Incorporated by reference as an attachment to this declaration is a sampling of 3PVRO complaints received, 3PVRO fine letters issued, and 3PVRO referrals made by the Department of State between the years 2016 and 2021. Our Office is concerned with the quantity and types of violations of Florida's election laws by 3PVROs alleged in or evidenced by these documents (especially those that resulted in the assessment of fines, referrals to other agencies for further investigation, and criminal prosecution). The types of violations alleged in or evidenced by these documents include, among other things:

    a.  3PVROs failing to deliver voter registration applications to election officials before the book closing deadline for federal or state elections. (Whenever a new applicant's voter registration application is not delivered by a 3PVRO prior to the book closing deadline, that voter is deprived of the right to vote in the next election.)

    b.  3PVROs failing to deliver voter registration applications to the division or the supervisor of elections in the county in which the applicant resides within 14 days after applications are completed by applicants.

    c.  3PVROs failing to deliver voter registration applications to the correct supervisor of elections in the county in which the applicant resides.

    d.  3PVRO agents charged or alleged with violation of a criminal statute.

9.     Also incorporated by reference as an attachment to this declaration are news articles, a press release, and a letter that discuss various 3PVRO-related issues.

3

App. 0091

**State Interests**

10.    The 2023 Law promotes the State's interests in safeguarding election integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and promoting uniformity, efficiency, and confidence in the election system as a whole. The 2023 Law reflects the State's continuing efforts to protect the right to vote by ensuring that 3PVROs are abiding by their fiduciary duties under Florida law. When 3PVROs conduct themselves in a criminal or fraudulent manner, or otherwise in disregard of their fiduciary duties, their actions may disenfranchise voters by delaying or preventing timely voter registration.

11.    In furtherance of those interests, the 2023 Law amended, among other things: (1) section 97.0575(1)(e), Florida Statutes ("**Felon Volunteer Restriction**"); (2) section 97.0575(1)(f), Florida Statutes ("**Non-U.S. Citizen Volunteer Restriction**"); (3) section 97.0575(4), Florida Statutes ("**Receipt Requirement**"); and (4) section 97.0575(7), Florida Statutes ("**Voter Information Retention Restriction**"). Each of these provisions furthers important State interests.[1]

1. Felon Volunteer Restriction

12.    Under the Felon Volunteer Restriction, 3PVROs must "affirm[] that each person collecting or handling voter registration applications on behalf of the [3PVRO] has not been convicted of a felony violation of the Election Code" or "a felony violation of an offense specified in" section "98.0751(2)(c)" (murder), section "98.0751(2)(b)" (sexual offenses), section "825.103" (exploitation of an elderly person or disabled adult), chapter "817" (fraudulent

---

[1] Other provisions the 2023 Law amended (but the Plaintiff groups do not seek to preliminarily enjoin) include: (1) section 97.0575(5)(a), Florida Statutes ("**Late/Incorrectly Returned Application Fines Provision**"); (2) section 101.62(1)(a), Florida Statutes ("**Mail-In Ballot Request Restriction**"); and (3) section 97.0575(1)(d), Florida Statutes ("**Re-Registration Requirement**").

4

App. 0092

practices), chapter "831" (forgery and counterfeiting), or chapter "837" (perjury). § 97.0575(1)(e), Fla. Stat.

13.     An individual who collects and handles a completed voter-registration application acts as a fiduciary for the applicant. § 97.0575(3)(a), Fla. Stat. This is a position of trust and the Florida Legislature has determined that that position of trust should only be occupied by those who have not committed Election-Code felonies or serious or trust-related felonies. *See* § 97.0575(1)(e), Fla. Stat.

14.     It is my understanding that keeping the above classes of convicted felons from collecting or handling completed voter-registration applications furthers the State's interests in safeguarding election integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and promoting confidence in the election system as a whole.

## 2. Non-U.S. Citizen Volunteer Restriction

15.     Under the Non-U.S. Citizen Volunteer Restriction, 3PVROs must "affirm[] that each person collecting or handling voter registration applications on behalf of the [3PVRO] is a citizen of the United States of America." § 97.0575(1)(f), Fla. Stat.

16.     As stated above, an individual who collects and handles a completed voter-registration application acts as a fiduciary for the applicant. The Florida Legislature determined that only those individuals who are U.S. citizens can occupy that position of trust. *See* § 97.0575(1)(f), Fla. Stat.

17.     With non-citizens, there is an issue of whether collected and handled applications will be submitted to election officials on time. Non-citizens include illegal aliens, who are actively breaking the law and are subject to deportation at any time. Even those here on a temporary basis, such as those on student visas, pose similar risks; the temporary visitors might leave the country

5

App. 0093

(or the State) without first delivering the completed voter registration applications in their custody..
For resident aliens, the Florida Legislature made the determination that only U.S. citizens—those
who can vote—can conduct the most critical aspect of the voter-registration process: ensuring that
a completed application gets properly submitted on time. *See id.* In other words, citizens have the
most direct stake in the results of elections, and the Florida Legislature determined that they should
be entrusted with that position. *See id.*

18.    It is my understanding that keeping non-U.S. Citizens from collecting or handling
completed voter-registration applications furthers the State's interests in safeguarding election
integrity, preventing voter fraud, ensuring voter registration applications are timely processed, and
promoting confidence in the election system as a whole.

