# United States District Court
## CIVIL MINUTES - TRIAL

Case No.: <u>4:25cv211-MW-MAF</u>     Date: <u>February 9-20, 2026</u>

**FLORIDA DECIDES HEALTHCARE INC, et al. v. CORD BYRD, et al.**

PROCEEDINGS: Bench trial

PRESENT:  **MARK E. WALKER, U.S. DISTRICT JUDGE**

<u>Victoria Milton McGee</u>     <u>Megan Hague</u>
Deputy Clerk                Court Reporter

ATTORNEY FOR PLAINTIFF(S):
Florida Decides Healthcare (FDH), et al.: Frederick Wermuth, Krista Dolan, Avner Shapiro, Harleen Gambhir, Matletha Bennette & Benjamin Stafford

ATTORNEY FOR INTERVENOR PLAINTIFF(S):
Smart & Safe Florida (SSF): Glenn Burhans, Jr., Hannah Murphy & Christopher Clark

League of Women Voters of Florida (League) and League of United Latin American Citizens (LULAC), et al.: George Mastoris, Spencer Klein, Jacob Kovacs-Goodman, Nathan Greess, Tyler Dato, Samantha Osaki & Johanna Hudgens

Florida Right to Clean Water (RTCW), et al.:  Heather Szilagyi, Brent Ferguson, Alexis Grady, William "Liam" Hancock, III., Melissa Neal & Ellen Boettcher

ATTORNEY FOR DEFENDANT(S):
Cord Byrd: Mohammad Jazil, Martin Wolk & Randall Raban

James Uthmeier:  William Stafford, III., Maryssa Hardy & Sara Spears

Supervisors of Elections (SOE) Defendants: Andy Bardos, Oren Rosenthal & James Timothy Moore, Jr.

ATTORNEY FOR INTERVENOR DEFENDANT(S):
Republican Party of Florida (RPF):  Tara Price & Benjamin Gibson

See separate list for exhibits
- ☐ Case continued to
- ☒ Bench Trial
- ☐ Jury Trial: The Jury impaneled and sworn in. See separate minutes for jury selection.
- ☐ Case continued to
- ☐ Jury Retires to deliberate at <u>: p.m.</u> on. Jury returns at <u>: p.m.</u> on.
- ☐ Ordered Jury to be taken to _____; ☐ Be lodged for night.
- ☐ JURY VERDICT.   See signed verdict as to defendant.
  ☐ Jury polled    ☐ Polling waived    ☐ Mistrial declared
- ☐ FINDINGS BY COURT
- ☐ JUDGMENT BY COURT for ☐ Plaintiff ☐ Defendant  For  $
- ☐ Findings, Conclusion of Law, Judgment to be prepared by ☐ Plaintiff ☐ Defendant
- ☐ Briefs to be filed by: _____ ☐ Plaintiff _____ ☐ Defendant _____ ☐ Reply
- ☐ Continued to _____ for ☐ Setting trial ☐ Further trial

Initials of Deputy Clerk <u>VMM</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## TRIAL MINUTES

**CHIEF JUDGE MARK E. WALKER**
Victoria Milton McGee, courtroom deputy
Megan Hague, court reporter

Case:        4:25cv211-MW-MAF
Legend:    Plaintiff – Frederick Wermuth (Wermuth), Krista Dolan (Dolan), Avner Shapiro (Shapiro), Harleen Gambhir (Gambhir), Matletha Bennette (Bennette), Ben Stafford (B. Stafford), Heather Szilagyi (Szilagyi), Brent Ferguson (Ferguson), Alexis Grady (Grady), William "Liam" Hancock, III (Hancock), Melissa Neal (Neal), Ellen Boettcher (Boettcher), Spencer Klein (Klein), George Mastoris (Mastoris), Tyler Dato (Dato), Samantha Osaki (Osaki), Johanna Hudgens (Hudgens) Jacob Kovacs-Goodman (Kovacs-Goodman), Nathan Greess (Greess), Hannah Murphy (Murphy), Glenn Burhans, Jr. (Burhans), Christopher Clark (Clark)
              Defendant – Mohammad Jazil (Jazil), William Stafford, III. (W. Stafford), Maryssa Hardy (Hardy), Sara Spears (Spears) Martin Wolk (Wolk), Randall Raban (Raban), Andy Bardos (Bardos), Oren Rosenthal (Rosenthal), James Timothy Moore, Jr. (Moore), Benjamin Gibson (Gibson), Tara Price (Price)

