AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN    DISTRICT OF    FLORIDA

FLORIDA DECIDES HEALTHCARE INC, et al.

v.

CORD BYRD, et al.

**EXHIBIT LIST**

Case Number:  4:25cv211-MW-MAF

| PRESIDING JUDGE MARK E. WALKER | PLAINTIFF'S ATTORNEY Frederick Wermuth, et al. | DEFENDANT'S ATTORNEY Mohammad Jazil, et al. |
|---|---|---|
| HEARING DATE (S) 2/9/2026 - 2/20/2026 | COURT REPORTER Megan Hague | COURTROOM DEPUTY Victoria Milton McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | 2/9/2026 | ☒ | ☒ | Testimony and Exhibit from 6/30/25 Preliminary Injunction Hearing [EXCEPT Declarations] |
| 518 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Document – Volunteer Training Call – Florida Decides Healthcare |
| 445 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Medicaid Expansion Grassroots Program.pdf |
| 442 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email: from Ana-Christina to Ana-Christina re: Grassroots Coalition Meeting Follow-up re: HB1205, dated May 6, 2025 |
| 449 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email: from Ana-Christina re: Petition Delivery Time Table question from Power point (10-day deadline), dated June 11, 2025 |
| 506 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email: to Ana-Christina Acosta re: Petition Collection Request for copies of slides provided, dated May 8, 2025 |
| 499 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email: to Ana-Christina Acosta re: questions about petition forms, dated May 25, 2025 |
| 527 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email from Florida Decides Healthcare to Ana-Christina Acosta re: Important Update for FDH Grassroots Coalition, dated September 25, 2025 |
| | 1569 | 2/9/2026 | ☒ | ☒ | FDH's Objections and Responses to Defendants Supervisors of Elections' Second Set of Interrogatories (Dec. 1, 2025) |
| | 121 | 2/9/2026 | ☒ | ☒ | Florida Decides Healthcare Deposition Exhibit 16 |
| 562 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Document: Morning Skill Session: Overcoming Objections in Petition Signature Collection |
| 443 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Agreement – TOT Contract |
| 505 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email from Haylee Becker to Mitch Emerson, et al., re: FL Daily Report, dated April 28, 2025 |
| 463 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: March presentation FDH_0051313.pdf |
| 462 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: April 21 presentation FDH_0048868.pdf |
| 460 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: May prospectus FDH_0055440.pdf |
| 377 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: 2025 08-12 Email from Hillsborough SOE to Mitchell Emerson RE: Petition - 18:16 Provide Med Coverage to Eligible Low-Income Adults |
| 378 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: 2025 08-29 Email from Glades SOE to Zack Whitson re: Petition Verification for 18-16 |
| 546 | | 2/9/2026 | ☒ | ☒ | FDH Exhibit: Email from Sunnah Shaikh to Sack Whitson, et al., re: LEE SOE: Insufficient Funds (Medicaid Coverage 18-16) – 07/21./2025, dated July 21, 2025 |
| | 109 | 2/9/2026 | ☒ | ☒ | Florida Decides Healthcare Deposition Exhibit 4 |
| | 1566 | 2/9/2026 | ☒ | ☒ | FDH's Objections and Responses to Defendants Supervisors of Elections' First Set of Interrogatories (Nov. 14, 2025) |
| | 112 | 2/9/2026 | ☒ | ☒ | Florida Decides Healthcare Deposition Exhibit 7 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE<br>MARK E. WALKER | | | | | PLAINTIFF'S ATTORNEY<br>Frederick Wermuth, et al. | DEFENDANT'S ATTORNEY<br>Mohammad Jazil, et al. |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>2/9/2026 - 2/20/2026 | | | | | COURT REPORTER<br>Megan Hague | COURTROOM DEPUTY<br>Victoria Milton McGee |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| 143 | | 2/10/2026 | ☒ | ☒ | FDH Exhibit: [Draft] Accepted Petition Notice | |
| 595 | | 2/10/2026 | ☒ | ☒ | FDH Exhibit: Appendix A to Draft Pretrial Stipulation (SOE Fee Calculations) | |
| 146 | | 2/10/2026 | ☒ | ☒ | FDH Exhibit: Mosca-Earley et al. email exchange re: "Petition cost calculation – HB1205 – multi-page forms" | |
| 452 | | 2/10/2026 | ☒ | ☒ | FDH Exhibit: Email: from Mark Early to Maria I Matthews, et al., re: Notice to SOE's re: Petition Matters, dated December 23, 2025 | |
| 147 | | 2/10/2026 | ☒ | ☒ | FDH Exhibit: Earley-[Various] text message exchanges | |
| | 838 | 2/10/2026 | ☒ | ☒ | Leon County Supervisor of Elections Election Fraud Complaint Form (DS-DE 34) for OECS.msg | |
| | 656 | 2/10/2026 | ☒ | ☒ | 000-EFC 23-06 Complaint.pdf [SEALED] | |
| | 836 | 2/10/2026 | ☒ | ☒ | Nov. 1, 2023 Leon County Supervisor of Elections Election Fraud Complaint Form (DS-DE 34) Royal Shepherd, Aaron Zembellas.msg | |
| | 794 | 2/10/2026 | ☒ | ☒ | 2024 SOE Lewis-Dickey Petition 202402091448.pdf [SEALED] | |
| | 3 | 2/10/2026 | ☒ | ☒ | OECS Reeport to the Legislature, December 20, 2024 [conditionally admitted] | |
| 287 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Alexander Francis and SOS | |
| 70 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 6.28.25 Email from RTCW Member to Mel Martin | |
| 72 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 6.25.25 Email from RTCW Member to Mel Martin | |
| 73 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 Email from RTCW Member to Mel Martin | |
| 143 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: Email thread between Tiffany Graham and Mel Martin | |
| 74 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 6.25.25 Email from RTCW Member to Mel Martin | |
| 78 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Compliance with new guidance | |
| 166 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: HB 1205 | |
| 132 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 5.6.25 Email from Ashley Davis to Joseph Bonasia | |
| 286 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 7.11.25 Email from SOS to David Phanor | |
