**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

       *Plaintiffs/Intervenor-Plaintiffs*,

    v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

       *Defendants/Intervenor-Defendant*.

No. 4:25-cv-211-MW-MAF

## UNOPPOSED MOTION TO EXTEND TIME FOR WRITTEN CLOSING

The Secretary of State asks this Court to extend the time for written closings to **March 19, 2026, at 5pm**. This proposed extension would apply to all parties.

There's good cause for the ten-day extension. It would allow the Secretary's counsel to comply with other obligations before Florida's Fifth District Court of Appeal and the U.S. District Court for the Southern District of Florida. It would also allow the Secretary's counsel to better coordinate with counsel for the Attorney General and the Intervenor-Defendant on preparing the closing.

The Attorney General and the Intervenor-Defendant join in the motion.

With one exception, Plaintiffs consent to the motion for extension. The exception is Plaintiff Smart & Safe: "Smart & Safe Plaintiff is prepared to meet the existing deadline and takes no position on the motion."

1

The Supervisors of Elections and the State Attorneys also consent to the extension.

Dated: March 3, 2026

/s/ William H. Stafford III
William H. Stafford III
  SPECIAL COUNSEL
Sara E. Spears
  ASSISTANT ATTORNEY GENERAL
Complex Litigation Division
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3785
William.Stafford@myfloridalegal.com
Sara.Spears@myfloridalegal.com
ComplexLitigation@myfloridalegal.com

*Counsel for Florida Attorney General*

Respectfully submitted,

Ashley Davis (FBN 48032)
  General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6511
Ashley.Davis@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Florida Secretary of State*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil