# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                            Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Byrd's unopposed motion for extension of time to file written closing arguments. ECF No. 658. The motion is **GRANTED**. All parties' written closing arguments are due **on or before March 19, 2026, at 5:00 p.m. (ET).**

**SO ORDERED on March 3, 2026.**

                                       s/Mark E. Walker
                                       **United States District Judge**