UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    Plaintiffs/Intervenor-Plaintiffs,

v.                                              Case No.: 4:25-cv-00211-MW-MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

    Defendants/Intervenor-Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H)(1), Maryssa Hardy moves for leave to withdraw as counsel for Defendant Florida Attorney General James Uthmeier. Ms. Hardy is leaving her employment with the Office of the Attorney General. Attorney General Uthmeier does not object to her withdrawal and will continue to be represented by William Stafford and Sara Spears.

                                        Respectfully submitted,

                                        JAMES UTHMEIER
                                        ATTORNEY GENERAL

                                        /s/ *Maryssa S. Hardy*
                                        Maryssa S. Hardy (FBN 1058666)
                                        ASSISTANT ATTORNEY GENERAL
                                        Office of the Attorney General
                                        PL-01 The Capitol

Tallahassee, FL 32399-1050<br>
Maryssa.Hardy@myfloridalegal.com<br>
ComplexLitigation@myfloridalegal.com<br>
850-414-3300

## **CERTIFICATE OF ATTORNEY CONFERENCE**

Pursuant to Local Rule 7.1(B), the undersigned counsel certifies that on March 5, 2026, she attempted to confer with counsel for all Plaintiffs. Plaintiffs Florida Decides Healthcare and Smart & Safe do not oppose the relief sought. As of the time of filing this Motion, counsel for the League, LULAC, and Right to Clean Water have not responded with their positions.

*/s/ Maryssa S. Hardy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Maryssa S. Hardy*<br>
Maryssa S. Hardy
