# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                                                             Case No.: 4:25cv211-MW/MAF

**CORD BYRD, et al.,**

    *Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Defendant's motion to withdraw Maryssa Hardy in this case. ECF No. 660. Defendant will continue to be represented by counsel and his representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Maryssa Hardy from CM/ECF in this case.

**SO ORDERED on March 9, 2026.**

                                                  s/Mark E. Walker_____
                                                  **United States District Judge**