# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2026

Maryssa Hardy
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Appeal Number: 25-12370-EE
Case Style: Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:25-cv-00211-MW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:   404-335-6100      Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12370

_____

FLORIDA DECIDES HEALTHCARE INC,
MITCHELL EMERSON,
JORDAN SIMMONS,

                                                               *Plaintiffs-Appellees*
                                                                *Cross Appellants,*

SMART & SAFE FLORIDA,
   Registered Florida Political Committee,
PODER LATINX,
YIVIAN LOPEZ GARCIA,
HUMBERTO ORJUELA PRIETO,

                                                   *Intervenor Plaintiffs-Appellees,*

LEAGUE OF WOMEN VOTERS OF FLORIDA,
LEAGUE OF WOMEN VOTERS OF FLORIDA
EDUCATION FUND INC,
LEAGUE OF UNITED LATIN AMERICAN CITIZENS,
CECILE SCOON
DEBRA CHANDLER, et al.,

                                                *Intervenor Plaintiffs-Appellees*
                                                             *Cross Appellants,*

2     Order of the Court     25-12370

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

       *Defendants-Appellants*
       *Cross Appellees,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et al.,

       *Defendants,*

REPUBLICAN PARTY OF FLORIDA,

       *Intervenor Defendant-Appellant*
       *Cross Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00211-MW-MAF

_____

ORDER:

Attorney Maryssa Hardy's motion to withdraw as counsel for Appellant Attorney General, State of Florida is GRANTED.

       /s/ Kevin C. Newsom
       UNITED STATES CIRCUIT JUDGE