**APPENDIX A- Abbreviation & Defined Terms Index**

| Abbreviation/Defined Term | Definition |
|---|---|
| LWVFL | Plaintiffs League of Women Voters of Florida and League of Women Voters of Florida Education Fund, Inc. |
| LULAC | Plaintiff League of United Latin American Citizens. |
| Individual Plaintiffs | Plaintiffs Cecile Scoon and Debra Chandler, past LWVFL Co-Presidents. |
| League Plaintiffs | **Collectively**: LWVFL, LULAC, and the Individual Plaintiffs. |
| Right to Clean Water Initiative | Right to Clean and Healthy Waters, No. 22-02 (2026) (withdrawn), No. 24-03 (2028) (active), sponsored by FloridaRighttoCleanWater.org. |
| Florida Decides Healthcare Initiative | Provide Medicaid Coverage to Eligible Low-Income Adults, No. 18-16 (2028) (active), sponsored by Florida Decides Healthcare, Inc. |
| Amendment to Limit Government Interference with Abortion | Amendment to Limit Government Interference with Abortion, No. 23-07(4) (2024) (defeated), sponsored by Floridians Protecting Freedom, Inc. |
| Voting Restoration Amendment | Voting Restoration Amendment, No. 14-01(4) (2018) (passed), sponsored by Floridians for a Fair Democracy, Inc. |
| Fair Districts Amendment | Standards for Legislature to Follow in Congressional Redistricting, Nos. 07-15(6) (2010) (passed), 07-16(5) (2010) (passed), sponsored by Floridians for Fair Elections. |
| Adult Personal Use of Marijuana | Adult Personal Use of Marijuana, Nos. 22-04 (2024) (withdrawn), 22-05(3)(2024) (defeated), sponsored by Smart & Safe Florida. |

1

| Abbreviation/Defined Term | Definition |
|---|---|
| Challenged Provisions | The provisions of HB 1205 that violate the League Plaintiffs' First and Fourteenth Amendments challenged by League Plaintiffs here, **collectively:** the Categorical Bans, Registration Restrictions, Criminal Provisions, and Ten-Day Return Deadline, as defined below. |
| Categorical Bans | **Collectively**: the Former Felon Ban, Non-Citizen Ban, and Non-Resident Ban, as defined below. |
| Non-Citizen Ban | The provision prohibiting persons who are not United States citizens from collecting signatures or initiative petitions. Fla. Stat. § 100.371(4)(b)(2) (2025). |
| Non-Resident Ban | The provision prohibiting persons who are not Florida state residents from collecting signatures or initiative petitions. Fla. Stat. § 100.371(4)(b)(3) (2025). |
| Former Felon Ban | The provision prohibiting persons who have been convicted of a felony violation and has not had their right to vote restored from collecting signatures or initiative petitions. Fla. Stat. § 100.371(4)(b)(1) (2025). |
| Registration Restrictions | **Collectively**: the Petition Circulator Definition Provision, the Registration Requirement, Disclosure Requirement, Affidavit Requirement, and  Personal Use Petition Restriction, as defined below. |
| Petition Circulator Definition Provision | The provision striking "for compensation" from the statutory definition of a "petition circulator." Fla. Stat. § 97.021(28) (2025). |

