

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**George E. Mastoris**
Partner
(212) 294-6700
GMastoris@winston.com

March 20, 2026

Hon. Mark E. Walker
U.S. District Court
Northern District of Florida
111 N. Adams Street
Tallahassee, FL 32301-7730

Re: *Florida Decides Healthcare Inc. et al. v. Byrd et al.*, **Case No. 4:25-cv-00211-MW-MAF**

Dear Judge Walker,

On behalf of Plaintiffs-Intervenors the League of Women Voters of Florida ("LWVFL"), the League of United Latin American Citizens ("LULAC"), and Individual Plaintiffs Cecile Scoon and Debra Chandler (together, "League Plaintiffs"), I respectfully submit this letter to request that the Court accept, *nunc pro tunc*, League Plaintiffs' Post-Trial Brief, which was filed after the applicable 5:00pm ET deadline on March 19, 2026.

The delay was not intentional and resulted from unforeseen technical issues. Upon resolving those issues, counsel acted promptly to submit the filing. For the avoidance of doubt, no substantive changes were made during the brief interval before filing.

As this short delay has neither prejudiced any party nor disrupted the Court's schedule, and as League Plaintiffs have at all times acted in good faith, League Plaintiffs respectfully ask that the Court grant this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ George E. Mastoris*
George E. Mastoris

*Counsel for League Plaintiffs*