## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE, INC., et al.,**

　　　*Plaintiffs/Intervenor-Plaintiffs,*

v.                                              **Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

　　　*Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING MOTION TO ACCCEPT TRIAL BRIEF AS TIMELY

This Court has considered, without hearing, the League Plaintiffs' letter, ECF No. 669, which this Court construes as a motion to accept their trial brief as timely filed. The motion is **GRANTED**. The League Plaintiffs' trial brief, ECF No. 668, is accepted as timely filed.

　　　**SO ORDERED on March 20, 2026.**

　　　　　　　　　　　　　　**s/Mark E. Walker**　　　　　　
　　　　　　　　　　　　　　**United States District Judge**