# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

|  |  |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., et al., | |
| *Plaintiffs*, | |
| v. | No. 4:25-cv-211-MW-MAF |
| CORD BYRD, in his official capacity as Florida Secretary of State, et al., | |
| *Defendants*, | |
| REPUBLICAN PARTY OF FLORIDA, | |
| *Intervenor-Defendant.* | |

## REPUBLICAN PARTY OF FLORIDA'S NOTICE OF JOINDER OF THE SECRETARY AND ATTORNEY GENERAL'S SUGGESTION OF MOOTNESS

Intervenor-Defendant Republican Party of Florida ("RPOF") joins in the Secretary and Attorney General's Suggestion of Mootness, ECF No. 671, filed April 2, 2026.

1

Dated: April 2, 2026

Respectfully submitted,

/s/ Tara R. Price
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
Tara R. Price (Fla. Bar No. 98073)
Nicholas J.P. Meros (Fla. Bar No. 120270)
Kassandra S. Reardon (Fla. Bar No. 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com

*Counsel for Intervenor-Defendant*
*Republican Party of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

/s/ Tara R. Price

2