**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA DECIDES HEALTHCARE,**
**INC., et al.,**

　　　*Plaintiffs/Intervenor-Plaintiffs,*

**v.**　　　　　　　　　　　　　　　　**Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

　　　*Defendants/Intervenor-Defendants.*

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Defendants' suggestion of mootness with respect to challenges to the racketeering definition. ECF No. 671. The suggestion of mootness speaks for itself, but if Plaintiffs wish to be heard, they must file an expedited response to the suggestion of mootness **on or before Wednesday, April 8, 2026.**

　　　**SO ORDERED on April 3, 2026.**

　　　　　　　　　　　　　　　**s/Mark E. Walker**
　　　　　　　　　　　　　　　**United States District Judge**