**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

> *Plaintiffs/Intervenor-Plaintiffs,*

**v.**                                                    **Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

> *Defendants/Intervenor-Defendants.*

_____/

## ORDER FOR EXPEDITED RESPONSE

With respect to Defendants' suggestion of mootness concerning Plaintiffs' claims challenging the definition of "racketeering activity" as amended by HB 1205, this Court requires further briefing from Defendants. Specifically, this Court understands Defendants' argument with respect to the impact HB 991 has on these claims. However, upon review, it appears the effective date of the repeal of the challenged "racketeering activity" definition in HB 991 is July 1, 2026. Accordingly, assuming this Court issues its order in April, Defendants must respond with argument and citation to authority concerning how this Court should proceed with

respect to such claims before the repeal takes effect. Defendants' response is due **on or before April 21, 2026.**

**SO ORDERED on April 14, 2026.**

**s/Mark E. Walker**
**United States District Judge**