# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Glenn Burhans, Jr.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Direct: (850) 329-4850
Email: gburhans@stearnsweaver.com

February 18, 2026

***Sent Via Email***

Division of Elections
Florida Department of State
R.A. Gray Building, Room 316
500 South Bronough Street
Tallahassee, FL 32399
DivElections@dos.fl.gov

       Re:    Smart & Safe Florida, Initiative Petition No. 25-01

To Whom It May Concern:

Smart & Safe Florida is no longer actively gathering petitions for Initiative Petition No. 25-01 and has therefore closed its petition circulator headquarters. As a result, mail directed to those offices has been forwarded to my firm by the U.S. Postal Service. Immediately upon receipt of signed petitions, my office sent them to the applicable Supervisor of Elections in accordance with Section 100.371(7)(a), Florida Statutes. The first such petition was received at the close of business on February 17, 2026. Accordingly, it was impossible for my office to submit them to the Supervisor's office prior to February 1, 2026, and/or to avoid applicable fines. The foregoing is being reported to you in accordance with Section 100.371(11), Florida Statutes.

Sincerely,

Glenn Burhans, Jr.

\ca
Enclosures

MIAMI ▪ TAMPA ▪ FORT LAUDERDALE ▪ TALLAHASSEE ▪ CORAL GABLES

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Glenn Burhans, Jr.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Direct: (850) 329-4850
Email: gburhans@stearnsweaver.com

February 18, 2026

*Sent Via Federal Express*

Wendy Sartory Link
Palm Beach County Supervisor of Elections
4301 Cherry Road
West Palm Beach, FL 33409

Re:     Smart & Safe Florida, Initiative Petition No. 25-01

Dear Ms. Link:

Smart & Safe Florida is no longer actively gathering petitions for Initiative Petition No. 25-01 and has therefore closed its petition circulator headquarters. As a result, mail directed to those offices has been forwarded to my firm by the U.S. Postal Service. Immediately upon receipt of the enclosed signed petition, I am submitting it to your office in accordance with Section 100.371(7)(a), Florida Statutes.

Sincerely,

Glenn Burhans, Jr.

\ca
Enclosure

cc:     Division of Elections
        Florida Department of State
        R.A. Gray Building, Room 316
        500 South Bronough Street
        Tallahassee, FL 32399
        DivElections@dos.fl.gov

MIAMI  ▪  TAMPA  ▪  FORT LAUDERDALE  ▪  TALLAHASSEE  ▪  CORAL GABLES



ORIGIN ID:TLHA   (850) 354-7633
GLENN BURHANS, JR., ESQ.
STEARNS WEAVER MILLER PA
106 E. COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL 32301
UNITED STATES US

TO  WENDY SARTORY LINK
PALM BEACH CTY SOE
4301 CHERRY ROAD

WEST PALM BEACH FL 33409
(561) 656-6200
INV:
PO:
REF: 46251.0001
DEPT:

SHIP DATE: 18FEB26
ACTWGT: 0.50 LB
CAD: 101042023/INET4535

BILL SENDER

58KJ5/6067/484B

FedEx Express

J261026012001uv

TRK#
0201   8888 8320 0037

XS PBIA

THU – 19 FEB 10:30A
PRIORITY OVERNIGHT

FL-US   PBI
33409

FedEx 146525 Rev. 1/19 RRDO 22

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.




# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM
## FOR PERSONAL USE ONLY (s. 100.371, F.S)

| Petition Number | Date Received |
|---|---|
| 2501 | 01/14/2025 |

**BALLOT TITLE:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law.  Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

**Financial Impact Statement:**

**Sponsor:**   Smart & Safe Florida

**Address:**   1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information and Attestation

Name - Last *Bunch*   First *Candace*   Middle *Lenora*

Address *1517 West 35th Street*

City *Riveria Beach*   Zip *33404*   County *Palm Bch.*

Registration No. ████████   or   Date of Birth ████████

FLDL Number ████████   or   SSN ████████

I am a registered Florida voter, and I am petitioning the Secretary of State to place the proposed amendment on the ballot.

████████

Signatur████████   Date Signed | 0 4 | 0 3 | 2 0 2 6 |

## For Personal Use

This form is for PERSONAL USE only. Unless registered as a petition circulator, it is a third degree felony to collect, deliver, or otherwise physically possess more than 25 signed petition forms in addition to your own or those of immediate family members.

