**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

*Plaintiffs*,

v.

No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

*Defendants*,

REPUBLICAN PARTY OF FLORIDA,

*Intervenor-Defendant.*

**REPUBLICAN PARTY OF FLORIDA'S NOTICE OF JOINDER**
**OF THE SECRETARY AND ATTORNEY GENERAL'S**
**RESPONSE IN SUPPORT OF SUGGESTION OF MOOTNESS**

Intervenor-Defendant Republican Party of Florida ("RPOF") joins in the

Secretary and Attorney General's Response in Support of Suggestion of Mootness, ECF

No. 676, filed April 20, 2026.

1

Dated: April 21, 2026                    Respectfully submitted,


                                         /s/ Tara R. Price
                                         Benjamin J. Gibson (Fla. Bar No. 58661)
                                         Daniel E. Nordby (Fla. Bar No. 14588)
                                         Tara R. Price (Fla. Bar No. 98073)
                                         Nicholas J.P. Meros (Fla. Bar No. 120270)
                                         Kassandra S. Reardon (Fla. Bar No. 1033220)
                                         **SHUTTS & BOWEN LLP**
                                         215 South Monroe Street, Suite 804
                                         Tallahassee, Florida 32301
                                         Tel: (850) 241-1717
                                         bgibson@shutts.com
                                         dnordby@shutts.com
                                         tprice@shutts.com
                                         nmeros@shutts.com
                                         kreardon@shutts.com
                                         chill@shutts.com

                                         *Counsel for Intervenor-Defendant*
                                         *Republican Party of Florida*


## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

                                         /s/ Tara R. Price


2