# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

     *Plaintiffs/Intervenor-Plaintiffs*,

v.                            Case No.: 4:25cv211-MW/MAF

CORD BYRD, et al.,

     *Defendants/Intervenor-Defendants*.

_____/

## JUDGMENT

Judgment is entered in favor of Defendants with respect to Right to Clean Water Plaintiffs' challenge to the ten-day delivery requirement and associated fines. The balance of Right to Clean Water Plaintiffs' claims are **DISMISSED for lack of standing**.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

April 30, 2026               s/*Kimberly J. Westphal*
DATE                       DEPUTY CLERK

NDFL Ops 2 (Rev. 7/23) Civil Judgment
ClerkAdmin/Official/Forms