**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

     *Plaintiffs/Intervenor-Plaintiffs*,

v.                           Case No.: 4:25cv211-MW/MAF

CORD BYRD, et al.,

     *Defendants/Intervenor-Defendants*.

_____/

### JUDGMENT

Plaintiffs Poder Latinx, Yivian Lopez Garcia, and Humberto Orjuela Prieto's

claims are **DISMISSED without prejudice.**

 

                                   JESSICA J LYUBLANOVITS,
                                   CLERK OF COURT

April 30, 2026               s/*Kimberly J. Westphal*
DATE                            DEPUTY CLERK