AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida ▾

|  |  |
|---|---|
| FLORIDA DECIDES HEALTHCARE INC., et al., ) ) ) v. ) ) CORD BYRD, et al. ) ) | Case No.:  4:25cv211-MW/MAF |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/30/2026__ against __Plaintiffs__ ,
                                                                     *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,021.30 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 3,021.30 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[X] Electronic service            [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:  __Andy Bardos__

Name of Attorney:  __Andy Bardos__

For:  Defendants, the Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties        Date: __05/14/2026__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| _____ | _____ | _____ |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Invoice No. | Invoice Date | Amount | Purpose |
|---|---|---|---|
| 120825GR | 12/13/2025 | $415.80 | Deposition of Michael Herron, Ph.D. |
| 120925GR | 12/16/2025 | $1,092.30 | Depositions of Daniel A. Smith, Ph.D. and Holly Bullard |
| 202600022 | 02/20/2026 | $1,437.80 | Trial Transcripts |
| 202600025 | 02/27/2026 | $75.40 | Trial Transcript, Testimony of Juan Ardila |
| | **TOTAL** | **$3,021.30** | |

## Sandra L. Nargiz, Stenographer

**INVOICE**



RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net

| **Bill To** | **Ship To** | | |
|---|---|---|---|
| GRAY ROBINSON | Emailed to Andy Bardos | **Invoice #** | 120825GR |
| 301 S. Bronough Street, #600 | | **Invoice Date** | 12/13/2025 |
| Tallahassee, FL 32301 | | **Due Date** | 01/13/2026 |
| 850.577.9090 | | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of Michael Herron, Phd, 0n 12/8/25 | 0.00 | 0.00 |
| 126 | COPY: regular delivery | 3.30 | 415.80 |
| 5 | EXHIBITS: h/c | 0.00 | 0.00 |
| | | **TOTAL** | **$415.80** |

# Sandra L. Nargiz, Stenographer

# INVOICE



RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net

| **Bill To** | **Ship To** | | **Invoice #** | 120925GR |
|---|---|---|---|---|
| GRAY ROBINSON | emailed | | **Invoice Date** | 12/16/2025 |
| 301 S. Bronough Street, #600 | | | | |
| Tallahassee, FL 32301 | | | | |
| 850.577.9090 | | | | |
| ATTY: ANDY BARDOS | | | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of Daniel A . Smith, PhD (165 PGS) and FDH Rep Holly Bullard (166 pgs) | 0.00 | 0.00 |
| 331 | COPY: regular delivery | 3.30 | 1,092.30 |
| 5 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$1,092.30** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

| ST44 Rev. 10/23<br>Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT<br>Northern District of Florida |
|---|---|

Invoice No.: 202600022

| Andy Bardos<br>GrayRobinson PA<br>301 S. Bronough Street,<br>Suite 600<br>Tallahassee, FL 32302<br>(850) 577-9090 | **MAKE CHECKS PAYABLE TO:**<br>Hague Transcription, LLC<br>Megan A. Hague, RPR, FCRR - Owner<br>111 North Adams Street<br>Tallahassee, FL 32301<br>(850) 443-9797<br>megan.a.hague@gmail.com<br>Tax ID: 93-4876072 |
|---|---|

| __ CRIMINAL    ✕ CIVIL | DATE ORDERED:<br>02-20-2026 | DATE DELIVERED:<br>02-23-2026 |
|---|---|---|

**In the matter of:** 4:25cv211, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding: Bench Trial 2-9-26 through 2-20-26.
Mitchell Emerson - 112 pgs - Mark Earley - 198 pgs - Michael Herron - 180 pgs
Melissa Martin - 113 pgs  - Cynthia Haller - 36 pgs -  Ciera Cox - 46 pgs
Meghan Cox - 175 pgs -  Daniel Smith - 190 pgs -  Imaltzin Molina - 56 pgs

*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription, 850-443-9797)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL |  |
| 30-Day |  |  |  |  |  |  |  |  |  |  |
| 14-Day |  |  |  |  |  |  |  |  |  |  |
| 7-Day |  |  |  |  |  |  |  |  |  |  |
| 3-Day |  |  |  | 1106 | 1.30 | 1437.80 |  |  |  | 1437.80 |
| Next-Day |  |  |  |  |  |  |  |  |  |  |
| 2-Hour |  |  |  |  |  |  |  |  |  |  |
| Realtime |  |  |  |  |  |  |  |  |  |  |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1437.80 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 1437.80 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Megan A. Hague | DATE:<br>02-23-2026 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Florida

| Invoice No.: 202600025 |
| --- |

Andy Bardos
GrayRobinson PA
301 S. Bronough Street,
Suite 600
Tallahassee, FL 32302
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
Hague Transcription, LLC
Megan A. Hague, RPR, FCRR - Owner
111 North Adams Street
Tallahassee, FL 32301
(850) 443-9797
megan.a.hague@gmail.com
Tax ID: 93-4876072

| __ CRIMINAL | ✗ CIVIL | DATE ORDERED: 02-27-2026 | DATE DELIVERED: 02-27-2026 |
| --- | --- | --- | --- |

**In the matter of:** 4:25cv211, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding: Bench Trial 2-9-26 through 2-20-26.
Juan Ardila Testimony - 58 pages

*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription, 850-443-9797)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | 58 | 1.30 | 75.40 | | | | 75.40 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 75.40 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 75.40 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Megan A. Hague | DATE: 02-27-2026 |
| --- | --- |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR