**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES
HEALTHCARE, INC., *et al.*,

*Plaintiffs-Intervenors*,

　v.

CORD BYRD, in his official capacity as
Secretary of the State of Florida, *et al.*,

*Defendants-Intervenors.*

Case No.: 4:25cv211-MW/MAF

**UNOPPOSED MOTION OF FLORIDA DECIDES HEALTHCARE
PLAINTIFFS TO DEFER THE FILING AND RESOLUTION OF MOTION
FOR DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF,
FEES AND THE FILING OF BILL OF COSTS**

Local Rule 54.1(B) requires parties to move for a determination of entitlement

to fees within "14 days after the entry of the judgment or, if there is no judgment, 14

days after the case is closed." And Local Rule 54.2(A) requires "[a] party who seeks

taxation of costs—other than attorney's fees—[to] file a verified bill of costs . . . ,"

the deadline for which is not extended by "[a]n appeal … unless the Court so orders."

To the extent these rules require any party to seek this Court's determination of their

entitlement to attorney's fees and costs and to file a verified bill of cost within 14

days of this Court's Final Order on Merits (ECF No. 679),  Plaintiffs in the instant

case respectfully ask that this Court suspend the respective deadlines to seek

entitlement to attorney's fees and costs and to file a verified bill of costs until 14 days after either: (a) the final resolution of appellate proceedings, or (b) the time to file a notice of appeal expires (whichever occurs first).

## **LOCAL RULE 7.1(B) CERTIFICATION**

Undersigned counsel, Frederick Wermuth, conferred with counsel for the Smart & Safe Plaintiff, League and LULAC Plaintiffs, RTCW Plaintiffs, and Defendants and they do not oppose this motion.

## **LOCAL RULE 7.1(F) CERTIFICATION**

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 208 words, excluding the case style and certifications.

Dated: May 14, 2026

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth (FBN 0184111)
Quinn Ritter (FBN 1018135)
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette (FBN 1003257)
Krista Dolan (FBN 1012147)
SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
matletha.bennette@splcenter.org

2

krista.dolan@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Nick Steiner*
1101 17th Street, NW, Suite 550
Washington, D.C. 20036
bradley.heard@splcenter.org
avner.shapiro@splcenter.org
nick.steiner@splcenter.org

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
Harleen K. Gambhir*
Nicole E. Wittstein
Derek A. Zeigler*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law
hgambhir@elias.law
nwittstein@elias.law
dzeigler@elias.law

*Counsel for FDH Plaintiffs*
*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of May 2026, I electronically

3

filed the foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111