AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|   |   |
|---|---|
| v. | ) ) ) ) ) |

Case No.: _____

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
                                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |

TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐     Electronic service              ☐     First class mail, postage prepaid

☐     Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____          Date: _____
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____              _____              _____
*Clerk of Court*                                          *Deputy Clerk*                                              *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | |
| | | | | | | **TOTAL** | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED
FOR DEPOSITION TRANSCRIPTS IN THIS CASE**

| Description | Amount |
|---|---|
| Deposition transcript of Mark Earley | $485.10 |
| Deposition transcript of Caitlin Germaine and Alison Novoa | $561.00 |
| Deposition transcript of Lucy Melendez | $277.20 |
| Deposition transcript of Meghan Cox and Joe Williams | $1,694.60 |
| Deposition transcript of Melissa Martin | $765.15 |
| Deposition transcript of Holly Bullard and Ana Acosta | $1,833.20 |
| Deposition transcript of Michael Herron | $1,098.70 |
| Deposition transcript of Maria Matthews | $1,160.25 |
| Deposition transcript of Juan Proano | $776.00 |
| Deposition transcript of Jordan Simmons | $467.20 |
| Deposition transcript of Jillian Pratt | $785.40 |
| Deposition transcript of Marc Walsh | $697.85 |
| Deposition transcript of Daniel Smith | $1,291.75 |
| Deposition transcript of Jonathan Bridges | $920.70 |

## Sandra L. Nargiz, Stenographer

294 Rosehill Drive East

Tallahassee, FL 32312

+1850.933.8662

snargiz@comcast.net

**INVOICE**

Hbo082725

**DATE**

Nov 13, 2025

**DUE DATE**

Dec 13, 2025

**BALANCE DUE**

USD $485.10

---

**BILL TO**

## HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500

Tallahassee, FL

32301

---

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| CASE:  FHD v BYRD, et al., deposition of SOE of Leon County Mark Earley on 8/27/25 | $0.00 | 1 | $0.00 |
| TRANSCRIPT: Copy | $3.30 | 147 | $485.10 |
| EXHIBITS:  n/c | $0.00 | 1 | $0.00 |

| | TOTAL | $485.10 |
|---|---|---|
| | BALANCE DUE | **USD $485.10** |

Thank you!

# SANDRA L. NARGIZ, STENOGRAPHER

# INVOICE



294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net

**Bill To**

HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500
Tallahassee, FL 32301

| | **Invoice #** | 11060725H |
| | **Invoice Date** | 11/13/2025 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| FLORIDA DECIDES HEALTH v BYRD, et al. Depositions of SOE of West Palm Beach on 11/6, 91 pgs; SOE of Osceola on 11/7, 79 pgs @ $3.30 pp reg del | 561.00 |
| EXHIBITS: n/c | 0.00 |
| **TOTAL** | **$561.00** |

# SANDRA L. NARGIZ, STENOGRAPHER

# INVOICE



294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net

| **Bill To** | **Ship To** | | |
|---|---|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK 119 South Monroe Street, #500 Tallahassee, FL 32301 | EMAILED | | |

| | **Invoice #** | 111325H |
|---|---|---|
| | **Invoice Date** | 11/17/2025 |
| | **Due Date** | 12/17/2025 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | FHD v BYRD, et al, deposition of SOE of Orange County (Melendez) on 11/13/25 | 0.00 | 0.00 |
| 84 | TRANSCRIPT: Copy, reg del, 84 pgs @ 3.30 | 3.30 | 277.20 |
| 1 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$277.20** |

**Sandra L. Nargiz, Stenographer**

294 Rosehill Drive East

Tallahassee, FL 32312

+1850.933.8662

snargiz@comcast.net

INVOICE

H120325

**DATE**

Dec 8, 2025

**DUE DATE**

Jan 7, 2026

**BALANCE DUE**

USD $1,694.60

BILL TO

## HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500

Tallahassee, FL 32301

ATTY:  MO JAZIL

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| IN RE:  FLORIDA DECIDES HEALTHCARE et al v. CORD BYRD, et al, depositions of Corp Reps of Smart and Safe on 12/3/25, Meghan Cox (141 pgs) Joe Williams (67 pgs) | $0.00 | 1 | $0.00 |
| APPEARANCE: 9 am to 2:45 pm | $95.00 | 7 | $665.00 |
| TRANSCRIPT: Original regular delivery | $4.95 | 208 | $1,029.60 |
| EXHIBITS: N/C | $0.00 | 22 | $0.00 |

## Payment Info

Scan this code to pay online



| | |
|---|---|
| TOTAL | $1,694.60 |
| **BALANCE DUE** | **USD $1,694.60** |

If you would like to pay online, please advise and I will send a link.  THANK YOU!



