**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs*,

v.                                                                Case No. 4:25-cv-211-MW/MAF

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

    *Defendants*.

_____/

**AFFIDAVIT OF KAYLA GORDON**

I, Kayla Gordon, state as follows based on my personal knowledge:

1.    I am over 18 years of age.

2.    I am employed at Holtzman Vogel Baran Torchinsky & Josefiak,

PLLC and have been appointed to serve as the records custodian for the legal team

representing the Secretary of State in this matter. In my role as records custodian, I

am the point person for costs and logistics for this case. I have personal knowledge

of the matters discussed in this affidavit.

3.    Below is a chart that accurately details the costs associated with this

case:

1

| Type of Costs | Cost Amount | Notes |
|---|---|---|
| Deposition Transcript Costs | $12,814.10 | Deposition transcripts for: Mark Earley, Alison Novoa, Caitlin Germaine, Lucy Melendez, Meghan Cox, Joe Williams, Melissa Martin, Holly Bullard, Ana-Christina Acosta, Michael Herron, Maria Matthews, Juan Proaño, Jordan Simmons, Jillian Pratt, Marc Walsh, Daniel Smith, and Jonathan Bridges. |
| Hearing Transcript Costs | $1,398.30 | Costs for Preliminary Injunction Transcripts for hearings held on 5/22/25, 6/30/25, and 8/12/25. |
| Trial Transcript Costs | $8,014.55 | Bench trial transcript. |
| Copies for Discovery Costs | $3,532.99 | Cost of printing exhibits for discovery. |
| **Total** | **$25,759.94** | |

4.    These costs are listed in the Secretary's Bill of Costs. Doc.688. Attached to the Bill of Costs are the individual invoices for each cost described in the chart above.

5.    For the deposition transcript costs:

a.    The deposition transcript fee for the deposition of Mark Earley, the Supervisor of Elections for Leon County, Florida, in the amount of $485.10. Plaintiffs deposed Mr. Earley on August 27, 2025. Mr. Earley was called as a witness and provided testimony at trial.

b.    The deposition transcript fee for the depositions of Caitlin Germaine, the Supervisor of Elections for Palm Beach County, Florida, and Alison

Novoa, the Supervisor of Elections for Osceola County, Florida, in the amount of $561.00. Plaintiffs deposed Ms. Germaine and Ms. Novoa on November 6, 2025, and November 7, 2025, respectively. Plaintiff filed deposition designations for Ms. Germaine and Ms. Novoa in this case.

c.    The deposition transcript fee for the deposition of Lucy Melendez, the Supervisor of Elections for Orange County, Florida, in the amount of $277.20. Plaintiffs deposed Ms. Melendez on November 13, 2025. Plaintiff filed deposition designations for Ms. Melendez in this case. Doc.597.

d.    The deposition transcript fee for the depositions of Meghan Cox and Joe Williams, the Corporate Representatives of Plaintiff Smart and Safe Florida, in the amount of $1,694.60. Counsel for the Secretary deposed Ms. Cox and Mr. Williams on December 3, 2025. Mr. Williams was included on Plaintiffs' witness list for trial in this case. Doc.596. Ms. Cox was called as a witness and provided testimony at trial.

e.    The deposition transcript fee for the deposition of Melissa Martin, the Corporate Representative for Plaintiff Florida Right to Clean Water, in the amount of $765.15. Counsel for the Secretary deposed Ms. Martin on December 2, 2025. Ms. Martin was called as a witness and provided testimony at trial.

f.    The deposition transcript fee for the depositions of Holly Bullard and Ana-Christina Acosta, the Corporate Representatives of Plaintiff Florida

Decides Healthcare, Inc., in the amount of $1,833.20. Counsel for the Secretary deposed Ms. Bullard and Ms. Acosta on December 9, 2025. Ms. Bullard and Ms. Acosta were included on Plaintiffs' witness list for trial in this case. Doc.596.

