**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

*Plaintiffs/Intervenor-Plaintiffs,*

v.                                                      **Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

*Defendants/Intervenor-Defendants.*

_____/

## ORDER SUSPENDING DEADLINES

This Court has considered, without hearing, the Florida Decides Healthcare Plaintiffs' unopposed motion to suspend the deadlines to seek entitlement to fees and to file a verified bill of costs. ECF No. 687. The motion, ECF No. 687, is **GRANTED**. The deadline to seek entitlement to attorney's fees and costs and to file a verified bill of costs is extended to within 14 days of (a) the final resolution of appellate proceedings, or (b) the expiration of the time to file a notice of appeal, whichever occurs first.

**SO ORDERED on May 14, 2026.**

**s/Mark E. Walker**
**United States District Judge**