UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DECIDES
HEALTHCARE, INC., *et al.*,

    *Plaintiffs,*

  v.

CORD BYRD, in his official capacity as
Secretary of the State of Florida, *et al.*,

    *Defendants.*

Case No.: 4:25cv211-MW/MAF

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS, FLORIDA DECIDES HEALTHCARE, INC., MITCHELL EMERSON, AND JORDAN SIMMONS

Ben Stafford, Emma Olson Sharkey, Harleen K. Gambhir, Nicole E. Wittstein, and Derek A. Zeigler of the law firm Elias Law Group LLP, and Frederick S. Wermuth and Quinn B. Ritter of the law firm of King, Blackwell, Zehnder & Wermuth, P.A., as counsel for Plaintiffs, Florida Decides Healthcare, Inc., Mitchell Emerson, and Jordan Simmons (collectively "FDH Plaintiffs"), pursuant to Local Rule 11.1(H), hereby request this Court enter an order permitting them to withdraw as counsel for FDH Plaintiffs in the above-captioned matter. In support of this motion, counsel states:

Ben Stafford, Emma Olson Sharkey, Harleen K. Gambhir, Nicole E. Wittstein, and Derek A. Zeigler and the law firm of Elias Law Group LLP, and

Frederick S. Wermuth and Quinn B. Ritter and the law firm of King, Blackwell, Zehnder & Wermuth, P.A., seek to withdraw as FDH Plaintiffs' counsel in this action. FDH Plaintiffs will continue to be represented by lead counsel Matletha Bennette, Krista Dolan, Bradley E. Heard, Avner Shapiro, and Nick Steiner of Southern Poverty Law Center, and representation will continue uninterrupted.

In accordance with Local Rule 11.1(H), movants have provided notice to FDH Plaintiffs of their intention to withdraw as counsel, and FDH Plaintiffs have consented to movants' withdrawal as their counsel. The undersigned counsel has also conferred with Defendants, who do not oppose this motion.

WHEREFORE, Mr. Stafford, Ms. Olson Sharkey, Ms. Gambhir, Ms. Wittstein, Mr. Zeigler, and the law firm of Elias Law Group LLP, and Mr. Wermuth, Mr. Ritter, and the law firm of King, Blackwell, Zehnder & Wermuth, P.A., respectfully request that this Court enter an order granting this motion and permitting them to withdraw from this action as counsel of record for FDH Plaintiffs.

## LOCAL RULES 7.1(B) & 11.1(H) CERTIFICATIONS

Local Rule 11.1(H) provides that counsel give fourteen days' notice to the client. The undersigned counsel certifies that such notice has been provided, and that FDH Plaintiffs have consented to movants' withdrawal as their counsel. Undersigned counsel has also conferred with Defendants, all of whom have stated

they do not oppose this motion, except for Supervisors of Election for the following counties, all of whom have stated they take no position on this motion:  Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnum, Santa Rosa, St. Johns, Sumter, Suwannee, Taylor, Wakulla, Walton, and Washington counties.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned counsel, Frederick S. Wermuth, certifies that this motion contains 300 words, excluding the case style and certifications.

Respectfully submitted this 29th day of May 2026,

Matletha Bennette (FBN  1003257)
Krista Dolan (FBN  1012147)
SOUTHERN POVERTY LAW
CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
matletha.bennette@splcenter.org
krista.dolan@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Nick Steiner*
1101 17th Street, NW, Suite 550
Washington, D.C. 20036
bradley.heard@splcenter.org
avner.shapiro@splcenter.org
nick.steiner@splcenter.org

*Counsel for FDH Plaintiffs*
*Admitted Pro Hac Vice*

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*

3

Harleen K. Gambhir*
Nicole E. Wittstein
Derek A. Zeigler*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law
hgambhir@elias.law
nwittstein@elias.law
dzeigler@elias.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

4