## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA DECIDES HEALTHCARE,
INC., et al.,**

*Plaintiffs/Intervenor-Plaintiffs*,

v.                                               **Case No.: 4:25cv211-MW/MAF**

**CORD BYRD, et al.,**

*Defendants/Intervenor-Defendants.*

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Plaintiffs Florida Decides Healthcare, Inc., Mitchell Emerson, and Jordan Simmons's motion to withdraw in this case. ECF No. 691. Plaintiffs will continue to be represented by counsel and their representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Ben Stafford, Emma Olson Sharkey, Harleen K. Gambhir, Nicole E. Wittstein, and Derek A. Zeigler of the law firm Elias Law Group LLP, and Frederick S. Wermuth and Quinn B. Ritter of the law firm of King, Blackwell, Zehnder & Wermuth, P.A., from CM/ECF as counsel for Plaintiffs,

Florida Decides Healthcare, Inc., Mitchell Emerson, and Jordan Simmons in this case.

**SO ORDERED on May 29, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**

2