# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DECIDES HEALTHCARE,
INC., MITCHELL EMERSON, in his
Individual capacity, JORDAN SIMMONS,
in his individual capacity,
                          *Plaintiffs*,

          v.                                              Case No. 4:25-cv-211-MW-MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

                          *Defendants*.

## THE FDH PLAINTIFFS' NOTICE OF APPEAL

The FDH Plaintiffs—Florida Decides Healthcare, Inc., Mitchell Emerson, and

Jordan Simmons—respectfully file this Notice of Appeal to the United States Court

of Appeals for the Eleventh Circuit from the final judgment entered on April 30,

2026. Judgment, Dkt. No. 680.


Dated: June 1, 2026                         Respectfully submitted,


/s/ Avner Shapiro
Avner Shapiro*
Bradley E. Heard*
Nicholas Taichi Steiner*
SOUTHERN POVERTY LAW
CENTER
1101 17th St NW Ste 550
Washington, DC 20036

Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org


Matletha Bennette, Fla. Bar No. 1003257
Krista Dolan, Fla. Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

*Admitted *Pro hac vice*
*Attorneys for Plaintiffs Florda Decides
Healthcare, Mitchell Emerson, and
Jordan Simmons*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

/s/ *Avner Shapiro*
Avner Shapiro
*Attorney for Plaintiffs Florda Decides Healthcare, Mitchell Emerson, and Jordan Simmons*