# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

|  |  |
|---|---|
| FLORIDA DECIDES HEALTHCARE, INC., *et al.*, <br><br> *Plaintiffs/Intervenor-Plaintiffs*, <br><br> v. <br><br> CORD BYRD, *et al.*, <br><br> *Defendants/Intervenor-Defendants.* | Case No.: 4:25-cv-00211-MW/MAF |

**NOTICE OF APPEAL BY LEAGUE OF WOMEN VOTERS OF FLORIDA, LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC., LEAGUE OF UNITED LATIN AMERICAN CITIZENS, CECILE SCOON, AND DEBRA CHANDLER**

Pursuant to 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon, and Debra Chandler (collectively, "League Plaintiffs") hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the *Final Order on Merits* entered by the district court on April 30, 2026, dismissing the League Plaintiffs' claims. ECF No. 679 (attached as Ex. 1). The League Plaintiffs also appeal the clerk's judgment in favor of Defendants entered on April 30, 2026. ECF No. 683 (attached as Ex. 2).

Dated: June 1, 2026

Respectfully submitted,

*/s/ George E. Mastoris*
GEORGE E. MASTORIS*
george.mastoris@winstontaylor.com
SOFIA ARGUELLO*
sofia.arguello@winstontaylor.com
JOHANNA RAE HUDGENS*
johanna.hudgens@winstontaylor.com

TYLER DATO*
tyler.dato@winstontaylor.com
NATHAN C. GREESS*
nathan.greess@winstontaylor.com
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

SPENCER KLEIN*
spencer@democracydefenders.org
POOJA CHAUDHURI*
pooja@democracydefenders.org
SOFIA FERNANDEZ GOLD*
sofia@democracydefenders.org
ANDREW WARREN*
andrew@democracydefenders.org
JACOB KOVACS-GOODMAN*
jacob@democracydefenders.org
NORMAN EISEN*
norman@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958

JON GREENBAUM
jgreenbaum@justicels.com
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038
Telephone: (202) 601-8678

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Pro hac vice* granted

*Counsel for League Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which transmits a notice of electronic filing to all counsel of record.

*/s/ George E. Mastoris*
George E. Mastoris
Winston Taylor LLP
*Counsel for League Plaintiffs*
