**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                               Case No.: 4:25cv211-MW/MAF

CORD BYRD, et al.,

    *Defendants/Intervenor-Defendants*.

_____/

**JUDGMENT**

Judgment is entered in favor of Defendants with respect to the League Plaintiffs' challenges to the registration requirements, the criminal prohibitions against filling in missing information on signed petitions and possessing more than 25 signed petitions as an unregistered petition circulator, and the investigation provision. The League Plaintiffs' challenges to the "racketeering activity" definition are DISMISSED as moot for prudential reasons. The balance of the League Plaintiffs' claims are DISMISSED for lack of standing.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

April 30, 2026            s/ *Kimberly J. Westphal*
DATE                          DEPUTY CLERK

NDFL Ops 2 (Rev. 7/23) Civil Judgment
ClerkAdmin/Official/Forms