# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 04, 2026

Sofia Arguello
Winston Taylor LLP
200 PARK AVE
NEW YORK, NY 10166

Pooja Chaudhuri
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

Norman Larry Eisen
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

Sofia Fernandez Gold
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

Shane Anthony Grannum
Gelber Schachter & Greenberg, PA
1 SE 3RD AVE STE 2600
MIAMI, FL 33131-1715

Gerald Edward Greenberg
Gelber Schachter & Greenberg, PA
1 SE 3RD AVE STE 2600
MIAMI, FL 33131-1715

Nathan Cleary Greess
Winston Taylor LLP
200 PARK AVE
NEW YORK, NY 10166

Johanna Rae Hudgens

Winston Taylor LLP
200 PARK AVE
NEW YORK, NY 10166

Spencer W. Klein
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

Jacob Kovacs-Goodman
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

George Mastoris
Winston Taylor LLP
200 PARK AVE
NEW YORK, NY 10166

Samantha I Osaki
Winston Taylor LLP
200 PARK AVE
NEW YORK, NY 10166

Andrew H. Warren
DOJ-CRM
Criminal Division
1400 NEW YORK AVE NW
WASHINGTON, DC 20005

Appeal Number:  26-11906-E
Case Style:  Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No:  4:25-cv-00211-MW-MAF

**This notice pertains to intervenor plaintiffs-appellants League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon, and Debra Chandler, only.**

### CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **<u>06/02/2026</u>**, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>, **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) <u>Civil Appeal Statement</u> (attorneys only). <u>See</u> 11th Cir. R. 33-1(a)(3).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. <u>See</u> 11th Cir. R. 33-1.

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(2).

2. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:            404-335-6122
Case Administration:    404-335-6135        Capital Cases:                  404-335-6200
CM/ECF Help Desk:    404-335-6125        Cases Set for Oral Argument:  404-335-6141

CIVIL - Notice of Docketing