# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 23, 2026

Ellen Boettcher
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Robert Brent Ferguson
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Alexis Denae Grady
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

William Kyle Hancock III
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Sejal Jhaveri
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Jacob Kovacs-Goodman
Democracy Defenders Fund
600 PENNSYLVANIA AVE SE STE 15180
WASHINGTON, DC 20003

Danielle Marie Lang
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Simone Tyler Leeper

Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Melissa Neal
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Samantha J. Perlman
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Heather Szilagyi
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Appeal Number:  26-11906-EE
Case Style:  Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No:  4:25-cv-00211-MW-MAF

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including August 12, 2026.

<u>Clerk's Office Phone Numbers</u>

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

EXT-1 Extension of time