# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 26, 2026

Robert Brent Ferguson
Campaign Legal Center
1101 14TH ST NW STE 400
WASHINGTON, DC 20005

Appeal Number:  25-12370-EE
Case Style:  Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No:  4:25-cv-00211-MW-MAF

The enclosed order has been ENTERED.

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s): Awaiting a ruling on the motion to dismiss appeal as moot.

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12370

_____

FLORIDA DECIDES HEALTHCARE INC,

MITCHELL EMERSON,

JORDAN SIMMONS,

*Plaintiffs-Appellees*
*Cross Appellants,*

SMART & SAFE FLORIDA,
  Registered Florida Political Committee,

PODER LATINX,

YIVIAN LOPEZ GARCIA,

HUMBERTO ORJUELA PRIETO,

*Intervenor Plaintiffs-Appellees,*

LEAGUE OF WOMEN VOTERS OF FLORIDA,

LEAGUE OF WOMEN VOTERS OF FLORIDA

EDUCATION FUND INC,

LEAGUE OF UNITED LATIN AMERICAN CITIZENS,

CECILE SCOON

DEBRA CHANDLER, et al.,

*Intervenor Plaintiffs-Appellees*
*Cross Appellants,*

2                              Order of the Court                        25-12370

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendants-Appellants*

*Cross Appellees,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et
al.,

*Defendants,*

REPUBLICAN PARTY OF FLORIDA,

*Intervenor Defendant-Appellant*

*Cross Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00211-MW-MAF

————————————

ORDER:

The motion to stay the appeal is GRANTED while awaiting
a ruling on the pending motion to dismiss the appeal as moot.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE