# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2026

Glenn Thomas Burhans Jr.
Stearns Weaver Miller
106 E COLLEGE AVE STE 700
TALLAHASSEE, FL 32301

Appeal Number:  25-12370-EE
Case Style:  Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No:  4:25-cv-00211-MW-MAF

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:   404-335-6100    Attorney Admissions:      404-335-6122
Case Administration:  404-335-6135    Capital Cases:            404-335-6200
CM/ECF Help Desk:     404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12370

_____

FLORIDA DECIDES HEALTHCARE INC,

MITCHELL EMERSON,

JORDAN SIMMONS,

*Plaintiffs-Appellees*
*Cross Appellants,*

SMART & SAFE FLORIDA,
  Registered Florida Political Committee,

PODER LATINX,

YIVIAN LOPEZ GARCIA,

HUMBERTO ORJUELA PRIETO,

*Intervenor Plaintiffs-Appellees,*

LEAGUE OF WOMEN VOTERS OF FLORIDA,

LEAGUE OF WOMEN VOTERS OF FLORIDA

EDUCATION FUND INC,

LEAGUE OF UNITED LATIN AMERICAN CITIZENS,

CECILE SCOON

DEBRA CHANDLER, et al.,

*Intervenor Plaintiffs-Appellees*
*Cross Appellants,*

2                          Order of the Court                          25-12370

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendants-Appellants*
*Cross Appellees,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et al.,

*Defendants,*

REPUBLICAN PARTY OF FLORIDA,

*Intervenor Defendant-Appellant*
*Cross Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00211-MW-MAF
_____

Before BRANCH, LAGOA, and ABUDU, Circuit Judges.

BY THE COURT:

The unopposed motion of Appellees Smart & Safe Florida, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Incorporated, League of United Latin American Citizens, Cecile Scoon, Debra Chandler, Florida Decides Healthcare, FloridaRighttoCleanWater.org, and Melissa Martin to dismiss this appeal as moot is GRANTED.