**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 16, 2026

Hunter Pratt
Holtzman Vogel
119 S MONROE ST STE 500
TALLAHASSEE, FL 32301

Appeal Number: 26-11906-EE
Case Style: Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:25-cv-00211-MW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

For the Eleventh Circuit

No. 26-11906

FLORIDA DECIDES HEALTHCARE INC,
MITCHELL EMERSON,
JORDAN SIMMONS,

*Plaintiffs-Appellants,*

SMART & SAFE FLORIDA,
Registered Florida Political Committee, et al.,

*Intervenor Plaintiffs,*

LEAGUE OF WOMEN VOTERS OF FLORIDA,
LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.,
LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC),
CECILE SCOON,
DEBRA CHANDLER et al.,

*Intervenor Plaintiffs-Appellants,*

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY,
SUPERVISOR OF ELECTIONS FOR BAKER COUNTY,
SUPERVISOR OF ELECTIONS FOR BAY COUNTY, et al.,

*Defendants-Appellees,*

REPUBLICAN PARTY OF FLORIDA,

*Intervenor Defendant-Appellee.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00211-MW-MAF

---

ORDER:

Attorney Hunter Pratt's motion to withdraw as counsel for Appellees Attorney General, State of Florida and Florida Secretary of State is GRANTED.

UNITED STATES CIRCUIT JUDGE