**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA DECIDES HEALTHCARE, FLORIDARIGHTTOCLEAN WATER.ORG, *et al.*,

*Plaintiffs*

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants.*

Case No. 4:25-cv-00211-MW-MAF

**FLORIDA RIGHT TO CLEAN WATER PLAINTIFFS' NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Brent Ferguson, Danielle Lang, Sejal Jhaveri, William Hancock, Heather Szilagyi, Ellen Boettcher, Melissa Neal, Alexis Grady, and Simone Leeper, as counsel in this action for Plaintiffs FloridaRighttoCleanWater.org and Melissa Martin, hereby provide the following notice of change of address and requests that all further pleadings and papers in the above cause be furnished to them in

accordance with the applicable rules. Accordingly, the undersigned hereby designates the following for service:

CAMPAIGN LEGAL CENTER

1333 New Hampshire Ave., NW, Ste. 300

Washington, DC 20036-1511

Respectfully submitted on this 21st day of October, 2026,

*_/s/ Brent Ferguson_*
Brent Ferguson (D.C. Bar No. 1782289)*
Danielle Lang (D.C. Bar No. 1500218)*
Sejal Jhaveri (N.Y. Bar No. 5396304)*
William Hancock (D.C. Bar No. 90002204)
Heather Szilagyi (D.C. Bar No. 90006787)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Melissa Neal (D.C. Bar No. 90018637)*
Alexis Grady (D.C. Bar No. 90017620)*
Simone Leeper (Fla. Bar No. 1020511)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW, Ste. 300
Washington, DC 20036
(202) 736-2200
bferguson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
whancock@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
mneal@campaignlegalcenter.org
agrady@campaignlegalcenter.org
sleeper@campaignlegalcenter.org

*Counsel for Plaintiffs FloridaRighttoCleanWater.org and Melissa Martin*
*admitted *pro hac vice*