### 3. Receipt Requirement

19.    Under the Receipt Requirement, 3PVROs that collect voter-registration
applications must provide a receipt to an applicant upon accepting his or her application. §
97.0575(4), Fla. Stat. The receipt must include the name of the applicant, the date the application
is received, the name of the 3PVRO, the name of the 3PVRO agent, the applicant's political party
affiliation, and the county in which the applicant resides.

20.    The Division of Elections will provide a uniform receipt form by October 1, 2023.

21.    The Receipt Requirement ensures that, if the 3PVRO fails to perform its fiduciary
duty to collect or submit applications, the applicants can contact the 3PVRO about any issues, even
those concerning the specific 3PVRO agents responsible for interacting with applicants. It also
provides applicants with the necessary information to report potential violations of Florida's
election laws by 3PVROs, which will enable election officials to identify issues with specific
3PVRO volunteers. More documentation of crucial aspects of voter registration is better.

6

App. 0094

22.    The Receipt Requirement thus ensures 3PVRO accountability in upholding their fiduciary duty and the proper administration of the third-party voter registration process.

4. <u>Voter Information Retention Restriction</u>

23.    Under the Voter Information Retention Restriction, a 3PVRO agent is prohibited from collecting a voter's application (which includes a voter's personal information) for any reason other than to provide such application to the 3PVRO in compliance with this section. § 97.0575(7), Fla. Stat.

24.    A voter's personal information includes a voter's Florida driver license number, Florida identification card number, social security number, or signature.

25.    The Voter Information Retention Restriction protects the applicant: a 3PVRO agent should not be able to retain a voter's private information that is not generally available to the public.

26.    The Voter Information Retention Restriction thus ensures that a voter's application (including the voter's personal information contained therein) is protected from misuse by a 3PVRO agent.

I say nothing further.

On June 23, 2023, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

/s/ Andrew Darlington
_____
Andrew Darlington

7

App. 0095

Appendix W: Mark Earley Notification Fall 2024

## McVay, Brad R.

| | |
|---|---|
| **From:** | Mark Earley <Mark.Earley@leonvotes.gov> |
| **Sent:** | Friday, October 25, 2024 5:31 PM |
| **To:** | Mitchell, Mark; McVay, Brad R. |
| **Cc:** | Matthews, Maria I.; Alessandra Shurina; Stephen Usztok |
| **Subject:** | FW: Addendum to Earlier Fraud Complaint |
| **Attachments:** | IMG_5446.jpg |
| | |
| **Importance:** | High |

---

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

---

Please see below. We have submitted instances of likely fraud on 3PVRO ███ efore. This is additional information indicating either failure to perform their duties properly, or possibly fraud.

This voter was required to vote provisionally since they were not listed on the rolls. Since they have their legally required receipt from the 3PVRO, and assuming they complete a provisional ballot cure, I will likely advocate on their behalf to the rest of the Canvassing Board that we accept the provisional ballot as this was an administrative error on the part of the 3PVRO that should not disenfranchise the voter from voting. This is supported, in my view, by Title 52, Section (a)(2)(B).

*Mark S. Earley*
Certified Elections/Registration Administrator
Master Florida Certified Elections Professional
***Supervisor of Elections***
*Leon County, Florida USA*

850.606.8683

Leon County Election Center
2990-1 Apalachee Pkwy
Tallahassee FL 32301

Check Your Registration Status and Details Online:
https://www.LeonVotes.Gov/YourVoterInfo

*Voting is the most important expression of our collective wisdom.*

*"Those who can make you believe absurdities can make you commit atrocities."*
*~ Voltaire*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076

Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076

1

**From:** Alessandra Shurina <ShurinaA@leonvotes.gov>
**Sent:** Friday, October 25, 2024 1:51 PM
**To:** Mark Earley <Mark.Earley@leonvotes.gov>
**Cc:** Maribel Rivera <RiveraM@leonvotes.gov>; Georgia Summerville <SummerG@leonvotes.gov>; Stephen Usztok <UsztokS@leonvotes.gov>
**Subject:** Addendum to Earlier Fraud Complaint

Trying to keep it short and sweet since we're all a little starved for time around here 😊 See below.

Voter showed up to Early Voting site at FAMU on 10/23/2024. Voter's record could not be located and was advised she was not registered to vote and would have to vote by Provisional Ballot. Voter provided receipt from 3rd party ▮▮▮▮ (attached) as proof that she submitted a Florida Voter Registration Application to registration agent ▮▮▮▮▮▮▮▮▮▮▮▮ working on behalf of 3PVRO ▮▮▮▮ on 08/30/2024. Our office never received this application. We contacted the group on 10/24/2024 and advised them there is at least one form collected on behalf of their organization we never received. They told us they submit all forms to us.