**Bench Trial – Day 1**
**DATE: February 9, 2026**

8:32    Court in session
        Attorney conference
             Testimony and exhibit from preliminary injunction hearing admitted (except declarations)
8:54    Rule invoked
9:02    FDH Plaintiffs witness: **Ana-Christina Acosta Gaspar de Alba** – sworn, direct (Dolan)
        FDH Exhibits 518, 445, 442, 449, 506, 499 & 527 – marked, ID admitted
10:15  Court addresses parties
10:17  Court in recess

10:31  Court in session
        Cross examination by Defendant Byrd (Jazil)
            Defendants' Exhibits 1569 & 121 – marked, ID, admitted
            FDH Exhibit 442 (previously admitted)
10:56  Cross examination by Defendant Uthmeier (W. Stafford)
11:01  FDH Plaintiffs witness: **Jordan Simmons** – sworn, direct (Gambhir)
        FDH Exhibit 562 - marked, ID, admitted
11:37  Cross examination by Defendant Byrd (Wolk)
        FDH Exhibit 562 (previously admitted)
11:49  Cross examination by Defendant Uthmeier (W. Stafford)
11:54  Redirect (Gambhir)
11:57  Court in recess

1:01    Court in session
        FDH Plaintiffs witness: **Marc Walsh** – sworn, direct (Dolan)

|       | FDH Exhibit 443 - marked, ID, admitted |
|-------|----------------------------------------|
| 1:31  | Court in recess                        |

| 1:34 | Court in session |
|------|------------------|
|      | Direct examination continues (Dolan) |
|      | FDH Exhibit 505 - marked, ID, admitted |
| 2:22 | Cross examination by Defendant Byrd (Wolk) |
| 2:36 | Redirect (Dolan) |
| 2:38 | Court in recess |

| 2:51 | Court in session |
|------|------------------|
|      | FDH Plaintiffs witness: **Mitchell Emerson** – sworn, direct (B. Stafford) |
|      | FDH Exhibit 463 – marked, ID, admitted |
| 3:01 | Court questions witness |
| 3:02 | Direct examination continues (B. Stafford) |
|      | FDH Exhibits 462, 460, 377, 378 & 546 – marked, ID, admitted |
| 4:02 | Court questions witness |
| 4:06 | Direct examination continues (B. Stafford) |
| 4:07 | Court questions witness |
| 4:08 | Direct examination continues (B. Stafford) |
| 4:21 | Court in recess |

| 4:31 | Court in session |
|------|------------------|
|      | Cross examination by Defendant Byrd (Jazil) |
|      | Defendants' Exhibit 109 – marked, ID, admitted |
|      | Defendants' Exhibit 1569 (previously admitted) |
|      | Defendants' Exhibit 112 – marked, ID |
| 4:57 | Cross examination by Supervisors of Elections Defendants (Bardos) |
|      | Defendants' Exhibit 1566 – marked, ID, admitted |
|      | Defendants' Exhibit 1569 (previously admitted) |
| 5:23 | Defendants' Exhibit 112 – marked, ID, admitted (Jazil |
| 5:24 | Redirect (B. Stafford) |
| 5:28 | Parties discuss witnesses and schedule |
| 5:29 | Court addresses parties |
| 5:49 | Court in recess |