| 304 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: 10.20.25 Email thread between SOS and Amed Bamba | |
| 194 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: RTCW Email Reporting Known and Unknown Violations | |
| 75 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: Perez RTCW Petition Circulator Form | |
| 69 | | 2/11/2026 | ☒ | ☒ | RTCW Exhibit: Personal Use RTCW Initiative Petition | |
| 13 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Curriculum Vitae of Michael C. Herron, PhD | |
| 17 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit:Figure 3 to Expert Report of Michael C. Herron, PhD | |
| 27 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Table 4 to Expert Report of Michael C. Herron, PhD | |
| 28 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Table 5 to Expert Report of Michael C. Herron, PhD | |
| 19 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Figure 5 to Expert Report of Michael C. Herron, PhD | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| MARK E. WALKER | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 21 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Figure 7 to Expert Report of Michael C. Herron, PhD |
| 36 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Figure 2 to Supplemental Expert Report of Michael C. Herron, Ph.D. |
| 37 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Table 2 to Supplemental Expert Report of Michael C. Herron, Ph.D. |
| 39 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Table 4 to Supplemental Expert Report of Michael C. Herron, Ph.D. |
| 35 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Figure 1 to Supplemental Expert Report of Michael C. Herron, Ph.D. |
| 23 | | 2/11/2026 | ☒ | ☒ | FDH Exhibit: Table 3 to Expert Report of Michael C. Herron, PhD |
| 1 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Online User Guide for Paid and Volunteer Petition Circulators |
| 76 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Tom Perez Petition Circulator Registration Denied |
| 77 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Tom Perez Petition Circulator Registration Denied |
| 79 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Slide Deck |
| 80 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.27.24 Email thread between RTCW members |
| 81 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Petition Gatherer Guide |
| 82 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Campaign Handbook |
| 83 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Guidance for Volunteer Petitioners |
| 84 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Training and Guidelines for Volunteer Petitioners |
| 85 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Volunteer Petitioner Guidelines |
| 86 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: FL Dep't of State Petition Circulator Registration Form |
| 87 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.19.25 Email from Mel Martin to Joe Bonasia |
| 93 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.8.25 RTCW Email Thread |
| 94 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.4.25 Email Message to Volunteers |
| 95 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.5.25 RTCW Initiative Update |
| 96 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Official Guidance on HB 1205 as of 5/9/25 |
| 97 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.5.25 Email from Liz Lindsay to Mel Martin |
| 98 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.9.25 Email from Tom Perez to RTCW members |
| 99 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.13.25 Email from Tom Perez |
| 100 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.8.25 Email from Joe Bonasia |
| 101 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.15.25 Email from Tom Perez |
| 102 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.12.25 Email from Tom Perez |
| 103 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.19.25 Email from Tom Perez |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- |
| MARK E. WALKER | | | | Frederick Wermuth, et al. | Mohammad Jazil, et al. |

| HEARING DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| --- | --- | --- | --- | --- | --- |
| 2/9/2026 - 2/20/2026 | | | | Megan Hague | Victoria Milton McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| --- | --- | --- | --- | --- | --- |
| 104 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.26.25 Email from Tom Perez |
| 105 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.2.25 Email from Tom Perez |
| 106 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.7.25 Email from Tom Perez |
| 108 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.8.25 Email from Jackson County SOE to Liz Lindsay |
| 109 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.15.25 Email from Liz Lindsay to Mel Martin and Tom Perez |
| 111 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.5.25 Email from Lee County SOE to Liz Lindsay |
| 112 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.10.25 Email from Tom Perez to RTCW members |
| 113 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.12.2025 Email from Tom Perez to RTCW members |
| 116 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.23.2025 Email from Liz Lindsay to Leon Votes |
| 118 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.13.2025 Email from Maria Matthews to SOE staff |
| 119 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.20.25 Email from Mary Hall to Sharon Robertson-Flemming |
| 122 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.28.23 Email from Terry Bork to Cierra Fackler |
| 123 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.13.25 Constitutional Amendments/Initiative Petitions Ch. 2025-21, Law of Florida |
| 124 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.28.25 Email from Tom Perez to Caitlin Germaine |