| Abbreviation/Defined Term | Definition |
|---|---|
| Registration Requirement | The provision requiring any individual—paid or unpaid—who "collects, delivers, or otherwise physically possesses [] more than 25 signed petition forms," excluding their own and immediate family members' petitions, to register as a petition circulator with the Department of State. Fla. Stat. § 100.371(4)(a) (2025). |
| Disclosure Requirement | The provision requiring applicants registering as petition circulators to disclose their name, permanent and temporary addresses, date of birth, Florida driver license or ID card number, the last four digits of their social security number, and the ballot initiative the applicant intends to collect petitions. Fla. Stat. §§ 100.371(4)(c)(1), (2) (2025). |
| Affidavit Requirement | The provision requiring every petition form distributed to a voter by a registered petition circulator to include a signed affidavit bearing the circulator's name and permanent address, under which the petition circulator must attest under penalty of perjury that "the facts stated in [the Circulator Affidavit] are true." Fla. Stat. § 100.371(3)(d) (2025). |
| Personal Use Petition Restriction | The provision restricting non-registered petition circulators to "petition forms designated for personal use," and making it a second-degree misdemeanor and third-degree felony to collect, deliver, or otherwise possess25 signed petitions (except for themselves and immediate family) without registering. Fla. Stat. §§ 100.371(4)(a) (2025); 104.187 (2025)); 104.188(2) (2025). |
| Criminal Provisions | **Collectively**: the RICO Provision, Investigations Provision, Missing Information Provision, and Retention of Information Provision, as defined below. |

| Abbreviation/Defined Term | Definition |
|---|---|
| RICO Provision | The provision criminalizing any "violation of the Florida Election Code relating to irregularities or fraud involving issue petition activities" as a "racketeering activity" (H.B. 1205 § 19, 2025 Leg. (Fla. 2025); Fla. Stat § 895.02(8)(d) (2025))—which, under the Florida RICO Act, is a first-degree felony punishable by imprisonment up to 30 years and a fine up to $10,000 (Fla. Stat. § 895.04 (2025); Fla. Stat. § 775.082(3)(b) (2025); Fla. Stat. § 775.083(1)(b) (2025)). |
| Florida RICO Act | Florida Racketeer Influenced and Corrupt Organization Act. Fla. Stat § 895.03(3) (2025). |
| Investigations Provision | The provision requiring the OECS to investigate "the activities of the sponsor, one or more petition circulators, or a person collecting petition forms on behalf of a sponsor" for fraudulent activity or other violations when Supervisor of Elections invalidates twenty-five percent or more petition forms in a reporting period for a single ballot initiative. H.B. 1205 § 6, 2025 Leg. (Fla. 2025); Fla. Stat. §§ 100.371(14)(d) (2025), 100.371(14)(g)–(h), 895.02(8)(d) (2025). |
| Missing Information Provision | The provision imposing a third-degree felony on petition circulators who fill in missing information on a signed petition (H.B. 1205 § 6, 2025 Leg. (Fla. 2025); Fla. Stat. §§ 100.371(8) (2025); 104.185(2) (2025)) and imposing civil liability, a $5,000 fine, on sponsors of petition initiatives for each signed petition that had missing information filled in. |

4

| Abbreviation/Defined Term | Definition |
|---|---|
| Retention of Information Provision | The provision imposing a third-degree felony, punishable by up to five years in prison, for persons collecting petition forms on behalf of an initiative petition to copy or retain a voter's personal information such as their driver's license or ID card number, their SSN, or their signature, for any reason other than to provide such information to the sponsor. Fla. Stat. § 100.371(9) (2025). |
| Ten-Day Return Deadline | The provision requiring signed forms to be "promptly delivered to the supervisor of elections in the county in which the voter resides within 10 days after the voter elector signs the form," and imposing $50 fines on initiative sponsors for each day a petition is late (or $100 if the petition was collected before February 1 of the applicable election cycle) and $500 for each petition delivered to a supervisor of elections outside the county where the voter resides, regardless of intent.  Fla. Stat. § 100.371(7)(a) (2025). |
| Joint Stipulation | Joint Pretrial Stipulation, ECF No. 596. |
| OECS Reports | **Collectively:** The January 2024 Report, December 2024 Report, and the January 2025 Report, as defined below. |
| January 2024 Report | Report prepared by the OECS dated January 2024, DX-2, ECF No. 653-1. |
| December 2024 Report | Report prepared by the OECS dated December 2024, DX-4, ECF No. 653-3. |
| January 2025 Report | Report prepared by the OECS dated January 2025, DX-3, ECF No. 653-2. |

5