Forms for petition circulators can be obtained from the Division's Petition Circulator website.

Visit https://initiativepetitions.dos.fl.gov for more information.

## Notices

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- The form will not be validated if all of the requested information is not completed.

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Glenn Burhans, Jr.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Direct: (850) 329-4850
Email: gburhans@stearnsweaver.com

February 18, 2026

***Sent Via Federal Express***

Craig Latimer
Hillsborough County Supervisor of Elections
2514 N Falkenburg Rd.
Tampa, FL 33619

Re:    Smart & Safe Florida, Initiative Petition No. 25-01

Dear Mr. Latimer:

Smart & Safe Florida is no longer actively gathering petitions for Initiative Petition No. 25-01 and has therefore closed its petition circulator headquarters. As a result, mail directed to those offices has been forwarded to my firm by the U.S. Postal Service. Immediately upon receipt of the enclosed signed petition, I am submitting it to your office in accordance with Section 100.371(7)(a), Florida Statutes.

Sincerely,

Glenn Burhans, Jr.

\ca
Enclosure

cc:    Division of Elections
Florida Department of State
R.A. Gray Building, Room 316
500 South Bronough Street
Tallahassee, FL 32399
DivElections@dos.fl.gov

MIAMI ▪ TAMPA ▪ FORT LAUDERDALE ▪ TALLAHASSEE ▪ CORAL GABLES



ORIGIN ID:TLHA    (850) 354-7633
GLENN BURHANS, JR., ESQ.
STEARNS WEAVER MILLER PA
106 E. COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL 32301
UNITED STATES US

SHIP DATE: 18FEB26
ACTWGT: 0.50 LB
CAD: 101042023/INET4535

BILL SENDER

TO  CRAIG LATIMER
HILLSBOROUGH CTY SOE
2514 N FALKENBURG RD.

TAMPA FL 33619
(813) 744-5900
INV:
PO:                    DEPT:

REF: 46251.0001

58KJ5/6067/484B

TRK#  8888 8370 2868
0201

XP MCFA

THU – 19 FEB 10:30A
PRIORITY OVERNIGHT

FL-US  TPA

33619

FedEx
Express

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# CONSTITUTIONAL AMENDMENT INITIATIVE PETITION FORM

## FOR PERSONAL USE ONLY (s. 100.371, F.S)




| Petition Number | Date Received |
|---|---|
| 2501 | 01/14/2025 |

**BALLOT TITLE:** Adult Personal Use of Marijuana

**Ballot Summary:** Allows adults 21 and older to possess, purchase, or use marijuana for non-medical consumption. Establishes possession limits. Prohibits marketing and packaging attractive to children. Prohibits smoking and vaping in public. Maintains prohibition on driving under influence. Applies to Florida law; does not change, or immunize violations of, federal law. Allows Medical Marijuana Treatment Centers to acquire, cultivate, process, transport, and sell marijuana to adults. Provides for creation of licenses for non-medical marijuana businesses.

**Financial Impact Statement:**

**Sponsor:**  Smart & Safe Florida

**Address:**  1400 Village Square Boulevard Suite 3-321 Tallahassee, FL 32312

## Voter's Information and Attestation

Name - Last _SULLIVAN_   First _CHARLOTTE_   Middle _L_

Address _15311 StoneCreek LN_

City _TAMPA_   Zip _33613_   County _HillsBorough_

Registration No. ▐███████▌   or   Date of Birth ▐███████▌

FLDL Number ▐███████▌   or   SSN ▐███████▌

I am a registered Florida voter, and I am petitioning the Secretary of State to place the proposed amendment on the ballot.

Signature ▐███████▌   Date Signed | 0 | 1 | / | 2 | 8 | / | 2 | 0 | 2 | 6 |

## For Personal Use

This form is for PERSONAL USE only. Unless registered as a petition circulator, it is a third degree felony to collect, deliver, or otherwise physically possess more than 25 signed petition forms in addition to your own or those of immediate family members.

Forms for petition circulators can be obtained from the Division's Petition Circulator website.

Visit https://initiativepetitions.dos.fl.gov for more information.

## Notices

- This form becomes a public record once filed with the Supervisor of Elections.
- It is a first degree misdemeanor to knowingly sign the same petition more than once. [§104.185, F.S.]
- The form will not be validated if all of the requested information is not completed.