# Sandra L. Nargiz, Stenographer

294 Rosehill Drive East

Tallahassee, FL 32312

+1850.933.8662

snargiz@comcast.net

**INVOICE**

H120225

**DATE**

Dec 8, 2025

**DUE DATE**

Jan 7, 2026

**BALANCE DUE**

USD $765.15

**BILL TO**

## HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500

Tallahassee, FL  32301

ATTy: MO JAZIL

850.508.7775

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| IN RE:  FLORIDA DECIDES HEALTHCARE, et al v. CORD BYRD, et al., Deposition of Florida Right to Clean Water, Corp Rep MartIn, on 12/2/25 | $0.00 | 1 | $0.00 |
| APPEARANCE:<br>12:00 noon to 2:33 p.m. | $95.00 | 3 | $285.00 |
| TRANSCRIPT:  Original<br>regular delivery | $4.95 | 97 | $480.15 |
| EXHIBITS:  N/C | $0.00 | 2 | $0.00 |

## Payment Info

| TOTAL | $765.15 |
|---|---|
| BALANCE DUE | USD $765.15 |

Scan this code to pay online



# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| | | |
|---|---|---|
| **Bill To** | **Ship To** | **Invoice #** 120925H |
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK | Emailed | **Invoice Date** 12/15/2025 |
| 119 South Monroe Street, #500 | | |
| Tallahassee, FL 32301 | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, depositions of FDH 30(b)(6) witnesses: Holly Bullard-166 pgs; Ana Acosta-70 pgs | 0.00 | 0.00 |
| 7 | APPEARANCES: 9:30 am - 4:30 pm | 95.00 | 665.00 |
| 236 | TRANSCRIPT: Original, regular delivery | 4.95 | 1,168.20 |
| 5 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$1,833.20** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| | | | |
|---|---|---|---|
| **Bill To** | **Ship To** | **Invoice #** | 120825SB |
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK 119 South Monroe Street, #500 Tallahassee, FL 32301 | Emailed to TARA PRICE/ZACK BENNINGTON | **Invoice Date** | 12/13/2025 |
| | | **Due Date** | 01/13/2026 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of Michael Herron, Phd, 0n 12/8/25 | 0.00 | 0.00 |
| 5 | APPEARANCES: 10-2:33 | 95.00 | 475.00 |
| 126 | TRANSCRIPT: Original, regular delivery | 4.95 | 623.70 |
| 5 | EXHIBITS: h/c | 0.00 | 0.00 |
| | | **TOTAL** | **$1,098.70** |

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| **Bill To** | **Ship To** | | **Invoice #** | 121825H |
|---|---|---|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK | EMAILED | | **Invoice Date** | 12/27/2025 |
| 119 South Monroe Street, #500 | | | | |
| Tallahassee, FL 32301 | | | | |
| ATTY: MO JAZIL | | | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of 30(b)(6) witness of SOS Maria Matthews 12/18/25 | 0.00 | 0.00 |
| 245 | COPY: regular delivery | 3.30 | 808.50 |
| 7 | EXHIBITS: n/c | 0.00 | 0.00 |
| 201 | ROUGH DRAFT | 1.75 | 351.75 |
| | | **TOTAL** | **$1,160.25** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| **Bill To** | **Ship To** | **Invoice #** | 121625H |
|---|---|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK | emailed | **Invoice Date** | 12/22/2025 |
| 119 South Monroe Street, #500 | | | |
| Tallahassee, FL 32301 | | | |
| ATTY: RANDALL RABAN | | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of LULAC rep Juan Proaño on 12/16/25 | 0.00 | 0.00 |
| 4 | APPEARANCES: 2:00 pm-5:00 pm | 95.00 | 380.00 |
| 80 | TRANSCRIPT: Original, regular delivery | 4.95 | 396.00 |
| 5 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$776.00** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| Bill To | Ship To | | |
|---|---|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK 119 South Monroe Street, #500 Tallahassee, FL 32301 ATTY: MARTIN WOLK | emailed | **Invoice #** | 121725H |
| | | **Invoice Date** | 12/22/2025 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of FDH rep JORDAN SIMMONS, on 12/17/25 | 0.00 | 0.00 |
| 2 | APPEARANCES: 9:00 am - 10:37 am | 95.00 | 190.00 |
| 56 | TRANSCRIPT: Original, regular delivery | 4.95 | 277.20 |
| 5 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$467.20** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