g.    The deposition transcript fee for the deposition of Dr. Michael Herron, an expert witness for Plaintiffs, in the amount of $1,098.70. Defendants deposed Dr. Herron on December 8, 2025. Dr. Herron was called as a witness and provided testimony at trial.

h.    The deposition transcript fee for the deposition of Maria Matthews, a Corporate Representative for the Secretary, in the amount of $1,160.25. Plaintiffs deposed Ms. Matthews on December 18, 2025. Plaintiffs filed deposition designations for Ms. Matthews in this case. Doc.597. Ms. Matthews was also called as a witness and provided testimony at trial.

i.    The deposition transcript fee for the deposition of Juan Proaño, the Corporate Representative for Plaintiff League of United Latin American Citizens (LULAC), in the amount of $776.00. Counsel for the Secretary deposed Mr. Proaño on December 16, 2025. Mr. Proano was called as a witness and provided testimony at trial.

j.    The deposition transcript fee for the deposition of Jordan Simmons, a witness appearing on behalf of Plaintiff Florida Decides Healthcare, Inc., in the amount of $467.20. Counsel for the Secretary deposed Mr. Simmons on

December 17, 2025. Mr. Simmons was called as a witness and provided testimony at trial.

k.    The deposition transcript fee for the deposition of Jillian Pratt, a Corporate Representative for the Secretary, in the amount of $785.40. Plaintiffs deposed Ms. Pratt on December 22, 2025. Plaintiffs filed deposition designations for Ms. Pratt in this case. Doc.597. Ms. Pratt was also called as a witness and provided testimony at trial.

l.    The deposition transcript fee for the deposition of Marc Walsh, a witness appearing on behalf of Plaintiff Florida Decides Healthcare, Inc., in the amount of $697.85. Counsel for the Secretary deposed Mr. Walsh on December 5, 2025. Mr. Walsh was called as a witness and provided testimony at trial.

m.    The deposition transcript fee for the deposition of Dr. Daniel Smith, an expert witness for Plaintiffs, in the amount of $1,291.75. Counsel for the Secretary deposed Dr. Smith on December 13, 2025. Dr. Smith was called as a witness and provided testimony at trial.

n.    The deposition transcript fee for the deposition of Jonathan Bridges, a witness appearing on behalf of Defendants, in the amount of $920.70. Plaintiffs deposed Mr. Bridges on December 15, 2025. Plaintiffs filed deposition designations for Mr. Bridges in this case. Doc.597. Mr. Bridges was called as a witness and provided testimony at trial.

6.    For the hearing transcript costs:

a.    The Secretary's share of the court reporter and transcript fees in the amount of $467.65 for the Preliminary Injunction Hearing held on May 22, 2025.

b.    The Secretary's share of the court reporter and transcript fees in the amount of $768.10 for the Preliminary Injunction Hearing held on June 30, 2025.

c.    The Secretary's share of the court reporter and transcript fees in the amount of $162.55 for the Preliminary Injunction Hearing held on August 12, 2025.

7.    For the trial transcript costs:

a.    The Secretary's share of the court reporter and transcript fees in the amount of $8,014.55 for the bench trial held from February 9, 2026 to February 20, 2026.

8.    For the copies of discovery documents:

a.    The costs of scanning and copying documents for discovery at the rate of $0.15 per page and totaling $3,282.73.

b.    The costs of scanning and copying documents for discovery at the rate of $0.15 per page and totaling $250.26.

The total amount of recoverable costs for this case is $25,759.94.

6

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kayla Gordon

STATE OF FLORIDA        )
COUNTY OF LEON          )

Sworn to and subscribed before me by means of physical presence this 4th day of May, 2026, by Kayla Gordon.

_____
NOTARY PUBLIC

Personally Known ___X___ OR Produced Identification
Type of Identification Produced:_____



SHELLEY LONG
Commission # HH 629457
Expires June 20, 2026