**Alessandra Shurina**
Director of Voter Services
Leon County Supervisor of Elections

850-606-VOTE (8683)
Alessandra@LeonVotes.gov

2

Appendix X: Palm Beach Smart & Safe Referral Letter to FDLE



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

October 29, 2024

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL 32308
ECUComplaints@flde.state.fl.us

   *Re: Palm Beach County Paid Petition Circulators / Initiative Petition 22-05, Adult Personal Use of Marijuana*

Dear Andrew Watts, Special Agent Supervisor:

  Over the past several months, we have received some alarming information from the Palm Beach County Supervisor of Elections Office regarding fraudulent constitutional initiative petitions received in their office from Smart & Safe Florida (the sponsoring political committee for Initiative Petition 23-05, Adult Personal Use of Marijuana). Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Office of Election Crime & Security ("OECS") has conducted preliminary investigations into the following allegations to determine if the alleged violation(s) appear(s) to have occurred warranting a criminal investigation referral to your office, as established by Rule 1S-2.025, Florida Administrative Code.

  OECS has received credible information that the following petition circulators for Initiative Petition 22-05, Adult Personal Use of Marijuana, have submitted suspected illegal petition form(s), in clear violation of section 100.371(5), section 104.011, and chapter 817, Florida Statutes:



**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) • DOS.MyFlorida.com**



As detailed in the attachments to this letter, the Palm Beach County Supervisor of Elections Office received petitions from Smart & Safe Florida (the sponsoring political committee) from voters who were identified as not actually having signed the initiative petitions. The Palm Beach County Supervisor then secured signed complaint forms from the individual voters attesting to the fact that they did not sign the petition forms submitted in their names. Some of the above-named circulators also signed petitions on behalf of individuals who were deceased at the time the petition was allegedly signed. The circulators appear to have forged the voters' signatures and inserted the voters' personal identifiable information into the petitions without consent. The petition forms indicate the above-listed individuals as the paid circulators who collected the petitions. Our office will supplement this letter with all registration documents related to each of the individual circulators. All of the above-listed individuals are paid circulators for the Initiative Petition, 22-05, Adult Personal Use of Marijuana.

The allegations contained in this letter concern only Palm Beach County. Given the volume of allegations in Palm Beach, as well as other Florida counties OECS has previously referred to your Department, OECS asks you prioritize the resolution of this investigation.

Nothing in this referral letter should be interpreted to limit the scope of your investigation or the nature of any and all criminal charges your office uncovers.

Sincerely,

Brad McVay
Deputy Secretary of State
for Legal Affairs & Election Integrity
Office of the Secretary
Florida Department of State

Enclosures

Page 2 of 2

Appendix Y: Copy of Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

STATE OF FLORIDA and the
FLORIDA DEPARTMENT OF STATE,

    *Plaintiffs,*

    v.                           Case No. 24-cv-509

The DEPARTMENT OF HOMELAND
SECURITY; and ALEJANDRO
MAYORKAS, in his official capacity
as Secretary of the United States
Department of Homeland Security,

    *Defendants.*
_____/

## COMPLAINT FOR
## PERMANENT INJUNCTIVE RELIEF

1.    Since taking office, the Biden-Harris Administration has "effectively turned the Southwest Border into a meaningless line in the sand and little more than a speedbump for aliens flooding into the country." *Florida v. United States*, 660 F. Supp. 3d 1239, 1249 (N.D. Fla. 2023).

2.    While estimates vary on the impact of the border crisis, there are at a minimum millions of new unauthorized aliens present in our country.

3.    States have limited power to enforce federal law and deport these individuals when the federal government cannot or will not do so. *See Arizona v. United States*, 567 U.S. 387, 401–02 (2012) (observing that "a *single* sovereign" is "responsible

for maintaining a comprehensive and unified system to keep track of aliens within the Nation's borders" (emphasis added)). But States can at a minimum ensure state laws are followed, including laws prohibiting non-citizens from voting in Florida elections. *See* Art. VI, § 2, Fla. Const.; *see also* Matthew Tragesser, *Illegal Aliens Are Still Voting in Our Elections*, Heritage Found. (July 10, 2024) (providing examples of non-citizen voting).[1]

4.    As part of preventing voter fraud, including non-citizen voting, the State of Florida has an obligation to maintain accurate and current voter registration records. *See* § 98.075(1), Fla. Stat.

5.    And as part of "the prerogatives and responsibilities of the States and the National Government vis-à-vis one another," *Bond v. United States*, 564 U.S. 211, 221 (2011), the federal government has an obligation to cooperate with the States in ensuring only citizens vote in their elections.