**Bench Trial – Day 2**
**DATE: February 10, 2026**

| 8:30 | Court in session |
|------|------------------|
|      | Parties discuss housekeeping matters |
| 8:34 | FDH Plaintiffs witness: **Juan Ardila** – sworn, direct (Gambhir) |
| 9:23 | Court in recess |

| 9:24 | Court in session |
|------|------------------|
| 9:25 | Cross examination by Defendant Byrd (Jazil) |
| 9:36 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 9:38 | Redirect (Gambhir) |
| 9:41 | Court in recess |

| | |
|---|---|
| 9:57 | Court in session<br>Parties discuss witnesses |
| | |
| 9:58 | Intervenor Plaintiffs RTCW remote witness: **Ramón Pereira Bonilla** – sworn, direct (Grady) |
| 10:39 | Cross examination by Defendant Uthmeier (Hardy) |
| 10:56 | Cross examination by Defendant Byrd (Jazil) |
| 11:00 | Redirect (Grady) |
| 11:02 | Court addresses parties |
| 11:03 | Court in recess |
| | |
| 11:17 | Court in session<br>Interpreter Eduardo Arenas sworn (obtained by Plaintiffs) |
| 11:18 | FDH Plaintiffs remote witness: **Humberto Orjuela Prieto** – sworn, direct via interpreter (Bennette) |
| 11:45 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 11:53 | Redirect (Bennette) |
| 11:56 | Court addresses parties |
| 11:58 | Court in recess |
| | |
| 1:07 | Court in session<br>FDH Plaintiffs witness: **Mark Earley** – sworn, direct (Wermuth)<br>     FDH Exhibit 143 – marked, ID, admitted |
| 1:55 | Court questions witness<br>Direct examination continues (Wermuth)<br>     FDH Exhibits 595, 146 & 452 – marked, ID, admitted |
| 2:31 | Court in recess |
| | |
| 2:41 | Court in session<br>Direct examination continues (Wermuth)<br>     FDH Exhibit 452 (previously admitted)<br>     FDH Exhibit 147 – marked, ID, admitted |
| 2:47 | Court questions witness |
| 2:48 | Direct examination continues (Wermuth) |
| 2:49 | Direct examination by RTCW Plaintiffs (Hancock) |
| 3:07 | Court questions witness |
| 3:09 | Direct examination by RTCW Plaintiffs continues (Hancock)<br>     FDH Exhibit 166 – marked, ID |
| 3:13 | Cross examination by Defendant Byrd (Jazil)<br>     FDH Exhibit 147 (previously admitted)<br>     Defendants Exhibits 838, 656, 836, 794 & 3 – marked, ID, conditionally admitted |
| 4:29 | Court in recess |
| | |
| 4:41 | Court in session |
| 4:42 | Cross/direct examination by Supervisors of Elections Defendants (Moore) |
| 5:41 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 5:47 | Redirect (Wermuth) |
| 5:54 | Parties discuss housekeeping matters<br>     Defendants Exhibits 838, 656, 836 & 794 – marked, ID, admitted |
| 6:01 | Sidebar |
| 6:02 | Court in recess |