| 125 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.22.25 Email from Maria Matthews to SOE staff |
| 126 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.22.25 Consitutional Amendments/Initiative Petitions Ch. 2025-21, Laws of Florida |
| 127 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.13.2025 Email from Maria Matthews to SOE staff |
| 128 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.13.25 Constitutional Amendments/Initiative Petitions Ch. 2025-21, Law of Florida |
| 129 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.7.2025 Email from Maureen Baird to Maria Matthews and Ashley Davis re Questions for HB 1205 |
| 130 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Clarifying Questions about HB 1205 |
| 131 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.13.25 Email from Initiatives to Maria Matthews |
| 133 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.3.25 Sarasota County Invalidated RTCW Petitions |
| 134 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.14.25 Miami-Dade Letter to Joe Bonasia |
| 135 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.25.23 Email thread between Joe Bonasia and Alachua SOE |
| 136 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.18.23 Email thread between Maria Matthews and Kim Barton |
| 138 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.7.25 Email thread between Katie Otto, Indian River County SOE and DOE |
| 139 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 4.8.25 Email thread between Katherine Woodby and Jay Ferrin |
| 140 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.1.25 Email thread between Melissa Frank and Elections Division |
| 141 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.9.25 Email from Division of Elections to petition circulators |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| MARK E. WALKER | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 142 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.30.25 Email thread between Amanda Seyfang and Maria Matthews |
| 145 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.9.25 Email from Mark Earley to Leon SOE staff |
| 147 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.28.22 Email from state attorney |
| 148 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: HB 1205 Questions for Volusia County |
| 149 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Petition Processing Sheet Sarasota |
| 151 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.7.25 Email thread between citizen and SOEs |
| 152 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.5.25 Email from Liz Lindsay to SOS and SOEs |
| 153 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 2.26.25 Email from Tom Perez |
| 154 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.3.25 Email from Tom Perez |
| 156 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.20.25 Email from RTCW |
| 157 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.25.24 Email from RTCW |
| 159 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.8.24 Email from Joe Bonasia to RTCW members |
| 160 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.7.24 Constitutional Amendment Full Text: Right to Clean and Healthy Waters |
| 161 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.29.24 Email from RTCW |
| 162 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW 2026: The Plan presentation |
| 163 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: RTCW Petition Gatherer's Quick Guide |
| 164 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.6.24 Email from Tom Perez |
| 165 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.28.25 Email from Lafayette County SOE |
| 167 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.15.25 RTCW Petitions Sarasota |
| 168 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.9.25 Late RTCW Petition Verification |
| 169 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.2.25 Indian River County late RTCW petitions |
| 170 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 3.8.24 Blank Constitutional Amendment Initiative Petition Form - Volunteer |
| 173 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.6.25 Email from Katherine Woodby, FL Dep't of State to SOS staff |
| 174 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.6.25 Email thread between Joe Bonasia and SOS |
| 175 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.15.25 Email from Liz Lindsay to SOS and SOEs with SOS staff forwards |
| 176 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 5.29.25 Email thread between Katie Otto, Indian River, to SOS |
| 179 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from Shay Janczak to SOS |
| 180 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 6.23.25 Email from Shay Janczak to SOS |
| 181 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from SOS to Patricia Slater [SEALED] |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| MARK E. WALKER | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 182 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from SOS to Nate Plotkin |
| 183 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from SOS to Earl Chambers |
| 185 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from Earl Chambers to SOS |
| 186 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 6.23.25 Email from Earl Chambers to SOS (6.20.25 Petition Circulator Registration Summary) |
| 187 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from Earl Chambers to SOS |
| 188 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 Email from SOS to Stephanie Lopez |
| 189 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 Email from SOS to Sam Sulsenti |
| 190 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 SOS email re DeMarcus Dillahunt |
| 191 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 6.24.25 SOS email re DeMarcus Dillahunt [SOS_0632312] |
| 192 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 Email from SOS to DeMarcus Dillahunt |