# Sandra L. Nargiz, Stenographer

**INVOICE**

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



**Bill To**

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 South Monroe Street, #500
Tallahassee, FL 32301
ATTY: MO JAZIL

**Ship To**

EMAILED

| | |
|---|---|
| **Invoice #** | 122225H |
| **Invoice Date** | 12/27/2025 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of 30(b)(6) witness of SOS Jillian Pratt12/22/25 | 0.00 | 0.00 |
| 238 | COPY: regular delivery | 3.30 | 785.40 |
| 7 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$785.40** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!



# Sandra L. Nargiz, Stenographer

294 Rosehill Drive East

Tallahassee, FL 32312

+1850.933.8662

snargiz@comcast.net;hszilagyi@campaignlegalcenter.org

**INVOICE**

H120525

**DATE**

Dec 8, 2025

**DUE DATE**

Jan 7, 2026

**BALANCE DUE**

USD $697.85

BILL TO

## HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

119 South Monroe Street, #500

Tallahassee, FL 32301

ATTY:  MO JAZIL

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| IN RE:  FDH, et al  v CORD BYRD, et al, deposition of Marc Walsh on 12/5/24 | $0.00 | 1 | $0.00 |
| APPEARANCE: 9:00 am to 11:15 a.m | $95.00 | 2.5 | $237.50 |
| TRANSCRIPT: Original regular delivery | $4.95 | 93 | $460.35 |
| EXHIBITS:  N/C | $0.00 | 2 | $0.00 |

## Payment Info

Scan this code to pay online



| TOTAL | $697.85 |
|---|---|
| BALANCE DUE | USD $697.85 |

If you wish to pay online, please advise and I will send you link.  Thank you!

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| **Bill To** | **Ship To** | **Invoice #** | 121025H |
|---|---|---|---|
| HOLTZMAN VOGEL BARAN | emailed | **Invoice Date** | 12/15/2025 |
| TORCHINSKY & JOSEFIAK | | | |
| 119 South Monroe Street, #500 | | | |
| Tallahassee, FL 32301 | | | |
| ATTY: RANDALL RABAN | | | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | IN RE: FDH, et al, vs. Byrd, et al, deposition of Daniel A . Smith, PhD | 0.00 | 0.00 |
| 5 | APPEARANCES: 9:00 am - 2:00 pm | 95.00 | 475.00 |
| 165 | TRANSCRIPT: Original, regular delivery | 4.95 | 816.75 |
| | | **TOTAL** | **$1,291.75** |

**If you wish to pay online, please advise and a link to pay online will be sent.**

THANK YOU!

# Sandra L. Nargiz, Stenographer

# INVOICE

RPR, CM, CRR
294 Rosehill Drive East
Tallahassee, FL 32312
850.933.8662
snargiz@comcast.net



| **Bill To** | **Ship To** | **Invoice #** | 121525H |
|---|---|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK 119 South Monroe Street, #500 Tallahassee, FL 32301 ATTY: MARTIN WOLK | IN RE: FDH v BYRD, et al, deposition of Jonathan Bridges on 12/15/25, OAG REP | **Invoice Date** | 12/20/2025 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 279 | TRANSCRIPT: copy regular delivery | 3.30 | 920.70 |
| 0 | EXHIBITS: n/c | 0.00 | 0.00 |
| | | **TOTAL** | **$920.70** |