6.    That cooperation mandate is based in two provisions of federal law. First, 8 U.S.C. § 1373(c) requires the federal government to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency. . . ." Second, 8 U.S.C. § 1644 states that "no State or local government entity may be prohibited, or in any way restricted, from sending to or receiving from [federal

---

[1]    Available at https://www.heritage.org/election-integrity/commentary/illegal-aliens-are-still-voting-our-elections.

2

immigration authorities] information regarding the immigration status, lawful or unlawful, of an alien in the United States."

7.    Because the federal government is refusing to comply with these obligations and frustrating Florida's ability to maintain the integrity of its elections, Florida files this suit.

## PARTIES

8.    Plaintiff State of Florida is a sovereign State and has the authority and responsibility to protect its public fisc and the health, safety, and welfare of its citizens. As the State's Chief Legal Officer, Attorney General Ashley Moody is authorized to represent the interests of the State in civil suits. *See* § 16.01(4), (5), Fla. Stat.

9.    Plaintiff, the Florida Department of State (FDOS), is an agency of the State of Florida.[2] *See* § 20.10, Fla. Stat. FDOS has responsibility under both state and federal law to ensure that Florida's voter registration rolls are current and accurate. *See* § 98.075(1), Fla. Stat. (providing that FDOS "shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records"); § 98.093(1), Fla. Stat. (requiring FDOS to access information from state and federal officials "[i]n order to identify ineligible registered voters and maintain accurate and current voter registration records in the statewide voter registration system"); 52 U.S.C. § 21083(a)(1)(A)(4) (requiring states to "ensure that voter registration records in the State are accurate and updated regularly").

---

[2] Plaintiffs, State of Florida and the Florida Department of State, are collectively referred throughout as "Florida."

3

10.     Defendant Department of Homeland Security (DHS) is an agency of the United States Government. DHS is responsible for providing immigration status information to States under 8 U.S.C. § 1373(c). *See also* 8 U.S.C. § 1551 note; 6 U.S.C. § 291; 6 U.S.C. § 542 note.

11.     Defendant Alejandro Mayorkas is the Secretary of DHS. DHS is the federal agency principally responsible for immigration enforcement. Florida sues Secretary Mayorkas in his official capacity.

## JURISDICTION AND VENUE

12.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1346, 1361, and 2201–02, and 5 U.S.C. §§ 702–06.

13.     The Court is authorized to award the requested declaratory and injunctive relief under 5 U.S.C. §§ 705–06, 28 U.S.C. §§ 1361 and 2201–02, the Constitution, and the Court's equitable powers.

14.     Venue lies in this district pursuant to 28 U.S.C. § 1391(e)(1) because Florida sues the federal government and the State is a resident of every judicial district in its sovereign territory, including this judicial district (and division). *Florida v. United States*, No. 3:21-cv-1066, 2022 WL 2431443, at *2 (N.D. Fla. Jan. 18, 2022).

## BACKGROUND

### Legal Background

15.     The Constitution primarily charges the States with safeguarding and administering the electoral process, subject to certain federal limits. *See, e.g., Arizona v.*

4

*Inter Tribal Council of Arizona, Inc.*, 570 U.S. 1, 7–9 (2013) (discussing the state and federal balance struck by the Framers in the Elections Clause, U.S. Const. Art. I, § 4, cl. 1).

16.    Under federal and Florida law, the State of Florida has an obligation to ensure the integrity of elections conducted within the State by maintaining accurate voter registration records. *See, e.g.*, 52 U.S.C. § 21083(a) (requiring States to maintain accurate voter registration records and make reasonable efforts to remove ineligible registrants); 52 U.S.C. § 20501(b)(4) (similar); § 98.075(1), Fla. Stat. ("The [Florida Department of State] shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records.").

17.    One facet of that duty is ensuring that ineligible voters have not registered to vote in Florida elections. *See* § 98.075, Fla. Stat. (requiring Florida supervisors of elections to remove ineligible voters from voter rolls).

18.    Under Florida law, only U.S. citizens are eligible to vote in Florida elections. Art. VI, § 2, Fla. Const.; § 97.041(1)(a)(2), Fla. Stat. Federal law mirrors this limit. *See* 18 U.S.C. §§ 611, 1015.

19.    As part of its duty to maintain voter registration rolls, FDOS must verify that non-citizens have not been registered to vote in Florida. *See* § 98.075(1), Fla. Stat. (providing that FDOS "shall protect the integrity of the electoral process by ensuring the maintenance of accurate and current voter registration records"); § 98.093(1), Fla. Stat. (requiring FDOS to access information from state and federal officials "[i]n order

5

to identify ineligible registered voters and maintain accurate and current voter registration records in the statewide voter registration system").

20.    Under Florida law, the Florida Department of Highway Safety and Motor Vehicles notifies FDOS when a person presents evidence of non-citizenship while seeking a new or renewed Florida driver's license, Florida identification card, or other updated record. *See* § 98.093(8)(b), Fla. Stat.