**Bench Trial – Day 3**
**DATE: February 11, 2026**

| | |
|---|---|
| 8:29 | Court in session |
| | Parties discuss housekeeping matters |
| 8:31 | Intervenor Plaintiff RTCW witness: **Melissa Martin** – sworn, direct (Szilagyi) |
| 9:04 | Court questions witness |
| 9:06 | Direct examination continues (Szilagyi) |
| |     RTCW Exhibits 287, 70, 72, 143, 74, 78 & 132 – marked, ID, admitted |
| |     FDH Exhibit 166 – marked, ID, admitted |
| 9:49 | Court in recess |
| | |
| 10:07 | Court in session |
| | Court addresses parties |
| 10:08 | Direct examination continues (Szilagyi) |
| |     RTCW Exhibit 132 (previously admitted) |
| |     FDH Exhibit 166 (previously admitted) |
| |     RTCW Exhibits 286 & 304 – marked. ID, admitted |
| |     FDH Exhibit 194 – marked, ID, admitted |
| 10:43 | Court questions witness |
| 10:44 | Cross examination by Defendant Byrd (Raban) |
| |     Defendants Exhibit 1554 – marked, ID |
| 11:05 | Cross examination by Defendant Uthmeier (Hardy) |
| 11:09 | Redirect (Szilagyi) |
| 11:11 | Intervenor Plaintiff RTCW witness: **Cynthia Haller** – sworn, direct (Neal) |
| |     RTCW Exhibits 75 & 69 – marked, ID, admitted |
| 11:35 | Cross examination by Defendant Uthmeier (Hardy) |
| 11:43 | Cross examination by Defendant Byrd (Jazil) |
| 11:46 | Redirect (Neal) |
| 11:48 | Parties discuss witnesses and schedule |
| 11:49 | Court in recess |
| | |
| 1:02 | Court in session |
| | Parties discuss housekeeping matters |
| 1:08 | FDH Plaintiffs witness: **Michael Herron** – sworn, direct (Wermuth) |
| |     FDH Exhibit 13 – marked, ID, admitted |
| 1:25 | Court questions witness |
| 1:28 | Direct examination continues (Wermuth) |
| |     FDH Exhibit 16 – marked, ID |
| |     FDH Exhibit 17 – marked, ID, admitted |
| 1:45 | Court questions witness |
| 1:50 | Direct examination continues (Wermuth) |
| |     FDH Exhibits 27, 28 & 19 – marked, ID, admitted |
| 2:21 | Court questions witness |
| 2:24 | Parties discuss schedule |
| 2:25 | Court in recess |
| | |
| 2:40 | Court in session |
| | Direct examination continues (Wermuth) |
| |     FDH Exhibit 21 – marked, ID, admitted |
| 3:18 | Court questions witness |
| 3:19 | Direct examination continues (Wermuth) |
| 3:22 | Court questions witness |

| | |
|---|---|
| 3:24 | Direct examination continues (Wermuth) |
| | FDH Exhibits 36 & 37 – marked, ID, admitted |
| 3:44 | Court questions witness |
| 3:49 | Direct examination continues (Wermuth) |
| | FDH Exhibit 39 & 35 – marked, ID, admitted |
| 3:57 | Court addresses parties |
| 3:59 | Parties discuss schedule |
| | Court in recess |
| | |
| 4:09 | Court in session |
| | Cross examination by Supervisors of Elections Defendants (Bardos) |
| | FDH Exhibit 37 (previously admitted) |
| 4:25 | Cross examination by Intervenor Defendant RPF (Price) |
| | Defendants Exhibits 4, 198 – marked, ID |
| | Defendants Exhibit 3 (previously conditionally admitted) |
| 5:39 | Court in recess |
| | |
| 5:44 | Court in session |
| | Redirect (Wermuth) |
| | FDH Exhibit 23 – marked, ID, admitted |
| 5:52 | Court addresses parties |
| 5:53 | Parties discuss schedule and witnesses |
| 5:55 | Court in recess |

**Bench Trial – Day 4**
**DATE: February 12, 2026**

| | |
|---|---|
| 9:02 | Court in session |
| | Court addresses parties re: closing arguments |
| 9:06 | Parties discuss exhibits |
| 9:15 | RTCW Exhibits 1, 76, 77, 79-87, 93-106, 108, 109, 111-113, 116, 118, 119, 122-131, 133-136, 138-142, 145, 147-149, 151-154, 156, 157, 159-165, 167-170, 173-176, 179-183, 185-198, 201-208, 210-220, 222-266, 268-275, 277-284, 288-303, 305-339 – marked, ID, admitted (Boettcher) |
| 9:16 | Intervenor Plaintiff RTCW witness:  **Thomas Perez** – sworn, direct (Boettcher) |
| | RTCW Exhibits 153, 76, 77 & 75 (previously admitted) |
| 9:54 | Cross examination by Defendant Byrd (Jazil) |
| | RTCW Exhibits 98, 109 & 152 (previously admitted) |
| | Defendants Exhibit 1554 – marked, ID |
| 10:21 | Court in recess |
| | |
| 10:41 | Court in session |
| | Intervenor Plaintiff RTCW witness:  **Ciera Cox** – sworn, direct (Neal) |
| | RTCW Exhibit 75 |
| 11:19 | Cross examination by Defendant Uthmeier (Hardy) |
| 11:25 | Cross examination by Defendant Byrd (Jazil) |
| 11:29 | Redirect (Neal) |
| 11:31 | Court addresses parties |
| | Defendants Exhibit 1554 – marked, ID, admitted |
| 11:37 | Court takes judicial notice of the locations of the Monroe County Supervisors of Elections' offices |
| 11:38 | Parties discuss witnesses and schedule |