| 193 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.24.25 Email from Carey Gandy to SOS |
| 194 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 6.24.25 Email from Carey Gandy to SOS [SOS_0632336] |
| 195 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.25.25 Email from SOS to Nate Plotkin |
| 196 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.26.25 Email from SOS to Carey Gandy |
| 197 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.27.25 Email from Veronica Hernandez to SOS |
| 198 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.27.25 Email from SOS to Jules Davidson |
| 201 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.27.25 Email from Jeramie Barnes to SOS |
| 202 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from Jeramie Barnes to SOS |
| 203 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Sadie Holzmeyer |
| 204 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Jenalyss King |
| 205 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Calvin Cambridge |
| 206 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Alexus Jackson |
| 207 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Hans Bothe |
| 208 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Circulator Applicant |
| 210 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Jason Smith |
| 211 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Gloria Stephens |
| 212 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Ben Ellis |
| 213 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Stephen Emerson |
| 214 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 6.30.25 Email from SOS to Stephen Emerson [SOS_0632474] |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| MARK E. WALKER | | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 215 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from Jose Becerra to SOS |
| 216 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from Richyrozay Ross to SOS |
| 217 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from Talli Ferro to SOS |
| 218 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.1.25 Email from SOS to Stephen Emerson |
| 219 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.1.25 Email thread between SOS and Joshua Holton |
| 220 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.1.25 Email thread between Phoebe Allen and SOS |
| 222 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Email from Lawonda Muhammad to SOS |
| 223 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Email from Calantah Mann to SOS |
| 224 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Email from Mary Ann Norberto to SOS |
| 225 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Submitted Petition Circulator Registration Form |
| 226 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Email from Jeramie Barnes to SOS |
| 227 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.2.25 Email thread between Carmen Hernandez and SOS |
| 228 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from Meredith Wilson to SOS |
| 229 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from Meredith Wilson to SOS |
| 230 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from Nathan Sereano to SOS |
| 231 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from Lawonda Muhammad to SOS |
| 232 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from Jackie Vincer to SOS |
| 233 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.3.25 Email from external source to SOS |
| 234 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.4.25 Email from Demetrius Beall to SOS |
| 235 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.4.25 Email from Rachel Van Der Meulen to SOS |
| 236 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.6.25 Email from Mia Rodriguez to SOS |
| 237 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from Jackie Vincer to SOS |
| 238 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Sara Fuquay |
| 239 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Lawonda Muhammad |
| 240 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Calantha Mann |
| 241 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Mary Ann Norberto |
| 242 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS Jeramie Barnes |
| 243 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Meredith Wilson |
| 244 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Francisca Ortega |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| MARK E. WALKER | | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | | Megan Hague | | Victoria Milton McGee | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| 245 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Nathan Sereano | |
| 246 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from SOS to Cha'Manique Frazier | |
| 247 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email thread between Meredith Wilson and SOS | |
| 248 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email from Demetrius Beall to SOS | |
| 249 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email thread between SOS Departments | |
| 250 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.7.25 Email thread between Jackie Vincer and SOS | |
| 251 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email thread between Gabriel Munoz and SOS | |
| 252 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email from SOS to interested petitioner | |
| 253 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email thread between Melanie Diaz and SOS | |
| 254 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email thread between Ivan Murphy and SOS | |
| 255 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email from SOS to Nisha Windom | |
| 256 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email from SOS to Jackie Vincer | |