**If you wish to pay online, please advise and a link to pay online will be sent.**
THANK YOU!

**ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED
FOR HEARING TRANSCRIPTS IN THIS CASE**

| Description | Amount |
|---|---|
| May 22, 2025 PI Hearing Transcript | $467.65 |
| June 30, 2025 PI Hearing Transcript | $768.10 |
| August 12, 2025 PI Hearing Transcript | $162.55 |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Florida

| Invoice No.: 202500045 |
|---|

| Mohammad Jazil<br>Holtzman Vogel<br>119 South Monroe<br>Suite 300<br>Tallahassee, FL 32301<br>mjazil@holtzmanvogel.com | **MAKE CHECKS PAYABLE TO:**<br>Hague Transcription, LLC<br>Megan A. Hague, RPR, FCRR - Owner<br>111 North Adams Street<br>Tallahassee, FL 32301<br>(850) 443-9797<br>megan.a.hague@gmail.com<br>Tax ID: 93-4876072 |
|---|---|

| __ CRIMINAL    ✗ CIVIL | DATE ORDERED:<br>05-22-2025 | DATE DELIVERED:<br>05-22-2025 |
|---|---|---|

**In the matter of:** 4:25cv2111, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding:  PI hearing held on 5-22-25 - Chief Judge Walker

All ordering parties have agreed to split the cost for an original copy and four copies.  The hearing was a total of 118 pages.  Please pay this invoice in full as I have already split the invoice between the parties.  *The additional copy charge is for the ASCII*

*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription,

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 23 | 8.70 | 200.10 | 95 | 1.45 | 137.75 | 118 | 1.10 | 129.80 | 467.65 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 467.65 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 467.65 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Megan A. Hague | DATE:<br>05-22-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Florida

Invoice No.: 202500065

Mohammad Jazil
Holtzman Vogel
119 South Monroe
Suite 300
Tallahassee, FL 32301
mjazil@holtzmanvogel.com

**MAKE CHECKS PAYABLE TO:**
Hague Transcription, LLC
Megan A. Hague, RPR, FCRR - Owner
111 North Adams Street
Tallahassee, FL 32301
(850) 443-9797
megan.a.hague@gmail.com
Tax ID: 93-4876072

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | ✗ CIVIL | 06-30-2025 | 07-02-2025 |

**In the matter of:** 4:25cv2111, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding:  PI hearing held on 6-30-2025 Judge Walker - And ASCII

All ordering parties have agreed to split the cost for an original copy and seven copies.  The hearing was a total of 268 pages.  Please pay this invoice in full as I have already split the invoice between the parties.

*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription, 850-443-9797)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 34 | 6.55 | 222.70 | 234 | 1.30 | 304.20 | 268 | 0.90 | 241.20 | 768.10 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 768.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 768.10 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
/s/ Megan A. Hague

DATE:
07-02-2025

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Florida

| Invoice No.: 202500095 |
|---|

| | |
|---|---|
| Mohammad Jazil<br>Holtzman Vogel<br>119 South Monroe<br>Suite 300<br>Tallahassee, FL 32301<br>mjazil@holtzmanvogel.com | **MAKE CHECKS PAYABLE TO:**<br>Hague Transcription, LLC<br>Megan A. Hague, RPR, FCRR - Owner<br>111 North Adams Street<br>Tallahassee, FL 32301<br>(850) 443-9797<br>megan.a.hague@gmail.com<br>Tax ID: 93-4876072 |

| __ CRIMINAL    ✕ CIVIL | DATE ORDERED:<br>08-12-2025 | DATE DELIVERED:<br>08-12-2025 |
|---|---|---|

**In the matter of:** 4:25cv211, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding:  PI hearing held telephonically on 8-12-2025 Judge Walker

All ordering parties have agreed to split the cost for an original (1) certified transcript and four (4) copies.  Your office ordered an ASCII copy, so there is a seperate charge for that which is not split between the parties.  Please pay this invoice in full as I have already split the invoice between the parties.