21.    Other state agencies also routinely report evidence of non-citizenship, such as when a person indicates non-citizen status in response to a jury notice or when a law enforcement investigation discovers that a non-citizen is registered to vote.

22.    FDOS is then responsible for investigating citizenship status and reporting that information to the relevant supervisor of elections who makes a final determination about voter roll removal in accordance with procedures set by Florida law. *See* § 98.075(7), Fla. Stat.

23.    While the information FDOS receives from state agencies is reasonably reliable, frequently such data is not sufficiently conclusive for FDOS to report it to a supervisor of elections.

24.    Further, Florida cannot track and maintain immigration and citizenship information on its own. *See Arizona*, 567 U.S. at 401–02 (observing that "a *single* sovereign" is "responsible for maintaining a comprehensive and unified system to keep track of aliens within the Nation's borders" (emphasis added)). That responsibility lies with the federal government, namely DHS. *See id.* (describing the federal regime of alien registration).

6

920

25.    Recognizing this asymmetry in information, Congress enacted the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208 (IIRIRA). Through IIRIRA, Congress mandated that the Immigration and Naturalization Service (INS) "shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law, by providing the requested verification or status information." 8 U.S.C. § 1373(c); *see also* 8 U.S.C. § 1644 (prohibiting any restrictions on communication between state and local governments and the INS regarding immigration status of aliens).

26.    In 2003, with the creation of DHS, the INS was transferred from the Department of Justice to DHS. *See* 8 U.S.C. § 1551 note; 6 U.S.C. § 291; 6 U.S.C. § 542 note. Three DHS components, U.S. Citizenship and Immigration Services (USCIS), Immigration and Customs Enforcement, and Customs and Border Protection now perform the functions of the INS, including implementation of 8 U.S.C. § 1373(c).

### Factual Background

27.    The primary way DHS seeks to comply with § 1373(c) is through a program created by USCIS called the Systematic Alien Verification for Entitlements (SAVE) program. *See* 76 Fed. Reg. 58,525, 58,526 (Sept. 21, 2011) (noting that the SAVE program "include[s] the implementation of [8 U.S.C. § 1373(c)]"); *see also* Immigration Reform and Control Act, Pub. L. 99-603 (1986) (requiring the INS to establish a system to make immigration status information available to state agencies).

7

28.    SAVE is an "online service for [government agencies] to verify immigration status."[3]

29.    The SAVE program is available to federal, state, and local benefit-issuing agencies, including state or local governments, who upon request "use SAVE for any legal purpose, such as credentials, background investigations, and voter registration." 76 Fed. Reg. at 58,527.

30.    Initially, the federal government refused to make the SAVE program available to the State of Florida to protect the integrity of its elections. In 2012, however, FDOS sued DHS to compel it to grant FDOS access to the SAVE program to verify voter immigration status. *See* Compl., Doc. 1, *Fla. Dep't of State v. DHS*, No. 1:12-cv-960 (D.D.C. June 11, 2012).

31.    As a result of that lawsuit, FDOS and DHS entered into a memorandum of agreement (the MOA) that allowed FDOS to access the SAVE program to verify citizenship and immigration status information for persons on Florida's voter registration rolls. Ex. 1.

32.    SAVE is a useful but inadequate tool that the State of Florida now uses to protect the integrity of its elections, with notable limitations.

33.    To conduct a SAVE inquiry, a state agency must submit both biographic information and a unique immigration identifier from the person in question.[4] A

---

[3] https://www.uscis.gov/save.

[4] Verification Process, SAVE, U.S. Citizenship & Immigration Servs. (July 29, 2024), https://www.uscis.gov/save/about-save/save-verification-process.

8

unique immigration identifier may include a USCIS/Alien remigration number (A-number), an arrival/departure record number (Form I-94), a student exchange ID number, a naturalization or citizenship certificate number, or another identifier assigned to an alien by the federal government.[5] But, "SAVE cannot verify a benefit applicant's status using a Social Security Number, driver's license number, U.S. Passport number, foreign passport number, Consular Report of Birth Abroad or other non-DHS documentation."[6]

34.    Thus, in situations where a state agency does not have a unique immigration identifier for an individual, it cannot conduct a SAVE inquiry.

35.    In the months preceding the filing of this complaint, FDOS identified a number of individuals[7] for whom FDOS had evidence of non-citizenship but could not run a search on the SAVE database because FDOS does not have unique immigration identifiers for these individuals. All of the individuals identified by FDOS are currently registered to vote in Florida.

36.    On September 10, 2024, FDOS sent a letter to Tammy Meckley, Associate Director, Immigration Records and Identity Services Directorate, U.S.

---

[5] *Id.*

[6] *Id.*

[7] Florida law restricts the personal information FDOS may publicly disclose regarding these individuals. *See* § 97.0585(1), Fla. Stat. Should it be necessary to the resolution of this case, Florida is willing to file redacted information in an amended complaint or to provide the information to Defendants and the Court under a protective order.