11:39   Court in recess

12:59   Court in session
         Parties discuss exhibits
1:01    SSF Exhibits 1-5 & 7-17 – marked, ID, admitted (Burhans)
         Intervenor Plaintiff SSF witness:  **Meghan Cox** – sworn, direct (Burhans)
              SSF Exhibits 1-5 & 8-11  (previously admitted)
              SSF Exhibit 6 – marked, ID, admitted
2:15    Parties discuss schedule
2:16    Court in recess

2:38    Court in session
         Direct examination continues (Burhans)
              SSF Demonstrative Aids #1 & #2 (Court Exhibits 1 & 2)
              SSF Exhibits 12, 14, 15, 13 & 7 (previously admitted)
3:50    Parties discuss schedule
3:33    Court in recess

3:43    Court in session
         Cross examination by Defendant Byrd (Jazil)
              Defendants Exhibits 194, 195 & 196 – marked, ID, admitted
              Defendants Exhibit 158 – marked, ID
4:23    Court in recess

4:25    Court in session
         Cross examination by Defendant Byrd continues (Jazil)
              Defendant Exhibits 158, 197, 160 & 161 – marked, ID, admitted
              SSF Exhibit 15 (previously admitted)
4:40    Cross examination by Defendant Uthmeier (W. Stafford)
4:52    Cross examination by Intervenor Defendant RPF (Price)
4:55    Cross examination by Supervisors of Elections Defendants (Bardos)
              Defendants Exhibits 1570 & 1562 – marked, ID, admitted
5:02    Redirect (Burhans)
5:12    Parties discuss witnesses and schedule
5:13    Court in recess

**Bench Trial – Day 5**
**DATE: February 13, 2026**

8:37    Court in session
         Parties discuss exhibits
8:38    FDH Exhibits 43, 61, 64, 65, 67-69, 77, 80-83, 243, 247, 397, 401, 444, 446, 447, 487-492, 507,
            513-515, 517, 564, 571-578, 580, 582 & 594 – marked, ID, admitted (Wermuth)
8:42    Parties discuss witnesses and schedule
8:44    FDH Plaintiffs witness:  **Daniel Smith** – sworn, direct (Shapiro)
              FDH Demonstrative Aid #1 (Court Exhibit 3)
9:13    Court questions witness
9:14    Direct examination continues (Shapiro)
9:25    Court questions witness
9:30    Direct examination continues (Shapiro)
9:33    Court questions witness

| | |
|---|---|
| 9:39 | Direct examination continues (Shapiro) |
| 9:45 | Court questions witness |
| 9:47 | Court in recess |

| | |
|---|---|
| 10:04 | Court in session |
| | Parties discuss housekeeping matter |
| 10:05 | Direct examination continues (Shapiro) |
| |     FDH Demonstrative Aid #1 (Court Exhibit 3) |
| 10:21 | Court questions witness |
| 10:24 | Direct examination continues (Shapiro) |
| |     FDH Exhibit 44 – marked, ID, admitted |
| |     FDH Demonstrative Aid #1 (Court Exhibit 3) |
| 10:44 | Court questions witness |
| 10:50 | Direct examination continues (Shapiro) |
| 11:08 | Court addresses parties |
| 11:15 | Court in recess |

| | |
|---|---|
| 11:33 | Court in session |
| | Court addresses parties |
| 11:34 | Direct examination continues (Shapiro) |
| |     FDH Demonstrative Aid #2 (Court Exhibit 4) |
| |     FDH Exhibits 46 & 47 – marked, ID, admitted |
| 12:25 | Court in recess |