| 257 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email thread between Christopher Burks and SOS | |
| 258 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 7.8.25 Email from Chirstopher Burks to SOS [SOS_0632779] | |
| 259 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email from Albert Bostic to SOS | |
| 260 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.8.25 Email from Alex O to SOS | |
| 261 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from Heather Burns to SOS | |
| 262 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from Leon Levy to SOS | |
| 263 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from Jonte Timazee to SOS | |
| 264 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Christopher Burks and SOS | |
| 265 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from SOS to Gabriel Munoz | |
| 266 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Christopher Burks and SOS | |
| 268 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Gabriel Munoz and SOS | |
| 269 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Alex O and SOS | |
| 270 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between Alexander Francis and SOS | |
| 271 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from SOS to Marcus Woodly | |
| 272 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email between SOS staff | |
| 273 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email thread between SOS and Ivan Murphy | |
| 274 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.9.25 Email from Leslie Soltesz to SOS | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE<br>MARK E. WALKER | | PLAINTIFF'S ATTORNEY<br>Frederick Wermuth, et al. | | DEFENDANT'S ATTORNEY<br>Mohammad Jazil, et al. |
|---|---|---|---|---|
| HEARING DATE (S)<br>2/9/2026 - 2/20/2026 | | COURT REPORTER<br>Megan Hague | | COURTROOM DEPUTY<br>Victoria Milton McGee |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 275 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.17.25 Email thread between SOS and Seth Workman |
| 277 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.10.15 Email between SOS staff about verification |
| 278 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 7.10.25 Email from Carmen Hernandez to SOS [SOS_0633020] |
| 279 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.10.25 Email between SOS staff about verification |
| 280 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.10.25 Email from Craig Redix to SOS |
| 281 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.11.25 Email from SOS to Stephen Emerson |
| 282 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.11.25 Email thread between Carmen Hernandez to SOS |
| 283 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.11.25 Email from James Estes to SOS |
| 284 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.11.25 Email thread between Mel Martin and SOS |
| 288 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.12.25 Email thread between Emmanuel Thomas and SOS |
| 289 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.14.25 Email thread between Tony de Boss and SOS |
| 290 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: FL Petition Circulator Registration Information Form |
| 291 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.15.25 Email thread between Jordan Strong and SOS |
| 292 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.17.25 Email from Carmen Hernandez to SOS |
| 293 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.21.25 Email from SOS to Dorothy Robinson |
| 294 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.22.25 Email from Philip Smith to SOS |
| 295 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.31.25 Email from SOS to Elizabeth Becht |
| 296 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 7.31.25 Email from SOS to Elizabeth Becht [SOS_0635259] |
| 297 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.31.25 Email thread between Elizabeth Becht and SOS |
| 298 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 7.31.25 Email thread between SOS and Eileen Arsenault |
| 299 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.13.25 Email from SOS to Robert Weiss |
| 300 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.20.25 Email thread between Amed Bamba and SOS |
| 301 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: FL Petition Circulator Registration Information Form |
| 302 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 8.20.25 Email thread between Amed Bamba and SOS |
| 303 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 9.10.25 Email from SOS to Mel Martin |
| 305 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.20.25 Email thread between SOS and Talli Ferro |
| 306 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.20.25 Email thread between Gloria Hobbs Thomas and SOS |
| 307 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.24.25 Email from SOS to Bernard Gilot |
| 308 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.24.25 Email thread between Ed Becker and SOS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| MARK E. WALKER | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 309 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.29.25 Email thread between SOS staff |
| 310 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.3.25 Email from Miami Dade SOE to SOS |
| 311 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Miami Dade Petition Totals |
| 312 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.4.25 Email from SOS to Zamontez Anderson |
| 313 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 11.4.25 Email from SOS to Zamontez Anderson [SOS_0639134] |
| 314 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 11.4.25 Email from SOS to Zamontez Anderson [SOS_0639134] |
| 315 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.4.25 Email from Zamontez Anderson to SOS |
| 316 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.6.25 Email thread between Zamontez Anderson and SOS |