*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription,

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 8 | 8.70 | 69.60 | 33 | 1.45 | 47.85 | 41 | 1.10 | 45.10 | 162.55 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 162.55 |
| | | | | | Less Discount for Late Delivery | | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 162.55 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Megan A. Hague | DATE:<br>09-18-2025 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED
FOR TRIAL TRANSCRIPTS IN THIS CASE**

| Description | Amount |
|---|---|
| February 9, 2026 - February 20, 2026 Trial Transcript | $8,014.55 |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Florida

| Invoice No.: 202600019 |
|---|

| | |
|---|---|
| Mohammad Jazil<br>Holtzman Vogel<br>119 South Monroe<br>Suite 300<br>Tallahassee, FL 32301<br>mjazil@holtzmanvogel.com | **MAKE CHECKS PAYABLE TO:**<br>Hague Transcription, LLC<br>Megan A. Hague, RPR, FCRR - Owner<br>111 North Adams Street<br>Tallahassee, FL 32301<br>(850) 443-9797<br>megan.a.hague@gmail.com<br>Tax ID: 93-4876072 |

| __ CRIMINAL     ✕ CIVIL | DATE ORDERED:<br>02-09-2026 | DATE DELIVERED:<br>02-20-2026 |
|---|---|---|

**In the matter of:** 4:25cv211, Florida Decides Healthcare, Inc, et al v Cord Byrd, et al.

Proceeding: Bench Trial 2-9-26 through 2-20-26.  As previously agreed to, FDH, SSF, League/LULAC, RTCW, Byrd, Uthmeier,and Republican Party have agreed to split the cost of an origianl and 6 copies between all parties.  Please pay this amount IN FULL.  The invoices have already been split among everyone. Original Certified Transcript: 2,236 pgs; 6 copies: 13,416 pages

*Payment can be made via check (made out to Hague Transcription, LLC) or Zelle (Hague Transcription, 850-443-9797)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 319 | 8.70 | 2775.30 | 1917 | 1.45 | 2779.65 | 2236 | 1.10 | 2459.60 | 8014.55 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 8014.55 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 8014.55 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Megan A. Hague | DATE:<br>02-21-2026 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED
FOR COPIES OF DISCOVERY DOCUMENTS IN THIS CASE**

| Description | Amount |
|---|---|
| Copies for Discovery | $3,282.73 |
| Copies for Discovery | $250.26 |

**Action Legal Discovery Services, LLC**
3135 Eliza Rd
Tallahassee, FL  32308 US
(850) 222-7526
www.actionlegaldiscovery.com



# INVOICE

**BILL TO**
Holtzman Vogel
119 S Monroe St, ste 500
Tallahassee, FL  32301

**INVOICE #** R11276
**DATE** 07/09/2025
**DUE DATE** 07/24/2025
**TERMS** Net 15

**ORDERED BY:**
Zack Bennington

**BILLING REF.**
Elections?

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **S15**<br>8.5 x 11 black & white scanning | 20,358 | 0.15 | 3,053.70T |

| | |
|---|---|
| SUBTOTAL | 3,053.70 |
| TAX | 229.03 |
| TOTAL | 3,282.73 |
| BALANCE DUE | **$3,282.73** |

Thank you for using Action Legal Discovery Services!
Tax ID# 27-4126099 | Tax ID# 27-4126099

**Action Legal Discovery Services, LLC**
3135 Eliza Rd
Tallahassee, FL  32308 US
(850) 222-7526
www.actionlegaldiscovery.com



# INVOICE

| **BILL TO** | | **INVOICE #** R11294 |
|---|---|---|
| Holtzman Vogel | | **DATE** 07/31/2025 |
| 119 S Monroe St, ste 500 | | **DUE DATE** 08/15/2025 |
| Tallahassee, FL  32301 | | **TERMS** Net 15 |

| **ORDERED BY:** | **BILLING REF.** |
|---|---|
| Zack Bennington | Elections? |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **S15**<br>8.5 x 11 black & white scanning | 1,552 | 0.15 | 232.80T |

| | | |
|---|---|---|
| | SUBTOTAL | 232.80 |
| | TAX | 17.46 |
| | TOTAL | 250.26 |
| | BALANCE DUE | **$250.26** |

Thank you for using Action Legal Discovery Services!
Tax ID# 27-4126099 | Tax ID# 27-4126099