9

Citizenship and Immigration Services, requesting verification of citizenship status for several identified individuals. Ex. 2.[8]

37.    On October 10, 2024, FDOS received a response from Ur Jaddou, Director of USCIS. Ex. 3. In that letter, USCIS denied FDOS's request for further information about the specific individuals in question and refused to offer any means of identifying immigration status beyond the SAVE program. Ex. 3 at 2–3.

38.    Separately, FDOS officials attempted to submit inquiries regarding these individuals to the Immigration Records & Identity Services division of USCIS. Ex. 4 at 2. A USCIS official confirmed that there is no other method of verifying the immigration or citizenship status of an individual available to state agencies apart from SAVE. Ex. 4 at 2. The USCIS official also verified that SAVE cannot verify status without at least one enumerator from a U.S. issued immigration document. Ex. 4 at 2.

39.    Since then, FDOS has identified several more individuals for whom it cannot conduct a SAVE inquiry due to a lack of unique immigration identifier.

40.    Thus, Florida has identified a subset of individuals for whom it cannot verify citizenship or immigration status through SAVE and for whom DHS refuses to verify citizenship or immigration status through other means. And even assuming Florida were able to verify citizenship or immigration status without DHS cooperation, such efforts would certainly expend significant state resources.

---

[8] A September 9, 2024 version of this letter contained a minor error. Florida attaches the corrected version as its exhibit.

41.    On information and belief, Defendants have readily accessible information apart from the SAVE program that is responsive to Florida's inquiries. Defendants are obligated under 8 U.S.C. § 1373(c) to provide that information to Florida.

42.    Without further information from DHS, Florida is unable to fulfill its statutory duties to ensure the integrity of its elections and maintain accurate voter registration records. Florida's inability to carry out its statutory obligations inflicts sovereign injury upon the state. *See Abbott v. Perez*, 585 U.S. 579, 602 n.17 (2018) ("[T]he inability to enforce its duly enacted plans clearly inflicts irreparable harm on the State."); *Maryland v. King*, 567 U.S. 1301, 1303 (2012) (Roberts, C.J., in chambers) ("[A]ny time a State is enjoined by a court from effectuating statutes enacted by representatives of its people, it suffers a form of irreparable injury." (quotation omitted)), *quoted with approval, Alabama v. U.S. Sec'y of Educ.*, No. 24-12444, 2024 WL 3981994, at *7 (11th Cir. Aug. 22, 2024).

## CLAIMS

## COUNT 1

### Agency action unlawfully withheld or unreasonably delayed

43.    Florida repeats and incorporates by reference ¶¶ 1–42.

44.    Under the Administrative Procedure Act (APA), a court shall "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1). The

11

APA further requires that an agency "proceed to conclude a matter presented to it" within "a reasonable time." 5 U.S.C. § 555(b).

45.   Under 8 U.S.C. § 1373(c), Defendants are required to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual . . . by providing the requested verification or status information."

46.   Defendants' failure to timely provide information in response to FDOS's inquiry to verify or ascertain the citizenship or immigration status of the individuals within its jurisdiction for verification of voter eligibility amounts to agency action unreasonably delayed or unlawfully withheld within the meaning of 5 U.S.C. § 706.

## COUNT 2

### Mandamus

47.   Florida repeats and incorporates by reference ¶¶ 1–42.

48.   Under the Mandamus Act, the court may "compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361.

49.   Defendants owe Florida a clear nondiscretionary duty to respond to the State's inquiry to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law. *See* 8 U.S.C. § 1373(c).

12

50.     As a direct and proximate cause of Defendants' failure to provide access, Florida has been irreparably harmed and continues to suffer ongoing irreparable harm.

51.     Because Florida has "a clear right to the relief sought," Defendants have "a clear duty to act," and "no other adequate remedy is available,"[9] mandamus relief is warranted. *See Cash v. Barnhart*, 327 F.3d 1252, 1258 (11th Cir. 2003); *see also Heckler v. Ringer*, 466 U.S. 602, 616 (1984) (holding that the "common-law writ of mandamus, as codified in 28 U.S.C. § 1361," is appropriate where plaintiff "has exhausted all other avenues of relief" and "the defendant owes him a clear nondiscretionary duty").

52.     A writ of mandamus should issue compelling Defendants to provide verification of the citizenship or immigration status of individuals identified in FDOS's September 10, 2024 letter, Ex. 2, pursuant to 8 U.S.C. § 1373(c).

## COUNT 3

### Agency action not in accordance with law and in excess of authority in violation of the APA

53.     Florida repeats and incorporates by reference ¶¶ 1–42.

54.     Under the APA, a court shall hold unlawful and set aside agency action—including the "failure to act"—when it is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right" or is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. §§ 551(13), 701(b)(2), 706(2)(A), (C).

---

[9] Florida agrees that complete relief under Count 1 would obviate the need for mandamus relief.