| | |
|---|---|
| 1:27 | Court in session |
| | Parties discuss proffer and exhibits |
| 1:36 | **Proffer examination** of FDH Plaintiffs witness: **Daniel Smith** (Shapiro) |
| |     Proffer Composite Exhibit 1 (FDH Exhibits 48-58) – marked, ID, admitted for proffer only |
| |     Proffer Composite Exhibit 2 (FDH Exhibits FDH 61-69) – marked, ID, admitted for proffer only |
| 1:46 | Court questions proffer witness |
| 1:52 | Proffer examination continues (Shapiro) |
| |     Proffer Composite Exhibit 3 (FDH Exhibits FDH 72-74) – marked, ID, admitted for proffer only |
| 2:06 | Court questions proffer witness |
| 2:16 | Proffer examination continues (Shapiro) |
| 2:23 | **Proffer examination ends** |
| 2:24 | Court addresses parties |
| 2:26 | Parties discuss schedule and witnesses |
| 2:28 | Court in recess |

| | |
|---|---|
| 2:36 | Court in session |
| | Cross examination by Defendant Byrd (Raban) |
| 3:05 | Cross examination by Intervenor Defendant RPF (Price) |
| 3:33 | Court in recess |

| | |
|---|---|
| 3:42 | Court in session |
| | Cross examination by Supervisors of Elections Defendants (Bardos) |
| 4:03 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 4:07 | Parties discuss schedule and witnesses |

4:09    Court in recess

4:15    Court in session
4:16    LULAC Intervenor Plaintiffs witness: **Juan Proaño** – sworn, direct (Klein)
4:45    Court questions witness
4:46    Cross examination by Defendant Byrd (Raban)
4:59    Redirect (Klein)
5:01    Parties discuss schedule and witnesses
5:03    Ruling by Court: Plaintiffs to file witness list by 10:00 am on 2/16/26
5:04    Court in recess

**Bench Trial – Day 6**
**DATE: February 17, 2026**

8:34    Court in session
        Court addresses parties
8:35    League Intervenor Plaintiffs witness: **Christine Poff** – sworn, direct (Greess)
9:02    Cross examination by Defendant Byrd (Wolk)
9:11    Redirect (Greess)
9:13    League Intervenor Plaintiffs witness: **Jessica Lowe-Minor** – sworn, direct (Hudgens)
9:40    Court addresses parties
9:41    Court in recess

9:51    Court in session
        Direct examination continues (Hudgens)
10:55  Parties discuss witnesses and schedule
10:56  Court in recess

11:12  Court in session
        Cross examination by Defendant Byrd (Raban)
11:37  Court addresses parties
11:38  Redirect (Hudgens)
11:47  Parties discuss witnesses and schedule
        Court in recess

1:02    Court in session
        LULAC Intervenor Plaintiffs witness: **Lydia Medrano** – sworn, direct (Klein)
1:24    Cross examination by Defendant Byrd (Wolk)
1:33    League Intervenor Plaintiffs witness: **Cecile Scoon** – sworn, direct (Mastoris)
2:26    Court in recess

2:37    Court in session
        Direct examination continues (Mastoris)
            Defendants Exhibit 256 – marked, ID, admitted
            League Exhibits 35 & 2 – marked, ID, admitted
3:12    Cross examination by Defendant Byrd (Raban)
3:15    Parties discuss witnesses and schedule
3:17    Court in recess

| | |
|---|---|
| 3:25 | Court in session |
| | League Intervenor Plaintiffs witness: **Debra Chandler** – sworn, direct (Dato) |
| 4:05 | Cross examination by Defendant Byrd (Raban) |
| | Defendants Exhibit 255 – marked, ID, admitted |
| 4:09 | Redirect (Dato) |
| | Defendants Exhibit 255 (previously admitted) |
| 4:10 | Parties discuss exhibits |
| 4:12 | Parties discuss witnesses and schedule |
| 4:13 | Court addresses parties |
| 4:14 | Court in recess |

| | |
|---|---|
| 4:24 | Court in session |
| | LULAC Intervenor Plaintiffs remote witness: **Karen Patricio** – sworn, direct (Kovacs-Goodman) |
| 4:53 | Parties discuss witnesses and schedule |
| 4:57 | Court in recess |