| 317 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.12.25 Email thread between SOS and Susan Loughren |
| 318 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.13.25 Email thread between SOS and Chance Voegtli |
| 319 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.13.25 Email thread between SOS and Zamontez Anderson |
| 320 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 10.3.25 Email thread between Maria Matthews, SOS staff, and Martin SOE |
| 321 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Indian River County rejected petitions |
| 322 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 11.14.25 Email thread between Maria Matthews and Sumter SOE |
| 323 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 12.4.25 Email from Ryan Cox to Maria Matthews |
| 324 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Attachment to 12.4.25 Email from Ryan Cox to Maria Matthews [SOS_0640963] |
| 325 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 12.5.25 Email from Maria Matthews to Ryan Cox |
| 326 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 9.11.25 Email from SOS to SOEs |
| 327 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.8.26 Email Thread between Carol Dunaway and SOS |
| 328 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.9.26 Email Thread between Bridgette Bradwell and SOS |
| 329 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.9.26 Email Thread between Scott Farmington and SOS |
| 330 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.12.26 Email from SOS to SOEs |
| 331 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Florida Division of Elections' Notice of Revoked Registration for Statewide Initiative Petition Circulators |
| 332 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.12.26 Email from SOS to Craig Latimer |
| 333 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.13.26 Email Thread between Paul Lux and SOS |
| 334 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.13.26 Email Thread between Vicky Oakes and SOS |
| 335 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: Notice of Signature Use in Proposed Constitutional Amendment |
| 336 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.13.26 Email Thread between Vicky Oakes and SOS |
| 337 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.14.26 Email Thread between Karen Castor Dentel and SOS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|---|
| MARK E. WALKER | | | Frederick Wermuth, et al. | | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | | COURT REPORTER | | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | | Megan Hague | | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 338 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.14.26 Email Thread between Maria Matthews and Tiffany Morley |
| 339 | | 2/12/2026 | ☒ | ☒ | RTCW Exhibit: 1.14.26 Email Thread between Terri Mertz and SOS |
| | 1554 | 2/12/2026 | ☒ | ☒ | 2025.06.19 Email from Initiatives to Liz Lindsay |
| 1 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Constitutional Amendment Initiative Petition Form - Volunteer Serial No. 25-01 |
| 2 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Constitutional Amendment Full Text - Serial No. 25-01 |
| 3 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Email from Glenn Burhans to Division of Elections re. "Home Cultivation of Medical Marijuana" with full text |
| 4 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Email from Maria Matthews to Glenn Burhans re. "Home Cultivation of Medical Marijuana" |
| 5 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Letter to David Bellamy from Brad McVay re. impositions of fines for Serial No. 22-05 |
| 7 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Spreadsheet tracking 2025-26 expenses for shipping petitions |
| 8 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition delivery incident report from 2.12 - 5.19 |
| 9 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition delivery incident report from 6.4-6.8 |
| 10 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition delivery incident report from 5.30 - 6.3 |
| 11 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition delivery incident report from 5.20-5.29 |
| 12 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition delivery incident report from 6.9-12.22 |
| 13 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: May 25 Revised Proposed Budget addressing new costs following HB 1205 enactment |
| 14 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition Received report - Greater than 10 Days 1.5.26 |
| 15 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition Received report - Greater than 10 Days 12/18/25 |
| 16 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition Received report - Greater than 10 Days 12/30/25 |
| 17 | | 2/12/2026 | ☒ | ☒ | SSF Exhibit: Petition Received report - Greater than 10 Days 1/12/26 |
| 6 | | 2/12/2026 | ☒ | ☒ | Number of petitions submitted by Smart & Safe in support of Petition Serial No.22-05 in 2024 election cycle |
| | 194 | 2/12/2026 | ☒ | ☒ | Smart & Safe Text Message Thread SSF-SOS Prod0000005 – SSFSOS Prod0000057 |
| | 195 | 2/12/2026 | ☒ | ☒ | Smart & Safe Text Message Thread SSF-SOS Prod0000062 – SSFSOS Prod0000068 |
| | 196 | 2/12/2026 | ☒ | ☒ | Smart & Safe Text Message Thread SSF-SOS Prod0000075 – SSFSOS Prod0000109 |
| | 158 | 2/12/2026 | ☒ | ☒ | Smart & Safe Florida Deposition Exhibit 11 |
| | 197 | 2/12/2026 | ☒ | ☒ | Smart & Safe Suspected Fraud List |
| | 160 | 2/12/2026 | ☒ | ☒ | Smart & Safe Florida Deposition Exhibit 13 |
| | 161 | 2/12/2026 | ☒ | ☒ | Smart & Safe Florida Deposition Exhibit 14 |
| | 1570 | 2/12/2026 | ☒ | ☒ | SSF's Response to Sixty-Five Supervisors of Elections' First Requests for Admission (Dec. 8, 2025) |