13

55.    Defendants' decision to use only the SAVE program to respond to inquiries under § 1373(c)—even though they possess additional information not available through that program—is contrary to their statutory obligations.

56.    Section 1373(c) requires Defendants to "respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual . . . *by providing the requested verification or status information.*" 8 U.S.C. § 1373(c) (emphasis added); *see also* 8 U.S.C. § 1644 (prohibiting any restrictions on communication between state and local governments and DHS regarding immigration status of aliens).

57.    These requirements apply to Florida's request to verify immigration or citizenship status of a person who cannot be verified through the SAVE program. Defendants' decision to limit their responses to inquiries that can be made via the SAVE program violates § 1373(c).

## COUNT 4

### Declaratory Judgment

58.    Florida repeats and incorporates by reference ¶¶ 1–42.

59.    Under the Declaratory Judgment Act, the court "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." 28 U.S.C. § 2201(a).

60.    Section 1373(c) states that Defendants "shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the

14

agency for any purpose authorized by law, by providing the requested verification or status information." 8 U.S.C. § 1373(c).

61.    When a state agency requests verification of an individual's citizenship or immigration status because the State cannot conduct a SAVE inquiry or a SAVE inquiry is inconclusive, Defendants owe a nondiscretionary duty to respond to that inquiry with any and all reasonably available information in Defendants' custody under § 1373(c).

62.    Because Defendants have received an inquiry from Florida to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law, Florida is entitled to a declaration that Defendants must "respond" to the inquiry "by providing the requested verification or status information." 8 U.S.C. § 1373(c).

## PRAYER FOR RELIEF

For these reasons, Florida asks the Court to enter judgment in favor of the Florida and award the following relief:

a) An order holding unlawful Defendants' failure to provide Florida with a response to its inquiry to verify or ascertain the citizenship or immigration status of individuals within its jurisdiction for a purpose authorized by law, 8 U.S.C. § 1373(c), and compelling Defendants to provide a response;

b) A declaration that Florida is entitled to a response to its inquiries under 8 U.S.C. § 1373(c);

c) Permanent injunctive relief, or the issuance of a writ of mandamus, ordering Defendants and their officers, employees, and agents to respond to inquiries made by Florida under 8 U.S.C. § 1373(c);

d) An award of Florida's costs and reasonable attorneys' fees, as appropriate; and

e) An award of any further relief to Florida that this Court deems, just, proper, and equitable.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
SENIOR COUNSELOR

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Plaintiffs*

16

Appendix Z: Duval Smart & Safe Referral Letter to FDLE



## FLORIDA DEPARTMENT *of* STATE

<u>SENT VIA E-MAIL</u>

Florida Department of Law Enforcement
Office of Executive Investigations/Election Crime Unit
2331 Phillips Road
Tallahassee, FL. 32308
ECUComplaints@fdle.state.fl.us

*Re: Office of Election Crimes and Security Referral for Criminal Investigation*

**SEND DATE: 9/8/2023**
**EFCID: N/A**
**ECID: N/A**
**INDIVIDUAL/ENTITY ALLEGED:** ████████
**COMPLAINANT: Duval County Supervisor of Elections**

To Whom It May Concern,

    Pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, Florida Administrative Code, the Department of State, Office of Election Crimes and Security (OECS), has reviewed the enclosed Election Fraud Complaint (EFC 22-1268) for facial legal sufficiency. The OECS has determined this complaint to be "facially sufficient" and "there is reason to believe elections fraud has occurred." Rule 1S-2.025, F.A.C. Further, pursuant to section 97.012(15), Florida Statutes, and Rule 1S-2.025, F.A.C., the OECS has conducted a preliminary investigation into the following allegation to determine if the alleged violation(s) appear(s) to have occurred, warranting a criminal investigation referral to your office.

    Pursuant to the statements of the victim, ████████ an employee of the Duval County Office of the Supervisor of Elections, and accompanying documentation and statements from the Duval County Supervisor of Elections, Mr. Jerry Holland, it is alleged that ████████ petition circulator ████ fraudulently, on a Department of State Constitutional Amendment Initiative Petition form, signed for ████████ without ████████ consent or knowledge in support of petition 22-05, Adult Personal Use of Marijuana. This is a felony in violation of § 104.185(2), signing another person's name. Additionally, ████████ appears to have committed numerous violations of Chapter 817, Fla. Stat. -- Fraudulent Practices, and also signed the Petition Circulator

**Office of Election Crimes & Security**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

932

affidavit in violation of § 104.011(1), False Swearing, since she falsely affirmed the legality of the petition. See also § 100.371(5), Fla. Stat.

Please keep the OECS Director, Andrew Darlington, e-mail: Andrew.Darlington@dos.myflorida.com apprised of further action, assignment, and outcomes associated with this referral.

Sincerely,

/s/ Andrew Darlington

Director
Office of Election Crimes and Security
Florida Department of State

Enclosures: Illegal Petition and Petition Circulator information registered with the Department of State.

cc: Brad McVay, Deputy Secretary of State.