**Bench Trial – Day 7**
**DATE: February 18, 2026**

| | |
|---|---|
| 8:30 | Court in session |
| | Parties discuss witnesses and schedule |
| 8:34 | Parties discuss housekeeping matters |
| | RTCW Exhibits 184, 199, 200 & 209 – marked, ID, admitted (Szilagyi) |
| | League Exhibits 16, 58, 64 & 67 – marked, ID, admitted (Hudgens) |
| 8:43 | League Intervenor Plaintiffs witness: **Cecilia Gonzalez Herrera** – sworn, direct (Osaki) |
| 9:07 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 9:13 | Redirect (Osaki) |
| 9:15 | Court in recess |

| | |
|---|---|
| 9:32 | Court in session |
| | Court addresses parties |
| 9:33 | League Intervenor Plaintiffs witness: **Nancy Alice Newlon** – sworn, direct (Dato) |
| 9:53 | Cross examination by Defendant Uthmeier (W. Stafford) |
| 9:54 | RTCW Plaintiffs admit the following Deposition Designations and Defendants' Counter Designations (Szilagyi): |
| | • Jonathan Bridges (Attorney General): ECF No. 620-1 |
| | • Jillian Pratt (OECS): ECF No. 620-2 |
| | • Maria Matthews (SOS): ECF No. 620-3 |
| | • Mark Earley (Leon County SOE): ECF No. 608-4 |
| | • Lucy Melendez (Orange County SOE): ECF No. 608-5 |
| | • Caitlin Germaine (Osceola County SOE): ECF No. 608-6 |
| | • Alison Novoa (Palm Beach SOE): ECF No. 608-7 |
| 10:00 | Parties discuss housekeeping matters |
| 10:06 | Plaintiffs rest |
| 10:07 | Parties discuss witnesses and schedule |
| 10:09 | Defendant Supervisors or Elections witness: **Imaltzin Molina** – sworn, direct (Rosenthal) |
| 10:37 | Direct examination by Defendant Byrd (Jazil) |
| 10:38 | Court in recess |

| | |
|---|---|
| 10:49 | Court in session |
| | Cross examination by FDH Plaintiffs (B. Stafford) |

| | |
|---|---|
| 11:11 | Cross examination by Intervenor Plaintiff SSF (Clark) |
| 11:15 | Cross examination by League/LULAC Intervenor Plaintiffs (Mastoris) |
| 11:17 | Supervisor of Elections Defendants Exhibits 1561, 1564, 1567, 1568, 1559, 1560 & 1563 – marked, ID, admitted (Bardos) |
| | Supervisor of Elections Defendants Deposition Designations ECF No. 618-1 – marked, ID, admitted (Bardos) |
| 11:20 | Court in recess |
| | |
| 12:34 | Court in session |
| | Defendant Byrd witness: **Jonathan Bridges** – sworn, direct (Jazil) |
| | Defendants Exhibit 331 – marked, ID |
| 1:06 | Court questions witness |
| 1:07 | Direct examination continues (Jazil) |
| | Defendants Exhibit 159 – marked, ID |
| 1:26 | Court in recess |
| | |
| 1:44 | Court in session |
| 1:45 | Cross examination by Intervenor Plaintiff RTCW (Boettcher) |
| | RTCW Exhibit 170 (previously admitted) |
| 1:53 | Cross examination by League/LULAC Intervenor Plaintiffs (Mastoris) |
| 1:58 | Redirect (Jazil) |
| | Defendants Exhibit 10 – marked, ID, admitted |
| 2:02 | Re-cross examination by League/LULAC Intervenor Plaintiffs (Mastoris) |
| 2:03 | Court addresses witness |
| 2:04 | Parties discuss witnesses and schedule |
| 2:07 | Court in recess |
| | |
| 2:17 | Court in session |
| | Defendant Byrd witness: **William Gladson** – sworn, direct (Wolk) |
| | Defendants Exhibit 392 – marked, ID |
| 2:48 | Court questions witness |
| 2:49 | Direct examination continues (Wolk) |
| 2:55 | Court questions witness |
| 2:57 | Court in recess |
| | |
| 3:06 | Court in session |
| | Cross examination by Intervenor Plaintiff RTCW (Boettcher) |
| | Defendants Exhibits 392, 857 & 893 – marked, ID |
| 3:23 | Cross examination by League/LULAC Intervenor Plaintiffs (Osaki) |
| 3:24 | Parties discuss witnesses and schedule |
| 3:26 | Court in recess |