| | 1562 | 2/12/2026 | ☒ | ☒ | SSF's Campaign Contributions – Florida Department of State Website |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| MARK E. WALKER | | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. | |
| HEARING DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| 2/9/2026 - 2/20/2026 | | | Megan Hague | | Victoria Milton McGee | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | 2/12/2026 | ☒ | ☐ | Court Exhibit 1:  SSF Demonstrative Aid #1 |
| | | 2/12/2026 | ☒ | ☐ | Court Exhibit 2:  SSF Demonstrative Aid #2 |
| 43 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Curriculum Vitae of Daniel A. Smith, Ph.D. |
| 61 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Judson Sapp 03-06-2025 |
| 64 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Griff Griffits 03-06-2025 |
| 65 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Fabian Basabe 03-26-2025 |
| 67 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Mike Caruso 03-26-2025 |
| 68 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Meg Weinberger |
| 69 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Rep Griff Griffits 04-03-2025 |
| 77 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Voter Registration Reports |
| 80 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State – Election Dates |
| 81 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State – Voter Registration – Method and Location |
| 82 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State – Voter Information as a Public Record |
| 83 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State – Voter Extract Request |
| 243 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Testimony excerpt of Ana-Christina Acosta from Preliminary Injunction hearing, June 30, 2025, Redacted |
| 247 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State, Division of Elections, Contribution Query Results from January 1, 2025, to June 30, 2025 |
| 397 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email attachment: Form - Accepted Petition Notice – from Leon County SOE |
| 401 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email: from Mark Earley to Alexandra Mosca re: Initiative Petition Price, dated July 15, 2025 |
| 444 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Memo: FDH, dated March 17, 2025 |
| 446 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Post July 1 Petition |
| 447 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Immediate Volunteer Adjustments |
| 487 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Contributions Query Results - Division of Elections - Florida Department of State - FDH 2026 General Election to Sep 30 2025.pdf |
| 488 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Contributions Query Results - Division of Elections - Florida Department of State - FDH Start to Sep 30 2025.pdf |
| 489 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Expenditure Query Results – Division of Elections – Florida Department of State – FDH 2026 Petition Verification Payments, retrieved online January 22, 2026 |
| 490 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Expenditures Query Results – Division of Elections – Florida Department of State – FDH 2026 TOT Payments, retrieved online January 22, 2026 |
| 491 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Expenditures Query Results - Division of Elections - Florida Department of State - FDH 2026 General Election to Sep 30 2025.pdf |
| 492 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Expenditures Query Results - Division of Elections - Florida Department of State - FDH Start to Sep 30 2025.pdf |
| 507 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Cheryl Futch to The Whitson Group, et al., re: Insufficient Funds (Medicaid Coverage 18-16)-07/01/2025, dated July 1, 2025 |
| 513 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Sunnah Shaikh to zack@thewhitsongroup.com, et al., re: Insufficient Funds (Medicaid Coverage 18-16) -07/01/2025, dated July 1, 2025 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| MARK E. WALKER | | | | Frederick Wermuth, et al. | Mohammad Jazil, et al. |
| HEARING DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 2/9/2026 - 2/20/2026 | | | | Megan Hague | Victoria Milton McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 514 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Ana-Christina Acosta re HB1205 is Now Law, Here's What You Need to Know, dated May 29, 2025 |
| 515 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Advertisement – Florida Decides Healthcare |
| 517 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Constitutional Amendment Full Text |
| 564 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I Matthews to Sunnah Shaikh re: Petition Verification needed, dated October 23, 2025 |
| 571 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Amanda Seyfang re: Notice to SOEs repetition Matters, dated January 7, 2026 |
| 572 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Carol Dunaway re: Petition Questions – Misfiled? (JAC) |
| 573 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Palm Beach County SOE re: How to Report misfiled petitions (PAL), dated November 14, 2025 |
| 574 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Sumter County SOE Office re: contact information, dated November 14, 2025 |
| 575 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Mark Early, et al., re: Initiative Petitions/Notice to Voters/s. 100.371(14)(e), FS (LEO) |
| 576 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Brian Sweezea to Maria I. Matthews, et al., re: Q re Petition address for voter, dated November 7, 2025 |
| 577 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to lrodriguez@martinvotes.org re: Petition Questions: Misfiled Received (MRT), dated October 3, 2025 |
| 578 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Maria I. Matthews to Tiffany Morley, et al., re: Petition 10 day signature, dated January 14, 2026 |