Page 2 of 2

# Appendix AA: Illegal Payment Advertisements

 **Organizer**

Huntington Park, CA 90255

$20 - $50 an hour  - Full-time, Part-time, Temporary, Contract

⚡ Responded to 75% or more applications in the past 30 days, typically within 8 days.

**Apply now**   ♡   ⊘

## Full Job Description

LIMITED POSITIONS APPLY NOW!! $20-$50 AN HOUR + BONUS! HIRING NOW!

*  works hand in hand with some of the most affluent organizations in order to gain support and political awareness for causes or reformations to laws in the state of Florida.
* The overall mission at  is to enhance community engagement while investing in the success of individual entrepreneurs
* We aim to reach a common goal and spread awareness for the causes in which we choose to work with in hopes to benefit our communities and future generations.
* Currently, the state of Florida is authorizing petitioning efforts for recreational cannabis use among Florida residents and visitors to be put on the ballot.
* On a state level, we are in dire need of further petitioning efforts for signatures.
* As a result, we are currently seeking a petitioner **already residing in Florida** and can start immediately. **Hours are flexible, and both full time and part time are available.**
* Pay is hourly wage with tiered incentives after the base salary.
* Responsibilities Will Include: a) Collecting signatures in favor of the bill from registered Florida voters b) Go through verification process before submitting a signature c) Hit minimum weekly quota d) Manual signature administrative assistance e*) Help fellow colleagues f) Friendly and respectful conversations with registered voters about the benefits of the bill g) Tolerate difference of opinion h)
* Although prior experience in political canvassing is valued and recommended, it is not required.
* Paid training is guaranteed and provided

## Job Description:

* Collect signatures in Florida to qualify a particular issue for our state ballot
* Be confident to approach people and engage in conversations on important matters;
* $8-$10 per signature

## Requirements:

* Clear and effective communication skills (bilingual is a plus);
* Be responsible and reliable;
* Be clean cut and professional;
* Complete in-house training courses.
* 8 Hour Shift
* Must Pass Background Check
* Must meet petition signing quota
* Must be 18 or older and authorized to work in the US
* Must be willing to travel
* MUST HAVE RELIABLE TRANSPORTATION (REQUIRED)

×

## Petition Circulator



Doral, FL 33178  ·  Hybrid remote

$11.00 - $47.51 an hour  - Full-time, Part-time, Temporary

**Apply now**  

## Job details

No matching job preferences ⊘

### Salary

$11.00 - $47.51 an hour

### Job Type

Full-time    Part-time    Temporary

### Shift and Schedule

12 hour shift    8 hour shift    4 hour shift    10 hour shift    Night shift    Day shift

Job Title: Petition Collector

Job Description:

We are seeking motivated individuals to work as Petition Collectors in the state of Florida. As a Petition Collector, your primary responsibility will be to gather signatures for specific petitions related to various causes and initiatives. This is a position that offers a compensation of $5 per petition.

Responsibilities:

1. Collect signatures: Approach individuals in public spaces, such as parks, shopping centers, to request folks signatures on petitions.

2. Educate and inform: Clearly explain the purpose, goals, and significance of the petition to potential signees.

3. Answer inquiries: Address any questions or concerns raised by individuals interested in the petition, ensuring accurate and concise responses.

4. Maintain documentation: Accurately record the necessary information, such as the signee's name, contact details, and any other required information on the petition form.

▼

936

# Appendix AB: Loss of Voter Registrations on Public Bus



3P# 21

Dear Supervisor White,

We hope that this letter finds you well. We're writing to notify you that on Thursday, September 12, one of our team members misplaced a clipboard while registering voters on the bus (route 62). This occurred at the end of their shift at about 3PM. The clipboard contained 12 completed forms and 3 blank applications. We have since called the Lost and Found Office for the Miami-Dade Department of Transportation and Public Works four times. We also emailed Lost and Found and personally visited the bus terminal to search for the missing clipboard. We will continue searching for this clipboard and will call the Lost and Found Office twice weekly for the remainder of the cycle. We are sharing this memo to document our efforts to comply with all voter-registration obligations and deadlines.

If you have any questions, please contact me. My information is provided below.


Best,

Teresa Guzman Pagan
Cell phone: 347-282-7313
teresa@floridarising.org

RECEIVED

2024 OCT -7 AM 9: 22

DIVISION OF ELECTIONS
TALLAHASSEE, FL



**USPS PRIORITY MAIL ®**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 4 FLAT-RATE ENVELOPE
Commercial

stamps
endicia
09/27/2024

FROM 33161

FLorida Rising Together
10880 Biscayne Blvd
Miami FL 33161-7482

SHIP
TO:

Florida Division of Elections
R.A. Gray Building
500 S Bronough St Rm 316
Tallahassee FL 32399-0250

USPS TRACKING #

9405 5112 0620 5830 8801 51

---

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.