**Bench Trial – Day 8**
**DATE: February 19, 2026**

| | |
|---|---|
| 8:31 | Court in session |
| | Parties discuss housekeeping matters and exhibits |
| | Defendants Exhibits 2, 3 & 4 – marked, ID, admitted in part |
| 9:49 | Court in recess |

| | |
|---|---|
| 10:13 | Court in session |
| | Court addresses parties |
| 10:14 | Defendant Byrd witness: **Maria Matthews** – sworn, direct (Jazil) |
| 10:23 | Court questions witness |
| 10:24 | Direct examination continues (Jazil) |
| 10:25 | Court questions witness |
| 10:26 | Direct examination continues (Jazil) |
| 10:27 | Court questions witness |
| | Direct examination continues (Jazil) |
| 10:29 | Cross examination by Intervenor Plaintiff RTCW (Ferguson) |
| |     RTCW Exhibits 76, 305, 296 & 299 (previously admitted) |
| 11:01 | Cross examination by FDH Plaintiffs (Bennette) |
| 11:03 | Cross examination by Intervenor Plaintiff SSF (Murphy) |
| |     SSF Exhibit 18 – marked, ID, admitted |
| 11:15 | Court questions witness |
| 11:16 | Cross examination continues (Murphy) |
| 11:17 | Cross examination by League/LULAC Intervenor Plaintiffs (Dato) |
| 11:19 | Parties discuss witnesses and schedule |
| 11:21 | Parties discuss exhibits |
| |     Defendants Exhibit 1, 295 & 296 – marked, ID, admitted (Jazil) |
| |     Defendants Exhibit 294 – marked, ID, admitted in part (Jazil) |
| 11:24 | Court in recess |
| | |
| 12:35 | Court in session |
| | Parties discuss exhibits |
| | Ruling by Court: RTCW Exhibit 181 is sealed |
| 12:36 | Court addresses parties |
| 12:40 | Defendant Byrd witness: **Jillian Pratt** – sworn, direct (Jazil) |
| 12:58 | Court questions witness |
| 12:59 | Direct examination continues (Jazil) |
| | Court questions witness |
| 1:00 | Direct examination continues (Jazil) |
| 1:04 | Court questions witness |
| 1:05 | Direct examination continues (Jazil) |
| |     Defendants Exhibits 1 & 4 (previously admitted) |
| 1:26 | Court questions witness |
| 1:31 | Direct examination continues (Jazil) |
| 1:35 | Court questions witness |
| 1:36 | Direct examination continues (Jazil) |
| 1:48 | Court questions witness |
| 1:49 | Direct examination continues (Jazil) |
| 1:50 | Court questions witness |
| 1:51 | Direct examination continues (Jazil) |
| 2:02 | Court questions witness |
| 2:04 | Direct examination continues (Jazil) |
| 2:08 | Parties discuss schedule |
| 2:09 | Court in recess |
| | |
| 2:31 | Court in session |
| | Court addresses parties |
| 2:33 | Cross examination by FDH Plaintiffs (Steiner) |
| 2:48 | Cross examination by Intervenor Plaintiff SSF (Clark) |
| 3:04 | Cross examination by League/LULAC Intervenor Plaintiffs (Mastoris) |
| 3:20 | Court addresses witness |

| | |
|---|---|
| 3:21 | Parties discuss exhibits |
| | Defendants Exhibits 9 & 254 – marked, ID, admitted (Jazil) |
| 3:27 | Parties discuss housekeeping matters |
| 3:31 | Court in recess |

**Bench Trial – Day 9**
**DATE: February 20, 2026**

| | |
|---|---|
| 9:03 | Court in session |
| | Parties discuss exhibits |
| 9:37 | Court addresses parties |
| 9:38 | Court adjourned |