| 580 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Florida Department of State – Florida Petition Circulator Registration Information |
| 582 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Email from Initiatives to David Phanor re: Registration, dated July 15, 2025 |
| 594 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Link to Initiative Petition – Signature Verification Cost by County |
| | | 2/13/2026 | ☒ | ☐ | Court Exhibit 3:  FDH Demonstrative Aid #1 |
| 44 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Table 1 to Expert Report of Daniel A. Smith, PhD |
| | | 2/13/2026 | ☒ | ☐ | Court Exhibit 4:  FDH Demonstrative Aid #2 |
| 46 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Table 2 to Expert Report of Daniel A. Smith, PhD |
| 47 | | 2/13/2026 | ☒ | ☒ | FDH Exhibit: Table 3 to Expert Report of Daniel A. Smith, PhD |
| | | 2/13/2026 | ☒ | ☒ | Proffer Composite Exhibit 1 (FDH Exhibits 48-58) [admitted for proffer ONLY] |
| | | 2/13/2026 | ☒ | ☒ | Proffer Composite Exhibit 2 (FDH Exhibits 61-69) [admitted for proffer ONLY] |
| | | 2/13/2026 | ☒ | ☒ | Proffer Composite Exhibit 3 (FDH Exhibits 72-74) [admitted for proffer ONLY] |
| | 256 | 2/17/2026 | ☒ | ☒ | FL Senate Appearance Record – Cecile Scoon [SEALED] |
| 35 | | 2/17/2026 | ☒ | ☒ | League Exhibit: Email from C. Scoon to attendees of lunch and learn responding to their questions about 1205 |
| 2 | | 2/17/2026 | ☒ | ☒ | League Exhibit: Email from [REDACTED] to C. Scoon and D. Chandler re CS/HB 1205 Amendments to the State Constitution - Governor Signed Already Friday Night 5/2/25 |
| | 255 | 2/17/2026 | ☒ | ☒ | FL Senate Appearance Record – Debbie Chandler [SEALED] |
| 184 | | 2/18/2026 | ☒ | ☒ | RTCW Exhibit: 6.23.25 Email from Shay Janczak to SOS |
| 199 | | 2/18/2026 | ☒ | ☒ | RTCW Exhibit: 6.27.25 Email from Patricia Slater to SOS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| MARK E. WALKER | | | | Frederick Wermuth, et al. | | Mohammad Jazil, et al. |
| HEARING DATE (S) | | | | COURT REPORTER | | COURTROOM DEPUTY |
| 2/9/2026 - 2/20/2026 | | | | Megan Hague | | Victoria Milton McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 200 | | 2/18/2026 | ☒ | ☒ | RTCW Exhibit: 6.27.25 Email from Patricia Slater to SOS |
| 209 | | 2/18/2026 | ☒ | ☒ | RTCW Exhibit: 6.30.25 Email from SOS to Deborah Staples |
| 16 | | 2/18/2026 | ☒ | ☒ | League Exhibit: Declaration of Heidi Davis |
| 58 | | 2/18/2026 | ☒ | ☒ | League Exhibit: Email from RTCW to SOS re immediate clarification on HB 1205 |
| 64 | | 2/18/2026 | ☒ | ☒ | League Exhibit: Email from RTCW to SOS re sponsors' inability to deliver signed petitions to SOEs by the 10-day return deadline |
| 67 | | 2/18/2026 | ☒ | ☒ | League Exhibit: Email from RTCW to SOS re inability to submit petitions within the 10-day limit and notice of same |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Jonathan Bridges (Attorney General): ECF No. 620-1 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Jillian Pratt (OECS): ECF No. 620-2 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Maria Matthews (SOS): ECF No. 620-3 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Mark Earley (Leon County SOE): ECF No. 608-4 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Lucy Melendez (Orange County SOE): ECF No. 608-5 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Caitlin Germaine (Osceola County SOE): ECF No. 608-6 |
| | | 2/18/2026 | ☒ | ☒ | Deposition Designation/Counter Designation of Alison Novoa (Palm Beach SOE): ECF No. 608-7 |
| | 1561 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: FDH's Initiative Information – Florida Department of State Website |
| | 1564 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: SSF's Initiative Information – Florida Department of State Website |
| | 1567 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: FDH's Supplemental Response to Defendants Supervisors of Elections' Interrogatory No. 5 (Nov. 21, 2025) |
| | 1568 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: FDH's Supplemental Responses to Interrogatories Nos. 8 and 9 in Defendants Supervisors of Elections' First Set of Interrogatories (Dec. 7, 2025) |
| | 1559 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: FDH's Campaign Contributions – Florida Department of State Website |
| | 1560 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: FDH's Campaign Expenditures – Florida Department of State Website |
| | 1563 | 2/18/2026 | ☒ | ☒ | SOE Exhibit: SSF's Campaign Expenditures – Florida Department of State Website |
| | | 2/18/2026 | ☒ | ☒ | Supervisor of Elections Defendants Deposition Designations ECF No. 618-1 |
| | 10 | 2/18/2026 | ☒ | ☒ | Smart and Safe Florida's Response to Secretary's First Requests for Admission |
| | 2 | 2/20/2026 | ☒ | ☒ | OECS Report to the Legislature, January 15, 2024 [admitted in part] |
| | 3 | 2/19/2026 | ☒ | ☒ | OECS Report to the Legislature, December 20, 2024 [admitted in part] |
| | 4 | 2/19/2026 | ☒ | ☒ | OECS Report to the Legislature Supplemental Interim Report [admitted in part] |
| 18 | | 2/19/2026 | ☒ | ☒ | SSF Exhibit: Email from Maria Matthews to Supervisors of Elections, January 21, 2026 |
| | 1 | 2/19/2026 | ☒ | ☒ | HB 1205 (Laws of Florida) |
| | 295 | 2/19/2026 | ☒ | ☒ | Deposition of Joe Williams |
| | 296 | 2/19/2026 | ☒ | ☒ | Deposition of Meghan Cox |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| MARK E. WALKER | | | | | Frederick Wermuth, et al. | Mohammad Jazil, et al. |

| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|---|---|
| 2/9/2026 - 2/20/2026 | | | | | Megan Hague | Victoria Milton McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
|  | 294 | 2/19/2026 | ☒ | ☒ | Deposition of Holly Bullard [EXCEPT Exhibits 10 & 13] |
|  | 9 | 2/19/2026 | ☒ | ☒ | Florida Decides Healthcare Plaintiffs' Responses and Objections to Defendant Florida Secretary of State's First Requests for Admission |
|  | 254 | 2/19/2026 | ☒ | ☒ | CourtSmart Tag Report SB 37 |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.